**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| *Plaintiff,*    ) | |
| ) | |
| v.    ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| ) | |
| KENNETH EUGENE BARRETT,    ) | |
| ) | |
| *Defendant.*    ) | |

---

**EXHIBIT 1**

---

7209

## MARRIAGE RECORD

STATE OF OKLAHOMA, Sequoyah County, ss.                    IN COUNTY COURT

I, _A. J. Barrett_, the undersigned, hereby apply for a Marriage License to be issued to

Mr. _A. J. Barrett_, aged _21_ years

whose residence is _Akins_, State of _Okla_

and Miss _Ada May Hatter_, aged _18_ years

whose residence is _Akins_, State of _Okla_,

and for the purpose of procuring the same, do solemnly swear that I have personal knowledge of the facts herein stated; that the names, ages and places of residence of said parties are truly and correctly set out above; that neither of said parties is disqualified or incapable under the law of entering into the marriage relation, nor are they related to each other within the degrees prohibited by law. That I am _21_ years of age, and legally competent to take an oath, and that I reside at _Akins_, County of _Sequoyah_, State of _Oklahoma_

_A. J. Barrett_

Subscribed and sworn to before me, this _25_ day of _January_ 193_6_

By _Frances Tinney_ Deputy            _Horace Moore_ Court Clerk

I, the undersigned, _____ of _____ named in the application as being of the age of _____ years, do hereby consent to _____ marriage to _____

Dated at _____ Oklahoma, this _____ day of _____, 193_____

_____
Parent or Guardian

STATE OF OKLAHOMA, Sequoyah County, ss

Before me, _____

a _____ in and for said County and State, on the _____ day of _____, 193_____

personally appeared _____ to me known to be the identical person who executed the within and foregoing instrument, and acknowledged to me that _____ executed the same as _____ free and voluntary act and deed for the uses and purposes therein set forth.

Witness my hand and official seal, the day and date above written.

My commission expires _____ 193_____

## MARRIAGE LICENSE

STATE OF OKLAHOMA, Sequoyah County, ss.                    IN COUNTY COURT

To any Person authorized to Perform and Solemnize the Marriage Ceremony—GREETING:

You are hereby authorized to join in marriage Mr. _A. J. Barrett_

of _Akins_, County of _Sequoyah_, State of _Okla_

aged _21_ years, and Miss _Ada May Hatter_

of _Akins_, County of _Sequoyah_, State of _Okla_

aged _18_ years, and of this License you will make due return to my office within thirty days from this date.

Witness my hand and official seal, this _2nd_ day of _January_ 193_6_

My credentials are recorded in Ministers' Credentials, book _____, page _____

By _Frances Tinney_ Deputy.            _Horace Moore_ Court Clerk.

Recorded this _2nd_ day of _January_ 193_6_

## CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, Sequoyah County, ss.

I, _N. B. Burrow_ (Name), _Minister_ (Official Designation), _Baptist_ (Court or Congregation)

of _Maple_, in _Sequoyah_ County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be married, on the _2nd_ day of _Jan_ A. D., 193_6_, at _Akins_, in Sequoyah County, State of Oklahoma, in the presence of _D. M. Allen_

of _Akins, Okla_, and _Georgia Liles_

of _____

_N. B. Burrow_
_Baptist Minister_ Official Designation

Returned and recorded this _27_ day of _Jan_ 193_6_.

_Horace Moore_ Court Clerk

By _Frances Tinney_ Deputy

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 2**

---

1036

# MARRIAGE RECORD

STATE OF OKLAHOMA,

_Sequoyah_ County ss.                    IN COUNTY COURT.

I, _Abe Datson_ the undersigned, hereby apply for a
MARRIAGE LICENSE, to be issued to Mr. _Abe Datson_ Okla aged _28_ years,
whose residence is _Marble City_ State of _Okla_ and
M___ _Miss Minnie Andrews_ aged _18_ years,
whose residence is _Marble City_ State of _Okla_ and
for the purpose of procuring the same, do solemnly swear that I have personal knowledge of the facts herein stated; that the names, ages and places
of residence of said parties are truly and correctly set out above; that neither of said parties is disqualified or incapable under the law of entering
into the marriage relation, nor are they related to each other within the degrees prohibited by law. That I am _28_ years of age, and
reside at _Marble City_ County of _Sequoyah_
State of _Okla_ _Abe Datson_ Applicant.
Subscribed and sworn to before me, this _8_ day of _July_ 19_11_.
_M. D. Jones_ County Judge.
Clerk County Court.

I, the undersigned, ___ of ___
named in the above application as being of the age of ___ years, do hereby
consent to ___ marriage to ___
Dated at ___ Oklahoma, this ___ day
of ___ 19___ ___ Parent or Guardian.

STATE OF OKLAHOMA,
___ County. ss.

Before me, ___
in and for said County and State, on the ___ day of ___ 19___
personally appeared ___
to me known to be the identical person who executed the within and foregoing instrument, and acknowledged to me that ___
executed the same as ___ free and voluntary act and deed for the uses and purposes therein set forth.
WITNESS my hand and official seal, the day and date above written.

My commission expires ___ 19___

## MARRIAGE LICENSE

STATE OF OKLAHOMA,
_Sequoyah_ County. ss.                    IN COUNTY COURT.

To any Person Authorized to Perform and Solemnize the Marriage Ceremony—GREETING:
You are hereby authorized to join in marriage Mr _Abe Datson_
of _Marble City_, County of _Sequoyah_, State of _Oklahoma_
aged _28_ years, and Miss _Minnie Andrews_, of _Marble City_
County of _Sequoyah_, State of _Oklahoma_, aged _18_ years.
And of this License you will make due return to my office within thirty days from this date.
Witness my hand and official seal, at ___ in said County, this _8_ day of _July_ A. D. 19_11_
_W M Littlejohn_ County Judge.
By _M D Jones_ Clerk County Court.
Recorded this _8_ day of _July_ 19_11_ _M D Jones Clerk_

STATE OF OKLAHOMA,
_Sequoyah_ County. ss.                CERTIFICATE OF MARRIAGE

I, _R L Horn_
NAME
_Justice of the Peace_,
OFFICIAL DESIGNATION.                    COURT OR CONGREGATION.
of _McKey_ in _Sequoyah_ County, State of Oklahoma, do hereby
certify that I joined in marriage the persons named in and authorized by this License to be married, on the _8_
day of _July_ A. D. 19_11_, at _R Horn_ in _McKey_
County, State of Oklahoma, in the presence of _Lafayette Horn_ of _McKey_
and _Jennie Horn_ of _McKey_
_R L Horn_
Justice of the Peace
Returned and recorded this _11th_ day of _July_ 19_11_ _M D Jones_
Clerk County Court

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 3**

---



This Certifies that

*Allen C. Real*
of *Quinton J. T.* and
*Ida Goodwin*
of *Quinton, J. T.*

were by me united in

# Matrimony

according to the ordinance of GOD and the

laws of

at *Quinton*

on the *eighteenth* day of *Feb.*

in the year of our Lord 19_07_

Witnesses

*Frank Bean*
*Alfred Goodwin*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

_____

**EXHIBIT 4**

_____

MARRIAGE LICENSE

STATE OF OKLAHOMA, COUNTY OF ADAIR, ss.                                          IN COUNTY COURT

TO ANY PERSON AUTHORIZED TO PERFORM OR SOLEMNIZE THE MARRIAGE CEREMONY — GREETING:

You are hereby authorized, upon delivery of this marriage license within ten days from the date of its issue to you, to join in marriage

Mr. _David A. Joseph_ , of _Pensacola_

County of _Escambia_ , State of _Florida_ , age _21_ years, and

M_iss_ _Carolyn Watson_ , of _Sallisaw_

County of _Sequoyah_ , State of _Oklahoma_ , age _18_ years; and by the command of the statute you shall make due return of this license to my office within five days succeeding the performance of the marriage herein authorized.

Issued under my hand and official seal, and recorded in my Marriage Record before delivery, at Stilwell, Oklahoma, this _24th_

day of _Sept._ 19_64_                        _Virginia Harper_ Court Clerk

(SEAL)                                         By_____ Deputy

ENDORSEMENT: By this endorsement to the within and foregoing Marriage License, I hereby verify, and truly certify, that the Application for said License was accompanied by proper credentials under the circumstance indicated by the word "filed" opposite one or more of the applicable provisions of Statute indicated below.

_____(1) Physician's and laboratory technician's statements required by Statute, relative to the examination and health of either or both of the parties.

____✓____(2) An order of the County Judge, with memoranda of reasons for the order dispensing with Statutory requirements relative to the examination and health of either or both of the parties.

_____(3) An order of the County Judge with accompanying memoranda of reasons for the order extending the 30 day period following the examination to 90 days or less together with papers complying with the requirements of Number (1) above.

_____(4) Affidavits of Consent to Marriage of parent or guardian, in lieu of personal appearance as provided by House Bill No. 688 of the 1959 Legislative Session.

All the above and foregoing recorded on this _24th_ day of _Sept._ A. D., 19_64_, and thereafter said License delivered according to Law.

_Virginia Harper_ Court Clerk

By_____ Deputy

---

CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, COUNTY OF ADAIR, ss.

I, _E. B. Arnold_ , _Co. Judge_ , _Adair Co. Court_
(Name)                        (Official Designation)              (Court or Congregation)

of _Stilwell_ in Adair County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized

by this License to be married, on the _24th_ day of _Sept._ , A. D., 19_64_ at _Stilwell_

in Adair County, State of Oklahoma, in the presence of_____

_Phyllis Crawford_ of _Sallisaw, Okla._

and _Ruth Harris_ of _"        "_

My credentials of authority are recorded in Minister's Credentials    _E. B. Arnold_
(Person Performing Ceremony)

_____Book_____,

at page_____of_____County, Oklahoma.    _Co. Judge_
(Official Designation)

License returned, and Certificate of Marriage recorded subjoining the record of License issued and recorded in Marriage Record Book _20_ at page _31-1_

on this the _24th_ day of _Sept._ , 19_64_    _Virginia Harper_ Court Clerk

By_____ Deputy

I, Shawna Baird Court Clerk, for Adair County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears of record in the Court Clerk's Office of Adair County, Oklahoma, this _2nd_ day of _April 2001_

By: _Shawna Baird_
Clerk/Deputy

KEB400570

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 5**

---

Subscribed and sworn to before me this............................day of.................................... ........................................... Parent or Guardian.

(SEAL)

................................, 19..........

By .................................................. Court Clerk.

.................................................. Deputy.

STATE OF OKLAHOMA, Adair County, ss.  **MARRIAGE LICENSE**

To any Person Authorized to Perform and Solemnize the Marriage Ceremony—Greeting:

IN COUNTY COURT

You are hereby authorized to join in marriage Mr. *Ernest E. Barrett*

of *Sallisaw* ..... County of *Sequoyah* State of *Oklahoma* aged *21* years,

and M *Sylvia A. Nelson* County of *Sequoyah* State of *Oklahoma* aged *10* years,

of *Sallisaw* .... County of ..... State of ..... aged ..... years.

And of this License you will make due return to my office within thirty days from this date.

