**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 71**

---

# OPINION

JOYAH COUNTY TIMES
USPS No. 490-840
NDEPENDENT Democratic NEWSpaper
MAYO        FLORENCE B. MAYO
'5              1904-1986

Iten and edited to merit your confidence
N. Oak. St., Sallisaw, Okla. 74955-4637
-Mail address: info@seqcotimes.com
ne (918) 775-4433    Fax (918) 775-3023
'ublished each Thursday and Sunday
By Cookson-Hills Publishers, Inc.

JIM MAYO, Publisher
ALLY MAXWELL, Managing Editor
MIKE ERWIN, Sports Editor
DRIDGE STIMMEL, County Reporter
IY MAYO, Educational Services Director
ANNA NUTTER, Advertising Manager
T TYLER, Advertising Representative
MSTRONG, Classified Advertising Representative
GAYLA EAKLE, Advertising Design
CHARD MAYO, Production Manager

MEMBER OF:
OKLAHOMA PRESS ASSOCIATION
INTERNATIONAL SOCIETY OF
WEEKLY NEWSPAPER EDITORS
TIONAL NEWSPAPER ASSOCIATION

SUBSCRIPTION RATES:
v Area ........................... $18.00 Per Year
us in Okla. ...................... $35.00 Per Year
nt To Oklahoma ................. $35.00 Per Year
toms and Adjacent States ........ $45.00 Per Year

Is Postage Paid At Sallisaw, Oklahoma 74955
: Send address changes to Sequoyah County Times,
Oak Street, Sallisaw, Oklahoma 74955-4637



WHIRL WIND, CHEYENNE HEAD CHIEF AND ONE TIME CUSTER FOE, WHOSE DEATH FROM A HEART ATTACK REVEALED THAT HE HAD WILLED HIS PIPE AND HIS WIFE AND FOUR CHILDREN TO U.S. DEPUTY MARSHAL CHRIS MADSEN. AND THEY BROUGHT THE PIPE WITH THEM TO THE MADSEN HOME, THEN IN EL RENO, AND ALL MOVED IN!

THE CITY OF SEMINOLE, ONCE KNOWN AS TIDMORE, IN 1926 EXPERIENCED ONE OF THE GREATEST BOOMS IN THE STATE'S HISTORY WHEN OIL WAS DISCOVERED NEARBY! THE ROCK ISLAND RAILROAD'S INCOME FROM SEMINOLE IN 6 MONTHS, MORE THAN $1,000,000, WAS SAID TO BE EXCEEDED ONLY BY CHICAGO.

A SAUK AND FOX INDIAN, JIM THORPE OF SHAWNEE, WON BOTH THE DECATHLON AND THE PENTATHLON IN THE 1912 OLYMPICS IN SWEDEN AND CAME BACK TO LEAD LITTLE CARLISLE INDIAN SCHOOL TO FOOTBALL VICTORIES OVER HARVARD AND ARMY. HE WAS VOTED THE ALL STAR ALL AMERICA ATHLETE FOR THE FIRST HALF OF THE 20TH CENTURY!

EL RENO · SHAWNEE · SEMINOLE

## Letters to the Editor

### Cherokee Water Claim

when someone (former mayor of Sallisaw, included) rokee Nation claims all the water that falls from the n enough to run him out of town; or laugh him out. thanged! I don't presume the Cherokees have at any made such grandiose claims on Mother Nature, and in oma, so you know there must be money involved – eler, money for the Tribe, money for the politicians, collection – 40 cents added to your monthly water or that, we are a bunch of guilt-ridden taxpayers! ises undertaken by the Tribe have been what I term xpenses of personal (bad) habits, I guess 40 cents off Is would fit very closely into that category. Let's see, beauty of the Cherokee Casino, in Roland, for tine little smoke shops dotting the landscape as we nute; and now that we taxpayers have established lies that have conveniently filled with their rainfall the sound of change tumbling through the slot ! ChaChing! ChaChing!....time again. It seems as Peoples and taxpayers we are subsidizing our own legislated by the Federal Government! I'd be better ashioned way of duking it out. !) be in touch with my Congressman, as this is our s to me current Tribal events make Oklahoma look it just visually, but economically and in terms of :w businesses, and those existing ones, adjusting to rce under federal, state and now Cherokee Tribal y, I think it's time to look matters squarely in the 1 within a nation, withdraw some of these recent by the Tribes, and have the courage to say, "Now,

proud heritage, what they're becoming now is a ckpockets! Let your representatives know how n of owning water that falls from the sky, sounds to

