# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

### DEFENDANT'S MOTION FOR RECONSIDERATION
### OF THE ORDER FILED MARCH 11, 2009 (Doc. 399)

COMES NOW defendant KENNETH EUGENE BARRETT, by and through his undersigned counsel, and respectfully requests that this Court reconsider the order filed March 11, 2009, to the extent that it denied Mr. Barrett the relief he requested while stating that Mr. Barrett's motion was granted.  Mr. Barrett states the following as good cause for reconsideration:

1.	On March 10, 2009, Mr. Barrett filed a motion seeking to have certain exhibits filed and maintained under seal, and subject to a protective order.  Doc. 398.  Mr. Barrett explained that the exhibits in question contained information that is considered private and confidential under federal and state laws.  Mr. Barrett's counsel did *not* explain, however, that he was, by seeking leave to file entire exhibits under seal, in effect, seeking to file using the first alternative method set forth in Local Civil Rule 5.3.  The local rule provides that

> a party wishing to file a document containing the personal data identifiers or other confidential information listed above may:
>
> •	File an unredacted version of the document under seal, which shall be retained by the court as part of the record; **or**
>
> •	File a reference list under seal. * * *

---

Def.'s Mot. File Exhibits Under Seal                                              *U.S. v. Barrett*, CR-04-115-JHP-SPS

L.Cv.R. 5.3 (emphasis in original).  Due to counsel's omission, the Court "granted" Mr. Barrett's

motion while also requiring him to comply with **both** alternative methods for protecting privacy.

Mr. Barrett's counsel apologize for not being more specific regarding the purpose of their

motion, and for the inconvenience this omission has caused.

2.      As noted, the Local Rule provides that a party may file documents either under

seal or in redacted form with a reference list.  Mr. Barrett intends to file a large number of

exhibits which contain personal identifying information.  Moreover, some of the exhibits are

many pages long.  Under the circumstances, identifying and redacting each personal identifier

then creating a detailed reference list creates an extreme burden.  The provision for alternative

methods in Local Civil Rule 5.3 (which is duplicated in Local Criminal Rule 49.3), reflects a

determination by this Court that the goals of the local rule and relevant privacy statutes can be

accomplished if the exhibits containing private matter are segregated and filed under seal without

the undue burden of redactions, and without the added complication of having two sets of

exhibits, one redacted, the other not redacted.  Mr. Barrett submits there is no reason for the

Court to require the use of both methods in his case.

3.      On March 10, 2009, after Mr. Barrett's motion was filed, undersigned counsel

conferred by e-mail with United States Attorney Sheldon Sperling regarding the motion filed that

day.  Undersigned counsel explained to Mr. Sperling the concern about the volume of material

that would have to be redacted.  Mr. Sperling stated that the Government did not oppose Mr.

Barrett's motion.

WHEREFORE, Mr. BARRETT respectfully requests the Court reconsider and

modify its order filed March 11, 2009, to provide that pursuant to the Local Rules Mr. Barrett,

like all other litigants before this Court, may file exhibits containing personal data identifiers

under seal in unredacted form.

DATED:   March 11, 2009

<div style="margin-left:50%">

Respectfully submitted,

DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

DANIEL J. BRODERICK
Federal Defender

 /s/ Tivon Schardl
TIVON SCHARDL, Fla. Bar No. 73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

Attorneys for Defendant
KENNETH EUGENE BARRETT

</div>