IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
                                      )
                     Plaintiff, )
                                        )
vs.                                   )       Case No. 04-CR-115-JHP
                                        )
KENNETH EUGENE BARRETT, )
                                      )
                     Defendant. )

**<u>AMENDED ORDER</u>**

This matter comes on for hearing on Defendant's Motion to File Exhibits Under Seal and for a Protective Order (Doc. 398) to seal certain exhibits which will accompany his motion for post-conviction relief. Defendant's Motion to File Exhibits containing personal data identifiers or other confidential information under seal is hereby granted. Counsel for the defendant shall strictly comply with L.Cv.R. 5.3 in redacting personal data identifiers or other confidential information from all pleadings and/or exhibits filed with the Court and shall file an unredacted copy of all documents under seal with the Court or file a reference list under seal.

It is further ordered that counsel for the defendant shall provide counsel for the government an unredacted copy of all documents filed under seal. Counsel for the government shall take the necessary steps to ensure that the sealed and confidential materials are not disclosed to any person other than counsel for the United States and/or persons working under their direct supervision in connection with any post-conviction proceeding

subsequently filed in this Court. Once these filings have occurred, counsel for the government will be allowed to request relief from this order if they believe any of the documents and/or exhibits should not remain under seal.

Accordingly, it is the Order of this Court that the Motion to File Exhibits under Seal and for a Protective Order (Doc. 398) is hereby granted. It is further ordered, upon receipt of any post-conviction motion by the defendant and the opening of a new civil action in this Court, the Court Clerk is hereby directed to file a copy of Defendant's Motion and this Order in the new civil case.

It is so ordered this __11th__ day of March, 2009.

James H. Payne
United States District Judge
Eastern District of Oklahoma