**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | NO. CIV 09-105-JHP |
| | ) | |
| U.S.A., | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE TO RESPOND**

To:     U. S. ATTORNEY, 1200 WEST OKMULGEE, MUSKOGEE, OKLAHOMA 74401

There has been filed herein a Motion to Correct Sentence pursuant to 28 U.S.C. Section 2255, by a person in Federal Custody filed and entered on March 16, 2009.  The related criminal case in this matter is CR-04-115-JHP which can be accessed through CM/ECF.

You are requested to file a response by June 16, 2009, setting forth your position, together with applicable authorities, affidavits or other documents deemed necessary.

Failure to file a response in compliance with our Local Civil Rule 7.1(c) will constitute waiver of objection by the party not complying, and such failure to comply will constitute a confession of the matters raised by such pleadings.

DATED:  March 18, 2009.

BY ORDER OF THE COURT.

By:     s/ C.Trzcinski
          Deputy Clerk