# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | **Case No. 09-CV-105-JHP** |
| v. | ) | |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ENTRY OF APPEARANCE

TO: WILLIAM B. GUTHRIE, Clerk

COMES NOW, the plaintiff, United States of America, by Sheldon J. Sperling, United States Attorney for the Eastern District of Oklahoma, through Christopher J. Wilson, Assistant United States Attorney, and requests you entry my appearance as attorney of record for the plaintiff in the above captioned case.

SHELDON J. SPERLING
United States Attorney

s/ *Christopher J. Wilson*
CHRISTOPHER J. WILSON, OBA# 13801
Assistant United States Attorney
1200 W. Okmulgee
Muskogee, Oklahoma 74401
Telephone: (918) 684-5100
Fax: (918) 684-5150

## CERTIFICATE OF SERVICE

I, hereby certify that on June 3, 2009, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Autry
1021 NW 16th St
Oklahoma City , OK 73106
Email: dbautry44@hotmail.com

Tivon Schardl
Federal Public Defender - Sacramento, CA
801 "I" St, Third Floor
Sacramento , CA 95814
Email: tim.schardl@fd.org


s/ *Christopher J. Wilson*
CHRISTOPHER J. WILSON
Assistant United States Attorney