**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Petitioner,* | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV 09-105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

**APPLICATION FOR EXTENSION OF TIME**
**TO RESPOND TO PETITIONER'S MOTION TO DISQUALIFY AND RECUSE**
**UNITED STATES DISTRICT JUDGE JAMES H. PAYNE FROM FURTHER**
**PARTICIPATION IN THIS MATTER**

COMES NOW Respondent, United States of America, by and through Sheldon J. Sperling, United States Attorney, Chris Wilson, Assistant United States Attorney, and Jeffrey B. Kahan, Trial Attorney, and makes Application to this Honorable Court for a 30-day extension of time, to and including July 15, 2009, within which to file a response to Petitioner's Motion to Disqualify and Recuse United States District Judge James H. Payne from Further Participation in this Matter ("Petitioner's Motion"), filed May 29, 2009. Pursuant to local rules of the United States District Court for the Eastern District of Oklahoma, the Respondent states the following:

1.      The government's response to Petitioner's Motion is currently due June 15, 2009.

2.      Petitioner's Motion to disqualify incorporates, by reference, segments of and exhibits to his Corrected Motion for Collateral Relief, filed March 17, 2009. Petitioner's Motion for collateral relief is 395 pages long and supported by 195 exhibits. Petitioner's Motion also relies heavily on the record of proceedings in this case, to date.

3.      The United States Attorney Sheldon J. Sperling and one Assistant United States Attorney originally tried this case on behalf of the government. The assistant left the U.S.

Attorney's Office prior to the filing of the Petitioner's § 2255 Motion and, due to the U.S. Attorney's position being subject to Presidential appointment, Mr. Sperling's term may conclude during the pendency of this matter. Consequently, the United States Department of Justice's Capital Case Unit is preparing the government's response.

4.    On June 8, 2009, principal responsibility for preparation of the response to Petitioner's Motion was assigned to Jeffrey B. Kahan, a Trial Attorney in the Department of Justice's Capital Case Unit, who has no familiarity with the record, the proceedings, or the exhibits in support of the Corrected Motion for Collateral Relief.

5.    Mr. Kahan's primary responsibilities within the Department of Justice involve assisting and informing the death penalty protocol review and decision-making process under U.S.A.M. § 9-10.000 et seq. At present, he is responsible for coordination of six cases undergoing review by the Department as potential death penalty cases. Additionally, he has responsibilities as an advisor in several ongoing capital prosecutions and has pre-existing plans for two weeks of vacation in August.

6.    Undersigned counsel has contacted counsel for Petitioner, who have no objection to the request for a 30-day extension for the filing of the government's response.

7.    No previous extensions have been sought.

WHEREFORE, for the foregoing reasons, the respondent/plaintiff respectfully moves this Honorable Court to grant a thirty-day extension, to and including July 15, 2009, within which to file Respondent's response to Petitioner's Motion to Disqualify and Recuse United States District Judge James H. Payne from Further Participation in this Matter.

Respectfully submitted,

SHELDON J. SPERLING
United States Attorney

s/    Christopher J. Wilson
CHRISTOPHER J. WILSON, OBA #13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK  74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

s/    Jeffrey B. Kahan
JEFFREY B. KAHAN
Trial Attorney
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX:  (202) 353-9779

## CERTIFICATE OF SERVICE

I, hereby certify that on 8th day of June, 2009, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Autry, Attorney for Petitioner
Tivon Schardl, Attorney for Petitioner

s/    Christopher J. Wilson
Assistant United States Attorney