**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT, )
)
*Petitioner,* )
)
v. ) Case No. CIV 09-105-JHP
)
UNITED STATES OF AMERICA, )
)
*Respondent.* )

**APPLICATION FOR EXTENSION OF TIME
TO RESPOND TO PETITIONER'S 28 U.S.C. § 2255 MOTION**

COMES NOW Respondent, United States of America, by and through Sheldon J. Sperling, United States Attorney, Christopher J. Wilson, Assistant United States Attorney, and Jeffrey B. Kahan, Trial Attorney, and makes Application to this Honorable Court for a six-month extension of time, to and including December 16, 2009, within which to file a response to Petitioner's Corrected Motion for Collateral Relief ("§ 2255 Motion"), filed March 17, 2009. Pursuant to local rules of the United States District Court for the Eastern District of Oklahoma, the Respondent states the following:

1.      The government's response to this § 2255 Motion is currently due June 16, 2009.

2.      The principal trial record in this case is 5457 pages long. Petitioner's § 2255 Motion is 395 pages long, exclusive of 195 exhibits filed in support of it, and includes 17 claims and multiple sub-claims.

3.      The United States Attorney Sheldon J. Sperling and one Assistant United States Attorney (AUSA) originally tried this case on behalf of the government. The AUSA left the U.S. Attorney's Office prior to the filing of the Petitioner's § 2255 Motion and, due to the U.S. Attorney's position being subject to Presidential appointment, Mr. Sperling's term may conclude

during the pendency of this matter. Consequently, the United States Department of Justice's Capital Case Unit is preparing the government's response.

4. On June 8, 2009, principal responsibility for preparation of the response to Petitioner's § 2255 Motion was assigned to Jeffrey B. Kahan, a Trial Attorney in the Department of Justice's Capital Case Unit, who has no familiarity with the record or Petitioner's claims.

5. Mr. Kahan's primary responsibilities within the Department of Justice involve assisting and informing the death penalty protocol review and decision-making process under U.S.A.M. § 9-10.000 et seq. At present, he is responsible for coordination of six cases undergoing review by the Department as potential death penalty cases. Additionally, he has responsibilities as an advisor in several ongoing capital prosecutions and has pre-existing plans for two weeks of vacation in August.

6. Before beginning work in earnest on Petitioner's § 2255 Motion, Mr. Kahan must respond to Petitioner's Motion to Recuse and Disqualify this Court, filed May 29, 2009, for which a separate 30-day extension has been sought.

7. The requested six-month extension is not unreasonable in light of the voluminous record in this case, the number of claims, sub-claims and support exhibits alleged in the Petitioner's Motion, and the nature of the issues raised in the same.

8. Undersigned counsel has contacted counsel for Petitioner, who have no objection to the government's request for an extension; however, counsel for Petitioner objects to the government's request for six months. Counsel for Petitioner has no objection to a sixty (60) day extension and an additional thirty (30) days upon showing of cause.

9. No previous extensions have been sought.

WHEREFORE, for the foregoing reasons, the Respondent respectfully moves this Honorable Court to grant a six-month extension, to and including December 16, 2009, within which to file Respondent's response to Petitioner's § 2255 Motion.

Respectfully submitted,

SHELDON J. SPERLING
United States Attorney

s/    Christopher J. Wilson
CHRISTOPHER J. WILSON, OBA #13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK  74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

s/    Jeffrey B. Kahan
JEFFREY B. KAHAN
Trial Attorney
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX:  (202) 353-9779

## CERTIFICATE OF SERVICE

I, hereby certify that on 8th day of June, 2009, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Autry, Attorney for Petitioner
Tivon Schardl, Attorney for Petitioner

s/    Christopher J. Wilson
Assistant United States Attorney