# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV-09-105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO FILE RESPONSE TO PLEADING OUT OF TIME

Kenneth Eugene Barrett, through counsel, requests the Court's permission to file his response to the Government's motion to unseal (Doc. 52) on or before August 19, 2009. As grounds for this motion, Defendant shows the following:

1. Mr. Barrett's lead counsel, David Autry, docketed the response to the Government's motion for August 19, 2009, rather than August 10, 2009, because he misread the dates on the e-filing notice which accompanied electronic service of the Government's motion. The notice states the response was due August 10, 2009, with replies due August 19, 2009. This docketing error was noted by counsel on today's date, August 14, 2009. Counsel apologizes for his error.

2. Counsel for Mr. Barrett called the United States Attorney's Office on the afternoon of August 14, 2009, after recognizing his error to inquire whether AUSA Chris Wilson had any objection to this motion to file a response out of time. Mr. Wilson was

1

unavailable.

3.  Mr. Barrett desires to respond to the Government's motion to unseal, and requests that he be given until on or before August 19, 2009 to file the response.  Counsel does not believe the Government would be prejudiced by allowing a responsive pleading to be filed by August 19, 2009.

WHEREFORE, Defendant asks that this motion be granted, and that he be given leave by the Court to respond to the Government's motion by August 19, 2009.

Respectfully submitted,

/s/ David Autry
David Autry, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry44@hotmail.com

DANIEL J. BRODERICK
Federal Defender

/s/ Tivon Schardl
Tivon Schardl, Fla. Bar No. 73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-6666
(916) 498-5710 [fax]
Tim_Schardl@fd.org

Lawyers for Defendant

## Certificate of Electronic Filing and Service

This is to certify that on this 14th day of August, 2009, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing. A copy will be served electronically to Chris J. Wilson, 1200 W. Okmulgee Street, Muskogee, OK 74401.

/s/ David Autry