## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,    )
             )
      Plaintiff,    )
             )
v.             )      Case No. CV-09-105-JHP
             )
KENNETH EUGENE BARRETT,    )
             )
      Defendant.    )

### ORDER

Defendant, Kenneth Eugene Barrett, has moved for permission to file his response to the Government's motion to unseal (Doc. 52) out of time, and has requested until August 19, 2009, within which to file the response. Premises considered, it is hereby ordered that the motion is **granted,** and that Defendant will be permitted to file his response on or before August 19, 2009. The Government's time to reply is extended proportionally to August 28, 2009.

IT IS SO ORDERED.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE