## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,           )
                                  )
          Petitioner,             )
                                  )
v.                                )          Case No. CV-09-105-JHP
                                  )
UNITED STATES OF AMERICA,         )
                                  )
          Defendant.              )

## SUPPLEMENT TO MOTION TO FILE RESPONSE TO
## PLEADING OUT OF TIME

On August 19, 2009, the Court directed counsel to file a supplement to Petitioner's

Motion to File Response to Pleading Out of Time (Doc. 53) by 5:00 p.m. CDT on this

date stating whether the Government objects to the motion. David Autry spoke to AUSA

Chris Wilson regarding this matter. The United States objects to the motion in light of its

deadline to file a response to Petitioner's 2255 motion.

As stated in the proposed order Mr. Barrett filed with his motion, Mr. Barrett

would expect the Court to grant the Government the same amount of time to reply that it

would have had if Mr. Barrett had timely filed his opposition. Similarly, if the Court

agrees with the Government's position that the documents it requests are essential to its

preparation of an answer, and finds the Government did not unreasonably delay in

seeking those documents, Mr. Barrett would not object to the Court giving the

Government an additional ten days from the current due-date to file its answer.  Such an order would fully cure any delay caused by the delay in filing a response and therefore answer the Government's objection.

Respectfully submitted,

/s/ David Autry
David Autry, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry44@hotmail.com

Daniel J. Broderick
Federal Defender

/s/ Tivon Schardl
Tivon Schardl, Fla. Bar No. 73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-6666
(916) 498-5710 [fax]
Tim_Schardl@fd.org

Lawyers for Petitioner

**Certificate of Filing and Electronic Service**

This is to certify that on this 19th day of August, 2009, I caused the foregoing instrument to filed with the Clerk of the Court using the ECF System for filing.  A copy will be served electronically to Chris J. Wilson, AUSA, United States Attorney's Office, 1200 W. Okmulgee Street, Muskogee, OK 74401.

/s/ David Autry