# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KENNETH EUGENE BARRETT,** | ) |
| | ) |
| *Petitioner,* | ) |
| | ) |
| **v.** | )    **Case No. CIV 09-105-JHP** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Respondent.* | ) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S 28 U.S.C. § 2255 MOTION AND SUPPORTING BRIEF

**COMES NOW** the Respondent, United States of America, by and through Sheldon J. Sperling, United States Attorney, Christopher J. Wilson, Assistant United States Attorney, and Jeffrey B. Kahan, Trial Attorney, and makes Application to this Honorable Court for a one-month extension of time, to and including October 16, 2009, within which to file a response to Barrett's Corrected Motion for Collateral Relief ("§ 2255 Motion"), filed March 17, 2009. Counsel for Barrett, David Autry and Tivon Schardl, were consulted and have advised that, without waiving Mr. Barrett's arguments previously asserted in the Motion to Disqualify and Recuse United States District Judge James H. Payne from Further Participation in this Matter, filed May 29, 2009, they have no objection to the requested extension of time.

This motion for extension of time is not occasioned by inattention to this case or disregard of the due date for the Government's response, but rather is necessitated by the following factors related to this case and the existing workload of lead counsel and the Capital Case Unit at the United States Department of Justice:

1.      The United States Attorney, Sheldon J. Sperling, and one Assistant United States Attorney ("AUSA") originally tried this case on behalf of the government. The AUSA left the U.S.

Attorney's Office prior to the filing of the Barrett's § 2255 Motion.  Mr. Sperling's presidentially-appointed term may conclude during the pendency of this matter.  Consequently, the United States Department of Justice's Capital Case Unit ("CCU") is preparing the government's response.

2.    On June 8, 2009, principal responsibility for preparation of the response to the § 2255 Motion was assigned to undersigned counsel, Jeffrey B. Kahan, a Trial Attorney in the CCU, who had no familiarity with the record or Barrett's claims.  In order to formulate the government's response, the undersigned was required to synthesize in depth the trial record in this case, which is 5,457 pages long, and Barrett's § 2255 Motion, which is 395 pages long, exclusive of 195 exhibits filed in support of it.  The Motion includes 17 claims and multiple sub-claims.  Because Barrett articulates extensive *Brady* and ineffective assistance of counsel issues, Mr. Kahan must rely on information outside the record that can only be obtained through investigation and interviews.  While Mr. Kahan has prepared the government's response to a substantial proportion of Barrett's claims, much of the remaining work will require additional investigation by the government and access to the sealed documents that are the subject of a pending motion.  (*See* Doc. 52, *infra*, ¶¶ 7-8.).

3.    The need for sealed records, relied upon by Barrett in his § 2255 Motion, has been a major factor in delaying the completion of the Answer.  Without the sealed documents, the government cannot not adequately or fully respond to Barrett's claims that he was denied necessary resources by this Court, that he was tried while incompetent, and that he received ineffective assistance of counsel.

4.    In addition, Mr. Kahan's inability to file the government's response on or before the current due date of September 16, 2009, results from the inability of the CCU to assign additional attorneys to assist in preparing the response.  Following the Court's imposition of the current

deadline, it was anticipated that additional CCU attorneys would be available to assist Mr. Kahan in formulating and drafting the government's response. Such assistance has been prevented by the CCU's case and administrative load. Among other things, CCU supervisory attorneys, who anticipated working with Mr. Kahan on the government's response, are now participating in the Death Penalty Issue Team, which is undertaking a review of the Department's handling of capital cases as part of the Attorney General's Sentencing and Corrections Working Group.

5.      Other aspects of this case have distracted Mr. Kahan from his work on the Answer. In addition to his efforts in drafting the Answer, Mr. Kahan wrote and filed the aforementioned Motion to Unseal (Doc. 52), a Reply Brief in Support of Motion to Unseal (Doc. 62), and a Response to Petitioner's Motion to Disqualify and Recuse United States District Court Judge James H. Payne from Further Participation in this Matter (Doc. 51).

6.      Distractions from other duties have also been unavoidable. In *United States v. Jackson* (W.D. N.C.), Mr. Kahan filed a Response in Opposition to Petitioner's Motion to Alter or Amend Judgment. In that case, an extension of time to file the brief was precluded by the presiding judge's impending retirement. Mr. Kahan also had shared supervisory responsibility for two summer interns, and provided a presentation on the U.S. death penalty to a visiting delegation from China. Further, he provided needed advice and document review in ongoing federal capital prosecutions, including *United States v. Gilbert, et al.* (D. Md.), *United States v. Merriweather* (N.D. Al.), and *United States v. Cooya and Williams* (M.D. Pa.). Those cases were previously assigned to Mr. Kahan, and his familiarity with their records made assistance by other attorneys impractical.

7.      On September 21, 2009, Mr. Kahan is scheduled to attend a hearing in *United States v. Barnette* (W.D. N.C.). Preparations for, and attendance at, the hearing will further delay him in completing the answer, should this Court be inclined to grant a brief extension.

8.      On June 9, 2009, the government requested a six-month extension of time in which to file the Answer, which was  denied in favor of a three-month extension to September 16, 2009. Mr. Kahan recognizes that the government has been allotted a total of six months to complete this Answer and has devoted himself, to every extent possible, to meeting the Court's expectations for the United States government in a matter of this importance.  In view of the size and complexity of this case, the effort put forth to meet the September 16, 2009 deadline has been enormous, occupying virtually all of Mr. Kahan's nights and weekends, in addition to his working days.

**WHEREFORE**, for the foregoing reasons, the United States respectfully moves this Honorable Court to grant the government's unopposed request for a one-month extension, to and including October 16, 2009, within which to file the government's response to Barrett's § 2255 Motion.

Respectfully submitted,

SHELDON J. SPERLING
United States Attorney

s/    Christopher J. Wilson
CHRISTOPHER J. WILSON OBA #13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK  74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

s/    Jeffrey B. Kahan

JEFFREY B. KAHAN
Trial Attorney
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX:  (202) 353-9779

## **CERTIFICATE OF SERVICE**

I, hereby certify that on 4th day of September, 2009, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Autry, Attorney for Petitioner
Tivon Schardl, Attorney for Petitioner

s/    Christopher  J. Wilson
Assistant United States Attorney