### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV-09-00105-JHP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**PETITIONER'S RESPONSE TO THE GOVERNMENT'S SECOND MOTION
FOR AN EXTENSION OF TIME TO RESPOND TO
PETITIONER'S MOTION PURSUANT TO 28 U.S.C. § 2255**

COMES NOW Petitioner, KENNETH EUGENE BARRETT, by and through his

undersigned counsel, and submits the following response to the Government's unopposed

second motion for an extension of time to respond to the pending § 2255 Motion (Doc.

#63).

The government accurately informs the Court that Mr. Barrett does not oppose the

motion being granted, and accurately states that Mr. Barrett's non-opposition is without

prejudice to his pending motion to recuse the Honorable James H. Payne.  Due to the

grounds disqualifying Judge Payne only an order to which the parties agree would be

valid.

However, Mr. Barrett's counsel agreed to the government's request as a matter of

courtesy, and not out of any agreement with the specific grounds set forth in the

government's motion.  Mr. Barrett maintains, as he did in his prior Response (Doc. #61),

that the government's request for access to properly sealed parts of the record should be

denied, and that the government makes an unfounded claim to need access to that portion of the record in order to fulfill the requirements of Rule 5 of the Rules Governing § 2255 Proceedings.

Mr. Barrett's counsel were not informed that the government intended to rely in the motion to extend time upon its prior arguments for access to the sealed record. While Petitioner does not oppose the government's motion for additional time (which the Court granted while this response was being prepared), the record should be clear that his counsel's extension of courtesy does not reflect agreement with the government's motion to unseal.

Respectfully submitted,

/s/ David Autry
David Autry, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry44@hotmail.com

Daniel J. Broaderick
Federal Defender
/s/ Tivon Schardl
Tivon Schardl, Fla. Bar No. 73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-6666
(916) 498-5710
Tim_Schardl@fd.org

Lawyers for Petitioner
Kenneth Eugene Barrett

**Certificate of Electronic Filing and Service**

I hereby certify that on this 4th day of September, 2009, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing.  A copy will be served electronically to Chris Wilson, AUSA, 1200 W. Okmulgee Street, Muskogee, OK 74401.

/s/ Tivon Schardl