# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,      )

      )

      Petitioner,      )

      )

v.      )      Case No. CV-09-00105-JHP

      )

UNITED STATES OF AMERICA,      )

      )

      Respondent.      )

## NOTICE OF INTENT NOT TO ABANDON CLAIMS
## AND
## REQUEST FOR  PROTECTIVE ORDER

COMES NOW Petitioner, Kenneth Eugene Barrett, by and through his undersigned counsel, and, pursuant to this Court's Order of September 11, 2009 (Doc. No. 67) gives his NOTICE that he does not intend to abandon any claims raised in these Section 2255 proceedings.

Pursuant to this Court's Order (Doc. No. 67) and *Bittaker v. Woodford*, 331 F.3d 715 (9th Cir.) (*en banc*), *cert. denied*, 540 U.S. 1013 (2003), Mr. Barrett respectfully requests that this Court enter a protective order regarding the documents as to which this Court took under advisement the Government's motion, to wit:  Docket Nos. 16, 23, 24, 25, 46, 50 51, 57, 107, 113, 116 118, 232, 274, 301, 310, 316, 321, a sealed letter dated 2/28/05, and the transcript filed on 2/15/06 of an *ex parte* budget hearing held on 3/22/05 in *United States v. Kenneth Eugene Barrett*, Case No. CR-04-115-JHP.

Mr. Barrett respectfully submits that the following provisions should be made in the protective order, and gives notice of filing a proposed order containing these provisions:

-1-

1.      **Scope:**  The following provisions apply to the documents filed under Docket Numbers 16, 23, 24, 25, 46, 50 51, 57, 107, 113, 116, 118, 232, 274, 301, 310, 316, and 321; to the sealed letter dated 2/28/05; and to the transcript filed on 2/15/06 of an *ex parte* budget hearing held on 3/22/05, all in *United States v. Kenneth Eugene Barrett*, E.D. Case No. CR-04-115-JHP.

2.      **Directions to Clerk:**  The documents identified in Paragraph 1, *supra*, shall remain under seal in the record of Case No. CR-04-115-JPH.  However, the Clerk of this Court shall immediately provide copies of these documents to counsel of record for the United States. Each document shall be clearly marked "SEALED."

3.      **Sequestration:**  None of the documents identified in Paragraph 1, and no information contained therein or derived therefrom, shall be revealed to any person other than counsel of record for the United States and persons working under their direct supervision in connection with these Section 2255 proceedings, unless Mr. Barrett or his counsel previously made the information public.

4.      **Embargo:**  Disclosure of the contents of the documents and the documents themselves may not be made to any other persons or agencies, including any law enforcement or prosecutorial personnel or agencies, without a prior order from this Court.  No authorization for disclosure will be made by this Court except on a motion filed under seal and served with fifteen days' notice on counsel for Mr. Barrett.  Except with such prior authorization, none of the documents, and no information contained therein or derived therefrom, shall be used in any way or for any purpose except in connection with the litigation of claims Mr. Barrett presents in these Section 2255 proceedings.

5.      **Enforcement:**  At the conclusion of the post-conviction proceedings, the United

States shall file with this Court, and serve upon counsel for Mr. Barrett, a list of the names of all persons to whom any of the materials described in Paragraph 1, *supra*, or any information contained therein or derived therefrom, has been disclosed by counsel for the United States pursuant to or in violation of Paragraphs 3 or 4, *supra*. Prior to any retrial or prosecution of Mr. Barrett by the United States or State of Oklahoma, his counsel shall be notified of the names of all persons acting for or assisting the United States or State of Oklahoma in any way in such matter.

6. **Continuation:** This Order shall continue in effect after the conclusion of these Section 2255 proceedings and shall apply in the event of a retrial of all or any portion of the Government's criminal case against Mr. Barrett. The court will maintain continuing jurisdiction over this matter for the purpose of enforcing the provisions of this order and imposing appropriate sanctions for any violation.

WHEREFORE, premises considered, Mr. Barrett respectfully requests that an Order granting the requests above, and as set forth in the Proposed Protective Order attached, be entered.

////

////

////

////

////

////

////

/////

DATED:   September 23, 2009

Respectfully submitted,

/s/ David Autry
David Autry, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry44@hotmail.com

Daniel J. Broderick
Federal Defender
/s/ Tivon Schardl
Tivon Schardl, Fla. Bar No. 73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-6666
(916) 498-5710
Tim_Schardl@fd.org

Lawyers for Petitioner
Kenneth Eugene Barrett

## Certificate of Electronic Filing and Service

I hereby certify that on this 23rd day of September, 2009, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing.  A copy will be served electronically to Chris Wilson, AUSA, 1200 W. Okmulgee Street, Muskogee, OK 74401.

/s/ Tivon Schardl