# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV-09-00105-JHP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## [PROPOSED] PROTECTIVE ORDER

On September 11, 2009, this Court entered an order taking under advisement the Government's Motion to Unseal Document Nos. 16, 23, 24, 25, 46, 50 51, 57, 107, 113, 116, 118, 232, 274, 301, 310, 316, 321, a sealed letter dated 2/28/05, and the transcript filed on 2/15/06 of an *ex parte* budget hearing held on 3/22/05 in *United States v. Kenneth Eugene Barrett*, Case No. CR-04-115-JHP. The Court withheld ruling in order to give Petitioner an opportunity either to withdraw claims to which these documents would be relevant or propose a protective order that would give counsel for the Government access to them. *See Bittaker v. Woodford*, 331 F.3d 715 (9th Cir.) (*en banc*), *cert. denied*, 540 U.S. 1013 (2003). Counsel for Petitioner has filed a Notice of Intention Not to Abandon any of his Claims and requested a Protective Order be entered regarding the pleadings addressed herein which have not been unsealed by this Court's prior Order. Doc. No. *.

GOOD CAUSE appearing, Defendant's motion to enter a Protective Order regarding documents identified in this Court's Order of September 11, 2009 (Doc. No. 67) is GRANTED as follows:

1

1.     **Scope:**  The following provisions apply to the documents filed under Docket

Numbers 16, 23, 24, 25, 46, 50 51, 57, 107, 113, 116, 118, 232, 274, 301, 310, 316, and 321; to

the sealed letter dated 2/28/05; and to the transcript filed on 2/15/06 of an *ex parte* budget

hearing held on 3/22/05, all in *United States v. Kenneth Eugene Barrett*, E.D. Case No. CR-04-

115-JHP.

2.     **Directions to Clerk:**  The documents identified in Paragraph 1, *supra*, shall

remain under seal in the record of Case No. CR-04-115-JPH.  However, the Clerk of this Court

shall immediately provide copies of these documents to counsel of record for the United States.

Each document shall be clearly marked "SEALED."

3.     **Sequestration:**  None of the documents identified in Paragraph 1, and no

information contained therein or derived therefrom, shall be revealed to any person other than

counsel of record for the United States and persons working under their direct supervision in

connection with these Section 2255 proceedings, unless Mr. Barrett or his counsel previously

made the information public.

4.     **Embargo:**  Disclosure of the contents of the documents and the documents

themselves may not be made to any other persons or agencies, including any law enforcement or

prosecutorial personnel or agencies, without a prior order from this Court.  No authorization for

disclosure will be made by this Court except on a motion filed under seal and served with fifteen

days' notice on counsel for Mr. Barrett.  Except with such prior authorization, none of the

documents, and no information contained therein or derived therefrom, shall be used in any way

or for any purpose except in connection with the litigation of claims Mr. Barrett presents in these

Section 2255 proceedings.

5.     **Enforcement:**  At the conclusion of the post-conviction proceedings, the United

States shall file with this Court, and serve upon counsel for Mr. Barrett, a list of the names of all persons to whom any of the materials described in Paragraph 1, *supra*, or any information contained therein or derived therefrom, has been disclosed by counsel for the United States pursuant to or in violation of Paragraphs 3 or 4, *supra*.  Prior to any retrial or prosecution of Mr. Barrett by the United States or State of Oklahoma, his counsel shall be notified of the names of all persons acting for or assisting the United States or State of Oklahoma in any way in such matter.

6.    **Continuation:**  This Order shall continue in effect after the conclusion of these Section 2255 proceedings and shall apply in the event of a retrial of all or any portion of the Government's criminal case against Mr. Barrett. The court will maintain continuing jurisdiction over this matter for the purpose of enforcing the provisions of this order and imposing appropriate sanctions for any violation.

IT IS SO ORDERED.

DATED:   ____, 2009

_____
HON. JAMES H. PAYNE
CHIEF JUDGE
UNITED STATES DISTRICT COURT