**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 1**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

7209

## MARRIAGE RECORD

STATE OF OKLAHOMA, Sequoyah County, ss.    IN COUNTY COURT

I, A. J. Barrett, the undersigned, hereby apply for a Marriage License to be issued to Mr. A. J. Barrett, aged 21 years, whose residence is Akins, State of Okla, and Miss Ada May Hatter, aged 18 years, whose residence is Akins, State of Okla, and for the purpose of procuring the same, do solemnly swear that I have personal knowledge of the facts herein stated; that the names, ages and places of residence of said parties are truly and correctly set out above; that neither of said parties is disqualified or incapable under the law of entering into the marriage relation, nor are they related to each other within the degrees prohibited by law. That I am 21 years of age, and legally competent to take an oath, and that I reside at Akins, County of Sequoyah, State of Oklahoma.

A. J. Barrett

Subscribed and sworn to before me, this 25 day of January, 1936.

By Frances Tinney Deputy    Horace Moore Court Clerk

I, the undersigned, _____ of _____ named in the application as being of the age of _____ years, do hereby consent to _____ marriage to _____

Dated at _____ Oklahoma, this _____ day of _____, 193_

_____ Parent or Guardian

STATE OF OKLAHOMA, Sequoyah County, ss

Before me, _____ a _____ in and for said County and State, on the _____ day of _____, 193_ personally appeared _____ to me known to be the identical person who executed the within and foregoing instrument, and acknowledged to me that _____ executed the same as _____ free and voluntary act and deed for the uses and purposes therein set forth.

Witness my hand and official seal, the day and date above written.

My commission expires _____ 193_

## MARRIAGE LICENSE

STATE OF OKLAHOMA, Sequoyah County, ss.    IN COUNTY COURT

To any Person authorized to Perform and Solemnize the Marriage Ceremony—GREETING:

You are hereby authorized to join in marriage Mr. A. J. Barrett of Akins, County of Sequoyah, State of Okla, aged 21 years, and Miss Ada May Hatter of Akins, County of Sequoyah, State of Okla, aged 18 years, and of this License you will make due return to my office within thirty days from this date.

Witness my hand and official seal, this 2nd day of January, 1936.

My credentials are recorded in Ministers' Credentials, book _____, page _____

By Frances Tinney Deputy.    Horace Moore Court Clerk.

Recorded this 2nd day of January, 1936.

## CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, Sequoyah County, ss.

I, N. B. Burrow, Minister, Baptist, Name, Official Designation, Court or Congregation, of Maple, in Sequoyah, County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be married, on the 2nd day of Jan A. D., 1936, at Akins, in Sequoyah County, State of Oklahoma, in the presence of L. M. Allen of Akins, Okla, and Georgia Liles of _____

N. B. Burrow
Baptist Minister Official Designation

Returned and recorded this 27 day of Jan 1936.

Horace Moore Court Clerk

By Frances Tinney Deputy.