**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

**EXHIBIT 2**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

1036

## MARRIAGE RECORD

STATE OF OKLAHOMA,
_Sequoyah_ County. ss.                IN COUNTY COURT.

I, _Abe Datson_, the undersigned, hereby apply for a
MARRIAGE LICENSE, to be issued to Mr. _Abe Datson_ _Okla_ aged _28_ years,
whose residence is _Marble City_ State of _Okla_ and
M___ _Minnie Andrews_ aged _18_ years,
whose residence is _Marble City_ State of _Okla_ and
for the purpose of procuring the same, do solemnly swear that I have personal knowledge of the facts herein stated; that the names, ages and places
of residence of said parties are truly and correctly set out above; that neither of said parties is disqualified or incapable under the law of entering
into the marriage relation, nor are they related to each other within the degrees prohibited by law. That I am _28_ years of age, and
reside at _Marble City_ County of _Sequoyah_
State of _Okla_ _Abe Datson_ Applicant.
Subscribed and sworn to before me, this _8_ day of _July_ 19_11_.
_M. D. Jones_ County Judge.
Clerk County Court.

I, the undersigned,___ of___
named in the above application as being of the age of___years, do hereby
consent to___marriage to___
Dated at___, Oklahoma, this___day
of___19___
___Parent or Guardian.

STATE OF OKLAHOMA,
___County. ss.

Before me,___a
in and for said County and State, on the___day of___19___
personally appeared___
to me known to be the indentical person who executed the within and foregoing instrument, and acknowledged to me that___
executed the same as___free and voluntary act and deed for the uses and purposes therein set forth.
WITNESS my hand and official seal, the day and date above written.

___
My commission expires___19___

### MARRIAGE LICENSE

STATE OF OKLAHOMA,
_Sequoyah_ County. ss.        IN COUNTY COURT.

To any Person Authorized to Perform and Solemnize the Marriage Ceremony—GREETING:
You are hereby authorized to join in marriage M_ _Abe Datson_
of _Marble City_, County of _Sequoyah_, State of _Oklahoma_
aged _28_ years, and MISS _Minnie Andrews_, of _Marble City_
County of _Sequoyah_, State of _Oklahoma_, aged _18_ years.
And of this License you will make due return to my office within thirty days from this date.
Witness my hand and official seal, at___ in said County, this _8_ day of _July_ A. D. 19_11_
_M M Littlejohn_ County Judge.
By _M D Jones_ Clerk County Court.
Recorded this _8_ day of _July_ 19_11_ _M D Jones, Clerk_

STATE OF OKLAHOMA,
_Sequoyah_ County. ss.        CERTIFICATE OF MARRIAGE

I, _R L Horn_
NAME
_Justice of the Peace_
OFFICIAL DESIGNATION.                COURT OR CONGREGATION.
of _McKey_ in _Sequoyah_ County, State of Oklahoma, do hereby
certify that I joined in marriage the persons named in and authorized by this License to be married, on the _8_
day of _July_ A. D. 19_11_, at _R R Horn_ in _McKey_
County, State of Oklahoma, in the presence of _Lafayette Horn_ of _McKey_
and _Jessie Horn_ R of _McKey_
_R L Horn_
_Justice of the Peace_
Returned and recorded this _11th_ day of _July_ 19_11_ _M D Jones_
_Clerk County Court_