**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 3**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

This Certifies that

Allen C. Real

of Quinten I. T. and

Ida Goodwin

of Quinten, I. T.

were by me united in

Matrimony

according to the ordinance of GOD and the

laws of

at Quinton

on the eighteenth day of Feb.

in the year of our Lord 19 07

Witnesses

Frank Bean

Alfred Goodwin