**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 4**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

MARRIAGE LICENSE

KEB400570

STATE OF OKLAHOMA, COUNTY OF ADAIR, ss.

IN COUNTY COURT

TO ANY PERSON AUTHORIZED TO PERFORM OR SOLEMNIZE THE MARRIAGE CEREMONY — GREETING:

You are hereby authorized, upon delivery of this marriage license within ten days from the date of its issue to you, to join in marriage

Mr. _David A. Joseph_ , of _Pensacola_

County of _Escambia_ , State of _Florida_ , age _21_ years, and

M _iss_ _Carolyn Watson_ , of _Sallisaw_

County of _Sequoyah_ , State of _Oklahoma_ , age _18_ years; and by the command of the statute you shall make due return of this license to my office within five days succeeding the performance of the marriage herein authorized.

Issued under my hand and official seal, and recorded in my Marriage Record before delivery, at Stilwell, Oklahoma, this _24th_

day of _Sept_ 19_64_

(SEAL)

_Virginia Harper_ Court Clerk

By_____ Deputy

ENDORSEMENT: By this endorsement to the within and foregoing Marriage License, I hereby verify, and truly certify, that the Application for said License was accompanied by proper credentials under the circumstance indicated by the word "filed" opposite one or more of the applicable provisions of Statute indicated below.

_____ (1) Physician's and laboratory technician's statements required by Statute, relative to the examination and health of either or both of the parties.

_✓_ (2) An order of the County Judge, with memoranda of reasons for the order dispensing with Statutory requirements relative to the examination and health of either or both of the parties.

_____ (3) An order of the County Judge with accompanying memoranda of reasons for the order extending the 30 day period following the examination to 90 days or less together with papers complying with the requirements of Number (1) above.

_____ (4) Affidavits of Consent to Marriage of parent or guardian, in lieu of personal appearance as provided by House Bill No. 688 of the 1959 Legislative Session.

All the above and foregoing recorded on this _24th_ day of _Sept_ , A. D., 19_64_, and thereafter said License delivered according to Law.

_Virginia Harper_ Court Clerk

By_____ Deputy

---

## CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, COUNTY OF ADAIR, ss.

I, _E. B. Arnold_ , _Co. Judge_ , _Adair Co. Court_

(Name)                    (Official Designation)                    (Court or Congregation)

of _Stilwell_ in Adair County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be married, on the _24th_ day of _Sept_ , A. D., 19_64_ at _Stilwell_

in Adair County, State of Oklahoma, in the presence of _Phyllis Crawford_ of _Sallisaw, Okla._

and _Ruth Harris_ of _"    "_

My credentials of authority are recorded in Minister's Credentials

_E. B. Arnold_

(Person Performing Ceremony)

_____ Book_____

_Co. Judge_

at page_____ of _____ County, Oklahoma.

(Official Designation)

License returned, and Certificate of Marriage recorded subjoining the record of License issued and recorded in Marriage Record Book _20_ at page _31-1_

on this the _24th_ day of _Sept_ , 19_64_

_Virginia Harper_ Court Clerk

By_____ Deputy

I, Shawna Baird Court Clerk, for Adair County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears of record in the Court Clerk's Office of Adair County, Oklahoma, this _2nd_ day of _April 2001_

By: _Shawna Baird_

Clerk/Deputy