### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,           )
                                  )
                    *Movant,*     )
                                  )
v.                                )          **Case No. 6:09-cv-00105-JHP**
                                  )
UNITED STATES OF AMERICA,         )
                                  )
                  *Respondent.*   )

---

### EXHIBIT 5

### TO KENNETH EUGENE BARRETT'S

### AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

Subscribed and sworn to before me this.......................................................day of................................................... Parent or Guardian.

(SEAL)

...................................................................................................... , 19.........

By ................................................................................................. Court Clerk.

................................................................................................. Deputy.

STATE OF OKLAHOMA, Adair County, ss.    MARRIAGE LICENSE

To any Person Authorized to Perform and Solemnize the Marriage Ceremony—Greeting:    IN COUNTY COURT

You are hereby authorized to join in marriage Mr. *Ernest E. Barrett*

of *Sallisaw* County of *Sequoyah* State of *Oklahoma* aged *21* years,

and M *Sylvia F. Dotson* State of *Oklahoma*

of *Sallisaw* County of *Sequoyah* State of *Oklahoma* aged *16* years.

And of this License you will make due return to my office within thirty days from this date.

Witness my hand and official seal, at *Stilwell* in said County, this *8th* day of

*July* A. D. 19 *60*

*Jewell Harpan* Court Clerk.

By .................................................................... Deputy.

Recorded this *8th* day of *July* 19 *60*

*Jewell Harpan* Court Clerk.

By .................................................................... Deputy.

STATE OF OKLAHOMA, Adair County, ss.    CERTIFICATE OF MARRIAGE

I, *E. B. Arnold* *County Judge* *Adair County Court*
NAME    OFFICIAL DESIGNATION    COURT OR CONGREGATION

of *Stilwell* in *Adair* County, State of Oklahoma, do hereby certify

that I joined in marriage the persons named in and authorized by this License to be married, on the *8th* day of

*July* A. D. 19 *60*, at *Stilwell* in *Adair* County,

State of Oklahoma, in the presence of *Johnny Simmonds* of *Sallisaw Okla*

and *Guy Weeks* *Mannford* of *Sallisaw Okla*

My credentials are recorded in Minister's Credentials

Book................ Page................

of.............................................. County. Oklahoma.

*E. B. Arnold*

*County Judge*

Returned and recorded this *8th* day of *July* 19 *60*

*Jewell Harpan* Court Clerk.

By .................................................................... Deputy.