**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 7**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

532

## MARRIAGE RECORD No. 33

SEI No. 100 (1968) MID-WEST - SAPULPA, OKLAHOMA

### APPLICATION FOR MARRIAGE LICENSE

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.          IN DISTRICT COURT

We the undersigned, hereby apply for the issuance of a Marriage License and certify as to our ages and places of residence as follows:

Name ....Kenneth Eugene Barrett.................................................., Age ....18....

of .........Sallisaw................., County of ....Sequoyah...., State of ....Oklahoma....

Name ....Abigail Teague.................................................., Age ....16....

of ........Sallisaw................., County of ....Sequoyah...., State of ....Oklahoma....

and for the purpose of procuring same, we do solemnly swear that the names, ages and places of residence as set out above are true and correct, as evidenced by documents described in particular as follows:

(First Party) ...................................... (Second Party) ......................................
and that we are not disqualified or incapable under the law of entering into the marriage relation, nor are we related to each other within the degree prohibited by law.

____Kenneth Eugene Barrett....Applicant      ...Abby Deague....Applicant

Subscribed and sworn to before me this ..28.. day of ...April.....................A. D. 19..80

THEODORE STITES, Court Clerk

By....Pamela Dyer....................Deputy

NOTE—In event one or both of the parties to be married are under age, such application shall have been on file in the Court Clerk's office for a period of not less than seventy-two hours, prior to the issuance of the license.

#### Consent Affidavit — In Person (1)

I, the undersigned, state that I am the ....mother.... of ....Abigail Teague.... named in the above application as being of the age of ....16.... years, and in the presence of the issuing official, I do hereby consent to ....her.... marriage to ....Kenneth Eugene Barrett....

In the presence of          Signed this ..28.. day of ..April.... 19..80 ..Wyona Teague....Signature

THEODORE STITES, Court Clerk

By ...Pamela Dyer..................... Deputy

#### Consent Affidavit — In Person (2)

I, the undersigned, state that I am the .............. of .......................... named in the above application as being of the age of ............. years, and in the presence of the issuing official, I do hereby consent to .......................... marriage to

In the presence of          Signed this ........... day of .... ........., 19 ..... ....................Signature

THEODORE STITES, Court Clerk

By ..................................... Deputy

### MARRIAGE LICENSE

NO.......................          IN DISTRICT COURT
STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.
TO ANY PERSON AUTHORIZED TO PERFORM OR SOLEMNIZE THE MARRIAGE CEREMONY —— GREETINGS:

You are hereby authorized, upon delivery of this marriage license within ten days from the date of its issue to you, to join in marriage

Mr. ......Kenneth Eugene Barrett......................... of ....Sallisaw....................
County of ....Sequoyah......................, State of ....Oklahoma...., Age ..18.... years, and
M ....Abigail Teague......................... of ....Sallisaw....................
County of ....Sequoyah......................, State of ....Oklahoma...., Age ..16.... years, and
by the command of the statute you shall make due return of this license to my office within five days succeeding the performance of the marriage herein authorized.

Issued under my hand and official seal, and recorded in my Marriage Record before delivery, at, Sallisaw, Oklahoma, this ..7th.. day of ..May..., 19..80.

THEODORE STITES, Court Clerk

By ..Pamela Dyer......................Deputy

(SEAL)

ENDORSEMENT: By this endorsement to the within and foregoing Marriage License, I hereby verify, and truly certify, that the Application for said License was accompanied by proper credentials under the circumstance indicated by the word "filed" opposite one or more of the applicable provisions of Statute indicated below.

...Filed....(1) Physician's and laboratory technician's statements required by statute, relative to the examination and health of either or both of the parties.

............(2) An order of the District Court with memoranda of reasons for this order dispensing with statutory requirements relative to the examination and health of either or both of the parties.

............(3) An order of the District Court with accompanying memoranda of reasons for the order, extending the 30 day period following the examination to 90 days or less, together with papers complying with the requirements of number (1) above.

............(4) Affidavit of consent to marriage of an underage person by parent or guardian, in lieu of personal appearance as provided by Statute 43 O. S. Supp. 1967, par. 3.

............(5) Affidavits of consent to marriage of an underage person by parent or guardian, residing in another county of this State or outside the State and acknowledged as provided by Statute 43 O.S. Supp. 1967, par. 3.

............(6) Affidavit of three persons authorizing marriage of underage person when parents are deceased or otherwise incapable of giving consent. 43 O.S. Supp. 1967, par. 3.

Witness my hand and official seal this ..28.. day of ...April..........., 19..80.

THEODORE STITES, Court Clerk      By ....Pamela Dyer..................... Deputy

All the above and foregoing recorded on this ........... day of .............................. A. D., 19..., and thereafter said License delivered according to Law.

By ..................................... Deputy          THEODORE STITES, Court Clerk

### CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.

I ....Jerry Harris.................... ....Ordained Minister.... (OFFICIAL DESIGNATION)
....Deborah Wilson.... of ....Sallisaw.... (COURT OR CONGREGATION) (TOWN)
In ..Sequoyah.., County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be married on the ....10th.. day of ....May.... A. D., 19..80, at ....Sallisaw...., in Sequoyah County, State of Oklahoma, in the presence of ..Angela Polasek.... of ....Carolyn Joseph....
and ....Jeff Real.... of ....Henry Hodgen....
My credentials of authority are recorded in Minister's ....Jerry Harris.... (PERSON PERFORMING CEREMONY)
Credentials ............. Book .....................
at page ........... of ..................... County, ..................... (OFFICIAL DESIGNATION)
Oklahoma.

License returned, and Certificate of Marriage recorded subjoining the record of License issued and recorded in Marriage Record Book 33 at page...........
on this the ....14th.. day of ....May..............., 19..80

THEODORE STITES, Court Clerk      By ..Nona Edwards..................Deputy