**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

———————————————————

**EXHIBIT 8**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

———————————————————

**181**
920°
1000

## MARRIAGE RECORD

THE STAR PRINTERY, INC., BLANK BOOK MANUFACTURERS, MUSKOGEE, OKLAHOMA

STATE OF OKLAHOMA, Sequoyah County, ss.                    IN COUNTY COURT

I, _____, the undersigned, hereby apply for Marriage License, to be issued to

Mr. _Hugh Dotson_ _____, age _21_,

Color _W._, residence _McKey_ _____ County of _Sequoyah_, State of _Okla_,

and Miss _Hattie Read_ _____, age _18_,

Color _W._, residence _McKey_ _____ County of _Sequoyah_, State of _Okla_,

and for the purpose of procuring the same, do solemnly swear that I have personal knowledge of the facts herein stated; that the names, ages and places of residence of said parties are truly and correctly set out above; that neither of said parties is disqualified or incapable under the law of entering into the marriage relation, nor are they related to each other within the degrees prohibited by law. That I am _21_ years of age, and reside at _McKey_ _____, County of _Sequoyah_, State of _Okla_.

_Hugh Dotson_ _____, Applicant.

Subscribed and sworn to before me, this _3_ day of _July_, A. D. 19_39_.

By_____, Deputy Court Clerk.    _Lillie Rosson_ _____, Court Clerk.

I, the undersigned, _____ of _____

named in the above application as being of the age of _____ years, do hereby consent to _____

marriage to _____

Dated at _____, Oklahoma, this _____ day of _____, 19_____.

_____, Parent or Guardian.

STATE OF OKLAHOMA, Sequoyah County, ss.

BEFORE ME, _____, a _____ in and for said County and State,

on the _____ day of _____, 19____, personally appeared _____

to me known to be the identical person_____who executed the within and foregoing instrument, and acknowledged to me that_____executed the same as_____free and voluntary act and deed for the uses and purposes therein set forth.

WITNESS my hand and official seal, the day and date above written.

My commission expires_____, 19____.

### MARRIAGE LICENSE

STATE OF OKLAHOMA, Sequoyah County, ss.                    IN COUNTY COURT

To any Person authorized to Perform and Solemnize the Marriage Ceremony—GREETING:

You are hereby authorized to join in marriage Mr. _Hugh Watson_

of _McKey_ _____, County of _Sequoyah_, State of _Okla_,

aged _21_ years, and Miss _Hattie Real_

of _McKey_ _____, County of _Sequoyah_, State of _Okla_,

aged _18_ years, and of this License you will make due return to my office within thirty days from this date.

Witness my hand and official seal, at Sallisaw, in said County, this _3_ day of _July_, 19_39_.

By_____, Deputy.    _Lillie Rosson_ _____, Court Clerk.

Recorded this _3_ day of _July_ 19_39_.    _Lillie Rosson_ _____, Court Clerk.

(seal)    _____, Deputy.

### CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, Sequoyah County, ss.

I, _Rev Lewis Young_ Minister of The Gospel of Baptist Church

of _Vian_ _____, in _Sequoyah_ County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be married, on the _3rd_ day of _July_, A. D. 19_39_, at _Residence_, in Sequoyah County, State of Oklahoma, in the presence of _Eugene Masterson_

of _McKey Okla_ _____, and _Margue Goodman_

of _McKey Okla_ _____    _Rev Lewis Young_
                              _Vian Okla_ _____, Official Designation.

My credentials are recorded in Ministers' Credentials, book _1_, page _23_.

Returned and recorded this _X_ day of _July_, 19_39_.

_Lillie Rosson_ _____, Court Clerk.

By_____, Deputy.

(seal)