**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 9**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

Subscribed and sworn to before me this............................................day of............................................ .......................................... Parent or Guardian.

(SEAL)

.............................................................................., 19..........

.................................................................................... Court Clerk.

By .................................................................................

.................................................................................... Deputy.

STATE OF OKLAHOMA, Adair County, ss.                    MARRIAGE LICENSE

To any Person Authorized to Perform and Solemnize the Marriage Ceremony—Greeting:                    IN COUNTY COURT

You are hereby authorized to join in marriage Mr. _Ernest E. Barrett_

of _Salisaw_ County of _Sequoyah_ State of _Oklahoma_ aged _21_ years,

and M _Sylvia H. Dobson_

of _Salisaw_ County of _Sequoyah_ State of _Oklahoma_ aged _10_ years,

And of this License you will make due return to my office within thirty days from this date.

Witness my hand and official seal, at _Stilwell_ in said County, this _8th_ day of

................................ A. D. 19 _60_ ................................................ _Jenell Harper_ Court Clerk.

Recorded this _8th_ day of _July_ By .................................................... Deputy.

................................ 19 _60_ _Jenell Harper_ Court Clerk.

By ................................................ Deputy.

STATE OF OKLAHOMA, Adair County, ss.                    CERTIFICATE OF MARRIAGE

I, _E. B. Arnold_  _County Judge_  _Adair County Court_

NAME                    OFFICIAL DESIGNATION                    COURT OR CONGREGATION

of _Stilwell_ in _Adair_ County, State of Oklahoma, do hereby certify

that I joined in marriage the persons named in and authorized by this License to be married, on the _8th_ day of

_July_ A. D. 19 _60_ at _Stilwell_ in _Adair_ County,

State of Oklahoma, in the presence of _Johnny Simmgrade_ of _Salisaw Okla_

and _Ray Eeks Mainferd_ of _Salisaw Okla_

My credentials are recorded in Minister's Credentials

Book................ Page................                    _E. B. Arnold_

of........................                    _County Judge_

........................ County. Oklahoma.

Returned and recorded this _8th_ day of _July_ ................................ 19 _60_ _Jenell Harper_

By .................................................... Court Clerk.

.................................................... Deputy.