## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,   )
   )
        *Movant,*   )
   )
v.   )   **Case No. 6:09-cv-00105-JHP**
   )
UNITED STATES OF AMERICA,   )
   )
        *Respondent.*   )

---

## EXHIBIT 10

## TO KENNETH EUGENE BARRETT'S

## AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

copy, mail
3/18-55

## MARRIAGE RECORD

625

9644

THE STAR PRINTERY, INC. BLANK BOOK MANUFACTURERS, MUSKOGEE, OKLAHOMA—50

STATE OF OKLAHOMA, Sequoyah County, ss.                                                 IN COUNTY COURT

I, _Sam Hatter_____, the undersigned, hereby apply for Marriage License, to be issued to

Mr. _Sam Hatter_____, age _41_,

Color _W_, residence _Akins_____ County of _Sequoyah_, State of _Okla_,

and Miss _Bessie Reed_____, age _22_,

Color _W_, residence _Akins_____ County of _Sequoyah_, State of _Okla_,

and for the purpose of procuring the same, do solemnly swear that I have personal knowledge of the facts herein stated; that the names, ages and places

of residence of said parties are truly and correctly set out above; that neither of said parties is disqualified or incapable under the law of entering into

the marriage relation, nor are they related to each other within the degree prohibited by law. That I am _41_ years of age, and

reside at _Akins_____, County of _Sequoyah_, State of _Okla_.

_Sam Hatter_____, Applicant.

Subscribed and sworn to before me, this _26_ day of _Oct_____, A. D. 19 _40_

By_____, Deputy Court Clerk.    _Lillie Rosson_____, Court Clerk.

I, the undersigned, _____ of_____

named in the above application as being of the age of_____ years, do hereby consent to_____

marriage to_____

Dated at_____, Oklahoma, this_____ day of_____, 19____

_____, Parent or Guardian.

STATE OF OKLAHOMA, Sequoyah County, ss.

BEFORE ME, _____, a _____ in and for said County and State,

on the_____ day of_____, 19___, personally appeared _____

to me known to be the identical person____who executed the within and foregoing instrument, and acknowledged to me that_____executed the

same as_____free and voluntary act and deed for the uses and purposes therein set forth.

WITNESS my hand and official seal, the day and date above written.

My commission expires_____, 19___    _____

## MARRIAGE LICENSE

STATE OF OKLAHOMA, Sequoyah County, ss.                                     IN COUNTY COURT

To any Person authorized to Perform and Solemnize the Marriage Ceremony—GREETING:

You are hereby authorized to join in marriage Mr. _Sam Hatter_____

of _Akins_____, County of _Sequoyah_, State of _Okla_,

aged _41_ years, and Miss _Bessie Reed_____

of _Akins_____, County of _Sequoyah_, State of _Okla_,

aged _22_ years, and of this License you will make due return to my office within thirty days from this date.

Witness my hand and official seal, at Sallisaw, in said County, this _26_ day of _Oct_____, 19 _40_

By_____, Deputy.    _Lillie Rosson_____, Court Clerk.

Recorded this _26_ day of _Oct_____ 19 _40_

_Lillie Rosson_____, Court Clerk.

(seal)                                                                  _____, Deputy.

## CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, Sequoyah County, ss.

I, _O. W. White_____, _Minister_____, _Baptist_____
         Name                    Official Designation              Court or Congregation

of _Short_____, in _Sequoyah_____ County, State of Oklahoma, do hereby

certify that I joined in marriage the persons named in and authorized by this License to be married, on the _27_ day of

_October_____, A. D., 19 _40_, at _Short_____, in Sequoyah

County, State of Oklahoma, in the presence of _Marie Lizie White_____

of _Short, Okla_____, and _Mrs. Della Reed_____

of _Sallisaw R/_____

_O. W. White_____
_Baptist Minister_____, Official Designation.

My credentials are recorded in Ministers' Credentials, book _1_, page _46_.

Returned and recorded this _2_ day of _November_____, 19 _40_

_Lillie Rosson_____, Court Clerk.
By _Flo Smith_____, Deputy.

(seal)