**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

**EXHIBIT 11**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

507

MARRIAGE RECORD No. 35

## APPLICATION FOR MARRIAGE LICENSE

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.                    IN DISTRICT COURT

We the undersigned, hereby apply for the issuance of a Marriage License and certify as to our ages and places of residence as follows:

Name ....Paul Dudley........................................................................, Age ..43........

of ........Sallisaw..................................., County of ....Sequoyah........, State of ....Oklahoma......

Name ........Sylvia Gelene Barrett..............................................., Age ..42........

of ........Sallisaw..................................., County of ......Sequoyah........, State of ....Oklahoma...

and for the purpose of procuring same, we do solemnly swear that the names, ages and places of residence as set out above are true and correct, as evidenced by documents described in particular as follows:

(First Party) ...................................................... (Second Party) .........................................
and that we are not disqualified or incapable under the law of entering into the marriage relation, nor are we related to each other within the degree prohibited by law.

.............................................,Applicant           ...........................................Applicant

Subscribed and sworn to before me this....18..day of ...October.........................A. D. 1982.

THEODORE STITES, Court Clerk

By..Pamela Dyer.........................Deputy

NOTE—In event one or both of the parties to be married are under age, such application shall have been on file in the Court Clerk's office for a period of not less than seventy-two hours, prior to the issuance of the license.

### Consent Affidavit — In Person (1)

I, the undersigned, state that I am the ........................ of ............................... named in the above application as being

of the age of ......... .... years, and in the presence of the issuing official, I do hereby consent to ....... ......... ........................... marriage to

............................................

In the presence of          Signed this ......    day of .......... .. ...... , 19 ....  ...........................Signature

THEODORE STITES, Court Clerk

By ............................................. Deputy

### Consent Affidavit — In Person (2)

I, the undersigned, state that I am the ......    .. of ..........  ..  ... ....................... named in the above application as being

of the age of ........ ..... years, and in the presence of the issuing official, I do hereby consent to ............................... marriage to

............................................

In the presence of          Signed this ... .. .. .. day of.... .. ... ..... , 19 ....  ...........................Signature

THEODORE STITES, Court Clerk

By ............................................. Deputy

## MARRIAGE LICENSE

NO.......................                                      IN DISTRICT COURT

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.

TO ANY PERSON AUTHORIZED TO PERFORM OR SOLEMNIZE THE MARRIAGE CEREMONY ---- GREETINGS:

You are hereby authorized, upon delivery of this marriage license within ten days from the date of its issue to you, to join in marriage

Mr. ......Paul Dudley............................................. of ....Sallisaw.........

County of ........Sequoyah..................., State of ..Oklahoma.................., Age.........43..., years, and

M ......Sylvia Gelene Barrett............................ of ......Sallisaw.........

County of ..........Sequoyah..................., State of ..Oklahoma...................., Age ...42...... years, and

by the command of the statute you shall make due return of this license to my office within five days succeeding the performance of the marriage herein authorized.

Issued under my hand and official seal, and recorded in my Marriage Record before delivery, at Sallisaw, Oklahoma, this....18day of......Oct....., 19.82.

THEODORE STITES, Court Clerk

(SEAL)                     By...Pamela Dyer...............Deputy

ENDORSEMENT: By this endorsement to the within and foregoing Marriage License, I hereby verify, and truly certify, that the Application for said License was accompanied by proper credentials under the circumstance indicated by the word "filed" opposite one or more of the applicable provisions of Statute indicated below.

...Filed...(1) Physician's and laboratory technician's statements required by statute, relative to the examination and health of either or both of the parties.

............(2) An order of the District Court with memoranda of reasons for the order dispensing with statutory requirements relative to the examination and health of either or both of the parties.

............(3) An order of the District Court with accompanying memoranda of reasons for the order, extending the 30 day period following the examination to 90 days or less, together with papers complying with the requirements of number (1) above.

............(4) Affidavits of consent to marriage of an underage person by parent or guardian, in lieu of personal appearance as provided by Statute 43 O. S. Supp. 1967, par. 3.

............(5) Affidavits of consent to marriage of an underage person by parent or guardian, residing in another county of this State or outside the State and acknowledged as provided by Statute 43 O.S. Supp. 1967, par. 3.

............(6) Affidavit of three persons authorizing marriage of underage person when parents are deceased or otherwise incapable of giving consent. 43 O.S. Supp. 1967, par. 3.

Witness my hand and official seal this ....18......... day of ...October............, 1982.

THEODORE STITES, Court Clerk      By ....Pamela Dyer.............. Deputy

All the above and foregoing recorded on this ............. .. day of ............................. A. D., 19. .., and thereafter said License delivered according to Law.

By ............................................. Deputy                    THEODORE STITES, Court Clerk

## CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.

I, ........Billy Ray Jackson ....................... , ..........Minister.......................
                   (NAME)                                    (OFFICIAL DESIGNATION)

..................Baptist............................ of .......Sallisaw....................
            (COURT OR CONGREGATION)                                (TOWN)

In .Sequoyah.........., County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be

married on the ...18th.. day of ....October........, A. D., 19.82, at,....Sallisaw........, in Sequoyah County, State of Oklahoma,

in the presence of .......Bernell Edwards... .. ..... ..................... of ....Sallisaw, Okla...................

and ..................Kathy Reed............................ of ....Sallisaw, Okla.................

My credentials of authority are recorded in Minister's

Credentials ................. Book ....2............,           ..........Billy Ray Jackson.......................
                                                                      (PERSON PERFORMING CEREMONY)

at page ......33.. of .....Sequoyah... County,              .........Minister.......................
Oklahoma.                                                        (OFFICIAL DESIGNATION)

License returned, and Certificate of Marriage recorded subjoining the record of License issued and recorded in Marriage Record Book 34 at page..507....

on this the ....18th.... day of ......October........... , 19...82

THEODORE STITES, Court Clerk                     By.........................Deputy