### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

### EXHIBIT 12

### TO KENNETH EUGENE BARRETT'S

### AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, STATE OF OKLAHOMA

SYLVIA GELENE BARRETT,

Plaintiff, )
)
)
-vs- )
)
)
ERNEST BARRETT, )
Defendant. )

No. D-73-50

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 20 1973

THEODORE STILES, Court Clerk

By _____ Deputy

DECREE OF DIVORCE

On this 20th day of June , 1973, the above entitled and numbered cause comes on for trial on its merits. The plaintiff, Sylvia Gelene Barrett, appears in person and by her attorney, John Robert Montgomery, of Scoufos and Montgomery, and the defendant appears not, having heretofore executed and filed sufficient Waiver of Service of Summons and Entry of Appearance, same having been filed on the 19 th day of JUNE , 1973.

The Court having ordered that the allegations contained in said Petition be taken as confessed, and having examined the files and records in this case and having heard the oral testimony of witnesses sworn and examined in open Court, having fully considered the evidence, and being fully advised in the premises, finds: That all material facts alleged in plaintiff's Petition are true; that the parties hereto were legally married at Stilwell, Oklahoma, on the 8th day of July, 1960, and have since that time been husband and wife though said parties have been separated since September 12, 1972; and that of said marriage three (3) children have been born, namely: Kenneth Barrett, age 11, Richard Barrett, age 8, and Stephen Barrett, age 4; that the plaintiff is now and has been for more than six (6) months next preceding the filing of plaintiff's Petition herein a bona fide resident in good faith of the State of Oklahoma, and is now and has been for more than thirty (30) days prior to the filing of plaintiff's Petition an actual resident in good faith of Sequoyah County, Oklahoma; that the plaintiff is entitled to a divorce upon the grounds of adultery in that the defendant has repeatedly engaged in unlawful voluntary sexual intercourse with persons of the opposite sex during the marriage of the parties, as alleged in plaintiff's Petition; that the plaintiff is a fit and proper perso

page two, Barrett
Decree of Divorce

237

to be awarded the exclusive care and custody of the minor children, subject to the

defendant's right of reasonable visitation, and that the defendant should be required to

pay reasonable child support during their minority, or until further order of the Court,

in the amount of FIFTY DOLLARS ($50.00) per week, for the care and maintenance of

said children; that during said marriage of the parties hereto they have acquired no real

property and have acquired certain person property, to wit: One 1973 Pontiac automobile,

household furniture and goods, including but not limited to a television, living room suit

and living room rug, of which said person property the said 1973 Pontiac automobile

should be awarded to the defendant as his sole and separate property and the household

furniture and goods, including the television, living room set and living room rug should

be awarded to the plaintiff as her sole and separate property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE

COURT that Sylvia Gelene Barrett, plaintiff herein, be and she is hereby awarded an

absolute decree of divorce from the defendant, Ernest Barrett, and the bonds of matri-

money heretofore existing between said parties are hereby dissolved, set aside and held

for naught, and both parties are released therefrom; PROVIDED, that this part of the

decree does not become absolute and final until six (6) months from the date hereof,

during which time the parties are enjoined from marrying any other party.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT

that the plaintiff be and she is hereby granted the exclusive care and custody of the minor

children, Kenneth Barrett, Richard Barrett and Stephen Barrett; and the defendant is

granted rights of visitation with said children at reasonable times, and under reasonable

conditions; and the defendant is ordered and directed to pay, as reasonable child support,

the sum of FIFTY DOLLARS ($50.00) per week, for the care and maintenance of said

children during their minority, or until further order of the Court, the initial child sup-

port payment to be made on or before the _2 nd_ day of _July_, 1973, by

cash, cashier's check or money order through the Clerk of the District Court of Sequoyah

County, Oklahoma, and like payments on or before the _1 st_ day of each week thereafter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT

that the defendant be, and he is hereby, awarded the 1973 Pontiac automobile and his

