**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,    )
    )
        *Movant,*    )
    )
v.    )    **Case No. 6:09-cv-00105-JHP**
    )
UNITED STATES OF AMERICA,    )
    )
        *Respondent.*  )

---

**EXHIBIT 13**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

## DECLARATION OF JANESSE THOMAS

I, Janesse Thomas, declare the following:

I know Charles "Monk" Sanders.  At one time, over a decade ago, I was Monk Sanders █friend.  I also know Kenny Barrett.

I was at Kenny Barrett's residence perhaps two or three times while Monk Sanders was there.  Mr. Sanders and I did not got to Kenny Barrett's place together.  I never went to Kenny Barrett's residence to buy drugs with Monk Sanders.  I never bought drugs from Kenny Barrett on any occasion I was at his residence.  I never witnessed any drug transaction between Kenny Barrett and Monk Sanders.  Kenny Barrett did not like or trust Monk Sanders, and did not want him around his property.

I am aware that Monk Sanders testified against Kenny Barrett at Mr. Barrett's federal trial in Muskogee.  It is my understanding that Monk Sanders testified that two to three days before the trooper was killed, he and I went to Kenny Barrett's and bought drugs, and that he and I went to Mr. Barrett's property on other occasions in the summer of 1999 to buy drugs.  This never happened, so if Mr. Sanders testified to these things, his testimony was false.  As I said, I never bought drugs from Kenny Barrett, and I never saw Kenny Barrett sell Monk Sanders any drugs at any time, let alone two to three days before the trooper was killed.

On one occasion while I was Monk Sanders's girlfriend, he was harassing me and I got away from his place.  I called Kenny Barrett to come pick me up so I could get away

1

from Mr. Sanders. Mr. Barrett did pick me up, and Monk Sanders and his mother followed us for a while. He was yelling at me that I needed to go back with him, but I didn't. It appeared that Monk was mad at Kenny Barrett for picking me up and getting me away from him.

Based on my contact with Mr. Sanders, it is my personal opinion that he is completely dishonest and untrustworthy. I would not believe a word he said about anything. I am also aware that in the community, Monk Sanders's reputation for honesty and trustworthiness is about as bad as could be. Nobody trusts or believes him.

I was not contacted by any of Kenny Barrett's lawyers or anybody working for them at the time of Kenny Barrett's federal trial. If they had contacted me, I would have given them the information stated above, and would have testified to these things if asked.

I did not write this declaration. I related the above information to one of Mr. Barrett's current lawyers and an investigator working for Kenny Barrett. I have carefully read the contents of this declaration, and it accurately states what I told the lawyer and investigator.

I declare under penalty of perjury that the foregoing 2 page declaration is true and correct.

Executed by me this __12__ day of March, 2009, in __Sequoyah__ County, Oklahoma.

2

Janesse Thomas