### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

### EXHIBIT 14

### TO KENNETH EUGENE BARRETT'S

### AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

## DECLARATION OF DALE ANDERSON

I, Dale Anderson, declare the following:

I am one of the investigators working on Kenneth Eugene Barrett's case in preparation for filing a motion attacking his convictions and death sentence pursuant to 28 U.S.C. section 2255. During my investigation, I and another investigator, Leonard Post, interviewed Cindy Crawford. Cindy Crawford testified in both stages of Mr. Barrett's trial. During this interview, Cindy Crawford told Mr. Post and me the following:

Cindy stated that she testified as a government witness in Kenny Barrett's federal trial. She acknowledged that her husband, Travis Crawford, also testified against Kenny Barrett. She stated that as of 1999, she had known Kenny Barrett for approximately 4 years.

Cindy Crawford told Mr. Post and I that one to 2 weeks before her initial testimony against Kenny Barrett, John Philpot came to see her. Mr. Philpot told her that she had to leave with him. Cindy Crawford stated that she did not know whether she was under arrest or not, but it was clear to her that she had no choice but to go with Mr. Philpot. She got into Mr. Philpot's car, and he drove her to Muskogee. There, she met AUSA Mike Littlefield and several men wearing guns who appeared to be law enforcement officers. Cindy Crawford stated that the meeting occurred in Mr. Littlefield's office.

1

Cindy Crawford told us that the men wearing guns showed her several firearms that looked similar to ones that belonged to Kenny Barrett. Cindy stated that she was told by Mr. Littlefield that she needed to work with him and testify against Kenny Barrett, or she was going to prison. She stated that Mr. Littlefield reminded her that she was on a 5-year deferred sentence in a drug case. Mr. Littlefield told her that Kenny Barrett's house had been under surveillance for 6 months prior to the shooting of the trooper, and that during this surveillance she was seen acting as a "lookout" on Kenny Barrett's front porch while he cooked methamphetamine on the property. Cindy Crawford stated that she had never seen Kenny Barrett cook methamphetamine at any time.

Cindy Crawford stated to us that at the time of the meeting in Mike Littlefield's office, she had no pending criminal charges, but had lost one of her children to foster care. Cindy stated that during the meeting, the threat that she would not get her child back hung in the air.

Cindy Crawford told us that during the meeting in Mr. Littlefield's office, she was told by Mr. Littlefield there were certain ways she could phrase her testimony. Cindy stated that Littlefield told her that in her testimony, she should make things look as violent and ominous as possible, and there was imminent danger in being around Kenny Barrett. Cindy stated during our interview that Mr. Littlefield discussed with her the possibility that she could be charged with perjury if she did not put this type of spin on her testimony. Mr. Littlefield also told her that they could make it extremely hard on her

2

if she did not testify against Kenny Barrett.

Cindy Crawford stated that when she was at the meeting in Mr. Littlefield's office in Muskogee, she was not told that she was under arrest, but that the atmosphere was intimidating. She stated that when she went to the bathroom, an armed guard accompanied her and waited outside the restroom. She stated that she believed she was not free to leave because Mr. Philpot had driven her to Muskogee, and she had no way back home other than him. Cindy Crawford stated that she was not going to mess with Mr. Philpot because of his reputation for violence.

Cindy Crawford stated that she was interviewed by Mr. Littlefield and the government about Kenny Barrett's federal case separately from her husband, Travis Crawford. Cindy related that she was told by Travis that John Philpot told him that if he (Travis) said the right things on the witness stand, he would not get into trouble. Cindy stated that she was told by Mike Littlefield, and later by John Philpot, that she did not have to talk to or be interviewed by Mr. Barrett's lawyers or anyone working with them if she did not want to. Cindy stated that it was implied she should not speak to the defense.

Cindy Crawford stated that it was her recollection that when she testified at Mr. Barrett's federal trial, neither the prosecution nor the defense asked about her prior offenses. She admitted to Mr. Post and I that she was a heavy drug user at the time she testified against Mr. Barrett.

Cindy Crawford stated during our interview that during the time she knew Kenny

3

Barrett, she never bought drugs from him, but just used drugs with him. She told us that when she was interviewed by Mr. Littlefield in his office, as described above, she was just coming down off a two-day meth high. She stated that the same was true when she testified at Mr. Barrett's trial. Cindy told us that "if you had ever crashed from a meth high, you would know that you would not be in your right mind."

Cindy told us during our interview that she suffered from post-traumatic stress disorder (PTSD) due to things that happened to her when she was growing up. She stated that she overreacts to stressful situations, sometimes to the point of passing out. She told us that when she was growing up, her father was often in a rage, and that her father had molested her and her sister. Because of this experience, when she is stressed she overreacts, and does not always perceive things correctly or exaggerates what is happening or has happened. Cindy Crawford stated that when she testified in the second stage of Mr. Barrett's trial about Kenny Barrett having once pressed a gun against her leg, she may well have been overreacting and embellishing the story, and Kenny Barrett's mood and actions at the time, due to her PTSD. Cindy stated that other than this incident, which she very well could have exaggerated or embellished, Kenny Barrett had always been nice and helpful to her.

Cindy Crawford stated that during her interviews with the government before she testified in the first stage of trial, she had not told them about the incident with Kenny Barrett putting the gun barrel to her leg. According to Cindy, the prosecutor or law

4

enforcement asked her about this incident after her first stage testimony. She stated it is her belief that they must have gotten this information from Kenny Barrett's brother, Richie Barrett.

Cindy Crawford told us that the prosecutors in the federal trial were upset with her when she denied ever seeing chemicals and equipment for making methamphetamine at Kenny Barrett's place. Cindy stated they were also upset when she said she never saw Kenny Barrett cook methamphetamine. She said that the prosecutors were upset with her after her first stage testimony because she was not hurting Kenny Barrett enough. She stated, "They were very angry. They scared me and threatened me." Cindy related that while the government never told her explicitly that it was all right to lie during her testimony, it was implied that she could lie and make things up so long as it helped them and hurt Kenny Barrett.

Cindy Crawford stated that she was aware John Philpot had gone out to Kenny Barrett's property not too long before the shooting of the trooper to check Kenny Barrett's guns, and there had been no problem. Cindy said that from the information she had about this incident, Kenny Barrett and John Philpot acted like they were old buddies.

During the course of this investigation, I attempted on several occasions to interview Charles "Monk" Sanders. I was unsuccessful. On February 12, 2009, I went to the home of Evelyn Sanders, Mr. Sanders's mother. She lives in Oolagah, Oklahoma. Ms. Sanders told me that her son, Charles, had been promised things by the federal

5

prosecutors in exchange for his testimony against Mr. Barrett that he never received. Mr. Sanders, Mrs. Sanders and the Sanders family were upset about this.

I declare under penalty of perjury that the foregoing 6 page declaration is true and correct.

Executed by me this _12_ day of _March_, 2009, in _Oklahoma_ County, Oklahoma.

_____
Dale Anderson

6