**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

**EXHIBIT 16**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

And after hearing the testimony offered, by both the plaintiff and defendant, instructi
from the court as to the law governing in this cause the jury retires in care if sworn
consider its verdict thereafter returning into open court their verdict, as follows, to
State of Oklahoma
Sequoyah County.     IN DISTRICT COURT.

The State of Oklahoma
           vs.
Bob Burchett, Defendant

     We the jury drawn, empaneled and sworn in the above entitled cause do upon our oaths
the defendant Bob Burchett guilty of burglary in the second degree as charged in the inf
herein. We fail to agree upon punishment.
                                                  S.E.Winfrey,Foreman.
     Their verdict is received and the jury is discharged from any further service in this
and the jury failing to agree as to the punishment the court sets Saturday December 15th
9 o'clock A.M. for sentence.
                         Saturday December 15th 1917.
     The District Court of Sequoyah County, State of Oklahoma met in the court room at Salli
Saturday December 15th 1917 at 9 o'clock A.M. pursuant to adjournment of yesterday. Pres
presiding the honorable John H.Pitchford, Judge, C?E?Holder Sheriff and Joe E.Thornton,
Court is regularly opened by public proclamation and the following proceedings had to-wi
1850                         State of Oklahoma vs. Bob Burchett
     The defendant having on yesterday been tried and convicted of the crime of burgla
he is now sentenced to serve a term of three years in the penitentiary ay McAlester, Okl
                 :::::::::::::::::::::::::::::
                    WEDNESDAY DECEMBER 12th 1917.
                 :::::::::::::::::::::::::::::

The District court met in regular session pursuant to adjournment as of Tuesday December
present and presiding Hon. John H.Pitchford, Judge, thereof, C.E.Holder, Sheriff and Joe
Clerk.and after court being regularly and duly opened by proclamation the following proc
had and entered:
1784                         State of Oklahoma vs. Howard Henson et al.
     This case coming on for trial, present in person and by their attorneys Thomas J.
Defendants Howard Henson and Robert Tabor ask permission to withdraw their plea of not gu
Court grants the permission,and defendant files a general demurrer, Demurrer is by the co
led, defendant excepts. Defendant Ed Gant is three times called and answers not and is
adjudged in default, the Clerk is ordered to draw a jury to try the cause as to Howard He
and Robert Tabor and the following named jurors are drawn and sworn to try the cause.
R.Garrison, D.L.Creekmore        Ed Cox            J.B.Shrum
S.E.Harp          Fonce Holland   S.E.Winfrey       A.P.Flowers
                  R.H.Thompson    W.J.Webb          W.B.Briley
J.A.Irwin
     The hearing of testimony is begun, at the conclusion of which the court instructs the ju
as to the law governing in this cause and argument of counsel being waived the jury reti
in care of a sworn bailiff to consider its verdict, thereafter returning into open court
their verdict as follows to-wit:

State of Oklahoma
Sequoyah County      IN DISTRICT COURT.

The State of Oklahoma              1784
           vs.
Howard Henson and Robert Tabor, D
     We the jury drawn, empaneled and sworn in the above entitled cause do upon our oaths
find the defendants Howard Henson and Robert Tabor not guilty as charged in the informati
herein.                                           S.E.Winfrey, Foreman.
     Their verdict is received and the jury is discharged from any further service in this
case. Defendants are discharged and their bondsmen exonerated.
                 :::::::::::::::::::::::
                    THURSDAY DECEMBER 13th 1917.
     The District Court of Sequoyah County State of Oklahoma met in the Court room at Sallisa
Oklahoma Thursday December 13th 1917 at 9 o'clock A.M. pursuant to adjournment of yester
present and presiding Hon. John H.Pitchford, Judge, there being also present C.E.Holder
Sheriff and Joe E.Thornton, Clerk. Court is regularly opened by public proclamation and
the following proceedings had to-wit:
1862                         State of Oklahoma vs. Joe Morgan
           Stricken for lack of evidence on motion of the County Attorney.
                 :::::::::::::::::::::
1866                         State of Oklahoma vs. Bob Tabor and George Tabor.
                 Continued by agreement.
                 :::::::::::::::::::::::
                    FRIDAY DECEMBER 14th, 1917.
                 :::::::::::::::::::::::::::::
The District Court of Sequoyah County, Oklahoma met in the court room at Sallisaw, Oklaho
Friday December 14th 1917 at 9 o'clock A.M. pursuant to adjournment of yesterday. Present
and presiding Hon. John H.Pitchford, Judge, C.E.Holder, Sheriff and Joe E.Thornton, Clerk
Court is regularly opened by public proclamation and the following proceedings had to-wi
1660                         State of Oklahoma vs. Lafayette Horn
     The court orders the mandate of the Crimnal Court of Appeals spread of record.
                 :::::::::::::::::::::::::
1638                         State of Oklahoma vs. Geo.Williams
           The Court orders the mandate of the Crimnal Court of Appeals spread of record.
                 :::::::::::::::::::::::
1672                         State of Oklahoma vs. E.L.Lemley
           The court orders mandate of the Crimnal Court of appeals spread of record.
                 :::::::::::::::::
1727                         State of Oklahoma vs. Abe Dotson.
           The court orders the mandate of the Crimnal Court of Appeals spread of record.
                 ::::::::::::::::
1871

KEB502745

State of Oklahoma vs. Levi Chuculate.
dent present in court and waives arraignment and pleads guilty as charged.
aves time for sentence and is by the court sentenced to serve a term of
in the penitentiary at McAlester, Oklahoma and suspends sentence until
y of the next term of the District Court.
:::::::::::::::::::::::::::
SATURDAY DECEMBER 15th, 1917.
:::::::::::::::::::::::::::::

ict Court of Sequoyah County, State of Oklahoma met in the court room at
klahoma Saturday December 15th 1917 at 9 o'clock A.M. pursuant to adjournment of
resent and presiding Hon. John H.Pitchford, Judge, C.E.Holder, Sheriff and
on, Clerk. Court is regularly opened by public proclamation and the following
had to-wit:
State of Oklahoma vs. Lafayette R.Horn.
orders the defendant committed to the penitentiary for the term of 20 years
ce with the mandate of the supreme court.
:::::::::::::::::::::::::::::
State of Oklahoma vs. George Williams
orders the defendant committed to the penitentiary for the term of five years
ce with the mandate of the supreme court.
::::::::::::::::::::::

State of Oklahoma vs. E.L.Lemley
orders the defendant committed to the penitentiary for the term of one year
the mandate of the supreme court.
::::::::::::::::::::::::::::::::
State of Oklahoma vs. Abe Dotson.
orders the defendant committed to the penitentiary for a term of one year and
compliance with the mandate of the supreme court.
:::::::::::::::::::::::::::::::::

KEB502746