**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 17**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

1703 INFORMATION.

## RECORD OF INFORMATIONS.

GEO. D. BARNARD CO., ST. LOUIS

THE STATE OF OKLAHOMA
vs.
*Abe Dotson J. H. Stout*
*C. B. Stout,*
                                    Defendant

In the _____District_____ Court,
of _____Sequoyah_____ County, Oklahoma.

In the Name and by the Authority of the State of Oklahoma,

Now comes _____J. B. Allen_____ the duly qualified and acting County Attorney, in and for _____Sequoyah_____ County, State of Oklahoma, and gives the _____District_____ Court of _____Sequoyah_____ County, State of Oklahoma, to know and be informed that _____the above named_____ fendants, Abe Dodson, J. H. Stout and C. B. Stout

did, in _____Sequoyah_____ County, and in the State of Oklahoma, on or about the _____Twenty-eighth_____ day of _____June_____ in the year of our Lord One Thousand Nine Hundred and _____fifteen_____ and anterior to the presentment hereof, commit the crime of _____a felony, to wit, to wit: an assault with intent to kill_____ in the manner and form as follows, to-wit: That is to say the said Abe Dodson J. H. Stout, and C. B. Stout, in the county and state aforesaid and on or about the day and date aforesaid, then and there being did then and there, with certain dangerous and deadly weapons, to-wit: an axe and a hammer, which they, the said Abe Dodson J. H. Stout, and C. B. Stout then and there had and held in their hands intentionally, wrongfully, unlawfully, purposely, wilfully and feloniously, assault, strike, stab, cut, and wound one Henry Hart with force and energy, to cause death, with the felonious intent on the part of them the said Abe Dotson J. H. Stout and C. B. Stout, him the said Henry Hart then and there wilfully, unlawfully, intentionally, purposely, wrongfully and feloniously to kill and murder, contrary to the form of the statutes, in such cases made and provided, and against the peace and dignity of the State.

*J. B. Allen*
County Attorney.

STATE OF OKLAHOMA,
_____Sequoyah_____ County. } ss.  I, _____J. B. Allen_____ being duly sworn, on oath state, that I have read the above and foregoing Information and know the contents thereof and that the facts stated therein are true.

*J. B. Allen,*

Subscribed and sworn to before me, this _____12_____ day of _____Nov_____ 1915
*Fred Mershon*
*Court Clerk.*

## ENDORSEMENTS.

No. _____1727_____

THE STATE OF OKLAHOMA
vs.
*Abe Dotson. et al,*

INFORMATION.

In the _____District_____ Court of _____Sequoyah_____ County, Oklahoma.

Filed _____Nov 12_____ 1915
*Fred Mershon*
*Court Clerk,*

NAMES OF WITNESSES.

*Henry Hart, Marble City, Okla.*
*Henry Sixkiller,     "      "*
*Nettie Sixkiller     "      "*
*Susie Sixkiller,     "      "*
*Jene Sixkiller       "      "*
*C. M. Gay,  Bullisaw, Okla,*
*Dr. J. L. Holcomb  Marble City.*

I Hereby Certify that the above and foregoing is a full, true, correct and complete copy of the original Information, together with the endorsements thereon, now on file in my office.  Dated_____19_____

By_____Deputy.                _____of_____Co., Okla

KEB503078