**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

**EXHIBIT 18**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

Infor Rec. on Vogue, ...

## APPEARANCE DOCKET—CRIMINAL

No. 1227

| TITLE OF CAUSE | OFFENSE CHARGED | ATTORNEYS |
|---|---|---|
| STATE OF OKLAHOMA vs. Abe Dotson | Assault with intent to Kill, | 12/7/15. Jury Trial, Guilty as to Abe Dotson. Not guilty as to J.H. & O.B. Stout, Abe Dotson, sent to Pen for 1 year & 1 day |

| | | Clerk's Costs | Sheriff's Costs | Miscellaneous | Disbursements | Credits |
|---|---|---|---|---|---|---|
| To Fil Tran 10 Comp 10. 3 Warrants 30 | | 50 | | | | |
| " & Rep Appr Bond | | 1 10 | | | | |
| To Dock fee | | 2 00 | | | | |
| To J P Cost | | | | 8 30 | | |
| Court Cost | | | | 10 55 | | |
| To Dock Notice | | 10 | | | | |
| To Fil & Rec Infor (Total 23 65) | | 1 00 | | | | |
| To " Prae & Io Sub | | 35 | | | | |
| | | 35 | | | | |
| | | 35 | | | | |
| " & Is 5 copies | | 1 25 | | | | |
| " Fil & Ent Sheriffs Ret | | 20 | 6 15 | | | |
| To fil Khas. | | 10 | | | | |
| Instruction | | 10 | | | | |
| To fil Mo for New trial | | 10 | | | | |
| " " in arrest of Judgment | | 10 | | | | |
| " off | | 10 | | | | |
| To fil & approving Supersedeas Bond | | 1 10 | | | | |
| " Taking ack. to Same | | 20 | | 19 50 | | |
| " Fee Wit fees | | | | | | |
| To Appr 10 Waive 30, Pleas 50, Mo 10 & Order 30 | | 1 30 | | | | |
| Swear Jurors 100, Writ 50, Order 30, Verdict 10 | | 1 90 | | | | |
| Appr 10 Order 30, Verdict 10 Order 30 | | 70 | | | | |
| Mo 10, Order 30, Mo 10, Order 30, Mo 10, Order 30 | | 1 20 | | | | |
| | | 40 | | | | |
| To fil Notice of Appeal | | 70 | | | | |
| " & Rec'd Judgment & Sheriffs Ret | | 1 00 | | | | |

KEB503096

Infor Rec. on Page, 483,

## APPEARANCE DOCKET—CRIMINAL    No. 1227.

134
17=7

| | CLERK'S Costs | SHERIFF'S Costs | MISCELLA-NEOUS | DISBURSE-MENTS | |
|---|---|---|---|---|---|

| | CLERK'S Costs | SHERIFF'S Costs | MISCELLA-NEOUS | DISBURSE-MENTS | CREDITS |
|---|---|---|---|---|---|

**TITLE OF CAUSE** | **OFFENSE CHARGED** | **ATTORNEYS**

STATE OF OKLAHOMA

vs.

Abe Dotson

Assault with intent to kill,

12/7/15. Jury trial, Guilty as to Abe Dotson. Not guilty as to J.H. & O.B. State Abe Dotson, sent to Pen for 1 year &
1 day

| Entry | CLERK'S Costs | SHERIFF'S Costs | MISCELLA-NEOUS | DISBURSE-MENTS | CREDITS |
|---|---|---|---|---|---|
| To Fil. Tran. 10, Comp 10, 3 Warrants 30 | 50 | | | | |
| " " & Rep Appr Bond | 1 10 | | | | |
| To Dock Fee | 2 00 | | | | |
| To J.P. Cost | | | 8 30 | | |
| Court Cost | | | 10 55 | | |
| To Dock & Notice | 10 | | | | |
| To Fil & Rec Infor (Total 23 65) | 1 10 | | | | |
| To " Prae & Aff Sub | 35 | | | | |
| " " " " | 35 | | | | |
| " " " " | 35 | | | | |
| " " & 5 copies | 1 25 | | | | |
| " Fil & Ent Sheriff's Ret | 20 | 6 15 | | | |
| " To fil Chas. | 10 | | | | |
| " Instruction | 10 | | | | |
| To fil Mo for New trial | 10 | | | | |
| " " " in arrest of Judgment | 10 | | | | |
| " off | 10 | | | | |
| To fil & approving Supersedeas Bond | 1 10 | | | | |
| " Taking ack. to same | 20 | | 19 50 | | |
| To Affr 10 Waive 30, Plea 50 Mo 10 & Order 30 | 1 30 | | | | |
| " Swear Jurors 100, Writ 50, Order 30, Verdict 10 | 1 90 | | | | |
| " Appr 10 Order 30, Verdict 10 Order 30 | 70 | | | | |
| " 10, 30, Mo 10, Order 30, Mo 10, Order 30 | 1 20 | | | | |
| " Mo 10, Order 30 | 40 | | | | |
| To fil Notice of Appeal | 10 | | | | |
| " " " & Rec'd Judgment & Sheriff's Ret | 1 20 | | | | |

KEB503097