**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 19**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

# APPEARANCE DOCKET—Criminal

3

| No | TITLE OF CAUSE | OFFENSE CHARGED | | ATTORNEYS |
|----|----------------|-----------------|---|-----------|
| 3. | THE STATE OF OKLAHOMA vs. Abe Dotson, | Carrying Weapon | | W. L. Curtis County Atty for State J. H. Jarmon for the Defendant, |

190_7

| | Clerk's Cost Plaintiff | Clerk's Cost Defendant | Sheriff | Miscellaneous | Disbursements | Credits |
|---|---|---|---|---|---|---|
| Nov 21 Verifying Complaint | 25 | | | | | |
| Issuing Warrant | 25 | | | | | |
| Filing Complaint | 5 | | | | | |
| " " Warrant | 5 | | | | | |
| Entering Plea Guilty | 10 | | | | | |
| Making Entry | 10 | | | | | |
| Approving Stay Bond | 25 | | | | | |
| Entering Judgement | 25 | | | | | |
| Rendering " | 25 | | | | | |
| Continuance | 10 | | | | | |
| | 1 65 | | | | | |
| Sheriffs Fees | | | | | | |
| Serving Warrant | | | 50 | | | |
| Returning " | | | 50 | | | |

SEP 30 1936
No further in Depository
Acco't for this Case
B. L. Seaman, Deputy B. E. 8tt.

Reported

2 7 6 5

KEB503073