**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 20**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

# CRIMINAL TRIAL DOCKET.

1691.

GEO. D. BARNARD & CO., PRINT

| No. | TITLE | ATTORNEY | PRESENT STATUS OF CASE OR PREVIOUS ORDERS |
|---|---|---|---|
| 9. | THE STATE OF OKLAHOMA, VS. Charles Nelson Defendant Charge Selling intoxicating Liquors. | W. L. Curtis County Atty. | Trial in Court. |
| 10 | THE STATE OF OKLAHOMA, VS. Abe Datson Charge Being Drunk in a public. | W. L. Curtis. | Trial in Court. |
| 11 | THE STATE OF OKLAHOMA, VS. W. P. White Charge Disposing mortgaged Property & False pretense and cheats. | | |
| 12, | THE STATE OF OKLAHOMA, VS. C. F. Ivey Charge, Bartering Selling & giving away intoxicating Liquors | | |