**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 21**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

## APPEARANCE DOCKET—Criminal.

| | TITLE OF CAUSE | OFFENSE CHARGED | ATTORNEYS | |
|---|---|---|---|---|
| 0 | THE STATE OF OKLAHOMA vs. Abe Dotson Defendant | Being Drunk in a public Place | W. L. Curtis County atty for the State | ✓ |

| | | Clerk's Cost Plaintiff | Clerk's Cost Defendant | Sheriff | Miscel-laneous | Disburse-ments | Credits |
|---|---|---|---|---|---|---|---|
| 0.4.7 | | | | | | | |
| 29 | Affidavit to Complaint | 25 | | | | | |
| | Issuing Warrant | 25 | | | | | |
| | Filing Complaint 5 Entering same 10 | 15 | | | | | |
| | Entering warrant 10 Filing warrant 5 | 15 | | | | | |
| | Docket entry of Same | 10 | | | | | |
| 3 | Plaintiffs appearance 10 Defendants appearance 10 | 20 | | | | | |
| | Statement of money paid to Justice | 10 | | | | | |
| | By whom paid Berry Dotson. | 10 | | | | | |
| | Entering plea of defendant | 10 | | | | | |
| | Defendant stand Committed | 10 | | | | | |
| | For rendering Judgment | 25 | | | | | |
| | Filing 3 papers | 15 | | | | | |
| | For Issuing Order to bring Defend into Court | 25 | | | | | |
| | "  " Commitment | 25 | | | | | |
| | | 3 40 | | | | | |
| | sheriffs fees | 6 10 | | 6 10 | | | 6 10 |
| 5 | credit by cash court cost | | | | | | 2 40 |
| | "  "  " sheriffs cost | | | | | | 6 10 |
| | | 8 50 | | | | | 8 50 |

KEB503075