**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 22**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

Exhs. § 2255 Amended Motion                                    *U.S. v. Barrett*, 6:09-cv-00105-JHP

## APPEARANCE DOCKET—Criminal

| No | TITLE OF CAUSE | OFFENSE CHARGED | ATTORNEYS | |
|---|---|---|---|---|
| 5 | THE STATE OF OKLAHOMA vs. Abe Datson, Defendant. | Larceny. | W. L. Curtis County Atty. For the State, J. H. Jarman for the defendant, | ✓ |

190_7_

| | | | | | Clerk's Cost Plaintiff | Clerk's Cost Defendant | Sheriff | Miscel-laneous | Disburse-ments | Credits |
|---|---|---|---|---|---|---|---|---|---|---|
| | 22 | Verifying complaint | | | 25 | | | | | |
| | | Issuing Warrant | | | 25 | | | | | |
| | | Filing complaint | | | 5 | | | | | |
| | | " Warrant | | | 5 | | | | | |
| | | Entering Plea | | | 10 | | | | | |
| | | Issuing Subpoena | | | 25 | | | | | |
| | | Rendering Judgement | | | 25 | | | | | |
| | | Recording | | | 25 | | | | | |
| | | Swearing Witnesses | | | 10 | | | | | |
| | | Issuing Complaint Commitment | | | 25 | | | | | |
| | | Approving Bond | | | 25 | | | | | |
| 1909 | | Making Transcript | | | 25 | | | | | |
| | 2 | Transmitting papers. | | | 25 | | | | | |
| | 2 | Certificate | | | 25 | | | | | |
| | | | | | 2 80 | | | | | |
| | | Sheriffs Fees | | | | | | | | |
| | | Serving Warrant | | | | | 50 | | | |
| | | Returning " | | | | | 50 | | | |

KEB503074