# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
        )
        *Movant,*    )
        )
v.        )    **Case No. 6:09-cv-00105-JHP**
        )
UNITED STATES OF AMERICA,    )
        )
        *Respondent.*  )

## EXHIBIT 23

## TO KENNETH EUGENE BARRETT'S

## AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

# APPEARANCE DOCKET—Criminal

| No | TITLE OF CAUSE | OFFENSE CHARGED | ATTORNEYS |
|---|---|---|---|
| 1 | THE STATE OF OKLAHOMA vs. Abe Dodson, Defendant. | Obtaining money under false pretense and threats, Examination. | W. L. Curtis county Atty. for the State and J. H. Jarmison & R. E. Jackson for the Defendant. |

**190_7_**

The defendant brought before the court on the 21st day of Nov 1907

| | | Clerk's Cost Plaintiff | Clerk's Cost Defendant | Sheriff | Miscellaneous | Disbursements | Credits |
|---|---|---|---|---|---|---|---|
| Nov 20 | Making entry on Docket | 10 | | | | | |
| " " | Issuing information, | 25 | | | | | |
| | Issuing Writ | 25 | | | | | |
| | Filing Information | 5 | | | | | |
| | " Writ. | 25 | | | | | |
| | Approving Bond before Trial | 25 | | | | | |
| | Swearing to Complaint | 25 | | | | | |
| | Issuing Subpoena | 25 | | | | | |
| | Swearing Witness | 10 | | | | | |
| | Approving Bond after Trial | 25 | 25 | | | | |
| | Transcript of Docket 5 folios. | 30 | | | | | |
| | Transmitting Papers to District court | 25 | | | | | |
| | Entering Judgement | 25 | | | | | |
| | To Continuance | 25 | | | | | |
| | Certificate to record, | 25 | | | | | |
| | | 3 30 | | | | | |
| | Sheriffs Fees | | | | | | |
| | Serving Warrant | | | 30 | | | |
| | Returning " | | | 50 | | | |

Reported.

SEP 30 1996
No funds in Depository
Account for this Case
R. L. _____ Deputy S.E. Dist.

KEB503072