**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

—————————————————————

**EXHIBIT 24**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

—————————————————————

## DECLARATION OF DAVID AUTRY

I, David Autry, declare the following:

I am a lawyer licensed to practice in the State of Oklahoma, the United States Court of Appeals for the Tenth Circuit, the United States District Court for the Western and Eastern Districts of Oklahoma, and the Northern District of Texas.

I am one of Kenneth Eugene Barrett's lawyers in his motion to vacate convictions and sentences pursuant to 28 U.S.C. section 2255. On February 18, 2009, I interviewed Randy Weaver, one of the witnesses who testified for the Government in the first stage of Mr. Barrett's case. Mr. Weaver gave me information that was largely consistent with his trial testimony. During my interview of Mr. Weaver, I asked him whether, in his contact with Mr. Barrett, he ever heard Mr. Barrett state that if the police came on his property, he would "go out in a blaze of glory," or anything else that would indicated he would confront the police with violence if they came on his property. Mr. Weaver informed me that Mr. Barrett never said anything like that to him or in his presence. Mr. Weaver told me that such a statement or statements would be out of character for Mr. Barrett.

I declare under penalty of perjury that the foregoing 1 page declaration is true and correct.

Executed by me this 12th day of March, 2009, in Oklahoma County, Oklahoma.

David Autry