## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
    )
        *Movant,*    )
    )
v.    )    **Case No. 6:09-cv-00105-JHP**
    )
UNITED STATES OF AMERICA,    )
    )
        *Respondent.*  )

---

## EXHIBIT 25

## TO KENNETH EUGENE BARRETT'S

## AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

# APPEARANCE DOCKET—CRIMINAL

No. 1715

| CLERK'S Costs | SHERIFF'S Costs | MISCELLA-NEOUS | DISBURSE-MENTS | | TITLE OF CAUSE | OFFENSE CHARGED | | ATTORNEYS |
|---|---|---|---|---|---|---|---|---|
| | | | | | STATE OF OKLAHOMA vs. Sam Maxwell, et al | Burglary | | 5/3.15- Court for Sentence. 1/6/15- Continued 5/1/16. Cause Continued. 12-4-16 Cause Cont. 12/3-17 Cause Cont. Dismissed |

| | | | | | | CLERK'S Costs | SHERIFF'S Costs | MISCELLA-NEOUS | DISBURSE-MENTS | CREDITS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | To fil Tran'' Comp'' War'' Commit'' | | 40 | | | | |
| | | | | " Dock Fee | | 200 | | | | |
| | | | | " J. P. Costs | | | | 570 | | |
| | | | | " Const " | | | | 2450 | | |
| | | | | " Fil & Rec'd Inform | | | | | | |
| | | | | Sum 50 Order 30 | | 110 | | | | |
| | | | | Sum 50 Subp 30 | | 80 | | | | |
| | | | | To Fil & Rec'd apr. Bond | | 110 | | | | |
| | | | | " Dock & Notice (Bal 3570) | | 10 | | | | |
| | | | | " To Fil O.S. | | 10 | | | | |
| | | | | " Appr. & Order 30 | | 40 | | | | |
| | | | | To Docket & Notice    3630 | | 10 | | | | |
| | | | | " pr O.S. | | 10 | | | | |
| | | | | To Docket & Notice | | 10 | | | | |
| | | | | To Fil Pet | | 10 | | | | |
| | | | | Appearance " 10 " Order 30 Cont. 20 | | 10 | | | | |
| | | | | To Docket & Not | | 60 | | | | |
| | | | | Paid Sam Maxwell | | 10 | | | 1870 | |
| | | | | Will Fustman | | | | | 1870 | |
| | | | | Report act Character | | | | | | |
| | | | | (ad Treasurer) | | | | | 3740 | |
| | | | | To Dock & Dis | | 10 | | | | |

SEP 20 1938

No funds in Depository Acct. for this Case
L. Baughman Deputy C. Dist.

KEB503095