### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

### EXHIBIT 26

### TO KENNETH EUGENE BARRETT'S

### AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

# RECORD OF MENTAL HEALTH PROCEEDING

SE&I Form B-74 (1949) Superseding SEI Form 1382

IN THE DISTRICT COURT OF ............................................................ COUNTY

STATE OF OKLAHOMA:

In the Matter of Mental Illness of

Billy Dean Maxwell        No. MH-82-12

| Date Filed | | | Date Case Filed............. Date of Hearing............. | Items Recorded | | Cost Accruals | | | | Date Paid | | | Voucher No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mo. | Da. | Yr. | Nature of Instrument | Book | Page | Clerk's Cost | Sheriff's Cost | Misc. | On Court Order | Mo. | Da. | Yr. | |
| 5 | 6 | 82 | Petition | | | | | | | | | | |
| ~ | ~ | ~ | Order for Hrg. | | | | | | | | | | |
| ~ | ~ | ~ | Notice of Hrg. issued (Vinita) (Craig Co.) | | | | | | | | | | |
| 5 | 11 | 82 | Order of admission ret'd | | | | | | | | | | |
| 5 | 10 | 82 | Minute: Case coming on for probable cause hearing, defendant appeared in person with attorney, Jd Adams, state represented by M. Doctors Robbins, Herndon, & Oliver appeared. Witnesses sworn test. heard, doctors examination, finding probable cause, Court order defendant committed to Eastern State Hospital. ajh | | 5-315 | | | | | | | | |
| 5 | 13 | 82 | Notice Let (rec. too late) | | | | | | | | | | |
| 5 | 25 | 82 | Pd. J.d. Adams  v# 2426  $50.00 | | | | | | | | | | |
| ~ | ~ | ~ | Pd. Dr. Fred Oliver  v# 2432  $20.00 | | | | | | | | | | |
| ~ | ~ | ~ | Pd. Dr. Rick Robbins  v#2433  $20.00 | | | | | | | | | | |
| ~ | ~ | ~ | Pd. Dr. Jim Herndon  v# 2436  $20.00 | | | | | | | | | | |
| | | | MH 90-29  Re: Gary Ledford | | | | | | | | | | |
| 3 | 21 | 90 | pet. | | | | | | | | | | |
| 3 | 21 | 90 | Motion to Dismiss  Order 95-914 | | | | | | | | | | |
| ~ | ~ | ~ | Min – Motion to dismiss of st. is sustained as per order ajh | | | | | | | | | | |
| 3 | 23 | 90 | Licensed mental health professional statement | | | | | | | | | | |

220

## RECORD OF MENTAL HEALTH PROCEEDING

SE&I Form B-74 (1949) Superseding SEI Form 1382

IN THE DISTRICT COURT OF ............................................................ COUNTY

STATE OF OKLAHOMA:

In the Matter of Mental Illness of

Billy Dean Maxwell      }      No. MH-85-17

| Date Filed | | | Date Case Filed............ Date of Hearing............ | Items Recorded | | Cost Accruals | | | | Date Paid | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mo. | Da. | Yr. | Nature of Instrument | Book | Page | Clerk's Cost | Sheriff's Cost | Misc. | On Court Order | Mo. | Da. | Yr. |
| 9 | 11 | 85 | petition | | | | | | | | | |
| ✓ | ✓ | ✓ | order for hearing | | | | | | | | | |
| ✓ | ✓ | ✓ | notice for hearing | | | | | | | | | |
| ✓ | ✓ | ✓ | order of detention issued | | | | | | | | | |
| 9 | 16 | 85 | report of supp symptoms | | | | | | | | | |
| ✓ | ✓ | ✓ | certificate of examine | | | | | | | | | |
| ✓ | ✓ | ✓ | issued order of admission | | | | | | | | | |
| 9 | 17 | 85 | Order of admission filed | | | | | | | | | |
| ✓ | | | Admission Notification | | | | | | | | | |
| 9 | 19 | 85 | Order of Detention filed | | | | | | | | | |
| 9 | 24 | 85 | Pd Dennis M. Sprouse ✓ #2254 | | | 50 00 | | | | | | |
| - | - | - | Pd Bert N. Curley MD ✓ #2059 | | | 50.00 | | | | | | |
| - | - | - | Pd Rich Roblin Do ✓ #2060 | | | 50.00 | | | | | | |
| 1 | 10 | 86 | Discharge from Hospital (letter) | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | MH-92-27 Jimmy Wright | | | | | | | | | |
| 5 | 26 | 92 | Petition | | | | | | | | | |
| ✓ | - | ✓ | Order essued | | | | | | | | | |
| 5 | 27 | 92 | Temp Order filed | | | | | | | | | |
| 5 | 28 | 92 | Notice of Certification | | | | | | | | | |
| ✓ | ✓ | ✓ | Order of admission issued | | | | | | | | | |
| 6 | 29 | 92 | Letter from Eastern of Oschex | | | | | | | | | |
| 6 | 30 | 92 | Appl for Order allowing | | | | | | | | | |
| 7 | 1 | 92 | Order allowing w/Pg att. | | | | | | | | | |