**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,    )
    )
    *Movant,*    )
    )
v.    )    **Case No. 6:09-cv-00105-JHP**
    )
UNITED STATES OF AMERICA,    )
    )
    *Respondent.*    )

**EXHIBIT 27**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

Exhs. § 2255 Amended Motion                         *U.S. v. Barrett*, 6:09-cv-00105-JHP

# LUNACY RECORD

State Examiner and Inspector's Form. No. 1382.

News-Dispatch Ptg. & Audit Co., Shawnee, O.

IN THE MATTER OF

the Sanity of

A. J. Barrett

STATE OF OKLAHOMA,

County of Sequoyah

No. 141

In The

COUNTY COURT

| PETITION | ORDER OF ADMISSION. |
|---|---|

**PETITION**

Date Filed Aug. 12 1918

Date of Hearing ........................19......

By Whom  W. R. Barrett

Address  Maple Okla.

**ORDER OF ADMISSION.**

Date Issued ..................19......  Delivered to Sheriff ..................19....

To ........................Oklahoma State Hospital

At ........................Oklahoma

Received at Hospital By Medical Superintendent........................19....

## PHYSICIANS.

| Date of Appointment | NAME | Report Filed | Fees Allowed | Expenses | Total Allow- |
|---|---|---|---|---|---|
| 19 | W. J. Hudson | 10 | $5.00 | $ | |
| 19 | A. Merrow | 10 | $5.00 | $ | |

## GUARDIAN AD LITEM.

| Date of Appointm't | NAME | SERVICE RENDERED |
|---|---|---|
| 19 | | |

## PLEADINGS / PROCESS

| Date Filed | NAME | Date Issued | NAME | Date Returned | BY WHOM SERVED | Officer's |
|---|---|---|---|---|---|---|
| | | | | | | |

## MINUTES OF PROCEEDINGS.

KEB503066