**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 28**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

## MENTAL HEALTH RECORD

IN THE MATTER OF

the Sanity of

*a. J. Barrett*

STATE OF OKLAHOMA

County of _Sequoyah_

No. _709_

In the

COUNTY COUN

| PETITION | | | ORDER OF ADMISSION | |
|---|---|---|---|---|
| Date Filed | Date of Hearing | | Date Issued _8-19—_ 19_66_ | _8-19—_ Delivered to Sheriff 19 |
| _8-18—_ 19_66_ | _8-18—_ 19_66_ | | To _Eastern_ Oklahoma State Hospital | |
| By Whom _ada Mae Barrett_ | | | At _Vinita_ | Oklal |
| Address | | | Received at Hospital By Medical Superintendent | 19 |

### PHYSICIANS

| Date of Appointment | NAME | Report Filed | Fees Allowed | Expenses | Total A |
|---|---|---|---|---|---|
| 19 | | 19 | $ | $ | $ |
| 19 | | 19 | $ | $ | $ |

### GUARDIAN AD LITEM

| Date of Appointment | NAME | SERVICE RENDERED |
|---|---|---|
| 19 | | |

| PLEADINGS | | PROCESS | | | | |
|---|---|---|---|---|---|---|
| Date Filed | NAME | Date Issued | NAME | Date Returned | BY WHOM SERVED | Offi |
| | | | | | | |

### MINUTES OF PROCEEDINGS

9-20-66   Discharged with Rest. to Comp.
9-20-66   Cert of Restoration to Comp.

JOURNAL

STATE OF OKLAHOMA,

County of _Sequoyah_ } ss.    IN THE COUNTY COURT OF SAID COUNTY.

In the Matter of the Sanity of    No._709_

_A. J. Barrett_    PETITION FOR ORDER OF ADMISSION TO STATE HOSPITAL.

To the County Court of Said County, and to the Honorable Judge Thereof:

Your petitioner respectfully alleges that_____he is a resident of_the County of _Sequoyah_____and State of __OKLA._ That _A. J. Barrett_____, State of Oklahoma, is a_____is an actual bona fide resident of the County of _Sequoyah_____male person of about the age of__49_____years, and is now within the said county and living with _wife_ at or near the town—city of_Sallisaw_

That your petitioner has good reason to, and does believe that the said_ _A. J. Barrett_ is an insane person and a proper subject for custody and treatment in a hospital for the insane; that the condition of the said person is such that it is necessary that_____he be taken into custody and detained pending final hearing hereof.

That the facts upon which this allegation of insanity is based, and because of which this application for said order is made, are as follows: _Has at different times threatened his wife and children, accusing them of untruths, threatens to kill wife, is belligerent, overbearing, accuses wife of out with other men, etc._

Your petitioner further alleges that_____he is informed and verily believes that the following named persons, of full age, whose names and places of residence respectively are as follows, are related to the said insane person, to-wit:

| NAME | RELATIONSHIP | POSTOFFICE | STATE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Your petitioner is the_____wife_____(Relationship)_____of the said insane person_____or that he is the_____(Official Title)_____of said County and State, and by reason of such fact is authorized to institute this proceeding.

Further, your petitioner is informed, and believes and upon such information and belief, alleges that the said insane person has estate in his own right of the approximate value, as follows: Real Property $_____, Personal Property $_____, Total Value $_____. Said estate is situated in_____County, State of_____.

Wherefore, your petitioner prays that a date be fixed for a hearing in the above-styled matter; that notice of said hearing be given as required by law; that two reputable physicians be appointed and required to make a personal examination of and investigation into the sanity of the said alleged insane person, and that said physicians make report of their findings, as by law required; and that said_____be brought before the Court and Judge thereof on the date so fixed for the said hearing to be dealt with as provided by law in such cases; and that the Court by proper order make provision for the support and maintenance of the said person.

Form by the Attorney General—State Examiner and Inspector's Form No. 1363.

_Ada Moe Barrett_

Petitioner.

STATE OF OKLAHOMA,

County of _____ } ss.    CERTIFICATE.

