**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

**EXHIBIT 30**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, STATE OF OKLAHOMA

Ada Blount,                                                           Plaintiff

vs                                                                   No.13026

Kathleen E.Blake, et al.                                            Defendants

## ORDER APPOINTING ATTORNEY FOR DEFENDANTS

Now on this _29th_ day of ___December___, 195_8_, there comes on to be heard the motion of the plaintiff to appoint an attorney of this bar to appear and represent the interests of such of the defendants, Kathleen E.Blake, Ethel J. Bourdon, Henry C. Bourdon, George R.Bourdon, William R. Bourdon, J. H. Brodie, Embra Marie Cloud, Jeanette Cox, Elizabeth Duncan, R.T.Kelleam, George A.Ralph, Sarah Louise Sprague, A.J.Stone, Hazel B.Walter, if living and or if deceased, the unknown heirs, executors, administrators, devisees, trustees and assigns, immeddate and remote of those who are deceased, the successors, assigns and trustees of Limited Oil Company and of Graves Newman Investment Company, both dissolved or defunct Corporations, the heirs, executors, administrators, devisees, trustees and assigns, immediateand remote of Sarah Smith nee McCoy, a Fullblood Cheorkee Indian, enrolled opposite Roll No.20713, deceased and of Jesse L. Harmon, a One-Half Degree Cherokee Indian, enrolled opposite Roll No.17144, deceased, as are in or awaiting induction into the Military service of the United Statse or some allied nation in the above styled cause of action and the plaintiff appearing by his attorney, W.S.Agent, and presenting the motion to the court,  and being heard and sufficiently advised finds;

That the defendants herein have been served with notice by publication and have made default in appearance and pleading; that plaintiff has moved for default judgment and that an attorney should be appointed to appear and represent the interests of said defendants in this cause.

IT IS THEREFORE ORDERED AND DECREED THAT _Fred B. Green_ Be and is hereby appointed to appear and represent the interests of said defendants and that said attorney is hereby granted leave to file answer herein for and on behalf of said defendants.

_____
DISTRICT JUDGE

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN_____COURT
DEC 29 1958
At_____O'Clock___M. and Recorded in
Book_____Page
_____Court Clerk

KEB503090

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, STATE OF OKLAHOMA

Ada Blount,                                                      Plaintiff,

vs.                                                             NO. 13026

Kathleen E. Blake, Ethel J. Bourdon, Henry
C. Bourdon, George R. Bourdon, William R.
Bourdon, J. H. Brodie, Embra Marie Cloud,
Jeanette Cox, Elizabeth Duncan, R. T. Kelleam,
George A. Ralph, Sarah Louise Sprague, A. J.
Stone, Hazel B. Walter, if living and or if
deceased, the unknown heirs, executors,
administrators, devisees, trustees and assigns,
immediate and remote of those who are deceased,
the successors, assigns and trustees of Limited
Oil Company and of Graves Newman Investment
Company, both dissolved or defunct Corporations,
the heirs, executors, administrators, devisees,
trustees and assigns, immediate and remote of
Sarah Smith nee McCoy, a Fullblood Cherokee Indian,
enrolled opposite Roll No. 20713, deceased,
and of Jesse L. Harmon, a One-Half Degree Cherokee
Indian, enrolled opposite Roll No. 17114, deceased,
the Oklahoma Tax Commission and the Board of County
Commissioners, County Treasurer and County Assessor
of Sequoyah County, Oklahoma,                                   Defendant.

SEQUOYAH COUNTY, OKLA.
FILED
IN _____
At _____ O'Clock ___ M. and in
Book _____ Page ___

## JOURNAL ENTRY

This cause coming on to be heard this 29th day of December, pursuant to special assignment on the trial docket and plaintiff appearing by her attorney, W. S. Agent and the defendants, Board of County Commissioners, County Treasurer and County Assessor of Sequoyah County, Oklahoma, appearing by R. F. Campbell, Jr., County Attorney of Sequoyah County, and the Oklahoma Tax commission having filed herein its Disclaimer and the Superintendent of the Five Civilized Tribes having filed his election not to remove said cause to the Federal Courts and those defendants who are in or awaiting induction into the military service of the United States appearing by the attorney appointed to represent said defendants and all other defendants appearing not in person or by counsel are adjudged to be in default.

Thereupon, the court examined the pleadings and evidence as to the service in this cause, and finds that each and all of the defendants have been due and legally served with notice of the pendency of this action as prescribed by the laws of the State of Oklahoma, and that service is good and sufficient to give the court jurisdiction to proceed with the trial of this case.

