**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,           )
                                  )
                    *Movant,*     )
                                  )
v.                                )          **Case No. 6:09-cv-00105-JHP**
                                  )
UNITED STATES OF AMERICA,         )
                                  )
                    *Respondent.* )

---

**EXHIBIT 32**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

# LUNACY RECORD

State Examiner & Inspector's Form No. 1382　⬤　WARDEN COMPANY, OKLAHOMA CITY

| IN THE MATTER OF THE SANITY OF | STATE OF OKLAHOMA | IN THE COUNTY COURT |
|---|---|---|

Wallace Dotson

Vian R2 - McKey)

COUNTY OF Sequoyah

No. 266

| PETITION | ORDER OF ADMISSION |
|---|---|

| DATE FILED | DATE OF HEARING | DATE ISSUED | DELIVERED TO SHERIFF |
|---|---|---|---|

May 4 _____, 1948 _____, 191___

By Whom Tom Dotson

Address Vian R+2 - Okla

_____, 191____ _____, 191____

To_____Oklahoma State Hospital

at_____Oklahoma

Received at Hospital by Medical Superintendent_____, 191___

## PHYSICIANS

| Date of Appointment | NAME | REPORT FILED | FEES ALLOWED | EXPENSES | TOTAL ALLOW |
|---|---|---|---|---|---|
| 5/4  1948  191 | Ja chul | 191 | $ | $ | $ |
|  |  | 191 | $ | $ | $ |

## GUARDIAN AD-LITEM

| Date of Appointment | NAME | SERVICE RENDERED |
|---|---|---|
| 191 |  |  |

| PLEADINGS | | | PROCESS | | | | |
|---|---|---|---|---|---|---|---|
| DATE FILED | NAME | DATE ISSUED | NAME | DATE RETURNED | BY WHOM SERVED | OFFICER' |
|  | pet  Order of Ref.  Order appt.  Report | 5-3-48 |  | 5-4-48 | Chas. Hutchins  under Sheriff | |

## MINUTES OF PROCEEDINGS

6-4-48　Paroled by Institution

6-8-48　Discharged from records of Eastern State Hospital

KEB502739

# JOURNAL

STATE OF OKLAHOMA, COUNTY OF _Sequoyah_, ss.    IN THE COUNTY COURT OF SAID COUNTY

IN THE MATTER OF THE SANITY OF _Wallace Dotson_    No. _366_

### PETITION FOR ORDER OF ADMISSION TO STATE HOSPITAL

In the County Court of Said County, and to the Honorable Judge Thereof:

Your petitioner respectfully alleges that _he_ is a resident of the County of _Sequoyah_ and State of _Oklahoma_

That _Tom Dotson_ is an actual bona fide resident of the County of _Sequoyah_, State of Oklahoma, is a ___ male person about the age of _22_ years, and is now within the said County and is living with _his father_ at or near the town—city of _Marble City_.

That your petitioner has good reason to, and does believe that the said _Wallace Dotson_ is an insane person and a proper subject for custody and treatment in a hospital for the insane; that the condition of the said person is such that it is _____ necessary that __he be taken into custody and detained pending final hearing hereof.

That the facts upon which this allegation of insanity is based, and because of which this application for said order is made, are as follows:

_has some kind of spells, but now he is completely out of his mind, threw some brick at some members of the family, hasn't been asleep in 3 days and nights_

Your petitioner further alleges that __he is informed and verily believes that the following named persons, of full age, whose names and places of residence respectfully are as follows, are related to the said insane person, to-wit:

| Name | Relationship | Post Office | State |
|---|---|---|---|
| Tom Dotson & Lucindia Dotson | father & mother | Vian R 2 | Okla |
| _D_ & Charley Dotson | brothers | | |
| Hooly Dotson | | Braggs | |
| Mrs. Mamily Holcomb | sister | Perry | |
| Mrs. Lillie Taylor | | Ft. Gibson | |

Your petitioner is the _father_ (Relationship) of the said insane person—or that he is the _____ (Official Title) of said County and State, and reason of such fact is authorized to institute this proceeding.

Further, your petitioner is informed, and believes and upon such information and belief, alleges that the said insane person has estate in his own right of the approximate value, as follows: Real Property $ _none_ Personal Property $_____, Total Value $_____ Said estate is situated in_____ County, State of_____

WHEREFORE, your petitioner prays that a date be fixed for a hearing in the above-styled matter; that notice of said hearing be given as required by law; that two reputable physicians be appointed and required to make a personal examination of and investigation into the sanity of the said alleged insane person and that said physicians make report of their findings, as by law required; and that said _Wallace Dotson_ be brought before the Court and Judge thereof on the date so fixed for a said hearing to be dealt with as provided by law in such cases; and that the court by proper order make provision for the support and maintenance of the said person.

