**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 33**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

# RECORD OF MENTAL HEALTH PROCEEDING

SE&I Form B-74 (1949) Superseding SEI Form 1382

IN THE DISTRICT COURT OF............................................................ COUNTY

STATE OF OKLAHOMA:

In the Matter of Mental Illness of

Kenneth Barrett

No. MH-86-29

| Date Filed | | | Date Case Filed.................... Date of Hearing.................... | Items Recorded | | Cost Accruals | | | | Date Paid | | | Voucher No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mo. | Da. | Yr. | Nature of Instrument | Book | Page | Clerk's Cost | Sheriff's Cost | Miscl. | On Court Order | Mo. | Da. | Yr. | |
| 10 | 9 | 86 | Pet. | | | | | | | | | | |
| | | | Peace Officer's aff. | | | | | | | | | | |
| | | | Professional Statement | | | | | | | | | | |
| | | | Temp Order issued | | | | | | | | | | |
| 10 | 10 | 86 | notice of certification | | | | | | | | | | |
| ✓ | ✓ | ✓ | copy of Drs. progress notes | | | | | | | | | | |
| ✓ | ✓ | ✓ | issue order of admissions not to exceed 28 days from initial admission | | | | | | | | | | |
| 10 | 10 | 86 | Admission Notification (ESH) | | | | | | | | | | |
| 10 | 13 | 86 | Temp order ret'd (ESH 10-10-86) | | | | | | | | | | |
| 10 | 10 | 86 | min - coming on for 72 hr hrg. Barrett appeared in person w/atty. John Adams, State rep. by Higgins. deft. admitted to East St Hosp. for period not to exceed 28 days from initial date of admissions. cjt 11 302 | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | MH-92-64 In Re: Johnny Johnson ✓ | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 11 | 16 | 92 | Pet | | | | | | | | | | |
| | | | Aff. for detention | | | | | | | | | | |