**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

––––––––––––––––––––––––––––––––––

**EXHIBIT 35**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

––––––––––––––––––––––––––––––––––

## am I supposed to do all this ?

*(Mother will check if I do)*

### AT ABOUT THREE MONTHS   MORE OR LESS

Lift chest clear of surface when placed face down _____

Straighten knees when held erect _____

Hold head erect and steady when held to shoulders _____

Sit on lap, hold head erect and steady with support of ribs only _____

Follow flashlight with eyes: vertically _____ horizontally _____ circularly _____

Smile in response to Mother's voice _____

Observe anyone speaking _____ Inspect hand _____ Laugh aloud _____

Manipulate object placed in hand _____ Splash in bath _____

Make stepping movements when held erect _____

Open mouth at sight of nipple before lips are touched _____

### AROUND SIX MONTHS

Hold head erect when carried _____

Sit alone on flat surface momentarily _____

Stand firmly with help when held erect _____

Roll from back to stomach and vice-versa on flat surface _____

Reach and grasp for an object when in sitting position _____

Pick up one-inch cube with fingers _____

Scoop up 1/8-inch cube _____ Discover feet _____

Look at object with which am playing _____

Look at floor for fallen toy when in high-chair or lap _____

Make various vocalizations _____

Notice difference between familiar persons and strangers _____

Not much affected by strangers, new scenes or solitude _____

Crow and coo actively when pleased _____

Cry and fret when toy is taken _____

[ 20 ]

## I'M GETTING BIGGER NOW!

### AT ABOUT NINE MONTHS

Sit on floor and handle playthings without losing balance _____

Crawl on stomach, making some progress _____

Creep on hands and knees _____

Bang table with toys or other objects _____

Knock down block houses in play _____

Oppose thumb and forefinger in picking up one-inch cube _____

Wave "bye-bye" or play "peek-a-boo" instinctively _____

Take bottle in and out of mouth _____

Respond to animated facial expressions _____

Bowel control _____ Respond when name is called _____

Express vocal sounds upon recognition of familiar person or object _____

Associate outdoor clothing with being taken out _____

May react to strangers _____

Reach for objects persistently _____

Say "ma-ma" or "da-da" or equivalent _____

Make stepping movements when feet are touched to floor _____

### ONE YEAR OR THEREABOUTS

Pull self to standing position with help of furniture _____

Walk with help _____ Creep actively and rapidly _____

Comprehend simple verbal commands and commissions _____

May cooperate in dressing and undressing _____

May climb steps _____ Hold and drink from cup _____

Pile one block on another when shown _____

Say two or three words indicating want _____

Play "pat-a-cake" or similar demonstrable game _____

Pick up small object with finger and thumb _____

Show preference for one hand in reaching _____

Make rhythm movements to music _____

Indicate need of toilet _____

Dear Folks: Don't worry if I don't do ALL of these things at the ages specified. If I do about half of them at the proper time, I'm doing all right.

(signed) _____

[ 21 ]

KEB501953