**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,    )
    )
     *Movant,*    )
    )
v.    )    **Case No. 6:09-cv-00105-JHP**
    )
UNITED STATES OF AMERICA,    )
    )
     *Respondent.*    )

---

**EXHIBIT 36**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

Rodger,

Maybe I seem hasty to you. But at this time. I don't know what I'm doing or going to do. Or should do. With John gone I feel like things are going to take a turn. You need to know that it's nothing against you or Bret. It could have been to other lawyers and I would have done the same. One day I feel one way and the next I feel another. I guess I have no choice now than to let you do your best. Rodger, this case was close to being beat the second time. Everything we need to be it is there. The reason I feel the way I do is because I felt John would finally win it this time. It can be done. I don't want to go back to prison to were I'm screwed around on my levels to were It takes me twice as long to get out. Screw the politics. Just try your hardest to beat this to were I can go home. I have gave 6 years of my life for something that they caused to happen. I've got alot of things that are good for this case. So hopefully now that there is no-other means for me but to beat this. We can put this behind us and start over and do this right and win. I'll try my best to act right. I've got so much riding on this. Everything to get my life back in order is waitin. A good job a good woman. I've got two grand kids. I've never even seen. After 6 years of this It gets old Rodger. Please understand that.

Thank you    Kenneth Barrett

KEB009690