### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

### EXHIBIT 37

### TO KENNETH EUGENE BARRETT'S

### AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

### DECLARATION OF ROBERT THOMPSON

I, Robert Thompson, declare the following:

I am a staff sergeant in the Oklahoma Air National Guard's 138th Fighter Wing.

In 1999, I was a good friend of Toby Barrett who is Kenny Barrett's son. They called me "Bubba" back then. I often visited Toby at his father's place when Toby lived with him. Sometimes I would visit as often as once a week.

I was there for about an hour or less on the afternoon of September 23, 1999. I just hung out with Toby on the porch. Two or three people were visiting with Kenny at that time, but I didn't know or don't remember who they were. I am sure though that none of them was Monk Sanders, I never saw Monk out at Kenny's.

I don't recall whether Travis Crawford came over or if I knew Travis. But when I was there, Kenny never said anything ever about wanting to kill cops or that he would kill the first cop that came onto his property or that he wanted to go down in a "blaze of glory." I never heard Kenny talk like that, or about cops at all, let alone say anything about hurting any cops.

I left there at about 3:00 or 3:30 that afternoon. I don't recall whether the gate to Kenny's property was opened or closed when I arrived, while I was there, or when I left.

Recently, I spoke to an investigator on the phone about these things. He told me he was going to put what I told him in a declaration that would be used in

Kenny Barrett's case. He brought this declaration to me. I have read it over carefully and it says exactly what I told him.

I declare, under penalty of perjury, that the foregoing 2-page declaration is true and correct.

Executed by me this 27 day of April, 2009, in Tulsa County, Oklahoma.

Robert Thompson