**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 38**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

## DECLARATION OF RANDY WEAVER

I, Randy Weaver, declare the following:

I testified as a witness for the government in the first stage of Kenneth Eugene Barrett's federal trial. I have no idea how the government got my name. My guess is that some junkie on the streets gave them my name in order to trade information.

I was first approached a few weeks before Kenny Barrett's trial by the prosecutor, Mike Littlefield, and a man who appeared to be a law enforcement officer. To my recollection, they were both armed. They came to talk to me at my tattoo shop. Mr. Littlefield told me that he "knew" I had supplied the gun and ammunition that was used to kill the highway patrol trooper, and made threats about me being charged with some sort of weapons offense. Mr. Littlefield tried to intimidate me, but I wasn't too worried because I knew his accusations about me were false. Mr. Littlefield and the law enforcement officer talked to me about 20 or 30 minutes at my shop. On the day I testified in federal court, he and what appeared to be a law enforcement officer talked to me again for a short period of time at the courthouse.

I recall being interviewed by a defense attorney briefly in Muskogee. This was in the presence of Mr. Littlefield and I think a law enforcement agent. It was my impression that the defense lawyer rushed through the interview because he was uncomfortable talking to me in the presence of Mr. Littlefield and law enforcement.

When I testified at Kenny Barrett's trial, it is my impression that the prosecution

1

wanted me on and off the stand as quickly as possible.

I never knew Kenny Barrett to cook methamphetamine on his property. I knew Kenny used meth, as I did back during this time. Whenever I went out to Kenny Barrett's place, I never saw a meth lab or parts of a meth lab, or anything else that would indicate Kenny had or was cooking methamphetamine on his property.

The last time I was at Kenny Barrett's place was 3 to 4 months before the trooper was shot. On that occasion, I was at Mr. Barrett's place to look at some cars he was working on.

Mr. Barrett had indicated to me that he had a court case involving a small amount of drugs. Kenny mentioned this in an off-hand way. He was not overly concerned about the case. This was just something that he mentioned in passing.

Kenny Barrett never once told me or said to anyone in my presence that if the police came to his property and tried to arrest him or search the place, that he would "go out in a blaze of glory." He never said that he would "blast" the first policeman who came on his property, or anything like that. Kenny never indicated to me in any way, at any time, that he would do violence to anyone. This is not the sort of person Kenny Barrett is. I heard a third hand rumor from somebody in the community that the police were upset because Kenny would not work for them as an informant, but I did not put much stock in the rumor. I never heard Kenny Barrett say anything about this.

It was a real shame what happened to the trooper. It was also a shame that Toby

Barrett, Kenny Barrett's son, had to witness what happened. The whole raid on Mr. Barrett's place was totally unnecessary, in my opinion. If somebody had driven through my gate and onto my property without warning in the middle of the night, I would have shot, too. If they had just sent Sheriff John Philpot out to bring Kenny in, there would have been no problem. Kenny Barrett is the type of person who would have just gone with the Sheriff and done what he was told.

I did not write this declaration, but I have read it carefully. It says what I told an investigator currently working on Kenny Barrett's case, and one of his current lawyers.

I declare under penalty of perjury that the foregoing 3 page declaration is true and correct.

Executed by me this __1__ day of __June__, 2009 in __09__ County, ~~Arkansas~~ Sequoyah CO OK

Randy Weaver

3