**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

**EXHIBIT 39**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

## DECLARATION OF VICKI BEATY

I declare the following:

1.      My name is Vicki Beaty.  I am the Clerk of the Sequoyah County Court in Sallisaw, Oklahoma.

2.      My responsibilities include maintaining records of juror summonses and records of whether citizens reported for jury service.  These records are maintained in the ordinary course of my duties as clerk of court.  The records are maintained in such a way that I can search them to determine whether jurors were called and reported for service in a given month and year.

3.      On April 21, 2009, I reviewed the records of juror summonses and reporting for January 1999.  The records reflect that no citizens were summoned for jury service in January 1999, and no jurors reported to the court during the entire month of January 1999.

I declare, under penalty of perjury as provided in the laws of the United States of America, that the foregoing one-page declaration is true and correct.

Subscribed by me this _24_ day of April, 2009, in Sequoya County, Oklahoma.

VICKI BEATY

Page 1 of 1