**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 40**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

## DECLARATION OF AMANDA GRIZZLE

I, Amanda S. Grizzle, declare the following:

I am an employee, the victim-witness coordinator, of the Sequoyah County District Attorney's office.

I, Amanda S. Grizzle, did gather and package all the Kenneth E. Barrett documents in my possession and box them for pick up for DEA Special Agent Darron Lane to pick up.

I declare under penalty of perjury that the above declaration is true and correct.

Executed by me this 28th day of April, 2009, in Sequoya County, Oklahoma

Amanda S. Grizzle

1