**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

─────────────────────────────

**EXHIBIT 41**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

─────────────────────────────

## DECLARATION OF ELLEN STOVALL

I, Ellen Stovall, declare that I am the administrator of the Sallisaw Police Department. I first came to work for the department in 1999 at which time I was a communications and booking officer. The administrator at that time was Jan Polasek. Record-keeping then was atrocious.

Kenneth Barrett was incarcerated at the city jail for a short while sometime after September 24, 1999. I am not sure exactly what dates he was here. I do recall that he was in cell number one and that he was a complainer about the quality of the food and other conditions, always wanting something we didn't have. I recall that he was incarcerated here rather than the county jail both for his own safety and because of overcrowding at the jail. I can't recall whether he was first housed here or at the County jail. I don't recall him being here long, but he may have been housed here on more than one occasion—I'm just not sure.

I recall that we took several photos of Mr. Barrett at the time he was first incarcerated here. I recall that we had medical records, treatment records, booking sheets and additional records.

I can only rely on my recollections because we have no records of Kenneth Barrett. I and my staff have searched extensively over a period of days for records relating to him and have not found any. Those searches, including a warehouse search, were conducted upon order of the court.

An agency, either the Sequoyah County District Attorney's office or OSBI, requested these records from the police department sometime in 1999. We gave

everything we had to that agency and inexplicably did not retain copies. I don't have a clue where the records are. We have no copy of the request for these records or a receipt for these records.

An investigator working for Mr. Barrett's lawyers recently asked me for Mr. Barrett's records and I told him that we had no records and what I recalled. He told me he was going to draft a declaration and ask me to read it and sign it if it was accurate. I have read it over carefully and it says what I told him.

I declare, under penalty of perjury, that the foregoing 2-page declaration is true and correct.

Executed by me this 30 day of April, 2009, in Sequoyah County, Oklahoma.

Ellen Stovall