**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

**EXHIBIT 42**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

## DECLARATION OF CHRISTINE CALBERT

I declare the following:

1.      My name is Christine Calbert. I am the administrator of the Sequoyah County Criminal Justice Authority. My duties as administrator include maintaining records related to people held in the Sequoyah County Jail.

2.      I have searched the Sequoyah County Jail records for documents related to Kenneth Eugene Barrett. The records available to me show Kenneth Barrett was held at the Sequoyah County Jail from late September 1999 until approximately April 23, 2004, when he was transferred into the custody of the Oklahoma Department of Corrections.

3.      While Kenneth Barrett was still a county prisoner the responsibility for maintaining jail records was transferred from the Sequoyah County Sheriff's Office to the Criminal Justice Authority. At that time, the records for all prisoners, including Kenneth Barrett, were transferred to the Criminal Justice Authority. The Criminal Justice Authority became the custodian of all the jail records on Kenneth Barrett including those created before and after the transfer of responsibility.

4.      The Sequoyah County District Attorney's office requested and took possession of all records related to Kenneth Barrett's incarceration in the Sequoyah County Jail. The Criminal Justice Authority did not retain copies of those records. The only records regarding Kenneth Barrett that remain in the possession of the Criminal Justice Authority are summaries related to booking,

Page 1 of 2

transfer and similar events that are maintained in our computer system.

I declare, under penalty of perjury as provided in the laws of the United States of America, that the foregoing two-page declaration is true and correct.

Subscribed to by me this 22 day of April 2009 in Sequoyah County, Oklahoma.

CHRISTINE CALBERT