**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 46**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY

STATE OF OKLAHOMA

DISTRICT COURT

AUG 3 1 1979

DON E. ........... CLERK
STATE OF OKLAHOMA-TULSA COUNTY

DIANA K. BARRETT,                      )
                                       )
                Plaintiff,             )
                                       )
-vs-                                   )
                                       )
ERNEST BARRETT,                        )
                                       )
                Defendant.             )    Case No. JFD-79-3274

### DECREE OF DIVORCE

On this 20th day of August, 1979, the above entitled cause comes on for trial on its merits. Plaintiff appears in person and by her attorney, and the Defendant appears personally and by his attorney, Debbra J. Gottschalk.

The Court having examined the files and records in this case and having heard the oral testimony of witnesses sworn and examined in open Court, having fully considered the evidence, and being fully advised in the premises, finds:

That all material facts alleged in Plaintiff Petition are true;

That Plaintiff and Defendant are now and have been for more than six (6) months next preceding the filing of the Petition in this cause residents in good faith of the State of Oklahoma and residents of Tulsa County, Oklahoma for more than thirty (30) days next preceding the filing of the Petition herein.

That Plaintiff and Defendant were legally married on the 29th day of February, 1976, at Hartford City, Indiana, and have since that time been husband and wife; that of said marriage no children have been born or conceived.

That the Plaintiff and Defendant are entitled to be granted a divorce each from each other on the ground of mutual incompatibility as alleged in Plaintiff's Petition.

That the Plaintiff is to take as her share of all jointly acquired property the following items subject to the following conditions: The 1977 Ford Courier Pick-up Truck Provided that said truck be refinanced by September 7, 1979, such that it is

KEB505610

in Plaintiff's name only. Plaintiff is to receive $1,376.00, said sum to be paid into Plaintiff's Attorney, Don Gasaway's trust account and to be held thereby until September 7, 1979. Should Plaintiff fail to achieve refinancing in her name only, said sum of $1,376.00 is to be forfeited to Defendant. Don Gasaway is to be ordered by this Court and to be responsible to this Court for the above stated agreement. Plaintiff is to further take as her separate property one yellow chair, her desk, the furniture for her son, Travis's bedroom furniture, the antique bedroom furniture, the charcoal grill, and her personal possessions and belongings. Plaintiff is to further return the gun borrowed from Defendant by August 23, 1979.

Defendant is to be awarded as his sole and separate property all other jointly acquired property and his personal possessions and belongings. That Defendant is to be liable for the sum of $250.00 as and for Plaintiff's attorneys fees for Don Gasaway, said sum has already been paid.

Each party shall take and be liable for one-half ($\frac{1}{2}$) of the tax liability incurred by reason of the gain from the sale of the family residence.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE COURT that Plaintiff and Defendant be, and they are hereby, granted a full, final and complete divorce each from each other on the grounds of incompatibility and the bonds of matrimony heretofore existing between Plaintiff and Defendant are set aside and held for naught; however, both parties are prohibited from marrying anyone except one another for a period of six (6) months from and after the date hereof.

IT IS THEREFORE FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that Plaintiff is to take as her share of all jointly acquired property the following items subject to the following conditions: The 1977 Ford Courier Pick-up Truck <u>Provided</u> that said truck be refinanced by September 7, 1979, such that it is in Plaintiff's name only. Plaintiff is to receive $1,376.00, said sum to be paid into Plaintiff's Attorney, Don Gasaway's trust account and to be held thereby until September 7, 1979. Should

KEB505611

Plaintiff fail to achieve refinancing in her name only, said sum of $1,376.00 is to be forfeited to Defendant. Plaintiff's attorney, Don E. Gasaway, is hereby ordered by this Court to comply with the above-stated agreement. Plaintiff is to further take as her separate property one yellow chair, her desk, the furniture for her son--Travis--which is in his bedroom, the antique bedroom furniture, the barbecue grill, and her personal possessions and belongings. Plaintiff is further ordered to return the gun borrowed from the Defendant by August 23, 1979.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that Defendant is to be awarded as his sole and separate property all other jointly acquired property and his personal possessions and belongings. Defendant is to be further liable for the sum of $250.00 as and for Plaintiff's attorney fees; which sum has already been paid.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that each party shall take and be liable for exactly one-half (½) of any tax liability incurred by reason of the gain from the sale of the parties' family residence in 1979.

BERT C. Mc ELROY
_____
JUDGE OF THE DISTRICT COURT


APPROVED AS TO FORM:

_____
Don E. Gasaway, Attorney
for Plaintiff

_____
Debbra J. Gottschalk, Attorney
for Defendant

I, Don E. Austin, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument here with set out as appears of record in the Court Clerk's Office of Tulsa County, Oklahoma, this ___31___ day of _____, 19___

By_____  Don E. Austin
        Deputy              Court Clerk

KEB505612