**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

**EXHIBIT 47**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

# ON DEMAND COURT RECORDS

## CASE DETAIL

| County: | Cherokee - **County Last Updated: 06/08/2009 17:00** |
|---|---|
| Case: | CF-99-00018 STATE OF OKLAHOMA vs. REAL, KAREN JEAN |
| Date Filed: | 01/26/1999 |
| Amount Owed: | $0.00 (as of 06/08/2009 17:00) |

## OFFENSES

TRAFFICKING IN ILLEGAL DRUGS
MANUFACTURE OF A CONTROLLED DANGEROUS SUBSTANCE
UNLAWFUL POSSESSION OF MARIJUANA WITH INTENT TO DISTRIBUTE
UNLAWFUL POSSESSION OF CONTROLLED DRUG IN THE PRESENCE OF A MINOR CHILD
USE OF WEAPON IN COMMISSION OF CRIME

### Parties

| | |
|---|---|
| Attorney | BAKER, DONN - TAHLEQUAH OK |
| Defendant | REAL, KAREN JEAN - SALLISAW OK |
| Judge | DOBBINS, MARK L. - TAHLEQUAH OK |
| Officer | JOHNSON, CLINT |
| DA | MEDEARIS, FRANK - TAHLEQUAH OK |

### Case Entries

| Date: | Case Entries | Amount |
|---|---|---|
| 01/26/1999 | INFORMATION | $475.00 |
| | (Entry with fee only) | $25.00 |
| | (Entry with fee only) | $15.00 |
| | (Entry with fee only) | $35.00 |
| | (Entry with fee only) | $125.00 |
| 01/28/1999 | APPEARANCE BOND - ALLCORN | $10.00 |
| 02/01/1999 | ORDER: DEF. PLEA NOT GUILTY FELONY SOUNDING DOCKET APRIL 5, 1999 AT 9:00AM | |
| 03/02/1999 | ORDER AS OF 1-13-99 PROBABLE CAUSE FOUND FOR W/LESS ARREST BOND 30,000 IA 1-19-99 AT 1:00 | |
| 03/02/1999 | ORDER PASSED TO 1-26-99 AT 1:00 | |
| 04/06/1999 | ENTRY OF APPEARANCE DONN BAKER | |
| | (Entry with fee only) | $150.00 |
| 04/09/1999 | ORDER: NO LAB DEF IS ORDERED BACK JULY 6,1999 AT 9:00 A.M. | |
| 06/30/1999 | MOTION FOR CONTINUANCE | |
| 07/08/1999 | ORDER FOR CONT. 8-11-99 AT 1:00PM | |
| 08/11/1999 | MOTION TO CONTINUE | |
| 08/11/1999 | ORDER OF CONTINUANCE | |
| 09/23/1999 | ORDER: PHSD-NOV. 1, 1999 AT 9:00AM | |
| 11/03/1999 | ORDER: DEF. IS ORDERED BACK 1-3-00 AT 9:00 | |
| 01/05/2000 | ORDER: P.H. S.D. DEF. ORDERED BACK MARCH 6, 2000 AT | |

| | | |
|---|---|---|
| 03/02/2000 | MOTION FOR CONT. | |
| 03/02/2000 | ORDER FOR CONT. | |
| 03/08/2000 | ORDER RELEASING BONDSMAN | |
| 03/09/2000 | ORDER: DEF. ORDERED BACK APRIL 5, 2000 AT 9:00 A.M. | |
| 04/08/2000 | ORDER:CASE PASSED TO 4/26/00 @9:00 AM. MLD | |
| 04/28/2000 | ORDER: CASE RESET FOR 8/7/00 @9:00 AM. FSD. MLD | |
| 08/08/2000 | ORDER: NOVEMBER FELONY SOUNDING DOCKET. DEFENDANT ORDERED BACK NOV. 6, 2000 AT 9:00 A.M. | |
| 11/08/2000 | ORDER: DEF. IS ORDERED BACK 2/5/01 AT 9:00 A.M. FOR FSD | |
| 02/15/2001 | ORDER: DEF. AWAITING SENTENCING IN FEDERAL COURT. STATE WILL DISMISS WHEN SENTENCED. DEF. IS ORDERED BACK 5/7/01 AT 9:00 A.M. MLD | |
| 05/08/2001 | ORDER: JUNE F.S.D. JUNE 4, 2001 AT 9:00 A.M. | |
| 09/04/2001 | MOTION TO DISMISS/ORDER | $-485.00 |
| | (Entry with fee only) | $-25.00 |
| | (Entry with fee only) | $-15.00 |
| | (Entry with fee only) | $-35.00 |
| | (Entry with fee only) | $-125.00 |
| | (Entry with fee only) | $-150.00 |
| **Total:** | | **$0.00** |

| Date: | Time: | Calendar Events: |
|---|---|---|
| 04/05/1999 | | Date Action: FEL SD-DOBBINS |
| 07/06/1999 | | Date Action: DOCKET-DOBBINS |
| 08/11/1999 | | Date Action: DOCKET-DOBBINS |
| 09/20/1999 | | Date Action: DOCKET-DOBBINS |
| 11/01/1999 | 9:00A | Date Action: FEL SD-DOBBINS |
| 01/03/2000 | 9:00A | Date Action: FEL SD-DOBBINS |
| 03/06/2000 | 9:00A | Date Action: FEL SD-DOBBINS |
| 04/05/2000 | 9:00A | Date Action: MISD DISP-DOBBINS |
| 04/26/2000 | | Date Action: DOCKET-DOBBINS |
| 08/07/2000 | 9:00A | Date Action: FEL SD-DOBBINS |
| 11/06/2000 | 9:00A | Date Action: FEL SD-DOBBINS |
| 02/05/2001 | | Date Action: FEL SD-DOBBINS |
| 05/07/2001 | | Date Action: FEL SD-DOBBINS |
| 06/04/2001 | | Date Action: FEL SD-DOBBINS |
| 09/04/2001 | | Date Action: ST DISMISSED |