## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
    )
     *Movant,*    )
    )
v.    )    **Case No. 6:09-cv-00105-JHP**
    )
UNITED STATES OF AMERICA,    )
    )
     *Respondent.*  )

---

## EXHIBIT 48

## TO KENNETH EUGENE BARRETT'S

## AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

# ON DEMAND COURT RECORDS

## CASE DETAIL

| | |
|---|---|
| **County:** | Cherokee - **County Last Updated: 06/08/2009 17:00** |
| **Case:** | CM-99-00040<br>STATE OF OKLAHOMA vs. REAL, KAREN JEAN |
| **Date Filed:** | 01/26/1999 |
| **Amount Owed:** | $0.00 (as of 06/08/2009 17:00) |

## OFFENSE

UNLAWFUL POSS. OF PARAPHERNALIA

### Parties

| | |
|---|---|
| Attorney | BAKER, DONN - TAHLEQUAH OK |
| Defendant | REAL, KAREN JEAN - SALLISAW OK |
| Judge | DOBBINS, MARK L. - TAHLEQUAH OK |
| Officer | JOHNSON, CLINT |
| DA | MEDEARIS, FRANK - TAHLEQUAH OK |

### Case Entries

| Date: | Case Entries | Amount |
|---|---|---|
| 01/26/1999 | INFORMATION | $75.00 |
| | (Entry with fee only) | $5.00 |
| | (Entry with fee only) | $3.00 |
| | (Entry with fee only) | $7.00 |
| | (Entry with fee only) | $10.00 |
| 03/03/1999 | ORDER: PASSED TO 1-26-99 AT 1:00 | |
| 04/06/1999 | ENTRY OF APPEARANCE | |
| 06/30/1999 | MOTION FOR CONTINUANCE | |
| 07/08/1999 | ORDER FOR CONT. 08-11-99 AT 1:00PM | |
| 04/08/2000 | ORDER:CASE PASSED TO 4/26/00 @9:00 AM. MLD | |
| 04/28/2000 | ORDER: CASE RESET FOR 8/7/00 @9:00 AM. FSD. MLD | |
| 08/08/2000 | ORDER: NOVEMBER FELONY SOUNDING DOCKET. DEF. ORDERED BACK NOV. 6, 2000 AT 9:00 A.M. | |
| 11/08/2000 | ORDER: DEF. IS ORDERED BACK 2/5/01 AT 9:00 A.M. FOR FSD | |
| 02/15/2001 | ORDER: DEF. AWAITING SENTENCING IN FEDERAL COURT. STATE WILL DISMISS WHEN SENTENCED. DEF. IS ORDERED BACK 5/7/01 AT 9:00 A.M. MLD | |
| 05/08/2001 | ORDER: JUNE F.S.D. JUNE 4, 2001 AT 9:00 A.M. | |
| 09/04/2001 | MOTION TO DISMISS/ORDER | $-75.00 |
| | (Entry with fee only) | $-5.00 |
| | (Entry with fee only) | $-3.00 |
| | (Entry with fee only) | $-7.00 |
| | (Entry with fee only) | $-10.00 |
| 12/20/2001 | MOTION TO DISMISS W/ORDER OF DISMISSAL | |
| **Total:** | | **$0.00** |

| Date | Time | |
|------|------|---|
| 08/11/1999 | | Date Action: DOCKET-DOBBINS |
| 03/06/2000 | | Date Action: FEL SD-DOBBINS |
| 04/05/2000 | 9:00A | Date Action: MISD DISP-DOBBINS |
| 04/26/2000 | | Date Action: DOCKET-DOBBINS |
| 08/07/2000 | | Date Action: FEL SD-DOBBINS |
| 11/06/2000 | 9:00A | Date Action: FEL SD-DOBBINS |
| 02/05/2001 | | Date Action: FEL SD-DOBBINS |
| 05/07/2001 | | Date Action: FEL SD-DOBBINS |
| 06/04/2001 | | Date Action: FEL SD-DOBBINS |
| 09/04/2001 | | Date Action: ST DISMISSED |