**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

**EXHIBIT 49**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

# ON DEMAND COURT RECORDS

---

## CASE DETAIL

| | |
|---|---|
| **County:** | Sequoyah - **County Last Updated: 06/08/2009 17:00** |
| **Case:** | CF-99-00250A<br>STATE OF OKLAHOMA vs. REAL, KAREN |
| **Date Filed:** | 06/08/1999 |
| **Amount Owed:** | $0.00 (as of 06/08/2009 17:00) |

## OFFENSES

TRAFFICKING IN METHAMPHETAMINE
UNLAWFUL POSSESSION OF MARIHUANA W/INTENT TO DISTRIBUTE
UNLAWFUL USE OF POLICE RADIO
POSSESSION OF FIREARM IN COMMISSION OF FELONY
UNLAWFUL POSSESSION OF PARAPHERNALIA

---

### Parties

| | |
|---|---|
| Attorney | BAKER, DONN F - TAHLEQUAH, OK |
| Defendant | REAL, KAREN - SALLISAW OK |
| Agency | SALLISAW POLICE DEPT. - SALLISAW OK |
| Judge | SPROUSE, DENNIS M. |
| Officer | OWEN, TY |
| DA | COWAN, ROBBIE |

---

### Case Entries

| Date: | Case Entries | Amount |
|---|---|---|
| 06/08/1999 | FILE, ENTER, RECORD INFORMATION | $103.00 |
| | (Entry with fee only) | $3.00 |
| | (Entry with fee only) | $5.00 |
| | (Entry with fee only) | $7.00 |
| | (Entry with fee only) | $25.00 |
| | BOND FEE | $10.00 |
| 06/09/1999 | CM: DMS ARR PASSED TO 6-23 FOR ATTY. 29-110 | |
| 06/16/1999 | ENTRY OF APPEARANCE | |
| 06/23/1999 | CM: DMS DEF APP W/ATTY BAKER, ENTERED A PLEA OF NOT GUILTY, LAB SET FOR 10-7. 29-120 | |
| 10/07/1999 | CM: DMS LAB PASSED TO 12-9. 30-3 | |
| 12/09/1999 | CM: DMS LAB PASSED TO 4-5. 30-45 | |
| 03/27/2000 | REQUEST AND ORDER OF BONDSPERSON TO EXONERATE BOND AFTER SURRENDER AND PRIOR TO BREACH OF UNDERTAKING | |
| 04/05/2000 | CM: DMS DISPO SET FOR 4-19. 30-126 | |
| 05/18/2004 | MOTION TO DISMISS | |
| 05/24/2004 | ORDER | |
| 05/24/2004 | CM: JCG CASE DISMISSED. 35-202 | $-113.00 |
| | (Entry with fee only) | $-3.00 |
| | (Entry with fee only) | $-5.00 |
| | (Entry with fee only) | $-7.00 |

| $-25.00

**Total:** | **$0.00**

| Date: | Time: | Calendar Events: |
|---|---|---|
| 10/07/1999 | | Date Action: REVIEW HEARING |
| 12/09/1999 | | Date Action: HEARING DATE |
| 04/05/2000 | | Date Action: HEARING DATE Code: x |
| 04/19/2000 | | Date Action: DISPOSITION DOCKET Code: x |
| 05/24/2004 | | Date Action: ST DISMISSED/SETTLED |