**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 50**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

# ON DEMAND COURT RECORDS

## CASE DETAIL

| County: | Cherokee - County Last Updated: 06/08/2009 17:00 |
|---|---|
| Case: | CF-99-00251<br>STATE OF OKLAHOMA vs. REAL, KAREN JEAN |
| Date Filed: | 06/28/1999 |
| Amount Owed: | $0.00 (as of 06/08/2009 17:00) |

## OFFENSE

UNLAWFUL POSS. OF CONTROLLED DRUG

### Parties

| Attorney | BAKER, DONN - TAHLEQUAH OK |
|---|---|
| Defendant | REAL, KAREN JEAN - SALLISAW OK |
| Judge | DOBBINS, MARK L. - TAHLEQUAH OK |
| Officer | EAVES, CARL D. |
| DA | MEDEARIS, FRANK - TAHLEQUAH OK |

### Case Entries

| Date: | Case Entries | Amount |
|---|---|---|
| 06/28/1999 | INFORMATION | $95.00 |
| | (Entry with fee only) | $5.00 |
| | (Entry with fee only) | $3.00 |
| | (Entry with fee only) | $7.00 |
| | (Entry with fee only) | $25.00 |
| 06/28/1999 | AFFIDAVIT FOR PROBABLE CAUSE | |
| 06/28/1999 | WARRANT OF ARREST | $20.00 |
| 07/13/1999 | MINUTE: BOND REDUCED TO $2,000.00 | |
| 07/14/1999 | APPEARANCE BOND (ALLCORN) | $10.00 |
| 07/14/1999 | WARRANT OF ARREST RETURNED SERVED | |
| | (Entry with fee only) | $150.00 |
| 07/21/1999 | ORDER: DEF. PLEA NOT GUILTY ORDERED BACK AUG. 11, 1999 AT 9:00AM | |
| 08/11/1999 | MOTION TO CONTINUE | |
| 08/11/1999 | ORDER OF CONTINUANCE | |
| 09/23/1999 | ORDER: PHSD-NOV. 1, 1999 AT 9:00AM | |
| 11/03/1999 | ORDER: DEF. IS ORDERED BACK 1-3-00 AT 9:00 | |
| 01/05/2000 | ORDER: P.H. S.D. DEF. ORDERED BACK MARCH 6, 2000 AT 9:00 A.M. | |
| 03/02/2000 | MOTION FOR CONT. | |
| 03/02/2000 | ORDER FOR CONT. | |
| 03/09/2000 | ORDER: DEF. ORDERED BACK APRIL 5, 2000 AT 9:00 A.M. | |
| 04/08/2000 | ORDER:CASE PASSED TO 4/26/00 @9:00 AM. MLD | |
| 04/28/2000 | ORDER: CASE RESET FOR 8/7/00 @9:00 AM. FSD. MLD | |
| 08/08/2000 | ORDER: NOVEMBER FELONY SOUNDING DOCKET. DEFENDANT ORDERED BACK NOVEMBER 6, 2000 AT 9:00 A.M. | |

| Date | | | |
|---|---|---|---|
| 02/15/2001 | ORDER: DEF. AWAITING SENTENCING IN FEDERAL COURT. STATE | | |
| | WILL DISMISS WHEN SENTENCED. DEF. IS ORDERED BACK | | |
| | 5/7/01 AT 9:00 A.M. MLD | | |
| 05/08/2001 | ORDER: JUNE F.S.D. JUNE 4, 2001 AT 9:00 A.M. | | |
| 09/04/2001 | MOTION TO DISMISS/ORDER | | $-105.00 |
| | (Entry with fee only) | | $-25.00 |
| | (Entry with fee only) | | $-3.00 |
| | (Entry with fee only) | | $-7.00 |
| | (Entry with fee only) | | $-25.00 |
| | (Entry with fee only) | | $-150.00 |
| 12/20/2001 | MOTION TO DISMISS W/ORDER OF DISMISSAL | | |
| **Total:** | | | **$0.00** |

| Date: | Time: | Calendar Events: |
|---|---|---|
| 06/28/1999 | | Date Action: WARRANT ISSUED Completed : 07/14/1999 Code: S |
| 08/11/1999 | | Date Action: DOCKET-DOBBINS |
| 09/20/1999 | | Date Action: DOCKET-DOBBINS |
| 11/01/1999 | 9:00A | Date Action: FEL SD-DOBBINS |
| 01/03/2000 | 9:00A | Date Action: FEL SD-DOBBINS |
| 03/06/2000 | 9:00A | Date Action: FEL SD-DOBBINS |
| 04/05/2000 | 9:00A | Date Action: MISD DISP-DOBBINS |
| 04/26/2000 | | Date Action: DOCKET-DOBBINS |
| 08/07/2000 | 9:00A | Date Action: FEL SD-DOBBINS |
| 11/06/2000 | 9:00A | Date Action: FEL SD-DOBBINS |
| 02/05/2001 | | Date Action: FEL SD-DOBBINS |
| 05/07/2001 | | Date Action: FEL SD-DOBBINS |
| 06/04/2001 | | Date Action: FEL SD-DOBBINS |
| 09/04/2001 | | Date Action: ST DISMISSED |