**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 51**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

# ON DEMAND COURT RECORDS

## CASE DETAIL

| | |
|---|---|
| **County:** | Sequoyah - **County Last Updated: 06/08/2009 17:00** |
| **Case:** | CF-98-00264A <br> STATE OF OKLAHOMA vs. REAL, KAREN JEAN |
| **Date Filed:** | 07/29/1998 |
| **Amount Owed:** | $0.00 (as of 06/08/2009 17:00) |

## OFFENSES

MANUFACTURING CDS
TRAFFICKING IN METHAMPHETAMINE
UNLAWFUL USE OF POLICE RADIO
UNLAWFUL POSSESSION OF CONTROLLED DRUG
UNLAWFUL POSSESSION OF PARAPHERNALIA

### Parties

| | |
|---|---|
| Defendant | REAL, KAREN JEAN |
| Agency | SALLISAW POLICE DEPT. - SALLISAW OK |
| Judge | GARRETT, JOHN C. |
| Officer | OWEN, TY |
| DA | COWAN, ROBBIE |

### Case Entries

| Date: | Case Entries | Amount |
|---|---|---|
| 07/29/1998 | FILE, ENTER, RECORD INFORMATION | $103.00 |
| | (Entry with fee only) | $3.00 |
| | (Entry with fee only) | $5.00 |
| | (Entry with fee only) | $7.00 |
| | (Entry with fee only) | $25.00 |
| | BOND FEE | $10.00 |
| 07/29/1998 | CM: DMS ARR PASSED TO 8-12 FOR ATTY. 28-94 | |
| 08/10/1998 | APPL FOR COURT APPT ATTY-PD FEE | $40.00 |
| 08/12/1998 | CM: DMS ARR PASSED TO 8-19 FOR ATTY. 28-106 | |
| 08/18/1998 | APPL FOR COURT APPT ATTY-FEE PD ABOVE | |
| 08/19/1998 | CM: DMS HUNTER APPT, DEF PLEAD NOT GUILTY, LAB SET FOR 11-5. 28-111 | |
| 11/05/1998 | CM: DMS LAB PASSED TO 1-21-99. 28-163 | |
| 01/21/1999 | CM: DMS DEF FAILING TO APP B/W B/F ALLOWED, NEW BOND DOUBLE THAT OF OLD. 29-13 | |
| 06/01/1999 | BOND-ALLLCORN-$48000 (4 SEPARATE BONDS) | |
| 06/01/1999 | ORDER OF RELEASE FROM CUSTODY | |
| 06/07/1999 | BW ISSUED | $20.00 |
| | (Entry with fee only) | $5.00 |
| 06/09/1999 | CM: DMS B/W B/F RECALLED AND SET ASIDE, DEF TO APPEAR 6-23. 29-110 | |
| 06/10/1999 | ORDER TO WITHDRAW WARRANT | |

| | | |
|---|---|---|
| 05/18/2004 | MOTION TO DISMISS | |
| 05/24/2004 | ORDER | |
| 05/24/2004 | CM: JCG CASE DISMISSED. 35-202 | $-113.00 |
| | (Entry with fee only) | $-3.00 |
| | (Entry with fee only) | $-7.00 |
| | (Entry with fee only) | $-25.00 |
| | (Entry with fee only) | $-25.00 |
| | (Entry with fee only) | $-5.00 |
| **Total:** | | **$40.00** |

| Date: | Time: | Calendar Events: |
|---|---|---|
| 11/05/1998 | | Date Action: HEARING DATE |
| 06/07/1999 | | Date Action: ISSUE BENCH WARRANT Completed : 06/10/1999 |
| 06/10/1999 | | Date Action: ORDER TO WITHDRAW BENCH WARRANT |
| 05/24/2004 | | Date Action: ST DISMISSED/SETTLED |

| Date: | Receipts: | Amount: |
|---|---|---|
| 08/10/1998 | R1-008767 REAL, KAREN JEAN | $40.00 |