**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 52**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

# ON DEMAND COURT RECORDS

## CASE DETAIL

| | |
|---|---|
| **County:** | Sequoyah - **County Last Updated: 06/08/2009 17:00** |
| **Case:** | CF-97-00445A <br> STATE OF OKLAHOMA vs. REAL, KAREN JEAN |
| **Date Filed:** | 12/22/1997 |
| **Amount Owed:** | $0.00 (as of 06/08/2009 17:00) |

## OFFENSES

ATTEMPTED MANUFACTURE
POSSESSION OF CD W/INTENT TO DISTRIBUTE
UNLAWFUL POSSESSION OF MARIHUANA
UNLAWFUL POSSESSION OF PARAPHERNALIA
UNLAWFUL POSSESSION OF CONTROLLED DRUG
UNLAWFUL POSSESSION OF CONTROLLED DRUG
UNLAWFUL POSSESSION OF PARAPHERNALIA

## Parties

| Defendant | REAL, KAREN JEAN |
|---|---|
| Officer | RIDINGER, CINDY |
| DA | TEAGUE, FAYE |

## Case Entries

| Date: | Case Entries | Amount |
|---|---|---|
| 12/15/1997 | ORDER OF RELEASE FROM CUSTODY | |
| 12/15/1997 | BOND-DAGGS-$20000 | |
| 12/22/1997 | INFORMATION | |
| 12/22/1997 | AFFIDAVIT | |
| 12/23/1997 | CM: DMS ARR PASSED TO 1-7 FOR ATTY. 27-212 | |
| 01/07/1998 | CM: DMS DEF APP W/O COUNSEL, REMANDED TO JAIL. 27-221 | |
| 01/12/1998 | APPL FOR COURT APPT ATTY-APPROVED HUNTER | $40.00 |
| 01/14/1998 | CM: DMS HUNTER APPT, DEF PLEAD NOT GUILTY, LAB SET FOR 4-2; PREV BOND ALLOWED TO STAND, DEF RELEASED FROM CUSTODY. 27-226 | |
| 04/02/1998 | CM: DMS DISPO PASSED TO 4-16. 28-12 | |
| 04/16/1998 | CM: DMS LAB PASSED TO 5-21. 28-22 | |
| 05/21/1998 | CM: DMS DISPO SET FOR 7-1 AT 1030 AM. 28-47 | |
| 07/01/1998 | CM: DMS DEF APP W/ATTY HUNTER, WAIVED PREL, DCA SET FOR 8-13 AT 130 PM BEFORE JCG. 28-75 | |
| 07/01/1998 | WAIVER OF PREL HEARING-DCA SET FOR 8-13 AT 1:30 JCG | |
| 07/20/1998 | BOND-DAGGS-$25000 | |
| 07/20/1998 | ORDER OF RELEASE FROM CUSTODY | |
| 07/22/1998 | CM: DMS ARR PASSED TO WED. 28-91 | |
| 08/13/1998 | CM: JCG STATE BY S.BARNES DEF. W/G.HUNTER PASSED TO 11/5 FOR DCA AND/OR PLEA. 28-107 | |
| 11/23/1998 | CM: DMS PREL PASSED TO 1-19. 28-174 | |

03/11/1999   6:09-cv-00305-RAW  Document 72-2  Filed in ECF on 09/25/09   Page 3 of 3

| | | |
|---|---|---|
| 05/18/2004 | MOTION TO DISMISS | |
| 05/24/2004 | ORDER | |
| 05/24/2004 | CM: JCG CASE DISMISSED. 35-202 | $-40.00 |
| **Total:** | | **$0.00** |

| Date: | Time: | Calendar Events: |
|---|---|---|
| 08/13/1998 | 1:30P | Date Action: DISTRICT COURT ARRAIGNMENT |
| 11/05/1998 | | Date Action: DISTRICT COURT ARRAIGNMENT |
| 01/19/1998 | | Date Action: PRELIMINARY HEARING |
| 05/24/2004 | | Date Action: ST DISMISSED/SETTLED |

6:09-cv-00305-RAW  Document 72-2  Filed in ECF on 09/25/09   Page 3 of 3