**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 53**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

FILED
SUPREME COURT BAR DOCKET
STATE OF OKLAHOMA

SEP 1 4 2009

MICHAEL S. RICHIE
CLERK

STATE OF OKLAHOMA ex rel.    )
Oklahoma Bar Association    )
                            )
    Complainant             )
                            )
v.                          )        OBAD No. 1729
                            )        SCBD No. 5338
DAVID M. LITTLEFIELD        )
                            )
    Respondent              )

ORDER

On consideration of the paperwork on file, the court adopts the findings, conclusions and recommendations made by the trial panel of the Professional Responsibility Tribunal that declare respondent violated Rule 8.4(b), Oklahoma Rules of Professional Conduct, 5 O.S. § 2001, Ch. 1, App. 3-A, and Rule 1.3, Rules Governing Disciplinary Proceedings, 5 O.S. § 2001, Ch. 1., App. 1-A.

Respondent has not been previously disciplined for professional misconduct. There is no evidence to suggest respondent ever followed a pattern of misconduct or of child abuse. For these reasons the parties recommend a private reprimand be imposed as disciplinary sanction.

1

*It is therefore ordered that the* respondent be privately reprimanded.  Costs in the case and all the expenses incurred herein for investigation, record and proceedings in the total sum of $925.67 stand assessed against the respondent.  He shall remit this sum in full on or before Oct 15 , 2009.  To receive the court's private reprimand respondent shall appear before the court (with counsel of record) when sitting en banc in its conference room at the State Capitol, at 10 : 00 a.m./p.m., on the 22ND day of October , 2009.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 14th DAY OF SEPTEMBER, 2009.

_____
CHIEF JUSTICE

Edmondson, C.J., Hargrave, Opala, Kauger, Watt, Winchester, Colbert and Reif, JJ., concur

Taylor,V.C.J., dissenting

I would impose a harsher discipline.

2