**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 57**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---



# CASE DETAIL

| County: | Cherokee - **County Last Updated: 09/21/2009 14:00** |
|---|---|
| **Case:** | CF-98-00111      ☒ Track this case <br> STATE OF OKLAHOMA vs. SANDERS, CHARLES EDMOND |
| **Date Filed:** | 04/22/1998 |
| **Amount Owed:** | $0.00 (as of 09/21/2009 14:00) |

# OFFENSES

UTTERING A FORGED INSTRUMENT
UTTERING A FORGED INSTRUMENT
UTTERING A FORGED INSTRUMENT
UTTERING A FORGED INSTRUMENT
UTTERING A FORGED INSTRUMENT
UTTERING A FORGED INSTRUMENT

| Parties | | |
|---|---|---|
| Attorney | COWAN, ROBBIE | |
| Defendant | SANDERS, CHARLES EDMOND - OOLOGAH OK | ☒ Track this person |
| Judge | DOBBINS, MARK L. - TAHLEQUAH OK | |
| DA | MEDEARIS, FRANK - TAHLEQUAH OK | |

| Case Entries | | |
|---|---|---|
| **Date:** | **Case Entries** | **Amount** |
| 04/22/1998 | INFORMATION | $95.00 |
| | (Entry with fee only) | $5.00 |

| | | |
|---|---|---|
| | (Entry with fee only) | $3.00 |
| | (Entry with fee only) | $7.00 |
| | (Entry with fee only) | $25.00 |
| 04/22/1998 | AFFIDAVIT FOR PROBABLE CAUSE | |
| 04/22/1998 | WARRANT OF ARREST ISSUED | $20.00 |
| 04/29/1998 | PERSONAL RECOGNIZANCE | |
| 05/15/1998 | ORDER: DEF FTA B/F B/W $10,000 BOND | |
| 05/15/1998 | BENCH WARRANT ISSUED | $20.00 |
| | (Entry with fee only) | $5.00 |
| 05/22/1998 | WARRANT RECALL NOTICE | |
| 05/22/1998 | ORDER: DEF IS ORDERED BACK JUNE 1,1998 AT 9:00 A.M. | |
| 05/27/1998 | BENCH WARRANT RETURNED RECALLED | |
| | WARRANT OF ARREST RETURNED RECALLED | |
| 06/01/1998 | AMENDED INFORMATION | |
| 06/01/1998 | SECOND PAGE INFORMATION | |
| 06/02/1998 | ORDER: DEF ENTERS A PLEA OF NOT GUILTY, DEF IS ORDERED | |
| | BACK JULY 6,1998 AT 9:00 A.M. | |
| 07/07/1998 | ORDER: PASSED TO AUG. 3, 1998 AT 9:00AM | |
| 08/06/1998 | ORDER: HEARING RESET FOR OCT. 5, 1998 AT 9:00AM | |
| | SOUNDING DOCKET | |
| 08/20/1998 | SECOND AMENDED INFORMATION | $475.00 |
| | (Entry with fee only) | $50.00 |
| | (Entry with fee only) | $15.00 |
| | (Entry with fee only) | $35.00 |
| | (Entry with fee only) | $125.00 |
| 10/07/1998 | ORDER: DEF FTA B/F B/W $15,000 BOND | |
| 10/07/1998 | BENCH WARRANT ISSUED | $20.00 |
| | (Entry with fee only) | $5.00 |
| 02/02/1999 | BENCH WARRANT RETURNED | |
| 02/02/1999 | ORDER OF RELEASE | |
| 02/02/1999 | APPEARANCE BOND | $10.00 |
| 02/03/1999 | ORDER: BOND REDUCED ON DEF.'S MOTION COURT NOTES STATES | |
| | OBJECTION | |

