**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,          )
                                 )
                    *Movant,*    )
                                 )
v.                               )          **Case No. 6:09-cv-00105-JHP**
                                 )
UNITED STATES OF AMERICA,        )
                                 )
                 *Respondent.*   )

―――――――――――――――――――――

**EXHIBIT 59**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

―――――――――――――――――――――

SEQUOYAH COUNTY, OKLAHOMA

| No. | STYLE OF CASE | NATURE OF ACTION | ATTORNEYS |
|---|---|---|---|
| 792 | STATE OF OKLAHOMA<br>vs.<br>Henry Edwards | Manslaughter | A.D.T.<br><br>J. M. Mc Combs |

| DATE 1925 | FILINGS, PROCEEDINGS AND RETURNS | Clerk's Costs Plaintiff | Clerk's Costs Defendant | Sheriff's Costs | Miscellaneous | Credits | Disbursements |
|---|---|---|---|---|---|---|---|
| 7/16 | To file Transcript | 1 | 00 | | | | |
|  | Docket fee | | | | | | |
| 1/20 | To fil Praece + Ins Sum | 35 | | | 1 00 | | |
|  | Reg Sum | | | | | | |
| t 7 | To file & Recrd Information | 95 | | | | | |
| 12 | To file & Record Verdict | 50 | | | | | |
|  | Acquitted 9-11-25 | | | | | | |