**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,   )
                            )
          *Movant,*      )
                            )
v.                          )      **Case No. 6:09-cv-00105-JHP**
                            )
UNITED STATES OF AMERICA,   )
                            )
        *Respondent.*  )

---

**EXHIBIT 60**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

## CRIMINAL APPEARANCE DOCKET

573

vised 1968)

| STYLE OF CASE | NATURE OF ACTION | ATTORNEYS |
|---|---|---|
| State of Oklahoma | Cultivation of Mari. | District Attorney |
| vs. Deborah Everly Marilyn Crawford | | For Defendant |

| Return Day___ 19___ Answer Day___ 19___ | ITEMS RECORDED Book / Page | CLERK'S COSTS | SHERIFF'S COSTS | MISC. FEES | WITNESS FEES | DEPOSIT IN CASE | DISBURSED | BALANCE CASH ON HAND |
|---|---|---|---|---|---|---|---|---|
| Inf. | | | | | | | | |
| Minute - Defs. pres., St. J.P.A., Deffee of of Inf, bond set at | | | | | | | | |
| $5000 each, Arraign passed to 6-1-77 at 1:30 P.M. | | | | | | | | |
| Bond (D.C.) Everly | 4 363 | | | | | | | |
| Bond (D.C.) Crawford | 34 364 | | | | | | | |
| Minute - Def pres St J.P.A, def pres w/ att. John Appes, P.N.G., Pre. Hrg set | | | | | | | | |
| 6-17-77 at 10 A.M., bond lowered to $5000 | | | | | | | | |
| Order dismissing | 6-17-77 | | | | | | | |

KEB503076