**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 62**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

# CRIMINAL APPEARANCE DOCKET

SEQUOYAH COUNTY, OKLAHOMA

The News Dispatch Printing & Audit Co. Shawnee Okla.

| No. | STYLE OF CASE | NATURE OF ACTION | ATTORNEYS |
|---|---|---|---|
| 300 5 | STATE OF OKLAHOMA vs Tom Dotson | Disposing of Mortgaged Property | Ed. J. Armstrong |

| DATE 1938 | FILINGS, PROCEEDINGS AND RETURNS | CLERK'S COSTS PLAINTIFF | CLERK'S COSTS DEFENDANT | SHERIFF'S COSTS | MISCEL-LANEOUS | CREDITS | DISBURSE MENTS |
|---|---|---|---|---|---|---|---|
| Sept 8 | Docket Fee | 2 00 | | | | | |
| - - | To File Transcript | 10 | | | 1 8 95 | | |
| - - | To file & record Bond | 1 10 | | | | | |
| - - | To file & record Information | 1 10 | | | | | |
| Oct 27 | case continued for the term – Book 2 page 341 | | | | | | |
| 11-21-41 | case Dismissed B.2. P. 362 | | | | | | |

KEB503071