**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 71**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

# OPINION

**'ah County**

## JOYAH COUNTY TIMES

USPS No. 490-840
NDEPENDENT Democratic NEWSpaper
MAYO      FLORENCE B. MAYO
75      1904-1986

Itten and edited to merit your confidence
N. Oak. St., Sallisaw, Okla. 74955-4637
-Mail address: info@seqcotimes.com
ne (918) 775-4433   Fax (918) 775-3021
'ublished each Thursday and Sunday
By Cookson-Hills Publishers, Inc.

JIM MAYO, Publisher
ALLY MAXWELL, Managing Editor
MIKE ERWIN, Sports Editor
DRIDGE STIMMEL, County Reporter
IY MAYO, Educational Services Director
ANNA NUTTER, Advertising Manager
T TYLER, Advertising Representative
MSTRONG, Classified Advertising Representative
GAYLA EAKLE, Advertising Design
CHARD MAYO, Production Manager

MEMBER OF:
IKLAHOMA PRESS ASSOCIATION
INTERNATIONAL SOCIETY OF
WEEKLY NEWSPAPER EDITORS
IONAL NEWSPAPER ASSOCIATION

SUBSCRIPTION RATES:
v Area ................................ $18.00 Per Year
us In Okla. ......................... $35.00 Per Year
nt To Oklahoma ................. $35.00 Per Year
toma and Adjacent Stairs ....... $45.00 Per Year

Is Postage Paid At Sallisaw, Oklahoma 74955
: Send address changes to Sequoyah County Times,
Oak Street, Sallisaw, Oklahoma 74955-4637



THE CITY OF SEMINOLE, ONCE KNOWN AS TIDMORE, IN 1926 EXPERIENCED ONE OF THE GREATEST BOOMS IN THE STATE'S HISTORY WHEN OIL WAS DISCOVERED NEARBY! THE ROCK ISLAND RAILROAD'S INCOME FROM SEMINOLE IN 6 MONTHS, MORE THAN $1,000,000, WAS SAID TO BE EXCEEDED ONLY BY CHICAGO.

A SAUK AND FOX INDIAN, JIM THORPE OF SHAWNEE, WON BOTH THE DECATHLON AND THE PENTATHLON IN THE 1912 OLYMPICS IN SWEDEN AND CAME BACK TO LEAD LITTLE CARLISLE INDIAN SCHOOL TO FOOTBALL VICTORIES OVER HARVARD AND ARMY. HE WAS VOTED THE ALL STAR ALL AMERICA ATHLETE FOR THE FIRST HALF OF THE 20TH CENTURY!

WHIRL WIND, CHEYENNE HEAD CHIEF AND ONE TIME CUSTER FOE, WHOSE DEATH FROM A HEART ATTACK REVEALED THAT HE HAD WILLED HIS PIPE AND HIS WIFE AND FOUR CHILDREN TO U.S. DEPUTY MARSHAL CHRIS MADSEN. AND THEY BROUGHT THE PIPE WITH THEM TO THE MADSEN HOME, THEN IN EL RENO, AND ALL MOVED IN!

## Letters to the Editor

### Cherokee Water Claim

when someone (former mayor of Sallisaw, included) rokee Nation claims all the water that falls from the n enough to run him out of town; or laugh him out. thanged! I don't presume the Cherokees have at any lade such grandiose claims on Mother Nature, and in oma, so you know there must be money involved – eler, money for the Tribe, money for the politicians, collection – 40 cents added to your monthly water or that, we are a bunch of guilt-ridden taxpayers! ises undertaken by the Tribe have been what I term xpenses of personal (bad) habits, I guess 40 cents off Is would fit very closely into that category. Let's see, beauty of the Cherokee Casino, in Roland, for tine little smoke shops dotting the landscape as we nute; and now that we taxpayers have established lies that have conveniently filled with their rainfall the sound of change tumbling through the slot I ChaChing! ChaChing!....time again. It seems as Peoples and taxpayers we are subsidizing our own legislated by the Federal Government! I'd be better ashioned way of duking it out.
!I be in touch with my Congressman, as this is our s to me current Tribal events make Oklahoma look it just visually, but economically and in terms of :w businesses, and those existing ones, adjusting to rce under federal, state and now Cherokee Tribal y, I think it's time to look matters squarely in the 1 within a nation, withdraw some of these recent by the Tribes, and have the courage to say, "Now,

proud heritage, what they're becoming now is a ckpockets! Let your representatives know how n of owning water that falls from the sky, sounds to

Mary Ann Cosner
Gans

### obacco Money Wisely

ommunity hospital, I know the cost of the insurance loyees – all of them. I don't smoke and neither do s, yet over the years I have seen the cost of health eadily increase to cover the costs associated with

some relief from this unnecessary burden.
Attorney General signed on to a multi-state bacco companies to cover the billions of dollars year to cover tobacco-related health costs. The ll pay these steadily increasing costs through higher I higher taxes.
ettlement provides Oklahoma with a unique ss the settlement money is used for tobacco If find itself right back in the financial hole created caring for the current generation of teen smokers

### She Questions Sheriff's Department
Dear Editor:

Everyone has been saddened by the death of the state trooper, especially the McKey community. There are many questions being asked as to how this could have happened. One of these questions is why did the local sheriff's department allow the gun and drug situation to escalate to that point. It should be known that the sheriff's department was contacted many times over the last three years and nothing was done. There were times they would drive by and simply turn around and leave. Sometimes they would not even respond to calls that were made. If the sheriff's department had done what they are paid to do this man's family would not be mourning him now.

