**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 72**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

*Court file missing*

Printed: 03/10/09

SEQUOYAH COUNTY FELONY DOCKET
VICKI BEATY, COURT CLERK

Page: 1

| Case No. | TITLE OF CAUSE | NATURE OF CHARGE | ATTORNEYS |
|---|---|---|---|
| CF-1998-00022 | STATE OF OKLAHOMA VS. CHARLES EDMOND (MONK) SANDERS | COUNT 1. KNOWINGLY CONCEALING STOLEN PROPERTY COUNT 2. UNLAWFUL USE OF POLICE RADIO COUNT 3. GRAND LARCENY COUNT 4. FALSE INFORMATION TO POLICE OFFICER | |

Judge:

Case Information:
Comments: CO-DEF=J BROWN=22A,

| Date | Entries | Book | Page | Fees | Cat. |
|---|---|---|---|---|---|
| 01-23-1998 | INFORMATION | | | | |
| 01-23-1998 | AFFIDAVIT | | | | |
| 01-23-1998 | WARRANT ISSUED-BOND $10000 | | | | |
| 01-29-1998 | MOTION TO DISMISS AND ORDER-WARRANT RECALLED PER JUDGE | | | | |
| 02-27-1998 | WARRANT CANCELLED | | | | |
| 06-11-1998 | CM: AJH;  DEFENDANT ENTERS PLEA OF NOT GUILTY. SET FOR PLEA 6-26-98, AT 11AM. BEFORE JUDGE NELSON.  28-64 | | | | |
| 12-08-1999 | ORDER ACCELERATAING DEFERRED SENTENCE | | | | |

Total Fees
Total Unassigned

Amount Due:        $0.00