**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,   )
   )
         *Movant,*   )
   )
v.   )    **Case No. 6:09-cv-00105-JHP**
   )
UNITED STATES OF AMERICA,   )
   )
         *Respondent.*  )

---

**EXHIBIT 74**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

## Declaration of Ada Blount

I, Ada Blount, declare as follows:

I am Kenneth Barrett's maternal great aunt. My sister is Gelene Dotson's mother. I live with my daughter, Janice Sanders.

Kenny was a hyper little boy who could not sit still. He grew up and built a shack next to his mother's place and tried to make a living fixing cars. I never felt threatened by Kenny. He did not bother me any, but I worried about him because I thought drugs made him do things he wouldn't do otherwise. He was living by himself and got mad at himself sometimes. Once he shot himself.

Kenny never had much of a father, never had any guidance. We all still love him very much.

An investigator working on Kenny's case asked me to provide this declaration. I did not write the declaration myself but I have read it carefully and it says what I told the investigator during our meetings.

I declare, under penalty of perjury, that the foregoing 1 page declaration is true and correct.

Executed by me this ___27___ day of ___Feb.___ 2009, in _____Sef.____ County, Oklahoma.

_Ada Blount_

Ada Blount

1