### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
    )
         *Movant,*    )
    )
v.    )    **Case No. 6:09-cv-00105-JHP**
    )
UNITED STATES OF AMERICA,    )
    )
         *Respondent.*  )

---

### EXHIBIT 76

### TO KENNETH EUGENE BARRETT'S

### AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

## DECLARATION OF BILLY POINDEXTER

I, Billy Poindexter, declare the following:

I am the uncle of Charles "Monk" Sanders. I have known Monk Sanders his entire life. He has been in trouble his whole life and you can believe him about as far as you could throw a pick-up truck. In other words, my nephew Monk Sanders is unbelievable in everything he says. I would not believe him about anything. I am aware that when my nephew Monk Sanders testified against Kenny Barrett at Mr. Barrett's federal trial, he was doing so in order to get out of his own troubles with the law. After my nephew Monk Sanders testified against Kenny Barrett, he served no jail or prison time on anything he was in trouble for.

Not only is it my personal opinion that Monk Sanders is a completely untruthful person, but I am aware that in the community, Monk Sanders' reputation for honesty and truthfulness is extremely poor.

I was not contacted by any lawyers representing Kenny Barrett on his federal case, or any investigator working for Mr. Barrett on his federal case at the time it went to trial. Had I been contacted, I would have provided the above information and would have been willing to testify for Mr. Barrett regarding my nephew Monk Sanders' lack of honesty and truthfulness.

An investigator currently working on Kenny Barrett's case asked me to provide this declaration. I did not write this declaration myself, but I have read it carefully, and it

1

says what I told the investigator during our meeting.

I declare under penalty of perjury that the foregoing one page declaration is true and correct.

Executed by me this ___1___ day of _____March_____, 2009, in _____Sequoyah_____ County, Oklahoma.

_____
Billy Poindexter

2