## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

## EXHIBIT 77

## TO KENNETH EUGENE BARRETT'S

## AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

Exhs. § 2255 Amended Motion                    *U.S. v. Barrett*, 6:09-cv-00105-JHP

## DECLARATION OF BRANDY HILL

I, Brandy Hill, declare the following:

I am Kenneth Barrett's maternal second cousin. My grandmother, Phyllis Crawford, is a sister of Gelene Dotson, Kenny's mother. My mother is Gwen Crawford, and her mother is Phyllis Crawford. I am married to Shawn Hill, and we live with our two children in Sallisaw, Oklahoma. My youngest baby's middle name is Kenny, named after Kenny Barrett.

My family has learned first hand about bipolar disorder and depression. My mother has bipolar disorder, and I battle with depression. I was treated at Bill Willis several years ago where they prescribed anti depressants for me, but I stopped taking them. I am afraid of being a guinea pig. I had a problem with drugs, but have been clean for years. I was arrested for using methamphetamine and received a five- year suspended sentence. I completed drug court.

My mood swings make it hard on my husband. I used to attack him, kind of the way Kenny and Abby fought. Kenny told me to stop beating on Shawn because it was embarrassing. On more than one occasion, I took all of Shawn's belongings, piled them outside, and burnt them. This parallels Kenny's behavior toward Abby, both to lesser and greater degrees. My husband understands now that my mood swings control me more than I control them. He and my mother encourage me to get treatment, and I am considering it.

My husband lived with Kenny from June through October 1998. Kenny was very generous, and his auto repair business was getting more solid every day. People would pay him hundreds of dollars in cash to replace an engine or a transmission. Kenny also bought and sold cars. He might buy one and flip it the same day.

I have known Travis Crawford and Cindy Crawford for years. Travis is my uncle on my

1

mother's side. Cindy is his wife. I know that Travis and Cindy testified against Kenny when he was on trial in Muskogee for the killing of an Oklahoma Highway Patrol Trooper.

I was at Kenny's on September 23 when Travis came over to tell Kenny about the white vehicle that had gone by that Travis thought was cops. Rick was there, as was Toby, Kenny and Bubba Thompson, little Debbie Thompson's son. Most of us were by the garage on the side right next to Gelene's fence. Travis said Grandpa said he had seen a white SUV go past the house down to the bottoms, which is a dead end, and that it had not come out. Travis said that either he or Roger thought they were likely cops; I'm not sure which one. Travis did not come onto the property at that time, but just kind of leaned over the fence and then went back home. Shawn was just pulling up at the time and I left with him soon after.

There was no talk about killing police or going down in a blaze of glory. Kenny did not act as if it were anything but normal that the police had come by. The police drove by all the time, sometimes three times a week, from around 1996 to 1999.

Cindy Crawford is completely dishonest and totally untrustworthy. In my opinion, she has no conscience whatsoever. I am also aware that she has a very bad reputation for honesty in the community. She is extremely manipulative.

Cindy has stolen from me and my family several times. She would steal to get money for drugs.

Cindy intentionally hurts other people with her lies and by trying to get them in trouble for things they never did. The only reason she would have testified against Kenny would be to get something for herself.

My uncle Travis told me he and Cindy were paid for their testimony against Kenny.

2

Uncle Travis also told me that he did two shots of dope immediately before his testimony and was under the influence of drugs when he testified.

I am aware that Cindy has long acted as a police informant, and has gotten out of trouble because of it. For example, she was enrolled in drug court, but did not have to attend their sessions. Most times when a person fails to abide by the conditions of drug court, they are terminated from the program and charged. Cindy told me this didn't happen to her and she didn't have to attend drug court because "they lost her paperwork."

Around 2001 or 2002, Shawn and I were brought into ADA Robbie Cowan's office. We were asked to roll on Chip Teague, Boss Green and Diane Wynn and to tell whatever they knew about these individuals and the drug trade. We declined. Shortly after that, Cowan was out of office.

At the time of Kenny's trial in Muskogee no one working for his case talked to me about my family or what I knew about Travis and Cindy's honesty. When an investigator working on Kenny's case asked me about these things recently, I told him the information in this declaration. I did not write this declaration myself, but I have read it carefully, and it says what I told the investigator during our meeting.

I declare under penalty of perjury that the foregoing 3-page declaration is true and correct.

Executed by me this 27 day of Feb. , 2009, in Sequoyah County, Oklahoma.

Brandy Hill
Brandy Hill

3