**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

**EXHIBIT 78**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

## DECLARATION OF CAROLYN JOSEPH

I, Carolyn Joseph, declare the following:

I am the maternal aunt of Kenneth Eugene Barrett. Kenny's mother, Gelene, is my oldest sister. I am the youngest of three daughters and am 17 years older than my only brother Mark Dotson. I live in Fort Smith, Arkansas, where I moved about a year ago to be closer to my sister Ruth. Ruth and I are Jehovah's Witnesses, and it's comforting to be close to her.

I used to live on family land but moved into town after my son Dewitt was killed in an automobile accident on November 25, 1997, when he was only 30 years old. I could not live there any more because of the memories. Dewitt was Mark Dotson's best friend. Dewitt had a Masters degree in chemistry. I depended on him so much; he came home on weekends. I am only now beginning to come to terms with losing him. He was a mannerly boy, just a really good son. I work at a small hospital, Booneville Community Hospital where I am the only lab tech on weekends, the only shifts I work. I went back to school at 47 to become a lab technician. I am now 62. Prior to being a lab tech, I was a bookkeeper for Doug Stites and later for Ed Stites. Mike Stites who is married to Abby, Kenny's ex wife, is Ed Stites's nephew. It is a small community around Sallisaw, so we all know each other.

We have had serious mental health problems in my family. I have bipolar disorder and have bouts of depression, sometimes severe. I take Welbutrin for it every day. At one time, I had it really bad. I try now to live for the little things and not to think about the big things. I have seen a psychologist for my condition for years. Ingram Goodwin, who was the son of my mother's sister (a Real until she married), killed his wife and then himself. His wife had just finished medical school. My daughter Stephanie has mental health issues. She is divorced. She is a nice

1

girl, but used to be flighty.  Like Kenny, she was hyper when she was little.  She is outgoing, but is very, very moody. Living with her is awful.

My daddy was not a falling down drunk and could hide how much he drank.  My mother thought he had quit drinking, and that Daddy was doing well near the end of his life.  My mother was surprised when I showed her where Daddy had been stashing vodka bottles in the barn.

I do not want to run Gelene down, because she has had a hard life, working and raising three boys alone, but she was more a drunk who would drink to being sloppy, which Daddy would not do. I think she did it because of the stress she was under.  When I got divorced after my mother passed away, Gelene wanted me to move in with her and I did for a while. She has a big heart, but she does have a drinking problem.

When I was thirteen, my mother and I went to Joliet to help Gelene when Kenny was supposed to be born, but we ended up staying five weeks, because Kenny was born a month late. I paid Gelene and Ernie a visit again when I was 17.  Gelene was drinking up a storm. She was drinking beer and was stinky drunk and unhappy.  Kenny was four. Ernie was dating a woman named Jerry and Ernie ran around all the time. He was a good-looking guy and it went to his head. Ernie was hardly around their home.

Kenny was more than a hyper child. I think he had ADD or something; you could not pin that boy down. He was the most hyper kid I have ever seen. I remember when he was little, he was so loving. He would climb up on you and put his arm around your neck and say, "I love you." He was the sweetest little boy, and then he would change to being loud and kicking for no reason I could see.

Most of the time Kenny was in a high mood, then he would fly off the handle all at once.

2

Kenny had low self-esteem.  He would duck his little head a lot and act like he was not as good as those around him.  His mother put him down a lot rather than build him up and make him feel good about himself. I do not think you should condemn a child and Kenny had a lot of that. Gelene got worse toward him when he was 11 or 12, around the time of the divorce.

We all felt for Kenny.  Maybe we should have stepped in and done something about it. Kenny did not have much of a chance.  Gelene always took out on him the frustrations she had about Ernie.  Kenny was defenseless.  The damage gets done and there's not much to do about it. A child should not have to be raised like that.  It was easier for Steve because Gelene treated him better than Kenny.  She babied him when he was little, spoiled him rotten, even in high school. She took him and gave him whatever he wanted.  Richie has his problems, too.  He can be downright mean.

Kenny's divorce was hard on him and his wife, Abby.  Abby dearly loved Kenny. Abby has told me more than once she loved him.  Abby explains it as just one of those things that did not work out because Kenny would be so emotional. Kenny moved back home after he and Abby divorced, and I could never figure out why Kenny lived next door to his mother.  They did not get along.  Kenny would have done anything for Gelene, but they argued all the time. She fussed at him constantly over any little thing. It seemed like Gelene and Kenny were a whole lot alike. They argued a lot.

The whole tragedy would never have happened if Ruth had been Kenny's mother.  Ruth is a fortress.  If I have problems, I turn to her.  She's the reason I moved to Fort Smith.  I call her twice a day.  If Ruth had been Kenny's mother from infancy, he would have been taught what was correct.  What a difference that would have made for him.

