**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 79**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

## DECLARATION OF DEWEY PADGETT

I, Dewey Padgett, declare the following:

I have been a Sallisaw town barber for fifty years. I see all kinds in my business and I hear most things about everything that goes on in this town. My place of business, Padgett's Barber Shop, at 202 N Oak Street, is just down the block from the courthouse where the police, sheriff's and highway patrol have their offices.

I was Kenny Barrett's barber for many years. Kenny was always respectful to me and my other customers. When I heard about what happened up at Kenny's, of course my first thoughts were for Rocky Eales and his family. Soon the talk around town was that there was no reason for the police to do Kenny like they did. Most people think that he had a right to protect his son and his property and that there were other ways to arrest Kenny that would not have put anyone in danger.

Of course, that wasn't Rocky's fault, and as I said we all feel for him and his family. There are those in the community who think that he had a right to defend himself, but most of us felt that it was fair that Kenny got some punishment. We felt that the manslaughter conviction in state court was punishment enough. We felt that trying him again after there was a verdict was pretty much un-American and against everything we were taught in school about justice and double jeopardy.

Again, I say, and the vast majority of my customers feel this way, that the police didn't have to do Kenny the way they did because they could have arrested him peaceably any time they wanted. And then to do him again like they did in the courts—people don't like that.

Of course, I have some customers who would disagree, but that's how I and most of the town feel.

An Investigator working on Kenny Barrett's case asked me to provide this declaration. I did not write the declaration myself but I have read it carefully and it says what I told him and how I feel.

I declare under penalty of perjury that the foregoing 2 page declaration is true and correct.

Executed by me this 2ε day of _____, 2009, in _____ County, Oklahoma.

_____
Dewey Padgett