**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,    )
    )
    *Movant,*    )
    )
v.    )    **Case No. 6:09-cv-00105-JHP**
    )
UNITED STATES OF AMERICA,    )
    )
    *Respondent.*    )

---

**EXHIBIT 80**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

## DECLARATION OF DORIS BARRETT

I, Doris Barrett, declare the following:

I am married to Ernie Barrett, Kenneth Eugene Barrett's father. I am Ernie Barrett's third wife. Kenny Barrett is my stepson. I was married to Ernie Barrett before and at the time of Kenny's state trials in Sequoyah County, and during his federal trial in the Eastern District of Oklahoma. I followed Kenny's case closely, both in state and federal court. Before and during the state trials, I had frequent contact with Kenny's lawyers and investigators.

I went to every hearing and every day of both state trials and the federal trial, except I missed just one state hearing that was held in Stilwell.

I had some contact with Kenny's lead federal lawyer, Roger Hilfiger, before and during Kenny's trial, but we never discussed Kenny's family life or history. Mostly, he just outlined the day for me, told me who was going to testify that day. In fact, he only told my husband Ernie and me that we were going to testify on the day we testified in the penalty phase of Kenny's trial. He did not even tell Ernie or me what questions he was going to ask us. No investigator or investigators working for the defense in Kenny's federal case spoke with us.

I did have quite a few conversations with Mr. Hilfiger's co-counsel, Bret Smith, during Kenny's federal trial. Mr. Smith was very upset with what he considered to be Mr. Hilfiger's incompetency and lack of effort and interest on Kenny's behalf. From where I

1

sat in court I could see Mr. Smith become upset at Mr. Hilfiger's failure to object to inadmissible evidence, and at Mr. Hilfiger failing to object to the prosecutor, Mr. Sperling, referring to Kenny as "the murderer" even before the case had been submitted to the jury in the first part of the trial. Many times there would be people on the stand and Brett would say Mr. Hilfiger needed to object and Mr. Hilfiger would say, "no." Mr. Smith had a real problem with a lot about what Mr. Hilfiger did. At times, Mr. Smith complained to me in private about Mr. Hilfiger's failure to object or do other things to represent Kenny properly. While Mr. Smith and I spoke many, many times, neither he nor Mr. Hilfiger spoke to me about or interviewed me about Kenny's family life or history.

An investigator working on Kenny's case asked me to provide this declaration. I did not write the declaration myself, but I have read it carefully and it says what I told the investigator during our meetings.

I declare, under penalty of perjury, that the foregoing 2 page declaration is true and correct.

Executed by me this _10_ day of _February_, 2009, in _Creek_ County, Oklahoma.

_Doris Barrett_
Doris Barrett

2