**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

**EXHIBIT 81**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

### Declaration of Ernest Eugene Barrett

I, ERNEST EUGENE BARRETT, declare as follows:

I am the father of Kenneth Edward Barrett, the oldest of three sons born to me and Gelene Dotson Barrett during our marriage. At the time I married Gelene, even before we had children, I almost immediately started running around with other women. When Gelene and I started having children, I did not give much thought to fatherhood and I was mostly an absent father. Today, these many years later, I wish I could take it back and do for my children what they needed and be the kind of parent they deserved. At the time, though, I had my mind set on doing whatever I wanted as long as I was working.

I always worked and was determined not to live in the kind of poverty I knew as a child growing up. I went into the glass business and worked myself up from pushing brooms to production superintendent. When I retired, I was earning about $76,000 a year and had a good life. It was a far cry from the way I lived as a youngster.

I grew up dirt poor, in a log cabin with a dirt floor, no running water and an outhouse in Akins, Oklahoma, outside of Sallisaw. We had a wood stove for heat and a wood cook stove. We all worked and barely scratched out a living for my mother, father, two brothers and two sisters. I was the oldest child who survived and was born August 8, 1938. Three other babies were born, but they died. The next oldest who survived, Margaret, was born December 26, 1941. She died from cancer in 1995. After Margaret, there was Ike, born May 31, 1944, Linda, born May 30, 1946, and then came Gary, who was born January 23, 1948.

1

One of my earliest memories is being taken out of school to work in the fields alongside my parents. As my brothers and sisters got big enough to walk and carry a load, they joined us in the field. Every year we pulled cotton in western Oklahoma, picked strawberries in Stillwell, and picked beans in Moffitt, Oklahoma. It was backbreaking work, even for little children, because we had to stoop, bend, and carry our loads up one long row and down the next from sun up to sundown. It was hot, tiring labor that took every ounce of strength we had, but we did not have any choice in it. When cotton season came, we worked or we starved. When we went back home after cotton season, we ate mostly beans, potatoes, and commodities that were handed out as public assistance to farm families.

In those days, school was a luxury that came only after work was done. I went to school when I could during the times when my family came back to Akins from working cotton and other crops. I went to school off and on through the eighth grade in Akins and then started high school. High school was different for me than for most of the other students. I met Gelene in high school before I had to quit after finishing the eleventh grade. We sort of dated twice, but I did not have any money to date and my family lived a good 12 miles from town in the country. I made the football team but had to quit because I could not get to after school practices. We lived far out in the country and no one could pick me up and drive me back and forth. Lots of students came from poor families, but my family had it even tougher. Other students made fun of me and laughed at me because of the way I dressed. I wore my shoes and clothes until they wore out,

2

and then we had to patch them and keep wearing them. I figure I had to fight every boy in my high school class to hold any respect.

My family had some pretty serious mental problems that folks whispered about back in those days. My father, A.J. (Andrew Jackson), had enormous moods swings from being an alright guy to being totally out of control where nothing could stop him from attacking us. He was sent to the mental hospital in Vinita for a month and was in and out of jail in Sequoyah County for public drunkenness. My father's father, Isaac Clifford Barrett, managed a big ranch until he committed suicide by taking cow black leg medicine. My brother Ike and my sister Linda also have mental problems.

As the oldest boy in the family, I tried to protect my mother and the other children, but I was no match for my father until I was half grown. My father beat my mother and us children with his fists and with anything he could get his hands on. I tried to get between him and my mother when he attacked her. I got beaten more than the other children and learned never to cry when my father hit me. I figure I have a very high pain threshold because I do not remember feeling a hell of a lot. Gary was the only child to hit my father back and that happened when Gary got bigger than Dad. My father was 5'11" and weighed 185. Gary was 5'11" and weighed 270. Gary's nickname was Hoss.

I was three months short of 17 the last time I stepped between my father and mother to try and protect her. My father hit me across the shoulder with a 19-inch metal file that busted my shoulder wide open. My shoulder still has a scar. I left home that day just running because I knew that if I stayed at home I

3

would have to kill my father to protect the others.  I was 6'3" and weighed 187 pounds.   My mother stayed with him all those years and put up with his abuse but I could not.  My mother, Ada, was churchgoing and devout; she did not believe in leaving a marriage no matter how bad it was.  Plus, my father was difficult to figure out because he was also a decent guy when he was sober.   He worked on a pipeline for two or three weeks and then come home, went on a bender, and just went crazy.  There was no stopping him.  He died at the age of 52, sitting on the back porch with a cup of coffee in his hand.  He just laid his head back and died. The coffee didn't spill.

