## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| v. | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Respondent.* | ) | |

---

### EXHIBIT 83

### TO KENNETH EUGENE BARRETT'S

### AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

## DECLARATION OF GWENDOLYN CRAWFORD

I, Gwendolyn Crawford, declare the following:

I am Kenneth Barrett's maternal cousin. My mother, Phyllis Crawford, is Kenny's mother's sister.

My family has struggled with mental illness a lot. I have bipolar disorder and am treated for it. For a long time, my family had no idea what to make of my moodiness. When I was a child, I paid a terrible price because family and friends thought I could control my mood swings. I used to smoke a lot of marijuana, before I figured out that it was the exact wrong treatment for what ails me. I am taking prescription drugs now, and it has allowed me to control my moods much, much better.

Both my children have mental problems. My 24-year-old son Brandon cannot speak and is clearly developmentally challenged. He is a dear boy, warm and responsive. My daughter, Brandie Hill, also has depression, and is possibly bipolar, but she is fearful of treatment. Her husband, Shawn Hill and I encourage her to get treatment, and we are hopeful she will make the right decision some day.

For a while, I lived in a trailer just below Kenny's shack on the other side of the ditch that OHP came though when they raided Kenny's. Sometimes Shawn and Brandy lived with me there, too. It would have been impossible for a Mazda to go through the two-foot deep ditch without bottoming out and destroying her transmission and oil pan as Brandie Price had testified.

–1–



I know Kenny, and he would not talk about killing police or going down in a blaze of glory. That would not have been Kenny.

I have known Cindy Crawford for years. She is married to my brother, Travis Crawford.

It is my personal opinion that Cindy Crawford is a totally dishonest person. I am also aware that her reputation in the community for honesty and truthfulness is extremely poor. I would describe Cindy Crawford as one of the biggest manipulators I have ever seen. She can turn the "water works" on and off to get what she wants, and can also be charming when she needs to be to get something of advantage to herself. Cindy Crawford has broken into my house and stolen from me on numerous occasions in order to get money to buy drugs. She is basically a compulsive thief and a liar. Cindy Crawford has made false referrals to the Oklahoma Department of Human Services regarding my family. It is common knowledge in the community that Cindy Crawford has worked as a "snitch" for local law enforcement for a long time to get others in trouble and to avoid getting in trouble herself.

My problems with Cindy Crawford reached the point where I actually took a shot at her, and had to go to court over it. The court case was resolved with me being put on probation. When I was in court to resolve my case, a lady came up to me and asked if I needed her to testify for me because Cindy Crawford, on the previous day, had beaten this lady's daughter severely with a beer bottle.

-2-



I love my brother Travis very much, but there was no helping him when he was around Cindy and taking drugs. Travis told me that before he testified in Kenny Barrett's trial, he did two hits of methamphetamine, and was under the influence of the drug when he testified.

I was aware that Kenny was on trial in 2005. No defense attorney or investigator ever spoke to me about my immediate family or Kenny regarding Kenny's case until last month. Until recently, no one working on Kenny's case asked me about Cindy Crawford's honesty, either. If someone had asked me to testify about the things in this declaration, I would have done so.

After investigators working on Kenny's case asked me about my family and Cindy, one of them came back and showed me this declaration. I did not write the declaration myself but I have read it carefully and it says what I told the investigators during our meetings.

I declare, under penalty of perjury, that the foregoing 3-page declaration is true and correct.

Executed by me this _27_ day of _February_ 2009, in _Sequoyah_ County, Oklahoma.

_Gwendolyn Crawford_
Gwendolyn Crawford

−3−