### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

### EXHIBIT 88

### TO KENNETH EUGENE BARRETT'S

### AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

## DECLARATION OF MIKE MACKEY

I, Mike Mackey, declare the following:

I have known Cindy Crawford for several years. It is my understanding that she testified against Kenneth Eugene Barrett at his federal trial in Muskogee for the murder of an Oklahoma Highway Patrol Trooper.

Before or during Mr. Barrett's federal trial, I was not contacted by any attorneys or investigators working on his behalf. Had I been contacted, I would have given them the following information about the honesty of Cindy Crawford, and would have been willing to testify.

To put it bluntly, Cindy Crawford is the most wickedly evil person I have ever run across. She will do or say anything to get other people in trouble, if she can get something out of it and if she thinks she will benefit. She is totally dishonest, and lies constantly. This is not only my personal belief, but I am also aware that her reputation for honesty in the community is horrible. In the past, Cindy Crawford has made false referrals to the Oklahoma Department of Human Services regarding me and my step son, who is mentally handicapped, and has also used false information in an effort to get victim protective orders. For example, I once saw her walking down the road while I was driving by. I did not stop and speak to her, and did nothing to her. Within days of this non-incident, she sought a victim protective order against me. She has made false claims of wrongdoing against other members of her family. Cindy Crawford has broken into my

1

home on numerous occasions and stolen things in order to buy drugs. It is common knowledge in the community that Cindy Crawford has worked as an informant for the police for an extensive period of time and has managed to stay out of trouble herself because of this. She "works the system" in order to get whatever she can that will benefit her.

An investigator working on Kenny Barrett's case asked me to provide this declaration. I did not write the declaration myself, but I have read it carefully and it says what I told the investigator during our meeting.

I declare under penalty of perjury that the foregoing 2 page declaration is true and correct.

Executed by me this ___1___ day of __March__ , 2009, in __Sequoyah__ County, Oklahoma.