# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,        )
                               )
          *Movant,*        )
                               )
v.                             )        **Case No. 6:09-cv-00105-JHP**
                               )
UNITED STATES OF AMERICA,       )
                               )
          *Respondent.*  )

---

## EXHIBIT 96

## TO KENNETH EUGENE BARRETT'S

## AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

## **Declaration of Toby Barrett**

I, Toby Barrett, declare the following:

Kenneth Barrett is my father, and Abby Stites is my mother. I am their only child.

I was born and raised around Sallisaw. I went to Brushy Elementary School and Central High in Sallisaw. My mother had me held back in the first grade because she was not satisfied with my progress. I stayed in school throughout the 11th grade, when I withdrew. It was hard for me to focus my attention on school.

When I was 12 or 13 my parents separated for good. I lived mostly with my mom, but lived with my dad and Gelene, my grandmother, for most of a year when my parents first split up. Gelene drank beer like most of us drink water, but she drinks more moderately now. I moved back in with my dad when I was 18 for several months before the incident. He wanted me to return to school. We were working on the Camaro the night of the raid so that I could use it to go back to school. The raid changed everything, but I finally obtained a diploma from a Christian school.

Now I work on an offshore oilrig for two weeks at a time, two weeks on and two weeks off. I make pretty good money, which is important because I do not want to go in debt since I have two sons to raise. When I'm home in Sallisaw, I stay to myself mostly and with my girlfriend who just moved here, other than spending time with my sons, Toby Joe who is six and Ty Lee who is four. Their mom married a fellow who treats the boys well, so I get along with him. The boys spend more time with their stepfather than with me, which is all right because I am not a jealous person. I just want what is best for my boys.

My father was too much of a mess to raise me, and I felt resentful toward him for a while, but I do not anymore. I know he has some problems inside his head. I always thought he had a chemical imbalance. When I was a teenager, before the incident, I knew something was wrong with him because he had mood changes that were not normal. Looking back over the years, I can see he was not dealing with a full deck. My dad could be in the best of moods one minute, then the worst.

Dad was a very paranoid person. He was also a very scared person—he always thought people were out to get over on him and, of course, the police out here were crooked. My dad told me that Lloyd told him that if he didn't snitch, they were going to get him. Dad stopped leaving his property and we had to bring things to him. Even though he was scared, he was not dangerous and I was not afraid of him. Dad did the best he could. I have a lot of fond memories of being with Dad, going canoeing, and helping him work on cars. He had a tender side to him. These memories help offset the pain of having a dad with mental problems. I take medications now for my own mental health issues that I don't yet understand.

The day of the incident, soon after my friend Bubba Thompson left, I remember my dad telling me to close the gate. He said nothing at all about cops. We usually kept the gate locked, so him telling me to close it was nothing out of the ordinary.

I remember that when dad turned himself in there was a warrant for his arrest, and that's when he hired Bill Ed Rodgers. I never knew of any other warrant until after the incident. I assumed they made up the arrest warrant when they got the search warrant. I had no idea that there was an outstanding warrant. If my dad knew, he never mentioned it,

and it is nothing he would have hid from me.

Just before they raided the place, the first thing I saw were taillights that went past the driveway and then a flash of light—maybe like the interior light of a car when somebody opened a door to get out. Then an SUV and a Crown Vic went up my great grandma's driveway and then the Bronco turned toward the house and I yelled "Dad." I don't recall how many times I yelled it. It all happened so fast. I thought I saw dad come onto the porch for just a second, and then the Bronco was just coming over the ditch made a boom, like it bottomed out, if that's where the sound came from. I looked at the porch again and my dad was already gone.

The Bronco's headlights were coming toward me at first. I know for sure that nothing hit the Bronco until it came to a stop in front of the house, because that's when the windshield exploded and a cop knocked me down and wouldn't let me look toward the house. There may well have been shots before that—again it happened so fast and I was so scared, but my dad wasn't on the porch and I know for sure that nothing hit the Bronco before it came to a stop.

If my dad went to the roll top desk to get his handgun when he saw the headlights coming, which he said he did, for sure they could have seen his silhouette through the curtain. If he went into that room, they would have seen his silhouette.

The first police lights I seen was on the police car that crashed through the gate when the shooting was over. I'm sure of that. There was no vehicle near me. The cop who knocked me down must have come over Grandma's fence.

I spoke to Mr. Hilfiger once, I'm not sure where, and asked him if he was going to

Page 3 of 4

want me to testify at the trial.  He said he was weighing whether it would be helpful for my dad or not, but that he expected I would. He never asked me about my father's mental problems, my home life or about me or my mom. I never spoke to him again.

I have been interviewed by an investigator who told me he is working on my dad's case.  Later he asked me if I would give him a declaration of what I told him.  He showed me this declaration and I have read it carefully.  It says what I said to the investigator.

I declare, under penalty of perjury, that the foregoing 4-page declaration is true and correct.

Executed by me this __23__ day of __Feb.__ 2009, in

_____ County, Oklahoma.

Toby Barrett