**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 100**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

## DECLARATION OF WARREN DOTSON

I, Warren Dotson, declare as follows:

I am Hugh Dotson's youngest brother, which makes me Gelene Dotson's uncle and Kenneth Barrett's maternal great uncle. An investigator for Kenny asked me to tell him about myself and the family. He wrote this declaration of what I told him. I have read it carefully and it says what I told the investigator during our meeting.

I am an ordained evangelical minister in the First Baptist Church in Kellyville, but I do not believe in denominations. I was saved when I was 34 years old.

I live with my daughter Nona in Kellyville, Oklahoma, about 25 miles outside of Tulsa, in a house my wife and moved into in 1965. Another daughter, Linda Rogers, lives several miles away. Linda is my only daughter to have married just once. She married Rodger Dan Rogers. The family refers to him as "Rodger Dan the Mountain Man," because" Dan is something of a recluse who likes to hunt and trap. My family is very fond of Dan. Nona has been married five times, but is single now, and after my wife died two years ago, Nona moved in with me. I have four daughters, who are all good women, but too often pick the wrong men to marry.

I have been married twice. My first marriage was to Lela Warren whose father was a U.S. Marshall. The Dotsons and Morgans are mentioned in a book, "The Outlaws of Cooks and Hill." Lela divorced me around 1939 or 1940, when I

–1–

was in the army before the war. I was in the 69th Infantry and was stationed at Camp Roberts in California. I spent most of my time in the guardhouse for hitting a lieutenant. I had been leading the company in the Rifle Prize for the best shot. I had 13 bulls' eyes, but I only fired ten shots. The soldier who stood next to me had missed his own target, but the captain counted them. However, I had tripped on the way to the range and hurt my hip. I could hardly walk. When I had to shoot from a kneeling position I could not do it. I got mad at myself. They took me to the hospital and x-rayed me. I was designated for limited service. I could never be sent overseas. It took years to heal completely.

My second wife, Ruby Elizabeth Fogle, stood by me for 61 years. She loved me and I didn't have sense enough to know it when we were first married in Muskogee in 1945. She died January 7, 2007.

The Dotsons originally came from Tennessee and were slaveholders. William Abraham Mark Dotson was off with his two oldest sons fighting for the Confederacy. Carpetbaggers came to the plantation right after the war before the men had come home. They drug Clarisse Cook Dotson, William's wife, through the creek until they killed her because she would not tell where the family money was hidden. They killed her youngest boy too, my granddad's brother.

My father was killed by gunfire in circumstances that vary depending on who is telling the story. The newspaper account reports that Dad was drunk and pulled a knife. The other man grabbed his shotgun and fired. When the first round did not kill Dad, the man pumped in a second. I way I heard it is that the

–2–

sheriff had come to the house looking for stolen bridles, that Dad knew nothing about them and none was found. Dad later found them hidden in his barn and turned them in to the Feds.  Mama always thought he was killed over the bridles and that he knew more about those bridles than he told.

Dad's death left Mama with six children to raise alone.  She gave four of them to Dwight Mission School to raise: Hugh, Elnora who later married Gene Masterson, John E. who later married Jackie Morgan, and then Christine who married Carl Cook.  Mama kept me and my sister Lela, but she was not able to keep us long.  I was only four years old and Lela was two.  Mama had to give me to her sister, Francis Stites who was married to Andrew Payne. They lived in Muskogee.  When I was fourteen, I went out on my own.  Lela was first given to welfare people and then to Uncle George Dotson, my dad's brother who was married to Nancy Kennedy. Lela was married at 15 to Jack Combs and then later to Thomas McClendon.

I was never mad at my mother.  What choice did she have? If I had to forgive her, that would be a wrong way of thinking.  It hurts to lose your family.  I remember crying when I saw her so many years later because she was a stranger.

I have worked my whole life.  I was a welder and a factory repairman and learned never to stay at a job for more than a few years. If I found a company that would pay me more, I went there.  If management insulted me, I would move on even if it was for less money. I worked as a helper for four years in Muskogee

–3–

for seventy-five cents an hour. I then hired on as an acetylene welder and later worked welding gas and steam lines. I also have done heavy maintenance work that involved welding. I went where I could make better—nobody paid overtime.

My brother Hugh was a shy man who liked to hunt and fish. I was at Hugh's bedside when he died.  Hugh worked all his life so he could buy land and have something to leave to his children. They live on land he left them.

Kenny, Hugh's grandson, lived out there on Hugh's land.  Kenny was a good worker, too, and was never disrespectful.  My daughters took care of him after he got out of the mental hospital.

The law did not have to go to Kenny's place in the middle of the night to arrest him. Our people live all around Kenny's place and know that he was not dangerous. It breaks my heart what happened out there that night.

I declare, under penalty of perjury, that the foregoing 4-page declaration is true and correct.

Executed by me this ___6___ day of March 2009, in ___Creek___ County, Oklahoma.

_Warren Dotson_

Warren Dotson

-4-