**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

---

**EXHIBIT 101**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

## DECLARATION OF NONA REICH

I, Nona Reich, declare as follows:

I am Kenneth Barrett's maternal second cousin. My father, Warren Dotson, and Kenny's maternal grandfather, Hugh Dotson, were brothers. Kenny's mother, Gelene Dotson, is my paternal aunt.

Marriages are easy to get into; they can get you a lot screwed up and they are hard to straighten out. I have been married five times, some more successful than others, but probably my best marriage was to my second husband. I first married when I was only 16. I divorced two years later because my husband did not want children. I had my only two children, both sons, with my second husband, and we were married for 13 years. My youngest son, Marty, has had a difficult time with life and spent 11 years in prison for crimes related to methamphetamine. He has been out of prison two years but life as an ex convict is hard. I was married to my third husband seven years. My fourth husband was in the penitentiary when I married him in 1988; he was an alcoholic. Our marriage lasted two years. My fifth marriage lasted seven years. I have been single since 1999. When the preacher's wife wanted to introduce me to a man recently, I told her I was not interested. I must have stupid written across my forehead. Even if a man had "God sent me to you" tattooed on his forehead, I would question it. My greatest regret is not staying with my second husband and making our marriage work.

Gelene and Ernie had a terrible marriage and she got no affection from him. Gelene was hard on Kenny. Something about him reminded her of Ernie and she took it

--1--

NR

out on him.  Kenny never got affection from Gelene.  Gelene did not have a good relationship with her own mother, Hattie, who was never very affectionate. Gelene felt that she was the child never liked by her mother; she felt she was the black sheep in the family. I guess if you don't get affection, you don't know how to give it and so Kenny suffered from the lack of it from Gelene.

My sisters and I know something about the difficulty of raising children.  Two of my sisters each have a son who is bipolar, and it is a challenge for a lifetime.  It never goes away.

My sister Linda and I used to babysit Kenny and saw him on and off through his teens and at family reunions. He was a pretty, little boy but very hyperactive.  We kept track of him as he grew up.  Gelene had me and Linda pick Kenny up from Eastern State after they had him committed.  He stayed with me in Kellyville that first week. It was apparent how much Kenny loved Abby and he could not get his mind off her.  He was very paranoid, being without her. Gelene hoped that by staying with us he would be in a new environment and do better.

After Kenny and Abby divorced, Kenny built his cabin next to his mother's house in Vian.  When we visited Vian, we went over to Kenny's cabin and went inside. We got along wonderfully.  The last conversation I had with Kenny was in 1995-96 when my husband at the time and I visited Gelene.  Kenny came by to visit. It was clear to me that Kenny was studying life and thinking deeply, trying to figure things out. I remember he said, "'Aunt Nona, how do you know there's a God?" I took him to the window and

-2-

NR

said, "See how beautiful that is." He agreed but asked me "Why can't we see God?" I tried to explain to him that the Bible says that if we worship God in spirit that we will see His truth. I explained God was just like the wind. We can see the leaves blowing in the wind but we cannot see the wind. God is the same thing as the wind in those leaves. Kenny told me that no one had ever explained it that way to him before, in a way that he could understand it. He thanked me.

I feel bad about what has happened. I have beaten myself up a hundred thousand times for letting Kenny down at a time when he was asking for help, wondering what I could have done, knowing that I should have done more. My only excuse is that my mother was dying at the time. I feel like the whole family failed him. I know I have. I feel it in my heart. I really do love Kenny. The pity of all this is I know Kenny and he was not a violent person, troubled but not violent.

An investigator working on Kenny's case asked me to provide this declaration. I did not write the declaration myself but I have read it carefully and it says what I told the investigator during our meeting.

I declare, under penalty of perjury, that the foregoing 3-page declaration is true and correct.

Executed by me this _5_ day of March 2009, in __Creek__ County, Oklahoma.

*Nona Reich*

Nona Reich

–3–

NR