**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

_____

**EXHIBIT 106**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

_____

6:09-cv-00105-RAW    Document 72-55    Filed in ED/OK on 09/25/09    Page 2 of 5

# Sequoyah County Democrat

QUOYAH COUNTY DEMOCRAT VOL. XIX. NO. 28    SALLISAW, OKLAHOMA, JULY 10, 1925.    STAR-GAZETTE, VOL. 31, NO. 28

## THE OFFICIAL COUNTY PAPER—THE PAPER THAT IS READ

# SEQUOYAH COUNTY LEADS AT TAHLEQUAH NORMAL

## Enrollment Records Show This County Far Ahead

Through the courtesy of J. H. Dodson, superintendent of the Roland schools and now instructor at the summer term at Northeastern State Teachers College at Tahlequah, we are to give below a list of one hundred twenty-two folks enrolled there this year in study and training in their chosen sections. The list is an extended one and we are advised that Sequoyah county heads the honor list in attendance this year. This speaks well indeed for the county and discloses a desire on the part of those in the teaching profession to increase their fund of knowledge and better equip themselves to place Sequoyah county on a higher rank in every department. Prof. Dodson also enclosed an interesting notes relative to the work of the Sequoyah county colony, which will be of interest to our readers. Following is the list of names:

Acton Joyce Akins, Edmund Strong, Lola Aston, Theo Brodie, Hattie Barnes, Pearl Barnes, Bess Eck, J. F. E. Bass, Glena Bange, Jean Lechard, J. V. Downing, Verna Brackett, Mrs. Lyda Bradley, Ike Bradman, Thelma Brisco, Hallie Brown, Leonard Bumpers, Fannie Bell, Theodore Casey, Nettye Conde, Thelma Deese, A. W. Dodson, Mrs. Dodson, Maurice Dodson, J. H. Dodson, Mrs. Kate Dorcas, Lola Dorcas, R. E. Downing, Winnie Estep, Dorothy Eichling, Ida Eppler, Max Eason, Jewell Fine, Clara Folsom, Fox, Harriett Frye, Fray Fulton, Fulton, Lola Garretson, Norma Gaston, J. W. Gilbert, Mrs. Flora Gilbert, Ida Gilbert, Stratton Goins, Hammett, Leta Harden, G. S. Henson, Mrs. G. S. Harmon, Suie, E. R. Haskins, Ruby Walton, Watkins, Marie Watkins, Son Wilson, Mrs. Margaret Wilson, Odie Wofford, Jettie Wood, Floyd Akins, Elizabeth Ratcliff, Harrie M. M. Black, Otal Wilson, J. Dson, Mae Pinkerton, Pearl Pinson, Eula King, Mrs. E. R. Hastings, Margaret Hastings, Esse Helms, Maude Hill, Max Holcomb, John Holycross, Ferrin Holcomb, R. L. Howell, B. Howell, James Humphrey, Humphrey, Lucille Jones, Edith Ken, Beulah Keck, S. S. Kirk, Kuykendall, Mrs. Byrda Kuykendall, Ona Lea, Lee J. Lewis, Mrs. Lewis, Mittie Lillard, Mayme Lindsey, Vanest Mayo, Ben F. Mills, Mrs. Mills, Ruth Mize, Winnie Moss, Vida Nichols, B. F. Oliver, Edna Oliver, Edna Pattycord, Edith, Ora Lee Pinner, Gertie Reed, Noel Ross, Elvis Rowland, Othel, Mrs. Mary Scott, Guy R. Ween Sharp, Wade R. Shumate, Anderson, Pansy Stewart, Jennie Taylor, Margie Thompson, Ruth R. H. Walkup, Mrs. J. H. Minnie Walker.

### Normal Notes

W. Gilbert principal of Liberty, Sallisaw, was elected president of graduating class of the Junior.

Field service is being given to all folks who wish to take it. Many are taking advantage of this opportunity.

Many of the Sequoyah county teachers are spending the week end taking the picnic.

### TWO NEWSPAPER BOYS ARE PROUD FATHERS

Cas A. Carr, formerly connected with The Democrat but associated with the Johnson Credit company since last November is the proud father this week of a fine seven pound baby girl who arrived last Sunday. The mother and babe are doing fine and Cas wears a smile that will not come off. On Monday, July sixth, Fred Green became the proud and adoring father of a nine pound baby boy. He (Fred) joined The Democrat staff on that same date that the boy arrived but has found it hard to get his mind centered upon his work. The mother and boy are both making splendid progress.

### JIM TAYLOR RENAMED COUNTY COMMISSIONER CHAIRMAN

When the new board of county commissioners qualified last Monday morning and proceeded to organize, J. A. (Jim) Taylor from district number three was unanimously chosen as chairman to succeed himself. He has served for two years past in this important position and the honor bestowed upon him Monday is well deserved, for no man in the county perhaps knows county affairs and the county's business as thoroughly as does Mr. Taylor. J. A. Wofford, able and qualified Commissioner from district one has served for two years past also and rendered splendid service. His work was well enough thought of by his people that he was returned to office following a most bitter fight and in a district thought by many to be Republican in politics. R. L. Horn, who replaces W. E. McConnell in district two, is the third member of the new Board and returns to official duties following a lapse of several years. He comes well equipped to render excellent service, by reason of his previous service on the Board and his wide knowledge of road affairs and county business generally. The new Board is indeed an able one and the county may expect big doings during the next two years.

The newly organized Board got down to business immediately and cleared the decks for action. Much important road and bridge work faces the three members and they expect to map out and carry into effect an extensive program. The estimates of the various county offices are to be examined soon also, preparatory to final accountability by the county excise board. Many road overseers and seekers for official place were here on Monday also, presenting their claims and applications for reappointment. The Board met again on Tuesday to complete the work started on Monday and to consider any unfinished business that might be presented.

