**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,     )
                                )

            *Movant,*     )

                                )

v.                            )     **Case No. 6:09-cv-00105-JHP**

                                )

UNITED STATES OF AMERICA,     )

                                )

           *Respondent.*  )

---

**EXHIBIT 107**

**TO KENNETH EUGENE BARRETT'S**

**AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

ACCIDENT DESCRIPTION NARRATIVE

| MONTH 9 | DAY 29 | YEAR 99 | 24 HOUR TIME 1230 | COUNTY Sequoyah | | | SHEET 1 OF 1 SHEETS ADMINISTRATIVE |

ON 9.29.99 At About 1230 Hrs Gary Philpot, Sallisaw Police Chief & MySelf Glen Smithson WERE At THE Sallisaw City Jail Watching Sheriff Johnny Philpot DRESS THE Gun Shot Wounds On Kenneth Barret THE Shooting Suspect OF Trooper Rocky Eales. Gary Made THE STATEMENT TO ME THAT Trooper Eales After He WAS Killed Left A Little Boy & A Wife. I Said Yes He HAD A Little 2yr OLD Boy & A Six Year OLD Girl, & THEY Will Never Remember THEIR Daddy WHEN THEY Grow up. At THIS Time Kenneth Barret Spoke up & Said AS I Recall, Yea THE Wrong Person Got Killed I Wish IT HAD of Been ME. I Said To Him THAT You ARE THE ONE THAT Pulled THE Trigger & Picked your Target He Said Yea But THEY Shot First.

END of Statement

Trooper M. Smith   408

Glen Smithson

Troop C

Muskogee OK 7/4/01

INVESTIGATOR'S SIGNATURE & BADGE NO                                    DATE

ACCIDENT DESCRIPTION NARRATIVE SHOULD CONSIST OF THE FOLLOWING PARTS:

1. SYNOPSIS
2. NOTIFICATION AND ARRIVAL
3. LOCATION DESCRIPTION
4. ARRIVAL AT SCENE
5. DRIVER IDENTIFIER
6. VEHICLE IDENTIFIER
7. PASSENGER STATEMENT(S)
8. WITNESS STATEMENT(S)
9. INVESTIGATION AT SCENE
10. OFFICER'S OPINION/CONCLUSION

DPS 0150-04