# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT )
                                                  )
           *Petitioner*,       )
                                                  )
v.                                          )      **Case No. CV-09-105-JHP**
                                                  )
UNITED STATES OF AMERICA    )
                                                  )
          *Respondent.*     )
                                                  )

## GOVERNMENT'S OBJECTION TO PETITIONER'S
## PROPOSED PROTECTIVE ORDER

**COMES NOW** the United States of America, by undersigned counsel, respectfully objects to Petitioner, Kenneth Eugene Barrett's, Proposed Protective Order (Doc. 68-2) regarding trial documents that may remain subject to a limited attorney-client privilege ("protected documents").

In the "Sequestration" paragraph of his proposed Protective Order, Barrett seeks the following:

> None of the documents identified in Paragraph 1, and no information contained therein or derived therefrom, shall be revealed to any person other than counsel of record for the United States and persons working under their direct supervision in connection with these Section 2255 proceedings, unless Mr. Barrett or his counsel previously made the information public.

(Doc. 68-2, ¶ 3.)  The government objects to this proposed limitation as overly restrictive and invasive.  Counsel of record for the United States must have the ability to freely communicate with their direct supervisors, as well as any subordinates, regarding the content of any protected documents relied upon in this litigation.

In the "Enforcement" paragraph of his Proposed Protective Order, Barrett seeks the following:

At the conclusion of the post-conviction proceedings, the United States shall file with this Court, and serve upon counsel for Mr. Barrett, a list of the names of all persons to whom any of the materials described in Paragraph 1, supra, or any information contained therein or derived therefrom, has been disclosed by counsel for the United States pursuant to or in violation of Paragraphs 3 or 4, supra. Prior to any retrial or prosecution of Mr. Barrett by the United States or State of Oklahoma, his counsel shall be notified of the names of all persons acting for or assisting the United States or State of Oklahoma in any way in such matter.

(Doc. 68-2, ¶ 5.) The government objects to the second sentence as invasive and overbroad. Barrett's proposal purports to limit the actions of the State of Oklahoma. The State, however, is not a party to this case, and counsel for the U.S. government has no capacity for controlling the actions of the state's various prosecutorial agencies. Even with regard to federal actions, Barrett does have any right to a list of "all persons" assisting any future, unnamed, prosecutions of him. Indeed, he has no need of such a disclosure to be assured that the government has respected his interests in the protected documents. Barrett's interests would be amply protected if anyone who receives access to the protected documents under this Court's ruling was required to disclose to the defense when he or she became involved in any future prosecution of Barrett for offenses arising from the murder of David Eales.

Because Barrett's interests in the protected documents may change over time, the government proposes that the protective order should include the following reservation of rights: "The United States reserves its rights in connection with any retrial or prosecution of Barrett to challenge whether the materials disclosed to it pursuant to this Order are protected by the attorney-client or other privilege."

Respectfully submitted,

SHELDON J. SPERLING
United States Attorney
Eastern District of Oklahoma

2

s/      Christopher J. Wilson
        CHRISTOPHER J. WILSON, OBA # 13801
        Assistant United States Attorney
        United States Attorney's Office
        1200 West Okmulgee
        Muskogee, OK 74401
        (918) 684-5100
        Fax (918) 684-5150


s/      Jeffrey B. Kahan
        JEFFREY B. KAHAN, PA Bar #93199
        Trial Attorney
        U.S. Department of Justice
        1331 F Street, N.W.; Rm. 345
        Washington, D.C. 20530
        Tel: (202) 305-8910

## CERTIFICATE OF SERVICE

I, hereby certify that on 28th day of September, 2009, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Autry, Attorney for Petitioner
Tivon Schardl, Attorney for Petitioner

s/      Christopher  J. Wilson
        Assistant United States Attorney

3