# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,       )
                   Petitioner,   )
                                )

**v.**                          )   Case No. CIV-09-105-JHP
                                )

UNITED STATES OF AMERICA,   )   Date:  10/6/09
                                )   Court Time:  1 hour 13 minutes
                   Respondent.   )

## MINUTE SHEET - SHOW CAUSE AND SCHEDULING HEARING

JAMES H. PAYNE, Judge         dg, Law Clerk         K.Sidwell, Court Reporter
                                  C.Trzcinski, Deputy Clerk     FTR - Courtroom 1

**Counsel for Petitioner**:  David Autry present.  Tivon Schardl via telephone
**Counsel for Respondent:**  Jeffrey Kahan and Christopher Wilson

**Minutes:**  Summary of the case given by the Court.  Court discussed proposed schedule with counsel.  Petitioner addressed show cause matter.  Petitioner advised the Court he is filing a writ of mandamus with Tenth Circuit and requested a stay until it is filed.  Court DENIED for purposes of this hearing.  Scheduling Order to follow.  Government counsel excused and sealed ex parte budget hearing conducted.