**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| **Petitioner/Defendant,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-09-105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent/Plaintiff.** | ) | |

## SCHEDULING ORDER

Pursuant to the hearing held herein, the Court hereby enters the scheduling order:

Petitioner shall have thirty (30) days or until November 6, 2009 to file an Amended

Motion to Vacate in compliance with the Rules Governing § 2255 Proceedings and sixty (60)

days thereafter, or until January 5, 2010, to file a Brief in Support.

Respondent shall have sixty (60) days thereafter, or until March 8, 2010, to file an

Answer and Brief in Support.

Petitioner will thereafter have fifteen (15) days, or until March 23, 2010, to file a

Reply.

It is so ordered on this  7th   day of October, 2009.

James H. Payne
United States District Judge
Eastern District of Oklahoma