**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-09-105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## PROTECTIVE ORDER

On September 11, 2009, this Court entered an order taking under advisement the Government's Motion to Unseal Document Nos. 16, 23, 24, 25, 46, 50 51, 57, 107, 113, 116, 118, 232, 274, 301, 310, 316, 321, a sealed letter dated 2/28/05, and the transcript filed on 2/15/06 of an *ex parte* budget hearing held on 3/22/05 in *United States v. Kenneth Eugene Barrett*, Case No. CR-04-115-JHP. The Court withheld ruling in order to give Petitioner an opportunity either to withdraw claims to which these documents would be relevant or propose a protective order that would give counsel for the Government access to them. *See Bittaker v. Woodford*, 331 F.3d 715 (9th Cir.) (*en banc*), *cert. denied*, 540 U.S. 1013 (2003). Counsel for Petitioner has filed a Notice of Intention Not to Abandon any of his Claims and requested a Protective Order be entered regarding the pleadings addressed herein which have not been unsealed by this Court's prior Order. Doc. No. 68.

Petitioner's motion to enter a Protective Order regarding documents identified in this Court's Order of September 11, 2009 (Doc. No. 67) is GRANTED as follows:

1

1.      The following provisions apply to the documents and/or transcripts filed in *United States v. Kenneth Eugene Barrett*, E.D. Case No. CR-04-115-JHP and identified in that case as Doc. Nos. 16, 23, 24, 25, 46, 50 51, 57, 107, 113, 116, 118, 232, 274, 301, 310, 316, and 321; to the sealed letter dated 2/28/05; and to the transcript filed on 2/15/06 of an *ex parte* budget hearing held on 3/22/05.

2.      The documents identified in Paragraph 1, *supra*, shall remain under seal in the record of Case No. CR-04-115-JPH.  However, the Clerk of this Court shall immediately provide copies of these documents, with the exception of the transcript, to counsel of record for the United States.  Each document shall be clearly marked "SEALED."

3.      Counsel for the government may purchase a copy of the transcript from the court reporter and this Order shall authorize the court reporter to release, upon payment therefore, a copy of said sealed transcript to counsel for the United States.

4.      None of the documents identified in Paragraph 1, and no information contained therein or derived therefrom, shall be revealed to any person other than counsel of record for the United States and/or persons working for the United States Department of Justice in connection with these Section 2255 proceedings without an order from this Court.

5.      This Order shall continue in effect after the conclusion of these Section 2255 proceedings and shall apply in the event of a retrial of all or any portion of the Government's criminal case against Mr. Barrett. This Court will maintain continuing jurisdiction over this matter for the purpose of enforcing the provisions of this order and imposing appropriate sanctions for any violations.

It is so ordered on this 7th day of October, 2009.

James H. Payne
United States District Judge
Eastern District of Oklahoma