IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,     )
                            )
        *Petitioner/Defendant*,     )
                            )
v.                          )          **Case No. 6:09-cv-00105-JHP**
                            )
UNITED STATES OF AMERICA,   )
                            )
        *Respondent/Plaintiff.*     )

---

### STATUS REPORT

---

Petitioner, Kenneth Eugene Barrett, by and through his counsel of record, David B. Autry and Tivon Schardl, consistent with the requirements of Local Civil Rule 83.8, advises the Court of the following.

At the hearing and scheduling conference held on October 6, 2009, counsel for Petitioner represented to the Court that Petitioner would be filing a Petition for Writ of Mandamus to this Court to recuse himself "this week" and requested the Court stay the scheduling Order until the resolution of that petition.

Due to scheduling conflicts and administrative obstacles Mr. Barrett now advises the Court that his Petition for Writ of Mandamus will be timely filed with the Tenth Circuit Court of Appeals on Tuesday, October 13, 2009. As required by the rules governing extraordinary writs, Petitioner will provide this Court with a copy of the

petition and simultaneously seek a stay of the proceedings herein pending resolution of the mandamus request.

Counsel recognize that this report may be viewed as unnecessary. Counsel take seriously their responsibility to provide this Court with reliable information and therefore submit this report as an update to the plans presented to the Court during the recent status conference.

DATED:   October 9, 2009

Respectfully submitted,

/s/ David B. Autry
DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

DANIEL J. BRODERICK
Federal Defender

/s/ Tivon Schardl
TIVON SCHARDL, Fla. Bar No. 73016
Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

Attorneys for Defendant
KENNETH EUGENE BARRETT

**Certificate of Electronic Filing and Service**

I hereby certify that on this 9th day of October, 2009, I caused the foregoing Status Report to be filed with the Clerk of the Court using the ECF System for filing.  A copy will be served electronically to Christopher J. Wilson, AUSA, 1200 W. Okmulgee Street, Muskogee, OK 74401, and Jeffrey B. Kahan, U.S. Dept. of Justice, 1331 F Street, NW, Washington, DC 20530.

/s/ Tivon Schardl