**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 09-CIV-105-JHP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>ORDER</u>

This matter comes on for consideration of Petitioner's Motion to Stay Proceedings

(Doc. 86).   After due consideration thereof, the Motion to Stay Proceedings is denied.

It is so ordered on this 20th day of October, 2009.

_____

James H. Payne
United States District Judge
Eastern District of Oklahoma