**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Petitioner/Defendant,* | ) | |
| | ) | |
| v. | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent/Plaintiff.* | ) | |

**PETITIONER'S UNOPPOSED MOTION
TO CONTINUE FILING SCHEDULE**

Petitioner, Kenneth Eugene Barrett, by and through counsel, pursuant to Fed. R. Civ. P. 6(b) and LCvR 7.1(j), respectfully moves this Court for an order continuing by 30 days the schedule set forth in the Order filed October 7, 2009 (Doc. 81). This motion is supported by the files and records in this case, and in *United States v. Barrett*, Case No. CR-04-115, and the following showing of good cause.

1.      Pursuant to the Order filed October 7, 2009, Petitioner is to file an amended petition by November 6, 2009, and a brief in support of the petition 60 days later, or by January 5, 2010. Respondent then has 60 days in which to answer, or until March 8, 2010, and Petitioner has until March 23, 2010 to file a reply. Doc. 81.

2.      Petitioner has not previously moved for an extension of the times provided in the October 7 Order, although the due date of November 6 was ordered after Petitioner objected to the amendment being due ten days earlier.

3.      Petitioner's counsel are unable to file an amended petition by November 6 due to responsibilities in this case and other capital cases. As the Court is aware, on October 13, 2009,

Mr. Barrett's counsel filed in the Court of Appeals for the Tenth Circuit a petition for writ of mandamus. On October 16, 2009, Petitioner sought a stay of the proceedings in this Court. Pursuant to Fed. R. App. P. 8(a)(2), Petitioner's counsel are preparing to renew that motion in the Court of Appeals. Work on this matter and related research into local capital habeas practice has consumed some of counsel's time.

Beginning on October 19, 2009, Petitioner's lead counsel, David B. Autry, has been in the capital trial of *State of Oklahoma v. Benito Bowie, Jr.*, Ok. County Case No. CF-2005-150. The first stage of the trial ended this date of filing. The second stage of trial is expected to go on for at least one more week from this date of filing.

From October 14 through 16, 2009, Petitioner's co-counsel, Tivon Schardl, was out of town and engaged in meetings on *United States v. Joseph Sablan*, E.D. Cal. Case No. 08-cr-259-OWW. On October 16 and 19, 2009, among other responsibilities, co-counsel was involved in the settlement of *United States v. Lincoln Benavides*, D. Mont. Case No. CR-06-62-M-DWM. On October 22 and 23, 2009, co-counsel finalized and filed a brief in *Frye v. Warden*, E.D. Cal. Case No. 99-cv-628-LKK-KJM. Co-counsel also has been working on a reply brief due November 5, 2009, in *Osband v. Warden*, E.D. Cal. Case No. 97-cv-0152-WBS-KJM.

In addition, from October 7 through October 16, 2009, support staff in the Capital Habeas Unit of the Office of the Federal Defender were engaged in filing state and federal habeas corpus petitions on behalf of another client. These petitions were approximately 700 pages in length and included many volumes of exhibits. Work on these petitions interfered with work on Mr. Barrett's case.

4.      Pursuant to LCvR 7.1(g), undersigned counsel has conferred with counsel for Respondent, Assistant United States Attorney Christopher White, and has been advised that the

Pet. Mot. Extend Time                                    2                             *Barrett v. U.S.*, 09-cv-105-JHP

Government does not oppose a 30-day extension of time for Petitioner, provided the subsequent dates for Respondent's filings are similarly extended. Counsel did not confer in person, but by telephone and e-mail, because all counsel reside more than 30 miles from each other and in-person meetings would have been infeasible and fiscally irresponsible under the circumstances.

5.     Granting this motion will impact deadlines in the following ways:

Petitioner's amendment will be due December 6, 2009;

Petitioner's brief will be due February 4, 2010;

Respondent's answer will be due April 5, 2010;

Petitioner's reply will be due April 20, 2010.

WHEREFORE, Petitioner respectfully moves this Court to enter the accompanying proposed order.

DATED:   October 28, 2009

Respectfully submitted,

DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

DANIEL J. BRODERICK
Federal Defender

/s/ Tivon Schardl
TIVON SCHARDL, Fla. Bar No. 73016
Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

Attorneys for Defendant
KENNETH EUGENE BARRETT

**Certificate of Electronic Filing and Service**

I hereby certify that on this 28th day of October, 2009, I caused the foregoing Status Report to be filed with the Clerk of the Court using the ECF System for filing.  A copy will be served electronically to Christopher J. Wilson, AUSA, 1200 W. Okmulgee Street, Muskogee, OK 74401, and Jeffrey B. Kahan, U.S. Dept. of Justice, 1331 F Street, NW, Washington, DC 20530.

/s/ Tivon Schardl