## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Petitioner/Defendant*, | ) | |
| | ) | |
| v. | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent/Plaintiff.* | ) | |

## [PROPOSED] ORDER EXTENDING FILING SCHEDULE

Petitioner has filed a motion (Doc. 88) seeking to extend by thirty (30) days the time for filing the amendment ordered on October 7, 2009, and to continue the subsequent filing dates by the same amount of time. Petitioner cites as grounds for the extension the press of work on other capital cases. The Government does not the motion. Upon consideration of Petitioner's motion, the Court finds it is supported by good cause, and should be GRANTED. Accordingly, the Court hereby enters the following scheduling order:

Petitioner's amendment shall be filed on or before December 6, 2009; Petitioner's brief shall be due February 4, 2010; Respondent's answer is due April 5, 2010; Petitioner's reply is due April 20, 2010.

It is so ordered on this __ day of October, 2009.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma