**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Petitioner/Defendant,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent/Plaintiff.* | ) | |

**SUPPLEMENT TO PETITIONER'S UNOPPOSED MOTION
TO CONTINUE FILING SCHEDULE**

Petitioner, Kenneth Eugene Barrett, by and through counsel, pursuant to Fed. R. Civ. P. 6(b) and LCvR 7.1(j), has moved this Court for an order extending by 30 days the schedule set forth in the Order filed October 7, 2009 (Doc. 81). He hereby supplements that motion with information that was not available at the time of filing.

Petitioner reported that his lead counsel, David B. Autry, was in the capital trial of *State of Oklahoma v. Benito Bowie, Jr.*, Ok. County Case No. CF-2005-150, from October 19, 2009, and that the second stage of trial was expected to last at least one more week from the initial date of filing, October 28, 2009. However, later that day, the *Bowie* case settled for a life sentence. Mr. Barrett's co-counsel, who filed the initial motion after consulting with Mr. Autry's office mate did not learn the settlement until the following day.

WHEREFORE, Petitioner respectfully moves this Court to enter the accompanying proposed order.

DATED:   November 2, 2009                    Respectfully submitted,


                                             /s/ David B. Autry
                                             DAVID B. AUTRY, OBA #11600
                                             Attorney at law
                                             1021 N.W. 16th Street
                                             Oklahoma City, Oklahoma 73106-6405
                                             Telephone:  405-521-9600

                                             DANIEL J. BRODERICK
                                             Federal Defender

                                             /s/ Tivon Schardl
                                             TIVON SCHARDL, Fla. Bar No. 73016
                                             Attorney
                                             801 I Street, 3rd Floor
                                             Sacramento, California 95814
                                             Telephone:  916-498-6666

                                             Attorneys for Defendant
                                             KENNETH EUGENE BARRETT

**Certificate of Electronic Filing and Service**

I hereby certify that on this 2th day of November, 2009, I caused the foregoing Status Report to be filed with the Clerk of the Court using the ECF System for filing.  A copy will be served electronically to Christopher J. Wilson, AUSA, 1200 W. Okmulgee Street, Muskogee, OK 74401, and Jeffrey B. Kahan, U.S. Dept. of Justice, 1331 F Street, NW, Washington, DC 20530.

/s/ Tivon Schardl