# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　*Petitioner/Defendant*,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　　**Case No. 6:09-cv-00105-JHP**
　　　　　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　*Respondent/Plaintiff.*　　　　　　　)

## ORDER  EXTENDING  FILING  SCHEDULE

Petitioner has filed a motion (Doc. # 88) seeking to extend by thirty (30) days the time for filing the amendment ordered on October 7, 2009, and to continue the subsequent filing dates by the same amount of time. Petitioner cites as grounds for the extension the press of work on other capital cases. The Respondent does not oppose the motion. Upon consideration of Petitioner's motion, the Court finds it is supported by good cause, and should be GRANTED.

Accordingly, the Court hereby enters the following amended scheduling order:

Petitioner's amendment shall be filed on or before December 6, 2009;

Petitioner's brief shall be due February 4, 2010;

Respondent's answer is due April 5, 2010;

Petitioner's reply is due April 20, 2010.

**IT IS SO ORDERED** this 3rd day of November 2009.

James H. Payne
United States District Judge
Eastern District of Oklahoma