6:09-cv-00105-RAW    Document 91    Filed in ED/OK on 11/04/09    Page 1 of 2

**FILED**
United States Court of Appeals
Tenth Circuit

November 4, 2009

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

In re:

KENNETH EUGENE BARRETT,

Petitioner.

No. 09-7096
(D.C. No. 6:09-CV-00105-JHP)
(E.D. Okla.)

---

**ORDER**

---

Before **BRISCOE** and **TYMKOVICH**, Circuit Judges.

---

Kenneth Eugene Barrett has filed a motion to stay all proceedings in his 28 U.S.C. § 2255 case pending in the district court until this court decides his petition for a writ of mandamus. Mr. Barrett must satisfy the traditional stay factors, which are "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987); *see also Nken v. Holder*, 129 S. Ct. 1749, 1761 (2009) (reiterating traditional stay standards). "A stay is not a matter of right, even if irreparable injury might otherwise result." *Nken*, 129 S. Ct. at 1760 (quotation omitted). "The party requesting a stay bears the

6:09-cv-00105-RAW   Document 91   Filed in ED/OK on 11/04/09   Page 2 of 2

burden of showing that the circumstances justify an exercise of [the court's] discretion." *Id.* at 1761.

We are not convinced that Mr. Barrett has satisfied the required factors or that the circumstances justify an exercise of the court's discretion. The motion for stay is DENIED.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk