DANIEL J. BRODERICK, SB #89424
Federal Defender
TIVON SCHARDL, FL Bar No. 73016
Assistant Federal Defender
JOAN M. FISHER, Idaho SB #2854
Assistant Federal Defender
801 I Street, 3d Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | NO.  6:09-cv-00105-JHP |
| | ) | |
| Petitioner/Defendant, | ) | **DEATH PENALTY CASE** |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

_____

**NOTICE OF APPEARANCE**

_____

   Petitioner, KENNETH EUGENE BARRETT, by and through undersigned counsel, hereby notifies the

Court and all parties that Assistant Federal Defender Joan M. Fisher will appear as counsel with Messrs.

David Autry and Tivon Schardl for Mr. Barrett.

Notice of Appearance                                                                    *Barrett v. USA*, 6:09-cv-00105-JHP

DATED: December 4, 2009 Respectfully submitted,


 /s/ David B. Autry
DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone: 405-521-9600

DANIEL J. BRODERICK
Federal Defender

 /s/ Tivon Schardl
TIVON SCHARDL, Fla. Bar No. 73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: 916-498-6666

 /s/ Joan M. Fisher
JOAN M. FISHER, IDA Bar No. 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: 916-498-6666

Attorneys for Defendant
KENNETH EUGENE BARRETT

Notice of Appearance *Barrett v. USA*, 6:09-cv-00105-JHP