6:09-cv-00105-RAW  Document 96-3  Filed in ED/OK on 12/14/09  Page 1 of 1

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | December 14, 2009 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. David B. Autry
1021 N.W. 16th Street
Oklahoma City, OK 73106

Mr. Tivon Schardl
Federal Defender's Office
Capital Habeas Unit
801 I Street, 3rd Floor
Sacramento, CA 95814

**RE:    09-7096, In re: Barrett**
District docket: 6:09-CV-00105-JHP

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:    Jeffrey Bradford Kahan
Christopher Wilson

EAS/ao