## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV-09-105-JHP |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION TO EXTEND TIME FOR SUBMITTAL OF CJA VOUCHER

David Autry, lawyer for Kenneth Eugene Barrett, requests an extension of time to January 11, 2010, within which to submit his CJA voucher to the Federal Defender Office for the Western District of Oklahoma. As grounds for this request, the undersigned states the following:

1. On December 15, 2009, a show cause hearing was conducted by the Court on why the undersigned had not yet submitted the CJA voucher in the above-styled case. Counsel requested until December 31, 2009 within which to submit the voucher. Counsel indicated to the Court if that a problem arose in submitting the voucher at that time, the Court would be notified. During the week ending December 31, 2009, counsel communicated with the Court's courtroom deputy indicating more time was needed. The Court's courtroom deputy later communicated with the undersigned and stated that the instant motion requesting additional time should be filed.

1

2.  Counsel requests that he be given until January 11, 2010 to submit his CJA voucher to the Federal Defender Office for the Western District of Oklahoma.  As grounds for this request, counsel states that, despite the exercise of due diligence, additional time for submission of the voucher is needed.  Counsel has been required to work on two petitions for writ of certiorari in the United States Supreme Court in Tenth Circuit cases to which counsel was appointed.  *United States of America v. Michael Christopher Davis,* Tenth Circuit Case No. 08-6266; *Glen Dale Hammon v. Miller, Warden,* Tenth Circuit Case No. 08-6151.  Although the Tenth Circuit's opinion in the *Davis* case was announced on December 18, 2009, counsel is filing the certiorari petition in that case as soon as possible because a case with the same important issue – whether, in light of *Arizona v. Gant,* 129 S.Ct. 1710 (2009), a search which violates the rule in *Gant* may be "saved" by expansion of the good-faith exception to reasonable reliance on prior case law preceding *Gant* – is currently pending certiorari review in the Supreme Court. *McCane v. United States,* Supreme Court No. 09-402.  Counsel has also been required to work on an opening brief in a state murder appeal, *Clancy v. State of Oklahoma,* Court of Criminal Appeals Case No. F-2009-628.  Counsel has also been required to work on a Tenth Circuit Appeal brief in a state capital habeas case, *Stemple v. Workman,* Tenth Circuit Case No. 08-6266, as well as other matters.

3.  Counsel apologizes to the Court for the delay in this matter, and respectfully requests that he be given until January 11, 2010, to submit the CJA voucher in Mr.

Barrett's case.

Respectfully submitted,

/s/ David Autry
David Autry, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry44@hotmail.com

### Certificate of Electronic Filing and Service

This is to certify that on this 8th day of January, 2010, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing. Because counsel does not request that this matter be filed under seal, even though it relates to a CJA matter, a copy will be served electronically to Christopher Wilson, AUSA, and to Jeffrey Kahan, United States Department of Justice.

/s/ David Autry