## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | Case No. 6:09-CV-00105-JHP |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Respondent*. | ) | |

### NOTICE TO PETITIONER
### RE: SUBMISSION OF MATTER FOR *IN CAMERA* REVIEW

**COMES NOW**, Respondent United States of America, by and through undersigned counsel, and hereby provides notice to Petitioner that on January 11, 2010 Respondent submitted a letter dated January 11, 2010 to the Court under seal for an *in camera* review to determine whether the Government is permitted to disclose information contained therein to counsel for Petitioner in whole or in part.

Respectfully submitted,

SHELDON J. SPERLING
United States Attorney

s/  Christopher J. Wilson
CHRISTOPHER J. WILSON OBA #13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK  74401
Telephone: (918) 684-5100

s/  Jeffrey B. Kahan
JEFFREY B. KAHAN
Trial Attorney
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX:  (202) 353-9779

## **CERTIFICATE OF SERVICE**

I, hereby certify that on 11th day of January, 2010, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Autry, Attorney for Petitioner
Tivon Schardl, Attorney for Petitioner
Joan M. Fisher, Attorney for Petitioner

s/   Christopher  J. Wilson
Assistant United States Attorney