## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT              )
                                    )
              *Petitioner*,          )
                                    )
v.                                  )          **Case No. 6:09-CV-00105-JHP**
                                    )
UNITED STATES OF AMERICA            )
                                    )
              *Respondent*.          )

### PROTECTIVE ORDER

NOW on this 12th day of January, 2010, the Respondent's request for a Protective Order is GRANTED as follows:

1.      The letter dated and submitted January 11, 2010 for *in camera* review ("January 11 letter") shall remain under seal.  However, subject to the provisions of this Order, counsel for Respondent shall disclose to Petitioner's counsel the subject-matter of the January 11 letter.

2.      None of the information contained in January 11 letter shall be revealed to the Petitioner, or to any person other than counsel of record for the Petitioner and/or persons working for counsel for the Petitioner in connection with these § 2255 proceedings, without prior approval and order from this Court.

        IT IS SO ORDERED.

James H. Payne
United States District Judge
Northern District of Oklahoma