**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Petitioner/Defendant,* | ) | |
| | ) | |
| v. | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent/Plaintiff.* | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIM
TO FILE BRIEF IN SUPPORT OF AMENDED PETITION**

Petitioner, Kenneth Eugene Barrett, by and through counsel, pursuant to Fed. R. Civ. P. 6(b) and LCvR 7.1(j), moves this Court for an order extending by two weeks the time for filing his brief in support of the amended petition filed December 4, 2009.  This motion is supported by the files and records in this case, and in *United States v. Barrett*, Case No. CR-04-115, and the following showing of good cause.

1.      Pursuant to the Order filed November 3, 2009, Petitioner is to file a brief in support of his an amended petition by February 4, 2010.  Respondent then has 60 days in which to answer, or until March 8, 2010, and Petitioner has until March 23, 2010 to file a reply.  Doc. 90.

2.      The filing schedule described in the preceding paragraph represents a 30-day extension of the dates initially set out in this Court's order filed October 7, 2009 (Doc. 81).  That extension was granted at Mr. Barrett's request, and was unopposed.

3.      For the following reasons, Petitioner's counsel are unable to file an amended petition by February 4 due to responsibilities in other cases, including capital cases:

Mr. Barrett's lead counsel, David Autry, is filing two petitions for writ of certiorari before February 4, 2010, in two court-appointed appeals in the Tenth Circuit, *United States of America v. Michael Christopher Davis,* Tenth Circuit No. 08-6266 and *Glen Dale Hammon v. Miller, Warden,* Tenth Circuit Case No. 08-6151.  Although the Tenth Circuit's opinion in the *Davis* case was announced on December 18, 2009, counsel is filing the certiorari petition in that case as soon as possible because a case with the same important issue – whether, in light of *Arizona v. Gant,* 129 S.Ct. 1710 (2009), a search which violates the rule in *Gant* may be "saved" by expansion of the good-faith exception to reasonable reliance on case law preceding *Gant* – is currently pending certiorari review in the Supreme Court.  *McCane v. United States,* Supreme Court No. 09-402.  Counsel has a firm deadline of January 29, 2010 within which to file the opening brief in a state direct appeal in a first degree murder case, *Marcus Clancy v. State of Oklahoma,* Court of Criminal Appeals Case No. F-2009-628.  Counsel also has a deadline of January 25, 2010 to file the opening brief in a state habeas death penalty case.  *Timothy Shaun Stemple v. Workman, Warden,* Tenth Circuit No. 08-6266.

Mr. Barrett's co-counsel, Joan M. Fisher also is lead counsel for the petitioner in *Pizzuto v. State of Idaho*, Idaho Supreme Court No. 34845-2007, a capital post-conviction case.  In November and December 2009, Ms. Fisher spent considerable time in consultation with Mr. Pizzuto, federal habeas counsel, Idaho Department of Correction and medical personnel on matters relating to serious medical concerns affecting Mr. Pizzuto.  She also has been preparing to present oral argument on behalf of Mr. Pizzuto in the Idaho Supreme Court on January 19, 2010.  Ms. Fisher has been required to spend significant time preparing for this argument, re-acquainting herself with the facts and updating her research.  Supplemental citations in *Pizzuto* are due by January 15, 2010.  Ms. Fisher will participate in a moot court in preparation for her

Pet. Mot. Extend Time                                   2                         *Barrett v. U.S.*, 09-cv-105-JHP

argument, and, of course, must travel to Idaho for the argument.

Ms. Fisher also is co-counsel for the petitioner in *Riel v. Warden*, E.D. Cal. Case No. CIV S-01-0514 LKK KJM, a capital habeas corpus case with an evidentiary hearing scheduled for May 10, 2010. As with Mr. Barrett's case, Ms. Fisher has taken over the role previously filled by Tivon Schardl in the *Riel* case. Ms. Fisher has spent considerable time in since November 2009 traveling to meet with witnesses, learning the factual, procedural and legal issues in the case, and preparing various filings. On November 20, 2009, Mr. Fisher filed and served the petitioner's witness list. Currently, expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due in *Riel* on January 22, 2010, although requests to extend the time some of those disclosures are pending. In January 2010, Ms. Fisher has been, or will be traveling on the *Riel* case on the following dates: Jan. 7-9 (Seattle, Washington), Jan. 11-12(San Diego, California), Jan. 20 (Boise, Idaho), and Jan. 27-29 (Redding, California).

