## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,            )
                                   )
        *Petitioner/Defendant*,    )
                                   )
v.                                 )            **Case No. 6:09-cv-00105-JHP**
                                   )
UNITED STATES OF AMERICA,          )
                                   )
        *Respondent/Plaintiff.*    )

## [PROPOSED] ORDER EXTENDING FILING SCHEDULE

Petitioner has filed a motion seeking to extend by two weeks the time for filing the brief in support of the amendment that was ordered on October 7, 2009, and to continue the subsequent filing dates by the same amount of time. Petitioner cites as grounds for the extension the press of work in his counsel's other capital cases. The Government does not the motion. Upon consideration of Petitioner's motion, the Court finds it is supported by good cause, and should be GRANTED. Accordingly, the Court hereby enters the following scheduling order:

Petitioner's brief in support of the amended petition shall be filed on or before February 18, 2010; Respondent's answer is due April 19, 2010; Petitioner's reply is due May 4, 2010.

**IT IS SO ORDERED** on this __ day of January 2010.

_____
James H. Payne
Chief United States District Judge
Eastern District of Oklahoma