IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,                )
                                       )
                    Petitioner,        )
                                       )
vs.                                    )   Case No. CIV-09-105-JHP
                                       )
UNITED STATES OF AMERICA,              )
                                       )
                    Respondent.        )

## MINUTE ORDER

You are advised that the following Minute Order was entered by Judge James H. Payne in

the above-styled and numbered cause on February 2, 2010:

**Entering Order**:  On February 1, 2010, this Court became aware of an e-mail sent
to the courtroom deputy which is dated 1/29/2010, the subject of which is "Barrett
v. U.S., 09-cv-115, Redactions Question."  The Court is unclear what, if anything,
counsel is asking.  In order to make the record in this matter clear, the Court hereby
directs the Court Clerk to make the e-mail a part of the record in Barrett v. USA,
Case No. CIV-09-105-JHP, by attaching the same to this minute order.  Further, the
Court would advise counsel that the proper procedure for communicating with this
Court is the filing of a written motion setting forth in detail what relief, if any, is
sought.  See, LCvR 7.1 and LCrR 12.1.

**WILLIAM B. GUTHRIE,**  Clerk

By:    s/ C. Trzcinski
          Deputy Clerk