### Barrett v. US, 09-cv-115, Redactions Question

Tim Schardl   to: Carla Trzcinski                                          01/29/2010 03:43 PM

Cc: "Kahan, Jeffrey (CRM)", David Autry, "Wilson, Chris (USAOKE)", Sheree Cruz-Laucirica

History:        This message has been forwarded.

Dear Ms. Trzcinski:

Sheree and I have been working on the redactions due to be filed in Mr. Barrett's case on Feb. 18.  We have been unable to resolve some questions about the local rules and the Court's description of what we should do from the last hearing.  Would it be possible sometime next week to run some of these questions by you and perhaps Judge Payne?

I advised counsel for the government that I would be sending this e-mail, and per his request have copied Mr. Kahan with it.  I don't have any objection to the government being a part of any call.  I would only point out that as Mr. Barrett's team have provided the government unredacted copies of all exhibits and intend to do so again, the only issues I wish to discuss relate to how the Court wants the open and closed parts of the file to appear.

Thank you for your time.  Take care.

Tivon Schardl
Assistant Federal Defender
Federal Defender's Office
801 I Street, 3rd Floor
Sacramento, CA  95814
916-498-6666

---

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above.  If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited, and may violate applicable laws including the Electronic Communications Privacy If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.