# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Petitioner/Defendant*, | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent/Plaintiff.* | ) | |

## [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE

Petitioner has filed a motion seeking to continue the present briefing schedule in light of the Order issued by this Court on January 12, 2010, and the Government's production of information pursuant to that order on January 28, 2010.  Petitioner seeks time to investigate the newly disclosed information for the purpose of seeking to file amendments to related claims. The Government does not oppose a two-week extension.  Upon consideration of Petitioner's motion, the Court finds it is supported by good cause, and should be GRANTED.  Accordingly, the Court hereby enters the following scheduling order:

1.     No later than February 18, 2010, Petitioner shall file a proposed modified protective order.

2.     Within 30 days after the entry of a modified protective order Petitioner shall file any motion for leave to amend together with the proposed amendment and a brief in support of all grounds for relief set forth in the proposed amended motion to vacate.

3.     Within 60 days after Petitioner files the pleading, motion and brief described in

Paragraph 2, *supra*, the Government shall file its Answer.

4.      Within two weeks after the Government files its Answer, Petitioner shall file any Reply.

**IT IS SO ORDERED** on this __ day of February 2010.

_____
James H. Payne
Chief United States District Judge
Eastern District of Oklahoma