**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 09-CIV-105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**PETITIONER'S MOTION FOR LEAVE**
**TO FILE OVERSIZED BRIEF**

COMES NOW Petitioner, Kenneth Eugene Barrett, by and through his undersigned counsel, and moves this Court for leave to file an oversized brief in excess of twenty-five pages in support of his Amended Motion for Collateral Relief to Vacate, Set Aside or Correct his Sentence Pursuant to 28 U.S.C. § 2255, filed December 4, 2009 ("Amended Motion"). Pursuant to Local Civil Rule 7.1(d) & (n) of the United States District Court for the Eastern District of Oklahoma, Petitioner states the following:

1.  On or before February 17, 2010, counsel for Petitioner attempted to consult with counsel for Respondent by telephone and e-mail, but has been unable to learn the Government's position on this motion by this time of filing. *See* LCvR 7.1(n).

2.  The issues presented in the Amended Motion are extremely complex and of the most serious nature possible, as Petitioner is facing a sentence of death.  As stated in Petitioner's filing of December 4, 2009, it is routine for this Court to permit similarly situated capital habeas corpus petitioners to submit briefs in excess of 25 pages.

3.  The record in this case is voluminous. The principal trial record contains 27 volumes

**PETITIONER'S MOTION FOR LEAVE**
**TO FILE OVERSIZED BRIEF**                              *Barrett v. U.S.A.,* **09-CIV105-JHP**

and 5457 pages as well as numerous volumes of exhibits, evidence and pretrial proceedings. In addition, there were two state court trials in this case, the records of which are relevant to this matter.

4.  The Amended Motion is over 400 pages long, exclusive of 195 exhibits filed in support of the Amended Motion.

5.  The legal argument and briefing in Petitioner's Brief will only serve to assist the Court in determining the resolution of the complex issues presented in the Amended Motion.

6.  Respondent will suffer no prejudice by Petitioner's request to file an oversized brief. Petitioner's Amended Motion was filed almost five months ago and Respondent has two months, or until April 19, 2010, to respond to Petitioner's Brief. Moreover, Petitioner has no objection to any request Respondent may make to file any documents over page limitations.

7.  The interests of justice and due process require that a Petitioner facing a sentence of death be able to thoroughly and completely set forth all arguments available to him.

For the foregoing reasons, this Court should grant leave to Petitioner to file an oversized brief of approximately 200 pages.

DATED:   February 17, 2010.

Respectfully submitted,
/s/ David B. Autry
DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

DANIEL J. BRODERICK
Federal Defender

/s/ Tivon Schardl
TIVON SCHARDL, Fla. Bar No. 73016
Trial & Habeas Counsel

801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666


/s/ Joan M. Fisher
JOAN M. FISHER, ID Bar No. 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

Attorneys for Defendant
KENNETH EUGENE BARRETT


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion to file an oversized brief was served this 18th day of February 2010 on all counsel of record for the United States via the  CM/ECF system

*/s/ Tivon Schardl*
Tivon Schardl

**PETITIONER'S MOTION FOR LEAVE
TO FILE OVERSIZED BRIEF**                    *Barrett v. U.S.A.,* **09-CIV105-JHP**