IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,       )
                              )
        Petitioner,           )
                              )
v.                            )        Case No. 09-CIV-105-JHP
                              )
UNITED STATES OF AMERICA,     )
                              )
        Respondent.           )

**PETITIONER'S AMENDED MOTION FOR LEAVE
TO FILE OVERSIZED BRIEF**

COMES NOW Petitioner, Kenneth Eugene Barrett, by and through his undersigned counsel, and moves this Court for leave to file an oversized brief in excess of twenty-five pages in support of his Second Amended Motion for Collateral Relief to Vacate, Set Aside or Correct his Sentence Pursuant to 28 U.S.C. § 2255, filed September 25, 2009 ("Amended Motion"). Pursuant to Local Civil Rule 7.1(d) & (n) of the United States District Court for the Eastern District of Oklahoma, Petitioner states the following:

1.      At 7:05 a.m. Pacific Time, on February 18, 2010, counsel for Petitioner received word from counsel for Respondent, AUSA Christopher J. Wilson, that the Government objects to Mr. Barrett filing an oversized brief. *See* LCvR 7.1(n).

2.      The issues presented in the Amended Motion are extremely complex and of the most serious nature possible, as Petitioner is facing a sentence of death. As stated in Petitioner's filing of December 4, 2009, it is routine for this Court to permit similarly situated capital habeas corpus petitioners to submit briefs in excess of 25 pages.

3.      The record in this case is voluminous. The principal trial record contains 27

Petitioner's Amended Motion                                          Barrett v. USA
For Leave to File Oversized Brief              1            OKED Case # 6:09-cv-00105 JHP

volumes and 5457 pages as well as numerous volumes of exhibits, evidence and pretrial

proceedings. In addition, there were two state court trials in this case, the records of which are

relevant to this matter.

4.    The Amended Motion is over 400 pages long, exclusive of 200 exhibits filed in

support of the Amended Motion.

5.    The legal argument and briefing in Petitioner's Brief will only serve to assist the

Court in determining the resolution of the complex issues presented in the Amended Motion.

6.    Respondent will suffer no prejudice by Petitioner's request to file an oversized

brief. Petitioner's Amended Motion was filed almost five months ago and Respondent has two

months, or until April 19, 2010, to respond to Petitioner's Brief. Moreover, Petitioner has no

objection to any request Respondent may make to file any documents over page limitations.

7.    Petitioner's counsel acknowledges that the Local Rule requires that a Motion to

File an Oversize Brief be filed one day before the filing of the brief.  Counsel's oversight was in

part due to anticipation of a timely response from the Government and distraction regarding

completion of the Brief and other motions to be filed therewith.  The failure to comply with the

Local Rule constitutes excusable neglect and should not impact Mr. Barrett's right to have the

constitutionally complex issues submitted with adequate briefing.  The Government suffers no

prejudice from the late filing of the Motion primarily because it enables Petitioner to present the

Government's position and because the legal authority has in large substance been previously

presented in Petitioner's Original §2255 Motion to Vacate (Doc 20 and the Amended §2255

Motion to Vacate filed September 25, 2009 ( Doc 70).

8.    The interests of justice and due process require that a Petitioner facing a sentence

of death be able to thoroughly and completely set forth all arguments available to him.

For the foregoing reasons, this Court should grant leave to Petitioner to file an oversized brief of approximately 200 pages.

DATED:   February 18, 2010.

Respectfully submitted,
/s/ David B. Autry
DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

DANIEL J. BRODERICK
Federal Defender

/s/ Tivon Schardl
TIVON SCHARDL, Fla. Bar No. 73016
Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

/s/ Joan M. Fisher
JOAN M. FISHER, ID Bar No. 2854
Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

Attorneys for Defendant
KENNETH EUGENE BARRETT