IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,     )
               )
    *Petitioner/Defendant,*     )
               )
v.               )     **Case No. 6:09-cv-00105-JHP**
               )
UNITED STATES OF AMERICA,     )
               )
    *Respondent/Plaintiff.*     )

**[PROPOSED] ORDER GRANTING LEAVE TO FILE OVERSIZED BRIEF**

Petitioner has filed an amended motion seeking leave to file an oversized brief in support of his Amended Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 70), which Motion was amended this date. Petitioner cites as grounds for the oversized brief the serious nature and complexity of the subject matter; the voluminous nature of the record and the Amended Motion; the possibility the legal briefing may provide assistance to the Court; and the fact that no prejudice results from the request. The Government opposes the Motion.

Upon consideration of Petitioner's amended motion, the Court finds it is supported by good cause, and should be GRANTED.

Accordingly, the Court hereby enters the following order:

Petitioner is granted leave to file an oversized brief of approximately 200 pages in support of his Amended Motion to Vacate, Correct or Set Aside his Sentence pursuant to 28 U.S.C. § 2255 (Doc. 70).

**IT IS SO ORDERED** on this ___ day of February 2010.

_____
James H. Payne
Chief United States District Judge
Eastern District of Oklahoma