### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

### REDACTED EXHIBIT 119

### TO KENNETH EUGENE BARRETT'S

### SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

CERTIFICATION OF VITAL RECORD

# STATE OF ILLINOIS

DEPARTMENT OF PUBLIC HEALTH - DIVISION OF VITAL RECORDS

ORIGINAL    STATE OF ILLINOIS
## CERTIFICATE OF LIVE BIRTH

| REGISTRATION DISTRICT NO. | 99.9 | 112-61 OE 5545 |
| REGISTERED NUMBER | 2151 | CHILD'S BIRTH NUMBER |

**1. PLACE OF BIRTH:**
a. COUNTY: **Will** COUNTY, ILLINOIS
b. Birth took place — OUTSIDE city limits and in ............ TOWNSHIP. ☒ INSIDE city limits and in the city, village, or town named of 1c.
c. CITY, VILLAGE, OR TOWN: **Joliet**
d. MOTHER'S LENGTH OF STAY IN 1b or 1c: **11 mo.**
e. NAME OF HOSPITAL OR INSTITUTION (If not in hospital or institution, give street address): **Silver Cross Hospital**

**2. USUAL RESIDENCE OF MOTHER**
a. STATE: **Illinois**    b. COUNTY: **Will**
c. Residence is — OUTSIDE city limits and in ............ TOWNSHIP. ☒ INSIDE city limits and in the city, village, or town named at 2d
d. CITY, VILLAGE, OR TOWN: **Joliet**
e. LENGTH OF RESIDENCE AT 2d: **11 mo.**
f. STREET ADDRESS: ██████
g. Does mother reside on a FARM? YES ☐ NO ☒

**3. CHILD'S NAME**
a. (FIRST): **Kenneth**  b. (MIDDLE): **Eugene**  c. (LAST): **Barrett**
**4. SEX:** **Male**

**5a. THIS BIRTH was** SINGLE ☒, TWIN ☐, TRIPLET ☐
**5b. IF TWIN OR TRIPLET, was this child** born 1st ☐, 2nd ☐, 3rd ☐
**6. DATE OF BIRTH** (HOUR): 6:21 P. M., (MONTH): ██ (DAY): ██ (YEAR): **1961**

**FATHER**
**7. FATHER'S FULL NAME** a. (FIRST): **Ernest** b. (MIDDLE): **Eugene** c. (LAST): **Barrett**
**8. HIS RACE:** **White**
**9. HIS AGE:** **22 YEARS**
**10. HIS BIRTHPLACE** (City and State or Country): **Stillwell Oklahoma**
**11a. HIS USUAL OCCUPATION:** **Laborer**
**11b. KIND OF BUSINESS OR INDUSTRY:** **Can Co.**

**MOTHER**
**12. MOTHER'S FULL MAIDEN NAME** a. (FIRST): **Sylvia** b. (MIDDLE): **Gelene** c. (LAST): **Fotson**
**13. HER RACE:** **White**
**14. HER AGE:** **21 YEARS**
**15. HER BIRTHPLACE** (City and State or Country): **Viann, Oklahoma**
**16. CHILDREN PREVIOUSLY BORN TO MOTHER** (Do NOT include THIS child)
a. How many OTHER children are NOW LIVING? —
b. How many OTHER children were born alive but are NOW DEAD? —
c. How many were STILLBORN, i.e., delivered dead after twenty weeks' pregnancy? —

**17. MOTHER'S MAILING ADDRESS:** ██████ Joliet, Illinois

**18. INFORMANT:** *Sylvia Gelene Barrett*

**19.** I hereby certify that this child was born alive at the place and on the hour and date stated above. I further certify that I attended the mother in this birth.
SIGNED *[signature]* M. D.
DATE: 6-30-61
MIDWIFE OTHER (specify)
ADDRESS: **40 New Avenue, Lemont, Illinois.**
PHONE NO. **OL 72265**

**20. Received for filing on** **July 5, 1961**
*Felix A. Tornabene M.D.*
LOCAL REGISTRAR:

---

007806

This is to certify that this is a true and correct copy of the official record filed with the Illinois Department of Public Health.

DATE ISSUED: **DEC 0 6 2000**

*Steven L. Perry*
STEVEN L. PERRY
DEPUTY STATE REGISTRAR



KEB400011