## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

## REDACTED EXHIBIT 120

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

DEPARTMENT OF COMMERCE
Bureau of the Census

# STANDARD CERTIFICATE OF LIVE BIRTH

State File No.

## State of Oklahoma 68 11194   Registrar's No. 73

432

**1. PLACE OF BIRTH:**
(a) County _Sequoyah_
(b) City or town _Rural_
(c) Name of hospital or institution:
IF OUTSIDE OF CITY OR TOWN LIMITS PUT RURAL
IF NOT IN HOSP. OR INST. GIVE ST. NO. AND LOCATION.
(d) Mother's stay before delivery:
In hospital or institution _____, In this community _18 yrs._
SPECIFY WHETHER YRS., MO., OR DAS.

**2. USUAL RESIDENCE OF MOTHER:**
(a) State _Oklahoma_
(b) County _Sequoyah_
(c) City or town _Rural_
IF OUTSIDE CITY LIMITS, WRITE RURAL
(d) Street No. _____
IF RURAL, GIVE LOCATION

3. Full name of child _Sylvia Helena Dotson_   4. Date of birth ▋▋ 40
MO. DA. YR

5. Sex: _Female_   6. Twin or triplet _____   If so-born 1st 2nd, or 3rd _____   7. No. months of pregnancy _9_   8. Is mother married? _yes_

| FATHER OF CHILD | MOTHER OF CHILD |
|---|---|
| 9. Full name _Hugh V. Dotson_ | 15. Full maiden name _Hattie Gertrude Real_ |
| 10. Color or race _White_ | 16. Color or race _White_ |
| 11. Age at time of this birth _22_ yrs. | 17. Age at time of this birth _18_ yrs. |
| 12. Birthplace _Sequoyah County_ | 18. Birthplace _Sequoyah County_ |
| CITY, TOWN, COUNTY ST. OR FOREIGN COUNTRY | CITY, TOWN, COUNTY ST. OR FOREIGN COUNTRY |
| 13. Usual occupation _Common labor_ | 19. Usual occupation _Housewife_ |
| 14. Industry or business _____ | 20. Industry or business _____ |

21. Children born to this mother: _One_
(a) How many other children of this mother now living? _None_
(b) How many other children born alive but now dead? _None_
(c) How many children were born dead? _None_

22. Mother's mailing address for registration notice:
_Mrs Hugh Dotson_
_Vian Oklahoma_

23. (a) Was a solution of Silver Nitrate used in eyes? _yes_
(b)

24. I hereby certify that I attended the birth of this child who was born alive at the hour of _4:10_ p. m. on the date above stated and that the information given was furnished by _Mrs Dotson_ _____, related to this child as _Father_

25. Date received by local registrar _5-2-40_   Attendant's own signature _M.N. Newlin_
26. Registrar's own signature _Jas. McLaughlin_   M. D., midwife or other _M.D._ Date signed _4-18-40_
27. Date given name added _____ by _____   REGISTRAR   Address _Sallisaw, Oklahoma_



# State Department of Health

## State of Oklahoma

OKLAHOMA CITY, OKLAHOMA 73117

I hereby certify the foregoing to be a true and correct copy, original of which is on file in this office. In testimony whereof, I have hereunto subscribed my name and caused the official seal to be affixed, at Oklahoma City, Oklahoma, this date.

October 30, 2000



CERTIFIED COPY MUST BE
VALIDATED IN THREE COLORS

STATE REGISTRAR
OF VITAL STATISTICS

KEB400007