# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

## REDACTED EXHIBIT 121

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---



# STATE OF ILLINOIS

### DEPARTMENT OF PUBLIC HEALTH - DIVISION OF VITAL RECORDS

**STATE OF ILLINOIS**

ORIGINAL

## CERTIFICATE OF LIVE BIRTH

Registration District No. **99.0**
Registered Number **2081**

Child's Birth Number **112.- 64-062647**

**1. Place of Birth**

A. State **Illinois**    B. County **Will**

C. ☒ Inside corporate limits and in **Joliet** — City, Village, or incorporated Town

D. ☐ Outside corporate limits and in — Township, or Road District No.

E. Name of Hospital or Institution **Silver Cross Hospital**

F. If not in hospital or institution, give Street & No. or R.F.D. and Post Office

**2. Usual Residence of Mother (Where does mother live?)**

A. State **Illinois**    B. County **Will**

C. ☐ Inside corporate limits and in — City, Village, or incorporated Town

D. ☒ Outside corporate limits, and in **Joliet** — Township, or Road District No.

E. Residence address (Street & No. or R.F.D. and Post Office) ▮▮▮▮▮

F. Does mother reside on a farm? Yes ☐ No ☒

**3. Child's Name**  A. (First) **Richard**  B. (Middle) **Andrew**  C. (Last) **Barrett**

**4. Sex** **Male**

**5A.** This Birth was Single ☒ Twin ☐ Triplet ☐ Quad ☐   5B. If Multiple, Child Born 1st ☐ 2nd ☐ 3rd ☐ 4th ☐

**6. Date of Birth** (Hour) **10:05 P.M** (Month) ▮▮ (Day) ▮▮ (Year) **1964**

**7. Father's Full Name** A. (First) **Ernest** B. (Middle) **Eugene** C. (Last) **Barrett**

**8. His Race** **White**

**9. His Age** **25** Years

**10. His Birthplace** (City and State or Country) **Salli Sall, Oklahoma**

**11A. His Usual Occupation** **Operator**

**11B. Kind of Business or Industry** **Glass Factory**

**12. Mother's Full Maiden Name** A. (First) **Sylvia** B. (Middle) **Gelene** C. (Last) **Dotson**

**13. Her Race** **White**

**14. Her Age** **24** Years

**15. Her Birthplace** (City and State or Country) **Viane, Oklahoma**

**16. Mother's Mailing Address** ▮▮▮▮▮ **Joliet, Illinois**

**17. Informant (Signature)** *Sylvia G. Barrett*

I hereby certify that this child was born alive on the date stated above

**18A. Signature** *[signature]*

**18B. Attendant at Birth** M.D. ☒ D.O. ☐ Midwife ☐ Other (Specify)

**18. Address** **50 New Avenue, Lemont, Illinois**

**18D. Date Signed** **6-28-1964**

**18E. Illinois License Number** **34970**

**17. Received for Filing on June 30, 1964**

(Signed) *Barbara Smith for William J. Cassell Jr.* — Local Registrar

VS 100 - BUREAU OF STATISTICS—ILLINOIS DEPARTMENT OF PUBLIC HEALTH—SPRINGFIELD

---

**090939**

This is to certify that this is a true and correct copy of the official record filed with the Illinois Department of Public Health.

DATE ISSUED

*[signature]*

STEVEN L. PERRY
DEPUTY STATE REGISTRAR



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

KEB400015