**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 122**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

# CERTIFICATE OF LIVE BIRTH

### STATE OF OKLAHOMA – DEPARTMENT OF HEALTH

LOCAL REG NO. 5

STATE FILE NO **135 - 80-050154**

| 1. CHILD (Type or print) | NAME First Middle Last | 2. DATE OF BIRTH | Month | Day | Year | 3. HOUR |
|---|---|---|---|---|---|---|
| | TOBY WAYNE BARRETT | | | ▮ | 1980 | 10:05 A. M. |

| 4. SEX | 5a. THIS BIRTH | 5b. IF TWIN OR TRIPLET, WAS CHILD BORN | 6a. COUNTY OF BIRTH |
|---|---|---|---|
| Male | SINGLE ☒  TWIN ☐  TRIPLET ☐ | 1st ☐  2d ☐  3d ☐ | Sequoyah |

| 6b. CITY, TOWN, OR LOCATION OF BIRTH | 6c. INSIDE CITY LIMIT | 6d. HOSPITAL – NAME (If not in hospital, give street and number) |
|---|---|---|
| Sallisaw | Yes ☒  No ☐ | Sequoyah Memorial Hospital |

| 7. MOTHER | MAIDEN NAME First Middle Last | 8. AGE (at time of this birth) | 9. BIRTHPLACE (State or foreign country) |
|---|---|---|---|
| | Abby Gail Teague | 16 | Arkansas |

| 10a. RESIDENCE – STATE | 10b. COUNTY | 10c. CITY, TOWN, OR LOCATION | 10d. INSIDE CITY LIMIT | 10e. STREET ADDRESS |
|---|---|---|---|---|
| Oklahoma | Sequoyah | Sallisaw | Yes ☒  No ☐ | ▮ |

| 11. FATHER | NAME First Middle Last | 12. AGE (at time of this birth) | 13. BIRTHPLACE (State or foreign country) |
|---|---|---|---|
| | Kenneth Eugene Barrett | 19 | Illinois |

| 14a. INFORMANT | SIGNATURE OF EITHER PARENT | 14b. IF UNABLE TO OBTAIN ONE OF PARENTS SIGNATURE, STATE REASON THEREFORE |
|---|---|---|
| | *Abby Barrett* | |

| 15. MOTHER'S MAILING ADDRESS | STREET or R.F.D. NO. | POSTOFFICE | STATE | ZIP CODE NO. |
|---|---|---|---|---|
| ▮ | | Sallisaw, Okla. | | 74955 |

| 16a. WAS BLOOD OF THIS CHILD'S MOTHER TESTED FOR SYPHILIS? | 16b. DATE TEST MADE | 16c. IF NO TEST, STATE REASON THEREFORE |
|---|---|---|
| Yes ☒  No ☐ | June 1980 | |

| 17. WEIGHT OF CHILD AT BIRTH | 18. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES? |
|---|---|
| 7 LBS. 1 OZS. | Yes ☒  No ☐ |

| I hereby certify that this child was born alive on the date stated above. | 19a. SIGNATURE OF ATTENDANT | 19b. DATE SIGNED |
|---|---|---|
| | *Gary D. Fine* | December 2, 1980 |

| | 19c. NAME OF ATTENDANT (Print or Type) | 19d. ATTENDANT AT BIRTH |
|---|---|---|
| | Gary D. Fine, D.O. | M.D. ☐  D.O ☒  D.C. ☐  Midwife ☐  Other ☐ (Specify) |

| 19e. ADDRESS OF ATTENDANT | STREET or R F D NO | POSTOFFICE | STATE | ZIP CODE NO. |
|---|---|---|---|---|
| ▮ | | Sallisaw, Okla. | | 74955 |

| 20a. DATE REC'D. BY LOCAL REG. | 20b. LOCAL REGISTRAR'S SIGNATURE | 21. DATE RECEIVED BY STATE REGISTRAR |
|---|---|---|
| 1-13-81 | *Margaret Vaughan* | JAN 16 1981 |

| THIS LINE FOR USE OF STATE REGISTRAR | 22a. DATE CORRECTIONS MADE | 22b. ITEMS CORRECTED | 22c. AUTHORITY | 22d. CLERK |
|---|---|---|---|---|
| | | | | |



## State Department of Health

### State of Oklahoma

OKLAHOMA CITY, OKLAHOMA 73117

I hereby certify the foregoing to be a true and correct copy, original of which is on file in this office. In testimony whereof, I have hereunto subscribed my name and caused the official seal to be affixed, at Oklahoma City, Oklahoma, this date.

April 18, 2001

CERTIFIED COPY MUST BE VALIDATED IN THREE COLORS



KEB400018