# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

## REDACTED EXHIBIT 125

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

# CERTIFICATE OF DEATH
## STATE OF OKLAHOMA — DEPARTMENT OF HEALTH

LOCAL REGISTRAR'S FILE NO. **80**

STATE BIRTH NO.

STATE FILE NO. **12036**

1. DECEASED — NAME
First: **Andrew**   Middle: **Jackson**   Last: **Barrett**
2. SEX: **Male**
3. DATE OF DEATH (Month, Day, Year): **June 6, 1969**

4. RACE (White, Negro, American Indian, Etc.) (Specify): **White**
5a. AGE — Last Birthday (Years): **52**
5b. UNDER 1 YEAR (Mos., Days)
5c. UNDER 1 DAY (Hours, Min.)
6. DATE OF BIRTH (Month, Day, Year): **1916**
7. COUNTY OF DEATH: **Sequoyah**

7b. CITY, TOWN, OR LOCATION OF DEATH: **Sallisaw**
7c. INSIDE CITY LIMITS: Yes **X**  No ☐
7d. HOSPITAL OR OTHER INSTITUTION — NAME: **Sequoyah Memorial Hospital**

8. STATE OF BIRTH (If not in U.S.A. Name Country): **Oklahoma**
9. CITIZEN OF WHAT COUNTRY: **U.S.A.**
10. Married **X**  Never Married ☐  Widowed ☐  Divorced ☐
11. SURVIVING SPOUSE (If Wife, Give Maiden Name): **Ada Mae Hatter**

12. SOCIAL SECURITY NUMBER: **6940**
13a. USUAL OCCUPATION: **Farmer**
13b. KIND OF BUSINESS OR INDUSTRY:

14a. RESIDENCE — STATE: **Oklahoma**
14b. COUNTY: **Sequoyah**
14c. CITY, TOWN, OR LOCATION: **Sallisaw**
14d. INSIDE CITY LIMITS: Yes ☐  No **X**
14e. STREET AND NUMBER:

15. FATHER — NAME:
First: **Isaac**   Middle: **C.**   Last: **Barrett**
16. MOTHER — MAIDEN NAME:
First: **Mary**   Middle: **E.**   Last: **Maxwell**

17a. INFORMANT — NAME: **Ada Mae Barrett**
17b. MAILING ADDRESS: **Sallisaw, Oklahoma 74955**

PART 1   DEATH WAS CAUSED BY:
18. IMMEDIATE CAUSE (a) **Coronary Occlusion**   Approximate interval Between onset and Death: **Instant**
Conditions, if any, which gave rise to immediate cause (a), stating the underlying cause last
DUE TO, OR AS A CONSEQUENCE OF: (b)
DUE TO, OR AS A CONSEQUENCE OF: (c)

PART II. OTHER SIGNIFICANT CONDITIONS:

19a. AUTOPSY: Yes ☐  No **X**
19b. IF YES, Were findings considered in determining cause of death: Yes ☐  No ☐

20a. ACCIDENT ☐  HOMICIDE ☐  SUICIDE ☐  UNDETERMINED ☐
20b. DATE OF INJURY (Month, Day, Year)
20c. HOUR
20d. HOW INJURY OCCURRED

20e. INJURY AT WORK: Yes ☐  No ☐
20f. PLACE OF INJURY (Specify)
20g. LOCATION

21. CERTIFICATION — PHYSICIAN
I attended the Deceased from TO

CERTIFICATION — MEDICAL EXAMINER OR LOCAL HEALTH OFFICER
22. And Last saw him/her alive on
I did/did not view body after death: **Did**
DEATH OCCURED at 1:00 A.M.
THE DECEDENT was pronounced dead on 1961
DATE SIGNED (Month, Day, Year): **6-11-69**

23b. SIGNATURE: **Dr. Van ...**
22. CERTIFIER'S NAME: **Dr. Van Linden**

23d. MAILING ADDRESS — CERTIFIER: **105 N Oak Sallisaw Okla 74955**

24a. BURIAL, CREMATION, REMOVAL (Specify): **Burial**
24b. DATE: **6  11  69**
24c. CEMETERY OR CREMATORY — NAME: **Akins Cemetery**

24d. LOCATION (Cemetery or Crematory): City or Town **Akins**  State **Okla**
25. FUNERAL HOME. NAME AND ADDRESS: **Wheeler's, Sallisaw, Okla. 74955**
FUNERAL DIRECTOR: **Richard P. Wheeler**

26a. REGISTRAR'S SIGNATURE: **Elsie King**
26b. DATE RECD. BY LOCAL REG.: **6-20-69**
27. DATE RECEIVED BY STATE REGISTRAR: **JUN 25 1969**



State Department of Health
State of Oklahoma
OKLAHOMA CITY, OKLAHOMA 73117

I hereby certify the foregoing to be a true and correct copy, original of which is on file in this office. In testimony whereof, I have hereunto subscribed my name and caused the official seal to be affixed, at Oklahoma City, Oklahoma, this date.

January 19, 2001

CERTIFIED COPY MUST BE VALIDATED IN THREE COLORS

KEB400601