**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

—————

**REDACTED EXHIBIT 126**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

—————

ATTENDING PHYSICIAN
# CERTIFICATE OF DEATH
STATE OF OKLAHOMA · DEPARTMENT OF HEALTH

LOCAL REGISTRAR'S FILE NO. 42

STATE FILE NO. **06403**

| DECEASED · NAME | | | | | | |
|---|---|---|---|---|---|---|
| 1. First **Ada** | Middle **Mae** | Last **Barrett** | DATE OF DEATH (Month, Day, Year) 2. **March 24, 1976** | | | SEX 3. **Female** |

| RACE · White, Negro, American Indian, Etc. (Specify) 4. **White** | AGE · Last Birthday (Year) 5a. **56** | UNDER 1 YEAR Mos. Days 5b. | UNDER 1 DAY Hours Min. 5c. | DATE OF BIRTH (Month, Day, Year) 6. ████ **1919** | COUNTY OF DEATH 7a. **Sequoyah** |

| CITY, TOWN, OR LOCATION OF DEATH 7b. **Sallisaw** | INSIDE CITY LIMITS Yes ☒ No ☐ 7c. | HOSPITAL OR OTHER INSTITUTION – NAME (If not in either, give Street and Number) 7d. **Sequoyah Memorial Hospital** |

| STATE OF BIRTH (If not in U.S.A., Name Country) 8. **Oklahoma** | CITIZEN OF WHAT COUNTRY 9. **USA** | Married☐ Never Married☐ Widowed☒ Divorced☐ 10. | SURVIVING SPOUSE (If Wife, Give Maiden Name) 11. |

| SOCIAL SECURITY NUMBER 12. ████**9317** | USUAL OCCUPATION (Give kind of work done during most of working life, even if retired) 13a. **Laundry Manager** | KIND OF BUSINESS OR INDUSTRY 13b. **Sequoyah Memorial Hospital** |

| RESIDENCE – STATE 14a. **Oklahoma** | COUNTY 14b. **Sequoyah** | CITY, TOWN, OR LOCATION 14c. **Sallisaw** | INSIDE CITY LIMITS Yes ☐ No ☒ 14d. | STREET AND NUMBER 14e. | **74955** |

| FATHER – NAME 15. First **Sam** | Middle | Last **Hatter** | MOTHER – MAIDEN NAME 16. First **Ida** | Middle | Last **Melton** |

| INFORMANT – NAME 17a. **Wanda Floyd** | MAILING ADDRESS 17b. ████ | **Sallisaw, Oklahoma 74955** (Street or R.F.D. No., City or Town, State, Zip) |

**PART 1.**

| 18. CAUSE OF DEATH | DEATH WAS CAUSED BY: (Enter only one cause per line for (a), (b), and (c).) | Approximate Interval Between Onset and Death |
|---|---|---|
| Condition if any, which gave rise to immediate cause(s), stating the underlying cause last | IMMEDIATE CAUSE (a) **Diffuse metastatic carcinoma of colon, right hemiparesis, metastatic edenocarcinoma to lung, brain and abdomen.** | **10 months** |
| | DUE TO OR AS A CONSEQUENCE OF: (b) | |
| | DUE TO OR AS A CONSEQUENCE OF: (c) | |

| PART II. OTHER SIGNIFICANT CONDITIONS: (Conditions contributing to death but not related to cause given in part 1 (a)) | AUTOPSY 19a. Yes ☐ No ☒ | IF YES: Were findings considered in determining cause of death. 19b. Yes ☐ No ☐ |

Notice to attending physician: Do not sign this certificate unless you are the physician who attended the deceased for a natural illness—unrelated to injury or poisoning—to which the patient has apparently succumbed, provided that death did not occur while deceased was in penal incarceration or during a therapeutic procedure in which death was not reasonably medically expected. For enumeration of deaths subject to investigation and certification by Medical Examiner, refer to O.S. Title 63, Sec. 938, or contact office of Chief Medical Examiner in Oklahoma City.

| CERTIFICATION – Month Day Year 20a. PHYSICIAN I attended the deceased from **5-4-75** TO | Month Day Year **3-24-76** | And last saw him/her alive on 20b. Month Day Year **3-28-76** | I did/did not view body after death 20c. **did** | DEATH OCCURRED at 20d. at the place, on the date listed, and to the best of my knowledge, due to the cause(s) stated. **3-24-76 1:30 P** M. |
|---|---|---|---|---|
| CERTIFIER – NAME (Type or Print) 21a. **Bob G. Mitchell, M. D.** | SIGNATURE OF CERTIFIER 21b. ~~signature~~ | Degree or Title | | DATE SIGNED (Month, Day, Year) 21c. **3-29-76** |
| MAILING ADDRESS – CERTIFIER 21d. Street or R.F.D. No. **Post Office Box G, Sallisaw, Oklahoma 74955** | | City or Town | State | THE DECEDENT was pronounced dead on 22a. Month Day Year **3-24-76** AT 22b. **1:30 P** M. |

