**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 128**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

# STATE OF OKLAHOMA
## CERTIFICATE OF DEATH

LOCAL FILE NUMBER

STATE FILE NUMBER **002113**

| 1. DECEDENT'S NAME (First, Middle, Last) Billy Dean Maxwell | 2. SEX male | 3. DATE OF DEATH (Month, Day, Year) January 21, 1999 |
|---|---|---|

| 4. SOCIAL SECURITY NO. ____5014 | 5a. AGE-Last Birthday (Years) 48 | 5b. UNDER 1 YEAR Months / Days | 5c. UNDER 1 DAY Hours / Minutes | 6. DATE OF BIRTH (Month, Day, Year) ___ 1950 | 7. BIRTHPLACE (City, and State or Foreign Country) Maxwell Mt., Okla. |
|---|---|---|---|---|---|

| 8a. PLACE OF DEATH (Check only one) HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA  OTHER ☐ Nursing Home ☒ Residence ☐ Other (Specify) | 8b. FACILITY NAME (if not Institution, give street and number) |
|---|---|

| 8c. CITY, TOWN, OR LOCATION OF DEATH Sallisaw | 8d. INSIDE CITY LIMITS ☐ Yes ☒ No | 8e. COUNTY OF DEATH Sequoyah | 9. MARRIED ☒ NEVER MARRIED ☐ WIDOWED ☐ DIVORCED ☐ | 10. SURVIVING SPOUSE (If wife, give maiden name) |
|---|---|---|---|---|

| 11a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life) Do not use retired. Disabled Veteran | 11b. KIND OF BUSINESS/INDUSTRY Disabled | 12e. INSIDE CITY LIMITS? | 12f. ZIP CODE |
|---|---|---|---|

| 12a. RESIDENCE-STATE Oklahoma | 12b. COUNTY Sequoyah | 12c. CITY, TOWN, OR LOCATION Sallisaw | 12d. STREET AND NUMBER | ☐ Yes ☒ No | 74955 |
|---|---|---|---|---|---|

| 13. WAS DECEDENT OF HISPANIC ORIGIN? (Specify No or Yes--If yes, specify Cuban, Mexican, Puerto Rican, etc.) ☒ No ☐ Yes Specify: | 14. RACE--American Indian, Black, White, etc. Specify: White | 15. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) 12 / College (1-4 or 5+) 1 |
|---|---|---|

| 16. FATHER'S NAME (First, Middle, Last) Howard A. Maxwell | 17. MOTHER'S NAME (First, Middle, Maiden, Surname) Violet Gipson Maxwell |
|---|---|

| 18a. INFORMANTS NAME (Type/Print) Marcella Yvonne Kramer, sister | 18b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) ████ Shelton, Wa 98584 |
|---|---|

| 19a. METHOD OF DISPOSITION ☒ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify) | 19b. PLACE OF DISPOSITION (Name of cemetery, crematory or other place) Akins Cemetery | 19c. DATE OF DISPOSAL 1-29-99 | 19d. LOCATION--City or Town, State NE Sallisaw, Okla. |
|---|---|---|---|

| 20. FUNERAL HOME - HOME AND ADDRESS (Street or R.F.D. No., City or Town, State, Zip) Agent Funeral Home P.O. Box 566 Sallisaw, Ok 74955 | 20b. FUNERAL DIRECTOR Richard N. Agent 20c. SIGNATURE |
|---|---|

| 21. TIME OF DEATH 1237 | 22. DATE PRONOUNCED DEAD (Month, Day, Year) 1/21/99 | 23. WAS CASE REFERRED TO MEDICAL EXAMINER? ☒ Yes ☐ No |
|---|---|---|

24. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

| | | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Traumatic Brain Injury  Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST | b. Gun Shot wound to Head  Due to (or as a consequence of): | |
| | c. Due to (or as a consequence of): | |
| | d. | |

PART II. Other significant conditions contributing to death resulting in the underlying cause given in Part I: History of Schizophrenia

| 24a. WAS AN AUTOPSY PERFORMED? Yes ☐ No ☒ | 24b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? Yes ☐ No ☐ |
|---|---|

| 24c. AUTOPSY AUTHORIZED BY: | 24d. WAS BODY VIEWED? Yes ☒ No ☐ | 25. MANNER OF DEATH ☐ Natural ☐ Accident ☒ Suicide ☐ Homicide ☐ Pending investigation ☐ Could not be determined |
|---|---|---|

| 26a. DATE OF INJURY (Month, Day, Year) Unknown | 26b. TIME OF INJURY Unknown | 26c. INJURY AT WORK? Yes ☐ No ☒ | 26d. DESCRIBE HOW INJURY OCCURRED GSW To Head |
|---|---|---|---|

| 26e. PLACE OF INJURY--At home, farm, street, factory, office, building, etc. (specify) Home | 26f. LOCATION (Street and Number or Rural Route Number, City or Town, State) ████ Sallisaw OK |
|---|---|

27a. CERTIFIER (Check only one)

☐ ATTENDING PHYSICIAN
To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.

Notice to attending physician: Do not sign this certificate unless you are the physician who attended the deceased for a natural illness--unrelated to injury or poisoning--to which the patient has apparently succumbed, provided that death did not occur while deceased was in penal incarceration or during a therapeutic procedure in which death was not reasonably medically expected. For enumeration of deaths subject to investigation and certification by Medical Examiner, refer to O.S. Title 63, Sec. 938, or contact office of Chief Medical Examiner in Oklahoma City.

☒ MEDICAL EXAMINER
On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.

| 27b. SIGNATURE AND TITLE OF CERTIFIER | 27c. DATE SIGNED (Month, Day, Year) 1/26/99 |
|---|---|

28. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 27) (Type/Print)
James Campbell, DO, ME  Sequoyah Memorial E.R.  Sallisaw, ok 74955

| 29. REGISTRAR'S SIGNATURE (LOCAL) Charity Richardson, Dst. | 30. DATE RECEIVED BY LOCAL REGISTRAR 1-27-99 | 31. DATE RECEIVED BY STATE REGISTRAR FEB 04 1999 |
|---|---|---|

February 19, 2009