**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 129**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

CERTIFICATE OF DEATH

LOCAL FILE NUMBER 4507      STATE FILE NUMBER 026766

| 1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix) | | | 2. SEX | 3. SOCIAL SECURITY NUMBER | 4. EVER IN US ARMED FORCES? |
|---|---|---|---|---|---|
| **Hattie Gertrude Dotson** | | | female | ████ 9307 | ☐ Yes ☒ No |

| 5a. AGE- Last birthday (years) | 5b. UNDER 1 YEAR | | 5c. UNDER 1 DAY | | 6. DATE OF BIRTH | 7. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|---|
| 86 | Months | Days | Hours | Minutes | ████ 1921 (Mo/Day/Yr) | Sallisaw, Oklahoma |

| 8a. RESIDENCE-State | 8b. RESIDENCE-County | 8c. RESIDENCE-City or Town | 8d. RESIDENCE-Zip Code | 8e. RESIDENCE-Inside City Limits? |
|---|---|---|---|---|
| Oklahoma | LeFlore | Arkoma | 74901 | ☒ Yes ☐ No |

8f. RESIDENCE-Street and Number ████     8g. RESIDENCE-Apartment Number

9. MARITAL STATUS AT TIME OF DEATH
☐ Married ☐ Never Married ☒ Widowed ☐ Divorced ☐ Married, but separated ☐ Unknown

10. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage)

| 11. FATHER'S NAME (First, Middle, Last) | 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) |
|---|---|
| Allen Real | Ida Goodwin |

13. DECEDENT OF HISPANIC ORIGIN?
(Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the 'No' box if the decedent is not Spanish/Hispanic/Latino.)

☒ No, not Spanish/Hispanic/Latino

☐ Yes, Mexican, Mexican American, Chicano
☐ Yes, Puerto Rican
☐ Yes, Cuban
☐ Yes, other Spanish/Hispanic/Latino
(specify) _____

14. DECEDENT'S RACE (Check one or more races to indicate what the decedent considered himself or herself to be)
☒ White
☐ Black or African American
☐ American Indian or Alaska Native
☐ Asian Indian    (Name of the enrolled or principal tribe)
☐ Chinese
☐ Filipino
☐ Japanese
☐ Korean
☐ Vietnamese
☐ Other Asian (Specify) _____
☐ Pacific Islander (Specify) _____
☐ Other (Specify) _____

15. DECEDENT'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of death.)
☐ 8th grade or less
☐ 9th – 12th grade, no diploma
☒ High school graduate or GED completed
☐ Some college credit, but no degree
☐ Associate degree (e.g. AA, AS)
☐ Bachelor's degree (e.g. BA, AB, BS)
☐ Master's degree (e.g. MEd, MA, MS, MEng, MSW, MBA)
☐ Doctorate (e.g. PhD, EdD) or Professional degree (e.g. MD, JD)

| 16. DECEDENT'S USUAL OCCUPATION (Indicate type of work done during most of working life. DO NOT USE RETIRED.) | 17. KIND OF BUSINESS / INDUSTRY |
|---|---|
| Cafeteria Cook for Sallisaw Schools - 20 Years | food preparation |

| 18a. INFORMANT'S NAME | 18b. RELATIONSHIP TO DECEDENT | 18c. MAILING ADDRESS (Street and Number, City, State, Zip Code) |
|---|---|---|
| Mark Dotson | son | ████ Vian, Oklahoma 74962 |

19. METHOD OF DISPOSITION:
☒ Burial ☐ Cremation ☐ Donation ☐ Entombment
☐ Removal from state ☐ Other (specify) _____

| 20. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 21. LOCATION – City, Town and State |
|---|---|
| Dwight Mission Cemetery | Sallisaw, Oklahoma |

22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY
**Agent Funeral Home**
**102 E. Chickasaw P.O. Box 566 Sallisaw, Ok 74955**

23. SIGNATURE OF FUNERAL HOME DIRECTOR OR FAMILY MEMBER ACTING AS SUCH *Richard Nugent*

24. FH ESTABLISHMENT LICENSE # 1240 ES

25. PLACE OF DEATH (Check only one; see instructions)

IF DEATH OCCURRED IN A HOSPITAL:
☐ Inpatient ☐ Emergency Room/Outpatient ☐ Dead on Arrival

IF DEATH OCCURRED OTHER THAN IN A HOSPITAL:
☐ Hospice Facility ☒ Nursing home/Long term care facility ☐ Decedent's home ☐ Other (specify): _____

| 26. FACILITY NAME (if not institution, give street & number) | 27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH | 28. COUNTY OF DEATH |
|---|---|---|
| Medihomes of Arkoma | Arkoma, Oklahoma | LeFlore |

| 29. DATE OF DEATH | 30. TIME OF DEATH | 31. WAS MEDICAL EXAMINER CONTACTED? | 32. WAS AN AUTOPSY PERFORMED? | 33. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|---|---|---|
| Oct 7, 2007 (Mo/Day/Yr) | 12:45am | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☐ No |

CAUSE OF DEATH (See instructions and examples)

34. PART I. Enter the chain of events—diseases, injuries or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. Colon Cancer – Cell type unknown    Approximate interval Onset to death: 11 years

Due to (or as a consequence of):

Sequentially list conditions, if any, leading to the cause listed on line a. b. _____
Due to (or as a consequence of):

Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. c. _____
Due to (or as a consequence of):

d. _____

35. PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

36. MANNER OF DEATH
☒ Natural ☐ Homicide ☐ Accident ☐ Suicide
☐ Pending Investigation ☐ Could not be determined

37. IF FEMALE:
☒ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year

38. DID TOBACCO USE CONTRIBUTE TO DEATH?
☐ Yes ☒ No ☐ Probably ☐ Unknown

| 39. DATE OF INJURY (Mo/Day/Yr) | 40. TIME OF INJURY | 41. PLACE OF INJURY (e.g. Decedent's home; construction site; wooded area) | 42. DESCRIBE HOW INJURY OCCURRED: | 43. INJURY AT WORK? ☐ Yes ☐ No |
|---|---|---|---|---|

44. LOCATION OF INJURY: State: _____ City or Town: _____ Zip Code: _____
Street & Number: _____ Apartment Number: _____

45. IF TRANSPORTATION INJURY, SPECIFY:
☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (specify) _____

46. CERTIFIER (Check only one):
ATTENDING PHYSICIAN: ☒ Physician in charge of the patient's care ☐ Physician in attendance at time of death only
To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.

☐ MEDICAL EXAMINER On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

Signature of Certifier: *Judy Trent DO*

47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (Items 34-39)
Dr. Judy Trent
P.O. Box 130
Spiro, Ok 74959

| 48. LICENSE NUMBER | 49. DATE DEATH CERTIFIED |
|---|---|
| 2119 | 10/15/07 (Mo/Day/Yr) |

50. REGISTRAR'S SIGNATURE (Local) *Delores Woodall, Deputy Registrar*

| 51. DATE RECEIVED BY LOCAL REGISTRAR | 52. DATE RECEIVED BY STATE REGISTRAR |
|---|---|
| 10-18-07 (Mo/Day/Yr) | OCT 24 2007 (Mo/Day/Yr) |

2004 REVISION     February 19, 2009     VS 154 (1-04)