**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**REDACTED EXHIBIT 130**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

ATTENDING PHYSICIAN
# CERTIFICATE OF DEATH
STATE OF OKLAHOMA - DEPARTMENT OF HEALTH

007252

LOCAL REGISTRAR'S FILE NO.

STATE FILE NO.

**DECEASED - NAME** First: Hugh  Middle: Virgil  Last: Dotson

DATE OF DEATH (Month, Day, Year): March 19, 1995   SEX: Male

RACE White, Negro, American Indian, Etc. (Specify): White   AGE - Last Birthday (Year): 77   UNDER 1 YEAR  UNDER 1 DAY

DATE OF BIRTH (Month, Day, Year): 1917   COUNTY OF DEATH: Sequoyah

CITY, TOWN, OR LOCATION OF DEATH: Vian   INSIDE CITY LIMITS: No X   HOSPITAL OR OTHER INSTITUTION -- NAME (If not in either, give Street and Number): Home

STATE OF BIRTH (If not in U.S.A. Name Country): Oklahoma   CITIZEN OF WHAT COUNTRY: USA   Married / Never Married / Widowed / Divorced: Widowed   SURVIVING SPOUSE (If Wife, Give Maiden Name): Hattie Gertrude Real

SOCIAL SECURITY NUMBER: 2492   USUAL OCCUPATION (Give kind of work done during most of working life, even if retired): Retired from Crown Zellerbach and a Cattle Rancher   KIND OF BUSINESS OR INDUSTRY:

RESIDENCE - STATE: Oklahoma   COUNTY: Sequoyah   CITY, TOWN, OR LOCATION: Vian   INSIDE CITY LIMITS: No X   STREET AND NUMBER:

FATHER - NAME First: Abe  Last: Dotson

MOTHER -- MAIDEN NAME First: Minnie  Last: Andrews

INFORMANT - NAME: Hattie Dotson, wife   MAILING ADDRESS: Vian, Oklahoma 74962

## PART 1
DEATH WAS CAUSED BY (Enter only one cause per line for (a), (b), and (c).)

18 CAUSE OF DEATH

Condition if any, which gave rise to immediate cause(s), stating the underlying cause last

IMMEDIATE CAUSE
(a) CHF
DUE TO OR AS A CONSEQUENCE OF
(b) cardiomyopathy
DUE TO OR AS A CONSEQUENCE OF
(c) ASVD

Approximate interval Between onset and Death

PART II OTHER SIGNIFICANT CONDITIONS (Conditions contributing to death but not related to cause given in part I (a)

AUTOPSY 19a Yes ☐ No ☒   IF YES Were findings considered in determining cause of death. 19b. Yes ☐ No ☐

Notice to attending physician: Do not sign this certificate unless you are the physician who attended the deceased for a natural illness- unrelated to injury or poisoning—to which the patient has apparently succumbed, provided that death did not occur while deceased was in penal incarceration or during a therapeutic procedure in which death was not reasonably medically expected. For enumeration of deaths subject to investigation and certification by Medical Examiner, refer to O.S. Title 63, Sec. 938, or contact office of Chief Medical Examiner in Oklahoma City.

CERTIFICATION 20a PHYSICIAN I attended the deceased from 3-15-95 TO 3-19-95   And Last saw him/her alive on 20b. 3-17-95   I did/did not view body after death 20c. not   DEATH OCCURRED at 10:33p M. 20d. at the place, on the date stated, and to the best of my knowledge, due to the cause(s) stated.

CERTIFIER - NAME (Type or Print): 21a. Michael Callery, DO   SIGNATURE OF CERTIFIER 21b. M Callery   DATE SIGNED (Month, Day, Year) 21c. 3-27-95

MAILING ADDRESS - CERTIFIER 21d. 1109 East Cherokee Sallisaw, Ok 74955   THE DECEDENT was pronounced dead on 22a. 3-19-95   AT 22b. 10:33p M.

BURIAL, CREMATION, REMOVAL (Specify) 23a. Burial   DATE 23b. March 22, 1995   CEMETERY OR CREMATORY - NAME 23c. Dwight Mission Cemetery

LOCATION (Crematory or Cemetery) City or Town 23d. W Sallisaw, Oklahoma   FUNERAL HOME - NAME AND ADDRESS 24a. Agent, Box 566 Sallisaw, Ok 74955   FUNERAL DIRECTOR 24b. Richard N. Agent

LOCAL REGISTRAR SIGNATURE 25a. Chauty Richardson   DATE RECD. BY LOCAL REG. 25b. 3-29-95   DATE RECEIVED BY STATE REGISTRAR 26. MAR 1 1 1995



𝕊tate 𝔇epartment of 𝔥ealth
𝕊tate of 𝕺klahoma
OKLAHOMA CITY, OKLAHOMA 73117

CERTIFIED COPY MUST BE VALIDATED IN THREE COLORS

I hereby certify the foregoing to be a true and correct copy, original of which is on file in this office. In testimony whereof, I have hereunto subscribed my name and caused the official seal to be affixed, at Oklahoma City, Oklahoma, this date.

April 11, 2001



KEB400240