**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 132**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

STATE OF OKLAHOMA - DEPARTMENT OF HEALTH   018701

**CERTIFICATE OF DEATH**

LOCAL REGISTRAR'S FILE NO. 119

STATE BIRTH NO.                                                STATE FILE NO.

| 1. PLACE OF DEATH | 2. USUAL RESIDENCE (Where deceased lived. If institution: residence before admission). |
|---|---|
| a. COUNTY Sequoyah | a. STATE Oklahoma   b. COUNTY Sequoyah |
| b. CITY OR TOWN Sallisaw  ☐ INSIDE ☑ OUTSIDE CITY LIMITS  c. LENGTH OF STAY (in this place) | c. CITY OR TOWN Sallisaw   ☐ INSIDE ☑ OUTSIDE CITY LIMITS |
| d. FULL NAME OF HOSPITAL OR INSTITUTION (If not in hospital or institution, give street address or location) Home - ■■■■ | d. STREET ADDRESS (If rural, give location) ■■■■ |

| 3. NAME OF DECEASED (Type or Print) | a. (First) ISAAC | b. (Middle) CLIFFORD | c. (Last) BARRETT | 4. DATE OF DEATH (Month) (Day) (Year) Nov. 24, 1953 |
|---|---|---|---|---|

| 5. SEX Male | 6. COLOR OR RACE White | 7. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify) Married | 8. DATE OF BIRTH ■■■■ 1886 | 9. AGE (In years last birthday) 67 | IF UNDER 1 YEAR Months | Days | IF UNDER 24 HRS. Hours | Min. |
|---|---|---|---|---|---|---|---|---|

| 10a. USUAL OCCUPATION (Give kind of work done during most of working life, even if retired) Farmer | 10b. KIND OF BUSINESS OR INDUSTRY Farming | 11. BIRTHPLACE (State or foreign country) Muldraw, I.T. | 12. CITIZEN OF WHAT COUNTRY? U.S.A. |
|---|---|---|---|

| 13. FATHER'S NAME Jack Barrett | 14. MOTHER'S MAIDEN NAME Sallie Grant |
|---|---|

| 15. WAS DECEASED EVER IN U.S. ARMED FORCES? (Yes, no, or unknown) No | (If yes, give war or dates of service) None | 16. SOCIAL SECURITY NO. None | 17. INFORMANT G. J. Barrett ■■■■ | ADDRESS Sallisaw, Okla. |
|---|---|---|---|---|

**MEDICAL CERTIFICATION**

| 18. CAUSE OF DEATH Enter only one cause per line for (a), (b), and (c) | I. DISEASE OR CONDITION DIRECTLY LEADING TO DEATH* (a) Coronary Thrombosis | INTERVAL BETWEEN ONSET AND DEATH 1 hour |
|---|---|---|

*This does not mean the mode of dying, such as heart failure, asthenia, etc. It means the disease, injury, or complication which caused death.

ANTECEDENT CAUSES
Morbid conditions, if any, giving rise to the above cause (a) stating the underlying cause last.   DUE TO (b) _____

DUE TO (c) _____

II. OTHER SIGNIFICANT CONDITIONS
Conditions contributing to the death but not related to the disease or condition causing death.

| 19a. DATE OF OPERATION | 19b. MAJOR FINDINGS OF OPERATION | 20. AUTOPSY? YES ☐ NO ☑ |
|---|---|---|

| 21a. ACCIDENT SUICIDE HOMICIDE (Specify) | 21b. PLACE OF INJURY (e.g., in or about home, farm, factory, street, office bldg., etc.) | 21c. WHERE INJURY OCCURRED (City, Town, or Rural Location) (County) (State) |
|---|---|---|

| 21d. TIME OF INJURY (Month) (Day) (Year) (Hour) m. | 21e. INJURY OCCURRED WHILE AT WORK ☐  NOT WHILE AT WORK ☐ | 21f. HOW DID INJURY OCCUR? |
|---|---|---|

22. I hereby certify that I attended the deceased from __11-19__, 19_53_, to __11-24__, 19_53_, that I last saw the deceased alive on __11-23__, 19_53_, and that death occurred at _____ m., from the causes and on the date stated above.

| 23a. SIGNATURE ~~~~ (Degree or title) M.D. | 23b. ADDRESS Sallisaw, Okla. | 23c. DATE SIGNED 11-24-53 |
|---|---|---|

| 24a. BURIAL, CREMATION, REMOVAL (Specify) Burial | 24b. DATE Nov. 25, 1953 | 24c. NAME OF CEMETERY OR CREMATORY Akins Cemetery | 24d. LOCATION (City, town, or county) Sallisaw - Rt #1 (State) Okla. |
|---|---|---|---|

| DATE REC'D BY LOCAL REG. 11-25-53 | REGISTRAR'S SIGNATURE Beulah Nichols | 25. FUNERAL DIRECTOR Wheeler Funeral Home   ADDRESS Sallisaw Okla. |
|---|---|---|

V. S. 154 9-48

VOID VOID VOID VOID VOID VOID VOID VOID VOID

February 19, 2009