**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 133**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

CERTIFICATE OF DEATH

LOCAL REGISTRAR'S
FILE NO. 149
STATE OF OKLAHOMA · DEPARTMENT OF HEALTH
STATE BIRTH NO.
STATE FILE NO. 23435

| 1. PLACE OF DEATH | | | 2. USUAL RESIDENCE (Where deceased lived. If institution: Residence before admission) | | |
|---|---|---|---|---|---|
| a. COUNTY Sequoyah | | | a. STATE Oklahoma | b. COUNTY Sequoyah | |
| b. CITY, TOWN, OR LOCATION Sallisaw | c. LENGTH OF STAY IN 1b | | c. CITY, TOWN, OR LOCATION Sallisaw | | |
| d. NAME OF HOSPITAL OR INSTITUTION (If not in hospital, give street address) Sequoyah Memorial Hosp. | | | d. STREET ADDRESS Rt. 1 | | |
| e. IS PLACE OF DEATH INSIDE CITY LIMITS? YES ☒ NO ☐ | | | e. IS RESIDENCE INSIDE CITY LIMITS? YES ☐ NO ☒ | | f. IS RESIDENCE ON A FARM? YES ☒ NO ☐ |

| 3. NAME OF DECEASED (Type or print) | | 4. DATE OF DEATH |
|---|---|---|
| First: Mary  Middle: Ellen  Last: Barrett | | Month: Dec.  Day: 25  Year: 1964 |

| 5. SEX female | 6. COLOR OR RACE white | 7. MARRIED ☐  NEVER MARRIED ☐  WIDOWED ☒  DIVORCED ☐ | 8. DATE OF BIRTH ▮ 1889 | 9. AGE (In years last birthday) 75 | IF UNDER 1 YEAR Months | Days | IF UNDER 24 HRS. Hours | Min. |

| 10a. USUAL OCCUPATION (Give kind of work done during most of working life, even if retired) housewife | 10b. KIND OF BUSINESS OR INDUSTRY | 11. BIRTHPLACE (State or foreign country) Alabama | 12. CITIZEN OF WHAT COUNTRY? USA |

| 13. FATHER'S NAME William Maxwell | 14. MOTHER'S MAIDEN NAME Mattie Mewby |

| 15. WAS DECEASED EVER IN U.S. ARMED FORCES? (Yes, no, or unknown) (If yes, give war or dates of service) | 16. SOCIAL SECURITY NO. | 17. INFORMANT  Address A. J. Barrett, Sallisaw, Okla. |

**MEDICAL CERTIFICATION**

18. CAUSE OF DEATH [Enter only one cause per line for (a), (b), and (c).]

PART I. DEATH WAS CAUSED BY:
IMMEDIATE CAUSE (a) Cardio Renal Disease

INTERVAL BETWEEN ONSET AND DEATH: 2 years

Conditions, if any, which gave rise to above cause (a), stating the underlying cause last.
DUE TO (b) _____
DUE TO (c) _____

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO THE TERMINAL DISEASE CONDITION GIVEN IN PART I(a)

19. WAS AUTOPSY PERFORMED? YES ☐ NO ☐

| 20a. ACCIDENT ☐  SUICIDE ☐  HOMICIDE ☐ | 20b. DESCRIBE HOW INJURY OCCURRED. (Enter nature of injury in Part I or Part II of item 18.) |

| 20c. TIME OF INJURY  Hour  a. m.  p. m.  Month, Day, Year | |

| 20d. INJURY OCCURRED WHILE AT WORK ☐  NOT WHILE AT WORK ☐ | 20e. PLACE OF INJURY (e. g., in or about home, farm, factory, street, office bldg., etc.) | 20f. CITY, TOWN, OR LOCATION | COUNTY | STATE |

21. I attended the deceased from 2/10/56, to 12/25/64 and last saw her alive on 12/25/64 m on the date stated above, and to the best of my knowledge, from the causes stated. Death occurred at

| 22a. SIGNATURE F. B. Oliver (Degree or title) D.O. | 22b. ADDRESS Sallisaw, Okla. | 22c. DATE SIGNED 1-4-65 |

| 23a. BURIAL, CREMATION, REMOVAL (Specify) burial | 23b. DATE 12-28-64 | 23c. NAME OF CEMETERY OR CREMATORY Akins Cemetery | 23d. LOCATION (City, town, or county) Sequoyah Co, Oklahoma  (State) |

| 24. DATE RECD. BY LOCAL REG. 1-27-65 | 25. REGISTRAR'S SIGNATURE Elsie King | 26. FUNERAL DIRECTOR  ADDRESS Wheeler Funeral Home, Sallisaw, Okla. |

February 19, 2009