# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

## REDACTED EXHIBIT 134

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

STATE OF OKLAHOMA
CERTIFICATE OF DEATH

012686

LOCAL FILE NUMBER                                    STATE FILE NUMBER

| 1 DECEDENTS NAME (First, Middle, Last) | 2 SEX | 3a DATE OF DEATH (Month, Day, Year) | 3b TIME OF DEATH |
|---|---|---|---|
| Minnie Irene Andrews | F | 05-11-2003 | 13:50 p.m. |

| 4a PLACE OF DEATH (Check only one) HOSPITAL ☒  OTHER | 4b FACILITY NAME (If not institution, give street and number) |
|---|---|
| | Muskogee Regional Medical Center |

| 4c CITY, TOWN, OR LOCATION OF DEATH | 4d INSIDE CITY LIMITS ☒Yes ☐No | 4e COUNTY OF DEATH |
|---|---|---|
| Muskogee | | Muskogee |

| 5 ☐MARRIED ☐NEVER MARRIED ☒WIDOWED ☐DIVORCED | 6 SURVIVING SPOUSE (if wife, give maiden name) |
|---|---|
| | NA |

| 7 SOCIAL SECURITY NO. | 8a Age Last Birthday (Years) 94 | 8b Under 1 Year Months Days | 8c Under 1 Day Hours Minutes | 9 DATE OF BIRTH (Month, Day, Year) |
|---|---|---|---|---|
| ████ 3850 | | | | 1909 |

| 10 BIRTHPLACE (City and State or Foreign Country) | 11a DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life) |
|---|---|
| Huntsville, Alabama | Homemaker |

| 11b KIND OF BUSINESS/INDUSTRY | 12a RESIDENCE-STATE | 12b COUNTY | 12c CITY TOWN OR LOCATION |
|---|---|---|---|
| Domestic | Oklahoma | Muskogee | Muskogee |

| 12d STREET AND NUMBER | 12e INSIDE CITY LIMITS ☐Yes ☐No | 12f ZIP CODE 74403 | 13 WAS DECEDENT OF HISPANIC ORIGIN? ☐Yes ☒No (If Yes, specify Cuban, Mexican, Puerto Rican, etc.) |
|---|---|---|---|
| ████ | | | |

| 14 RACE–American Indian Black, White, etc. Specify White | 15 DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary / Secondary (0–12) 5th   College (1–4 or 5+) |
|---|---|

| 16 FATHER'S NAME (First, Middle, Last) | 17 MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| Ed Fitch | Mary Hambrick Fitch |

| 18a INFORMANT'S NAME (Type/Print) | 18b MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| Virginia Whiteley | ████, Broken Arrow OK 74012 |

| 19a METHOD OF DISPOSITION ☒Burial ☐Cremation ☐Donation ☐Removal from state ☐Other (Specify) | 19b PLACE OF DISPOSITION (Name of cemetery, crematory or other place) |
|---|---|
| | National Cemetery |

| 19c DATE OF DISPOSITION 05-15-2003 | 19d LOCATION City or Town, State Fort Gibson, Oklahoma | 20a FUNERAL HOME AND ADDRESS (Street or R.F.D. No., City or Town, State, Zip) Bradley Funeral Service, 1020 W. Okmulgee, Muskogee OK 74401 |
|---|---|---|

| 20b FUNERAL DIRECTOR | 20c SIGNATURE |
|---|---|
| Carter Bradley | |

21a PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line

| | | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Multisystem Failure | 72 hours |
| | Due to (or as a consequence of) | |
| Sequentially list conditions if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST | b. Respiratory Failure | 72 hours |
| | Due to (or as a consequence of) | |
| | c. Bilateral Pneumonia | 5 days |
| | Due to (or as a consequence of) | |
| | d. | |

PART II. OTHER SIGNIFICANT MEDICAL CONDITIONS (not directly contributing to death)
COPD, Congestive Heart Failure, Coronary Artery Disease, Hypertension, Lupus

| 21b WAS AN AUTOPSY PERFORMED? ☐Yes ☒No | 21c AUTOPSY AUTHORIZED BY | 21d WAS BODY VIEWED? ☒Yes ☐No |
|---|---|---|

| 22. MANNER OF DEATH ☒Natural ☐Accident ☐Suicide ☐Homicide ☐Pending Investigation ☐Could not be determined |
|---|

| 23a DATE OF INJURY (Month, day, Year) | 23b TIME OF INJURY | 23c INJURY AT WORK ☐Yes ☐No | 23c DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|

| 23h PLACE OF INJURY–At home, farm, street, factory, office, building, etc. (specify) | 23f LOCATION (Street and Number or Rural Route Number, City or Town, State) |
|---|---|

24a CERTIFIER (Check only one)   ☒ATTENDING PHYSICIAN
To the best of my knowledge, death occurred at the time, date, and place and due to the cause(s) and manner as stated

Notice to attending physician. Do not sign this certificate unless you are the physician who attended the deceased for a natural illness—unrelated to injury or poisoning—to which the patient has apparently succumbed, provided that death did not occur while deceased was in penal incarceration or during a therapeutic procedure in which death was not reasonably medically expected. For enumeration of deaths subject to investigation and certification by a Medical Examiner, refer to O.S. Title 63, Sec. 938 or contact office of Chief Medical Examiner in Oklahoma City

☐ MEDICAL EXAMINER
On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner as stated

| 24b SIGNATURE AND TITLE OF CERTIFIER | 24c DATE SIGNED (Month, Day, Year) 05/14/03 |
|---|---|

| 25 NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 24) (Type/Print) |
|---|
| Dr. George M. Jennings, 384 S. 33rd, Suite D, Muskogee OK  74401 |

| 26 REGISTRAR'S SIGNATURE (LOCAL) | 27 DATE RECEIVED BY LOCAL REGISTRAR | 28 DATE RECEIVED BY STATE REGISTRAR |
|---|---|---|
| Sandra K Corrier/By Latrena Hall | MAY 22, 2003 | MAY 27 2003 |

February 19, 2009