**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 137**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

# OFFICIAL TRANSCRIPT
## SALLISAW HIGH SCHOOL
## SALLISAW, OKLAHOMA

| Crawford | Gwen | | ENTERED: | DATE 8-26-74 | GRADE 9th |
|---|---|---|---|---|---|
| LAST NAME | FIRST | Middle | | | |

| ▓▓60 | Sallisaw, Okla. | | FROM: | Tommie Spear | |
|---|---|---|---|---|---|
| DATE OF BIRTH | PLACE OF BIRTH | | | | |

SEX __F__ RACE _____ MAILING ADDRESS _____ ▓▓▓ Vian _____ PHONE NUMBER 5-

FATHER __Roger Lee Crawford__ OCCUPATION __Star Furniture__ MOTHER _____ OCCUPATION _____

| 9th Year 74 75 | | | 10th Year 75 76 | | | 11th Year | | | 12th Year | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBJECTS | 1st | 2nd | SUBJECTS | 1st | 2nd | SUBJECTS | 1st | 2nd | SUBJECTS | 1st | 2nd |
| English I | C | C | English II | B- | D | English III | | | English IV | | |
| Civics | | D | Biology | C | C | American History | | | P.O.D. | | |
| Oklahoma History | C | | Health | B | | | | | | | |
| Math | C | D | Gen. Math | B | B | | | | | | |
| General Science | C | C | General Business | C | C | | | | | | |
| P. E. | A | A | Home Ec II | A | A | | | | | | |
| Home Ec. | B | C | Driver's Ed. | | A | | | | | | |

## RECORD OF TEST DATA

| CREDITS SENT TO: | |
|---|---|
| School | Date |
| School | Date |
| | Date |
| Passing Marks | A B C D |
| Rank in Class | _____ |
| Periods Per Week | _____ |
| Length of Periods | _____ |

Graduated _____ Dropped __X__ Withdrew _____

Date of Graduation _____ 19 ____

Course: College Prep. _____ General _____

_____ Principal

Transcript Certified *Sandra Hoar* _____ Registrar

1-16-09

Number in Class: Boys _____ Girls _____ Total _____