## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

## REDACTED EXHIBIT 138

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

# OFFICIAL TRANSCRIPT
## SALLISAW HIGH SCHOOL
## SALLISAW, OKLAHOMA

Barrett, Earnest

LAST NAME _____-38_____ FIRST _Atkins Oklahoma_ Middle

DATE OF BIRTH _____ PLACE OF BIRTH _Sallisaw_

ENTERED: DATE _8-23-54_ GRADE _age 16_

FROM: _Sallisaw Jr. High_

SEX _____ RACE _____ MAILING ADDRESS _Sallisaw_ ███ PHONE NUMBER _____

FATHER _A. J. Barrett_ OCCUPATION _____ MOTHER _____ OCCUPATION _____

| 9th Year — — | | | 10th Year 54 55 | | | 11th Year — — | | | 12th Year — — | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBJECTS | Sem. Marks 1st | 2nd | SUBJECTS | Sem. Marks 1st | 2nd | SUBJECTS | Sem. Marks 1st | 2nd | SUBJECTS | Sem. Marks 1st | 2nd |
| English I | | | English II | B | B | English III | | | English IV | | |
| Civics | | | Biology | | | American History | | | | | |
| Oklahoma History | | | Alg. I | C | B | | | | | | |
| Math | | | World History | C | B | | | | | | |
| General Science | | | Ind. Arts I | B | B | | | | | | |

### RECORD OF TEST DATA

Otis S. A. 100 - 1954
Orleans 24 - 1953

| CREDITS SENT TO: | |
|---|---|
| School | Date |
| School | Date |
| | Date |
| Passing Marks | A B C D |
| Rank in Class _____ | |
| Periods Per Week _____ | |
| Length of Periods _____ | |

Number in Class: Boys_____ Girls_____ Total_____

Graduated_____ Dropped_____ Withdrew_____

Date of Graduation_____ 19_____

Course: College Prep. _____ General_____

_____ Principal

Transcript Certified _E. M. _____ 1/16/09_ Registrar