# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## REDACTED EXHIBIT 148

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

## OKLAHOMA STATE BUREAU OF INVESTIGATION

PAGE 1 of 2

TITLE OF
REPORT  INTERVIEW OF KENNETH EUGENE BARRETT

**KENNETH EUGENE BARRETT**, WM, DOB: ███/61, SSN: ███-9952, ███
███ Vian, Oklahoma, 918/775-6969 (mother's telephone), provided the following
information:

BARRETT was a self-employed mechanic.

On September 24, 1999, BARRETT and his son TOBY WAYNE BARRETT (18 years of age) were outside in the yard of their residence working on a 1985 Camero. At around midnight KENNETH went in the house and then heard TOBY yelling but KENNETH could not understand what TOBY was saying. A Bronco, which KENNETH had never seen before, was pulling across a field into KENNETH'S yard. KENNETH walked out of the house and looked and the Bronco pulled up to within five feet of the front door of KENNETH'S house. The Bronco had its headlights on and the lights were blinding KENNETH.

KENNETH then felt a pain in his leg and started to fall. KENNETH stated that he was standing inside his house by the bedroom door and as he was falling he grabbed his loaded AR-15 which he kept by the bedroom door. As KENNETH was falling he started shooting and he fired "a bunch of rounds". KENNETH'S AR-15 was not a full automatic weapon. People were yelling and KENNETH thought he had been shot but did not know for sure where the shots came from but KENNETH thought the shots came through the window. KENNETH had other weapons in the house but they were locked in a cabinet.

TOBY was outside screaming "Dad" and then there was a man (unidentified) standing over KENNETH with a gun and wearing fatigues  but KENNETH did not think that was the man who shot him. The man with the gun told KENNETH to get up and KENNETH told the man he could not get up. KENNETH was dragged outside but he did not know who dragged him outside. After being dragged outside KENNETH was "stomped and hit in the face with a flashlight" but KENNETH did not know who was stomping and hitting him. According to KENNETH people (unidentified) were calling him "scum and a piece of shit" and putting their feet on his head. KENNETH did not know if the people were police officers until he saw Sequoyah County Sheriff JOHNNY PHILPOT. PHILPOT told KENNETH that KENNETH would be in his (PHILPOT'S) jail and KENNETH would die there. PHILPOT told KENNETH that he was a "stupid son-of-a-bitch" and that PHILPOT should have killed KENNETH when KENNETH was younger. Someone

| | | | | |
|---|---|---|---|---|
| INVESTIGATION ON 09/24/99 | AT TULSA, OKLAHOMA | BY DENNIS FRANCHINI | | FILE CR 99-746 |
| OFFENSE HOMICIDE | | VICTIM DAVID EALES | | CASE AGENT BEN ROSSER |
| OFFICE NERO | DATE REPORTED 10/11/99 | DATE TYPED 10/14/99 | TYPIST kc | APPROVED          IND 027 |

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distribute outside your agency.

64

00000286

KEB300474

CR 99-746
INTERVIEW OF KENNETH WAYNE BARRETT
PAGE TWO

(unidentified) told KENNETH to "keep your mouth shut or you'll die". PHILPOT then told KENNETH that he (PHILPOT) would burn KENNETH'S house down along with everything in it. An ambulance arrived and KENNETH was placed in the ambulance where his clothes were taken off and he was transported to the hospital in Sallisaw, Oklahoma.

Someone (unidentified) asked KENNETH if BOSS GREEN was going to take care of him. KENNETH described GREEN as an acquaintance that KENNETH had done some mechanical work for. The AR-15 KENNETH fired belonged to him. KENNETH had purchased the weapon from DOUG SHOCKEY (phonetic) who lived in Sallisaw. SHOCKEY had pawned the weapon at a pawn shop and KENNETH had helped SHOCKEY get the weapon out of the pawn shop. KENNETH did not remember the name of the pawn shop or where it was located. KENNETH then bought the gun from SHOCKEY for $500.00.

KENNETH then stated that when he was shot he was standing by his bedroom door and as he was falling he could see out the front door of his house. KENNETH stated "they (unidentified) were inside the truck and I just grabbed the gun and started shooting". KENNETH then stated that "they came in through my neighbors driveway and across the field".

END NOTE: Prior to being interviewed KENNETH was advised of his Miranda Rights by OSBI Deputy Inspector DENNIS FRANCHINI. KENNETH declined to be interviewed and asked for an attorney. KENNETH'S request was noted on the rights form (copy attached). As FRANCHINI was preparing to leave KENNETH'S hospital room, KENNETH stated that he wanted to talk with FRANCHINI and KENNETH requested that the two Oklahoma Highway Patrol Troopers who had entered the room leave, which they did. FRANCHINI again reminded KENNETH of his rights but KENNETH wanted to talk with FRANCHINI. KENNETH stated that he understood his rights and he signed the rights waiver. KENNETH appeared to understand everything being said to him as he responded to all of FRANCHINI'S questions without hesitation and FRANCHINI did not have to repeat questions for KENNETH. The only visible injury on KENNETH'S face was a slight abrasion on his forehead.

65

00000287
KEB300475