# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

## REDACTED EXHIBIT 149

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

Form Prescribed By
Indiana State Board of
Health under Authority
Chap. 126, Ind. Acts 1905

**STATE OF INDIANA**
**APPLICATION FOR MARRIAGE LICENSE**

No. 76
File 31

_____JAY_____County

February 19, 1976
Date of Application

| MALE | | FEMALE | |
|---|---|---|---|
| Medical Examination Report Dated | Feb. 3, 1976 | Medical Examination Report Dated | Feb. 3, 1976 |
| Name of Physician | Peter P. Mavock, M. D. | Name of Physician | Peter P. Mavock, M. D. |

ALL QUESTIONS MUST BE ANSWERED. Chapter 126, Indiana Acts 1905 prescribes "False statement—Whoever procures the issuance of a license to marry by any false statement, representation or pretense shall be fined in any sum not exceeding five hundred dollars ($500.00)".

| MALE APPLICANT | FEMALE APPLICANT |
|---|---|

**MALE APPLICANT**

Name: First Ernest, Middle Eugene, Last Barrett
Date of Birth: Year 1938
Place of Birth (State or foreign country): Sallisaw, Oklahoma
Residence Address — City Dunkirk, County Jay, State Indiana
Previous Marital Status: Never Married ☐  Number of Previous Marriages 1
Last Marriage Ended By: Death ☐  Divorce ☒  Annulment ☐
Color or Race: White ☒  Negro ☐  Other ☐ (specify)
Usual Occupation: Supervisor, Kerr Glass Co.
Date of birth verified by: ☐ Birth Cert. ☐ Judicial Decree
☐ Other (Specify): Driver's License

1. Are you now or have you been adjudged, diagnosed or considered as:
   An Imbecile? No ☐ Yes ☐
   Of Unsound Mind? No ☒ Yes ☐
2. Are you under guardianship as a person of unsound mind? No ☐ Yes ☐
3. Are you now or have you been within five (5) years an inmate of a county asylum or home for indigent persons? No ☒ Yes ☐
   If answer to 3 is "yes" has the cause of such condition been removed? No ☐ Yes ☐
4. Are you afflicted with a transmissible disease? No ☒ Yes ☐
5. Are you related to the bride closer than second cousin? No ☒ Yes ☐
6. Are you now under the influence of intoxicating liquor? No ☒ Yes ☐
7. Are you now under the influence of a narcotic drug? No ☒ Yes ☐
8. Are you able to support a family? Yes ☒ No ☐
9. Are you likely to so continue? Yes ☒ No ☐
10. Do you have minor children from one or more former marriages? No ☐ Yes ☒
    (If yes, answer questions a, b, c)
    (a) List their full names, ages and addresses

Kenneth Eugene Barrett 14  Sallisaw, Oklahoma
Richard Andrew Barrett 11  Sallisaw, Okla.
Stephen Wayne Barrett 7  Sallisaw, Okla.
    (b) Are you supporting or contributing to their support? Yes ☒ No ☐
    (c) Are you complying with any court order or orders issued for their support? Yes ☒ No ☐

11. Full name of father: Andrew Jackson Barrett
Residence of father (if deceased so state): Deceased
Occupation of father: — — Race of father: White
Birthplace of father (State or foreign country): Sallisaw, Oklahoma
12. Full maiden name of mother: Ada May Hatter
Residence of mother (if deceased so state): Sallisaw, Oklahoma
Occupation of mother: Housewife Race of mother: White
Birthplace of mother (State or foreign country): Sallisaw, Oklahoma

State of Indiana,
County of JAY } ss:  I depose and state the information given in this application is true and correct.
Signed: Ernest E. Barrett
New Address: Dunkirk, Indiana
Subscribed and sworn to before me this 19th day of February, 19 76
Vera M. Stults, Clerk JAY Circuit Court

CONSENT OF PARENTS, PARENT OR GUARDIAN
We, the parents, of this applicant hereby give consent for this marriage. If only one parent signs, state facts which render the consent of the other parent unnecessary.

