IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

REDACTED EXHIBIT 150

TO KENNETH EUGENE BARRETT'S

SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

KEB400099

fully advised in the premises, and having fully considered the evidence, finds:

That the Plaintiff is now and has been for six (6) months next proceding the filing of her Petition, an actual resident in good faith of the State of Oklahoma; and

That she is now, and has been for thirty (30) days next proceding the filing of her Petition, an actual resident in good faith of Sequoyah County.

That the parties hereto were legally married on the 18th day of Oct. 1982, in Sallisaw, Oklahoma, and have ever since that time been husband and wife; and

That no children have been born or are to be born of the marriage of Plaintiff and Defendant.

That the Plaintiff, by virtue of the prayer in her Petition, is entitled to a divorce upon the grounds of incompatibilty as alleged in her pleadings; and

That the parties have settled their mutual claims concerning a division of all jointly acquired property, both real and personal, of which either or both of them are seized and possessed; and that the Defendent is to be awarded as his separate property the following:

Personal Belongings in his
possession

court at any time hereafter without notice to, and in the absence of, this defendant.

_____
                                    Defendant

STATE OF _Oklahoma_ )
                     ) ss.
_Sequoyah_ COUNTY, )

Before me, the undersigned, a Notary Public within and for the State of _Oklahoma_ on this _20th_ day of _April_, 19_85_, personally appeared the above named defendant, _____ to me known to be the identical person who executed the above and foregoing entry of appearance and waiver, and personally acknowledged to me that he-she read, understood and signed the same; and that he-she executed the same as his-her free and voluntary act and deed for the uses and purposes therin set forth.

IN WITNESS WHEREOF I have hereunto affixed my signature and official seal the day and date heretofore stated.

_____
                                 Notary Public

My Commission expires _April 14, 1990_

KEB400101

preceding the filing of this petition.

2.   That the Plaintiff's full name and address is: Sylvia Gelene Dudley ▮▮▮▮▮▮▮ Vian, Oklahoma 74962

3.   That the Plaintiff is of legal age, having been born on ▮▮▮▮▮ 1940

4.   That the Defendant's full name and address is: Paul Eugene Dudley  Lawton, Oklahoma

5.   That the Defendant is of legal age having been born on ▮▮▮▮▮ 1939

6.   That the maiden name of the wife herin was  Dotson

7.   That all former legal names of the wife herin are Barrett

8.   That parties were married at Sallisaw  Oklahoma  in the County of Sequoyah on the 18 day of Oct. 19 82
(city) (state)

9.   "That a state of complete and irreconcilable incompatibilty has arisen between the parties hereto, and by reason of the Defendant and the resulting irremediable breaksown of the material relationship the Plaintiff can not continue to live with said Defendant, and therefore, the Plaintiff is entitled to a Degree of Divorce from the Defendant."

10.   That the wife (is not) pregnant at this time.

11.   That there are  0  Child(ren) of this marriage.

follows: _____

_____

_____

That it is further petitioned that starting on_____

and continuing on the _____day of each month thereafter,

_____ should pay to_____,for

each of said minor children which are not in _____ custody, the

sum of_____per each such said child per month for support

and maintenance until each such child attains legal age or is

emancipated or enters the military or until further order of the

court.

That it is futther petitioned that _____

_____

_____

_____

That it is further petitioned that _____

_____

_____

Page 2 of petition for Divorce

KEB400103

parties hereto hold the other harmless as to the resourse or credit-ors on their respetive liabilities and debts of which the other was unaware at the time of the filing of the petition in this matter. Defendant Sylcia Gelene Dudley will pay the creditors and obligation listed below:

| Name of Creditor | Address of Creditor | Security on Debt or type of Debt | Balance- Owing | As (Dat |
|---|---|---|---|---|
| First State Bank | P.O.B. 730 | Mobile Home | 20,015.64 | |
| | Kimball, N.E. 69145 | | | 4-1- |
| Farmers Furniture | Sallisaw | Furniture | 1561.94 | 3-26- |
| | | | | |

Plaintiff, Paul E. Dudley will pay the creditors and obligations listed below:

| Name of Creditor | Address of Creditor | Security on Debt or Type of Debt | Balance Owing | As of (Date) |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |
| | | | | |
| | | | | |

Page 3 of Petition for Divorce

I, Bernell Edwards, Court Clerk, for Sequoyah County Oklahoma, hereby certify that the foregoing is a true, correct, and full copy of the instrument herewith set out as appears of record in the Court Clerk's office of Sequoyah County, Oklahoma, and said instrument is now in full force and effect.
Dated this 23rd day of _____
20 01         Bernell Edwards, Court Clerk
        By _____
            Deputy

KEB400104

Date: 4-22-86                                          Signed *Sylvia Gelene Dudley*
                                                                    Plaintiff

## VERIFICATION

STATE OF OKLAHOMA)
          COUNTY )  ss.

     I, __Sylvia Gelene Dudley__ , of lawful age, being first duly

sworn, upon oath, state that I am the plaintiff above

named; that I have read the above and foregoing Petition for Divorce

that I am familiar with the contents thereof; and that the things

and matters therein contained are true and correct.

                                        *Sylvia Gelene Dudley*
                                             Plaintiff

     Subscirbed and sworn to before me this 22nd day of April ,
19 86 .

My commission expires on:          *Becky Pell*
                                   Notary Public
   9-13.86


                              _____
                              Plaintiff's name
                              ████████████████████ Vian, Ok
                              Plaintiff's address

KEB400105

.......................................................... Parent or Guardian.

Subscribed and sworn to before me this........................................................day of....................................................................., 19...........

(SEAL)

.......................................................... Court Clerk.

By ..........................................................
.......................................................... Deputy.

## MARRIAGE LICENSE

STATE OF OKLAHOMA, Adair County, ss.

IN COUNTY COURT

To any Person Authorized to Perform and Solemnize the Marriage Ceremony—Greeting:

You are hereby authorized to join in marriage Mr. *Ernest E. Barrett*

of *Sallisaw* , County of *Sequoyah* , State of *Oklahoma* , aged *21* years,

and M *Sylvia L. Watson* ,

of *Sallisaw* , County of *Sequoyah* , State of *Oklahoma* , aged *16* years,

And of this License you will make due return to my office within thirty days from this date.

Witness my hand and official seal, at *Stilwell* in said County, this *8th* day of

*July* A. D. 19 *60*

Recorded this *8th* day of *July* 19 *60*

*[signature]* Court Clerk.

By ..........................................................
.......................................................... Deputy.

*[signature]* Court Clerk.

By ..........................................................
.......................................................... Deputy.

## CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, Adair County, ss.

I, *E. B. Arnold* , *County Judge* *Adair County Court*
NAME        OFFICIAL DESIGNATION        COURT OR CONGREGATION

of *Stilwell* in *Adair* County, State of Oklahoma, do hereby certify

that I joined in marriage the persons named in and authorized by this License to be married, on the *8th* day of

*July* A. D. 19 *60* at *Stilwell* in *Adair* County,

State of Oklahoma, in the presence of *Johnny Simmonds* of *Sallisaw, Okla.*

and *Hyetts Crawford* of *Sallisaw, Okla.*

My credentials are recorded in Minister's Credentials

Book................Page................

of........................................................County, Oklahoma.

*E. B. Arnold*
*County Judge*

Returned and recorded this *8th* day of *July* 19 *60*

*[signature]* Court Clerk.

By ..........................................................
.......................................................... Deputy.