### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

### REDACTED EXHIBIT 152

### TO KENNETH EUGENE BARRETT'S

### SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

**IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY**

**STATE OF OKLAHOMA**

SEQUOYAH COUNTY, OKLAHOMA
IN DISTRICT COURT

JAN 0 9 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

KIMBERLY FAYE PULICE,　　　　　)
　　　　　　　　　Plaintiff,　　　)
Vs.　　　　　　　　　　　　　　　)　　Case No. JFP 2004-17
RICHARD BARRETT,　　　　　　　　)
　　　　　　　　　Defendant.　　　)

**APPLICATION FOR TEMPORARY ORDER**

**COMES NOW** the Plaintiff and for her Application for Temporary Order and states as follows:

1.　　That on the 9th day of January, 2004 Plaintiff filed herein her Petition for Paternity.

2.　　That Plaintiff is the natural mother of the minor child, ██████ ██████ ██████ born ████ 03.

3.　　That said minor child has never been away from Plaintiff for more than one day.

4.　　That on January 5, 2004 Plaintiff was forced by Defendant to leave her residence, which is a mobile home that she owns that is sitting on property owned by Defendant's mother, and since that time Defendant has refused to let Plaintiff have contact with the minor child.

5.　　That on January 5, 2004 Defendant physically assaulted Plaintiff and threatened her with a knife.

illiam K. Orendorff
Attorney At Law
206 N. Oak
allisaw, OK 74955

**APPLICATION FOR TEMPORARY RESTRAINING ORDER**
Page 2 of 2

6.    That the minor child is currently in the care of Defendant and his mother and as recently as January 3, 2004 Defendant's mother was depressed, intoxicated, under the influence of medications and not capable of caring for a child.

7.    That based upon the age of the minor child and the child's ongoing relationship with Plaintiff the Court should enter an ex parte Temporary Order giving temporary custody of said minor child to the Plaintiff.

8.    That under the circumstances the minor child would be at risk of irreparable harm if the Court waited for the Defendant or his attorney to be heard on this Application before entering such order.

9.    That the Court should enter the Temporary Order requested by the Plaintiff and set the matter for hearing as required by law.

_____
**WILLIAM K. ORENDORFF / OBA #11950**
Attorney for Plaintiff
P.O. Box 129
Sallisaw, Oklahoma  74955
(918) 775-4436