**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 153**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

#2378/ORD.APPT/csw

IN THE DISTRICT COURT IN AND FOR THE COUNTY OF SEQUOYAH

STATE OF OKLAHOMA

IN THE MATTER OF THE GUARDIANSHIP OF    )
                                        )   CASE NO.  PG-02-85
BRANDON LEROY SMITH, An Incapacitated   )
Person.                                 )

SEQUOYAH COUNTY, OKLAHO
FILED
IN DISTRICT COURT

OCT 1 6 2002

BERNELL EDWARDS, COURT CLE
BY_____DEPU

## ORDER APPOINTING GUARDIAN

**ON** this 26th day of September, 2002, the Petition of Gwendolyn Holt, alleging that it is necessary that a Guardian be appointed for the person and estate of Brandon LeRoy Smith comes on for hearing on its merits.  The Petitioner appears with her attorney, Clark S. Wood and Brandon LeRoy Smith, the alleged incapacitated person appeared.  Also, Katherine Wilson appears for the Department Of Human Services which is providing assistance to Brandon LeRoy Smith.

The Court, having examined the files and records herein, having considered the evidence presented in open court, having heard sworn testimony, having heard argument of counsel and being otherwise fully advised in the premises finds:

That proper notice of this hearing has been given pursuant to Title 30 O.S. § 3-110, and this Court's Order issued on the 22nd day of August, 2002.

That Brandon LeRoy Smith is a resident of Sequoyah County, Oklahoma.

That the financial resources and personal property of Brandon LeRoy Smith consist of an SSI check in the approximate sum of

$491.00, a check from the State of Oklahoma payable through the Department Of Human Services in the approximate sum of $33.00, and his clothing.

That the essential requirements for managing the financial resources include the ability to balance a checking account, and pay monthly bills.

That the essential requirements for the health and safety of Brandon LeRoy Smith, include obtaining the necessary health care, including; food, shelter, clothing, personal hygiene and other care.

That the necessary skills and knowledge to meet the essential requirements for the health and safety of Brandon LeRoy Smith, include the ability to obtain professional assistance in his health care and to provide the proper health care, food, shelter, clothing and to assist with his personal hygiene.

That by clear and convincing evidence, Brandon LeRoy Smith is determined to be an incapacitated person, who is impaired by reason of multiple congenital abnormalities, IQ of 42, and his mental age is six (6) years of age, resulting in an inability to receive and evaluate information effectively, meet the essential requirements for his physical health and safety, and management of his financial resources.

That Gwendolyn Holt is qualified to serve as guardian of Brandon LeRoy Smith in that she is not a minor, incapacitated or partially incapacitated person, convicted felon, bankrupt, nor is

she insolvent or under any financial obligation to the Ward which would affect her ability to perform her duties as guardian. Gwendolyn Holt is not subject to a conflict of interest which would preclude or be substantially detrimental to her ability to act in the best interest of Brandon LeRoy Smith.

That Gwendolyn Holt, ███████████████ Vian, Oklahoma 74962, is appointed to serve as Guardian of Brandon LeRoy Smith.

That pursuant to title 30 O.S. § 4-201 no bond is required.

That Letters of Guardianship shall be issued to Gwendolyn Holt, upon taking the oath of office. Gwendolyn Holt shall not be required to file an inventory of the estate of Brandon LeRoy Smith, within two (2) months because Brandon LeRoy Smith has no real or personal property.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** by the Court that the above findings are fully incorporated in this Court's Order as if fully set out herein and Gwendolyn Holt is hereby appointed guardian over the person and estate of Brandon LeRoy Smith upon taking the oath of office. No bond is required at this time.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** by the Court that the PLAN FOR THE CARE AND TREATMENT OF THE WARD and THE PLAN FOR THE MANAGEMENT OF THE WARD'S ESTATE as submitted by the Guardian immediately following her appointment are hereby approved.

