**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 154**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

STATE OF OKLAHOMA }
COUNTY OF SEQUOYAH } SS.          IN THE COUNTY COURT.


In re: Sale of Inherited Lands }
of Lewis Bee Dotson, Deceased, } NO. _____441_____
Lucy R. Dotson, Petitioner,. .  }


P E T I T I O N .

Comes now, Lucy R. Dotson and states to the Court:

1.

That she is a citizen of the Cherokee Nation of the
Fullblood, enrolled under the name of Lucy R. Walkingstick
at No.3033 of the final rolls of the Cherokee Nation; that
she is the widow of Berry Dotson, a non citizen, who died
on the 17 day of December, 1923; that there was
born of said marriage several children among whom was Lewis
Bee Dotson, a son, who was a citizen of the Cherokee Nation
of the half blood, enrolled at No. 3294 on the final rolls of
New Born Citizens of the Cherokee Nation.

11.

That said Lewis Bee Dotson died on the 8 day off
August, 1925, at Sequoyah County, Oklahoma, leaving
your petitioner, Lucy R. Dotson, as his only heir at law.

111.

That said Lewis Bee Dotson died seized and possessed.
of the following described lands, to-wit:
**REDACTED**

Sequoyah County, Oklahoma,except that
part of said land occupied by Right-of-way of Kansas City
Southern Railway Company.

1V.

That your petitioner as the only heir at law of said
Lewis Bee Dotson is the owner of said land at this time; that
she has bargained and sold the same to Lewis D. Walkingstick
for the price and sum of $300.00 , and has executed a
general Warranty Deed to the said Lewis D. Walkingstick
for the same, subject to confirmation and approval by this
court; that said price and sum of $300.00 is a fair and
adequate price for said land.

THEREFORE, the petitioner asks the court to approve
and confirm said sale by proper order.

WITNESS My hand this 12th day of November,1926.

Lucy R. Dotson

Subscribed and sworn to before me this 12th day of November,192

My Com. Exp.
Sept. 6. 1928

Alta Loffmer
Notary Public
COUNTY JUDGE

IN THE COUNTY COURT.


In re: Sale of Inherited
Lands of Lewis Bee Dotson,
Deceased,
Lucy R. Dotson, Petitioner.


P E T I T I O N .

STATE OF OKLAHOMA )
                  )SS.        IN THE COUNTY COURT.
SEQUOYAH COUNTY   )

In re: Sale of Inherited Lands)
of Lewis Bee Dotson, Deceased,)NO. 481
Lucy R. Dotson, Petitioner,. .)

## ORDER OF COURT.

Lucy R. Dotson (nee Walkingstick) having filed in this court her petition, praying for the approval of the sale of the following described lands, to-wit:

████████████████████████████████████, Sequoyah County, Oklahoma;except that part occupied by right-of-way of Kansas City Southern Railway Company, and the court, after hearing the evidence,finds:

That Lewis Bee Dotson died at Sequoyah County, Oklahoma, on the 8 day of August ,1926; that he was a citizen of Sequoyah County, Oklahoma, at the time of his death, and that this court has jurisdiction of his estate; that the petitioner, Lucy R. Dotson, is the only heir at law, as mother of the said Lewis Bee Dotson, and that she is a citizen of the Cherokee Nation enrolled at No. 3033; that the said Lewis Bee Dotson was a citizen of the Cherokee Nation enrolled at New Born Roll No.3094.

The court futher finds that the price of $300.00 for which said land was sold is a fair and adequate value of said land.

IT IS THEREFORE ORDERED AND ADJUDGED That said sale for said sum of $300.00 to said Lewis D Walkingstick be and the same hereby is approved.

Dated this 12th day of November, 1926.

_W. S. Moore_
_____
COUNTY JUDGE.

Filed:
11-12-1926

377

. No. 480 continued.

ave executed their Warranty Deed, conveying the same, which deed
erewith presented for approval.

Court further finds, that the said Charlie Leaf is a full-blood
okee Indian, and duly enrolled on the approved Rolls of the
okee Indians, opposite Roll No. _____.

Court further finds, that said sale of said lands and the deed
presented in Court, is regular and in good form and that the
sideration is fair and adequate, and that the said Charlie Leaf
eceived a fair and reasonable market value of said land. And it
be to the best interest of the said Charlie Leaf, for this
to be approved.

THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED,
the said of said land, and that said deed is herein approved,
rmed and declared valid.

