IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Defendant. | ) | |

REDACTED EXHIBIT 123

TO KENNETH EUGENE BARRETT'S

SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255



## CERTIFICATION OF VITAL RECORD

# STATE OF ILLINOIS

### DEPARTMENT OF PUBLIC HEALTH - DIVISION OF VITAL RECORDS

STATE OF ILLINOIS

**CERTIFICATE OF LIVE BIRTH**

CHILD'S BIRTH NUMBER: 112- 69 006462

| MATCHING IDC | | |
|---|---|---|
| REGISTRATION DISTRICT NO. 99.0 | | |
| REGISTERED NUMBER 300 | | |

1. CHILD—NAME: FIRST Stephen  MIDDLE Wayne  LAST Barrett
2a. DATE OF BIRTH (MONTH, DAY, YEAR) ███████, 1969  2b. HOUR 3:17 A. M.

3. SEX: male  4a. THIS BIRTH—SINGLE, TWIN, TRIPLET, ETC. (SPECIFY) single  4b. IF NOT SINGLE BIRTH—BORN FIRST, SECOND, THIRD, ETC. (SPECIFY)  5a. PLACE OF BIRTH COUNTY Will

5b. CITY, TOWN, TWP. OR ROAD DISTRICT NO. Joliet  5c. INSIDE CITY (YES/NO) yes  5d. HOSPITAL—NAME St. Joseph

6a. MOTHER—MAIDEN NAME: FIRST Sylvia  MIDDLE G.  LAST Dotson  6b. AGE (AT TIME OF THIS BIRTH) 28  6c. BIRTHPLACE (STATE OR FOREIGN COUNTRY) Oklahoma

7a. RESIDENCE STATE Illinois  7b. COUNTY Will  7c. CITY, TOWN, TWP. OR ROAD DISTRICT NO. Wheatland  7d. INSIDE CITY (YES/NO) no  7e. STREET AND NUMBER ████████

7f. MOTHER'S COMPLETE MAILING ADDRESS: STREET AND NUMBER OR R.F.D. ████████  CITY OR TOWN Plainfield  STATE Illinois  ZIP 60544

8a. FATHER—NAME: FIRST Ernest  MIDDLE E.  LAST Barrett  8b. AGE (AT TIME OF THIS BIRTH) 30  8c. BIRTHPLACE (STATE OR FOREIGN COUNTRY) Oklahoma

9a. INFORMANT'S SIGNATURE ► *Sylvia G Barrett*  9b. RELATION TO CHILD mother

I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE.
10b. DATE SIGNED (MONTH, DAY, YEAR) Jan. 29, 1969  10c. ATTENDANT—M.D., D.O., MIDWIFE, OTHER (SPECIFY) M.D.

10a. SIGNATURE ► *T.C. Chuchuwan M.D.*  10d. ILLINOIS LICENSE NUMBER 37809

10e. CERTIFIER'S COMPLETE MAILING ADDRESS: STREET AND NUMBER OR R.F.D. ████████  CITY OR TOWN Joliet  STATE Illinois  ZIP 60431

11a. LOCAL REGISTRAR'S SIGNATURE ► *Herbert S Miller M.D.*  11b. DATE REC'D BY LOCAL REGISTRAR (MONTH, DAY, YEAR) February 3, 1969

VS 100 — (1968)  ILLINOIS DEPARTMENT OF PUBLIC HEALTH — BUREAU OF STATISTICS  (BASED ON 1968 U.S. STANDARD CERTIFICATE)

783593

This is to certify that this is a true and correct copy of the official record filed with the Illinois Department of Public Health.

DATE ISSUED  **FEB 27 2009**

*Damon T. Arnold,* M.D., M.P.H.

DAMON T. ARNOLD, M.D., M.P.H.
STATE REGISTRAR



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE