IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
)
                *Plaintiff,* )
)
v. )     Case No. 6:09-cv-00105-JHP
)
KENNETH EUGENE BARRETT, )
)
             *Defendant.* )

REDACTED EXHIBIT 124

TO KENNETH EUGENE BARRETT'S

SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

# CERTIFICATE OF DEATH
## STATE OF OKLAHOMA – DEPARTMENT OF HEALTH

22507

LOCAL REGISTRAR'S FILE NO. 264 DELAYED FILING

STATE FILE NO. DELAYED FILING

| DECEASED – NAME | | | | | | DATE OF DEATH (Month, Day, Year) | | SEX |
|---|---|---|---|---|---|---|---|---|
| 1. | First: Allen | | Middle: M. | | Last: Real | 2. Oct. 15, 1960 | | 3. male |

| RACE – White, Negro, American Indian, Etc. (Specify) | AGE – Last Birthday | UNDER 1 YEAR | | UNDER 1 DAY | | DATE OF BIRTH (Month, Day, Year) | COUNTY OF DEATH |
|---|---|---|---|---|---|---|---|
| 4. white | 5a. 50 | Mos. | Days | Hours | Min. | 6. 1910 | 7a. Leflore |

| CITY, TOWN, OR LOCATION OF DEATH | INSIDE CITY LIMITS Yes ☒ No ☐ | HOSPITAL OR OTHER INSTITUTION – NAME (If not in either, give Street and Number) |
|---|---|---|
| 7b. Bokoshe | 7c. X | 7d. Gen. Del. Residence          Bokoshe, Okla. |

| STATE OF BIRTH (If not in U.S.A., Name Country) | CITIZEN OF WHAT COUNTRY | Married ☒ Never Married ☐ Widowed ☐ Divorced ☐ | SURVIVING SPOUSE (If Wife, Give Maiden Name) |
|---|---|---|---|
| 8. Kansas | 9. U.S.A. | 10. | 11. Ocie Vincent |

| SOCIAL SECURITY NUMBER | USUAL OCCUPATION (Give kind of work done during most of working life, even if retired) | KIND OF BUSINESS OR INDUSTRY |
|---|---|---|
| 12. ███ 1920 | 13a. Miner | 13b. Coal |

| RESIDENCE – STATE | COUNTY | CITY, TOWN, OR LOCATION | INSIDE CITY LIMITS Yes ☐ No ☐ | STREET AND NUMBER |
|---|---|---|---|---|
| 14a. Oklahoma | 14b. Leflore | 14c. Bokoshe | 14d. X | 14e. ███ |

| FATHER – NAME | | | MOTHER – MAIDEN NAME | | |
|---|---|---|---|---|---|
| 15. First: Fred | Middle: Earnest | Last: Real | 16. First: Linda | Middle: | Last: Hynes |

| INFORMANT – NAME | MAILING ADDRESS | (Street or R.F.D. No., City or Town, State, Zip) |
|---|---|---|
| 17a. Mrs. Ocie Real | 17b. ███ | Bokoshe, Oklahoma 74930 |

**PART 1.**    DEATH WAS CAUSED BY: (Enter only one cause per line for (a), (b), and (c)) **DELAYED FILING**    Approximate Interval Between onset and Death

| 18. CAUSE OF DEATH | IMMEDIATE CAUSE | |
|---|---|---|
| Condition, if any, which gave rise to immediate cause(s), stating the underlying cause last | (a) Acute Myocardial Infarction | 2 Hours |
| | DUE TO OR AS A CONSEQUENCE OF: (b) Coronary occlusion | 2 Hours |
| | DUE TO, OR AS A CONSEQUENCE OF: (c) Lodging of Thrombus in Coronary Artery | 2 Hours |

| PART II. OTHER SIGNIFICANT CONDITIONS: (Conditions contributing to death but not related to cause given in part I (a)) | AUTOPSY 19a. Yes ☐ No ☒ | IF YES: Were findings considered in determining cause of death. 19b. Yes ☐ No ☒ |
|---|---|---|

