IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,              )
                                       )
                    Plaintiff,         )
                                       )
v.                                     )      Case No. 6:09-cv-00105-JHP
                                       )
KENNETH EUGENE BARRETT,                )
                                       )
                    Defendant.         )

---

## REDACTED EXHIBIT 127

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

MEDICAL EXAMINER
# CERTIFICATE OF DEATH
### STATE OF OKLAHOMA — DEPARTMENT OF HEALTH

LOCAL REGISTRAR'S FILE NO. 85

STATE FILE NO. 12879

| DECEASED — NAME | First | Middle | Last | DATE OF DEATH (Month, Day, Year) | SEX |
|---|---|---|---|---|---|
| 1. | Albert | Howard | Maxwell | 2. June 11, 1975 | 3. Male |

| RACE | AGE — Last Birthday | UNDER 1 YEAR | UNDER 1 DAY | DATE OF BIRTH | COUNTY OF DEATH |
|---|---|---|---|---|---|
| 4. White | 5a. 62 | Mo 6 | Day 25 | Hours / Min | 6. 1912 | 7a. Sequoyah |

| CITY, TOWN, OR LOCATION OF DEATH | INSIDE CITY LIMITS Yes ☐ No ☒ | HOSPITAL OR OTHER INSTITUTION |
|---|---|---|
| 7b. Sallisaw | | 7d. Residence: Sallisaw, Oklahoma |

| STATE OF BIRTH | CITIZEN OF WHAT COUNTRY | Married ☐ Never Married ☐ Widowed ☒ Divorced ☐ | SURVIVING SPOUSE |
|---|---|---|---|
| 8. Oklahoma | 9. USA | 10. | 11. |

| SOCIAL SECURITY NUMBER | USUAL OCCUPATION | KIND OF BUSINESS OR INDUSTRY |
|---|---|---|
| 12. ███7719 | 13a. Electrian | 13c. Commercial |

| RESIDENCE — STATE | COUNTY | CITY, TOWN, OR LOCATION | INSIDE CITY LIMITS Yes ☐ No ☒ | STREET AND NUMBER | ZIP CODE |
|---|---|---|---|---|---|
| 14a. Oklahoma | 14b. Sequoyah | 14c. Sallisaw | | 14e. | |

| FATHER — NAME | First | Middle | Last | MOTHER — MAIDEN NAME | First | Middle | Last |
|---|---|---|---|---|---|---|---|
| 15. | William | M | Maxwell | 16. | Martha | R. | Newby |

| INFORMANT — NAME OR SOURCE OF INFORMATION | MAILING ADDRESS |
|---|---|
| 17a. Mrs. Lynda Matthews | 17b. ████ Aberdene, Wa., 98520 |

PART I. DEATH WAS CAUSED BY:

| CAUSE OF DEATH | | Approximate Interval Between onset and Death |
|---|---|---|
| 18. IMMEDIATE CAUSE (a) Apparently Acute Coronary Insufficiency | | 15 min. ? |
| DUE TO, OR AS A CONSEQUENCE OF: (b) | | |
| DUE TO, OR AS A CONSEQUENCE OF: (c) | | |

| PART II. OTHER SIGNIFICANT CONDITIONS: | AUTOPSY 19a. Yes ☐ No ☒ | AUTOPSY AUTHORIZED BY: 19b. |
|---|---|---|

| Manner: Natural ☒ Pending ☐ Accident ☐ Suicide ☐ Unknown ☐ Homicide ☐ | DATE OF INJURY | HOUR OF INJURY | HOW INJURY OCCURRED |
|---|---|---|---|
| | 20b. | 20c. | 20d. |

| INJURY AT WORK Yes ☐ No ☐ | PLACE OF INJURY | LOCATION OF INJURY |
|---|---|---|
| 20a. | 20f. | 20g. |

CERTIFICATION — MEDICAL EXAMINER. On the basis of the examination of the body and/or the investigation, in my opinion, death occurred on the date and due to the cause(s) and manner stated as certified by my signature in item 22b.

I did/did not view body after death 21b.

DEATH OCCURRED at 8:30 A. M.

| CERTIFIER — NAME (Type or Print) | SIGNATURE OF MEDICAL EXAMINER | DATE SIGNED |
|---|---|---|
| 22a. Dr. Wm M. Wilson | 22b. Wm. M. Wilson, D.O. | 22c. 6-12-75 |

| MAILING ADDRESS — CERTIFIER | Street or R.F.D. No. | City or Town | State | Zip |
|---|---|---|---|---|
| 23. Post Office Drawer 607 | | Sallisaw | Oklahoma | 74955 |

| BURIAL, CREMATION, REMOVAL | DATE | | | CEMETERY OR CREMATORY — NAME |
|---|---|---|---|---|
| 24. Burial | Month June | Day 14 | Year 1975 | 25. Akins Cemetery |

| LOCATION | FUNERAL HOME — NAME AND ADDRESS | FUNERAL DIRECTOR |
|---|---|---|
| W.E. of Sallisaw, Okla. | Agent Funeral Home, Sallisaw, Oklahoma 74955 | W. Neal Agent |

LOCAL REGISTRAR'S SIGNATURE: June 19, 1975

DATE RECEIVED BY STATE REGISTRAR: JUN 20 1975

B00913051

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Oklahoma City, Oklahoma, certified on the date stamped.

Kelly M. Baker
State Registrar
Office of Vital Statistics
Department of Health



It is in violation of Oklahoma Statutes, Title 63, Section 1-324.1, to "prepare or issue any certificate which purports to be original, certified copy or copy of a certificate of birth, death or stillbirth, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

**VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW**

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND. THE BACK CONTAINS SPECIAL LINES WITH TEXT, EMBOSSED SEAL AND THERMOCHROMIC INK.