# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Defendant. | ) | |

---

## REDACTED EXHIBIT 131

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

ATTENDING PHYSICIAN
CERTIFICATE OF DEATH
STATE OF OKLAHOMA · DEPARTMENT OF HEALTH

07987

| LOCAL REGISTRAR'S FILE NO. 9½ | | | | | | STATE FILE NO. | | |
|---|---|---|---|---|---|---|---|---|
| DECEASED - NAME First IDA | | Middle | Last MELTON | | | DATE OF DEATH (Month, Day, Year) April 7, 1978 | | SEX female |
| RACE - White, Negro, American Indian, Etc. (Specify) Indian | AGE - Last Birthday (Year) 80 | UNDER 1 YEAR Mos. Days | UNDER 1 DAY Hours Min. | | DATE OF BIRTH (Month, Day, Year) 1897 | | COUNTY OF DEATH McCurtain | |
| CITY, TOWN, OR LOCATION OF DEATH Idabel | INSIDE CITY LIMITS Yes X No | | HOSPITAL OR OTHER INSTITUTION — NAME (if not in either, give Street and Number) McCurtain Memorial Hospital | | | | | |
| STATE OF BIRTH (If not in U.S.A., Name Country) Oklahoma | CITIZEN OF WHAT COUNTRY USA | | Married Never Married Widowed X Divorced | | SURVIVING SPOUSE (If Wife, Give Maiden Name) | | | |
| SOCIAL SECURITY NUMBER | USUAL OCCUPATION (Give kind of work done during most of working life, even if retired) Housewife | | KIND OF BUSINESS OR INDUSTRY | | | | | |
| RESIDENCE — STATE Oklahoma | COUNTY McCurtain | CITY, TOWN, OR LOCATION Broken Bow | INSIDE CITY LIMITS Yes X No | STREET AND NUMBER | | | | |
| FATHER - NAME First Joseph | Middle | Last Baker | MOTHER - MAIDEN NAME Unknown | | First | Middle | | Last |
| INFORMANT - NAME Mary Winship | | MAILING ADDRESS Broken Bow, Okla | | (Street or R. F. D. No., City or Town, State, Zip) | | | | |

| PART 1. DEATH WAS CAUSED BY: (Enter only one cause per line for (a), (b), and (c).) | | Approximate Interval Between onset and Death |
|---|---|---|
| 18. CAUSE OF DEATH Condition if any, which gave rise to immediate cause(s), stating the underlying cause last | IMMEDIATE CAUSE (a) Cardiorespiratory Failure DUE TO OR AS A CONSEQUENCE OF: (b) Metabolic Acidosis DUE TO OR AS A CONSEQUENCE OF: (c) Renal Failure | |
| PART II. OTHER SIGNIFICANT CONDITIONS: (Conditions contributing to death but not related to cause given in part I (a)) Arteriosclerotic Heart Disease ; Failure | AUTOPSY Yes No X IF YES: Were findings considered in determining cause of death. Yes No | |

Notice to attending physician: Do not sign this certificate unless you are the physician who attended the deceased for a natural illness—unrelated to injury or poisoning—to which the patient has apparently succumbed, provided that death did not occur while deceased was in penal incarceration or during a therapeutic procedure in which death was not reasonably medically expected. For enumeration of deaths subject to investigation and certification by Medical Examiner, refer to O.S. Title 63, Sec. 938, or contact office of Chief Medical Examiner in Oklahoma City.

| CERTIFICATION - 20a. PHYSICIAN I attended the deceased | Month 4 Day 25 Year 72 | TO | Month 4 Day 7 Year 78 | And Last saw her alive on 20b. Month 4 Day 7 Year 78 | I did not view body after death 20c. | DEATH OCCURRED at 2 35 P. M. 20d. at the place, on the date stated, and to the best of my knowledge, due to the cause(s) stated. |
|---|---|---|---|---|---|---|
| CERTIFIER — NAME (Type or Print) Dr. B. J. Waldrop | SIGNATURE OF CERTIFIER | | Degree or Title M.D. | | | DATE SIGNED (Month, Day, Year) 4/20/78 |
| MAILING ADDRESS — CERTIFIER 124 S. E. Ave. N, Idabel, Okla | Street or R.F.D. No. | City or Town | State | Zip | THIS DECEDENT was pronounced dead on 22a. Month Day Year | AT 22b. M. |
| BURIAL, CREMATION, REMOVAL (Specify) Burial | DATE April 10, 1978 | | | CEMETERY OR CREMATORY — NAME Bethel Hill Cemetery | | |
| LOCATION (Crematory or Cemetery) City or Town Battiest, Okla | FUNERAL HOME - NAME AND ADDRESS (Street or R.F.D. No., City or Town, State, Zip) Norwood-Welch Funeral Home | | | FUNERAL DIRECTOR James P. Norwood | | |
| LOCAL REGISTRAR SIGNATURE | DATE REC'D. BY LOCAL REG. 4-28-78 | | | DATE RECEIVED BY STATE REGISTRAR MAY 1 - 1978 | | |



B00913052

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Oklahoma City, Oklahoma, certified on the date stamped.

*Kelly M. Baker*

Kelly M. Baker
State Registrar
Office of Vital Statistics
Department of Health



It is in violation of Oklahoma Statutes, Title 63, Section 1-324.1, to "prepare or issue any certificate which purports to be original, certified copy or copy of a certificate of birth, death or stillbirth, except as authorized in this act or rules and regulations adopted under this act."

## CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.

**VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW**

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND. THE BACK CONTAINS SPECIAL LINES WITH TEXT, EMBOSSED SEAL AND THERMOCHROMIC INK.