**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

------

**REDACTED EXHIBIT 135**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

------

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS              JOB:
VERSION 1984.002 * * *          FOR SSN ████████5808       * * *
```

FROM:    SOCIAL SECURITY ADMINISTRATION
         OFFICE OF CENTRAL OPERATIONS
         300 N. GREENE STREET
         BALTIMORE, MARYLAND   21290-0300

CCA
                                        NUMBER HOLDER NAME:
                                        BRANDON L SMITH
1116 POWHATTAN AVE


SAN FRANCISCO           CA  94110

PERIOD REQUESTED   JANUARY 1997  THRU  DECEMBER 2007

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|

EMPLOYER NUMBER:  73-1243774
PEOPLE INC
205 J T STITES BLVD
SALLISAW  OK 74955-9301

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|
| 2000 | - | - | - | - | | |
| 2002 | - | - | - | - | $ | 19.68 |
| 2003 | - | - | - | - | $ | 77.29 |
| 2004 | - | - | - | - | $ | 861.79 |
| 2005 | - | - | - | - | $ | 880.40 |
| 2006 | - | - | - | - | $ | 874.75 |
| 2007 | - | - | - | - | $ | 901.70 |
|      | | | | | $ | 691.10 |

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER   2007 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

PAGE 001 END