**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 155**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

**From:** ████████████████████████

**To:** ████████████████████████

**Date:** Monday, November 27, 2000 11:37 AM

**Subject:** Dotson Line

this is what I received the other day about the Dotson. I am still learning
more about some of the names listed. and will pass on as quickly as I can.
Descendants 1.        ?        Dotson

Generation No. 1

2. i. WILLIAM ABRAHAM DOTSON
     b. 1780, Grainger County, Tennessee;
     d. January 02, 1861, Madison County, Arkansas.
  ii. NOAH DOTSON.
     More About NOAH DOTSON:
     Comment: Went to Texas as a young man and was never heard from again.
  iii. JEFF DOTSON
     More About JEFF DOTSON:
     Comment: Went to Texas as a yong man and never heard from again.
  iv. ALLEN DOTSON

Generation No. 2

2. WILLIAM ABRAHAM DOTSON
   was born 1780 in Grainger County, Tennessee, and died January 02, 1861 in
   Madison County, Arkansas. He married (1) ELIZABETH A RAYNOR
   1799 in North Carolina, daughter of HENRY RAYNOR and ANNA GOATS.
   He married (2) CLARESA COOK Bet. 1839 - 1845 in Madison County, Arkansas
   More About WILLIAM ABRAHAM DOTSON:
  AKA: Bart Dotson

Children of WILLIAM DOTSON and ELIZABETH RAYNOR are:
i. STEPHEN DOTSON, b. 1797, Granville,
North Carolina; d. March 14, 1882, Arkansas; m. NANCY PARKER,
September 29, 1822, Granger County, Tennessee
More About NANCY PARKER
Comment: Twin sister of Mary Parker, wife of Fountain Dotson.
Comment 1: No children
ii. ARCHIBALD DOTSON, b. 1802, North
Carolina, South Carolina or Virgina; d. Bef. 1880, Madison County, Arkansas
iii. FOUNTAIN DOTSON, b. 1804, Granger
County, Tennessee; d. Bet. 1858 - 1859, Rhea County, Tennessee.
iv. DOCTOR FLOYD SR. DOTSON,
b. 1813, Grainger County, Tennessee; d. 1861, Possibly Madison County,
Arkansas.
v. EDMOND DOTSON, b. 1817, Tennessee; d. June 1897, Arkansas.
vi. JANE DOTSON, b. 1822, Tennessee.
vii. NOAH SR. DOTSON b. 1827, Tennessee; d. Aft. 1850**D**
viii. ISABELLA DOTSON, b. 1838, Tennessee.
ix. ROBERT DOTSON, b. 1839, Tennessee.

Children of WILLIAM DOTSON and CLARESA COOK are:
x. WILLIAM HUGH DOTSON b. Bet. March 1846 - March 1847, Arkansas.
xi. BLOOMINGTON I. DOTSON
b. 1848, Arkansas; d. August 14, 1864, Arkansas.
11/27/00

More About BLOOMINGTON I. DOTSON:
Burial: Fayetteville National Cemetery , Fayetteville, Arkansas
Cause of Death: Civil War
xii. NANCY DOTSON, b. 1850, Arkansas.
xiii. GLASCO DOTSON, b.██████1852, Arkansas.
xiv. DAVID CROCKET DOTSON b. 1853, Arkansas.

Generation No. 3

ARCHIBALD DOTSON
was born 1802 in North Carolina, South Carolina or Virgina, and died Bef.
1880 in Madison County, Arkansas.
He married (1) CILEY RENO. He
married (2) CATHERINE GLENN
Notes for ARCHIBALD DOTSON:
1880 census of Madison County, Arkansas
More About ARCHIBALD DOTSON
Burial: Wharton Cemetery, Madison County, Arkansas
More About CILEY RENO
AKA:  Ciley Amos
Children of ARCHIBALD DOTSON and CILEY RENO are:
i. WILLIAM DOTSON, b. Bet. 1825 - 1827,
Tennessee; m. ELIZA SPENCER, Bef. 1850.
ii. MARY DOTSON, b. 1828.
iii. FOUNTAIN DOTSON, b. 1831, Tennessee.
iv. SARAH DOTSON, b. 1832, Tennessee; d.
April 13, 1888, Arkansas; m. BOURDON WHEELER
v. JANE DOTSON, b. 1834, Tennessee; m. PETE RICHARDSON
vi. ELIZA DOTSON, b. 1839, Tennessee.
vii. PATSY DOTSON, b. 1844, Arkansas
Children of ARCHIBALD DOTSON and CATHERINE GLENN are:
viii. CATHERINE DOTSON, b. 1846, Arkansas.
ix. LAMBERT DOTSON, b. 1856, Arkansas.
x. NANCY DOTSON, b. 1859, Arkansas; d.November 28, 1918; m.
WILLIAM CRANEYASEY
xi. MARTHA E DOTSON,b. 1866, Missouri.
xii. PALESTINE DOTSON, b. 1869, Arkansas
FOUNTAIN DOTSON
was born 1804 in Granger County, Tennessee, and died Bet. 1858 - 1859 in Rhea
County, Tennessee.
He married MARY PARKER
July 27, 1824, daughter of JAMES PARKER
More About FOUNTAIN DOTSON:
Burial: Rhea County, Tennessee
Cause of Death: Typhoid Fever
More About MARY PARKER:
AKA: Polly Parker
Burial: Rhea County, Tennessee
Cause of Death: Typhoid Fever
Comment: Twin sister of Nancy Parker, wife of Stephen Dotson.

Children of FOUNTAIN DOTSON and MARY PARKER are:
i. WILLIAM A DOTSON b. 1828.                    **D**
ii. STEPHEN DOTSON, b. 1831, Tennessee.
iii. NANCY DOTSON, b.██████1832,
Tennessee; d. March 02, 1862, Arkansas; m. W
ILLIAM T HARWOOD
iv. JAMES L DOTSON, b.██████1834, Tennessee; d. June 06, 1888, Madison
County, Arkansas.
v. LITTLEBERRY DOTSON, b. 1837, Tennessee; d. 1859.

