**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 157**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

INFORMATION
=========================================================================

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA                )
          Plaintiff,             )
vs.                              )        No. CF-97- 9
                                 )
CHARLES EDMOND SANDERS           )
DOB:███████66                    )
DL/SS#███████9539                )
          Defendant.             )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN - 7 1997

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

I N F O R M A T I O N

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:**

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that CHARLES EDMOND SANDERS did, in Sequoyah County, and in the State of Oklahoma, before the presentment hereof, commit the crime of

COUNT I: KNOWINGLY CONCEALING STOLEN PROPERTY-21 O.S. 1713
That on the day and year, and in the County and State, aforesaid, CHARLES EDMOND SANDERS, did unlawfully, wilfully, knowingly, and feloniously conceal from Raymond Keith, certain personal property of value, to-wit: checks #2880 and #2891, that had prior thereto been stolen from the said Raymond Keith, the said defendant knowing or reasonably should have believed that said property was stolen did then and there unlawfully conceal and withhold said property from the owner thereof, with the felonious intent to deprive said owner thereof,

COUNT II: UTTERING A FORGED INSTRUMENT-21 O.S. 1592
CHARLES EDMOND SANDERS unlawfully, willfully, knowingly, fraudulently and feloniously with intent to defraud, utter and publish as true to one John Speir, of Mazzio's Pizza a certain instrument, to-wit: a check, which is in words and figures as follows: Check #2880 in the amount of $25.00; that said defendant then and there knowing at the time that said written instrument was forged and counterfeited, and that the signature of Raymond Keith to said instrument was forged and counterfeited, but said defendant did then and there unlawfully, willfully, fraudulently and feloniously, utter and publish same with the felonious intent then and there on the part of said defendant to beat, cheat and defraud,

COUNT III: UTTERING A FORGED INSTRUMENT-21 O.S. 1592
CHARLES EDMOND SANDERS unlawfully, willfully, knowingly, fraudulently and feloniously with intent to defraRED ACTED and publish as true to one Oyne McGinnis, of Short Stop Foods a certain instrument, to-wit: a check, which is in words and figures as follows: Check #2891 in the amount of $27.63; that said defendant then and there knowing at the time that said written instrument was forged and counterfeited, and that the signature of Raymond Keith to said instrument was forged and counterfeited, but said defendant did then and there unlawfully, willfully, fraudulently and feloniously, utter and publish same with the felonious intent then and there on the part of said defendant to beat, cheat and defraud,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

By _____
Assistant District Attorney

STATE OF OKLAHOMA )
                  ) ss.
COUNTY OF SEQUOYAH)
  Undersigned, being duly sworn, on oath state, that I have read the above
and foregoing information and know the contents thereof and that the facts
stated therein are true.

Subscribed and sworn to before me this ___and___ day of January, 1997.

My Commission Expires:
____6|28|99____

NOTARY PUBLIC

WITNESSES:
Raymond Keith
John Speir
Oyne S. McGinnis
Robert Young
Terry Franklin

Sallisaw, OK
Sallisaw, OK
Alma, AR
Sallisaw, OK
Sallisaw Police Dept., Sallisaw, OK

**REDACTED**

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA


THE STATE OF OKLAHOMA,
                    PLAINTIFF,

VS.                                        NO. CF-97-9


    Charles Edmond Sanders    ,              SEQUOYAH COUNTY, OKLAHOMA
                    DEFENDANT,                         FILED
                                              IN DISTRICT COURT

                                                JAN - 7 1997
            A F F I D A V I T
        =====================                BERNELL EDWARDS, COURT CLERK
                                             BY _____ DEPUTY

STATE OF OKLAHOMA   )
COUNTY OF SEQUOYAH ) ss.

    Terry Franklin        , OF LAWFUL AGE AND BEING FIRST DULY
SWORN UPON OATH, DEPOSES AND SAYS:

    See attached Affidavit.








    BASED ON THIS INFORMATION, THE UNDERSIGNED PRAYS THAT THIS
HONORABLE COURT ISSUE A FINDING OF FACT THAT PROBABLE CAUSE
EXISTS TO BELIEVE THAT A CRIME HAS BEEN COMMITTED AND THAT THERE
IS PROBABLE CAUSE TO BELIEVE THE DEFENDANT(S) ABOVE NAMED
COMMITTED THAT CRIME.   REDACTED
                        3 cts KCSP
    FURTHER SAYETH NOT.  3 cts Uttering a Forged Instrument

                            _Terry Franklin SPD #13_

    SUBSCRIBED AND SWORN TO BEFORE ME THIS 13th DAY OF
December, 1996.

MY COMMISSION EXPIRES:
3-23-2000                    _____
                             NOTARY PUBLIC

                    FINDING OF PROBABLE CAUSE

    THE UNDERSIGNED JUDGE OF THIS COURT, UPON SWORN TESTIMONY
AND/OR AFFIDAVIT, HEREBY DETERMINES THERE TO BE PROBABLE
CAUSE TO DETAIN THE DEFENDANT(S).
    DATED THIS ___6___ DAY OF ___January___, 1997.

                             _____
                             JUDGE OF THE DISTRICT COURT

Victim (A)    Raymond Keith had his checks stolen from his residence on December 7, 1995. Report was taken by Sequoyah County Sheriff's Office, case number 12-2695.

Victim (B)    Mazzio's Pizza, ███████████████ Sallisaw, OK, phone number is 775-██████ They called the Police Department on November 18, 1996 at approximately 2300 hours to make a report of a stolen check that they had taken for a pizza. The manager said his driver, John Speirs (Witness A) brought him the check. It was not filled out and it was dated 11-16-96 for $25.00 check number was 2880. The account number was 618████ The name on the check was Raymond L. Keith. Mr. Speir said he received this check from the Downtown Apartments, Apt 220 C & D for payment of a pizza that he delivered with a $6.00 tip. Mr. Speirs was shown a photo line up in which he identified the defendant, Charles Edmond Sanders as the person who gave him the Raymond Keith check.

