**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 163**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

INFORMATION

=======================================================================

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
### STATE OF OKLAHOMA

STATE OF OKLAHOMA )
        **Plaintiff,** )
**vs.** )
  )
**CHARLES E. SANDERS** )
**DOB:** ███66 **SSN:** ███-9539 )
        **Defendant.** )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**MAY 3 0 2001**

No. CF-2001-314 BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

## INFORMATION

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that CHARLES E. SANDERS did, in Sequoyah County, and in the State of Oklahoma, on the 17th day of May, in the year of our Lord, Two Thousand One, and before the presentment hereof, commit the crime of

### Count I:
### LARCENY OF MERCHANDISE FROM RETAILER 21 O.S. 1731

CHARLES E. SANDERS did unlawfully, wilfully, stealthily, wrongfully take, steal and carry away certain merchandise being then and there held for sale by WAL-MART the same being a retail mercantile establishment, and the owner of said merchandise which was taken without its consent; said property being described as follows: BINOCULARS, NOKIA CELL PHONE, FLASHLIGHT, POCKET KNIFE & AA BATTERIES, and all of the total value of $116.75, with the unlawful, willful and wrongful intent then and there on the part of said defendant to deprive the owner thereof permanently and to convert the same to his own use and benefit,

### Count II:
### UNLAWFUL POSSESSION OF PARAPHERNALIA-(MISD) 63 O.S. 2-405

On the day and year in the County and State aforesaid, said CHARLES E. SANDERS did unlawfully, wilfully and wrongfully have in his possession and under his control certain paraphernalia, to-wit: ROLLING PAPERS, used to consume drugs classified as controlled dangerous substances under the Uniform Controlled Dangerous Substances Act of this State, and for the purpose and with the unlawful intent to administer such controlled dangerous substances without having any medical or other lawful need requiring possession of said paraphernalia, REDACTED

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

**DIANNE BARKER HARROLD**
**DISTRICT ATTORNEY**

By_____
**Assistant District Attorney**

STATE OF OKLAHOMA  )
                              ) ss.
COUNTY OF SEQUOYAH )

     Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

                                       **Assistant District Attorney**

     Subscribed and sworn to before me this **29** day of May, 2001.

                                  NOTARY PUBLIC

My Commission Expires:

10/4/04

WITNESSES:

**Derek Brown,** ███████████ **Sallisaw, Ok**
**Rocky Gaither,** ███████ **Sallisaw, OK**
**Dustin Walters,** ██████ **Sallisaw, OK**
**Leri Kay,** █████ **Sallisaw, Ok**
**Debbie Carter, 1101 W. Ruth, Sallisaw, OK**
**Arthur Cox, SPD**

                                       **REDACTED**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 3 0 2001

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

INFORMATION
Page 2

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA, | ) | IN THE DISTRICT COURT OF |
| Plaintiff, | ) | SEQUOYAH COUNTY, STATE |
| | ) | OF OKLAHOMA |
| vs. | ) | CASE NO. CRF-2001-314 |
| | ) | |
| CHARLES E. SANDERS, | ) | |
| Defendant. | ) | |

## FORMER CONVICTIONS

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-89-396, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UTTERING FORGED INSTRUMENT, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-92-91, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UNLAWFUL POSSESSION OF CONTROLLED DRUG, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-90-144, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of SEXUAL BATTERY, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 9th day of December, 1999, in Case No. CF-98-346, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of POSSESSION OF CONTROLLED DRUG, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 9th day of December, 1999, in Case No. CF-98-363, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UTTERING A FORGED INSTRUMENT, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 9th day of December, 1999, in Case No. CF-99-562, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of KNOWINGLY CONCEALING STOLEN PROPERTY, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

DIANNE BARKER HARROLD,
DISTRICT ATTORNEY

BY:_____
Assistant District Attorney

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

CF- 01-314

## Probable Cause Affidavit for Warrantless Arrest

Comes now the undersigned Affiant, and states upon Oath or Affirmation that the following information and facts are correct to the best of the Affiant's knowledge and belief:

Name of Person Arrested: Sanders , Charles Edmond    Social Security Number: ____9539

Date of Birth: _____ 66    Date of Arrest (Detention): 05 17 01    Time of Arrest: 19:00    P .M.

