**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 164**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 2 5 2003

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

INFORMATION
==================================================================

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. CF-2003- 124 |
| | ) | |
| CHARLES EDMOND SANDERS | ) | |
| DOB: ██████ 66, SS#: ██████ 9539 | ) | |
| Defendant. | ) | |

## INFORMATION

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

Now comes RICHARD GRAY, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that CHARLES EDMOND SANDERS did, in Sequoyah County, and in the State of Oklahoma, on the 13th day of March, 2003, in the year of our Lord, Two Thousand Three, and before the presentment hereof, commit the crime of

### COUNT I:
### FELONIOUSLY POINTING WEAPON
### 21 O.S. 1289.16

That on the day and year, and in the County and State, aforesaid, CHARLES EDMOND SANDERS, did wilfully, and feloniously without lawful cause point a .22 Revolver, at one Sharla Bonner, for the purpose of threatening and intimidating Sharla Bonner, and with the unlawful, malicious and felonious intent then and there on the part of said defendant to injure the said Sharla Bonner, physically or by mental or emotional intimidation,

### COUNT II:
### FELON IN POSSESSION OF FIREARM
### 21 O.S. 1283

That on the day and year, and in the County and State aforesaid, CHARLES EDMOND SANDERS, did wilfully and feloniously have in his possession a .22 caliber revolver after he had been convicted of KNOWINGLY CONCEALING STOLEN PROPERTY in CF-99-562 in Sequoyah County, State of Oklahoma, on 9th day of December, 1999,

### COUNT III:
### FELONY RUNNING ROADBLOCK
### 21 O.S. 540 B

That on the day and year, and in the County and State, aforesaid, CHARLES EDMOND SANDERS, did unlawfully, knowingly, wilfully and feloniously after having received a visual and audible signal, to-wit: a red light and siren, failed to stop vehicle; and did unlawfully and wilfully thereafter fail to stop at a roadblock set up and attended by Roger Fuller, at or near a point located Art Gallery Road, in Sequoyah County, Oklahoma and wilfully passed through said roadblock without the permission of the police officer in attendance of said roadblock,

### COUNT IV:
### FELONY RUNNING ROADBLOCK
### 21 O.S. 540 B

That on the day and year, and in the County and State, aforesaid, CHARLES EDMOND SANDERS, did unlawfully, knowingly, wilfully and feloniously after having received a visual and audible signal, to-wit: a red light and siren, failed to stop vehicle; and did unlawfully and wilfully thereafter fail to stop at a roadblock set up and attended by Trooper Rodney Copeland, at or near a point located Art Gallery Road, in Sequoyah County, Oklahoma and wilfully passed through said roadblock without the permission of the police officer in attendance of said roadblock,

## COUNT V:
## ATTEMPTING TO ELUDE AN OFFICER
### 21 O.S. 540 A

That on the day and year, and in the County and State, aforesaid, CHARLES EDMOND SANDERS, did wilfully and wrongfully attempt to elude Jeremy Weedon of Sequoyah County, while in the performance of his duty, in the following manner, to-wit: that the said defendant was then and there operating a motor vehicle on the public streets and roads of Sequoyah County, and had received a visual and audible signal by means of a red light and a siren from the said Jeremy Weedon, who was then and there driving a motor vehicle showing the same to be an official Oklahoma Highway Patrol Unit, directing the said defendant to bring his vehicle to a stop, but that said defendant did then and there wilfully and wrongfully increase his speed in an attempt to elude said Jeremy Weedon,

## COUNT VI:
### RECKLESS DRIVING-47 O.S. 11-901

CHARLES EDMOND SANDERS did willfully and wrongfully drive and operate an automobile vehicle in a careless and reckless manner upon a public highway, without due care for the safety of the people or their property and in such manner as to endanger the life and limbs and property of other persons and the safety of their property and did drive an automobile, to-wit: a 1987 Ford pickup, bearing no license number , upon Art Gallery Road, Sequoyah County, at a speed that was neither careful nor prudent and that was greater than was reasonable and proper, having due regard to the traffic, surface and width of the highway and of any other conditions then existing, and at a speed greater than would permit him to bring said automobile to a stop within the assured clear distance ahead,

## COUNT VII:
## RESISTING AN OFFICER
### 21 O.S. 268

That on the day and year, and in the County and State, aforesaid, CHARLES EDMOND SANDERS, did wilfully, knowingly and wrongfully resist by the use of force and violence one Trooper Jeremy Weedon, an Oklahoma Highway Patrolman, in the performance of his legal duty, to-wit: by running from Trooper Weedon, that the said defendant well knowing that the said Jeremy Weedon, was an executive officer then and there performing his duty,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

RICHARD GRAY
DISTRICT ATTORNEY

By _____
Assistant District Attorney

STATE OF OKLAHOMA )
                   ) ss.
COUNTY OF SEQUOYAH )

Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____
Affiant

Subscribed and sworn to before me this 25th day of March, 2003.

_____
NOTARY PUBLIC

My Commission Expires:

_5-14-2005_

*# 01006202*

WITNESSES:

**Deputy Richard Crutchfield, SCSO**
**Deputy Kelly Karnes, SCSO**
**Deputy Roger Fuller, SCSO**
**Trooper Jeremy Weedon, OHP**
**Trooper Rd Copeland, OHP**
**Sharla Bonner,** ███████████ **Grand Lake, OK**

SEQUOYAH COUNTY OKLAHOMA
FILED
IN DISTRICT COURT

MAR 2 5 2003

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

INFORMATION
Page 2

THE STATE OF OKLAHOMA,                )    IN THE DISTRICT COURT OF
                    Plaintiff,        )    SEQUOYAH COUNTY, STATE
                                      )    OF OKLAHOMA
vs.                                   )    CASE NO. CRF-2003-124
                                      )
CHARLES E. SANDERS,                   )
                    Defendant.        )

## FORMER CONVICTIONS

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-89-396, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UTTERING FORGED INSTRUMENT, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-92-91, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UNLAWFUL POSSESSION OF CONTROLLED DRUG, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-90-144, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of SEXUAL BATTERY, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 9th day of December, 1999, in Case No. CF-98-346, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of POSSESSION OF CONTROLLED DRUG, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 9th day of December, 1999, in Case No. CF-98-363, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UTTERING A FORGED INSTRUMENT, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 9th day of December, 1999, in Case No. CF-99-562, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of KNOWINGLY CONCEALING STOLEN PROPERTY, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

RICHARD L. GRAY,
DISTRICT ATTORNEY

BY:_____
        Assistant District Attorney

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

CF-03-124

### Probable Cause Affidavit for Warrantless Arrest

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 2 5 2003

BERNELL EDWARDS COURT CLERK
BY _____
_____ DEPUTY

Comes now the undersigned Affiant, and states upon Oath or Affirmation that the following information and facts are correct to the best of the Affiant's knowledge and belief:

Name of Person Arrested: CHARLES EDMOND SANDERS     Social Security Number: 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

Date of Birth: ▓▓▓▓ 66   Date of Arrest (Detention): 03 / 13 / 03   Time of Arrest: _____ .M.

