**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

———————————

**REDACTED EXHIBIT 161**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

———————————

**INFORMATION**
=============================================================================

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA            )
          Plaintiff,        )
vs.                         )                    No. CF-98-363
                            )
CHARLES EDMOND SANDERS      )
DOB: ████66                 )
DL/SS#████9539              )
          Defendant.        )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 3 0 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

# I N F O R M A T I O N

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:**

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that CHARLES EDMOND SANDERS did, in Sequoyah County, and in the State of Oklahoma, on the 13th day of August, in the year of our Lord, One Thousand, Nine Hundred and Ninety-Eight and before the presentment hereof, commit the crime of

UTTERING A FORGED INSTRUMENT-21 O.S. 1592

CHARLES EDMOND SANDERS unlawfully, willfully, knowingly, fraudulently and feloniously with intent to defraud, utter and publish as true to one Jeremy Mounce, employee at Marble City Store, a certain instrument, to-wit: a check, which is in words and figures as follows: Check #4781 in the amount of $48.00; that said defendant then and there knowing at the time that said written instrument was forged and counterfeited, and that the signature of Mary Copeland to said instrument was forged and counterfeited, but said defendant did then and there unlawfully, willfully, fraudulently and feloniously, utter and publish same with the felonious intent then and there on the part of said defendant to beat, cheat and defraud,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

By _____
          Assistant District Attorney

STATE OF OKLAHOMA )
                 ) ss.
COUNTY OF SEQUOYAH)
   Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____
          Assistant District Attorney

     Subscribed and sworn to before me this 28th day of September, 1998.

My Commission Expires:
  6/28/99                        _____
                                          NOTARY PUBLIC

WITNESSES:
Mary Copeland, ████████ Muldrow, OK
Jeremy Lee Mounce, ████████ Marble City, OK
Kelly Karnes, SCSO, Sallisaw, OK

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 3 0 1998

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

INFORMATION
Page 2

| | |
|---|---|
| THE STATE OF OKLAHOMA,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHARLES E. SANDERS,<br>　　　　　　Defendant. | ) IN THE DISTRICT COURT OF<br>) SEQUOYAH COUNTY, STATE<br>) OF OKLAHOMA<br>) CASE NO. CRF-98-363<br>)<br>)<br>) |

## FORMER CONVICTIONS

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-89-396, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UTTERING FORGED INSTRUMENT, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-92-91, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UNLAWFUL POSSESSION OF CONTROLLED DRUG, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-90-144, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of SEXUAL BATTERY, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

　　　　　　　　　DIANNE BARKER HARROLD,
　　　　　　　　　DISTRICT ATTORNEY

　　　　　　　　　BY: _____
　　　　　　　　　　　Assistant District Attorney

REDACTED

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 3 0 1998

BERNELL EDWARDS, COURT CLERK
BY _____ _Au_____ DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,
                    Plaintiff,

vs.

_Charles Sanders_____,
                    Defendant.

No. CF-98-363

A F F I D A V I T

State of Oklahoma )
County of Sequoyah ) ss.

_Kelly Karnes_____, of lawful age and being first duly sworn upon an oath, deposes and says:

On 08-13-98 I (Deputy Kelly Karnes) was Dispatched to marble City to meet with Mary Copeland in Ref. to some Forgering her name on some Canceled Checks upon Arriving Mrs Copeland advised That the Bank told her that some Checks had Come Through on Closed account Mrs Copeland advised that the Checks was In a travel TRAiler upon Ridge Route Road at lake Tenkiller

Based on this information, the undersigned prays that this Honorable Court issue a finding of fact that probable cause exists to believe that a crime has been committed and that there is probable cause to believe the defendant(s) above named committed that crime.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me this 22nd day of
_Septem___, 1998.                                        REDACTED

MY COMMISSION EXPIRES:
_03-27-99_

NOTARY PUBLIC

FINDING OF PROBABLE CAUSE

The undersigned Judge of this Court, upon sworn testimony and/or affidavit, hereby determines there to be probable cause to detain the defendant(s).
DATED this _29_ day of _September_, 1998.

JUDGE OF THE DISTRICT COURT

CF-98-363

Marble City,OK
DOB:____66  SS#_____9539
White Male

# WARRANT

**STATE OF OKLAHOMA,**
**COUNTY OF SEQUOYAH—ss.**

THE STATE OF OKLAHOMA, to any Sheriff, Constable, Marshal or Policeman in the above named County and State:

Information upon oath having been this day laid before me that the crime of _____

____UTTERING A FORGED INSTRUMENT_____ has been committed, and

accusing _____Charles E. Sanders_____ thereof.

You are therefore commanded forthwith to arrest the above named _Charles E. Sanders_____

and bring h_im__ before me at ___Sequoyah County Courthouse_____.

or, in the case of my absence or inability to act, before the nearest or most accessible magistrate in this county.

Dated at _Sallisaw_____, this _____29____ day of __September_____, 19_98_.

The Defendant is to be admitted
to bail in the amount of _$5,000.00_____

_____
Judge of the District Court.

REDACTED

SANDERS, CHARLES E.
████████████
Marble City,OK
DOB:██████66  SS#██████9539
White Male

CF-98-363

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

# WARRANT

OCT 2 1998

STATE OF OKLAHOMA,
COUNTY OF SEQUOYAH—ss.

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

THE STATE OF OKLAHOMA, to any Sheriff, Constable, Marshal or Policeman in the above named County and State:

Information upon oath having been this day laid before me that the crime of _____

____UTTERING A FORGED INSTRUMENT_____ has been committed, and

accusing ____Charles E.Sanders_____ thereof.

You are therefore commanded forthwith to arrest the above named _Charles E. Sanders_____

and bring h_im___ before me at ___Sequoyah County Courthouse_____ .

or, in the case of my absence or inability to act, before the nearest or most accessible magistrate in this county.

Dated at _Sallisaw_____, this ____29____ day of _September_____, 19_98_.

_____
Judge of the District Court.

The Defendant is to be admitted
to bail in the amount of _$5,000.00_____

WARRANT CLEARANCE

WARRANT # *CF98-363*

WARRANT NAME *Charles Sanders*

DATE & TIME CLEARED *9-30-98*

WARRANT CLEARED BY:

ARREST *X*    OFFICER SERVING *Craig Manley*

AGENCY *308*

CANCELLATION_____ JUDGE OR OFFICIAL DIRECTING WARRANT CANCELLATION

_____

WARRANT PULLED FROM FILE    YES *X*    NO_____    IF NO, EXPLAIN WHY NOT

_____

WARRANT CANCELLED FROM NCIC    YES_____    NO *X*    IF YES, NCIC

CANCELLATION NUMBER_____

IF NO, EXPLAIN WHY NOT REMOVED *Not Entered*

SHERIFF'S OFFICE EMPLOYEE SIGNATURE *Boyd*

MUST SIGN FULL NAME

NOTE:    AFTER COMPLETION, ATTACH THIS FORM TO THE CANCELLED OR SERVED
WARRANT. BE SURE TO ATTACH THIS FORM BACK TO BACK WITH THE
WARRANT.

**REDACTED**

# Hamilton - Morgan Bail Bonds
## Diane Hamilton
## APPEARANCE BOND

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 3 0 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

IN THE DISTRICT COURT OF _____ *Sequoyah* _____ COUNTY, STATE OF OKLAHOMA
State of Oklahoma, Plaintiff,

vs. _____ *Charles Sanders* _____, Defendant

Case No. *CF 98-363*
*CF-98-36*

Know all men by these presents, that we the above named defendant, as principal, and the undersigned _____ *Joe Morgan* _____ Diane Hamilton, Professional as surety(ies) personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of *twenty five thousand* _____ Dollars ($ *25,000* )

good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of _____ *Sequoyah* _____ County, State of Oklahoma, shall personally be and appear before the District Court of said county on the _ *7* _ day of *Sept Oct.* , 19 *98* , at *9:00* o'clock *A.m.*, of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of *Uttering A Forged Instrument 5,000) (CF-98-36 increased 20,000)*

and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hand and seals this _ *30* _ day of *Sept* _____ 19 *98* .

