**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 162**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

**INFORMATION**
==========================================================================

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA            )
     Plaintiff,            )
vs.                          )           No. CF-99- 562
                             )
CHARLES EDMOND SANDERS       )
DOB [REDACTED]/66 # [REDACTED]9539 )
    Defendant.              )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV - 3 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

## I N F O R M A T I O N

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that **CHARLES EDMOND SANDERS** did, in Sequoyah County, and in the State of Oklahoma, on the 22nd day of October, in the year of our Lord, One Thousand, Nine Hundred and Ninety-Nine and before the presentment hereof, commit the crime of

COUNT I: KNOWINGLY CONCEALING STOLEN PROPERTY-(FELONY) 21 O.S. 1713 That on the day and year, and in the County and State, aforesaid, CHARLES EDMOND SANDERS, did unlawfully, wilfully, knowingly, and feloniously conceal from Horseshoe Lounge, certain personal property of value, to-wit: checks on the account of Horseshoe Lounge, that had prior thereto been stolen from the said Horseshoe Lounge, the said defendant knowing or reasonably should have believed that said property was stolen did then and there unlawfully conceal and withhold said property from the owner thereof, with the felonious intent to deprive said owner thereof,

COUNT II: KNOWINGLY CONCEALING STOLEN PROPERTY-(FELONY) 21 O.S. 1713 That on the day and year, and in the County and State, aforesaid, CHARLES EDMOND SANDERS, did unlawfully, wilfully, knowingly, and feloniously conceal from Dortha Asbill, certain personal property of value, to-wit: checks belonging to Dortha Asbill, that had prior thereto been stolen from the said Dortha Asbill, the said defendant knowing or reasonably should have believed that said property was stolen did then and there unlawfully conceal and withhold said property from the owner thereof, with the felonious intent to deprive said owner thereof, REDACTED

COUNT III: KNOWINGLY CONCEALING STOLEN PROPERTY-(FELONY)21 O.S. 1713 That on the day and year, and in the County and State, aforesaid, CHARLES EDMOND SANDERS, did unlawfully, wilfully, knowingly, and feloniously conceal from JoNell McLaughlin, certain personal property of value, to-wit: checks and credit cards, that had prior thereto been stolen from the said JoNell McLaughlin, the said defendant knowing or reasonably should have believed that said property was stolen did then and there unlawfully conceal and withhold said property from the owner thereof, with the felonious intent to deprive said owner thereof,

COUNT III: UTTERING A FORGED INSTRUMENT-(FELONY) 21 O.S. 1592 CHARLES EDMOND SANDERS unlawfully, willfully, knowingly, fraudulently and feloniously with intent to defraud, utter and publish as true to one Dick's One Stop a certain instrument, to-wit: a check, which is in words and figures as follows: Check # 1665 in the amount of $10.00 drawn on the account of Dortha Asbill; that said defendant then and there knowing at the time that said written instrument was forged and counterfeited, and that the signature of Dortha Asbill to said

instrument was forged and counterfeited, but said defendant did then and there unlawfully, willfully, fraudulently and feloniously, utter and publish same with the felonious intent then and there on the part of said defendant to beat, cheat and defraud,

COUNT IV: POSSESSION OF SAWED OFF SHOTGUN-(FELONY)21 O.S. 1289.18(C) On the day and year in the County and State aforesaid, said CHARLES EDMOND SANDERS, did wilfully, feloniously and without lawful cause have in his possession a shotgun with a barrel length of less than 18 inches,

COUNT V: UNLAWFUL POSSESSION OF MARIHUANA-(MISD) 63 O.S. 2-402 That on the day and year and in the county and state aforesaid, said CHARLES EDMOND SANDERS did unlawfully, wilfully, knowingly, intentionally and wrongfully have in his possession and under his control MARIHUANA, said drug being classified as a controlled dangerous substance in Schedule I (C) of the Uniform Controlled Dangerous Substances Act of this State,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

By _____
Assistant District Attorney

STATE OF OKLAHOMA )
               ) ss.
COUNTY OF SEQUOYAH)
  Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____
Assistant District Attorney

      Subscribed and sworn to before me this __3rd__ day of November, 1999.

My Commission Expires:
__4/26/2003__

_____
NOTARY PUBLIC

WITNESSES:

**REDACTED**

Jeff Murray, Sallisaw PD
Rick Nicholson, Sallisaw PD
Charles Wiley, Sallisaw PD
Chemist, OSBI Lab, Tahlequah, OK
David Bethany, Sallisaw PD
Kelli Gwynn, ███████████ Sallisaw, OK
JoNell McLaughlin, ███████ Ft. Smith, AR
Dortha Asbill, ███████████ OK
Cashier, ███████████ Sallisaw, OK

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 0 8 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

INFORMATION
Page 2

| | |
|---|---|
| THE STATE OF OKLAHOMA,<br>            Plaintiff,<br><br>vs.<br><br>CHARLES EDMOND SANDERS,<br>            Defendant. | ) IN THE DISTRICT COURT OF<br>) SEQUOYAH COUNTY, STATE<br>) OF OKLAHOMA<br>) CASE NO. CF-99-562<br>)<br>)<br>)<br>) |

## FORMER CONVICTIONS

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES EDMOND SANDERS was heretofore on the 20th day of July, 1992, in Case No. CRF-92-91, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UNLAWFUL POSSESSION OF CONTROLLED DRUG, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES EDMOND SANDERS was heretofore on the 20th day of July, 1992, in Case No. CRF-90-144, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of SEXUAL BATTERY, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES EDMOND SANDERS was heretofore on the 20th day of July, 1992, in Case No. CRF-89-396, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UTTERING A FORGED INSTRUMENT, said defendant being represented by counsel, and said conviction having become a final judgment in the case,

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES EDMOND SANDERS was heretofore on the 1st day of December, 1994, in Case No. CF-93-772, in the District Court of Muskogee County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of ESCAPE FROM CONFINEMENT, said defendant being represented by counsel, and said conviction having become a final judgment in the case,

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES EDMOND SANDERS was heretofore on the 1st day of December, 1994, in Case No. CF-93-131, in the District Court of Muskogee County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of CARRYING WEAPON INTO JAIL, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

DIANNE BARKER HARROLD,
DISTRICT ATTORNEY

BY: _____
        Assistant District Attorney

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

_____State_____
Plaintiff

vs. _____Sandus_____
Defendant

CASE NO: CF 56 2

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 1 5 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

APPLICATION FOR APPOINTED COUNSEL
AND
AFFIDAVIT OF FINANCIAL INABILITY TO EMPLOY COUNSEL

I swear and affirm that I am the party in the above entitled action. I want an attorney to represent me in this case. I am financially unable to obtain the services of an attorney without causing substantial hardship to myself or to my family. The following information is true and is given and intended to be relied upon by the court and other persons or agencies in determining my eligibility for legal services to be furnished to me at public expense.

PLEASE FILL IN ALL SPACES BELOW AND SIGN YOUR NAME UNDER OATH IN FRONT OF THE JUDGE, A NOTARY OR THE COURT CLERK. IF A QUESTION DOES NOT APPLY TO YOU, PLEASE WRITE IN THE BLANK "DOES NOT APPLY".

I. GENERAL INFORMATION                          DATE: _____
NAME: Charlos Sandus
ADDRESS: ██████████
TELEPHONE: (918) ___          MESSAGE NUMBER: 775-████
SOCIAL SECURITY NO: ████ 9539 AGE: 33   DOB ████ 66
SINGLE ( ✓ ) MARRIED ( ) SEPARATED ( )
SPOUSE'S NAME: 0
ADDRESS: 0
TELEPONE: 0
HOW MANY PEOPLE ARE IN YOUR HOUSEHOLD? 1
NAME AND AGES: Charus Sandus

ARE YOU CLAIMED AS A DEPENDENT BY A PARENT OR GUARDIAN? YES ( ) NO ( )

II FAMILY INCOME
YOUR MONTHLY TAKE HOME PAY: 0          WEEKLY TAKE HOME PAY: 0
YOUR EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY)
_____
YOUR EMPLOYER'S PHONE NUMBER: 0
SPOUSE'S SALARY: 0
SPOUSE'S EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY
_____
SPOUSE'S EMPLOYER'S PHONE NUMBER: 0
IS ANY OTHER MEMBER OF YOUR HOUSEHOLD EMPLOYED? YES ( ) NO ( ✓ )
WHO? 0
WHERE? 0
SALARY? 0
DEPENDENT'S EMPLOYER: 0
OTHER SOURCE OF INCOME OR BENEFITS (INCLUDE INTEREST, DIVIDENDS, ROYALTIES, ETC.) 0
TOTAL FAMILY INCOME FOR PRECEDING MONTH WAS $ 0

III FAMILY ASSETS (WHAT YOU OWN LESS WHAT YOU OWE ON IT)
MONEY:
IN JAIL: _____ AT HOME: _____ . CHECKING: _____
SAVINGS: _____ SAFE DEPOSIT BOX _____ OTHER: _____
HOME OR OTHER REAL ESTATE VALUE: _____ JEWELRY VALUE: _____
AUTOMOBILES: MAKE AND VALUE _____ FURNITURE VALUE _____
MOTORCYCLES:    MAKE    AND    VALUE _____ TOOLS/EQUIPMENT
VALUE _____
NOTES, MORTGAGES AND TRUST DEEDS: _____ ANY DEBTS OWED TO THE DEF _____
OTHER ASSETS AND PROPERTY VALUE: _____
ARE YOU PARTY TO A SUIT (PROBATE, WORKER'S COMPENSATION, PERSONAL
INJURY) WHERE? · _____ JUDGMENT MAY BE EXPECTED? YES( ) NO( ) _____
NAME OF ATTORNEY? _____

IV EXPENSES AND DEBTS
RENT/HOUSE PAYMENT _____ CLOTHING _____ FOOD _____
DOCTOR/MEDICINE _____ UTILITIES _____ CAR PAYMENT _____
INSURANCE: _____ OTHER _____
TOTAL MONTHLY LIVING EXPENSES: _____
MORTGAGE/LANDLORD'S NAME: _____
MAJOR DEBTS: (list to whom and amount owed): _____

LIST THE PERSONS WHO ARE DEPENDENT ON YOU FOR SUPPORT. STATE YOUR
RELATIONSHIP TO EACH PERSON AND HOW MUCH YOU CONTRIBUTE MONTHLY TO THEIR
SUPPORT. _____

V. LAST EMPLOYMENT
WHEN DID YOU LAST WORK?: _____
WHO WAS YOUR EMPLOYER?: _____
SALARY: _____ HOW LONG DID YOU WORK THERE? _____
WHY DID YOU QUIT? _____

VI. THE FOLLOWING PEOPLE CAN VERIFY TO A LARGE EXTENT MY ABOVE MENTIONED
FINANCIAL SITUATION. GIVE NAME, ADDRESS AND PHONE NUMBER.
1. _____

2. _____

3. _____

REDACTED

VII. CHARGE AND BOND
CHARGE(S): FELONY _____ MISDEMEANOR _____ JUVENILE _____
ARRESTING AGENCY: CPI _____
CITY _____ COUNTY _____ STATE _____
HAS BOND BEEN POSTED? YES( ) NO( ) DID YOU USE A BONDSMAN? YES( ) NO( )
WHO PAID THE BONDSMAN? _____
AMOUNT OF BOND: _____ PREMIUM PAID TO BONDING CO: _____
IF YOU DID NOT USE A BONDSMAN, DID YOU POST A CASH _____ OR P.R. _____

LIST ANY DEFENDANTS CHARGES WITH YOU _____

VIII

1. HAVE YOU TRANSFERRED OR SOLD ANY ASSETS SINCE CHARGES WERE FILED IN THE CASE? YES ( ) NO ( ) IF SO, DESCRIBE THE BUYER AND THE AMOUNT RECEIVED.

