**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 165**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

INFORMATION

=================================================================

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 15 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

STATE OF OKLAHOMA )
      Plaintiff, )
     )
vs. )        No. CF-2004- 19
     )
CHARLES EDMOND "MONK" SANDERS,)
DOB:▇▇66, SS#:▇▇▇9539 )
      Defendant. )

## I N F O R M A T I O N

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

Now comes RICHARD GRAY, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that CHARLES EDMOND "MONK" SANDERS did, in Sequoyah County, and in the State of Oklahoma, on or about the 13th day of November, in the year of our Lord, Two Thousand Three, and before the presentment hereof, commit the crime of

### BURGLARY SECOND DEGREE-21 O.S. 1435

That on the day and year and in the county and state aforesaid, said CHARLES EDMOND "MONK" SANDERS did unlawfully, wilfully, burglariously and feloniously, while acting in concert with unnamed others, break and enter into a certain building located at 313 South Kerr Blvd, in the City of Sallisaw, Sequoyah County, Oklahoma, owned by and in the possession of Wung Mei Fung d/b/a China Panda Restaurant, in which building property of value was kept and contained, by breaking open the outer back door of said building and entering without the consent of said owner, with the wilful, felonious and burglarious intent to steal said property,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

RICHARD GRAY
DISTRICT ATTORNEY

By_____
Assistant District Attorney

STATE OF OKLAHOMA )
           ) ss.
COUNTY OF SEQUOYAH )

Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____
Affiant

Subscribed and sworn to before me this 15th day of January, 2004.

_____
NOTARY PUBLIC

My Commission Expires:
6/23/04    #000106 26

WITNESSES:
Chief Gary Philpot, Sallisaw PD
Sam Pinson, State Fire Marshall
Sally Jackson, ▇▇▇▇▇▇ Sallisaw, OK 74955
Wung Mei Fung, China Panda Restaurant, Sallisaw, OK
Hui Hui Zheng, China Panda Restaurant, Sallisaw, OK

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 1 5 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

INFORMATION
Page 2

| | |
|---|---|
| THE STATE OF OKLAHOMA, ) | IN THE DISTRICT COURT OF |
| Plaintiff, ) | SEQUOYAH COUNTY, STATE |
| ) | OF OKLAHOMA |
| vs. ) | CASE NO. CRF-2004- 19 |
| ) | |
| CHARLES E. SANDERS, ) | |
| Defendant. ) | |

## FORMER CONVICTIONS

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-89-396, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UTTERING FORGED INSTRUMENT, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-92-91, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UNLAWFUL POSSESSION OF CONTROLLED DRUG, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-90-144, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of SEXUAL BATTERY, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 9th day of December, 1999, in Case No. CF-98-346, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of POSSESSION OF CONTROLLED DRUG, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 9th day of December, 1999, in Case No. CF-98-363, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UTTERING A FORGED INSTRUMENT, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 9th day of December, 1999, in Case No. CF-99-562, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of KNOWINGLY CONCEALING STOLEN PROPERTY, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

RICHARD L. GRAY,
DISTRICT ATTORNEY

BY:_____
Assistant District Attorney

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

JAN 1 5 2004

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

THE STATE OF OKLAHOMA,
                    PLAINTIFF,

VS.

NO. CF-2004-19

Sanders, Charles Edmond (Monk)
                    DEFENDANT,

## AFFIDAVIT

STATE OF OKLAHOMA    )
COUNTY OF SEQUOYAH )ss.

Chief Gary Philpot_____, OF LAWFUL AGE AND BEING FIRST DULY SWORN UPON
OATH, DEPOSES AND SAYS:

That on 11-13-2003 at approx. 06:33 AM hours, officers were called to 313 South Kerr Boulevard, Sallisaw, Sequoyah County, Oklahoma the China Panda Restaurant in reference a fire. The Sallisaw Fire Department was on sight and the building on the west end was completely engulfed in flame. That the renters, Wung Mei Fung, dob-███69 was at the scene and could speak very little english. Hui Hui Zheng, dob-███1986 was brought to the scene and advised that his father, mother and he had been the last in the restaurant on 11-12-03 at approx. 9:00 PM hours and that all had checked the back door before leaving through the front door. That Sam Pinson, State Fire Marshall, had arrived on the scene and advised that the severity of the fire was in the kitchen area, however it appeared to be an arson and the cash register was missing from the counter with the wires and things pulled from the countertop, in appearance of a burglary. The firemen advised that the back door was standing open when they arrived on scene.

That Chief Gary Philpot, Sallisaw Police Department, had made contact with Arnold Sutton, dob-███1977 in regards to the burning and burglary of the China Panda Restaurant on 11-13-2003. Mr. Sutton advised that on 11-5-03 at approx. 4:00 AM, was in a converstion with the defendant and Sally Jackson, dob-███1975, sister, and girlfriend to the defendant. Mr. Sutton advised the defendant was telling Ms. Jackson, an employee of the China Panda, to leave the back door unlocked so that he could burglarize it or to leave the money bag by the back door. That Chief Philpot brought a check register, with chinese writing, to the office, this being an item taken during the arson/burglary, stating the check transaction register was brought to Henry Davis, father to Sally, by Sally.

That on 1-15-2004 Sally Jackson, dob-███1975, ████████Sallisaw, Sequoyah County, Oklahoma, stated that the night before the China Panda was burglarized and burned, that the defendant: *Charles Sanders* told her that he and JD Moffett, dob-███1979, were going to break into the restaurant. That Ms. Jackson states she heard on the scanner that the restaurant was on fire at approx. 6:00 AM and spoke with the defendant about him burning the restaurant. That the defendant stated that JD had dropped him off and kept circling the restaurant while he was trying to get the stuff from the restaurant. That some food, paperwork, passports and tea were taken from the restaurant and brought to another residence by the defendant and JD and some burned at a later time. That approx. $130 dollars in coins were taken.

BASED ON THIS INFORMATION, THE UNDERSIGNED PRAYS THAT THIS HONORABLE
COURT ISSUE A FINDING OF FACT THAT PROBABLE CAUSE EXISTS TO BELIEVE THAT
A CRIME HAS BEEN COMMITTED AND THAT THERE IS PROBABLE CAUSE TO BELIEVE
THE DEFENDANT (S) ABOVE NAMED COMMITTED THAT CRIME

FURTHER SAYETH NOT.

SUBSCRIBED AND SWORN TO BEFORE ME THIS _15_ DAY OF January 2004

MY COMMISSION EXPIRES:_N/A_                NOTARY PUBLIC  Judge

## FINDING OF PROBABLE CAUSE

THE UNDERSIGNED JUDGE OF THIS COURT, UPON SWORN TESTIMONY AND/OR
AFFIDAVIT, HEREBY DETERMINES THERE TO BE PROBABLE CAUSE TO DETAIN THE
DEFENDANTS (S).

DATED THIS _15_ DAY OF January, 2004

                    JUDGE OF THE DISTRICT COURT

CHARLES EDMOND "MONK" SANDERS
ADDRESS: RR, MARBLE CITY, OK
DOB: 01/11/66  DL/SS# 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
RACE/  W    / SEX/ M

CASE NO. CF-2004-19

## WARRANT OF ARREST

COUNTY OF SEQUOYAH
STATE OF OKLAHOMA

TO THE SHERIFF OF SEQUOYAH COUNTY:

WHEREAS, Complaint in writing and upon oath having been this day made before me that the crime of **BURGLARY, 2ND DEGREE* was committed, and accusing **CHARLES EDMOND "MONK" SANDERS** thereof.

YOU are therefore commanded to arrest said *CHARLES EDMOND "MONK" SANDERS** and bring him before me or some other magistrate having cognizance of the case to be dealt with according to law.

ISSUED at SALLISAW, SEQUOYAH COUNTY, Oklahoma, this 15th day of January, 2004, at 3:20 o'clock P M.

The defendant is to be admitted to

bail in the sum of $100,000. 00/xx

_____
DISTRICT JUDGE

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY**
**STATE OF OKLAHOMA**    JAN 1 5 2004

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

| | |
|---|---|
| STATE OF OKLAHOMA,<br>Plaintiff, | )<br>)<br>) |
| vs. | )   Case No.   CF-2004 - 19<br>)<br>) |
| | )<br>) |
| CHARLES EDMOND "MONK" SANDERS,)<br>Defendant. | )<br>) |

## Evidence Inspection Notification

COMES NOW the State of Oklahoma District Attorney of Sequoyah County, Oklahoma, Richard L. Gray, pursuant to 22 O.S. 2002 Supp., § 258, and gives notice that law enforcement reports regarding this case are available for inspection at least five (5) days prior to the date of the preliminary hearing.

To inspect the law enforcement reports make a **written** request to the office of the Sequoyah County District Attorney by delivering, faxing or mailing such request to:

**Sequoyah County District Attorney**
**120 E. Chickasaw**
**Sallisaw, OK 74955**
**FAX: (918) 775-1215**

The request must be received at least one day in advance of the date of inspection. Each request must include the name of the defendant, case number, date of the preliminary hearing and date of the requested inspection. Inspection may be made on any business day between the hours of nine (9) o'clock a.m. and four (4) o'clock p.m. in the Sequoyah County District Attorney's office.

RICHARD L. GRAY

By: _____
Diana Clayton
Assistant District Attorney

CHARLES EDMOND "MONK" SANDERS
ADDRESS: ▮▮▮MARBLE CITY, OK
DOB:▮▮▮/66  DL/SS# ▮▮▮▮9539
RACE/  W  / SEX/ M ▮▮▮

CASE NO. CF-2004-19

**WARRANT OF ARREST**

**COUNTY OF SEQUOYAH**
**STATE OF OKLAHOMA**

**TO THE SHERIFF OF SEQUOYAH COUNTY:**

WHEREAS, Complaint in writing and upon oath having been this day made before me that the crime of **BURGLARY, 2ND DEGREE* was committed, and accusing **CHARLES EDMOND "MONK" SANDERS** thereof.

YOU are therefore commanded to arrest said *CHARLES EDMOND "MONK" SANDERS** and bring him before me or some other magistrate having cognizance of the case to be dealt with according to law.

ISSUED at SALLISAW, SEQUOYAH COUNTY, Oklahoma, this _15th_ day of _January_, 2004, at _3:20_ o'clock _P_ M.

