# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

### REDACTED EXHIBIT 166

### TO KENNETH EUGENE BARRETT'S

### SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

# B B B

## Berglan Bail Bonds

### 235-0007

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 0 9 2003

## APPEARANCE BOND

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

POWER NUMBER ___7449___

LICENSE # ___800626___

D.O.B. ___████-66___

District Court, Case No. ___CM-03-365___

STATE OF OKLAHOMA, SEQUOYAH COUNTY, ss:

BE IT REMEMBERED that on the _7th_ day of _June_ , 2003, _Charles E. Sanders_, as principal of SEQUOYAH County and State of OKLAHOMA, _Laurel Berglan / Dennis L. Berglan_ as securities residents of Sequoyah County and State aforesaid appeared personally before the undersigned authority **Sequoyah County Court Clerk** in and for Sequoyah County, and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of _Three Thousand One Hundred Fifty_ DOLLARS ($ _3150_ ), to be made and levied on their respective goods, chattles, and lands, tenements, cash deposit and/or escrow deposit, to be void, however if the said _Charles "Monk" Sanders_ Defendant, who has been committed to the county jail of Sequoyah County, State of Oklahoma, shall personally be and appear before the District Court of said County on the _11_ day of _June_ , 2003 at _____ o'clock _____ .m., of said day and from term to term, and from day to day of each term, to answer a charge preferred against him/her for the offense of

_Poss/Marij, Poss Para, PI, Resist Arrest, No Ins,_

and to do and receive what shall be enjoined by said Court upon him/her, and shall not depart the said court without leave.

WITNESS our hands and seals this _____ day of _____ , _____ .

Principal _____ Address of Principal ████████████

**Berglan Bail Bonds** Surety, Address of Surety 112 N. Main, Sallisaw, OK 74955.

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this ___ day of _____ , ___ Bernell Edwards, District Court Clerk, by Deputy _Vonita Williams #82_. This undertaking approved this _____ day of _____ , _____ ,Bernell Edwards, Court Clerk,_____ ,Judge.

## AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, SEQUOYAH COUNTY, ss:

_Laurel Berglan_ , being first duly sworn upon oath, says that he/she is a resident of Sequoyah County, State of Oklahoma, and that

   (a)   Neither he/she nor anyone for his/her use has been promised or has received any surety or consideration. for making this undertaking

   (b)   He/She has received the sum of $0 from_____ **DEFENDENT** and/or has been promised the sum of $ _315_ from_____ as consideration for making this undertaking.

   (c)   He/She has received the following described property or instrument from _____ **DEFENDANT ET AL** as security for making this undertaking: **INDEMNITY AGREEMENT SIGNED BY DEFENDANT....**

   (d)   _____ **DEFENDANT ET AL** has promised to secure him/her for making this undertaking.

Surety _____ , Professsional _Dennis L. Berglan_

Subscribed and sworn to before me this _____ day of _____ , _____ .

_____     _____

**NOTARY PUBLIC**     **My Commission Expires**
(Sec. 1322, Title 59, O.S.A.)

6-09-cv-00105-RAW   Document 123-2   Filed in ED/OK on 02/18/10   Page 3 of 13

# P  VER OF ATTORNEY

## DENNIS BERGLAN

Advise Bail Bonds

2001 Exchange Avenue

Oklahoma City, Oklahoma 73108

DB1495

KNOW ALL MEN BY THESE PRESENTS: That, Dennis Berglan, Professional Bondsman licensed by the State of Oklahoma, does constitute and appoint the below named agent as my Attorney in Fact to execute Bail Bonds only in my name and on my behalf as Surety. *THIS POWER MUST BE ATTACHED TO AND FILED WITH THE BAIL BOND WRITTEN ON THE DEFENDANT NAMED BELOW AND IS VOID IF ALTERED OR ERASED.*

Dated this _____ 7th _____ day of _JUNE_____ , 20 03 _____

Defendant Name: _Charles_____ _Edmond_____ _Sanders_____
    (First)            (Middle)            (Last)

