# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

## REDACTED EXHIBIT 159

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

**INFORMATION**

===========================================================================

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA )
        Plaintiff, )
vs. )   No. CF-98-|2 8
 )
CHARLES E. SANDERS )
DOB: ▮▮66 #▮▮▮9539 )
TERESA JORDAN )
DOB: ▮▮65 ▮▮▮5710 )
      Defendant. )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY - 5 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

**I N F O R M A T I O N**

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:**

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that CHARLES E. SANDERS and TERESA JORDAN did, in Sequoyah County, and in the State of Oklahoma, on the 14TH DAY OF APRIL, in the year of our Lord, One Thousand, Nine Hundred and Ninety-EIGHT and before the presentment hereof, commit the crime of

**COUNT I: BURGLARY SECOND DEGREE-21 O.S. 1435**
That on the day and year and in the county and state aforesaid, said CHARLES E. SANDERS and TERESA JORDAN, while acting in concert each with the other, did unlawfully, wilfully, burglariously and feloniously, break and enter into a certain building located two miles North of Brushy Lake, in Sequoyah County, Oklahoma, owned by and in the possession of Leola Lee, in which building property of value was kept and contained, by breaking open the outer door of said building and entering without the consent of said owner, with the wilful, felonious and burglarious intent to steal said property,

**COUNT II: LARCENY FROM THE HOUSE-21 O.S. 1723**
That on the day and year, and in the County and State, aforesaid, CHARLES E. SANDERS and TERESA JORDAN, while acting in concert each with the other, did unlawfully, wilfully, and feloniously enter into a certain house located at two miles North of Brushy Lake, in the County of Sequoyah, Oklahoma, occupied by and in possession of Leola Lee, and did then and there take, steal, and carry away certain personal property of value, to-wit: RCA VCR, Zennith TV and VCR, Sony play station Genesis game, as well as various prescription bottles, with the unlawful, larcenous and felonious intent then and there on the part of said defendant to deprive the owner thereof permanently and to convert the same to his own use and benefit,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

          DIANNE BARKER HARROLD
          DISTRICT ATTORNEY
REDACTED
        By _____
          Assistant District Attorney

STATE OF OKLAHOMA )
          ) ss.
COUNTY OF SEQUOYAH )

Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

          _Walter Ross_

Subscribed and sworn to before me this 5th day of May, 1998.

My Commission Expires:
  6/28/99
         _Graciela Hart Brumley_
         NOTARY PUBLIC

WITNESSES:
Walter Ross, SCSO, Sallisaw, OK
Joe Buzzard, Marble City PD, Marble City, OK
Kelly Karnes, SCSO, Sallisaw, OK
Leola Lee, P.O. Box 1602, Sallisaw, OK
Loyd Poindexter, ▮▮▮▮▮▮▮▮ Sallisaw, OK
Sheila Poindexter, ▮▮▮▮▮▮▮ Sallisaw, OK

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY - 5 1998

BONNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

| | |
|---|---|
| THE STATE OF OKLAHOMA,<br>Plaintiff,<br><br>vs.<br><br>CHARLES E. SANDERS,<br>Defendant. | ) IN THE DISTRICT COURT OF<br>) SEQUOYAH COUNTY, STATE<br>) OF OKLAHOMA<br>) CASE NO. CRF-98- 128<br>).<br>)<br>) |

## FORMER CONVICTIONS

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-89-396, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UTTERING FORGED INSTRUMENT, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-92-91, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UNLAWFUL POSSESSION OF CONTROLLED DRUG, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-90-144, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of SEXUAL BATTERY, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

DIANNE BARKER HARROLD,
DISTRICT ATTORNEY

BY: _____
Assistant District Attorney

**REDACTED**

# ORDER OF RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order:

Last name, first, middle, suffix (please print or type) (show alias) ████ 8539

Sanders Charles ████ 66

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-98-128 | Bondsman $2500.00 Hamilton | Burg II |
| | | SEQUOYAH COUNTY, OKLAHOMA FILED IN DISTRICT COURT |
| | | APR 1 6 1998 |
| | | BERNELL EDWARDS, COURT CLERK BY _____ DEPUTY |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 15 day of April _____, 19 98

White Copy - Court
Yellow Copy - Sheriff's File

Signature

AUTHORIZED BY ___Garrett___
JUDGE OF THE DISTRICT COURT

**REDACTED**

WARRANT CLEARANCE

WARRANT # _CF-98-128_

WARRANT NAME: _TERESA JORDAN_

DATE & TIME CLEARED: _05-08-98_

WARRANT CLEARED BY:

ARREST _X_ OFFICER SERVING: _SHELTON FAIR #826_

AGENCY: _SEQUOYAH COUNTY S.O._

CANCELLATION _____ JUDGE OR OFFICIAL DIRECTING WARRANT CANCELLATION

_____

WARRANT PULLED FROM FILE: YES _X_ NO _____

IF NO, EXPLAINED WHY NOT REMOVED: _____

WARRANT MARKED OFF BOOK: YES _X_ NO _____

IF NO, EXPLAIN WHY NOT: _____

WARRANT CANCELLED FROM NCIC: YES _X_ NO _____

IF YES, NCIC CANCELLATION NUMBER: _W 074730328_

IF NO, EXPLAIN WHY NOT REMOVED: _____

SHERIFF'S OFFICE EMPLOYEE SIGNATURE: _Scott Bell #869_
MUST SIGN FULL NAME

NOTE: AFTER COMPLETION, ATTACH THIS FORM TO THE CANCELLED OR SERVED
WARRANT. BE SURE TO ATTACH THIS FORM BACK TO BACK WITH THE
WARRANT.

**REDACTED**

BENCH WARRANT ON INDICTMENT OR INFORMATION.

STATE OF OKLAHOMA,)                                    IN _DISTRICT_ COURT
    Sequoyah County        )

           THE STATE OF OKLAHOMA                              ISSUED
                        vs.                               SEQUOYAH COUNTY, OKLAHOMA
        Teresa Jordan                                        FILED
        DOB: ████65                    No. CF-98-128         IN DISTRICT COURT
                                        Bond $5000.00         MAY 1 1 1998
        #████5710            Defendant.

THE STATE OF OKLAHOMA
To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma—Greeting:     BERNELL EDWARDS, COURT CLERK
        Whereas an_ Teresa Jordan _____ having been BY _filed_ ao __ DEPUTY
on the _14th_ day of _April_____A. D. 19 98_, in the _District_ Court of
Sequoyah County, State of Oklahoma, charging _Teresa Jordan_____
_____ with the crime of _Burglary Second Degree and Failure___
_to Appear_____

        You are therefore commanded forthwith to arrest the above named _Teresa Jordan_____

and bring him before* _Judge of the District Court_____

_____

_____

_____

_____ or if the said Court have adjourned for the
term that you deliver him into the custody of the Sheriff of Sequoyah County, Oklahoma.

        Given under my hand with the seal of said Court affixed, this _____ 7th _____ day of
_May_____A. D. 19 98

                                                        BERNELL EDWARDS
    By order of the Court.                              Bernell Edwards      Court Clerk.
                                                   By _Amanda Woods_____
                                                                            Deputy.

*See Sec. 5384, Wilson's Statutes.

## SHERIFF'S RETURN

RECEIVED the within Writ on the_____ day of_____19____, at
_____ o'clock _____M., and executed on the_____08_____ day of_____MAY_____,19 98,
_2343_ o'clock___P___M., by__ARREST_____

_____

_____

Dated this__8TH__day of __MAY_____ 19 98

_____
Sheriff of_____County
By_____
Under Sheriff.     Deputy.

No._____

In_____Court

BENCH WARRANT ON INDICT-
MENT OR INFORMATION

THE STATE OF OKLAHOMA
vs.

Defendant

19.

