# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

## REDACTED EXHIBIT 167

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

MERRILL BONDING COMPANY
210 EAST CHICKASAW
SALLISAW, OKLA. 74955

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 21 1997

DATE:    February 21, 1997

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

To:    District Court - Sequoyah County

FROM:    Raymond Merrill - Executing Bail Bondsman

RE:    Varification of Responsiblity

This is to verify that Raymond Merrill, d/b/a Merrill Bonding Company, agrees to allow the $10,000.00 Bond in Misdemeanor - Case # CM-96-444, State v Charles Sanders, Also, Liable for Felony - Case # CF-97-9, State v Charles Sanders.

RAYMOND MERRILL - BAIL BONDSMAN

Accepted and approved,

Feb 21, 1997

Dennis M _____
Judge of the District Court

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, OKLAHOMA

STATE OF OKLAHOMA

FILED
IN DISTRICT COURT
SEQUOYAH COUNTY, OKLAHOMA

JAN 2 1 1997

BERNELL EDWARDS, COURT CLERK
BY
_____ DEPUTY

State of Oklahoma _____ **Plaintiff**

vs.

Charles Sanders _____ **Defendants**

No. CM 96 444

# ORDER FOR HEARING

MISDEMEANOR DISPOSITION

having been ~~filed~~ ~~set~~ reset ) in the above styled cause by the

( Court ~~Plaintiff~~ ~~Defendant~~ ) _____

IT IS ORDERED that the same be, and is hereby, set for hearing before the undersigned,

Judge, _____ Hon. Dennis M. Sprouse _____, at **9:30 a.m.**,

on the __28th__ day of __February__, 19 **97**.

_____
Judge of the District Court

CERTIFICATE OF SERVICE

I hereby certify that on the __16__ day of __Jan__, 19 **97**

I mailed a true, correct and exact copy of this Order to:

Charles Sanders
▮▮▮▮▮
Marble City, OK

Dist atty
120 E. Chickasaw
Sallisaw, OK

with proper postage thereon fully prepaid.

By _____
Clerk for Judge of the District Court

CLEARANCE BOND-DISTRICT COURT

IN THE DISTRICT COURT SEQUOYAH COUNTY, OKLAHOMA
STATE OF OKLAHOMA,

Plaintiff,

Vs

*Charles Sanders*                          Defendant,

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 15 1996

No. _____ CM-96-444

BERNELL EDWARDS, COURT CLERK

BY _____ DEPUTY

Know All Men By These Presents, That
and the above named defendant, as principal, and the undersigned bondsman, corporation and other signers as sur-
eties, jointly and severally acknowledge ourselves to owe and be indebted to the State of Oklahoma in the sum
of _ten thousand_ _____ Dollars($ 10,000 ) to be levied on our property, real and
personal, cash deposits and escrow deposits, wherever found, to the use of the State of Oklahoma.

The condition of this bond is such that if the above named defendant, now charged in the District Court of
_____ County, with the crime of _Poss of A Firearm etc_ and admitted to bail in the
above stated sum, shall personally be and appear before the said Court, in the division to which said case is
assigned, on the _20_ day of _Nov 96_, as ordered for arraignment, preliminary hearing, trial
or judgment, and from day to day and term to term thereafter as ordered, or on the first day of the next Jury
term of said Court, if so ordered, and from day to day and term to term thereafter as ordered by said Court and
not depart therefrom without leave, and shall do and receive what shall be enjoined upon him by said Court until
this case is finally determined, then this bond to be void, otherwise to be in full force and effect.

Principal(Defendant) _Charles Sanders_    Address _Rt 3 Box 55_

Surety _____    Address _Sallisaw, Okla_

Surety _____    Address _____

Surety-Licensed Bondsman _RAYMOND MERRILL_    Office Address _210 E. Chickasaw_
                                                           _Sallisaw, Okla._
                                             Dated, filed and approved this

Corporate Surety _International Fidelity_    day of _11-14_ _1996_
        _Insurance Co._    COURT CLERK, SHERIFF OR DISTRICT JUDGE

By_____    By_____
        Attorney-In-Fact                    Deputy

## AFFIDAVIT AS TO UNDERTAKING AND QUALIFICATIONS OF SURETY
(Required of all licensed bondsmen, under penalty of perjury, 590S; 1322:1120S-61-120.5.,-62)

STATE OF OKLAHOMA, COUNTY OF _Sequoyah_ ,SS
The undersigned licensed bondsman, being duly sworn, on oath states:
That neither he or she, nor anyone for his or her use, has been promised or has received any surety or con-
sideration for his or her undertaking, except as stated herein.

