**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**REDACTED EXHIBIT 168**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

**INFORMATION**

===============================================================

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA          )
        Plaintiff,          )
vs.                        )
                   )       No. CRF-92-91
**CHARLES EDWARD SANDERS**   )
aka **CHARLES EDWARD MONK**  )
DOB: ███66                  )
        Defendant.          )

SEQUOYAH COUNTY, OKLAHOMA
F I L E D
IN DISTRICT COURT

MAY - 4 1992

KATHY REED, Court Clerk
By _____𝓂𝓂_____Deputy

## I N F O R M A T I O N

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

Now comes GREGORY N. COMBS, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that **Charles Edward Sanders, aka Charles Edward Monk** did, in Sequoyah County, and in the State of Oklahoma, on the 2nd day of May, in the year of our Lord, One Thousand, Nine Hundred and Ninety-Two and before the presentment hereof, commit the crime of

COUNT I: ATTEMPTING TO ELUDE AN OFFICER-(MISD) 21 O.S. 540 A
That on the day and year, and in the County and State, aforesaid, Charles Edward Sanders, aka Charles Edward Monk, did wilfully and wrongfully attempt to elude a Sallisaw Police Officer of Sequoyah County, while in the performance of his duty, in the following manner, to-wit: that the said defendant was then and there operating a motor vehicle on the public streets and roads of Sequoyah County, and had received a visual and audible signal by means of a red light and a siren from the said David Bethany, who was then and there driving a motor vehicle showing the same to be an official Sallisaw Police car, directing the said defendant to bring his vehicle to a stop, but that said defendant did then and there wilfully and wrongfully increase his speed in an attempt to elude said David Bethany,

COUNT II: UNLAWFUL POSSESSION OF PARAPHERNALIA-(MISD) 63 O.S. 2-405
On the day and year in the County and State aforesaid, said Charles Edward Sanders, aka Charles Edward Monk did unlawfully, wilfully and wrongfully have in his possession and under his control certain paraphernalia, to-wit: spoon, filters and part of a syringe, used to consume drugs classified as controlled dangerous substances under the Uniform Controlled Dangerous Substances Act of this State, and for the purpose and with the unlawful intent to administer such controlled dangerous substances without having any medical or other lawful need requiring possession of said paraphernalia,

COUNT III: DRIVING UNDER THE INFLUENCE OF INTOXICATING
LIQUOR- (MISD) 47 O.S.11-902
That on the day and year and in the County and State aforesaid, said Charles Edward Sanders, aka Charles Edward Monk, did wilfully, knowingly and wrongfully drive and operate a certain motor vehicle, to-wit: a 1992 Ford Pickup bearing 1992 Oklahoma license number AEE-588, in Sequoyah County, Oklahoma, to-wit: West Maple and Eppler Streets, City of Sallisaw, while under the influence of intoxicating liquor,

COUNT IV: UNLAWFUL POSSESSION OF MARIHUANA-(MISD) 63 O.S. 2-402
That on the day and year and in the county and state aforesaid, said Charles Edward Sanders, aka Charles Edward Monk, did unlawfully, wilfully, knowingly, intentionally and wrongfully have in his possession and under his control MARIHUANA, said drug being classified as a controlled dangerous substance in Schedule I (C) of the Uniform Controlled Dangerous Substances Act of this State,

COUNT V: UNLAWFUL POSSESSION OF CONTROLLED DRUG-
(FELONY) 63 O.S. 2-402 (B-1)

That on the day and year, and in the County and State, aforesaid, Charles Edward Sanders, aka Charles Edward Monk, did unlawfully, wilfully, knowingly, or intentionally and feloniously have in his possession and under his control METHAMPHETAMINE, said drug being classified as a controlled dangerous substance in Schedule II of the Uniform Controlled Dangerous Substances Act of this State,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

GREGORY N. COMBS
DISTRICT ATTORNEY

By_____
Assistant District Attorney

STATE OF OKLAHOMA )
) ss.
COUNTY OF SEQUOYAH)

I, DAVID BETHANY, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____

Subscribed and sworn to before me this _5th_ day of May, 1992.

My Commission Expires:
___6/28/95___

_____
NOTARY PUBLIC

WITNESSES:

Aaron B. Johnson
David Bethany
Richard Crutchfield
OSBI Chemist

████████████ Vian, OK
Sallisaw Police Dept., Sallisaw, OK
Sallisaw Police Dept., Sallisaw, OK
P.O. Box 767, Tahlequah, OK

FILED
IN DISTRICT COURT

1992

KEITH RUSK

INFORMATION
Page 2

| | |
|---|---|
| THE STATE OF OKLAHOMA,<br>Plaintiff,<br><br>vs.<br><br>CHARLES EDWARD SANDERS<br>aka CHARLES EDWARD MONK,<br>Defendant. | IN THE DISTRICT COURT OF<br>SEQUOYAH COUNTY, STATE<br>OF OKLAHOMA<br>CASE NO. CRF-92-91    AFCF |

## FORMER CONVICTIONS

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same Charles Edward Sanders, aka Charles Edward Monk, was heretofore on the 11th day of December, 1984, in Case No. 86-604-B, in the Circuit Court of Sebastian County, State of Arkansas, a court of competent jurisdiction, convicted of the crimes of DELIVERY OF MARIHUANA and DELIVERY OF AMPHETAMINES, said defendant Charles Edward Sanders, aka Charles Edward Monk, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

GREG COMBS, DISTRICT ATTORNEY

BY: _____
    Assistant District Attorney

Please call the District Attorney's
Office the day prior to hearing to
confirm the Court date. 18/775-9131

## SUBPOENA - - - Criminal Action

STATE OF OKLAHOMA, } SS:    IN DISTRICT COURT    CASE No.    CRM–_____
   Sequoyah County, }                                CRF –92-91

**In the Name of the State of Oklahoma**

To  David Bethany, Sallisaw Police Department, Sallisaw, OK _____

_____

_____, GREETING:

YOU ARE COMMANDED to appear before the District Court of the County of Sequoyah, at the Court House in Sallisaw, State of Oklahoma, on the _____2nd_____ day of ___June___, 19_92_ at the hour of _2:00_ o'clock in the ___after___ noon of said day, and remain in attendance on call of said court from day to day and term to term until lawfully discharged, as a witness in a criminal action prosecuted by the State of Oklahoma, against Charles Edward Sanders on behalf of the State of Oklahoma (Preliminary Hearing)

   Dated at Sallisaw, in said Sequoyah County, the _20th_ day of ___May___, 19_92_.
Hereof fail not, under penalty of law.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 2 1 1992

KATHY REED, Court Clerk
By_____Deputy

**KATHY REED, Court Clerk**

By _Bernell Edwards_

                          Deputy

# OFFICER'S RETURN

Received this writ this _20th_ day of _May_ 19_92_, served the same delivering a copy thereof with the endorsement thereon to the within named _David Bethany_

_____the _20th_ day of _May_, 19_92_

and _____

_____the _____day of _____, 19_____

by leaving a copy thereof with the endorsement thereon with a number of _____family over 15 years of age, at usual place of residence of _____

_____the _____day of _____, 19_____

I cannot find the within named _____

_____in my County.

By _____

**Deputy.**          _Jim Phelps_ **Under Sheriff.**          **Sheriff.**

CASE No. CRM-_____  CRF-_____

**IN DISTRICT COURT**

**THE STATE OF OKLAHOMA** _____ Plaintiff.

vs.

_____ Defendant.

**SUBPOENA–Criminal Action**

_____ 19_____

Filed _____ Court Clerk.

_____ Deputy.

_____ Attorney.

**SHERIFF'S FEES**

Serving subpoena, first person $ _____

Serving subpoena other person $ _____

_____ cop _____ of subpoena

Mileage _____ Miles

Not found _____

Total $ _____

By _____ Sheriff

By _____, Under Sheriff

_____, Deputy

SEQUOYAH COUNTY, OKLAHOMA
**FILED**
IN DISTRICT COURT

JUN - 2 1992

KATHY REED, Court Clerk
By_____Deputy

**GREGORY N. COMBS**
**DISTRICT ATTORNEY**

STATE OF OKLAHOMA
OFFICE OF THE DISTRICT ATTORNEY
DISTRICT 27

SEQUOYAH COUNTY
120 E. Chickasaw
Sallisaw, OK 74955
(918) 775-9131

NOTICE

ATTORNEY:    MIKE DAFFIN                DEFENDANT    CHARLES EDMOND SANDERS

Case No.    CRF-92-91

(X)  O.S.B.I. Laboratory Report No. 92-4019
( )  Medical Examiner's Report of Investigation
( )  Medical Examiner's Report of Autopsy
( )  Oklahoma Forensic Laboratory Report

The State of Oklahoma intends to offer the report checked above at the preliminary hearing of the above-named defendant(s). A copy is attached and made available to the accused pursuant to 22 O.S. section 751.

