**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 169**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR SEQUOYAH COUNTY

THE STATE OF OKLAHOMA,                      )
      Plaintiff,                          )
                                     )
vs.                                         )
                                     )
CINDY ELAINE CRAWFORD                       )
    **ADDR:** ██████████████                 )
        Sallisaw, OK   74955                )
    **SSN:** ████2026                       )
    **DOB:** ████/76                        )
                             )
        Defendant(s),                       )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**JUN 1 3 2008**

MAUDEEN VANN, COURT CLERK
BY_____DEPUTY
Case No. CF-2008-__224__

## INFORMATION

**FOR:**

**COUNT 1:**      BURGLARY IN THE FIRST DEGREE~ 21 O.S. § 1431 a FELONY
**COUNT 2:**      CONSPIRACY~ 21 O.S. § 421 a FELONY

**STATE OF OKLAHOMA, COUNTY OF SEQUOYAH:**

    I, **Jerry S. Moore**, the undersigned District Attorney of said County, in the name and by the authority, and on behalf of the State of Oklahoma, give information that in said County of Sequoyah and in the State of Oklahoma, **CINDY ELAINE CRAWFORD**, did then and there unlawfully, willfully, knowingly and wrongfully commit the crime(s) of:

**COUNT 1**      **BURGLARY IN THE FIRST DEGREE~ a FELONY, on or about the 11th day of June, 2008, by breaking and entering into the dwelling house occupied by and in the possession of Quincy Haymer and located at 416 W Port Arthur Sallisaw OK, and in which there was at the time and place a human being, to-wit: Quincy Haymer by forcibly entering the front door of said dwelling house and entering without the consent of said occupant with the intent to commit the crime of assault.**

**This crime is punishable by imprisonment for 7 to 20 years**

**COUNT 2**      **CONSPIRACY~ a FELONY, on or about the 11th day of June, 2008, by conspiring and agreeing with Aaron Shields to commit the crime of Burglary 1st, a felony, by entering Quincy Haymer's home without permission and threatening individuals within the home, and said defendant and Aaron Shields did in furtherance of the conspiracy.**

**This crime is punishable by imprisonment for up to 10 years, or a fine of up to $5,000, or both.**

JERRY S. MOORE
DISTRICT ATTORNEY

By: _____

Kyle Waters
Assistant District Attorney

Subscribe and sworn to before me this 13th day of June, 2008.

NOTARY PUBLIC

My Commission expires:

## WITNESSES ENDORSED FOR THE STATE OF OKLAHOMA

Herbert Hutchinson Off., Sallisaw Police Department, 101 W. Chickasaw, Sallisaw OK 74955
Bill Oliver, Sallisaw Police Department, 101 W. Chickasaw, Sallisaw OK 74955
Justin Smithson, Sallisaw Police Department, 101 West Chickasaw, Sallisaw OK 74955
Quincy Haymer Jr., ███████████████ Sallisaw OK 74955
Crystal Jackson, ███████ Sallisaw OK 74955
Marcus White, ███████████ SALLISAW OK 74955
Christopher Burley, ███████████ Sallisaw OK 74955
Larry Tye Ross, c/o District Attorneys Office



IN THE DISTRICT COURT OF SEQUOYAH COUNTY

**STATE OF OKLAHOMA**

Page 1 of 5

| | | |
|---|---|---|
| STATE OF OKLAHOMA<br>Plaintiff, | )<br>)<br>) | SEQUOYAH COUNTY, OKLAHOMA<br>FILED<br>IN DISTRICT COURT |
| vs. | )<br>) | Case No. CF-08-224 |
| CRAWFORD, CYNTHIA ELAINE<br>Defendant. | )<br>)<br>) | JUN 1 3 2008<br>MAUDEEN VANN, COURT CLERK<br>BY_____ DEPUTY |

## PROBABLE CAUSE AFFIDAVIT FOR ARREST WITHOUT WARRANT

Comes now the undersigned Affiant, and states upon Oath or Affirmation that the following information and facts are correct to the best of the Affiant's knowledge and belief. The undersigned believes that probable cause exists for the detention of the below named ARRESTEE for the below listed crimes committed on the below listed date, in the City of Sallisaw, County of Sequoyah, Oklahoma.

| | | | |
|---|---|---|---|
| **Arrestee Name** | CRAWFORD, CYNTHIA ELAINE | | |
| **SSN** | ████2026 | **DOB** | ████1976 |
| **Sex** | Female | **Race** | White |
| **Hair** | Blond or Strawberry | **Eye** | Blue |
| **Ethnicity** | Not Hispanic Origin | **Build** | Medium Build |
| **HGT** | 5 Ft.  3 In. | **WGT** | 140 lbs. |
| **Address** | ████████████ | | |
| **City** | Sallisaw | | |
| **State** | Oklahoma   74955 | | |

| | | | |
|---|---|---|---|
| **Date Of Arrest** | 06/11/2008 | **Time Of Arrest**  04:11 | |
| **Arrest Location** | 411 S ASH | | |
| **Arrest City** | Sallisaw | | |
| **Offense Location** | 416 West Port Arthur Sallisaw, Oklahoma | | |
| **Offense City** | Sallisaw | | |

**Offense(s) Committed / Anticipated Charge(s)**

1. 21 O.S. § 1431(2) • Burglary in the first degree: breaks into a house in which there is some human being with intent to commit some crime by other manner, being armed with a dangerous weapon or assisted by other.
2. 21 O.S. § 421(A)(1) • Conspiracy: Two or more persons commit any crime.

