IN AND FOR THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,       )
    Plaintiff,          )
                  )
vs.                      )       Case No. CF-98-128
                  )
CHARLES E. SANDERS,      )
    Defendant.          )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
JAN 1 9 1999
BY BERNELL EDWARDS, COURT CLERK
DEPUTY

## MOTION TO WITHDRAW

COMES NOW Gerald Hunter, and requests that the Court allow him to withdraw as attorney of record for the Defendant and therefore informs the Court as follows:

That circumstances have arisen which make it unreasonably difficult for this attorney to represent said Defendant; and that Defendant has not made an effort to communicate with this attorney, nor contact this attorney personally or financially, to ensure proper representation.

WHEREFORE, attorney of record respectfully requests that this honorable Court enter an order allowing attorney to withdraw as attorney of record.

Respectfully submitted,

Gerald Hunter

By: _____
GERALD HUNTER, OBA #4501
Attorney for Defendant
P.O. Box 122
Sallisaw, OK   74955
REDACTED (918) 775-1220
FAX (918) 775-2202

## CERTIFICATE OF DELIVERY

I, Gerald Hunter, do hereby certify that on this 19th day of January, 1999, I hand delivered a true and correct copy of the above and foregoing motion to withdraw to the Office of the District Attorney, Sequoyah County Courthouse, Sallisaw, Oklahoma 74955.

                                    GERALD HUNTER

**REDACTED**

CERTIFICATE OF SURRENDER 2500.⁰⁰ *CF98-128A*
20,000.⁰⁰ *CF98-346A*

I, _Jenny Manley_ jailer _SCSO_,

State of Oklahoma, hereby acknowledge that I received from

_Diane Hamilton_, a licensed Bail Bondsman in the

State of Oklahoma. _Teresa Jordan_, defendant, in

certain case pending in _District_, Court,

_Sequoyah County_, State of Oklahoma, along with a Certified

Copy of a Bail Bond heretofore deposited with _SC.SO_,

State of Oklahoma. That I have retained in my custody

_Teresa Jordan_, defendant, this _19_ day of

_Jan_, 19_99_, at _10_ o'clock _p_ m.

_Jenny Manley_
Jailer

_____

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 2 0 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

**REDACTED**

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

THE STATE OF OKLAHOMA, )
)
Plaintiff, )
Vs. ) No. CF-98-128, CF-98-346
) CF-98-363
CHARLES SANDERS, )
)
Defendant. )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 1 9 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

## ENTRY OF APPEARANCE

COMES NOW DONN F. BAKER, for the defendant, CHARLES SANDERS and hereby enters his appearance as counsel of record for Defendant.

All future notices or correspondence should be forwarded to counsel at the address below.

DONN F. BAKER, OBA 443

████████████████████████

TAHLEQUAH, OK 74464
(918) 456-██████

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF MAILING

I, Donn F. Baker, do hereby certify that on this 19 day of January, 1999, a true, correct, and exact copy of the above and foregoing was mailed, to: District Attorney, Sequoyah County Courthouse, Tahlequah, OK 74464.

Donn F. Baker

**REDACTED**

IN AND FOR THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 1 9 1999

BERNELL EDWARDS, COURT CLERK
BY _____
DEPUTY

STATE OF OKLAHOMA,                )
    Plaintiff,               )
                     )
vs.                               )      Case No. CF-98-128
                     )
CHARLES E. SANDERS,               )
    Defendant.               )

## ORDER ALLOWING WITHDRAWAL

NOW ON THIS _19_ day of January, 1999, this matter comes on for hearing pursuant to motion allowing Gerald Hunter to withdraw as attorney of record for the Defendant in the above styled case and the Court finds justifiable cause therefore.

IT IS THEREFORE Ordered, Adjudged and Decreed that said motion be granted, and that Gerald Hunter, attorney for Defendant is hereby allowed to withdraw from said case as attorney of record.

JUDGE OF THE DISTRICT COURT

REDACTED

# ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said
defendant be released, if in your custody for no other cause, immediately upon receipt of this order.
Last Name, First, Middle, suffix (please print or type) (show alias)

Jordan Teresa ████████ 65 ████████ 5710

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-98-128A | Plead + Rule 8 | Poss CDS |
| CF-98-346A | | Poss Para |
| | Also Transproted | Poss Police Radio |
| | to Cherokee Co, | Failure to Appear |
| | | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma,
witness my hand this the 12 day of Feb , 19 99.

_Shelia Seeley_
Signature

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

AUTHORIZED BY

_____
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 1 6 1999

REDACTED    BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 1 2 1999

BERNELL EDWARDS, COURT CLERK
DEPUTY

## ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.
Last Name, First, Middle, suffix (please print or type) (show alias)

Jordan, Teresa

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-98-123 | plead & Rule 8 held | Burg 2° |
| CF-98-346 | plead & Rule 8 held | Controlled Drugs |
| | | |
| | | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the ___12th___ day of ___February___, 19_99_.

_Maureen Webster_
Signature

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

AUTHORIZED BY _John C. Garrett_

JUDGE OF THE DISTRICT COURT

REDACTED

# In the District Court in and for Sequoyah County
## State of Oklahoma

State of Oklahoma,

    Plaintiff,

vs.

*TeResA JoRdAN*

    Defendant

)
)
)
)
)  Case No. CF-
)
)
)
)

*9 P-128*

*98-346*

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 12 1999

BERNELL EDWARDS, COURT CI-
BY _____ , COURT C-

## WAIVER OF PRELIMINARY HEARING

Now on this __12__ day of __Feb__, 19__99__, the above-styled case comes on for preliminary hearing. The defendant appears in person and represented by his attorney of record, _____, the State of Oklahoma appears by its Assistant District Attorney. Thereupon the defendant herein acknowledges having been advised of the right to a preliminary hearing. That in said hearing the State of Oklahoma must prove to the satisfaction of the Court that the crime as alleged in the information was, in fact, committed and there is probable cause to believe that the defendant committed said crime. That if said burden was not met then the case would be dismissed and the bond exonerated.