Witness my hand and official seal, at *Stilwell* ..... in said County, this *8th* ..... day of

......................... A. D. 19 *60* *Jennel Harper* Court Clerk.

By ............................................. Deputy.

Recorded this *8th* day of *July* *Jennel Harper* Court Clerk.

By ............................................. Deputy.

STATE OF OKLAHOMA, Adair County, ss.  **CERTIFICATE OF MARRIAGE**

I, *E. B. Arnold* in *Adair* County, State of Oklahoma, do hereby certify

NAME   County Judge   OFFICIAL DESIGNATION   Adair County Court   COURT OR CONGREGATION

of *Stilwell* in ..... County.

that I joined in marriage the persons named in and authorized by this License to be married, on the *8th* ..... day of

*July* ..... A. D. 19 *60* at *Stilwell* in *Adair* County,

State of Oklahoma, in the presence of *Johnny Summerall* of *Sallisaw Okla*

and *Hycers Mainford* of *Sallisaw Okla*

My credentials are recorded in Minister's Credentials

Book................. Page................. *E. B. Arnold*

of............................................... County Judge

.............................. County, Oklahoma.

Returned and recorded this *8th* ..... day of *July* ......................... 19 *60*

*Jennel Harper* Court Clerk.

By ............................................. Deputy.

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**      ) | |
|        ) | |
|        *Plaintiff,*     ) | |
|        ) | |
| **v.**        ) | **Case No. 6:04-CR-00115-JHP-SPS** |
|        ) | |
| **KENNETH EUGENE BARRETT,**     ) | |
|        ) | |
|        *Defendant.*    ) | |

**EXHIBIT 6**

## DECLARATION OF RODNEY FLOYD

I, Rodney Floyd, declare the following:

I am one of the investigators currently working for the defense in Kenneth Eugene Barrett's case. On February 21, 2008, I interviewed former Sequoyah County Sheriff John Philpot. Mr. Philpot told me that less than a month before the incident in which Oklahoma State Highway Patrol Trooper David "Rocky" Eales was shot and killed, he and three other law enforcement officers went to Mr. Barrett's residence. They did not serve an arrest warrant on Mr. Barrett, or take him into custody. They encountered no violence from Mr. Barrett, and were not harmed or assaulted.

I did not draft this declaration. The information detailed above is based on what I told one of Mr. Barrett's lawyers, David Autry, based on my investigation. I have read this declaration carefully, and it accurately states what I told Mr. Autry.

I declare under penalty of perjury that the foregoing 1 page declaration is true and correct.

Executed by me this __11__ day of ____March____, 2009, in

__Lincoln_____ County, Oklahoma.

Rodney Floyd

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     ) | |
|     ) | |
|        *Plaintiff,*     ) | |
|     ) | |
| **v.**     ) | **Case No. 6:04-CR-00115-JHP-SPS** |
|     ) | |
| **KENNETH EUGENE BARRETT,**     ) | |
|     ) | |
|       *Defendant.*     ) | |

---

**EXHIBIT 7**

---

532

## MARRIAGE RECORD No. 33

SEI No. 100 (1966)  MID-WEST · SAPULPA, OKLAHOMA

### APPLICATION FOR MARRIAGE LICENSE

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.                    IN DISTRICT COURT

We the undersigned, hereby apply for the issuance of a Marriage License and certify as to our ages and places of residence as follows:

Name ...... Kenneth Eugene Barrett ........................................................, Age ........18...........

of ......... Sallisaw .................................., County of ...... Sequoyah ........., State of ...... Oklahoma ........

Name ...... Abigail Teague ............................................................., Age ......16.......

of ......... Sallisaw .................................., County of ...... Sequoyah ........., State of ...... Oklahoma ........

and for the purpose of procuring same, we do solemnly swear that the names, ages and places of residence as set out above are true and correct, as evidenced by documents described in particular as follows;

(First Party) ...................................... (Second Party) ........................................
and that we are not disqualified or incapable under the law of entering into the marriage relation, nor are we related to each other within the degree prohibited by law.

.....Kenneth Eugene Barrett..... Applicant          .....Abby Teague..... Applicant

Subscribed and sworn to before me this ..28..... day of ...April ......................A. D. 19..80

                                                    THEODORE STITES, Court Clerk

                          By .....Pamela Dyer..................... Deputy

NOTE—In event one or both of the parties to be married are under age, such application shall have been on file in the Court Clerk's office for a period of not less than seventy-two hours, prior to the issuance of the license.

### Consent Affidavit — In Person (1)

I, the undersigned, state that I am the .....mother..... of .....Abigail Teague..... named in the above application as being

of the age of ......16.... years, and in the presence of the issuing official, I do hereby consent to .........her........ marriage to

.......Kenneth Eugene Barrett...........................................

In the presence of          Signed this ...28..... day of ...April........... 19.80 .....Wyona Teague..... Signature

                          THEODORE STITES, Court Clerk

By .....Pamela Dyer..................... Deputy

### Consent Affidavit — In Person (2)

I, the undersigned, state that I am the ................ of ......................... named in the above application as being

of the age of .............. years, and in the presence of the issuing official, I do hereby consent to ........................... marriage to

.........................................................

In the presence of          Signed this ............ day of.... ............. 19 ..... ........................Signature

                          THEODORE STITES, Court Clerk

By ........................... Deputy

### MARRIAGE LICENSE

NO.........................

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.                    IN DISTRICT COURT

TO ANY PERSON AUTHORIZED TO PERFORM OR SOLEMNIZE THE MARRIAGE CEREMONY —— GREETINGS:

You are hereby authorized, upon delivery of this marriage license within ten days from the date of its issue to you, to join in marriage

Mr. .......... Kenneth Eugene Barrett.................................... of ...Sallisaw...............

County of ..........Sequoyah............................, State of ...Oklahoma................, Age ...18...... years, and

M ......Abigail Teague.................................... of ......Sallisaw..............

County of ..........Sequoyah............................, State of ...Oklahoma................, Age ...16...... years, and

by the command of the statute you shall make due return of this license to my office within five days succeeding the performance of the marriage herein authorized.

Issued under my hand and official seal, and recorded in my Marriage Record before delivery, at Sallisaw, Oklahoma, this...7th day of...May...., 1980.

                                                    THEODORE STITES, Court Clerk

(SEAL)                              By .....Pamela Dyer..................... Deputy

ENDORSEMENT: By this endorsement to the within and foregoing Marriage License, I hereby verify, and truly certify, that the Application for said License was accompanied by proper credentials under the circumstance indicated by the word "filed" opposite one or more of the applicable provisions of Statute indicated below.

...Filed...(1) Physician's and laboratory technician's statements required by statute, relative to the examination and health of either or both of the parties.

........... (2) An order of the District Court with memoranda of reasons for this order dispensing with statutory requirements relative to the examination and health of either or both of the parties.

........... (3) An order of the District Court with accompanying memoranda of reasons for the order, extending the 30 day period following the examination to 90 days or less, together with papers complying with the requirements of number (1) above.

........... (4) Affidavits of consent to marriage of an underage person by parent or guardian, in lieu of personal appearance as provided by Statute 43 O. S. Supp. 1967, par. 3.

........... (5) Affidavits of consent to marriage of an underage person by parent or guardian, residing in another county of this State or outside the State and acknowledged as provided by Statute 43 O.S. Supp. 1967, par. 3.

........... (6) Affidavit of three persons authorizing marriage of underage person when parents are deceased or otherwise incapable of giving consent. 43 O.S. Supp. 1967, par. 3.

Witness my hand and official seal this ........28..... day of ......April......., 19.80

                  THEODORE STITES, Court Clerk      By .....Pamela Dyer..................... Deputy

All the above and foregoing recorded on this .............. day of ............................, A. D., 19 ..., and thereafter said License delivered according to Law.

By ........................... Deputy                    THEODORE STITES, Court Clerk

### CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.

I ......Jerry Harris................... Ordained Minister................
                                                    (OFFICIAL DESIGNATION)

.....Deborah Watson....................... of ......Sallisaw...................
(COURT OR CONGREGATION)                                        (TOWN)

In ....Sequoyah...., County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be

married on the ....10th day of ......May......, A. D., 19.80, at ....Sallisaw...., in Sequoyah County, State of Oklahoma, in the

presence of ...Angela Polasek.................... of ...Carolyn Joseph..........

and ....Jeff Real................................... of ...Henry Hodges.............

My credentials of authority are recorded in Minister's                  ....Jerry Harris....
                                                              (PERSON PERFORMING CEREMONY)
Credentials ............ Book .....................

at page ............ of ....................... County,          ....................................
Oklahoma.                                                    (OFFICIAL DESIGNATION)

License returned, and Certificate of Marriage recorded subjoining the record of License issued and recorded in Marriage Record Book 33 at page..........

on this the ....14th..... day of ....May................, 19.80

                  THEODORE STITES, Court Clerk      By .....Nona Edwards..................... Deputy

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 8**

---

**181**
920°
10999

## MARRIAGE RECORD

THE STAR PRINTERY, INC., BLANK BOOK MANUFACTURERS, MUSKOGEE, OKLAHOMA

STATE OF OKLAHOMA, Sequoyah County, ss.                    IN COUNTY COURT

I, _____, the undersigned, hereby apply for Marriage License, to be issued to

Mr. _Hugh Dotson_ _____, age _21_

Color _W._, residence _McKey_ _____ County of _Sequoyah_, State of _Okla_,

and Miss _Hattie Read_ _____, age _18_,

Color _W._, residence _McKey_ _____ County of _Sequoyah_, State of _Okla_,

and for the purpose of procuring the same, do solemnly swear that I have personal knowledge of the facts herein stated; that the names, ages and places of residence of said parties are truly and correctly set out above; that neither of said parties is disqualified or incapable under the law of entering into the marriage relation, nor are they related to each other within the degrees prohibited by law. That I am _21_ years of age, and reside at _McKey_ _____, County of _Sequoyah_, State of _Okla_.

_Hugh Dotson_, Applicant.

Subscribed and sworn to before me, this _3_ day of _July_, A. D. 19_39_.

By _____, Deputy Court Clerk.    _Lillie Rosson_, Court Clerk.

I, the undersigned, _____ of _____

named in the above application as being of the age of _____ years, do hereby consent to _____

marriage to _____

Dated at _____, Oklahoma, this _____ day of _____, 19___.

_____, Parent or Guardian.

STATE OF OKLAHOMA, Sequoyah County, ss.

BEFORE ME, _____, a _____ in and for said County and State,

on the _____ day of _____, 19___, personally appeared _____

to me known to be the identical person _____ who executed the within and foregoing instrument, and acknowledged to me that _____ executed the same as _____ free and voluntary act and deed for the uses and purposes therein set forth.

WITNESS my hand and official seal, the day and date above written.

_____

My commission expires _____, 19___ , _____

### MARRIAGE LICENSE

STATE OF OKLAHOMA, Sequoyah County, ss.                    IN COUNTY COURT

To any Person authorized to Perform and Solemnize the Marriage Ceremony—GREETING:

You are hereby authorized to join in marriage Mr. _Hugh Watson_

of _McKey_, County of _Sequoyah_, State of _Okla_

aged _21_ years, and Miss _Hattie Real_

of _McKey_, County of _Sequoyah_, State of _Okla_

aged _18_ years, and of this License you will make due return to my office within thirty days from this date.