Mary Ann Cosner
Gans

### obacco Money Wisely

community hospital, I know the cost of the insurance loyees – all of them. I don't smoke and neither do s, yet over the years I have seen the cost of health eadily increase to cover the costs associated with

some relief from this unnecessary burden. Attorney General signed on to a multi-state bacco companies to cover the billions of dollars year to cover tobacco-related health costs. The II pay these steadily increasing costs through higher I higher taxes. ettlement provides Oklahoma with a unique ss the settlement money is used for tobacco II find itself right back in the financial hole created caring for the current generation of teen smokers

### She Questions Sheriff's Department

Dear Editor:

Everyone has been saddened by the death of the state trooper, especially the McKey community. There are many questions being asked as to how this could have happened. One of these questions is why did the local sheriff's department allow the gun and drug situation to escalate to that point. It should be known that the sheriff's department was contacted many times over the last three years and nothing was done. There were times they would drive by and simply turn around and leave. Sometimes they would not even respond to calls that were made. If the sheriff's department had done what they are paid to do this man's family would not be mourning him now.

Meredith Lawson
Sallisaw

### Comments on Cherokee Pay Raise

Dear Editor:

I worked along with my family in the past Cherokee Tribal election to try to get a chief for the Cherokee Nation who is above the rest in character and morals. While he didn't get elected, I was happy to see a few tribal councilors elected that I thought had integrity.

When I found out last week that the tribal councilors were going to vote themselves a big pay raise, I was sickened. If they feel that $16,800 a year is not enough let them resign and give the job to someone that would be thrilled with the present salary. I thought Cherokee Nation was hurting financially. We are either broke or we have money and if we have money, why not spread it around to the average Indian person just trying daily to survive.

Remember elected officials, you were voted in and you can get voted out. I'm sure all tribal members were watching you vote on Oct. 11.

Suzanne Garrett
Bunch

### Favors Cockfighting

Dear Editor:

Cockfighting and goose killing. Our elected officials, who congregate at 23rd and Lincoln Boulevard in Oklahoma City, have in the past made decisions concerning industry that have killed "the goose that laid the golden egg." Now the pressure is on the legislature to make another decision concerning an Oklahoma industry. Oklahoma is one of only three states that allow cockfighting. Do we follow the 47 states that have outlawed the sport or do we capitalize on being one of only three?

Cockfighting has been going on not just for years or decades, but for centuries. The fowl have been bred for this so long that fighting is part of their nature. Those who breed and keep game fowl take excellent care of them. By the way, this promotes Oklahoma agriculture. The purse money at many cockfights exceeds the purses at our racetracks and attracts many fans. People come from all over the world and bring their stock to participate. Motels fill to capacity and restaurants flourish in areas of our state that need the revenue generated by the sport. Why not take advantage of an opportunity that enhances the economy of some of our financially stressed counties?

What is right about allowing the populated metropolitan areas of the state to determine what is right for less populated areas where

### A Response to Peters' Comments

Dear Editor,

I was some amused by the news report of the Oct. 2 Sequoyah County Republican meeting, wherein Grand Republican Booh-Bah Joe F. Peters, Sr., did "welcome with delight into our fold the Mayo brothers."

Obviously, Joe hallucinated and thought he was present at the end of the world. Once more, Tailgunner Joe wrote like he rides--backward--in the airplane.

I'll not honor his gas attack with reiteration or dissection of my Kansas City Southern column, since any Sequoyah Countian with half an education knows what I said and what I meant. If Tailgunner Joe couldn't understand it he should enroll in night classes and, hopefully, come up to speed with the rest of the world. I would have thought they taught reading comprehension at the U.S. Air Force Academy, but maybe Joe was out tailgunning back then, too.

In today's political discussion (that's what Tailgunner Joe is trying to make of this), charges and claims can be cast with little or no regard for the truth, meaning or intent.