238

page three, Barrett
Decree of Divorce

personal effects and belongings as his sole and separate property, free and clear of

any claims, rights, or interest whatsoever of the plaintiff, and the plaintiff be, and she

is hereby, awarded the household furniture and goods, including but not limited to a

television, living room suit and living room rug, and her personal effects and belongings

and those of the children as her sole and separate property, free and clear of any claims,

rights or interest whatsoever of the defendant.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT

that each of the parties hereto are hereby ordered and directed forthwith to execute and

deliver to the other such assignments, bills of sale, deeds or conveyances of record

that may be necessary to carry the terms of the division of property into effect, and in

the event either of said parties fail to do so within five (5) days from this date, then this

decree shall operate as such conveyance.

BILL ED ROGERS
Associate Judge of the District Court

APPROVED:

SYLVIA GELENE BARRETT, Plaintiff

ERNEST BARRETT, Defendant

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, STATE OF OKLAHOMA

SYLVIA GELENE BARRETT,
                                        Plaintiff,          )
                                                            )
                                                            )
                                                            )
-vs-                                                        )          No. **D-73-50**
                                                            )
                                                            )          SEQUOYAH COUNTY, OKLAHOMA
                                                            )          **FILED**
ERNEST BARRETT,                                             )          IN DISTRICT COURT
                                        Defendant        )-'
                                                                       **JUN 19 1973,**

ENTRY OF APPEARANCE AND WAIVER    THEODORE STITES, Court Clerk

Comes now the defendant herein, the undersigned, and acknowledges

receipt of a copy of the petition filed and on file herein, states that he has read

and understands the same, hereby waives the issuance, service, and return of

procees upon him in this action, enters a voluntary appearance in this cause, waiv-

ing all time and right to plead, answer or appear in this action, and consents that

the same may be set down for trial and heard by the Court at any time hereafter without

notice to, and in the absence of, this defendant.

                                        ERNEST BARRETT, Defendant

STATE OF WEST VIRGINIA
XXXXXXXXXXXXXXXXXXXXXXXXXX          )
                                    )  SS
COUNTY OF   CABELL                  )

        Before me, the undersigned, a Notary Public within and for the State of
West Virginia                    June
XXXXXXXXX, on this  6  day of XXXXXX 1973, personally appeared the above named

defendant, Ernest Barrett, to me known to be the identical person who executed

the above and foregoing entry of appearance and waiver, and personally acknowledged

to me that he has read, understood and signed the same, and that he executed the

same as his free and voluntary act and deed for the uses and purposes therein set

forth.

        IN WITNESS WHEREOF I have hereunto affixed my signature and official

seal the date and date theretofore stated.

                                        NOTARY PUBLIC

My commission expires the   27 day of     September     , 19 73 .

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, STATE OF OKLAHOMA

SYLVIA GELENE BARRETT,

                              .Plaintiff,    )
                                             )
                                             )
                                             )
-vs-                                         )      No. **D-73-50**
                                             )
                                             )    SEQUOYAH COUNTY, OKLAHOMA
                                             )         **FILED**
ERNEST BARRETT,                              )      IN DISTRICT COURT
                              ·Defendant     )      MAR 14 1973

                                                   THEODORE STITES, Court Clerk
                    PETITION                       By_____Deputy

The plaintiff, Sylvia Gelene Barrett, for cause of action against the defendant, Ernest Barrett, alleges and states:

I

That the plaintiff is now and has been for more than six (6) months next preceding the filing of the petition herein an actual resident, in good faith, of the State of Oklahoma, and a resident of Sequoyah County for thirty (30) days at the time her petition was filed herein.

II

That the parties hereto were married on or about the 8th day of July, 1960, at Stilwell, Adair County, Oklahoma and have been since that time, and are at the present time, husband and wife.

III

That of said marriage aforesaid three (3) children, now minors, have been born, to wit: Kenneth Barrett, age 11, Richard Barrett, age 8, and Stephen Barrett, age 4.