It having been made to appear to the Court, that valid personal service cannot be made on the person alleged herein to be insane on account of his incompetency; and upon h_____next of kin, of full age, on account of their non-residence of the county and state, or uncertainty of location, and upon the person with whom he resides on account that such person has no interest in or authority over said alleged insane person; and it is by the Court deemed proper to dispense with such personal service; and _____

it is hereby ordered that a guardian ad litem be appointed, and that service be made upon the person so appointed._____

_____County Judge.

Filed_____19____    _____ Court Clerk.    By_____Deputy.

Form by the Attorney General—State Examiner and Inspector's Form No. 1370.

STATE OF OKLAHOMA,

County of _Sequoyah_ } ss.    IN THE COUNTY COURT OF SAID COUNTY.

In the Matter of the Sanity of    No._709_

_A. J. Barrett_    ORDER FOR ADMISSION TO STATE HOSPITAL.

Now, on this__19_day of_August_, 19_66_ the above entitled matter came on to be heard before the County Court of _Sequoyah_____County, Oklahoma, and it appearing to the satisfaction of the Court that due and legal notice of the hearing of the petition filed herein by _Ada Moe Barrett_____alleging the insanity of _A. J. Barrett_____, and praying an order for h_is_____admission to the State Hospital for the Insane, has been given as required by law and as directed by the Court.

Thereupon, the court proceeded to the hearing and final determination of the said proceeding. After having examined the certificates of the two physicians appointed to examine the said_ _A. J. Barrett_____and to report to this Court as to h_is_____ sanity, and after hearing the evidence of witnesses and being fully advised in the premises, finds that the said _A. J. Barrett_ _____is insane; and that_____he should be admitted to a State Hospital for the Insane, there to be treated and kept as a _mental_____patient.

It Is Therefore Ordered by the Court that said_ _A. J. Barrett_ be admitted to the _Eastern_____Oklahoma _State_____ Hospital at _Vinita_____, Oklahoma, as a _mental_____patient, there to be detained and kept until legally discharged.

It Is Further Ordered that the sheriff of said county of_Sequoyah_____, be and he is hereby authorized and directed forthwith to transport the said_ _A. J. Barrett_ _____, so adjudged to be insane to the said hospital and to deliver h_is_____, together with a certified copy of this order and of the physician's final certificate herein to the medical superintendent of the said hospital, who is hereby authorized and directed to receive, keep and detain the said person until legally discharged.

It Is Further Ordered that the said sheriff shall cause the said medical superintendent to acknowledge hereon the receipt of the above-named insane person, and forthwith to make return hereof showing the manner in which he has executed this order.

Done in open court this the day first above written.

_Roy Frye Sr._

County Judge.

RECEIPT FOR PATIENT.

Receipt is hereby acknowledged of_____the insane person named in the within order, and I hereby certify that at the time_____he was delivered to me there was in attendance with said person_____ Sheriff, with _____ and _____ guards.

Dated at_____ this_____day of_____ 19____.

Medical Superintendent of _____Oklahoma _____ Hospital.

SHERIFF'S RETURN

STATE OF OKLAHOMA, COUNTY OF_____, ss.

Received the within order on the_____day of_____, 19____, at_____o'clock_____M., and in pursuance of the command thereof, executed the same by transporting the within named_____to the _____Oklahoma_____Hospital at _____, Oklahoma, and there delivering h_____on the_____day of _____, 19____, at_____o'clock_____M., into the custody of the Medical Superintendent of said institution, together with a certified copy of this order and of the physician's final certificate.

_____Sheriff

By_____, Deputy—Under-sheriff.

Filed_____, 19____.

SHERIFF'S FEES
EXPENSES—Receipts attached:

Executing order and making return thereof - $ .50

_____miles travel   -   -   -   -   -   -   _____

| TOTAL FEES | - | - | - | - | - | - $_____ |
|---|---|---|---|---|---|---|
| Transportation for | - | - | - | - | - $_____ |
| Hotel and lodging for | - | - | - | - | - $_____ |
| TOTAL EXPENSE | - | - | - | - | - $_____ |

_____Court Clerk.

By_____, Deputy.