KEB503091

The Court finds after having heard the statements of counsel and examined the pleadings and evidence, all material allegations contained in Plaintiffs petition to be true and that plaintiff is the owner of and in the actual possession of the following described real estate, located in Sequoyah County, Oklahoma, to-wit:

TRACT 1

S½ NE SE SE of Section 28, Township 12 North, Range 23 East,

TRACT 2

The East 70 yards of the NE NW NE of Section 33, Township 12 North, Range 23 East,

TRACT 3

E½ W½ SW NE of Section 33, Township 12 North, Range 23 East,

TRACT 4

N½ NE NE, & SE NE NE of Section 33, Township 12 North, Range 23 East,

TRACT 5

SE SE NE Section 33, Township 12 North, Range 23 East,

TRACT 6

S½ SE SE of Section 28, Township 12 North, Range 23 East, and SE NW NE & SW NE NE & E½ SW NE & W½ SE NE, & NE SE NE of Section 33, Township 12 North, Range 23 East, and NW SW NW & W½ NW NW & NE NW NW of Section 34, Township 12 North, Range 23 East,

The court further finds, that Embra Marie Cloud, if living and if deceased, the unknown heirs, executors, administrators, devisees trustees and assigns, immediate and remote of Embra Marie Cloud is claiming some right, title, interest or estate in and to that real estate described as Tract 1, but that in truth and fact said defendant has no interest therein and plaintiff has owned and held the open, notorious and adverse possession of the same for more than 15 consecutive years immediately preceding the filing of this petition, to-wit:  Since 1919 and that plaintiff is entitled to a decree quieting her title against said defendant r defendants.

The court further finds, that the defendants, J. H. Brodie, and J. Stone, if living and if deceased the unknown heirs, executors, ministrators, devisees, trustees and assigns, immediate and remote of d defendants are claiming some right, title, interest or estate in d to that real estate described as Tract 2, but that in truth and fact d defendants have no interest therein and plaintiff is entitled to a ree from this court quieting his title and possession against each and l of said defendants.

KEB503092

The court further finds that Sarah Smith nee McCoy, a fullblood Cherokee Indian enrolled opposite Roll No. 20713 died intestate on the 15 day of March, 1915 a resident of Sequoyah County, Oklahoma, seized and possessed of that real estate described as Tract 4 and left as his sole and only heir at law, his only child, Joseph E. Harmon, who took and inherited all of said real estate, the wife of said decedent having predeceased him and that thereafter the said Joseph E. Harmon sold and conveyed said real estate and by mesne processes and conveyances plaintiff became the owner thereof.

The court further finds that the defendants., R. T.Kelleam, Kathleen E. Blake, George A. Ralph, Sarah Louise Sprague, Elizabeth Duncan, Ethel J. Bourdon, William R. Bourdon, George R. Bourdon, Henry C. Bourdon, Jeanette Cox and Hazel B. Walter, if living and if deceased the unknown heirs, executors, administrators, devisees, trustees and assigns, immediate and remote of those who are deceased are claiming some right, title, interest or estate in and to that real estate described as Tract 5, but that in truth and fact said defendants have no interest therein and plaintiff is entitled to a decree from this court quieting his title and possession against each and all of said defendants.

The court further finds that the Limited Oil Company is a dissolved or defunct Corporation and that the successors, assigns and trustees of said dissolved or defunct Corporation are claiming some interest in lien upon all of said real estate by virtue of that certain mortgage recorded in Book 162 at page 176 in the office of the County Clerk of Sequoyah County, Oklahoma, but that in truth and fact said mortgage has been paid and the indebtedness satisfied in full and plaintiff is entitled to a decree quieting her title against said defendants.

The court further finds that the Board of County Commissioners, County Treasurer and County Assessor of Sequoyah County, Oklahoma, are claiming some interest in or lien upon all of said real estate for taxes due and unpaid thereupon or for errors or omissions in the proceedings leading to the sale of said real estate for the non payment of taxes, but that in truth and fact said defendants have no interest therein and is entitled to a decree from this court quieting her title against said defendants and the further order quieting her title against said defendants and the further order enjoining said defendants and successors in office from hereafter claiming any interest in or lien upon said real estate.

The court further finds that the Oklahoma Tax Commission by its own pleading claims and has no interest in said real estate or any part thereof.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED by the court that plaintiffs title and possession be and is hereby quieted and set at rest in Plaintiff against each and all of the defendants and that said defendants and all persons claiming by, through or under any defendants since the institution of this action be and are hereby enjoined from hereafter claiming or attempting to claim any right, title, interest or estate or equity of redemption in and to said real estate or any part thereof.

KEB503093

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT, that on 14th day of December, 1914, Jesse L. Harmon, a One-Half Degree Cher- Indian, enrolled opposite Roll No. 17114 died intestate, a resident Sequoyah County, Oklahoma seized and possessed of that real estate ribed as Tract 4 and left as his sole and only heir at law, his only d, Joseph E. Harmon, who took and inherited all of said real estate wife of said decedent having predeceased him and that thereafter the said ph E. Harmon sold and conveyed said real estate and by mesne processes conveyances plaintiff became the owner thereof.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT, that the 14th day of December, 1914, Jesse L. Harmon, a One-Half Degree Cheroke an, enrolled opposite Roll No. 17114 died intestate, a resident of yah County, Oklahoma, seized and possessed of that real estate ribedmas Tract 4 and left as his sole and only heir at law, his only d, Joseph E. Harmon, who took and inherited all of said real estate, wife of said decedent having predeceased him and that thereafter the d Joseph E. Harmon sold and conveyed said real estate and by mesne esses and conveyances plaintiff became the owner thereof.



DISTRICT JUDGE

KEB503094