Form by the Attorney General—State Examiner and Inspector's Form No. 1368.

_Tom ___ L ___ Dotson_, Petitioner.

_Witness to mark_
_Flo Smith — Deputy_

### CERTIFICATE

STATE OF OKLAHOMA, COUNTY OF_____ ss.

It having been made to appear to the Court, that valid personal service cannot be made on the person alleged herein to be insane on account of his incompetency; and upon h__ next of kin, of full age, on account of their non-residence of the said County and State, or uncertainty of location, and upon the person with whom he resides on account that such person has no interest in or authority over said alleged insane person; and it is by the Court deemed proper to dispense with such personal service; and_____

is hereby ordered that a guardian ad litem be appointed, and that service be made upon the person so appointed.

_____, County Judge.

Filed _May 4_, 19_48_

_T B Taylor_
By _Flo Smith_
Court Clerk.
_____, Deputy.

---

Form by the Attorney General. State Examiner & Inspector's Form No. 1370.

STATE OF OKLAHOMA, COUNTY OF _Sequoyah_, ss.    IN THE COUNTY COURT OF SAID COUNTY

THE MATTER OF THE SANITY OF _Wallace Dotson_    No. _266_

### ORDER FOR ADMISSION TO STATE HOSPITAL.

NOW, on this _4_ day of _May_, 19_48_, the above-entitled matter came on to be heard before the County Court of _Sequoyah_ County, Oklahoma, and it appearing to the satisfaction of the Court that due and legal notice of the hearing of the petition filed herein by _Tom Dotson_ alleging the insanity of _Wallace Dotson_ and praying an order for h_is_ admission to the State Hospital for the Insane, has been given as required by law and as directed by the Court.

THEREUPON, the Court proceeded to the hearing and final determination of the said proceeding. After having examined the certificates of the two physicians appointed to examine said _Wallace Dotson_ and to report to this Court as to h_is_ sanity, and after hearing the evidence of witnesses and being fully advised in the premises, is that the said _Wallace Dotson_ is insane; and that____he should be admitted to a State Hospital for the Insane, there to be treated and kept as _Charity_ patient.

IT IS, THEREFORE, ORDERED by the Court that said _Wallace Dotson_ be admitted to the _Eastern_ Oklahoma _State_ Hospital at _Vinita_, Oklahoma, as a _Charity_ patient, there to be detained and kept until legally discharged.

IT IS FURTHER ORDERED, That the sheriff of said county of _Sequoyah_, be and he is hereby authorized and directed forthwith to transport the said _Wallace Dotson_, so adjudged to be insane, to the said hospital, and to deliver h___, together with a certified copy of this order and of the physicians' final certificate herein to the medical superintendent of the said hospital, who is hereby authorized and directed to receive, keep and detain the said person until legally discharged.
IT IS FURTHER ORDERED, That the said sheriff shall cause said medical superintendent to acknowledge hereon the receipt of the above-named insane person, and forthwith make return hereof showing the manner in which he has executed this order.
Done in open court, this the day first above written.

_J. T. Brockman_, County Judge.

### RECEIPT FOR PATIENT.

Receipt is hereby acknowledged of _Wallace Dotson_, the insane person named in the within order, and I hereby certify that at the time ___he was delivered to me there was in attendance with said person _Chas Hutchen_ sheriff, with _Tom Dotson_ and _____, guards.

Dated at _Vinita_ this _4_ day of _May_, 19_48_.

_Edward K. Witchey M D_
Medical Superintendent of_____ Oklahoma _Eastern Hospital_

### SHERIFF'S RETURN.

STATE OF OKLAHOMA, COUNTY OF _Sequoyah_, ss.

Received the within order on the _4_ day of _May_, 19_48_, at _____ o'clock ___ M., and in pursuance of the command thereof, executed the same by transporting the within named _Wallace Dotson_ the _Eastern_ Oklahoma _State_ Hospital at _Vinita_, Oklahoma, and there delivering h__ on the _4_ day of _May_, 19_48_, at _5_ o'clock ___ M., into the custody of the medical Superintendent of said institution, together with a certified copy of this order and of the physician's final certificate.

_Henry Jones_, Sheriff.
By _Charley Hutchen_, Deputy—Under-sheriff.

| SHERIFF'S FEES | |
|---|---|
| Executing order and making return thereof $ | .50 |
| miles travel | 25.00 |
| TOTAL FEES | $25.00 |
| EXPENSES—Receipts attached: | |
| Transportation for | 25.00 |
| Hotel and lodging for | 3.10 |
| | 28.10 |
| TOTAL EXPENSE | $ |

Filed _5 — 4_, 19_48_

_T B Taylor_
Court Clerk.
By_____, Deputy.

KEB502740