| 02/25/2000 | NOTICE TO DEFT.,ATTY. OF RECORD AND BONDSMAN | |
| 03/24/2000 | CM: 3-20-00 DEFENDANT FAILED TO APPEAR, BOND FORFEITED, | |
| | BENCH WARRANT GBS | |
| 03/31/2000 | BENCH WARRANT ISSUED | $30.00 |
| | (Entry with fee only) | $5.00 |
| 04/05/2000 | ORDER AND JUDGMENT OF FORFEITURE | |
| 04/12/2000 | CERTIFICATE OF MAILING (FORFEITURE) | |
| 04/27/2000 | CERT. CARD RETURNED SIGNED R.ALLCORN | |
| | CERT. CAD RETURNED SIGNED G. LEBOEUF | |
| 07/13/2000 | ORDER: RECALL BENCH WARRANT 8-8-00 AT 1:00 | |
| 07/13/2000 | WARRANT RECALL NOTICE | |
| 08/17/2000 | ORDER: I.A. 8-29-00 AT 1:00 P.M. | |
| 10/27/2000 | BENCH WARRANT RETURNED RECALLED | |
| 05/03/2001 | ORDER RELEASING BONDSMAN | |
| 10/22/2008 | MO 10-21 $250 CASH BOND; RB 10-24-08 @ 9 MLD | |
| 10/28/2008 | MO 10-28 DEF PNG; PURSLEY FSD 11-24-08 @ 9 MLD | |
| 11/25/2008 | MO 11/24/08;BWUA DEF'S BONDSPERSON R.ALLCORN CALLED TO | |
| | INFORM THE COURT THAT DEF HAS EYE SURGERY AND COULD NOT | |
| | TRAVEL FOR 10 DAYS;DEF ORDERED TO APPEAR W/NOTE FROM DR | |
| | AND SIGN THIS MINUTE W/I 10 DAYS OF THIS MINUTE | |
| | 12-22-08 AT 9;00AM.HP | |
| 12/23/2008 | MO 12/22/08;DEF PRESENT W/O HIS ATTY ROB COWEN;CASE | |
| | RESET TO FSD 1-26-09 AT 9;00AM.HP | |
| 01/30/2009 | MO 1/26/09;DEF'S ATTY CALLED AND IN JURY TRIAL;FSD | |
| | 2-23-09 AT 9;00AM.HP | |
| 02/12/2009 | MOTION FOR CONTINUANCE | |

| | | |
|---|---|---|
| 02/12/2009 | ORDER FOR CONTINUANCE | |
| 03/24/2009 | MO 3/23/09;REVIEW RESTITUTION STATUS 5-28-09 AT | |
| | 9;00AM.HW | |
| 05/29/2009 | MO 5/28/09;PASSED AT REQUEST OF DEF ATTY ROB | |
| | COWEN;6-25-09 AT 9;00AM;MLD | |
| 06/25/2009 | MOTION FOR CONTINUANCE | |
| 06/29/2009 | ORDER FOR CONT; 7-29-09 1:30 -HW | |
| 06/29/2009 | MO 6/25/09;7-29-09 AT 1;30PM.HW | |
| 07/29/2009 | MO 7/29/09;DISMISSED ON COSTS OF $229; (REDUCED TO MISD | $-700:00 |
| | COSTS);PYMNT TO BEGIN ON 9-1-9 AT $50/M. $132.50 | |
| | RESITITUION FROM CF-09-111 DUE IN 30 DAYS. MLD | |
| **Total:** | | **$250.00** |

| Date: | Time: | Calendar Events: |
|---|---|---|
| 05/05/1998 | | Date Action: DOCKET-DOBBINS |
| 05/15/1998 | | Date Action: BENCH WARRANT: FAILURE TO APPEAR Completed : 05/27/1998 Code: R |
| 05/22/1998 | | Date Action: WARRANT RECALLED |
| 06/01/1998 | | Date Action: DOCKET-DOBBINS |
| 07/06/1998 | | Date Action: DOCKET-DOBBINS |
| 08/03/1998 | | Date Action: DOCKET-DOBBINS |
| 10/05/1998 | | Date Action: FEL SD-DOBBINS |
| 10/07/1998 | | Date Action: BENCH WARRANT: FAILURE TO APPEAR Completed : 02/02/1999 Code: R |
| 03/20/2000 | 10:00A | Date Action: XX-DOCKET-SEWELL |
| 03/31/2000 | | Date Action: BENCH WARRANT: FAILURE TO APPEAR Completed : 07/13/2000 Code: X |
| 08/29/2000 | | Date Action: INITIAL APPEARANCE |
| 10/24/2008 | 9:00A | Date Action: DOCKET-DOBBINS |
| 11/24/2008 | | Date Action: WELLS-FELSD |
| 12/22/2008 | | Date Action: WELLS-FELSD |
| 01/26/2009 | | Date Action: WELLS-FELSD |

| 02/23/2009 | | Date Action: WELLS-FELSD Completed : 02/12/2009<br>Code: X |
|---|---|---|
| 03/23/2009 | | Date Action: WELLS-FELSD |
| 05/28/2009 | | Date Action: WELLS-MISD/TRAF DKT. |
| 06/25/2009 | | Date Action: WELLS-MISD/TRAF DKT. |
| 07/29/2009 | | Date Action: WELLS-1:30 PH DKT. |
| 07/29/2009 | | Date Action: REDUCED CHARGE |
| 07/29/2009 | | Date Action: ST DISMISSED |
| 07/29/2009 | | Date Action: CST;BEG$ Completed : 09/18/2009<br>Code: X |

| Date: | Receipts: | Amount: |
|---|---|---|
| 10/22/2008 | R1-427183 SANDERS, CHARLES | $250.00 |