Meredith Lawson
Sallisaw

### Comments on Cherokee Pay Raise
Dear Editor:

I worked along with my family in the past Cherokee Tribal election to try to get a chief for the Cherokee Nation who is above the rest in character and morals. While he didn't get elected, I was happy to see a few tribal councilors elected that I thought had integrity.
When I found out last week that the tribal councilors were going to vote themselves a big pay raise, I was sickened. If they feel that $16,800 a year is not enough let them resign and give the job to someone that would be thrilled with the present salary. I thought Cherokee Nation was hurting financially. We are either broke or we have money and if we have money, why not spread it around to the average Indian person just trying daily to survive.
Remember elected officials, you were voted in and you can get voted out. I'm sure all tribal members were watching you vote on Oct. 11.

Suzanne Garrett
Bunch

### Favors Cockfighting
Dear Editor:

Cockfighting and goose killing. Our elected officials, who congregate at 23rd and Lincoln Boulevard in Oklahoma City, have in the past made decisions concerning industry that have killed "the goose that laid the golden egg." Now the pressure is on the legislature to make another decision concerning an Oklahoma industry. Oklahoma is one of only three states that allow cockfighting. Do we follow the 47 states that have outlawed the sport or do we capitalize on being one of only three?
Cockfighting has been going on not just for years or decades, but for centuries. The fowl have been bred for this so long that fighting is part of their nature. Those who breed and keep game fowl take excellent care of them. By the way, this promotes Oklahoma agriculture. The purse money at many cockfights exceeds the purses at our racetracks and attracts many fans. People come from all over the world and bring their stock to participate. Motels fill to capacity and restaurants flourish in areas of our state that need the revenue generated by the sport. Why not take advantage of an opportunity that enhances the economy of some of our financially stressed counties?
What is right about allowing the populated metropolitan areas of the state to determine what is right for less populated areas where

### A Response to Peters' Comments
Dear Editor,

I was some amused by the news report of the Oct. 2 Sequoyah County Republican meeting, wherein Grand Republican Booh-Bah Joe F. Peters, Sr., did "welcome with delight into our fold the Mayo brothers."
Obviously, Joe hallucinated and thought he was present at the end of the world. Once more, Tailgunner Joe wrote like he rides--backward--in the airplane.
I'll not honor his gas attack with reiteration or dissection of my Kansas City Southern column, since any Sequoyah Countian with half an education knows what I said and what I meant. If Tailgunner Joe couldn't understand it he should enroll in night classes and, hopefully, come up to speed with the rest of the world. I would have thought they taught reading comprehension at the U.S. Air Force Academy, but maybe Joe was out tailgunning back then, too.
In today's political discussion (that's what Tailgunner Joe is trying to make of this), charges and claims can be cast with little or no regard for the truth, meaning or intent.
Tailgunner Joe is an excellent imitation of his mentor, the late U.S. Senator Joseph R. (Tailgunner Joe) McCarthy. They both cast the illusion they are "on to something," when actually they have nothing more than bad gas.
Take a Rolaid, Joe, turn around and ride with both eyes looking forward. Who knows, it might even help you shoot straight.

Dick Mayo
Sallisaw

### Thanks for Helping Tori Mills
Dear Editor:

This is to thank all that helped with the fundraiser for Tori Mills.
Thank you for your donations of food, money and time. The bake sale at the Grapes of Wrath was a great success.
This is a great community, thanks again.

Friends of Tori Mills

### Appreciate Help
Dear Editor,

First of all we want to thank our wonderful Lord and Savior for sparing our son's (Chad Sutton) life.
Special thanks to Police Chief Randy Reed, all the officers and entire staff at the Fort Smith Police Department.
Our heartfelt thanks to the many, many people who came and stood by our side. For all the visits, flowers, cards, phone calls, prayers and every act of kindness shown to us during Chad's hospital stay.
To Dr. Anderson, ambulance drivers, all the nurses and staff at Sparks Regional Medical Center.
We can never thank you enough. We love and appreciate each and every one of you.
God bless you all and keep you safe from harm.

Officer Chad Sutton and Family
Doug, Viola (Bobbie) and Dena

### Children And Divorce
Dear Editor:

People wake up! What are we doing to our children? Has anyone

KEB503252