3

I have never known Kenny to hurt anybody. He gets emotional, but as far as hurting anybody, he is not a dangerous person. My car broke down when I was living on the Dotson property in the little brick house. Kenny came over. He was so mannerly and he fixed my car. He never treated me disrespectfully. He could not have been nicer to me when I did see him, but I worried about him.

Kenny was going downhill, and because I have experience with bipolar disorder I recognized some symptoms in Kenny. I thought if he stopped using drugs, he could improve. Gelene and I met with Kenny in my kitchen to talk about how to get him help. We called the sheriff, asking for help but received none. I am sure that Kenny hallucinated and believed that he was constantly under surveillance. I called the authorities because I thought they could get Kenny off the drugs, that they would get him help. I wanted them to get him in a drug program. I did not want them to hurt him. They would not do anything to help. I made my last call to OSBI just days before the raid on Kenny's property, but I never got past a dispatcher.

I was not the only one to call the law enforcement. Janice Sanders often called the sheriff on Kenny with noise complaints. Janice is one of Kenny's cousins and lived across the road from Kenny. My mother's sister had married Coy Blount whose daughter, Janice, married Tom Sanders. One particular time, that got blown out of proportion at the trial, was when Kenny got miffed that Janice had called the police on him for either shooting his gun in the air or for playing the radio too loud. Kenny had yelled across his property a threat to burn down Janice's house. Neither Janice nor I thought for a moment that Kenny would carry out his threat. He was not vindictive or mean or violent. He was just mad at Janice for calling the police on him. He was just shooting off his mouth. Janice testified about this incident at the trial.

4

Kenny's trial attorney only met me for a few minutes. He asked me about Kenny threatening to burn down Janice's house. I confirmed that I heard the threat, and the attorney did not ask me any other questions so he never learned that no one believed it for a second. He never gave me a chance to tell him. The attorney just told me my testimony would not be required. The attorney never asked whether Kenny had attempted to carry out the threat or whether anyone believed that he would. My answer would have been no. Kenny never had done anything to anyone. The attorney did not ask anything about what Kenny was like as a person, what kind of life he had growing up, or what kind of mental illness runs in our family. I would have answered any questions the attorneys asked and I would have answered them truthfully.

My daughter, Meredith Broomfield, wrote a letter to the *Sequoyah Times* about our family's pleas for help. At first, they would not publish it, but she insisted they do and they finally agreed if she came down to the paper and signed it.

I know Travis Crawford and Cindy Crawford. Travis is my nephew, and he was married to Cindy. Kenny's attorneys in the federal trial never asked me about Travis or Cindy. If they had asked me about them, I could have testified about Travis and Cindy's honesty, not just my opinion, but their reputations.

Cindy Crawford was a heavy drug user, and I could see that her drug use affected her mentally. She seemed to have the mind and attitude of a 12 year old. Cindy is so deceitful and dishonest that it is pitiful. No one I know trusts Cindy or believes anything she says. This is not only my personal opinion. Her reputation for honesty in the community is poor.

It is also my opinion that Travis Crawford, who was also a heavy drug user during the time of Kenny's federal case, is not an honest person. Travis does not have a reputation in this

5

community as an honest person.

Every time Cindy or Travis Crawford came to my home, something turned up missing. They would steal to get money to buy drugs. Travis and Cindy were people who would say one thing and do the other. I once paid Travis $400.00 to build a well house on my property. The materials were delivered. The well house never got built, and the materials were stolen. The only people who could have stolen the materials were Travis and Cindy. No one ever paid me back the money I gave to Travis to build the well house.

On several occasions, Travis asked me for help when he and Cindy were out of money, then he'd steal things from my home and property. Travis once stole four rolls of barbed wire from my barn. The police were notified, and Travis later admitted to me that he had stolen the barbed wire. After my son DeWitt Joseph was killed in an automobile accident some years ago, Travis stole things from his property.

I have not seen or associated with Travis and Cindy Crawford since they testified at Kenny's trial. The things I'm telling about here happened before Kenny's federal trial.

Two investigators who said they were working on Kenny's federal case asked me to talk to them and one of them came back to me with this declaration, and asked me if it says what I told them. I did not write this declaration myself, but I have read it carefully, and it says what I told the investigators during our meetings.

I declare, under penalty of perjury, as provided in the laws of the United States of America, and the State of Oklahoma, that the foregoing 7-page declaration is true and correct.

6

Executed by me this _15th_ day of _February_ , 2009, in _Sebastian_

County, Arkansas.

_Carolyn Joseph_
Carolyn Joseph