When I left home, I knew what hard work was and was not afraid of it. I moved to Tulsa, where I got a room in a house and got a job in the Hartley Cabinet Shop in May 1955.  In March 1957, I lost my job because of a recession and had to return home for two months.  I joined the Marines and got my first lesson in drinking and chasing women.  I was in such good physical shape that basic training was a walk in the park for me.  I had been tossing hay bales since I was 12.  I got an honorable discharge in 1960 and met up with my family in Clinton, Oklahoma, where they were picking cotton.

After I came home, I saw Gelene in Sallisaw; she was back home for a visit and had been living with her aunt and uncle in Joliet, Illinois. They had helped her get a job at Walgreens.  I had been planning to apply for a job with Oklahoma Highway Patrol, a civil service job, when I ran into her. She had dark brown hair and dark brown eyes and because I didn't just fall off a cabbage wagon I knew she had had a lot of experience with men. I was swept away by

4

how beautiful she was. Gelene called her aunt and uncle in Joliet, and they talked me into coming to Joliet. They told me I could make a lot of money at Kerr glass, and they could get me a job.

When we got married, I was a physical supernatural. I could work eight hours, go to a bar, get into as many brawls as there were, come home, sleep and go back to work. I was strong as a bull and would fight anybody that wanted to fight. I did not beat them up so that they couldn't work. Once I knocked them down I did not kick them in the head or anything.

I did pretty much whatever I wanted to and did not think about Gelene or, later on, the boys, other than working and supporting them. I would go out, drink as much as I wanted, and chase women. I kept that up for years until I met Doris, my third wife in 1985. I tried to keep my drinking away from the house and in bars. I was a Canadian Club (whiskey) straight with a water chaser drinker and drank a fifth at a time. Marriage brought out the worst in Gelene. She drank right from the beginning of the marriage and straight through when she was pregnant. She was miserable and complained constantly about how unhappy she was. She got mad over any little thing and had foul moods. When she got pregnant, she was miserable. Her bickering was constant. I stayed away from home as much as I could, working 16 hours shifts. I'd rather work a straight 16 hours than listen to her. I was a trouble-shooter at the plant and could memorize machinery blueprints. At the end of seven years, I was a supervisor, spurred on by never wanting to be as poor as I was growing up. I preferred staying at the plant rather than facing Gelene and her drinking.

5

I was not around the house much when Kenny was a little baby but I heard all about how hard it was to sooth him. He was colicky and cried all the time. When he got a little bigger, he could not sit still. Even if I could get him to watch television, his feet were always moving, and he was bouncing. I cannot sit around either, but I am not as bad off as Kenny was. Even though he was a handful, he was a beautiful little boy.

When the boys got older, I took the boys with me when I hunted and fished. I liked taking Kenny with me hunting. Sometimes his little legs would give out and I had to carry him on my shoulders. Boy, he loved that. Kenny was fearless, but that he was a sensitive little boy too who cried if you hurt his feelings.

When I went home, I would never know which Gelene I would get, what condition she would be in. I did not want to turn into my father and beat my wife and children. One time Gelene cut up the front of my shirt with a knife when I was wearing it. I slapped her twice and messed up her nose pretty good, gave her two black eyes and split her lip open. It was around 1963 or 1964.

I discovered women when I was in the Marines and I just thought I had to be with different women until I finally met up with Doris in 1985. When I was married to Gelene I stayed away from home every few months for a night or two with other women. Once, in 1966, I moved in with a woman for a couple of years and left Gelene and the two boys. Gelene was always running back to Sallisaw where she was her daddy's number-one girl.

6

I felt bad about leaving my two boys, Kenny and Richie, but I could not take Gelene anymore. I was still young and immature myself so I wasn't much of a husband either. I just put the boys out of my mind as much as I could. After a couple of years I could not keep the boys out of my mind and I went back with Gelene in 1967. We moved in to the same mobile home I had been living in with my girlfriend. Even though we were back together, neither Gelene nor I had changed any. We both drank as much as we could, and I still stayed away from home. I was arrested time after time and went before the same judge for drunk and disorderly conduct and fighting. The judge told me if he ever saw me again, he was going to jail me for a year. It was my nature and I was out of control when it came to fighting and drinking.

I called a friend in New Jersey and he knew where I could get a job. I left Kerr Glass and moved my family to New Jersey. My new job was at a plant in Wharton, New Jersey, and we lived in Stanhope first and then pretty soon moved to Lake Hopatcong. I kept up drinking, fighting, and running around with women, staying gone from home for two or three days at a time.