### FRED MERSHON ASSUMES DUTIES AS SUPT. OF SCHOOLS

Monday of this week witnessed assumption of the duties of County Superintendent of Schools by Fred Mershon, elected last November by the voters of Sequoyah county. He took over the reins of office from Lee J. Lewis who retires to enter school work in Muskogee county. Mr. Mershon is not a novice in school work and comes to this office with a world of knowledge and experience gained in earlier years in this part of Oklahoma. He is oftimes referred to as "the father of Sequoyah county schools" and has done more perhaps to establish and build up the school system in this county than any other man. He held the office a number of years ago, but retired from official life during 1922 and 1923 and engaged in the oil business at Eldorado, Arkansas, for a longer period. Everyone is invited and urged to attend the nightly meetings.

### CHRISTIAN CHURCH TO OPEN BIG REVIVAL

Announcement was made this week by officials of the Christian church that a big revival meeting would open next Sunday, July twelfth in their church, led by Evangelist Harrison Lewis of Muskogee. This revival follows closely the recent revival of the Nazarene church. A good choir is being organized to conduct the musical service. Evangelist Lewis delivered a sermon here quite recently and impressed his hearers as being a most effective speaker, and arrangements were started at once to open a big revival meeting. He is a noted evangelist and comes very highly recommended. The meeting will be conducted for two weeks at least, and possibly for a longer period.

### COTTONWOOD

The revival meeting is getting better all the time. Houston Martin, Wade Vaughn, Hanna Turner and Jeff Shackelford were converted Saturday night.

Son Wolf and Farer Hitts were married Wednesday night.

### MRS. CALLIE LEATHERS IS SERIOUSLY ILL

Friends of Mrs. Callie Leathers are greatly worried the past week because of the serious illness which she has been suffering since Thursday, July 8, when she became suddenly stricken immediately following the noon meal and as she had started back to her duties in the county treasurer's office. It was at first thought that the attack was acute indigestion, but this idea was soon dispelled and it became apparent that the illness came from a serious ailment at the base of the brain. She has been unconscious since the day of the attack and close family friends fear for her recovery. Attending physicians are keeping close vigil, and a trained nurse was called into service on Monday of this week. Relatives of the family have arrived throughout the week, to render whatever assistance and aid that it was possible to give. As we go to press the belief prevails that the chances of recovery are remote.

### OAK STREET TO BE OPENED AT ONCE

The city commissioners in session Tuesday evening, passed the necessary resolution ordering the opening of Oak street north across the Missouri-Pacific tracks. The news will be most welcome to those citizens who live north of the tracks and who have hoped for years that a good street might be opened to traffic. This has been impossible heretofore because of title to the land, and complications arising out of the original plat made and the way the streets and the city were laid out. The new street extends north from the First National Bank and Citizens National Bank corners across the track, and past the R. T. Kellsam and George Daniel homes. The street will pass between those two houses and the small alleyway on the east side of the Kellsam home will be closed to traffic. Sidewalks can now be builded and a well graded street can be maintained. Many of the nicest homes in the city are located on the north side and many new homes will be builded in future, with the opening of this important street.

### HINES WINNER IN GOLF TOURNEY

Leland Hines is golf champion of the Sallisaw Country club. He won this title when he defeated Roy Frye, 5 up. Frye was at first the picked winner, but Hines worked himself up from the start and defeated everything. Leslie Hines is winner of class B, and Mrs. J. L. McDaniel is winner of the ladies tilt. Leslie Hines defeated Floyd Green in a close match, 3 up. Mrs. J. L. McDaniel, a champion since the organization of the club won her match easily from the very start, defeating Miss Bass Hall, 7 up in the finals.

### BIG PIE SUPPER TO CLOSE CHAUTAUQUA

The chautauqua course has occupied the time of everyone this week, pied both afternoon and night programs each day. The course ends tonight (Friday) with a splendid number— "The Musical Mozees," featuring Baby Harold Chester. The Friday evening program also includes Koti Woodman, cartoonist. The week of varied entertainment started off on Monday with Woods quartet and full ringers and continued each afternoon and night with good attendance and close attention. Many complimentary remarks have been heard from those who listened to each number. The humorous lecture on Tuesday evening by Denton C. Crowl was particularly appreciated, picturing as it did the everyday problems of life and pointing the way to a solving of those problems. The ticket sales were far from what was expected and fell far short. The guarantors whose names were affixed to the contract were forced to make good the deficit.

Tonight a big pie supper and popularity contest is to be had. The doors will be thrown open free to everyone who wishes to come. The regular program will be given as usual and immediately following, the pie supper and contest for the most popular young lady and handsomest young man, will be carried on. This big pie supper is being arranged to help clear the big deficit and everyone should respond and should bring with them one or more friends. The program—all is worth attending, and following the big fun will start.

### WALTER HAMPTON TO OPEN MODERN GARAGE

Walter Hampton this week closed a deal for the purchase of the large brick building immediately east of the Bonham hotel, occupied recently by the L. C. Corley garage, and is working out plans for the opening of a modern garage and filling station. His plans contemplate tearing out the present front and building a drive-in filling station. He has been connected with the Reuger-Frye Motor Co. for several years past and is an experienced mechanic and garage man. The location is a splendid one and has been used for years past as a garage and auto sales room. The present occupants have made no definite plans as to a new location, and will probably not vacate the present room until next month.