In December 2009, Ms. Fisher also traveled to Indiana to meet with Mr. Barrett.

As Tivon Schardl is no longer part of the Capital Habeas Unit appointed to this case, he has assumed a lesser role in the case. From December 1 through 9, 2009, Mr. Schardl, was out of the country on *United States v. Joseph Sablan*, E.D. Cal. Case No. 08-cr-259-OWW, a federal death penalty case. Upon his return, he spent several days cataloging evidence related to *Sablan*. On January 11, 2010, Mr. Schardl finalized for filing a motion to compel in *Sablan*. In addition, Mr. Schardl has been working on other discovery matters. The government estimates there have been 200,000 pages of discovery produced in the *Sablan* case.

During much of the rest of December 2009, Mr. Schardl was preparing for the sentencing hearing in *United States v. Lattanaphom*, E.D. Cal. Case No. 99-cr-433 WBS, a non-capital federal murder case. The sentencing hearing was scheduled for January 19, 2010, with

Pet. Mot. Extend Time                    3                    *Barrett v. U.S.*, 09-cv-105-JHP

sentencing memoranda due January 8, 2010.  On December 30, 2009, Mr. Schardl filed Mr. Lattanaphom's witness list identifying and summarizing the testimony of two expert witnesses, and listing an additional sixteen lay witnesses.  Mr. Schardl spent much of his time in December meeting with witnesses and preparing the sentencing memorandum.  On January 4, 2010, one of the defendants requested that the sentencing hearing be continued, and the court agreed.

Mr. Schardl remains co-counsel in *Stanley v. Warden*, Ninth Circuit Case No. 08-99026, a capital habeas corpus case on which Mr. Schardl has worked since 1998.  Although Mr. Stanley received sentencing relief, the district court issued a certificate of appealability on five issues related to the conviction.  Mr. Stanley's reply brief is due January 14, 2010, and Mr. Schardl has spent several days helping to complete that brief.

In addition to the work of counsel, the extensive job of redacting previously sealed exhibits has been delayed due to the illness of the paralegal assigned to this case.

4.      Pursuant to LCvR 7.1(g), undersigned counsel has conferred with counsel for Respondent, Assistant United States Attorney Christopher White, and has been advised that the Government does not oppose this extension of time for Petitioner, provided the subsequent dates for Respondent's filings are similarly extended.  Counsel did not confer in person, but by telephone and e-mail, because all counsel reside more than 30 miles from each other and in-person meetings would have been infeasible and fiscally irresponsible under the circumstances.

5.      Granting this motion will impact deadlines in the following ways:

Petitioner's brief will be due February 18, 2010;

Respondent's answer will be due April 19, 2010;

Petitioner's reply will be due May 4, 2010.

WHEREFORE, Petitioner respectfully moves this Court to enter the accompanying

Pet. Mot. Extend Time                    4                    *Barrett v. U.S.*, 09-cv-105-JHP

proposed order.

DATED:   January 13, 2010

Respectfully submitted,

 */s/ David B. Autry*
DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

DANIEL J. BRODERICK
Federal Defender

 */s/ Joan M. Fisher*
JOAN M. FISHER, Idaho SB #2854
Assistant Federal Defender

 */s/ Tivon Schardl*
TIVON SCHARDL, Fla. Bar No. 73016
Trial & Habeas Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

Attorneys for Defendant
KENNETH EUGENE BARRETT

**Certificate of Electronic Filing and Service**

I hereby certify that on this 13th day of January 2010 I caused the foregoing Unopposed Motion for Extension of Time to be filed with the Clerk of the Court using the ECF System for filing.  A copy will be served electronically to Christopher J. Wilson, AUSA, 1200 W. Okmulgee Street, Muskogee, OK 74401, and Jeffrey B. Kahan, U.S. Dept. of Justice, 1331 F Street, NW, Washington, DC 20530.

/s/ Tivon Schardl