| BURIAL, CREMATION, REMOVAL (Specify) 23a. **Burial** | DATE 23b. Month **March** Day **26,** Year **1976** | CEMETERY OR CREMATORY – NAME 23c. **Akins Cemetery** |
| LOCATION (Crematory or Cemetery) City or Town 23d. **Northeast of Sallisaw,** State **Okla** | FUNERAL HOME – NAME AND ADDRESS (Street or R.F.D. No., City or Town, State, Zip) **Wheeler's Box 562 Sallisaw, okla** | FUNERAL DIRECTOR 24b. **Richard P. Wheeler** |
| LOCAL REGISTRAR SIGNATURE 25a. ~~Margaret Vaughan~~ | DATE REC'D. BY LOCAL REG. 25b. **3-31-76** | DATE RECEIVED BY STATE REGISTRAR 26. **APR - 1 1976** |



𝔖tate 𝔇epartment of 𝔥ealth

𝔖tate of 𝔒klahoma

OKLAHOMA CITY, OKLAHOMA 73117

CERTIFIED COPY MUST BE
VALIDATED IN THREE COLORS

I hereby certify the foregoing to be a true and correct copy, original of which is on file in this office. In testimony whereof, I have hereunto subscribed my name and caused the official seal to be affixed, at Oklahoma City, Oklahoma, this date.

November 7, 2000

KEB400016

State of Oklahoma—Department of Health

# DELAYED CERTIFICATE OF BIRTH

STATE FILE NO. D **2099-204**

| 1. NAME AT BIRTH | First: Ada | Middle: Mae | Last: Hatter | 2. DATE OF BIRTH | Month | Day | Year 1919 |
|---|---|---|---|---|---|---|---|
| 3. PLACE OF BIRTH | Country: Leflore County | City | OKLAHOMA | 4. COLOR OR RACE: white | | 5. SEX: female | |

| 6. FULL NAME OF FATHER | Sam Hatter | 7. FATHER'S BIRTHPLACE (State or Foreign Country): Range County, Texas |
|---|---|---|
| 8. MAIDEN NAME OF MOTHER | Ida Melton | 9. MOTHER'S BIRTHPLACE (State or Foreign Country): Sequoyah County, Oklahoma |

10. AFFIDAVIT OF REGISTRANT: (Person whose birth is being recorded)   I hereby declare upon oath that the above statements are true to the best of my knowledge and belief.

SIGNATURE *Ada Mae Hatter*

PRESENT ADDRESS ▮ Sallisaw, Oklahoma

Subscribed and sworn to before me this Date 5-6-71

NOTARY PUBLIC *d Ellen Armstrong*

My commission expires 7/23/72

*DO NOT WRITE BELOW -- TO BE COMPLETED IN DIVISION OF VITAL STATISTICS*

### ABSTRACT OF SUPPORTING RECORDS

| | TYPE OF RECORD | BY WHOM SIGNED | DATE ISSUED | DATE ORIGINAL RECORD MADE |
|---|---|---|---|---|
| 1 | Affidavit of Personal Knowledge | Sam Hatter | 5/6/71 | 5/6/71 |
| 2 | School Enumeration Record-Sequoyah Co. | A. Y. Blackburn | 3/23/71 | 1928 |
| 3 | Child's Birth Certificate-Oklahoma | M. H. Newlin MD | | 12/26/41 |
| 4 | | | | |

### INFORMATION CONCERNING REGISTRANT AS STATED IN RECORD

| | BIRTHDATE OR AGE | BIRTHPLACE | NAME OF FATHER | NAME OF MOTHER |
|---|---|---|---|---|
| 1 | Sept. 10, 1919 | LeFlore Co., Okla. | Sam Hatter | Ida Melton |
| 2 | Sept. 10, 1919 | LeFlore Co., Okla. | | |
| 3 | 22 years | *Oklahoma | | |
| 4 | | | | |

ADDITIONAL INFORMATION:

   *Sequoyah Co.

I hereby certify that no prior birth certificate has been found in the Division of Vital Statistics for this registrant and that documentary evidence has been reviewed, which substantiates the facts as set forth in the foregoing abstract.

| DATE FILED: May 17, 1971 | EVIDENCE REVIEWED BY: L. A. Bell | STATE REGISTRAR: *signature* |
|---|---|---|

This is a permanent record.



𝔖tate 𝔇epartment of 𝔥ealth

𝔖tate of 𝔒klahoma

OKLAHOMA CITY, OKLAHOMA 73117

I hereby certify the foregoing to be a true and correct copy, original of which is on file in this office. In testimony whereof, I have hereunto subscribed my name and caused the official seal to be affixed, at Oklahoma City, Oklahoma, this date,

April 18, 2001

CERTIFIED COPY MUST BE VALIDATED IN THREE COLORS



KEB400017