State of Indiana,
County of JAY } ss:
Signed: Father
Signed: Mother
Subscribed and sworn to before me this day of 19 Clerk

**FEMALE APPLICANT**

Name: First Diana, Middle Kay, Last Wilson
Date of Birth: Year 1947
Place of Birth (State or foreign country): Jay County, Indiana
Residence Address — City Dunkirk, County Jay, State Indiana
Maiden Name if Different: Diana Kay Wilkes
Previous Marital Status: Never Married ☐  Number of Previous Marriages 2
Last Marriage Ended By: Death ☐  Divorce ☒  Annulment ☐
Color or Race: White ☒  Negro ☐  Other ☐ (specify)
Usual Occupation: Teacher
Date of birth verified by: ☒ Birth Cert. ☐ Judicial Decree
☐ Other (Specify)

1. Are you now or have you been adjudged, diagnosed or considered as:
   An Imbecile? No ☒ Yes ☐
   Of Unsound Mind? No ☒ Yes ☐
2. Are you under guardianship as a person of unsound mind? No ☒ Yes ☐
3. Are you afflicted with a transmissible disease? No ☒ Yes ☐
4. Are you related to the groom closer than second cousin? No ☒ Yes ☐
5. Are you now under the influence of intoxicating liquor? No ☒ Yes ☐
6. Are you now under the influence of a narcotic drug? No ☒ Yes ☐
7. Full name of father: Herbert William Wilkes
Residence of father (if deceased so state): unknown
Occupation of father: unknown  Race of father: white
Birthplace of father (State or foreign country): unknown
8. Full maiden name of mother: Dorothy Evelyn Crawmer
Residence of mother (if deceased so state): Dunkirk
Occupation of mother: Factory Worker Race of mother: White
Birthplace of mother (State or foreign country): Jay Co., Indiana

State of Indiana,
County of JAY } ss:  I depose and state the information given in this application is true and correct.
Signed: x Diana Kay Wilson
New Address: Dunkirk, Indiana
Subscribed and sworn to before me this 19th day of February, 19 76
Vera M. Stults, Clerk JAY Circuit Court

CONSENT OF PARENTS, PARENT OR GUARDIAN
We, the parents, of this applicant hereby give consent for this marriage. If only one parent signs, state facts which render the consent of the other parent unnecessary.

State of Indiana,
County of JAY } ss:
Signed: Father
Signed: Mother
Subscribed and sworn to before me this day of 19 Clerk

COMPLETE IF MARRIAGE LICENSE ISSUED BY ORDER OF COURT. A marriage license having been refused to the above named parties, the _____County_____Court by written order issued_____and filed in_____authorizes and directs the issuance of a marriage license to the above named parties.

**RETURN OF MARRIAGE LICENSE AND MARRIAGE CERTIFICATE**

Be It Remembered, there was filed in my office a marriage license issued by the clerk of the Jay Circuit Court of Indiana dated the 23rd day of February 1976, authorizing the joining together as husband and wife Ernest Eugene Barrett and Diana Kay Wilson.

Be it further remembered, the following marriage certificate was filed in my office, to-wit:

I, Wendell Williams hereby certify that on the 29th day of February one thousand nine hundred and Seventy-Six at Hartford City, County of Blackford, State of Indiana, Groom Ernest Eugene Barrett of Jay, County, State of Indiana, and, Bride Diana Kay Wilson of Jay, County, State of Indiana, were by me united in marriage as authorized by a marriage license issued for that purpose by the Clerk of the Circuit Court of Jay County.

Dated this 29th day of February, 19 76.
Signed: J. Wendell Williams
Official Designation: Minister

Filed and recorded in accordance with the laws of the State of Indiana this 3rd day of March, 19 76.
Signed: Vera M. Stults, Clerk
Jay Circuit Court

MC 31