_____
JUDGE OF THE DISTRICT COURT

#2378/OFH/arh

IN THE DISTRICT COURT IN AND FOR THE COUNTY OF SEQUOYAH
STATE OF OKLAHOMA

IN THE MATTER OF THE GUARDIANSHIP OF )
 ) CASE NO. PG-02-85
BRANDON LEROY SMITH, An Incapacitated )
Person. )

 SEQUOYAH COUNTY, OKLAHO
 FILED
 IN DISTRICT COURT

 AUG 2 2 2002

ORDER FOR HEARING
PETITION FOR APPOINTMENT OF GUARDIAN

 BERNELL EDWARDS, COURT CLE
 BY_____DEP

On this 22nd day of August, 2002, Gwendolyn Holt, having filed herein her Petition praying for the appointment of herself as guardian of the person and estate of Brandon LeRoy Smith, An Incapacitated Person, and alleging that said child and his estate is subject to the jurisdiction of this Court. The Court finds that the Petition For Appointment Of Guardian should be set for hearing on a date certain.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that the 26th day of September, 2002, at the hour of 1:00 o'clock p.m. be and the same is hereby set for hearing said petition, which hearing shall be held in the District Court of Sequoyah County, at Sallisaw, Oklahoma.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that notice of said hearing be given to the sister, Brandy Qualls, Village West Apartments ████ Sallisaw, Oklahoma 74955; to the Incapacitated Person whose address is ████████ Sallisaw, Oklahoma 74955 and to the Department of Human Services, Att: Katherine Wilson, 5005 N. Wood Drive, Okmulgee, Oklahoma, 74447.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that notice of said hearing be given by mailing said notices and a true and correct copy of this Order to the persons herein named as being entitled to notice not less than ten (10) days prior to the date herein set for said hearing.

_____
JUDGE OF THE DISTRICT COURT

CLARK S. WOOD, OBA #9841
Attorney at Law
303 South Oak
P.O. Box 1020
Sallisaw, OK 74955
PHONE:     (918) 775-9191
FAX    :     (918) 775-7549

PATIENT'S NAME _____ Brendon Smith ___83 _____ ALLERGIES _____

NONE KNOWN ☑

| DATE | | | SUBSEQUENT VISITS AND FINDINGS |
|---|---|---|---|
| MO. | DAY | YR. | |

2 24 84  Wt: 17-14 clothed    Coughing & cold
T—                    x 1 wk. Has had off
                    & on for 3 mos. On
Novahistine DH & Decongestant ē relief.
Temp off & on. Spitting up milk. A lot
of Mucus / Throat.

A 1) Bronchitis
   2) R OM
   3) [illegible]
P 1) [illegible]
   2) Tylenol ↑ temp
   3) Pediazole 3/4 ē ID  12.00          MWH

11 16 84  Wt 21# (by scales - clothed)   Chest cong - cough -
Temp 96.8 ax                ↓ appetite
                    Requests Rx for vitamins
                    Has had symptoms for 1 wk.
                    ↑ temp @ 1st of wk.

A 1) OM
   2) Bronchitis
   3) Viral URI
P 1) Pediazole P.S. 2 ½ ss   BID
   2) Pedicare EX Med  q 4 h   ō cc q 4° - QID
   3) [illegible], no milk          MWH

JIM K. HENDERSON, DO
533 EAST REDWOOD
SALLISAW, OK 74955
(918) 775-5950

7 12 85                Playing in wading pool -
                    45 min ago - began crying -
                    index finger & palm of (L) hand
                    puffy & red.

A) Insect Sting (L) 1st digit
P) Benadryl 12.5 q / BID   3 Tbsp q 4°
   Ice
   RTC or ER prn          MWH

are excellent. Overall, this is considered to be an accurate estimate of Brandon's current functional skills.

## Test Results:

*Intellectual:*   The *Stanford-Binet, Fourth Edition* was used for the intellectual assessment. Brandon's scores were as follows:

| | |
|---|---|
| Verbal Reasoning | 54 |
| Abstract/Visual Reasoning | 52 |
| Quantitative Reasoning | 44 |
| Short-Term Memory | 45 |
| Test Composite | 42 |

This performance is better than that received on his last assessment from 1992, which was reported in his 1/24/94 assessment. In this report it was noted that when the *Slosson Intelligence Test* was administered in 1992, Brandon's IQ was assessed as being 27, which would place his level of functioning in the severe range of mental retardation. The current score of 42 places Brandon's level of cognitive abilities in the moderate range of functioning, and appears to be a better estimate of his abilities.