SS MY HAND AND THE SEAL OF SAID COURT, this the 1st day of November,
1926.

W. S. Moore. County Judge,
Sequoyah County, Okla.

November 1st, 1926.

ond P. Drake, Court Clerk, by Hallie Francis, Deputy.

----------------------------------------------------------------

FULL BLOOD NO. 481.

TE OF OKLAHOMA.
NTY OF SEQUOYAH. SS.              IN THE COUNTY COURT.

Re: Sale of Inherited lands
ewis B. Dotson, Deceased,
R. Dotson, Petitioner....              No. 481.

P E T I T I O N.

es now Lucy R. Dotson, and states to the Court:-

1.

at she is a Citizen of the Cherokee Nation, of the Fullblood, enrolled
er the name of Lucy R. Walkingstick, at No. 3033; of the Final Rolls
the Cherokee Nation; that she is the widow of Berry Dotson, a non-
tizen, who died on the 17th day of December, 1923; that there was born
said marriage several children, among whom was Lewis B. Dotson, a son,
o was a citizen of the Cherokee Nation, of the halfpblood, enrolled
No. 3294, on the Final Rolls of New Born Citizens of the Cherokee
tion.

11.

at said Lewis B. Dotson died on the 8th day of August, 1925, at
quoyah County, Oklahoma, leaving your petitioner, Lucy R. Dotson, as
only heir at law.

111.

at said Lewis B. Dotson died seized and possessed of the following
scribed lands, to-wit:-

, Sequoyah County, Oklahoma, except that part of said land occupied
Righty-of-way of Kansas City Southern Railway Company.

No. 481 continued.

## IV.

That your petitioner as the only heir-at-law of said Lewis B. D
is the owner of said land at this time; that she has bargained
sold the same to Lewis D. Walkingstick, for the price and sum of
$300.00, and has executed a general warranty deed to the said L
D. Walkingstick, for the aaa, same, subject to the confirmation a
approval by this Court; that said price and sum of $300.00 is a
and adequate price for said land.

THEREFORE, the petitioner aks the Court to approve and confirm s
sale by proper order.

Witness my hand this 12th day of November, 1926.

Lucy R. Dotson.

Subscribed and sworn to before me this 12th day of November, 192

(SEAL)                                    Alta Loggains. Notary Publ

My commission expires
Sept. 5th, 1928.

Filed November 12th, 1926. Raymond P. Drake, Court Clerk,
by Hallie Francis, Deputy.

STATE OF OKLAHOMA.
SEQUOYAH    COUNTY. SS.           IN THE COUNTY COURT.

In Re: Sale of Inherited lands of
Lewis Bee Dotson, deceased, Lucy R. Dotson,        No. 481.
Petitioner.....    ...........

### ORDER OF COURT.

Lucy R. Dotson. nee Walkingstick, having filed in this Court her
tion, praying for the approval of the sale of the following descr
lands, to-wit:-

██████████ Sequoyah County, Oklahoma, except that part occupied as rig
of-way of the Kansas City Southern Railway Company, and the Cou
after hearing the evidence, finds:-

That Lewis Bee Dotson, died in REDACTED Sequoyah County, Oklahoma, onn th
day of August, 1925; that he was a citizen of Sequoyah County, O
at the time of his death, and that this Court has jurisdiction o
estate; that the petitioner, Lucy R. Dotson, is the only heir-at-l
as mother of the said Lewis Bee Dotson, and that she is a citizen
the Cherokee Nation, enrolled at No. 3033; that the said Lewis B
Dotson, was a citizen of the Cherokee Nation, enrolled at New Bo
Roll No. 3094.

The Court further finds, that the price of $300.00, for which sa
was sold, is a fair and adequte value of said land.

IT IS THEREFORE ORDERED AND ADJUDGED that said sale, for said su
$300.00, to said Lewis D. Walkingstick, be, and the same hereby
approved.

Dated this 12th day of November, 1926.
(SEAL)                                W. S. Moore. County Judg

Filed November  12th, 1926.

Raymond P. Drake, Court Clerk,
By Hallie Francis, Deputy Clerk.

IN THE COUNTY COURT.

In re: Sale of Inherited
Lands of Lewis Bee Botson
Deceased.
Lucy E. Botson, Petitioner.

ORDER OF COURT.

Filed
11- 12- 1926
Raymond C. Lee
Court Clerk
Nannie Farmer
Dep.

Misc. Book
Page
378.