| 20a. ACCIDENT ☐ HOMICIDE ☐ SUICIDE ☐ UNDETERMINED ☐ | DATE OF INJURY (Month, Day, Year) 20b. | HOUR OF INJURY 20c. | M. 20d. | HOW INJURY OCCURRED (Enter nature of Injury in Part I or Part II, Item 18) |
|---|---|---|---|---|
| 20e. INJURY AT WORK Yes ☐ No ☐ | 20f. PLACE OF INJURY: At Home, Farm, Street, Factory, Office Bldg., Etc. (Specify) | | | 20g. LOCATION OF INJURY (Street or R.F.D. No., City or Town, State) |

| CERTIFICATION – Month Day Year 21a. PHYSICIAN I attended the deceased from | Month Day Year TO 10 15 60 | And Last saw him/her alive on 21b. Month Day Year 7 1 60 | I did/did not view body after death 21c. | DEATH OCCURRED at 21d. at the place, on the date stated, and to the best of my knowledge, due to the cause(s) stated. 8 A. M. |
|---|---|---|---|---|

| CERTIFIER – NAME (Type or Print) | SIGNATURE OF CERTIFIER | Degree or Title | DATE SIGNED (Month, Day, Year) |
|---|---|---|---|
| 22a. R.J. Fridman | 22b. Rolf J. Fridman | D.O. | 22c. 1-11-71 |

| MAILING ADDRESS – CERTIFIER | Street or R.F.D. No. | City or Town | State | Zip |
|---|---|---|---|---|
| 22d. ███ | | Panama, | Oklahoma | 74951 |

| CERTIFICATION – MEDICAL EXAMINER OR LOCAL HEALTH OFFICER: On the basis of the examination of the body and/or the investigation, in my opinion, death occurred on the date and due to the cause(s) stated as certified by my signature in item 22b. | THE DECEDENT was pronounced dead on 23a. Month Day Year | AT 23b. | M. |
|---|---|---|---|

| BURIAL, CREMATION, REMOVAL (Specify) | DATE | | | CEMETERY OR CREMATORY – NAME |
|---|---|---|---|---|
| 24a. Burial | 24b. Oct. 19, 1960 | | | 24c. Old Bokoshe, Cemetery |

| LOCATION (Cemetery or Crematory) City: Bokoshe, Okla. | FUNERAL HOME – NAME AND ADDRESS (Street or R.F.D. No., City or Town, State, Zip) Mallory Funeral Home Stigler, Okla. | FUNERAL DIRECTOR R. L. Munn |
|---|---|---|

| LOCAL REGISTRAR SIGNATURE 26a. Clarence Johnston | DATE RECD. BY LOCAL REG. 26b. 1/15/71 | DATE RECEIVED BY STATE REGISTRAR 27. JAN 18 1971 |
|---|---|---|

February 19, 2009



B00913057

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Oklahoma City, Oklahoma, certified on the date stamped.



Kelly M. Baker
State Registrar
Office of Vital Statistics
Department of Health



It is in violation of Oklahoma Statutes, Title 63, Section 1-324.1, to "prepare or issue any certificate which purports to be original, certified copy or copy of a certificate of birth, death or stillbirth, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

**VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW**

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND. THE BACK CONTAINS SPECIAL LINES WITH TEXT, EMBOSSED SEAL AND THERMOCHROMIC INK.

# CERTIFICATE OF DEATH
## STATE OF OKLAHOMA · DEPARTMENT OF HEALTH

20721

LOCAL REGISTRAR'S FILE NO. *133*

STATE FILE NO.

STATE BIRTH NO.

**1. PLACE OF DEATH**
a. COUNTY *Sequoyah*
b. CITY, TOWN, OR LOCATION *Sallisaw*
c. LENGTH OF STAY IN 1b
d. NAME OF HOSPITAL OR INSTITUTION (If not in hospital, give street address) *Sequoyah Memorial Hosp.*
e. IS PLACE OF DEATH INSIDE CITY LIMITS? YES ☒ NO ☐

**2. USUAL RESIDENCE** (Where deceased lived. If institution: Residence before admission)
a. STATE *Oklahoma* *Sequoyah*
c. CITY, TOWN, OR LOCATION *Vian*
d. STREET ADDRESS *Route 2*
e. IS RESIDENCE INSIDE CITY LIMITS? YES ☐ NO ☒
f. IS RESIDENCE ON A FARM? YES ☒ NO ☐