11/27/00

More About LITTLEBERRY DOTSON:
Cause of Death: Typhoid Fever
vi. JOHN C DOTSON b. 1839; d. Civil War, fought with Confederate Army.
More About JOHN C DOTSON:
Cause of Death: Killed in Civil War, fought for the Confederate Army.
vii. ELIZA DOTSON, b. 1841, Tennessee.
More About ELIZA DOTSON:
Cause of Death: Typhoid Fever
viii. BETSY DOTSON, b. 1843, Tennessee.
ix. ABRAHAM DOTSON, b. 1845, Tennessee; d.Civil War, fought with Confederate Army.
x. SARAH DOTSON, b. 1847.
More About SARAH DOTSON:
AKA: Sally Dotson
Cause of Death: Typhoid Fever
DOCTOR FLOYD SR. DOTSON
was born 1813 in Grainger County,
Tennessee, and died 1861 in Possibly Madison County, Arkansas. He married
DAWN RAINCROW November 11, 1830 in Roane County, Tennessee,
daughter of CHEROKEE MINOR CHIEF JOSEPH RAINCROW and ?
More About DOCTOR FLOYD SR. DOTSON:
Burial: Aft. 1860, Wharton Cemetery, Madison County, Arkansas
Comment: 1860, Madison County, Arkansas census
Comment 2: unable to locate grave, may be buried elsewhere.
Notes for DAWN RAINCROW:
AKA: Polly Ann Raincrow
AKA: Mary Polly Raincrow
AKA: Mary Polly Renneau
AKA: Mary Polly Reno
AKA: Mary Ann Reno
AKA: Mary Ann Amos
More About DAWN RAINCROW:
Comment: Full Blood Cherokee Indian
Comment 1: Orphaned on the Trail of Tears
Children of DOCTOR DOTSON and DAWN RAINCROW are:
i. NANCY DOTSON, b. 1829, Tennessee; m. WILLIAM PHILLIPS
ii. RHODA DOTSON, b. 1832, Tennessee.
iii. HANNAH DOTSON, b. April 02, 1837; d.January 19, 1918; m.
ISAAC NEWTON BOLINGER
iv. SUSAN DOTSON, b. 1839; m. DOOD PAGE
v. NOAH DOTSON, b. 1841, Madison
County, Arkansas; m. MARY J.? 1860.
vi. WILLIAM SQUIRE DOTSON,
b. 1842, Madison County, Arkansas; m. (1) RACHEL ANN COOK
m. (2) BARBARA ELIZABETH PHILLIPS
vii. MATILDA CATHERINE DOTSON, b. 1846, Madison County, Arkansas; d. July 10,
1931, Arkansas;
m. WILLIS PHILLIPS, August 15, 1867.
viii. GREENBERRY DOTSON, b. 1849, Madison
County, Arkansas; m. SUSAN.
ix. AMANDA EVALINE DOTSON,
b. ▮▮▮▮▮▮1850, Arkansas; d. January 03, 1929, Park Hill, Cherokee
County,                                              **D**
Oklahoma.
x. DOCTOR FLOYD JR. DOTSON, b. ▮▮▮▮▮1852, Madison County, Arkansas;
d. January 14, 1941, Arkansas.
xi. MELLISSA EMMA DOTSON,b▮▮▮▮▮1852, Arkansas; d. September 19,
1926, Arkansas;
m. REUBEN L PHILLIPS
More About MELLISSA EMMA DOTSON:

11/27/00

AKA: Lish Dotson
EDMOND DOTSON was born 1817 in Tennessee, and died June 1897 in Arkansas.
He married SUSAN CASEY February 13, 1840.
Children of EDMOND DOTSON and SUSAN CASEY are:
i. NANCY DOTSON, b. 1840, Tennessee.
ii. WILLIAM S DOTSON b. 1843, Arkansas; m. ELISABETH ?.
iii. MARY A.DOTSON, b. 1845, Arkansas.
More About MARY A DOTSON
AKA: Polly A. Dotson
iv. PLEASANT DOTSON, b. 1847, Arkansas.
v. DOCTOR F DOTSON b. 1853, Arkansas.
vi. JOHN M DOTSON b. 1855, Arkansas.
vii. MARTHA E DOTSON b. 1858, Arkansas.
viii. THOMAS E DOTSON b. 1861,Arkansas
JANE DOTSON was born 1822 in Tennessee. She married
WILLIAM GIPSON PHILLIPS
Children of JANE DOTSON and WILLIAM PHILLIPS are:
i. WILLIAM PHILLIPS, b. 1847, Arkansas.
ii. PLEASANT PHILLIPS, b. ███████████1848, Arkansas; d. March 04, 1882;
m. (1) SARAH E ? m. (2) ELVIRA GEORGE.
More About PLEASANT PHILLIPS:
Comment: 2nd date of birth shows █████-1849
Comment 1: Member of the Masonic Lodge
NOAH SR. DOTSON
was born 1827 in Tennessee, and died Aft. 1850. He married
MARY J ?
Child of NOAH DOTSON and MARY ? is:
i. NOAH JR. DOTSON