Victim (C)    Short Stop Foods Stores, ███████████████Sallisaw, OK. Phone number 775-██████ On 12-5-96 Short Stop came into the Police Department to file a forged check report. Donna King who is an employee for the Short Stop reported it. The check was taken on November 19, 1996 in the afternoon hours. The check was a personal check on Raymond Keith, account number 618████ Check number 2891 in the amount of $27.63. She said a clerk said Oyne S. Mcginnis (Witness B) took the check and he could identify the person. Oyne McGinnis, the clerk had wrote down the name of Robert Young who was with the guy he took the check from he said. I then talked to Robert Young. Robert Young said he knew the guy and would stand good for the check and so he took the check because Robert Young was a good customer. I read a taped narrative where Sergeant Doug Hodge had talked to Robert Young for me. Mr. Young said that Charles Edmond Sanders, also known as Monk Sanders was the one that wrote the check at the Short Stop and that he didn't know that Sanders was writing it on somebody else's account and that he did say that he would stand good for it but he wasn't aware that it wasn't on Charles Monk Sanders' account.

Victim (D)    Full Moon Cafe, ███████████████Sallisaw, OK. Phone number 775-██████ Mr. Bounmy Sayasowe said someone from Downtown Apartment brought a personal check into his restaurant on 11-19-96. The check was a Raymond Keith check account number 618████, check number 2888 for $15.00 and that it came back stolen, account closed.

Mr. Raymond Keith did not give anyone permission to write or cash any of these checks.

CHARLES EDMOND SANDERS
P.O. BOX 118, MARBLE CITY, OK
DOB: ████66   #████9539                    Case No. CF-97-9
Caucasian:Male

# WARRANT

STATE OF OKLAHOMA,
COUNTY OF SEQUOYAH—ss.

THE STATE OF OKLAHOMA, to any Sheriff, Constable, Marshal or Policeman in the above named County and State:

Information upon oath having been this day laid before me that the crime of _____
KCSP/UTTERING FORGED INSTR (2 COUNTS) _____ has been committed, and

accusing _____ Charles Edmond Sanders _____ thereof.

You are therefore commanded forthwith to arrest the above named ___ Charles Edmond Sanders
and bring h__im__ before me at _____ Sallisaw, OK _____.

or, in the case of my absence or inability to act, before the nearest or most accessible magistrate in this county.

Dated at _____, this _____6th_____ day of ___January___, 19__97__.

The Defendant is to be admitted
to bail in the amount of __$5,000.00__            Judge of the District Court.

REDACTED

MERRILL BONDING COMPANY
210 EAST CHICKASAW
SALLISAW, OKLA. 74955

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 2 1 1997

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

DATE:    February 21, 1997

To:    District Court - Sequoyah County

FROM:   Raymond Merrill - Executing Bail Bondsman

RE:    Varification of Responsiblity

This is to verify that Raymond Merrill, d/b/a Merrill Bonding Company, agrees to allow the $10,000.00 Bond in Misdemeanor - Case # CM-96-444, State v Charles Sanders, Also, Liable for Felony - Case # CF-97-9, State v Charles Sanders.

RAYMOND MERRILL - BAIL BONDSMAN

*Accepted and approved,*

*Feb 21, 1997*

*Dennis M _____*
*Judge of the District Court*

**REDACTED**

CHARLES EDMOND SANDERS
P.O. BOX 118, MARBLE CITY, OK
DOB: ███66   #██████9539
Caucasian:Male

Case No. CF-97-9

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

# WARRANT

FEB 2 6 1997

STATE OF OKLAHOMA,
COUNTY OF SEQUOYAH—ss.

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

THE STATE OF OKLAHOMA, to any Sheriff, Constable, Marshal or Policeman in the above named County and State:

Information upon oath having been this day laid before me that the crime of _____

KCSP/UTTERING FORGED INSTR (2 COUNTS) _____ has been committed, and

accusing ___ Charles Edmond Sanders _____ thereof.

You are therefore commanded forthwith to arrest the above named ___ Charles Edmond Sanders _____

and bring h__im__ before me at ___ Sallisaw, OK _____

or, in the case of my absence or inability to act, before the nearest or most accessible magistrate in this county.

Dated at _____, this ___ 6th ___ day of ___ January ___, 19 97

The Defendant is to be admitted
to bail in the amount of  $5,000.00

_____
Judge of the District Court.

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH—ss:

I, _____

in and for the above named county, hereby certify that I have served the within warrant upon the within

named at _____ in the County of _____, said State of Oklahoma, by then

and there taking h _____ into possession, and then I carried h _____ before _____

for the purpose of making bond, and upon h_____

_____

**FEES FOR SERVICE**

For serving Warrant — — — — $_____
For mileage — — — — — — $_____
For committing to jail — — — $_____
For making bond — — — — — $_____
         TOTAL — — — — $_____

By _____Frank L Dixon_____ Deputy

No._____

**WARRANT**

THE STATE OF OKLAHOMA

vs.

Defendant___

Returned and filed this _____ day of _____ 19____,

Judge of the District Court.

WARRANT CLEARANCE

WARRANT #CF97-9

WARRANT NAME: CHARLES EDMOND SANDERS

DATE & TIME CLEARED: FEBRUARY 25, 1997 AT 1:10 P.M.