State Specific Facts for Probable Cause for the Arrest and Detention:

05-17-2001 at approx. 19:00 I was caled to Wal Mart Super Center in reference to a shoplifter being detained. Upon my arrival I met with loss prevention officer Derek Brown and he informed me that he observed a white malelater identified to him as Charles Edmond Sanders select a flashlight kin and attempt to conceal it in the back of his pants. Brown reports that Sanders then selected a pocket knife and a packet of double a batteries. Sanders went to the Garden Center where he left the building without paying for the merchandise. Brown reports that he and Rocky Gaither approached Sanders and requested that he come back into the store. ( cont.)

**[Use reverse side or attach another page if necessary]**

Anticipated Charge(s): Grand Larceny, Possession of drug para., Assault and Battery in comm. of a felony

AFCF: No /(Yes) times (1) (2) or ___3___    _____
                                            Affiant (Arresting Officer)

Subscribed and sworn to before me the undersigned, this 22 Day of May    2001

My Commission Expires: 4-16-2003    _____
                                    Notary Public / Judge / Witness

## Probable Cause Determination

I, Dennis M. Sprouse, Judge of the District Court reviewed this Probable Cause Affidavit on the 23rd day of May, 200_, at 3:33 AM/P.M

____✓____ This Affidavit contains sufficient facts showing probable cause to detain the Arrestee to await further proceedings. The Sheriff for Sequoyah or Chief of Police of the arresting agency is hereby commanded to receive him/her into their custody and detain until he/she is legally discharged.

____✓____ The Court sets [    ] an Appearance Bond in the amount of $ 50,000 .00 or
[X] as per Sequoyah County Bond Schedule.

_____ The Court denies Bond at this time.

_____ This Affidavit contains insufficient facts to show there exists probable cause to detain the Arrestee. **The Arrestee is Ordered Released From Custody Immediately.**

REDACTED

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**MAY 3 0 2001**

BERNELL EDWARDS, COURT CLERK

BY_____ DEPUTY

_____
Judge of the District Court

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

### Probable Cause Affidavit for Warrantless Arrest

Brown reports that at this time Sanders attempted to run from them. Brown and Gaither containd Sanders and took him back into the store. Upon my arrival I handcuffed Sanders and patted him down checking for weapons and contraband. Stuck down in the front of Sanders pants was a new set of binoculars. In Sanders right rear pocket was a Nokia (for display only) cell phone. While inventoring Sanders property there was a package of Zig-Zag rolling papers. There was no tobacco products found on Sanders person. Approx. value of stolen property was $116.75.

REDACTED

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 0 7 2001

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

**State of Oklahoma**
Plaintiff

vs. Sanders

CASE NO: **CP-01-314**

Defendant

APPLICATION FOR APPOINTED COUNSEL
AND
AFFIDAVIT OF FINANCIAL INABILITY TO EMPLOY COUNSEL

I swear and affirm that I am the party in the above entitled action. I want an attorney to represent me in this case. I am financially unable to obtain the services of an attorney without causing substantial hardship to myself or to my family. The following information is true and is given and intended to be relied upon by the court and other persons or agencies in determining my eligibility for legal services to be furnished to me at public expense.

PLEASE FILL IN ALL SPACES BELOW AND SIGN YOUR NAME UNDER OATH IN FRONT OF THE JUDGE, A NOTARY OR THE COURT CLERK. IF A QUESTION DOES NOT APPLY TO YOU, PLEASE WRITE IN THE BLANK "DOES NOT APPLY".