State Specific Facts for Probable Cause for the Arrest and Detention:

OIN 03-13-03 DEPUTY REICHARD CRUTHFIELD WAS DISPATCHED TO THE RESIDENCE OF EVELYN SANDERS ON A

COMPLAINT ON CHARLES SANDERS POINTING A FIREARM AT HER. ACCORDING TO THE VICTIM SHARLA

BONNER) SHE WAS AT HER MOTHERS RESIDENCE WHICH HER MOTHER GAVE HER PERMISSION TO BE THERE TO

GET SOME SLEEP BECAUSE SHE HAD BEE UP ALNIGHT AT THE HOSPITAL WITH HER MOTHER. AT

APPROXIMATELY 9 AM THE ABOVE SUBJECT CAME DOWN THE ROAD AND STOPPED AND PULLED A GUN AND

[Use reverse side or attach another page if necessary]

Anticipated Charge(s): SEE ATTACHED PAGE

AFCF: No / Yes times (1) (2) or _____

_____
Affiant (Arresting Officer)

Subscribed and sworn to before me the undersigned, this 17th Day of March 2003

My Commission Expires: 5-11-2005
# 01006902

_____
Notary Public / Judge / Witness

## Probable Cause Determination

I, A. J. HENSHAW Jr, Judge of the District Court reviewed this Probable Cause Affidavit on the 17th day of MARCH, 2003, at 11:00 (A.M.)/P.M.

✓ This Affidavit contains sufficient facts showing probable cause to detain the Arrestee to await further proceedings. The Sheriff for Sequoyah or Chief of Police of the arresting agency is hereby commanded to receive him/her into their custody and detain until he/she is legally discharged.

✓ The Court sets [ ]an Appearance Bond in the amount of $ 100,000.00 or [___] as per Sequoyah County Bond Schedule.

_____ The Court denies Bond at this time.

_____ This Affidavit contains insufficient facts to show there exists probable cause to detain the Arrestee. **The Arrestee is Ordered Released From Custody Immediately.**

_____
Judge of the District Court

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY STATE OF OKLAHOMA

## Probable Cause Affidavit for Warrantless Arrest

WAIVING IT AROUND AND STARTED THREATNING TO SHOOT THE VICTIM.. AT APPROXIMATELY 09:38 AM I (DEPUTY KELLY KARNES) WAS DISPATCHED TO THE RESIDENCE OF BRAD DAVIS WHERE SHOTS HAD BEEN FIRED UPON ARRIVING I WAS ADVISED BY BRAD DAVIS THAT CHARLES SANDERS HAD COME TO HIS RESIDENCE AND PULLED A GUN A STARTED THREATNING MR DAVIS THEN TOOK OFF DRIVING THROUGH THE WOODS TO THE WEST OF THE RESIDENCE. THEN TROOPER WEEDEN ADVISED THAT THE VEHICLE THE SUSPECT IS DRIVING IS HEADED BACK UP TOWARDS THE DIRECTION OF US. THEN DEPUTY ROGER FULLER TURNED HIS EMERGANCY EQUIPMENT ON AND MR SANDERS REFUSED TO STOP THE TROOPER ROD COPELAND WAS PARKED BESIDE THE ROAD WITH HIS EMERGANCY EQUIPMENT ON AND MR SANDERS FORCED TROOPER COPELAND OFF IN THE DITCH SO MR SANDERS WOULD NOT HIT HIM HEAD ON. THEN TROOPER WEEDEN WAS BEHIND MR SANDERS WITH EMERGANCY EQUIPMENT ON. MR SANDER CONTIUED SOUTH AROUND THE RESIDENCE AND JUMPED OUT OF THE VEHICLE JUST BEFORE IT HIT BEFORE IT HIT A TREE THEN TOOK OFF RUNNIG THROUGH THE WOODS WHERE TROOPER WEEDEN AND TROOPER COPELAND CAUGHT MR SANSERSWHILE LOOKING IN THE VEHICLE I FOUND A 22 REVOLVER WITH FIVE LIVE ROUNDS AND TWO SPENT ROUNDS AND ONE EMPTY HOLE. LAYING IN THE FLOOR BOARD OF THE VEHICLE. WHILE SECURING THE WEAPON IN THE VEHICLE I SMELL A STRONG ORDOR OF INTOXICATING BEVERAGE IN SIDE OF THE VEHICLE. WHEN MR SANDERS WAS BROUGHT BACK TO THE VEHICLE I COULD SMELL A STRONG ODOR OF INTOXICATING BEVERAGE ABOUT HIS BREATH AND PERSON. MR SANDERS WAS BOOKED INTO THE SEQUOYAH COUNTY JAIL FOR FELONOUSLY POINTING FIREARM, FELON IN POSSESSION OF FIREARM, FELONOUSLY RUNNING ROAD BLOCK X2, RESISTING ARREST, RECKLESS DRIVING,

**OKLAHOMA HIGHWAY PATROL**
**OKLAHOMA UNIFORM VIOLATIONS COMPLAINT**

Case No. _____ Docket No. _____ Page No. _____

State of Oklahoma
County of __SEQUOYAH__ } ss  In The District Court

**COMPLAINT-INFORMATION** DPS **D666695**

The undersigned, being duly sworn, upon his oath deposes and says that:

| on or about (date) | at (24 hour time) | at or near (location) |
|---|---|---|
| 03-13-03 | 1330 | 405 GAUMEY RD ½ W OLD 17 |

| County Number | 6 8 | East Control-Int. | 0 3 5-0 | North Location | 0 4 2-2 |
|---|---|---|---|---|---|

within the city, county and state aforesaid:

Name (last, first, middle) __SANDERS CHARLES EDMOND__ Phone Number __918·775·3093__

Address _____

City __SALLISAW__ State __OK__ Zip Code __74955__

| Birthdate (mo., day, yr.) | Height 5·10 | Weight 170 | Race W | Sex M | Class D | Endorsements -- |
|---|---|---|---|---|---|---|