X _____ *Charles Sanders* _____ Principal ▓▓▓▓▓▓▓▓ _____ *marble city ok* _____ Address *74945*

Hamilton - Morgan        Surety        ▓▓▓ 113 North Oak Sallisaw, Oklahoma 74955

Diane Hamilton

*Joe Morgan* _____ Surety ▓▓▓▓ _____ *Sallisaw OK 74955* _____ Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this _ *30* _ day of _____ *Sept* _____ , 19 *98* .

_____ Court Clerk/Sheriff _____ *Leilani Lether* _____ Deputy

This undertaking approved this _ *30* _ day of _____ *Sept.* _____ , 19 *98* .

(SEAL)        By: _____ Deputy/Clerk

---

## AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, _____ *Sequoyah* _____ County, SS:

The undersigned, being first duly sworn upon oath, **REDACTED** says that he is a resident of _____ *Sequoyah* _____ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as hereinafter specified under one or more of the following relevant statutory provisions, to-wit:

a) Consideration for this undertaking received or promised in the sum of $ *3750.00*

b) Other security received or promised for making this undertaking, is as follows: _____
_____ *Prom. Note* _____

c) Such promise, security or consideration was received from: ▓▓▓▓▓▓

X _____ *Charles Sanders* _____ ▓▓▓▓▓▓ _____ *Marble city*
Name        Address

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as on commits perjury.

_____ *Joe Morgan* _____ ▓▓▓▓▓▓ _____ *Sallisaw 74955* _____
Affiant        Address

Subscribed and sworn to before me this _____ *30* _____ day of _____ *Sept* _____ , 19 *98* .

(SEAL)

_____ Court Clerk - Notary Public

My Commission Expires: _____        _____ Deputy

# POWER OF ATTORNEY
## Hamilton - Morgan Bail Bonds
### DIANE HAMILTON DBA
### HAMILTON MORGAN BAIL BOND
113 North Oak • Sallisaw Oklahoma 74955
(918) 775-7887

$200,000.00 Bond Power                          No. 44619

Know all men by these presents:

That I, Diane Hamilton, of Sallisaw, Sequoyah County, State of Oklahoma, have made and constituted and appointed by the present do make, constitute and appoint the below named agent, my true and lawful attorney, for me in my name, place and stead, and to my use as my employee and agent to write professional bonds, to sign my name, by him/her, in the execution of any and all bonds made as my agent, giving my said attorney full power to do every thing whatsoever requisite and necessary to be done in the premises as fully as I could do if personally present, hereby ratifying and confirming all that my said attorney shall lawfully do, or cause to be done, by virtue hereof. All this provided this Power-Of-Attorney is filled with the bond and retained as a part of the court records, the said Attorney-In-Fact is authorized to insert in this Power-Of-Attorney the name of the person whose behalf the bond was giving.

IN WITNESS THERE OF, Diane Hamilton, has caused these presents to be signed by its authorized officer, proper for the purpose this _30_ day of _Sept_ 19_98_.

$200,000.00 Bond Power

_Diane Hamilton_

Diane Hamilton, Professional Bondsman
Hamilton - Morgan Bail Bonds

Bond Amount $ _25,000.00_    Appearance Date _10/7/98_
Defendant _Charles Saunders_ Address ▮▮▮▮▮▮▮
Court _District_          City _Marble City_ State _OK_
            _(F-98-36 increased 30,000.00)_      Zip Code _74945_
Offense _uttering a forged instrument_ Case # _____
Executing Agent _____ One ▮▮▮▮▮

*Clearance*

## WARRANT CLEARANCE

WARRANT # *CF-97-9  CF98-363*

WARRANT NAME *SANDERS, Charles*

DATE & TIME CLEARED *11-16-98    19:05*

WARRANT CLEARED BY:

   ARREST _✓_ OFFICER SERVING_____

          AGENCY _SCSO_____

   CANCELLATION_____ JUDGE OR OFFICIAL DIRECTING WARRANT CANCELLATION

_____

WARRANT PULLED FROM FILE     YES_____  NO _✓_  IF NO, EXPLAIN WHY NOT

_Had To get Copy From Cort Clerk before F, ND_ *then cra*

WARRANT CANCELLED FROM NCIC   YES_____  NO_____  IF YES, NCIC *WAS Filed*

          CANCELLATION NUMBER_____

          IF NO, EXPLAIN WHY NOT REMOVED

_____

SHERIFF'S OFFICE EMPLOYEE SIGNATURE_____

             MUST SIGN FULL NAME

NOTE:  AFTER COMPLETION, ATTACH THIS FORM TO THE CANCELLED OR SERVED
       WARRANT. BE SURE TO ATTACH THIS FORM BACK TO BACK WITH THE
       WARRANT.

**REDACTED**

BENCH WARRANT ON INDICTMENT OR INFORMATION.

STATE OF OKLAHOMA,)

Sequoyah County           )                                    IN __DISTRICT__ COURT

THE STATE OF OKLAHOMA

vs.

__Charles Edmond Sanders__ DOB ████ /66                    No. _CF-97-9_                 **ISSUED**
                                                               CF-98-363
████████ Sallisaw ██████ Defendant.                         Bond $50,000              _10-9-98_
████ 9539

THE STATE OF OKLAHOMA
To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma—Greeting:

Whereas an___ __information__ _____ having been __filed__

on the __30th__ day of __Sept.__ _____ A.D. 19 _98_, in the __district__ Court of

Sequoyah County, State of Oklahoma, charging __Charles Edmond Sanders__

_____ with the crime of __Uttering a forged instrument and__

__failing to appear__ _____

You are therefore commanded forthwith to arrest the above named __Charles Edmond Sanders__

and bring him before* __District Judge__ _____        ~~SEQUOYAH COUNTY, OKLAHOMA~~
                                                           ~~FILED~~
                                                           ~~IN DISTRICT COURT~~

                                                           **NOV 1 7 1998**

                                                           BERNELL EDWARDS, COURT CLERK
                                                           BY _____ DEPUTY
term that you deliver him into the custody of the Sheriff of Sequoyah County, Oklahoma.  or if the said Court have adjourned for the

Given under my hand with the seal of said Court affixed, this _____ __9th__ _____ day of

__October__ _____ A.D. 19 _98_

By order of the Court.                        __Bernell Edwards__ _____
                                              Bernell Edwards )                Court Clerk.
                                              By _Amanda Woody_ _____
*See Sec. 5384, Wilson's Statutes.                                            Deputy.

SHERIFF'S RETURN

RECEIVED the within Writ on the_____ day of_____19_____., at
_____o'clock_____M., and executed on the_____day of_____,19____,
_____o'clock_____M., by_____
_____
_____

Dated this_____16th____day of _____Nov._____ 19 _88_

_____
Sheriff of_____County

By_____Walter Rea_____
Under Sheriff.         Deputy.

No._____

In_____Court

BENCH WARRANT ON INDICT-
MENT OR INFORMATION

THE STATE OF OKLAHOMA
vs.

_____Defendant

_____19.__

Filed_____

_____Court Clerk

By_____Deputy

BENCH WARRANT ON INDICTMENT OR INFORMATION.

STATE OF OKLAHOMA,)
    Sequoyah County     )

IN ___DISTRICT___ COURT

THE STATE OF OKLAHOMA

vs.

Charles Edmond Sanders · DOB: ███ 66

████████ Sallisaw

#███ 9539      Defendant.

No. CF-97-9
CF-98-363

Bond $50,000

**ISSUED**
10-9-98

THE STATE OF OKLAHOMA
To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma—Greeting:

Whereas an __information__ _____ having been __filed__

on the __30th__ day of __Sept.__ A. D. 19 _98_, in the __district__ Court of Sequoyah County, State of Oklahoma, charging __Charles Edmond Sanders__

_____ with the crime of __Uttering a forged instrument and failing to appear__

You are therefore commanded forthwith to arrest the above named __Charles Edmond Sanders__

and bring him before* __District Judge__

_____ or if the said Court have adjourned for the term that you deliver him into the custody of the Sheriff of Sequoyah County, Oklahoma.