_____

_____

2. HAVE YOU RETAINED COUNSEL IN THE CASE OR IN ANY OTHER PENDING CRIMINAL CASE? YES ( ✓ ) NO ( ) IF SO, STATE THE CASE NUMBER, COURT ATTORNEY AND AMOUNT PAID TO ATTORNEY FOR SERVICES: 97-397

3. DO YOU HAVE ANY FRIENDS OR RELATIVES WHO ARE ABLE AND WILLING TO ASSIST YOU IN HIRING COUNSEL AND PAYING FOR TRANSCRIPTS? YES ( ) NO ( ← ) IF SO, HAVE THOSE PERSONS BEE ASKED TO HELP? YES ( ✓ ) NO ( )

4. IF ANY FRIEND OR RELATIVE HAS GIVEN PREVIOUS FINANCIAL ASSISTANCE IN THIS CASE, BUT IS NO LONGER ABLE OR WILLING TO DO SO, AN AFFIDAVIT TO THAT EFFECT FROM THAT PERSON SHOULD BE ATTACHED. IS THAT AFFIDAVIT ATTACHED YES( ) NO( )

IX. NAMES OF THREE ATTORNEY'S YOU CONTACTED:

1. NAME: _Von  Barlar_
   WHEN DID YOU CONTACT THIS ATTORNEY? _Sd  Tend_
   HOW DID YOU CONTACT THIS ATTORNEY? _____
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( ✓ )
2. NAME: _Pew George_
   WHEN DID YOU CONTACT THIS ATTORNEY? _Said_
   HOW DID YOU CONTACT THIS ATTORNEY? _____
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( ✓ )
3. NAME: _Don Ratord_
   WHEN DID YOU CONTACT THIS ATTORNEY? _Sd Tend_
   HOW DID YOU CONTACT THIS ATTORNEY? _____
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( ✓ )

X. I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION I HAVE PROVIDED IS TRUE AND CORRECT. I UNDERSTAND THAT I MAY BE PROSECUTED FOR PROVIDING FALSE INFORMATION IN THIS APPLICATION AND AFFIDAVIT. I UNDERSTAND THAT I MUST INFORM THE OKLAHOMA INDIGENT DEFENSE SYSTEM OF ANY CHANGE IN MY FINANCIAL SITUATION THAT MAY CHANGE THE INFORMATION I HAVE PROVIDED. I FURTHER DECLARE THAT I HAVE CONTACTED THREE ATTORNEYS, LICENSED TO PRACTICE LAW IN THIS STATE, AND I AM WITHOUT FUNDS TO PAY AN ATTORNEY TO REPRESENT ME OR TO PAY FOR TRANSCRIPTS AND COST ASSOCIATED WITH THIS CASE.

DATED THIS _____ DAY OF _____ 19_____

DEFENDANT _Charles Serla_

LEGAL GUARDIAN _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____ 19_____

comm. exp._____

**REDACTED**

PUBLIC NOTARY OR CLERK OR JUDGE

I FIND THAT THE DEFENDANT IS UNABLE TO PAY THE APPLICATION FEE AND I HEREBY WAIVE THE FEE.

_____ JUDGE

APPOINTMENT OF INDIGENT DEFENSE COUNSEL
APPROVED _Ohr_ DENIED _____

## NOTICE

A copy of this APPLICATION AND AFFIDAVIT shall be sent to the prosecuting attorney or office of attorney general, whichever is applicable, for review and, upon request, the court shall hold a hearing to determine your eligibility for legal services to be furnished to you at public expense.

## IMPORTANT NOTICE

The court shall order you to pay the costs of your legal representation in total, or in installments. The court shall set the amount and due of each installment payment. The costs shall be paid to the court clerk in your county. The costs shall be a debt against you until paid and shall subject you to debt collection procedures as provided by law. The costs shall be deducted from any state income tax refund due you until the total costs are paid.

**REDACTED**

Sequoyah County Form CF-1                                Uniform Plea of Guilty — Summary of Facts

IN THE DISTRICT COURT OF SEQUOYAH COUNTY COUNTY, OKLAHOMA
THE STATE OF OKLAHOMA                  FILED
                                       IN DISTRICT COURT

STATE OF OKLAHOMA,                )
                                  )                    DEC 9 1999
                  Plaintiff       )
                                  )              BERNELL EDWARDS, COURT CLERK
vs.                               )              BY _____
                                  )              Case No. CF-99-562
*Charles Edmond Sanders*          )                      98-363
                      Defendant   )                      98-346
DOB ▮▮▮▮▮▮▮▮▮ 19 66               )                      98-128
SS# ▮▮▮▮▮▮▮ – 9539                )                      97-9

## SUMMARY OF FACTS FOR THE PLEA OF GUILTY

Part A: Finding of Fact, Acceptance of Plea                        Circle

1.  Is the name just read to you your true name?                    (YES)  NO
    If no, then what is your correct name? _____
    I have also been known by the name(s) _____
    _____

2.  (A)  Do you wish to have a record of these proceedings made by a Court Reporter ?    YES  (NO)

    (B)  Do you wish to waive your right to have a record of these proceedings made ?    (YES)  NO

3.  What is your age ? 33  What grade level in school have you completed ? GED

4.  Can you read and understand this form ? [If no, Addendum A must be completed and attached]   (YES)  NO

5.  Are you currently taking any medications or substances which affect your ability to understand   YES  (NO)
    these proceedings ?

6.  Have you been prescribed any medication which you are not taking ?                   YES  (NO)
    If yes, what medication are you not taking? ___ NO
    What is the purpose of the medication ? _____
    Why are you not taking the medication ? ___ REDACTED _____

7.  Have you ever been treated by a doctor or health professional for mental illness or confined in   YES  (NO)
    a hospital for mental illness ?
    If Yes, list doctor or health professional, place, and when treatment occurred:
    _____

8.  Do you understand the purpose, the nature and the consequences of this proceeding ?    (YES)  NO

9.  Have you received a copy of the State's Information and read its allegations ?          (YES)  NO

10. A. Do you understand you are charged with:

Crime Statutory Reference

CF-99-562

| | Crime | Statutory Reference | | | | |
|---|---|---|---|---|---|---|
| [1] | Knowingly Concealing Stolen Property | 21 | o.s. | 1713 | YES | NO |
| [2] | Knowingly Concealing Stolen Property | 21 | o.s. | 1713 | YES | NO |
| [3] | Knowingly Concealing Stolen Property | 21 | o.s. | 1713 | YES | NO |
| [4] | Uttering a Forged Instrument | 21 | o.s. | 1592 | YES | NO |
| [5] | Poss. of Sawed off Shotgun | 21 | o.s. | 1289.18( | YES | NO |

For additional charges: List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

B. Are you charge after former conviction of a felony (AFCF) ?    YES    NO (circled)
If yes, list the felony(ies) charged: _____

_____

11. Do you understand the range of punishment for the crime(s) is/are ?
(List in the same order as in Number 10)

[1] Minimum of _____ to a maximum of __5 yrs__ and/or a fine of $ __500__    YES  NO
[2] Minimum of _____ to a maximum of __5 yrs__ and/or a fine of $ __500__    YES  NO
[3] Minimum of _____ to a maximum of __5 yrs__ and/or a fine of $ __500__    YES  NO
[4] Minimum of _____ to a maximum of __7 yrs__ and/or a fine of $ _____    YES  NO
[5] Minimum of _____ to a maximum of __2 yrs__ and/or a fine of $ __1,000__    YES  NO

For additional charges: List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

12. Read the following statements: You have the right to a speedy trial before a jury of your peers to determine whether you are guilty or not guilty and if you request, to determine the sentence. *If pleading to a capital murder, advise of the procedure in 21 O.S. 701.10( B)*
At the trial:
[1] You have the right to have an attorney represent you, either one you hire or *if you are indigent* a court appointed attorney.
[2] You are presumed to be innocent of the charges.
[3] You may remain silent or , if you chose, you may testify on your own behalf.
[4] You have the right to see and hear all witnesses called to testify against you and the right to have those witnesses cross-examined.
[5] You may have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.
[6] The State is required to prove your guilt beyond a reasonable doubt.
[7] The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would decide if you were guilty or not guilty and if determined to be guilty, the appropriate punishment.

Do you understand each of these rights ?    **REDACTED**    YES    NO

13. Do you understand by entering a plea of guilty you give up these rights ?    YES    NO

14. Do you understand that a conviction on a plea of guilty could increase punishment in any future case committed after this plea ?    YES    NO

15. Is __Monte E. Johnson__ your attorney ?    YES    NO

16. Have you talked with your attorney about the charges, advised him/her regarding any defense you may have to the charges and received his/her advice ?    YES    NO

17. Do you believe your attorney has effectively assisted you in this case and are you satisfied with his/her representation ?    (YES)    NO

18. Do you wish to change your plea of not guilty to a plea of guilty and give up your right to a jury trial and all previously explained constitutional rights ?    (YES)    NO

19. Is there a plea agreement ?
What is your understanding of the plea agreement ? _____ *See Addendum C* _____    (YES)    NO
_____
_____

20. Do you understand the Court is *not* bound by any agreement or recommendation and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty ?    (YES)    NO

21. Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated under question 11 ?    (YES)    NO

22. Do you understand your plea of guilty to the charge(s) is subject to :    (YES)    NO
(check one)
[✓] no prior felony conviction
[ ] one (1) prior felony conviction
[ ] two (2) or more felony convictions   List prior felony convictions to which you are pleading:
_____

23. What is/are your plea(s) to the each charge(s) ? 363
562   [1] Guilty  [2] _____  [3] guilty  [4] _____  [5] guilty   346    (YES)    NO

24. Did you commit the acts as charged in the information ?
State a factual basis for your plea(s) (attach additional pages as needed, labeled as ADDENDUM C) :
Received stolen R&R on the
Oct-4- and had the check on my
person. A had stolen checks, passed checks
and had CDS on his person - Oms 12-9-99

25. Have you been forced, abused, mistreated or promised anything by anyone to have you enter your plea(s) ?    YES    (NO)

26. Do you plead guilty of your own free will and without any coercion or compulsion of any kind ?    (YES)    (NO)

27. If you are entering a plea to a felony offense, you have a right to a Pre-sentencing investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you. Do you request a Pre-sentence report ?    YES    (NO)

28. (A) Do you have any additional statements to make to the Court ?    YES    (NO)

(B) Is there any legal reason as to why you should *not*  sentence now ?    YES    (NO)

HAVING BEEN SWORN, I , the Defendant whose signature appears below, make the following statements under oath.    **REDACTED**

(1)    CHECK ONE:

____✓____ (A)    I have read, understood and completed this form.

_____ (B)    My attorney completed this form and we (the attorney and I) have gone over the form and I understand its contents and agree with the answers. · *Complete Addendum A and attach to this form.*

_____ (C)   The Court completed this form for me and inserted my answers to the questions in open court.

All answers are true and correct.

(2)

(3)   I understand that I may be prosecuted for perjury if I have made false statements to this Court.

Acknowledged this ___9th___ Day of __December__, 1999.

_____
DEFENDANT

I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose, and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she had been informed of all legal and constitutional rights.

_____
ATTORNEY FOR DEFENDANT

The sentence recommendation in question 19 is correctly stated. I believe the recommendation is fair to the State of Oklahoma. Offer of Proof (nolo contendere plea) : _____
_____
_____

_____
ASSISTANT DISTRICT ATTORNEY

THE COURT FINDS AS FOLLOWS:
  A. The Defendant was sworn and responded to questions under oath.
  B. The Defendant understands the purpose, nature and consequences of this proceeding.
  C. The Defendant's plea(s) of __guilty__ is/are knowingly and voluntarily entered and accepted by the Court Reporter Present Court.
  D. The Defendant is competent for the purpose of this hearing.
  E. A factual basis exists for the plea(s) (and former conviction(s), if applicable).
  F. The Defendant is guilty as charged: (check as appropriate)
          [✓] after no prior felony conviction.
          [ ] after one (1) prior felony conviction.
          [ ] after two (2) or more prior felony convictions
  G. Sentencing or order deferring sentence shall be: [✓] imposed instanter or [ ] continued until the ____ day of _____, _____ at ___:_____ ___.M . If the Pre-sentence investigation and Report is requested, it shall be provided to the Court by the _____ day of _____, _____.