The defendant is to be admitted to

bail in the sum of $_100,000.00/xx_      _____
                                              DISTRICT JUDGE

CHARLES EDMOND "MONK" SANDERS
ADDRESS: ██ MARBLE CITY, OK
DOB: ██ /66  DL/SS# ██ 9539
RACE/ W  / SEX/ M ██

CASE NO. CF-2004-19

## WARRANT OF ARREST

COUNTY OF SEQUOYAH
STATE OF OKLAHOMA

TO THE SHERIFF OF SEQUOYAH COUNTY:

WHEREAS, Complaint in writing and upon oath having been this day made before me that the crime of **BURGLARY, 2ND DEGREE* was committed, and accusing **CHARLES EDMOND "MONK" SANDERS** thereof.

YOU are therefore commanded to arrest said *CHARLES EDMOND "MONK" SANDERS** and bring him before me or some other magistrate having cognizance of the case to be dealt with according to law.

ISSUED at SALLISAW, SEQUOYAH COUNTY, Oklahoma, this _15th_ day of _January_, 2004, at _3:20_ o'clock _P_ M.

The defendant is to be admitted to

bail in the sum of $_100,000.00/xx_            _____
                                                      DISTRICT JUDGE

JAN 2 0 2004

## Sequoyah County BERNELL EDW...
## Warrant Clearance BY _____ RX

Warrant Name: _CHARLES EDMOND "MONK" SANDERS_

Warrant Number: _CF-2004-19_

Date & Time Cleared: _01-16-04  1805_

Warrant Cleared By:

Arrest ✓ Serving Officer: _Roy Coleman_    Badge #: _821_

Agency: _Seq. Co. Sheriff Office_

Cancel: _____ Authority: _____

Was Warrant Pulled from file?        (Yes)        No

If no Explain: _____

Was Warrant Marked Off Warrant Book?    (Yes)       No

If no Explain: _____

Was Warrant Canceled from NCIC?        (Yes)      Not Entered

Was Warrant Removed From Holds Book?      Yes      (No Hold Placed)

Sheriff's Office Employee Signature: _Debbie Fuell_

Note: After completing this form, staple it to the back of cleared warrant and put it in the folder marked *Court Clerk*. Use this form only to clear Sequoyah County Warrants. Every warrant must me cleared on a separate form.

## ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that
said defendant be released, if in your custody for no other cause, immediately upon receipt of
this order.

Last Name, First, Middle, suffix (please print or type)(show alias)            ████████ 9539

Sanders, Charles Edmond                                        ████████ 66

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-04-74 19 | Merrill Bonding 50,000 | Burgalary 2nd |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

In and for the District Court of Sequoyah County, State of Oklahoma,
witness my hand this the 21 day of JAN , 20 04 .

_Jenny Manly_
Signature

AUTHORIZED BY

_Sprouse_
JUDGE OF THE DISTRICT COURT

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**MERRILL BONDING COMPANY**
107 East CREEK
SALLISAW, OK. 74955
PHONE: 918-775-5579    FAX: 918-775-9240

MAR 3 1 2004

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

### "CERTIFICATE OF SURRENDER"

DATE: 3-31 , 20 04

CASE NO: CF-04-14 & CF-03-365

I, _Robert Gude_, the County Jailer of _Sequoyah County_, City of _Sallisaw_, State of _OK_, hereby acknowledge that I received from the executing bail bondsman: _Thad Moody_, a licensed Bail Bondsman in the State of _OK_, Defendant: _Charles Sanders_, in the certain case above, pending in (Circle One) (DISTRICT,) MUNICIPAL, _Sequoyah County_ County Court, City of _Sallisaw_, State of _OK_, along with a Certified Copy of the Appearance Bail Bond heretofore deposited with the _Sequoyah_ County Court Clerks Office, State of _OK_. I have retained within my custody, Defendant: _Charles Sanders_, this 31st day of _March_, 20 04, at _2:45_ o'clock _P_ M.

_____
*Signature of Attending Jailer*

INFORMATION

=======================================================================

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA          )
    Plaintiff,          )
vs.                        )          No. CF-2004-19
                           )
CHARLES EDMOND "MONK" SANDERS,)
DOB:    66, SS#:    9539  )
    Defendant.          )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 0 1 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

AMENDED
I N F O R M A T I O N

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

Now comes RICHARD GRAY, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that CHARLES EDMOND "MONK" SANDERS did, in Sequoyah County, and in the State of Oklahoma, on or about the 13th day of November, in the year of our Lord, Two Thousand Three, and before the presentment hereof, commit the crime of

### COUNT I: BURGLARY SECOND DEGREE-21 O.S. 1435

That on the day and year and in the county and state aforesaid, said CHARLES EDMOND "MONK" SANDERS did unlawfully, wilfully, burglariously and feloniously, while acting in concert with unnamed others, break and enter into a certain building located at 313 South Kerr Blvd, in the City of Sallisaw, Sequoyah County, Oklahoma, owned by and in the possession of Wung Mei Fung d/b/a China Panda Restaurant, in which building property of value was kept and contained, by breaking open the outer back door of said building and entering without the consent of said owner, with the wilful, felonious and burglarious intent to steal said property,

### COUNT II: ARSON, SECOND DEGREE-21 O.S. 1402

CHARLES EDMOND "MONK" SANDERS did feloniously, wilfully, and unlawfully and maliciously set fire to and burn a certain unoccupied building/structure, to wit: China Panda Restaurant, the property of Wung Mei Fung and located at 313 South Kerr Blvd, City of Sallisaw, Sequoyah County, Oklahoma, with the unlawful intent then and there on the part of the defendant to wilfully, maliciously and feloniously burn said property,

### COUNT III: KNOWINGLY CONCEALING STOLEN PROPERTY-21 O.S. 1713

That on the day and year, and in the County and State, aforesaid, CHARLES EDMOND "MONK", did unlawfully, wilfully, knowingly, and feloniously conceal from Wung Mei Fung d/b/a China Panda Restaurant, certain personal property of value, to-wit: China brand tea, checkbook register, that had prior thereto on the 13th day of November, 2003, been stolen from the said China Panda Restaurant, the said defendant knowing or reasonably should have believed that said property was stolen did then and there unlawfully conceal and withhold said property from the owner thereof, with the felonious intent to deprive said owner thereof,

### COUNT IV: FELONIOUSLY CARRYING (or FELON IN POSSESSESION OF) FIREARM-21 O.S. 1283

CHARLES EDMOND "MONK" SANDERS did unlawfully, willfully, and feloniously have in his possession or within his immediate control a rifle, to-wit: semi-automatic rifle, after having been heretofore convicted of a felony in Case No CF-99-562 , for the crime of KNOWINGLY CONCEALING STOLEN PROPERTY, in Sequoyah County, State of Oklahoma,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

RICHARD GRAY
DISTRICT ATTORNEY

By
Assistant District Attorney

WITNESSES:
Chief Gary Philpot, Sallisaw PD
Sam Pinson, State Fire Marshall
Sally Jackson, ▮▮▮▮▮ Sallisaw, OK 74955
Wung Mei Fung, China Panda Restaurant, Sallisaw, OK
Hui Hui Zheng, China Panda Restaurant, Sallisaw, OK
Det. John Owens, Sallisaw PD
Arnold Sutton, ▮▮▮▮▮ Sallisaw, OK
Dep. Alan Loyd, SCSO
Guo Ping Zheng, China Panda Restaurant, Sallisaw, OK

*CF-04-19*

**CLIF'S PHARMACY** (918) 776-0100
505 E REDWOOD  SALLISAW, OK 74955
**Rx: 583207**  **04/01/2004**          Dr.ROBBINS, RICK L. DO
**CHARLES E SANDERS**                511 E REDWOOD
SEQ CO JAIL                          SALLISAW, OK 74955
SALLISAW, OK 74955
(000) 000-0918
**NDC: 49884-0469-01**

*CF-04-19*                      $8.10

**30 Tab IBUPROFEN 800 MG TABS  Auth:**

## SUBPOENA
IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
      Plaintiff,

VS.                                              No. CF-04-19

CHARLES EDMOND "MONK" SANDERS,
      Defendant,

**TO:  Chief Gary Philpot, Sallisaw Police Dept., Sallisaw, OK;  Sam Pinson, State Fire Marshall, 2401 N. W. 23rd St., Suite 4, Oklahoma City, OK;  Sally Jackson,▮▮▮▮▮Sallisaw, OK;  Wung Mei Fung, China Panda Restaurant, Kerr Blvd., Sallisaw, OK;  Hui Hui Zheng, China Panda Restaurant, Kerr Blvd., Sallisaw, OK;  Det. John Owens, Sallisaw Police Dept., Sallisaw, OK;  Arnold Sutton,▮▮▮▮▮Sallisaw, OK; Dep. Alan Loyd, S. C. S. O., Sallisaw OK;  Guo Ping Zheng, China Panda Restaurant, Kerr Blvd., Sallisaw, OK;**

      GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the  **13th day of April, 2004, at the hour of  9:00 o'clock A. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and  **CHARLES EDMOND "MONK" SANDERS,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

      HEREOF FAIL NOT, under penalty of law.

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 2nd day of April, 2004.

                               BERNELL EDWARDS, COURT CLERK

                        By *Robin Hickman*
                                    Deputy

---

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

---

SHERIFF'S RETURN

      Received this Writ this _____ day of _____, 20___, _____o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___,; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____By_____
_____20_____. I cannot find the within
named _____in my county.

                           JOHNNY PHILPOT, SHERIFF

                    By_____
                                Deputy

                  Mileage_____miles

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 2 3 2004

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

_STATE_____
Plaintiff

vs. _SANDERS, Charles_    CASE NO: _N/A_____
Defendant

CF-04-19

## APPLICATION FOR APPOINTED COUNSEL
## AND
## AFFIDAVIT OF FINANCIAL INABILITY TO EMPLOY COUNSEL

I swear and affirm that I am the party in the above entitled action. I want an attorney to represent me in this case. I am financially unable to obtain the services of an attorney without causing substantial hardship to myself or to my family. The following information is true and is given and intended to be relied upon by the court and other persons or agencies in determining my eligibility for legal services to be furnished to me at public expense.