D.O.B.: _1-11-66_____ Amt. of Bond: $ _3150 00____ Premium: $ _315 00_

Offense: _Poss Marj., Poss Para, PI, Resist Arrest, No Ins._____

Case Number: _____ Court: _District_____

City: _Sallisaw____ Court Date: _June 11 2003/OK_ Posted For: _Berglan Bail Bonds_

Rewrite of Power #: _____ Dated: _____ Amount: $ _____

_____          _Dennis Berglan_____
Executing Agent's Signature            Professional Bondsman's Signature

SEQUOYAH COUNTY OKLAHOMA
FILED
IN DISTRICT COURT

JAN 26 2004

BERNELL EDWARDS, COURT CLERK
_____ DEPUTY
BY_____

**MERRILL BONDING COMPANY**
**210 EAST CHICKASAW**
**SALLISAW, OKLA. 74955  (PHONE: 775-5579)**

<u>APPEARANCE BOND</u>
*IN THE DISTRICT COURT OF* Sequoyah *COUNTY, STATE OF OKLA.*

State of Oklahoma,                    *Plaintiff,*

vs.                                          CASE NO. CF-03-365

Charles Edward Sanders *, Defendant,*

**KNOW ALL MEN BY THESE PRESENTS, THAT,** me the above named defendant, as principal, and the undersigned _____, Bail Bonds as sureties personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of: Three thousand one hundred dollars and no cents Dollars ($ 3,100 _____) good and lawfully money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of _____ Sequoyah unty, State of Oklahoma, shall personally be and appear before the District _____ Court of said county on the _____ day of_____, _____, at _____ o'clock _____M., of said day and from term to term and from day to day of each term, to answer a charge preferred against him for the offense(s) PI, Resisting, of: Notins., Poss of Mary, Drug Para and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void, in full force and effect.

*Witness our hands and seals this* 21st *day of* January _____, 2004.
*Principal:* _____ *Address:* Rt 3 Rx 55 Sallisaw Ok
*Surety:* **RAYMOND MERRILL** *Address:* 210 E. Chickasaw, Sallisaw, Ok. 74955
*Professional Bail Bondsman*
_____ *Address:* 107 E. Creek, Sallisaw, Ok 74955
*Executing Surety Licensed Bail Bondsman*

This undertaking approved this 21st day of January _____, 2004.

(SEAL)                    By: _____ Deputy/Clerk

**MY COMMISSION EXPIRES:** _____

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

<u>AFFIDAVIT AS TO UNDERTAKING</u>
STATE OF OKLAHOMA, Sequoyah County, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of Sequoyah County, STATE OF OKLAHOMA, and that neither he nor anyone for his use has received or been promised any security or consideration for making this under-taking, except as hereinafter specified under one or more of the following relevant statutory provisions, to-wit:
(a) Consideration for this undertaking received or promised in the sum of $ 310 _____.
(b) Other security received or promised for making this undertaking, is as follows:

_____
(c) Such promise, security or consideration was received from:
_____      _____ Sallisaw Ok
Name      (Principal)                    Address

## POWER OF ATTORNEY
Raymond L. Merrill, Professional Bondsman

$5,500.00 POWER LIMIT     № 5 4447

Merrill Bonding Co.
210 E. Chickasaw
Sallisaw, OK 74955

KNOW ALL MEN BY THESE PRESENT:

That I, Raymond L. Merrill, of Sallisaw, Sequoyah County, State of Oklahoma, have made and constituted and appointed by these present do make constitute and appoint the below named agent, my true and lawful attorney, for me and in my name, place and stead, and to my use as my employee and agent to write professional bonds, to sign my name, by him, in the execution of any and all bonds made as my agent, giving my said attorney full power to do every thing whatsoever requisite and necessary to be done in the premises as fully as I could do if personally present, hereby ratifying and confirming all that my said attorney shall lawfully do, or cause to be done, by virtue hereof. All this provided this Power-Of-Attorney is filed with the bond retained as a part of the court records, the said Attorney-In-Fact is hereby authorized to insert in this Power-Of-Attorney the name of the person whose behalf this bond was given.