Filed_____

Court Clerk

By_____

Deputy

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA, )
         Plaintiff, )
vs. )
      )
*Charles E. Sanders* )
         — Defendant )

No: *CF-98-128*

P 164 434 552

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

Sent to
Diane Hamilton

Street & Number

Post Office, State, & ZIP Code
Sallisaw, OK 74955

| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form 3800, April 1995

**...ER AND JUDGEMENT OF FORFEITURE**

...day of *May* 1998, the above cause came on ... regular assignment of th docket of this Court. ... that the above named defendant having heretofore been ... of *failure to appear*, ...ted to bail in the amount of $ *2500.00* was released executed by *Diane Hamilton* and *Diane Hamilton*, if applicable his ...itioned as provided by law for the appearance of said defendant ...uired, and the Court having ordered said defendant to appear ... of *May*, 1998, and said defendant, being ...en court, without sufficient excuse failed to appear before the

...r finds that the conditions of said Appearance Bond have been ...ant and said bondsman, and that an Order and Judgment of ...tered.

...E ORDERED, ADJUDGED AND DECREED by the Court that the ...d defendant be, and the same is hereby declared and is ordered ... Oklahoma, and the amount of said bond is ordered paid to the

...ORDERED, ADJUDGED AND DECREED that the Court Clerk shall ...y of this Order and Judgment of Forfeiture to the bondsman and, if applicable, his insurer. The bondsman is hereby directed to deposit with the Court Clerk, the face amount of the said forfeited bond, to wit: $ *2500.00*. Such deposit to be made within 91 days from receipt of this Order and Judgment of Forfeiture, or the mailing of the notice if no receipt is made.

_____
JUDGE OF THE DISTRICT COURT

## CERTIFICATE OF MAILING

REDACTED

I certify that I mailed a true and correct copy of this instrument to the above named bondsman and, if applicable, his insurer to the last known address of each, by certified mail with return receipt requested this _11th_ day of _May_, 1997.

BERNELL EDWARDS, COURT CLERK

by *Amanda Woody*
          **Deputy**

WARRANT CLEARANCE


WARRANT # _CF-98-128_

WARRANT NAME: _SANDERS, CHARLES E._

DATE & TIME CLEARED: _05-08-98 @ 11:33PM_

WARRANT CLEARED BY:

    ARREST __X__ OFFICER SERVING: _LARRY LANE #824_

             AGENCY: _SEQUOYAH COUNTY SHERIFF DEPT._

    CANCELLATION _____ JUDGE OR OFFICIAL DIRECTING WARRANT CANCELLATION

    _____


WARRANT PULLED FROM FILE:     YES __X__     NO _____

IF NO, EXPLAINED WHY NOT REMOVED: _____

WARRANT MARKED OFF BOOK:     YES __X__     NO _____

IF NO, EXPLAIN WHY NOT:_____

WARRANT CANCELLED FROM NCIC: YES __X__     NO _____

IF YES, NCIC CANCELLATION NUMBER: _W074740944_

IF NO, EXPLAIN WHY NOT REMOVED: _____

SHERIFF'S OFFICE EMPLOYEE SIGNATURE: ___Scott Bell___ _#869_
                                    MUST SIGN FULL NAME


NOTE:   AFTER COMPLETION, ATTACH THIS FORM TO THE CANCELLED OR SERVED
       WARRANT. BE SURE TO ATTACH THIS FORM BACK TO BACK WITH THE
       WARRANT.


**REDACTED**

BENCH WARRANT ON INDICTMENT OR INFORMATION.

STATE OF OKLAHOMA, )

Sequoyah County )

THE STATE OF OKLAHOMA

vs.

Charles E. Sanders

DOB: ███66

Defendant.

█████9539

IN **DISTRICT** COURT

**ISSUED**

5/7/98

No. CF-98-128

Bond $5000.00

THE STATE OF OKLAHOMA
To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma—Greeting:

Whereas an Charles E. Sanders having been filed

on the 14th day of April A.D. 19 98 , in the District Court of

Sequoyah County, State of Oklahoma, charging Charles E. Sanders

with the crime of Burglary Second Degree and Failure to

Appear

You are therefore commanded forthwith to arrest the above named Charles E. Sanders

and bring him before* Judge of the District Court

or if the said Court have adjourned for the

term that you deliver him into the custody of the Sheriff of Sequoyah County, Oklahoma.

Given under my hand with the seal of said Court affixed, this 7th day of

May A.D. 19 98

By order of the Court.

BERNELL EDWARDS

Bernell Edwards Court Clerk.

By Amanda Woody Deputy.

*See Sec. 5384, Wilson's Statutes.

## SHERIFF'S RETURN

RECEIVED the within Writ on the_____ day of _____19_____, at
_____o'clock_____M., and executed on the_____day of_____,19_____,
_11:33_ o'clock__P___M., by _ARREST_____

Dated this__8TH__day of _MAY_____ 19 98

Sheriff of_____County

By_____ _[signature]_____
Under Sheriff. / Deputy.

No._____

In_____Court

**BENCH WARRANT ON INDICTMENT OR INFORMATION**

THE STATE OF OKLAHOMA

vs.

Defendant

19.____

Filed_____

Court Clerk

By_____

Deputy

## CERTIFICATE OF SURRENDER

CF-98-128

I, _Craig Manley_, Jailer _Seq._
_CO_, State of _OK_, hereby acknowledge
that I received from _Diane Hamilton_, a licensed Bail
Bondsman in the State of _OK_, _Charles Sanders_,
defendant, in a certain case pending in _District_
Court, _Seq. Co._, State of _OK_,
along with a Certified Copy of a Bail Bond heretofore deposited
with _Seq. Co. Sheriff Dept._, State of _OK_.
That I have retained in my custody _Charles Sanders_,
defendant, this _9_ day of _May_, 19 ___,
at _20:53_ o'clock _P_ m.

_____
(Jailer)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 1 1 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

REDACTED

BENCH WARRANT ON INDICTMENT OR INFORMATION.

STATE OF OKLAHOMA,)    IN __DISTRICT__ COURT
  Sequoyah County  )

**ISSUED**
5/7/98

THE STATE OF OKLAHOMA

VS.

Charles E. Sanders

  DOB: ▇/66

  # ▇9539    Defendant.

No. CF-98-128

Bond $5000.00

THE STATE OF OKLAHOMA

To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma—Greeting:

Whereas an __Charles E. Sanders__ having been __filed__ on the __14th__ day of __April__ A. D. 19 __98__, in the __District__ Court of Sequoyah County, State of Oklahoma, charging __Charles E. Sanders__ with the crime of __Burglary Second Degree and Failure to Appear__

You are therefore commanded forthwith to arrest the above named __Charles E. Sanders__ and bring him before* __Judge of the District Court__

__ or if the said Court have adjourned for the term that you deliver him into the custody of the Sheriff of Sequoyah County, Oklahoma.

Given under my hand with the seal of said Court affixed, this __7th__ day of __May__ A. D. 19 __98__

By order of the Court.

BERNELL EDWARDS

Bernell Edwards  Court Clerk.

By _Amenda Woody_  Deputy.

*See Sec. 5384, Wilson's Statutes.

**REDACTED**

BENCH WARRANT ON INDICTMENT OR INFORMATION.

STATE OF OKLAHOMA,)

Sequoyah County )

IN <u>DISTRICT</u> COURT

THE STATE OF OKLAHOMA

vs.

Teresa Jordan

DOB: ███65

#███5710            Defendant.

No. CF-98-128

**ISSUED**
**5/7/98**

Bond $5000.00

THE STATE OF OKLAHOMA

To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma—Greeting:

Whereas an Teresa Jordan having been filed

on the 14th day of April A. D. 19 98 , in the District Court of

Sequoyah County, State of Oklahoma, charging Teresa Jordan

with the crime of Burglary Second Degree and Failure

to Appear

You are therefore commanded forthwith to arrest the above named Teresa Jordan

and bring him before* Judge of the District Court

or if the said Court have adjourned for the term that you deliver him into the custody of the Sheriff of Sequoyah County, Oklahoma.