Consideration received or promised$_____.
Surety received or promised:(List deeds or mortgages and describe personal property)

_____

_____

Such promise, security or consideration was received from:

_____

NAME                                    ADDRESS

That he or she is presently duly licensed, registered, and in all respects authorized by law to become surety
in this undertaking, 59 O.S., 1301 et seq.; 1101 et seq.; 12 O.S., 61et seq.; 220.S. 1320.
That he or she is worth double the sum to be secured, over and above all exemptions, debts and liabilities,
12 O.S.-1301et seq.; 220.S.. 1101 et seq.; 120.S. 61 et seq.
That he or she has not signed or countersigned this bond in blank, nor has he or she given power of attorney
to or otherwise, any person to countersign his or her name to this bond unless that person is a licensed bonds-
man directly employed by a bondsman giving such power of attorney, 59 O.S.-1316.
That he or she has attached hereunto all receipts for collateral accepted by him or her, fully described in
detail, 59 O.S. 1316; 590.S.;1322.
That he or she is authorized and legally capable, in all respects, to enter into this undertaking, both per-
sonally and on behalf of the corporate surety above named; and that this undertaking is within, and does not
the limitations and conditions of the power of attorney granted him or her by said corporate surety, all pursu-
ant to 590.S.; 1320.
That he or she is familiar with the provisions of Oklahoma Statute regarding the effects and defects, omm-
issions and irregularities in such undertakings, 590.S.; 1326.
That all legal requirements of licensing, registration and certification have been met by this bondsman,
590.S.; 1320.
That the bondsman fully understands that will ful misstatement of any material fact herein my subject him
or her to prosecution for perjury, and/or to proceedings seeking denial, suspension or revocation of the bonds-
man's license, 590.S. 1310.
That he or she is a resident of the County of _Sequoyah_ , State of Oklahoma.

_____
(Licensed Bondsman)

Before me, the undersigned, on this_____ day of_____ 19_____, personally appeared
_____, known to me to be the identical person who executed the within and
foregoing instrument, and acknowledged to me that he executed same as his free and voluntary act and deed.
Given under my sign and seal of office on the day and year written above, or signature witnessed by under-
signed.

KATHY REED, COURT CLERK

_____    _____
(Deputy)                        (Deputy Court Clerk)

**POWER OF ATTORNEY**

TERNATIONAL FIDELITY INSURANCE COMPANY
Bond Department
One Newark Center, 20th Floor, Newark, New Jersey 07102

ower No. **ID- 141944**

THIS POWER OF ATTORNEY NULL AND VOID
UNLESS USED BEFORE 12/31/96

It is unlawful to print this form without written consent of home office.

KNOW ALL MEN BY THESE PRESENTS, that INTERNATIONAL FIDELITY INSURANCE CORPORATION, a corporation duly organized and existing under the laws of the State of New Jersey has constituted and appointed, and does hereby constitute and appoint,

its true and lawful attorney-in-fact, with full power and authority to sign the company's name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said attorney-in-fact may lawfully do and perform in the premises by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF ELEVEN THOUSAND DOLLARS ($11,000.00) AND MAY BE EXECUTED FOR RECOGNIZANCE ON CRIMINAL BAIL BONDS ONLY.

**NOT VALID FOR IMMIGRATION BONDS**

Bond Amt $ _10,000_  Case # _____
Defendant _Charles Sanders_
Appearance Date _11-20-96_  DIV _____
Court City _Dirt_
Court County _See_  State _Okl_
Offense _____
Date Filed _11-14-96_
Atty in fact _____
SIGNATURE/If applicable add your COURT assigned Agent #

**\*NOTICE\***
STACKING OF POWER IS STRICTLY PROHIBITED!
No more than one power from this Surety may be used to execute any one bond.

IN WITNESS WHEREOF, said INTERNATIONAL FIDELITY INSURANCE COMPANY, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by the Chairman of the Board and attested by its Secretary, this 2nd day of April, 1991.

Philip Konvitz, Chairman of the Board

Norman Konvitz, Secretary

1. A separate Power of Attorney must be attached to each bond executed
2. Powers of Attorney must not be returned to attorney-in-fact, but should remain a permanent part of court records.
3. The authority of such attorney-in-fact is limited to appearance bonds and cannot be construed to guarantee for failure to provide payments, back alimony payments, fines or wage law claims.