_____
Assistant District Attorney

CERTIFICATE OF MAILING

I hereby certify that on this _2nd_ day of _____June_____, 1992, I mailed a certified copy of Lab Report # 92-4019 in State of Oklahoma vs Charles Edmond Sanders,
Case number CR F -92 - 91 to:

Mike Daffin
Attorney at Law
P.O. Box 1461
Sallisaw, OK 74955

attorney(s) for the defendant(s) herein, with sufficient postae prepaid thereon.

_Graciela Brumley_



SEQUOYAH COUNTY, OKLAHOMA
F I L E D
IN DISTRICT COURT

JUN - 5 1992

KATHY REED, Court Clerk
By_____Deputy

**GREGORY N. COMBS**
DISTRICT ATTORNEY

STATE OF OKLAHOMA
**OFFICE OF THE DISTRICT ATTORNEY**
DISTRICT 27

SEQUOYAH COUNTY
120 E. Chickasaw
Sallisaw, OK 74955
(918) 775-9131

NOTICE

ATTORNEY:    MIKE DAFFIN

DEFENDANT    CHARLES EDMOND SANDERS

Case No.    CRF-92-91

(X) O.S.B.I. Laboratory Report No. 92-4019
( ) Medical Examiner's Report of Investigation
( ) Medical Examiner's Report of Autopsy
( ) Oklahoma Forensic Laboratory Report

The State of Oklahoma intends to offer the report checked above at the preliminary hearing of the above-named defendant(s). A copy is attached and made available to the accused pursuant to 22 O.S. section 751.

Assistant District Attorney

CERTIFICATE OF MAILING

I hereby certify that on this 5th day of June, 1992, I mailed a certified copy of Lab Report # 92-4019 in State of Oklahoma vs Charles Edmond Sanders,
Case number CRF - 92 - 91 to:

Mike Daffin
Attorney at Law
P.O. Box 1461
Sallisaw, OK 74955

attorney(s) for the defendant(s) herein, with sufficient postae prepaid thereon.

*Smith-Ringgold Bonding Co*

SEQUOYAH COUNTY, OKLAHOMA
IN DISTRICT COURT

MAY 8 1992

KATHY REED, Court Clerk
By_____Deputy

APPEARANCE BOND-DISTRICT COURT

IN THE DISTRICT COURT _Sequoyah_ COUNTY, OKLAHOMA
STATE OF OKLAHOMA,

Plaintiff,

vs

Charles E. (Monk) Sander Defendant,

No. CY 92-91

Know All Men By These Presents, That we the above named defendant, as principal, and the undersigned bondsman, corporation and other signers as sureties, jointly and severally acknowledge ourselves to owe and be indebted to the State of Oklahoma in the sum of _Five Thousand & °⁰/₁₀₀_ Dollars($ 5,000.⁰⁰ )to be levied on our property, real and personal, cash deposits and escrow deposits, wherever found, to the use of the State of Oklahoma.

The condition of this bond is such that if the above named defendant, now charged in the District Court of _Sequoyah_ County, with the crime of _Dist Poss/CDS/+CR/OTC_ and admitted to bail in the _Drug Para_ above stated sum, shall personally be and appear before the said Court, in the division to which said case is _Attempt,_ assigned, on the _2_ day of _June_ 19_92_, as ordered for arraignment, preliminary hearing, trial _to Elud_ or judgment, and from day to day and term to term thereafter as ordered, or on the first day of the next jury term of said Court, if so ordered, and from day to day and term to term thereafter as ordered by said Court and not depart therefrom without leave, and shall do and receive what shall be enjoined upon him by said Court until this case is finally determined, then this bond to be void, otherwise to be in full force and effect.

Principal(Defendant)X_____  Address ████████ _Sallisaw OK_

Surety_____  Address_____

Surety _Charles E Smith Co_  Address ████████ _Sallisaw OK_

Surety-Licensed Bondsman _Marty Cogon_  Office Address _P.O. Box 824, Sallisaw, OK,_

Corporate Surety_____

By_____
     Attorney-in-Fact

Dated, filed and approved this _6_ day of _May_ 19_92_
COURT CLERK, SHERIFF OR DISTRICT JUDGE
By _Jennie Clayburn_
     Deputy

AFFIDAVIT AS TO UNDERTAKING AND QUALIFICATIONS OF SURETY
(Required of all licensed bondsmen, under penalty of perjury, 590S; 1322:120S-61-120.S.,-62)

STATE OF OKLAHOMA, COUNTY OF _Sequoyah_ SS
The undersigned licensed bondsman, being duly sworn on oath states:
That neither he or she, nor anyone for his or her use, has been promised or has received any surety or consideration for his or her undertaking, except as stated herein.

Consideration received or promised$ _100.⁰⁰_ .
Surety received or promised:(List deeds or mortgages and describe personal property)
_Promissory Note & Indemnity Agreement_
Such promise, security or consideration was received from:
_Laurie A. Brown_  ████████ _Vian OK,_
     NAME                          ADDRESS

That he or she is presently duly licensed, registered, and in all respects authorized by law to become surety in this undertaking, 59 O.S., 1301 et seq.; 1101 et seq.; 12 O.S., 61et seq.; 220.S. 1320.
That he or she is worth double the sum to be secured, over and above all exemptions, debts and liabilities, 12 O.S.-1301et seq.; 220.S.. 1101 et seq.; 120.S. 61 et seq.
That he or she has not signed or countersigned this bond in blank, nor has he or she given power of attorney to or otherwise, any person to countersign his or her name to this bond unless that person is a licensed bondsman directly employed by a bondsman giving such power of attorney, 59 O.S.-1316.
That he or she has attached hereunto all receipts for collateral accepted by him or her, fully described in detail, 59 O.S. 1314; 590.S.;1322.
That he or she is authorized and legally capable, in all respects, to enter into this undertaking, both personally and on behalf of the corporate surety above named; and that this undertaking is within, and does not the limitations and conditions of the power of attorney granted him or her by said corporate surety, all pursuant to 590.S.; 1320.
That he or she is familiar with the provisions of Oklahoma Statute regarding the effects and defects, ommissions and irregularities in such undertakings, 590.S.; 1326.
That all legal requirements of licensing, registration and certification have been met by this bondsman, 590.S.; 1320.
That the bondsman fully understands that will ful misstatement of any material fact herein my subject him or her to prosecution for perjury, and/or to proceedings seeking denial, suspension or revocation of the bondsman's license, 590.S. 1310.
That he or she is a resident of the County of _Sequoyah_, State of Oklahoma.

_Marty Cogon_
     (Licensed Bondsman)

Before me, the undersigned, on this_____day of_____19_____, personally appeared _____, known to me to be the identical person who executed the within and foregoing instrument, and acknowledged to me that he executed same as his free and voluntary act and deed. Given under my sign and seal of office on the day and year written above, or signature witnessed by undersigned.

_____          _____
     Sheriff                   Court Clerk

POWER OF ATTORNEY

107 E. Creek                          Cha    3 E. Smith, Professional Bondsman                Sallisaw, OK 74955
Sallisaw, OK 74955

$5,500.00 POWER LIMIT                          C.E.I.  № 210407

KNOW ALL MEN BY THESE PRESENTS:

That I, Charles E. Smith, of Sallisaw, Sequoyah County, State of Oklahoma, have made and constituted and appointed by these presents do make, constitute and appoint the below named agent, my true and lawful attorney, for me and in my name, place and stead, and to my use as my employee and agent to write professional bonds, to sign my name, by him, in the execution of any and all bonds made as my agent, giving my said attorney full power to do every thing whatsoever requisite and necessary to be done in the premises as fully as I could do if personally present, hereby ratifying and confirming all that my said attorney shall lawfully do, or cause to be done, by virtue hereof. All this provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records, the said Attorney-In-Fact is hereby authorized to insert in this Power-Of Attorney the name of the person whose behalf this bond was given.