**Facts & Circumstance that support probable cause to arrest the above named person are**

On the 11th day of June 2008, at approximately 01:55 hours, I and other

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

**STATE OF OKLAHOMA**

Page 2 of 5

Case No.  :
Defendant : CRAWFORD, CYNTHIA ELAINE

**Facts & Circumstance that support probable cause to arrest the above named person are**

officers with the Sallisaw Police Department were dispatched to 416 West Port Arthur in reference to a fight in progress. Upon my arrival at the residence I observed a female subject later identified as Crystal Jackson come running out of the residence yelling that a man was inside her residence with a hatchet. I went into the residence an observed a black male subject identified as Quincy Haymer standing in the hallway of the residence, I then observed a white male subject later identified as Aaron Shields lying in the bathroom floor. At this time Officer Smithson arrived at my location, and I asked him to stay with the male subject while I spoke with Haymer outside the residence. Haymer advised me that he was inside his residence with his girlfriend Crystal Jackson. Haymer stated that he heard someone knock on the door to his residence. Haymer advised when he answered the door he observed a female subject that he identified as being Cindy Crawford standing

in front of the door with a [illegible] subject later identified as Aaron Shields. Haymer stated that he went to close the door to the residence and both Shields and Crawford pushed their way inside. Haymer stated that Shields was coming at him with a hatchet saying give us the drugs. Haymer then ran into the bedroom and called his brother from his cell phone. Haymer advised that Shields continued yelling and a hitting the wall with the hatchet trying to get him to leave the bedroom. Haymer stated to me that when he thought Shields was gone from the residence he walked out and Shields tried hitting him with the hatchet. Haymer advised that he and Shields got into a physical altercation and he kept Shields in the bathroom until the police arrived.

On the 11th day of June 2008, at approximately 02:15 hours, I spoke with Crystal Jackson and advised me that she was in the kitchen, when she heard a knock on the front door to her residence. Jackson advised me that Haymer answered the door, and she observed a male and female subject standing outside the door. She advised that the male and female subject ran into the residence, and a male subject was holding a hatchet. Jackson stated that the female subject held her against the wall while the male subject chased Haymer into the bedroom of the residence. Jackson advised me that Crawford was yelling at her if she moved they would kill her. Jackson stated that she realized Marcus White and Chris Burley had arrived so she ran outside and called the police department.

On the 11th day of June 2008, at approximately 02:30 hours, I went into the residence to speak with Shields and could smell a strong odor of an



IN THE DISTRICT COURT OF SEQUOYAH COUNTY

## STATE OF OKLAHOMA
Page 3 of 5

Case No. :
Defendant : CRAWFORD, CYNTHIA ELAINE

**Facts & Circumstance that support probable cause to arrest the above named person are**

alcoholic beverage coming from his breath and person. Shields was then transported by EMS to Sequoyah Memorial Hospital were he was later admitted. I took statements from all the witnesses at the residence. After collecting witness statements Myself, Officer Justin Smithson, and Officer Billy Oliver traveled to the Crawford residence which is located at ▮▮▮▮▮▮▮▮▮▮▮▮ We made contact with Crawford at the residence and I could smell a strong odor of an alcoholic beverage coming from her breath and person. Crawford also had slurred speech and was very unstable on her feet. While standing with Crawford she stated that she was walking to her friends when a male subject put a knife to her throat and made her stand in a corner inside Haymers residence. At this time I placed Crawford under arrest and she was transported by Officer Oliver to the police department without further incident.

On the 11th day of June 2008, at approximately 11:30 hours, I went to Sequoyah Memorial Hospital and spoke with Shields. Before speaking with Shields I advised him of his Miranda Rights and he agreed that he understood. I asked Shields to tell me what happened last night, and he agreed to speak with me. Shields advised me that Cindy Crawford showed up at his residence and asked him if he would go with her across the street to get some money that the people owed her. He advised me that she said her husband Travis was a chicken and wouldn't go with her. Shields stated that he went outside his residence and he noticed Travis holding a Hatchet. He had Travis hand him the hatchet and he walked across the street with Cindy. He advised that Cindy knocked on the door to the residence. He advised that the subjects opened the door, and Cindy walked into the residence and he followed. Shields advised me that he told the female subject to stand against the wall, and Haymer took off running to the bedroom. He stated the he beat on the door and door jam trying to get Haymer to come out of the bedroom. Shields stated that he heard Haymer on the phone so he went to the leave the residence and there was three male subjects standing in the living room area. Shields advised that Haymer came out of the bedroom and they started fighting. Shields advised me that he ran into the bathroom to try and get away, but they kicked in the door to the bathroom. Shields stated that they kicked and punched him until he was unable to stand under his own power. Shields stated to me that it was Crawford and her husband ideal, and the only reason he went with her was because he was intoxicated. Shields advised that he smoked a bowl on meth with Crawford at her residence a short time before the incident occurred.



IN THE DISTRICT COURT OF SEQUOYAH COUNTY

## STATE OF OKLAHOMA
Page 4 of 5

Case No. :
Defendant : CRAWFORD, CYNTHIA ELAINE

AFCF: No ☐ / Yes ☑    Times (1) ☑ (2) ☐ or _____

Upon oath, I declare that the above information is true and correct to the best of my knowledge and belief.
Officer's Name    HUTCHINSON, HERB        Badge No. 914

_____
(Signature of Affiant)

Subscribed and sworn before me this *12 June 2008*
My commission number *02011938*
My commission expires *7-12-2010*

*Patsy Allen*
_____
Notary Public

☐ Yes    ☑ No    Sheriff's Affidavit Required

☐ Bond Posted    ☐ Appear in Court

**BOND POSTED**
A probable cause determination is not necessary, the arrestee bonded out of jail on the _____ at _____

**APPEAR IN COURT**
The undersigned Judge of this Court having conducted a probable cause determination for the above named person's arrest without warrant by sworn testimony and/or affidavit finds:

☑ This affidavit/testimony contains sufficient facts showing probable cause for the person's arrest existed at the time of the arrest.
　　Arraignment before a court is ordered on _6/18_ at _10 A_
　　☑ The Court sets an appearance Bond in the amount of $ _APS_
　　☐ Bond in the amount of $_____ For the crime of _____
　　☐ Bond in the amount of $_____ For the crime of _____
　　☐ Bond in the amount of $_____ For the crime of _____
　　☐ Bond in the amount of $_____ For the crime of _____
　　☐ Bond in the amount of $_____ For the crime of _____
　　☐ The Court denies Bond at this time.