The defendant is further advised that at said hearing that he/she has the right to cross examine any of the State's witnesses and to call witnesses on his/her own behalf. And further, the defendant is advised of the right at the hearing to limited discovery of the State's case in chief.

Having these rights in mind, the defendant herein, waives all the above rights with respect to a preliminary hearing in this matter.

_____
Defendant

_____
Attorney for Defendant

## WAIVER OF JURISDICTION OF EXAMINING MAGISTRATE

The defendant is further advised that neither the examining magistrate nor the Special Judge has the jurisdiction to proceed further with the case unless affirmatively waived. Having these rights in mind, the defendant hereby waives his/her rights to object to any jurisdictional defects of the Court.

_____
Defendant

_____
Attorney for Defendant

## COURT MINUTE OF PRELIMINARY HEARING

The defendant in the above styled case having knowingly and intelligently waived his/her rights to the preliminary hearing and there being no objection by the State of Oklahoma, the Court accepts the defendant's waiver and hereby binds the defendant over to stand trial in the District Court of Sequoyah County, State of Oklahoma, on the charges as set out in the information as filed in this case.

_____
JUDGE OF THE DISTRICT COURT

REDACTED

IN THE DISTRICT COURT OF )
SEQUOYAH COUNTY )
STATE OF OKLAHOMA )
)
)
)

Defendant ___TERESA JORDAN___

Case No. ___CF-98-128___

Date_____February 12, 1999_____

## RULES AND CONDITIONS OF PROBATION

1. I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general statement of my environment and progress.
2. I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I understand that I am not to go into or loiter around beer taverns or pool halls.
3. I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.
4. I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.
5. I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.
6. I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.
7. I understand that it will be a violation of my Probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or a representative thereof.
8. I understand that I must support myself and all my dependants without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.
9. I will refrain from violation of any City, State or Federal law.
10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.
11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.
12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.
13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion that I may be in control of contraband. That my probation officer may search me or my property if that suspicion exists in their mind.
14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within that eighteen months.
15. SPECIAL CONDITIONS: The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, O.S.B.I. Lab Fees, fines or restitution) of $_____ within_____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of_____, 19____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*
   $1,000 fine $250 VCA and $190 OIDS

**REDACTED**

SEQUOYAH COUNTY, OKLAHOMA
IN DISTRICT COURT
FILED
FEB 1 2 1999
BERNELL EDWARDS, COURT CLERK
BY _____
DEPUTY

16. Defendant to report to DOC within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

_____
Attorney for Defendant

_____
Probationer

Defendant's Mailing Address:

_____
JUDGE OF THE DISTRICT COURT

_____

_____

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
IN DISTRICT COURT
FILED
FEB 12 1999
BY BERNELL EDWARDS
COURT CLERK
DEPUTY

THE STATE OF OKLAHOMA )
        Plaintiff, )
VS. )
                            )    Case No. __CF-98-128__
                            )
TERESA JORDAN DOB: ███ 65 )
          Defendant.

## IMPOSITION JUDGMENT AND SENTENCE DEFERRED ON PLEA OF GUILTY

NOW, on this __12th__ day of __February__, 19 99, the same being a judicial day of said court, and

the defendant, __Teresa Jordan__, being personally present in open court, with his/her attorney

__Gerald Hunter__, and having been duly represented at all proceedings before the Court by such

attorney of record, and having been legally charged with the offense of

__BURGLARY SECOND DEGREE, 21 O.S. 1435 and LARCENY FROM HOUSE,__ and having been duly
                                          21 O.S. 1723

informed of the nature of the charge, and of his/her constitutional rights and having been duly arraigned

thereon, and having duly and properly entered his/her plea of guilty to the crime of

__BURGLARY SECOND DEGREE and LARCENY FROM HOUSE__ and having been advised

of his/her rights and the effect of such plea, and the defendant having been asked by the Court whether he/she

has any legal cause to show why the Court should not defer further proceedings and place him/her on

probation under supervision of the Department of Corrections upon the conditions of probation prescribed by

the Court, and the defendant consents to such procedure. _To Run CC. with Cherokee Co._
_Case. ___

IT IS THEREFORE the decision and Order of the Court to defer the imposition of judgment and

sentence in this case for a period of __Five (5)__ years, and the defendant is placed on probation during
                                 __each count__

such period under the supervision of the Department of Corrections of the State of Oklahoma, such deferment

to continue during good behavior and pursuant to the Rules of the Department of Corrections of the State of

Oklahoma, as prescribed in the "Addition to Judgment and Sentence."

The defendant is further taxed costs of this prosecution in the amount of $_____ for which

judgment is hereby rendered.

Upon successful completion of the probationary term, the defendant shall be discharged without a court

judgment of guilt, and the verdict or plea of guilty shall be expunged from the record and said charge shall be

dismissed with prejudice to any further action. Upon violation of the conditions of probation, the court may

enter a judgment of guilt and proceed as provided in Section 1, Title 22-901a of the Oklahoma Statutes

Annotated, 1970.   __Said counts to run concurrent each with the other and also to run__
                     __concurrent with CF-98-346.__

_____
JUDGE OF THE DISTRICT COURT

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
# THE STATE OF OKLAHOMA

STATE OF OKLAHOMA, )
)
Plaintiff )
)
vs. )       Case No. CF 98-128
)              CF 98-346
)
Teresa Jordan )
, )
Defendant )
DOB [REDACTED] 19 65 )
SS# [REDACTED] 5710 )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 12 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

## SUMMARY OF FACTS FOR THE PLEA OF GUILTY

## Part A: Finding of Fact, Acceptance of Plea

Circle

1. Is the name just read to you your true name?      **(YES)** NO
   If no, then what is your correct name? _____
   I have also been known by the name(s) _____
   _____