Witness my hand and official seal, at Sallisaw, in said County, this _3_ day of _July_, 19_39_.

By _____, Deputy.    _Lillie Rosson_, Court Clerk.

Recorded this _3_ day of _July_, 19_39_.

_Lillie Rosson_, Court Clerk.

(seal)                                        _____, Deputy.

### CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, Sequoyah County, ss.

I, _Rev Lewis Young_ _Minister of The Gospel_ of _Baptist Church_

    Name                Official Designation        Court or Congregation

of _Vian_, in _Sequoyah_ County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be married, on the _3rd_ day of _July_, A. D., 19_39_, at _Residence_, in Sequoyah County, State of Oklahoma, in the presence of _Eugene Masterson_

of _McKey Okla_, and _Margue Goodman_

of _McKey Okla_    _Rev Lewis Young_
                    _Vian Okla_, Official Designation.

My credentials are recorded in Ministers' Credentials, book _1_, page _23_

Returned and recorded this _8_ day of _July_, 19_39_.

_Lillie Rosson_, Court Clerk.

By _____, Deputy.

(seal)

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**    ) | |
| )  | |
| *Plaintiff,*    ) | |
| )  | |
| **v.**    )  | **Case No. 6:04-CR-00115-JHP-SPS** |
| )  | |
| **KENNETH EUGENE BARRETT,**    ) | |
| )  | |
| *Defendant.*    ) | |


**EXHIBIT 9**

2147

# MARRIAGE RECORD

STATE OF OKLAHOMA, SEQUOYAH COUNTY, ss.          IN COUNTY COURT

I, _Sam Hatter_ ............ the undersigned, hereby apply for a MARRIAGE LICENSE to be issued
to Mr. _Sam Hatter_ .............. aged ........ _21_ ........ years, whose residence
is ...... _Oki_ .................. State of ..... _Okla_ .........., and
Miss _Ida Melton_ .........., aged ........ _19_ ........ years, whose residence
is ..... _Oki_ .................., State of ..... _Okla_ .........., and
for the purpose of procuring the same, do solemnly swear that I have personal knowledge of the facts herein stated; that the names,
ages and places of residence of said parties are truly and correctly set out above; that neither of said parties is disqualified or in-
capable under the law of entering into the marriage relation, nor are they related to each other within the degrees prohibited by
law. That I am of _21_ years of age, and reside at ...... _Oki_ .......... County of _Sequoyah_, State
of _Okla_ ................

_Sam Hatter_ ................Applicant.

Subscribed and sworn to before me, this ..... _3_ .... day of ... _Feby_ ........ 191_9_.

_Joe E. Thornton_ ................Court Clerk.

By ........................................Deputy.

I, the undersigned, ........................................of ................
named in the application as being of the age of ..................years, do hereby consent to ....................marriage to
........................................

Dated at ........................Oklahoma, this ....................day of ........................191.........

........................................Parent or Guardian.

STATE OF OKLAHOMA, ........................COUNTY, ss.

Before me, ........................a ........................in and for said County and State, on
the ........................day of ........................191...., personally appeared ........................

to me known to be the identical person who executed the within and foregoing instrument, and acknowledged to me that ............
executed the same as ............free and voluntary act and deed for the uses and purposes therein set forth.
Witness my hand and official seal, the day and date above written.

My commission expires........................191.....

## MARRIAGE LICENSE

STATE OF OKLAHOMA, SEQUOYAH COUNTY, ss.          IN COUNTY COURT

TO ANY PERSON AUTHORIZED TO PERFORM AND SOLEMNIZE THE MARRIAGE CEREMONY—GREETING:
You are hereby authorized to join in marriage Mr. _Sam Hatter_ of _Oki_
County of _Sequoyah_ State of _Oklahoma_ aged _21_ years,
and Miss _Ida Melton_ of _Oki_ County of _Sequoyah_
State of _Oklahoma_ aged _19_ years,
And of this License you will make due return to my office within thirty days from this date. _Feby_
Witness my hand and official seal, this ..... _2_ ........ day of _Feby_ 191_9_.

_Joe E. Thornton_ .... Court Clerk.

By ........................Deputy.

Recorded this _3rd_ day of _Feby_ 191_9_

_Joe E. Thornton_ court clk
By _Louise Hall Deputy_

## CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, SEQUOYAH COUNTY, ss.
I, _N. A. Carlile, County Judge_
of _Lillian_ in _Sequoyah_ County, State of Oklahoma, do hereby certify that I
joined in marriage the persons named in and authorized by this License to be married, on the _3rd_ day of _Feby_
A. D. 191_9_, at _Sequoyah_ in _Sequoyah_ County, State of Oklahoma,
in the presence of _J. M. Combs_ of _Lillian Okla_ and _Mose Sander_
of _Lillian Okla_

_N. A. Carlile,_
_County Judge_

Returned and recorded this _3rd_ day of _Feby_ 191_9_

_Joe E. Thornton_

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

------

**EXHIBIT 10**

------

*Copy, mld*
*3/18-55*

625

## MARRIAGE RECORD

9644

THE STAR PRINTERY, INC. BLANK BOOK MANUFACTURERS, MUSKOGEE, OKLAHOMA—no

STATE OF OKLAHOMA, Sequoyah County, ss.                        IN COUNTY COURT

I, _____, the undersigned, hereby apply for Marriage License, to be issued to

Mr. *Sam Hatter* _____ age *41*,

Color *W*, residence *Akins* County of *Sequoyah*, State of *Okla*,

and Miss *Bessie Reed* _____ age *22*,

Color *W*, residence *Akins* County of *Sequoyah* State of *Okla*,

and for the purpose of procuring the same, do solemnly swear that I have personal knowledge of the facts herein stated; that the names, ages and places

of residence of said parties are truly and correctly set out above; that neither of said parties is disqualified or incapable under the law of entering into

the marriage relation, nor are they related to each other within the degree prohibited by law. That I am *41* years of age, and

reside at *Akins*, County of *Sequoyah*, State of *Okla*.

*Sam Hatter*, Applicant.

Subscribed and sworn to before me, this *26* day of *Oct* A. D. 19 *40*

By_____, Deputy Court Clerk.    *Lillie Rosser*, Court Clerk.

I, the undersigned, _____ of _____

named in the above application as being of the age of _____ years, do hereby consent to _____

marriage to _____

Dated at _____, Oklahoma, this _____ day of _____, 19____

_____, Parent or Guardian.

STATE OF OKLAHOMA, Sequoyah County, ss.

BEFORE ME, _____, a _____ In and for said County and State,

on the_____ day of_____, 19____, personally appeared _____

to me known to be the identical person_____who executed the within and foregoing instrument, and acknowledged to me that_____executed the

same as_____free and voluntary act and deed for the uses and purposes therein set forth.

WITNESS my hand and official seal, the day and date above written.

My commission expires_____, 19____    _____

## MARRIAGE LICENSE

STATE OF OKLAHOMA, Sequoyah County, ss.                        IN COUNTY COURT

To any Person authorized to Perform and Solemnize the Marriage Ceremony—GREETING:

You are hereby authorized to join in marriage Mr. *Sam Hatter*

of *Akins*, County of *Sequoyah*, State of *Okla*,

aged *41* years, and Miss *Bessie Reed*

of *Akins*, County of *Sequoyah*, State of *Okla*,

aged *22* years, and of this License you will make due return to my office within thirty days from this date.

Witness my hand and official seal, at Sallisaw, in said County, this *26* day of *Oct*, 19 *40*

By_____, Deputy.    *Lillie Rosser*, Court Clerk.

Recorded this *26* day of *Oct* 19 *40*

*Lillie Rosser*, Court Clerk.

_____, Deputy.

(*seal*)

## CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, Sequoyah County, ss.

I, *O. W. White*, *Minister*, *Baptist*
Name                    Official Designation          Court or Congregation

of *Short* in *Sequoyah* County, State of Oklahoma, do hereby

certify that I joined in marriage the persons named in and authorized by this License to be married, on the *27* day of

*October* A. D., 19 *40*, at *Short* In Sequoyah

County, State of Oklahoma, in the presence of *Marie Lizzie White*

of *Short Okla*, and *Mrs. Della Reed*

of *Sallisaw R/*

*O. W. White*
*Baptist Minister* Official Designation.

My credentials are recorded in Ministers' Credentials, book *1*, page *46*

Returned and recorded this *2* day of *November*, 19 *40*

*Lillie Rosser*, Court Clerk.

By *Flo Smith*, Deputy.

(*seal*)

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 11**

---

507

MARRIAGE RECORD No. 35

### APPLICATION FOR MARRIAGE LICENSE

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.                          IN DISTRICT COURT

We the undersigned, hereby apply for the issuance of a Marriage License and certify as to our ages and places of residence as follows:

Name .....Paul Dudley................................................................., Age ..43.........

of .........Sallisaw.................................., County of .....Sequoyah.........., State of ....Oklahoma......

Name .........Sylvia Gelene Barrett..................................... .. ..., Age ..42.........

of .........Sallisaw.................................., County of ......Sequoyah.........., State of ....Oklahoma...
and for the purpose of procuring same, we do solemnly swear that the names, ages and places of residence as set out above are true and correct, as evidenced by documents described in particular as follows:

(First Party) .................................................... (Second Party) ...........................................
and that we are not disqualified or incapable under the law of entering into the marriage relation, nor are we related to each other within the degree prohibited by law.

..........................................,Applicant                          ....................................Applicant

Subscribed and sworn to before me this.....18...day of ...October......................A. D. 1982.

THEODORE STITES, Court Clerk

By...Pamela Dyer......................Deputy

NOTE—In event one or both of the parties to be married are under age, such application shall have been on file in the Court Clerk's office for a period of not less than seventy-two hours, prior to the issuance of the license.

#### Consent Affidavit — In Person (1)

I, the undersigned, state that I am the ...................... of ........................ named in the above application as being

of the age of ......... .... years, and in the presence of the issuing official, I do hereby consent to ....... ........ ..................... marriage to

........................................

In the presence of              Signed this ...... day of ......... .. ..... , 19 ..... ...............................Signature

THEODORE STITES, Court Clerk

By ............................................. Deputy

#### Consent Affidavit — In Person (2)

I, the undersigned, state that I am the ...... ... of ......... .. ... ..................... named in the above application as being

of the age of ........ ..... years, and in the presence of the issuing official, I do hereby consent to .................... marriage to

........................................

In the presence of              Signed this ... .. .. .. day of.... ... .... ..., 19 ..... ...............................Signature

THEODORE STITES, Court Clerk

By ............................................. Deputy

### MARRIAGE LICENSE

NO.......................                                      IN DISTRICT COURT
STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.

TO ANY PERSON AUTHORIZED TO PERFORM OR SOLEMNIZE THE MARRIAGE CEREMONY —— GREETINGS:

You are hereby authorized, upon delivery of this marriage license within ten days from the date of its issue to you, to join in marriage

Mr. .....Paul Dudley................................................. of ......Sallisaw...............