Tailgunner Joe is an excellent imitation of his mentor, the late U.S. Senator Joseph R. (Tailgunner Joe) McCarthy. They both cast the illusion they are "on to something," when actually they have nothing more than bad gas.

Take a Rolaid, Joe, turn around and ride with both eyes looking forward. Who knows, it might even help you shoot straight.

Dick Mayo
Sallisaw

### Thanks for Helping Tori Mills

Dear Editor:

This is to thank all that helped with the fundraiser for Tori Mills.

Thank you for your donations of food, money and time. The bake sale at the Grapes of Wrath was a great success.

This is a great community, thanks again.

Friends of Tori Mills

### Appreciate Help

Dear Editor,

First of all we want to thank our wonderful Lord and Savior for sparing our son's (Chad Sutton) life.

Special thanks to Police Chief Randy Reed, all the officers and entire staff at the Fort Smith Police Department.

Our heartfelt thanks to the many, many people who came and stood by our side. For all the visits, flowers, cards, phone calls, prayers and every act of kindness shown to us during Chad's hospital stay.

To Dr. Anderson, ambulance drivers, all the nurses and staff at Sparks Regional Medical Center.

We can never thank you enough. We love and appreciate each and every one of you.

God bless you all and keep you safe from harm.

Officer Chad Sutton and Family
Doug, Viola (Bobbie) and Dena

### Children And Divorce

Dear Editor:

People wake up! What are we doing to our children? Has anyone

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

## EXHIBIT 72

---

*Court file missing*

Printed: 03/10/09                              SEQUOYAH COUNTY FELONY DOCKET                              Page: 1
                                              VICKI BEATY, COURT CLERK

| Case No. | TITLE OF CAUSE | NATURE OF CHARGE | ATTORNEYS |
|---|---|---|---|
| CF-1998-00022 | STATE OF OKLAHOMA VS. CHARLES EDMOND (MONK) SANDERS | COUNT 1. KNOWINGLY CONCEALING STOLEN PROPERTY COUNT 2. UNLAWFUL USE OF POLICE RADIO COUNT 3. GRAND LARCENY COUNT 4. FALSE INFORMATION TO POLICE OFFICER | |

Judge:                               Case Information:
                                     Comments: CO-DEF=J BROWN=22A,

| Date | Entries | Book | Page | Fees | Cat. |
|---|---|---|---|---|---|
| 01-23-1998 | INFORMATION | | | | |
| 01-23-1998 | AFFIDAVIT | | | | |
| 01-23-1998 | WARRANT ISSUED-BOND $10000 | | | | |
| 01-29-1998 | MOTION TO DISMISS AND ORDER-WARRANT RECALLED PER JUDGE | | | | |
| 02-27-1998 | WARRANT CANCELLED | | | | |
| 06-11-1998 | CM: AJH;  DEFENDANT ENTERS PLEA OF NOT GUILTY. SET FOR PLEA 6-26-98, AT 11AM. BEFORE JUDGE NELSON.  28-64 | | | | |
| 12-08-1999 | ORDER ACCELERATAING DEFERRED SENTENCE | | | | |

                                                              Total Fees
                                                              Total Unassigned

                                                    Amount Due:       $0.00

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,           )
                                    )
                    *Plaintiff,*    )
                                    )
v.                                  )        **Case No. 6:04-CR-00115-JHP-SPS**
                                    )
KENNETH EUGENE BARRETT,             )
                                    )
                    *Defendant.*    )

---

**EXHIBIT 73**

---











6:09-cv-00105-RAW  Document 3-2  Filed in ED/OK on 03/16/09  Page 9 of 34

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 74**

---

*Exhs. § 2255 Motion*                    *U.S. v. Barrett*, 6:04-CR-00115-JHP-SP

## Declaration of Ada Blount

I, Ada Blount, declare as follows:

I am Kenneth Barrett's maternal great aunt. My sister is Gelene Dotson's mother. I live with my daughter, Janice Sanders.

Kenny was a hyper little boy who could not sit still. He grew up and built a shack next to his mother's place and tried to make a living fixing cars. I never felt threatened by Kenny. He did not bother me any, but I worried about him because I thought drugs made him do things he wouldn't do otherwise. He was living by himself and got mad at himself sometimes. Once he shot himself.