IV

That as grounds for divorce the plaintiff alleges that the defendant has, during the marriage of the parties, been guilty of adultery in that the defendant has repeatedly engaged in unlawful voluntary sexual intercourse with persons of the opposite sex, by reason of which the plaintiff is entitled to a decree of divorce from the defendant.

page two, Barrett
Petition

V

That during the marriage of the parties hereto they have acquired no

real property and the following personal property, to wit:

> One 1973 Pontiac automobile
> Household furniture and goods, including but not limited to
>   a television, living room suit and living room rug.

VI

That the Court should award the said 1973 Pontiac automobile to the

defendant as his sole and separate property and should award the household furniture

and goods, including the television, living room set and living room rug to the

plaintiff as her sole and separate property.

VII

That the defendant is a healthy man regularly and profitably employed

with current gross earnings of approximately ONE THOUSAND FIVE HUNDRED DOL-

LARS ($1,500.00) per month, and that he should be ordered and directed to make

regular periodic payments of child support through the office of the Court Clerk of

the District Court of Sequoyah County, Oklahoma, for the maintenance and support

of the children of the parties hereto, in the amount of SEVENTY FIVE DOLLARS

($75.00) per week.

VIII

That the plaintiff is a fit and proper person to have custody of the minor

children of the parties and that custody of said children should be awarded to the

plaintiff subject to the right of the defendant to visit with said children at reasonable

times and places.

IX

That plaintiff does not have an adequate means of support and the Court

should require the defendant to pay her attorney's fee in the reasonable amount of

ONE HUNDRED FIFTY DOLLARS ($150.00) and the Court costs herein.

page three, Barrett
Petition

WHEREFORE, premises considered, the plaintiff prays that upon hearing this cause the Court grant and award the plaintiff a decree of divorce from the defendant; custody of the minor children of the parties with reasonable visitation privileges to the defendant; child support; attorney fees in the amount of ONE HUNDRED FIFTY DOLLARS ($150.00); a fair and equitable division and distribution of the property accumulated by the parties by awarding the defendant the 1973 Pontiac automobile and awarding the plaintiff the household furniture and goods, including but not limited to the television, living room rug and living room set; Court costs; and such other and further relief as to which the plaintiff may be entitled and which may be deemed just and proper by the Court.

SYLVIA GELENE BARRETT

By _____

JOHN ROBERT MONTGOMERY
SCOUFOS & MONTGOMERY
Attorneys at Law
P. O. Box 787
Sallisaw, Oklahoma 74955
Attorneys for Plaintiff

STATE OF OKLAHOMA      )
                       ) SS
COUNTY OF SEQUOYAH     )

Sylvia Gelene Barrett, being first duly sworn upon oath says: That she is the plaintiff above named, that she has read the foregoing Petition and knows the contents thereof, and that the facts therein set forth are true.

SYLVIA GELENE BARRETT

Subscribed and sworn to before me this 14th day of March, 1973.

_____
NOTARY PUBLIC

My Commission Expires:

November 1, 1976

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, STATE OF OKLAHOMA

SYLVIA GELENE BARRETT,
                        Plaintiff,          )
                                            )
                                            )
                                            )
-vs-                                        )        No.   D-73-50
                                            )
                                            )
                                            )
ERNEST BARRETT,                             )
                        Defendant           )

SEQUOYAH COUNTY, OKLAHOMA
**F I L E D**
IN DISTRICT COURT

MAR 14 1973

THEODORE STITES, Court Clerk
By _Arlene_ _____ Deputy

### AFFIDAVIT FORMA PAUPERIS

I, Sylvia Gelene Barrett, petitioner, above named, (do solemnly swear)
that the cause of action set forth in the petition hereto prefixed is just, and I do
further swear that by reason of my poverty, I am unable to give security for costs.

_Sylvia Gelene Barrett_
SYLVIA GELENE BARRETT

Subscribed and sworn to before me this 14th day of March, 1973.

_Sandra Saylor_
NOTARY PUBLIC

My Commission Expires:

_November 1, 1976_

O. K. to file this 14th day of _March_,
1973.

_Bill Ed Rogers_
Judge of the District Court