Gelene left me for good in Lake Hopatcong. She was at the end of her rope, but I did not much care. She used to whip the boys over any little thing and whipped them all the time. She had a bad habit of saying cruel things not just to me but to the boys, too. Kenny was always upsetting her because he could not sit still and was always into everything. He loved my tools and he was always getting into them. I would find them all over the yard and in the woods. It made

7

me pretty mad.  Kenny always had a mechanical aptitude that was out of this world.

When Gelene left me, Kenny wanted to stay with me but I was not set up to take care of him and work.  Besides, Gelene would not hear of it.  Kenny kicked and screamed to stay with me.  He was10 or 11 years old and did not want to go with his mother back to Oklahoma. The day Gelene left, she took my paycheck, two of my friends' paychecks that I had won in a draw poker game, which she returned to their wives, and left me with forty-seven cents. I stayed single for five years before I married my second wife and then for six years before I married Doris.  I was married to Diane Kay Wilson from 1977-1979, and we lived in Dunkirk, Indiana. I paid Gelene child support, $150.00 per child until each reached 18 and also gave Gelene extra money for the children's school clothes every fall.  I also paid their medical, dental and life insurance but Gelene told the children I never gave her any money. Years later, I showed Kenny canceled checks to prove I had paid because he did not believe me.  I came back to Sallisaw at least once a year for a week to spend time with the boys.

Kenny always wanted to live with me.  I let him come three times after the divorce, the first time in Dunkirk, Indiana, where Kenny completed ninth grade. Kenny resented my wife Diane and it got the best of me.  I lost control when he sassed her, and I hit him pretty hard in the chest.  He went flying slamming against the wall.  One time I overheard Kenny and some boys talking about running from a fight.  I told Kenny, "That's not the way to live your life. If you want, I'll teach you how to fight."  Kenny did not show any interest in learning to

8

fight or any interest in fighting. Kenny was not much of a fighter. Now his brother Steve, he was different. He would have taken your lights out. Kenny went back to Sallisaw after that summer and soon quit school for good. He had a hard time with lessons but could do anything with his hands.

Diane and I moved to Sand Springs, Oklahoma, around 1979. I was still drinking, but no longer getting drunk or getting into fights at bars. I worked and made a decent living. We got Kenny a job and made a down payment on a Camero for him. Kenny did alright for two or three months but he could not stay away from Sallisaw. Kenny quit his job and went home. I had to take the Camero back when Kenny could not meet the payments. It hurt Kenny that I took the car back. Diane and I divorced and I lived by myself a while until Doris moved in with me in Sand Springs around 1985. Doris and I married in Fort Smith, Arkansas, on December 28, 1990.

Kenny had bouts of depression and did things that did not make any sense. Sometimes he would be very down but other times he would be manic, always on the go and upbeat. Kenny cried a lot when he and Abby were separated. He bawled like a baby when he talked about it. In 1986, when Kenny was separated from Abby and was very depressed, he stayed with Doris and me. I got him a job with Kerr Glass and he was making real good money. Kenny had a truck. He worked about three months and then left in the middle of a shift, just walked away from a $200,000 machine that he left running. Soon after that, he tried to kill himself by shooting himself in the chest with a shotgun I had lent his youngest brother Steve. Kenny worked hard when he worked, but he never

9

seemed to be able to live on his own. He lived with his wife and lots of times they lived with Gelene, he lived with me, or he lived right next to Gelene. He was not an independent person and had to be close to home.

My father died in 1969, and my mother died in 1977. She was as good a woman as there is, but she had a hard life between my father being half crazy and always poor. I believe in calling a spade a spade, and I would never call myself a good father. I still kick myself over the way I lived my life and the way I treated my children, I can't help but ask myself if I had been a good father or if I had stayed with Gelene if Kenny would be where he is. I've tried to make it up to him by standing by him since all this trouble. I went to both state trials every day. I had just started a new job when the federal trial happened so I could only go to that once or twice a week.

Kenny's trial attorney, Mr. Hilfiger, only interviewed me a few minutes before I testified. I did not know what kind of information could help my son, so I just answered questions the best I could.

An investigator working on Kenny's case asked me to provide this declaration. I did not write the declaration myself but I have read it carefully and it says what I told the investigator when we talked.

I declare, under penalty of perjury, that the foregoing ten (10) page declaration is true and correct.

Executed by me this __/0 day__ of 2009, in ___Creek___ County, Oklahoma.

Ernest Eugene Barrett

10