### FRED GREEN OF AKINS JOINS DEMOCRAT STAFF

Fred Green, superintendent of the Akins schools this week joined the working staff of The Democrat and assumed his new duties on Monday. He served as superintendent of the Akins schools last year and had contracted to teach the summer term starting this month, but obtained a substitute whom acceptance was made of the offer to enter the newspaper game. He is new in newspaper work but is entering with the intention of making it his life's work. Enjoying a wide acquaintance in the eastern part of the county, and also in the teaching fraternity, and being a graduate of Sallisaw high school equips him admirably for entrance into newspaper work in Sequoyah county. The Democrat force welcomes him and believes that the public generally will feel that a wise choice has been made. He will take over the advertising and news features of the paper just as quickly as experience can equip him for that work.

### RAYMOND DRAKE NARROWLY ESCAPES SERIOUS ILLNESS

Raymond Drake, popular and efficient clerk of the district court, is slowly recovering from a ten day attack of fever which for a time threatened to become serious. Attending physicians felt that for days he was on verge of an attack of typhoid fever but by careful treatment and watchful care, the attack was avoided. He was confined to his bed for more than one week but is now able to be back.

### MANY ATTEND I.O.O.F. HOMECOMING AT CHECOTAH

Several Sallisaw members and their families attended the annual Odd Fellow homecoming held at the Orphanage at Checotah last Monday July 6. More than 1500 members of the order from over the state were in attendance at the affair. A great picnic and program was held in the afternoon.

Those who attended the affair from Sallisaw were: Mr. and Mrs. Chas. W. Anderson, Mr. and Mrs. J. H. Thompson and family, Mr. and Mrs. E. S. Spears and family, Mr. and Mrs. Aulda Rosson and family, Mrs. Tucker and son John, Carnell Leach, Looney McCoy and Mr. and Mrs. William A. Timmerman.

### ROSS TAYLOR MAKES FIRST DONATION IN ORPHAN DRIVE

Ross Taylor, member of Carnie Welch post here and a sick and disabled world war veteran has the honor of being the first person in Sequoyah county to donate to the big Legion Endowment Fund drive which starts today (Friday). He is in the Government hospital at Little Rock, Arkansas, and on Tuesday of this week mailed his check to County Chairman Harry Pitchford for $10 with the wish that he could give more. He has been a government patient for three years past, suffering from illness and disability received while doing service in France and his magnanimity and big hearted desire to do his bit in this greatest drive since the war continued, proves beyond question that the effort will succeed and that it is worthy. Ross has a wife and three small kiddies who live here in Sallisaw and who depend entirely upon his limited hospital pay for a livelihood, but he saved out a sufficient amount in start off the big drive and show his fine spirit in putting Sequoyah county over the top in the fund drive. He spent three weeks here this spring with his family and had laid his plans to be here and assist in every possible way when the drive started, but last month became so ill that he was forced to return to the hospital. If this donation by one of Sallisaw's sick and disabled vets is a criterion, then the quota for Sequoyah county will go over in great shape—and possibly with be doubled.

### POOL HALL APPLIED FOR AT MOFFETT

County Judge W. S. Moore on Wednesday of this week held a public hearing in the district court room in connection with the recent application made by L. N. Cantrell and J. W. Pressley for a permit to open a pool and billard hall in the town of Moffett. The hearing was largely attended by citizens of Moffett who came here to testify, and offer personal views as to the advisability of granting such a permit. The Oklahoma laws vest the county judge of each county with authority to grant permits of this character. No pool or billiard halls have been permitted to run in Sequoyah county since soon after statehood and opposition has been voiced each time that individuals have taken steps to secure such a permit. The applicants in this case were represented before the county court by Judge Thos. J. Watts who presented the reasons for believing that a pool and billard hall would not prove offensive or a nuisance. Fifteen or more citizens were questioned closely by Judge Moore concerning the effect that a pool hall would have upon the town from every conceivable angle. The application by Messrs. Cantrell and Pressley was made soon after the closing of the pool and billiard rooms in Fort Smith last month. Judge Moore continued the hearing until Wednesday, July 15, at which time additions to citizens will be secured and other citizens examined and questioned concerning the advisability of granting such a permit.

Mr. and Mrs. L. T. Newlon and daughter, Betty, returned home first part of the week.

## Abe Dotson, Well Known Marble City Farmer, Shot to Death

### Killed at Home of John Wallace, a Near Neighbor

Sequoyah county's long list of homicides was made larger on Wednesday of this week, when Abe Dotson well known farmer and stockman of Marble City was shot and killed five miles northwest of that town by Henry Edwards, aged 24, at the home of John Wallace, farmer.

The killing occurred about 9:00 a.m. and within one hour and a half thereafter, Sheriff John E. Johnston and County Attorney Harry Pitchford were at the scene making full investigation and securing statements from those who knew any details whatever as to causes surrounding the case.

From the meagre information at hand, it seems that Abe Dotson, Tom Dotson, Henry Edwards, Merl Edwards and John Wallace live in the same immediate community, and that Wednesday morning Abe Dotson and the Edwards boys went to the Wallace home to get some barber work done. While there a minor quarrel ensued which was thought nothing of and in which no one took any exception. When Dotson and the Edwards boys started away from the house, it is said that Dotson drew a butcher knife and started after Henry Edwards. Edwards ran back into the Wallace house, grabbed a double barreled 12 gauge shotgun, turned in the doorway and called to Dotson to halt. Dotson took a step forward at the gate and Edwards fired, the shot striking Dotson in the right shoulder and breast. He fell and rolled four or five steps from the gate, and according to one eye witness, Edwards fired another shot which struck Dotson in the left ear and temple. Mrs. Wallace witnessed the tragedy, her husband was at the barn back of the house. Dotson lived fifteen or twenty minutes but was unconscious and could make no statement. The Edwards boys, who are cousins, left soon after the tragedy and rode to the home of Deputy Campbell Belior, who lives near Sycamore school house, and surrendered. Ben Crawford, deputy sheriff at Marble City, happened to be in the vicinity of the killing and rode up to the Wallace home very shortly after the killing and shortly after the departure of the Edwards boys. He heard the shots that were fired and which killed Dotson. Deputy Belior brought Henry Edwards to Sallisaw at once, and placed him in the custody of Sheriff Johnston. Merl Edwards, the cousin who witnessed the tragedy, accompanied them to Sallisaw. All of the parties made statements to Sheriff Johnston and County Attorney Pitchford. Edwards was lodged in jail pending his preliminary hearing which will be held probably next week.