On the *Goodenough Draw-A-Person* test, which is used to assess intellectual functioning in young people, Brandon received a score of 14, which translates to a Mental Age of 6 years, 6 months. This score also places Brandon's abilities in the moderate range of functioning, which corroborates his *Stanford-Binet* score.

*Adaptive:*   On the *Vineland Adaptive Behavior Scales (Interview Edition-Survey Form)*, using Brandon and case manager Kelly Henshaw as the informants, the following scores were attained:

| Domain | Scaled Score | Age Equivalent |
|---|---|---|
| Communication | <20 | 1 year, 7 months |
| Daily Living Skills | <20 | 4 years, 1 month |
| Socialization | 31 | 2 years, 9 months |
| Adaptive Behavior Composite | | 2 years, 10 months |

This score places Brandon's adaptive skills at the high end of the profound range of adaptive functioning, although it is significantly higher than that achieved in 1994, as can be seen below:

| Domain | Age Equivalent |
|---|---|
| Communication | 1 year, 2 months |
| Daily Living Skills | 2 years, 11 months |
| Socialization | 1 year, 0 months |
| Adaptive Behavior Composite | 1 year, 8 months |

An area of strength for Brandon is in his daily living skills and an area of weakness is in his communication skills.

*Social/Emotional:* On the Maladaptive Behaviors section of the *Vineland Adaptive Behavior Scales (Interview Edition-Survey Form)*, Brandon's score was 4, indicating intermediate problems in this area. One maladaptive behavior was reported as occurring "often" (bites fingernails), and those reported as occurring "sometimes" were has poor concentration and attention and is stubborn. In the past Brandon was reported by his mother as being aggressive and noncompliant, but his behavior has reportedly improved significantly over the past year.

Summary: Brandon is a 14 year, 1 month old young man whose cognitive skills were assessed as being in the moderate range of impairment and whose adaptive skills were assessed as being at the high end of the profound range of impairment. Behavior problems are few and have apparently improved this past year. Brandon continues to be eligible to receive services through the Developmental Disabilities Services Division of DHS.

DSM-IV Impressions:

| | | |
|---|---|---|
| Axis I | V71.09 | No diagnosis or condition on Axis I |
| Axis II | 318.0 | Moderate mental retardation |
| | | IQ = 42, from evaluation dated 4/21/97; Adaptive Behavior Composite Score = 2 years, 10 months, from evaluation dated 4/21/97 |
| Axis III: | | Multiple congenital anomalies |
| Axis IV: | | Psychosocial Stressors: Communication impairments |
| Axis V: | 40-50 | |

Recommendations:

1. Continued psychological service hours are recommended to assist Brandon's mother on a consultative basis if any behavioral issues recur this coming year. 20 units (5 hours) of W3036 are requested for this purpose.

2. Brandon has severe impairments in his ability to communicate. It has been reported that a recommendation has been made to teach Brandon and those around him sign language. This is an excellent idea, as Brandon was able to imitate signs used by the examiner easily, and retained them through the end of the testing session (which lasted several hours). Brandon is a natural mimic, has excellent receptive skills, and would probably be able to show a lot more of what he knows if he was able to consistently communicate with others.

3. I was unable to find a current medical diagnosis for Brandon, even though I looked through his available medical records. Brandon has a number of genetic anomalies which are reminiscent of Trisomy 9 mosaic syndrome. I know that Brandon was seen at Children's Medical Center when he was a young child; however, I was unable to find a definitive diagnosis in his records.

It might be of assistance to those who work with Brandon on a consistent basis to be aware of any possible genetic syndrome so that they can take this into account when planning for his future needs. Another referral to the genetics clinic at Children's Medical Center in Tulsa would not be unreasonable if this has not be done recently.

4. Due to his poor expressive language skills I imagine that there are many people who tend to underestimate Brandon's abilities. I believe that it is important to alert as many people as possible who spend any significant amount of time with Brandon about his excellent abilities and skills, especially as he is unable to tell them himself.