**3. NAME OF DECEASED** (Type or print)
First *Allen*  Middle *Cleveland*  Last *Real*

**4. DATE OF DEATH** Month Day Year *11-21-64*

**5. SEX** *male*
**6. COLOR OR RACE** *white*
**7.** MARRIED ☒ NEVER MARRIED ☐ WIDOWED ☐ DIVORCED ☐
**8. DATE OF BIRTH** *11-12-1884*
**9. AGE** (In years last birthday) *80* IF UNDER 1 YEAR Months Days  IF UNDER 24 HRS. Hours Min.

**10a. USUAL OCCUPATION** (Give kind of work done during most of working life, even if retired) *Farmer*
**10b. KIND OF BUSINESS OR INDUSTRY** *Farming*
**11. BIRTHPLACE** (State or foreign country) *Subiaco, Arkansas*
**12. CITIZEN OF WHAT COUNTRY?** *USA*

**13. FATHER'S NAME** *Churchill Real*
**14. MOTHER'S MAIDEN NAME** *Amanda Ward*

**15. WAS DECEASED EVER IN U.S. ARMED FORCES?** (Yes, no, or unknown) (If yes, give war or dates of service) *no*
**16. SOCIAL SECURITY NO.** *none*
**17. INFORMANT** *Ida Real*  Address *Vian, Oklahoma Route 2*

**18. CAUSE OF DEATH** (Enter only one cause per line for (a), (b), and (c).)
PART I. DEATH WAS CAUSED BY: IMMEDIATE CAUSE (a) *Massive Cerebral Hemorrhage*
Conditions, if any, which gave rise to above cause (a), stating the underlying cause last. DUE TO (b) _____
DUE TO (c) _____
PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO THE TERMINAL DISEASE CONDITION GIVEN IN PART I(a)

INTERVAL BETWEEN ONSET AND DEATH Hrs.

**19. WAS AUTOPSY PERFORMED?** YES ☐ NO ☐

**20a.** ACCIDENT ☐ SUICIDE ☐ HOMICIDE ☐
**20b.** DESCRIBE HOW INJURY OCCURRED. (Enter nature of injury in Part I or Part II of Item 18.)
**20c. TIME OF INJURY** Hour a.m. p.m.  Month, Day, Year
**20d. INJURY OCCURRED** WHILE AT WORK ☐ NOT WHILE AT WORK ☐
**20e. PLACE OF INJURY** (e.g., in or about home, farm, factory, street, office bldg., etc.)
**20f. CITY, TOWN, OR LOCATION**  COUNTY  STATE

**21.** I attended the deceased from _____, to _____ and last saw her/him alive on _____ m on the date stated above; and to the best of my knowledge, from the causes stated. Death occurred at _____ (Degree or title)

**22a. SIGNATURE** [signature]
**22b. ADDRESS** *Sallisaw, Oklahoma*
**22c. DATE SIGNED** *11/24/64*

**23a. BURIAL, CREMATION, REMOVAL** (Specify) *Burial*
**23b. DATE** *11-23-64*
**23c. NAME OF CEMETERY OR CREMATORY** *Drake Stand Cemetery*
**23d. LOCATION** (City, town, or county) *Sequoyah County, Oklahoma*

**24. DATE RECD. BY LOCAL REG.** *11-25-64*
**25. REGISTRAR'S SIGNATURE** *Elsie King*
**26. FUNERAL DIRECTOR** ADDRESS *Wheeler Funeral Home, Sallisaw, Okla.*



## State Department of Health
### State of Oklahoma
OKLAHOMA CITY, OKLAHOMA 73152

CERTIFIED COPY MUST HAVE EMBOSSED SEAL

ROGER C. PIRRONG
STATE REGISTRAR OF VITAL STATISTICS

I hereby certify the foregoing to be a true and correct copy, original of which is on file in this office. In testimony whereof, I have hereunto subscribed my name and caused the official seal to be affixed, at Oklahoma City, Oklahoma, this date.



STATE REGISTRAR