WILLIAM HUGH DOTSON was born Bet.████1846 - ██████
1847 in Arkansas. He married SARAH ANN WHEELER
More About WILLIAM HUGH DOTSON
AKA: Billy Dotson
More About SARAH ANN WHEELER:
Comment: Father born in Tennessee and mother born in Georgia
Children of WILLIAM DOTSON and SARAH WHEELER are:
i. CLARISSA DOTSON, b. 1870, Arkansas.
ii. EVALINE DOTSON, b. 1871, Arkansas.
iii. EDMOSON DOTSON, b. 1874, Arkansas.
iv. MARY E. DOTSON,b████1876, Arkansas.
v. SARAH R. DOTSON,b.████1879, Arkansas.
vi. LILLIE A DOTSON, b.████ 1882,Arkansas.
vii. JAMES R. DOTSON,b. ████1883, Arkansas.
viii. JADA DOTSON, b. ██████1888,Arkansas.
ix. STELLER DOTSON, b. ██████1890, Arkansas
NANCY DOTSON was born 1850 in Arkansas. She married JAMES HAYNES
Children of NANCY DOTSON and JAMES HAYNES are:
i. BLOOMINGTON HAYNES, b. 1867, Arkansas.
ii. ABRAHAM LINCOLN HAYNES,b. 1869, Arkansas
GLASCO DOTSON was born ███████1852 in Arkansas. He married
SARAH ELIZABETH WHARTON
Children of GLASCO DOTSON and SARAH WHARTON are:
i. JOHN T DOTSON,b.████████ 1878, Arkansas.      **D**
ii. LAULA A DOTSON,b.████████ 1881, Texas.
iii. MARION W. DOTSON,b.███████ 1887, Arkansas.
iv. ALBERT CLINTON DOTSON,b.██████████1887, Huntsville, Madison County,
Arkansas; d. 1949, Oklahoma;
m. ? , October 05, 1907.
v. MATTIE L DOTSON,b.████1889, Arkansas.
vi. ELIZA L DOTSON, b.████1894, Arkansas

11/27/00

DAVID CROCKET DOTSON was born 1853 in Arkansas. He married
RUTH EVALINE WHEELER, daughter of BORDEN WHEELER and MELISSA POWELL.
Children of DAVID DOTSON and RUTH WHEELER are:
i. WILLIAM DOTSON, b. 1873, Wharton Creek Township, Madison County, Arkansas.
ii. ANNA DOTSON, b. 1875, Wharton Creek Township, Madison County, Arkansas.
iii. GREENBERRY DOTSON, b. 1876, Wharton Creek
Township, Madison County, Arkansas; d. December 17, 1923, Ramona, Washington
County, Oklahoma.
iv. SARAH DOTSON, b. 1879, Wharton Creek
Township, Madison County, Arkansas.
More About SARAH DOTSON:
AKA: Jennie Dotson
v. ABRAHAM DOTSON, b. 1882, Wharton Creek
Township, Madison County, Arkansas; d. Sallisaw, Oklahoma.
vi. GEORGE W DOTSON, b. 1884.
vii. ELIZABETH A DOTSON, b. 1886.
viii. CORA L DOTSON, b. 1888.
ix. TOMMY C DOTSON, b. 1889.
x. NANCY DOTSON, b. 1895.
xi. JOHN DOTSON, b. 1895.
xii. TRESSA DOTSON, b. 1896.
Generation No. 4
JAMES L DOTSON
was born ████████ 1834 in Tennessee, and died June 06, 1888 in Madison
County, Arkansas. He married
ISABELLE GLENN Abt. 1855 in Madison County, Arkansas.
Notes for JAMES L DOTSON:
James L. Dotson moved to Madison County, Arkansas about 1849 or 1850 and
lived there until he died at the age of 52. He was a farmer all his life, and
was a good citizen. During the late war, he was in the Confederate Service,
but
against his will, and was afterwards in the Home Guards, Federal Service. He
was
a Republican for many years, was justice of the peace, and afterward notary
public. Although not a member of any church, his sympathies were with the
Christian Church. He took a leading part in all sociaeties that tended to
elevate the farmer and society in general, and when he died, Madison County
lost
one of its best citizens. He was an excellent legal advisor, and many of his
neighbors went to him for advice, and in that way he made many life-long
friends. In Madison COunty, Arkansas, he married Miss Isabel Glen, a native
of
North Carolina, born in 1839. She is one of the leading members of the
Whorton
Creek Christian Church, and the mother of twelve children, nine now living.
(Taken from Madison County Biography of "Dotson, William Abraham" 1857)

More About JAMES L DOTSON:
Comment: 2nd source shows date of birth as ████████ 1836
Children of JAMES DOTSON and ISABELLE GLENN are:
i. WILLIAM ABRAHAM DOTSON, b. ████████ 1857, Madison County, Arkansas.
ii. CLARISSA J DOTSON, m. ? BURGESS
iii. JAMES FOUNTAIN DOTSON                    **D**
iv. MARY ELIZABETH DOTSON, m. ALBERT LYMAN
v. NANCY EMELINE DOTSON, m. ? LANKFORD
vi. ELIZA CATHERINE DOTSON, m. ? EASTERLING
vii. MARTHA ELLEN DOTSON
viii. J.B. DOTSON
ix. THOMAS M DOTSON

**AMANDA EVALINE DOTSON**
was born ▇▇▇▇▇ 1850 in Arkansas, and
died January 03, 1929 in Park Hill, Cherokee County, Oklahoma. She married
LEANDER SMITHSON
son of ALBERT SMITHSON and MARY LANCE
Notes for AMANDA EVALINE DOTSON:
AKA: Leander "Joe" Smithson
AKA: Mandy Dotson Smithson
Leander and Amanda named their two pet mules after their own nicknames...
Mandy and Joe.
More About AMANDA EVALINE DOTSON:
Burial: South Bethel Cemetary, Braggs, OK
Comment: 2nd birth date of ▇▇▇-1852
More About LEANDER SMITHSON
Burial: South Bethel Cemetary, Braggs, OK