WARRANT CLEARED BY:

   ARREST__X__    OFFICER SERVING: FRANK HIXON

               AGENCY: SEQUOYAH COUNTY SHERIFF'S OFFICE

   CANCELLATION_____    JUDGE OR OFFICIAL DIRECTING WARRANT CANCELLATION

_____

WARRANT PULLED FROM FILE     YES__X__  NO_____    IF NO, EXPLAIN WHY NOT

_____

WARRANT CANCELLED FROM NCIC    YES_____   NO__X__    IF YES, NCIC

                          CANCELLATION NUMBER_____

                          IF NO, EXPLAIN WHY NOT REMOVED

NOT ENTERED N.C.I.C.

SHERIFF'S OFFICE EMPLOYEE SIGNATURE *Pamela Lea Crutchfield*
                                 MUST SIGN FULL NAME

NOTE:    AFTER COMPLETION, ATTACH THIS FORM TO THE CANCELLED OR SERVED
        WARRANT. BE SURE TO ATTACH THIS FORM BACK TO BACK WITH THE
        WARRANT.

**REDACTED**

**IN THE DISTRICT COURT OF SEQUOYAH COUNTY**
**STATE OF OKLAHOMA**

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CF-97-9 |
| | ) | |
| CHARLES EDMOND SANDERS, | ) | |
| Defendant. | ) | |

SEQUOYAH COUNTY, OKLAHOMA
**FILED**
IN DISTRICT COURT

FEB 2 6 1997

BERNELL EDWARDS, COURT CLERK

BY _____ DEPUTY

## MOTION TO PRODUCE EXCULPATORY EVIDENCE

COMES NOW Charles Edmond Sanders, Defendant herein, by and through his attorney, William H. Dodson Sr. and hereby moves the Court to Order the District Attorney to produce all evidence favorable to Defendant in this case as mandated by the due process clause of the United States Constitution. Brady v Maryland, 373 U.S. 83 (1963).

1.      The Defendant would respectfully submit that the specific items mentioned are material because they would be admissible and relevant to the issue of guilt or degree of punishment. Further, there exists a reasonable possibility that such disclosure could affect the result of this prosecution or punishment and cause it to be different in outcome. Further, failure to disclose the items requested will cause both Counsel to be mislead in the investigation and defense of this case. Defendant respectfully and specifically requests the following:

2.      All statements by any witnesses that have been given to any law enforcement agency or District Attorney in this case. Further, all statements by possible witnesses who were, at any time, unable to positively identify the Defendant in any manner or at any time.

3.      All reports, tests or opinions, including internal memoranda of any police department or law enforcement agency or the District Attorney's Office concerning tangible evidence that has been lost or destroyed while in the custody of any office, and that would have had relevance in the present prosecution.

4.      All reports relating to any polygraph examination administered to any possible witness for the state.          **REDACTED**

Page One of Three

5.    All documents and reports regarding the physical or mental disease or disorder affecting any individual the State intends to call as a witness in the present case.

6.    All information that is arguably exculpatory through its use as impeachment of possible State witnesses, including, but not limited to, the prior criminal convictions of each witness, copies or summaries of any prior and arguable inconsistent statement of such witnesses concerning this prosecution, promises of leniency or reward by the State, and any other matter which would have relevance to the general credibility of such witnesses.

7.    All facts, information, written statements, tapes, videos and other recorded material, electronic or written, of questioning and interrogation of the Defendant from the State's initial contact with the Defendant until the conclusion of the interrogation or series of interrogation sessions.

8.    All material now known to the State, or which may become known, or which through due diligence may be learned from the investigating personnel or witnesses in this case, which is arguably exculpatory in nature or favorable to the accused, or may lead to arguably exculpatory material.  Further, if subsequent to compliance with these requirements or Orders pursuant thereto, the District Attorney or his agents discover additional material or information is discovered during the trial, the Court shall also be notified of the discovery of such evidence.

WHEREFORE, premises considered, the Defendant respectfully prays that the Court Order the State to disclose the items hereinabove set forth.

CHARLES EDMOND SANDERS,
Defendant.

by:    William H. Dodson Sr    OBA #2397
Attorney at Law
P.O. Box 682
Sallisaw, Oklahoma  74955
(918) 775-3033

**REDACTED**

Page Two of Two

## CERTIFICATE OF DELIVERY

This is to certify that on the 26 day of February, 1997 a true and correct copy of the above and forgoing document was hand delivered to:

The Office of the District Attorney
Sequoyah County Courthouse
120 East Chickasaw
Sallisaw, Oklahoma  74955


REDACTED

Page Three of Three

## IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )
     Plaintiff,               )
            )
            )
vs.          )  CF-97-9
            )
CHARLES EDMOND SANDERS,               )
     Defendant.               )

SEQUOYAH COUNTY, OKLAHOMA
**FILED**
IN DISTRICT COURT

**FEB 26 1997**

BERNELL EDWARDS, COURT CLERK

BY _____DEPUTY

## DEMURRER

  COMES NOW Charles Edmond Sanders,, Defendant herein, and demurs to the information filed herein and moves the Court to dismiss this cause pending against said Defendant, and in support thereof, alleges and states:

I.

  That this Court has no jurisdiction of the person of this Defendant or of the subject matter of this action;

II.

  That the information herein is vague, indefinite and duplicitous and not substantially clear or in ordinary and concise language which could be in such a manner as to enable a person of common understanding to know what is intended;

III.

  That the information wholly fails to state an offense, with such a degree of certainty, so as to enable the Court to pronounce judgment upon a conviction of the case;

IV.

  That said information does not contain allegations of sufficient facts to constitute the basis of the crime charged or of any other criminal violation of the laws of the State of Oklahoma;

V.

  That the facts stated in the information do not state facts sufficient to constitute a cause of action against said Defendant;

REDACTED

VI.