I. GENERAL INFORMATION    DATE: 5-30-01
NAME: Charles Sanders
ADDRESS: ▮▮▮▮▮▮▮    Sallisaw    OK
TELEPHONE: 918/775-    MESSAGE NUMBER: 3095
SOCIAL SECURITY NO: ▮▮▮▮ 9539    AGE: 35    DOB: ▮▮-66
SINGLE ( ✓ ) MARRIED ( ) SEPARATED ( )
SPOUSE'S NAME: _____
ADDRESS: _____
TELEPONE: _____
HOW MANY PEOPLE ARE IN YOUR HOUSEHOLD? Evelyn Sanders
NAME AND AGES: 68

ARE YOU CLAIMED AS A DEPENDENT BY A PARENT OR GUARDIAN? YES ( ) NO ( )

II FAMILY INCOME
YOUR MONTHLY TAKE HOME PAY: Ø    WEEKLY TAKE HOME PAY: Ø
YOUR EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY)

YOUR EMPLOYER'S PHONE NUMBER: Ø
SPOUSE'S SALARY: Ø
SPOUSE'S EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY

SPOUSE'S EMPLOYER'S PHONE NUMBER: Ø
IS ANY OTHER MEMBER OF YOUR HOUSEHOLD EMPLOYED? YES( ) NO(✗)
WHO?_____ N/A    **REDACTED**
WHERE?_____ N/A
SALARY?_____ N/A
DEPENDENT'S EMPLOYER:_____ N/A

OTHER SOURCE OF INCOME OR BENEFITS (INCLUDE INTEREST, DIVIDENDS, ROYALTIES, ETC.) Ø
TOTAL FAMILY INCOME FOR PRECEDING MONTH WAS $ Ø    N/A

III FAMILY ASSETS (WHAT YOU OWN LESS WHAT YOU OWE ON IT)
MONEY:
IN JAIL: _0_    AT HOME: _0_    CHECKING: _0_
SAVINGS: _0_    SAFE DEPOSIT BOX _0_    OTHER: _0_
HOME OR OTHER REAL ESTATE VALUE: _____    JEWELRY VALUE: _____
AUTOMOBILES: MAKE AND VALUE _____    FURNITURE VALUE _____
MOTORCYCLES: MAKE AND VALUE _____    TOOLS/EQUIPMENT
VALUE _____
NOTES, MORTGAGES AND TRUST DEEDS: _____    ANY DEBTS OWED TO THE DEF _____
OTHER ASSETS AND PROPERTY VALUE: _____
ARE YOU PARTY TO A SUIT (PROBATE, WORKER'S COMPENSATION, PERSONAL
INJURY) WHERE? _____    JUDGMENT MAY BE EXPECTED? YES( ) NO( )
NAME OF ATTORNEY? _____

IV EXPENSES AND DEBTS
RENT/HOUSE PAYMENT: _N/A_    CLOTHING _0_    FOOD _N/A_
DOCTOR/MEDICINE _N/A_    UTILITIES _N/A_    CAR PAYMENT _N/A_
INSURANCE: _N/A_    OTHER: _____
TOTAL MONTHLY LIVING EXPENSES: _N/A_
MORTGAGE/LANDLORD'S NAME: _N/A_
MAJOR DEBTS: (list to whom and amount owed): _N/A_
_____
_____

LIST THE PERSONS WHO ARE DEPENDENT ON YOU FOR SUPPORT. STATE YOUR
RELATIONSHIP TO EACH PERSON AND HOW MUCH YOU CONTRIBUTE MONTHLY TO THEIR
SUPPORT: _N/A_
_____
_____

V. LAST EMPLOYMENT
WHEN DID YOU LAST WORK?: _3-01_
WHO WAS YOUR EMPLOYER?: _Self Employ_
SALARY: _____    HOW LONG DID YOU WORK THERE?: _1 Lawle_
WHY DID YOU QUIT? _I Go Bad_

VI. THE FOLLOWING PEOPLE CAN VERIFY TO A LARGE EXTENT MY ABOVE MENTIONED
FINANCIAL SITUATION. GIVE NAME, ADDRESS AND PHONE NUMBER.
1. _Evlyn Sasses_
   _P.O. Bx 25 Madcom_
2. _Corles Wilson_
   _P.O. Bx 20 Lawters_
3. _Cyndi Wilson_
   _P.O. Bx 20 Larter_

VII. CHARGE AND BOND
CHARGE(S): FELONY _1_    MISDEMEANOR _1_    JUVENILE _____  REDACTED
ARRESTING AGENCY: _CPD_
CITY _X_    COUNTY _____    STATE _____
HAS BOND BEEN POSTED? YES( ) NO( X ) DID YOU USE A BONDSMAN? YES( ) NO( )
WHO PAID THE BONDSMAN? _____