Driver License Number __441 709 539__ Month/Year __04__ State __OK__

Employer __NONE__ ⬤ **Did Unlawfully** ☐ Operate ☐ Park

| Vehicle-Make FORD | Year 87 | Body Style-Color PU · WHT/RED | Tag Number NONE | Year -- | State -- |
|---|---|---|---|---|---|

Commercial Motor Vehicle Y / N ☒ ☐ Haz. Mat. Placard **ACCIDENT:** ☐ PD ☐ PI ☐ FATALITY

and did then and there commit the following offense:

|  | Pace | Radar | Plane | Other |
|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ |

SPEEDING _____ MPH in _____ MPH Zone

Other Violation: __ATTEMPING TO ELUDE A PEACE OFFICER__

Contrary to Title __21__ Section __540 AA__ **Oklahoma Statutes**

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

_Signature_ __03-13-03__ Badge No. __272__ Troop __C__
Signature of Officer    Date

Sworn to and subscribed before me this _____ day of _____, 20 ____

_____ My Commission
Name and Title    Expires _____

Court Appearance: _____ day of _____, 20___, at ___ M

Address of Court _____

**(DPS USE)** ESd

**NOTICE:** Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.

**WITHOUT ADMITTING GUILT,** I promise to appear in said court at said time and place.

X Signature _X_____ __JAILED__
(CHECK ONLY ONE BOX)

| Signed Personal Recognizance ☐ | Bond Attached ☐ | ☐ Magistrate | ☒ Jail | ☐ Other |
|---|---|---|---|---|

☐ Share the RD    Name of Parent or Guardian _____
☐ Juvenile    Address _____

Officer's Remarks: __FOOT PURSUIT__ /

**AREA:** ☐ business ☐ industrial ☐ school ☐ residential ☒ rural

**HIGHWAY TYPE:** ☐ 1 lane ☒ 2 lane ☐ 3 lane ☐ 4 or more undivided ☐ 4 or more divided ☐ on/off ramp

NAME: Last First Middle

DPS: D666695

# Hamilton - Morgan Bail Bonds
### Diane Hamilton
## APPEARANCE BOND

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 0 3 2003

BERNELL EDWARDS, COURT CLERK

BY _____ DEPUTY

IN THE DISTRICT COURT OF _____ _Seq_ _____ COUNTY, STATE OF OKLAHOMA
State of Oklahoma, _____ / Plaintiff,

vs. _Charles E. Sanders_ _____, Defendant        Case No. ___CF-0312 4

Know all men by these presents, that we the above named defendant, as principal, and the undersigned _Diane Pratt_ Diane Hamilton, Professional as surety(ies) personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of _Thirty Thousand_ _____ Dollars ($_30,000_ ⁰⁰ ) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of_ _Seq_ _____ County, State of Oklahoma, shall personally be and appear before the District Court of said county on the _9_ day of_ _April_ _____, 20_03_, at _10_ o'clock_A.M._, of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of _Running Roadblock x2 - Feloniously Pointing FA x2 - Felon in poss. of FA. Eluding Police Officer - AFCF x2 or more-Wreckless Driving - Resisting Arrest._ and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hand and seals this _2_ day of _April_ _____, 20 _03_.

_Charles Sanders_ Principal ███████████████ _Salisaw_ _____ Address

Hamilton - Morgan         Surety
Diane Hamilton
_Diane Pratt_ _____ Surety ███████████ _Sallisaw, OK_ _____ Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this _____ day of _____, 20 _____.

_____ Court Clerk/Sheriff _____ Deputy

This undertaking approved this _____ day of _____, 20 _____.

(SEAL)                    By: _____ Deputy/Clerk

## AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, _Seq_ _____ County, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of _Seq._ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as herinafter specified under one or more of the following relevant statutory provisions, to-wit:
    a) Consideration for this undertaking received or promised in the sum of $_3000_ ⁰⁰

    b) Other security received or promised for making this undertaking, is as follows:_P N_ _____

    c) Such promise, security or consideration was received from:
_Charles Sanders_ _____ _Same as Above_
Name                         Address

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as on commits perjury.
_Diane Pratt_ ███████ _Sallisaw, OK_ _____
Affiant                      Address

Subscribed and sworn to before me this _____ day of _____, 20 _____.
(SEAL)

_____
Court Clerk - Notary Public

My Commission Expires: _____
_____
Deputy

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 03 2003

BERNELL EDWARDS, COURT CLERK

BY_____ DEPUTY

## ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, First, Middle, suffix (please print or type)(show alias)

Sanders  Charles Edmond  ▓▓▓ 66 ▓▓▓ 9539

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-03-124 | Bonded by Hamilton Morgan | Running Roadblock x 2, Feloniously pointing firearm, Felon in possession of a firearm, Eluding police officer, AFCF x 2 or more |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 2nd day of April_____, 20 03 .

Sarah Durrett
Signature

AUTHORIZED BY

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

_____
JUDGE OF THE DISTRICT COURT

HAMILTON MORGAN BAIL BONDS
P.O. BOX 189
SALLISAW, OK. 74955
918-775-7887

CERTIFICATE OF SURRENDER

CASE NO(S):  *CF-03-124*          BOND AMOUNT(S): *30,000.00*

I, *Sondra K. Davis*, JAILER OF SEQUOYAH COUNTY
SHERIFF'S OFFICE, STATE OF OKLAHOMA, HEREBY
ACKNOWLEDGE THAT I RECEIVED FROM DIANE HAMILTON, A
LICENSED BAIL BONDSMAN IN THE STATE OF OKLAHOMA,
*Charles Sanders*, DEFENDANT, IN A CERTAIN CASE PENDING
IN DISTRICT COURT, IN SEQUOYAH COUNTY, STATE OF
OKLAHOMA, AND THAT I HAVE RETAINED IN MY CUSTODY SAID
DEFENDANT, THIS *31* DAY OF *March*, 20*04*, AT
_____ O'CLOCK ___M.