Given under my hand with the seal of said Court affixed, this ____ __9th__ ____ day of __October__ ____ A. D. 19 _98_

By order of the Court.

*See Sec. 5384, Wilson's Statutes.

Bernell Edwards
Bernell Edwards      Court Clerk.

By Amanda Woody      Deputy.

REDACTED

BENCH WARRANT ON INDICTMENT OR INFORMATION.

STATE OF OKLAHOMA,)

Sequoyah County        )

IN DISTRICT____ COURT

THE STATE OF OKLAHOMA

vs.

Charles Edmond Sanders · DOB: ████ 66

████████ Sallisaw

#████ 9539                    Defendant.

No. CF-97-9_
CF-98-363

Bond $50,000

**ISSUED**
10-9-98

THE STATE OF OKLAHOMA

To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma—Greeting:

Whereas an _information_____ having been _filed_____

on the .30th_____ day of .Sept._____ A. D. 19 .98_, in the district__Court of

Sequoyah County, State of Oklahoma, charging _Charles Edmond Sanders_____

———————————————— with the crime of Uttering a forged instrument and failing_ to appear_____

You are therefore commanded forthwith to arrest the above named _Charles Edmond Sanders_____

and bring him before* District Judge_____

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 3 0 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

_____ or if the said Court have adjourned for the term that you deliver him into the custody of the Sheriff of Sequoyah County, Oklahoma.

Given under my hand with the seal of said Court affixed, this._____ 9th _____ day of

October_____ A. D. 19 98_

By order of the Court.

Bernell Edwards_____
Bernell Edwards )             Court Clerk.
By Amanda Woody_____
                            Deputy.

*See Sec. 5384, Wilson's Statutes.

## SHERIFF'S RETURN

RECEIVED the within Writ on the_____day of_____19____., at
_____o'clock_____M., and executed on the_____day of_____,19____,
_____o'clock_____M., by_____

_____

_____

Dated this_____day of _____ 19 ____

_____
Sheriff of_____.County

By_____
Under Sheriff.        Deputy.

No._____Court

In_____Court

BENCH WARRANT ON INDICT-
MENT OR INFORMATION

THE STATE OF OKLAHOMA
vs.

Defendant

19.___

Filed_____

Court Clerk

By._____

Deputy

WARRANT CLEARANCE

WARRANT # CF97-9 ± CF98-363

WARRANT NAME Charles Edmond Sanders

DATE & TIME CLEARED _____

WARRANT CLEARED BY:

ARREST ✓    OFFICER SERVING O    Jailer

AGENCY SCSO

CANCELLATION _____    JUDGE OR OFFICIAL DIRECTING WARRANT CANCELLATION

_____

WARRANT PULLED FROM FILE    YES ✓    NO _____    IF NO, EXPLAIN WHY NOT

_____

WARRANT CANCELLED FROM NCIC    YES ✓    NO _____    IF YES, NCIC

CANCELLATION NUMBER _____

IF NO, EXPLAIN WHY NOT REMOVED

_____

SHERIFF'S OFFICE EMPLOYEE SIGNATURE Michelle Pitts
MUST SIGN FULL NAME

NOTE:    AFTER COMPLETION, ATTACH THIS FORM TO THE CANCELLED OR SERVED
WARRANT. BE SURE TO ATTACH THIS FORM BACK TO BACK WITH THE
WARRANT.

**REDACTED**

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

Case No: CF-98-363          Defendant: Charles ~~SEQUOYAH COUNTY, OKLAHOMA~~
~~FILED~~
~~IN DISTRICT COURT~~

### ACCUMULATIVE COURT COST FOR SEQUOYAH COUNTY

DEC - 8 1999

#### NON-VIOLENT COURT COST

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

**COURT FUND**

| | | |
|---|---|---|
| Court Fees | | $103.00 |
| Bail Bond Fee | $10.00 @ 1 | 10.00 |
| Jury Fee | $30.00@ | |
| Fines | set by court | 500.00 |
| Mailing fee | $7.00 @ | |
| Sub total Court Fund | | 613.00 |

**SHERIFF FEES**

| | | |
|---|---|---|
| Sheriff Fees | | $30.00 |
| Arrest Warrant | $30.00 | 30.00 |
| Bench Warrant | $30.00@ 1 | 30.00 |
| Revolving Fund | $5.00 | 5.00 |
| Subpoenas | $30.00@ | |
| Sub total Sheriff Fees | | 95.00 |

| | | |
|---|---|---|
| LAW LIBRARY | | $3.00 |
| CLEET & FINGERPRINTING | | $7.00 |

| | | |
|---|---|---|
| VCA | $25.00 or set by court | 125.00 |
| OSBI LAB | set by court | |
| D.A. DRUG FUND | set by court | |
| REVOLVING FUND(appl fee-$40.00) | | |
| IDF-ATTORNEY FEE | set by court | |

**REDACTED**

TOTAL                                           $ 843.00

IN THE DISTRICT COURT OF )
SEQUOYAH COUNTY )
STATE OF OKLAHOMA )
)
)

Defendant __CHARLES EDMOND SANDERS__

Case No. __CF-98-363__

Date __DECEMBER 9, 1999__

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC   9 1999

BERNELL EDWARD, COURT CLERK
BY _____
DEPUTY

## RULES AND CONDITIONS OF PROBATION

1. I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general state of my environment and progress.

2. I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I will understand that I am not to go into or loiter around beer taverns or pool halls.

3. I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4. I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5. I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6. I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7. I understand that it will be a violation of my probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or any representative thereof.

8. I understand that I must support myself and all my dependents without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9. I will refrain from violation of any City, State or Federal law.

10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion exists in their mind.

14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within the eighteen months.

15. **SPECIAL CONDITIONS:** The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, OSBI lab fees) of $_____ within _____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of _____, 19_____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*

$500 FINE and $125 VCA

( X )  Defendant is to pay restitution through the District Attorney's office as set out in Exhibit "A" attached, the sum of $ 48.00   **REDACTED**

16. Defendant to report to DOC Probation & Parole Office within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

Attorney for Defendant

JUDGE OF THE DISTRICT COURT

Probationer



# In The District Court In And For Sequoyah County, State of Oklahoma

THE STATE OF OKLAHOMA,          )
                                )
                    PLAINTIFF   )          CASE NO: CF-98-363
VS.                             )
CHARLES EDMOND SANDERS          )
DOB:      66                    )
SS#       539                   )
                    DEFENDANT.  )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC  9 1999

## JUDGMENT AND SENTENCE

BERWELL EDWARDS, COURT CLERK
BY _____
                         DEPUTY

Now, on this 9TH DAY OF DECEMBER, 1999, this matter comes on before the undersigned Judge, for sentencing and the Defendant, _____CHARLES EDMOND SANDERS_____, appears personally and by his attorney of record, _____MONTE JOHNSON_____, the State of Oklahoma represented by Assistant District Attorney, _ROBBIE COWAN_____, and the Defendant, having previously:

(X)    Entered a plea of guilty
( )    Entered a plea of Nolo Contendere
( )    Found guilty by jury
( )    Found guilty by Judge after waiver of jury trial
       to/of the crime(s) of:

CT. I: UTTERING A FORGED INSTRUMENT, 21 O.S. 1592

( )    The Defendant has previously been convicted of _____ felony crimes and the sentence has been enhanced in accordance with the provisions set forth in Title 21 O.S. § 51 and 51A.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by the Court that the Defendant, _____**CHARLES EDMOND SANDERS**_____, is guilty of the above-described offense(s) and is sentenced as follows:

### TERM OF IMPRISONMENT
COUNT _____: Sentenced to a term of _____ imprisonment;

all under the custody and control of the Oklahoma Department of Corrections.
REDACTED
These terms to be served ( ) concurrently, or ( ) consecutively;

### TERM OF IMPRISONMENT - (PART SUSPENDED)
COUNT _____: Sentenced to a term of_____ imprisonment;

with all except the first _____ suspended under the custody and control of the Oklahoma Department of Correction pursuant to the rules and conditions of probation entered by the Court. These terms to be served ( ) concurrently, or ( ) consecutively;

### TERM OF IMPRISONMENT - (ALL SUSPENDED)
COUNT _____: Sentenced to a term of __TWENTY (20) YEARS__ imprisonment;

under the custody and control of the Oklahoma Department of Corrections all of said term(s) of imprisonment suspended pursuant to the rules and conditions of probation entered by the Court. These terms to be served (X) concurrently, or ( ) consecutively; w/Seq County Case Nos. CF-99-562 and CF-98-346

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT** that in addition to the preceding term(s), the Defendant is also sentenced to:

### FINE

( ) The defendant shall pay a fine of $_____ ( ) immediately or ( ) on or before _____, 19___, at the rate of $_____ per month, or within _____ days of release from the Department of Corrections.