DONE IN OPEN COURT this ___9t___ day of __December__, 1999.

REDACTED

_____
JUDGE OF THE DISTRICT COURT

__Dennis M. Sprouse__
NAME OF JUDGE TYPED OR PRINTED

___N/n___
__N/n__
Court Reporter Present        Deputy Court Clerk Present

## "NOTICE OF RIGHT TO APPEAL"

Sentence to Incarceration, Suspended or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the Sequoyah County District Court Clerk's Office a written Application to Withdraw Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the trial court denies your application, you have a right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days of the date of denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation or record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2(D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

Do you understand each of these rights to appeal ?                                    (YES)  NO

Do you want to remain in the county jail ten (10) days before being taken to place of          YES  (NO)
confinement ?

Have you fully understood the questions that have been asked ?                        (YES)  NO

Have your answers been freely and voluntarily given ?                                (YES)  NO

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED.

_____
Defendant

I, the undersigned attorney, have advised the Defendant of his appellate rights.

_____
Attorney for the Defendant

DONE IN OPEN COURT, this ___9__ day of ___December___ , 1999

_____
Judge of the District Court

___N/h___                                              ___N/h___
Court Reporter Present                                Deputy Court Clerk Present

### ADDENDUM "A"

### CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the defendant, *Charles Sanders* , I certify that:
**REDACTED**
1. The Defendant has stated to me that he/she is [✓] able [ ] unable to read and understand the attached form, and I have [✓] determined the Defendant is able to understand the English language or [ ] determined the Defendant is unable to understand the English language and obtained _____ to interpret to the Defendant in the _____ language.
2. I have read and fully explained to the Defendant the allegations contained in the Information in this case.
3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts and the answers to the questions set out in the Summary of Facts are the Defendant's answers.
4. To the best of my knowledge and belief the statement and declarations made by the Defendant are accurate and true and have been freely and voluntarily made.    Dated this ___9th___ day of ___December___ , 1999 .

_____
Attorney for the Defendant

Sequoyah County Form CF-1 - b                    Uniform Plea of Guilty — Sentence on Plea

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case Number CF- *99-562*    State v. *Charles Sanders*  Date: *12/9/99*
        *98-363*   *98-479-App*

**Part B:** Sentence on Plea    [NOTE ON USE: Part B is to be used with the Summary of Facts if contemporaneous with the entry of plea or may be formatted as a separate sentencing form if sentencing is continued to a future date.]

THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:

_____ DEFERRED SENTENCE _____

1. The sentencing date is deferred until _____ , _____ , _____ at __ : ___ _ M.

2. You [ ] will [ ] will not be under supervision by the Department of Corrections. The terms set forth in the Rules and Conditions of Probation in Addendum D shall be the rules you must follow during the period of deferment.

SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows:
[1] *20 yrs* [2]_____ [3]_____ [4]_____ [5]_____

TO BE SUSPENDED as follows:

(A) ALL SUSPENDED  [✓] Yes      [ ] No

(B) suspended *except* as to the first _____ (months) (years) of the term(s) during which you are to be held in the custody of the Department of Corrections. The remaining term of the sentence(s) is to be suspended under the terms set forth in the Rules and Conditions of Probation in Addendum D.

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____ _____ or NOT APPLICABLE.

TIME TO SERVE

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows:
[1]_____ [2]_____ [3]_____ [4]_____ [5]_____

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____ _____ or NOT APPLICABLE.
                                **REDACTED**

FINES AND COSTS

You are to pay in full any fine(s), costs , fees and restitution at the time of sentencing. In the alterative, you may request a stay of execution (SOE) from the Cost Administrator in the Sequoyah County District Court Clerk's Office. All information given to the Cost Administrator in requesting the SOE will be under oath and is considered as part of the summary of facts before the Court. *You will appear in person to make all payments as agreed.* Any payment tendered other than in person will be accepted; however, such acceptance does not excuse your appearance in the Clerk's Office.

Sequoyah County Form CF-3 ( B )          Uniform Plea of Guilty — Additional Findings

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I THE DISTRICT COURT OF SEQUOYAH COUNTY THE STATE OF OKLAHOMA

STATE vs. _____ Defendant    Case No. _____

## ADDITIONAL FINDINGS AT TIME OF SENTENCING

### EXHIBIT 1

A. Original Charges (A copy of the information may be attached instead) Please list any additional charges on a separate attached sheet.

| OFFENSE | STATUTE CITATION |
|---|---|
| Knowingly Concealing Stolen Property | 21 O.S. 1713 |
| Knowingly Concealing Stolen Property | 21 O.S. 1713 |
| Knowingly Concealing Stolen Property | 21 O.S. 1713 |
| Uttering a Forged Instrument | 21 O.S. 1592 |
| Poss. of sawed off shotgun | 21 O.S. 1289.18 (C) |

*See Exhibit 1, Page 2*

B. Prior Felony Charges Used For Enhancement Please list any additional convictions on a separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |

C. Prior Charge(s) For Which Order Deferring Sentence Was Entered Please list any additional charges on separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |

D. Prior Felony Convictions Not Used For Enhancement Please list any additional convictions on a separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---|---|---|
| N/A | | |
| | | |
| **REDACTED** | | |
| | | |

E.

If the defendant plead guilty to multiple counts, did the offense(s) arise from the same transaction?

Circle
Yes  No

## F.  Other Enhancers Used to Determine Placement on Matrix          Circle

1.  Did the offender commit the current offense with the use of a firearm within the immediate possession and control of the offender?          Yes    No

2.  Was the victim of the offense over 62 years of age, under 12 years of age or disabled by reason of mental or physical illness to such extent that the victim lacked the ability to effectively protect his or her property or persons?          Yes    No

3.  Did the offender in the commission of the offense maim or torture the victim?          Yes    No

4.  Did the offender commit a Schedule N-2 or N-3 drug offense in, on, or within 1,000 feet of real property comprising of a public or private elementary or secondary school; public or private college, university, or other institution of higher education; recreation or public park (including state facilities); public housing project; or in the presence of any child under 12 years of age?          Yes    No

5.  Did the offender commit a Schedule N-2 or N-3 drug offense by using of soliciting the services of a person less than 18 years of age, providing the offender was at least 18 years of age at the time of the offense?          Yes    No

6.  If the controlling offense was a property or drug offense, what was the total amount involved in that offense (e.g., the value of the property involved; the amount of money stolen, embezzled, or obtained by fraud; or the amount of drug proceeds utilized?    $_____

7.  If the controlling offense was a drug offense, what was the *predominant* drug and what was the amount of that drug? (Please specify quantity in grams, ounces, etc.)
DRUG:_____
QUANTITY:(oz, grams, etc.)_____

## G.  Offender Characteristics
Gender (Circle)                                  Race    (Circle)
Male   Female                          White  Black  Hispanic  Asian  Native Am.

**This Exhibit shall not be admitted into evidence in any future prosecutions.**

Certified this ___9th___ day of ___December___, ___1999___.

_____          REDACTED _____
Attorney for the State                       Attorney of the Defendant

                                   _____
                                   Judge of the District Court

## PLEA GUILTY ADDENDUM B

CF-98-363    Uttering A forged Instrument    21 O.S. 1592

up to 5yas in D.O.C custod.


~~CF-98-346~~    Count 1: Poss of CDS    63 O.S. 2-402
Count 2: Dismissed   └─> up to 10yrs in
                              2 to
                         D.O.C. custody


CF-98-128    Dismissed


CF-97-9    Dismissed


**REDACTED**

**Plea Guilty Addendum C**

CF-99-562    Count 1 :    20 yrs. susp. & $500.00 fine + $125.00 VCF + costs
             Count 2 :    Dismissed
             Count 3 :    Dismissed
             Count 4 :    Dismissed
             Count 5 :    Dismissed
             Count 6 :    Dismissed

---

CF-98-363    Count 1 :    20 yrs. susp.  c/c + $500.00 fine + $125.00 VCF + $48.00 restitution + costs

CF-98-346    Count 1 :    ~~Dismissed + costs~~ *20 yr. susp. c/c + $500 fine + $250 DADF + costs*

             *Count 2: Dismissed*

CF-98-128    Count 1 :    Dismissed + costs

CF-97-9    Application To Impose:    Confession to Application.

           Pass for 90 days.  Pay restitution in amount of $52.63.  If restitution is paid, application will be withdrawn.  If fail to pay restitution, 1 yr. in Sequoyah County Jail.

**REDACTED**

## "EXHIBIT 1, PAGE 2"

CF-98-363    Uttering a Forged Instrument    21 O.S. 1592

up to 5 years

CF-98-346    Count 1: Poss of CDS    63 O.S. 2-402

Count 2: Dismissed

CF-98-128    Dismissed

CF-97-9    Dismissed

**REDACTED**

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

Case No: CF-99-562        Defendant: Charles Sanders

## ACCUMULATIVE COURT COST FOR SEQUOYAH COUNTY

### NON-VIOLENT COURT COST

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC -9 1999

BERNEL EDWARDS, COURT CLERK
BY _____ DEPUTY

**COURT FUND**
| | | |
|---|---|---|
| Court Fees | | $103.00 |
| Bail Bond Fee | $10.00 @_____ | _____ |
| Jury Fee | $30.00 @_____ | _____ |
| Fines | set by court | 500.00 |
| Mailing fee | $7.00 @_____ | _____ |
| Sub total Court Fund | | 603 °° |

**SHERIFF FEES**
| | | |
|---|---|---|
| Sheriff Fees | | $30.00 |
| Arrest Warrant | $30.00 | _____ |
| Bench Warrant | $30.00 @_____ | _____ |
| Revolving Fund | $5.00 | _____ |
| Subpoenas | $30.00 @_____ | _____ |
| Sub total Sheriff Fees | | 30.00 |

| | | |
|---|---|---|
| LAW LIBRARY | | $3.00 |
| CLEET & FINGERPRINTING | | $7.00 |
| | | |
| VCA | $25.00 or set by court | 125.00 |
| OSBI LAB | set by court | _____ |
| D.A. DRUG FUND | set by court | 40.00 |
| REVOLVING FUND(appl fee-$40.00) | | 40.00 |
| IDF-ATTORNEY FEE | set by court | 150.00 |

**REDACTED**

TOTAL                                          958°°

IN THE DISTRICT COURT OF )
SEQUOYAH COUNTY )
STATE OF OKLAHOMA )
)
)

Defendant __CHARLES EDMOND SANDERS__

Case No. __CF-99-562__

Date __DECEMBER 9, 1999__

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 9 1999

BY _____, COURT CLERK
DEPUTY

## RULES AND CONDITIONS OF PROBATION

1. I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general state of my environment and progress.

2. I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I will understand that I am not to go into or loiter around beer taverns or pool halls.

3. I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4. I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5. I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6. I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7. I understand that it will be a violation of my probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or any representative thereof.

8. I understand that I must support myself and all my dependents without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9. I will refrain from violation of any City, State or Federal law.

10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion exists in their mind.

14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within the eighteen months.

15. **SPECIAL CONDITIONS:** The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, OSBI lab fees) of $_____ within _____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of _____, 19_____ and by the 5th ▮▮REDACTED▮▮hereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*

    $500 FINE and $125 VCA

    ( X ) Defendant is to pay restitution through the District Attorney's office as set out in Exhibit "A" attached, the sum of $ __455.00__ .