PLEASE FILL IN ALL SPACES BELOW AND SIGN YOUR NAME UNDER OATH IN FRONT OF THE JUDGE, A NOTARY OR THE COURT CLERK. IF A QUESTION DOES NOT APPLY TO YOU, PLEASE WRITE IN THE BLANK "DOES NOT APPLY".

I. GENERAL INFORMATION    DATE: _4-18-04_____
NAME: _Charles Sanders_____
ADDRESS: ▮▮▮▮▮▮▮▮▮ _Sallisaw, Okla  74955_
TELEPHONE: _—  —  —_    MESSAGE NUMBER: _775-6195_
SOCIAL SECURITY NO: ▮▮▮▮-9539    AGE: _38_    DOB: ▮▮▮66
SINGLE ( ✓ ) MARRIED ( ) SEPARATED ( )
SPOUSE'S NAME: _N/A_
ADDRESS: _N/A_
TELEPONE: _N/A_
HOW MANY PEOPLE ARE IN YOUR HOUSEHOLD? _(1)  me_
NAME AND AGES: _—_

ARE YOU CLAIMED AS A DEPENDENT BY A PARENT OR GUARDIAN? YES ( ) NO ( ✓ )

II FAMILY INCOME
YOUR MONTHLY TAKE HOME PAY: _0_    WEEKLY TAKE HOME PAY: _0_
YOUR EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY)
_N/A_
YOUR EMPLOYER'S PHONE NUMBER: _N/A_
SPOUSE'S SALARY: _N/A_
SPOUSE'S EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY
_N/A_
SPOUSE'S EMPLOYER'S PHONE NUMBER: _N/A_
IS ANY OTHER MEMBER OF YOUR HOUSEHOLD EMPLOYED? YES( ) NO( ✓ )
WHO? _N/A_
WHERE? _N/A_
SALARY? _N/A_
DEPENDENT'S EMPLOYER: _N/A_

OTHER SOURCE OF INCOME OR BENEFITS (INCLUDE INTEREST, DIVIDENDS, ROYALTIES, ETC.) _N/A_
TOTAL FAMILY INCOME FOR PRECEDING MONTH WAS $ _N/A_

III FAMILY ASSETS (WHAT YOU OWN LESS WHAT YOU OWE ON IT)
MONEY: $ 8.64
IN JAIL: 8.64 ____ AT HOME: 0 ____ CHECKING: 0 ____
SAVINGS: 0 ____ SAFE DEPOSIT BOX ____ 0 ____ OTHER: 0 ____
HOME OR OTHER REAL ESTATE VALUE: 0 ____ JEWELRY VALUE: 0 ____
AUTOMOBILES: MAKE AND VALUE ____ 0 ____ FURNITURE VALUE 0 ____
MOTORCYCLES: MAKE AND VALUE ____ 0 ____ TOOLS/EQUIPMENT
VALUE ____ 0 ____
NOTES, MORTGAGES AND TRUST DEEDS: ____ 0 ____ ANY DEBTS OWED TO THE DEF ____
OTHER ASSETS AND PROPERTY VALUE: ____ 0 ____
ARE YOU PARTY TO A SUIT (PROBATE, WORKER'S COMPENSATION, PERSONAL
INJURY)WHERE? ____ 0 ____ JUDGMENT MAY BE EXPECTED? YES( ) NO( ✓ )
NAME OF ATTORNEY? ____

IV EXPENSES AND DEBTS
RENT/HOUSE PAYMENT: ____ 0 ____ CLOTHING ____ 0 ____ FOOD 0 ____
DOCTOR/MEDICINE ____ 0 ____ UTILITIES ____ 0 ____ CAR PAYMENT 0 ____
INSURANCE: ____ 0 ____ OTHER: ____ 0 ____
TOTAL MONTHLY LIVING EXPENSES: ____ 0 ____
MORTGAGE/LANDLORD'S NAME: ____ 0 ____
MAJOR DEBTS: (list to whom and amount owed): ____ 0 ____
____
____ N/A ____

LIST THE PERSONS WHO ARE DEPENDENT ON YOU FOR SUPPORT. STATE YOUR
RELATIONSHIP TO EACH PERSON AND HOW MUCH YOU CONTRIBUTE MONTHLY TO THEIR
SUPPORT: ____
____ N/A ____
____
____

V. LAST EMPLOYMENT
WHEN DID YOU LAST WORK?: ____ Jan - 2004 ____
WHO WAS YOUR EMPLOYER?: ____ Braly Farms ____
SALARY: ____ 300 ____ HOW LONG DID YOU WORK THERE?: 2 weeks
WHY DID YOU QUIT? ____ Job Ended ____
____

VI. THE FOLLOWING PEOPLE CAN VERIFY TO A LARGE EXTENT MY ABOVE MENTIONED
FINANCIAL SITUATION. GIVE NAME , ADDRESS AND PHONE NUMBER.
1. ____ Sheila Roawl ____
2. ____ Darla Davis ____
3. ____ Donna Davis ____

VII. CHARGE AND BOND
CHARGE(S): FELONY ____ ✓ ____ MISDEMEANOR ____ ✓ ____ JUVENILE ____
ARRESTING AGENCY: ____ County - Turn self in to County ____
CITY ____ COUNTY ____ STATE ____
HAS BOND BEEN POSTED? YES( ) NO( ✓ ) DID YOU USE A BONDSMAN? YES( ) NO( ✓ )
WHO PAID THE BONDSMAN? ____

AMOUNT OF BOND: _____ PREMIUM PAID TO BONDING CO: _____
IF YOU DID NOT USE A BONDSMAN, DID YOU POST A CASH_____ OR P.R. _____
LIST ANY DEFENDANTS CHARGES WITH YOU_____

VIII
1. HAVE YOU TRANSFERRED OR SOLD ANY ASSETS SINCE CHARGES WERE FILED IN THE
CASE? YES ( ) NO ( ) IF SO, DESCRIBE THE BUYER AND THE AMOUNT RECEIVED.
_____
_____

2. HAVE YOU RETAINED COUNSEL IN THE CASE OR IN ANY OTHER PENDING CRIMINAL
CASE? YES ( ) NO ( ) IF SO, STATE THE CASE NUMBER, COURT ATTORNEY AND
AMOUNT PAID TO ATTORNEY FOR SERVICES: _N/A_____
_____

3. DO YOU HAVE ANY FRIENDS OR RELATIVES WHO ARE ABLE AND WILLING TO ASSIST
YOU IN HIRING COUNSEL AND PAYING FOR TRANSCRIPTS? YES ( ) NO ( ) IF SO, HAVE
THOSE PERSONS BEE ASKED TO HELP? YES ( ) NO ( )
4. IF ANY FRIEND OR RELATIVE HAS GIVEN PREVIOUS FINANCIAL ASSISTANCE IN THIS
CASE, BUT IS NO LONGER ABLE OR WILLING TO DO SO, AN AFFIDAVIT TO THAT EFFECT
FROM THAT PERSON SHOULD BE ATTACHED. IS THAT AFFIDAVIT ATTACHED YES( ) NO( )

IX. NAMES OF THREE ATTORNEY'S YOU CONTACTED:
1. NAME: _Wayne Payton_
   WHEN DID YOU CONTACT THIS ATTORNEY? _Last Week  4-15-04_
   HOW DID YOU CONTACT THIS ATTORNEY? _Phone_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( )
2. NAME: _Rex Earl Starr_
   WHEN DID YOU CONTACT THIS ATTORNEY? _4-16-04_
   HOW DID YOU CONTACT THIS ATTORNEY? _PH_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( )
3. NAME: _Bill Ed Rogers_
   WHEN DID YOU CONTACT THIS ATTORNEY? _4-16-04_
   HOW DID YOU CONTACT THIS ATTORNEY? _Phone_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( )

X. I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION I HAVE PROVIDED
IS TRUE AND CORRECT. I UNDERSTAND THAT I MAY BE PROSECUTED FOR PROVIDING
FALSE INFORMATION IN THIS APPLICATION AND AFFIDAVIT. I UNDERSTAND THAT I
MUST INFORM THE OKLAHOMA INDIGENT DEFENSE SYSTEM OF ANY CHANGE IN MY
FINANCIAL SITUATION THAT MAY CHANGE THE INFORMATION I HAVE PROVIDED. I
FURTHER DECLARE THAT I HAVE CONTACTED THREE ATTORNEYS, LICENSED TO
PRACTICE LAW IN THIS STATE, AND I AM WITHOUT FUNDS TO PAY AN ATTORNEY TO
REPRESENT ME OR TO PAY FOR TRANSCRIPTS AND COST ASSOCIATED WITH THIS CASE.

DATED THIS _4_ DAY OF _21st_____, _04_.

DEFENDANT _Charles Sanders_

LEGAL GUARDIAN _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, _____

comm. exp. _____        _____
                                          PUBLIC NOTARY OR CLERK OR JUDGE

I FIND THAT THE DEFENDANT IS UNABLE TO PAY THE APPLICATION FEE AND I HEREBY WAIVE THE FEE.

_____
JUDGE

APPOINTMENT OF INDIGENT DEFENSE COUNSEL
APPROVED _dms_   DENIED_____

## NOTICE

A copy of this APPLICATION AND AFFIDAVIT shall be sent to the prosecuting attorney or office of attorney general, whichever is applicable, for review and, upon request, the court shall hold a hearing to determine your eligibility for legal services to be furnished to you at public expense.

## IMPORTANT NOTICE

The court shall order you to pay the costs of your legal representation in total, or in installments. The court shall set the amount and due of each installment payment. The costs shall be paid to the court clerk in your county. The costs shall be a debt against you until paid and shall subject you to debt collection procedures as provided by law. The costs shall be deducted from any state income tax refund due you until the total costs are paid.

**IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 2 3 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

| | | |
|---|---|---|
| **STATE OF OKLAHOMA,**<br>    **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CF-04-19** |
| | ) | |
| **CHARLES EDMOND SANDERS,**<br>    **Defendant.** | ) | |

## NOTICE OF ENDORSEMENT OF WITNESS

COMES NOW the State of Oklahoma and gives notice to the Defendant of the endorsement of the

following witnesses in the above styled case, to-wit:

JAMES MOFFETT

▮▮▮▮▮▮▮

MARBLE CITY, OK

RICHARD L. GRAY
DISTRICT ATTORNEY

BY:_____
Assistant District Attorney

## CERTIFICATE OF DELIVERY/MAILING

I do hereby certify that on this 23rd day of _April_, 2004, I delivered/mailed a true and
correct copy of the above and foregoing Notice to: John Sawney, 920 E. Cherokee, Sallisaw, OK
74955.