IN WITNESS THEREOF, Raymond L. Merrill, was caused these present to be signed by its duly authorized officer, proper, for this purpose this _21st_ day of _January_ , 20 _04_

Prem. Chg'd $ _310_

Bond Amount $ _3100_

Case # _CF-03-368_

DOB _____ 66

Collateral _____

Offense _PI, Resisting, No Ins, Poss of Mary, Drug Para_

County _Sequoyah_

RAYMOND L. MERRILL, Professional Bondsman
MERRILL BONDING CO.

Defendant _Marla Hardin_

Address _____

City _Sallisaw_     State _OK 74955_

App. Date _____

Executing Agent _____

SEQUOYAH IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA    CM-03-365
FILED
IN DISTRICT COURT

JUN 11 2003

### Probable Cause Affidavit for Warrantless Arrest

BERNELL EDWARDS, COURT CLERK

BY Comes now the undersigned Affiant, and states upon Oath or Affirmation that the following information and facts are correct to the best of the Affiant's knowledge and belief:

Name of Person Arrested: SANDERS, CHARLES EDMOND    Social Security Number: ████9539

Date of Birth: ████ 66    Date of Arrest (Detention): 06 / 08 / 03    Time of Arrest: 1:45    A .M.

State Specific Facts for Probable Cause for the Arrest and Detention:
PLEASE SEE PAGE #2

[Use reverse side or attach another page if necessary]
Anticipated Charge(s): POSS OF MARIHAUANA, POSS OF DRUG PARA, RESISTING ARREST, P.I. NO INS VERI.

AFCF: No / Yes times (1) (2) or _____

Affiant (Arresting Officer)

Subscribed and sworn to before me the undersigned, this 9 Day of June 2003

My Commission Expires: 5-14-2005
#01006982    Notary Public / Judge / Witness

### Probable Cause Determination

I, Dennis M. Sprouse, Judge of the District Court reviewed this Probable Cause Affidavit
on the 9 day of June, 2003, at 8:18 A.M./P.M.

___✓___ This Affidavit contains sufficient facts showing probable cause to detain the Arrestee to await further proceedings. The Sheriff for Sequoyah or Chief of Police of the arresting agency is hereby commanded to receive him/her into their custody and detain until he/she is legally discharged.

___✓___ The Court sets [ ]an Appearance Bond in the amount of $_____.00 or [ ✓ ] as per Sequoyah County Bond Schedule.

_____ The Court denies Bond at this time.

_____ This Affidavit contains insufficient facts to show there exists probable cause to detain the Arrestee. **The Arrestee is Ordered Released From Custody Immediately.**