Given under my hand with the seal of said Court affixed, this 7th day of

May A. D. 19 98

By order of the Court.

BERNELL EDWARDS

Bernell Edwards            Court Clerk.

By *Amanda Wooley*

Deputy.

*See Sec. 5384, Wilson's Statutes.

**REDACTED**

IN THE DISTRICT COURT OF _Seq_ COUNTY,
STATE OF OKLAHOMA

_____, Plaintiff

vs.

_Teresa L. Jordan_____, Defendant

Case Number _CF-98-128A_

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 1 4 1998

BERNELL EDWARDS, COURT CLERK
BY _____,
_____ DEPUTY

APPLICATION FOR APPOINTED COUNSEL
AND
AFFIDAVIT OF FINANCIAL INABILITY TO EMPLOY COUNSEL

I swear and affirm that I am the party in the above entitled action. I want an attorney to represent me in this case. I am financially unable to obtain the services of an attorney without causing substantial hardship to myself or to my family. The following information is true and is given and intended to be relied upon by the court and other persons or agencies in determining my eligibility for legal services to be furnished to me at public expense.

PLEASE FILL IN ALL SPACES BELOW AND SIGN YOUR NAME UNDER OATH IN FRONT OF THE JUDGE, A NOTARY OR THE COURT CLERK. IF A QUESTION DOES NOT APPLY TO YOU, PLEASE WRITE IN THE BLANK "DOES NOT APPLY."

I. GENERAL INFORMATION   Date: _5-12-98_
NAME: _Teresa Lynn Jordan_
ADDRESS: ▓▓▓▓▓ _Sallisaw OK 74955_
TELEPHONE: _918 775 ▓▓▓▓_
MESSAGE NUMBER: _9187▓▓▓▓_   SOCIAL SECURITY NO.: ▓▓▓_5710_
AGE: _32_   Date of Birth: ▓▓▓_65_
SINGLE: [ ] MARRIED: [ ] SEPARATED: [✓]
SPOUSE'S NAME: _____
ADDRESS: _____
TELEPHONE: _____
HOW MANY PEOPLE ARE IN YOUR HOUSEHOLD?: _____
NAMES AND AGES: _____

ARE YOU CLAIMED AS A DEPENDENT BY A PARENT OR GUARDIAN? YES [ ] NO [✓]

II. FAMILY INCOME
YOUR MONTHLY TAKE HOME PAY: _0_   WEEKLY TAKE HOME PAY: _0_
YOUR EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY)
_unemployed_
YOUR EMPLOYER'S PHONE NUMBER: _____
SPOUSE'S SALARY: _____
SPOUSE'S EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY)
_____
SPOUSE'S EMPLOYER'S PHONE NUMBER: _____
IS ANY OTHER MEMBER OF YOUR HOUSEHOLD EMPLOYED? YES [ ] NO [ ]
WHO? _____
WHERE? _____
SALARY? _____
DEPENDENT'S EMPLOYER: _____
OTHER SOURCE OF INCOME OR BENEFITS (INCLUDE INTEREST, DIVIDENDS, ROYALTIES, ETC.)
_____

TOTAL FAMILY INCOME FOR PRECEDING MONTH WAS $ _0_

III. FAMILY A[...]S (what you own less what you owe on it)

MONEY:
IN JAIL: _⊘_ AT HOME: _⊘_ CHECKING: _⊘_
SAVINGS: _⊘_ SAFE DEPOSIT BOX: _⊘_ OTHER: _⊘_
HOME OR OTHER REAL ESTATE: VALUE: _⊘_ JEWELRY: VALUE: _⊘_
AUTOMOBILE(S): MAKE AND VALUE: _⊘_ FURNITURE: VALUE: _⊘_
MOTORCYCLE(S): MAKE AND VALUE: _⊘_
TOOLS\EQUIPMENT: VALUE: _⊘_
NOTES, MORTGAGES AND TRUST DEEDS: _⊘_
ANY DEBTS OWED TO THE DEFENDANT: _⊘_
OTHER ASSETS AND PROPERTY: VALUE: _⊘_
ARE YOU PARTY TO A SUIT (PROBATE, WORKER'S COMPENSATION, PERSONAL INJURY) WHERE
JUDGMENT MAY BE EXPECTED?: YES [ ] NO [ ]
NAME OF ATTORNEY?: _don't have one_

IV. EXPENSES AND DEBTS
RENT/HOUSE PAYMENT: _____ CLOTHING: _____ FOOD: _____
DOCTOR/MEDICINE: _____ UTILITIES: _____
CAR PAYMENT: _____ INSURANCE: _____
OTHER: _____
TOTAL MONTHLY LIVING EXPENSES: _____
MORTGAGEE\LANDLORD'S NAME: _____
MAJOR DEBTS: (list to whom and amount owed):
_____
_____
_____

LIST THE PERSONS WHO ARE DEPENDENT ON YOU FOR SUPPORT. STATE YOUR RELATIONSHIP TO
EACH PERSON AND HOW MUCH YOU CONTRIBUTE MONTHLY TO THEIR SUPPORT:
_____
_____

V. LAST EMPLOYMENT:
WHEN DID YOU LAST WORK?: _____
WHO WAS YOUR EMPLOYER?: _____
_____
SALARY: _____ HOW LONG DID YOU WORK THERE?: _____
WHY DID YOU QUIT? _____
_____
_____

VI. THE FOLLOWING PEOPLE CAN VERIFY TO A LARGE EXTENT MY ABOVE MENTIONED FINANCIAL
SITUATION. GIVE NAME, ADDRESS AND PHONE NUMBER.
1. _____

2. _____ **REDACTED** _____

3. _____

VII. CHARGE AND BOND
CHARGE(S): FELONY: _____ MISDEMEANOR: _____ JUVENILE: _____
ARRESTING AGENCY: _____
CITY: _____ COUNTY: _____ STATE: _____

HAS BOND BEEN POSTED?    YES [✓] NO [ ]
DID YOU USE A BONDSMAN?    YES [✓] NO [ ]
WHO PAID THE BONDSMAN? TOM Bradshaw
AMOUNT OF BOND: 395.00    PREMIUM PAID TO BONDING CO: 785.00
IF YOU DID NOT USE A BONDSMAN, DID YOU POST
CASH BOND: yes    P.R. BOND: _____ .
LIST ANY DEFENDANTS CHARGED WITH YOU: No
Charles Sanders
_____

VIII.
1.  Have you transferred or sold any assets since charges were filed in this case?
    YES [ ] NO [✓] If so, describe the buyer and the amount received

2.  Have you retained counsel in this case or in any other pending criminal case?
    YES [ ] NO [✓] If so, state the case number, court, attorney and amount paid to attorney for services

3.  Do you have any friends or relatives who are able and willing to assist you in hiring counsel
    and paying for transcripts? YES [ ] NO [✓] If so, have those persons been asked to help?
    YES [✓] NO [ ]
4.  If an friend or relative has given previous financial assistance in this case, but is no longer able
    or willing to do so, an affidavit to that effect from that person should be attached. Is that
    affidavit attached? YES [✓] NO [ ]

IX.  NAMES OF THREE ATTORNEYS YOU CONTACTED:
1.  NAME None
    WHEN DID YOU CONTACT THIS ATTORNEY? - NA
    HOW DID YOU CONTACT THIS ATTORNEY? NA
    CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES [ ] NO [✓]
2.  NAME _____
    WHEN DID YOU CONTACT THIS ATTORNEY? _____
    HOW DID YOU CONTACT THIS ATTORNEY? _____
    CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES [ ] NO [ ]
3.  NAME _____
    WHEN DID YOU CONTACT THIS ATTORNEY? _____
    HOW DID YOU CONTACT THIS ATTORNEY? _____
    CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES [ ] NO [ ]

    I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION I HAVE PROVIDED IS TRUE
AND CORRECT. I UNDERSTAND THAT I MAY BE PROSECUTED FOR PROVIDING FALSE INFORMATION
I THIS APPLICATION AND AFFIDAVIT. I UNDERSTAND THAT I MUST INFORM THE OKLAHOMA
INDIGENT DEFENSE SYSTEM OF ANY CHANGE IN MY FINANCIAL SITUATION THAT MAY CHANGE THE
INFORMATION I HAVE PROVIDED. I FURTHER DECLARE THAT I HAVE REDACTED CONTACTED THREE ATTORNEYS,
LICENSED TO PRACTICE LAW IN THIS STATE, AND I AM WITHOUT FUNDS TO PAY AN ATTORNEY TO
REPRESENT ME OR TO PAY FOR TRANSCRIPTS AND COSTS ASSOCIATED WITH THIS CASE.