ENTER SURETY-ASSIGNED EXECUTING AGENT CODE # HERE:

FIDELITY
1904
INTERNATIONAL INSURANCE CO.

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED

NOV 2 0 1996

BERNELL EDWARD, COURT CLERK
BY _____ DEPUTY

State of Oklahoma, )
      Plaintiff, )
)
      VS. )            CRM- *96-444*
)
*Charles Sanders* )
)
_____ )
        **Defendant**

## ORDER TO APPEAR FOR DISPOSITION

    You are hereby ordered to appear the __6__ day of __Dec_____,
199_6_ at _____9:30_____ _a_. M. You should report to the Court
Clerk's office on the second floor of the Sequoyah County Courthouse in Sallisaw.
You should report thirty minutes prior to your appearance time. **NO Further Notice
Will Be Given.**

Dated this __20__ day of __November_____, 199_6_.

_____
        **Judge of the District Court**

    I understand I have been charged with a misdemeanor crime and must appear
for a dispositional docket for the Court's review of my case. The purpose of the
dispositional docket is to give me a chance to visit with an attorney from the District
Attorney's Office. After the visit, if a plea bargain is reached, I may enter a plea of
guilty in exchange for the state's recommendation. If no agreement is possible then
I may request a jury trial.

    Most Importantly I understand that my failure to appear at the date and time
given above will result in the issuance of a warrant for my arrest and that my present
bond will be forfeited.

_____
        **Defendant**

KEEP THIS FOR YOUR RECORDS AS NO FURTHER NOTICE WILL BE GIVEN

White - Court's Copy

INFORMATION
====================================================================

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

| | |
|---|---|
| STATE OF OKLAHOMA ) | |
|       Plaintiff, ) | |
| vs. ) No. CM-96- 444 | NOV 19 1996 |
| CHARLES E. SANDERS ) | |
| DOB: ████/66 ) | BERNELL EDWARDS, COURT CLERK |
|       Defendant. ) | BY _____ꝑ_____ DEPUTY |

## I N F O R M A T I O N

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:**

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that CHARLES E. SANDERS did, in Sequoyah County, and in the State of Oklahoma, on the 10th day of November, in the year of our Lord, One Thousand, Nine Hundred and Ninety-Six and before the presentment hereof, commit the crime of

COUNT I: ASSAULT AND BATTERY-(MISD) 21 O.S. 644

On the day and year in the County and State aforesaid, said CHARLES E. SANDERS did unlawfully, wilfully and wrongfully commit an assault and battery upon the person of one Donna Davis by then and there striking and beating her about the head and body with his hands and fists with force and violence and with the unlawful intent to do her corporal hurt and bodily injury,

COUNT II: PUBLIC INTOXICATION-(MISD) 37 O.S. 8

On the day and year in the County and State aforesaid, said CHARLES E. SANDERS did unlawfully, wilfully and wrongfully be drunk and intoxicated while being then and there in a public place, to-wit: North of Sallisaw

COUNT III: ESCAPE FROM LAWFUL CUSTODY-(MISD) 21 O.S. 444

CHARLES E. SANDERS did unlawfully, wilfully, and wrongfully after having been placed in lawful custody by Sheriff Deputy Kelly Karnes, did then and there depart lawful custody with the intent to unlawfully evade the due course of justice,

COUNT IV: RESISTING AN OFFICE-(MISD) 21 O.S. 268

That on the day and year, and in the County and State, aforesaid, CHARLES E. SANDERS, did wilfully, knowingly and wrongfully resist by the use of force and violence one Kelly Karnes, a Sequoyah County deputy, in the performance of his legal duty, to-wit: by bumping and said officer and pulling away from him, that the said defendant well knowing that the said Kelly Karnes, was an executive officer then and there performing his duty,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

By _Hayn Jeacrne_
Assistant District Attorney

STATE OF OKLAHOMA )
          ) ss.
COUNTY OF SEQUOYAH)

Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_Kelly Karnes_

Subscribed and sworn to before me this _19th_ day of November, 1996.

My Commission Expires:
_6/28/99_

_Graciella Hart Brumley_
NOTARY PUBLIC

WITNESSES:
Kelly Karnes          Sequoyah County Sheriff Dept., Sallisaw, OK
Terry Mathis         Sequoyah County Sheriff Dept., Sallisaw, OK
Lelland Choate      Sequoyah County Sheriff Dept., Sallisaw, OK
Donna Davis           ████████  Marble City, OK