IN WITNESS THEREOF, Charles E. Smith, mas caused these presents to be signed by its duly authorized officer, proper for the purpose this ___6___ day of __May__ 19_9 2_.

$5,500.00 POWER LIMIT

▮▮▮▮ 9539

Charles E. Smith, Professional Bondsman
SMITH-RINGGOLD BAIL BONDS

Bond Amount $ 5,000 00                          Appearance Date June 2

Defendant Charles E. (Monk) Sanders   Address ▮▮▮▮   Pretty City, OK.

Court Sequoyah District              City Sallisaw        State OK.

Offense Dist Poss of CDS AFCF Poss of Mari, AFCF a Burglaria Attempting to Elude   Case #

Executing Agent Marty Nagy

SEQUOYAH COUNTY, OKLAHOMA
**F I L E D**
IN DISTRICT COURT

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

JUN – 4 1992

**KATHY REED, Court Clerk**

By_____ Deputy

STATE OF OKLAHOMA
                                    Plaintiff

                    vs.

No. CRF 89 396
     90 144
     92 91

Charles Sanders
                                    Defendants

NOTICE TO DEFENDANTS

PRELIMINARY HEARING AND APPLICATION TO REVOKE

having been    ( filed x set  reset )                    in the above styled cause by the

( Court x State – Defendant ), and you are hereby ORDERED TO APPEAR in

the District Court of Sequoyah County, State of Oklahoma, for such

hearing in the above entitled cause before the undersigned,

Judge, _____ Hon. Dennis M. Sprouse _____, at __10:30 a.m.

on the __20th__ day of __July_____, 19_92_., and remain until discharged by

the Court.

_____
Judge of the District Court

CERTIFICATE OF SERVICE

I hereby certify that on the ____3____ day of __June_____, 19_92_

I mailed a true, correct and exact copy of this Order to:

Mike Daffin
Box 1461
Sallisaw, OK

Dist atty
Co courthouse
Sallisaw, OK

with proper postage thereon fully prepaid.

By _____
Clerk for Judge of the District Court

**SUBPOENA - - - Criminal Action**    SEQUOYAH COUNTY, OKLAHOMA

FILED
IN DISTRICT COURT

STATE OF OKLAHOMA, } SS:    IN DISTRICT COURT    CASE No.    CRM–
Sequoyah County,    JUL 20 1992    CRF – 89-396
CRF– 90-144
In the Name of the State of Oklahoma    KATHY REED, Court Clerk    CRF– 92-91

By_____Deputy

To  AARON B. JOHNSON, HCR-68, Box 400, Vian, OK;  DAVID BETHENY, Sallisaw Police Dept.;
RICHARD CRUTCHFIELD, Sallisaw Police Dept.;  LORETTA HONEYCUTT, DOC, Sallisaw, OK;

_____, GREETING:

YOU ARE COMMANDED to appear before the District Court of the County of Sequoyah, at the Court House in Sallisaw, State of Oklahoma, on the ____20th____ day of ___July___, 19_92_ at the hour of __10:30__ o'clock in the ____fore____ noon of said day, and remain in attendance on call of said court from day to day and term to term until lawfully discharged, as a witness in a criminal action prosecuted by the State of Oklahoma, against ___CHARLES EDWARD SANDERS____ on behalf of the ____Defendant_____
a/k/a Charls Edward Monk Sanders

Dated at Sallisaw, in said Sequoyah County, the ___15th day of _____July_____, 19_92_
Hereof fail not, under penalty of law.

KATHY REED, Court Clerk

By _____

Deputy

---

Please call the District Attorney's
Office the day prior to hearing to
confirm the Court date. 9__/775-9131

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**SUBPOENA - - - Criminal Action**

STATE OF OKLAHOMA, } SS:    IN DISTRICT COURT    CASE No.    CRM–
Sequoyah County,    JUL - 7 1992    CRF–92-91
In the Name of the State of Oklahoma    KATHY REED, Court Clerk
By _____Deputy

To  David Bethany, Sallisaw Police Department, Sallisaw, OK

_____

_____, GREETING:

YOU ARE COMMANDED to appear before the District Court of the County of Sequoyah, at the Court House in Sallisaw, State of Oklahoma, on the ____20th____ day of ___July___, 19_92_ at the hour of __10:30__ o'clock in the ____fore____ noon of said day, and remain in attendance on call of said court from day to day and term to term until lawfully discharged, as a witness in a criminal action prosecuted by the State of Oklahoma, against ___Charles Edward Sanders___ on behalf of the ___State of Oklahoma (Preliminary Hearing)___

Dated at Sallisaw, in said Sequoyah County, the ___30th___ day of _____June_____, 19_92_
Hereof fail not, under penalty of law.

KATHY REED, Court Clerk

By _____

Deputy

**OFFICER'S RETURN**

Received this writ this _15th_ day of _July_ 19 _92_, served the same delivering a copy thereof with the endorsement thereon to the within named _David Bethany, Richard Crutchfield, Loretta Honeycutt_

_____ the _15th_ day of _July_, 19 _92_

and _____

_____ the _____ day of _____, 19 _____

by leaving a copy thereof with the endorsement thereon with a number of _____ family over 15 years of age, at usual place of residence of _____

_____ the _____ day of _____, 19 _____

I cannot find the within named _____

_____ in my County.

By _____

**Deputy.**        _signature_ **Under Sheriff.**        **Sheriff.**

---

| CASE No. CRM–<br>CRF– | IN DISTRICT COURT | THE STATE OF OKLAHOMA | Plaintiff.<br>vs.<br>Defendant. | SUBPOENA–Criminal Action | Filed ___ 19 ___<br>Court Clerk.<br>Deputy.<br>Attorney. | SHERIFF'S FEES | Serving subpoena, first person $ ___<br>Serving subpoena other person $ ___<br>cop ___ of subpoena<br>Mileage ___ Miles<br>Not found ___ | Total ___ $<br>Sheriff.<br>By ___, Under Sheriff<br>By ___, Deputy |

---

**OFFICER'S RETURN**

Received this writ this _30th_ day of _June_ 19 _92_, served the same delivering a copy thereof with the endorsement thereon to the within named _David Bethany_

_____ the _6th_ day of _July_, 19 _92_

and _____

_____ the _____ day of _____, 19 _____

by leaving a copy thereof with the endorsement thereon with a number of _____ family over 15 years of age, at usual place of residence of _____

_____ the _____ day of _____, 19 _____

I cannot find the within named _____

_____ in my County.

By _____

**Deputy.**        _signature_ **Under Sheriff.**        **Sheriff.**

---

| CASE No. CRM–<br>CRF– | IN DISTRICT COURT | THE STATE OF OKLAHOMA | Plaintiff.<br>vs.<br>Defendant. | SUBPOENA–Criminal Action | Filed ___ 19 ___<br>Court Clerk.<br>Deputy.<br>Attorney. | SHERIFF'S FEES | Serving subpoena, first person $ ___<br>Serving subpoena other person $ ___<br>cop ___ of subpoena<br>Mileage ___ Miles<br>Not found ___ | Total ___ $<br>Sheriff.<br>By ___, Under Sheriff<br>By ___, Deputy |

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

THE STATE OF OKLAHOMA

vs

Case No. CRF-92-91

Charles  Edmond  "Monk"  Sanders
DOB ▮▮▮▮66
Defendant

SEQUOYAH COUNTY, OKLAHOMA
F I L E D
IN DISTRICT COURT

JUL 2 1 1992

KATHY REED, Court Clerk
By_____𝒰𝓈_____Deputy

### PLEA OF GUILTY: SUMMARY OF FACTS

WAIVER OF REPORTER:

I hereby waive the making of a shorthand record of the hereinafter proceedings, waive the presence of a court reporter, and consent that this "SUMMARY OF FACTS" may be used as the record of these preceedings.