☐ This affidavit/testimony contains insufficient facts to show probable cause for the person's arrest existed at the time of arrest. The arrestee is ordered released from custody immediately.
　　Date _____    Time _____

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

Page 5 of 5

Case No.  :
Defendant : CRAWFORD, CYNTHIA ELAINE

I make the preceeding findings and order pursuant to Gerstein v. Pugh, 420 U.S. 103 (1975), and County of Riverside v. McLaughlin, No. 89-1817 (U.S. May 13, 1991) (Lexis 2528):

_____          June 13, 2008 @ 10:41A
              Judge                                      Date

                                          _____
                                                  Judge's Signature

IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR SEQUOYAH COUNTY

THE STATE OF OKLAHOMA,                    )
       Plaintiff,                        )
                                )
vs.                                       )
                                )
CYNTHIA ELAINE CRAWFORD                    )

ADDR: ▮▮▮▮▮▮▮▮▮▮▮                          )
       Sallisaw, OK  74955                )
SSN: ▮▮▮▮2026                             )    Case No. CF-2008-224
DOB: ▮▮▮76                                )

       , Defendant(s),                    )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 1 8 2008

MAUDEEN VANN, COURT CLERK
BY_____ DEPUTY

**AMENDED**

**INFORMATION**

FOR:

COUNT 1:    BURGLARY IN THE FIRST DEGREE~ 21 O.S. § 1431 a FELONY
COUNT 2:    CONSPIRACY~ 21 O.S. § 421 a FELONY

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH:

I, **Jerry S. Moore**, the undersigned District Attorney of said County, in the name and by the authority, and on behalf of the State of Oklahoma, give information that in said County of Sequoyah and in the State of Oklahoma, **CYNTHIA ELAINE CRAWFORD**, did then and there unlawfully, willfully, knowingly and wrongfully commit the crime(s) of:

**COUNT 1    BURGLARY IN THE FIRST DEGREE~ a FELONY, on or about the 11th day of June, 2008, by breaking and entering into the dwelling house occupied by and in the possession of Quincy Haymer and located at ▮▮▮▮▮▮▮▮▮▮Sallisaw OK, and in which there was at the time and place a human being, to-wit: Quincy Haymer by forcibly entering the front door of said dwelling house and entering without the consent of said occupant with the intent to commit the crime of assault.**

**This crime is punishable by imprisonment for 7 to 20 years**

**COUNT 2    CONSPIRACY~ a FELONY, on or about the 11th day of June, 2008, by conspiring and agreeing with Aaron Shields to commit the crime of Burglary 1st, a felony, by entering Quincy Haymer's home without permission and threatening individuals within the home, and said defendant and Aaron Shields did  in furtherance of the conspiracy.**

**This crime is punishable by imprisonment for up to 10 years, or a fine of up to $5,000, or both.**

JERRY S. MOORE
DISTRICT ATTORNEY

By: _____
Kyle Waters
Assistant District Attorney


Subscribe and sworn to before me this 18th day of June, 2008.

ROBIN HICKMAN
Notary Public
State of Oklahoma
Commission # 07008018  Expires 08/30/11

ROBIN HICKMAN
NOTARY PUBLIC

My Commission expires:

## WITNESSES ENDORSED FOR THE STATE OF OKLAHOMA

Herbert Hutchinson, Sallisaw Police Department, 101 W. Chickasaw, Sallisaw OK 74955
Billy Oliver, Sallisaw Police Department, 101 W. Chickasaw, Sallisaw OK 74955
Justin Smithson, Sallisaw Police Department, 101 West Chickasaw, Sallisaw OK 74955
Quincy Haymer Jr., ███████████████ Sallisaw OK 74955
Crystal Jackson, ███████████ Sallisaw OK 74955
Marcus White, ███████████ SALLISAW OK 74955
Christopher Burley, ███████████ Sallisaw OK 74955
Larry Tye Ross, c/o District Attorneys Office

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

JUN 2 5 2008

MAUDEEN VANN, COURT CLERK

BY_____ DEPUTY

THE STATE OF OKLAHOMA
Plaintiff

vs.

Cynthia Elaine Crawford
Defendant

}
}
}
}
}
}
}
}
}

Case No. CF-2008-224

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD
## FOR OIDS CLIENT DUE TO INELIGIBILITY

COMES NOW the attorney of record, Jeffrey Bryant Jones, for the above-entitled defendant and would request that this honorable court allow him to withdraw as attorney of record for said defendant.

That in ___June___ of 200_8_, the Oklahoma Indigent Defense System (OIDS) was appointed to represent that above-named individual in the above-styled case. That the Defendant is ineligible for a court appointed attorney for the following reasons, to-wit:

_the defendant made a substantial bond_

WHEREFORE, the above premises considered movant prays that said Motion be granted.

Jeffrey Bryant Jones, OBA #17919

## ORDER ALLOWING ATTORNEY TO WITHDRAW

NOW ON THIS the 25th day of ___June___, 200_8_, this case comes on for hearing on the request of the attorney of record to withdraw from said case, the finding is that said motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that Jeffrey Bryant Jones should be allowed to withdraw from said case. That he is relieved of any future responsibility to this court in said case.