2. (A) Do you wish to have a record of these proceedings made by a Court Reporter ?    **(YES)** NO

   (B) Do you wish to waive your right to have a record of these proceedings made ?    YES   NO

3. What is your age ? **33** What grade level in school have you completed ? **10th**

4. Can you read and understand this form ? [If no, Addendum A **must** be completed and attached]   **(YES)** NO

5. Are you currently taking any medications or substances which affect your ability to understand these proceedings ?   YES **(NO)**

6. Have you been prescribed any medication which you are not taking ?    YES **(NO)**
   If yes, what medication are you not taking? _____
   What is the purpose of the medication ? _____
   Why are you not taking the medication ? _____

7. Have you ever been treated by a doctor or health professional for mental illness or confined in a hospital for mental illness ?   YES **(NO)**
   If Yes, list doctor or health professional, place, and when treatment occurred:
   _____

8. Do you understand the purpose, the nature and the consequences of this proceeding ?   **(YES)** NO

9. Have you received a copy of the State's Information and read its allegations ?   **(YES)** NO

REDACTED

10. A. Do you understand you are charged with:

Crime Statutory Reference

98-128

| | Crime | Statutory Reference | | |
|---|---|---|---|---|
| [1] | Burglary 2nd Degree | 21 O.S. 1435 | (YES) circled | NO |
| [2] | Larceny from House | 21 O.S. 1723 | (YES) circled | NO |
| [3] | | O.S. | YES | NO |
| [4] | Poss of CDS | 63 O.S. 2-402 B1 | (YES) circled | NO |
| [5] | Poss of Para | 63 O.S. 2-405 | (YES) circled | NO |

98-346

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

B. Are you charge after former conviction of a felony (AFCF) ? YES NO

If yes, list the felony(ies) charged: ______________________

11. Do you understand the range of punishment for the crime(s) is/are ?
(List in the same order as in Number 10)

| | Minimum of | to a maximum of | and/or a fine of $ | | |
|---|---|---|---|---|---|
| [1] | 2 | 7 | 5000 | YES | NO |
| [2] | 0 | 8 | 5000 | YES | NO |
| [3] | | | | YES | NO |
| [4] | 2 | 10 | 5000 | (YES) circled | NO |
| [5] | 0 | 12 MO | 500 | (YES) circled | NO |

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

12. **Read the following statements:** You have the right to a speedy trial before a jury of your peers to determine whether you are guilty or not guilty and if you request, to determine the sentence.
*If pleading to a capital murder*, advise of the procedure in 21 O.S. 701.10( B)

**At the trial:**

[1] You have the right to have an attorney represent you, either one you hire or *if you are indigent* a court appointed attorney.
[2] You are presumed to be innocent of the charges.
[3] You may remain silent or , if you chose, you may testify on your own behalf.
[4] You have the right to see and hear all witnesses called to testify against you and the right to have those witnesses cross-examined.
[5] You may have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.
[6] The State is required to prove your guilt beyond a reasonable doubt.
[7] The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would decide if you were guilty or not guilty and if determined to be guilty, the appropriate punishment.

Do you understand each of these rights ? (YES) NO

13. Do you understand by entering a plea of guilty yo **REDACTED** ights ? (YES) NO

14. Do you understand that a conviction on a plea of guilty could increase punishment in any future case committed after this plea ? (YES) NO

15. Is Gerald Hunter your attorney ? (YES) NO

16. Have you talked with your attorney about the charges, advised him/her regarding any defense you may have to the charges and received his/her advice ? (YES) NO

17. Do you believe your attorney has effectively assisted you in this case and are you satisfied with his/her representation ?   (YES) NO

18. Do you wish to change your plea of not guilty to a plea of guilty and give up your right to a jury trial and all previously explained constitutional rights ?   (YES) NO

19. Is there a plea agreement ?   YES NO
    What is your understanding of the plea agreement ? *CF-98-128 ct1 5 yrs defered Jail? Costs assessments, ct2 5 yrs defered Fine, Costs Assesments. CF-98-346 5yrs defered Fine Costs assessment ct2 1yr defered Fine Costs.* All CC,

20. Do you understand the Court is *not* bound by any agreement or recommendation and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty ?   (YES) NO

21. Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated under question 11 ?   YES NO  N/A

22. Do you understand your plea of guilty to the charge(s) is subject to :   ~~YES~~ NO
    (check one)
    [✓] no prior felony conviction
    [ ] one (1) prior felony conviction
    [ ] two (2) or more felony convictions   List prior felony convictions to which you are pleading:
    _____

23. What is/are your plea(s) to the each charge(s) ?
    [1] *Guilty* [2] *Guilty* [3] *Guilty* [4] *Guilty* [5] _____

24. Did you commit the acts as charged in the information ?   YES NO
    State a factual basis for your plea(s) (attach additional pages as needed, labeled as ADDENDUM C) :
    *I did as charged, in the info* .
    _____

25. Have you been forced, abused, mistreated or promised anything by anyone to have you enter your plea(s) ?   YES (NO)

26. Do you plead guilty of your own free will and without any coercion or compulsion of any kind ?   (YES) NO

27. If you are entering a plea to a felony offense, you have a right to a Pre-sentencing investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you.  Do you request a Pre-sentence report ?   YES (NO)

28. (A) Do you have any additional statements to make to the Court ?   YES (NO)

    (B) Is there any legal reason as to why you should *not*  sentence now ?   YES (NO)

## HAVING BEEN SWORN, I , the Defendant whose signature appears below, make the following statements under oath:

(1)   CHECK ONE:   **REDACTED**

   ___✗___ (A)   I have read, understood and completed this form.

   _____ (B)   My attorney completed this form and we (the attorney and I) have gone over the form and I understand its contents and agree with the answers. *Complete Addendum A and attach to this form.*

_____ (C)     The Court completed this form for me and inserted my answers to the questions in open court.

(2)          All answers are true and correct.

(3)          I understand that I may be prosecuted for perjury if I have made false statements to this Court.