County of ........Sequoyah........................, State of ...Oklahoma..................., Age .......43..., years, and

M ......Sylvia Gelene Barrett............................................... of ......Sallisaw...............

County of .........Sequoyah........................, State of ...Oklahoma...................., Age ...42...... years, and
by the command of the statute you shall make due return of this license to my office within five days succeeding the performance of the marriage herein authorized.

Issued under my hand and official seal, and recorded in my Marriage Record before delivery, at, Sallisaw, Oklahoma, this.....18day of......Oct....., 19.82.

THEODORE STITES, Court Clerk

(SEAL)                          By...Pamela Dyer...................Deputy

ENDORSEMENT: By this endorsement to the within and foregoing Marriage License, I hereby verify, and truly certify, that the Application for said License was accompanied by proper credentials under the circumstance indicated by the word "filed" opposite one or more of the applicable provisions of Statute indicated below:

...Filed...(1) Physician's and laboratory technician's statements required by statute, relative to the examination and health of either or both of the parties.

........(2) An order of the District Court with memoranda of reasons for the order dispensing with statutory requirements relative to the examination and health of either or both of the parties.

........(3) An order of the District Court with accompanying memoranda of reasons for the order, extending the 30 day period following the examination to 90 days or less, together with papers complying with the requirements of number (1) above.

........(4) Affidavits of consent to marriage of an underage person by parent or guardian, in lieu of personal appearance as provided by Statute 43 O. S. Supp. 1967, par. 3.

........(5) Affidavits of consent to marriage of an underage person by parent or guardian, residing in another county of this State or outside the State and acknowledged as provided by Statute 43 O.S. Supp. 1967, par. 3.

........(6) Affidavit of three persons authorizing marriage of underage person when parents are deceased or otherwise incapable of giving consent. 43 O.S. Supp. 1967, par. 3.

Witness my hand and official seal this ....18......... day of ....October................ 1982.

THEODORE STITES, Court Clerk      By .......Pamela Dyer................. Deputy

All the above and foregoing recorded on this ............ .. day of ................................ A. D., 19. .., and thereafter said License delivered according to Law.

By ............................................. Deputy              THEODORE STITES, Court Clerk

### CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.

I, ........Billy Ray Jackson ......................... , ..........Minister............................
                  (NAME)                                            (OFFICIAL DESIGNATION)

..................Baptist..................... of .......Sallisaw...........................
      (COURT OR CONGREGATION)                                    (TOWN)

In .Sequoyah.........., County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be

married on the ...18th.. day of ...October........, A. D., 19.82, at,...Sallisaw........., in .Sequoyah.... County, State of Oklahoma,

in the presence of .......Bernell Edwards... .. .... ....................... of ....Sallisaw.,..Okla...................

and ...................Kathy Reed.......................... of ....Sallisaw.,.Okla................. ......

My credentials of authority are recorded in Minister's

Credentials ................. Book ....2............,              ..........Billy Ray Jackson......... ..............
                                                                    (PERSON PERFORMING CEREMONY)

at page ......33.. of .....Sequoyah... County,            .............Minister..............................
Oklahoma.                                                          (OFFICIAL DESIGNATION)

License returned, and Certificate of Marriage recorded subjoining the record of License issued and recorded in Marriage Record Book 34 at page...507....

on this the ....18th.... day of ......October.......... , 19...82.

THEODORE STITES, Court Clerk          By...Kathy Reed...........................Deputy

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**EXHIBIT 12**

236

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, STATE OF OKLAHOMA

SYLVIA GELENE BARRETT,
                              Plaintiff,    )
                                            )
                                            )
                                            )
-vs-                                        )          No. D-73-50
                                            )       SEQUOYAH COUNTY, OKLAHOMA
                                            )          FILED
ERNEST BARRETT,                             )       IN DISTRICT COURT
                              Defendant.    )
                                                      JUN 20 1973

                    DECREE OF DIVORCE          THEODORE STILES, Court Clerk

                                               By _____ Deputy

        On this **20th** day of __June__, 1973, the above entitled and

numbered cause comes on for trial on its merits.  The plaintiff, Sylvia Gelene Barrett,

appears in person and by her attorney, John Robert Montgomery, of Scoufos and

Montgomery, and the defendant appears not, having heretofore executed and filed sufficient

Waiver of Service of Summons and Entry of Appearance, same having been filed on the

19 th day of __JUNE__, 1973.

        The Court having ordered that the allegations contained in said Petition

be taken as confessed, and having examined the files and records in this case and

having heard the oral testimony of witnesses sworn and examined in open Court, having

fully considered the evidence, and being fully advised in the premises, finds:  That all

material facts alleged in plaintiff's Petition are true; that the parties hereto were legally

married at Stilwell, Oklahoma, on the 8th day of July, 1960, and have since that time

been husband and wife though said parties have been separated since September 12, 1972;

and that of said marriage three (3) children have been born, namely:  Kenneth Barrett,

age 11, Richard Barrett, age 8, and Stephen Barrett, age 4; that the plaintiff is now and

has been for more than six (6) months next preceding the filing of plaintiff's Petition

herein a bona fide resident in good faith of the State of Oklahoma, and is now and has

been for more than thirty (30) days prior to the filing of plaintiff's Petition an actual

resident in good faith of Sequoyah County, Oklahoma; that the plaintiff is entitled to a

divorce upon the grounds of adultery in that the defendant has repeatedly engaged in

unlawful voluntary sexual intercourse with persons of the opposite sex during the marriage

of the parties, as alleged in plaintiff's Petition; that the plaintiff is a fit and proper perso

page two, Barrett
Decree of Divorce

237

to be awarded the exclusive care and custody of the minor children, subject to the

defendant's right of reasonable visitation, and that the defendant should be required to

pay reasonable child support during their minority, or until further order of the Court,

in the amount of FIFTY DOLLARS ($50.00) per week, for the care and maintenance of

said children; that during said marriage of the parties hereto they have acquired no real

property and have acquired certain person property, to wit:  One 1973 Pontiac automobile,

household furniture and goods, including but not limited to a television, living room suit

and living room rug, of which said person property the said 1973 Pontiac automobile

should be awarded to the defendant as his sole and separate property and the household

furniture and goods, including the television, living room set and living room rug should

be awarded to the plaintiff as her sole and separate property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE

COURT that Sylvia Gelene Barrett, plaintiff herein, be and she is hereby awarded an

absolute decree of divorce from the defendant, Ernest Barrett, and the bonds of matri-

money heretofore existing between said parties are hereby dissolved, set aside and held

for naught, and both parties are released therefrom; PROVIDED, that this part of the

decree does not become absolute and final until six (6) months from the date hereof,

during which time the parties are enjoined from marrying any other party.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT

that the plaintiff be and she is hereby granted the exclusive care and custody of the minor

children, Kenneth Barrett, Richard Barrett and Stephen Barrett; and the defendant is

granted rights of visitation with said children at reasonable times, and under reasonable

conditions; and the defendant is ordered and directed to pay, as reasonable child support,

the sum of FIFTY DOLLARS ($50.00) per week, for the care and maintenance of said

children during their minority, or until further order of the Court, the initial child sup-

port payment to be made on or before the _2nd_ day of _July_, 1973, by

cash, cashier's check or money order through the Clerk of the District Court of Sequoyah

County, Oklahoma, and like payments on or before the _1st_ day of each week thereafter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT

that the defendant be, and he is hereby, awarded the 1973 Pontiac automobile and his

238

page three, Barrett
Decree of Divorce

personal effects and belongings as his sole and separate property, free and clear of any claims, rights, or interest whatsoever of the plaintiff, and the plaintiff be, and she is hereby, awarded the household furniture and goods, including but not limited to a television, living room suit and living room rug, and her personal effects and belongings and those of the children as her sole and separate property, free and clear of any claims, rights or interest whatsoever of the defendant.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that each of the parties hereto are hereby ordered and directed forthwith to execute and deliver to the other such assignments, bills of sale, deeds or conveyances of record that may be necessary to carry the terms of the division of property into effect, and in the event either of said parties fail to do so within five (5) days from this date, then this decree shall operate as such conveyance.

BILL ED ROGERS
Associate Judge of the District Court

APPROVED:

SYLVIA GELENE BARRETT, Plaintiff

ERNEST BARRETT, Defendant

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, STATE OF OKLAHOMA

SYLVIA GELENE BARRETT,
                                  Plaintiff,      )
                                                  )
                                                  )
                                                  )
-vs-                                              )          No. **D-73-50**
                                                  )
                                                  )          SEQUOYAH COUNTY, OKLAHOMA
                                                  )          **FILED**
ERNEST BARRETT,                                   )          IN DISTRICT COURT
                                  Defendant       )·
                                                             JUN 19 1973,

THEODORE STITES, Court Clerk

### ENTRY OF APPEARANCE AND WAIVER

Comes now the defendant herein, the undersigned, and acknowledges receipt of a copy of the petition filed and on file herein, states that he has read and understands the same, hereby waives the issuance, service, and return of procees upon him in this action, enters a voluntary appearance in this cause, waiving all time and right to plead, answer or appear in this action, and consents that the same may be set down for trial and heard by the Court at any time hereafter without notice to, and in the absence of, this defendant.

                                  ERNEST BARRETT, Defendant

STATE OF WEST VIRGINIA
XXXXXXXXXXXXXXXXXXXXXXXXXX             )
                                       )   SS
COUNTY OF    CABELL                    )

        Before me, the undersigned, a Notary Public within and for the State of West Virginia, on this 6 day of June 1973, personally appeared the above named defendant, Ernest Barrett, to me known to be the identical person who executed the above and foregoing entry of appearance and waiver, and personally acknowledged to me that he has read, understood and signed the same, and that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

        IN WITNESS WHEREOF I have hereunto affixed my signature and official seal the date and date theretofore stated.

                                  NOTARY PUBLIC

My commission expires the 27 day of    September    , 19 73 .

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, STATE OF OKLAHOMA

SYLVIA GELENE BARRETT,
                                    .Plaintiff,    )
                                                   )
                                                   )
                                                   )
-vs-                                               )
                                                   )
                                                   )
                                                   )
ERNEST BARRETT,                                    )
                                    ·Defendant    )

No. **D-73-50**

SEQUOYAH COUNTY, OKLAHOMA
**FILED**
IN DISTRICT COURT

MAR 14 1973

THEODORE STITES, Court Clerk
By_____Deputy

PETITION

The plaintiff, Sylvia Gelene Barrett, for cause of action against the defendant, Ernest Barrett, alleges and states:

I

That the plaintiff is now and has been for more than six (6) months next preceding the filing of the petition herein an actual resident, in good faith, of the State of Oklahoma, and a resident of Sequoyah County for thirty (30) days at the time her petition was filed herein.

II

That the parties hereto were married on or about the 8th day of July, 1960, at Stilwell, Adair County, Oklahoma and have been since that time, and are at the present time, husband and wife.

III

That of said marriage aforesaid three (3) children, now minors, have been born, to wit: Kenneth Barrett, age 11, Richard Barrett, age 8, and Stephen Barrett, age 4.