Kenny never had much of a father, never had any guidance. We all still love him very much.

An investigator working on Kenny's case asked me to provide this declaration. I did not write the declaration myself but I have read it carefully and it says what I told the investigator during our meetings.

I declare, under penalty of perjury, that the foregoing 1 page declaration is true and correct.

Executed by me this ___27___ day of Feb., 2009, in _____Sef.____ County, Oklahoma.

_Ada Blount_

Ada Blount

1

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 75**

---

## Declaration of Alvin Hahn

I, Alvin Hahn, declare the following:

I am a neighbor of Kenneth Barrett and am also related to him by marriage. My wife's mother, Janice Sanders, is Ada Blount's daughter.

Kenny and I were more like neighbors than friends or bosom buddies. I went by Kenny's no more than once a month. I never saw Monk Sanders at Kenny's and I never saw Kenny make or sell drugs.

Kenny was paranoid. Kenny told me he thought there were satellites watching him. Kenny never spoke about killing cops or killing anyone, or committing suicide by cops. Kenny never told me there was a warrant out for his arrest. I never saw Kenny do anything violent.

On the night of the incident, I had been sleeping and was awakened by gunfire. I remember the sound of different guns, but I cannot remember which came first or even whether I was awakened by the first shots because I had grown somewhat used to Kenny shooting at night. By the time I looked outside, about 15 seconds after the shooting stopped, there was at least one vehicle with its police lights on.

An investigator working on Kenny's case recently asked me about Kenny and the night of the raid. Then the investigator came back to me with the information I gave him in this declaration. I have read it carefully and it says what I told the investigator during our meetings.

I declare, under penalty of perjury, that this 2-page declaration is true and correct. Executed by me this 27 day of Feb. 2009, in Seq

AH

Page 1 of 2

County, Oklahoma.

Alvin Hahn

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 76**

---

## DECLARATION OF BILLY POINDEXTER

I, Billy Poindexter, declare the following:

I am the uncle of Charles "Monk" Sanders. I have known Monk Sanders his entire life. He has been in trouble his whole life and you can believe him about as far as you could throw a pick-up truck. In other words, my nephew Monk Sanders is unbelievable in everything he says. I would not believe him about anything. I am aware that when my nephew Monk Sanders testified against Kenny Barrett at Mr. Barrett's federal trial, he was doing so in order to get out of his own troubles with the law. After my nephew Monk Sanders testified against Kenny Barrett, he served no jail or prison time on anything he was in trouble for.

Not only is it my personal opinion that Monk Sanders is a completely untruthful person, but I am aware that in the community, Monk Sanders' reputation for honesty and truthfulness is extremely poor.

I was not contacted by any lawyers representing Kenny Barrett on his federal case, or any investigator working for Mr. Barrett on his federal case at the time it went to trial. Had I been contacted, I would have provided the above information and would have been willing to testify for Mr. Barrett regarding my nephew Monk Sanders' lack of honesty and truthfulness.

An investigator currently working on Kenny Barrett's case asked me to provide this declaration. I did not write this declaration myself, but I have read it carefully, and it

1

says what I told the investigator during our meeting.

I declare under penalty of perjury that the foregoing one page declaration is true and correct.

Executed by me this _1_ day of ___March___, 2009, in _Sequoyah_____ County, Oklahoma.

Billy Poindexter

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**EXHIBIT 77**

## DECLARATION OF BRANDY HILL

I, Brandy Hill, declare the following:

I am Kenneth Barrett's maternal second cousin. My grandmother, Phyllis Crawford, is a sister of Gelene Dotson, Kenny's mother. My mother is Gwen Crawford, and her mother is Phyllis Crawford. I am married to Shawn Hill, and we live with our two children in Sallisaw, Oklahoma. My youngest baby's middle name is Kenny, named after Kenny Barrett.

My family has learned first hand about bipolar disorder and depression. My mother has bipolar disorder, and I battle with depression. I was treated at Bill Willis several years ago where they prescribed anti depressants for me, but I stopped taking them. I am afraid of being a guinea pig. I had a problem with drugs, but have been clean for years. I was arrested for using methamphetamine and received a five- year suspended sentence. I completed drug court.