Tom Dotson, a brother of Abe Dotson has some personal difficulties with John Wallace at whose home the tragedy occurred, last Saturday and was brought to Sallisaw and placed under arrest yesterday. It is not believed however that this trouble had any connection whatever with Wednesday's killing. None of the parties were drinking, as was at first reported and all were in good humor and good spirits apparently. The quarrel and the killing occurred so suddenly that it hardly seemed possible.

Abe Dotson was a brother of Berry Dotson who was killed by Constable Nicholson at Ramona, Oklahoma, about two years ago. He was also an uncle of Mack Dotson who was killed on the streets of Marble City on March 9, 1923 by Jeff Kirk. He was the third member of the family to "die with his boots on" within a period of two years. See Dotson, a son of Berry Dotson and nephew of Abe Dotson, is a fugitive from justice at this time and has been wanted for more than a year upon bank robbing charges. He is thought to be in hiding in the Cookson country and by many is credited with having committed.

# The Vian American

VOLUME 1        VIAN, SEQUOYAH COUNTY, OKLAHOMA, JULY 10, 1928.        NUMBER 3

## OB TOWRY KILLED BY TRUCK

River Fails to Observe Crossing Stop Law and Throws Five Men Off.

The entire community was shocked and grieved last Friday morning when the news was wired from Sand Springs that R. L. Towry, brother of N. H. Towry of this city had been thrown from a truck and instantly killed while going to work that morning.

Mr. Towry with six other men were on a truck going out to work and in attempting to make a railroad crossing on a sharp curve, going at high speed, the driver failed to obey the crossing stop law and as the crossing was a rough one, the truck was partly overturned to the extent that five of the men were thrown off. Mr. Towry struck the rail or a tie in such a manner as to crush the skull, from which he died instantly. One other occupant suffered a broken leg and the other three men escaped with slight bruises.

The driver of the truck, whose name we failed to get, was arrested immediately after the accident on a charge of man-slaughter and was confined in the Tulsa jail.

Mr. and Mrs. E. S. Towry of Sallisaw, accompanied by D. E. Towry of Stilwell and H. N. Towry of Vian, left immediately upon receipt of the tragic news, going by auto to Sand Springs, where funeral services were held and the body interred in the Memorial City cemetery on Saturday, July 4th.

The deceased was 51 years of age and was well known to a large number of our citizens, having resided and engaged in business here several years ago, and established here, as well as at other places where he has lived, a reputation for honesty, reliability and good citizenship. He is the first death among the children of his family, and leaves to mourn his death the mother, Mrs. O. C. Towry and five brothers and three sisters, viz: Brothers— J. J. and D. O. Towry of Stilwell, J. W. Towry of Sulphur, H. N. Towry of Vian and E. S. Towry of Sallisaw. Sisters— Mrs. J. R. Plunkett of Charleston, Arkansas, Mrs. Ed Craven of Scranton, Arkansas and Mrs. Joe Stephens of Okmulgee, Oklahoma.

The American wishes to join the many friends of this estimable family in their expressions of sympathy.

George McCoy of Muskogee was in town Wednesday of this week looking after business matters.

## ACCIDENT AT GANS WELL

Monday morning about eleven o'clock the boys working at test well Gans Gans hit the hole which let away which cut-of same to explode and tear down the rig, destroy several hundred feet of the cable and tear up many parts of the machinery.

Those who were at the scene at the time say it was wonder that no one was hurt.

The rig fell to the ground and was practically demolished.

Contractor Robert Dooley has already begun the erection of the rig and will be back at work in record time we understand.

## CHEERS FOR H. B. 4

The Tulsa World rejoices that the referendum on H. B. No. 4 lost.

The opinion of the attorney-general that presidential electors are state officials puts an end to the demagogic attempt to refer H. B. 4 to a vote of the people. If it had been so referred, even a reasonable campaign of education would have resulted in its overwhelming adoption for the late legislature enacted no more constructive beneficial law. Factional policies and demagogic pretense done instilled the attempt to make of that law something injurious to the public and its interests.

It may be the matter will go to represent the state in the electoral college, which exists for the purpose of electing a chief executive of the union composed of various states. And very specifically the constitution provides for the election of a chief executive by the states and not by the people directly.

As a matter of absolute fact, there are but two elective officials in the entire scheme of government that are not state officials. These are the president and vice-president. The remainder of elected officials are state officers, selected by the states for the purpose of constituting the proper state representation in the conduct of the federal government.

## FISHING ON THE ILLINOIS

C. M. Gay, George Barker and Chas. O. Frye spent the 4th on the Illinois river fishing.

By special arrangements they met a party from Tulsa composed of county and district officers of that place and Messrs Gay and Barker furnished the fish for the crowd.

Sunday, Messrs Gay and Barker joined a Vian crowd and had a great fish fry which was enjoyed by all.

## ABE DOTSON KILLED
### BY HENRY EDWARDS

Home of John Wallace Scene of Tragedy Wednesday Morning

A wire was received at the sheriff's office Wednesday morning calling Sheriff John E. Johnston to Marble City with the information that Henry Edwards had shot and killed Abe Dotson, both of that place.