5. As required by current DHS/DDSD regulations, Brandon will have to have another full psychological evaluation in 2000.

Lynne Anne Daurelle, Ph.D., BCFE
Licensed Psychologist (#639)

## SOCIAL SERVICE RE-EVALUATION

NAME: Brandon L. Smith  DOB: ███ 83 SSN: ███ 5808
MR-___:_____SEX: Male RACE: C  NICKNAME: Bubba
HAIR: Brown EYES: Blue RELIGION: Bapt. POC EXP. DATE: 07-31-01
ADDRESS: ███████ Vian, OK. 74962  PHONE: 775-5816
COUNTY: Sequoyah #68 CASE MANAGER: Michael DeMoss DATE: 04-30-01
CASE NUMBER: D-018593

IMPROVEMENTS AND/OR PROBLEMS THIS PAST YEAR:

Brandon is attending Muldrow School and is doing very well. He continues to receive O.T. and Speech Therapy through the school. He has also shown some improvement in self-care skills, ie: dressing/undressing and bathing.

SCHOOL/EMPLOYMENT:
Brandon attends Muldrow Schools and will be in the 12th grade in August.

METHOD OF TRANSPORTATION: Brandon's mother provides transportation for him to and from school; his HTS also provides transportation, for him, as his mother works shift work and can not attend to him sometimes during waking hours.

PROGRESS OR PROBLEMS:
Brandon has a communication device which was repaired but his teacher and staff did not know how to use it. Stephanie Turner, the SLP for Muldrow schools, has received some training from the manufacture and is passing it on to the staff & school teacher.

MEDICAL: GENERAL HEALTH: Brandon is in good general health, aside from seasonal allergies.

MEDICATIONS: None

DOCTOR'S NAME: Dr. Cole, M.D.

DENTIST: James Lee, DDS

SPECIALIST: (EYES, HEARING, ORTHOPEDICS, ETC.)
Dobbs Eye Clinic, Sallisaw, OK

LEISURE TIME AND HOUSEHOLD DUTIES:
Brandon likes a variety of leisure activities, ie: riding his bike all over his community (McKee), swimming, boating, fishing, yard games, music, watching CMT, Nintindo and visiting with family and friends.

Brandon helps make his bed, likes to do dishes, can make himself a sandwich and pour a drink and picks up his toys.

SOCIAL SERVICE RE-EVALUATION
PAGE TWO

| SERVICES RECEIVED IN PAST YEAR | SERVICES NEEDED IN UPCOMING YEAR |
|---|---|
| O.T. at school<br>Speech at school<br>Case Management<br>HTS of 55 hours per week<br>Transportation | Same as last year |

FAMILY STATUS: Brandon lives with his mother and step-brother.

CHANGE OF ADDRESS OR EMPLOYMENT: None

HOUSEHOLD MEMBERS/NUMBER: 3

COPING ABILITY: Brandon can be uncooperative and can become aggressive sometimes, especially when he is ordered or told what to do but has done very well since he transferred back to school at Muldrow.

INCOME CHANGES/INSURANCE: Brandon receives SSI - $530.00.

RECOMMENDATIONS: See Above - Services Needed In Upcoming Year.

_Michael DeMoss_                04/31/01
CASE MANAGER           DATE

PO-02-85UT

## STATE OF OKLAHOMA
## DEPARTMENT OF HUMAN SERVICES

### REFERRAL FORM FOR EXAMINATION OR TREATMENT

Name: BRANDON LeRoy Smith   DOB: ███ -83

Case No: _____   Appointment Date/Time: 2:30  9-18-02

Address: ████████  Viau OK   Phone: 775-5816

Provider: _____   Legal Guardian: _____

Case Manager: Angela Ward   Referred to: _____

**DIAGNOSIS:** _____

### CURRENT MEDICATIONS/TREATMENTS

Name of medication, dosage amount, times administered, include any over-the-counter and/or P.R.N.