Children of AMANDA DOTSON and LEANDER SMITHSON are:
i. ANDY LINCOLN SMITHSON, b. ▇▇▇▇▇ 1870, Arkansas; d.
June 07, 1937, Cherokee County, Oklahoma.
More About ANDY LINCOLN SMITHSON
Comment: Never Married, no children
ii. WILLIS ASBERRY SMITHSON, b. ▇▇▇▇▇▇ 1880, Madison County, Arkansas; d.
March 11, 1952,
Muskogee, Oklahoma
iii. DORA ELBURN SMITHSON, b. ▇▇▇▇ 1886, Arkansas; d. June 12, 1953,
Cherokee County, Oklahoma.
iv. FLORA ELLENDER SMITHSON, b. 1889, Indian Territory, later to become
Oklahoma.
v. NORA LEE SMITHSON, b. 1895, Indian Territory, later to become Oklahoma; d.
October 06, 1942, Cherokee County,

**DOCTOR FLOYD JR. DOTSON**
was born ▇▇▇▇▇ 1852 in
Madison County, Arkansas, and died January 14, 1941 in Arkansas. He married
THERESA MAYINMAN COOK
More About DOCTOR FLOYD JR. DOTSON:
AKA: Docky Dotson
Children of DOCTOR DOTSON and THERESA COOK are:
i. WILLIAM HAYWARD DOTSON, b. 1870, Madison County, Arkansas; d. 1901.
ii. DOLLY ELLEN DOTSON, b. ▇▇▇▇ 1877, New County, Arkansas.
iii. ISAM DOTSON
iv. MATILDA DOTSON
v. REBECCA DOTSON
vi. WILIS DOTSON
vii. ALBERT DOTSON
viii. MINNIE DOTSON
ix. DOCK OLIVER DOTSON

**GREENBERRY DOTSON**
was born 1876 in Wharton Creek Township, Madison County,
Arkansas, and died December 17, 1923 in Ramona, Washington County, Oklahoma.
He married LUCY R WALKINGSTICK
Notes for GREENBERRY DOTSON:          **D**
Sources include "The Morning Examiner" dated Tuesday, December 18, 1923,
published in Bartlesville, Oklahoma. Headline states "Berry Dotson is killed
by Ramona Marshall. Other stories concerning the shooting can be found in
this same newspaper.Funeral expenses and cause of death record signed by
physician. This record states Berry Dotson to be the son of Dave Dotson and
Evelyn Wheeler and states he is Indian.
11/27/00

More About GREENBERRY DOTSON
Burial: December 20, 1923, Dwight Mission Cemetery, Sequoyah County,
Oklahoma>
Cause of Death: Gunshot through the head, homicide.
Comment: December 17, 1923, Shot by J.P. Nicholson, found not guilty.
Comment 2: Census card #M2799, Cherokee
Occupation: Farmer
More About LUCY R WALKINGSTICK
Comment: Cherokee Census card number M2799
Children of GREENBERRY DOTSON and LUCY WALKINGSTICK are:
i. LEWIS BEE DOTSON, b. 1903; d. 1924, Cookson Hills, Oklahoma.
Notes for LEWIS BEE DOTSON
Lewis Bee Dotson was killed at a railroad crossing by a posse after robbing a
store in Cookson Hills, Oklahoma.
More About LEWIS BEE DOTSON

Comment: enrolled as Cherokee 1/2 blood at age 2, Roll number 3294, census
card #M2799, shown living in Marble City, Oklahoma.
ii. CHARLES DOTSON, b. 1905; d. 1934,
Incarcerated in Nebraska..
Notes for CHARLES DOTSON
Charles Dotson died of tubercolosis while incarcerated in Nebraska.
More About CHARLES DOTSON
Cause of Death: Tubercolosis
Comment: Cherokee 1/2 blood, Census card number M2799, registered at age 1,
living in Marble City, Sequoyah County, Oklahoma
Comment 1: No children.
iii. JOHNNY DOTSON, b. 1910; d. 1938
ABRAHAM DOTSON was born 1882 in Wharton Creek Township, Madison County,
Arkansas, and died in Sallisaw, Oklahoma. He married MINNIE ANDREWS
More About ABRAHAM DOTSON
Comment: Shot and killed on 17 Highway, north of Sallisaw, Oklahoma. He left
orphaned children.

Children of ABRAHAM DOTSON and MINNIE ANDREWS are:
i. HUGH V DOTSON
ii. CHRISTINE DOTSON, m. CARL COOK
More About CHRISTINE DOTSON
Comment: orphaned at a young age
Comment 1: Raised at Dwight Mission orphanage, near Sallisaw, Oklahoma

Generation No. 5

WILLIAM ABRAHAM DOTSON
was born ███████1857 in Madison
County, Arkansas. He married MARY E PHILIPS
August 1875 in Madison County, Arkansas, daughter
of WILLIAM PHILIPS
Notes for WILLIAM ABRAHAM DOTSON

Madison County Biography of:
"DOTSON, William Abraham, one of the thrifty, enterprising citizens of
Whorton Creek Valley, was born near where he now lives ████ 1857. He is the
son of James L. and Isabel (GLEN) DOTSON, grandson of Fountain DOTSON, and
great-grandson of William DOTSON, who was born in Tennessee, and died in
Madison
County, Arkansas, in 1861. Fountain Dotson was also born in Tennessee, but
for a
time lived in Madison County, Arkansas, but died in Tennessee. His son, James
L.