  That said information does not substantially conform to the provisions of the laws and statutes of the State of Oklahoma;

WHEREFORE, said Defendant prays that his demurrer be sustained; that the information filed against said Defendant be dismissed and said Defendant be granted such other and further relief as to which the Defendant may be entitled and which the Court deems fair, just, equitable, proper and right.

AUTHORITY:

22 OS 401 et seq.
22 OS 493
22 OS 504 et seq.

CHARLES EDMOND SANDERS,
Defendant

William H. Dodson Sr.
Attorney at Law
P.O. Box 682
Sallisaw, Oklahoma  74955
(918) 775-3033

## CERTIFICATE OF DELIVERY

This is to certify that a true and correct copy of the above and forgoing Demurrer was hand delivered this 26 day of February, 1997 to:

Office of the District Attorney
Sequoyah County Courthouse
120 East Chickasaw
Sallisaw, Oklahoma  74955

**REDACTED**

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,       )
           Plaintiff,    )
                     )
vs.                       )    CF-97-9
                     )
CHARLES EDMOND SANDERS,    )
           Defendant.    )

SEQUOYAH COUNTY, OKLAHOMA
**FILED**
IN DISTRICT COURT

FEB 26 1997

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

### MOTION FOR DISCOVERY

COMES NOW Charles Edmond Sanders, Defendant herein, by and through his Attorney, William H. Dodson Sr., and moves the Court to Order the State to disclose the following:

1.     The names and addresses of witnesses, together with their respective oral, written or recorded statement, or summaries of same. <u>Allen v District Court</u>, 803 P.2d 1164 (Okla. 1990). 22 OS Section 2001, et seq.

2.     All law enforcement reports made in connection with this case. 22 OS Section 2001, et seq.

3.     All sworn statements of persons having knowledge of the alleged criminal offense that have been obtained by the District Attorney's Office, any peace officer or any other entity privy to the District Attorney. 22 OS 749.

4.     Any reports or statements made by experts in connection with this particular case, including results of physical or mental examinations and of scientific tests, experiments or comparisons. <u>Allen v District Court</u>, supra. 22 OS Section 2001, et seq.

5.     Any written or recorded statements and the substance of any oral statements made by the accused. <u>Allen v District Court</u>, supra. 22 OS Section 2001 et seq.

6.     All tape recordings and stenographic transcriptions of any statements, or alleged admissions or confessions made by the Defendant. <u>Watts v State</u>, 487 P.2d 981 (Okla. 1971).                 **REDACTED**

<u>Page One of Three</u>

7.   Any books, papers, documents, photographs, tangible objects, buildings, or places which the prosecuting attorney intends to use in the hearing or trial or which were obtained from or belong to the accused.  <u>Allen v District Court</u>, supra.  22 OS Section 2001 et seq.

8.   A detailed description of and access to all forms of tangible evidence in the custody of the District Attorney, State or private laboratories or police departments. <u>Allen v  District Court</u>, supra.

9.   Any record of prior criminal convictions of the Defendant.  <u>Allen v District Court</u>, supra. 22 OS Section 2001, et seq.

10.   OSBI or FBI rap sheet/record check on any witnesses listed by the State or the Defense as possible witnesses who will testify at trial.  <u>Allen v District Court</u>, supra.

11.   Copies of any photographs to be used by the prosecution.  <u>Stafford v District Court</u>, 593 P.2d 797 (Okla. 1979); <u>State, ex rel Fallis v Truesdell</u>, 493 P.2d 1134 (Okla. 1972).

12.   Any and all written statement, oral statements or recordings of any other persons interviewed by the State or its agents which are inconsistent with an earlier statement or which are inconsistent with a statement made by any other person interviewed by the State or its witnesses.  <u>U.S. v Rutkin</u>, 212 F.2d 641 (3rd Cir. 1954).

13.   The nature, date and place of any criminal offense or acts of misconduct, other than those charged in the present information, which the State will offer for impeachement purposes and attempt to disprove good character or reputation of the Defendant.  <u>Burks v State</u>, 594 P.2d 771.

14.   Any and all consideration or promises of consideration given to any witness for the State or its attorney, referring to absolutely anything of value or use, including but not limited to immunity, witness fees, assistance to members of witnesses families or associates, assistants or favorable treatment with respect to any criminal action, and anything else which would create an interest or bias in a witness in favor of the State. <u>King v United States</u>, 419 U.S. 18 (1974).

15.   All diagrams, sketches and pictures which have been made by any witness or prospective witness in the case.

16.   A detailed description of, and access to, all physical items other than those specifically set out above which the District Attorney [REDACTED] anticipates using as evidence in this proceeding.

Page Two of Three

CHARLES EDMOND SANDERS,
Defendant.

By: _____

William H. Dodson Sr.   OBA #2397
Attorney at Law
P.O. Box 682
Sallisaw, Oklahoma  74955
(918) 775-3033

## CERTIFICATE OF DELIVERY

This is to certify that a true and correct copy of the above and forgoing instrument was was hand delivered this _26_ day of February, 1997 to:

The Office of the District Attorney
Sequoyah County Courthouse
120 East Chickasaw
Sallisaw, Oklahoma  74955

_____

**REDACTED**

Page Three of Three

## IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA,            )
          Plaintiff,         )
                             )
vs.                       )     CF-97-9
                             )
CHARLES EDMOND SANDERS,    )
          Defendant.       )

SEQUOYAH COUNTY, OKLAHOMA
**F I L E D**
IN DISTRICT COURT

FEB 2 6 1997

BERNELL EDWARDS, COURT CLERK

BY _____ *pd* _____ DEPUTY

### MOTION TO QUASH

COMES NOW Charles Edmond Sanders, Defendant herein, by and through his attorney, William H. Dodson Sr., and moves the Court to quash the information filed herein, and to further quash said Defendant's arrest on this charge for the following reasons, to-wit:

I.