AMOUNT OF BOND: _____ PREMIUM PAID TO BONDING CO: _____
IF YOU DID NOT USE A BONDSMAN, DID YOU POST A CASH _____ OR P.R. _____
LIST ANY DEFENDANTS CHARGES WITH YOU _____

VIII
1. HAVE YOU TRANSFERRED OR SOLD ANY ASSETS SINCE CHARGES WERE FILED IN THE CASE? YES ( ) NO ( ✓ ) IF SO, DESCRIBE THE BUYER AND THE AMOUNT RECEIVED.
_____
_____

2. HAVE YOU RETAINED COUNSEL IN THE CASE OR IN ANY OTHER PENDING CRIMINAL CASE? YES ( ) NO ( ✗ ) IF SO, STATE THE CASE NUMBER, COURT ATTORNEY AND AMOUNT PAID TO ATTORNEY FOR SERVICES: _N/A_
_____

3. DO YOU HAVE ANY FRIENDS OR RELATIVES WHO ARE ABLE AND WILLING TO ASSIST YOU IN HIRING COUNSEL AND PAYING FOR TRANSCRIPTS? YES ( ) NO (✗) IF SO, HAVE THOSE PERSONS BEE ASKED TO HELP? YES (✗) NO ( )

4. IF ANY FRIEND OR RELATIVE HAS GIVEN PREVIOUS FINANCIAL ASSISTANCE IN THIS CASE, BUT IS NO LONGER ABLE OR WILLING TO DO SO, AN AFFIDAVIT TO THAT EFFECT FROM THAT PERSON SHOULD BE ATTACHED. IS THAT AFFIDAVIT ATTACHED YES( ) NO( )

IX. NAMES OF THREE ATTORNEY'S YOU CONTACTED:
1. NAME: _Don Vernon  Muskogee_
   WHEN DID YOU CONTACT THIS ATTORNEY? _Last week_
   HOW DID YOU CONTACT THIS ATTORNEY? _Phone_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO (✓)
2. NAME: _Greg Thomas_
   WHEN DID YOU CONTACT THIS ATTORNEY? _Last week_
   HOW DID YOU CONTACT THIS ATTORNEY? _Phone_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO (✗)
3. NAME: _Don Baker_
   WHEN DID YOU CONTACT THIS ATTORNEY? _Last week_
   HOW DID YOU CONTACT THIS ATTORNEY? _Phone_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO (✗)

X. I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION I HAVE PROVIDED IS TRUE AND CORRECT. I UNDERSTAND THAT I MAY BE PROSECUTED FOR PROVIDING FALSE INFORMATION IN THIS APPLICATION AND AFFIDAVIT. I UNDERSTAND THAT I MUST INFORM THE OKLAHOMA INDIGENT DEFENSE SYSTEM OF ANY CHANGE IN MY FINANCIAL SITUATION THAT MAY CHANGE THE INFORMATION I HAVE PROVIDED. I FURTHER DECLARE THAT I HAVE CONTACTED THREE ATTORNEYS, LICENSED TO PRACTICE LAW IN THIS STATE, AND I AM WITHOUT FUNDS TO PAY AN ATTORNEY TO REPRESENT ME OR TO PAY FOR TRANSCRIPTS AND COST ASSOCIATED WITH THIS CASE.

DATED THIS _____ DAY OF _____ , _____

DEFENDANT _____

LEGAL GUARDIAN _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS REDACTED DAY OF _____ , _____

comm. exp. _____        _____
                                  PUBLIC NOTARY OR CLERK OR JUDGE

I FIND THAT THE DEFENDANT IS UNABLE TO PAY THE APPLICATION FEE AND I HEREBY WAIVE THE FEE.

_____
JUDGE

APPOINTMENT OF INDIGENT DEFENSE COUNSEL
APPROVED _dms_ DENIED_____

## NOTICE

A copy of this APPLICATION AND AFFIDAVIT shall be sent to the prosecuting attorney or office of attorney general, whichever is applicable, for review and, upon request, the court shall hold a hearing to determine your eligibility for legal services to be furnished to you at public expense.