JAILER _____
SEQUOYAH COUNTY JAIL

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 0 1 2004

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

# In The District Court In And For Sequoyah County, State of Oklahoma

THE STATE OF OKLAHOMA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　PLAINTIFF　　　　　)　　　CASE NO: CF-2003-124
VS.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
CHARLES EDMOND "MONK" SANDERS)
DOB: ▮▮▮66　　　　　　　　　　　　)
SS# ▮▮▮▮▮▮9539　　　　　　　　　　)
　　　　　　　　DEFENDANT.　　　　)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 1 7 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

## JUDGMENT AND SENTENCE

Now, on this 18th day of November, 2004 this matter comes on before the undersigned Judge, for sentencing and the Defendant, __CHARLES EDMOND "MONK" SANDERS__, appears personally and by his attorney of record, __JOHN SAWNEY__, the State of Oklahoma represented by Assistant District Attorney, __JEFF SHERIDAN__, and the Defendant, having previously:

(X) Entered a plea of guilty
( ) Entered a plea of Nolo Contendere
( ) Found guilty by jury
( ) Found guilty by Judge after waiver of jury trial
　　to/of the crime(s) of:

CT. I: DISMISSED
CT. II: DISMISSED
CT. III: FELONY RUNNING ROADBLOCK 21 O.S. 540 B
CT. IV: FELONY RUNNING ROADBLOCK 21 O.S. 540 B

( X ) The Defendant has previously been convicted of __SIX (6)__ felony crimes and the sentence has been enhanced in accordance with the provisions set forth in Title 21 O.S. § 51 and 51A.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by the Court that the Defendant, CHARLES EDMOND "MONK" SANDERS____, is guilty of the above-described offense(s) and is sentenced as follows:

### TERM OF IMPRISONMENT
COUNT _____: Sentenced to a term of _____ imprisonment;

all under the custody and control of the Oklahoma Department of Corrections.
These terms to be served ( ) concurrently, or ( ) consecutively;

### TERM OF IMPRISONMENT - (PART SUSPENDED)
COUNT __III__: Sentenced to a term of __TWENTY-FIVE (25) YEARS__ imprisonment;
COUNT __IV__: Sentenced to a term of TWENTY-FIVE (25) YEARS imprisonment;
with all except the first _FIVE (5) YEARS_ suspended under the custody and control of the Oklahoma Department of Correction pursuant to the rules and conditions of probation entered by the Court. ALL TIME TO BE SUSPENDED UPON COMPLETION OF KEY TO LIFE OR SIMILAR PROGRAM.
These terms to be served (X) concurrently, or ( ) consecutively; with CF-04-19; CF-99-562; CF-98-363 AND CF-98-346

### TERM OF IMPRISONMENT - (ALL SUSPENDED)
COUNT _____: Sentenced to a term of _____ imprisonment;

under the custody and control of the Oklahoma Department of Corrections all of said term(s) of imprisonment suspended pursuant to the rules and conditions of probation entered by the Court.
These terms to be served ( ) concurrently, or ( ) consecutively;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT** that in addition to the preceding term(s), the Defendant is also sentenced to:

### FINE

( ) The defendant shall pay a fine of $_____ ( ) immediately or ( ) on or before _____, 20___, at the rate of $_____ per month, or within _____ days of release from the Department of Corrections.

( ) The payment of a fine of $_____ is suspended.

( ) The defendant shall report to the District Court of Sequoyah County within _____ days of release for a hearing on the defendant's ability to pay fines and costs pursuant to Section VIII of the rules of the Court of Criminal Appeals, 22 O.S. Chapter 18, App.

### COSTS, VCA, RESTITUTION

( ) The defendant shall pay costs, fees, and restitution in accordance with the schedule attached as Exhibit _____. (SEE RULES & CONDITIONS)

### RULES AND CONDITIONS OF PROBATION

( ) The rules and conditions as ordered by the court and signed and acknowledged by the defendant are attached as hereto.

### ATTORNEY FEES

( ) The defendant shall pay court-appointed attorney fee amount of $_____ on or before _____, 20___, to _____.

It is further ordered that judgment is hereby entered against the Defendant as to the fines, court costs and assessments set forth above.

The Court further advised the Defendant of his rights to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State without cost to him.

In the event the above sentence is for incarceration in the Department of Corrections, the sheriff of Sequoyah County, Oklahoma, is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to as warrant and authority of the imprisonment of the Defendant as provided herein. A second copy of this Judgment and Sentence to warrant and authority of the sheriff for the transportation and imprisonment of the Defendant as herein before provided. The sheriff to make due return to the clerk of this Court, with his proceedings endorsed thereon.

_____
JUDGE OF THE DISTRICT COURT

(SEAL)
ATTEST:
BERNELL EDWARDS, COURT CLERK

_____, DEPUTY CLERK

Sequoyah County Form CF-1                                    Uniform Plea of Guilty--Summary of Facts

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## THE STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

STATE OF OKLAHOMA,                )
                                  )
                    Plaintiff     )                    NOV 17 2004
                                  )
VS.                               )          BERNELL EDWARDS, COURT CLERK
                                  )          BY_____DEPUTY
CHARLES EDMOND SANDERS            )
                    Defendant     )          Case No. CF-2003-124
                                  )
DOB _____/ 20 1966            )
SS# _____              )

## SUMMARY OF FACTS FOR THE PLEA OF GUILTY

Part A: FINDING OF FACT, ACCEPTANCE OF PLEA                              Circle

1.    Is the name just read to you your true name?                       (YES)  NO
      If no, then what is your correct name?_____
      I have also been known by the name(s)  MONK
      _____

2.    (A) Do you wish to have a record of these proceedings made by a Court Reporter?    YES  (NO)
      (B) Do you wish to waive your right to have a record of these proceedings made?    (YES)  NO

3.    What is your age? 38  What grade level in school have you completed?  GED

4.    Can you read and understand this form? [If no, Addendum A must be completed and attached]   (YES)  NO

5.    Are you currently taking any medications or substances which affect your ability to understand    YES  (NO)
      these proceedings?

6.    Have you been prescribed any medication which you are not taking?                  YES  (NO)
      If yes, what medication are you not taking? _____
      What is the purpose of the medication? _____
      Why are you not taking the medication?_____

7.    Have you ever been treated by a doctor or health professional for mental illness or confined in    YES  (NO)
      a hospital for mental illness?
      If yes, list doctor or health professional, place, and when treatment occurred:
      _____

8.    Do you understand the purpose, the nature and the consequences of this proceeding?    (YES)  NO

9.    Have you received a copy of the State's Information and read its allegations?    (YES)  NO

10.    A. Do you understand you are charged with:
           Crime                                      Statutory Reference

[1] _FELONIOUSLY POINT. FIREARM_____  _21_ O.S _1289.16_    YES  NO

[2] _FELON IN POSSESSION OF FIREARM_ _21_ O.S _1283_    YES  NO

[3] _FELONY RUNNING ROADBLOCK_____  _21_ O.S _540B_    YES  NO

[4] _FELONY RUNNING ROADBLOCK_____  _21_ O.S _540B_    YES  NO

[5] _Dismssed [6] Dismised [7] Dismssed_  ____ O.S ____    YES  NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