( ) The payment of a fine of $_____ is suspended.

( ) The defendant shall report to the District Court of Sequoyah County within _____ days of release for a hearing on the defendant's ability to pay fines and costs pursuant to Section VIII of the rules of the Court of Criminal Appeals, 22 O.S. Chapter 18, App.

### COSTS, VCA, RESTITUTION

( ) The defendant shall pay costs, fees, and restitution in accordance with the schedule attached as Exhibit _____.

### RULES AND CONDITIONS OF PROBATION

( ) The rules and conditions as ordered by the court and signed and acknowledged by the defendant are attached as hereto.

### ATTORNEY FEES

( ) The defendant shall pay court-appointed attorney fee amount of $_____ on or before _____, 19__, to _____.

It is further ordered that judgment is hereby entered against the Defendant as to the fines, court costs and assessments set forth above.

The Court further advised the Defendant of his rights to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State without cost to him.

In the event the above sentence is for incarceration in the Department of Corrections, the sheriff of Sequoyah County, Oklahoma, is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to as warrant and authority of the imprisonment of the Defendant as provided herein. A second copy of this Judgment and Sentence to warrant and authority of the sheriff for the transportation and imprisonment of the Defendant as herein before provided. The sheriff to make due return to the clerk of this Court, with his proceedings endorsed thereon.

REDACTED

_____
JUDGE OF THE DISTRICT COURT

(SEAL)
ATTEST:
BERNELL EDWARDS, COURT CLERK

_____, DEPUTY CLERK

**IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 3 1 2001

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

THE STATE OF OKLAHOMA, )
    Plaintiff, )
vs. )
            )    No. CF-98-363
            )
CHARLES E. SANDERS )
    Defendant. )

## APPLICATION TO REVOKE SUSPENDED SENTENCE

COMES NOW, Dianne Barker Harrold, the duly elected, qualified, and acting District Attorney of Sequoyah County, and states to the Court that on the 9th day of December, 1999, the said Defendant entered his plea of guilty in the above entitled case, in the District Court of Sequoyah County, Oklahoma, to the charge of: UTTERING A FORGED INSTRUMENT, as set out in the Information on file in this cause and the said defendant was sentenced to serve a term of TWENTY (20) years, under the Supervision of the Department of Correction, which sentence the Court suspended during the good behavior of said defendant.

Thereafter, the defendant violated the rules and conditions of probation as imposed by the Court in the following manner:

**Rule #1**: by failing to report for Probation and Parole.
**Rule #2**: by being in possession of intoxicants and being arrested for: LARCENY OF MERCHANDISE FROM RETAILER, POSSESSION OF PARAPHERNALIA in Sequoyah County, OK on May 17th, 2001.
**Rule #9**: by violating city, state or federal law, and being charged with: LARCENY OF MERCHANDISE FROM RETAILER, POSSESSION OF PARAPHERNALIA in Sequoyah County, OK CF-2001-314.

WHEREFORE, applicant prays that the Court set a date for hearing this application and that the suspension clause in said Judgment and Sentence be carried out in full, according to its terms. That the Court direct the Court Clerk of Sequoyah County, Oklahoma, to issue a Bench Warrant for the arrest of said defendant.

Dated this ___30th___ day of May, 2001.

**DIANNE BARKER HARROLD, District Attorney**

BY: REDACTED
      Assistant District Attorney

WITNESSES:

Emmett Daniels, c/o Probation & Parole, Sallisaw, OK
Derek Brown, ███████████████ Sallisaw, OK
Rocky Gaither, ████████████ Sallisaw, OK
Dustin Walters, ████████████ Sallisaw, OK
Leri Kay ████████████ Sallisaw, OK
Debbie Carter, ████████ , Sallisaw, OK

## FINDING OF PROBABLE CAUSE

The Undersigned Judge of the District Court, upon the above application hereby determines there to be probable cause for the issuance of a Bench Warrant and so orders.

Dated this ___30th___ day of ___May___ , 200__.
Bond set at $ _10,000.00_

             JUDGE OF THE DISTRICT COURT

**BENCH WARRANT--After Conviction**

ISSUED
6/5/01

| STATE OF OKLAHOMA, | ) | |
|---|---|---|
| Sequoyah County, | ) | **IN DISTRICT COURT** |

| THE STATE OF OKLAHOMA | ) | |
|---|---|---|
| VS. | ) | No.CF-98-363 |
| CHARLES E. SANDERS | ) | |
| ██████████████ | ) | |
| SALLISAW, OKLAHOMA 74955 | ) | |
| ████1966 ████9539 | ) | **BOND: $10,000** |

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**CHARLES E.  SANDERS** having been on the 9TH DAY OF DECEMBER, 1999, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :UTTERING A FORGED INSTRUMENT, **APPLICATION TO REVOKE SUSPENDED SENTENCE**

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **CHARLES E.  SANDERS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 5TH DAY OF JUNE, 2001. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: *Dara Allen*
                                                        **DEPUTY**

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

S H E R I F F ' S    R E T U R N

RECEIVED the within Writ on the _____ day of _____, 199____, at _____o'clock _____M., and executed on the _____day of _____, 199____, at _____o'clock _____M. by _____

_____

Dated this _____day of _____199____.

_____
SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY:_____
**REDACTED**                                        DEPUTY

**ISSUED**
6/5/01

## BENCH WARRANT--After Conviction

| | | |
|---|---|---|
| **STATE OF OKLAHOMA,** | ) | |
| **Sequoyah County,** | ) | IN DISTRICT COURT, OKLAHOMA |
| | | SEQUOYAH COUNTY, OKLAHOMA |
| THE STATE OF OKLAHOMA | ) | FILED |
| VS. | ) | IN DISTRICT COURT |
| CHARLES E. SANDERS | ) | No.CF-98-363   JUN 13 2001 |
| ███████████████ | ) | |
| SALLISAW, OKLAHOMA 74955 | ) | BERNELL EDWARDS, COURT CLERK |
| ███ 966 ███ 9539 | ) | BY _____ DEPUTY |
| | | **BOND: $10,000** |

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**CHARLES E. SANDERS** having been on the 9TH DAY OF DECEMBER, 1999, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :UTTERING A FORGED INSTRUMENT, **APPLICATION TO REVOKE SUSPENDED SENTENCE**

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **CHARLES E. SANDERS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 5TH DAY OF JUNE, 2001. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: _Dara Allen_
                                    DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

### SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____, 199____, at _____ o'clock _____ M., and executed on the _____ day of _____, 199____, at _____ o'clock _____ M. by _____

Dated this _____ day of _____ 199____.

SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY: _Cecil Duty_
                                    DEPUTY

**REDACTED**

## WARRANT CLEARANCE

WARRANT # _CF90-363_

WARRANT NAME _Charles E. Sanders_

DATE & TIME CLEARED _6/12/01    1654_

WARRANT CLEARED BY:

ARREST __X__    OFFICER SERVING _Cecil Duty_

AGENCY _SCSO_

CANCEL_____    OFFICIAL DIRECTING WARRANT CANCELLATION

_____

WAS WARRANT PULLED FROM FILE?    (YES)    NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT MARKED OFF BOOK?    (YES)    NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT CANCELLED FROM NCIC?    YES    (NO)

IF NO, EXPLAIN WHY NOT_____ _Not entered_

WAS WARRANT REMOVED FROM HOLDS BOOK?    YES    (NO)

IF NO, EXPLAIN WHY NOT_____ _No hold_

SHERIFF'S OFFICE EMPLOYEE SIGNATURE _Amy Nelson_

NOTE:   AFTER COMPLETING THIS FORM, STAPLE THIS FORM BACK TO BACK WITH THE WARRANT AND PLACE IN THE FOLDER MARKED "SEND TO COURT CLERK." ONLY USE THIS FORM TO CLEAR SEQUOYAH COUNTY WARRANTS. REDACTED

USE ONE FORM FOR EACH WARRANT CLEARED.

ISSUED
8/23/01

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 23 2001

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

THE STATE OF OKLAHOMA,                )
                 Plaintiff,           )
                                      )
vs.                                   )        No. CF-98-363
                                      )
CHARLES E. SANDERS                    )
                 Defendant.           )

## ORDER REVOKING SUSPENDED SENTENCE

NOW, on this 23rd day of August, 2001, the above styled case comes on for hearing on the State's Application to Revoke Suspended Sentence. The State is present by Assistant District Attorney, Rob Cowan, the defendant is present and represented by the attorney of record, . Monte Johnson.

The Court finds that on the 9th day of December, 1999, the said defendant was found guilty of the crime of UTTERING A FORGED INSTRUMENT, and sentenced to a term of TWENTY (20) years with the direction of the Department of Corrections, and of said sentence TWENTY (20) years was suspended pending the defendant's good behavior.

The Court finds that on the 31st day of May, 2001, the State filed an Application to Revoke Suspended Sentence based on violations of the defendant's Rules and Conditions of Probation. The Court further finds the defendant did, in fact, violate the rules and conditions as alleged in the State's Application.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the suspended sentence is revoked in full with the defendant to attend the Last Stop Program with said balance to be suspended upon successful completion thereof. The Sheriff of Sequoyah County shall deliver said defendant to the Department of Corrections and leave therewith a copy of this Order of Judgment and Sentence to serve as a warrant and authority for the revocation of said defendant as provided herein. The second copy of the Order to be warrant and authority of said Sheriff for the transportation and imprisonment of said defendant as herein before provided. The Sheriff to make due return to the Clerk of this Court, with his procedure endorsed thereon. *Defendant to turn himself in to Seq County Jail on Aug 30, 01 at Noon.*

REDACTED JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 2 8 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
### STATE OF OKLAHOMA

|  |  |  |
|---|---|---|
| THE STATE OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CF-98-363 |
| | ) | |
| CHARLES E. SANDERS | ) | |
| Defendant. | ) | |

## NUNC PRO TUNC
## ORDER REVOKING SUSPENDED SENTENCE

NOW, on this **28** day of ~~January~~ *March*, 2002, the above styled case comes on for hearing on the State's Application to Revoke Suspended Sentence. The State is present by Assistant District Attorney, Rob Cowan, the defendant is present and represented by the attorney of record, . Monte Johnson.

The Court finds that on the 9th day of December, 1999, the said defendant was found guilty of the crime of UTTERING A FORGED INSTRUMENT and sentenced to a term of TWENTY (20) years with the direction of the Department of Corrections, and of said sentence TWENTY (20) years was suspended pending the defendant's good behavior.

The Court finds that on the 31st day of May, 2001, the State filed an Application to Revoke Suspended Sentence based on violations of the defendant's Rules and Conditions of Probation. The Court further finds the defendant did, in fact, violate the rules and conditions as alleged in the State's Application.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the suspended sentence is revoked in full and shall run concurrently with CF-98-346 with the defendant to attend the Last Stop Program or similar program with said balance to be suspended upon successful completion thereof. The Sheriff of Sequoyah County shall deliver said defendant to the Department of Corrections and leave therewith a copy of this Order of Judgment and Sentence to serve as a warrant and authority for the revocation of said defendant as provided herein. The second copy of the Order to be warrant and authority of said Sheriff for the transportation and imprisonment of said defendant as herein before provided. The Sheriff to make due return to the Clerk of this Court, with his procedure endorsed thereon.

REDACTED

_____
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA STATE OF
OKLAHOMA                                    CASE NO. CF-98-363
                                                    CF-98-346
VS.                                                 CF-99-562

                                                    J&S date 08-28-01

Sanders, Charles

DEFENDANT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 1 8 2002

BERNELL EDWARDS, COURT CLERK
BY_____
                    DEPUTY

STATEMENT OF JAIL TIME

PRISONER WAS ARRESTED ON DATE OR DATES AS FOLLOWS: See below

PRISONER REMAINED IN JAIL ___279___ DAYS BEFORE JUDGEMENT AND
SENTENCING.

PRISONER REMAINED IN JAIL ____2____ DAYS AFTER JUDGEMENT AND
SENTENCING.

_Jamie Fulcher_____

SEQUOYAH COUNTY SHERIFF'S DEPARTMENT

04-15-98 thru 04-15-98 = 1 day
~~09-17-98 to thru~~ 09-18-98 = 1 day
11-16-98 thru 02-01-99 = 78
06-22-99 thru 06-23-99 = 1 day
09-30-98 thru 09-30-98 = 1 day
10-22-99 thru 12-09-99 = 49 days
05-20-00 thru 08-13-00 = 86 days
05-27-01 thru ~~10-25~~ 08-29-01 = 64

**REDACTED**

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
   Plaintiff

vs.

CHARLES EDMOND SANDERS

SALLISAW, OK  74955
    Defendant
  SS#: ████9539
  DOB: ████1966

)
)
)
)
)
)
)
)
)
)

Case No. CF-01-00314
    CF-98-00346
    CF-98-00363
    CF-99-00562

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**OCT - 9 2002**

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 10/09/02

RULE 8 HEARING BRIAN MORTON
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____$100.00 on or before 11-09-20 02 and

then  100.00  per month on or before the  9  day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 11-09-20 _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $536.80

REDACTED

X _____
  Defendant

_____
DENNIS M. SPROUSE
Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,  )
        Plaintiff  )
vs.  )    Case No. CF-01-00314
CHARLES EDMOND SANDERS  )           CF-98-00346
 )           CF-98-00363
 )           CF-99-00562
SALLISAW, OK  74955  )
        Defendant  )
  SS#:     9539
  DOB:     1966

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 1 4 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 08/14/02       RULE 8 HEARING STEVE BARNES
               (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $536.80 on or before 10-30-20 02 and

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 10-30-20 _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $536.80

X _____   REDACTED  DENNIS M. SPROUSE
      Defendant             Judge of the District Court
Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

ISSUED
3-15-04

**BENCH WARRANT – After Conviction**

| | |
|---|---|
| **STATE OF OKLAHOMA**<br>**Sequoyah County,**<br>**THE STATE OF OKLAHOMA**<br>**VS.**<br>**CHARLES EDMOND SANDERS** | **IN DISTRICT COURT**<br><br>**CF-98-00363** |

**SALLISAW, OK 74955**

██66 ██9539                                                        **BOND - $10,000**

THE STATE OF OKLAHOMA
To any Sheriff or Policeman of the State of Oklahoma – Greeting:

**CHARLES EDMOND SANDERS** having been on the 9th day of December, 1999 duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of : UTTERING A FORGED INSTRUMENT / APPLICATION TO REVOKE OR APPLICATION TO IMPOSE JUDGMENT AND SENTENCE

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above – named
**CHARLES EDMOND SANDERS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this Monday, March 15, 2004.  By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: _Robin Hickman_____
                                                            **Deputy**

**WILL ONLY EXTRIDIATE FROM SURROUNDING STATES**

**SHERIFF'S RETURN**

RECEIVED the Writ on the _____ day of _____, 20___, at _____ o'clock ___a.m. by _____

——————————————————REDACTED——————————————————

Dated this _____ day of _____ 20___.