16. Defendant to report to DOC Probation & Parole Office within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

_____
Attorney for Defendant

_____
JUDGE OF THE DISTRICT COURT

_____
Probationer

Defendant's Mailing Address:
▮▮▮▮▮▮▮▮▮▮  Sallisaw, OK 74955

# In The District Court In And For Sequoyah County, State of Oklahoma

THE STATE OF OKLAHOMA,           )
                                 )
                    PLAINTIFF    )       CASE NO: CF-99-562
VS.                              )
CHARLES EDMOND SANDERS           )
DOB:     66                      )       SEQUOYAH COUNTY, OKLAHOMA
SS#     9539                     )       FILED
                    DEFENDANT.   )       IN DISTRICT COURT
                                 )
                                         DEC   9 1999

                                         BERNELL EDWARDS, COURT CLERK
                                         BY _____ DEPUTY

## JUDGMENT AND SENTENCE

Now, on this 9TH DAY OF DECEMBER, 1999, this matter comes on before the undersigned Judge, for sentencing and the Defendant, _____CHARLES EDMOND SANDERS_____, appears personally and by his attorney of record, _____MONTE JOHNSON_____, the State of Oklahoma represented by Assistant District Attorney, __ROBBIE COWAN__, and the Defendant, having previously:

(X)    Entered a plea of guilty
( )    Entered a plea of Nolo Contendere
( )    Found guilty by jury
( )    Found guilty by Judge after waiver of jury trial
       to/of the crime(s) of:

CT. I: KNOWINGLY CONCEALING STOLEN PROPERTY, 21 O.S. 1713
COUNTS 2 -6 DISMISSED

( )    The Defendant has previously been convicted of _____ felony crimes and the sentence has been enhanced in accordance with the provisions set forth in Title 21 O.S. § 51 and 51A.

       **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by the Court that the Defendant, _____CHARLES EDMOND SANDERS_____, is guilty of the above-described offense(s) and is sentenced as follows:

### TERM OF IMPRISONMENT
COUNT _____: Sentenced to a term of _____ imprisonment;

all under the custody and control of the Oklahoma Department of Corrections.
These terms to be served ( ) concurrently, or ( ) consecutively;

### TERM OF IMPRISONMENT - (PART SUSPENDED)
COUNT _____: Sentenced to a term of _____ imprisonment;

with all except the first _____ suspended under the custody and control of the Oklahoma Department of Correction pursuant to the rules and conditions of probation entered by the Court. These terms to be served ( ) concurrently, or ( ) consecutively;

### TERM OF IMPRISONMENT - (ALL SUSPENDED)
COUNT _____: Sentenced to a term of ___TWENTY (20) YEARS___ imprisonment;

under the custody and control of the Oklahoma Department of Corrections all of said term(s) of imprisonment suspended pursuant to the rules and conditions of probation entered by the Court. These terms to be served (X) concurrently, or ( ) consecutively; w/Seq County Case Nos. CF-98-363 and CF-98-346

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT** that in addition to the preceding term(s), the Defendant is also sentenced to:

## FINE

( ) The defendant shall pay a fine of $_____ ( ) immediately or ( ) on or before _____, 19___, at the rate of $_____ per month, or within _____ days of release from the Department of Corrections.

( ) The payment of a fine of $_____ is suspended.

( ) The defendant shall report to the District Court of Sequoyah County within _____ days of release for a hearing on the defendant's ability to pay fines and costs pursuant to Section VIII of the rules of the Court of Criminal Appeals, 22 O.S. Chapter 18, App.

## COSTS, VCA, RESTITUTION

( ) The defendant shall pay costs, fees, and restitution in accordance with the schedule attached as Exhibit _____.

## RULES AND CONDITIONS OF PROBATION

( ) The rules and conditions as ordered by the court and signed and acknowledged by the defendant are attached as hereto.

## ATTORNEY FEES

( ) The defendant shall pay court-appointed attorney fee amount of $_____ on or before _____, 19__, to _____.

It is further ordered that judgment is hereby entered against the Defendant as to the fines, court costs and assessments set forth above.

The Court further advised the Defendant of his rights to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State without cost to him.

In the event the above sentence is for incarceration in the Department of Corrections, the sheriff of Sequoyah County, Oklahoma, is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to as warrant and authority of the imprisonment of the Defendant as provided herein. A second copy of this Judgment and Sentence to warrant and authority of the sheriff for the transportation and imprisonment of the Defendant as herein before provided. The sheriff to make due return to the clerk of this Court with his proceedings endorsed thereon.

_____
JUDGE OF THE DISTRICT COURT

(SEAL)
ATTEST:
BERNELL EDWARDS, COURT CLERK

_____, DEPUTY CLERK

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA            )
           Plaintiff,        )
vs.                          )      Case No. __CF-99-562__
                      )
CHARLES EDMOND SANDERS_____)
           Defendant.        )

SEQUOYAH COUNTY, OKLAHO
FILED
DEC ⁓ 1999
BY _____, COURT CLER
REPU

**RESTITUTION SCHEDULE - EXHIBIT "A"**

    The following is a schedule of restitution to be made by _CHARLES EDMOND SANDERS_, Defendant herein, and said Defendant hereby made by agrees to make said restitution to the terms set out by the Court. The total amount of restitution is $_455.00_. Restitution is to be made by the payment of $_60.00_ on or before the _10th_ day of _January_, 2000, and $_60.00_ on or before the _10th_ day of each month thereafter until said $_455.00_ has been paid in full or until further order of the Court. Each payment specified herein is to be made only by cashier's check or money order made payable to the order of the **DA RESTITUTION PROGRAM** and remitted to: **P.O. BOX 500, TAHLEQUAH, OK 74465.** Each payment must have your name and the case number on it for proper credit.

<u>SCHEDULE OF RECIPIENTS</u>

| Name | Address | Telephone | Amount |
|------|---------|-----------|--------|
|      |         |           | $455.00 |

**REDACTED**

TOTAL DUE: $_455.00_

DIANNE BARKER HARROLD
DISTRICT ATTORNEY, DISTRICT 27

BY: _____
    Assistant District Attorney

_Charles Sanders_
DEFENDANT

_SAILSAU, 74955_
Address          Zip

_66_          _4539_
D.O.B.          SS#

_Motue Johnson_
ATTORNEY FOR DEFENDANT

# In the District Court in and for Sequoyah County State of Oklahoma

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC - 9 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

State of Oklahoma, )
)
Plaintiff, )
)
vs. *Charles Edmond Sanders* )    Case No. CF- 99-562
*DOB: 1-14-66* )               98-363
*SS# 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* )            98-346
Defendant )                    98-128
)                              97-9

## WAIVER OF PRELIMINARY HEARING

Now on this ___8th___ day of _December_, 19_99_, the above styled case comes on for preliminary hearing. The defendant appears in person and represented by his attorney of record,_*Monte Johnson*_, the State of Oklahoma appears by its Assistant District Attorney. Thereupon the defendant herein acknowledges having been advised of the right to a preliminary hearing. That in said hearing the State of Oklahoma must prove to the satisfaction of the Court that the crime as alleged in the information was, in fact, committed and there is probable cause to believe that the defendant committed said crime. That if said burden was not met then the case would be dismissed and the bond exonerated.

The defendant is further advised that at said hearing that he/she has the right to cross examine any of the State's witnesses and to call witnesses on his/her own behalf. And further, the defendant is advised of the right at the hearing to limited discovery of the State's case in chief.

Having these rights in mind, the defendant herein, waives all the above rights with respect to a preliminary hearing in this matter.

REDACTED _____
                    Defendant

_____
            Attorney for Defendant

## WAIVER OF JURISDICTION OF EXAMINING MAGISTRATE

The defendant is further advised that neither the examining magistrate nor the Special Judge has the jurisdiction to proceed further with the case unless affirmatively waived. Having these rights in mind, the defendant hereby waives his/her rights to object to any jurisdictional defects of the Court.

_____
                    Defendant

_____
            Attorney for Defendant

## COURT MINUTE OF PRELIMINARY HEARING

The defendant in the above styled case having knowingly and intelligently waived his/her rights to the preliminary hearing and there being no objection by the State of Oklahoma, the Court accepts the defendant's waiver and hereby binds the defendant over to stand trial in the District Court of Sequoyah County, State of Oklahoma, on the charges as set out in the information as filed in this case.

D.C.A.
12-9-99 @ 1:30pm.
J. Norman

_____
        JUDGE OF THE DISTRICT COURT

## ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said
defendant be released, if in your custody for no other cause, immediately upon receipt of this order.
Last Name, First, Middle, suffix (please print or type) (show alias) D.O.B. ███ 66

Sanders    Charels    E    ssn ███ 9539

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-99-562 | Pled out Per Sprouse | Time Suspended |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma,
witness my hand this the ___9___ day of ___Dec___ , 19__99__.

_____
Signature

WHITE COPY - COURT            **AUTHORIZED BY**
YELLOW COPY - SHERIFF'S FILE

Sprouse
_____
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 27 1999

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

REDACTED

BENCH WARRANT-AFTER CONVICTION

THE STATE OF OKLAHOMA,              )
                                   )
vs.                                )
CHARLES EDMOND SANDERS              )    Case No. CF-99-00562, CF-98-346
                                        CF-98-363,
SALLISAW, OK  74955
███████1966    ██████9539                NO BOND

*[stamp: SEQUOYAH COUNTY, OKLAHOMA FILED IN DISTRICT COURT MAR 02 2000 BERNELL EDWARDS, COURT CLERK BY ___ DEPUTY]*

BENCH WARRANT

THE STATE OF OKLAHOMA,
    TO ANY SHERIFF, CONSTABLE, MARSHALL, OR POLICEMAN IN THIS STATE
GREETINGS:
CHARLES EDMOND SANDERS having been on December 09, 1999, duly convicted in
the District Court of Sequoyah County, State of Oklahoma, of the crime of:
FAILURE TO APPEAR AND PAY MONIES DUE THE COURT IN THE AMOUNT OF $2819.00

    YOU ARE THEREFORE COMMANDED FORTHWITH to arrest the above named
defendant, CHARLES EDMOND SANDERS, and bring him/her before said Court for
judgement, or if said Court has adjourned for the term, deliver him/her to
the Sheriff of the County of Sequoyah; there to be detained by said Sheriff
until further order of the court;

    WITNESS my hand and seal of said Court this 03-01-2000.


                                    BERNELL EDWARDS
                                    COURT CLERK

                                By: _Maudlew Vaar_____
                                         Deputy

        WILL ONLY EXTRIDATE FROM SURROUNDING STATES

                    SHERIFF'S RETURN


RECEIVED the within Writ on the _____ day of _____, 199__, at
_____o'clock __.m., and executed on the _____ day of _____, 199__, at
_____ o'clock __.m., by _____.

DATED this _____ day of _____, 1999.

                                    JOHNNY PHILPOT,
                                    SHERIFF, SEQUOYAH COUNTY
                    **REDACTED**
                                    BY:_____
                                         Deputy


dms

## WARRANT CLEARANCE

WARRANT # _CF99-00562, CF98-344_
_CF98-363_

WARRANT NAME _CHARLES Edmond SANders_

DATE & TIME CLEARED _05/20/00_  _@_

WARRANT CLEARED BY:

ARREST _✓_  OFFICER SERVING _DAMON Tucker_

AGENCY _OHP Muskogee_

CANCEL _____  OFFICIAL DIRECTING WARRANT CANCELLATION

_____

WAS WARRANT PULLED FROM FILE?  (YES)  NO

IF NO, EXPLAIN WHY NOT _____

WAS WARRANT MARKED OFF BOOK?  (YES)  NO

IF NO, EXPLAIN WHY NOT _____

WAS WARRANT CANCELLED FROM NCIC?  (YES)  NO

IF NO, EXPLAIN WHY NOT _____

WAS WARRANT REMOVED FROM HOLDS BOOK?  (YES)  NO

IF NO, EXPLAIN WHY NOT _____

SHERIFF'S OFFICE EMPLOYEE SIGNATURE _Debbie Fuller_

NOTE:   AFTER COMPLETING THIS FORM, STAPLE THIS FORM BACK TO
BACK WITH THE WARRANT AND PLACE IN THE FOLDER MARKED
"SEND TO COURT CLERK." ONLY USE THIS FORM TO CLEAR
SEQUOYAH COUNTY WARRANTS.