CLIF'S PHARMACY          (918) 776-0100
505 E REDWOOD  SALLISAW, OK 74955
Rx: 583207      04/13/2004       Dr.ROBBINS, RICK L. DO
CHARLES E SANDERS                511 E REDWOOD
SEQ CO JAIL                       SALLISAW, OK 74955
SALLISAW, OK 74955
(000) 000-0918
NDC: 49884-0469-01

CF04-19

                          $8.10          ✓

30 Tab IBUPROFEN 800 MG TABS  Auth:

CF-04-19

**CLIF'S PHARMACY**    (918) 776-0100
505 E REDWOOD / SALLISAW, OK 74955
Rx: C 125693  /  06/14/2004          Dr.LOGGAINS, BENTON PA
**CHARLES E SANDERS**                DR WOODS OFFICE
SEQ CO JAIL                          SALLISAW, OK 74955
SALLISAW, OK 74955
(000) 000-0918
NDC: 00093-0833-01

CF-04-19

                              $23.90

25 Tab CLONAZEPAM 1MG TABS  Auth:

CF-04-19  *Charles Sanders*

**CLIF'S PHARMACY**    (918) 776-0100    **RECEIPT**
505 E REDWOOD  SALLISAW, OK 74955
Rx: C 125693    07/03/2004
CHARLES E SANDERS
SEQ CO JAIL
SALLISAW, OK 74955
(000) 000-0918
NDC: 00093-0833-01

Dr.LOGGAINS, BENTON PA
DR WOODS OFFICE
SALLISAW, OK 74955

CF-04-19

$23.90

25 Tab CLONAZEPAM 1MG TABS  Auth:

## SUBPOENA

### IN THE DISTRICT COURT OF SEQUOYAH COUNTY
### STATE OF OKLAHOMA

STATE OF OKLAHOMA,
Plaintiff,

VS.

CHARLES "MONK" SANDERS

Defendant,

No. CF-04-19
CF-98-363
CF-99-562
CF-98-346
PRELIMINARY HEARING/APP TO REVOKE

SEQUOYAH CO.
FILED
IN DISTRICT COURT

JUL 2 6 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

TO: CHIEF GARY PHILPOT SALLISAW P.D.
SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23RD ST. SUITE 4, OKLAHOMA CITY, OK
SALLY JACKSON█████████SALLISAW, OK
WUNG MEI FUNG, C/O CHINA PANDA RESTUARANT, SALLISAW, OK
HUI HUI ZHENG C/O CHINA PANDA RESTAURANT, SALLISAW, OK
DET JOHN OWENS SALLISAW P.D.

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **29th day of July, 2004, at the hour of 1:30 o'clock P. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES "MONK" SANDERS,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

HEREOF FAIL NOT, under penalty of law.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 26th day of JULY, 2004.

BERNELL EDWARDS, COURT CLERK

By_____
Deputy

---

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE <u>AND</u> PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

---

### SHERIFF'S RETURN

Received this Writ this _____ day of _____, 20___, _____o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___,; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____By_____
_____20_____. I cannot find the within named _____in my county.

JOHNNY PHILPOT, SHERIFF

By_____
Deputy

Mileage_____miles

CF-04-19    *Charles Sanders*

**CLIF'S PHARMACY**    **(918) 776-0100**
505 E REDWOOD  SALLISAW, OK 74955
**Rx: 589324**    **06/24/2004**    Dr.LOGGAINS, BENTON PA
**CHARLES E SANDERS**    DR WOODS OFFICE
SEQ CO JAIL    SALLISAW, OK 74955
SALLISAW, OK 74955
(000) 000-0911
**NDC: 49884-0544-05**

*8-2-04*

CF-04-19

$15.10

**15 Tab RANITIDINE 150MG TAB  Auth:**

# Sheriff's Return
## State of Oklahoma, County of Sequoyah

SEQUOYAH COUNTY, OKLAHOMA
FILED
DISTRICT COURT

Case # CF-09-11
CF 98 363    CF-98-346
CF-99-562

AUG 10 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

I certify that I received the foregoing summons on the ___26___ day of ___July___, 20_04_, and that I delivered, or attempted delivery of the said summons as shown below to each party named for service request.

| Name of Person To be served | service address | served? yes or no | Date & Time of service or Attempt | |
|---|---|---|---|---|
| Sally Jackson | ██████████ | No | 07 28 04 | 07-29-04 |
| Wung Mei Fung | China Panda | Yes | 07-27-04 | |
| Hui Hui Zheng | China Panda | Yes | 07-27-04 | |

I certify that on _____, I served_____
By leaving a copy of said summons with a copy of the petition attached at _____ which is his/her place of residence.

I certify that on _____, I served_____ by leaving a copy of said summons with a copy of the petition attached at _____ with_____, a member of his/her family over fifteen (15) years of age.

Dated on the __08__ day of __August__, 20_04_.

J.W. Philpot, Sheriff of Sequoyah County

By: ___Travis Gibbel___ #829 Deputy Sheriff
Sequoyah County, Oklahoma

## SUBPOENA

### IN THE DISTRICT COURT OF SEQUOYAH COUNTY
### STATE OF OKLAHOMA

STATE OF OKLAHOMA,
    Plaintiff,

VS.

    No. CF-04-19
         CF-98-363
         CF-99-562
         CF-98-346

CHARLES "MONK" SANDERS

PRELIMINARY HEARING/APP TO REVOKE

    Defendant,

TO:  CHIEF GARY PHILPOT SALLISAW P.D.
     SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23RD ST. SUITE 4, OKLAHOMA CITY, OK
     SALLY JACKSON [redacted] SALLISAW, OK
     WUNG MEI FUNG, C/O CHINA PANDA RESTUARANT, SALLISAW, OK
     HUI HUI ZHENG C/O CHINA PANDA RESTAURANT, SALLISAW, OK
     DET. JOHN OWENS SALLISAW P.D.

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the __29th day of July, 2004, at the hour of 1:30 o'clock P. M.__ to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and __CHARLES "MONK" SANDERS,__ is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

    HEREOF FAIL NOT, under penalty of law.

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 26th day of JULY, 2004.

         BERNELL EDWARDS, COURT CLERK

         By Robin Hickman
              Deputy

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE __AND__ PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

### SHERIFF'S RETURN

    Received this Writ this _____ day of _____, 20___, _____ o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___,; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____ By_____

_____ 20_____. I cannot find the within named _____ in my county.

         JOHNNY PHILPOT, SHERIFF

         By_____
              Deputy

         Mileage_____miles

## SUBPOENA

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
    Plaintiff,

VS.

No. CF-04-19
CF-98-363
CF-99-562
CF-98-346
PRELIMINARY HEARING/APP TO REVOKE

CHARLES "MONK" SANDERS

        Defendant,

TO:  **CHIEF GARY PHILPOT SALLISAW P.D.**
    **SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23ᴿᴰ ST. SUITE 4, OKLAHOMA CITY, OK**
    **SALLY JACKSON                      SALLISAW, OK**
    **WUNG MEI FUNG, C/O CHINA PANDA RESTUARANT, SALLISAW, OK**
    **HUI HUI ZHENG C/O CHINA PANDA RESTAURANT, SALLISAW, OK**
    **DET JOHN OWENS SALLISAW P.D.**

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **29th day of July, 2004, at the hour of 1:30 o'clock P. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES "MONK" SANDERS,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

        HEREOF FAIL NOT, under penalty of law.

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 26th day of JULY, 2004.

                    BERNELL EDWARDS, COURT CLERK

                    By _Robin Hickman_
                            Deputy

---

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE **AND** PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

---

### SHERIFF'S RETURN

Received this Writ this _____ day of _____, 20___, _____ o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness: _____

_____
_____ By _____
_____ 20 _____. I cannot find the within named
_____ in my county.

                    JOHNNY PHILPOT, SHERIFF

            By _____
                        Deputy

            Mileage _____ miles

CF-04-19   Charles Sanders

CLIF'S PHARMACY     (918) 776-0100
505 E REDWOOD  SALLISAW, OK 74955
Rx: 591452     08/08/2004          Dr.LOGGAINS, BENTON PA
CHARLES E SANDERS                  DR WOODS OFFICE
SEQ CO JAIL                        SALLISAW, OK 74955
SALLISAW, OK 74955
(000) 000-0918
NDC: 59930-1560-01

CF-04-19                           $17.00

17 Gm  ALBUTEROL INHALER  Auth:

8 - 13 - 04



## SUBPOENA

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 3 0 2004

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

STATE OF OKLAHOMA,
Plaintiff,

No. CR-04-19
CF-98-363
CF-99-562
CF-98-346
PRELIMINARY HEARING
APPLICATION TO REVOKE

VS.

CHARLES "MONK" SANDERS.
Defendant,

TO:   CHIEF GARY PHILPOT SALLISAW P.D.
AGENT SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23RD SUITE 4, OK. CITY, OK
SALLY JACKSON [REDACTED] SALLISAW, OK
WUNG MEI FUNG C/O CHINA PANDA RESTAURANT, SALLISAW, OK
HUI HUI ZHENG C/O CHINDA PANDA RESTAURANT, SALLISAW, OK
DET. JOHN OWENS SALLISAW P.D.

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **2ND  day of SEPTEMBER,  2004, at the hour of 1:30 o'clock P. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES SANDERS,**  is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

HEREOF FAIL NOT, under penalty of law.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 27TH  day of AUGUST, 2004.

BERNELL EDWARDS, COURT CLERK

By_____
Deputy

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE **AND** PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

### SHERIFF'S RETURN

Received this Writ this _____day of _____, 20___, _____o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____day of_____, 20___,; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____
_____By_____
_____20_____. I cannot find the within named
_____in my county.