_____
Judge of the District Court

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY STATE OF OKLAHOMA

## Probable Cause Affidavit for Warrantless Arrest

ON 06-08-2003 AT APPROX 01:40 HRS. WHILE CHECKING DRIVERS LICENSES AND INSURANCE CARDS AT A CKECK POINT, A WHITE CHEVY EXT CAB PICKUP PULLED UP AND I ASKED THE DRIVER A MR. CHARLES SANDERS FOR HIS LICENSE AND INSURANCE CARD. MR. SANDERS GAVE ME LICENSE BUT COULD NOT FIND AN INSURANCE CARD. I TOLD MR. SANDERS THAT I WAS GOING TO WRITE HIM FOR NO INSURANCE CARD AND I WENT BACK TO MY UNIT WHILE OFFICER RICK FARGO AND OFFICER TAMMY DEER STAYED WITH MR. SANDERS AND THE PASSENGER OF THE VEHICLE. THE PASSENGERS NAME WAS A MR. JAMES MOFFETT. WHILE I WAS WRITING THE CITATION OFFICER FARGO ASKED MR. SANDERS TO STEP OUT OF THE VEHICLE AND DO A SOBERIETY TEST. MR. SANDERS FAILED AND OFFICER FARGO BEGAN TO SEARCH MR. SANDERS POCKETS FOR WEAPONS. WHILE I WAS WALKING UP TO MR. SANDERS OFFICER FARGO FOUND MARIHUANA IN MR. SANDERS POCKETS AND TOLD HIM THAT HE WAS PLACING HIM UNDER ARREST. OFFICER FARGO WAS PLACING HAND CUFFS ON MR. SANDERS WHEN HE TRIED TO SPIN AROUND. OFFICER FARGO KEPT A GRIP ON MR. SANDERS AND OFFICER DEER ASSISTED I WALKED UP TO AND ASSISTED BY PUTTING MY HAND ON HIS SHOULDER AND TOLD MR. SANDERS TO RELAX AND CALM DOWN. MR. SANDERS THEN COMPLIED. MR. SANDERS WAS PLACED INTO CUSTODY AND WAS PUT IN THE PATROL UNIT. OFFICER FARGO ASKED MR JAMES MOFFETT TO STEP OUT OF THE VEHICLE. OFFICER FARGO HAD MR. MOFFETT TO DO A SOBERIETY TEST AND FAILED. MR. MOFFET WAS PLACED UNDER ARREST . WHILE DOING AN INVENTORY OF THE VEHICLE, A SYRING WAS FOUND UNDER THE FRONT SEAT BY OFFICER FARGO. I FOUND ROLLING PAPERS ON THE FRONT CENTER SEAT. OFFICER DEER FOUND MARIHUANA AND MARIHUANA SEEDS ON THE PASSENGER FLOOR BOARD. WE HAD ALL TALKED WITH OUR CHIEF ON THE PHONE AT DIFFERNT TIMES TO KEEP HIM INFORMED ON WHAT WAS DEVLOPING. OFFICER FARGO ASKED MR. SANDERS IF THE MARIHAUANA WAS HIS THAT WAS FOUND IN THE VEHICLE AND MR. SANDERS DENIED OWNING IT. ACCORDING TO OFFICER DEER MR. MOFFETT STATED TO HER THAT HE AND MR. SANDERS HAD JUST SMOKED A MARIHAUANA CIGARETTE ABOUT AN HOUR AGO. AFTER THE VEHICLE WAS INVENTORIED I CALLED FOR A WRECKER TO IMPOUND THE VEHICLE. THE GREEN LEAFY SUBSTANCE FOUND ON MR. SANDERS AND IN THE VEHICLE FIELD TESTED POSITIVE FOR MARIHAUANA.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 0 9 2003

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

## ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, First, Middle, suffix (please print or type)(show alias)   SS.# ███-9539   D.O.B - ███-66

Sanders, Charles Edmond

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CM-03-365 | Bail Bond Berglan/Berglan $3,150.00 | Possession of Marijuana |
| | | Possession of Paraphernalia |
| | | Public Intoxication |
| | | No Insurance Verification |
| | | Resisting Arrest |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the _8th_ day of _June_ , 20 _03_

_____
Signature

AUTHORIZED BY

per Schedule
_____
JUDGE OF THE DISTRICT COURT

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

SEQ AH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 2 0 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

**BBB**
**Berglan Bail Bonds**
**112 North Main**
**Sallisaw, OK  74955**
**235-0007 or 866-281-2245**

## CERTIFICATE OF SURRENDER

Date: _____*01-17-04*_____, 200*4*

Case#: _____*CM-03-365*_____

I, _*Diane Holt*_____, Jailor County of

_____*Sequoyah*_____, City of

_____*Sallisaw*_____ State of *Oklahoma*_____,

hereby acknowledge bail bondsman, _*Lance L. Berglan*___,

a licensed Bail Bondsman in the State of _*Oklahoma*____,

Defendant *Charles Edmond Sanders*_____,

in the certain case above, pending in (circle one)

(DISTRICT COURT) or MUNICIPAL COURT, County of *Sequoyah*___,

City of_*Sallisaw*_____ State of _*Oklahoma*____,

along with a Certified Copy of the  Appearance Bail Bond heretofore

deposited with _*Sequoyah*___ County Court Clerks Office, State

of _*Oklahoma*_____.