DATED AND SIGNED THIS 13 DAY OF May , 19 98 .

    DEFENDANT Teresa Gordon

    LEGAL GUARDIAN _____

SUBSCRIBED AND SWORN TO BEFORE ME ON THE 13 DAY OF MAY , 19 98

JAN 8 2001

MY COMMISSION EXPIRES _____

_____
NOTARY (or CLERK or JUDGE)

## APPLICATION FEE WAIVER

I FIND THAT THE DEFENDANT IS UNABLE TO PAY THE APPLICATION FEE AND I HEREBY WAIVE THE FEE.

_____
JUDGE

APPOINTMENT OF INDIGENT DEFENSE COUNSEL

APPROVED Hunter DENIED _____

Ok 5 - 5-13-98

## NOTICE

A copy of this APPLICATION AND AFFIDAVIT shall be sent to the prosecuting attorney or office of attorney general, whichever is applicable, for review and, upon request, the court shall hold a hearing to determine your eligibility for legal services to be furnished to you at public expense.

## IMPORTANT NOTICE

The court shall order you to pay the costs of your legal representation in total, or in installments. The court shall set the amount and due date of each installment payment. The costs shall be paid to the court clerk in your county. The costs shall be a debt against you until paid and shall subject you to debt collection procedures as provided by law. The costs shall be deducted from any state income tax refund due you until the total costs are paid.

**REDACTED**

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA, )
      Plaintiff, )
    vs. )
                )

No: CF-98-128A

I also wish to receive the following services (for an extra fee):

1. ☒ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- _____ of the mailpiece, or on the back if space does not _____ mailpiece below the article number.
_____ ticle was delivered and the date

-98-128A

| 4a. Article Number |
| --- |
| P 164 434 550 |

4b. Service Type
☐ Registered      ☒ Certified
☐ Express Mail     ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

8. Addressee's Address (Only if requested and fee is paid)

102595-97-B-0179   Domestic Return Receipt

P 164 434 550
CF-98-128A

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| Sent to Diane Hamilton | |
| --- | --- |
| Street & Number | |
| Post Office, State, & ZIP Code Sallisaw, OK 74955 | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form **3800**, April 1995

... cause came on ... retofore been ... was released ... pplicable his ... aid defendant ... nt to appear ... ndant, being ... r before the ... d have been ... Judgment of

ORDERED, ADJUDGED AND DECREED by the Court that the defendant be, and the same is hereby declared and is ordered Oklahoma, and the amount of said bond is ordered paid to the

RDERED, ADJUDGED AND DECREED that the Court Clerk shall of this Order and Judgment of Forfeiture to the bondsman and, . The bondsman is hereby directed to deposit with the Court of the said forfeited bond, to wit: $2500.00 .

... deposit to be made within 91 days from receipt of this Order and Judgment of Forfeiture, or the mailing of the notice if no receipt is made.

_____
**JUDGE OF THE DISTRICT COURT**

## CERTIFICATE OF MAILING

I certify that I mailed a true and correct copy of this instrument to the above named bondsman and, if applicable, his insurer REDACTED to the last known address of each, by certified mail with return receipt requested this 11th day of May , 1997.

**BERNELL EDWARDS, COURT CLERK**

by Amanda Woody
        **Deputy**

STATE OF OKLAHOMA, )
        Plaintiff, )
    vs. )                No: *CF-98-128A*
    *Denese Ani* )

*[Overlapping US Postal Service certified mail receipt and Domestic Return Receipt:]*

SENDER:
■ Complete items 1 and/or 2 for additional services.
■ Complete items 3, 4a, and 4b.
■ Print your name and address on the reverse of this form so that we can return this card to you.

I also wish to receive the following services (for an extra fee):
1. ☒ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

P 164 434 550
CF-98-128A

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to: Diane Hamilton
Street & Number: ████████
Post Office, State, & ZIP Code: Sallisaw, OK 74955

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form 3800, April 1995

4a. Article Number
P-164-434 550
4b. Service Type
☐ Registered      ☒ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD
7. Date of Delivery
8. Addressee's Address (Only if requested and fee is paid)

102595-97-B-0179    **Domestic Return Receipt**

*[Underlying order text, partially visible at right:]*

... cause came on ... retofore been ... was released ... pplicable his ... aid defendant ... nt to appear ... ndant, being ... r before the ... d have been ... judgment of

ORDERED, ADJUDGED AND DECREED by the Court that the defendant be, and the same is hereby declared and is ordered Oklahoma, and the amount of said bond is ordered paid to the

RDERED, ADJUDGED AND DECREED that the Court Clerk shall of this Order and Judgment of Forfeiture to the bondsman and, . The bondsman is hereby directed to deposit with the Court of the said forfeited bond, to wit: $ *2500.00* .

... deposit to be made within 91 days from receipt of this Order and Judgment of Forfeiture, or the mailing of the notice if no receipt is made.

_____
JUDGE OF THE DISTRICT COURT

## CERTIFICATE OF MAILING

    I certify that I mailed a true and correct copy of this instrument to the above named bondsman and, if applicable, his insurer to the last known address of each, by certified mail with return receipt requested this _____11th_____ day of ___May___, 1997.

BERNELL EDWARDS, COURT CLERK

by *Amanda Wody*
        **Deputy**

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA, )
      Plaintiff, )
vs. )
     ) No: *CF-98-128*
*Charles E. Sanders* )
    · Defendant )

## ORDER AND JUDGEMENT OF FORFEITURE

On the *6th* day of *May* 1998, the above cause came on for hearing, according to regular assignment of th docket of this Court.

The Court finds that the above named defendant having heretofore been charged with the crime of *Failure to Appear,* and having been committed to bail in the amount of $ *2500.00* was released ~~Bond executed by~~ *Diane Hamilton* *Hamilton* , if applicable his ...

*[overlapping postal receipt obscures portions of the order text]*

... nce of said defendant ... dant to appear ... fendant, being ... ear before the ... Bond have been ... nd Judgment of ... Court that the ... d and is ordered ... dered paid to the ... Court Clerk shall ... he bondsman and, ... sit with the Court ... .00 ... and Judgment of

US Postal Service *CF-98-128*
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)
Sent to Diane Hamilton
Street
Post Office, State, & ZIP Code
Sallisaw, OK 74955

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

P 164 434 551

I also wish to receive the following services (for an extra fee):
1. ☒ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

4a. Article Number
P 164 434 551

4b. Service Type
☐ Registered ☐ Express Mail ☒ Certified ☐ Return Receipt for Merchandise ☐ Insured ☐ COD

7. Date of Delivery

8. Addressee's Address (Only if requested and fee is paid)

102595-97-B-0179 — Domestic Return Receipt

JUDGE OF ... COURT

## CERTIFICATE OF MAILING

I certify that I mailed a true and correct copy of this instrument to the above named bondsman and, if applicable, his insurer REDACTED to the last known address of each, by certified mail with return receipt requested this _11th_ day of _May_ , 1997.