_____, DEFENDANT

1.  Is the name just read to you your true name?  YES  Y    NO_____

2.  How old are you now?  ___26___  years of age

3.  Have you taken any medication, alcoholic beverages, drugs or done anything that would effect your mind here today?  YES_____  NO_X__  If YES, what kind and when did you take it?_____

4.  Do you believe you are mentally competent to appreciate and understand the nature, purpose and consequences of these proceedings?  YES_X__  NO_____If NO, explain
_____

5.  You have an absolute right to be represented by an attorney during these proceedings. If you are without means to employ an attorney the Court will appoint one for you at the States expense.  Do you understand that?  YES_X__  NO_____

6.  You have an absolute right to represent yourself if you choose, do you understand that?  YES_X__  NO_____

7.  Do you want to waive assistance of counsel and represent yourself here today?  YES_____  NO_X__

8.  Have you received a copy of the Information  YES_X__  NO_____  and do you know you are charged with: Poss. C.D.S. (Cocaine), Marijuana, D.U.I.

9.  Do you understand that the law presumes you are innocent of the crime charged in the Information?  YES_X__  NO_____

10.  Do you understand that a plea of not guilty requires the State to prove each and every material allegation of the Information to the satisfaction of a Jury, or the Court when a Jury is waived; beyond a reasonable doubt, and if the State is not able to meet that burden, you will not be convicted?  YES_X__  NO_____

11.  Do you know that the maximum punishment provided for the crime now charged is imprisonment in the County Jail for 20 years, one year & one year and a fine of $22,000  ?

12.  Do you understand that by pleading guilty you may be sentenced to a term of imprisonment within these limits?  YES_X__  NO_____

13.  Do you understand that you are entitled to a speedy jury trial on this charge, to confront all witnesses who testify against you at the trial and that you cannot be forced to testify against yourself?  YES_X__  NO_____

14.  Do you understand that by entering a plea of guilty you waive your right to jury trial waive your right to confront witnesses, and waive your privilege against self-incrimination?  YES_X__  NO_____

15. Do you understand you have the right to enter or maintain a plea of not guilty and in doing so you could exercise all the rights explained herein? YES_X_ NO_____

16. Do you want a jury trial? YES_____ NO_X_

17. Do you understand that on conviction of Driving Under the Influence, your drivers license will be revoked for no less than six months? YES_X_ NO_____ NOT APPLICABLE_____

18. Do you understand that upon conviction or plea of guilty to this charge, any later such offense of DRIVING UNDER THE INFLUENCE will be filed as a felony, and that punishment for a second conviction would be imprisonment in the State Penitentiary for a term of not less than one (1) year nor more than five (5) years? YES_X_ NO_____ NOT APPLICABLE_____

19. Do you understand that upon conviction or plea of guilty to this charge, any later such offense of POSSESSION OF MARIJUANA will be filed as a felony, and that punishment for a second conviction would be imprisonment in the State Penitentiary for a term of not less than two (2) years nor more than ten (10) years? YES_X_ NO_____ NOT APPLICABLE_____

20. Do you fully understand your rights and options in this matter? YES_X_ NO_____

21. Do you wish to enter your plea now and be sentenced now? YES_X_ NO_____

22. What is your plea to the charge? GUILTY_X_ NOT GUILTY_____ NOLO CONTENDRE_____

23. Do you plea guilty of your own free will, without any coercion or compulsion of any kind and only for the sole reason that you are guilty, and you admit you did the acts charged? YES_X_ NO_____

24. Explain to the Court how you committed the crime._____

_____

_____

_____

25. Have you been abused, mistreated, threatened or promised anything by anyone, to have you enter this plea? YES_____ NO_X_ If YES, explain_____

_____

26. Recommendation for Sentence by District Attorney's Office:_____
Three years in and seven years out (all counts run concurrently),$152 Court costs & $150 O.S.B.I. fees. Def. to report to S.O. When called to be transported and time to start when arrives at D.O.C.(One year each on Misd.s).

27. FINDING: The Court finds the defendant was mentally competent to appreciate and understand the acts he committed on or about the date alleged in the Information, and to realize the nature, purpose and consequences of those acts at the time they were committed. The Court further finds the plea of guilty entered herein has been knowingly and voluntarily entered. The Court further finds that the defendant has knowingly and voluntarily waived presence and assistance of counsel in this matter.

28. Do you have anything more to say, or do you know of any reason why you should not be sentenced now? YES_____ NO_X_ If YES, explain_____

_____

29. Memorandum of Sentence:___Same as 26_____

_____

_____

_____

30. The Court at this time will advise the defendant of his right to appeal. You may within the next then (10) days make a motion to withdraw your plea of guilty and request a hearing of your motion. The Court will hold that hearing within thirty (30) days of today. The Court may or may not allow you to withdraw your plea of guilty. If the Court allows such motion your case will be set for jury trial. If it does not allow that motion you may appeal that decision to the Court of Criminal Appeals. That is done by filing a petition for writ of certiorari within ninety (90) days of today and by serving a copy of the petition on the Attorney General of the State and the District Attorney of the County within five (5) days of filing. The Court of Criminal Appeals may or may not hear your appeal and if they do they may or may not allow you to withdraw your plea of guilty. Do you understand your right of an appeal? YES _X_    NO_____

31. Terms for either a suspended or deferred sentence are as follows:
You are not to violate any City, State or Federal Laws.
You are not to fail to pay the fine and court cost as imposed by this Court in the required sum of money each month to the Court Clerk.
You are not to fail to make restitution of _____
OTHER: _____
A VIOLATION OF THE ABOVE TERMS WILL RESULT IN THE REVOCATION OF YOUR SENTENCE.

32. Do you fully understand the terms of your suspended/deferred sentence, as just read to you and set forth herein and do you agree to abide by and obey these rules during your suspended/deferred sentence, so long as the same is in force? YES _X_    NO_____

33. The defendant advises the Court that he/she is unable to pay the monies due the Court assessed this date, the defendant does admit to the Court that he/she has the ability to pay the monies due the Court as assessed if given _____ to do so. The Court therefore grants the defendant's request and orders that the monies be paid in the following manner_____

_____.

34. Have you fully understood the questions that have just been asked you and the answers you have given to each question, and are they your free and voluntary answers to these questions as asked and without any compulsion or coercion of any kind? YES _X_   NO_____


ABOVE DONE IN OPEN COURT this _20th_ day of _July_ , 19_____ .


_____
ASSISTANT DISTRICT ATTORNEY

_____
ATTORNEY FOR DEFENDANT

_____
JUDGE OF THE DISTRICT COURT


I, the defendant, have read the above and foregoing "SUMMARY OF FACTS" and it is a full and true statement of the questions asked and my answers to them. I approve this "SUMMARY OF FACTS" and do not desire to change it or add anything to it.

_____
DEFENDANT

In the District Court of Sequoyah County
STATE OF OKLAHOMA

**Defendant** Charles Edmond Sanders

**Case No.** CRF-92-91

**Date** July 20, 1992

SEQUOYAH COUNTY, OKLAHOMA
**F I L E D**
IN DISTRICT COURT

JUL 2 1 1992

KATHY REED, Court Clerk
By _____ Deputy

## RULES AND CONDITIONS OF PROBATION

1. I will at the end of each month, until my final release, make a written report as directed. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general statement of my environment and progress.

2. I will not use or be in possession of intoxicants of any kind; nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I understand that I am not to go into or loiter around beer taverns or pool halls.

3. I will not leave the county in which I reside, or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4. I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5. I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6. I hereby agree not to marry without consulting and discussing the proposed marriage with the Probation and Parole Officer.

7. I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

8. I understand that it will be a violation of my Probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or a representative thereof.

9. I understand that I must support myself and all my dependents without public assistance so long as I am physically able to do so; failure to do my full duty to my dependent shall constitute grounds for revocation of my Parole, Probation, or Conditional Release.

10. I will refrain from violation of any City, State or Federal law.

11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12. SPECIAL CONDITIONS: The defendant is to pay probation fees of $20 per month as well as the total fees of: (court costs, ~~court-appointed attorney fees,~~ lab fees ~~and restitution~~) of $ 302 within 10 months at a rate of not less than $ 30 per month. Payments are to begin on the 5th day of * 199* and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. (Set out how the money is to be distributed).
Court costs of $152 and $150 O.S.B.I. lab fees.
*starting the 5th day of the 2nd month after release from incarceration.
Defendant to report to S.O. when called and to be transported to D.O.C.-Time to start when actually reports into D.O.C. custody.