Judge of the District Court

# Hamilton - Morgan Bail Bonds
## Diane Pratt
## APPEARANCE BOND

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 19 2008

MAUDE _____ COURT CLERK
BY _____ DEPUTY

IN THE DISTRICT COURT OF _____ Seq _____ COUNTY, STATE OF OKLAHOMA
State of Oklahoma,                          Plaintiff,

vs. Cynthia Crawford _____, Defendant          Case No. CF-08-224

Know all men by these presents, that we the above named defendant, as principal, and the undersigned Diane Pratt _____ Diane Pratt, Professional as surety(ies) personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of Ten Thousand _____ Dollars ($ 10,000 )
good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of Seq _____ County, State of Oklahoma, shall personally be and appear before the District Court of said county on the 25 day of June _____, 2008, at 10 o'clock am., of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of Burg I - AFCFX1 _____

and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hand and seals this 18 day of June _____, 20 08

Cynthia C Crawford Principal _____ [redacted] Sallisaw, OK Address
Hamilton - Morgan                Surety
Diane Pratt
Diane Pratt _____ Surety _____ [redacted] Sallisaw, OK _____ Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this _____ day of _____, 20 _____.

_____ Court Clerk/Sheriff _____ Deputy

This undertaking approved this _____ day of _____, 20 _____.

(SEAL)                          By: _____ Deputy/Clerk

## AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, _____ Seq _____ County, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of _____ Seq _____ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as herinafter specified under one or more of the following relevant statutory provisions, to-wit:
    a) Consideration for this undertaking received or promised in the sum of $ 1,000. 00

    b) Other security received or promised for making this undertaking, is as follows: PN _____

    c) Such promise, security or consideration was received from:
Cynthia C Crawford _____ PL Box 189 _____ [redacted] Sallisaw, OK.
Name                          Address

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as on commits perjury.
Diane Pratt _____ [redacted] Sallisaw, OK 74955
Affiant                          Address

Subscribed and sworn to before me this _____ day of _____, 20 _____.
(SEAL)

_____ Court Clerk - Notary Public

My Commission Expires:
_____ Deputy

# In the District Court in and for Sequoyah County
## State of Oklahoma

State of Oklahoma,

   Plantiff,

vs.

*Cynthia Elaine Crawford*

   Defendant

)
)
)
)
)
)
)
)
)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 1 4 2008

MAUDEEN VANN, COURT CLERK
BY_____
       _____ DEPUTY

Case No. CF- *2008-224*

## WAIVER OF PRELIMINARY HEARING

Now on this __13th__ day of __August__, 20_08_, the above styled case comes on for preliminary hearing. The defendant appears in person and represented by his attorney of record, __WILLIAM ORENDORFF__, the State of Oklahoma appears by its Assistant District Attorney. Thereupon the defendant herein acknowledges having been advised of the right to a preliminary hearing. That in said hearing the State of Oklahoma must prove to the satisfaction of the Court that the crime as alledged in the information was, in fact, committed and there is probable cause to believe that the defendant committed said crime. That if said burden was not met then the case would be dismissed and the bond exonerated.

The defendant is further advised that at said hearing that he/she has the right to cross examine any of the State's witnesses and to call witnesses on his/her behalf. And further, the defendant is advised of the right at the hearing to limited discovery of the State's case in chief.

Having these rights in mind, the defendant herein, waives all of the above rights with respect to a preliminary hearing in this matter.

_____
Defendant

_____
Attorney for Defendant

## WAIVER OF JURISDICTION OF EXAMINING MAGISTRATE

The defendant is further advised that neither the examining magistrate nor the Special Judge has the jurisdiction to proceed further with the case unless affirmatively waived. Having these rights in mind, the defendant hereby waives his/her rights to object to any jurisdictional defects of the Court.

_____
Defendant

_____
Attorney for Defendant

## COURT MINUTE OF PRELIMINARY HEARING

The defendant in the above styled case having knowingly and intelligently waived his/her rights to the preliminary hearing and there being no objection by the State of Oklahoma, the Court accepts the defendant's waiver and hereby binds the defendant over to stand trial in the District Court of Sequoyah County, State of Oklahoma, on the charges as set out in the information as filed in this case.

Sept 25, 2008 @ 1:30
T. Payton.

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
   Plaintiff      )
             )
vs.            ) Case No. CF-08-00224
CINDY ELAINE CRAWFORD    )
411 APT A ASH ST       )
             )
SALLISAW, OK  74955     )
   Defendant      )
  SS#: ████2026
  DOB: ████1976

*CF-08-224*

*SEQUOYAH COUNTY, OKLAHOMA*
*FILED*
*IN DISTRICT COURT*

**NOV 0 6 2008**

MAUDEEN VANN, COURT CLERK

BY_____ DEPUTY

Date: 11/06/08  State's Attorney:  KYLE WATERS
       Defendant's Attorney: WILLIAM K. ORENDORFF

RULE 8 HEARING
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $25.00 on or before 11-13-2008 and

then __25__ per month on or before the _13th_ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 11-13-20_____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $ 2868.80

X _Cynthia E Crawford_
   Defendant

DENNIS M. SPROUSE
Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

# SEQUOYAH COUNTY DISTRICT COURT
## 120 E. Chickasaw, Sallisaw, OK 74955
## 918-775-4411

---

## DEFENDANT'S FINANCIAL STATEMENT / SUPERVISION APPLICATION
Thoroughly and legibly complete this Defendant's Financial Statement/Supervision Application
Do not leave any blanks. If an item does not pertain to you, fill in "N/A" for not applicable.