Acknowledged this 12th Day of Feb. , 1999 .

_____
DEFENDANT

I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose, and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she had been informed of all legal and constitutional rights.

_____
ATTORNEY FOR DEFENDANT

The sentence recommendation in question 19 is correctly stated. I believe the recommendation is fair to the State of Oklahoma. Offer of Proof (nolo contendere plea) : _____

_____
ASSISTANT DISTRICT ATTORNEY

## THE COURT FINDS AS FOLLOWS:
(A) The Defendant was sworn and responded to questions under oath.
(B) The Defendant understands the purpose, nature and consequences of this proceeding.
(C) The Defendant's plea(s) of _____ is/are knowingly and voluntarily entered and accepted by the Court Reporter Present Court.
(D) The Defendant is competent for the purpose of this hearing.
(E) A factual basis exists for the plea(s) (and former conviction(s), if applicable).
(F) The Defendant is guilty as charged: (check as appropriate)
    [ ✓ ] after no prior felony conviction.
    [ ] after one (1) prior felony conviction.
    [ ] after two (2) or more prior felony convictions
    G. Sentencing or order deferring sentence shall be: [ ] imposed instanter or [ ] continued until the ____ day of _____ , _____ at ____ : _____ __ . M . If the Pre-sentence investigation and Report is requested, it shall be provided to the Court by the _____ day of _____ , _____ .

DONE IN OPEN COURT this 12TH day of Feb , 1999 .

_____
REDACTED JUDGE OF THE DISTRICT COURT

John C Garrett
_____
NAME OF JUDGE TYPED OR PRINTED

Waived
_____
Court Reporter Present

_____
Deputy Court Clerk Present

## "NOTICE OF RIGHT TO APPEAL"

Sentence to Incarceration, Suspended or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the Sequoyah County District Court Clerk's Office a written Application to Withdraw Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the trial court denies your application, you have a right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days of the date of denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation or record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2(D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

Do you understand each of these rights to appeal ?     YES / NO

Do you want to remain in the county jail ten (10) days before being taken to place of confinement ?     YES (NO)

Have you fully understood the questions that have been asked ?     YES / NO

Have your answers been freely and voluntarily given ?     YES / NO

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED.

_____
Defendant

I, the undersigned attorney, have advised the Defendant of his appellate rights.

_____
Attorney for the Defendant

DONE IN OPEN COURT, this __12th__ day of __Feb__, __1999__.

_____
Judge of the District Court

_____
Court Reporter Present

_____
Deputy Court Clerk Present

## ADDENDUM "A"

### CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the defendant, __Teresa Jordan__, I certify that:

1. The Defendant has stated to me that he/she is [X] able [ ] unable to read and understand the attached form, **and** I have [ ] determined the Defendant is able to understand the English language or [ ] determined the Defendant is unable to understand the English language and obtained _____ _____ to interpret to the Defendant in the _____ language.
2. I have read and fully explained to the Defendant the allegations contained in the Information in this case.
3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts and the answers to the questions set out in the Summary of Facts are the Defendant's answers.
4. To the best of my knowledge and belief the statement and declarations made by the Defendant are accurate and true and have been freely and voluntarily made.

Dated this __12__ day of __Feb__, __99__.

_____
Attorney for the Defendant

REDACTED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case Number CF- _____          State v. _____          Date: _____

**Part B:** Sentence **on Plea**      [NOTE ON USE: Part B is to be used with the Summary of Facts if contemporaneous with the entry of plea or may be formatted as a separate sentencing form if sentencing is continued to a future date.]

**THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:**

### DEFERRED SENTENCE

1. The sentencing date is deferred until _____*Feb*_____ , _*12*_ , _*2004*_ at _*1*_ : _*30*_ M.

2. You [ ] will [ ] will not be under supervision by the Department of Corrections. The terms set forth in the Rules and Conditions of Probation in Addendum D shall be the rules you must follow during the period of deferment.

### SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows:
[1]_____ [2]_____ [3] _____ [4] _____ [5] _____

TO BE SUSPENDED as follows:

   (A) ALL SUSPENDED  [ ] Yes       [ ] No

   (B) suspended *except* as to the first _____ (months) (years) of the term(s) during which you are to be held in the custody of the Department of Corrections. The remaining term of the sentence(s) is to be suspended under the terms set forth in the Rules and Conditions of Probation in Addendum D.

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____
_____ or NOT APPLICABLE.

### TIME TO SERVE

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows:
[1]_____ [2]_____ [3] _____ [4] _____ [5] _____

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____
_____ or NOT APPLICABLE.

### FINES AND COSTS REDACTED

You are to pay in full any fine(s), costs , fees and restitution at the time of sentencing. In the alterative, you may request a stay of execution (SOE) from the Cost Administrator in the Sequoyah County District Court Clerk's Office. All information given to the Cost Administrator in requesting the SOE will be under oath and is considered as part of the summary of facts before the Court. *You will appear in person to make all payments as agreed. Any payment tendered other than in person will be accepted; however, such acceptance does **not** excuse your appearance in the Clerk's Office.*

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## THE STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )
                                                          )
                                 Plaintiff          )
                                                          )
vs.                                                      )        Case No. *CF 98-128*
                                                          )                    *CF 98-346*
*Teresa Jordan*                         )
_____,        )
                                 Defendant      )                SEQUOYAH COUNTY, OKLAHOMA
DOB ██████████     19 *65*       )                        FILED
SS#  ██████████     *5710*       )                IN DISTRICT COURT
                                                                        FEB 1 2 1999

                                                                BERNELL EDWARDS, COURT CLERK
## SUMMARY OF FACTS FOR THE PLEA OF GUILTY          BY _____ DEPUTY

## Part A: Finding of Fact, Acceptance of Plea                    Circle

1. Is the name just read to you your true name?                          **(YES)**  NO
   If no, then what is your correct name? _____
   I have also been known by the name(s) _____
   _____