IV

That as grounds for divorce the plaintiff alleges that the defendant has, during the marriage of the parties, been guilty of adultery in that the defendant has repeatedly engaged in unlawful voluntary sexual intercourse with persons of the opposite sex, by reason of which the plaintiff is entitled to a decree of divorce from the defendant.

page two, Barrett
Petition

V

That during the marriage of the parties hereto they have acquired no

real property and the following personal property, to wit:

> One 1973 Pontiac automobile
> Household furniture and goods, including but not limited to
> a television, living room suit and living room rug.

VI

That the Court should award the said 1973 Pontiac automobile to the

defendant as his sole and separate property and should award the household furniture

and goods, including the television, living room set and living room rug to the

plaintiff as her sole and separate property.

VII

That the defendant is a healthy man regularly and profitably employed

with current gross earnings of approximately ONE THOUSAND FIVE HUNDRED DOL-

LARS ($1,500.00) per month, and that he should be ordered and directed to make

regular periodic payments of child support through the office of the Court Clerk of

the District Court of Sequoyah County, Oklahoma, for the maintenance and support

of the children of the parties hereto, in the amount of SEVENTY FIVE DOLLARS

($75.00) per week.

VIII

That the plaintiff is a fit and proper person to have custody of the minor

children of the parties and that custody of said children should be awarded to the

plaintiff subject to the right of the defendant to visit with said children at reasonable

times and places.

IX

That plaintiff does not have an adequate means of support and the Court

should require the defendant to pay her attorney's fee in the reasonable amount of

ONE HUNDRED FIFTY DOLLARS ($150.00) and the Court costs herein.

page three, Barrett
Petition

WHEREFORE, premises considered, the plaintiff prays that upon hearing this cause the Court grant and award the plaintiff a decree of divorce from the defendant; custody of the minor children of the parties with reasonable visitation privileges to the defendant; child support; attorney fees in the amount of ONE HUNDRED FIFTY DOLLARS ($150.00); a fair and equitable division and distribution of the property accumulated by the parties by awarding the defendant the 1973 Pontiac automobile and awarding the plaintiff the household furniture and goods, including but not limited to the television, living room rug and living room set; Court costs; and such other and further relief as to which the plaintiff may be entitled and which may be deemed just and proper by the Court.

SYLVIA GELENE BARRETT

By _____
JOHN ROBERT MONTGOMERY
SCOUFOS & MONTGOMERY
Attorneys at Law
P. O. Box 787
Sallisaw, Oklahoma 74955
Attorneys for Plaintiff

STATE OF OKLAHOMA ) 
) SS
COUNTY OF SEQUOYAH )

Sylvia Gelene Barrett, being first duly sworn upon oath says: That she is the plaintiff above named, that she has read the foregoing Petition and knows the contents thereof, and that the facts therein set forth are true.

_____
SYLVIA GELENE BARRETT

Subscribed and sworn to before me this 14th day of March, 1973.

_____
NOTARY PUBLIC

My Commission Expires:

November 1, 1976

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, STATE OF OKLAHOMA

SYLVIA GELENE BARRETT,
_____
                    Plaintiff,          )
                                        )
                                        )
                                        )
-vs-                                    )          No. ___D-73-50___
                                        )
                                        )          **SEQUOYAH COUNTY, OKLAHOMA**
                                        )          **FILED**
ERNEST BARRETT,                         )          **IN DISTRICT COURT**
_____
                    Defendant           )
                                                   MAR 14 1973

                    AFFIDAVIT FORMA PAUPERIS       THEODORE STITES, Court Clerk
                                                   By_____Deputy

I, Sylvia Gelene Barrett, petitioner, above named, do solemnly swear

that the cause of action set forth in the petition hereto prefixed is just, and I do

further swear that by reason of my poverty, I am unable to give security for costs.


                              _____
                              SYLVIA GELENE BARRETT

Subscribed and sworn to before me this 14th day of March, 1973.


                              _____
                              NOTARY PUBLIC

My Commission Expires:

November 1, 1976


                              O. K. to file this 14th day of March,
                              1973.


                              _____
                              Judge of the District Court

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 13**

---

## DECLARATION OF JANESSE THOMAS

I, Janesse Thomas, declare the following:

I know Charles "Monk" Sanders. At one time, over a decade ago, I was Monk Sanders ▮friend. I also know Kenny Barrett.

I was at Kenny Barrett's residence perhaps two or three times while Monk Sanders was there. Mr. Sanders and I did not got to Kenny Barrett's place together. I never went to Kenny Barrett's residence to buy drugs with Monk Sanders. I never bought drugs from Kenny Barrett on any occasion I was at his residence. I never witnessed any drug transaction between Kenny Barrett and Monk Sanders. Kenny Barrett did not like or trust Monk Sanders, and did not want him around his property.

I am aware that Monk Sanders testified against Kenny Barrett at Mr. Barrett's federal trial in Muskogee. It is my understanding that Monk Sanders testified that two to three days before the trooper was killed, he and I went to Kenny Barrett's and bought drugs, and that he and I went to Mr. Barrett's property on other occasions in the summer of 1999 to buy drugs. This never happened, so if Mr. Sanders testified to these things, his testimony was false. As I said, I never bought drugs from Kenny Barrett, and I never saw Kenny Barrett sell Monk Sanders any drugs at any time, let alone two to three days before the trooper was killed.

On one occasion while I was Monk Sanders's girlfriend, he was harassing me and I got away from his place. I called Kenny Barrett to come pick me up so I could get away

1

from Mr. Sanders. Mr. Barrett did pick me up, and Monk Sanders and his mother followed us for a while. He was yelling at me that I needed to go back with him, but I didn't. It appeared that Monk was mad at Kenny Barrett for picking me up and getting me away from him.

Based on my contact with Mr. Sanders, it is my personal opinion that he is completely dishonest and untrustworthy. I would not believe a word he said about anything. I am also aware that in the community, Monk Sanders's reputation for honesty and trustworthiness is about as bad as could be. Nobody trusts or believes him.

I was not contacted by any of Kenny Barrett's lawyers or anybody working for them at the time of Kenny Barrett's federal trial. If they had contacted me, I would have given them the information stated above, and would have testified to these things if asked.

I did not write this declaration. I related the above information to one of Mr. Barrett's current lawyers and an investigator working for Kenny Barrett. I have carefully read the contents of this declaration, and it accurately states what I told the lawyer and investigator.

I declare under penalty of perjury that the foregoing 2 page declaration is true and correct.

Executed by me this __12__ day of March, 2009, in __*Sequoyah*__ County, Oklahoma.

2

Janesse Thomas

3

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**EXHIBIT 14**

## DECLARATION OF DALE ANDERSON

I, Dale Anderson, declare the following:

I am one of the investigators working on Kenneth Eugene Barrett's case in preparation for filing a motion attacking his convictions and death sentence pursuant to 28 U.S.C. section 2255. During my investigation, I and another investigator, Leonard Post, interviewed Cindy Crawford. Cindy Crawford testified in both stages of Mr. Barrett's trial. During this interview, Cindy Crawford told Mr. Post and me the following:

Cindy stated that she testified as a government witness in Kenny Barrett's federal trial. She acknowledged that her husband, Travis Crawford, also testified against Kenny Barrett. She stated that as of 1999, she had known Kenny Barrett for approximately 4 years.

Cindy Crawford told Mr. Post and I that one to 2 weeks before her initial testimony against Kenny Barrett, John Philpot came to see her. Mr. Philpot told her that she had to leave with him. Cindy Crawford stated that she did not know whether she was under arrest or not, but it was clear to her that she had no choice but to go with Mr. Philpot. She got into Mr. Philpot's car, and he drove her to Muskogee. There, she met AUSA Mike Littlefield and several men wearing guns who appeared to be law enforcement officers. Cindy Crawford stated that the meeting occurred in Mr. Littlefield's office.

1

Cindy Crawford told us that the men wearing guns showed her several firearms that looked similar to ones that belonged to Kenny Barrett. Cindy stated that she was told by Mr. Littlefield that she needed to work with him and testify against Kenny Barrett, or she was going to prison. She stated that Mr. Littlefield reminded her that she was on a 5-year deferred sentence in a drug case. Mr. Littlefield told her that Kenny Barrett's house had been under surveillance for 6 months prior to the shooting of the trooper, and that during this surveillance she was seen acting as a "lookout" on Kenny Barrett's front porch while he cooked methamphetamine on the property. Cindy Crawford stated that she had never seen Kenny Barrett cook methamphetamine at any time.

Cindy Crawford stated to us that at the time of the meeting in Mike Littlefield's office, she had no pending criminal charges, but had lost one of her children to foster care. Cindy stated that during the meeting, the threat that she would not get her child back hung in the air.

Cindy Crawford told us that during the meeting in Mr. Littlefield's office, she was told by Mr. Littlefield there were certain ways she could phrase her testimony. Cindy stated that Littlefield told her that in her testimony, she should make things look as violent and ominous as possible, and there was imminent danger in being around Kenny Barrett. Cindy stated during our interview that Mr. Littlefield discussed with her the possibility that she could be charged with perjury if she did not put this type of spin on her testimony. Mr. Littlefield also told her that they could make it extremely hard on her

2

if she did not testify against Kenny Barrett.

Cindy Crawford stated that when she was at the meeting in Mr. Littlefield's office in Muskogee, she was not told that she was under arrest, but that the atmosphere was intimidating. She stated that when she went to the bathroom, an armed guard accompanied her and waited outside the restroom. She stated that she believed she was not free to leave because Mr. Philpot had driven her to Muskogee, and she had no way back home other than him. Cindy Crawford stated that she was not going to mess with Mr. Philpot because of his reputation for violence.

Cindy Crawford stated that she was interviewed by Mr. Littlefield and the government about Kenny Barrett's federal case separately from her husband, Travis Crawford. Cindy related that she was told by Travis that John Philpot told him that if he (Travis) said the right things on the witness stand, he would not get into trouble. Cindy stated that she was told by Mike Littlefield, and later by John Philpot, that she did not have to talk to or be interviewed by Mr. Barrett's lawyers or anyone working with them if she did not want to. Cindy stated that it was implied she should not speak to the defense.

Cindy Crawford stated that it was her recollection that when she testified at Mr. Barrett's federal trial, neither the prosecution nor the defense asked about her prior offenses. She admitted to Mr. Post and I that she was a heavy drug user at the time she testified against Mr. Barrett.

Cindy Crawford stated during our interview that during the time she knew Kenny

3

Barrett, she never bought drugs from him, but just used drugs with him. She told us that when she was interviewed by Mr. Littlefield in his office, as described above, she was just coming down off a two-day meth high. She stated that the same was true when she testified at Mr. Barrett's trial. Cindy told us that "if you had ever crashed from a meth high, you would know that you would not be in your right mind."