My mood swings make it hard on my husband. I used to attack him, kind of the way Kenny and Abby fought. Kenny told me to stop beating on Shawn because it was embarrassing. On more than one occasion, I took all of Shawn's belongings, piled them outside, and burnt them. This parallels Kenny's behavior toward Abby, both to lesser and greater degrees. My husband understands now that my mood swings control me more than I control them. He and my mother encourage me to get treatment, and I am considering it.

My husband lived with Kenny from June through October 1998. Kenny was very generous, and his auto repair business was getting more solid every day. People would pay him hundreds of dollars in cash to replace an engine or a transmission. Kenny also bought and sold cars. He might buy one and flip it the same day.

I have known Travis Crawford and Cindy Crawford for years. Travis is my uncle on my

1

mother's side.  Cindy is his wife.  I know that Travis and Cindy testified against Kenny when he was on trial in Muskogee for the killing of an Oklahoma Highway Patrol Trooper.

I was at Kenny's on September 23 when Travis came over to tell Kenny about the white vehicle that had gone by that Travis thought was cops. Rick was there, as was Toby, Kenny and Bubba Thompson, little Debbie Thompson's son. Most of us were by the garage on the side right next to Gelene's fence.  Travis said Grandpa said he had seen a white SUV go past the house down to the bottoms, which is a dead end, and that it had not come out.  Travis said that either he or Roger thought they were likely cops; I'm not sure which one.  Travis did not come onto the property at that time, but just kind of leaned over the fence and then went back home.  Shawn was just pulling up at the time and I left with him soon after.

There was no talk about killing police or going down in a blaze of glory.  Kenny did not act as if it were anything but normal that the police had come by. The police drove by all the time, sometimes three times a week, from around 1996 to 1999.

Cindy Crawford is completely dishonest and totally untrustworthy.  In my opinion, she has no conscience whatsoever.  I am also aware that she has a very bad reputation for honesty in the community.  She is extremely manipulative.

Cindy has stolen from me and my family several times.  She would steal to get money for drugs.

Cindy intentionally hurts other people with her lies and by trying to get them in trouble for things they never did.  The only reason she would have testified against Kenny would be to get something for herself.

My uncle Travis told me he and Cindy were paid for their testimony against Kenny.

2

Uncle Travis also told me that he did two shots of dope immediately before his testimony and was under the influence of drugs when he testified.

I am aware that Cindy has long acted as a police informant, and has gotten out of trouble because of it. For example, she was enrolled in drug court, but did not have to attend their sessions. Most times when a person fails to abide by the conditions of drug court, they are terminated from the program and charged. Cindy told me this didn't happen to her and she didn't have to attend drug court because "they lost her paperwork."

Around 2001 or 2002, Shawn and I were brought into ADA Robbie Cowan's office. We were asked to roll on Chip Teague, Boss Green and Diane Wynn and to tell whatever they knew about these individuals and the drug trade. We declined. Shortly after that, Cowan was out of office.

At the time of Kenny's trial in Muskogee no one working for his case talked to me about my family or what I knew about Travis and Cindy's honesty. When an investigator working on Kenny's case asked me about these things recently, I told him the information in this declaration. I did not write this declaration myself, but I have read it carefully, and it says what I told the investigator during our meeting.

I declare under penalty of perjury that the foregoing 3-page declaration is true and correct.

Executed by me this 27 day of Feb. , 2009, in Sequoyah County, Oklahoma.

Brandy Hill
Brandy Hill

3

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 78**

---

## DECLARATION OF CAROLYN JOSEPH

I, Carolyn Joseph, declare the following:

I am the maternal aunt of Kenneth Eugene Barrett. Kenny's mother, Gelene, is my oldest sister. I am the youngest of three daughters and am 17 years older than my only brother Mark Dotson. I live in Fort Smith, Arkansas, where I moved about a year ago to be closer to my sister Ruth. Ruth and I are Jehovah's Witnesses, and it's comforting to be close to her.