Within an hour Sheriff Johnston and County Attorney Pitchford went at the home of John Wallace, the scene of the killing, which had occurred about 9:00 o'clock, and Edwards was placed under arrest.

The full details of the tragedy could not be ascertained at the time we go to press with this issue more than that Edwards had fired two loads of "B. B." shot into Dotson using a double-barrel shotgun, one load entering the body through the right shoulder and the other going into the head and the left ear.

It seems that Ben Crawford, deputy sheriff at Marble City was within 300 yards of the Wallace home at the time of the shooting and met Edwards and another boy coming that way, but did not know of the tragedy until he arrived at the Wallace gate where he found Dotson dying.

Dotson was forty-five years of age and is survived by his wife and five children. His body was removed to his home, about four miles southwest of Marble City.

Edwards was taken to Sallisaw and placed in the county jail to await preliminary.

## MARKETING EXPERT VISITS SEQUOYAH COUNTY

On Wednesday of this week J. Robt. Wiley of the Chamber of Commerce of Tulsa county and who is employed by this body to assist in the marketing of eggs from the Eastern Oklahoma counties and who an expert along this line, spent the day here working with our county agent in explaining the plan of marketing the eggs, and while here put on some demonstrations in this work with some of our poultry men of the county, explaining to them the methods employed by the government in classing and grading eggs and under which eggs are being marketed at this time.

For some time Oklahoma eggs have been penalized by being dumped on the Eastern market on account of not being properly classed and graded, by which this state, being one of the leading states in poultry production has lost and is losing at this time, millions of dollars each year on this account.

Mr. Wiley explained, while putting on the demonstration that the government grades of eggs were all in three classes as follows: Extras, Standards and Trades, with the following qualifications that is required under each grade.

Extras must weigh at least 24 ounces to the dozen, be fresh, clean strong and infertile. Standards—Clear, strong, fresh, can be fertile if properly handled and must be uniform. Trades—Includes culls, must be fresh, dark yolks, cracks can go in this class if not leaking, and must not show any sign of blood rings or clots.

While in the county, Mr. Wiley stressed the importance of pushing the work of swatting the rooster campaign, which has been started in this and other parts of the state so that more infertile eggs can be produced. The demand is such for this high class of eggs that is impossible, at this time, to get the supply of eggs to fill the demand which is coming in at this time, for eggs of this class.

While in Sallisaw, the egg market was investigated, and found that some of the produce men were still

## take until they take advantage of

this opportunity being afforded them in this egg marketing deal.

While here Mr. Wiley was well pleased with the poultry development he found, on his short stay in the county, and assured our County Agent he would be glad to return to this county and assist him in developing the poultry, as it should be, not only from a quality and production standpoint, but go into the marketing game and assist in the sale of eggs and poultry so that this line of farming can be placed on a more profitable basis here.

## TWO DAYS' OUTING

A two days' outing on the Illinois river was enjoyed July 4th and 5th by several families of Vian consisting of A. D. Booher and family, Ed Whiteside and family, W. P. Davis and wife, Irwin Lay and family, Gould Moore and family, C. C. Howard and family, S. A. Fee and family and were later joined by R. W. Armstrong and family, W. T. Wilson and family.

Everyone had a most wonderful time both days, the light showers of rain not affecting the pleasure of the trip one bit and the few mosquito bites helped each one to realize they were out on the river in a camp and act at home in a comfortable bed.

Sunday morning several of the party decided they would return home for Sunday School, but as the time drew near some one suggested that they hold Sunday School on the creek, which they did with everyone taking part.

Some of the more thoughtful took with them their Sunday School quarterlies and in one big class the lesson for the day was read and studied by all.

C. M. Gay and George Barker furnished the fish for a great fish fry which was held at the noon hour Sunday with about ten visitors from Tulsa joining in with the Vian party.

## O. G. & E. APPLIES FOR REDUCTION IN POWER RATE

Household Appliances Would Be Installed Where New Rate Would Be Effective

Oklahoma City, July 3.—Application for permission to apply a reduced rate on current for electrical heating and power appliances was filed today with the state corporation commission by the Oklahoma Gas & Electric company. The new rate effects sixty-two Oklahoma towns, and if granted would become effective as of July 1.

The application was filed with B. P. Stockwell, gas and electric engineer for the commission. Stockwell said he would submit it with his recommendations to the commission within the next few days.

The rate would be 3.15 cents net per kilowatt hour for all current over eight kilowatts used in a household during a month, according to the application. While the primary rate for the first four kilowatts in a month varies in the different towns it averages about ten cents a kilowatt.

A charge of 7.2 cents per kilowatt would be made for the next four kilowatts used and the flat rate of 3.15 cents would apply for all additional current.

Current for all household purposes would be supplied through one meter instead of the rate would be allowed in two blocks in which appliances made a quantity of at least three kilowatt hours per month have been installed. Electric refrigerating machines, range water heaters and all motor driven appliances of less than one horsepower are included in this classification. Stockwell

Ed Lee of near Gore was in Sallisaw Monday of this week where he was looking after the interest of a road which he and his neighbors want made a state highway. Ed is a very public spirited man.

## REAGER FRYE MOTOR COMPANY, NEW FIRM AT SALLISAW, OKLA.

We wish to call the attention of readers of the American to announcement advertisement of Reager-Frye Motor Company of Sallisaw. This new firm succeeds Max Reager as authorized dealers of Ford products in Sallisaw. The new firm will rebuild the interior of the present plant, enlarging the floor space and add additional equipment to the garage department, that will equal any Ford agency in cities the size of Sallisaw. The owners of the plant at Sallisaw are well known to Vian people. Chas. O. Frye, the new member was formerly active head of the Sequoyah County Democrat, a newspaper at Sallisaw, during the past ten years. He is a splendid business man and will have charge of the plant, while Mr. Reager will head the sales and service department. He is considered one of the best automobile dealers in Oklahoma and is one of the oldest dealers in point of service in the state, having been the Ford dealer at Sallisaw during the past fifteen years.