Claritin   daily

ALLERGIES. Include medication/food/environmental allergies: OK mA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**REASON FOR VISIT:**

Annual Physical Exam

SEP 26 2002

BERNELL EDWARDS, COURT CLERK

BY_____ DEPUTY

_____   19 Apr 2002
Signature and Title of Person Completing Form   Date

### PHYSICIAN/MEDICAL FACILITY SECTION

Diagnosis/Findings: Developmental Delay   Genetic Abnormalities   parent provider Allergic Rhinitis

Recommendations: Ongoing Public Assistance

Treatments: Speech Therapy   Occupational Therapy

_____   19 Apr 2002
Physician Signature   Date

Routing: One to physician, one for home record, one sent to case manager, within one working day.

OKLA. DHS REVISED 3-31-99   DDS-5

Lynne Anne Dairdle, PhD, BCFE
Licensed Psychologist (OK #639)
Clinical Psychology/Mental Retardation
6704 East 97th Street
Tulsa, OK 74133-5904
(918) 259-4995
(918) 298-0965 (fax #)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 2 6 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

## Psychological Assessment

**Name:** Brandon Smith

**DOB:** ███ 83

**Address:** (unavailable)
Roland, OK

**DHS ID#:** D-018593-01

**Age:** 14 years, 1 month

**Date of Evaluation:** 4/15/97

**Date of Report:** 4/23/97

**Reason for Assessment:** Brandon was referred for a full psychological assessment by Kelly Henshaw, DDSD case manager, to provide an annual psychological assessment to determine eligibility to continue receiving Title XIX funding through DHS/DDSD, and to provide input into his annual Individual Habilitation Program.

**Testing Instruments:**

Stanford-Binet Intelligence Test, Fourth Edition
Vineland Adaptive Behavior Scales (Interview Edition - Survey Form)
Goodenough Draw-A-Person test
Interview with Brandon
Interview with Kelly Henshaw, case manager
Review of available records

**Behavioral Observations:** Brandon is a friendly young man of 14 years, 1 month who has light brown hair and blue eyes. He is of average height and weight and ambulates independently. Brandon has been assessed as having a visual impairment, which is corrected with prescription glasses, and his hearing appeared normal for testing purposes. He is nonverbal and communicates through gestures (such as yes and no), body language, and a few signs. In previous reports Brandon's medical diagnosis was listed as "multiple congenital anomalies"; however, the complete medical evaluation was not available at the time of this report. Brandon does not have a psychiatric diagnosis. He is not reported to be receiving any medications on a daily basis. Brandon attends school at Roland School, which is in Roland, Oklahoma, where he and his family recently moved.

For the testing session, which was held at the Sallisaw DHS/DDSD office, Brandon was casually dressed in a maroon and gray jacket, gray shirt, blue jeans, and black tennis shoes. He was quite cooperative, alert, friendly, outgoing, and appeared very interested in the different testing materials. His eye contact was good, he was excited about participating, and he always worked hard before making a final choice on his test responses. When he didn't know an answer he would try to solve the problem anyway with minimal prompting. Brandon is a very sociable young man, and tried hard to please. Even though his expressive skills are minimal his receptive skills

*Mental retardation, congenital heart disease, blepharophimosis, blepharoptosis, and hypoplastic teeth*    243

showed her height to be 82·5 cm (−1·3 SD), weight 11·8 kg, and head circumference 48·0 cm. Blepharophimosis and ptosis were present (fig 2). Her external auditory canals were not narrow. A grade 3/6 holosystolic murmur was heard at the lower left sternal border. The heart murmur was diagnosed as being due to a ventricular septal defect. Dermatoglyphic study showed the fingertip patterns to consist of four whorls, four ulnar loops, one radial loop, and one arch. The *atd* angle was 79° on the right palm and 72° on the left. The G banded karyotype, ECG, and chest x-ray were normal. The develop-

mental quotient was about 60. She frequently had otitis media. The heart murmur disappeared by the age of 5.

On 31.8.84 her height was 126·4 cm (−1·5 SD), weight 30·9 kg, and head circumference 52·5 cm. In spite of three operations for blepharophimosis and ptosis, these conditions were not fully corrected (fig 2). Mild microphthalmia and severe amblyopia were discovered. Her teeth were small and widely spaced. Hearing impairment was also noted. Her IQ was 37. Although urine analysis detected proteinuria, her renal function was normal.



FIG 1    *The proband at 5 and 14 years of age.*



FIG 2    *The proband's sister at 2 and 10 years of age.*