Dotson, like his father and grandfather, was born in Tennessee, and moved to Madison County, Arkansas,, about 1849 or 1850, and there died June 9, 1888, as the age of fifty-two. He was a farmer all his life, and was a good citizen. During the late war he was in the Confederate service, but against his will, and was afterwards in the Home Guards, Federal Service. He was a Republican for many years, was justice of the peace, and afterward notary public. Although not a member of any church, his sympathies were with the Christian Church. He took a leading part in all societies that tended to elevate the farmer and society in general, and when he died Madison County lost one of its best citizens. He was an excellent legal adviser, and many of his neighbors went to him for advice, and in that way he made many life-long friends. In Madison County, Arkansas, he married Miss Isabel GLEN, a native of North Carolina, born in 1839. She is one of the leading members of the Whorton Creek Christian Church, and the mother of twelve children, nine now living: Mrs. Clarissa J. BURGESS, James Fountain, Mrs. Mary Elizabeth LYMAN (widow of Albert LYMAN), Mrs. Nancy Emeline LANKFORD, Mrs. Eliza Catherine EASTERLING, William A., Martha Ellen, J. B. and Thomas M. William Abraham received his education in the home schools, and in August, 1875, he married Miss Mary E. PHILIPS, daughter of William PHILIPS, and a native of Madison County, Arkansas, born ████████ 1860. Five children have blessed this union: Louisa, Bertha Ella, Oliver Burton, Mary May and Cora. Mr. DOTSON is the owner of a fine farm of 410 acres, with a considerable portion in the valley, and 175 under cultivation. To himself alone is due the credit of all this, as he started with very little means. He is a wide-awake, thorough-going young citizen, and will make his mark in the world. He is a member of the Christian Church, and a Republican in politics." (Goodspeeds History of NW AR& #8230;)

Last Revised 17 August 1997
1997 Madison County Online. These electronic pages may not be reproduced for profit. If copied, this copyright notice must appear with the information.

Return to Madison Co, AR Biographies INDEX

Children of WILLIAM
D
OTSON and MARY PHILIPS are:
i. LOUISA DOTSON
ii. BERTHA ELLA DOTSON
iii. OLIVER BURTON DOTSON
iv. MARY MAY DOTSON
v. CORA DOTSON

**D**

WILLIS ASBERRY SMITHSON was born ██████ 1880 in Madison County, Arkansas, and died March 11, 1952 in Muskogee, Oklahoma. He married (1) JULIA ?

11/27/00

Child of LEO DOTSON is:
i. HARLEY DOTSON.
BARRY DOTSON He married (1) LAHOMA CAUGHMAN. He met (2) ?.
Child of BARRY DOTSON and ? is:
i. JASON DOTSON.

JERRY KIRK DOTSON
was born 1939, and died 1991. He
married PATSY ELLIS 1960.
More About JERRY KIRK DOTSON:
Occupation: Director for the Bureau of Indian Affairs for Cherokee Nation of
Oklahoma, Tahlequah, Oklahoma
Children of JERRY DOTSON and PATSY ELLIS are:
i. JERRIPAT DOTSON, b. 1961.
ii. PAUL DOTSON>, b. 1964; m. (1) CHERYL SMITH; m. (2) LISA WHITTMAN, 1995.
iii. LISA K. DOTSON, b. 1966.
iv. ERIC EDDIE DOTSON,
b. ███████1969; m. STARRA MICHELLE RICE, April 1994.
1. Smithson C.FTW, Date of Import: Dec 9,
1999

D

██████████ 907 in Kansas City, Kansas. He married (2)
MAUDIE LEE MCBEE Bet. 1918 - 1920 in Probably Muskogee County, Oklahoma,
daughter of GEORGE MCBEE and FLORA> STAPLETON
More About WILLIS ASBERRY SMITHSON
Cause of Death (Facts Page): March 11, 1952, Stroke/Old Age
Comment: 1898, Was serving in the Phillipines with the Expeditionary forces
during the Spanish American War. His ship was the U.S.A.T. Sherman.
More About MAUDIE LEE MCBEE
Burial: South Bethel Cemetery, near Braggs, Oklahoma
Comment: September 05, 1961, Cause of Death was Hodgekins Disease
Child of WILLIS SMITHSON and JULIA ? is:
i. GEORGE WASHINGTON SMITHSON, b. ██████████ 907; d. May 1983, Avenal,
California
Children of WILLIS SMITHSON and MAUDIE MCBEE are:
ii. MANDY ALICE SMITHSON, b. ██████████ 1920, Braggs, Oklahoma; d. August
04, 1922, Braggs,
Oklahoma.
iii. W.A.SMITHSON, b. ██████████ 1923, Braggs, OK.
iv. BETTY LOUISE SMITHSON, b. ██████████ 1935, Braggs, Oklahoma; d. October
29, 1935, Braggs, Oklahoma.
v. CECIL GLEN SMITHSON, b. ██████████ 1937

WILLIAM HAYWARD DOTSON
was
born 1870 in Madison County, Arkansas, and died 1901
More About WILLIAM HAYWARD DOTSON
AKA Willie Dotson
Child of WILLIAM HAYWARD DOTSON is:
i. WALTER LEON DOTSON, b. 1895, Madison County, Arkansas; d. 1988

DOLLY ELLEN DOTSON
was born ██████ 1877 in New
County, Arkansas. She married (1) J.W.MCCOLLOUGH
February 12, 1896 in Arkansas. She married (2)
J.W. CROUCH 1912 in Fayetteville,
Arkansas.
Children of DOLLY DOTSON and J.W. MCCOLLOUGH are:
i. LOUISEA MCCOLLOUGH
ii. MOLLIE MCCOLLOUGH
iii. ALBERT MCCOLLOUGH
iv. WILLIE MCCOLLOUGH
v. BONNIE MCCOLLOUGH
vi. ADDIE MCCOLLOUGH
vii. WALCIE MCCOLLOUGH
viii. DEWEY MCCOLLOUGH

Children of DOLLY DOTSON and J.W. CROUCH are:
ix. ARTHIA CLEO CROUCH, b. Abt. 1913, Winslow, Arkansas; d. November 23, 1991.
x. DELMO CROUCH
xi. GRACIE CROUCH
xii. DOROTHY CROUCH
xiii. ROBERT CROUCH