That said information is not found, endorsed, presented or filed as prescribed by law;

II.

That the evidence had by the State in support of said information is totally and wholly insufficient to sustain the allegations set forth in said charge;

WHEREFORE, Defendant prays that this Motion to Quash be sustained; that the Defendant's arrest be held inviolate; that the evidence taken from the search of this Defendant and the premises where this Defendant was arrested be suppressed; that the evidence taken from the interrogation of this Defendant in violation of said Defendant's constitutional and statutory rights be suppressed; that this charge be dismissed and the Defendant be granted such other and further relief as to which said Defendant may be entitled and which the Court deems fair, just equitable, proper and right.

AUTHORITY:

22 OS 401 et seq.
22 OS 493

**REDACTED**

CHARLES EDMOND SANDERS,
Defendant

William H. Dodson Sr. OBA #2397
Attorney at Law
P.O. Box 682
Sallisaw, Oklahoma 74955
(918) 775-3033

## CERTIFICATE OF DELIVERY

This is to certify that a true and correct copy of the above and forgoing Motion to Quash was hand delivered this _26_ day of February, 1997, to:

Office of the District Attorney
Sequoyah County Courthouse
120 East Chickasaw
Sallisaw, Oklahoma 74955

**REDACTED**

**"AMENDED"**
**INFORMATION**
=================================================================

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. CF-97-9 |
| | ) | |
| CHARLES EDMOND SANDERS | ) | |
| DOB:████66 | ) | |
| DL/SS#████9539 | ) | |
| Defendant. | ) | |

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 0 4 1997

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

**"AMENDED"**
**I N F O R M A T I O N**

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that CHARLES EDMOND SANDERS did, in Sequoyah County, and in the State of Oklahoma, before the presentment hereof, commit the crime of

COUNT I: KNOWINGLY CONCEALING STOLEN PROPERTY-21 O.S. 1713
That on the 18th day of November, 1996, and in the County and State, aforesaid, CHARLES EDMOND SANDERS, did unlawfully, wilfully, knowingly, and feloniously conceal from Raymond Keith, certain personal property of value, to-wit: checks #2880 and #2891, that had prior thereto on the 7th day of December, 1995, been stolen from the said Raymond Keith, the said defendant knowing or reasonably should have believed that said property was stolen did then and there unlawfully conceal and withhold said property from the owner thereof, with the felonious intent to deprive said owner thereof,

COUNT II: UTTERING A FORGED INSTRUMENT-21 O.S. 1592
That on the 18th day of November, 1996, CHARLES EDMOND SANDERS unlawfully, willfully, knowingly, fraudulently and feloniously with intent to defraud, utter and publish as true to one John Speir, of Mazzio's Pizza a certain instrument, to-wit: a check, which is in words and figures as follows: Check #2880 in the amount of $25.00; that said defendant then and there knowing at the time that said written instrument was forged and counterfeited, and that the signature of Raymond Keith to said instrument was forged and counterfeited, but said defendant did then and there unlawfully, willfully, fraudulently and feloniously, utter and publish same with the felonious intent then and there on the part of said defendant to beat, cheat and defraud,

COUNT III: UTTERING A FORGED INSTRUMENT-21 O.S. 1592
That on the 19th day of November, 1996, CHARLES EDMOND SANDERS unlawfully, willfully, knowingly, fraudulently and feloniously with intent to defraud, utter and publish as true to one Oyne McGinnis, of Short Stop Foods a certain instrument, to-wit: a check, which is in words and figures as follows: Check #2891 in the amount of $27.63; that said defendant then and there knowing at the time that said written instrument was forged and counterfeited, and that the signature of Raymond Keith to said instrument was forged and counterfeited, but said defendant did then and there unlawfully, willfully, fraudulently and feloniously, utter and publish same with the felonious intent then and there on the part of said defendant to beat, cheat and defraud,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

By_____
Assistant District Attorney

STATE OF OKLAHOMA )
               ) ss.
COUNTY OF SEQUOYAH)
  Undersigned, being duly sworn, on oath state, that I have read the above
and foregoing information and know the contents thereof and that the facts
stated therein are true.

      Subscribed and sworn to before me this _28th_ day of February, 1997.

My Commission Expires:
_6/28/99_

                             NOTARY PUBLIC

WITNESSES:
Raymond Keith                    Sallisaw, OK
John Speir            .          , Sallisaw, OK
Oyne S. McGinnis                 Alma, AR
Robert Young                           Sallisaw, OK
Terry Franklin       Sallisaw Police Dept., Sallisaw, OK

**REDACTED**

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 16 1997

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

| State of Oklahoma | |
|---|---|
| | Plaintiff |
| vs. | |
| Charles E. Sanders | |
| | Defendants |

No. CF 97 9
CF 97 75
CF 97 140
CM 96 444

## ORDER FOR HEARING

### MOTION TO WITHDRAW AS ATTORNEY

having been   ( filed   served )                    in the above styled cause by the

( Court   Plantiff   Defendant ) _____

IT IS ORDERED that the same be, and is hereby, set for hearing before the undersigned,

Judge, _____ Hon. Dennis M. Sprouse _____, at 9:00 a.m.,

on the ___16th___ day of ___October___, 19__97__.

_____
Judge of the District Court

### CERTIFICATE OF SERVICE

I hereby certify that on the _____16_____ day of _Sept_____, 19_97_

I mailed a true, correct and exact copy of this Order to:

Bill Dodson
Box 682                    REDACTED
Sallisaw, OK

DA
120 E. Chickasaw
Sallisaw, OK

Charles E. Sanders
c/o Evelyn Sanders
█████████████
Sallisaw, OK

with proper postage thereon fully prepaid.