## IMPORTANT NOTICE

The court shall order you to pay the costs of your legal representation in total, or in installments. The court shall set the amount and due of each installment payment. The costs shall be paid to the court clerk in your county. The costs shall be a debt against you until paid and shall subject you to debt collection procedures as provided by law. The costs shall be deducted from any state income tax refund due you until the total costs are paid.

**REDACTED**

SUBPOENA

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA,
          Plaintiff,

vs.                                          No. CF-01-314
                                                 CF-99-562

CHARLES EDMOND SANDERS
          Defendant.

TO: DEREK BROWN C/O ███████████████  SALLISAW, OK
    DUSTIN DEWAYNE ███████████████   CENTER, SALLISAW, OK
    ROCKEY GITHER C/O ██████████████ SALLISAW, OK
    LAURA KAY LERI C/O █████████████  SALLISAW, OK
    DEBBIE CARTER C/O ██████████████  SALLISAW, OK
    OFFICER ARTHUR COX SALLISAW P.D.  .
    OFFICER EMMETT DANIELS PROBATION AND PAROLE, SALLISAW, OK

          GREETINGS: You are hereby commanded to appear before the
District Court of Sequoyah County, at the Courthouse therein on the
**23ᴿᴰ  day of AUGUST, 2001, at the hour of 10:00: o'clock A. M.** to
testify as a witness in a certain action pending in said Court
wherein the State of Oklahoma is Plaintiff, and **CHARLES EDMOND
SANDERS,** is defendant; on the part of the State of Oklahoma and not
depart without leave of the Court.

          HEREOF FAIL NOT, under penalty of law.

          IN WITNESS WHEREOF, I have hereunto set my hand and affixed
the seal of the District Court of said County, this 16ᵀᴴ  day of
AUGUST, 2001.

                              BERNELL EDWARDS, COURT CLERK
                              By _____
                                        Deputy

================================================================

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS
PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN
PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE
NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR
APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU
CALL.
                              **REDACTED**

================================================================

SHERIFF'S RETURN

          Received this Writ this_____day of_____,
20____,_____o'clock_____M.,_____, 20_____, served the same by
delivering a copy thereof, with the endorsements thereon, duly
certified to the within named on the ____ day of _____,
19____,; served the same by leaving a copy thereof with the
endorsements thereon, duly certified at the usual place of
residence of the within named witness:_____
_____
_____By_____
_____20_____, I cannot
find the within named_____
_____in my county.

                              JOHNNY PHILPOT, SHERIFF

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 27 2001

# SHERIFF'S RETURN
### State of Oklahoma, County of Sequoyah

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

Case #_CF01-314_
_CF-99-562_

I certify that I received the foregoing summons on the ___16___ day of _August_, 20_01_, and that I

delivered, or attempted delivery of the said summons as shown below to each party named for service request.

| Name of person to be served | Service Address | Served? Yes or No | Date & Time of Service or Attempted Service | Comments |
|---|---|---|---|---|
| Dustin Walters | Wal-Mart | Yes | 8-22-2001 | |
| Rocky Gither | Wal-Mart | Yes | 8-22-2001 | |
| Laura Levi | Wal-Mart | Yes | 8-22-2001 | |
| Debbie Carter | Wal-Mart | Yes | 8-22-2001 | |
| Derek Brown | | No | No longer Employed | |
| Left Subpoenas with Management who in turn would Contact Employees | | | | |

I certify that on _____, I served _____ by leaving a copy of said

summons with a copy of the petition attached at_____ which is

his/her usual place of residence.

I certify that on _____, I served_____ by leaving a copy of said

summons with a copy of the petition attached at_____ with

_____, a member of his family over fifteen (15) years of age.

Dated on the __22__ day of _August_, 20_01_.

J.W. Philpot, Sheriff of Sequoyah County

REDACTED  By:_____ Deputy Sheriff

Sequoyah County, Oklahoma

*Benson*
*8-16-01*

## SUBPOENA

### IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA,
      Plaintiff,

vs.

                                No. CF-01-314
                                     CF-99-562

CHARLES EDMOND SANDERS
      Defendant.