B. Are you charged after former conviction of a felony (AFCF) ? _____   YES  NO
If yes, list the felony(ies) charged: _see attached list_____

11.    Do you understand the range of punishment for the crime(s) is/are?
       (List in the same order as in Number 10)

[1] Minimum of __3 yrs__ to a maximum of _LIFE_ and/or a fine of $ _1000.00_    YES  NO

[2] Minimum of __3 yrs__ to a maximum of _LIFE_ and/or a fine of $ _1000.00_    YES  NO

[3] Minimum of __3 yrs__ to a maximum of _LIFE_ and/or a fine of $ _1000.00_    YES  NO

[4] Minimum of __3 yrs__ to a maximum of _LIFE_ and/or a fine of $ _1000.00_    YES  NO

[5] Minimum of _____ to a maximum of _____ and/or a fine of $_____    YES  NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

12.    Read the following statements: You have the right to a speedy trial before a jury of your peers
to determine whether you are guilty or not guilty and if you request, to determine the sentence.
If pleading to a capital murder, advise of the procedure in 21 O.S. 701.10 (B)
At the trial:
[1] You have the right to have an attorney represent you, either one you hire or if you are indigent
a court appointed attorney.
[2] You are presumed to be innocent of the charges.
[3] You may remain silent or, if you choose, you may testify on your own behalf.
[4] You have the right to see and hear all witnesses called to testify against you and the right to
have those witnesses cross-examined.
[5] You may have your witnesses ordered to appear in court to testify and present evidence of
any defense you have to these charges.
[6] The State is required to prove your guilt beyond a reasonable doubt.
[7] The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can
waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would
decide if you were guilty or not guilty and if determined to be guilty, the appropriate punishment.

Do you understand each of these rights?    YES  NO

13.    Do you understand by entering a plea of guilty you give up these rights?    YES  NO

14.    Do you understand that a conviction on a plea of guilty could increase punishment in any future
case committed after this plea?    YES  NO

15.    Is _John W Sams_____ your attorney?    YES  NO

16.    Have you talked with your attorney about the charges, advised him/her regarding any defense
you may have to the charges and received his/her advice?    YES  NO

17. Do you believe your attorney has effectively assisted you in this case and are you satisfied with his/her representation?  **YES**  NO

18. Do you wish to change your plea of not guilty to a plea of guilty and give up your right to a jury trial and all previously explained constitutional rights?  **YES**  NO

19. Is there a plea agreement?  *Restitution in amount of $10,500.00*  **YES**  NO
What is your understanding of the plea agreement?  *Cts 1-2, 5,6,7 Dismissed*
*Cts 3 & 4  25 years with all but first 5 yrs suspended*
*5 years to be suspended upon completion of KEY TO LIFE*
*or similar program, concurrent with CF-09-19 and all revocation cases.*

20. Do you understand the Court is not bound by any agreement or recommendation and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty?  **YES**  NO

21. Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated under question 11?  **YES**  NO

22. Do you understand your plea of guilty to the charge(s) is subject to: (check one)
[  ] no prior felony conviction
[  ] one (1) prior felony conviction
[✓] two (2) or more felony convictions:  List prior felony convictions to which you are pleading:
*See attached list*  **YES**  NO

23. What is/are your plea(s) to each charge(s)?
[1] *Dismiss* [2] *Dismiss* [3] *Guilty* [4] *Guilty* [5] *Dismiss 5,6,7.*

24. Did you commit the acts as charged in the information?  **YES**  NO
State a factual basis for your plea(s) (attach additional pages as needed, labeled as ADDENDUM C):
*The facts alleged are true and correct as to remaining counts and would likely result in a guilty verdict.*

25. Have you been forced, abused, mistreated or promised anything by anyone to have you enter your plea(s) ?  YES  **NO**

26. Do you plead guilty of your own free will and without any coercion or compulsion of any kind?  **YES**  NO

27. If you are entering a plea to a felony offense, you have a right to a Pre-sentencing investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you.  Do you request a Pre-sentence report?  YES  **NO**

28. (A)  Do you have any additional statements to make to the Court?  YES  **NO**

(B)  Is there any legal reason as to why you should not sentence now?  YES  **NO**

## HAVING BEEN SWORN, I, the Defendant whose signature appears below, make the Following statements under oath:

(1)  CHECK ONE:

_____ (A)  I have read, understood and completed this form.

___✓___ (B)  My attorney completed this form and we (the attorney and I) have gone over the form and I understand its contents and agree with the answers.  Complete Addendum A and attach to this form.

_____ (C) The Court completed this form for me and inserted my answers to the questions in open court.

(2) All Answers are true and correct.

(3) I understand that I may be prosecuted for perjury if I have made false statements to this Court.

Acknowledged this ___18th___ day of ___November___, 2004.

_____
DEFENDANT

I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose, and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she had been informed of all legal and constitutional rights.

_____
ATTORNEY FOR DEFENDANT

The sentence recommendation in question 19 is correctly stated. I believe the recommendation is fair to the State of Oklahoma. Offer of Proof (nolo contendere plea): _____
_____
_____
_____

_____
ASSISTANT DISTRICT ATTORNEY

## THE COURT FINDS AS FOLLOWS:

A. The Defendant was sworn and responded to questions under oath.
B. The Defendant understands the purpose, nature and consequences of this proceeding.
C. The Defendant's plea(s) of _Guilty_ is/are knowingly and voluntarily entered and accepted by the COURT REPORTER PRESENT Court.
D. The Defendant is competent for the purpose of this hearing.
E. A factual basis exists for the plea(s) (and former conviction(s), if applicable).
F. The Defendant is guilty as charged: (check as appropriate)
   [ ] after no prior felony conviction.
   [ ] after one (1) prior felony conviction.
   [✓] after two (2) or more prior felony convictions

G. Sentencing or order deferring sentence shall be: [✓] imposed instanter or [ ] continued until the ____ day of _____ at ____ : ____ , _____ .M. If the Pre-sentence investigation and Report is requested, it shall be provided to the Court by the _____ day of _____ , _____ .

DONE IN OPEN COURT this ___18th___ day of ___Nov.___ , 2004 .