_____
SHERIFF OF SEQUOYAH COUNTY, OK

BY:_____

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

THE STATE OF OKLAHOMA, )
              Plaintiff, )
vs. )
               )
CHARLES E. SANDERS, )
           Defendant. )

No. CF-98-363

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 12 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

## SECOND APPLICATION TO REVOKE SUSPENDED SENTENCE

COMES NOW, Richard L. Gray, the duly elected, qualified, and acting District Attorney of Sequoyah County, and states to the Court that on the 9th day of December, 1999, the said Defendant entered his/her plea of guilty in the above entitled case, in the District Court of Sequoyah County, Oklahoma, to the charge of: UTTERING A FORGED INSTRUMENT , as set out in the Information on file in this cause and the said defendant was sentenced to serve a term of TWENTY (20) years, under the Supervision of the Department of Correction, which sentence the Court suspended during the good behavior of said defendant. Further that on the 31st day of May, 2001 the State of Oklahoma filed its Application to Revoke Suspended Sentence. That on the 23rd day of August, 2001, Defendant was found guilty of violating the rules and conditions of probation and the suspended sentence was revoked, with Defendant to successfully complete the Last Stop or similar program, at which time the balance of said sentence would be suspended.

Thereafter, the defendant violated the rules and conditions of probation as imposed by the Court in the following manner:

**Rule #9**: by violating city, state or federal law, and being cited for Burglary, 2nd degree in Sequoyah County Case CF-04-19.

WHEREFORE, applicant prays that the Court set a date for hearing this application and that the suspension clause in said Judgment and Sentence be carried out in full, according to its terms. That the Court direct the Court Clerk of Sequoyah County, Oklahoma, to issue a Bench Warrant for the arrest of said defendant.

Dated this _11TH_ day of , 2004.

RICHARD L. GRAY, District Attorney

BY: REDACTED
Assistant District Attorney

WITNESSES:
Chief Gary Philpot, Sallisaw PD
Sam Pinson, State Fire Marshall
Sally Jackson_____Sallisaw, OK 74955
Wung Mei Fung,_____ Sallisaw, OK
Hui Hui Zheng_____Sallisaw, OK

## FINDING OF PROBABLE CAUSE

The Undersigned Judge of the District Court, upon the above application hereby determines there to be probable cause for the issuance of a Bench Warrant and so orders.

Dated this _11TH_ day of _March_, 2004
Bond set at $ _10,000_

JUDGE OF THE DISTRICT COURT

**BENCH WARRANT – After Conviction**

**ISSUED**

3-15-04

**STATE OF OKLAHOMA**
**Sequoyah County,**
**THE STATE OF OKLAHOMA**
          **VS.**
**CHARLES EDMOND SANDERS**

**SALLISAW, OK 74955**

 66 ▮ 9539

**IN DISTRICT COURT**

**CF-98-00363**

**BOND - $10,000**

THE STATE OF OKLAHOMA
To any Sheriff or Policeman of the State of Oklahoma – Greeting:

**CHARLES EDMOND SANDERS** having been on the 9th day of December, 1999 duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of : UTTERING A FORGED INSTRUMENT / APPLICATION TO REVOKE OR APPLICATION TO IMPOSE JUDGMENT AND SENTENCE

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above – named
**CHARLES EDMOND SANDERS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this Monday, March 15, 2004. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: _Robin Hickman_
**Deputy**

**WILL ONLY EXTRIDIATE FROM SURROUNDING STATES**

SHERIFF'S RETURN

RECEIVED the Writ on the _____ day of _____, 20___, at _____ o'clock ___a.m. by _____

————————————————— REDACTED —————————————————

Dated this _____ day of _____ 20___.

_____
SHERIFF OF SEQUOYAH COUNTY, OK

BY: _____

Sequoyah County
Warrant Clearance

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

Warrant Number: *CP 98-00363*                    APR. 0 5 2004

BERNELL EDWARDS, COURT CLERK

Warrant Name: *CHARles EDmond Sanders*        BY_____ DEPUTY

Date & Time Cleared: *03/31/04 17:15*

Warrant Cleared By:

Arrest ✓ Officer Serving: *Chris Grizzle*

Agency: *Seq. Co.*        Badge Number: *825*

Cancel_____ Official Directing Warrant Cancelation_____

Was warrant pulled from file?        (Yes)        No

If no explain:_____

Was warrant marked off warrant book and data base?    (Yes)        No

If no explain:_____

Was warrant cleared from NCIC?        (Yes)        Not entered

Was warrant removed from holds book?        Yes        (No hold placed)

Sheriff's office employee signature:_____

Note:    After completing this form staple to the back of warrant signed by arresting officer and place in folder
marked
        *Court Clerk*. Use this form only to clear warrants issued by *Sequoyah County*. Every warrant must be
cleared
        on a seperate form.        **REDACTED**

**IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 1 7 2004

BRANELL EDWARDS, COURT CLERK
BY_____DEPUTY

| | |
|---|---|
| THE STATE OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| vs. | ) No. CF-98-363 |
| | ) |
| CHARLES E. SANDERS, | ) |
| Defendant. | ) |

**AMENDED
SECOND APPLICATION TO REVOKE SUSPENDED SENTENCE**

COMES NOW, Richard L. Gray, the duly elected, qualified, and acting District Attorney of Sequoyah County, and states to the Court that on the 9th day of December, 1999, the said Defendant entered his/her plea of guilty in the above entitled case, in the District Court of Sequoyah County, Oklahoma, to the charge of: UTTERING A FORGED INSTRUMENT , as set out in the Information on file in this cause and the said defendant was sentenced to serve a term of TWENTY (20)  years, under the Supervision of the Department of Correction, which sentence the Court suspended during the good behavior of said defendant.  Further that on the 31st day of May, 2001 the State of Oklahoma filed its Application to Revoke Suspended Sentence.  That on the 23rd day of August, 2001, Defendant was found guilty of violating the rules and conditions of probation and the suspended sentence was revoked, with Defendant to successfully complete the Last Stop or similar program, at which time the balance of said sentence would be suspended.

Thereafter, the defendant violated the rules and conditions of probation as imposed by the Court in the following manner:

**Rule #9**: by violating city, state or federal law, and being cited for Burglary, 2nd degree, Arson 2nd degree; Knowingly Concealing Stolen Property, and Feloniously Carrying Firearm in Sequoyah County Case CF-04-19.

WHEREFORE, applicant prays that the Court set a date for hearing this application and that the suspension clause in said Judgment and Sentence be carried out in full, according to its terms.  That the Court direct the Court Clerk of Sequoyah County, Oklahoma, to issue a Bench Warrant for the arrest of said defendant.

Dated this _17th_____ day of June, 2004.

RICHARD L. GRAY, District Attorney

BY: ____REDACTED_____
Assistant District Attorney

WITNESSES:
Chief Gary Philpot, Sallisaw PD
Sam Pinson, State Fire Marshall
Sally Jackson, ███████Sallisaw, OK 74955
Wung Mei Fung, ████████████████ Sallisaw, OK
Hui Hui Zheng, █████████████████ Sallisaw, OK

**SUBPOENA**

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH CO
FILED
IN DISTRICT COURT

STATE OF OKLAHOMA,
Plaintiff,

VS.

No. CF-04-19
CF-98-363
CF-99-562
CF-98-346
PRELIMINARY HEARING/APP TO REVOKE

JUL 2 6 2004

BERNELL EDWARDS, COUNT CLERK
BY_____DEPUTY

CHARLES "MONK" SANDERS

Defendant,

TO:   CHIEF GARY PHILPOT SALLISAW P.D.
SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23RD ST. SUITE 4, OKLAHOMA CITY, OK
SALLY JACKSON ▮▮▮▮▮▮ SALLISAW, OK
WUNG MEI FUNG, C/O▮▮▮▮▮▮▮▮▮▮ SALLISAW, OK
HUI HUI ZHENG C/O▮▮▮▮▮▮▮▮▮▮ SALLISAW, OK
DET JOHN OWENS SALLISAW P.D.