USE ONE FORM FOR EACH WARRANT CLEARED.

BENCH WARRANT-AFTER CONVICTION

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 0 2 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

THE STATE OF OKLAHOMA,                )
                                      )
vs.                                   )    Case No. CF-99-00562, CF-98-346
CHARLES EDMOND SANDERS                     CF-98-363,
▇▇▇▇▇▇▇▇                                   NO BOND
SALLISAW, OK  74955
▇▇1966        ▇▇9539

BENCH WARRANT

THE STATE OF OKLAHOMA,
        TO ANY SHERIFF, CONSTABLE, MARSHALL, OR POLICEMAN IN THIS STATE
GREETINGS:
CHARLES EDMOND SANDERS having been on December 09, 1999, duly convicted in
the District Court of Sequoyah County, State of Oklahoma, of the crime of:
FAILURE TO APPEAR AND PAY MONIES DUE THE COURT IN THE AMOUNT OF $2819.00

        YOU ARE THEREFORE COMMANDED FORTHWITH to arrest the above named
defendant, CHARLES EDMOND SANDERS, and bring him/her before said Court for
judgement, or if said Court has adjourned for the term, deliver him/her to
the Sheriff of the County of Sequoyah; there to be detained by said Sheriff
until further order of the court;

        WITNESS my hand and seal of said Court this 03-01-2000.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 2 2 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

                                    BERNELL EDWARDS
                                    COURT CLERK

                                    By: _____
                                             Deputy

        WILL ONLY EXTRIDATE FROM SURROUNDING STATES

                        SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____, 199__, at
_____ o'clock ___.m., and executed on the _____ day of _____, 199__, at
_____ o'clock ___.m., by _____.

DATED this ____20____ day of ___May___, ~~199~~ 2000

                                    REDACTED JOHNNY PHILPOT,
                                    SHERIFF, SEQUOYAH COUNTY

                                    BY: _____
                                             Deputy

dms

**IN THE DISTRICT COURT OF SEQUOYAH COUNTY**
**STATE OF OKLAHOMA**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**MAY 3 1 2001**

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

| | |
|---|---|
| THE STATE OF OKLAHOMA, )<br>Plaintiff, )<br>vs. )<br> )<br>CHARLES E. SANDERS )<br>Defendant. ) | No. CF-99-562 |

**APPLICATION TO REVOKE SUSPENDED SENTENCE**

COMES NOW, Dianne Barker Harrold, the duly elected, qualified, and acting District Attorney of Sequoyah County, and states to the Court that on the 9th day of December, 1999, the said Defendant entered his plea of guilty in the above entitled case, in the District Court of Sequoyah County, Oklahoma, to the charge of: KNOWINGLY CONCEALING STOLEN PROPERTY, as set out in the Information on file in this cause and the said defendant was sentenced to serve a term of TWENTY (20) years, under the Supervision of the Department of Correction, which sentence the Court suspended during the good behavior of said defendant.

Thereafter, the defendant violated the rules and conditions of probation as imposed by the Court in the following manner:

**Rule #1**: by failing to report for Probation and Parole.
**Rule #2**: by being in possession of intoxicants and being arrested for: LARCENY OF MERCHANDISE FROM RETAILER, POSSESSION OF PARAPHERNALIA in Sequoyah County, OK on May 17th, 2001.
**Rule #9**: by violating city, state or federal law, and being charged with: LARCENY OF MERCHANDISE FROM RETAILER, POSSESSION OF PARAPHERNALIA in Sequoyah County, OK CF-2001-314.

WHEREFORE, applicant prays that the Court set a date for hearing this application and that the suspension clause in said Judgment and Sentence be carried out in full, according to its terms. That the Court direct the Court Clerk of Sequoyah County, Oklahoma, to issue a Bench Warrant for the arrest of said defendant.

Dated this ___30___ day of May, 2001. **REDACTED**

**DIANNE BARKER HARROLD, District Attorney**

BY: _____
Assistant District Attorney

WITNESSES:

Emmett Daniels, c/o Probation & Parole, Sallisaw, OK
Derek Brown, ███████████ Sallisaw, OK
Rocky Gaither ███████████ Sallisaw, OK
Dustin Walters, ███████████ Sallisaw, OK
Leri Kay, ███████████ Sallisaw, OK
Debbie Carter, ███████████ Sallisaw, OK

**FINDING OF PROBABLE CAUSE**

The Undersigned Judge of the District Court, upon the above application hereby determines there to be probable cause for the issuance of a Bench Warrant and so orders.

Dated this ___30___ day of ___may___, 2001.
Bond set at $ ___10,000.00___

_____
JUDGE OF THE DISTRICT COURT

ISSUED
6/5/01

## BENCH WARRANT--After Conviction

| | | |
|---|---|---|
| **STATE OF OKLAHOMA,** | ) | |
| **Sequoyah County,** | ) | **IN DISTRICT COURT** |
| | | |
| THE STATE OF OKLAHOMA | ) | |
| VS. | ) | No.CF-99-562 |
| CHARLES E. SANDERS | ) | |
| ███████████ | ) | |
| SALLISAW, OKLAHOMA 74955 | ) | |
| ███966 ████9539 | ) | **BOND: $10,000** |

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**CHARLES E. SANDERS** having been on the 9TH DAY OF DECEMBER, 1999, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :KNOWINGLY CONCEALING STOLEN PROPERTY, **APPLICATION TO REVOKE**

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **CHARLES E. SANDERS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 5TH DAY OF JUNE, 2001. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: *Tara Allen*
DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

S H E R I F F ' S   R E T U R N

RECEIVED the within Writ on the _____ day of _____, 199____, at _____ o'clock _____M., and executed on the _____day of _____, 199____, at _____o'clock _____M. by _____ _____

Dated this _____day of _____199____.

_____
SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY:_____
**REDACTED**                                    DEPUTY

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA          )
              Plaintiff          )
vs.                        )
                  )
                  )
Charles Monk Sanders        )
                  )
_____      )
        Defendant     )

CF- 98 - 346
98 - 363
99 - 562

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**JUN 0 8 2001**

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

## Waiver of Twenty Day (20) Rule

You are a defendant who has received a suspended sentence from the District Court in Sequoyah County, State of Oklahoma. As part of your suspended sentence, you were given rules and conditions of probation at the time of your sentence. The State of Oklahoma now alleges you have violated your rules of probation and has filed a petition to revoke your probation.

Under State law, 22 O.S. § 991b, <u>you are entitled to a hearing</u> to be held for the purpose of considering evidence <u>within twenty (20) days after the entry of the plea of not guilty to the petition</u>, *unless waived by both the state and the defendant.* At the hearing for revocation of a suspended sentence, the court shall take testimony and review evidence presented, and if it appears to the satisfaction of the court that grounds for a revocation exist, the court shall revoke the suspended sentence.

The court may revoke a portion of the sentence and leave the remaining part not revoked, but suspended for the remainder of the term of the sentence, and under the provisions applying to it. The person whose suspended sentence is being considered for revocation at said hearing shall have the right to be represented by counsel, to present competent evidence in his or her own behalf and to be confronted by the witnesses against the defendant. Any order of the court revoking such suspended sentence, in whole or in part, shall be subject to review on appeal, as in other appeals of criminal cases. Provided, however, that if the crime for which the suspended sentence is given was a felony, the defendant may be allowed bail pending appeal. If the reason for revocation be that the defendant committed a felony, the defendant shall not be allowed bail pending appeal.

Do you understand these rights?                                    Yes    No
Do you waive your right to have a hearing within 20 days?          Yes    No

_____     Dated this _6_ day of ___June___, 2001.

_____
Defendant

_____          _____
Attorney for the State              Attorney for Defendant

**REDACTED**

_____
Judge of the District Court

ISSUED
6/5/01

## BENCH WARRANT--After Conviction

STATE OF OKLAHOMA,           )
Sequoyah County,             )          **IN DISTRICT COURT**

THE STATE OF OKLAHOMA        )          SEQUOYAH COUNTY, OKLAHOMA
            VS.              )              FILED
CHARLES E.  SANDERS          )          No.CF-99-562 IN DISTRICT COURT
█████████████████            )
                             )              **JUN 13 2001**
SALLISAW, OKLAHOMA 74955     )
                             )          BERNELL EDWARDS, COURT CLERK
████ 966 ████ 9539           )          **BOND:$10,000**_____DEPUTY

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**CHARLES E.  SANDERS** having been on the 9TH DAY OF DECEMBER, 1999, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :KNOWINGLY CONCEALING STOLEN PROPERTY, **APPLICATION TO REVOKE**

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **CHARLES E.  SANDERS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 5TH DAY OF JUNE, 2001. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: *Tara Allen*
                                                        DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

S H E R I F F ' S   R E T U R N

RECEIVED the within Writ on the _____ day of _____, 199____, at _____o'clock _____M., and executed on the _____ day of _____, 199____, at _____o'clock _____M. by _____ _____

Dated this _____day of_____199____.

_____
SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY: *Cecil Duty*
REDACTED                                          DEPUTY

## WARRANT CLEARANCE

WARRANT # _CF99-562_

WARRANT NAME _Charles E. Sanders_

DATE & TIME CLEARED _6/12/01 @ 1655_

WARRANT CLEARED BY:

    ARREST __X__   OFFICER SERVING _Cecil Duty_

               AGENCY _SCSO_

    CANCEL_____   OFFICIAL DIRECTING WARRANT CANCELLATION

WAS WARRANT PULLED FROM FILE?    (YES)   NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT MARKED OFF BOOK?    (YES)   NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT CANCELLED FROM NCIC?    YES   (NO)

IF NO, EXPLAIN WHY NOT_____ _Not entered_

WAS WARRANT REMOVED FROM HOLDS BOOK?    YES   (NO)

IF NO, EXPLAIN WHY NOT_____ _No hold_

SHERIFF'S OFFICE EMPLOYEE SIGNATURE _Amy Nelson_

NOTE:  AFTER COMPLETING THIS FORM, STAPLE THIS FORM BACK TO
BACK WITH THE WARRANT AND PLACE IN THE FOLDER MARKED
"SEND TO COURT CLERK"ONLY USE THIS FORM TO CLEAR
SEQUOYAH COUNTY WARRANTS.

    USE ONE FORM FOR EACH WARRANT CLEARED.

ISSUED
8/23/01

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 23 2001

BERNELL EDWARDS, COURT CLERK

BY_____, DEPUTY

THE STATE OF OKLAHOMA,          )
                    Plaintiff,  )
                                )
vs.                             )        No. CF-99-562
                                )
CHARLES E. SANDERS              )
                    Defendant.  )

### ORDER REVOKING SUSPENDED SENTENCE

NOW, on this 23rd day of August, 2001, the above styled case comes on for hearing on the State's Application to Revoke Suspended Sentence. The State is present by Assistant District Attorney, Rob Cowan, the defendant is present and represented by the attorney of record, . Monte Johnson.

The Court finds that on the 9th day of December, 1999, the said defendant was found guilty of the crime of KNOWINGLY CONCEALING STOLEN PROPERTY, 21 O.S. 1713 and sentenced to a term of TWENTY (20) years with the direction of the Department of Corrections, and of said sentence TWENTY (20) years was suspended pending the defendant's good behavior.