JOHNNY PHILPOT, SHERIFF

By_____
                    Deputy

Mileage_____miles

# In the District Court in and for Sequoyah County
## State of Oklahoma

State of Oklahoma,

)

Plaintiff,

)
)
)
vs.
)

Case No. CF- $O4 - 19$

Charles Edmond Sanders,

)
)
)
Defendant
)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 0 2 2004

BERNELL EDWARDS, COURT CLERK
BY_____
DEPUTY

## WAIVER OF PRELIMINARY HEARING

Now on this ___2nd___ day of ___September 2004___ the above styled case comes on for preliminary hearing. The defendant appears in person and represented by his attorney of record, ___John W. Sawney___, the State of Oklahoma appears by its Assistant District Attorney. Thereupon the defendant herein acknowledges having been advised of the right to a preliminary hearing. That in said hearing the State of Oklahoma must prove to the satisfaction of the Court that the crime as alleged in the information was, in fact, committed and there is probable cause to believe that the defendant committed said crime. That if said burden was not met then the case would be dismissed and the bond exonerated.

The defendant is further advised that at said hearing that he/she has the right to cross examine any of the State's witnesses and to call witnesses on his/her own behalf. And further, the defendant is advised of the right at the hearing to limited discovery of the State's case in chief.

Having these rights in mind, the defendant herein, waives all the above rights with respect to a preliminary hearing in this matter.

_____
Defendant

_____
Attorney for Defendant

## WAIVER OF JURISDICTION OF EXAMINING MAGISTRATE

The defendant is further advised that neither the examining magistrate nor the Special Judge has the jurisdiction to proceed further with the case unless affirmatively waived. Having these rights in mind, the defendant hereby waives his/her rights to object to any jurisdictional defects of the Court.

_____
Defendant

_____
Attorney for Defendant

## COURT MINUTE OF PRELIMINARY HEARING

The defendant in the above styled case having knowingly and intelligently waived his/her rights to the preliminary hearing and there being no objection by the State of Oklahoma, the Court accepts the defendant's waiver and hereby binds the defendant over to stand trial in the District Court of Sequoyah County, State of Oklahoma, on the charges as set out in the information as filed in this case.

_____
JUDGE OF THE DISTRICT COURT

# SUBPOENA
IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
Plaintiff,

No. CF-04-19
CF-98-363
CF-99-562
CF-98-346

VS.

CHARLES "MONK" SANDERS.
Defendant,

PRELIMINARY HEARING
APPLICATION TO REVOKE

TO:  ~~CHIEF GARY PHILPOT SALLISAW P.D.~~
     ~~AGENT SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23RD SUITE 4, OK. CITY, OK~~
     SALLY JACKSON ▮▮▮▮▮▮▮ SALLISAW, OK
     WUNG MEI FUNG C/O CHINA PANDA RESTAURANT, SALLISAW, OK
     HUI HUI ZHENG C/O CHINDA PANDA RESTAURANT, SALLISAW, OK
     ~~DET. JOHN OWENS SALLISAW P.D.~~

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **2ND day of SEPTEMBER, 2004, at the hour of 1:30 o'clock P. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES SANDERS,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

HEREOF FAIL NOT, under penalty of law.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 27TH day of AUGUST, 2004.

BERNELL EDWARDS, COURT CLERK

By _Robin Hickman_
Deputy

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

SHERIFF'S RETURN

Received this Writ this _____ day of _____, 20___, _____ o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness: _____

_____ By _____

_____ 20_____ . I cannot find the within named _____ in my county.

JOHNNY PHILPOT, SHERIFF

By _____
Deputy

Mileage _____ miles

## Sheriff's Return
## State of Oklahoma, County of Sequoyah

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
SEP 0 1 2004
BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

Case # _CF-04-19_____

I certify that I received the foregoing summons on the __30__ day of __August_____,20_04_, and that I delivered, or attempted delivery of the said summons as shown below to each party named for service request.

| Name of Person To be served | service address | served? yes or no | Date & Time of service or Attempt |
|---|---|---|---|
| Sally Jackson | ███████ | Yes | 08-30-04 1600 |
| Wung Mei Fung | ███████ | Yes | 08-30-04 1900 |
| Hui Hul Zheng | ███████ | Yes | 08-30-04 1900 |

I certify that on _____, I served_____
By leaving a copy of said summons with a copy of the petition attached at _____ which is his/her place of residence.

I certify that on_____, I served_____ by leaving a copy of said summons with a copy of the petition attached at _____ with_____, a member of his/her family over fifteen (15) years of age.

Dated on the __30__ day of __August_____,20_04_.
J.W. Philpot, Sheriff of Sequoyah County

By: _George B._____, Deputy Sheriff
Sequoyah County, Oklahoma

(918) 776-0100

CLIF'S PHARMACY
505 E REDWOOD  SALLISAW, OK 74955
Rx: 126535    08/24/2004
CHARLES E SANDERS
SEQ CO JAIL
SALLISAW, OK 74955
(000) 000-0918
NDC: 00093-0833-01

CF 04-19

30 Tab CLONAZEPAM 1MG TABS  Auth:

Dr.LOGGAINS, BENTON PA
DR WOODS OFFICE
SALLISAW, OK 74955

$25.60

*CF- 04- 19- Charles Sanders*

CLIF'S PHARMACY,    (918) 776-0100
505 E REDWOOD  SALLISAW, OK 74955

**Rx: 593338**    **09/23/2004**
**CHARLES E SANDERS**
SEQ CO JAIL
SALLISAW, OK 74955
(000) 000-0918
NDC: 00172-2083-80

Dr.LOGGAINS, BENTON PA
DR WOODS OFFICE
SALLISAW, OK 74955

*9-30-04*

**CF-04-19**

**$7.00**

**15 Tab HCTZ 25MG  Auth:**

CF-04-19   Charles Sanders

CLIF'S PHARMACY      (918) 776-0100
505 E REDWOOD  SALLISAW, OK 74955
Rx: 596708    10/10/2004          Dr.LOGGAINS, BENTON PA
CHARLES E SANDERS                 DR WOODS OFFICE
SEQ CO JAIL                       SALLISAW, OK 74955
SALLISAW, OK 74955
(000) 000-0918
NDC: 60505-0016-06

CF-04-19                    $37.50                    10-11-04
30 Cap DILTIAZEM ER 240MG CAP SA  Auth:

Sequoyah County Form CF-1               Uniform Plea of Guilty--Summary of Facts

----

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## THE STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

STATE OF OKLAHOMA,         )

            Plaintiff    )

VS.                        )

CHARLES EDMOND SANDERS, )

           Defendant   )

DOB ▓▓▓▓▓▓ / 2̶0̶ 1966 )
SS# ▓▓▓▓▓▓ - 9539 )

NOV 1 7 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

Case No. CF-04-19

## SUMMARY OF FACTS FOR THE PLEA OF GUILTY

Part A: FINDING OF FACT, ACCEPTANCE OF PLEA           <u>Circle</u>

1.   Is the name just read to you your true name?          (YES)   NO
    If no, then what is your correct name? _____
    I have also been known by the name(s) __MONK____

2.   (A) Do you wish to have a record of these proceedings made by a Court Reporter?    YES   (NO)
    (B) Do you wish to waive your right to have a record of these proceedings made?    (YES)   NO

3.   What is your age? __38__ What grade level in school have you completed? __(GED)__

4.   Can you read and understand this form? [If no, Addendum A must be completed and attached]    (YES)   NO

5.   Are you currently taking any medications or substances which affect your ability to understand these proceedings?    YES   (NO)

6.   Have you been prescribed any medication which you are not taking?    YES   (NO)
    If yes, what medication are you not taking? _____
    What is the purpose of the medication? _____
    Why are you not taking the medication? _____

7.   Have you ever been treated by a doctor or health professional for mental illness or confined in a hospital for mental illness?    YES   (NO)
    If yes, list doctor or health professional, place, and when treatment occurred:
    _____

8.   Do you understand the purpose, the nature and the consequences of this proceeding?    (YES) NO

9.   Have you received a copy of the State's Information and read its allegations?    (YES) NO

10.   A. Do you understand you are charged with:
         Crime Statutory Reference

[1] __BURGLARY SECOND DEGREE__        __21__ O.S __1435__   (YES) NO

[2] __ARSON, SECOND DEGREE__          __21__ O.S __1402__   (YES) NO

[3] __KNOWINGLY CONCEALING STOLEN PROP.__ __21__ O.S __1713__ (YES) NO

[4] __FELONIOUSLY CARRYING FIREARM__  __21__ O.S __1283__   (YES) NO

[5] _____  ____ O.S ____   YES  NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

      B. Are you charged after former conviction of a felony (AFCF) ?      YES   NO
      If yes, list the felony(ies) charged: _____

_____

11.   Do you understand the range of punishment for the crime(s) is/are?
      (List in the same order as in Number 10)

[1] Minimum of ___6___ to a maximum of __LIFE__ and/or a fine of $__1000.00__   YES  NO

[2] Minimum of ___4___ to a maximum of __LIFE__ and/or a fine of $__20,000.00__  YES  NO

[3] Minimum of ___4___ to a maximum of __LIFE__ and/or a fine of $__1000.00__   YES  NO

[4] Minimum of ___3___ to a maximum of __LIFE__ and/or a fine of $__1000.00__   YES  NO

[5] Minimum of _____ to a maximum of _____ and/or a fine of $_____   YES  NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

12.   Read the following statements: You have the right to a speedy trial before a jury of your peers
      to determine whether you are guilty or not guilty and if you request, to determine the sentence.
      If pleading to a capital murder, advise of the procedure in 21 O.S. 701.10 (B)
      At the trial:
      [1] You have the right to have an attorney represent you, either one you hire or if you are indigent
      a court appointed attorney.
      [2] You are presumed to be innocent of the charges.
      [3] You may remain silent or, if you choose, you may testify on your own behalf.
      [4] You have the right to see and hear all witnesses called to testify against you and the right to
      have those witnesses cross-examined.
      [5] You may have your witnesses ordered to appear in court to testify and present evidence of
      any defense you have to these charges.
      [6] The State is required to prove your guilt beyond a reasonable doubt.
      [7] The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can
      waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would
      decide if you were guilty or not guilty and if determined to be guilty, the appropriate punishment.

      Do you understand each of these rights?                                       (YES) NO

13.   Do you understand by entering a plea of guilty you give up these rights?      (YES) NO

14.   Do you understand that a conviction on a plea of guilty could increase punishment in any future  (YES) NO
      case committed after this plea?

15.   Is __John Sawyer_____ your attorney?                     (YES) NO

16.   Have you talked with your attorney about the charges, advised him/her regarding any defense   (YES) NO
      you may have to the charges and received his/her advice?