I have retained in my custody, Defendant *Charles E. Sanders*_,

This ____*17th*____ day of __*January*__ 200*4*,

At _*11:15*_____ o'clock am/pm.

_____*Diane Holt*_____
**(Signature of Attending Jailer)**

## ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, First, Middle, suffix (please print or type)(show alias)

Sanders Charles Edmond ███████ -9539

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CM-03-365 | Merrill Bonding 3,100 | No Ins, poss marij Poss para |
| | | |
| | | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 21 day of JAN , 20 04 .

Jenny Manley
Signature

AUTHORIZED BY

Spruse
JUDGE OF THE DISTRICT COURT

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 2 6 2004

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

**STATE OF OKLAHOMA**          CASE NO.(S)          FINES(S)          SEQUOYAH COUNTY, OKLAHOMA
                                                                         FILED
VS.                            CM03-365                                  IN DISTRICT COURT

_Charles Sanders_              CF04-19                                   **DEC 0 8 2008**
                              CF03-124

DATE:_____                                 MAUDEEN VANN, COURT CLERK
                                                         BY_____
                                  SUBTOTALS:_____                        DEPUTY

## ☐ MINUTE / ☐ SENTENCING ORDER          TOTAL:_____

LSI:_____/_____     **Supervision:** ☐ Community   ☐ Drug   ☐ Standard   ☐ Other_____

CM03-365 — State dismisses case costs to State.
CF 04-19 — State Agrees to suspend remaining fines
+ court costs
CF 03-124 — State agrees to suspend remaining fines +
court costs

Withdraw all costs warrants

**DEFENDANT IS ORDERED BACK:** _____ , 200___ @ _____ , ____.M.

Payment of fines, costs, fees, etc. shall be payable by money orders or cashier's checks (no personal checks or cash)
Include your name and case number - Payments shall be paid to the following entities:

| FINES AND COURT COSTS | RESTITUTION | DRUG FUND |
|---|---|---|
| Total of _____ | Total of _____ | Total of _____ |
| Payable in monthly payments of _____for____months | Payable in monthly payments of _____for____months | Payable in monthly payments of _____for____months |
| 1st payment due:_____ | 1st payment due:_____ | 1st payment due:_____ |
| Payable to: Sequoyah County Court Clerk 120 E. Chickasaw, Ste 205 Sallisaw, OK 74955 (918) 775-4411 | Payable to: District Attorney's Annex 120 E. Chickasaw, Ste 204 Sallisaw, OK 74955 (918) 775-9131 | Payable to: Office of the District Attorney 120 E. Chickasaw, Ste 204 Sallisaw, OK 74955 (918) 775-9131 |

**I, THE DEFENDANT, UNDERSTAND THAT I MUST PAY AND COMPLETE ALL THE THINGS LISTED ABOVE
AND MUST APPEAR BACK IN COURT ON THE DATE AND TIME SET FORTH ABOVE,
OR I WILL BE ARRESTED AND JAILED!!!**

_____          _____
DEFENDANT                        DISTRICT COURT JUDGE

_____          _____
DEFENDANT'S ATTORNEY             ASSISTANT DISTRICT ATTORNEY

White - Original        Yellow - District Attorney        Pink - Defendant

## Form 1 (No. 001490)

**OKLAHOMA UNIFORM VIOLATIONS COMPLAINT**

State of Oklahoma
COUNTY OF SEQUOYAH ) ss
TOWN OF VIAN

CM-03-365

Municipal Court

№ 001490

CT-I

**ABSTRACT OF COURT RECORD**
The undersigned, being duly sworn, upon his oath deposes and says that:

on or about (date) 6-8-03 at (24 hour time) 01:45 at or near (location) WART & ECHO ST

County Number 68 | 40 | East Control-Int. | North Location

within the city, county and state aforesaid.