BERNELL EDWARDS, COURT CLERK

by: *Amanda Woody*
       **Deputy**

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA, )
        Plaintiff, )
vs. )
         )
*Charles E. Sanders* )
        Defendant )

No: *CF-98-128*

## ORDER AND JUDGEMENT OF FORFEITURE

On the *6th* day of *May* 199*8*, the above cause came on for hearing, according to regular assignment of th docket of this Court.

The Court finds that the above named defendant having heretofore been charged with the crime of *Failure to Appear,* and having been committed to bail in the amount of $ *2500.00* was released *Bond executed by Diane Hamilton* *Hamilton* , if applicable his ...rance of said defendant ...dant to appear ...fendant, being ...ear before the

...oned have been ...nd Judgment of

... Court that the ...d and is ordered ...dered paid to the

...Court Clerk shall ...he bondsman and, ...sit with the Court ...*.00*

... and Judgment of

JUDGE OF COURT

### CERTIFICATE OF MAILING

I certify that I mailed a true and correct copy of this instrument to the above named bondsman and, if applicable, his insurer to the last known address of each, by certified mail with return receipt requested this _*11th*_ day of *May* , 1997.

BERNELL EDWARDS, COURT CLERK

by: *Amanda Woody*
              **Deputy**

# Hamilton - Morgan Bail Bonds
## Diane Hamilton
## APPEARANCE BOND

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 16 1998

BY _____ KENNELL EDWARDS, COURT CLERK
_____ DEPUTY

IN THE DISTRICT COURT OF ___Seq___ COUNTY, STATE OF OKLAHOMA
State of Oklahoma, _____ Plaintiff,

vs. Charles Sanders , Defendant          Case No. CF-98-128

Know all men by these presents, that we the above named defendant, as principal, and the undersigned _____ Diane Hamilton, Professional as surety(ies) personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of Twenty Five hundred _____ Dollars ($2500.00 ) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of Seq County, State of Oklahoma, shall personally be and appear before the District Court of said county on the 22 day of April , 19 98 , at 9 o'clock a.m. of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of Burglary II _____

and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hand and seals this 15 day of April , 19 98 .

Diane Hamilton DBA Principal ___ Sallisaw, OK 74955 Address
Hamilton - Morgan          Surety          Sallisaw, Oklahoma 74955
Diane Hamilton

_____ Surety _____ Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this 15 day of April , 19 98 .

_____ Court Clerk/Sheriff _____ Deputy

This undertaking approved this 15 day of April , 19 98 .

(SEAL)          By: _____ Deputy/Clerk

---

### AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, Seq, County, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of REDACTED _____ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as herinafter specified under one or more of the following relevant statutory provisions, to-wit:

a) Consideration for this undertaking received or promised in the sum of $ 375.00 _____

b) Other security, received or promised for making this undertaking, is as follows: P.N. _____ Bnd Agreement.

c) Such promise, security or consideration was received from: _____

Charles Sanders _____ Sallisaw
Name          Address

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as on commits perjury.

Diane Hamilton _____ Sallisaw, OK 74955
Affiant          Address

Subscribed and sworn to before me this 15 day of April , 19 98 .

(SEAL)

_____
Court Clerk - Notary Public

My Commission Expires:

_____          _____
                                   Deputy

# Hamilton - Morgan Bail Bonds
## Diane Hamilton
## APPEARANCE BOND

...SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 16 1998

COUNTY, STATE OF OKLAHOMA
BY BERNICE EDWARDS, COURT CLERK
DEPUTY

IN THE DISTRICT COURT OF _____Seq._____ COUNTY, STATE OF OKLAHOMA
State of Oklahoma,      Plaintiff,

vs. _Thresia Jordan_, Defendant      Case No. _CF-98-128A_

Know all men by these presents, that we the above named defendant, as principal, and the undersigned _Diane Hamilton DBA_ Diane Hamilton, Professional as surety(ies) personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of_Twenty five hundred_____ Dollars ($_2500.00_) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of_Seq._____County, State of Oklahoma, shall personally be and appear before the District Court of said county on the _22_ day of _April_, 19_98_, at _9_ o'clock_AM._, of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of_Burglary II___

and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hand and seals this _15_ day of _April_, 19 _98_.

_Diane Hamilton_    Principal _██████████ Sallisaw, OK._    Address
Hamilton - Morgan    Surety    ██████ allisaw, Oklahoma 74955
Diane Hamilton

_____ Surety _____ Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this _15_ day of _April_, 19_98_.

_____ Court Clerk/Sheriff _____Deputy

This undertaking approved this _15_ day of _April_, 19_98_.

(SEAL)      By: _____ Deputy/Clerk

---

## AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, _Seq._____ County, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of _Seq._ REDACTED County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as herinafter specified under one or more of the following relevant statutory provisions, to-wit:
     a) Consideration for this undertaking received or promised in the sum of $_375.00_

     b) Other security received or promised for making this undertaking, is as follows:_RW_.
_Bond Agreement_

     c) Such promise, security or consideration was received from: _OK 74962_
_Thresia Jordan_ ██████ _Sallisaw OK 74962_
Name      Address

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as on commits perjury.

_Diane Hamilton_
Affiant      Address

Subscribed and sworn to before me this _____ day of _____, 19 ____.

(SEAL)

_____
Court Clerk - Notary Public

My Commission Expires:      _____
     Deputy

_____

# *Sheriff's Return*

State of Oklahoma, County of Sequoyah

I certify that I received the foregoing summons on the _____

day of _____ -19_____, and that I delivered a copy of

said summons with a copy of the petition attached to each of the following named defendants

personally in Sequoyah County, Oklahoma at the address and on the date set forth opposite each

name, to wit:

| Name of Defendant | Address Where Served | Date of Service |
|---|---|---|
| Walter Ross | So | 5-29-98 |

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 1 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

I certify that on_____ ,I served_____

by leaving a copy of said summons with a copy of the petition attached at_____

which is his usual place of residence, with _____

a member of his family over fifteen (15) years of age.

Dated on the ___29___ day of __May__ , 19 __98__

J. W. Philpot, Sheriff of Sequoyah County

REDACTED

By_____ , Deputy Sheriff

Sequoyah County, Oklahoma

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA,
             Plaintiff,

vs.                                        No. CF-98-128


CHARLES E. SANDERS
TERESA JORDAN
             Defendant.

TO: **WALTER ROSS S.C.S.O.**
    **LEOLA LEE P.O. BOX 1602, SALLISAW, OK.**
    ██████████████████████████████████


             GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **8TH day of JUNE, 1998, at the hour of 9:30 o'clock A. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES E. SANDERS & TERESA JORDAN,** are defendants; on the part of the State of Oklahoma and not depart without leave of the Court.

    HEREOF FAIL NOT, under penalty of law.

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the District Court of said County, this 29TH day of MAY, 1998.

                          BERNELL EDWARDS, COURT CLERK

                          By _____
                                      Deputy
==============================================================

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

==============================================================

                          SHERIFF'S RETURN
                          REDACTED
        Received this Writ this_____day of_____,
19____,_____
o'clock_____M.,_____, 19_____, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the ____ day of _____,
19____,; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____
_____
_____By_____
_____19____, I cannot
find the within named_____
_____in my county.

                          JOHNNY PHILPOT, SHERIFF

                          By_____
                                      Deputy

                          Mileage_____miles

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 2 9 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY



| | | |
|---|---|---|
| DIANNE BARKER HARROLD<br>DISTRICT ATTORNEY<br>STATE OF OKLAHOMA<br>DISTRICT 27 | OFFICE OF THE DISTRICT ATTORNEY | SEQUOYAH COUNTY<br>120 E. Chickasaw<br>Sallisaw, OK 74955<br>(918) 775-9131<br>FAX: (918) 775-1215 |

TO:  **GERALD HUNTER**          CASE NO. CF-98-128
     Attorney for Defendant     State vs.
                                 CHARLES SANDERS

Pursuant to Title 22, Section 258 of Oklahoma State Statutes, please be informed that the criminal file relating to the above captioned case is available for your inspection at least five (5) working days prior to the scheduled preliminary hearing date.