I distinctly understand and agree that the continuance of my probation depends entirely on my conduct. That I must obey the laws of any City, State and the United States, wherever I may be, and that I must be an upright and lawabiding citizen and must shun evil associates, association and places. I understand that should I violate the terms and conditions of my probation, that the Court will revoke my suspended sentence and that I will be required to serve imprisonment of the sentence imposed by the Court.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision.

IN THE PRESENCE OF:

_____
Attorney For Defendant

_____
Probationer-Defendant

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY

STATE OF OKLAHOMA

STATE OF OKLAHOMA,

PLAINTIFF,

VS.

Charles  Edmond  Sanders

DEFENDANT.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUL 2 1 1992

KATHY REED, Court Clerk
By_____ 𝓊𝒷. _____Deputy

CASE NO. CRF-92-91

## WAIVER OF PRELIMINARY HEARING

Comes now on this 20th day of July       19 92  the above style case comes on for preliminary hearing.  The defendant appears in person and represented by his attorney of record  Mike Daffin , the State of Oklahoma appears by its Assistant District Attorney. Thereupon the defendant herein acknowledges that he has been advised of his rights to a preliminary hearing.  That in said hearing the State of Oklahoma must prove to the satisifaction of the Court that the crime as alleged in the information was, in fact, committed and that there is probable cause to believe that the defendant committed said crime.  That if said a burdon was not met then the case would be dismissed and the bond exonerated.

The defendant is further advised that at said hearing that he has the right to cross examine any of the State's witnesses and to call witnesses on his own behalf. And further, the defendant is advised that he has the right at the hearing to limited discovery of the State's case in chief.

Having these rights in mind, the defendant herein, waives all the above rights with respect to a preliminary hearing in this matter.

_____
DEFENDANT

_____
ATTORNEY FOR THE DEFENDANT

## COURT MINUTE OF PRELIMINARY HEARING

The defendant in the above style case having knowingly and intelligently waived his rights to the preliminary hearing and there being no objection by the State of Oklahoma, the Court accepts the defendant's waiver and hereby binds the defendant over to stand trial in the District Court of Sequoyah County, State of Oklahoma on the charges as set out in the information as filed in this case.

_____
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
**F I L E D**
IN DISTRICT COURT

JUL 2 1 1992

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

KATHY REED, Court Clerk

By_____ 7β _____Deputy

STATE OF OKLAHOMA, )
    Plaintiff. )
       )
.vs.        ) NO.  CRF-92-91
       )
       )
Charles Edmond Sanders )
    Defendant. )

## WAIVER OF RIGHT TO PRESENTENCE INVESTIGATION

I, the defendant above named, have been advised by Judge **D.M. Sprouse** , that pursuant to 57 O.S. 1971, Section 519, as amended, that whenever a person is convicted of a felony, except where the death sentence is imposed, the Court shall, before imposing sentence to commit any felony to incarceration by the Department of Corrections, order a presentence investigation to be made by the Division of ρ Probation and Parole of the Department of Corrections. I have further been advised by the Court that the Division is required to inquire into the circumstances of the offense, the criminal record, social history, and present conditions of the convicted person; and further, that there shall be made a report of such investigation to the Court, including a recommendation for or against probation, and that such report shall be prepared within a reasonable time. I have further been advised that whenever, in the opinion of the Court, that the same is desirable, the investigation shall also include a physical and/or mental examination of the committed person and that such report shall be confidential with the Judge making the request, except that the factual aspects of it may be reviewed by the District Attorney of the defendant within the discretion of the Judge.

I, the undersigned defendant, understand that I do have the right to have a presentence investigation in my case and that one will be made unless I voluntarily waive the same. With full knowledge of my rights, I hereby waive and give up my right to the presentence investigation and state that I am doing so with knowledge of my rights and with the advice of my attorney.

Executed in open court this 20th day of July , 1992.

           _____
           DEFENDANT

I am the attorney of record for the defendant in the above entitled case and do hereby state that I have fully advised my client, the defendant, as to his right to a presentence investigation and in my opinion he has understood my advice and voluntarily executed the within Waiver of that right and that this was also done upon my advice.

           _____
           ATTORNEY FOR DEFENDANT

950

**IN THE DISTRICT COURT OF THE 16TH JUDICIAL DISTRICT OF THE STATE OF OKLAHOMA SITTING IN AND FOR Sequoyah COUNTY, OKLAHOMA**

SEQUOYAH COUNTY, OKLAHOMA
F I L E D
IN DISTRICT COURT

OCT 30 1992

THE STATE OF OKLAHOMA,                    Plaintiff

vs

Charles Edmond   "Monk" SANDERS
DOB: ███-66 ------------------------------ Defendant,

No. CRF-92-9

KATHY REED, Court Clerk
By_____Deputy

Count Five

Counts I & II are dismissed.

**JUDGMENT AND SENTENCE ON PLEA OF GUILTY**
**FELONY**
(Part Suspended—22 OSA 991a Sec. 1)

Now, on this 20th day of July, 1992, the same being a juridical day of said court, and the time appointed for judgment and sentence in the above entitled cause, the defendant Charles Edmond "Monk" Sanders being personally present in open court, and being represented by his attorney of record Mike Daffin, and the State of Oklahoma being represented by its Assistant District Attorney T. Scott Hickman

The defendant having been legally charged by Information filed in this case with a criminal offense and having been duly arraigned thereon; the said defendant, after consulting with his attorney, personally entered his plea of guilty to the crime of Unlawful Possession of C.D.S. (Cocaine) AFCF charged in said Information. 63 O.S. 2-402 (B-1)   21 O.S 51

The Court prior to accepting said plea informed the defendant of his Constitutional rights, including his right to trial by jury, his right to be confronted by his accusers and his right to his privilege against compulsory self-incrimination; and in response to questioning by the Court, the defendant said that he understood his Constitutional rights and that he waived each of them, and persisted in his plea of guilty. The Court further informed the defendant of the minimum and maximum penalty provided by law for the aforesaid offense, and the effect of such plea; and after being further interrogated by the Court the defendant stated that he is guilty of said crime and that his plea of guilty is voluntary and is made by him without inducement or coercion.

The Court thereupon accepted the defendant's plea of guilty to the aforesaid crime; and the defendant having been asked by the Court whether he had any legal cause to show why judgment and sentence should not now be pronounced against him, and he stating no such sufficient cause, and none appearing to the Court;

IT IS THE JUDGMENT OF THE COURT that the defendant Charles Edmond Sanders

is guilty of the crime of Unlawful Possession of C.D.S. (Cocaine) A.F.C.F.

IT IS THEREFORE ORDERED AND ADJUDGED BY THE COURT that the said

Charles Edmond "Monk" Sanders be committed to the custody of

the STATE DEPARTMENT OF CORRECTIONS at the STATE PENITENTIARY at McAlester, Oklahoma, for a term of ten (10) years, said term of sentence to begin at and from the delivery of the defendant to the Warden of said Penitentiary.

IT IS FURTHER ORDERED AND ADJUDGED that the said defendant pay a FINE of

Dollars ($ none ) and the cost of this prosecution taxed at $302, for which judgment is hereby rendered against the defendant, and if said fine and cost be not paid prior thereto, It is Further Ordered that upon his release from said penitentiary, the Sheriff of Sequoyah County take said defendant into custody and detain him in the Sequoyah County Jail until said fine and costs are paid or satisfied as provided by law.

IT IS FURTHER ORDERED THAT SAID DEFENDANT serve 1,095 days of the sentence in the State Penitentiary at McAlester, Oklahoma, and that the balance of his sentence be, and the same hereby is SUSPENDED; that upon his release from incarceration that he be on probation under the SUPERVISION of the DIVISION OF PROBATION AND PAROLE of the STATE DEPARTMENT OF CORRECTIONS, upon the terms and conditions of probation as are now prescribed and imposed by this Court.

THE TERMS AND CONDITIONS OF PROBATION prescribed and imposed by the Court, after having been read, agreed to, and accepted by the defendant, and signed by him in open court, are attached hereto and made a part of this judgment and sentence.

IT IS FURTHER ORDERED THAT IN THE EVENT OF VIOLATION of the terms and conditions of probation, that the Order suspending the balance of the defendant's sentence be immediately revoked, and that the defendant be recommitted to the State Penitentiary to serve the balance of said sentence.

The Court further advised the defendant of his right to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State without cost to him.