---

### DEFENDANT

| Name: (First, Middle, Last) Cynthia t Crawford | Nickname: Cindy Maiden Name: Lucas | Place of Birth: Ft Smith |
|---|---|---|

| Social Security No: ▓▓▓-▓▓-2026 | Date of Birth: ▓▓-▓▓-76 | Age: 32 | Driver's License No.: | State: OK | Expiration Date: 2010 |
|---|---|---|---|---|---|

| Current Address: ☐ House ☐ Apt/Bldg # ☐ Mobile Home Lot # ☐ Other ▓▓▓▓▓▓ | | How Long? 3 mo |
|---|---|---|

| Previous Address: ▓▓▓▓▓▓ | City Sallisaw | Zip 74955 | How Long? 3 yr |
|---|---|---|---|

| Home Phone No.: None | Cell Phone No.: None | Message Phone No.: 773 6085 |
|---|---|---|

No. of Dependents: ☑ Spouse  ☐ Children (ages):_____  ☐ Other (Relationship)    Total Dependents:

| Sex: F | Race: W | Hair: Blonde | Height: 5 2 | Weight: 140 |
|---|---|---|---|---|

| Employer: (Name & Address): None | Supervisor's Name: | Phone No.: |
|---|---|---|
| How Long? | Your Title: | Hours per Week: | Hourly Rate: | Pay Schedule: ☐ Weekly ☐ Bi-weekly ☐ Other | Date of Next Check: |

---

### SPOUSE

| Name: (First, Middle, Last) Travis Don Crawford | Nickname; Maiden Name: |
|---|---|

| Social Security No: ▓▓▓-▓▓-5635 | Employer: (Name & Address) | Supervisor's Name: | Phone No.: |
|---|---|---|---|
| How Long? | Title: | Hours per Week: | Hourly Rate: | Pay Schedule: ☐ Weekly ☐ Bi-weekly ☐ Other | Date of Next Check: |

---

### References - Someone who will always know how to contact you

| Full Name & Address of Nearest Relative Not Living With You Suzanne Richards | Relationship: mother | Phone No: 773 6085 |
|---|---|---|
| Full Name & Address of Nearest Relative Not Living With You | Relationship: | Phone No: |
| Full Name & Address of Nearest Relative Not Living With You | Relationship: | Phone No: |
| Full Name & Address of Nearest Relative Not Living With You | Relationship: | Phone No: |

Continued on other side.....

Sequoyah County Form CF-1                                    Uniform Plea of Guilty--Summary of Facts

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## THE STATE OF OKLAHOMA

STATE OF OKLAHOMA,                )
                                  )
                      Plaintiff   )
                                  )
VS.                               )          Case No. CF 08 - 224
                                  )
Cynthia E. Crawford   Defendant   )
                                  )
DOB _____ 1976                  )
SS# _____ -2026                 )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
DEC 1 5 2008
MAUDEEN VANN, COURT CLERK
BY _____ DEPUTY

## SUMMARY OF FACTS FOR THE PLEA OF ~~GUILTY~~ NO Contest

### Part A: FINDING OF FACT, ACCEPTANCE OF PLEA

Circle

1.  Is the name just read to you your true name?                                                    **YES** NO
    If no, then what is your correct name? _____
    I have also been known by the name(s) _____

2.  (A) Do you wish to have a record of these proceedings made by a Court Reporter?    YES **NO**
    (B) Do you wish to waive your right to have a record of these proceedings made?    **YES** NO

3.  What is your age? **32** What grade level in school have you completed? **GED +**
    **2 yrs College**

4.  Can you read and understand this form? [If no, Addendum A must be completed and attached]    **YES** NO

5.  Are you currently taking any medications or substances which affect your ability to understand    YES **NO**
    these proceedings?

6.  Have you been prescribed any medication which you are not taking?                                YES **NO**
    If yes, what medication are you not taking? _____
    What is the purpose of the medication? _____
    Why are you not taking the medication? _____

7.  Have you ever been treated by a doctor or health professional for mental illness or confined in    YES **NO**
    a hospital for mental illness?
    If yes, list doctor or health professional, place, and when treatment occurred:
    _____

8.  Do you understand the purpose, the nature and the consequences of this proceeding?              **YES** NO

9.  Have you received a copy of the State's Information and read its allegations?                     **YES** NO

10.    A. Do you understand you are charged with:
            Crime                                   Statutory Reference

[1] _Burglary in the First Degree_        _21_ O.S _1431_        (YES)  NO

[2] _Conspiracy_                          _21_ O.S _421_         (YES)  NO

[3] _____               _____ O.S _____      YES   NO

[4] _____               _____ O.S _____      YES   NO

[5] _____               _____ O.S _____      YES   NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

    B. Are you charged after former conviction of a felony (AFCF) ?        YES  (NO)
    If yes, list the felony(ies) charged: _____
    _____

11.    Do you understand the range of punishment for the crime(s) is/are?
       (List in the same order as in Number 10)

    [1] Minimum of __7__ to a maximum of __20__ and/or a fine of $_____    (YES) NO

    [2] Minimum of _____ to a maximum of __10__ and/or a fine of $_5,000⁰⁰_    (YES) NO

    [3] Minimum of _____ to a maximum of _____ and/or a fine of $_____    YES  NO

    [4] Minimum of _____ to a maximum of _____ and/or a fine of $_____    YES  NO

    [5] Minimum of _____ to a maximum of _____ and/or a fine of $_____    YES  NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

12.    Read the following statements: You have the right to a speedy trial before a jury of your peers to determine whether you are guilty or not guilty and if you request, to determine the sentence. If pleading to a capital murder, advise of the procedure in 21 O.S. 701.10 (B)
       At the trial:
       [1] You have the right to have an attorney represent you, either one you hire or if you are indigent a court appointed attorney.
       [2] You are presumed to be innocent of the charges.
       [3] You may remain silent or, if you choose, you may testify on your own behalf.
       [4] You have the right to see and hear all witnesses called to testify against you and the right to have those witnesses cross-examined.
       [5] You may have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.
       [6] The State is required to prove your guilt beyond a reasonable doubt.
       [7] The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would decide if you were guilty or not guilty and if determined to be guilty, the appropriate punishment.