2. (A)  Do you wish to have a record of these proceedings made by a Court Reporter ?          **(YES)**  NO

   (B)  Do you wish to waive your right to have a record of these proceedings made ?          YES    NO

3. What is your age ? **33** What grade level in school have you completed ? **10th**

4. Can you read and understand this form ? [If no, Addendum A **must** be completed and attached]          **(YES)**  NO

5. Are you currently taking any medications or substances which affect your ability to understand these proceedings ?          YES  **(NO)**

6. Have you been prescribed any medication which you are not taking ?          YES  **(NO)**
   If yes, what medication are you not taking? _____
   What is the purpose of the medication ? _____
   Why are you not taking the medication ? _____

7. Have you ever been treated by a doctor or health professional for mental illness or confined in a hospital for mental illness ?          YES  **(NO)**
   **REDACTED**
   If Yes, list doctor or health professional, place, and when treatment occurred:
   _____

8. Do you understand the purpose, the nature and the consequences of this proceeding ?          **(YES)**  NO

9. Have you received a copy of the State's Information and read its allegations ?          **(YES)**  NO

10.  A. Do you understand you are charged with:
       Crime Statutory Reference

98-128 [1] Burglary 2nd Degree    21 o.s. 1435    (YES)  NO
       [2] Larceny From House      21 o.s. 1723    (YES)  NO
       [3] _____    ____ o.s. ____    YES  NO
98-346 [4] Poss of CDS            63 o.s. 2-402 B1 (YES)  NO
       [5] Poss of Para           63 o.s. 2-405    (YES)  NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

       B. Are you charge after former conviction of a felony (AFCF) ?        YES  NO
       If yes, list the felony(ies) charged: _____
       _____

11.  Do you understand the range of punishment for the crime(s) is/are ?
       (List in the same order as in Number 10)

       [1] Minimum of __2__ to a maximum of __7__ and/or a fine of $500   YES  NO
       [2] Minimum of __0__ to a maximum of __8__ and/or a fine of $500   YES  NO
       [3] Minimum of _____ to a maximum of _____ and/or a fine of $____  YES  NO
       [4] Minimum of __2__ to a maximum of __10__ and/or a fine of $500  (YES)  NO
       [5] Minimum of __0__ to a maximum of __1z mo__ and/or a fine of $500  (YES)  NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

12.  **Read the following statements:** You have the right to a speedy trial before a jury of your peers to determine whether you are guilty or not guilty and if you request, to determine the sentence. *If pleading to a capital murder, advise of the procedure in 21 O.S. 701.10( B)*
       **At the trial:**
       [1] You have the right to have an attorney represent you, either one you hire or *if you are indigent* a court appointed attorney.
       [2] You are presumed to be innocent of the charges.
       [3] You may remain silent or , if you chose, you may testify on your own behalf.
       [4] You have the right to see and hear all witnesses called to testify against you and the right to have those witnesses cross-examined.
       [5] You may have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.
       [6] The State is required to prove your guilt beyond a reasonable doubt.
       [7] The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would decide if you were guilty or not guilty and if determined to be guilty, the appropriate punishment.

       Do you understand each of these rights ?                              (YES)  NO

13.  Do you understand by entering a plea of guilty yoREDACTEDrights ?                (YES)  NO

14.  Do you understand that a conviction on a plea of guilty could increase punishment in any future case committed after this plea ?                                 (YES)  NO

15.  Is _Gerald Hunter_ your attorney ?                                      (YES)  NO

16.  Have you talked with your attorney about the charges, advised him/her regarding any defense    (YES)  NO
       you may have to the charges and received his/her advice ?

17. Do you believe your attorney has effectively assisted you in this case and are you satisfied with his/her representation ? **(YES)** NO

18. Do you wish to change your plea of not guilty to a plea of guilty and give up your right to a jury trial and all previously explained constitutional rights ? **(YES)** NO

19. Is there a plea agreement ? YES NO
What is your understanding of the plea agreement ? *CF-98-128 ct1 5 yrs deferred fines Costs assessments, ct2 5yrs deferred fines, costs assessments. CF-98-346 5 yrs deferred fines costs all assessments ct2 1 yr deferred fines costs.* All CC,

20. Do you understand the Court is *not* bound by any agreement or recommendation and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty ? **(YES)** NO

21. Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated under question 11 ? YES NO **N/A**

22. Do you understand your plea of guilty to the charge(s) is subject to : ~~YES~~ NO
(check one)
[✓] no prior felony conviction
[ ] one (1) prior felony conviction
[ ] two (2) or more felony convictions   List prior felony convictions to which you are pleading:
_____

23. What is/are your plea(s) to the each charge(s) ?
[1] *Guilty* [2] *Guilty* [3] *Guilty* [4] *Guilty* [5] _____

24. Did you commit the acts as charged in the information ? YES NO
State a factual basis for your plea(s) (attach additional pages as needed, labeled as ADDENDUM C) :
*I did as Charged, in the Info* .
_____

25. Have you been forced, abused, mistreated or promised anything by anyone to have you enter your plea(s) ? YES **(NO)**

26. Do you plead guilty of your own free will and without any coercion or compulsion of any kind ? **(YES)** NO

27. If you are entering a plea to a felony offense, you have a right to a Pre-sentencing investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you. Do you request a Pre-sentence report ? **YES** NO

28. (A) Do you have any additional statements to make to the Court ? YES **(NO)**

    (B) Is there any legal reason as to why you should *not* sentence now ? YES **(NO)**

## HAVING BEEN SWORN, I , the Defendant whose signature appears below, make the following statements under oath:

(1)   CHECK ONE:   **REDACTED**

   __✗__ (A)   I have read, understood and completed this form.

   _____ (B)   My attorney completed this form and we (the attorney and I) have gone over the form and I understand its contents and agree with the answers. *Complete Addendum A and attach to this form.*

_____ (C)   The Court completed this form for me and inserted my answers to the questions in open court.

(2)   All answers are true and correct.