Cindy told us during our interview that she suffered from post-traumatic stress disorder (PTSD) due to things that happened to her when she was growing up. She stated that she overreacts to stressful situations, sometimes to the point of passing out. She told us that when she was growing up, her father was often in a rage, and that her father had molested her and her sister. Because of this experience, when she is stressed she overreacts, and does not always perceive things correctly or exaggerates what is happening or has happened. Cindy Crawford stated that when she testified in the second stage of Mr. Barrett's trial about Kenny Barrett having once pressed a gun against her leg, she may well have been overreacting and embellishing the story, and Kenny Barrett's mood and actions at the time, due to her PTSD. Cindy stated that other than this incident, which she very well could have exaggerated or embellished, Kenny Barrett had always been nice and helpful to her.

Cindy Crawford stated that during her interviews with the government before she testified in the first stage of trial, she had not told them about the incident with Kenny Barrett putting the gun barrel to her leg. According to Cindy, the prosecutor or law

4

enforcement asked her about this incident after her first stage testimony. She stated it is her belief that they must have gotten this information from Kenny Barrett's brother, Richie Barrett.

Cindy Crawford told us that the prosecutors in the federal trial were upset with her when she denied ever seeing chemicals and equipment for making methamphetamine at Kenny Barrett's place. Cindy stated they were also upset when she said she never saw Kenny Barrett cook methamphetamine. She said that the prosecutors were upset with her after her first stage testimony because she was not hurting Kenny Barrett enough. She stated, "They were very angry. They scared me and threatened me." Cindy related that while the government never told her explicitly that it was all right to lie during her testimony, it was implied that she could lie and make things up so long as it helped them and hurt Kenny Barrett.

Cindy Crawford stated that she was aware John Philpot had gone out to Kenny Barrett's property not too long before the shooting of the trooper to check Kenny Barrett's guns, and there had been no problem. Cindy said that from the information she had about this incident, Kenny Barrett and John Philpot acted like they were old buddies.

During the course of this investigation, I attempted on several occasions to interview Charles "Monk" Sanders. I was unsuccessful. On February 12, 2009, I went to the home of Evelyn Sanders, Mr. Sanders's mother. She lives in Oolagah, Oklahoma. Ms. Sanders told me that her son, Charles, had been promised things by the federal

5

prosecutors in exchange for his testimony against Mr. Barrett that he never received. Mr. Sanders, Mrs. Sanders and the Sanders family were upset about this.

I declare under penalty of perjury that the foregoing 6 page declaration is true and correct.

Executed by me this _12_ day of _March_____, 2009, in _Oklahoma_____ County, Oklahoma.

_____
Dale Anderson

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,    )
    )
    *Plaintiff,*    )
    )
v.    )    **Case No. 6:04-CR-00115-JHP-SPS**
    )
KENNETH EUGENE BARRETT,    )
    )
    *Defendant.*    )

---

**EXHIBIT 15**

---

SEQUOYAH COUNTY, OKLAHOMA
F I L E D
IN DISTRICT COURT
JAN - 2 1992

KATHY REED, Court Clerk
By_____ VB _____Deputy

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY

STATE OF OKLAHOMA

ISSAC C. BARRETT )
                        Plaintiff, )
                                   )
vs.                                )   Case No. D92-   J
                                   )
MARILYN S. BARRETT                 )
                        Defendant. )

PETITION FOR DIVORCE

COMES NOW the Plaintiff and for his cause of action against the Defendant alleges and states as follows:

1.    That prior to the filing of this Petition, the Plaintiff has been a resident in good faith of the County of Sequoyah and the State of Oklahoma for thirty (30) days and six (6) months respectively;

2.    That the parties hereto were legally married on or about the 26th day of July, 1989 in Ft. Smith, Arkansas;

3.    That as grounds for divorce, the Plaintiff alleges incompatibility;

4.    That of the marriage, no children have been born, nor is the Defendant now pregnant;

5.    That during the marriage of the parties, they have acquired certain property which should be equitably and fairly divided by the Court;

6.    That during the marriage of the parties, they have incurred certain indebtedness which should be fairly and equitably divided by the Court;

LIAM K. ORENDORFF
ATTORNEY AT LAW
06 N. OAK STREET
LLISAW, OKLAHOMA
74055

KEB400196

## VERIFICATION

STATE OF OKLAHOMA    )
                     )    ss:
COUNTY OF SEQUOYAH   )

ISSAC C. BARRETT, of full age being first duly sworn upon his oath deposes and states:

That he is the Plaintiff in the above and foregoing instrument; that he has read and understands the contents contained therein and further states that the same are true and correct as he verily believes.

_____
ISSAC C. BARRETT

SUBSCRIBED AND SWORN to before me this 31ot day of _Greember_, 199_1_.

_____
NOTARY PUBLIC

My Commission Expires:

_5/31/95_____

KEB400197

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, OKLAHOMA

STATE OF OKLAHOMA

**FILED**
IN DISTRICT COURT

JAN 29 1992

KATHY REED, Court Clerk

By_____Deputy

ISSAC C. BARRETT

                  Plaintiff,  )

vs.

MARILYN S. BARRETT

                  Defendant.  )

Case No. D92-1

## ENTRY OF APPEARANCE AND WAIVER

COMES NOW the Defendant herein, the undersigned, acknowledges receipt of a copy of the Petition filed and on f: herein, and states that she has read and understands the sa hereby waives the issuance of service and return of process u] her in this action, enters a voluntary appearance in this cau waiving all time and right to plead, answer or appear in t action, and consents that the same may be set down for trial heard by the Court at any time hereafter without notice to, in the absence of this Defendant.

The Defendant acknowledges that this Entry of Appearance Waiver has been prepared by the attorney for the Plaintiff fully understands that the attorney for the Plaintiff is un no obligation to protect and/or enforce any of the rights which the Defendant might be entitled, including the right seek the advice of counsel.

I have been presented with a (proposed) DECREE OF DIVC to be presented to the Judge who tries this case. My signat of approval has been endorsed thereon for the benefit of

JAM K. ORENDORFF
ATTORNEY AT LAW
16 N. OAK STREET
LISAW, OKLAHOMA
74055

KEB400198

BARRETT ENTRY OF APPEARANCE AND WAIVER
Page 2

Court in acknowledgement of the proposed property settlement these parties.

*Marilyn S. Barrett*

SUBSCRIBED AND SWORN to before me this 31st day of December 1991.

*[signature]*
NOTARY PUBLIC

My Commission Expires:
7/32/92

KEB400199

#6402.divdec

IN AND FOR THE DISTRICT COURT OF SEQUOYAH COUNTY,

STATE OF OKLAHOMA

ISSAC C. BARRETT

Plaintiff, )

vs.

MARILYN S. BARRETT

Defendant. )

Case No. D-92-1

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB - 3 1992

KATHY REED, Court Clerk
By,_____Deputy

## DECREE OF DIVORCE

ON THIS 3rd day of February, 1992 the above entitled matter comes on for trial; Plaintiff appears in person and with counsel William K. Orendorff, and Defendant appears not; the Court examine the records, heard the evidence and statements of counsel, and base thereon finds:

That Defendant has executed and filed sufficient Entry of Appearance and Waiver; that the Court has jurisdiction over the parties and subject matter of this action;

That prior to the filing of the Petition herein, the Plaintiff had been a resident in good faith of the County of Sequoyah and the State of Oklahoma for thirty (30) days and six (6) months respectively;

That the parties hereto were legally married on or about the 26th day of July, 1989, in Fort Smith, Arkansas;

That the parties hereto are entitled to a divorce on the grounds of incompatibility;

KEB400200

That during the marriage the parties have acquired certain proper which should be equitably divided as specifically set for hereinafter;

That during the marriage, the parties incurred certa indebtedness which should be equitably divided as specifically s forth hereinafter;

That prior to the marriage of the parties, the Defenda acquired certain property which should be awarded to Defendant her separate property as specifically set forth hereinafter;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Cou as follows:

That the parties are hereby granted a Decree of Divorc from each other on the grounds of incompatibility, and thei marriage relationship is dissolved and both parties release therefrom; provided, neither party shall marry any other person i the State of Oklahoma for six (6) months from the date hereof;

That the Plaintiff is awarded as his sole and separat property, free and clear of any right, title, or interest of th Defendant, the following:

> The appliances which are secured for the debt to Arkansas Best Federal Credit Union;
>
> Real Estate situated in Sequoyah County, Oklahoma, to-wit:
>
> $E\frac{1}{2}$ NE$\frac{1}{4}$ SW$\frac{1}{4}$ and SE$\frac{1}{4}$ SE$\frac{1}{4}$ NW$\frac{1}{4}$ Section 8, Township 12 North, Range 25, Sequoyah County, Oklahoma; provided, however, that said property is subject to a lien in favor of the Defendant to secure the payment of the sum of $40,000 to the Defendant as hereinafter provided;
>
> The Mobile Home subject to the indebtedness

2

KEB400201

thereunto;

Plaintiff's personal belongings;

That the Defendant shall divest herself of any intere whatsoever in the above described real property once the lienab claim of the Defendant has been fully satisfied.

That the Defendant is awarded as her sole and separa property , free and clear of any right, title or interest of tl Plaintiff, the following:

1990 GMC Pickup

Bedroom Suite

All furniture she owned prior to marriage

Stock Trailer

1983 Olds Cutlass

All real estate located in Crawford County, Arkansas, to wit;

TRACT 1

All that part of the Southeast Quarter of the Southeast Quarter of Section 18, Township 9 North, Range 32 West lying South and East of the Town of Dora, Arkansas, and South and East of the right of way of Interstate Highway 40; ALL that part of the Fractional Northeast Quarter of Section 19, Township 9 north, Range 32 West, lying South and East of the right of way of Interstate Highway 40, South and East of platted Town of Dora, Arkansas, and North of the right of way of Missouri Pacific Railroad EXCEPT a part of the Southeast Quarter of the Northeast Quarter of Section 19, Township 9 North, Range 32 West heretofore deeded for Dora Cemetery and described as follows: Commencing at the 73d mile post on Oklahoma-Arkansas line, setting in the Southwest part of said Quarter, thence North 45 degrees East 7.5 chains for a point of beginning; thence North 63 degrees East 6.44 chains; thence North 3 degrees West 6.22 chains; thence South 79 degrees West 6.5 chains;

3

KEB400202

thence South 13 degrees East 4.57 chains to the point of beginning, containing 4.67 acres more or less; and, ALL that part of the West Half of the West Half of the Northwest Quarter of Section 20, Township 9 North, Range 32 West lying North of the right of way of the Missouri Pacific Railroad, being the same property described in that certain deed appearing in Book 237, page 285, Blakemore to Hogan; EXCEPT that part Commencing at the Southwesterly Corner of the Dora Cemetery which is described as an exception in that certain deed wherein Mrs. Glenn A. Blakemore was grantor and Joe Ray Hogan and Juanita Hogan, Husband and Wife, were grantees, recorded in Book 237, page 285, thence North along the Westerly line of said Dora Cemetery to the Southeasterly Corner of the Gene C. Smith property; thence Westerly along the South line of the Gene C. Smith property to the West line of the Southeast Quarter (SE¼) of the Northeast Quarter (NE¼) of Section 19, Township 9 North, Range 32 West; thence South along the Westerly line of said Southeast Quarter (SE¼) of the Northeast Quarter (NE¼) to the Missouri Pacific right-of-way; thence in an Easterly direction to the point of beginning; EXCEPT FURTHER the two-acre tract deeded to MARCIA BARNES by her father and mother, Joe Ray Hogan and Juanita Hogan, during their lifetimes; and SUBJECT TO that certain easement granted to Bob Bordelon by Joe Ray Hogan and Juanita Hogan, which, among other things, runs along the South end of the above-described property and along the South end of the two-acre tract deeded by Joe Ray Hogan and Juanita Hogan to MARCIA BARNES; to which both MARILYN SUE REICHERT and MARCIA BARNES, their heirs, and assigns shall have joint right of use.