I used to live on family land but moved into town after my son Dewitt was killed in an automobile accident on November 25, 1997, when he was only 30 years old. I could not live there any more because of the memories. Dewitt was Mark Dotson's best friend. Dewitt had a Masters degree in chemistry. I depended on him so much; he came home on weekends. I am only now beginning to come to terms with losing him. He was a mannerly boy, just a really good son. I work at a small hospital, Booneville Community Hospital where I am the only lab tech on weekends, the only shifts I work. I went back to school at 47 to become a lab technician. I am now 62. Prior to being a lab tech, I was a bookkeeper for Doug Stites and later for Ed Stites. Mike Stites who is married to Abby, Kenny's ex wife, is Ed Stites's nephew. It is a small community around Sallisaw, so we all know each other.

We have had serious mental health problems in my family. I have bipolar disorder and have bouts of depression, sometimes severe. I take Welbutrin for it every day. At one time, I had it really bad. I try now to live for the little things and not to think about the big things. I have seen a psychologist for my condition for years. Ingram Goodwin, who was the son of my mother's sister (a Real until she married), killed his wife and then himself. His wife had just finished medical school. My daughter Stephanie has mental health issues. She is divorced. She is a nice

1

girl, but used to be flighty.  Like Kenny, she was hyper when she was little.  She is outgoing, but is very, very moody. Living with her is awful.

My daddy was not a falling down drunk and could hide how much he drank.  My mother thought he had quit drinking, and that Daddy was doing well near the end of his life.  My mother was surprised when I showed her where Daddy had been stashing vodka bottles in the barn.

I do not want to run Gelene down, because she has had a hard life, working and raising three boys alone, but she was more a drunk who would drink to being sloppy, which Daddy would not do. I think she did it because of the stress she was under.  When I got divorced after my mother passed away, Gelene wanted me to move in with her and I did for a while. She has a big heart, but she does have a drinking problem.

When I was thirteen, my mother and I went to Joliet to help Gelene when Kenny was supposed to be born, but we ended up staying five weeks, because Kenny was born a month late. I paid Gelene and Ernie a visit again when I was 17.  Gelene was drinking up a storm. She was drinking beer and was stinky drunk and unhappy.  Kenny was four. Ernie was dating a woman named Jerry and Ernie ran around all the time. He was a good-looking guy and it went to his head. Ernie was hardly around their home.

Kenny was more than a hyper child. I think he had ADD or something; you could not pin that boy down. He was the most hyper kid I have ever seen. I remember when he was little, he was so loving. He would climb up on you and put his arm around your neck and say, "I love you." He was the sweetest little boy, and then he would change to being loud and kicking for no reason I could see.

Most of the time Kenny was in a high mood, then he would fly off the handle all at once.

2

Kenny had low self-esteem. He would duck his little head a lot and act like he was not as good as those around him. His mother put him down a lot rather than build him up and make him feel good about himself. I do not think you should condemn a child and Kenny had a lot of that. Gelene got worse toward him when he was 11 or 12, around the time of the divorce.

We all felt for Kenny. Maybe we should have stepped in and done something about it. Kenny did not have much of a chance. Gelene always took out on him the frustrations she had about Ernie. Kenny was defenseless. The damage gets done and there's not much to do about it. A child should not have to be raised like that. It was easier for Steve because Gelene treated him better than Kenny. She babied him when he was little, spoiled him rotten, even in high school. She took him and gave him whatever he wanted. Richie has his problems, too. He can be downright mean.

Kenny's divorce was hard on him and his wife, Abby. Abby dearly loved Kenny. Abby has told me more than once she loved him. Abby explains it as just one of those things that did not work out because Kenny would be so emotional. Kenny moved back home after he and Abby divorced, and I could never figure out why Kenny lived next door to his mother. They did not get along. Kenny would have done anything for Gelene, but they argued all the time. She fussed at him constantly over any little thing. It seemed like Gelene and Kenny were a whole lot alike. They argued a lot.

The whole tragedy would never have happened if Ruth had been Kenny's mother. Ruth is a fortress. If I have problems, I turn to her. She's the reason I moved to Fort Smith. I call her twice a day. If Ruth had been Kenny's mother from infancy, he would have been taught what was correct. What a difference that would have made for him.

3

I have never known Kenny to hurt anybody. He gets emotional, but as far as hurting anybody, he is not a dangerous person. My car broke down when I was living on the Dotson property in the little brick house. Kenny came over. He was so mannerly and he fixed my car. He never treated me disrespectfully. He could not have been nicer to me when I did see him, but I worried about him.