## TAKES OATH OF OFFICE

Monday of this week was a very busy day at the county seat because some changes were made in the county officials on that date. Those that were elected at the last general election on last November and had not taken their oath of office did so on that date. Those who took their places as officers to act for the welfare of all concerned were:

County Superintendent—Fred Marchan.

Commissioners—Bud Horn, District No. ...; A. Taylor, District No. ...; ... ford, District No. 1.

## Our Motto:

# "Safety First"

# Men and Money

## Make This Bank Secure

There are two ways of measuring the strength and standing of a bank. In the first place money resources—capital and surplus—give it financial strength.

In the second place—and perhaps even more important—are the men, the officers and directors. They give the bank character, determine and execute its policies.

This is a strong bank, a helpful bank because



### RIDE 'IM, COWBOY

6:09-cv-00105-RAW    Document 72-35    Filed in ED/OK on 09/25/09    Page 4 of 5

# The Vian American

VOLUME I      VIAN, SEQUOYAH COUNTY, OKLAHOMA, JULY 13, 1923.      NUMBER 3

## OB TOWRY KILLED BY TRUCK

Driver Fails to Observe Crossing Stop Law and Throws Five Men Off.

The entire community was shocked and grieved last Friday morning when the news was wired from Sulphur Springs that R. L. Towry, brother of N. H. Towry of this city had been thrown from a truck and instantly killed while going to work that morning.

Mr. Towry with six other men were on a truck going out to work and in attempting to make a railroad crossing on a sharp curve, going at high speed, the driver failed to obey the crossing stop law and as the crossing was a rough one, the truck was partly overturned to the extent that five of the men were thrown off. Mr. Towry struck the rail or a tie in such a manner as to crush the skull, from which he died instantly. One other occupant suffered a broken leg and the other three men escaped with slight bruises.

The driver of the truck, whose name we failed to get, was arrested immediately after the accident on a charge of manslaughter and was confined in the Tulsa jail.

Mr. and Mrs. E. S. Towry of Sallisaw, accompanied by D. E. Towry of Stilwell and H. N. Towry of Vian, left immediately upon receipt of the tragic news, going by auto to Sand Springs, where for and took the body with them and the body interred in the city cemetery on Saturday, July 4th.

The deceased was 51 years of age and was well known to a large number of our citizens, having resided and engaged in business here several years ago, had established here, as well as at other places where he has lived, a reputation for honesty, reliability and good citizenship. He is the first death among the children of his family, and leaves to mourn his death the mother, Mrs. G. C. Towry and five brothers and three sisters, viz: Brothers— J. J. and D. E. Towry of Stilwell, J. W. Towry of Sulphur, H. N. Towry of Vian and E. S. Towry of Sallisaw. Sisters— Mrs. J. R. Plunkett of Charleston, Arkansas, Mrs. Ed Cravens of Scranton, Arkansas and Mrs. Joe Stephens of Okmulgee, Oklahoma.

The American wishes to join the many friends of this estimable family in their expressions of sympathy.

George McCoy of Muskogee was in town Wednesday of this week looking after business matters.

## ACCIDENT AT GANS WELL

Monday morning about eleven o'clock two boys working at test well near Gans got the bus wheel got away which caused same to explode and tear down the rig, destroy several hundred feet of the cable and tear up many parts of the machinery. Those who were at the scene of the trouble say it was wonder that no one was hurt.

The rig fell to the ground and was practically demolished.

Contractor Robert Dooley has already begun the erection of the rig and will be back at work in second time we understand.

## CHEERS FOR H. B. 4

The Tulsa World rejoices that the referendum on H. B. No. 4 lost.

The opinion of the attorney-general that presidential electors are state officials puts an end to the demagogic attempt to refer H. B. 4 to a vote of the people. If it had been referred, even a reasonable campaign of education would have resulted in its overwhelming adoption for the two legislature enacted no more construct ive beneficial law. Factional politics and demagogic pretense have bottomed the attempt to make of that law something injurious to the public and its interests.

It may be the matter will come to naught the time in the coming election, which exists for the purpose of electing a chief executive of our union composed of various states. And very specifically the constitution provides for the election of a chief executive by the states and not by the people directly.

As a matter of absolute fact, there are but two elective officials in the entire scheme of government that are not state officials. These are the president and vice-president. The remainder of elected officials are state officers, selected by the states for the purpose of constituting the proper state representation in the conduct of the federal government.

## FISHING ON THE ILLINOIS

C. M. Gay, George Barker and Chas. O. Frye spent the 4th on the Illinois river fishing.

By special arrangements they met a party from Tulsa composed of county and district officers of that place and Messrs Gay and Barker furnished the fish for the crowd.

Sunday, Messrs. Gay and Barker joined a Vian crowd and had a great fish fry which was enjoyed by all.

## ABE DOTSON KILLED
### BY HENRY EDWARDS

Home of John Wallace Scene of Tragedy Wednesday Morning

A wire was received at the sheriff's office Wednesday morning calling Sheriff John E. Johnston to Marble City with the information that Henry Edwards had shot and killed Abe Dotson, both of that place.

Within an hour Sheriff Johnston and County Attorney Pitchford were at the home of John Wallace, the scene of the killing, which had occurred about 9:00 o'clock, and Edwards was placed under arrest.