██████████ D

ISAM DOTSON
Child of ISAM DOTSON is:
i. LEO DOTSON

JOHNNY DOTSON
was born 1910, and died 1938. He married F
LORENCE KIRK

More About JOHNNY DOTSON
Cause of Death: Complications from Malaria
Children of JOHNNY DOTSON and FLORENCE KIRK are:
i. BARRY DOTSON
ii. JERRY KIRK DOTSON, b. 1939; d. 1991

HUGH V DOTSON
More About HUGH V DOTSON
Comment: orphaned at a young age
Comment 1: Raised at Dwight Mission Orphanage, near Sallisaw, Oklahoma
Child of HUGH V DOTSON is:
i. PHYLLIS DOTSON, m. Roger Lee CRAWFORD

No. 6

GEORGE WASHINGTON SMITHSON
was born ▮▮▮▮▮▮ 1907, and died May 1983 in Avenal, California. He married
RUTH RIGGS
Children of GEORGE SMITHSON and RUTH RIGGS are:
i. DEAN SMITHSON, d. Car Accident in California; m. ROSIE MAYES
More About ROSIE MAYES
Comment: Cause of Death: Childbirth
ii. CURTIS SMITHSON
W A SMITHSON
size=2> was born ▮▮▮▮▮▮ 1923 in Braggs, OK.
He married ANNA DORIS SUMPTER October 06, 1945 in Muskogee, OK,
daughter of ANDREW SUMPTER and ALMEDA BROWN
Notes for W.A. SMITHSON
It is hard to say what is what. Maybe you might enjoy a very true story that
I can relate to you about my father (still living.)
My dad was born in 1923. His father, Willis Asberry Smithson b.1880, and
mother, Maudie Lee McBee b.1900, disagreed as to what they would name their
first born son, my dad.
My grandmother detested the name Willis Asberry and insisted she would not
name her son with that name. My grandfather, who went by Asberry, was just as
adamant that Willis Asberry is exactly what his son would be named.

My dad was born at home, delivered by his grandmother, Flora Alice Stapleton
McBee. Well, in 1923, in Oklahoma, more people did not have birth
certificates
than did have. Anyway, my grandparents finally agreed to name this first born
son, my dad, W.A. Smithson. The W and the A not standing for anything, it
would
just be initials.

This was fine and dandy. My father went into the army and served during World
War II for 4 years and even though the U.S. Army was insistent that he take a
name for the initials, W.A., he was just as insistent that he remain what he
had
been named by his parents, and that he did. On all of his military records,
marriage record, school records, social security records, and every other
kind
of record he has, he is listed as W.A. Smithson.

Now to get to the confusing part. My grandfather died in 1952 and my
grandmother died in 1961. The years roll on and in 1992, I decided to try to
find a birth certificate for my father if there was one since he had never
had

11/27/00

one. Well... Lo and Behold, not only did he have a birth certificate, he had a
new name. On his birth certificate, his name is...
and get this...
W. Asberry Smithson Jr.
I thought this was almost funny because his fathers name was not W. Asberry,
but Willis Asberry.
The best we were able to figure out was this...
My grandfather could sign his name, but that was the only "writing" he did
according to my father. He must have gone into the courthouse to register my
dad's birth and when the person asked what he wanted to name the child, he
probably just told them, I want it named after me... For, on the signature of
the reporting person, is in my grandfather's handwriting, W. Asberry
Smithson.
You see, the space was very short on which to sign his name and he always
went by Asberry.
We figure the clerk filled in the space for the child's name after my
grandfather signed his name, and then just added Jr. to it. So, at the ripe
old
age of 69 years old, my father found out he was not named what he thought he
had
been named after all.
We have all had a big family laugh out of this one!

One more time have I run across a birth certificate in which a child's name
was reported as one name, only to have the parents later change their minds
and
rename them something else. This happened with my husband's uncle and we have
a
copy of that birth certificate also.

I used to work at the county clerk's office where the old birth certificates
were kept and there were mistakes supposedly made on many of them as well as
one
death certificate that I remember especially well. The death certificate,
signed
by the county doctor, was for a man, aged 67 years old at death, that showed
the
cause of death as CHILDBIRTH! I thought that was one for the books!

Anyway, I don't know if this confuses you more or not, but maybe you will get
a chuckle out of another fine mess our ancestors got themselves into.

Pam

More About W.A. SMITHSON:
AKA : W. Asberry Smithson, Jr.
Notes for ANNA DORIS SUMPTER:
Born on her grandfather, John Elisha Sumter's, 40th birthday. She was the
first grandchild in both her mothers and fathers families.
More About ANNA DORIS SUMPTER:
Children of W.A. SMITHSON
and ANNA SUMPTER are:
i. CHERYL ANN SMITHSON, b. ███████ 1947, Yuba City, Sutter County, CA;
m. JAMES WENDELL MILLS, July 03, 1965, Parents home, Sallisaw, Sequoyah
County, OK.
ii. W.A. GLEN SMITHSON, b. ███████ 1948, Gore, OK at home;
m. LEONA CAROL ENGLAND, May 31, 1969, Carol's parents home in Edmond, OK.
More About W.A. GLEN SMITHSON:
Honors: 1979, Oklahoma Highway Patrol Trooper of the Year Award

Military service: Bet. August 08, 1967 - August 07, 1969, U.S. Army, Rank
SP4, VietNam Veteren
iii. PAMELA LEA SMITHSON, b. ███████ 1954, Marysville Rideout Hospital,
Marysville, CA; m.
RICHARD DALE CRUTCHFIELD, October 18, 1971, Sallisaw, OK.
More About PAMELA LEA SMITHSON:
Degree: May 1989, Carl Albert State College,, Poteau, OK
Degree 2: May 1992, Northeastern State University, Tahlequah, OK
Graduation: May 17, 1972, Sallisaw High School, Sallisaw, OK
Occupation: Bet. 1994 - 2000, Sequoyah County Sheriff
More About RICHARD DALE CRUTCHFIELD:
College: Bet. 1989 - 1991, Northeasten State College, Tahlequah, OK
Degree: 1989, Carl Albert State College, Poteau, OK
Occupation: Bet. 1989 - 2000, Police Officer