By _____
Clerk for Judge of the District Court

## IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA,           )
    Plaintiff,               )
                      )
                      )
v.                           )    CF-97-9
                      )
CHARLES EDMOND SANDERS,      )
    Defendant.               )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 1 2 1997

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW William H. Dodson Sr., attorney for Charles Edmond Sanders, and Moves the Court to enter an Order allowing counsel to withdraw from representation of the Defendant for the following reasons:

1.    Failure to pay attorney fees.

2.    Failure to maintain contact with the attorney.

3.    Failure to acknowledge advice of the attorney.

4.    Failure to abide with agreements made in this matter.

WHEREFORE, premises considered, counsel requests that the Court enter an Order allowing counsel to withdraw as attorney of record.

Respectfully submitted,

*Bill Dodson*

William H. Dodson Sr.

### CERTIFICATE OF MAILING AND DELIVERY

This is to certify that on this 12th day of September, 1997, a true and correct copy of the above and forgoing Motion to Withdraw as Attorney of Record was mailed with postage prepaid thereon to Charles Edmond Sanders, c/o Evelyn Sanders, ███████ Sallisaw, Oklahoma 74955 and that a true and correct copy of same was hand delivered to the Office of the Sequoyah County District Attorney.

**REDACTED**

*Bill Dodson*

## IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA,                )
        Plaintiff,                          )
                               )
v.                                               )    CF-97-75
                               )
CHARLES EDMOND SANDERS,           )
        Defendant.                         )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 12 1997

BERNELL EDWARD COURT CLERK
BY _____ DEPUTY

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW William H. Dodson Sr., attorney for Charles Edmond Sanders, and Moves the Court to enter an Order allowing counsel to withdraw from representation of the Defendant for the following reasons:

1.      Failure to pay attorney fees.

2.      Failure to maintain contact with the attorney.

3.      Failure to acknowledge advice of the attorney.

4.      Failure to abide with agreements made in this matter.

WHEREFORE, premises considered, counsel requests that the Court enter an Order allowing counsel to withdraw as attorney of record.

Respectfully submitted,

_William H. Dodson_

William H. Dodson Sr.

### CERTIFICATE OF MAILING AND DELIVERY
This is to certify that on this 12th day of September, 1997, a true and correct copy of the above and forgoing Motion to Withdraw as Attorney of Record was mailed with postage prepaid thereon to Charles Edmond Sanders, c/o Evelyn Sanders, ███████ Sallisaw, Oklahoma 74955 and that a true and correct copy of same was hand delivered to the Office of the Sequoyah County District Attorney.

REDACTED

_William H. Dodson_

## IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA,                  )
     Plaintiff,                         )
                                        )
v.                                  )    CF-97-140
                                        )
CHARLES EDMOND SANDERS,             )
     Defendant.                         )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 12 1997

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW William H. Dodson Sr., attorney for Charles Edmond Sanders, and Moves the Court to enter an Order allowing counsel to withdraw from representation of the Defendant for the following reasons:

1.    Failure to pay attorney fees.

2.    Failure to maintain contact with the attorney.

3.    Failure to acknowledge advice of the attorney.

4.    Failure to abide with agreements made in this matter.

WHEREFORE, premises considered, counsel requests that the Court enter an Order allowing counsel to withdraw as attorney of record.

Respectfully submitted,

_William H. Dodson Sr._

William H. Dodson Sr.

### CERTIFICATE OF MAILING AND DELIVERY

This is to certify that on this 12th day of September, 1997, a true and correct copy of the above and forgoing Motion to Withdraw as Attorney of Record was mailed with postage prepaid thereon to Charles Edmond Sanders, c/o Evelyn Sanders, ▮▮▮▮▮▮ Sallisaw, Oklahoma 74955 and that a true and correct copy of same was hand delivered to the Office of the Sequoyah County District Attorney.

REDACTED

_William H. Dodson_

## IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA,       )
    Plaintiff,       )
           )
v.       )       CM-96-444
           )
CHARLES EDMOND SANDERS,       )
    Defendant.       )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 12 1997

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW William H. Dodson Sr., attorney for Charles Edmond Sanders, and Moves the Court to enter an Order allowing counsel to withdraw from representation of the Defendant for the following reasons:

1.    Failure to pay attorney fees.

2.    Failure to maintain contact with the attorney.

3.    Failure to acknowledge advice of the attorney.

4.    Failure to abide with agreements made in this matter.

WHEREFORE, premises considered, counsel requests that the Court enter an Order allowing counsel to withdraw as attorney of record.

Respectfully submitted,

_William H. Dodson Sr._

### CERTIFICATE OF MAILING AND DELIVERY

This is to certify that on this 12th day of September, 1997, a true and correct copy of the above and forgoing Motion to Withdraw as Attorney of Record was mailed with postage prepaid thereon to Charles Edmond Sanders, c/o Evelyn Sanders, ▓▓▓▓ Sallisaw, Oklahoma 74955 and that a true and correct copy of same was hand delivered to the Office of the Sequoyah County District Attorney.

**REDACTED**

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
IN DISTRICT COURT
FILED

OCT 16 1997

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

THE STATE OF OKLAHOMA

            Plaintiff

VS.

Charles Sanders

D.O.B █████ 66
DATE 10-16-97

CASE NUMBER: CF-97-7

FAYE TEAGUE
Assistant District Attorney
NONE
Defendant's Attorney

RULE 8 HEARING
(summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES, IT IS HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

$ 75.00 ON OR BEFORE 11-7-97 BY 4:00 P.M. AND

$ 75.00 ON OR BEFORE 12-7-97 7th BY 4:00 P.M. , THEN

$ 75.00 PER MONTH ON OR BEFORE THE 7th DAY OF EACH MONTH WITH LIKE SUMS ON THE SAME DATE THEREAFTER UNTIL PAID IN FULL; OR THE BALANCE IN FULL ON OR BEFORE THE 7th DAY OF Nov 1998 BY 4 P.M. OR, Sooner if possible

IT IS FURTHER ORDERED THAT DEFENDANT MAKE ALL PAYMENTS IN PERSON AT THE OFFICE OF THE COURT CLERK.