TO: DEREK BROWN C/O ██████████████████ SALLISAW, OK
    DUSTIN DEWAYNE WALTERS C/O ████████████████, SALLISAW, OK
    ROCKEY GITHER C/O ████████████████ SALLISAW, OK
    LAURA KAY LERI C/O ████████████████, SALLISAW, OK
    DEBBIE CARTER C/O ████████████████ SALLISAW, OK
    ~~OFFICER ARTHUR COX SALLISAW P.D.~~
    ~~OFFICER EMMETT DANIELS PROBATION AND PAROLE, SALLISAW, OK~~

        GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **23ᴿᴰ day of AUGUST, 2001, at the hour of 10:00: o'clock A. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES EDMOND SANDERS,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

        HEREOF FAIL NOT, under penalty of law.

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the District Court of said County, this 16ᵀᴴ day of AUGUST, 2001.

                            BERNELL EDWARDS, COURT CLERK
                            By *Tara Allen*
                                 Deputy

============================================================

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL. **REDACTED**

============================================================

### SHERIFF'S RETURN

        Received this Writ this_____day of_____, 20____,_____ o'clock_____M.,_____, 20_____, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 19____,; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____
_____By_____
_____20_____, I cannot find the within named_____ _____in my county.

                            JOHNNY PHILPOT, SHERIFF

SUBPOENA

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA,
          Plaintiff,

vs.                                 No. CF-01-314
                                     CF-99-562

CHARLES EDMOND SANDERS
          Defendant.

TO: DEREK BROWN C/O ███████████        SALLISAW, OK
    DUSTIN DEWAYNE WALTERS C/O ███████████ SALLISAW, OK
    ROCKEY GITHER C/O ███████████ SALLISAW, OK
    LAURA KAY LERI C/O ███████████ SALLISAW, OK
    DEBBIE CARTER C/O ███████████ SALLISAW,OK
    OFFICER ARTHUR COX SALLISAW P.D.   .
    OFFICER EMMETT DANIELS PROBATION AND PAROLE, SALLISAW, OK

           GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **23RD  day of AUGUST, 2001, at the hour of 10:00: o'clock A. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES EDMOND SANDERS,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

           HEREOF FAIL NOT, under penalty of law.

           IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the District Court of said County, this 16TH  day of AUGUST, 2001.

                          BERNELL EDWARDS, COURT CLERK
                          By _____
                                  Deputy

===========================================================================

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.            **REDACTED**

===========================================================================

SHERIFF'S RETURN

          Received    this    Writ    this_____day    of_____,
20_____,_____
o'clock_____M.,_____, 20_____, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the ____ day of _____, 19____,;  served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____
_____By_____
_____20_____, I cannot find the within named_____
_____in my county.

                          JOHNNY PHILPOT, SHERIFF

BERNELL EDWARDS
SEQUOYAH COUNTY COURT CLERK
120 EAST CHICKASAW
SALLISAW, OK 74955

PH. (918)775-4411                                           (918)775-1223

M. VANN, DEPUTY                                     E. MERRILL, DEPUTY
P. LASITER, DEPUTY                                  A. ADAMS, DEPUTY
B. LOCKHART, DEPUTY                                 S. HUFF, DEPUTY
K. VICTORY, DEPUTY                                  T. ALLEN, DEPUTY

RE: CF-01-314

Dear: Charles Sanders

This court has been informed of Pharmaceutical billing submitted by the Sheriff's Department and is hereby included in the total fines and cost that has been assessed to you. Please note on your original Rule 8 the total due and add these charges $ 40.80 . This will give you the new balance. Please feel free to contact this office if you have any questions concerning this matter.