_____
JUDGE OF THE DISTRICT COURT

_____John C Garrett_____
NAME OF JUDGE TYPED OR PRINTED

_____
Court Reporter Present

_____
Deputy Court Clerk Present

## "NOTICE OF RIGHT TO APPEAL"

Sentence to Incarceration, Suspended or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the Sequoyah County District Court Clerk's Office a written Application to Withdraw Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the trial court denies your application, you have a right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days of the date of denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation or record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2 (D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

Do you understand each of these rights to appeal?                                  YES    NO

Do you want to remain in the county jail ten (10) days before being taken to place of confinement?                                                                          YES    NO

Have you fully understood the questions that have been asked?                       YES    NO

Have your answers been freely and voluntarily given?                               YES    NO

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED.

_____
Defendant

I, the undersigned attorney, have advised the Defendant of his appellate rights.

_____
Attorney for the Defendant

DONE IN OPEN COURT, this _18TH_ day of _Nov._ , _2004_ .

_____
Judge of the District Court

_____
Court Reporter Present

_____
Deputy Court Clerk Present

## ADDENDUM "A"
### CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the defendant, _Charles Edmard Sanders_ , I certify that:

1. The Defendant has stated to me that he/she is [✓] able [ ] unable to read and understand the attached form, and I have [✓] determined the Defendant is able to understand the English language or [ ] determined the Defendant is unable to understand the English language and obtained _____ to interpret to the Defendant in the _____ language.

2. I have read and fully explained to the Defendant the allegations contained in the information in this case.

3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts and the answers to the questions set out in the Summary of Facts are the Defendant's answers.

4. To the best of my knowledge and belief the statement and declarations made by the Defendant are accurate and true and have been freely and voluntarily made.
Dated this _18th_ day of _November_ , _2004_ .

_____
Attorney for the Defendant

Sequoyah County Form CF-1-b

Uniform Plea of Guilty -- Sentence on Plea

Case Number CF- _03 - 124_    State v. _Charles Sanders_    Date: _11 - 18 - 04_

**Part B:** Sentence on Plea    [NOTE ON USE: Part B is to be used with the Summary of Facts if contemporaneous with the entry of plea or may be formatted as a separate sentencing form if sentencing is continued to a future date.]

## THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:

### DEFERRED SENTENCE

1. The sentencing date is deferred until _____ , ____ , _____ at ____ : _____ , ____ M.

2. You [ ] will [ ] will not be under supervision by the Department of Corrections. The terms set forth in the Rules and Conditions of Probation in Addendum D shall be the rules you must follow during the period of deferment.

### SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows:
[1] _____ [2] _____ [3] _25 year_ [4] _25 years_ [5] _____

TO BE SUSPENDED as follows:

(A) ALL SUSPENDED  [ ] YES    [ ] NO

(B) suspended except as to the first ___ _5 years_ (months) (years) of the term(s) during which you are to be held in the custody of the Department of Corrections. The remaining term of the sentence(s) is to be suspended under the terms set forth in the Rules and Conditions of Probation in Addendum D.

2. The sentence(s) is/are to run [ ✓ ] concurrently [ ] consecutively with/to _CF-04-19, CF-98-346_ _CF-98-363_ _____ or NOT APPLICABLE.

### TIME TO SERVE

1. You are sentencd to confinement under the supervision of the Department of Corrections for a term of years as follows:
[1] _____ [2] _____ [3] _____ [4] _____ [5] _____

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____ _____ or NOT APPLICABLE.

### FINES AND COSTS

You are to pay in full any fine(s), costs, fees and restitution at the time of sentencing. In the alternative, you may request a stay of execution (SOE) from the Cost Administrator in the Sequoyah County District Court Clerk's Office. All information given to the Cost Administrator in requesting the SOE will be under oath and is considered as part of the summary of facts before the Court. You will appear in person to make all payments as agreed. Any payment tendered other than in person will be accepted; however, such acceptance does not excuse your appearance in the Clerk's Office.

Sequoyah County Form CF-3(B) _ _ _ _ _ _ _ _ _ Uniform Plea of Guilty -- Additional Findings

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, THE STATE OF OKLAHOMA

STATE vs. _Charles Sanders_____ Defendant     Case No. _CF-03-124_

### ADDITIONAL FINDINGS AT TIME OF SENTENCING

# EXHIBIT 1

A. <u>Original Charges</u> (A copy of the information may be attached instead) Please list any additional charges on a separate attached sheet.

| OFFENSE | STATUTE CITATION |
|---------|------------------|
|         |                  |
|         |                  |
|         |                  |
|         |                  |

B. <u>Prior Felony Charges Used For Enhancement</u> Please list any additional convictions on a separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---------|------|------------------|
| see attached list | | |
|         |      |                  |
|         |      |                  |
|         |      |                  |

C. <u>Prior Charge(s) For Which Order Deferring Sentence Was Entered</u> Please list any additional charges on separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---------|------|------------------|
| N/A     |      |                  |
|         |      |                  |
|         |      |                  |

D. <u>Prior Felony Convictions Not Used For Enhancement</u> Please list any additional convictions on a separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---------|------|------------------|
| N/A     |      |                  |
|         |      |                  |
|         |      |                  |
|         |      |                  |

E.

If the defendant plead guilty to multiple counts, did the offense(s) arise from the same transaction?

<u>Circle</u>
YES     NO

## F. Other Enhancers Used to Determine Placement on Matrix

Circle

1. Did the offender commit the current offense with the use of a firearm within the immediate possession and control of the offender?

YES **NO**

2. Was the victim of the offense over 62 years of age, under 12 years of age or disabled by reason of mental or physical illness to such extent that the victim lacked the ability to effectively protect his or her property or persons?

YES **NO**

3. Did the offender in the commission of the offense maim or torture the victim?

YES **NO**

4. Did the offender commit a Schedule N-2 or N-3 drug offense in, on, or within 1,000 feet of real property comprising of a public or private elementary or secondary school; public or private college, university, or other institution of higher education; recreation or public park (including state facilities); public housing project; or in the presence of any child under 12 years of age?

YES **NO**

5. Did the offender commit a Schedule N-2 or N-3 drug offense by using or soliciting the services of a person less than 18 years of age, providing the offender was at least 18 years of age at the time of the offense?

YES **NO**

6. If the controlling offense was a property or drug offense, what was the total amount involved in that offense (e.g., the value of the property involved; the amount of money stolen, embezzled, or obtained by fraud; or the amount of drug proceeds utilized?)   $ _____

7. If the controlling offense was a drug offense, what was the predominant drug and what was the amount of that drug? (Please specify quantity in grams, ounces, etc.)