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **29th day of July, 2004, at the hour of 1:30 o'clock P. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES "MONK" SANDERS,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

HEREOF FAIL NOT, under penalty of law.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 26th day of JULY, 2004.

BERNELL EDWARDS, COURT CLERK

By_____ Hickman
Deputy

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE <u>AND</u> PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

**SHERIFF'S RETURN**

Received this Writ this _____day of _____, 20___, _____o'clock
___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____day of_____, 20___,; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____
_____By_____
_____20_____. I cannot find the within named
_____in my county.

JOHNNY PHILPOT, SHERIFF

By_____
Deputy

Mileage_____miles

# Sheriff's Return

SEQUOYAH COUNTY, OKLAHOMA
FILED
DISTRICT COURT

## State of Oklahoma, County of Sequoyah

Case #  CF-04-19   CF-98-346
CF-96-363
CF-99-562

**AUG 1 0 2004**

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

I certify that I received the foregoing summons on the ___26___ day of ___July___,20_04_, and that I delivered, or attempted delivery of the said summons as shown below to each party named for service request.

| Name of Person To be served | service address | served? yes or no | Date & Time of service or Attempt | |
|---|---|---|---|---|
| Sally Jackson | | No | 07 28 04 | 07-29-04 |
| Wung Mei Fung | | Yes | 07-27-04 | |
| Hui Hui ZHeng | | Yes | 07-27-04 | |

I certify that on _____, I served_____ By leaving a copy of said summons with a copy of the petition attached at _____ which is his/her place of residence.

I certify that on _____, I served_____ by leaving a copy of said summons with a copy of the petition attached at _____ with_____, a member of his/her family over fifteen (15) years of age.

Dated on the __08__ day of __August__,20_04_.
J.W. Philpot, Sheriff of Sequoyah County

By:_____#825, Deputy Sheriff
Sequoyah County, Oklahoma

**REDACTED**

**SUBPOENA**

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
          Plaintiff,

                                        No. CF-04-19
VS.                                        CF-98-363
                                           CF-99-562
                                           CF-98-346
CHARLES "MONK" SANDERS          PRELIMINARY HEARING/APP TO REVOKE

          Defendant,

TO:  CHIEF GARY PHILPOT SALLISAW P.D.
     SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23RD ST. SUITE 4, OKLAHOMA CITY, OK
     SALLY JACKSON ▮▮▮▮▮▮▮▮▮▮▮SALLISAW, OK ▮▮▮▮▮
     WUNG MEI FUNG, C/O ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮SALLISAW, OK
     HUI HUI ZHENG C/O ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮SALLISAW, OK
     DET JOHN OWENS SALLISAW P.D.

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the  **29th day of July, 2004, at the hour of 1:30 o'clock P. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and  **CHARLES "MONK" SANDERS,**  is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

          HEREOF FAIL NOT, under penalty of law.

          IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 26th day of JULY, 2004.

                                        BERNELL EDWARDS, COURT CLERK

                                        By ~~Robin Hickman~~
                                                  Deputy

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE **AND** PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

**SHERIFF'S RETURN** REDACTED

          Received this Writ this _____ day of _____, 20___, _____o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____day of _____, 20___; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____
_____By_____
_____
_____20_____. I cannot find the within named
_____in my county.

                                        JOHNNY PHILPOT, SHERIFF

                              By_____
                                        Deputy

                              Mileage_____miles

07-26-04

## SUBPOENA
### IN THE DISTRICT COURT OF SEQUOYAH COUNTY
### STATE OF OKLAHOMA

STATE OF OKLAHOMA,
Plaintiff,

VS.

No. CF-04-19
CF-98-363
CF-99-562
CF-98-346
PRELIMINARY HEARING/APP TO REVOKE

CHARLES "MONK" SANDERS

Defendant,

TO:  ~~CHIEF GARY PHILPOT SALLISAW P.D.~~
~~SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23RD ST. SUITE 4, OKLAHOMA CITY, OK~~ 07-28-04 No 0729-04 No
SALLY JACKSON █████████████  SALLISAW, OK
WUNG MEI FUNG, C/O █████████████ SALLISAW, OK 07-27-04 Yes
HUI HUI ZHENG C/O █████████████ SALLISAW, OK 07-27-04 yes
~~DET JOHN OWENS SALLISAW P.D.~~

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the __29th day of July, 2004, at the hour of 1:30 o'clock P. M.__ to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and __CHARLES "MONK" SANDERS,__ is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

HEREOF FAIL NOT, under penalty of law.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 26th day of JULY, 2004.

BERNELL EDWARDS, COURT CLERK

By _Robin Hickman_
Deputy

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

### SHERIFF'S RETURN **REDACTED**

Received this Writ this _____ day of _____, 20___, _____ o'clock
___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____
_____ By_____
_____
_____, _____20_____. I cannot find the within named
_____in my county.

JOHNNY PHILPOT, SHERIFF

By_____
Deputy

Mileage_____miles

## SUBPOENA

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 3 0 2004

STATE OF OKLAHOMA,

Plaintiff,

No. CF-04-19

CF-98-363

CF-99-562

CF-98-346

PRELIMINARY HEARING

APPLICATION TO REVOKE

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

VS.

CHARLES "MONK" SANDERS.

Defendant,

TO: CHIEF GARY PHILPOT SALLISAW P.D.

AGENT SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23RD SUITE 4, OK. CITY, OK

SALLY JACKSON ███████████ SALLISAW, OK

WUNG MEI FUNG C/O ███████████ SALLISAW, OK

HUI HUI ZHENG C/O ███████████ SALLISAW, OK

DET. JOHN OWENS SALLISAW P.D.

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **2ND day of SEPTEMBER, 2004, at the hour of 1:30 o'clock P. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES SANDERS,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

HEREOF FAIL NOT, under penalty of law.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 27TH day of AUGUST, 2004.

BERNELL EDWARDS, COURT CLERK

By_____

Deputy

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE **AND** PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

SHERIFF'S RETURN **REDACTED**

Received this Writ this _____ day of _____, 20___, _____ o'clock ___.M., _____, 20___; served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____

_____By_____

_____20_____. I cannot find the within named

_____in my county.

JOHNNY PHILPOT, SHERIFF

By_____

Deputy

Mileage_____miles

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 17 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| THE STATE OF OKLAHOMA, )<br>Plaintiff, )<br><br>vs. )<br><br>CHARLES E. SANDERS, )<br>DOB: ██66, SS#: ██9539 )<br>Defendant. ) | No. CF-98-363 |

### ORDER REVOKING SUSPENDED SENTENCE

NOW, on this 18th   day of November, 2004, the above styled case comes on for hearing on the State's Application to Revoke Suspended Sentence. The State is present by Assistant District Attorney, Jeff Sheridan, the defendant is present and represented by the attorney of record, John Sawney.

The Court finds that on the 9th  day of December, 1999, the said defendant was found guilty of the crime of UTTERING A FORGED INSTRUMENT and sentenced to a term of TWENTY (20) years with the direction of the Department of Corrections, and of said sentence TWENTY (20)  years was suspended pending the defendant's good behavior. That on the 31st day of May, 2001, the State of Oklahoma filed its Application to Revoke Suspended Sentence and on the 23rd day of August, 2001 Defendant was found guilty of violating the rules and conditions of probation. Said suspended sentence was revoked, with Defendant to successfully complete the Last Stop or similar program, at which time the balance of said sentence would be suspended.

The Court finds that on the 17th  day of June, 2004,  the State filed a Second Application to Revoke Suspended Sentence based on violations of the defendant's Rules and Conditions of Probation. The Court further finds the defendant did, in fact, violate the rules and conditions as alleged in the State's Application.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that FIVE (5) YEARS of the suspended sentence is revoked, with balance to be suspended upon successful completion of Key to Life or similar program, to run concurrent with CF-98-346; CF-99-562, CF-04-19 and CF-03-124, and the Sheriff of Sequoyah County shall deliver said defendant to the Department of Corrections and leave therewith a copy of this Order of Judgment and Sentence to serve as a warrant and authority for the revocation of said defendant as provided herein. The second copy of the Order to be warrant and authority of said Sheriff for the transportation and imprisonment of said defendant as herein before provided. The Sheriff to make due return to the Clerk of this Court, with his procedure endorsed thereon.