The Court finds that on the 31st day of May, 2001, the State filed an Application to Revoke Suspended Sentence based on violations of the defendant's Rules and Conditions of Probation. The Court further finds the defendant did, in fact, violate the rules and conditions as alleged in the State's Application.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the suspended sentence is revoked in full with the defendant to attend the Last Stop Program with said balance to be suspended upon successful completion thereof. The Sheriff of Sequoyah County shall deliver said defendant to the Department of Corrections and leave therewith a copy of this Order of Judgment and Sentence to serve as a warrant and authority for the revocation of said defendant as provided herein. The second copy of the Order to be warrant and authority of said Sheriff for the transportation and imprisonment of said defendant as herein before provided. The Sheriff to make due return to the Clerk of this Court, with his procedure endorsed thereon.
Defendant to turn himself in to Seq County Jail on Aug 30, 01 @ noon.

_____
JUDGE OF THE DISTRICT COURT

## ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, First, Middle, suffix (please print or type)(show alias)

SAnders        Charles     E    ███    66

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-99-562 | Tulsa Co sent to Doc on our Charges | A&B Resist |
| | | SEQUOYAH COUNTY, OKLAHOMA FILED IN DISTRICT COURT **OCT 29 2001** BERNELL EDWARDS, COURT CLERK BY _____ DEPUTY |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the _25_ day of _OCt_ , 20 _0 1_ .

Signature

AUTHORIZED BY

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

JUDGE OF THE DISTRICT COURT

**REDACTED**

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA STATE OF
OKLAHOMA'                                          CASE NO. CF-98-363
                                                          CF-98-346
                    SEQUOYAH COUNTY, OKLAHOMA    CF-99-562
                            FILED
VS.                    IN DISTRICT COURT        J&S date 08-28-01

Sanders, Charles            JAN 1 8 2002
DEFENDANT            BERNELL EDWARDS, COURT CLERK
                    BY_____
                                        DEPUTY

STATEMENT OF JAIL TIME

PRISONER WAS ARRESTED ON DATE OR DATES AS FOLLOWS: See below

PRISONER REMAINED IN JAIL ___279___ DAYS BEFORE JUDGEMENT AND
SENTENCING.

PRISONER REMAINED IN JAIL ___2___ DAYS AFTER JUDGEMENT AND
SENTENCING.

_Jamie Fulton_
SEQUOYAH COUNTY SHERIFF'S DEPARTMENT
04-15-98 thru 04-15-98 = 1 day
~~09-17-98 thru~~ 09-18-98 = 1 day
11-16-98 thru 02-01-99 = 78
06-22-99 thru 06-23-99 = 1 day
09-30-98 thru 09-30-98 = 1 day
10-22-99 thru 12-09-99 = 49 days
05-20-00 thru 08-13-00 = 86 days
05-27-01 thru ~~05~~-08-29-01 = 64

**REDACTED**

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA )
          Plaintiff, )
         )
         )
         )   Case No.  CF-99-562
CHARLES E. SANDERS )
          Defendant )

*SEQUOYAH COUNTY, OKLAHOMA*
*FILED*
*IN DISTRICT COURT*

**AUG 1 2 2002**

BERNELL EDWARDS, COURT CLERK
BY_____
_____DEPUTY

## APPLICATION FOR ORDER NUNC PRO TUNC

**COMES NOW** Lynn R. Anderson , Assistant District Attorney for the State of Oklahoma, and for his Application for Nunc Pro Tunc states as follows:

1.    The Court entered an Order Revoking Suspended Sentence on the 23rd day of August, 2001..

2.    That the sentence in the Order Revoking Suspended Sentence  stating " the defendant to attend the Last Stop Program with said balance to be suspended upon successful completion thereof, is incorrect and should be corrected in said document. Sentence should state "the defendant to attend the Last Stop Program or similar program with said balance to be suspended upon successful completion thereof".

3.    That the Applicant requests that the Court enter an Order of Nunc Pro Tunc, correcting  said sentence in  the Order Revoking Suspended Sentence  in the above styled cause .

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

BY:_____
     Assistant District Attorney

**REDACTED**

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

THE STATE OF OKLAHOMA )
        Plaintiff, )
         )
         )
         )
CHARLES E. SANDERS )
        Defendant. )

AUG 1 2 2002

CASE NO. CF-99-562 BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

## ORDER NUNC PRO TUNC

This matter coming on to be heard before me the undersigned Judge, on the 12TH day of August, 2002, and there being present Application of the District Attorney, for an Order Nunc Pro Tunc herein, correcting the Order Revoking Suspended Sentence filed in said cause. The Court having heard evidence and being satisfied that by scribner's error stating **"the defendant to attend the Last Stop Program with said balance to be suspended upon successful completion thereof,** is in error and should be stricken from said document and it appearing that the proceedings are regular and said error should be corrected.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the ORDER REVOKING SUSPENDED SENTENCE should be, and is hereby corrected to show the statement stricken from Order and the statement **"the defendant to attend the Last Stop Program or similar program with said balance to be suspended upon successful completion thereof"**, entered.

JUDGE OF THE DISTRICT COURT

**REDACTED**

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                          )
        Plaintiff                           )
                                            )
vs.                                         )    Case No. CF-01-00314
CHARLES EDMOND SANDERS                      )             CF-98-00346
                                            )             CF-98-00363
                                            )             ~~CF-99-00562~~
                                            )
SALLISAW, OK  74955                         )
████████████Defendant                       )
    SS#: █████9539
    DOB: █████1966                               SEQUOYAH COUNTY, OKLAHOMA
                                                          FILED
                                                  IN DISTRICT COURT

                    State's Attorney:                AUG 1 4 2002
                    Defendant's Attorney:
                                                 BERNELL EDWARDS, COURT CLERK
Date: 08/14/02              RULE 8 HEARINGSTEVE BARNES
                              (Summary)            BY_____DEPUTY

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

                                      02
_____$536.80 on or before 10-30-20 and

then _____ per month on or before the ___ day of each month   _

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 10-30-20_____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $536.80          **REDACTED**

X_Charles Sanders_____              DENNIS M. SPROUSE
        Defendant                   Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

*SEQUOYAH COUNTY, OKLAHOMA*
*FILED*
*IN DISTRICT COURT*
*AUG 1 4 2002*
*BY*
*DARNELL EDWARDS, COURT CLERK*
*DEPUTY*

CHECK ONE _____I plan to pay before 3:30 pm today

_____I plan to pay within 48 hours    _____I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE _Charles Sandes_    DATE _8/14/02_

CASE #_____    DATE OF BIRTH ████ 66

SS#_████__9539_____    FINE/COST_____

LAST NAME _Sanders_____    FIRST _Charles_ MI _E_

STREET ████_____ CITY _Sallisaw_____ PHONE _775_████

EMPLOYER_____—_____HOW LONG__—___ PHONE_____

EARNINGS___—____per___—___#hrs/wk___—____paydates___—__

### IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS    SINGLE_____ MARRIED_____    DIVORCED__✓__
                  SEPERATED_____ WIDOW/ER_____    COMMON LAW_____

Names and Ages of Children_____
List others living in household    NAME    RELATIONSHIP    EMPLOYER    INCOME
_____
_____

AMOUNT OF CASH WITH YOU $_____Saving/Checking Accounts $_____
Property,Investments, Assets $_____
I AM SUPPORTED BY:_____ Do you receive housing assistance_____
  Alimony/Child Support_____ Monthly Expenses:
  Social Security_____ Rent_____
  Pension/Retirement_____ Food_____
  Welfare_____ Utilities_____
  Food Stamps_____ **REDACTED** Child Care_____
  Unemployment_____ Medical_____
  My Gross Monthly Earning_____ TOTAL$_____
  Other Income Support_____Source_____

DRIVERS LICENSE # _Sam SS#_____ STATE _OK_ EXP.DATE _5-14-04_
VEHICLES YOU OWN OR USE:    YEAR    MAKE/MODLE    MONTHLY PAYMENTS
_____
_____

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
        Plaintiff
vs.
CHARLES EDMOND SANDERS

SALLISAW, OK  74955
██████████Defendant
SS#: ████9539
DOB: ████1966

Case No. CF-01-00314
        CF-98-00346
        CF-98-00363
        CF-99-00562

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT - 9 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 10/09/02
                RULE 8 HEARINGBRIAN MORTON
                (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____$100.00 on or before 11-09-20̲0̲2̲ and

then 1̲0̲0̲.̲0̲0̲ per month on or before the 9 day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 1̲1̲-̲0̲9̲-̲2̲0̲

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $5̲3̲6̲.̲8̲0̲    REDACTED

DENNIS M. SPROUSE
Judge of the District Court

X̲C̲h̲a̲r̲l̲e̲s̲ ̲S̲a̲n̲d̲e̲r̲s̲
      Defendant

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
          Plaintiff                          )
vs.                                          )
CHARLES EDMOND SANDERS                       )    Case No. CF-01-00314  4  **391.00**
                                             )             CF-98-00346  1  **75.80**
                                             )             CF-98-00363  2  **35.00**
SALLISAW  OK  74955                          )             ~~CF-99-00562~~  3  **35.00**
          Defendant                          )
    SS#:        9539                              SEQUOYAH COUNTY, OKLAHOMA
    DOB:        1966                                        FILED
                                                      IN DISTRICT COURT

                                                      OCT - 9 2002

          State's Attorney:
          Defendant's Attorney:                  BERNELL EDWARDS, COURT CLERK

                                                 BY_____DEPUTY
Date: 10/09/02              RULE 8 HEARINGBRIAN MORTON
                                 (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____$100.00 on or before 11-09-20**02** and

then **100.00** per month on or before the **9** day of each month –

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before ~~11-09-20~~_____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

_____

TOTAL TO PAY $**536.80**        **REDACTED**

X_Charles Sanders____              DENNIS M. SPROUSE_____
          Defendant                Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS OCT - 9 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

CHECK ONE _____I plan to pay before 3:30 pm today

_____I plan to pay within 48 hours   ✓ I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE _Charles Sanders_ DATE _10-9-2002_

CASE # _____   DATE OF BIRTH ▮▮▮ 66

SS# ▮▮▮▮ 9539 _____   FINE/COST _____

LAST NAME _Sanders_   FIRST _Charles_ MI _E_

STREET _Rt 3 Bx 55_ CITY _Sailisaw_   PHONE (918) 775-▮▮▮

EMPLOYER _Kavin_   HOW LONG _Temp?_   PHONE 776-▮▮▮

EARNINGS _240.00_ per _week_ #hrs/wk _____   paydates _Friday_

IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS   SINGLE_____ MARRIED_____   DIVORCED_____
SEPERATED ✓ WIDOW/ER_____   COMMON LAW_____

Names and Ages of Children _Jennifer Sanders_
List others living in household   NAME   RELATIONSHIP   EMPLOYER   INCOME

_____
_____

AMOUNT OF CASH WITH YOU $ _0_   Saving/Checking Accounts $_____
Property, Investments, Assets $ _____
I AM SUPPORTED BY: _____   Do you receive housing assistance_____
    Alimony/Child Support_____   Monthly Expenses:
    Social Security_____   Rent_____
    Pension/Retirement_____   Food_____
    Welfare_____   Utilities_____
    Food Stamps_____   **REDACTED**   Child Care_____
    Unemployment_____   Medical_____
    My Gross Monthly Earning_____   TOTAL$_____
    Other Income Support_____ Source_____

DRIVERS LICENSE # _44170 9537_ STATE _OK_ EXP.DATE _11-7-2005_
VEHICLES YOU OWN OR USE:   YEAR   MAKE/MODLE   MONTHLY PAYMENTS

_____
_____

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, Plaintiff | ) ) | |
| vs. | ) | Case No. CF-01-00314 |
| CHARLES EDMOND SANDERS | ) ) | CF-98-00346 |
| | ) | CF-98-00363 |
| | ) | CF-99-00562 |
| SALLISAW, OK  74955 | ) | |
| ████████Defendant | ) | |

SS#: ████9539
DOB: ████1966

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 1 4 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 08/14/02          RULE 8 HEARING STEVE BARNES
                             (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

                                                    OR
_____$536.80 on or before 10-30-20 and

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 10-30-20 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $536.80

REDACTED _____
X_____         DENNIS M. SPROUSE
       Defendant                 Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

**BENCH WARRANT – After Conviction**

ISSUED
3-15-04

STATE OF OKLAHOMA
Sequoyah County,
THE STATE OF OKLAHOMA
            VS.
CHARLES EDMOND SANDERS

███████

SALLISAW, OK 74955

██66 ██9539

IN DISTRICT COURT

CF-99-00562

BOND - $10,000

THE STATE OF OKLAHOMA
To any Sheriff or Policeman of the State of Oklahoma – Greeting:

**CHARLES EDMOND SANDERS** having been on the 9th day of December, 1999 duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of : KNOWINGLY CONCEALING STOLEN PROPERTY / APPLICATION TO REVOKE OR APPLICATION TO IMPOSE JUDGMENT AND SENTENCE

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above – named
**CHARLES EDMOND SANDERS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this Monday, March 15, 2004. By Order of the Court.