17. Do you believe your atorney has effectively assisted you in this case and are you satisfied with his/her representation?  YES  NO

18. Do you wish to change your plea of not guilty to a plea of guilty and give up your right to a jury trial and all previously explained constitutional rights?  YES  NO

19. Is there a plea agreement?  YES  NO
What is your understanding of the plea agreement? Ct 4- DISMISSED. Ct 1, 2, 3
5 years incarceration and 20 years suspended sentence total 25 yrs
All time to be suspended upon completion of KEY TO LIFE PROGRAM or
similar program. All costs to run c/c and along with CF-03-124 & CF-99-562

20. Do you understand the Court is not bound by any agreement or recommendation and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty?  YES  NO

21. Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated under question 11?  YES  NO

22. Do you understand your plea of guilty to the charge(s) is subject to:  YES  NO
(check one)
[  ] no prior felony conviction
[  ] one (1) prior felony conviction
[ ✓ ] two (2) or more felony convictions:  List prior felony convictions to which you are pleading:
see attached list.

23. What is/are your plea(s) to each charge(s)?
[1] Guilty [2] Guilty [3] Guilty [4] DISMISSED [5] ———

24. Did you commit the acts as charged in the information?  YES  NO
State a factual basis for your plea(s) (attach additional pages as needed, labeled as ADDENDUM C):
The facts alleged in the Probable Cause, Affidavit and
Information are true and correct and would likely
result in a guilty verdict if presented to a trial court

25. Have you been forced, abused, mistreated or promised anything by anyone to have you enter your plea(s) ?  YES  NO

26. Do you plead guilty of your own free will and without any coercion or compulsion of any kind?  YES  NO

27. If you are entering a plea to a felony offense, you have a right to a Pre-sentencing investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you.  Do you request a Pre-sentence report?  YES  NO

28. (A) Do you have any additional statements to make to the Court?  YES  NO

(B) Is there any legal reason as to why you should not sentence now?  YES  NO

HAVING BEEN SWORN, I, the Defendant whose signature appears below, make the Following statements under oath:

(1) CHECK ONE:

_____ (A)  I have read, understood and completed this form.

_____ (B)  My attorney completed this form and we (the attorney and I) have gone over the form and I understand its contents and agree with the answers.  Complete Addendum A and attach to this form.

_____ (C)    The Court completed this form for me and inserted my answers to the questions in open court.

(2)    All Answers are true and correct.

(3)    I understand that I may be prosecuted for perjury if I have made false statements to this Court.

Acknowledged this _18_ day of _November_____, 2004.

_____
DEFENDANT

I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose, and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she had been informed of all legal and constitutional rights.

_____
ATTORNEY FOR DEFENDANT

The sentence recommendation in question 19 is correctly stated. I believe the recommendation is fair to the State of Oklahoma. Offer of Proof (nolo contendere plea): _____

_____

_____

_____
ASSISTANT DISTRICT ATTORNEY

**THE COURT FINDS AS FOLLOWS:**

A. The Defendant was sworn and responded to questions under oath.
B. The Defendant understands the purpose, nature and consequences of this proceeding.
C. The Defendant's plea(s) of _Guilty___ is/are knowingly and voluntarily entered and accepted by the COURT REPORTER PRESENT Court.
D. The Defendant is competent for the purpose of this hearing.
E. A factual basis exists for the plea(s) (and former conviction(s), if applicable).
F. The Defendant is guilty as charged: (check as appropriate)
　　[  ] after no prior felony conviction.
　　[  ] after one (1) prior felony conviction.
　　[ ✓ ] after two (2) or more prior felony convictions
G. Sentencing or order deferring sentence shall be: [ ✓ ] imposed instanter or [  ] continued until the _____ day of _____ at _____ : _____ , _____ .M. If the Pre-sentence investigation and Report is requested, it shall be provided to the Court by the _____ day of _____ , _____ .

DONE IN OPEN COURT this _18th_ day of _Nov_____, 2004.

_____
JUDGE OF THE DISTRICT COURT

John C Garrett
NAME OF JUDGE TYPED OR PRINTED

_____
Court Reporter Present

_____
Deputy Court Clerk Present

## "NOTICE OF RIGHT TO APPEAL"

Sentence to Incarceration, Suspended or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the Sequoyah County District Court Clerk's Office a written Application to Withdraw Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the trial court denies your application, you have a right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days of the date of denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation or record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2 (D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

Do you understand each of these rights to appeal?                         YES     NO

Do you want to remain in the county jail ten (10) days before being taken to place of confinement?                         YES     NO

Have you fully understood the questions that have been asked?             YES     NO

Have your answers been freely and voluntarily given?                      YES     NO

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED.

_____
Defendant

I, the undersigned attorney, have advised the Defendant of his appellate rights.

_____
Attorney for the Defendant

DONE IN OPEN COURT, this _____ day of _____ , _____

_____
Judge of the District Court

_____
Court Reporter Present

_____
Deputy Court Clerk Present

## ADDENDUM "A"
### CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the defendant, __Charles Edmond Sanders__ , I certify that:

1. The Defendant has stated to me that he/she is [ ✓ ] able [   ] unable to read and understand the attached form, and I have [ ✓ ] determined the Defendant is able to understand the English language or [   ] determined the Defendant is unable to understand the English language and

obtained _____ to interpret to the Defendant in the _____ language.
2. I have read and fully explained to the Defendant the allegations contained in the information in this case.
3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts and the answers to the questions set out in the Summary of Facts are the Defendant's answers.
4. To the best of my knowledge and belief the statement and declarations made by the Defendant are accurate and true and have been freely and voluntarily made.
        Dated this __18th__ day of __November__ , __2004__ .

_____
Attorney for the Defendant

Sequoyah County Form CF-1-b

Uniform Plea of Guilty -- Sentence on Plea

Case Number CF- __O4 - 19__        State v. __Sanders__        Date: __11-18-04__

## Part B: Sentence on Plea    [NOTE ON USE: Part B is to be used with the Summary of Facts if contemporaneous with the entry of plea or may be formatted as a separate sentencing form if sentencing is continued to a future date.]

## THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:

### DEFERRED SENTENCE

1. The sentencing date is deferred until _____, ____, _____ at ___ : _____, ___ M.

2. You [ ] will [ ] will not be under supervision by the Department of Corrections. The terms set forth in the Rules and Conditions of Probation in Addendum D shall be the rules you must follow during the period of deferment.

### SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows:
[1] __25 years__ [2] __25 years__ [3] __25 years__ [4] __DISMISSED__ [5] _____

TO BE SUSPENDED as follows:

    (A) ALL SUSPENDED  [ ] YES   [ ] NO

    (B) suspended except as to the first __5 years__ (months) (years) of the term(s) during which you are to be held in the custody of the Department of Corrections. The remaining term of the sentence(s) is to be suspended under the terms set forth in the Rules and Conditions of Probation in Addendum D.

2. The sentence(s) is/are to run [ ✓ ] concurrently [ ] consecutively with/to __CF-03-124, and CF-99-542__ or NOT APPLICABLE.

### TIME TO SERVE

1. You are sentencd to confinement under the supervision of the Department of Corrections for a term of years as follows:
[1] _____ [2] _____ [3] _____ [4] _____ [5] _____

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____ _____ or NOT APPLICABLE.

### FINES AND COSTS

You are to pay in full any fine(s), costs, fees and restitution at the time of sentencing. In the alternative, you may request a stay of execution (SOE) from the Cost Administrator in the Sequoyah County District Court Clerk's Office. All information given to the Cost Administrator in requesting the SOE will be under oath and is considered as part of the summary of facts before the Court. You will appear in person to make all payments as agreed. Any payment tendered other than in person will be accepted; however, such acceptance does not excuse your appearance in the Clerk's Office.

Sequoyah County Form CF-3(B)                    Uniform Plea of Guilty -- Additional Findings

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, THE STATE OF OKLAHOMA

STATE vs. _Charles Edmond Sawles_ Defendant    Case No. _CF-04-19_

## ADDITIONAL FINDINGS AT TIME OF SENTENCING

# EXHIBIT 1

A. <u>Original Charges</u> (A copy of the information may be attached instead) Please list any additional charges on a separate attached sheet.

| OFFENSE | STATUTE CITATION |
|---|---|
| | |
| | |
| | |
| | |

B. <u>Prior Felony Charges Used For Enhancement</u> Please list any additional convictions on a separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---|---|---|
| See attached list | | |
| | | |
| | | |
| | | |

C. <u>Prior Charge(s) For Which Order Deferring Sentence Was Entered</u> Please list any additional charges on separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---|---|---|
| see → N/A | | |
| | | |
| | | |
| | | |

D. <u>Prior Felony Convictions Not Used For Enhancement</u> Please list any additional convictions on a separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |

E.

If the defendant plead guilty to multiple counts, did the offense(s) arise from the same transaction?

Circle

YES    NO

## F. Other Enhancers Used to Determine Placement on Matrix

Circle

1. Did the offender commit the current offense with the use of a firearm within the immediate possession and control of the offender?

YES  NO

2. Was the victim of the offense over 62 years of age, under 12 years of age or disabled by reason of mental or physical illness to such extent that the victim lacked the ability to effectively protect his or her property or persons?

YES  NO

3. Did the offender in the commission of the offense maim or torture the victim?

YES  NO

4. Did the offender commit a Schedule N-2 or N-3 drug offense in, on, or within 1,000 feet of real property comprising of a public or private elementary or secondary school; public or private college, university, or other institution of higher education; recreation or public park (including state facilities); public housing project; or in the presence of any child under 12 years of age?

YES  NO

5. Did the offender commit a Schedule N-2 or N-3 drug offense by using or soliciting the services of a person less than 18 years of age, providing the offender was at least 18 years of age at the time of the offense?

YES  NO

6. If the controlling offense was a property or drug offense, what was the total amount involved in that offense (e.g., the value of the property involved; the amount of money stolen, embezzled, or obtained by fraud; or the amount of drug proceeds utilized?)   $ _____

7. If the controlling offense was a drug offense, what was the predominant drug and what was the amount of that drug? (Please specify quantity in grams, ounces, etc.)

DRUG: _N/A_____

QUANTITY: (oz., grams, etc.) _____

## G. Offender Characteristics

Gender (Circle)
Male  Female

Race  (Circle)
White  Black  Hispanic  Asian  Native American

**This Exhibit shall not be admitted into evidence in any future prosecutions.**

Certified this _18th_ day of ___November___, _2009_.