Name (last, first, middle): SANDERS, CHARLES, EDMOND

City: SALLISAW | State: OK | Zip Code: 74955

Birthdate (mo., day, yr.): -66 | Height: 5-10 | Weight: 170 | Race: W | Sex: M | Class: D | Endorsements

Driver License Number: 4417095-39 | Month/Year: 11-04 | State: OK

Did Unlawfully: ☒ Operate | ☐ Park

Vehicle-Make: Chev | Year: 92 | Body Style-Color: PK/WHT | Tag Number: UZS 854 | Year: 03 | State: OK

Commercial Motor Vehicle: Y/N | ☐ Haz. Mat. Placard | ACCIDENT: ☐ PD ☐ PI ☐ FATALITY

and did then and there commit the following offense:

SPEEDING ___ MPH in ___ MPH Zone | Pace ☐ | Radar ☐ | Plane ☐ | Other ☐

Other Violation: Public Intox

Contrary to Statute/Ordinance:

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

Signature of Officer | Date 6-8-03 | Badge No. 326 | Dist. ___

Sworn to and subscribed before me this ___ day of ___

Court Appearance: 11 day of June 03 at 9 A.M. | (DPS USE)

Address of Court: P.O. BOX 687 VIAN, OK 74962

NOTICE: Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.
WITHOUT ADMITTING GUILT, I promise to appear in said court at said time and place.

X SIGNATURE: JAIL

(CHECK ONLY ONE BOX)
☐ Signed Personal Recognizance | ☐ Bond Attached | ☐ Magistrate | ☒ Jail | ☐ Other

☐ JUVENILE | Name of Parent or Guardian ___ | Address ___

Officer's Remarks: ___

AREA: ☐ business ☐ Industrial ☒ school ☐ residential ☐ rural
HIGHWAY TYPE: ☐ 1 lane ☐ 2 lane ☐ 3 lane ☐ undivided — 4 or more divided ☐ 4 or more on/off ramp

## Form 2 (No. 001487)

**OKLAHOMA UNIFORM VIOLATIONS COMPLAINT**

State of Oklahoma
COUNTY OF SEQUOYAH ) ss
TOWN OF VIAN

CM-03-365

Municipal Court

№ 001487

CT-II

**ABSTRACT OF COURT RECORD**
The undersigned, being duly sworn, upon his oath deposes and says that:

on or about (date) 6-8-03 at (24 hour time) 01:45 at or near (location) WART & ECHO ST

County Number 68 | 40 | East Control-Int. | North Location

within the city, county and state aforesaid.

Name (last, first, middle): SANDERS, CHARLES EDMOND

City: SALLISAW | State: OK | Zip Code: 74955

Birthdate (mo., day, yr.): -66 | Height: 5-10 | Weight: 170 | Race: W | Sex: M | Class: D | Endorsements

Driver License Number: 4417095-39 | Month/Year: 11-04 | State: OK

Did Unlawfully: ☒ Operate | ☐ Park

Vehicle-Make: CHEV | Year: 92 | Body Style-Color: PK/WHT | Tag Number: UZS 854 | Year: 03 | State: OK

Commercial Motor Vehicle: Y/N | ☐ Haz. Mat. Placard | ACCIDENT: ☐ PD ☐ PI ☐ FATALITY

and did then and there commit the following offense:

SPEEDING ___ MPH in ___ MPH Zone | Pace ☐ | Radar ☐ | Plane ☐ | Other ☐

Other Violation: Resisting Arrest

Contrary to Statute/Ordinance:

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

Signature of Officer | Date 6-8-03 | Badge No. 326 | Dist. ___

Sworn to and subscribed before me this ___ day of ___

Court Appearance: 11 day of June 03 at 9 A.M. | (DPS USE)

Address of Court: P.O. BOX 687 VIAN, OK 74962

NOTICE: Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.
WITHOUT ADMITTING GUILT, I promise to appear in said court at said time and place.