Please feel free to come by the District Attorney's office to inspect the file and contents.

Thank you!

DIANNE BARKER HARROLD
District Attorney

BY: _____
    Assistant District Attorney
    Sequoyah County

## CERTIFICATE OF MAILING

I hereby certify that on the _29th_ day of May, 1998, the foregoing notice was mailed, postage thereon fully prepaid, to said attorney of record:

GERALD HUNTER
Attorney at Law
P.O. Box 122          **REDACTED**
Sallisaw, OK 74955

## *Sheriff's Return*
### State of Oklahoma, County of Sequoyah

I certify that I received the foregoing summons on the _____ 7th _____

day of _____ June _____ -19 98 , and that I delivered a copy of

said summons with a copy of the petition attached to each of the following named defendants

personally in Sequoyah County, Oklahoma at the address and on the date set forth opposite each

name, to wit:

| Name of Defendant | Address Where Served | Date of Service |
|---|---|---|
| Leola Lee | P.O. Box 1602 | |
| | SALLISAW | |

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOT SERVED.
NEVER MADE CONTACT
WITH LEOLA LEE

JUN 09 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

I certify that on _____ , I served _____

by leaving a copy of said summons with a copy of the petition attached at _____

_____

which is his usual place of residence, with _____

a member of his family over fifteen (15) years of age.

Dated on the _____ day of _____ , 19 ____

REDACTED J. W. Philpot, Sheriff of Sequoyah County

By _____ #826 , Deputy Sheriff

Sequoyah County, Oklahoma

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA,
        Plaintiff,

vs.                                 No. CF-98-128

CHARLES E. SANDERS
TERESA JORDAN
        Defendant.

TO: WALTER ROSS S.C.S.O.
    LEOLA LEE P.O. BOX 1602, SALLISAW, OK.
    ████████████████████████████

          GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **8TH day of JUNE, 1998, at the hour of 9:30 o'clock A. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES E. SANDERS & TERESA JORDAN,** are defendants; on the part of the State of Oklahoma and not depart without leave of the Court.

       HEREOF FAIL NOT, under penalty of law.

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the District Court of said County, this 29TH day of MAY, 1998.

                          BERNELL EDWARDS,  COURT CLERK

                          By _Emma Muriel_
                              Deputy

========================================================================

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE **AND** PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

========================================================================

SHERIFF'S RETURN
REDACTED

     Received   this   Writ   this_____day  of_____,
19_____,_____
o'clock_____M.,_____, 19_____, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the ____ day of _____, 19____,; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____By_____
_____19____, I cannot find the within named_____
_____in my county.

                   JOHNNY PHILPOT, SHERIFF

                   By_____
                       Deputy

                 Mileage_____·_____miles

*824*

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA,
            Plaintiff,

vs.                                              No. CF-98-128

CHARLES E. SANDERS
TERESA JORDAN
            Defendant.

TO: ~~WALTER ROSS S.C.S.O.~~ *served*
    LEOLA LEE P.O. BOX 1602, SALLISAW, OK. ██████████

        GREETINGS: You are hereby commanded to appear before the
District Court of Sequoyah County, at the Courthouse therein on the
**8TH day of JUNE, 1998, at the hour of 9:30 o'clock A. M.** to testify
as a witness in a certain action pending in said Court wherein the
State of Oklahoma is Plaintiff, and **CHARLES E. SANDERS & TERESA
JORDAN,** are defendants; on the part of the State of Oklahoma and
not depart without leave of the Court.

        HEREOF FAIL NOT, under penalty of law.

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed
the seal of the District Court of said County, this 29TH day of
MAY, 1998.

                          BERNELL EDWARDS,  COURT CLERK

                          By_____
                                  Deputy

=====================================================================

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS
PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN
PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE
NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR
APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU
CALL.

=====================================================================

                      SHERIFF'S RETURN
                      REDACTED

        Received this Writ this_____day of_____,
19____,_____.
o'clock_____M.,_____, 19_____, served the same by
delivering a copy thereof, with the endorsements thereon, duly
certified to the within named on the ____ day of _____,
19____,; served the same by leaving a copy thereof with the
endorsements thereon, duly certified at the usual place of
residence of the within named witness:_____

_____By_____
_____19____, I cannot
find the within named_____
_____in my county.

                          JOHNNY PHILPOT, SHERIFF

                          By_____
                                  Deputy

                          Mileage_____miles

# ORDER OF RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order:

Last name, first, middle, suffix (please print or type) (show alias) ███████ 5710

Jordon    Teresa    ███████ 65

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-98-128 | Bondsm— | unknown |
|  | Sprouse $500.00 |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 2 1 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 20 day of May _____, 19 98

White Copy - Court
Yellow Copy - Sheriff's File

Signature _____

AUTHORIZED BY _____Sprouse_____
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 2 1 1998

BERNELL EDWARDS, COURT CLERK
BY __au__ DEPUTY

**REDACTED**

# ORDER OF RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order:

Last name, first, middle, suffix (please print or type) (show alias) ███████ ‹ 5 7/ 0

Jordon Teresa ███████ 65

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-98-128 | Bondsm— Sprouse $500.00 | unknow |
| | | SEQUOYAH COUNTY, OKLAHOMA FILED IN DISTRICT COURT MAY 21 1998 BERNELL EDWARDS, COURT CLERK BY _____ DEPUTY |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 20 day of May _____, 19 98

White Copy - Court
Yellow Copy - Sheriff's File

AUTHORIZED BY

_Signature_ _Sprouse_

JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 21 1998

BERNELL EDWARDS, COURT CLERK

REDACTED BY ___ au _____ DEPUTY

SUBPOENA

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA,
          Plaintiff,

vs.                                              No. CF-98-128

CHARLES E. SANDERS
TERESA JORDAN
          Defendant.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 1 6 1998

BERNELL EDWARDS, COURT CLERK
_____ DEPUTY

TO: WALTER ROSS S.C.S.O. SALLISAW, OK  *Acc served 6-14-98*
    LEOLA LEE P.O. BOX 1602 SALLISAW, OK

    LOYD POINDEXTER ██████████████████

          GREETINGS: You are hereby commanded to appear before the
District Court of Sequoyah County, at the Courthouse therein on the
**26th day of June, 1998, at the hour of 1:30:00 o'clock P. M.** to
testify as a witness in a certain action pending in said Court
wherein the State of Oklahoma is Plaintiff, and **Charles E. Sanders
and Teresa Jordan,** are defendants; on the part of the State of
Oklahoma and not depart without leave of the Court.

          HEREOF FAIL NOT, under penalty of law.

          IN WITNESS WHEREOF, I have hereunto set my hand and affixed
the seal of the District Court of said County, this 8th day of
June, 1998.

                              BERNELL EDWARDS, COURT CLERK

                         By _Amanda Woody_
                              Deputy

========================================================================

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS
PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN
PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE
NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR
APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU
CALL.