IT IS FURTHER ORDERED that the Sheriff of Sequoyah County transport said defendant to the State Penitentiary at McAlester, Oklahoma, and leave therewith a copy of this judgment and sentence to serve as warrant and authority for the imprisonment of said defendant as provided herein. A second copy of this Judgment and Sentence to be warrant and authority of said Sheriff for the transportaion and imprisonment of said defendant as hereinbefore provided. The Sheriff to make due return to the Clerk of this Court, with his proceedings endorsed thereon.

Attest:
COURT CLERK OF Sequoyah COUNTY

By:_____
                Deputy Court Clerk

_____
                District Judge

THE STATE OF OKLAHOMA }
LeFLORE COUNTY           } SS.

I, _____ Court Clerk of the District Court of the 15th Judicial District of the State of Oklahoma, sitting in and for Sequoyah County, Oklahoma, do hereby certify the above and foregoing to be a true, correct, full and complete copy of the original judgment and sentence in the case of the State of Oklahoma vs.

_____

_____, as the same appears of record in my office.

WITNESS my hand and official seal this_____day of_____, 19_____.

(SEAL)

_____, Court Clerk

By: _____
             Deputy Court Clerk

THE STATE OF OKLAHOMA }
LeFLORE COUNTY           } SS.

I received this judgment and sentence this_____day of_____, 19_____, and executed the same

by transporting the within named defendant to the State Penitentiary at McAlester, Oklahoma, and delivered

h_____ to the Warden thereof on the_____day of_____, 19_____, as herein ordered.

_____, Sheriff

By: _____, Deputy Sheriff

951

STATE OF OKLAHOMA )
Plaintiff,                )
                              )
                              )
                              )                         CASE # _CRF 92-91_____
                              )
VS.                        )
                              )
                              )
                              )
Charles Sanders )
Defendant

S H E R I F F ' S   R E T U R N

Received this ORDER and Sentence on this __20 th__ day of

_July_____,1992 and on __Oct. 29_____,19_92_. did as

ordered, transported _Charles E. Sanders_____

to the Department of Corrections at Lexinton,Oklahoma and

delivered him to the Warden in Charge.

Signed:

WADE STOVALL, Sheriff

BY _Jon Lowe / Bill Sizemore_
Deputy

952

## OKLAHOMA DEPARTMENT OF CORRECTIONS
## RECEIPT FOR PRISONER/DOCUMENTS/DETAINER

| Name and Address of Other Agency: | Name and Address of Institution/CTC: |
|---|---|
| Sequoyah Co | LARC |

RE: Charles Edmond "Mouk" Sanders

YOUR REF:

OUR REF:

JUDGMENT/WARRANT/ORDER: CRF 92-91

OFFENSE: Ct.5 - Unlawful Poss. of C.D.S. (Cocaine) AFCF

TERM: 10 yrs, 1,095 days to serve, remainder susp.

THE PARAGRAPH(S) CHECKED BELOW INDICATE(S) OUR DISPOSITION OF THE JUDGMENT/WARRANT/ORDER:

[✓] RECEIVED AS NEW RECEPTION/~~PAROLE VIOLATOR~~

[ ] A DETAINER HAS BEEN FILED AGAINST HIM IN YOUR FAVOR. THE PRISONER'S CURRENT RELEASE DATE IS

_____ AND HIS PAROLE ELIGIBILITY DATE IS _____.

WE WILL NOTIFY YOU APPROXIMATELY 30 DAYS PRIOR TO RELEASE.

[ ] PRISONER WILL BE HELD FOR SERVICE ON THE ABOVE JUDGMENT AND SENTENCE.

[ ] FORM I OF THE AGREEMENT ON DETAINERS IS BEING SERVED ON THE PRISONER.

[ ] WE ARE RETURNING THE WARRANT YOU FILED AS A DETAINER AGAINST THE ABOVE NAMED, WHICH HAS BEEN

WITHDRAWN IN COMPLIANCE WITH YOUR REQUEST OF _____.

[ ] OUTWITNESS PRISONER RELEASED/RECEIVED BY OKLAHOMA DEPARTMENT OF CORRECTIONS.

[ ] PRISONER RELEASED ON/RETURNED FROM APPEAL BOND.

[ ] OTHER _____

BY: _____    DATE AND TIME: 10-29-92
Signature and Title of Receiving Official

DISTRIBUTION:

Original:       Other Agency
1st Copy:       Inmate
2nd Copy:       Field File
3rd Copy:       Central Records

DOC  062009
REVISED (1-22-79)

475

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUL 2 1 1992

KATHY REED, Court Clerk
By_____Deputy

IN THE DISTRICT COURT OF THE 15TH JUDICIAL DISTRICT
OF THE STATE OF OKLAHOMA
SITTING IN AND FOR SEQUOYAH COUNTY, OKLAHOMA

STATE OF OKLAHOMA,
                    Plaintiff,

vs

Charles Edmond "Monk" Sanders
_____
              Defendant

Mike Daffin
_____
        Attorney of Record

Case No. _____CRF-92-91_____

Count IV

## JUDGEMENT AND SENTENCE ON PLEA OF GUILTY

Now, on this __20th__ day of __July_____, 19 __92__ ,
the same being a regular day of said Court and said case
coming on for hearing, the defendant being personally present
in open Court, with his attorney of record __Mike Daffin__
_____ , having been advised of his right to court
appointed counsel and have knowingly waived his right, and
having received a copy of the information and being informed
of the nature of the charge for the offense of POSSESSION OF
MARIHUANA. The defendant further being advised that the
punishment for POSSESSION OF MARIHUANA is not less than 10
days nor more than one year in the county jail and/or a fine
not more than $1,000. He being further advised that upon
conviction for POSSESSION OF MARIHUANA any second and
subsequent offense of POSSESSION OF MARIHUANA may be filed as
a felony and carries a penalty of not less than 2 years nor
more than 10 years in the State Penitentiary and a fine of
not more than $10,000. He further being advised of his right
to withdraw his plea of guilty within 10 days of this date
and his right to appeal this conviction.

The defendant was further advised of his rights to
speedy trial, to confront witness who testify against him,
his right to remain silent and not be forced to testify, his
presumption of innocence, the State's burden of proof beyond
reasonable doubt, his right to jury and non-jury trial; the
defendant freely, knowingly and voluntary waives these rights
and enters a plea of guilty to the charge of POSSESSION OF
MARIHUANA.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the
defendant  Charles Edmond Monk Sanders , is guilty of the
offense of POSSESSION OF MARIHUANA, that he is Sentenced to a
term of __one year__ in the County Jail of Sequoyah
County and of said sentence __none__ is hereby
suspended. IT IS FURTHER ORDERED that the defendant pay a
fine of __none__ and court costs of __302__ .
To run concurrenlty with count V which is served in the
D.O.C.

_____
JUDGE OF THE DISTRICT COURT

**476**

IN THE DISTRICT COURT OF THE 16TH JUDICIAL DISTRICT
OF THE STATE OF OKLAHOMA
SITTING IN AND FOR Sequoyah COUNTY, OKLAHOMA

THE STATE OF OKLAHOMA,                    Plaintiff

vs

Charles Edmond   "Monk" SANDERS
DOB. ███-66------------------------ Defendant,

No. ------------------------
CRF-92-91

Count Five

Counts I & II are dismissed.

JUDGMENT AND SENTENCE ON PLEA OF GUILTY
FELONY
(Part Suspended—22 OSA 991a Sec. 1)

Now, on this 20th day of July, 1992, the same being a juridical day of said court, and the time appointed for judgment and sentence in the above entitled cause, the defendant Charles Edmond "Monk" Sanders being personally present in open court, and being represented by his attorney of record Mike Daffin, and the State of Oklahoma being represented by its Assistant District Attorney T. Scott Hickman

The defendant having been legally charged by Information filed in this case with a criminal offense and having been duly arraigned thereon; the said defendant, after consulting with his attorney, personally entered his plea of guilty to the crime of Unlawful Possession of C.D.S. (Cocaine) AFCF charged in said Information. 63 O.S.2-402(B-1)  21 O.S 51

The Court prior to accepting said plea informed the defendant of his Constitutional rights, including his right to trial by jury, his right to be confronted by his accusers and his right to his privilege against compulsory self-incrimination; and in response to questioning by the Court, the defendant said that he understood his Constitutional rights and that he waived each of them, and persisted in his plea of guilty. The Court further informed the defendant of the minimum and maximum penalty provided by law for the aforesaid offense, and the effect of such plea; and after being further interrogated by the Court the defendant stated that he is guilty of said crime and that his plea of guilty is voluntary and is made by him without inducement or coercion.