       Do you understand each of these rights?        (YES) NO

13.    Do you understand by entering a plea of guilty you give up these rights?        (YES) NO

14.    Do you understand that a conviction on a plea of guilty could increase punishment in any future case committed after this plea?        (YES) NO

15.    Is _William K. Orendorff_ your attorney?        (YES) NO

16.    Have you talked with your attorney about the charges, advised him/her regarding any defense you may have to the charges and received his/her advice?        (YES) NO

17.  Do you believe your attorney has effectively assisted you in this case and are you satisfied with his/her representation?    (YES)   NO

18.  Do you wish to change your plea of not guilty to a plea of guilty and give up your right to a jury trial and all previously explained constitutional rights?    YES   NO

19.  Is there a plea agreement?    YES   NO
What is your understanding of the plea agreement? _____

_____

_____

_____

20.  Do you understand the Court is not bound by any agreement or recommendation and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty?    (YES)   NO

21.  Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated under question 11?    (YES)   NO

22.  Do you understand your plea of guilty to the charge(s) is subject to:    (YES)   NO
(check one)
[X]  no prior felony conviction
[ ]  one (1) prior felony conviction
[ ]  two (2) or more felony convictions:  List prior felony convictions to which you are pleading:

_____

23.  What is/are your plea(s) to each charge(s)?
[1] _No Contest_ [2] _____ [3] _____ [4] _____ [5] _____

24.  Did you commit the acts as charged in the information?    YES   NO  (N/A)
State a factual basis for your plea(s) (attach additional pages as needed, labeled as ADDENDUM C):

_____

_____

_____

25.  Have you been forced, abused, mistreated or promised anything by anyone to have you enter your plea(s) ?    YES   (NO)

26.  Do you plead guilty of your own free will and without any coercion or compulsion of any kind?    (YES)   NO

27.  If you are entering a plea to a felony offense, you have a right to a Pre-sentencing investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you.  Do you request a Pre-sentence report?    YES   (NO)

28.  (A)  Do you have any additional statements to make to the Court?    YES   (NO)

(B)  Is there any legal reason as to why you should not sentence now?    YES   (NO)

HAVING BEEN SWORN, I, the Defendant whose signature appears below, make the Following statements under oath:

(1)   CHECK ONE:

_____ (A)   I have read, understood and completed this form.

__X__ (B)   My attorney completed this form and we (the attorney and I) have gone over the form and I understand its contents and agree with the answers.  Complete Addendum A and attach to this form.

_____, (C)    The Court completed this form for me and inserted my answers to the questions in open court.

(2)    All Answers are true and correct.

(3)    I understand that I may be prosecuted for perjury if I have made false statements to this Court.

Acknowledged this _6th_ day of _November_____, _2008_.

_Cynthia E Crawford_
DEFENDANT

I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose, and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she had been informed of all legal and constitutional rights.

ATTORNEY FOR DEFENDANT

The sentence recommendation in question 19 is correctly stated. I believe the recommendation is fair to the State of Oklahoma. Offer of Proof (nolo contendere plea): _____

_____

_____

_____

ASSISTANT DISTRICT ATTORNEY

## THE COURT FINDS AS FOLLOWS:

A. The Defendant was sworn and responded to questions under oath.
B. The Defendant understands the purpose, nature and consequences of this proceeding.
C. The Defendant's plea(s) of _____ is/are knowingly and voluntarily entered and accepted by the COURT REPORTER PRESENT Court.
D. The Defendant is competent for the purpose of this hearing.
E. A factual basis exists for the plea(s) (and former conviction(s), if applicable).
F. The Defendant is guilty as charged: (check as appropriate)
    [ ] after no prior felony conviction.
    [ ] after one (1) prior felony conviction.
    [ ] after two (2) or more prior felony convictions
G. Sentencing or order deferring sentence shall be: [ ] imposed instanter or [ ] continued until the ____ day of _____ at _____ : ____ , _____ .M. If the Pre-sentence investigation and Report is requested, it shall be provided to the Court by the _____ day of _____ , _____ .

DONE IN OPEN COURT this _6_ day of: _November_____, _2008_.

JUDGE OF THE DISTRICT COURT

_____
NAME OF JUDGE TYPED OR PRINTED

_____
Court Reporter Present

_____
Deputy Court Clerk Present

"NOTICE OF RIGHT TO APPEAL"

Sentence to Incarceration, Suspended or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the Sequoyah County District Court Clerk's Office a written Application to Withdraw Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the trial court denies your application, you have a right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days of the date of denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation or record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2 (D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

Do you understand each of these rights to appeal?                                    YES    NO

Do you want to remain in the county jail ten (10) days before being taken to place of confinement?                                                               YES    NO

Have you fully understood the questions that have been asked?                        YES    NO

Have your answers been freely and voluntarily given?                                YES    NO

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED. _____
                                                                              Defendant

I, the undersigned attorney, have advised the Defendant of his appellate rights.

                                                                    _____
                                                                    Attorney for the Defendant

DONE IN OPEN COURT, this __6__ day of __November__, __2008__

                                                                    _____
                                                                    Judge of the District Court

_____                                    _____
Court Reporter Present                                       Deputy Court Clerk Present

ADDENDUM "A"
CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the defendant, __Cynthia E Crawford__, I certify that:

1. The Defendant has stated to me that he/she is [ ✓ ] able [  ] unable to read and understand the attached form, and I have [  ] determined the Defendant is able to understand the English language or [  ] determined the Defendant is unable to understand the English language and obtained _____ to interpret to the Defendant in the _____ language.
2. I have read and fully explained to the Defendant the allegations contained in the information in this case.
3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts and the answers to the questions set out in the Summary of Facts are the Defendant's answers.
4. To the best of my knowledge and belief the statement and declarations made by the Defendant are accurate and true and have been freely and voluntarily made.
       Dated this __16th__ day of __November__ __2008__

                                                                    _____
                                                                    Attorney for the Defendant

Sequoyah County Form CF-1-b _____    Uniform Plea of Guilty -- Sentence on Plea

Case Number CF- _____    State v. _____    Date: _____

**Part B:** Sentence on Plea    [NOTE ON USE:  Part B is to be used with the Summary of Facts if contemporaneous with the entry of plea or may be formatted as a separate sentencing form if sentencing is continued to a future date.]

**THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:**

DEFERRED SENTENCE

1. The sentencing date is deferred until _____, ____ , _____ at ____ : _____, ___ M.

2. You [  ] will [  ] will not be under supervision by the Department of Corrections.  The terms set forth in the Rules and Conditions of Probation in Addendum D shall be the rules you must follow during the period of deferment.

SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows:
[1] _____ [2]_____ [3] _____ [4] _____ [5]_____

TO BE SUSPENDED as follows:

(A)  ALL SUSPENDED   [  ] YES    [  ] NO

(B)  suspended except as to the first _____ (months) (years) of the term(s) during which you are to be held in the custody of the Department of Corrections.  The remaining term of the sentence(s) is to be suspended under the terms set forth in the Rules and Conditions of Probation in Addendum D.

2. The sentence(s) is/are to run [  ] concurrently [  ] consecutively with/to _____
_____ or NOT APPLICABLE.

TIME TO SERVE

1. You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows:
[1] _____ [2]_____ [3] _____ [4] _____ [5]_____

2. The sentence(s) is/are to run [  ] concurrently [  ] consecutively with/to _____
_____ or NOT APPLICABLE.

FINES AND COSTS

You are to pay in full any fine(s), costs, fees and restitution at the time of sentencing.  In the alternative, you may request a stay of execution (SOE) from the Cost Administrator in the Sequoyah County District Court Clerk's Office.  All information given to the Cost Administrator in requesting the SOE will be under oath and is considered as part of the summary of facts before the Court.  You will appear in person to make all payments as agreed.  Any payment tendered other than in person will be accepted; however, such acceptance does not excuse your appearance in the Clerk's Office.

Sequoyah County Form CF-3(B)                                Uniform Plea of Guilty -- Additional Findings

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY, THE STATE OF OKLAHOMA

STATE vs. _____ Defendant    Case No. _____

## ADDITIONAL FINDINGS AT TIME OF SENTENCING

# EXHIBIT 1

A. <u>Original Charges</u> (A copy of the information may be attached instead) Please list any additional charges on a separate attached sheet.

| OFFENSE | STATUTE CITATION |
|---------|------------------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

B. <u>Prior Felony Charges Used For Enhancement</u> Please list any additional convictions on a separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---------|------|------------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

C. <u>Prior Charge(s) For Which Order Deferring Sentence Was Entered</u> Please list any additional charges on separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---------|------|------------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

D. <u>Prior Felony Convictions Not Used For Enhancement</u> Please list any additional convictions on a separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---------|------|------------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

E.                                                                                        Circle

If the defendant plead guilty to multiple counts, did the offense(s) arise from     YES    NO
the same transaction?

F. Other Enhancers Used to Determine Placement on Matrix    Circle

1. Did the offender commit the current offense with the use of a firearm within the immediate possession and control of the offender?    YES  NO

2. Was the victim of the offense over 62 years of age, under 12 years of age or disabled by reason of mental or physical illness to such extent that the victim lacked the ability to effectively protect his or her property or persons?    YES  NO

3. Did the offender in the commission of the offense maim or torture the victim?    YES  NO

4. Did the offender commit a Schedule N-2 or N-3 drug offense in, on, or within 1,000 feet of real property comprising of a public or private elementary or secondary school; public or private college, university, or other institution of higher education; recreation or public park (including state facilities); public housing project; or in the presence of any child under 12 years of age?    YES  NO

5. Did the offender commit a Schedule N-2 or N-3 drug offense by using or soliciting the services of a person less than 18 years of age, providing the offender was at least 18 years of age at the time of the offense?    YES  NO

6. If the controlling offense was a property or drug offense, what was the total amount involved in that offense (e.g., the value of the property involved; the amount of money stolen, embezzled, or obtained by fraud; or the amount of drug proceeds utilized?)    $ _____ ____

7. If the controlling offense was a drug offense, what was the predominant drug and what was the amount of that drug? (Please specify quantity in grams, ounces, etc.)

   DRUG: _____

   QUANTITY: (oz., grams, etc.) _____

G. Offender Characteristics

   Gender (Circle)                         Race (Circle)
   Male  Female                    White  Black  Hispanic  Asian  Native American

**This Exhibit shall not be admitted into evidence in any future prosecutions.**

Certified this _____ day of _____, _____.

_____           _____
Attorney for the State                     Attorney of the Defendant

                                           _____
                                           Judge of the District Court

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA )
          Plaintiff, )
VS. )
          )     Case No. CF-08-224
          )
CINDY ELAINE CRAWFORD )
DOB: ███76: SS# ███-2026 )
         Defendant. )

## IMPOSITION JUDGMENT AND SENTENCE DEFERRED ON PLEA OF NOLO CONTENDERE

NOW, on this 6TH day of NOVEMBER, 2008, the same being a judicial day of said court, and the defendant, CINDY ELAINE CRAWFORD, being personally present in open court, with his attorney WILLIAM K. ORENDORFF, and having been duly represented at all proceedings before the Court by such attorney of record, and having been legally charged with the offense of COUNT I - BURGLARY IN THE SECOND DEGREE- 47 O.S. 1431 a FELONY; COUNT II – DISMISSED-CONSPIRACY– 21 O.S. 421 a FELONY and having been duly informed of the nature of the charge, and of his constitutional rights and having been duly arraigned thereon, and having duly and properly entered his plea of Nolo Contendere to the crime of COUNT I - BURGLARY IN THE SECOND DEGREE- 47 O.S. 1431 a FELONY; and having been advised of his rights and the effect of such plea, and the defendant having been asked by the Court whether he has any legal cause to show why the Court should not defer further proceedings and place him/her on probation under supervision of the Sequoyah County District Attorney's Office upon the conditions of probation prescribed by the Court, and the defendant consents to such procedure.