(3)   I understand that I may be prosecuted for perjury if I have made false statements to this Court.

Acknowledged this 12th Day of ___Feb._____ , 1999 .

_____
DEFENDANT

I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose, and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she had been informed of all legal and constitutional rights.

_____
ATTORNEY FOR DEFENDANT

The sentence recommendation in question 19 is correctly stated. I believe the recommendation is fair to the State of Oklahoma. Offer of Proof (nolo contendere plea) : _____

_____
ASSISTANT DISTRICT ATTORNEY

## THE COURT FINDS AS FOLLOWS:

(A) The Defendant was sworn and responded to questions under oath.
(B) The Defendant understands the purpose, nature and consequences of this proceeding.
(C) The Defendant's plea(s) of _____ is/are knowingly and voluntarily entered and accepted by the Court Reporter Present Court.
(D) The Defendant is competent for the purpose of this hearing.
(E) A factual basis exists for the plea(s) (and former conviction(s), if applicable).
(F) The Defendant is guilty as charged: (check as appropriate)
    [✓] after no prior felony conviction.
    [ ] after one (1) prior felony conviction,
    [ ] after two (2) or more prior felony convictions
  G. Sentencing or order deferring sentence shall be: [ ] imposed instanter or [ ] continued until the ____ day of _____ , _____ at ____ : _____ __ . M . If the Pre-sentence investigation and Report is requested, it shall be provided to the Court by the _____ day of _____ , _____ .

DONE IN OPEN COURT this 12th day of Feb , 1999 .

_____
REDACTED JUDGE OF THE DISTRICT COURT

John C Garrett
_____
NAME OF JUDGE TYPED OR PRINTED

Waived
_____
Court Reporter Present

_____
Deputy Court Clerk Present

## "NOTICE OF RIGHT TO APPEAL"

Sentence to Incarceration, Suspended or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the Sequoyah County District Court Clerk's Office a written Application to Withdraw Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the trial court denies your application, you have a right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days of the date of denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation or record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2(D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

Do you understand each of these rights to appeal ?                                    YES NO

Do you want to remain in the county jail ten (10) days before being taken to place of     YES (NO) confinement ?

Have you fully understood the questions that have been asked ?                    YES NO

Have your answers been freely and voluntarily given ?                    (YES) NO

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED.

_____
Defendant

I, the undersigned attorney, have advised the Defendant of his appellate rights.

_____
Attorney for the Defendant

DONE IN OPEN COURT, this __12th__ day of ___Feb___, _1999_.

_____
Judge of the District Court

_____
Court Reporter Present

_____
Deputy Court Clerk Present

## ADDENDUM "A"

### CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the defendant, _Teresa Jordan_, I certify that:

1. The Defendant has stated to me that he/she is [X] able [ ] unable to read and understand the attached form, **and** I have [ ] determined the Defendant is able to understand the English language or [ ] determined the Defendant is unable to understand the English language and obtained _____ _____ to interpret to the Defendant in the REDACTED _____ language.
2. I have read and fully explained to the Defendant the allegations contained in the Information in this case.
3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts and the answers to the questions set out in the Summary of Facts are the Defendant's answers.
4. To the best of my knowledge and belief the statement and declarations made by the Defendant are accurate and true and have been freely and voluntarily made.

Dated this __12__ day of ___Feb___, _99_.

_____
Attorney for the Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case Number CF- _____     State v. _____     Date: _____

**Part B:** Sentence **on Plea**     [NOTE ON USE: Part B is to be used with the Summary of Facts if contemporaneous with the entry of plea or may be formatted as a separate sentencing form if sentencing is continued to a future date.]

## THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:

### DEFERRED SENTENCE

1. The sentencing date is deferred until _____*Feb*_____ , *12* , *2004* at *1* : *30* _ M.

2. You [ ] will [ ] will not be under supervision by the Department of Corrections. The terms set forth in the Rules and Conditions of Probation in Addendum D shall be the rules you must follow during the period of deferment.

### SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows:
[1]_____ [2]_____ [3] _____ [4] _____ [5] _____

TO BE SUSPENDED as follows:

   (A) ALL SUSPENDED  [ ] Yes         [ ] No

   (B) suspended *except* as to the first _____ (months) (years) of the term(s) during which you are to be held in the custody of the Department of Corrections. The remaining term of the sentence(s) is to be suspended under the terms set forth in the Rules and Conditions of Probation in Addendum D.

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____
_____ or NOT APPLICABLE.

### TIME TO SERVE

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows:
[1]_____ [2]_____ [3] _____ [4] _____ [5] _____

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____
_____ or NOT APPLICABLE.

### FINES AND COSTS REDACTED

You are to pay in full any fine(s), costs , fees and restitution at the time of sentencing. In the alterative, you may request a stay of execution (SOE) from the Cost Administrator in the Sequoyah County District Court Clerk's Office. All information given to the Cost Administrator in requesting the SOE will be under oath and is considered as part of the summary of facts before the Court. *You will appear in person to make all payments as agreed.* Any payment tendered other than in person will be accepted; however, such acceptance does **not** excuse your appearance in the Clerk's Office.