TRACT 2

Lots 5 and 6, Block 5, Town of Dora, Arkansas.

TRACT 3

A part of the West Half (W½) of the Northwest Quarter (NW¼) of the Northwest Quarter (NW¼) of Section 20, Township 9 North, Range 32 West, more particularly described as follows: Commencing at the intersection of the East line of the said West Half (W½) of the Northwest Quarter (NW¼) of the Northwest Quarter (NW¼) of

4

KEB400203

said Section 20, with the northerly right-of-way line of the Missouri Pacific Railroad Company, thence north along said East line of the said W½ NW¼ NW¼ aforesaid, a distance of 420 feet to a point; thence West 210 feet; thence South to the northerly right-of-way line of the Missouri Pacific Railroad Company, thence North and East along said Missouri Pacific Railroad Company northerly right-of-way line to the point of beginning, containing two acres, more or less.

That the Plaintiff shall divest himself of any interest whatsoever in the above described real property by executing a Quit Claim Deed to Defendant within ten (10) days from the date of this Decree, however, should Plaintiff fail to do so, then this Decree shall be sufficient to effect the conveyance of Plaintiff's interest in said real property to the Defendant;

That as part of the property division Plaintiff shall pay to the Defendant the sum of forty-thousand ($40,000.00) dollars as soon as he is able to secure sufficient financing and the Defendant is hereby granted a lien on the real estate hereunder awarded to the Plaintiff to secure the payment of said sum which shall be paid to the Defendant within thirty (30) days from the date hereof.

As a further part and parcel of the property settlement agreement, the Plaintiff agrees that he shall pay any and all attorney's fees and costs that may have arisen by virtue of litigation over an easement pertaining to the above described Crawford County property, and shall hold the Defendant harmless therefore.

That the Plaintiff shall pay the following indebtedness:

The debt on the Discover Card;

The note at First National Bank of Sallisaw on the Stock

KEB400204

918

trailer and 1983 Olds Cutlass;

The indebtedness on the Mobile Home, and hold t] Defendant harmless from same.

That the Defendant shall pay the following indebtednes:

The debt to Arkansas Best Federal Credit Union on the 19: GMC Pickup;

The debt to Arkansas Best Federal Credit Union on the household appliances;

The Personal Note to Arkansas Best Federal Credit Union and hold Plaintiff harmless from same.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Cour as a part and parcel of the property settlement agreement betwee the parties, and as a part and parcel of the division an distribution of said property, that the parties hereto shall fil a joint income tax return for the year 1991 and they shall equall divide any refund received therefrom or shall equally pay the ta: obligation created thereby.

_____
WILLIAM K. ORENDORFF OBA #11950
Attorney for Plaintiff
P.O. Box 260
Sallisaw, Oklahoma   74955
(918) 775-4436

_____
ISSAC C. BARRETT, Plaintiff

_____
MARILYN S. BARRETT, Defendant

_____
ASSOCIATE DISTRICT JUDGE

6

KEB400205

#6402.

IN AND FOR THE DISTRICT COURT OF SEQUOYAH COUNTY,

STATE OF OKLAHOMA

ISSAC C. BARRETT
                              Plaintiff, )
                                         )
                                         )
                                         )
vs.                                      )
                                         )
                                         )
                                         )
MARILYN S. BARRETT                       )
                              Defendant. )     Case No. D-92-1

**SEQUOYAH COUNTY, OKLAHOMA**
**FILED**
**IN DISTRICT COURT**

FEB 18 1992

KATHY REED, Court Clerk
By_____ Deputy

## RELEASE AND SATISFACTION OF JUDGMENT

The undersigned Defendant does hereby acknowledge recei[ ] from ISSAC C. BARRETT, Plaintiff in the above-entitled cause, th[ ] sum of $40,000.00 dollars, the amount due upon the judgment render[ ] in said cause on the 3rd day of February, 1992, which said sum [ ] received and accepted in full payment and satisfaction of sai[ ] judgment with interest and costs, and in full payment an[ ] satisfaction of all fees, liens, and claims in said cause and in an[ ] to the proceeds of said judgment, and the undersigned does heret[ ] release, acquit, and forever discharge the said Plaintiff, of an[ ] from all liability to and demand of the undersigned, in respect t[ ] said cause and judgment.

This release shall be filed in the Office of the Clerk c[ ] said Court, and the said Clerk is hereby authorized and directed t[ ]

KEB400206

enter said release on the judgment docket of said Court and ↑
release the said judgment of record.

Dated this 5th day of February, 1992.

_____
MARILYN S. BARRETT, Defendant


LAW OFFICES OF HARRY SCOUFOS, P.C
Attorneys at Law
P. O. Box 787
Sallisaw, OK  74955
(918) 775-5546

By:_____
HARRY SCOUFOS, O.B.A. #8031

2

KEB400207

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

_____


**EXHIBIT 16**

_____

MONDAY DECEMBER 10th-Continued.

And after hearing the testimony offered by both the plaintiff and defendant, instruction from the court as to the law governing in this cause the jury retires in care if sworn to consider its verdict thereafter returning into open court their verdict, as follows, to-wit
State of Oklahoma
Sequoyah County.    IN DISTRICT COURT.

The State of Oklahoma
        vs.
Bob Burchett, Defendant

    We the jury drawn, empaneled and sworn in the above entitled cause do upon our oaths the defendant Bob Burchett guilty of burglary in the second degree as charged in the info herein. We fail to agree upon punishment.
                                        S.E.Winfrey, Foreman.
    Their verdict is received and the jury is discharged from any further service in this ca and the jury failing to agree as to the punishment the court sets Saturday December 15th 9 o'clock A.M. for sentence.
                Saturday December 15th 1917.
    The District Court of Sequoyah County, State of Oklahoma met in the court room at Salli Saturday December 15th 1917 at 9 o'clock A.M. pursuant to adjournment of yesterday. Pres presiding the honorable John H.Pitchford, Judge, C?E?Holder Sheriff and Joe E.Thornton,Cl Court is regularly opened by public proclamation and the following proceedings had to-wit
1850                State of Oklahoma vs. Bob Burchett
        The defendant having on yesterday been tried and convicted of the crime of burglar he is now sentenced to serve a term of three years in the penitentiary ay McAlester, Okla
                :::::::::::::::::::::::::::::-
                WEDNESDAY DECEMBER 12th 1917.
                :::::::::::::::::::::::::::::::

The District court met in regular session pursuant to adjournment as of Tuesday December present and presiding Hon. John H.Pitchford, Judge, thereof, C.E.Holder, Sheriff and Joe Clerk.and after court being regularly and duly opened by proclamation the following proce had and entered:
1784                State of Oklahoma vs. Howard Henson et al.
    This case coming on for trial, present in person and by their attorneys Thomas J.
Defendants Howard Henson and Robert Tabor ask permission to withdraw their plea of not gu Court grants the permission,and defendant files a general demurrer, Demurrer is by the co led, defendant excepts. Defendant Ed Gant is three times called and answers not and is adjudged in default, the Clerk is ordered to draw a jury to try the cause as to Howard He and Robert Tabor and the following named jurors are drawn and sworn to try the cause.
R.Garrison, D.L.Creekmore        Ed Cox            J.B.Shrum
S.E.Harp        Fonce Holland    S.E.Winfrey        A.P.Flowers
                R.H.Thompson    W.J.Webb            W.B.Briley
J.A.Irwin
    The hearing of testimony is begun, at the conclusion of which the court instructs the ju as to the law governing in this cause and argument of counsel being waived the jury retir in care of a sworn bailiff to consider its verdict, thereafter returning into open court their verdict as follows to-wit:

State of Oklahoma
Sequoyah County        IN DISTRICT COURT.

The State of Oklahoma            1784 )
        vs.
Howard Henson and Robert Tabor, )
    We the jury drawn, empaneled and sworn in the above entitled cause do upon our oaths find the defendants Howard Henson and Robert Tabor not guilty as charged in the informatio herein.                        S.E.Winfrey, Foreman.
    Their verdict is received and the jury is discharged from any further service in this case. Defendants are discharged and their bondsmen exonerated.
                :::::::::::::::::::::::
                THURSDAY DECEMBER 13th 1917.
The District Court of Sequoyah County State of Oklahoma met in the Court room at Sallisa Oklahoma Thursday December 13th 1917 at 9 o'clock A.M. pursuant to adjournment of yester present and presiding Hon. John H.Pitchford, Judge, there being also present C.E.Holder Sheriff and Joe E.Thornton, Clerk. Court is regularly opened by public proclamation and the following proceedings had to-wit:
1862                State of Oklahoma vs. Joe Morgan
        Stricken for lack of evidence on motion of the County Attorney.
                :::::::::::::::::::::
1866                State of Oklahoma vs. Bob Tabor and George Tabor.
        Continued by agreement.
                :::::::::::::::::::::::::
                FRIDAY DECEMBER 14th, 1917.
                :::::::::::::::::::::::::::::::
The District Court of Sequoyah County, Oklahoma met in the court room at Sallisaw, Oklaho Friday December 14th 1917 at 9 o'clock A.M. pursuant to adjournment of yesterday. Present and presiding Hon. John H.Pitchford, Judge, C.E.Holder, Sheriff and Joe E.Thornton, Clerk Court is regularly opened by public proclamation and the following proceedings had to-wi
1660                State of Oklahoma vs. Lafayette Horn
    The court orders the mandate of the Crimnal Court of Appeals spread of record.
                :::::::::::::::::::::::::
1638                State of Oklahoma vs. Geo.Williams
        The Court orders the mandate of the Crimnal Court of Appeals spread of record.
                :::::::::::::::::::::::::
1672                State of Oklahoma vs. E.L.Lemley
    The court orders mandate of the Crimnal Court of appeals spread of record.
                :::::::::::::::::::::
1727                State of Oklahoma vs. Abe Dotson.
    The court orders the mandate of the Crimnal Court of Appeals spread of record.
                ::::::::::::::::::
1871

KEB502745

State of Oklahoma vs. Levi Chuculate.
...dent present in court and waives arraignment and pleads guilty as charged.
...ives time for sentence and is by the court sentenced to serve a term of
...in the penitentiary at McAlester, Oklahoma and suspends sentence until
...y of the next term of the District Court.
:::::::::::::::::::::::::::::::
SATURDAY DECEMBER 15th, 1917.
:::::::::::::::::::::::::::::::

...ict Court of Sequoyah County, State of Oklahoma met in the court room at
...lahoma Saturday December 15th 1917 at 9 o'clock A.M.  pursuant to adjournment of
...esent and presiding Hon. John H.Pitchford, Judge, C.E.Holder, Sheriff and
...on, Clerk. Court is regularly opened by public proclamation and the following
...had to-wit:
State of Oklahoma vs. Lafayette R.Horn.
...orders the defendant committed to the penitentiary for the term of 20 years
...ce with the mandate of the supreme court.
:::::::::::::::::::::::::::::::
State of Oklahoma vs. George Williams
...orders the defendant committed to the penitentiary for the term of five years
...ce with the mandate of the supreme court.
:::::::::::::::::::::::::
State of Oklahoma vs. E.L.Lemley
...orders the defendant  committed to the penitentiary for the term of one year
...the mandate of the supreme court.
:::::::::::::::::::::::::::::::::::
State of Oklahoma vs. Abe Dotson.
...orders the defendant committed to the penitentiary  for a term of one year and
...compliance with the mandate of the supreme court.
:::::::::::::::::::::::::::::::::::

KEB502746

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 17**

---

## RECORD OF INFORMATIONS.

1703 INFORMATION.

THE STATE OF OKLAHOMA
vs.
Abe Dotson, J. H. Stout
C. B. Stout,
Defendant

In the _District_ Court, of _Sequoyah_ County, Oklahoma.