Kenny was going downhill, and because I have experience with bipolar disorder I recognized some symptoms in Kenny. I thought if he stopped using drugs, he could improve. Gelene and I met with Kenny in my kitchen to talk about how to get him help. We called the sheriff, asking for help but received none. I am sure that Kenny hallucinated and believed that he was constantly under surveillance. I called the authorities because I thought they could get Kenny off the drugs, that they would get him help. I wanted them to get him in a drug program. I did not want them to hurt him. They would not do anything to help. I made my last call to OSBI just days before the raid on Kenny's property, but I never got past a dispatcher.

I was not the only one to call the law enforcement. Janice Sanders often called the sheriff on Kenny with noise complaints. Janice is one of Kenny's cousins and lived across the road from Kenny. My mother's sister had married Coy Blount whose daughter, Janice, married Tom Sanders. One particular time, that got blown out of proportion at the trial, was when Kenny got miffed that Janice had called the police on him for either shooting his gun in the air or for playing the radio too loud. Kenny had yelled across his property a threat to burn down Janice's house. Neither Janice nor I thought for a moment that Kenny would carry out his threat. He was not vindictive or mean or violent. He was just mad at Janice for calling the police on him. He was just shooting off his mouth. Janice testified about this incident at the trial.

4

Kenny's trial attorney only met me for a few minutes.  He asked me about Kenny threatening to burn down Janice's house.  I confirmed that I heard the threat, and the attorney did not ask me any other questions so he never learned that no one believed it for a second. He never gave me a chance to tell him.  The attorney just told me my testimony would not be required. The attorney never asked whether Kenny had attempted to carry out the threat or whether anyone believed that he would. My answer would have been no. Kenny never had done anything to anyone. The attorney did not ask anything about what Kenny was like as a person, what kind of life he had growing up, or what kind of mental illness runs in our family.  I would have answered any questions the attorneys asked and I would have answered them truthfully.

My daughter, Meredith Broomfield, wrote a letter to the *Sequoyah Times* about our family's pleas for help.  At first, they would not publish it, but she insisted they do and they finally agreed if she came down to the paper and signed it.

I know Travis Crawford and Cindy Crawford.  Travis is my nephew, and he was married to Cindy.  Kenny's attorneys in the federal trial never asked me about Travis or Cindy.  If they had asked me about them, I could have testified about Travis and Cindy's honesty, not just my opinion, but their reputations.

Cindy Crawford was a heavy drug user, and I could see that her drug use affected her mentally.  She seemed to have the mind and attitude of a 12 year old.  Cindy is so deceitful and dishonest that it is pitiful.  No one I know trusts Cindy or believes anything she says.  This is not only my personal opinion.  Her reputation for honesty in the community is poor.

It is also my opinion that Travis Crawford, who was also a heavy drug user during the time of Kenny's federal case, is not an honest person.  Travis does not have a reputation in this

5

community as an honest person.

Every time Cindy or Travis Crawford came to my home, something turned up missing. They would steal to get money to buy drugs. Travis and Cindy were people who would say one thing and do the other. I once paid Travis $400.00 to build a well house on my property. The materials were delivered. The well house never got built, and the materials were stolen. The only people who could have stolen the materials were Travis and Cindy. No one ever paid me back the money I gave to Travis to build the well house.

On several occasions, Travis asked me for help when he and Cindy were out of money, then he'd steal things from my home and property. Travis once stole four rolls of barbed wire from my barn. The police were notified, and Travis later admitted to me that he had stolen the barbed wire. After my son DeWitt Joseph was killed in an automobile accident some years ago, Travis stole things from his property.

I have not seen or associated with Travis and Cindy Crawford since they testified at Kenny's trial. The things I'm telling about here happened before Kenny's federal trial.

Two investigators who said they were working on Kenny's federal case asked me to talk to them and one of them came back to me with this declaration, and asked me if it says what I told them. I did not write this declaration myself, but I have read it carefully, and it says what I told the investigators during our meetings.

I declare, under penalty of perjury, as provided in the laws of the United States of America, and the State of Oklahoma, that the foregoing 7-page declaration is true and correct.

6

Executed by me this *15th* day of *February*, 2009, in *Sebastian* County, Arkansas.