The full details of the tragedy could not be ascertained at the time we go to press with this issue more than that Edwards had fired two loads of "B. B." shot into Dotson using a double-barrel shotgun, one load entering the body through the right shoulder and the other going into the head and the left ear.

It seems that Ben Crawford, deputy sheriff at Marble City was within 300 yards of the Wallace home at the time of the shooting and met Edwards and another boy coming that way, but did not know of the tragedy until he arrived at the Wallace gate where he found Dotson dying.

Dotson was forty-five years of age and is survived by his wife and five children. His body was removed at about four miles southwest of Marble City.

Edwards was taken to Sallisaw and lodged in the county jail to await preliminary.

## MARKETING EXPERT VISITS SEQUOYAH COUNTY

On Wednesday of this week J. Robt. Wiley of the Chamber of Commerce of Tulsa county and who is employed by this body to assist in the marketing of eggs from the Eastern Oklahoma counties and who is expert along this line, spent the day here working with our county agent in containing the plan of marketing the eggs, and while here put on some demonstrations in this work with some of our poultry men of the county, explaining to them the method employed by the government in classing and grading eggs and under which eggs are being marketed at this time.

For some time Oklahoma eggs have been penalized by being dumped on the Eastern market on account of not being properly classed and graded, by which this state being one of the leading states in poultry production has lost and is losing at this time, millions of dollars each year on this account.

Mr. Wiley explained, while putting on the demonstration that the government grades of eggs were divided in three classes as follows: Extras, Standards and Trades, with the following qualifications that is required under each grade.

Extras must weigh at least 24 ounces to the dozen, be fresh, clean, strong and infertile. Standards— Clear, strong, fresh, can be fertile if properly handled and must be uniform. Trades—includes culls, must be fresh, dark yolks, cracks can go in this class if not leaking, and must not show any sign of blood rings or clots.

While in the county, Mr. Wiley stressed the importance of pushing the work of swatting the rooster campaign, which has been started in this and other parts of the state so that more infertile eggs can be produced. The demand is such for this high class of eggs that is impossible, at this time, to get the supply of eggs to fill the demand which is coming in at this time, for eggs of this class.

While in Sallisaw, the egg market was investigated, and found that some of the produce men were out of the egg market on account of not

## take until they take advantage of this opportunity being afforded them in this egg marketing deal.

While here Mr. Wiley was well pleased with the poultry development he found, on his short stay in the county, and assured our County Agent he would be glad to return to this county and assist him in developing the poultry, as it should be, not only from a quality and production standpoint, but go into the marketing game and assist in the sale of eggs and poultry so that this line of farming can be placed on a more profitable basis here.

## TWO DAYS' OUTING

A two days' outing on the Illinois river was enjoyed July 4th and 5th by several families of Vian consisting of A. B. Bonher and family, Ed Whiteside and family, W. P. Davis and wife, Irwin Lay and family, Gould Moore and family, C. C. Howard and family, S. A. Foe and family and were later joined by R. W. Armstrong and family, W. T. Wilson and family.

Everyone had a most wonderful time both days, the light showers of rain not affecting the pleasure of the trip; one bit and the few mosquito bites helped each one to realize they were out on the river in a camp and at leisure in a comfortable bed.

Sunday morning several of the party decided they would return home for Sunday School, but as the time drew near some one suggested that they hold Sunday School on the creek, which they did with everyone taking part.

Some of the more thoughtful took with them their Sunday School quarterlies and in one big class the lesson for the day was read and studied by all.

C. M. Gay and George Barker furnished the fish for a great fish fry which was held at the noon hour Sunday with about ten visitors from Tulsa joining in with the Vian party.

## O. G. & E. APPLIES FOR REDUCTION IN POWER RATE

Household Appliances Would Be Installed Where New Tare Would Be Effective

Oklahoma City, July 3.—Application for permission to apply a reduced rate on current for electrical heating and power appliances was filed today with the state corporation commission by the Oklahoma Gas & Electric company. The new rate affects sixty-two Oklahoma towns, and if granted would become effective as of July 1.

The application was filed with R. P. Stockwell, gas and electric engineer for the commission. Stockwell said he would submit it with his recommendations to the commission within the next few days.

The rate would be 3.15 cents net per kilowatt hour for all current over eight kilowatts used in a household during a month, according to the application. While the primary rate for the first four kilowatts in a month varies in the different towns it averages about ten cents a kilowatt.

A charge of 7.2 cents per kilowatt would be made for the next four kilowatts used and the flat rate of 3.15 cents would apply for all additional current.

Current for all household purposes would be supplied through one meter instead of the two would be allowed in homes in which appliances, having a capacity of at least three kilowatts (or 3 per month) have been installed. Electric refrigerating machines, range water heaters and all motor driven appliances of less than one horsepower are included in this classification. Stockwell

Ed Lee of near Gore was in Sallisaw Monday of this week where he was looking after the interest of a road which he and his neighbors want made a state highway. Ed is a very public spirited man.

## KEAGER FRYE MOTOR COMPANY NEW FIRM AT SALLISAW, OKLA.

We wish to call the attention of readers of teh American to announcement advertisement of Keager-Frye Motor Company of Sallisaw. This new firm succeeds Max Keager as authorized dealers of Ford products in Sallisaw. The new firm will rebuild the interior of the present plant, enlarging the floor space and add additional equipment to the garage department, that will equal any Ford agency in cities the size of Sallisaw. The owners of the plant at Sallisaw are well known to Vian people, Chas. O. Frye, the new member was formerly active head of the Sequoyah County Democrat, a newspaper at Sallisaw, during the past ten years. He is a splendid business man and will have charge of the plant, while Mr. Keager will head the sales and service department. He is considered one of the best automobile dealers in Oklahoma and is one of the oldest dealers in point of service in the state, having been the Ford dealer at Sallisaw during the past fifteen years.