CECIL GLEN SMITHSON
was born ████████1937. He married (1) BETTY RICHARDS,
daughter of MORGAN RICHARDSand BEULAH ?. He married (2)
JANET SHORES, daughter of JESSY LINEBERRY and ERNESTINE
More About CECIL GLEN SMITHSON:
Military service: September 1954, Entered U.S. Navy and later retired.
Children of CECIL SMITHSON and BETTY RICHARDS are:
i. STEVEN GLEN SMITHSON, b.████████, 1959, Bethesda, Maryland.
More About STEVEN GLEN SMITHSON :
Comment: Married Once, Divorced, no children.
ii. NORMAN DENE SMITHSON, b.████████1960, Bethesda, Maryland; m. PAM ?
iii. STILLBORN SMITHSON, b. Abt. 1961; d. Abt.1961.
iv. KELLY JUNE SMITHSON, b.████████ 1962, Ankra, Turkey;
m. (1) ROBERT HENRY RHODES, Never Married; m. (2) ANTHONY LEE  FAULKNER
v. ROBERT GENE SMITHSON, b. ████████ 1963, Birmahaven, Germany;
m. CHRISTIE LONGIN.
vi. MICHAEL MORGAN SMITHSON, b.████████████1964, Birmahaven, Germany;
m. GINGER CHAMBERS.
Child of CECIL SMITHSON and JANET SHORES is:
vii. TASHA ALIENE SMITHSON, b. ██████1992.

WALTER LEON DOTSON
was born 1895 in Madison County, Arkansas, and died 1988.
Child of WALTER LEON DOTSON is:
i. MARY ROSALIE DOTSON, b. 1925; d. 1978.

ARTHIA CLEO CROUCH
was born Abt. 1913 in Winslow, Arkansas, and died November 23, 1991. She
married
CARL LEWIS FISHER
December 14, 1932 in Bartlesville, Oklahoma.
More About ARTHIA CLEO CROUCH:
Burial: Oglesby, Oklahoma
Children of ARTHIA CROUCH and CARL FISHER are:
i. CARL L. FISHER, b. 1946, Bartlesville, Oklahoma; m. HAZEL POLLAN, 1966,
Bartlesville, Oklahoma.
ii. ROBERT FISHER.
iii. WILLIAM FISHER.
iv. BETTY FISHER.
v. LOIS FISHER.
vi. HELEN F ISHER.
vii. RANDY FISHER.

**D**

LEO DOTSON

## CHILDREN'S NAMES



Father - Allen Real - ████ 1884

Mother - Ida Real - ████ 1890

Jim Pinkston - ████ 1908.

Wiley Wouster - ████ 1910

Monroe Benjamin ████ 1912

Rosie Belle ████ 1914

Valerie - ████ 1916

A. C. - ████ 1919

Hattie Gertrude ████ 1921

Adam Gentry - ████ 1923

Ala Ingram - ████ 1925.