COMMENTS:

TOTAL TO PAY $ 888.00

_____
JUDGE OF THE DISTRICT COURT

_____
DEFENDANT

REDACTED

* Defendant is further ordered to notify the Collections Adm. of any change of address, telephone, employment or income.

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
# STATE OF OKLAHOMA

Case No: _CF- 97-9_              Defendant: _Charles Edmond Sanders_

## ACCUMULATIVE COURT COST FOR SEQUOYAH COUNTY

### NON-VIOLENT COURT COST

**COURT FUND**
    Court Fees                                        $103.00
    Bail Bond Fee     $10.00 @ _____     _____
    Jury Fee          $50.00@ _____     _____
    Fines             set by court      _500.00_
Sub total Court Fund                    _603.00_

**SHERIFF FEES**
    Sheriff Fees                          $5.00
    Arrest Warrant   $20.00          _20.00_
    Bench Warrnts   $20.00@ _____   _____
    Subpoenas      $20.00@ _____   _____
Sub total Sheriff Fees                  _25.00_

LAW LIBRARY                             $3.00
CLEET & FINGERPRINTING            $7.00

VCA                 $30.00 or set by court    _250.00_
OSBI LAB          set by court            _____
D.A. DRUG FUND   set by court           _____
OIDS-(Court appt. atty. appl. fee)         ~~$20.00~~
REVOLVING FUND                     _____
IDF-ATTORNEY FEE    set by court        _____

                   SEQUOYAH COUNTY, OKLAHOMA
                         FILED
                     IN DISTRICT COURT

                     OCT 1 6 1997

TOTAL                **REDACTED**            _888.00_
                BERNELL EDWARDS, COURT CLERK
                BY _____ DEPUTY

**BENCH WARRANT--After Conviction**

| STATE OF OKLAHOMA, | ) | |
| Sequoyah County, | ) | **IN DISTRICT COURT** |

| THE STATE OF OKLAHOMA | ) | |
| VS. | ) | No.CF-97-9 |
| CHARLES E. SANDERS | ) | |
| ████████ SALLISAW OK 74955 | ) | |
| ████████ 9539 | ) | **NO BOND** |

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**CHARLES E. SANDERS** having been on the 16TH DAY OF OCTOBER, 1997, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO APPEAR AND PAY MONIES DUE THE COURT IN THE AMOUNT OF $845.00

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **CHARLES E. SANDERS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 6TH DAY OF JANUARY, 1998, By Order of the Court.

**BERNEDL EDWARDS, COURT CLERK**

BY: _____
                                    DEPUTY

## SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____, 199____, at _____ o'clock _____ M., and executed on the _____ day of _____, 199____, at _____ o'clock _____ M. by _____

_____

Dated this _____ day of _____ 199____.

_____
SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY:_____
                                    DEPUTY

**REDACTED**

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA, )
      Plaintiff )
vs. )  Case No. CF-97-00009
CHARLES EDMOND SANDERS )
■■■ )
)
SALLISAW, OK 74955 )
      Defendant )
  SS#: ■■■9539
  DOB: ■■■1966

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 3 0 1996

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

Date: 01/30/98    State's Attorney: FAYE TEAGUE
    Defendant's Attorney: NONE

RULE 8 HEARING
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

*300.00 pd on 1-30-98 to S.C.S.O.*

_____ $110.00 on or before 02/25/98 and then

_____ $110.00 per month on or before 03/25/98

then *110ᵒᵒ* per month on or before the *25th* day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before ~~02/25/98~~ _____

OR; _____

_____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: *jailtime credit of 85ᵒᵒ*

TOTAL TO PAY $ *bal 740ᵒᵒ*    **REDACTED**

_____
DENNIS M. SPROUSE
Judge of the District Court

_____
Defendant

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,          )
              Plaintiff,        )
                                )
vs.                             )          No. CF-97-9
                                )
CHARLES EDMOND SANDERS          )
              Defendant.        )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT - 2 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

### APPLICATION TO REVOKE SUSPENDED SENTENCE

COMES NOW, Dianne Barker Harrold, the duly elected, qualified, and acting District Attorney of Sequoyah County, and states to the Court that on the 16th day of October, 1997, the said Defendant entered his/her plea of guilty in the above entitled case, in the District Court of Sequoyah County, Oklahoma, to the reduced charge of: OBTAINING MERCHANDISE BY BOGUS CHECK, and the said defendant was sentenced to serve a term of One (1) year in the County Jail, which sentence the Court suspended during the good behavior of said defendant.

Thereafter, the defendant violated the rules and conditions of probation as imposed by the Court in the following manner:

by violating city, state or federal law, and being arrested on the 15th day of April, 1998, and charged with BURGLARY SECOND DEGREE and LARCENY FROM THE HOUSE as alleged in Sequoyah County Case No. CF-98-128;
by failing to pay court ordered restitution in the sum of $52.63;

WHEREFORE, applicant prays that the Court set a date for hearing this application and that the suspension clause in said Judgment and Sentence be carried out in full, according to its terms. That the Court direct the Court Clerk of Sequoyah County, Oklahoma, to issue a Bench Warrant for the arrest of said defendant.

Dated this _30th_ day of September, 1998.