Sincerely

Amanda Adams
Amanda Adams
Collections Administrator

**REDACTED**

*01-314*

## CLIF'S PHARMACY

SALLISAW, OK 74955
(918) 776-███

Rx C 11███
**Charles E Sanders**          07/18/2001
SEQ CO JAIL
SALLISAW, OK 74955
(000) 000-0918

Dr.WELLS, JAMES DDS
SALLISAW, OK

10 Tab VICOPROFEN 7.5/200 TABLETS
NDC:00044-0723-02 KNOLL LABS

$16.70

** Thank you **

Save This Receipt
For Tax or Insurance
00000935                    00000000
Waiting _____ Not Waiting _____

## CLIF'S PHARMACY

SALLISAW, OK 74955
(918) 776-███

Rx  51███
**Charles E Sanders**          07/18/2001
SEQ CO JAIL
SALLISAW, OK 74955
(000) 000-0918

Dr.WELLS, JAMES DDS
SALLISAW, OK

28 Tab PEN V K 250 MG TABLETS
NDC:00003-0115-75 APOTHECON

$7.40

** Thank you **

Save This Receipt
For Tax or Insurance
00000083                    00000000
Waiting _____ Not Waiting _____

*Charged*

DELIVERY

*Bell 05-23-01*

## CLIF'S PHARMACY

SALLISAW, OK 74955
(918) 776-███

Rx C 11███
**Charles E Sanders**          07/09/2001
SEQ CO JAIL
SALLISAW, OK 74955
(000) 000-0918

Dr.WELLS, JAMES DDS
SALLISAW, OK

10 Tab VICOPROFEN 7.5/200 TABLETS
NDC:00044-0723-02 KNOLL LABS

$16.70

** Thank you **

Save This Receipt
For Tax or Insurance
00000935                    00000000
REDACTED
Waiting _____ Not Waiting _____

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 27 2001

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                     )
          Plaintiff                    )
vs.                                    )    Case No. CF-01-00314
CHARLES EDMOND SANDERS                 )             CF-98-00346
                                       )             CF-98-00363
                                       )             CF-99-00562
                                       )
SALLISAW, OK 74955                     )
████████Defendant                      )
    SS#: █████9539
    DOB: █████1966

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 1 4 2002

State's Attorney:
Defendant's Attorney:

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

Date: 08/14/02              RULE 8 HEARINGSTEVE BARNES
                               (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

                                              02
_____$536.80 on or before 10-30-20 and

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 10-30-20_____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $536.80

**REDACTED**

                              DENNIS M. SPROUSE
X_____  _____
          Defendant           Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

*[Stamp:]* SEQUOYAH COUNTY, OKLAHOMA
IN DISTRICT COURT FILED
AUG 1 4 2002
BERNELL EDWARDS, COURT CLERK
BY_____
DEPUTY

CHECK ONE        _____ I plan to pay before 3:30 pm today

_____ I plan to pay within 48 hours        __✓__ I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE _Charles Sanders_        DATE _8/14/02_

CASE #_____        DATE OF BIRTH ██████ 6 6

SS# ██████ 9539        FINE/COST_____

LAST NAME _Sanders_        FIRST _Charles_    MI _E_

STREET _Rt 3_        CITY _Sallisaw_        PHONE _775-_██████

EMPLOYER _____—_____        HOW LONG _____—_____        PHONE_____

EARNINGS _____—_____ per _____—_____ #hrs/wk _____ paydates _____—_____

### IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS    SINGLE_____    MARRIED_____        DIVORCED __✓__
                  SEPERATED_____    WIDOW/ER_____        COMMON LAW_____

Names and Ages of Children_____
List others living in household    NAME        RELATIONSHIP    EMPLOYER    INCOME
_____
_____
_____

AMOUNT OF CASH WITH YOU $_____ Saving/Checking Accounts $_____
Property, Investments, Assets $_____
I AM SUPPORTED BY:_____    Do you receive housing assistance_____
    Alimony/Child Support_____        Monthly Expenses:
    Social Security_____        Rent_____
    Pension/Retirement_____        Food_____
    Welfare_____        Utilities_____
    Food Stamps_____        Child Care_____
    Unemployment_____ **REDACTED**    Medical_____
    My Gross Monthly Earning_____        TOTAL$_____
    Other Income Support_____ Source_____

DRIVERS LICENSE # _Same SS #_    STATE _OK_    EXP.DATE _5-11-94_
VEHICLES YOU OWN OR USE:    YEAR    MAKE/MODLE    MONTHLY PAYMENTS
_____
_____

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
          Plaintiff                      )
                                  )
vs.                                 )    Case No. CF-01-00314
CHARLES EDMOND SANDERS              )             CF-98-00346
                                  )             CF-98-00363
                                  )             CF-99-00562
SALLISAW, OK  74955                 )
████████████Defendant              )
      SS#: ████9539
      DOB: ████.966

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
AUG 1 4 2002
BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 08/14/02                    RULE 8 HEARING STEVE BARNES
                               (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $536.80 on or before 10-30-20 **02** and

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 10-30-20 _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

_____

TOTAL TO PAY $536.80

X _____                    **REDACTED** DENNIS M. SPROUSE
     Defendant                             Judge of the District Court
Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
        Plaintiff        )
vs.
CHARLES EDMOND SANDERS

SALLISAW, OK  74955
█████████Defendant
  SS#: ████9539
  DOB: ████1966

Case No.  CF-01-00314
          CF-98-00346
          CF-98-00363
          CF-99-00562

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**OCT - 9 2002**

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 10/09/02

RULE 8 HEARING BRIAN MORTON
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____$100.00 on or before 11-09-20 02 and

then 100.00 per month on or before the 9 day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 11-09-20

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

TOTAL TO PAY $536.80

X Charles Sanders
       Defendant

REDACTED
DENNIS M. SPROUSE
Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*



IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
        Plaintiff )
         )
vs. )
CHARLES EDMOND SANDERS )
         )
         )
SALLISAW, OK  74955 )
████████████Defendant )
    SS#: ████9539 )
    DOB: ████/1966

Case No. ~~CF-01-00314~~ 4 **391.00**
       CF-98-00346  1 **75.80**
       CF-98-00363  2 **35.00**
       CF-99-00562  3 **35.00**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**OCT - 9 2002**

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

          State's Attorney:
          Defendant's Attorney:

Date: 10/09/02         RULE 8 HEARINGBRIAN MORTON
                     (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

        $100.00 on or before 11-09-20**02** and

then **100.00** per month on or before the **9** day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before ~~11-09-20~~

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

_____

TOTAL TO PAY $ **536.80**

**REDACTED**

X _Charles Sanders_
        Defendant

             DENNIS M. SPROUSE
             Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

*

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT - 9 2002

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

## APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

CHECK ONE    _____I plan to pay before 3:30 pm today

_____I plan to pay within 48 hours    ___✓___ I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court.  I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered.  I consent to an investigation into all information I provide on this application to verify its validity.  I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE _Charles Sanders_    DATE _10-9-2002_

CASE # _____    DATE OF BIRTH_ ▮▮▮ 66

SS#_ ▮▮▮ 9539    FINE/COST_____

LAST NAME_ Sanders    FIRST_ Charles    MI _E_

STREET ▮▮▮▮▮    CITY _Sallisaw_    PHONE (918) 775-▮▮▮

EMPLOYER_ Kavin    HOW LONG _Temp_    PHONE 776-▮▮▮

EARNINGS_ 24000    per _week_    #hrs/wk_____    paydates _Friday_

### IF PAYING BEFORE 3:30 PM TODAY:  STOP HERE

MARITAL STATUS    SINGLE_____  MARRIED_____    DIVORCED_____
SEPERATED_✓___  WIDOW/ER_____    COMMON LAW_____

Names and Ages of Children_ Jennifer Sanders _____
List others living in household    NAME    RELATIONSHIP    EMPLOYER    INCOME
_____
_____

AMOUNT OF CASH WITH YOU $_ 00 _____Saving/Checking Accounts $_____
Property,Investments, Assets $_____
I AM SUPPORTED BY:_____    Do you receive housing assistance_____
Alimony/Child Support_____    Monthly Expenses:
Social Security_____    Rent_____
Pension/Retirement_____    Food_____
Welfare_____    Utilities_____
Food Stamps_____    Child Care_____
Unemployment_____ **REDACTED**    Medical_____
My Gross Monthly Earning_____    TOTAL$_____
Other Income Support_____Source_____

DRIVERS LICENSE #_ 44170 ▮▮▮_STATE_ OK _EXP.DATE_ 11-8-2005
VEHICLES YOU OWN OR USE:  YEAR    MAKE/MODLE    MONTHLY PAYMENTS
_____Ø_____