DRUG: __N/A_____

QUANTITY: (oz., grams, etc.) _____

## G. Offender Characteristics

Gender (Circle)
**Male** Female

Race  (Circle)
White  Black  Hispanic  Asian  **Native American**

**This Exhibit shall not be admitted into evidence in any future prosecutions.**

Certified this _18th_ day of ___November___ , _2008_ .

_____
Attorney for the State

_____
Attorney of the Defendant

_____
Judge of the District Court

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 1 3 2004

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

## ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, First, Middle, suffix (please print or type) (show alias)

Sanders, Charles Edmond                                    9539

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| Booking # 2004-03181 Warrant #'s CF-04-14 CF-03-365 CF-99-005162 CF-03-124 CF-98-003103 CF-98-00346 | Sent to State Prison | Hold for Tulsa County Hold for Tulsa County (App. to revoke) Hold for Tulsa Co. (FTA) Merrills Bonding Surrender Knowingly concealing stolen property Application to Revoke Surrendered by Hamilton/Morgan Burglary 2nd Degree Uttering A forged Instrument Application to revoke Possession of controlled dangerous substance Application to revoke |
| | | Hold for DOC |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the ___11___ day of December, 20 04.

_____
Signature

**AUTHORIZED BY**

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

_____
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

| | |
|---|---|
| IN THE DISTRICT COURT OF ) | Defendant ___ CHARLES EDMOND "MONK" SANDERS |
| SEQUOYAH COUNTY ) | |
| STATE OF OKLAHOMA ) | Case No. ___ CF-~~2004-19~~2003- 124 |
| ) | NOV 17 2004 |
| ) | Date ___ 11/18/04 |

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

## RULES AND CONDITIONS OF PROBATION

1. I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general state of my environment and progress.

2. I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I will understand that I am not to go into or loiter around beer taverns or pool halls.

3. I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4. I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5. I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6. I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7. I understand that it will be a violation of my probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or any representative thereof.

8. I understand that I must support myself and all my dependents without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9. I will refrain from violation of any City, State or Federal law.

10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion exists in their mind.

14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within the eighteen months.

15. **SPECIAL CONDITIONS:** The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, OSBI lab fees) of $_____ within _____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of _____, 20_____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*

COURT COSTS

( )    Defendant is to pay restitution through the District Attorney's office as set out in Exhibit "A" attached, the sum of $_____.

16.    Defendant to report to DOC Probation & Parole Office within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

_____
Attorney for Defendant

_____
JUDGE OF THE DISTRICT COURT

_____
Probationer

Defendant's Mailing Address:

████████████████████

Sallisaw, OK 74955

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

_CF-99-562  CF-98-363_
_CF-98-346  CF-2004-19_

STATE OF OKLAHOMA                    CASE NO._____ _CF-03-124_

VS.                                  J & S DATE: _NOV 17 - 2004_

_Charles Edward Sanders_
DEFENDANT

## STATEMENT OF JAIL TIME

PRISONER WAS ARRESTED ON DATES:    _10-22-99 — 12-09-99 / 8-23-01 - 10-25-01_
_3-13-03 - 4-02-03 / 1-16-04 - 1-21-04_
_3-31-04 - 12-10-04_

PRISONER REMAINED IN JAIL ____372____ DAYS BEFORE JUDGEMENT AND SENTENCE.

PRISONER REMAINED IN JAIL ____23____ DAYS AFTER JUDGEMENT AND SENTENCE.

TOTAL DAY'S OF JAIL TIME ____395____

_Christine Calbert_

SEQUOYAH COUNTY CRIMINAL JUSTICE AUTHORITY

_12-28-2004_

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 2 8 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN THE DISTRICT COURT OF     )
SEQUOYAH COUNTY              )
STATE OF OKLAHOMA            )
NOV 2 0 2005                 )
                             )
BERNELL EDWARDS, COURT CLERK )
BY_____DEPUTY

Defendant CHARLES EDMOND "MONK" SANDERS

Case No. CF-05-406
CF-03-124  CF-99-562 - CF-98-363
Date _NOVEMBER 17, 2005_  CF-98-346

## RULES AND CONDITIONS OF PROBATION

1. I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general state of my environment and progress.

2. I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I will understand that I am not to go into or loiter around beer taverns or pool halls.

3. I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4. I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5. I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6. I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7. I understand that it will be a violation of my probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or any representative thereof.

8. I understand that I must support myself and all my dependents without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9. I will refrain from violation of any City, State or Federal law.

10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion exists in their mind.

14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within the eighteen months.

15. **SPECIAL CONDITIONS**: The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, OSBI lab fees) of $_____ within _____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of _____, 20____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*

(  )  Defendant is to pay restitution through the District Attorney's office as set out in Exhibit "A" attached, the sum of  $_____.

16. Defendant to report to DOC Probation & Parole Office within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

_____
Attorney for Defendant

_____
JUDGE OF THE DISTRICT COURT

_____
Probationer

Defendant's Mailing Address:

_____

_____

# In The District Court In And For Sequoyah County,
## State of Oklahoma

THE STATE OF OKLAHOMA,   )
          )
    PLAINTIFF   )  **CASE NO: CF-2003-124**

VS.         )
          )  SEQUOYAH COUNTY, OKLAHOMA
CHARLES EDMOND "MONK" SANDERS)   FILED
DOB: ████/66      )  IN DISTRICT COURT
SS# ████9539     )
    DEFENDANT.  )  **NOV 2 3 2005**

### A M E N D E D
### J U D G M E N T   A N D   S E N T E N C E

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

Now, on this 17th day of November, 2005 this matter comes on before the undersigned Judge, for sentencing and the Defendant, __CHARLES EDMOND "MONK" SANDERS__ , appears personally and by his attorney of record, __JOHN SAWNEY__ , the State of Oklahoma represented by Assistant District Attorney, __JEFF SHERIDAN__ , and the Defendant, having previously:

(X ) Entered a plea of guilty
( ) Entered a plea of Nolo Contendere
( ) Found guilty by jury
( ) Found guilty by Judge after waiver of jury trial
  to/of the crime(s) of:

CT. I: DISMISSED
CT. II: DISMISSED
CT. III: FELONY RUNNING ROADBLOCK 21 O.S. 540 B
CT. IV: FELONY RUNNING ROADBLOCK 21 O.S. 540 B

( X ) The Defendant has previously been convicted of __SIX (6)__ felony crimes and the sentence has been enhanced in accordance with the provisions set forth in Title 21 O.S. § 51 and 51A.

  **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by the Court that the Defendant, CHARLES EDMOND "MONK" SANDERS_____, is guilty of the above-described offense(s) and is sentenced as follows:

### TERM OF IMPRISONMENT
COUNT _____: Sentenced to a term of _____ imprisonment;

all under the custody and control of the Oklahoma Department of Corrections.
These terms to be served ( ) concurrently, or ( ) consecutively;

### TERM OF IMPRISONMENT - (PART SUSPENDED)
COUNT _____: Sentenced to a term of_____ imprisonment;

with all except the first _ suspended under the custody and control of the Oklahoma Department of Correction pursuant to the rules and conditions of probation entered by the Court. .
These terms to be served (X ) concurrently, or ( ) consecutively; with CF-04-19; CF-99-562; CF-98-363 AND CF-98-346

### TERM OF IMPRISONMENT - (ALL SUSPENDED)
COUNT __III__ : Sentenced to a term of __TWENTY-FIVE (25) YEARS__ imprisonment;
COUNT  IV  : Sentenced to a term of  TWENTY-FIVE (25) YEARS  imprisonmen;t
under the custody and control of the Oklahoma Department of Corrections all of said term(s) of imprisonment suspended pursuant to the rules and conditions of probation entered by the Court.
These terms to be served ( X) concurrently, or ( ) consecutively; with CF-04-19; CF-99-562; CF-98-363 and CF-98-346

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT** that in addition to the preceding term(s), the Defendant is also sentenced to:

<strong>FINE</strong>

( ) The defendant shall pay a fine of $_____ ( ) immediately or ( ) on or before _____, 20___, at the rate of $_____ per month, or within _____ days of release from the Department of Corrections.

( ) The payment of a fine of $_____ is suspended.

( ) The defendant shall report to the District Court of Sequoyah County within _____ days of release for a hearing on the defendant's ability to pay fines and costs pursuant to Section VIII of the rules of the Court of Criminal Appeals, 22 O.S. Chapter 18, App.

<strong>COSTS, VCA, RESTITUTION</strong>

( ) The defendant shall pay costs, fees, and restitution in accordance with the schedule attached as Exhibit _____. (SEE RULES & CONDITIONS)

<strong>RULES AND CONDITIONS OF PROBATION</strong>

( ) The rules and conditions as ordered by the court and signed and acknowledged by the defendant are attached as hereto.

<strong>ATTORNEY FEES</strong>

( ) The defendant shall pay court-appointed attorney fee amount of $_____ on or before _____, 20___, to _____.

It is further ordered that judgment is hereby entered against the Defendant as to the fines, court costs and assessments set forth above.

The Court further advised the Defendant of his rights to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State without cost to him.

In the event the above sentence is for incarceration in the Department of Corrections, the sheriff of Sequoyah County, Oklahoma, is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to as warrant and authority of the imprisonment of the Defendant as provided herein. A second copy of this Judgment and Sentence to warrant and authority of the sheriff for the transportation and imprisonment of the Defendant as herein before provided. The sheriff to make due return to the clerk of this Court, with his proceedings endorsed thereon.

_____
JUDGE OF THE DISTRICT COURT

(SEAL)
ATTEST:
BERNELL EDWARDS, COURT CLERK

_____, DEPUTY CLERK

# DISTRICT COURT OF MUSKOGEE, WAGONER, CHEROKEE AND SEQUOYAH COUNTIES

## FIFTEENTH JUDICIAL DISTRICT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

### (ORDER)

APR 0 3 2006

BERNELL EDWARDS, COURT CLERK

BY _____ DEPUTY

DATE: 3-29-06

DEFENDANT: Sanders, Charles

CHARGE: Burglary 2nd

SENTENCE DATE: 11-17-05

CASE NUMBER: C7-04-19
C7-03-124
C7-99-562
C7-98-346
C7-98-363

EXPIRATION DATE: 11-16-30

THE DEPARTMENT OF CORRECTIONS IS HEREBY RELIEVED FROM FURTHER ACTIVE SUPERVISION OF THIS DEFENDANT IN THIS PARTICULAR CASE.

JUDGE OF DISTICT COURT Garrett

* Per plea agreement with the feds. banish from Sequoyah county.

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

| STATE OF OKLAHOMA | CASE NO.(S) | FINES(S) | COSTS |
|---|---|---|---|

STATE OF OKLAHOMA

VS.

*Charles Sanders*

CM03-365
CF04-19
CF03-124

**DATE:**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
DEC 0 8 2008
MAUDEEN MANN, COURT CLERK
BY_____DEPUTY

SUBTOTALS: _____

☐ **MINUTE** / ☐ **SENTENCING ORDER**     TOTAL: _____

LSI:_____/_____     Supervision: ☐ Community  ☐ Drug  ☐ Standard  ☐ Other_____

CM03-365 — State dismisses case costs to State.

CF 04-19 — State agrees to suspend remaining fines + court costs

CF03-124 — State agrees to suspend remaining fines + court costs

Withdraw all costs warrants

**DEFENDANT IS ORDERED BACK:** _____ , 200__ @_____, ___.M.

Payment of fines, costs, fees, etc. shall be payable by money orders or cashier's checks (no personal checks or cash)
Include your name and case number - Payments shall be paid to the following entities:

### FINES AND COURT COSTS

Total of _____

Payable in monthly payments of
_____for_____months

1st payment due:_____

Payable to:
Sequoyah County Court Clerk
120 E. Chickasaw, Ste 205
Sallisaw, OK 74955
(918) 775-4411

### RESTITUTION

Total of _____

Payable in monthly payments of
_____for_____months

1st payment due:_____

Payable to:
District Attorney's Annex
120 E. Chickasaw, Ste 204
Sallisaw, OK 74955
(918) 775-9131

### DRUG FUND

Total of _____

Payable in monthly payments of
_____for_____months

1st payment due:_____

Payable to:
Office of the District Attorney
120 E. Chickasaw, Ste 204
Sallisaw, OK 74955
(918) 775-9131

**I, THE DEFENDANT, UNDERSTAND THAT I MUST PAY AND COMPLETE ALL THE THINGS LISTED ABOVE
AND MUST APPEAR BACK IN COURT ON THE DATE AND TIME SET FORTH ABOVE,
OR I WILL BE ARRESTED AND JAILED!!!**

_____
DEFENDANT

_____
DEFENDANT'S ATTORNEY

_____
DISTRICT COURT JUDGE

_____
ASSISTANT DISTRICT ATTORNEY

White - Original     Yellow - District Attorney     Pink - Defendant