_____
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 1 3 2004

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

## ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, First, Middle, suffix (please print or type) (show alias) ▮▮▮▮ lelp

Sanders, Charles Edmond    ▮▮▮▮▮ 9539

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| Booking # 2004-03181 | Sent to State Prison | Hold for Tulsa County |
| warrant #'s CF-04-14 | | Hold for Tulsa County (App. to revoke) |
| CF-03-365 | | Hold for Tulsa Co. (FTA) |
| CF-99-00562 | | Merrills Bonding Surrender |
| CF-03-124 | | Knowingly concealing stolen property |
| CF-98-00363 | | Application to Revoke |
| CF-98-00346 | | Surrendered by Hamilton/Morgan |
| | | Burglary 2nd Degree |
| | | Uttering A forged Instrument |
| | | Application to revoke |
| | | Possession of controlled dangerous substance |
| | | Application to revoke |
| | | Hold for DOC |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the __11__ day of __December__, 20 __04__.

_Amanda Hughes_
Signature

**AUTHORIZED BY**

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

_Ron Jordan_
JUDGE OF THE DISTRICT COURT

**REDACTED**

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

CF·99-562  CF·98·363
CF·98·346 CF·2004·19

STATE OF OKLAHOMA

VS.

*Charles Edmond Sanders*
**DEFENDANT**

CASE NO._____ CF·03·124

J & S DATE: NOV 17.- 2004

## STATEMENT OF JAIL TIME

**PRISONER WAS ARRESTED ON DATES:**  10·22·99 – 12·09·99 / 8·23·01 – 10·25·01
3·13·03 – 4·02·03 / 1·16·04 – 1·21·04
3·31·04 – 12·10·04

**PRISONER REMAINED IN JAIL** 372 **DAYS BEFORE JUDGEMENT AND SENTENCE.**

**PRISONER REMAINED IN JAIL** 23 **DAYS AFTER JUDGEMENT AND SENTENCE.**

**TOTAL DAY'S OF JAIL TIME** 395

_____  *Christine Calbert*
**SEQUOYAH COUNTY CRIMINAL JUSTICE AUTHORITY**
12·28·2004

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 2 8 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

**REDACTED**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN THE DISTRICT COURT OF )
SEQUOYAH COUNTY )
STATE OF OKLAHOMA )
NOV 2 0 2005 )
)
BERNELL EDWARDS, COURT CLERK )
BY_____ DEPUTY

Defendant CHARLES EDMOND "MONK" SANDERS

Case No. CF-05-406
CF-03-124  CF-97-562 - CF-98-363

Date ___NOVEMBER 17, 2005___ CF-98-346

## RULES AND CONDITIONS OF PROBATION

1. I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general state of my environment and progress.

2. I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I will understand that I am not to go into or loiter around beer taverns or pool halls.

3. I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4. I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5. I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6. I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7. I understand that it will be a violation of my probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or any representative thereof.

8. I understand that I must support myself and all my dependents without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9. I will refrain from violation of any City, State or Federal law.

10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion exists in their mind.

14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within the eighteen months.

15. **SPECIAL CONDITIONS:** The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, OSBI lab fees) of $_____ within _____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of _____, 20____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*

( ) Defendant is to pay restitution through the District Attorney's office as set out in Exhibit "A" attached, the sum of $_____.

**REDACTED**

16. Defendant to report to DOC Probation & Parole Office within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

Attorney for Defendant

_____
JUDGE OF THE DISTRICT COURT

Probationer

Defendant's Mailing Address:

_____

_____

_____

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 2 3 2005

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,        )
      Plaintiff,              )
                           )
                           )
vs.                           )        No. CF-98-363
                           )
CHARLES E. SANDERS,           )
DOB: ███/66, SS#: ███9539     )
      Defendant.              )

**AMENDED**
## ORDER REVOKING SUSPENDED SENTENCE

NOW, on this 17th day of November, 2005, the above styled case comes on for hearing on the State's Application to Revoke Suspended Sentence. The State is present by Assistant District Attorney, Jeff Sheridan, the defendant is present and represented by the attorney of record, John Sawney.

The Court finds that on the 9th day of December, 1999, the said defendant was found guilty of the crime of UTTERING A FORGED INSTRUMENT and sentenced to a term of TWENTY (20) years with the direction of the Department of Corrections, and of said sentence TWENTY (20) years was suspended pending the defendant's good behavior. That on the 31st day of May, 2001, the State of Oklahoma filed its Application to Revoke Suspended Sentence and on the 23rd day of August, 2001 Defendant was found guilty of violating the rules and conditions of probation. Said suspended sentence was revoked, with Defendant to successfully complete the Last Stop or similar program, at which time the balance of said sentence would be suspended.

The Court finds that on the 17th day of June, 2004, the State filed a Second Application to Revoke Suspended Sentence based on violations of the defendant's Rules and Conditions of Probation. The Court further finds the defendant did, in fact, violate the rules and conditions as alleged in the State's Application.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that said sentence remain suspended pursuant to the rules and conditions of probation and to run concurrent with CF-98-346; CF-99-562, CF-04-19 and CF-03-124.

REDACTED
_____
JUDGE OF THE DISTRICT COURT

## DISTRICT COURT OF MUSKOGEE, WAGONER, CHEROKEE
## AND SEQUOYAH COUNTIES

SEQUOYAH COUNTY, OKLAHOMA
FILED

FIFTEENTH JUDICIAL DISTRICT        IN DISTRICT COURT

(ORDER)                                APR 0 3 2006

BERNELL EDWARDS, COURT CLERK

BY _____ DEPUTY

C7- 04-19
C7- 03-124
C7- 99- 562
C7- 98- 346

DATE: 3-29-06

DEFENDANT: Sanders, Charles            CASE NUMBER: C7-98-363

CHARGE: Burglary 2nd

SENTENCE DATE: 11-17-05                 EXPIRATION DATE: 11-16-30

THE DEPARTMENT OF CORRECTIONS IS HEREBY RELIEVED FROM FURTHER ACTIVE SUPERVISION OF THIS DEFENDANT IN THIS PARTICULAR CASE.

_____

JUDGE OF DISTICT COURT    Garrett

* Per plea agreement with the feds. banish from Sequoyah county.

**REDACTED**

SANDERS, CHARLES E.

Marble City,OK
DOB:     66  SS#        9539
White Male

CF-98-363

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

# WARRANT

OCT 2 1998

STATE OF OKLAHOMA,
COUNTY OF SEQUOYAH—ss.

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

THE STATE OF OKLAHOMA, to any Sheriff, Constable, Marshal or Policeman in the above named County and State:

Information upon oath having been this day laid before me that the crime of _____

___UTTERING A FORGED INSTRUMENT_____ has been committed, and

accusing ___Charles E.Sanders_____ thereof.

You are therefore commanded forthwith to arrest the above named _Charles E. Sanders_____

and bring h_im__ before me at ___Sequoyah County Courthouse_____

or, in the case of my absence or inability to act, before the nearest or most accessible magistrate in this county.

Dated at _Sallisaw_____, this _____29_____ day of _September_____, 19_98__.

_____
Judge of the District Court.

The Defendant is to be admitted
to bail in the amount of $5,000.00

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH—ss:

I, _____

in and for the above named county, hereby certify that I have served the within warrant upon the within

named at _____ in the County of _____, said State of Oklahoma, by then

and there taking h _____ into possession, and then I carried h _____ before _____

for the purpose of making bond, and upon h_____

_____

**FEES FOR SERVICE**

For serving Warrant — — — — $_____
For mileage — — — — — — — $_____
For committing to jail — — — $_____
For making bond — — — — — $_____
         TOTAL — — — — — $_____

By _____ Deputy

No._____

**WARRANT**

THE STATE OF OKLAHOMA

vs.

Defendant

Returned and filed this _____ day of _____, 19____

Judge of the District Court.