BERNELL EDWARDS, COURT CLERK

BY: _Robin Hickman_
                                    Deputy

**WILL ONLY EXTRIDIATE FROM SURROUNDING STATES**

**REDACTED**
SHERIFF'S RETURN

RECEIVED the Writ on the _____ day of _____, 20___, at _____ o'clock ___a.m. by _____

_____

Dated this _____ day of _____ 20___.

_____
SHERIFF OF SEQUOYAH COUNTY, OK

BY:_____

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 12 2004

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

THE STATE OF OKLAHOMA,     )
        Plaintiff,     )
vs.     )
             )     No. CF-99-562
             )
CHARLES E. SANDERS,     )
        Defendant.     )

## SECOND APPLICATION TO REVOKE SUSPENDED SENTENCE

COMES NOW, Richard L. Gray, the duly elected, qualified, and acting District Attorney of Sequoyah County, and states to the Court that on the 9th day of December, 1999, the said Defendant entered his/her plea of guilty in the above entitled case, in the District Court of Sequoyah County, Oklahoma, to the charge of: KNOWINGLY CONCEALING STOLEN PROPERTY , as set out in the Information on file in this cause and the said defendant was sentenced to serve a term of TWENTY (20)  years, under the Supervision of the Department of Correction, which sentence the Court suspended during the good behavior of said defendant.  Further that on the 31st day of May, 2001 the State of Oklahoma filed its Application to Revoke Suspended Sentence.  That on the 23rd day of August, 2001, Defendant was found guilty of violating the rules and conditions of probation and the suspended sentence was revoked, with Defendant to successfully complete the Last Stop or similar program, at which time the balance of said sentence would be suspended.

Thereafter, the defendant violated the rules and conditions of probation as imposed by the Court in the following manner:

**Rule #9**: by violating city, state or federal law, and being cited for Burglary, 2nd degree in Sequoyah County Case CF-04-19.

WHEREFORE, applicant prays that the Court set a date for hearing this application and that the suspension clause in said Judgment and Sentence be carried out in full, according to its terms.  That the Court direct the Court Clerk of Sequoyah County, Oklahoma, to issue a Bench Warrant for the arrest of said defendant.

Dated this ___11TH___ day of , 2004.

                    RICHARD L. GRAY, District Attorney

        BY: _____
                    Assistant District Attorney

WITNESSES:
Chief Gary Philpot, Sallisaw PD
Sam Pinson, State Fire Marshall
Sally Jackson, ████████ Sallisaw, OK 74955
Wung Mei Fung, ████████ Sallisaw, OK
Hui Hui Zheng, ████████ Sallisaw, OK

## FINDING OF PROBABLE CAUSE

The Undersigned Judge of the District Court, upon the above application hereby determines there to be probable cause for the issuance of a Bench Warrant and so orders.

Dated this ___11TH___ day of ___March___, 2004
Bond set at $ _10,000.00_

                    JUDGE OF THE DISTRICT COURT

**BENCH WARRANT – After Conviction**

**ISSUED**
3-15-04

| | |
|---|---|
| **STATE OF OKLAHOMA**<br>Sequoyah County,<br>**THE STATE OF OKLAHOMA**<br>VS.<br>**CHARLES EDMOND SANDERS** | **IN DISTRICT COURT**<br><br>**CF-99-00562** |

**SALLISAW, OK 74955**

▮▮66 ▮▮▮9539                      **BOND - $10,000**

THE STATE OF OKLAHOMA
To any Sheriff or Policeman of the State of Oklahoma – Greeting:

**CHARLES EDMOND SANDERS** having been on the 9th day of December, 1999 duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of : KNOWINGLY CONCEALING STOLEN PROPERTY / APPLICATION TO REVOKE OR APPLICATION TO IMPOSE JUDGMENT AND SENTENCE

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above – named
**CHARLES EDMOND SANDERS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this Monday, March 15, 2004. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: *Robin Hickman*
**Deputy**

**WILL ONLY EXTRIDIATE FROM SURROUNDING STATES**

**REDACTED**
SHERIFF'S RETURN

RECEIVED the Writ on the _____ day of _____, 20___, at _____ o'clock ___a.m. by _____
_____

Dated this _____ day of _____ 20___.

_____
SHERIFF OF SEQUOYAH COUNTY, OK

BY: _____

FILED
IN DISTRICT COURT

APR. 0 5 2004

Sequoyah County BETTY EDWARDS COURT CLERK
Warrant Clearance BY _____ DEPUTY

Warrant Number: _____ CF 99-00562 _____

Warrant Name: _____ CHARLES . EDMOND SANDERS _____

Date & Time Cleared: _____ 03/31/04  17:13 _____

Warrant Cleared By:

Arrest ___✓___ Officer Serving: _____ Chris Grizzle _____

Agency: _____ Seq. Co. _____ Badge Number: _____ 823 _____

Cancel _____ Official Directing Warrant Cancelation _____

Was warrant pulled from file?            (Yes)            No

If no explain: _____

Was warrant marked off warrant book and data base?  (Yes)   No

If no explain: _____

Was warrant cleared from NCIC?           (Yes)        Not entered

Was warrant removed from holds book?      Yes      (No hold placed)

Sheriff's office employee signature: _____ Debbie Fuller _____

Note: After completing this form staple to the back of warrant signed by arresting officer and place in folder marked Court Clerk. Use this form only to clear warrants issued by Sequoyah County. Every warrant must be cleared **REDACTED** on a seperate form.

**IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

THE STATE OF OKLAHOMA, )
        Plaintiff, )
vs. )
                   )
CHARLES E. SANDERS, )
        Defendant. )

No. CF-99-562

JUN 1 7 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

**AMENDED**
## SECOND APPLICATION TO REVOKE SUSPENDED SENTENCE

COMES NOW, Richard L. Gray, the duly elected, qualified, and acting District Attorney of Sequoyah County, and states to the Court that on the 9th day of December, 1999, the said Defendant entered his/her plea of guilty in the above entitled case, in the District Court of Sequoyah County, Oklahoma, to the charge of: KNOWINGLY CONCEALING STOLEN PROPERTY , as set out in the Information on file in this cause and the said defendant was sentenced to serve a term of TWENTY (20)  years, under the Supervision of the Department of Correction, which sentence the Court suspended during the good behavior of said defendant. Further that on the 31st day of May, 2001 the State of Oklahoma filed its Application to Revoke Suspended Sentence. That on the 23rd day of August, 2001, Defendant was found guilty of violating the rules and conditions of probation and the suspended sentence was revoked, with Defendant to successfully complete the Last Stop or similar program, at which time the balance of said sentence would be suspended.

Thereafter, the defendant violated the rules and conditions of probation as imposed by the Court in the following manner:

**Rule #9**: by violating city, state or federal law, and being cited for Burglary, 2nd degree, Arson 2nd degree, Knowingly Concealing Stolen Property, and Feloniously Carrying Firearm  in Sequoyah County Case CF-04-19.

WHEREFORE, applicant prays that the Court set a date for hearing this application and that the suspension clause in said Judgment and Sentence be carried out in full, according to its terms. That the Court Direct the Court Clerk of Sequoyah County, Oklahoma, to issue a Bench Warrant for the arrest of said defendant.

Dated this __17th _ day of June, 2004.

RICHARD L. GRAY, District Attorney

BY:
Assistant District Attorney

WITNESSES:
Chief Gary Philpot, Sallisaw PD
Sam Pinson, State Fire Marshall
Sally Jackson, ▪▪▪▪▪▪▪ Sallisaw, OK 74955
Wung Mei Fung, ▪▪▪▪▪▪▪▪▪▪▪ Sallisaw, OK
Hui Hui Zheng, ▪▪▪▪▪▪▪▪▪▪▪▪▪ Sallisaw, OK

## SUBPOENA

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
        Plaintiff,

VS.

No. CF-04-19
CF-98-363
~~CF-99-562~~
CF-98-346

PRELIMINARY HEARING/APP TO REVOKE

SEQUOYAH CC ...........
FILED
IN DISTRICT COURT

JUL 2 6 2004

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

CHARLES "MONK" SANDERS

        Defendant,

TO:  **CHIEF GARY PHILPOT SALLISAW P.D.**
     **SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23ʳᴰ ST. SUITE 4, OKLAHOMA CITY, OK**
     **SALLY JACKSON** ███████ **SALLISAW, OK**
     **WUNG MEI FUNG, C/O** ██████████ **, SALLISAW, OK**
     **HUI HUI ZHENG C/O** ██████████ **SALLISAW, OK**
     **DET JOHN OWENS SALLISAW P.D.**

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **29th day of July, 2004, at the hour of 1:30 o'clock P. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES "MONK" SANDERS,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

     HEREOF FAIL NOT, under penalty of law.

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 26th day of JULY, 2004.

                           BERNELL EDWARDS, COURT CLERK

                           By *Robin Hickman*
                                Deputy

---

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE **AND** PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

REDACTED

---

### SHERIFF'S RETURN

     Received this Writ this _____ day of _____, 20___, _____ o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___,; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness: _____

_____By_____
                                 20_____. I cannot find the within named _____ in my county.

                           JOHNNY PHILPOT, SHERIFF

                     By_____
                                Deputy

                   Mileage_____miles

Gabbert
07-26-04

## SUBPOENA
IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
Plaintiff,

VS.

CHARLES "MONK" SANDERS

Defendant,

No. CF-04-19
CF-98-363
CF-99-562
CF-98-346
PRELIMINARY HEARING/APP TO REVOKE

TO:   CHIEF GARY PHILPOT SALLISAW P.D.
SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23ʳᴰ ST. SUITE 4, OKLAHOMA CITY, OK
SALLY JACKSON ██████ SALLISAW, OK  07-28-04 No 07-29-04 N3
WUNG MEI FUNG, C/O ██████
HUI HUI ZHENG C/O ██████                     ; SALLISAW, OK  07-27-04 yes
DET JOHN OWENS SALLISAW P.D.              SALLISAW, OK  07-27.04 yes

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the _29th day of July, 2004, at the hour of 1:30 o'clock P. M._ to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and _CHARLES "MONK" SANDERS,_ is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

HEREOF FAIL NOT, under penalty of law.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 26th day of JULY, 2004.

BERNELL EDWARDS, COURT CLERK

By Robin Hickman
Deputy

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.  REDACTED

### SHERIFF'S RETURN

Received this Writ this _____ day of _____, 20___, _____ o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____
_____By_____
_____20_____. I cannot find the within named
_____in my county.

JOHNNY PHILPOT, SHERIFF

By_____
Deputy

Mileage_____miles

**SUBPOENA**

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
    Plaintiff,

VS.

CHARLES "MONK" SANDERS

    Defendant,

No. CF-04-19
CF-98-363
CF-99-562
CF-98-346
PRELIMINARY HEARING/APP TO REVOKE

TO:  CHIEF GARY PHILPOT SALLISAW P.D.
    SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23RD ST. SUITE 4, OKLAHOMA CITY, OK
    SALLY JACKSON ████████ SALLISAW, OK
    WUNG MEI FUNG, C/O █████████████ ,SALLISAW, OK
    HUI HUI ZHENG C/O █████████████ SALLISAW, OK
    DET JOHN OWENS SALLISAW P.D.

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **29th day of July, 2004, at the hour of 1:30 o'clock P. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES "MONK" SANDERS,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

    HEREOF FAIL NOT, under penalty of law.

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 26th day of JULY, 2004.

BERNELL EDWARDS, COURT CLERK

By _Robin Hickman_
    Deputy

---

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE **AND** PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

REDACTED

---

SHERIFF'S RETURN

    Received this Writ this _____ day of _____, 20___, _____ o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____ By _____
_____ 20_____. I cannot find the within named
_____ _____ in my county.

JOHNNY PHILPOT, SHERIFF

By_____
    Deputy

Mileage_____miles

**Sheriff's Return**

**State of Oklahoma, County of Sequoyah**

SEQUOYAH COUNTY, OKLAHOMA
FILED
DISTRICT COURT

Case # ~~CF-09-19~~
~~CF 98 363~~   CF-98-346
CF-99-562

AUG 1 0 2004

BERNELL EDWARDS, COURT CLERK

BY_____ DEPUTY

I certify that I received the foregoing summons on the ___26___ day of ___July___, 20 04 , and that I delivered, or attempted delivery of the said summons as shown below to each party named for service request.

| Name of Person To be served | service address | served? yes or no | Date & Time of service or Attempt | |
|---|---|---|---|---|
| Sally Jackson | ███████████ | No | 07 28 04 | 07-29-04 |
| Wung Mei Fung | ███████████ | Yes | 07-27-04 | |
| Hui Hui Zheng | ███████████ | Yes | 07-27-04 | |

I certify that on _____, I served_____
By leaving a copy of said summons with a copy of the petition attached at _____ which is his/her place of residence.

I certify that on_____, I served_____ by leaving a copy of said summons with a copy of the petition attached at _____ with_____, a member of his/her family over fifteen (15) years of age.

Dated on the ___08___ day of ___August___, 20 04 .
J.W. Philpot, Sheriff of Sequoyah County
#826
By:___Travis Gibbel___, Deputy Sheriff
Sequoyah County, Oklahoma

**REDACTED**

**SUBPOENA**

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 3 0 2004

STATE OF OKLAHOMA,
         Plaintiff,

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

No. CF-04-19
CF-98-363
CF-99-562
CF-98-346
PRELIMINARY HEARING
APPLICATION TO REVOKE

VS.
CHARLES "MONK" SANDERS,
         Defendant,

TO:   CHIEF GARY PHILPOT SALLISAW P.D.
      AGENT SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23RD SUITE 4, OK. CITY, OK
      SALLY JACKSON█████████SALLISAW, OK
      WUNG MEI FUNG C/O █████████, SALLISAW, OK
      HUI HUI ZHENG C/O █████████ SALLISAW, OK
      DET. JOHN OWENS SALLISAW P.D.

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **2ND day of SEPTEMBER, 2004, at the hour of 1:30 o'clock P. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES SANDERS,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

     HEREOF FAIL NOT, under penalty of law.

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 27TH day of AUGUST, 2004.

BERNELL EDWARDS, COURT CLERK

By _Robin Hickman_
              Deputy

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE <u>AND</u> PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

---

SHERIFF'S RETURN

     Received this Writ this _____ day of _____, 20___, _____ o'clock ____.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____By_____
_____20_____. I cannot find the within named _____ in my county.

JOHNNY PHILPOT, SHERIFF

By_____
             Deputy

Mileage_____miles

**IN THE DISTRICT COURT OF SEQUOYAH COUNTY**
**STATE OF OKLAHOMA**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

THE STATE OF OKLAHOMA,    )
                     Plaintiff,    )

vs.    )

CHARLES E. SANDERS,    )
DOB: ████66, SS#: ████9539    )
               Defendant.    )

NOV 17 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

No. CF-99-562

## ORDER REVOKING SUSPENDED SENTENCE

NOW, on this 18th    day of November, 2004, the above styled case comes on for hearing on the State's Application to Revoke Suspended Sentence. The State is present by Assistant District Attorney, Jeff Sheridan, the defendant is present and represented by the attorney of record, John Sawney.

The Court finds that on the 9th day of December, 1999, the said defendant was found guilty of the crime of UTTERING A FORGED INSTRUMENT and sentenced to a term of TWENTY (20) years with the direction of the Department of Corrections, and of said sentence TWENTY (20)  years was suspended pending the defendant's good behavior. That on the 31st day of May, 2001, the State of Oklahoma filed its Application to Revoke Suspended Sentence and on the 23rd day of August, 2001 Defendant was found guilty of violating the rules and conditions of probation. Said suspended sentence was revoked, with Defendant to successfully complete the Last Stop or similar program, at which time the balance of said sentence would be suspended.

The Court finds that on the 17th day of June, 2004,  the State filed a Second Application to Revoke Suspended Sentence based on violations of the defendant's Rules and Conditions of Probation. The Court further finds the defendant did, in fact, violate the rules and conditions as alleged in the State's Application.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that FIVE (5) YEARS of the suspended sentence is revoked, with balance to be suspended upon successful completion of Key to Life or similar program, to run concurrent with, CF-98-346; CF-98-363 CF-04-19 and CF-03-124,  and the Sheriff of Sequoyah County shall deliver said defendant to the Department of Corrections and leave therewith a copy of this Order of Judgment and Sentence to serve as a warrant and authority for the revocation of said defendant as provided herein. The second copy of the Order to be warrant and authority of said Sheriff for the transportation and imprisonment of said defendant as herein before provided. The Sheriff to make due return to the Clerk of this Court, with his procedure endorsed thereon.

_____
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 1 3 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

## ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, First, Middle, suffix (please print or type) (show alias)  ▮ Colo

Sanders, Charles Edmond  ▮ 9539

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| Booking # 2004-03181 Warrant #'s CF-04-14 CF-03-365 CF-99-005162 CF-03-124 CF-98-003163 CF-98-00346 | Sent to State Prison | Hold for Tulsa County Hold for Tulsa County (App. to revoke) Hold for Tulsa Co. (FTA) Merrills Bonding Surrender Knowingly concealing stolen property Application to Revoke Surrendered by Hamilton/morgan Burglery 2nd Degree Uttering A forged Instrument Application to revoke Possession of controlled dangerous Substance Application to revoke |
| | | Hold for DOC |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the ___11___ day of ___December___, 20_04_.

_Amanda Hughes_
Signature

**AUTHORIZED BY**

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

_Ben Ludec_
JUDGE OF THE DISTRICT COURT

**REDACTED**

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

*CF·99·662   CF·98·363*
*CF·98·346  CF·2004·19*

STATE OF OKLAHOMA                           CASE NO._____ *CF·03·124*

VS.                                          J & S DATE: *NOV 17 - 2004*

*Charles Edmond Sanders*
**DEFENDANT**

## STATEMENT OF JAIL TIME

PRISONER WAS ARRESTED ON DATES:  *10·22·99 – 12·07·99 / 8·23·01 - 10·25·01*
*3·13·03 – 4·02·03 / 1·16·04 - 1·21·04*
*3·31·04 - 12·10·04*

PRISONER REMAINED IN JAIL ___*372*___ DAYS BEFORE JUDGEMENT AND SENTENCE.

PRISONER REMAINED IN JAIL ___*23*___ DAYS AFTER JUDGEMENT AND SENTENCE.

TOTAL DAY'S OF JAIL TIME ___*395*___

*Christine Calbert*

SEQUOYAH COUNTY CRIMINAL JUSTICE AUTHORITY

*12·28·2004*

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 2 8 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

**REDACTED**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN THE DISTRICT COURT OF        )
SEQUOYAH COUNTY                 )
STATE OF OKLAHOMA)              )
NOV 28 2005                     )        Defendant CHARLES EDMOND "MONK" SANDERS
                                )
                                )        Case No. CF-05-406
BERNELL EDWARDS, COURT CLERK    )        CF-03-124  CF-98-562 - CF-98-363
BY_____DEPUTY                   Date  NOVEMBER 17, 2005  CF-98-346

## RULES AND CONDITIONS OF PROBATION

1.  I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general state of my environment and progress.

2.  I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I will understand that I am not to go into or loiter around beer taverns or pool halls.

3.  I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4.  I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5.  I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6.  I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7.  I understand that it will be a violation of my probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or any representative thereof.

8.  I understand that I must support myself and all my dependents without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9.  I will refrain from violation of any City, State or Federal law.

10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion exists in their mind.

14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within the eighteen months.

15. **SPECIAL CONDITIONS:** The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, OSBI lab fees) of $_____ within _____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of _____, 20_____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. REDACTED *(Set out how the money is to be distributed).*

( )   Defendant is to pay restitution through the District Attorney's office as set out in Exhibit "A" attached, the sum of  $_____.

16. Defendant to report to DOC Probation & Parole Office within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

_____          _____
Attorney for Defendant               Probationer

                                     Defendant's Mailing Address:

_____          _____
JUDGE OF THE DISTRICT COURT
                                     _____

**IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 2 3 2005

BERNELL EDWARDS, COURT CLERK

BY_____
_____DEPUTY

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  CF-99-562 |
| | ) | |
| CHARLES E. SANDERS, | ) | |
| DOB:████66, SS#:████9539 | ) | |
| Defendant. | ) | |

**AMENDED
ORDER REVOKING SUSPENDED SENTENCE**

NOW, on this 17th    day of November, 2005, the above styled case comes on for hearing on the State's Application to Revoke Suspended Sentence.  The State is present by Assistant District Attorney, Jeff Sheridan, the defendant is present and represented by the attorney of record, John Sawney.

The Court finds that on the 9th  day of December, 1999, the said defendant was found guilty of the crime of UTTERING A FORGED INSTRUMENT and sentenced to a term of TWENTY (20) years with the direction of the Department of Corrections, and of said sentence TWENTY (20)  years was suspended pending the defendant's good behavior. That on the 31st day of May, 2001, the State of Oklahoma filed its Application to Revoke Suspended Sentence and on the 23rd day of August, 2001 Defendant was found guilty of violating the rules and conditions of probation.  Said suspended sentence was revoked, with Defendant to successfully complete the Last Stop or similar program, at which time the balance of said sentence would be suspended.

The Court finds that on the 17th  day of June, 2004,  the State filed a Second Application to Revoke Suspended Sentence based on violations of the defendant's Rules and Conditions of Probation.  The Court further finds the defendant did, in fact, violate the rules and conditions as alleged in the State's Application.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that said sentence remain suspended pursuant to the rules and conditions of probation and to run concurrent with CF-98-346; CF-98-363; CF-04-19 and CF-03-124.

_____
JUDGE OF THE DISTRICT COURT

# DISTRICT COURT OF MUSKOGEE, WAGONER, CHEROKEE AND SEQUOYAH COUNTIES

FIFTEENTH JUDICIAL DISTRICT

(ORDER)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 0 3 2006

BERNELL EDWARDS, COURT CLERK

BY _____DEPUTY

C 7- 04-19
C 7 - 03-124
C7-99-562
C7-98-346

CASE NUMBER: C7 - 98- 363

DATE: 3-29-06

DEFENDANT: Sanders, Charles

CHARGE: Burglary 2 nd

SENTENCE DATE: 11-17-05

EXPIRATION DATE: 11-16-30

THE DEPARTMENT OF CORRECTIONS IS HEREBY RELIEVED FROM FURTHER ACTIVE SUPERVISION OF THIS DEFENDANT IN THIS PARTICULAR CASE.

JUDGE OF DISTICT COURT   Garrett

* Per plea agreement with the feds. banish from Sequoyah county.

**REDACTED**