_____
Attorney for the State

_____
Attorney of the Defendant

_____
Judge of the District Court

# In The District Court In And For Sequoyah County, State of Oklahoma

THE STATE OF OKLAHOMA, )
)
PLAINTIFF )     CASE NO: CF-2004-19
VS. )
)
CHARLES EDMOND "MONK" SANDERS )     SEQUOYAH COUNTY, OKLAHOMA
DOB:  ███66 )                                 FILED
SS#  ███9539 )              IN DISTRICT COURT
)
DEFENDANT. )              NOV 1 7 2004

## JUDGMENT AND SENTENCE

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

Now, on this 18th day of November, 2004 this matter comes on before the undersigned Judge, for sentencing and the Defendant, __CHARLES EDMOND "MONK" SANDERS__, appears personally and by his attorney of record, __JOHN SAWNEY__, the State of Oklahoma represented by Assistant District Attorney, __JEFF SHERIDAN__, and the Defendant, having previously:

(X) Entered a plea of guilty
( ) Entered a plea of Nolo Contendere
( ) Found guilty by jury
( ) Found guilty by Judge after waiver of jury trial
   to/of the crime(s) of:

CT. I: BURGLARY, 2ND DEGREE 21 O.S. 1435
CT. II: ARSON, 2ND DEGREE 21 O.S. 1402
CT. III: KNOWINGLY CONCEALING STOLEN PROPERTY 21 O.S. 1713
CT. IV: DISMISSED

( X ) The Defendant has previously been convicted of ___SIX (6)___ felony crimes and the sentence has been enhanced in accordance with the provisions set forth in Title 21 O.S. § 51 and 51A.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by the Court that the Defendant, CHARLES EDMOND "MONK" SANDERS____, is guilty of the above-described offense(s) and is sentenced as follows:

## TERM OF IMPRISONMENT

COUNT _____: Sentenced to a term of _____ imprisonment;

all under the custody and control of the Oklahoma Department of Corrections. These terms to be served ( ) concurrently, or ( ) consecutively;

## TERM OF IMPRISONMENT - (PART SUSPENDED)

COUNT __I__ : Sentenced to a term of _TWENTY-FIVE (25) YEARS__ imprisonment;
COUNT  II  : Sentenced to a term of  TWENTY-FIVE (25) YEARS    imprisonment;
COUNT  III  : Sentenced to a term of  TWENTY-FIVE (25) YEARS    imprisonment;
with all except the first _FIVE (5) YEARS_ suspended under the custody and control of the Oklahoma Department of Correction pursuant to the rules and conditions of probation entered by the Court. ALL TIME TO BE SUSPENDED UPON COMPLETION OF KEY TO LIFE OR SIMILAR PROGRAM.
These terms to be served (X) concurrently, or ( ) consecutively; with CF-03-124; CF-99-562; CF-98-363 AND CF-98-346

## TERM OF IMPRISONMENT - (ALL SUSPENDED)

COUNT _____: Sentenced to a term of_____ imprisonment;

under the custody and control of the Oklahoma Department of Corrections all of said term(s) of imprisonment suspended pursuant to the rules and conditions of probation entered by the Court. These terms to be served ( ) concurrently, or ( ) consecutively;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT** that in addition to the preceding term(s), the Defendant is also sentenced to:

## FINE

( ) The defendant shall pay a fine of $_____ ( ) immediately or ( ) on or before _____, 20___, at the rate of $_____ per month, or within _____ days of release from the Department of Corrections.

( ) The payment of a fine of $_____ is suspended.

( ) The defendant shall report to the District Court of Sequoyah County within _____ days of release for a hearing on the defendant's ability to pay fines and costs pursuant to Section VIII of the rules of the Court of Criminal Appeals, 22 O.S. Chapter 18, App.

## COSTS, VCA, RESTITUTION

( ) The defendant shall pay costs, fees, and restitution in accordance with the schedule attached as Exhibit _____. (SEE RULES & CONDITIONS)

## RULES AND CONDITIONS OF PROBATION

( ) The rules and conditions as ordered by the court and signed and acknowledged by the defendant are attached as hereto.

## ATTORNEY FEES

( ) The defendant shall pay court-appointed attorney fee amount of $_____ on or before _____, 20__, to _____.

It is further ordered that judgment is hereby entered against the Defendant as to the fines, court costs and assessments set forth above.

The Court further advised the Defendant of his rights to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State without cost to him.

In the event the above sentence is for incarceration in the Department of Corrections, the sheriff of Sequoyah County, Oklahoma, is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to as warrant and authority of the imprisonment of the Defendant as provided herein. A second copy of this Judgment and Sentence to warrant and authority of the sheriff for the transportation and imprisonment of the Defendant as herein before provided. The sheriff to make due return to the clerk of this Court, with his proceedings endorsed thereon.

_____
JUDGE OF THE DISTRICT COURT

(SEAL)
ATTEST:
BERNELL EDWARDS, COURT CLERK

_____, DEPUTY CLERK

IN THE DISTRICT COURT OF ) Defendant ___CHARLES EDMOND FRANK SANDERS___ SEQUOYAH COUNTY OKLAHOMA

SEQUOYAH COUNTY )

STATE OF OKLAHOMA )   Case No. __CF-2004-19__   FILED IN DISTRICT COURT

)

) Date ___11/18/04___   NOV 1 7 2004

## RULES AND CONDITIONS OF PROBATION

BERNELL EDWARDS, COURT CLERK
DEPUTY

1.  I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general state of my environment and progress.

2.  I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I will understand that I am not to go into or loiter around beer taverns or pool halls.

3.  I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4.  I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5.  I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6.  I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7.  I understand that it will be a violation of my probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or any representative thereof.

8.  I understand that I must support myself and all my dependents without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9.  I will refrain from violation of any City, State or Federal law.

10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion exists in their mind.

14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within the eighteen months.

15. **SPECIAL CONDITIONS:** The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, OSBI lab fees) of $_____ within _____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of _____, 20_____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*

COURT COSTS PLUS RESTITUTION

( X )   Defendant is to pay restitution through the District Attorney's office as set out in Exhibit "A" attached, the sum of $ 10,500.00 .

16. Defendant to report to DOC Probation & Parole Office within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

_____   _____
Attorney for Defendant                              Probationer

_____   Defendant's Mailing Address:
JUDGE OF THE DISTRICT COURT

████████████████

Sallisaw, OK 74955

IN THE DISTRICT COURT WITHIN AND FOR _SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 17 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

|   |   |   |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | CF-2004-19 |
| | ) | |
| CHARLES EDMOND SANDERS, | ) | |
| Defendant. | ) | |

RESTITUTION SCHEDULE - EXHIBIT "A"

The following is a schedule of restitution to be made by _CHARLES EDMOND SANDERS , Defendant herein, and said Defendant hereby made by agrees to make said restitution to the terms set out by the Court. The total amount of restitution is $10,500.00. Restitution is to be made by the payment of _____ by _____ , 200__, and _____ to be paid monthly by the ___ day of each month until restitution has been paid in full or until further order of the Court.

Each payment specified is to be made only by **cashier's check or money order** made payable to **D.A. Restitution** and remitted to: **109-C North College, Tahlequah OK 74464**. Each payment must have your name and the case number on it for proper credit.

Total Due: $10,500.00_____

SCHEDULE OF RECIPIENT(S)

| Name | Address | Phone | Amount |
|------|---------|-------|--------|
| _Rosa Turner, | ███████ Sallisaw, OK 74955  918 775-6094 | | $10,500.00 |

Total _____

RICHARD L. GRAY
District Attorney, District 27

by_____
Assistant District Attorney

_____
Attorney for Defendant

_____
Defendant

_____
Address

_____
City        State      Zip        Phone

_____
Judge of the District Court

Money Order/Cashier's Check Payable to;
        D.A. RESTITUTION

Mail to:   D.A. Restitution
           Attn: Tina
           109-C North College
Tahlequah OK 74464

Any Questions: 1-918-456-4993
           Tina Johnson, Restitution Coordinator

**SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
A BOOKKEEPING FEE OF $1 WILL BE COLLECTED WITH EACH INDIVIDUAL PAYMENT**

CF-04-19 Charles Sanders

**CLIF'S PHARMACY**     (918) 776-0100
505 E REDWOOD  SALLISAW, OK 74955
Rx: 599721     11/20/2004
CHARLES E SANDERS
SEQ CO JAIL
SALLISAW, OK 74955
(000) 000-0918
NDC: 11980-0011-05

Dr.LOGGAINS, BENTON PA
DR WOODS OFFICE
SALLISAW, OK 74955

CF-04-19

$21.20

5 Ml BLEPH-10  Auth:

11-30-04

CF-99-062 CF-98-363
CF-98-346 CF-2004-19

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA

CASE NO._____ CF-03-124

VS.

Charles Edmond Sanders

**DEFENDANT**

J & S DATE: NOV 17 - 2004

## STATEMENT OF JAIL TIME

PRISONER WAS ARRESTED ON DATES:   10-22-99 — 12-09-99 / 8-23-01 — 10-25-01
3-13-03 — 4-02-03 / 1-16-04 — 1-21-04
3-31-04 — 12-10-04

PRISONER REMAINED IN JAIL __372__ DAYS BEFORE JUDGEMENT AND SENTENCE.

PRISONER REMAINED IN JAIL __23__ DAYS AFTER JUDGEMENT AND SENTENCE.

TOTAL DAY'S OF JAIL TIME __395__

_____ Christine Calbert
SEQUOYAH COUNTY CRIMINAL JUSTICE AUTHORITY

12-28-2004

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 2 8 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 1 7 2005

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,          )
             Plaintiff,          )
                          )
vs.                              )          No.  CF-04-19
                          )
CHARLES EDMOND "MONK" SANDERS  )
             Defendant.          )

AFFIDAVIT FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

STATE OF OKLAHOMA   )
                ) ss.
COUNTY OF SEQUOYAH )

    JEFF SHERIDAN, being duly sworn, deposes and says that he is an Assistant District Attorney for Sequoyah County; that the above named defendant has been charged by information filed in this court in the above styled and numbered cause.

    That said defendant is presently confined in the Tulsa County Jail, in the custody of the Warden thereof.

    That the aforementioned case is now on the calendar of this court and is set for hearing on the 18th day of November, 2005, at 1:00 a.m., and it is necessary for the said defendant to appear before this court.

    WHEREFORE, your petitioner respectfully prays that the court issue its Writ of Habeas Corpus Ad Prosequendum to the Warden/Administrator of the Tulsa County Jail, and to the Sheriff of Sequoyah County to receive the said defendant and to bring him before this Honorable Court. and thereafter the said defendant shall be discharged.

                               Assistant District Attorney

    Subscribed and sworn to before me this    17th _____ day of November, 2005.

                            Notary Public

My Commission Expires: 5-14-2009
                 #01006902

# In The District Court In And For Sequoyah County, State of Oklahoma

THE STATE OF OKLAHOMA,     )
                            )
             PLAINTIFF     )      **CASE NO: CF-04-19**
VS.                        )
                            )
CHARLES EDMOND "MONK" SANDERS )
DOB: ▮▮▮ 1966         )
SS# ▮▮▮-9539         )
            DEFENDANT.   )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**NOV 2 3 2005**

BERNELL EDWARDS, COURT CLERK
BY‗‗‗‗‗‗‗‗‗‗‗DEPUTY

## <u>AMENDED</u>
## <u>JUDGMENT AND SENTENCE</u>

Now, on this 17TH day of November, 2005, this matter comes on before the undersigned Judge, for sentencing and the Defendant, CHARLES EDMOND "MONK" SANDERS, appears personally and by his attorney of record, _____JOHN SAWNEY_____, the State of Oklahoma represented by Assistant District Attorney, JEFF SHERIDAN, and the Defendant, having previously:

(x )    Entered a plea of guilty
( )    Entered a plea of Nolo Contendere
( )    Found guilty by jury
( )    Found guilty by Judge after waiver of jury trial
        to/of the crime(s) of:

COUNT I  BURGLARY SECOND DEGREE 21 O.S. 1435
COUNT II  ARSON SECOND DEGREE 21 O.S. 1402
COUNT III  KNOWINGLY CONCEALING STOLEN PROPERTY 21 O.S. 1713
COUNT IV  DISMISSED

( X )    The Defendant has previously been convicted of <u>SIX (6)</u> felony crimes and the sentence has been enhanced in accordance with the provisions set forth in Title 21 O.S. § 51 and 51A.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by the Court that the Defendant, CHARLES EDMOND "MONK" SANDERS, is guilty of the above-described offense(s) and is sentenced as follows:

### TERM OF IMPRISONMENT
COUNT _____: Sentenced to a term of _____ imprisonment;

all under the custody and control of the Oklahoma Department of Corrections.
These terms to be served () concurrently, or ( ) consecutively;

### TERM OF IMPRISONMENT - (PART SUSPENDED)
COUNT _____: Sentenced to a term of _____ imprisonment;
with all except the first _____ suspended under the custody and control of the Oklahoma Department of Correction pursuant to the rules and conditions of probation entered by the Court. These terms to be served ( ) concurrently, or ( ) consecutively;

### TERM OF IMPRISONMENT - (ALL SUSPENDED)
COUNT __I__ : Sentenced to a term of <u>TWENTY FIVE (25) YEARS</u> imprisonment;
COUNT __II__ : Sentenced to a term of <u>TWENTY FIVE (25) YEARS</u> imprisonment,
COUNT __III__ : Sentenced to a term of <u>TWENTY FIVE (25) YEARS</u> imprisonment,

under the custody and control of the Oklahoma Department of Corrections all of said term(s) of imprisonment suspended pursuant to the rules and conditions of probation entered by the Court. These terms to be served (X ) concurrently, or ( ) consecutively; CF-03-124; CF-99-562; CF-98-363 AND CF-98-346

    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT** that in addition to the preceding term(s), the Defendant is also sentenced to:

## FINE

( ) The defendant shall pay a fine of $_____ ( ) immediately or ( ) on or before _____, 20___, at the rate of $_____ per month, or within _____ days of release from the Department of Corrections.

( ) The payment of a fine of $_____ is suspended.

( ) The defendant shall report to the District Court of Sequoyah County within _____ days of release for a hearing on the defendant's ability to pay fines and costs pursuant to Section VIII of the rules of the Court of Criminal Appeals, 22 O.S. Chapter 18, App.

## COSTS, VCA, RESTITUTION

( ) The defendant shall pay costs, fees, and restitution in accordance with the schedule attached as Exhibit _____. (SEE RULES & CONDITIONS)

## RULES AND CONDITIONS OF PROBATION

( ) The rules and conditions as ordered by the court and signed and acknowledged by the defendant are attached as hereto.

## ATTORNEY FEES

( ) The defendant shall pay court-appointed attorney fee amount of $_____ on or before _____, 20__, to _____.

It is further ordered that judgment is hereby entered against the Defendant as to the fines, court costs and assessments set forth above.

The Court further advised the Defendant of his rights to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State without cost to him.

In the event the above sentence is for incarceration in the Department of Corrections, the sheriff of Sequoyah County, Oklahoma, is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to as warrant and authority of the imprisonment of the Defendant as provided herein. A second copy of this Judgment and Sentence to warrant and authority of the sheriff for the transportation and imprisonment of the Defendant as herein before provided. The sheriff to make due return to the clerk of this Court, with his proceedings endorsed thereon.

_____
JUDGE OF THE DISTRICT COURT

(SEAL)
ATTEST:
BERNELL EDWARDS, COURT CLERK

_____, DEPUTY CLERK

IN THE DISTRICT COURT OF            )    Defendant __CHARLES EDMOND MONK FLANDERS__
SEQUOYAH COUNTY                     )
STATE OF OKLAHOMA                   )    Case No. __CF-2004-19__
                                    )
                                    )    Date ___11/18/04___

SEQUOYAH COUNTY, OKLAHOMA
IN DISTRICT COURT

NOV 2 8 2005

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

## RULES AND CONDITIONS OF PROBATION

1.  I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general state of my environment and progress.

2.  I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I will understand that I am not to go into or loiter around beer taverns or pool halls.

3.  I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4.  I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5.  I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6.  I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7.  I understand that it will be a violation of my probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or any representative thereof.

8.  I understand that I must support myself and all my dependents without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9.  I will refrain from violation of any City, State or Federal law.

10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion exists in their mind.

14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within the eighteen months.

15. **SPECIAL CONDITIONS**: The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, OSBI lab fees) of $_____ within _____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of _____, 20_____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*

COURT COSTS

( )  Defendant is to pay restitution through the District Attorney's office as set out in Exhibit "A" attached, the sum of $_____.

16. Defendant to report to DOC Probation & Parole Office within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 2 3 2005

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

_____
Attorney for Defendant

_____
JUDGE OF THE DISTRICT COURT

_____
Probationer

Defendant's Mailing Address:

_____

_____

# DISTRICT COURT OF MUSKOGEE, WAGONER, CHEROKEE AND SEQUOYAH COUNTIES

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FIFTEENTH JUDICIAL DISTRICT

(ORDER)

APR 0 3 2006

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

C 7- 04-19
C 7- 03-134
C7- 99- 562
C7 - 98 - 346

DATE: 3-29-06

DEFENDANT: Sanders, Charles

CASE NUMBER: C7 - 98- 365

CHARGE: Burglary 2nd

SENTENCE DATE: 11-17-05

EXPIRATION DATE: 11-16-30

THE DEPARTMENT OF CORRECTIONS IS HEREBY RELIEVED FROM FURTHER ACTIVE SUPERVISION OF THIS DEFENDANT IN THIS PARTICULAR CASE.

JUDGE OF DISTICT COURT   Garrett

* Per plea agreement with the feds. banish from Sequoyah County.

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

| STATE OF OKLAHOMA | CASE NO.(S) | FINES(S) | SEQUO**COSTS**YAH COUNTY, OKLAHOMA |
|---|---|---|---|

VS.

Charles Sanders    CM03-365
                   CF04-19
                   CF03-124

FILED
IN DISTRICT COURT

DEC 0 8 2008

MAUDEEN MANN, COURT CLERK
BY _____ DEPUTY

DATE: ▓▓▓▓▓▓▓▓▓▓▓▓

SUBTOTALS: _____

☐ **MINUTE** / ☐ **SENTENCING ORDER**          TOTAL: _____

LSI: _____ / _____   Supervision: ☐ Community  ☐ Drug  ☐ Standard  ☐ Other _____

CM03-365 — State dismisses case costs to State.

CF04-19 — State agrees to suspend remaining fines + court costs

CF03-124 — State agrees to suspend remaining fines + court costs

Withdraw all costs warrants

**DEFENDANT IS ORDERED BACK:** _____ , 200___ @ _____ , ___ .M.

Payment of fines, costs, fees, etc. shall be payable by money orders or cashier's checks (no personal checks or cash)
Include your name and case number - Payments shall be paid to the following entities:

| **FINES AND COURT COSTS** | **RESTITUTION** | **DRUG FUND** |
|---|---|---|
| Total of _____ | Total of _____ | Total of _____ |
| Payable in monthly payments of _____ for ___ months | Payable in monthly payments of _____ for ___ months | Payable in monthly payments of _____ for ___ months |
| 1st payment due: _____ | 1st payment due: _____ | 1st payment due: _____ |
| Payable to: Sequoyah County Court Clerk 120 E. Chickasaw, Ste 205 Sallisaw, OK 74955 (918) 775-4411 | Payable to: District Attorney's Annex 120 E. Chickasaw, Ste 204 Sallisaw, OK 74955 (918) 775-9131 | Payable to: Office of the District Attorney 120 E. Chickasaw, Ste 204 Sallisaw, OK 74955 (918) 775-9131 |

**I, THE DEFENDANT, UNDERSTAND THAT I MUST PAY AND COMPLETE ALL THE THINGS LISTED ABOVE
AND MUST APPEAR BACK IN COURT ON THE DATE AND TIME SET FORTH ABOVE,
OR I WILL BE <u>ARRESTED AND JAILED</u>!!!**

_____          _____
DEFENDANT                        DISTRICT COURT JUDGE

_____          _____
DEFENDANT'S ATTORNEY             ASSISTANT DISTRICT ATTORNEY

White - Original    Yellow - District Attorney    Pink - Defendant