X SIGNATURE: JAIL

(CHECK ONLY ONE BOX)
☐ Signed Personal Recognizance | ☐ Bond Attached | ☐ Magistrate | ☒ Jail | ☐ Other

☐ JUVENILE | Name of Parent or Guardian ___ | Address ___

Officer's Remarks: ___

AREA: ☐ business ☐ Industrial ☐ school ☒ residential ☐ rural
HIGHWAY TYPE: ☐ 1 lane ☒ 2 lane ☐ 3 lane ☐ undivided — 4 or more divided ☐ 4 or more on/off ramp

## Form 3 (No. 001485)

**OKLAHOMA UNIFORM VIOLATIONS COMPLAINT**

State of Oklahoma
COUNTY OF SEQUOYAH ) ss
TOWN OF VIAN

CM-03-365

Municipal Court

№ 001485

CT-III

**ABSTRACT OF COURT RECORD**
The undersigned, being duly sworn, upon his oath deposes and says that:

on or about (date) 6-8-03 at (24 hour time) 01:45 at or near (location) WART & ECHO ST

County Number 68 | 40 | East Control-Int. | North Location

within the city, county and state aforesaid.

Name (last, first, middle): SANDERS, CHARLES Edmond

City: SALLISAW | State: OK | Zip Code: 74955

Birthdate (mo., day, yr.) | Height: 5-10 | Weight: 170 | Race: W | Sex: M | Class: D | Endorsements

Driver License Number: 4417095-39 | Month/Year: 11-04 | State: OK

Did Unlawfully: ☒ Operate | ☐ Park

Vehicle-Make: CHEV | Year: 92 | Body Style-Color: PK/WHT | Tag Number: UZS 854 | Year | State

Commercial Motor Vehicle: Y/N | ☐ Haz. Mat. Placard | ACCIDENT: ☐ PD ☐ PI ☐ FATALITY

and did then and there commit the following offense:

SPEEDING ___ MPH in ___ MPH Zone | Pace ☐ | Radar ☐ | Plane ☐ | Other ☐

Other Violation: NO INS CARD

Contrary to Statute/Ordinance:

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

Signature of Officer | Date 6-8-03 | Badge No. 326 | Dist. ___

Sworn to and subscribed before me this ___ day of ___

Court Appearance: 11 day of June 03 at 9 A.M. | (DPS USE)

Address of Court: P.O. BOX 687 VIAN, OK 74962

NOTICE: Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.
WITHOUT ADMITTING GUILT, I promise to appear in said court at said time and place.

X SIGNATURE: Charles Sanders

(CHECK ONLY ONE BOX)
☒ Signed Personal Recognizance | ☐ Bond Attached | ☐ Magistrate | ☐ Jail | ☐ Other

☐ JUVENILE | Name of Parent or Guardian ___ | Address ___

Officer's Remarks: ___

AREA: ☐ business ☐ industrial ☐ school ☒ residential ☐ rural
HIGHWAY TYPE: ☐ 1 lane ☒ 2 lane ☐ 3 lane ☐ undivided — 4 or more divided ☐ 4 or more on/off ramp

## Form 4 (No. 001488)

**OKLAHOMA UNIFORM VIOLATIONS COMPLAINT**

State of Oklahoma
COUNTY OF SEQUOYAH ) ss
TOWN OF VIAN

CM-03-365

Municipal Court

№ 001488

CT-IV

**ABSTRACT OF COURT RECORD**
The undersigned, being duly sworn, upon his oath deposes and says that:

on or about (date) 6-8-03 at (24 hour time) 01:45 at or near (location) WART & ECHO ST

County Number 68 | 40 | East Control-Int. | North Location

within the city, county and state aforesaid.

Name (last, first, middle): SANDERS, CHARLES EDMOND

City: SALLISAW | State: OK | Zip Code: 74955

Birthdate (mo., day, yr.) | Height: 5-10 | Weight: 170 | Race: W | Sex: M | Class: D | Endorsements

Driver License Number: 4417 9539 | Month/Year: 11-04 | State: OK

Did Unlawfully: ☒ Operate | ☐ Park

Vehicle-Make: CHEV | Year: 92 | Body Style-Color: PK/WHT | Tag Number: UZS 854 | Year: 03 | State: OK

Commercial Motor Vehicle: Y/N | ☐ Haz. Mat. Placard | ACCIDENT: ☐ PD ☐ PI ☐ FATALITY

and did then and there commit the following offense:

SPEEDING ___ MPH in ___ MPH Zone | Pace ☐ | Radar ☐ | Plane ☐ | Other ☐

Other Violation: POSS OF MARIHUANA

Contrary to Statute/Ordinance:

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

Signature of Officer | Date 6-8-03 | Badge No. 326 | Dist. ___

Sworn to and subscribed before me this ___ day of ___

Court Appearance: 11 day of June 03 at 9 A.M. | (DPS USE)

Address of Court: P.O. BOX 687 VIAN, OK 74962

NOTICE: Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.
WITHOUT ADMITTING GUILT, I promise to appear in said court at said time and place.

X SIGNATURE: JAIL

(CHECK ONLY ONE BOX)
☐ Signed Personal Recognizance | ☐ Bond Attached | ☐ Magistrate | ☒ Jail | ☐ Other

☐ JUVENILE | Name of Parent or Guardian ___ | Address ___

Officer's Remarks: ___

AREA: ☐ business ☐ Industrial ☐ school ☒ residential ☐ rural
HIGHWAY TYPE: ☐ 1 lane ☒ 2 lane ☐ 3 lane ☐ undivided — 4 or more divided ☐ 4 or more on/off ramp

**OKLAHOMA UNIFORM VIOLATIONS COMPLAINT**

State of Oklahoma
**COUNTY OF SEQUOYAH**
**TOWN OF VIAN**

CM-03-305

Jud. Dist. _____ Court
Municipal

)
) ss
)

No. **001489**

CH IV

**ABSTRACT OF COURT RECORD**

The undersigned, being duly sworn, upon his oath deposes and says that:

| on or about (date) | at (24 hour time) | at or near (location) |
|---|---|---|
| 6-8-03 | 01:45 | WAY & ECHO ST |

| County Number | 68 | 40 | East Control-Int. | | | | | North Location | | | | |

within the city, county and state aforesaid:

Name (last, first, middle): SANDERS, CHARLES EDMOND          Phone number

Address: ▮▮▮▮▮▮▮▮▮▮▮▮

City: SALLISAW          State: OK          Zip Code: 74955

| Birthdate (mo., day, yr.) | Height | Weight | Race | Sex | Class | Endorsements |
|---|---|---|---|---|---|---|
| ▮▮-66 | 5'9" | 170 | W | M | D | |

Driver License Number: 441789539          Month/Year: 11-04          State: OK

Employer: _____

Did Unlawfully: Operate ☑  Park ☐

| Vehicle-Make | Year | Body Style-Color | Tag Number | Year | State |
|---|---|---|---|---|---|
| Chev | 92 | P4/WHT | 4ZS854 | 03 | OK |

Commercial Motor Vehicle: Y ☐ N ☐   ☐ Haz. Mat. Placard   ACCIDENT: ☐ PD ☐ PI ☐ FATALITY

and did then and there commit the following offense:

SPEEDING ____ MPH in ____ MPH Zone   Pace ☐  Radar ☐  Plane ☐  Other ☐

Other Violation: POSS OF DRUG PARA

Contrary to Statute/Ordinance: _____

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charges stated therein are true.

Signature of Officer _____   Date 6-8-03   Badge No. 386   Dist. _____

Sworn to and subscribed before me this ____ day of _____

My Commission Expires _____

Name and Title _____

Court Appearance 11 day of JUNE 03 at 9 A.M

SEQUOYAH County Court House

(DPS USE)

Address of Court P.O. BOX 687 VIAN, OK 74962

NOTICE: Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.

WITHOUT ADMITTING GUILT, I promise to appear in said court at said time and place.

X SIGNATURE: _____

(CHECK ONLY ONE BOX)

| Signed Personal ☐ Recognizance | Bond Attached ☐ | ☐ Magistrate | ☒ Jail | ☐ Other |

☐ JUVENILE   Name of Parent or Guardian _____   Address _____

Officer's Remarks: _____

AREA: HIGHWAY   ☐ business   ☐ industrial   ☐ school   ☒ residential   ☐ rural