========================================================================

                         SHERIFF'S RETURN

          Received   this   Writ RE____ED____day   of_____,
19____,_____
o'clock_____M.,_____, 19_____, served the same by
delivering a copy thereof, with the endorsements thereon, duly
certified to the within named on the ____ day of _____,
19____,; served the same by leaving a copy thereof with the
endorsements thereon, duly certified at the usual place of
residence of the within named witness:_____

_____
_____By_____
_____19____, I cannot
find the within named_____
_____in my county.

                         JOHNNY PHILPOT, SHERIFF

                         By_____
                              Deputy

                         Mileage_____miles

## *Sheriff's Return*

State of Oklahoma, County of Sequoyah

I certify that I received the foregoing summons on the _10th_

day of _June_ -19 _98_ , and that I delivered a copy of

said summons with a copy of the petition attached to each of the following named defendants

personally in Sequoyah County, Oklahoma at the address and on the date set forth opposite each

name, to wit:

| Name of Defendant | Address Where Served | Date of Service |
|---|---|---|
| Leola Lee of ■■■ Sallisaw | | 6-14-98 |
| Loyd Poindexter ■■■ Salli, Okla | | 6-14-98 |

I certify that on _6-14-98_ I served _Leola Lee + Loyd Poindexter_

by leaving a copy of said summons with a copy of the petition attached at _Their Residences_

which is his usual place of residence, with _____

a member of his family over fifteen (15) years of age.

Dated on the _14_ day of _June_ , 19 _98_

REDACTED

J. W. Philpot, Sheriff of Sequoyah County

By _____ , Deputy Sheriff

Sequoyah County, Oklahoma

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 21 1998

BERNELL EDWARDS, COURT CLERK
BY _____ *aw* _____ DEPUTY

# Hamilton - Morgan Bail Bonds
## Diane Hamilton
## APPEARANCE BOND

IN THE DISTRICT COURT OF _____ *Seq.* _____ COUNTY, STATE OF OKLAHOMA
State of Oklahoma,
                                    Plaintiff,

vs. *Teresa Jordon* _____, Defendant            Case No. *CF-98-128A*

Know all men by these presents, that we the above named defendant, as principal, and the undersigned *Hamilton Morgan BBA* Diane Hamilton, Professional as surety(ies) personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of *Twenty five hundred* Dollars ($*2500.00*) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of *Seq* County, State of Oklahoma, shall personally be and appear before the District Court of said county on the *28* day of *May*, 19*98*, at *9* o'clock *A*.M., of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of *F.T.A. CF-98-128* _____

and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hand and seals this *20* day of *May*, 19 *98*.

_____ Principal _____ Address

Hamilton - Morgan            Surety            113 North Oak  Sallisaw, Oklahoma 74955
Diane Hamilton
*Diane Hamilton* _____ Surety ▮▮▮▮ *Sallisaw, OK 74955* Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this *20* day of *May*, 19 *98*.

_____ Court Clerk/Sheriff _____ Deputy

This undertaking approved this *20* day of *May* 19 *98*.

(SEAL)                          By: _____ Deputy/Clerk

═══════════════════════════════════════════════════════

## AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, *Seq* County, SS:

The undersigned, being first duly sworn upon oath, REDACTED says that he is a resident of *Seq*, County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as herinafter specified under one or more of the following relevant statutory provisions, to-wit:
   a) Consideration for this undertaking received or promised in the sum of $*375.00*

   b) Other security received or promised for making this undertaking, is as follows: *PN*

_____

   c) Such promise, security or consideration was received from:
*Teresa Jordon* ▮▮▮▮ *Sallisaw, OK 74955*
Name                          Address

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as on commits perjury.

*Diane Hamilton* ▮▮▮▮ *Sallisaw, OK 74955*
Affiant                          Address

Subscribed and sworn to before me this *20* day of *May*, 19 *98*.
(SEAL)

_____
Court Clerk - Notary Public

My Commission Expires: _____

_____
Deputy

# Hamilton - Morgan Bail Bonds
## Diane Hamilton
## APPEARANCE BOND

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 1 9 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

IN THE DISTRICT COURT OF _____ Seq _____ COUNTY, STATE OF OKLAHOMA
State of Oklahoma, _____ Plaintiff,

vs _Charles Sanders_ , Defendant          Case No. CF-98-128

Know all men by these presents, that we the above named defendant, as principal, and the undersigned _Diane Hamilton D.B.A._ Diane Hamilton, Professional as surety(ies) personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of _Three Thousand_ Dollars ($ _3000.00_ ) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of _Seq_ County, State of Oklahoma, shall personally be and appear before the District Court of said county on the _20_ day of _May_ , 19 _98_ , at _9_ o'clock _a.m._ of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of _CF 98 128_ _____

and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hand and seals this _19_ day of _May_ , 19 _98_.

_____ Principal  _____ Address

Hamilton - Morgan          Surety          113 North Oak  Sallisaw, Oklahoma 74955
Diane Hamilton
_Diane Hamilton D.B.A._ Surey ▮▮▮▮▮ _Sallisaw, OK. 74955_ Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this _19_ day of _May_ , 19 _98_.

_____ Court Clerk/Sheriff _____ Deputy

This undertaking approved this _19_ day of _May_ , 19 _98_.

(SEAL)          By: _____ Deputy/Clerk

## AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, _Seq_ County, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of _Seq_ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as herinafter specified under one or more of the following relevant statutory provisions, to-wit:

  a) Consideration for this undertaking received or promised in the sum of $ _450.00_

  b) Other security received or promised for making this undertaking, is as follows: _PN_

  c) Such promise, security or consideration was received from: _Sallisaw_

_Charles Sanders_ ▮▮▮▮▮
Name

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as on commits perjury.

_Diane Hamilton_ ▮▮▮▮▮ _Sallisaw, OK. 74955_
Affiant          Address

Subscribed and sworn to before me this _19_ day of _May_ , 19 _98_.

(SEAL)

_____ Court Clerk - Notary Public

My Commission Expires: _____

_____ Deputy

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA ) | | |
| Plaintiff, ) | | |
| vs. ) | No. CF-98-128 | |
| ) | | |
| CHARLES E. SANDERS ) | | |
| DOB: ███████ #█████9539 ) | | |
| TERESA JORDAN ) | | |
| DOB:████65 #██████-5710) | | |
| Defendant. ) | | |

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUL 07 1998

BERNELL EDWARDS, COURT CLERK
BY ___Cw_____ DEPUTY

"AMENDED"
# I N F O R M A T I O N
## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that CHARLES E. SANDERS and TERESA JORDAN did, in Sequoyah County, and in the State of Oklahoma, on the 15TH DAY OF APRIL, in the year of our Lord, One Thousand, Nine Hundred and Ninety-EIGHT and before the presentment hereof, commit the crime of

### COUNT I: BURGLARY SECOND DEGREE-21 O.S. 1435

That on the day and year and in the county and state aforesaid, said CHARLES E. SANDERS and TERESA JORDAN, while acting in concert each with the other, did unlawfully, wilfully, burglariously and feloniously, break and enter into a certain building located two miles North of Brushy Lake, in Sequoyah County, Oklahoma, owned by and in the possession of Leola Lee, in which building property of value was kept and contained, by breaking open the outer door of said building and entering without the consent of said owner, with the wilful, felonious and burglarious intent to steal said property,

### COUNT II: LARCENY FROM THE HOUSE-21 O.S. 1723

That on the day and year, and in the County and State, aforesaid, CHARLES E. SANDERS and TERESA JORDAN, while acting in concert each with the other, did unlawfully, wilfully, and feloniously enter into a certain house located at two miles North of Brushy Lake, in the County of Sequoyah, Oklahoma, occupied by and in possession of Leola Lee, and did then and there take, steal, and carry away certain personal property of value, to-wit: RCA VCR, Zennith TV and VCR remote, Sony play station Genesis game, as well as various prescription bottles; with the unlawful, larcenous and felonious intent then and there on the part of said defendant to deprive the owner thereof permanently and to convert the same to his own use and benefit,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

By _____
Assistant District Attorney

STATE OF OKLAHOMA )
) ss.
COUNTY OF SEQUOYAH)

Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____
District Attorney

Subscribed and sworn to before me this 7th day of July, 1998.

My Commission Expires:
__6|28|99__

_____
NOTARY PUBLIC

WITNESSES:
Walter Ross, SCSO, Sallisaw, OK
Joe Buzzard, Marble City PD, Marble City, OK
Kelly Karnes, SCSO, Sallisaw, OK
Leola Lee, P.O. Box 1602, Sallisaw, OK
Loyd Poindexter, ███████████████ Sallisaw, OK
Sheila Poindexter, ██████████████Sallisaw, OK

**REDACTED**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUL 0 7 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

THE STATE OF OKLAHOMA, ) IN THE DISTRICT COURT OF
        Plaintiff, ) SEQUOYAH COUNTY, STATE
                  ) OF OKLAHOMA
vs. ) CASE NO. CRF-98-128
                  )
CHARLES E. SANDERS, )
        Defendant. )

## FORMER CONVICTIONS

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-89-396, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UTTERING FORGED INSTRUMENT, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-92-91, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UNLAWFUL POSSESSION OF CONTROLLED DRUG, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-90-144, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of SEXUAL BATTERY, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

                           DIANNE BARKER HARROLD,
                           DISTRICT ATTORNEY

                           BY
                             Assistant District Attorney

**REDACTED**

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA, )
        Plaintiff, )
vs. )
            )
*Teresa Jordan* )
      Defendant )

No: *CF-98-128A*

## ORDER AND JUDGEMENT OF FORFEITURE

_day of *May* 199?, the above cause came on to regular assignment of th docket of this Court.

s that the above named defendant having heretofore been of *Failure to Appear,*

tted to bail in the amount of $ *2500.00* was released executed by *Diane Hamilton* and *Diane Hamilton* , if applicable his tioned as provided by law for the appearance of said defendant uired, and the Court having ordered said defendant to appear of *May* , 199?, and said defendant, being n court, without sufficient excuse failed to appear before the

finds that the conditions of said Appearance Bond have been nt and said bondsman, and that an Order and Judgment of red.

ORDERED, ADJUDGED AND DECREED by the Court that the defendant be, and the same is hereby declared and is ordered klahoma, and the amount of said bond is ordered paid to the

DERED, ADJUDGED AND DECREED that the Court Clerk shall this Order and Judgment of Forfeiture to the bondsman and, The bondsman is hereby directed to deposit with the Court the said forfeited bond, to wit: $ *2500.00* within 91 days from receipt of this Order and Judgment of Forfeiture, or the mailing of the notice if no receipt is made.

_____
JUDGE OF THE DISTRICT COURT

### CERTIFICATE OF MAILING

I certify that I mailed a true and ~~REDACTED~~ correct copy of this Instrument to the above named bondsman and, if applicable, his insurer to the last known address of each, by certified mail with return receipt requested this *11th* day of *May* , 1997.

BERNELL EDWARDS, COURT CLERK
by: *Amanda Wody*
       Deputy

---

P 164 434 549

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| | |
|---|---|
| Sent to Diane Hamilton | |
| Street & Number ▮▮▮▮▮▮ | |
| Post Office, State, & ZIP Code Sallisaw, OK 74955 | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form 3800, April 1995

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 1 3 1998

BERNELL EDWARDS, COURT CLERK
BY _____
_____ DEPUTY

## CERTIFICATE OF SURRENDER

I, JEFF MURRAY , jailer SEQUOYAH

Co. SHERIFFS DEPT. State of OK , hereby acknowledge

that I received from Dione Hamilton a licensed Bail

Bondsman in the State of OK , Thresia Jordan ,

defendant, in a certain case pending in District

Court, Sallesaw , State of OK ,

along with a Certified Copy of a Bail Bond heretofore deposited

with Seq. Co. Sheriff Dept. , State of OK .

That I have retained in my custody Thresia Jordan ,

defendant, this 13 day of May , 19 98 ,

at 2:14 o'clock P m.

_____
(Jailer)

CF-98 128A

REDACTED

ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, first, middle, suffix(please print or type) (show alias) ████████ 5710

Jordan        Teresa        ████████ 65

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-98-138A | DA Declined To prosute per Steve Barnes | Traff meth poss para Attept to Elude |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 25 day of Oct _____, 19 98.

White Copy - Court
Yellow Copy - Sheriff's File

AUTHORIZED BY _____ Signature
_____ Steve Ba____
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT 6 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

**REDACTED**

IN AND FOR THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,              )
    Plaintiff,              )
                    )
                    )                  CRF-92-91
vs.                     )   Case Nos. CF-97-9
                    )                  CF-98-128
CHARLES E. SANDERS,            )                  CF-98-346
    Defendant.             )                  CF-98-363

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
DEC 15 1998
BY BERNICE EDWARDS, COURT CLERK
DEPUTY

## MOTION TO REDUCE BOND

COMES NOW the Defendant, Charles E. Sanders, and respectfully requests that this Court reduce the bond now set for Defendant in the above styled action. In support of this motion, Defendant shows this Court the following:

1.  The Oklahoma Constitution, Art. II, Sec. 8 provides:

    "All persons shall be bailable by sufficient sureties, except for capital cases, when the proof of guilt is evident, or the presumption thereof is great." [Emphasis added];

2.  The Oklahoma Statutes 1991, 22 O.S. Sec. 15 provide:

    "No person can be compelled in a criminal action to be a witness against himself; nor can a person charged with public offense be subjected before conviction to any more restraint than is necessary for his detention to answer the charge..." [Emphasis added];

3.  The Oklahoma Statutes, 22 O.S. Sec. 1102 provide:

    "Bail, by sufficient sureties, REDACTED may be admitted upon all arrests in criminal cases where the punishment may be death, unless the proof is evident or the presumption great..."

4. The Oklahoma Constitution, Art. II, Sec.9 provides that bail may not be excessive. Excessive bond is tantamount to no bond.

5. Defendant is presumed innocent by law until found guilty, and is thus entitled to bail. Further incarceration of Defendant is a restraint of his liberty that is not necessary to assure that Defendant will answer the charged offense before this Court.

6. Defendant is currently represented by counsel and release on bail will better allow Defendant to assist counsel in the preparation and presentation of his defense to this serious charge.

WHEREFORE, Defendant respectfully requests that this honorable Court enter its order releasing Defendant on his own recognizance, or set a reasonable bond and upon the posting of a reasonable bond for appearance in further proceedings order his release.

Defendant further requests that a hearing upon any matters disputed by the State regarding allegations in this motion be scheduled as soon as practicable.

Charles E. Sanders,
Defendant

By: _____
GERALD HUNTER, OBA #4501
Attorney for Defendant
P.O. Box 122
Sallisaw, OK 74955
(918) 775-1220

REDACTED

## CERTIFICATE OF DELIVERY

I, Gerald Hunter, do hereby certify that on this 15th day of December, 1998, I hand delivered a true and correct copy of the above and foregoing Motion to Reduce Bond to the Office of the District Attorney, Sequoyah County Courthouse, Sallisaw, Oklahoma.

GERALD HUNTER

**REDACTED**

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,      )
          Plaintiff        )
                           )
vs.                        )    Case No. CF-98-00128A
                           )           CF-98-00346A
TERESA JORDAN              )
███████                    )
                           )
                           )
SALLISAW, OK  74955        )
          Defendant        )
    SS#: ███████ 5710
    DOB: ██████ 1965

*TEMP.*

Date: 02/12/99         State's Attorney: ROBBIE COWAN
                   Defendant's Attorney: GERALD HUNTER
                        RULE 8 HEARING
                          (Summary)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 1 2 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $100.00 on or before 4-12-99 and then

_____ ~~$100.00 per month on or before~~ _____

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 4-12-99 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: *CF 98-128 = $ 1603.00*
          *CF 98-346 = $ 2118.00*


TOTAL TO PAY $ *3721.00*                    REDACTED

                                    JOHN C. GARRETT
_____    Judge of the District Court
          Defendant
*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.