The Court thereupon accepted the defendant's plea of guilty to the aforesaid crime; and the defendant having been asked by the Court whether he had any legal cause to show why judgment and sentence should not now be pronounced against him, and he stating no such sufficient cause, and none appearing to the Court;

IT IS THE JUDGMENT OF THE COURT that the defendant _____ Charles Edmond   Sanders _____ is guilty of the crime of Unlawful Possession of C.D.S. (Cocaine) A.F.C.F.

IT IS THEREFORE ORDERED AND ADJUDGED BY THE COURT that the said _____
Charles  Edmond  "Monk"  Sanders _____ be committed to the custody of the STATE DEPARTMENT OF CORRECTIONS at the STATE PENITENTIARY at McAlester, Oklahoma, for a term of ten (10) years, said term of sentence to begin at and from the delivery of the defendant to the Warden of said Penitentiary.

IT IS FURTHER ORDERED AND ADJUDGED that the said defendant pay a FINE of _____
Dollars ($ none _____) and the cost of this prosecution taxed at $ 302 _____, for which judgment is hereby rendered against the defendant, and if said fine and cost be not paid prior thereto, It is Further Ordered that upon his release from said penitentiary, the Sheriff of Sequoyah County take said defendant into custody and detain him in the Sequoyah County Jail until said fine and costs are paid or satisfied as provided by law.

IT IS FURTHER ORDERED THAT SAID DEFENDANT serve 1,095 days of the sentence in the State Penitentiary at McAlester, Oklahoma, and that the balance of his sentence be, and the same hereby is SUSPENDED; that upon his release from incarceration that he be on probation under the SUPERVISION of the DIVISION OF PROBATION AND PAROLE of the STATE DEPARTMENT OF CORRECTIONS, upon the terms and conditions of probation as are now prescribed and imposed by this Court.

THE TERMS AND CONDITIONS OF PROBATION prescribed and imposed by the Court, after having been read, agreed to, and accepted by the defendant, and signed by him in open court, are attached hereto and made a part of this judgment and sentence.

IT IS FURTHER ORDERED THAT IN THE EVENT OF VIOLATION of the terms and conditions of probation, that the Order suspending the balance of the defendant's sentence be immediately revoked, and that the defendant be recommitted to the State Penitentiary to serve the balance of said sentence.

The Court further advised the defendant of his right to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State without cost to him.

IT IS FURTHER ORDERED that the Sheriff of Sequoyah County transport said defendant to the State Penitentiary at McAlester, Oklahoma, and leave therewith a copy of this judgment and sentence to serve as warrant and authority for the imprisonment of said defendant as provided herein. A second copy of this Judgment and Sentence to be warrant and authority of said Sheriff for the transportaion and imprisonment of said defendant as hereinbefore provided. The Sheriff to make due return to the Clerk of this Court, with his proceedings endorsed thereon.

Attest:
COURT CLERK OF Sequoyah COUNTY

By: ------------------------------------
                Deputy Court Clerk

------------------------------------
                District Judge

IN THE DISTRICT COURT OF *Sequoyah* COUNTY
STATE OF OKLAHOMA

Charles Sanders,
      Petitioner,    )
                     )
                     )
                     )
vs.                  )    CASE NO. CRF - 92 - 91'
                     )                   CRF - 90 - 144
State of OKLA.,        )
      Respondent(s),  )
                     )

## NOTICE OF INTENT TO APPEAL

COMES NOW the Petitioner, Charles Sanders pro se, and files herewith in open Court, Notice of Intent to Appeal to the Court of Criminal Appeals of Oklahoma, from the oreder rendered herein on the 26 day of MAY ,1993, in favor of the Respondent(s) and against this Petitioner and requests that this Notice be entered on the trial docket of this Court as provided by law.

Respectfully submitted,

/s/ Charles Sanders
Pro Se Petitioner

Jess Dunn Correctional Center
Drawer AA
Taft, Oklahoma  74463 - 0483

SEQUOYAH COUNTY, OKLAHOMA
**FILED**
IN DISTRICT COURT

JUN 07 1993

KATHY REED, Court Clerk
By_____Deputy

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
MAY 2 6 1993
KATHY REED, Court Clerk
By_____Deputy

IN THE DISTRICT COURT OF THE 16TH JUDICIAL DISTRICT
OF THE STATE OF OKLAHOMA
SITTING IN AND FOR Sequoyah COUNTY, OKLAHOMA

THE STATE OF OKLAHOMA,                          Plaintiff

vs

Charles Edmond "Monk" Sanders
DOB ████66 ----------------------- Defendant,

No. CRF-92-91

Count Five,
Counts I & II are dismissed.

"AMENDED"
**JUDGMENT AND SENTENCE ON PLEA OF GUILTY**
**FELONY**
(Part Suspended—22 OSA 991a Sec. 1)

Now, on this 20th day of July, 19 92, the same being a juridical day of said court, and the time appointed for judgment and sentence in the above entitled cause, the defendant Charles Edmond "Monk" Sanders being personally present in open court, and being represented by his attorney of record Mike Daffin, and the State of Oklahoma being represented by its Assistant District Attorney T. Scott Hickman

The defendant having been legally charged by Information filed in this case with a criminal offense and having been duly arraigned thereon; the said defendant, after consulting with his attorney, personally entered his plea of guilty to the crime of Amended to Unlawful Possession of C.D.S. (Cocaine) charged in said Information. After Former Conviction of a Similiar Offense.

The Court prior to accepting said plea informed the defendant of his Constitutional rights, including his right to trial by jury, his right to be confronted by his accusers and his right to his privilege against compulsory self-incrimination; and in response to questioning by the Court, the defendant said that he understood his Constitutional rights and that he waived each of them, and persisted in his plea of guilty. The Court further informed the defendant of the minimum and maximum penalty provided by law for the aforesaid offense, and the effect of such plea; and after being further interrogated by the Court the defendant stated that he is guilty of said crime and that his plea of guilty is voluntary and is made by him without inducement or coercion.

The Court thereupon accepted the defendant's plea of guilty to the aforesaid crime; and the defendant having been asked by the Court whether he had any legal cause to show why judgment and sentence should not now be pronounced against him, and he stating no such sufficient cause, and none appearing to the Court;

IT IS THE JUDGMENT OF THE COURT that the defendant Charles Edmond "Monk" Sanders is guilty of the crime of Unlawful Possession of C.D.S. (Cocaine) After Former Conviction of a Similiar Offense 63 O.S.2-402(B-1).

IT IS THEREFORE ORDERED AND ADJUDGED BY THE COURT that the said Charles Edmond "Monk" Sanders be committed to the custody of the STATE DEPARTMENT OF CORRECTIONS at the STATE PENITENTIARY at McAlester, Oklahoma, for a term of ten(10) years, said term of sentence to begin at and from the delivery of the defendant to the Warden of said Penitentiary.

IT IS FURTHER ORDERED AND ADJUDGED that the said defendant pay a FINE of _____ Dollars ($_____) and the cost of this prosecution taxed at $ 302, for which judgment is hereby rendered against the defendant, and if said fine and cost be not paid prior thereto, It is Further Ordered that upon his release from said penitentiary, the Sheriff of Sequoyah County take said defendant into custody and detain him in the Sequoyah County Jail until said fine and costs are paid or satisfied as provided by law.

IT IS FURTHER ORDERED THAT SAID DEFENDANT serve 1,025 days of the sentence in the State Penitentiary at McAlester, Oklahoma, and that the balance of his sentence be, and the same hereby is SUSPENDED; that upon his release from incarceration that he be on probation under the SUPERVISION of the DIVISION OF PROBATION AND PAROLE of the STATE DEPARTMENT OF CORRECTIONS, upon the terms and conditions of probation as are now prescribed and imposed by this Court.

THE TERMS AND CONDITIONS OF PROBATION prescribed and imposed by the Court, after having been read, agreed to, and accepted by the defendant, and signed by him in open court, are attached hereto and made a part of this judgment and sentence.

IT IS FURTHER ORDERED THAT IN THE EVENT OF VIOLATION of the terms and conditions of probation, that the Order suspending the balance of the defendant's sentence be immediately revoked, and that the defendant be recommitted to the State Penitentiary to serve the balance of said sentence.

The Court further advised the defendant of his right to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State without cost to him.

IT IS FURTHER ORDERED that the Sheriff of Sequoyah County transport said defendant to the State Penitentiary at McAlester, Oklahoma, and leave therewith a copy of this judgment and sentence to serve as warrant and authority for the imprisonment of said defendant as provided herein. A second copy of this Judgment and Sentence to be warrant and authority of said Sheriff for the transportaion and imprisonment of said defendant as hereinbefore provided. The Sheriff to make due return to the Clerk of this Court with his proceedings endorsed thereon.

Attest:
COURT, CLERK OF Sequoyah COUNTY

By: _____
Deputy Court Clerk

_____
District Judge

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA )
                     Plaintiff )
                                )
VS.                             )    CASE NUMBER: Cy-91-144,
                                )                 y-89-396-
*Charles Sanders*               )                 Cy-92-91
                                )
D.O.B. ███66                    )
DATE 7-10-96 .

                            Assistant District Attorney    SEQUOYAH COUNTY, OKLAHOMA
                                                                    FILED
                                                           IN DISTRICT COURT
                            Defendant's Attorney               JUL 1 0 1996
                                                           BERNELL EDWARDS, COURT CLERK
                                                           BY_____
                                                                        _____DEPUT

                            RULE 8 HEARING
                              (summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE
MEANS TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL
PENALTIES, IT IS HEREBY ORDERED BY THE COURT THAT DEFENDANT
PAY:

$ 100.00 ON OR BEFORE *Aug. 1st* BY 4:00        P.M. AND

$        ON OR BEFORE           BY 4:00   P.M. , THEN

$ 100.00    PER MONTH ON OR BEFORE THE  *1st*     DAY OF EACH
MONTH WITH LIKE SUMS ON THE SAME DATE THEREAFTER UNTIL PAID IN
FULL; OR THE BALANCE IN FULL ON OR BEFORE THE  *1st*   DAY OF *Dec* .
199*6* BY      P.M. OR,
IT IS FURTHER ORDERED THAT DEFENDANT MAKE ALL PAYMENTS IN
PERSON AT THE OFFICE OF THE COURT CLERK.
COMMENTS: *last pay. last pt$133.04*

TOTAL TO PAY $ *533.04*    (*90-144 = 116 ≠  92-91 = 302 ≈  89-396 = 115.04*)

                                    _____
                                    JUDGE OF THE DISTRICT COURT

_____
DEFENDANT

* Defendant is further ordered to notify the Collections Adm. of any change of address,
telephone, employment or income.

*Judge Sprouse*
*Sequoyah Co Courthouse in*
*Sallisaw Okla*
*74955*

*owes $533.04*

*Patti 918 775 4411*

## NOTICE OF COURT HEARING
## FOR PAYMENT OF FINES AND COSTS

*191483 Sanders, Charles*
Inmate/DOC #

*OM-*

Your judgment and sentence in case(s) _*91-144, 89-396 92-91*_

indicate that you are to return to the sentencing court in

_*Sequoyah*_ county for a judicial hearing to determine your

ability to pay your court-ordered fines and costs. If you are not

immediately able to pay the fines and costs, a payment schedule will be

established. You are to appear before the Honorable Judge

_*Dennis Sprouse*_ of _*Sequoyah*_ County on

_*7/10/96*_ at _*8 AM*_ am/pm, to determine your

ability to pay your fines and costs. Failure to attend this hearing

could result in further imprisonment in the _*Sequoyah*_

County jail.


I acknowledge this notice and agree to appear in court on the scheduled

date and time. Signed this _*1st*_ day of _*July, 1996*_

_*Charles Sanders*_ _*191483*_
Inmate Signature and DOC #

Inmate's Forwarding Address:

██████████████████
Street

_*Cathy Alburty, CCM*_
Witness

_*Sallisaw*_  _*Okla 74955*_
City                     State/Zip

CC    Inmate
      Sentencing Court
      Field File--Section 1

DOC 090107

474

SEQUOYAH COUNTY, OKLAHOMA
**FILED**
IN DISTRICT COURT

IN THE DISTRICT COURT OF THE 15TH JUDICIAL DISTRICT
OF THE STATE OF OKLAHOMA
SITTING IN AND FOR SEQUOYAH COUNTY, OKLAHOMA

JUL 2 1 1992

KATHY REED, Court Clerk

By_____7B._____Deputy

STATE OF OKLAHOMA,
                    Plaintiff,
        vs
Charles Edmond  "Monk" Sanders
DOB██████66                                    Case No.  CRF-92-91
                    Defendant,                  Count III
Mike Daffin

            Attorney of Record.

JUDGMENT AND SENTENCE ON PLEA OF GUILTY - D.U.I.

        Now, on this 20th  day of _July____, 1992_, the same
being a regular day of said Court and said case coming on for
hearing, the defendant being personally present in open
Court, with his attorney of record _Mike Daffin_____,
having been advised of his right to court appointed counsel
and have knowingly waived his right, and having received a
copy of the information and being informed of the nature of
the charge for the offense of DRIVING UNDER THE INFLUENCE OF
INTOXICATING LIQUOR (DUI). The defendant further being
advised that the punishment for DUI is not less then 10 days
nor more than one year in the county jail and/or a fine not
more than $1,000. He being further advised that upon
conviction for DUI any second and subsequent offense of DUI
may be filed as a felony and carries a penalty of not less
than one year nor more than five years in the State
Penitentiary and a fine of not more than $2,500. He further
being advised of his right to withdraw his plea of guilty
within ten days of this date and his right to appeal this
conviction.

        The defendant was further advised of his rights to
speedy trial, to confront witness who testify against him,
his right to remain silent and not be forced to testify, his
presumption of innocence, the State's burden of proof beyond
reasonable doubt, his right to jury and non-jury trial; the
defendant freely, knowingly and voluntary waives these rights
and enters a plea of guilty to the charge of Driving Under
The Influence of Intoxicating Liquor.

        IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the
defendant Charles Edmond Sanders__,is guilty of the offense
of DRIVING UNDER THE INFLUENCE OF INTOXICATING LIQUOR, that
he is sentenced to a term of _____one years_____ in the
County Jail of Sequoyah County and of said sentence
_none_____is hereby suspended. IT IS FURTHER ORDERED
that the defendant pay a fine of_none_____and court
costs of 302_____.
Runs concurrenly with count V which is served in the D.O.C.

JUDGE OF THE DISTRICT COURT

# Darla Cantrell, CSR

Sequoyah County Courthouse
Sallisaw, OK  74955



Darla Cantrell
P.O. Box 1314
Ft. Gibson, OK   74434
(918)478-3714

## NOTICE OF ESTIMATION OF TRANSCRIPT

Date **6-8-93**

To: **Dan George**

IN RE:
   State of Oklahoma vs. **Sixkiller + Vicki Johnson**
      CR**F-92-205**                    Sequoyah County

        The estimated pages of this **Preliminary** hearing taken on **3-22-93** is approximately **185** pages @ $2.50.  I will need a deposit of $ **210.00** before I will begin the transcription of this proceeding.  Please send the deposit as soon as possible to the address above, and I will get the transcript to you upon completion.
        Please contact me if you have any further questions concerning this matter.

                                Thank you,

                                *Darla Cantrell*

                                Darla Cantrell, CSR-CP

# (918)775-4262




# Darla Cantrell, CSR

Sequoyah County Courthouse
Sallisaw, OK  74955

Darla Cantrell
P.O. Box 1314
Ft. Gibson, OK   74434
(918)478-3714

## NOTICE OF ESTIMATION OF TRANSCRIPT

Date **6-8-93**

To: **Dan George**

IN RE:
State of Oklahoma vs. **Terry Webb + Ronnie Bradley**
CR**E-92-181** Sequoyah County

    The estimated pages of this **Preliminary** hearing taken on **2-17-93** is approximately **145** pages @ $2.50.  I will need a deposit of $ **365.00** before I will begin the transcription of this proceeding.  Please send the deposit as soon as possible to the address above, and I will get the transcript to you upon completion.
    Please contact me if you have any further questions concerning this matter.

Thank you,

*Darla Cantrell*

Darla Cantrell, CSR-CP

(918)775-4262