IT IS THEREFORE the decision and Order of the Court to defer the imposition of judgment and sentence in this case for a period of TWO (2) years for Count I, and the defendant is placed on probation during such period under the supervision of the District Attorney's Office, such deferment to continue during good behavior and pursuant to the Rules and Conditions of Supervised Probation through the Sequoyah County District Attorney's Office State of Oklahoma, as prescribed in the "Addition to Judgment and Sentence."

The defendant is further taxed costs of this prosecution in the amount of $_____ for which judgment is hereby rendered.

Upon successful completion of the probationary term, the defendant shall be discharged without a court judgment of guilt, and the verdict or plea of guilty shall be expunged from the record and said charge shall be dismissed with prejudice to any further action. Upon violation of the conditions of probation, the court may enter a judgment of guilt and proceed as provided in Section 1, Title 22-901a of the Oklahoma Statutes Annotated, 1970.

JUDGE OF THE DISTRICT COURT

**IN THE DISTRICT COURT OF** Sequoyah **COUNTY, STATE OF OKLAHOMA**
**SUPPLEMENTAL ORDER OF THE COURT**

Defendant Cindy Elaine Crawford          Case No(s)  CM-_____

Date of Sentence 11/6/08 _____ Type of Sentence _____ CF- 08-224

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
DEC 15 2008
MAUDEEN VANN, COURT CLERK
BY _____ DEPUTY

### RULES AND CONDITIONS OF SUPERVISED PROBATION
### THROUGH THE DISTRICT ATTORNEY'S OFFICE

1.  I will report in person as directed by the District Attorney's Office.
2.  I will not violate any city, state, federal, or tribal jurisdiction law and I will advise the District Attorney's Office within 72 hours of arrest by any law enforcement agency.
3.  I will not possess marijuana or any other illegal narcotic drug.
4.  I will not associate with convicted felons.
5.  I will not change my address without notifying the District Attorney's Office.
6.  I understand that I will be supervised unless released, in writing, by the District Attorney's Office or by order of the Court.
7.  I will attempt to maintain legal and gainful employment and supply written verification. I will notify the District Attorney's Office within 72 hours if I change employment.
8.  I understand that certain violations may result in the imposition of additional sanctions, and/or revocation or acceleration of my sentence.
9.  I agree to pay all court costs, fines, miscellaneous costs and any other accruing costs in this case.
10. I agree to pay a monthly probation fee of $40.00 in the form of a money order or cashiers check made payable to "DASF" (NO CASH OR PERSONAL CHECKS ACCEPTED), each month that I am under supervision of the District Attorney's Office, with the first payment due on or before the _____ of each month.
11. I agree to submit to random Drug Testing and pay the cost of such testing.

## SPECIAL CONDITIONS:  (CHECK IF APPLICABLE)

_____ A.  Pay restitution per separate schedule and provide receipts of payment to District Attorney every 90 days.

_____ B.  Complete community service per separate schedule.

_____ C.  Attend psychiatric counseling as directed and provide written proof.

_____ D.  Attend Domestic Abuse Counseling and/or Classes and provide progress report from HIC every 90 days.

_____ E.  Attend VIP / MADD Program.

_____ F.  Attend AA or NA meetings and provide proof of participation.

_____ G.  Obtain assessment for alcohol/drug treatment and complete any treatment recommended and provide proof

_____ H.  Complete Anger Management Program

_____ I.  Complete DARP Program

_____ J.  Install Guardian Interlock system on any vehicle driven by Defendent

_____ K.  Complete DUI School

_____ L.  Complete letter of apology & submit to the DA Office

✓ M.  Other  Fine $ 100.00 plus cost

_____          11/6/08
Defendant                                          Date

_____
Attorney for the Defendant

_____          _____
Assistant District Attorney for                   Judge of the District Court
JERRY S. MOORE, District Attorney

WHITE - COURT CLERK          YELLOW- DISTRICT ATTORNEY          PINK- DEFENSE ATTORNEY

## IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )
        Plaintiff,                  )
                               )
vs.                                   )        Case No CF-08-224
                               )
CYNTHIA ELAINE CRAWFORD,              )
        Defendant.                  )

### ORDER SETTING FOR HEARING

ON THIS 22nd day of December, 2008, the above styled and numbered cause comes on before me, the undersigned Judge of the District Court pursuant to the *State's Motion*.

It is therefore Ordered that this matter is set for DISTRICT COURT ARRAIGNMENT on the 15th day of January, 2009 at 1:30 o'clock a.m./p.m., in the Sequoyah County Courthouse, Sallisaw, Oklahoma, before the Honorable JEFF PAYTON, Judge of the District Court.

IT IS SO ORDERED.

_____
**JUDGE OF THE DISTRICT COURT**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**DEC 2 3 2008**

MAUDEANN VANN, COURT CLERK
BY_____ DEPUTY

### CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the above and foregoing was mailed via U.S. First Class Mail with the proper postage prepaid thereon on this 23RD day of December, 2008, to the following to-wit:

WILLIAM ORENDORFF
P.O. BOX 129
SALLISAW, OK 74955

_____
Office of the District Attorney