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

Case No: CF-98-123          Defendant: Teresa Jordan

### ACCUMULATIVE COURT COST FOR SEQUOYAH COUNTY

### NON-VIOLENT COURT COST

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 1 2 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

**COURT FUND**

| | | |
|---|---|---|
| Court Fees | | $103.00 |
| Bail Bond Fee | $10.00 @ 2 | 20.00 |
| Jury Fee | $30.00@ | |
| Fines | set by court | 1000.00 |
| Mailing fee | $7.00 @ | |
| Sub total Court Fund | | 1123.00 |

**SHERIFF FEES**

| | | |
|---|---|---|
| Sheriff Fees | | $5.00 |
| Arrest Warrant | $20.00 | |
| Bench Warrnts | $20.00@ 1 | 20.00 |
| Subpoenas | $20.00@ | |
| Sub total Sheriff Fees | | 25.00 |

| | | |
|---|---|---|
| LAW LIBRARY | | $3.00 |
| CLEET & FINGERPRINTING | | $7.00 |

| | | |
|---|---|---|
| VCA | $25.00 or set by court | 250.00 |
| OSBI LAB | set by court | |
| D.A. DRUG FUND | set by court | |
| REVOLVING FUND(appl fee-$40.00) | | 45.00 |
| IDF-ATTORNEY FEE | set by court | 150.00 |

**TOTAL**          REDACTED          $1603.00

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY

STATE OF OKLAHOMA

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA, | ) | |
| Plaintiff | ) | |
| vs. | ) | Case No. CF-98-00128A |
| TERESA JORDAN | ) | CF-98-00346A |
| | ) | |
| ████████████ | ) | |
| | ) | |
| SALLISAW, OK 74955 | ) | |
| Defendant | ) | |

SS#: ████5710

DOB: ████1965

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR - 6 1999

BERNELL EDWARDS, COURT CLERK
BY _____ _____ DEPUTY

Date: 04/06/99   State's Attorney: ROBBIE COWAN

Defendant's Attorney: GERALD HUNTER

RULE 8 HEARING

(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $50.00 on or before 4-30-99 and then

_____ $50.00 per month on or before 05-25-1999

then 50⁰⁰ per month on or before the 6-25-99 day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 4-30-99

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: *Defendant is ordered to re-appear on the 25th day of June 1999 to increase payments. CF-98-128 = 1603   CF-99-346 = $2118⁰⁰*

TOTAL TO PAY $ 3721⁰⁰   REDACTED

_____
JOHN C. GARRETT
Judge of the District Court

_____
Defendant

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,      )
      Plaintiff      )
vs.      )      Case No. CF-98-00128A
TERESA JORDAN      )      CF-98-00346A
█████████      )
       )
VIAN, OK  74962      )
      Defendant      )
   SS#: █████5710
   DOB: █████1965

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 1 4 1999

BERNICE EDWARDS, COURT CLERK
BY _____ DEPUTY

Date: 06/14/99      State's Attorney: ROBBIE COWAN
           Defendant's Attorney: GERALD HUNTER
               RULE 8 HEARING
                (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:


_____ $75.00 on or before 7-15-99  and then


_____ $75.00 per month on or before 08-15-1999

then _75ᵒᵒ_ per month on or before the _15ᵗʰ_ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before ~~7-15-99~~ _____

OR; _____



IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _CF-98-128=4 1603ᵒᵒ_ _____
     _CF-99-346=4 2118ᵒᵒ_


TOTAL TO PAY $ _3721ᵒᵒ_         **REDACTED**

_____      JOHN C. GARRETT
      Defendant      Judge of the District Court

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT 25 1999

BERNELL EDWARDS, COURT CLERK

BY _____ AW _____ DEPUTY

#CF98-128  3000⁰⁰
CF98-346-20,000
CF-98-363

Case No: CF-97-9
Bond Amount: 30,000.⁰⁰

Unassigned 8500⁰⁰
(6/23/99

## CERTIFICATE OF SURRENDER

I, Jenny Manley, jailer SCSO,

State of Oklahoma, hereby acknowledge that I received from

Joe Morgan

Diane Hamilton, a licensed Bail Bondsman in the State

of Oklahoma. Charles Sanders, defendant, in a

certain case pending in District Court, District

County, State of Oklahoma. That I have retained in my custody

Charles Sanders, defendant, this 22 day of

Oct, 19 99, at _____ o'clock _____ m.

Jenny R. Manley,
Jailer

**REDACTED**



# Hamilton - Morgan Bail Bonds
## Diane Hamilton
## APPEARANCE BOND

IN THE DISTRICT COURT OF _____*Sequoyah*_____ COUNTY, STATE OF OKLAHOM
State of Oklahoma, Plaintiff,

vs. _____*Charles Sanders*_____ , Defendant          Case No. *CF-98-128*

Know all men by these presents, that we the above named defendant, as principal, and the undersigned _____*Joe Mason*_____ Diane Hamilton, Professional as surety(ies) personally appeared befor the undersigned authority and jointly and severally acknowledged themselves to be indebted to the Stat of Oklahoma in the sum of_____*eighty five hundred*_____ Dollars ($ *8,500*

good and lawful money of the United States, to which payment well and truly to be made we bin ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of _____*Sequoyah*_____ County, State of Oklahoma, shall personally be and appear before the District Court of said county on the __*7*_ day of _*July*_ , 19*99* , at____ o'clock___ ., of saic day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of *DUS, TCC, No Insurance, All taxes Due to State, P. of May, P. of po Possession weapon*

and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hand and seals this *23* day of *June* , 19 *99* .

X _____*Charles Sanders*_____ Principal  ███████████ _____*Joe Mason*_____ Address
Hamilton - Morgan          Surety          113 North Oak  Sallisaw, Oklahoma 74955
Diane Hamilton
_____*Joe Mason*_____          Surety  ███████████ _____*Sallisaw OK 74955*_____ Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this _*23*_ day of _*June*_ , 19 *99* .

_____ Court Clerk/Sheriff _____ _____Deputy

This undertaking approved this _*23*_ day of _*June*_ , 19 *99* .

(SEAL)          By: _____ Deputy/Clerk

---

### AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, _____*Sequoyah* REDACTED County, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of _____*Sequoyah*_____ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as herinafter specified under one or more of the following relevant statutory provisions, to-wit:
   a) Consideration for this undertaking received or promised in the sum of $ *1275* for

   b) Other security received or promised for making this undertaking, is as follows:_____

   c) Such promise, security or consideration was received from:

X _____*Charles Sanders*_____          ███████████ _____*Sallisaw OK 74955*_____
Name                              Address

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as on commits perjury.

_____*Joe Mason*_____          ███████████ _____*Sallisaw OK 74955*_____
Affiant                              Address

Subscribed and sworn to before me this _____*23*_____ day of _____*June*_____ , 19 *99* .

(SEAL)

_____
Court Clerk - Notary Public

My Commission Expires:          _____
Deputy

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )
      Plaintiff                    )
vs.                                   )   Case No. CF-98-00128A
TERESA JORDAN                         )         CF-98-00346A
                                      )         CF-99-00332
                                      )
VOABQXOK4474962                       )
      Defendant                    )
    SS#: ████████710
    DOB: ████████1965

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 1 3 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

State's Attorney:
Defendant's Attorney:
Date: 11/13/00                              ROBBIE COWAN
                    RULE 8 HEARING GERALD HUNTER
                         (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:


         $100.00 on or before 01-05-20 and then

         $100.00 per month on or before 02-05-2001

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 01-05-20 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: CF-98-128A = $ 1510 / CF-98-346A = $ 2118
CF-99-332 = $ 1308


TOTAL TO PAY $ 4936     **REDACTED**

                       JOHN C. GARRETT
      Defendant           Judge of the District Court
*Defendant is further ordered to notify the Collections Adm. of
  any change of address, telephone, employment, or income.

BENCH WARRANT-AFTER CONVICTION

THE STATE OF OKLAHOMA,                    )
                                          )
vs.                                       )    Case No. CF-98-00128A
TERESA JORDAN
                                               NO BOND
█████████ 74962
VIAN, OK  74962
██████1965    █████5710

BENCH WARRANT

THE STATE OF OKLAHOMA,
      TO ANY SHERIFF, CONSTABLE, MARSHALL, OR POLICEMAN IN THIS STATE
GREETINGS:
TERESA JORDAN having been on November 13, 2000, duly convicted in the
District Court of Sequoyah County, State of Oklahoma, of the crime of:
FAILURE TO APPEAR AND PAY MONIES DUE THE COURT IN THE AMOUNT OF $4069.00

      YOU ARE THEREFORE COMMANDED FORTHWITH to arrest the above named
defendant, TERESA JORDAN, and bring him/her before said Court for judgement,
or if said Court has adjourned for the term, deliver him/her to the Sheriff
of the County of Sequoyah; there to be detained by said Sheriff until
further order of the court;

      WITNESS my hand and seal of said Court this 03-21-2003.


                                          BERNELL EDWARDS
                                          COURT CLERK

                                          By: *Amanda Adams*
                                              Deputy

            WILL ONLY EXTRIDATE FROM SURROUNDING STATES

                         SHERIFF'S RETURN


RECEIVED the within Writ on the _____ day of _____, 199__, at
_____o'clock ___.m., and executed on the _____ day of _____, 199__, at
_____ o'clock ___.m., by _____.

DATED this _____ day of _____, 1999.

                                     JOHNNY PHILPOT,
                                     SHERIFF, SEQUOYAH COUNTY
                    **REDACTED**
                                     BY:_____
                                              Deputy

dms

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 1 5 2003

BERNELL EDWARDS, COURT CLERK
BY_____ , COURT CLERK
DEPUTY

## Sequoyah County
## Warrant Clearance

Warrant Number: CF-98-00128A

Warrant Name: Teresa Jordan a.k.a. Fields

Time & Date Cleared: May 14, 2003 @ 17:13

Warrant Cleared By;

Arrest __X__ Officer Serving: Kenneth Wilson

Badge #: 824 Agency: Sequoyah County Sheriff

Canceled_____ Official Directing Cancelation:_____

Was warrant pulled from file?  (YES)  NO

If no explain:_____

Was warrant marked off warrant book?  (YES)  NO

If no explain:_____

Was warrant canceled from NCIC?  (YES)  NOT ENTERED

Was warrant removed from holds book?  (YES)  NO HOLD PLACED

Sheriff's Office employee signature: Amanda Wittman

NOTE: After completing this form, staple it to the back of warrant, and put it in the folder marked *COURT CLERK*. Use this form only to clear *Sequoyah County Warrnats*. Every warrant must be cleared on a seperate form. **REDACTED**

*Valid 05/14/03* Ermne,
C.C. *Merrill*

BENCH WARRANT-AFTER CONVICTION

THE STATE OF OKLAHOMA,                    )
                                          )
vs.                                       )    Case No. CF-98-00128A
TERESA JORDAN *AKA Fields*
█████████                                      NO BOND
VIAN, OK  74962
████████1965    ████████5710

BENCH WARRANT

THE STATE OF OKLAHOMA,
       TO ANY SHERIFF, CONSTABLE, MARSHALL, OR POLICEMAN IN THIS STATE
GREETINGS:
TERESA JORDAN having been on November 13, 2000, duly convicted in the
District Court of Sequoyah County, State of Oklahoma, of the crime of:
FAILURE TO APPEAR AND PAY MONIES DUE THE COURT IN THE AMOUNT OF $4069.00

       YOU ARE THEREFORE COMMANDED FORTHWITH to arrest the above named
defendant, TERESA JORDAN, and bring him/her before said Court for judgement,
or if said Court has adjourned for the term, deliver him/her to the Sheriff
of the County of Sequoyah; there to be detained by said Sheriff until
further order of the court;

       WITNESS my hand and seal of said Court this 03-21-2003.


                                          BERNELL EDWARDS
                                          COURT CLERK

                                          By: *Amanda Adams*
                                              Deputy

            WILL ONLY EXTRIDATE FROM SURROUNDING STATES

                         SHERIFF'S RETURN


RECEIVED the within Writ on the _____ day of _____, 199___, at
_____o'clock ___.m., and executed on the _____ day of _____, 199___, at
_____ o'clock ___.m., by _____.

DATED this _____ day of _____, 1999.


                                          JOHNNY PHILPOT,
                      **REDACTED**        SHERIFF, SEQUOYAH COUNTY

                                          BY: _____
                                                Deputy

dms