In the Name and by the Authority of the State of Oklahoma,

Now comes _J. B. Allen_ the duly qualified and acting County Attorney, in and for _Sequoyah_ County, State of Oklahoma, and gives the _District_ Court of _Sequoyah_ County, State of Oklahoma, to know and be informed that _the above named defendants, Abe Dodson, J. H. Stout and C. B. Stout_

did, in _Sequoyah_ County, and in the State of Oklahoma, on or about the _Twenty-eighth_ day of _June_ in the year of our Lord One Thousand Nine Hundred and _fifteen_ and anterior to the presentment hereof, commit the crime of _a felony, to wit, to wit: an assault with intent to kill_

in the manner and form as follows, to-wit: That is to say the said Abe Dodson, J. H. Stout, and C. B. Stout, in the county and state aforesaid and on or about the day and date aforesaid, then and there being, did then and there, with certain dangerous and deadly weapons, to-wit: an axe and a hammer, which they, the said Abe Dodson, J H. Stout, and C. B. Stout then and there had and held in their hands intentionally, wrongfully, unlawfully, purposely, willfully, and feloniously, assault, strike, stab, cut, and wound one Henry Hart with force likely, to cause death, with the felonious intent on the part of them the said Abe Dotson, J H. Stout and C. B. Stout, him the said Henry Hart then and there willfully, unlawfully, intentionally, purposely, wrongfully and feloniously to kill and murder, contrary to the form of the statutes, in such cases made and provided, and against the peace and dignity of the State.

J. B. Allen
County Attorney.

STATE OF OKLAHOMA,
_Sequoyah_ County. } ss.    I, _J. B. Allen_ being duly sworn, on oath state, that I have read the above and foregoing Information and know the contents thereof and that the facts stated therein are true.

J. B. Allen,

Subscribed and sworn to before me, this _12_ day of _Nov_ 1915

Fred Mershon
Court Clerk

### ENDORSEMENTS.

No. _1727_

THE STATE OF OKLAHOMA
vs.
Abe Dotson, et al.

INFORMATION.

In the _District_ Court of _Sequoyah_ County, Oklahoma.

Filed _Nov 12_ 1915

Fred Mershon
Court Clerk

NAMES OF WITNESSES.

Henry Hart, Marble City, Okla.
Henry Sixkiller, "   "   "
Watie Sixkiller, "   "   "
Susie Sixkiller, "   "   "
Irene Sixkiller, "   "   "
C. M. Gay, Bullisaw Okla.
Dr. J. L. Holcomb, Marble City.

I Hereby Certify that the above and foregoing is a full, true, correct and complete copy of the original Information, together with the endorsements thereon, now on file in my office. Dated_____19____

By_____Deputy.    _____of_____Co., Okla

KEB503078

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 18**

---

Infor Rec. on Vogue,

APPEARANCE DOCKET—CRIMINAL    No. 1227

| TITLE OF CAUSE | OFFENSE CHARGED | ATTORNEYS |
|---|---|---|
| STATE OF OKLAHOMA vs. Abe Dotson | Assault with intent to Kill, | 12/17/15. Jury Trial, Guilty as to Abe Dotson. Not guilty as to J.H. & O.B. Staub. Abe Dotson, sent to Pen for 1 year & 1 day |

| | | CLERK'S COSTS | SHERIFF'S COSTS | MISCELLA-NEOUS | DISBURSE-MENTS | CREDITS |
|---|---|---|---|---|---|---|
| To Fil Tran 10, Comp 10, 3 Warrants 30 | | 50 | | | | |
| " + Rec Appr Bond | | 1 10 | | | | |
| To Dock Fee | | 2 00 | | | | |
| To J.P. Cost | | | | 8 30 | | |
| Court Cost | | | | 10 55 | | |
| To Dock Notice | (Total 23 65) | 10 | | | | |
| To Fil & Rec Infor | | 1 00 | | | | |
| To " Prec + Jo Sub | | 35 | | | | |
| | | 35 | | | | |
| | | 35 | | | | |
| + Is 5 Copies | | 1 25 | | | | |
| Fil & Ent Sheriff's Ret | | 20 | 6 15 | | | |
| To fil Chas. | | 10 | | | | |
| Instruction | | 10 | | | | |
| To fil Mo for New trial | | 10 | | | | |
| " " " in arrest of Judgment | | 10 | | | | |
| To fil & approving Supersedeas Bond | | 1 10 | | | | |
| " Taking ack. to Same | | 20 | | | | |
| To Wit Fee | | | | 19 50 | | |
| To Appr 10, Waive 30, Plea 50, Mo 10, + Order 30 | | 1 30 | | | | |
| Swear Jurors 100, Writ 50, Order 30, Verdict 10 | | 1 90 | | | | |
| Appr 10, Order 30, Verdict 10, Order 30 | | 70 | | | | |
| Mo 10, Order 30, Mo 10, Order 30, Mo 10, Order 30 | | 1 20 | | | | |
| To fil Notice of Appeal | | 40 | | | | |
| " + Rec Judgment + Sheriff's Ret | | 1 20 | | | | |

KEB503096

Infor Rec. on Page, 483,

## APPEARANCE DOCKET—CRIMINAL    No. 1227.

17=134

| CLERK'S Costs | SHERIFF'S Costs | MISCELLA-NEOUS | DISBURSE-MENTS | CREDITS | | TITLE OF CAUSE | OFFENSE CHARGED | ATTORNEYS |
|---|---|---|---|---|---|---|---|---|

FARM DORSWORTH BOOK CO LEAVENWORTH KAN NO 21016

STATE OF OKLAHOMA

vs.

Abe Dotson

Assault with intent to kill,

12/7/15. Jury trial, Guilty as to Abe Dotson. Not guilty as to J.H. & C.B. Stant. Abe Dotson, sent to Pen for 1 year & 1 day

| | CLERK'S Costs | SHERIFF'S Costs | MISCELLA-NEOUS | DISBURSE-MENTS | CREDITS |
|---|---|---|---|---|---|
| To Fil Fion, Comp, 3 Warrants 30 | 50 | | | | |
| " r Rep Appr Bond | 1 10 | | | | |
| To Dock Fee | 2 00 | | | | |
| To J.P. Cost | | | 8 30 | | |
| Court Cost | | | 10 55 | | |
| To Dock & Notice | 10 | | | | |
| To Fil & Rec Infor (Total 23 65) | 1 10 | | | | |
| To " Pros & aff sub | 35 | | | | |
| " " | 35 | | | | |
| " " | 35 | | | | |
| " r Is 5 copies | 1 25 | | | | |
| " fil & Ent Sheriff's Ret | 20 | 6 15 | | | |
| " To fil Chas. | 10 | | | | |
| Instruction | 10 | | | | |
| To fil Mo for New trial | 10 | | | | |
| " " " in arrest of Judgment | 10 | | | | |
| " " aff | 10 | | | | |
| To fil & approving Supersedeas Bond | 1 10 | | | | |
| " Taking ack. to same | 20 | 19 50 | | | |
| " Fee Wit. fees | | | | | |
| To aff Waive 30, Plea 50, Mo 10 & Order 30 | 1 20 | | | | |
| " Swear Jurors 100, Wit 50, Order 30, Verdict 10 | 1 90 | | | | |
| Appr 10 Order 30, Verdict 10 Order 30, | 70 | | | | |
| " 10 " 30, Mo 10, Order 30, Mo 10, Order 30 | 1 20 | | | | |
| " Mo 10, Order 30 | 40 | | | | |
| To fil Notice of Appeal | 30 | | | | |
| " " " & Rec'd Judgment & Sheriff's Ret | 1 40 | | | | |

KEB503097

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 19**

---

## APPEARANCE DOCKET—Criminal

3

| No | TITLE OF CAUSE | OFFENSE CHARGED | ATTORNEYS |
|----|----------------|-----------------|-----------|
| 3. | THE STATE OF OKLAHOMA vs. Abe Dotson, | Carrying Weapon. | W. L. Curtis, County Atty for State. J. H. Jarmon for the Defendant. |

| 190_7 | | Clerk's Cost Plaintiff | Clerk's Cost Defendant | Sheriff | Miscel-laneous | Disburse-ments | Credits |
|-------|--|-----------------------|-----------------------|---------|-----------------|----------------|---------|
| 21 | Verifying Complaint | 25 | | | | | |
| | Issueing Warrant | 25 | | | | | |
| | Filing Complaint | 5 | | | | | |
| | " Warrant | 5 | | | | | |
| | Entering Plea guilty | 10 | | | | | |
| | Making Entry | 10 | | | | | |
| | Approving Stay Bond | 25 | | | | | |
| | Entering Judgement | 25 | | | | | |
| | Rendering " | 25 | | | | | |
| | Continuance | 10 | | | | | |
| | | 165 | | | | | |
| | Sheriffs Fees | | | | | | |
| | Serving Warrant | | | 50 | | | |
| | Returning " | | | 50 | | | |

Reported

27 65

SEP 30 1936
No further in Depository
Account for this Case
B. L. Seaman, Deputy B.E.Bl.

KEB503073

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**EXHIBIT 20**

# CRIMINAL TRIAL DOCKET.

1691.

GEO. D. BARNARD & CO., PRIN'

| No. | TITLE | ATTORNEY | PRESENT STATUS OF CASE OR PREVIOUS ORDERS |
|---|---|---|---|
| 9. | THE STATE OF OKLAHOMA, vs. Charles Nelson Defendant Charge Selling intoxicating Liquors. | W. L. Curtis County Atty. | Trial in Court. |
| 10 | THE STATE OF OKLAHOMA, vs. Abe Detson Charge Being Drunk in a public. | W. L. Curtis. | Trial in Court, |
| 11 | THE STATE OF OKLAHOMA, vs. W. P. White Charge Disposing mortgaged Property & False pretense and cheats. | | |
| 12, | THE STATE OF OKLAHOMA, vs. C. F. Ivey Charge, Bartering Selling & giving away intoxicating Liquors | | |

KEB503080