_____
Carolyn Joseph

7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**EXHIBIT 79**

## DECLARATION OF DEWEY PADGETT

I, Dewey Padgett, declare the following:

I have been a Sallisaw town barber for fifty years. I see all kinds in my business and I hear most things about everything that goes on in this town. My place of business, Padgett's Barber Shop, at 202 N Oak Street, is just down the block from the courthouse where the police, sheriff's and highway patrol have their offices.

I was Kenny Barrett's barber for many years. Kenny was always respectful to me and my other customers. When I heard about what happened up at Kenny's, of course my first thoughts were for Rocky Eales and his family. Soon the talk around town was that there was no reason for the police to do Kenny like they did. Most people think that he had a right to protect his son and his property and that there were other ways to arrest Kenny that would not have put anyone in danger.

Of course, that wasn't Rocky's fault, and as I said we all feel for him and his family. There are those in the community who think that he had a right to defend himself, but most of us felt that it was fair that Kenny got some punishment. We felt that the manslaughter conviction in state court was punishment enough. We felt that trying him again after there was a verdict was pretty much un-American and against everything we were taught in school about justice and double jeopardy.

Again, I say, and the vast majority of my customers feel this way, that the police didn't have to do Kenny the way they did because they could have arrested him peaceably any time they wanted. And then to do him again like they did in the courts—people don't like that.

Of course, I have some customers who would disagree, but that's how I and most of the town feel.

An Investigator working on Kenny Barrett's case asked me to provide this declaration. I did not write the declaration myself but I have read it carefully and it says what I told him and how I feel.

I declare under penalty of perjury that the foregoing 2 page declaration is true and correct.

Executed by me this 2 day of _____, 2009, in _____ County, Oklahoma.

Dewey Padgett

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**EXHIBIT 80**

## DECLARATION OF DORIS BARRETT

I, Doris Barrett, declare the following:

I am married to Ernie Barrett, Kenneth Eugene Barrett's father. I am Ernie Barrett's third wife. Kenny Barrett is my stepson. I was married to Ernie Barrett before and at the time of Kenny's state trials in Sequoyah County, and during his federal trial in the Eastern District of Oklahoma. I followed Kenny's case closely, both in state and federal court. Before and during the state trials, I had frequent contact with Kenny's lawyers and investigators.

I went to every hearing and every day of both state trials and the federal trial, except I missed just one state hearing that was held in Stilwell.

I had some contact with Kenny's lead federal lawyer, Roger Hilfiger, before and during Kenny's trial, but we never discussed Kenny's family life or history. Mostly, he just outlined the day for me, told me who was going to testify that day. In fact, he only told my husband Ernie and me that we were going to testify on the day we testified in the penalty phase of Kenny's trial. He did not even tell Ernie or me what questions he was going to ask us. No investigator or investigators working for the defense in Kenny's federal case spoke with us.

I did have quite a few conversations with Mr. Hilfiger's co-counsel, Bret Smith, during Kenny's federal trial. Mr. Smith was very upset with what he considered to be Mr. Hilfiger's incompetency and lack of effort and interest on Kenny's behalf. From where I

1

sat in court I could see Mr. Smith become upset at Mr. Hilfiger's failure to object to inadmissible evidence, and at Mr. Hilfiger failing to object to the prosecutor, Mr. Sperling, referring to Kenny as "the murderer" even before the case had been submitted to the jury in the first part of the trial. Many times there would be people on the stand and Brett would say Mr. Hilfiger needed to object and Mr. Hilfiger would say, "no." Mr. Smith had a real problem with a lot about what Mr. Hilfiger did. At times, Mr. Smith complained to me in private about Mr. Hilfiger's failure to object or do other things to represent Kenny properly. While Mr. Smith and I spoke many, many times, neither he nor Mr. Hilfiger spoke to me about or interviewed me about Kenny's family life or history.

An investigator working on Kenny's case asked me to provide this declaration. I did not write the declaration myself, but I have read it carefully and it says what I told the investigator during our meetings.

I declare, under penalty of perjury, that the foregoing 2 page declaration is true and correct.

Executed by me this _10_ day of _February_, 2009, in _Creek_ County, Oklahoma.

_Doris Barrett_
Doris Barrett

2