## TAKES OATH OF OFFICE

Monday of this week was a very busy day at the county seat because some changes were made in the county officials on that date. Those that were elected at the last general election on last November and had not taken their oath of office did so on that date. Those who took their places as officers to act for the welfare of all concerned were:

County Superintendent—Fred Morrison.

Commissioners—Bud Horn, District No. 2; J. A. Taylor, District No. 3; J. A. Wofford, District No. 1.

As a matter of cold fact, there is always a large abundance of parking space about seven miles from the place you intend to stop.

---

## Our Motto:

# "Safety First"

## Men and Money
## Make This Bank Secure

There are two ways of measuring the strength and standing of a bank. In the first place money resources—capital and surplus—give it financial strength.

In the second place—and perhaps even more important—are the men, the officers and directors. They give the bank character, determine and execute its policies.

This is a strong bank, a helpful bank because



### RIDE 'IM, COWBOY

(Copyright by R. R. Doubleday)

An animated tornado on four legs, 1,200 pounds of living dynamite—such is the "outlaw" bronk, scores of which will provide the chief thrills of the Chicago Roundup and World's Championship Rodeo, to be held for nine days, beginning August 18. Wiry and daring, coolest when facing almost certain injury—such is the buckaroo, standard type of the men who will fight it out with the "bad" horses in the Chicago contests.

Broncho busting calls forth all the courage that is traditional on the western ranges and a great part of the $80,000 in prizes appropriated by the Chicago Association of Commerce, under whose auspices the rodeo will be presented, will go to the men who will fight to stay for a few seconds on the hurricane decks of the "sunfishing," "skygrazing," squealing, fighting cayuses. When the courage of the buckaroo clashes with the lawless spirit of the broncho, the ride is always to a sensational finish. Tex Austin, famous



# oyah County Democrat

SEQUOYAH COUNTY DEMOCRAT

FRIDAY, JULY 10, 1925

## SOCIETY
### and Loc
### Happen

---

**Published every Friday at Sallisaw, Oklahoma**
RAY O. WEEMS, Editor and Publisher

### A Democratic Newspaper

the postoffice at Vian, Sequoyah county, Oklahoma, under ... 2nd, 1887, as second class matter.

second class matter, August 21st, 1914, at the postoffice at ... under the act of March 3rd, 1897.

... $1.50    One year out of county ... $2.00

### GUBERNATORIAL POSSIBILITIES

### CAREFUL DRIVING

---

## WOUNDED PRISONER BELIEVED TO BE FUGITIVE

The belief prevails with Sheriff John E. Johnston and his force of deputies that F. T. Daley who was wounded last week in a gun battle near Gans with Robert Russell, special agent for the K. C. S. railroad, may be a fugitive from justice...

## BROTHER OF E. S. TOWRY DIES AT SAND SPRINGS

E. S. Towry of this city, accompanied by Mrs. Towry, D. R. Towry of Stilwell and H. N. Towry of Vian, were called to Sand Springs last Friday...

## PRESBYTERIAN CHURCH

A. E. Arnfield, pastor
Sunday school 9:45. Our closing assembly will be utilized as a Junior church service...

---

## COMMISSIONERS PROCEEDINGS

July 6, 1925

The board of county commissioners met pursuant to recess with all members present and transacted the following business, to-wit:

3015 Claimant Harry D. Pitchford; traveling expenses; claimed $15.25; allowed. Fund Gen.

3016 Claimant J. T. Botting; mileage to county charge; claimed $1.50; allowed. Fund Gen.

3017 Claimant Lee J. Lewis; stamps; claimed $5.00; allowed. Fund Gen.

(Continued on back page)

---

## To My Patrons

I am back at my old stand east of First National Bank and am prepared to take care of your flat tires. I vulcanize tubes.
Phone 384

### Frank Weaver

## Don't Endure Foot Troubles

Don't let tired, aching feet, callouses, corns, bunions, weak and broken down arches mar your comfort and happiness. Come to our Foot Comfort Department today and let our Foot Comfort Expert show you how quickly and easily you can secure your Foot Comfort through the proper fitting of shoes and Dr. Scholl's Foot Comfort Appliances.

No charge for this service.

### McDonald & Matthews
"We Sell Everything"

## We are S

### CADDIES TOURNAMENT AROUSING GREAT INTEREST

A great deal of interest is being aroused by the caddies of the Sallisaw Country Club in their annual tournament now being held at the golf links west of Sallisaw.

## SUPPORT
### The Legion Endowment Drive
### IT IS WORTHY
Adv. No. 671



## THE NEW PICTORIAL REVIEW SIMPLIFIED PRINTED PATTERNS

are perforated, notched and cut out ready for use.

### Cherry & Winter
"We Appreciate your Business"
SALLISAW, OKLA.



The man who wakes up famous hasn't been asleep.

A BANK ACCOUNT IS A PACIFYING THING

The experience of those who keep a bank account bears testimony to this statement.

No man ever regretted anything about his account in a good bank except that the account was not larger. And when a man has an account at a good bank there is an incentive to make it grow, that he otherwise would not have.

"Ask the man who has one."



## YOUR BANK CAN HELP YOU

# FIRST NATIONAL BANK IN SALLISAW
1901    1925

### MARBLE CITY CITIZEN DIES

The many friends of the Marble City, John Cole were shocked last Sunday when it became known that he had been called in death on Saturday, July 4. He had been ill but ten days and many friends did not know that he was seriously ill. He lived about three miles northwest of Marble City, and was one of the most highly respected citizens in that community...