Silas Eugene - ████ 1927

Harold - ████ 1929

Carol - ████ 1929

Vilma Virginia - ████ 1930

D

## Ancestors of Churchill (Chuck) Real (1 of 11)



| Parents | Grandparents | Great-Grandparents |

George Real, Jr.
b: 1764 in , , Virginia

Cont. p. 2

George Real III
b: ███████ 1793 in , Grayson County, Virginia

Hannah Greer
b: 1764 in , Scott Co, Virginia

Cont. p. 3

Edward B. F. Real
b: 1827 in , White County , Tennessee

Richard Pilson III
b: Abt. 1779 in , , Virginia

Cont. p. 4

Esther Pilson
b: ███████ 1800 in , , Virginia

Churchill (Chuck) Real
b: 1860 in , , Missouri

Frances "Fanny" Denney
b: ███████ 1779 in , Henry County, Virginia

Cont. p. 5

William Massey Greer
b: 1806 in , , Virginia

Elizabeth Greer
b: ███████ 1832 in , Grayson Co, Virginia

Mary (Polly) Vaughan
b: 1809 in , , Virginia

D

*Ancestors of Churchill (Chuck) Real (2 of 11)*



| Great-Grandparents | 2nd Great-Grandparents |

**George Real, Sr.**

**George Real, Jr.**
b: 1764 in , , Virginia

Cont. p. 1

D

## Ancestors of Churchill (Chuck) Real (3 of 11)



Great-Grandparents

2nd Great-Grandparents

3rd Great-Grandparents

**William Greer, Sr.**
b: 1710 in Baltimore Co, Maryland

Cont. p. 6

Cont. p. 1

**William Greer, Jr.**
b: 1727 in , Baltimore Co, Maryland

**Mary Ann Fitch**
b: WFT Est. 1692-1715

**Hannah Greer**
b: 1764 in , Scott Co, Virginia

**Sarah Freeland**
b: WFT Est. 1719-1741

D

## *Ancestors of Churchill (Chuck) Real (6 of 11)*



3rd Great-Grandparents

4th Great-Grandparents

5th Great-Grandparents

**James Greer**
b: 1660 in Dumfrieshire, Scotland

Cont. p. 7

**John Greer, Sr.**
b: 1688 in Big Falls of the Gunpowder River, Baltimore County, Maryland

**Margaret Ann Taylor**
b: 1670

Cont. p. 8

**William Greer, Sr.**
b: 1710 in Baltimore Co, Maryland

**Nichalas Day**
b: WFT Est. 1635-1664

**Sarah Day**
b: 1682 in , Baltimore County, Maryland

**Sarah**
b: WFT Est. 1644-1667

Cont. p. 3

**D**

## *Ancestors of Churchill (Chuck) Real (7 of 11)*



| 5th Great-Grandparents | 6th Great-Grandparents | 7th Great-Grandparents |

**William Grier**
b: 1550 in Dumfrieshire, Scotland

Cont. p. 9

**Sir James Grier**
b: 1604 in Dumfrieshire, Scotland

**Nichola Maxwell**
b: Abt. 1552

**James Greer**
b: 1660 in Dumfrieshire, Scotland

**John Browne**
b: WFT Est. 1553-1582

**Mary Browne**
b: 1604 in Scotland

Cont. p. 6

**D**

## *Ancestors of Churchill (Chuck) Real (8 of 11)*



| 5th Great-Grandparents | 6th Great-Grandparents | 7th Great-Grandparents |

**John Taylor**
b: WFT Est. 1602-1635

**Arthur Taylor**
b: WFT Est. 1619-1648

Cont. p. 6

**Margaret**
b: WFT Est. 1610-1637

**Margaret Ann Taylor**
b: 1670

**Margaret Hill**
b: WFT Est. 1628-1651

D

## *Ancestors of Churchill (Chuck) Real (9 of 11)*



| 7th Great-Grandparents | 8th Great-Grandparents | 9th Great-Grandparents | 10th Great-Grandparents |

**Roger Grierson**
b: WFT Est. 1413-1442

Cont. p. 10

**Roger Grierson**
b: 1464

**Sir John Grierson**
b: Abt. 1490 in Dumfrieshire, Scotland

**Jane Douglas**
b: 1466

**William Grier**
b: 1550 in Dumfrieshire, Scotland

Cont. p. 7

**Egidia Kennedy**
b: 1492

**D**

## *Ancestors of Churchill (Chuck) Real (10 of 11)*



| 10th Great-Grandparents | 11th Great-Grandparents | 12th Great-Grandparents | 13th Great-Grandparents |

**Gilbert Grier**
b: WFT Est. 1298-1360

Cont. p. 11

**Gilbert Grierson**
b: WFT Est. 1335-1389

**Vedas Grierson**
b: WFT Est. 1373-1416

**Roger Grierson**
b: WFT Est. 1413-1442

Cont. p. 9

**D**

## Ancestors of Churchill (Chuck) Real (11 of 11)



| 13th Great-Grandparents | 14th Great-Grandparents |
|---|---|

**Malcolm Gregor**
b: WFT Est. 1266-1331

**Gilbert Grier**
b: WFT Est. 1298-1360

Cont. p. 10

**D.**

# Ancestors of Churchill (Chuck) Real (5 of 11)



| Great-Grandparents | 2nd Great-Grandparents | 3rd Great-Grandparents | 4th Great-Grandparents | 5th Great-Grandparents |

**Edward Denney**
b: 1720 in Ireland

**Iseriah Denney**
b: WFT Est. 1734-1754 in Kerry County, Ireland

**Samuel Denney**
b: WFT Est. 1702-1734 in Amherst County, Virginia

**Mary**
b: WFT Est. 1724-1747

**James Denney**
b: 1745

**Elizabeth**
b: WFT Est. 1708-1734

Cont. p. 1

**Frances "Fanny" Denney**
b: ▮▮▮▮ 1779 in , Henry County, Virginia

**John Small**
b: WFT Est. 1688-1724 in Scotland

**Esther Small**
b: 1755

**Margaret (Burnett)?**
b: WFT Est. 1695-1724

D

## Ancestors of Churchill (Chuck) Real (4 of 11)



| Great-Grandparents | 2nd Great-Grandparents | 3rd Great-Grandparents |

**Richard Pilson, Sr.**

**Richard Pilson, Jr.**
b: 1745 in , Augusta County, Virginia

**Richard Pilson III**
b: Abt. 1779 in , , Virginia

**Elizabeth Unknown**

Cont. p. 1

D

Jess Lee Smith

Born          ███  1901              Sallisaw, OK
Married    6-19-34          is Sallisaw, OK
Died   8-18-69              Haskell, OK

Brothers: Allen Real: wife Ida Goodwin
    childern: Jim, Wiley, Monroe, Rosie, Valerie,
    Allen Cleveland, Hattie, Adam, Ada, Silas,
    Harold & Carrol, Virginia
Jim Real - wife Thena Porter
    childern: Allen
Walter Smith - wife Stella _____
    childern: Roy, Hail, Dub, Martha


Sisters: Daisy Smith - husband Elbern Goodwin
    childern: Cleveland, Juanita, Raymond,
    Bonnie, Vinita
Lizzy Smith - husband Henry Wells
    childern: Deva, Myrtle, Wauhalla,
    Obey, Harvey, Kenneth, George, A.J.


        Can you add spouses to any of the above:
Allen's  Rosie and Jim Newton      Jim   Allen & _____ Real
   Ada and Coy Blount     walters  Roy & _____ Smith
   Adam and Mary Real              Hail & _____ Smith
   Virginia & Audy Mc Combs        Dub & _____ Smith
   Valerie & Monroe Bell           Martha & _____
   Hattie & Hugh Dodson   Daisy Cleveland
   Jim &  ███ 1908 Real Died 1-5-1909 Juanita
   Wiley & ███ 1910 Real 3-22-1911 Raymond
   Monroe & ███ 1912  Real 1-7, 1929 Bonnie
   ? Allen & A.C ███ 1919 Real 7-7-1919 Vinita
   Silas & aline Real    Lizzy Deva
   Harold & ███ 1929 Real 6-8-1929 Myrtle
   Carrol ███ 1929      6-8-19 Wauhalla
                         1929 Obey
                              Harvey
                              Kenneth
                              George

A.J.