DIANNE BARKER HARROLD, District Attorney

BY: _____
        Assistant District Attorney

WITNESSES:

Walter Ross, SCSO, Sallisaw, OK REDACTED
Kelly Karnes, SCSO, Sallisaw, OK
Leola Lee, P.O. Box 1602, Sallisaw, OK

### FINDING OF PROBABLE CAUSE
The Undersigned Judge of the District Court, upon the above application hereby determines there to be probable cause for the issuance of a Bench Warrant and so orders.

Dated this 30th day of September, 1998.

Bond set at $5,000

s/DENNIS M. SPROUSE
JUDGE OF THE DISTRICT COURT

*WARRANT ISSUED AND SERVED IN
OPEN COURT 9/30/98.

BENCH WARRANT ON INDICTMENT OR INFORMATION.

STATE OF OKLAHOMA,)

Sequoyah County          )

IN _DISTRICT___ COURT

THE STATE OF OKLAHOMA

vs.

Charles Edmond Sanders   DOB: ████ 66 _

████████ Sallisaw _ _ _ _ _ _ _ _ _
                        Defendant.

# ███ 9539

No. CF-97-9 _
CF-98-363

**ISSUED**
10-9-98

Bond $50,000

THE STATE OF OKLAHOMA

To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma—Greeting:

Whereas an _information_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ having been _filed_ _ _ _ _.

on the _30th_ _ _ _ day of _Sept._ _ _ _ _ _ _ _ _ _ _ A. D. 19 _98_ , in the _district_ _ Court of

Sequoyah County, State of Oklahoma, charging _Charles Edmond Sanders_ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _with the crime of _Uttering a forged instrument and failing_ _

_to appear_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

You are therefore commanded forthwith to arrest the above named _Charles Edmond Sanders_ _ _ _ _

and bring him before* _District Judge_ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ or if the said Court have adjourned for the

term that you deliver him into the custody of the Sheriff of Sequoyah County, Oklahoma.

Given under my hand with the seal of said Court affixed, this _ _ _ _ _9th_ _ _ _ _ _ _ _ _ _day of

October _ _ _ _ _ _ _A. D. 19 _98_

By order of the Court.

_Bernell Edwards_ _ _ _ _ _ _
Bernell Edwards           Court Clerk.

By _Amanda Woody_ _ _ _ _
                        Deputy.

*See Sec. 5384, Wilson's Statutes.

REDACTED

ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, first, middle, suffix(please print or type) (show alias)  ▮▮▮▮▮ 9539

Sanders        Charles                     ▮▮▮▮▮ 66

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF97-9 | Bonded | uttering forged instrument |
| CF-98-36 | per Sprouse | |
| | $25,000.00 | |
| | Hamilton/ | |
| | Morse | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 30 day of Sept _____, 19 98.

White Copy - Court
Yellow Copy - Sheriff's File

_Signature_

AUTHORIZED BY    Sprouse
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 3 0 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

**REDACTED**

# Hamilton - Morgan Bail Bonds
## Diane Hamilton
## APPEARANCE BOND

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB - 2 1999

BERNELL EDWARDS, COURT CLERK
BY _____ COUNTY, STATE OF OKLAHOMA DEPUTY

IN THE DISTRICT COURT OF ___Seq___ Plaintiff,
State of Oklahoma,                                    COUNTY, STATE OF OKLAHOMA,

vs __Charles   Sanders__, Defendant          Case No. __CF-97-9__

Know all men by these presents, that we the above named defendant, as principal, and the undersigned _Hamilton   Morgan  D.B.A_ Diane Hamilton, Professional as surety(ies) personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of __Thirty  Thousand__ Dollars ($__30,000.00__) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of __Seq__ County, State of Oklahoma, shall personally be and appear before the District Court of said county on the __18__ day of __Feb__, 19__99__, at __9__ o'clock __a.m.__, of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of __CF-97-9 — CF98-363__

and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hand and seals this __2__ day of __Feb__, 19__99__.

__Diane  Hamilton DBA__ Principal ___[REDACTED]___, OK, _____ Address
Hamilton - Morgan              Surety          113 North Oak  Sallisaw, Oklahoma 74955
Diane Hamilton
__Charles  Sanders__ Surety _____ Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this __2__ day of __Feb__, 19__99__.

_____ Court Clerk/Sheriff _____ Deputy

This undertaking approved this __2__ day of __Feb__, 19__99__.

(SEAL)                          By: __Craig  Marshall__ Deputy/Clerk

---

### AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, __Seq__ County, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of __Seq.__ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as herinafter specified under one or more of the following relevant statutory provisions, to-wit:

a) Consideration for this undertaking received or promised in the sum of $__4500.00__

b) Other security received or promised for making this undertaking, is as follows:__PN.__
__final.__

c) Such promise, security or consideration was received from:

__Charles  Sanders__  ___[REDACTED]___ Sallisaw  ok  74955
Name                          Address

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as on commits perjury.

__Diane  Hamilton__  ___[REDACTED]___ Sallisaw, OK. 74955
Affiant                        Address

Subscribed and sworn to before me this __2__ day of __Feb__, 19__99__.
(SEAL)

_____
Court Clerk - Notary Public

My Commission Expires:            _____
_____              Deputy

ORDER OF RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order:

Last name, first, middle, suffix (please print or type) (show alias)    SSN = ███████9539
DOB = ██████66

Sanders Charles Edmond

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF97-9 | Hamilton Morgan | Uttering Forged Inst. |
| CF98-363 | Hamilton Morgan | FTA |
| | Bond $30,000 | |
| | Released to | |
| | Cherokee Co | |
| | | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the _01_ day of _Feb._, 19_99_.

White Copy - Court
Yellow Copy - Sheriff's File

Signature   _Jenny Manley_

AUTHORIZED BY   _Garett_
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB - 2 1999

**REDACTED**

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY