**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

———

**REDACTED EXHIBIT 170**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

———

# B B B

## Berglan Bail Bonds
### 235-0007

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 1 5 2004

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

## APPEARANCE BOND

POWER NUMBER 1430

LICENSE # 800625          D.O.B. _____ 76

District Court, Case No. _____ CF-04-613

**STATE OF OKLAHOMA, SEQUOYAH COUNTY, ss:**

BE IT REMEMBERED that on the 10 day of Nov 2004 Cynthia Crawford as principal of SEQUOYAH County and State of OKLAHOMA, Judy Berglan/Judy Berglan as securities residents of Sequoyah County and State aforesaid appeared personally before the undersigned authority **Sequoyah County Court Clerk** in and for Sequoyah County, and jointly and severally thousand acknowledged themselves to be indebted to the State of Oklahoma in the sum of Eleven DOLLARS ($ 11,000 ), to be made and levied on their respective goods, chattles, and lands, tenements, cash deposit and/or escrow deposit, to be void, however if the said Cynthia Crawford Defendant, who has been committed to the county jail of Sequoyah County, State of Oklahoma, shall personally be and appear before the District Court of said County on the 17 day of Nov '04 at 10 o'clock A .m., of said day and from term to term, and from day to day of each term, to answer a charge preferred against him/her for the offense of

poss of marij/para afcf

and to do and receive what shall be enjoined by said Court upon him/her, and shall not depart the said court without leave.

WITNESS our hands and seals this _____ day of _____
Principal X Cynthia Crawford   Address of Principal _____
**Berglan Bail Bonds** Surety, Address of Surety 112 N. Main, Sallisaw, OK 74955.    Dan OK74962

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this _____ day of _____ , _____ Bernell Edwards, District Court Clerk, by Deputy _____ . This undertaking approved this _____ day of _____ , _____ Bernell Edwards, Court Clerk, _____ ,Judge.

### AFFIDAVIT AS TO UNDERTAKING

**STATE OF OKLAHOMA, SEQUOYAH COUNTY, ss:**

Judy Berglan _____ , being first duly sworn upon oath, says that he/she is a resident of Sequoyah County, State of Oklahoma, and that

(a)   Neither he/she nor anyone for his/her use has been promised or has received any surety or consideration. for making this undertaking

(b)   He/She has received the sum of $0 from _____ **DEFENDENT** and/or has been promised the sum of $ 1100 from Travis Crawford as consideration for making this undertaking.

(c)   He/She has received the following described property or instrument from _____ **DEFENDANT ET AL** as security for making this undertaking: **INDEMNITY AGREEMENT SIGNED BY DEFENDANT....**

(d)   _____ **DEFENDANT ET AL** has promised to secure him/her for making this undertaking.

Surety X Judy Berglan _____ , Professsional   Judy L. Berglan _____

Subscribed and sworn to before me this _____ day of _____ , _____ .

**NOTARY PUBLIC**
(Sec. 1322, Title 59, O.S.A.)          **My Commission Expires**

**POWER OF ATTORNEY**
Judy Berglan
Berglan Bail Bonds
112 N. Main St.
Sallisaw, OK 74955

JB

№ 1430

KNOW ALL MEN BY THESE PRESENTS: That Judy Berglan, Professional Bondsman licensed by the State of Oklahoma, does constitute and appoint the below named agent as my Attorney in Fact to execute Bail Bonds only in my name and on my behalf as Surety. *THIS POWER MUST BE ATTACHED TO AND FILED WITH THE BAIL BOND WRITTEN ON THE DEFENDANT NAMED BELOW AND IS VOID IF ALTERED OR ERASED.*

Dated this _____ 10 _____ day of _____ Nov _____, 20 _04_

Defendant Name: _Cynthia      Elaine      Crawford_
(First)          (Middle)          (Last)

D.O.B.: ███████    Amt. of Bond: $ _11,000_    Premium: $ _1100⁰⁰_

Offense: _poss of marij, para. afcf_

Case Number: _____    Court: _District_

City: _Sallisaw_    Court Date: _Nov 17 '04_    Posted For: _Berglan_

Rewrite of Power #: _____    Dated: _____    Amount: $ _____

_Judy Berglan_
Executing Agent's Signature

_Judy Berglan_
Professional Bondsman's Signature

INFORMATION

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

=================================================

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

NOV 16 2004

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

| | | |
|---|---|---|
| **STATE OF OKLAHOMA** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. CF-2004-** 613 |
| | ) | |
| | ) | |
| **CINDY CRAWFORD** | ) | |
| **AKA/ CYNTHIA MATTOX** | ) | |
| **DOB:**■■■-1976 SS#■■■-2026 | ) | |
| **Defendant.** | ) | |

## I N F O R M A T I O N

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

Now comes RICHARD GRAY, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that Cindy Crawford did, in Sequoyah County, and in the State of Oklahoma, on or about the 10th day of November , in the year of our Lord, Two Thousand Four, and before the presentment hereof, commit the crime of

**COUNT I    UNLAWFUL POSSESSION OF MARIHUANA-63 O.S. 2-402 (B)(2)**
That on the day and year and in the county and state aforesaid, said Cindy Crawford did unlawfully, wilfully, knowingly, intentionally and wrongfully have in her possession and under her control MARIHUANA, said drug being classified as a controlled dangerous substance in Schedule I (C) of the Uniform Controlled Dangerous Substances Act of this State, after having previously been convicted of the crime of UNLAWFUL POSSESSION OF MARIHUANA in the District Court of Sequoyah County in case no. CF-99-645

**COUNT II UNLAWFUL POSSESSION OF PARAPHERNALIA-(MISD) 63 O.S. 2-405**
On the day and year in the County and State aforesaid, said Cindy Crawford did unlawfully, wilfully and wrongfully have in her possession and under her control certain paraphernalia, to-wit: Plastic Baggie, used to consume drugs classified as controlled dangerous substances under the Uniform Controlled Dangerous Substances Act of this State, and for the purpose and with the unlawful intent to administer such controlled dangerous substances without having any medical or other lawful need requiring possession of said paraphernalia,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

RICHARD GRAY

DISTRICT ATTORNEY

By _____

Assistant District Attorney

STATE OF OKLAHOMA  )
                   ) ss.
COUNTY OF SEQUOYAH )

Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____
Affiant

Subscribed and sworn to before me this 16th day of November, 2004.

_____
NOTARY PUBLIC

My Commission Expires:
6|23|08  #000010626

WITNESSES:
Det. John Owens Sallisaw P.D., Sallisaw, Ok
Det. Jeff Murray Sallisaw P.D., Sallisaw, Ok
Deputy Chris Grizzle SCSO, 119 So. Oak, Sallisaw, Ok
Deputy Frank Lloyd SCSO, 119 So, Oak, Sallisaw, Ok
Det. Sandra Girdner Sallisaw P.D., Sallisaw, Ok
OSBI Chemist, OSBI Lab, Tahlequah, Ok

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 16 2004

BERNELL EDWARDS COURT CLERK
BY_____DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,          )
                    PLAINTIFF,  )
                                )
VS                              )          CASE NO. CF-2004-613
                                )
CINDY CRAWFORD                  )
                    DEFENDANT   )

EVIDENCE INSPECTION NOTIFICATION

COMES NOW the State of Oklahoma District Attorney of Sequoyah County, Oklahoma, Richard L. Gray, pursuant to 22 O.S. 2002 Supp., 258, and gives notice that law enforcement reports regarding this case are available for inspection at least five (5) days prior to the date of the preliminary hearing.

To inspect the law enforcement reports make a written request to the office of the Sequoyah County District Attorney by delivering, faxing or mailing such request to:

SEQUOYAH COUNTY DISTRICT ATTORNEY
120 E. CHICKASAW
SALLISAW, OK 74955
FAX: (918) 775-1215

The request must be received at least one day in advance of the date of inspection. Each request must include the name of the defendant, case number, date of the preliminary hearing and date of the requested inspection. Inspection may be made on any business day between the hours of nine (9( o'clock a.m. and four (4) o'clock p.m. in the Sequoyah County District Attorney's office

RICHARD L. GRAY
BY:_____
Assistant District Attorney

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA    CF-2004-613

### Probable Cause Affidavit for Warrantless Arrest

Comes now the undersigned Affiant, and states upon Oath or Affirmation that the following information and facts are correct to the best of the Affiant's knowledge and belief:

Name of Person Arrested: Crawford, Cindy _____ Social Security Number: 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 _____

Date of Birth: ███ / 76 __ Date of Arrest (Detention): 11 / 10 / 04 Time of Arrest: 8:30 ___ A .M.

State Specific Facts for Probable Cause for the Arrest and Detention:

See page two

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**NOV 16 2004**

BERNELL EDWARDS, COURT CLERK

BY_____ DEPUTY

[Use reverse side or attach another page if necessary]

Anticipated Charge(s): possession of marijuana II, possession of paraphernalia, afcf _____

AFCF: No / Yes times (1) (2) or _____         __John Carver__
                                                 Affiant (Arresting Officer)

Subscribed and sworn to before me the undersigned, this 12th Day of November 2004

My Commission Expires: 5-14-2005
#01006902?                                    _____
                                              Notary Public / Judge / Witness

### Probable Cause Determination

I, __Dennis M. Sprouse__, Judge of the District Court reviewed this Probable Cause Affidavit on the __15th__ day of __November__, 2004, at __10:47__ (A.M)/P.M.

dms     This Affidavit contains sufficient facts showing probable cause to detain the Arrestee to await further proceedings. The Sheriff for Sequoyah or Chief of Police of the arresting agency is hereby commanded to receive him/her into their custody and detain until he/she is legally discharged.

dms     The Court sets [__]an Appearance Bond in the amount of $_____.00 or [dms] as per Sequoyah County Bond Schedule.

_____    The Court denies Bond at this time.

_____    This Affidavit contains insufficient facts to show there exists probable cause to detain the Arrestee. **The Arrestee is Ordered Released From Custody Immediately.**

_____
Judge of the District Court

On 11-10-2004 @ 08:30, I assisted in the execution of a search warrant at the Callahan Motel, room 106, the residence of Travis & Cindy Crawford. After knocking & announcing, we breached the door. Inside the residence, I found a w/f I recognized as Cindy Crawford, asleep in the bed. No other occupants were found in the room. During the search of the residence, I saw a partial handrolled cigarette & a loose green leafy stem on a table in the livingroom area. After miranda, Cindy Crawford stated that the marijuana on the table was the only drugs in the residence. Crawford also stated that her husband, Travis Crawford whom lived there with her, was gone to work at Akins. Cindy Crawford was arrested for possession of marijuana & was arrested w/o incident. We continued the search & found a plastic baggie w/ green leafy substance, a rolling paper & partial handrolled cigarettes, under the mattress of the bed. We also found documents in the residence in the names of Cynthia Crawford & Travis Crawford. Also found was a baggie w/ mixed pills. I field tested the green leafy substance from the partial handrolled cigarette from the livingroom & a positive reaction for the presence of marijuana occurred. A criminal history check showed that both Cynthia Crawford & Travis Crawford have a prior felony conviction for cultivation of marijuana.

# In the District Court in and for Sequoyah County, State of Oklahoma

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 3 0 2004

BERNELL EDWARDS, COURT CLERK

BY_____ DEPUTY

State of Oklahoma,                              )
                                                )
           Plaintiff,                           )
                                                )
vs.                                             )   Case No. CF- O4 - 613
                                                )
Cindy Crawford                                  )
                                                )
           Defendant                            )
                                                )

## WAIVER OF PRELIMINARY HEARING

Now on this 22nd day of Dec 2004, 19___, the above styled case comes on for preliminary hearing. The defendant appears in person and represented by his attorney of record, Pro Se , the State of Oklahoma appears by its Assistant District Attorney. Thereupon the defendant herein acknowledges having been advised of the right to a preliminary hearing. That in said hearing the State of Oklahoma must prove to the satisfaction of the Court that the crime as alleged in the information was, in fact, committed and there is probable cause to believe that the defendant committed said crime. That if said burden was not met then the case would be dismissed and the bond exonerated.

The defendant is further advised that at said hearing that he/she has the right to cross examine any of the State's witnesses and to call witnesses on his/her own behalf. And further, the defendant is advised of the right at the hearing to limited discovery of the State's case in chief.

Having these rights in mind, the defendant herein, waives all the above rights with respect to a preliminary hearing in this matter.

_____
Defendant

_____
Attorney for Defendant

## WAIVER OF JURISDICTION OF EXAMINING MAGISTRATE

The defendant is further advised that neither the examining magistrate nor the Special Judge has the jurisdiction to proceed further with the case unless affirmatively waived. Having these rights in mind, the defendant hereby waives his/her rights to object to any jurisdictional defects of the Court.

_____
Defendant

_____
Attorney for Defendant

## COURT MINUTE OF PRELIMINARY HEARING

The defendant in the above styled case having knowingly and intelligently waived his/her rights to the preliminary hearing and there being no objection by the State of Oklahoma, the Court accepts the defendant's waiver and hereby binds the defendant over to stand trial in the District Court of Sequoyah County, State of Oklahoma, on the charges as set out in the information as filed in this case.

Jan. 13, 2005
@ 1:30 p.m.

J. Garrett

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

# BENCH WARRANT
## FAILURE TO APPEAR

**ISSUED**
3-3-05

**STATE OF OKLAHOMA**

Plaintiff

VS.

Case No: <u>CF-04-00613</u>

**CINDY CRAWFORD aka Cindy Mattox**

Defendant

S.S.#: ████026
D.O.B: ██-██-76

THE STATE OF OKLAHOMA,
To any Sheriff or Policeman in this State
GREETINGS:

WHEREAS, an INFORMATION having been filed on 11-16-2004, in the DISTRICT Court of SEQUOYAH County, State of Oklahoma, charging:

**Name: CINDY CRAWFORD**

Address: ████████ SALLISAW, OK, 74955

████026  ████76

with the crime of **UNLAWFUL POSSESSION OF MARIHUANA---**
**FAILURE TO APPEAR AS CITED ON OR BEFORE APPEARANCE DATE**

# BOND: $ 22,000.00

You are therefore commanded forthwith to arrest the above named defendant and bring said defendant before the District Court of SEQUOYAH County to answer said Charge, or if the Court has adjourned, that you deliver said defendant into the custody of the Sheriff of SEQUOYAH County, to be detained by said Sheriff until the further order of the Court, or until bond is posted as listed above.

GIVEN UNDER MY HAND AND SEAL of said Court, this _3rd_ day of __March__, 2005.
BY ORDER OF THE COURT:

BERNELL EDWARDS, COURT CLERK

_____
Deputy Clerk

## OFFICER'S RETURN

I received this FAILURE TO APPEAR BENCH WARRANT on the ___ day of _____, 19___, and executed the same on the ___ day of _____, 19___, BY:

_____

_____, SHERIFF

BY: _____, UNDERSHERIFF/DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA,
Plaintiff

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NO: CF-04-613

MAR - 3 2005

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

VS.

Cindy Crawford
Defendant

ORDER AND JUDGMENT OF FORFEITURE

On the __3RD__ day of __February__ 200__5__ the above cause came on for hearing, according to regular assignment of the docket of this Court.

The Court finds that the above named defendant having heretofore been charged with the crime of __Unlaw. Poss of Mari, + etc.+ FTA__ and having been committed to bail in the amount of $ __11,000.00__ was released on an Appearance Bond executed by __Judy Berglan__ a licensed bondsman, and __Berglan Bail Bonds__ if applicable his insurer, and bondsman conditioned as provided by law for the appearance of said defendant before this court as required, and the Court having ordered said defendant to appear on the __3RD__ day of __February__ 200__5__, and said defendant, being called three times in open court, without sufficient excuse failed to appear before the Court as ordered.

The Court further finds that the conditions of said Appearance Bond have been broken by both defendant and said bondsman, and that an Order and Judgment of Forfeiture should be entered.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Appearance Bond of said defendant be, and the same is hereby declared and is ordered forfeited to the Satae of Oklahoma, and the amount of said bond is ordered paid to the Clerk of the Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court Clerk shall immediately mail a copy of this Order and Judgment of Forfeiture to the bondsman and, if applicable, his insurer. The bondsman is hereby directed to deposit with the Court Clerk, the face amount of the said forfeited bond, to wit: $ __11,000.00__. Such deposit to be made within 91 days from receipt of this Order and Judgment of Forfeiture, or the mailing of the notice if no receipt is made.

_____
JUDGE OF THE DISTRICT COURT

CERTIFICATE OF MAILING

I CERTIFY THAT I MAILED A TRUE AND CORRECT COPY OF THIS INSTRUMENT TO THE ABOVE NAMED BONDSMAN AND, IF APPLICABLE, HIS INSURER TO THE LAST KNOWN ADDRESS OF EACH. BY CERTIFIED MAIL WITH RETURN RECEIPT REQUESTED THIS __3RD__ DAY OF __March__. 200__5__

BERNELL EDWARDS, COURT CLERK

BY: Robin Hickman

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To: Judy Berglan   CF-04-613

Street, Apt. No.: 112 N. Main

7002 2410 0006 2328 7431

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CF-04-613

Judy Berglan
112 N. Main St.
Sallisaw, OK 74955

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Lance Berklan    C. Date of Delivery: 3/4/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7002 2410 0006 2328 7431

PS Form 3811, February 2004   Domestic Return Receipt

Sequoyah County Form CF-1        Uniform Plea of Guilty--Summary of Facts

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## THE STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )
             Plaintiff       )
                            )
VS.                                   )
*Cindy Crawford A/K/A Cynthia Mattox*   )  Defendant
)
DOB ___ /9 76         )
SS# ___ 2026          )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
APR 2 8 2005
BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

Case No. *CF-04-613*

## SUMMARY OF FACTS FOR THE PLEA OF GUILTY

Part A: FINDING OF FACT, ACCEPTANCE OF PLEA      Circle

1. Is the name just read to you your true name? — **(YES)** NO
If no, then what is your correct name? ___
I have also been known by the name(s) **mattox Lucas**

2. (A) Do you wish to have a record of these proceedings made by a Court Reporter? — YES **(NO)**
(B) Do you wish to waive your right to have a record of these proceedings made? — **(YES)** NO

3. What is your age? **29** What grade level in school have you completed? **11 with GED now**

4. Can you read and understand this form? [If no, Addendum A must be completed and attached] — **(YES)** NO

5. Are you currently taking any medications or substances which affect your ability to understand these proceedings? — YES **(NO)**

6. Have you been prescribed any medication which you are not taking? — YES **(NO)**
If yes, what medication are you not taking? ___
What is the purpose of the medication? ___
Why are you not taking the medication? ___

7. Have you ever been treated by a doctor or health professional for mental illness or confined in a hospital for mental illness? — **(YES)** NO
If yes, list doctor or health professional, place, and when treatment occurred:
___
___

8. Do you understand the purpose, the nature and the consequences of this proceeding? — **(YES)** NO

9. Have you received a copy of the State's Information and read its allegations? — **(YES)** NO

10.   A. Do you understand you are charged with:
      Crime Statutory Reference

      [1] _____   _____ O.S _____   (YES)  NO

      [2] _____   _____ O.S _____   YES  NO

      [3] _____   _____ O.S _____   YES  NO

      [4] _____   _____ O.S _____   YES  NO

      [5] _____   _____ O.S _____   YES  NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

      B. Are you charged after former conviction of a felony (AFCF) ?        YES  NO
      If yes, list the felony(ies) charged: _possion of marijuana_
      _paraphernalia_

11.   Do you understand the range of punishment for the crime(s) is/are?
      (List in the same order as in Number 10)

      [1] Minimum of _____ to a maximum of _____ and/or a fine of $_____   (YES)  NO

      [2] Minimum of _____ to a maximum of _____ and/or a fine of $_____   YES  NO

      [3] Minimum of _____ to a maximum of _____ and/or a fine of $_____   YES  NO

      [4] Minimum of _____ to a maximum of _____ and/or a fine of $_____   YES  NO

      [5] Minimum of _____ to a maximum of _____ and/or a fine of $_____   YES  NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

12.   Read the following statements: You have the right to a speedy trial before a jury of your peers
      to determine whether you are guilty or not guilty and if you request, to determine the sentence.
      If pleading to a capital murder, advise of the procedure in 21 O.S. 701.10 (B)
      At the trial:
      [1] You have the right to have an attorney represent you, either one you hire or if you are indigent
      a court appointed attorney.
      [2] You are presumed to be innocent of the charges.
      [3] You may remain silent or, if you choose, you may testify on your own behalf.
      [4] You have the right to see and hear all witnesses called to testify against you and the right to
      have those witnesses cross-examined.
      [5] You may have your witnesses ordered to appear in court to testify and present evidence of
      any defense you have to these charges.
      [6] The State is required to prove your guilt beyond a reasonable doubt.
      [7] The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can
      waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would
      decide if you were guilty or not guilty and if determined to be guilty, the appropriate punishment.

      Do you understand each of these rights?                                  (YES)  NO

13.   Do you understand by entering a plea of guilty you give up these rights?   no contest (YES)  NO

14.   Do you understand that a conviction on a plea of guilty could increase punishment in any future   YES  (NO)
      case committed after this plea?

15.   Is _____ your attorney?                       YES  NO

16.   Have you talked with your attorney about the charges, advised him/her regarding any defense   YES  (NO)
      you may have to the charges and received his/her advice?

17. Do you believe your atorney has effectively assisted you in this case and are you satisfied with his/her representation?  (YES)  NO

18. Do you wish to change your plea of not guilty to a plea of guilty and give up your right to a jury trial and all previously explained constitutional rights?  *no Contest*  (YES)  NO

19. Is there a plea agreement?  (YES)  NO
What is your understanding of the plea agreement?  5 Rofered

20. Do you understand the Court is not bound by any agreement or recommendation and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty?  (YES)  NO

21. Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated under question 11?  (YES)  NO

22. Do you understand your plea of guilty to the charge(s) is subject to: (check one)  YES  NO
[  ] no prior felony conviction
[  ] one (1) prior felony conviction
[  ] two (2) or more felony convictions:  List prior felony convictions to which you are pleading:
_____

23. What is/are your plea(s) to each charge(s)?
[1] _____ [2] _____ [3] _____ [4] _____ [5] _____

24. Did you commit the acts as charged in the information?  (YES)  NO
State a factual basis for your plea(s) (attach additional pages as needed, labeled as ADDENDUM C):
5 Refered
_____
_____

25. Have you been forced, abused, mistreated or promised anything by anyone to have you enter your plea(s) ?  YES  (NO)

26. Do you plead guilty of your own free will and without any coercion or compulsion of any kind?  *no Contest*  (YES)  NO

27. If you are entering a plea to a felony offense, you have a right to a Pre-sentencing investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you.  Do you request a Pre-sentence report?  YES  (NO)

28. (A) Do you have any additional statements to make to the Court?  (YES)  NO

(B) Is there any legal reason as to why you should not sentence now?  YES  (NO)

HAVING BEEN SWORN, I, the Defendant whose signature appears below, make the Following statements under oath:

(1)   CHECK ONE: _____

_____ (A)  I have read, understood and completed this form.

_____ (B)  My attorney completed this form and we (the attorney and I) have gone over the form and I understand its contents and agree with the answers.  Complete Addendum A and attach to this form.

_____ (C)   The Court completed this form for me and inserted my answers to the questions in open court.

(2)

(3)   All Answers are true and correct.

I understand that I may be prosecuted for perjury if I have made false statements to this Court.

Acknowledged this __28__ day of __4 - 2005__ , _____.

_Cynthia C Crawford_
DEFENDANT

I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose, and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she had been informed of all legal and constitutional rights.

_Pro Se_
ATTORNEY FOR DEFENDANT

The sentence recommendation in question 19 is correctly stated. I believe the recommendation is fair to the State of Oklahoma. Offer of Proof (nolo contendere plea): _____

_____

_____

_____

ASSISTANT DISTRICT ATTORNEY

## THE COURT FINDS AS FOLLOWS:

(A) The Defendant was sworn and responded to questions under oath.
(B) The Defendant understands the purpose, nature and consequences of this proceeding.
(C) The Defendant's plea(s) of __Guilty__ is/are knowingly and voluntarily entered and accepted by the COURT REPORTER PRESENT Court.
(D) The Defendant is competent for the purpose of this hearing.
(E) A factual basis exists for the plea(s) (and former conviction(s), if applicable).
(F) The Defendant is guilty as charged: (check as appropriate)
  [ ✓ ] after no prior felony conviction.
  [ · ] after one (1) prior felony conviction.
  [ ] after two (2) or more prior felony convictions
G. Sentencing or order deferring sentence shall be: [ ] imposed instanter or [ ✓ ] continued until the __28 TH__ day of __April 2010__ at __1 : 30__ , __P__ .M. If the Pre-sentence investigation and Report is requested, it shall be provided to the Court by the _____ day of _____ , _____.

DONE IN OPEN COURT this __28TH__ day of __April__ , __2005__ .

_____
JUDGE OF THE DISTRICT COURT

_John C Garrett_
NAME OF JUDGE TYPED OR PRINTED

_____
Court Reporter Present

_____
Deputy Court Clerk Present

## "NOTICE OF RIGHT TO APPEAL"

Sentence to Incarceration, Suspended or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the Sequoyah County District Court Clerk's Office a written Application to Withdraw Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the trial court denies your application, you have a right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days of the date of denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation or record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2 (D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

Do you understand each of these rights to appeal?                              YES    NO

Do you want to remain in the county jail ten (10) days before being taken to place of confinement?                              YES    NO

Have you fully understood the questions that have been asked?                              YES    NO

Have your answers been freely and voluntarily given?                              YES    NO

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED.

_Cynthia C Crawford_
Defendant

I, the undersigned attorney, have advised the Defendant of his appellate rights.

_Pro Se_
Attorney for the Defendant

DONE IN OPEN COURT, this _28TH_ day of _April_, _2005_.

_____
Judge of the District Court

_Waived_
Court Reporter Present

_____
Deputy Court Clerk Present

## ADDENDUM "A"
## CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the defendant, _____ ,I certify that:

1. The Defendant has stated to me that he/she is [  ] able [  ] unable to read and understand the attached form, and I have [  ] determined the Defendant is able to understand the English language or [  ] determined the Defendant is unable to understand the English language and obtained _____ to interpret to the Defendant in the _____ language.

2. I have read and fully explained to the Defendant the allegations contained in the information in this case.

3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts and the answers to the questions set out in the Summary of Facts are the Defendant's answers.

4. To the best of my knowledge and belief the statement and declarations made by the Defendant are accurate and true and have been freely and voluntarily made.

Dated this _____ day of _____, _____.

_____
Attorney for the Defendant

Sequoyah County Form CF-1 b           Uniform Plea of Guilty -- Sentence on Plea

Case Number CF- _____    State v. _____    Date: _____

**Part B:** Sentence on Plea    [NOTE ON USE: Part B is to be used with the Summary of Facts if contemporaneous with the entry of plea or may be formatted as a separate sentencing form if sentencing is continued to a future date.]

### THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:

DEFERRED SENTENCE

1. The sentencing date is deferred until _____ , _____ , _____ at _____ : _____ , ___ M.

2. You [   ] will [   ] will not be under supervision by the Department of Corrections. The terms set forth in the Rules and Conditions of Probation in Addendum D shall be the rules you must follow during the period of deferment.

SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows:
[1] _____ [2] _____ [3] _____ [4] _____ [5] _____

TO BE SUSPENDED as follows:

    (A) ALL SUSPENDED    [   ] YES    [   ] NO

    (B) suspended except as to the first _____ (months) (years) of the term(s) during which you are to be held in the custody of the Department of Corrections. The remaining term of the sentence(s) is to be suspended under the terms set forth in the Rules and Conditions of Probation in Addendum D.

2. The sentence(s) is/are to run [   ] concurrently [   ] consecutively with/to _____ _____ or NOT APPLICABLE.

### TIME TO SERVE

1. You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows:
[1] _____ [2] _____ [3] _____ [4] _____ [5] _____

2. The sentence(s) is/are to run [   ] concurrently [   ] consecutively with/to _____ _____ or NOT APPLICABLE.

### FINES AND COSTS

You are to pay in full any fine(s), costs, fees and restitution at the time of sentencing. In the alternative, you may request a stay of execution (SOE) from the Cost Administrator in the Sequoyah County District Court Clerk's Office. All information given to the Cost Administrator in requesting the SOE will be under oath and is considered as part of the summary of facts before the Court. You will appear in person to make all payments as agreed. Any payment tendered other than in person will be accepted; however, such acceptance does not excuse your appearance in the Clerk's Office.

Sequoyah County Form CF-3(B)                    Uniform Plea of Guilty -- Additional Findings

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, THE STATE OF OKLAHOMA

STATE vs. _____ Defendant    Case No. _____

### ADDITIONAL FINDINGS AT TIME OF SENTENCING

## EXHIBIT 1

A. Original Charges (A copy of the information may be attached instead) Please list any additional charges on a separate attached sheet.

| OFFENSE | STATUTE CITATION |
|---------|------------------|
|         |                  |
|         |                  |
|         |                  |

B. Prior Felony Charges Used For Enhancement Please list any additional convictions on a separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---------|------|------------------|
|         |      |                  |
|         |      |                  |
|         |      |                  |

C. Prior Charge(s) For Which Order Deferring Sentence Was Entered Please list any additional charges on separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---------|------|------------------|
|         |      |                  |
|         |      |                  |
|         |      |                  |

D. Prior Felony Convictions Not Used For Enhancement Please list any additional convictions on a separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---------|------|------------------|
|         |      |                  |
|         |      |                  |
|         |      |                  |

E.
If the defendant plead guilty to multiple counts, did the offense(s) arise from the same transaction?

Circle
YES    NO

F.  Other Enhancers Used to Determine Placement on Matrix  | Circle

1.  Did the offender commit the current offense with the use of a firearm within the immediate possession and control of the offender?  YES  NO

2.  Was the victim of the offense over 62 years of age, under 12 years of age or disabled by reason of mental or physical illness to such extent that the victim lacked the ability to effectively protect his or her property or persons?  YES  NO

3.  Did the offender in the commission of the offense maim or torture the victim?  YES  NO

4.  Did the offender commit a Schedule N-2 or N-3 drug offense in, on, or within 1,000 feet of real property comprising of a public or private elementary or secondary school; public or private college, university, or other institution of higher education; recreation or public park (including state facilities); public housing project; or in the presence of any child under 12 years of age?  YES  NO

5.  Did the offender commit a Schedule N-2 or N-3 drug offense by using or soliciting the services of a person less than 18 years of age, providing the offender was at least 18 years of age at the time of the offense?  YES  NO

6.  If the controlling offense was a property or drug offense, what was the total amount involved in that offense (e.g., the value of the property involved; the amount of money stolen, embezzled, or obtained by fraud; or the amount of drug proceeds utilized?)  $ _____

7.  If the controlling offense was a drug offense, what was the predominant drug and what was the amount of that drug?  (Please specify quantity in grams, ounces, etc.)

DRUG: _____

QUANTITY: (oz., grams, etc.) _____


G.  Offender Characteristics

Gender (Circle)                          Race  (Circle)
Male  Female              White  Black  Hispanic  Asian  Native American

**This Exhibit shall not be admitted into evidence in any future prosecutions.**

Certified this _28TH_ day of __April__ , _2005_ .


_____          _____
Attorney for the State                    Attorney of the Defendant


                                   _____
                                   Judge of the District Court

**IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY**
**STATE OF OKLAHOMA**

THE STATE OF OKLAHOMA )
          Plaintiff, )
VS. )
                      )
CINDY CRAWFORD a/k/a )
CYNTHIA MATTOX )
DOB: ███/76 SS#███████2026 )
          Defendant. )

Case No. CF-2004-613

**SEQUOYAH COUNTY, OKLAHOMA**
**FILED**
**IN DISTRICT COURT**

**APR 2 8 2005**

**BERNELL EDWARDS, COURT CLERK**
**BY_____DEPUTY**

## IMPOSITION JUDGMENT AND SENTENCE DEFERRED ON PLEA OF GUILTY

NOW, on this ___28th____ day of April, 2005, the same being a judicial day of said court, and the defendant, CINDY CRAWFORD a/k/a CYNTHIA MATTOX, being personally present in open court, appearing PRO SE, and having been duly represented at all proceedings before the Court by such attorney of record, and having been legally charged with the offense of CT. I: POSSESSION OF MARIHUANA, SECOND OFFENSE 63 O.S. 2-402(B)(2), CT.II: POSSESSION OF PARAPHERNALIA 63 O.S. 2-405 and having been duly informed of the nature of the charge, and of her constitutional rights and having been duly arraigned thereon, and having duly and properly entered her plea of guilty to the crime of POSSESSION OF MARIHUANA , SECOND OFFENSE 63 O.S. 2-402(B)(2) and POSSESSION OF PARAPHERNALIA 63 O.S. 2-405  and having been advised of her rights and the effect of such plea, and the defendant having been asked by the Court whether she has any legal cause to show why the Court should not defer further proceedings and place her on probation under supervision of the Department of Corrections upon the conditions of probation prescribed by the Court, and the defendant consents to such procedure.

IT IS THEREFORE the decision and Order of the Court to defer the imposition of judgment and sentence in this case for a period of FIVE (5) years for Count I and ONE (1) year Count II, concurrent, and the defendant is placed on probation during such period under the supervision of the Department of Corrections of the State of Oklahoma, such deferment to continue during good behavior and pursuant to the Rules of the Department of Corrections of the State of Oklahoma, as prescribed in the "Addition to Judgment and Sentence."

The defendant is further taxed costs of this prosecution in the amount of $_____ for which judgment is hereby rendered.

Upon successful completion of the probationary term, the defendant shall be discharged without a court judgment of guilt, and the verdict or plea of guilty shall be expunged from the record and said charge shall be dismissed with prejudice to any further action. Upon violation of the conditions of probation, the court may enter a judgment of guilt and proceed as provided in Section 1, Title 22-901a of the Oklahoma Statutes Annotated, 1970.

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT OF )  Defendant:   CINDY CRAWFORD a/k/a
SEQUOYAH COUNTY )                          CYNTHIA MATTOX
STATE OF OKLAHOMA )  Case No.:    CF-2004-613
  )
  )  Date:   04/28/05

SEQUOYAH COUNTY, OKLAHOMA
IN DISTRICT COURT
FILED

APR 2 8 2005

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

## RULES AND CONDITIONS OF PROBATION

1.  I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general state of my environment and progress.

2.  I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I will understand that I am not to go into or loiter around beer taverns or pool halls.

3.  I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4.  I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5.  I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6.  I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7.  I understand that it will be a violation of my probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or any representative thereof.

8.  I understand that I must support myself and all my dependents without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9.  I will refrain from violation of any City, State or Federal law.

10.  I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11.  I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12.  I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13.  I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion exists in their mind.

14.  I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within the eighteen months.

15.  **SPECIAL CONDITIONS:** The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, OSBI lab fees) of $_____ within _____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of _____, 2002 and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*

Count I:  FINES $100.00; DEF$50.00 to be paid within 90 days to the D.A.'s Office;  LAB FEES $165.00; MHF $100

()  Defendant is to pay restitution through the District Attorney's office as set out in Exhibit "A" attached, the sum of  $

16.  Defendant to report to DOC within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

_Pro Se_
Attorney for Defendant

_Cynthia E Crawford_
Probationer

_[signature]_
JUDGE OF THE DISTRICT COURT

Defendant's Mailing Address:
1013 Rosewood Dr.
Sallisaw OK 74955

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
   Plaintiff   )
          )
vs.        )  Case No. CF-04-613
CINDY CRAWFORD   )
1013 ROSEWOOD DR.  )
          )
SALLISAW, OK  74955  )
   Defendant  )
  SS#: ███2026
  DOB: ███1976

Date: 04/28/05  State's Attorney:  KYLE WATERS
      Defendant's Attorney: PRO SE

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
APR 2 8 2005
BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

RULE 8 HEARING
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

   $20.00 on or before 05-28-2005 and

then 20.00 per month on or before the 28 day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 05-28-20

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _Do appear in August_____

_____

TOTAL TO PAY $799.30

_Cynthie Crawford_   _John C. Garrett_
 Defendant     Judge of the District Court
Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

**CHECK ONE:**

_____ I PLAN TO PAY BEFORE 3:30 PM TODAY    _____ I PLAN TO PAY IN 48 HRS.

___X___ I WANT EXTENDED TIME TO PAY

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation in CONTEMPT OF COURT for providing false and/or incomplete information on this application I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE _Cynthia E Crawford_ DATE _4-28-5_

CASE # _____ DATE OF BIRTH ███████ _76_

SSN# ███████ _21020_ FINE/COSTS $ _____

LAST NAME _Crawford_ FIRST _Cynthia_ MI _Elaine_

STREET ███████ CITY _Sallisaw_ PH _774-3553_

EMPLOYER _Eds truck Stp_ HOW LONG _3 WK_ PH _59481_

EARNINGS ~~5.15~~ PER _WK_ #HRS/WK _30_ PAYDATES _Wensdeys_

**IF PAYING BEFORE 3:30 PM TODAY: STOP HERE**

MARITAL STATUS _____ SINGLE    ___✓___ MARRIED    _____ SEPARATED
_____ DIVORCED    _____ COMMON LAW    _____ WIDOW(ER)

NUMBER OF CHILDREN _2_    AGES OF CHILDREN _6 + 9_

LIST OTHERS LIVING IN HOUSEHOLD, NAME   RELATIONSHIP   EMPLOYER   INCOME

| NAME | RELATIONSHIP | EMPLOYER | INCOME |
|---|---|---|---|
| Trinity faith mattox | Daughter | Eds truck stop | |
| Halie mattox | Daughter | | |
| Travis Crawford | Husband | ~~~~ | none |

AMOUNT OF $ W/YOU _5.00_    SAVING/CHECKING ACC $ _none_

PROPERTY, INVESTMENTS, ASSETS $ _____

I AM SUPPORTED BY: _Self_    DO YOU RECEIVE HOUSING ASSISTANCE __

ALIMONY/CHILD SUPPORT _None_    MONTHLY EXPENSES:
SOCIAL SECURITY _None_    RENT _450_
PENSION/RET. _None_    FOOD _300_
WELFARE _None_    UTILITIES _48.00 + gas 15.00_
FOOD STAMPS _None_    CHILD CARE _None_
UNEMPLOYMENT _none_    MEDICAL _1720_
GROSS MO. EARNING _None_    TOTAL $ _____
OTHER INCOME SUPPORT _none_    SOURCE _Self_

DRIVERS LICENSE # _021188U_ STATE _OK_ EXP.DATE _2006_

VEHICLES YOU OWN OR USE:   YEAR   MAKE/MODEL   MONTHLY PMT.
_mazda 626_ _95_ _626 WD_ _weekly 200.00_

Sequoyah County
Warrant Clearance

...ant Name: CRAWFORD, CINDY

...ant Number: CF-04-00613

...x Time Cleared: 06-01-05

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUL 1 9 2005

...rant Cleared By:

BERNELL EDWARDS, COURT CLERK
BY ___Badge #___ _____DEPUTY

...f _____ Serving Officer _____

_____ Agency: _____

...( _____ Authority: _____

Warrant Pulled from file?          (Yes)          No

Explain: NOT UALid Toll and NCFC

Warrant Marked Off Warrant Book and Data Base?     (Yes)     No

Explain: _____

Warrant Canceled from NCIC?     (Yes)     Not Entered

Warrant Removed From Holds Book?     Yes     No Hold Placed

...ff's Office Employee Signature: Yoakum

...After completing this form, staple it to the back of cleared warrant and put it in the folder marked Court Clerk. ...
...rm only to clear Sequoyah County Warrants. Every warrant must me cleared on a separate form.

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED

JUL 19 2005

# BENCH WARRANT
## FAILURE TO APPEAR

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

**STATE OF OKLAHOMA**

Plaintiff

VS.

**Case No: <u>CF-04-00613</u>**

**CINDY CRAWFORD aka Cindy Mattox**

Defendant

S.S.#:  446902026
D.O.B:  02-21-76

THE STATE OF OKLAHOMA,
To any Sheriff or Policeman in this State
GREETINGS:

WHEREAS, an INFORMATION having been filed on 11-16-2004, in the DISTRICT Court of SEQUOYAH
County, State of Oklahoma, charging:

    **Name: CINDY CRAWFORD**

    **Address:** ███████ SALLISAW, OK, 74955

    ████ 2026 ████ 76

with the crime of  **UNLAWFUL POSSESSION OF MARIHUANA---**
        **<u>FAILURE TO APPEAR AS CITED ON OR BEFORE APPEARANCE DATE</u>**

# BOND: $ 22,000.00

You are therefore commanded forthwith to arrest the above named defendant and bring said defendant before
the District Court of SEQUOYAH County to answer said Charge, or if the Court has adjourned, that you deliver
said defendant into the custody of the Sheriff of SEQUOYAH County, to be detained by said Sheriff until the
further order of the Court, or until bond is posted as listed above.

    GIVEN UNDER MY HAND AND SEAL of said Court, this _3rd_ day of _March_, 2005.
    BY ORDER OF THE COURT:

        BERNELL EDWARDS, COURT CLERK

_____
           Deputy Clerk

## OFFICER'S RETURN

I received this FAILURE TO APPEAR BENCH WARRANT on the ___ day of _____, 19___,

and executed the same on the ___ day of _____, 19____, BY:

_____

_____, SHERIFF

BY: _____, UNDERSHERIFF/DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

# BENCH WARRANT
## FAILURE TO APPEAR

**STATE OF OKLAHOMA**
Plaintiff

VS.

Case No: <u>CF-04-00613</u>

**CINDY CRAWFORD aka Cindy Mattox**
Defendant

S.S.#: ███ 2026
D.O.B: ███ -76

THE STATE OF OKLAHOMA,
To any Sheriff or Policeman in this State
GREETINGS:

WHEREAS, an INFORMATION having been filed on 11-16-2004, in the DISTRICT Court of SEQUOYAH County, State of Oklahoma, charging:

**Name: CINDY CRAWFORD**

**Address:** ███ SALLISAW, OK, 74955

███ 2026 ███ 76

with the crime of **UNLAWFUL POSSESSION OF MARIHUANA---**
**FAILURE TO APPEAR AS CITED ON OR BEFORE APPEARANCE DATE**

# BOND: $ 22,000.00

You are therefore commanded forthwith to arrest the above named defendant and bring said defendant before the District Court of SEQUOYAH County to answer said Charge, or if the Court has adjourned, that you deliver said defendant into the custody of the Sheriff of SEQUOYAH County, to be detained by said Sheriff until the further order of the Court, or until bond is posted as listed above.

GIVEN UNDER MY HAND AND SEAL of said Court, this __3rd__ day of __March__, 2005.
BY ORDER OF THE COURT:

BERNELL EDWARDS, COURT CLERK

_____
Deputy Clerk

## OFFICER'S RETURN

I received this FAILURE TO APPEAR BENCH WARRANT on the ____ day of _____, 19 ___,
and executed the same on the ____ day of _____, 19 ____, BY:

_____

_____, SHERIFF
BY: _____, UNDERSHERIFF/DEPUTY

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
### STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,       )
      Plaintiff,       )
       )
vs.       )       No.: CF-2004-613
       )
CINDY CRAWFORD,       )
DOB: █████ 1976 SS: █████ 2026     )
       Defendant.       )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
MAR 2 0 2006
BERNEU/EDWARDS, COURT CLERK
BY ____ DEPUTY

### APPLICATION TO IMPOSE JUDGMENT AND SENTENCE

COMES NOW, Richard L. Gray, the duly elected, qualified, and acting District Attorney of Sequoyah County, and states to the Court that on the 28th day of April, 2005, said Defendant entered his/her plea of Guilty in the above entitled cases, in the District Court of Sequoyah County, Oklahoma, to the charge of CT. I: UNLAWFUL POSSESSION OF MARIHUANA 63 O.S. 2-402 (B) (2) CT. 11: UNLAWFUL POSSESSION OF PARAPHERNALIA-(MISD) 63 O.S. 2-405, as set out in the Information on file in this cause and that upon acceptance of said plea the Court ordered to defer the Imposition of Judgment and Sentence for good cause shown at any time prior to the expiration of the probationary term.

That subsequent to the said Order of Deferment of Imposition of Judgment and Sentence, the Defendant violated the rules and conditions of probation in the following manner:

RULE #15: Defendant was to paid $50.00 to the D.A.D.F. Fund with in 90 days

That the commission of the said acts against the laws of violations of probation by the Defendant is good cause for the Court to impose Judgment and Sentence immediately. Further, that it is necessary for the State to secure the attendance of the Defendant at the hearing and such attendance might not come about unless the said Defendant is taken into custody, and that the Court should issue a Bench Warrant for the arrest of the Defendant pending such hearing.

WHEREFORE, applicant prays that the Court set a date for hearing this application and that the deferring of Imposition of Judgment and Sentence be set aside and that Judgment be imposed immediately and that the Court direct the Court Clerk to issue a Bench Warrant for the arrest of the Defendant.

Dated this 14th day of March, 2006.

RICHARD L. GRAY, District Attorney

BY: _____

Assistant District Attorney

WITNESSES:
Lynn Kleman, 120 E. Chickasaw, Sallisaw, Ok. 74955

## FINDING OF PROBABLE CAUSE

The Undersigned Judge of the District Court, upon the above application hereby determines there to be probable cause for the issuance of a Bench Warrant and so orders.

Dated this _16th_ day of _March_, 2006.
Bond set at $ _10,000ºº_

_____
JUDGE OF THE DISTRICT COURT

ISSUED

**BENCH WARRANT – After Conviction**

| | |
|---|---|
| **STATE OF OKLAHOMA** | **IN DISTRICT COURT** |
| **Sequoyah County,** | |
| **THE STATE OF OKLAHOMA** | **CF-04-00613** |
| **VS.** | |
| **CINDY CRAWFORD** | |

**SALLISAW, OK 74955**

████ '6 ████ 2026                        **BOND**        -        **$10,000.00**

THE STATE OF OKLAHOMA
To any Sheriff or Policeman of the State of Oklahoma – Greeting:

**CINDY CRAWFORD** having been on the March 20, 2006 duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of : UNLAWFUL POSSESSION OF MARIHUANA / APPLICATION TO REVOKE OR APPLICATION TO IMPOSE JUDGMENT AND SENTENCE

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above – named
**CINDY CRAWFORD** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this Wednesday, March 29, 2006. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: _~~signature~~_
                                                                                **Deputy**

**WILL ONLY EXTRIDIATE FROM SURROUNDING STATES**

SHERIFF'S RETURN

RECEIVED the Writ on the _____ day of _____, 20___, at _____ o'clock ___a.m. by _____

_____

Dated this _____ day of _____ 20___.


_____
SHERIFF OF SEQUOYAH COUNTY, OK

BY:_____

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )
          Plaintiff                   )
                                      )
vs.                                   )   Case No. CF-04-00613
CINDY CRAWFORD                        )
███████████████████████               )
                                      )
                                      )        SEQUOYAH COUNTY, OKLAHOMA
SALLISAW, OK  74955                   )                  FILED
          Defendant                   )          IN DISTRICT COURT
     SS#: ██████2026
     DOB: ██████1976                             APR 13 2006

                                              PERNELL EDWARDS, COURT CLERK
Date: 04/13/06      State's Attorney:   KYLE WATERS    by _____ DEPUTY
                    Defendant's Attorney: PRO SE

                         RULE 8 HEARING
                           (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:


          $25.00 on or before 05-13-2006 and

then **25.00** per month on or before the **13th** day of each month

with like sums on the same date thereafter until paid in full;

~~OR; the balance in full~~ on or before 05-13-20 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

_____

TOTAL TO PAY $ **2,631.30**

_____        _____
         Defendant                      JOHN C. GARRETT
                                        Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA                    )
            Plaintiff          )          CASE NO. CF 04-613
                                )          SEQUOYAH COUNTY, OKLAHOMA
VS                                   )          FILED
                                )          IN DISTRICT COURT
CINDY CRAWFORD,                      )
            Defendant          )          APR 2 4 2006

BERNELL EDWARDS, COURT CLERK

BY _____ DEPUTY

## MOTION TO DISMISS

COMES NOW Richard L. Gray, District Attorney, in and for Sequoyah County, State of Oklahoma, and moves the Court to recall and dismiss the Application to Impose Deferred Sentence and to recall the Bench Warrant, in the above case now pending against the above named defendant, CINDY CRAWFORD, as Defendant has now paid in full as ordered. WHEREFORE, movant prays that this matter be dismissed for the above named reason.

RICHARD L. GRAY
DISTRICT ATTORNEY

BY _____
ASSISTANT DISTRICT ATTORNEY

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 2 4 2006

BERNELL EDWARDS, COURT CLERK
BY _____
_____ DEPUTY

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | |
|       Plaintiff, | ) | |
| | ) | |
| VS. | ) | Case No. CF 04-613 |
| | ) | |
| CINDY CRAWFORD, | ) | |
|       Defendant. | ) | |

## ORDER

**NOW** on this _____24/TH_____ day of _____April_____, 2006, this matter comes

before the Court upon the Motion of the District Attorney, Richard L. Gray, and by his

assistant moving the Court to recall and dismiss the above pending Application to

Impose Deferred Sentence and the Bench Warrant in the above named case against

said defendant is hereby recalled and dismissed.

IT IS SO ORDERED.

_____
JUDGE OF THE DISTRICT COURT

**ISSUED**

**BENCH WARRANT – After Conviction**

| | |
|---|---|
| **STATE OF OKLAHOMA**<br>**Sequoyah County,**<br>**THE STATE OF OKLAHOMA**<br>      **VS.**<br>**CINDY CRAWFORD** | **IN DISTRICT COURT**<br><br>**CF-04-00613** |

**SALLISAW, OK 74955**

██████76 ████2026                **BOND**          -          **$10,000.00**

THE STATE OF OKLAHOMA
To any Sheriff or Policeman of the State of Oklahoma – Greeting:

**CINDY CRAWFORD** having been on the March 20, 2006 duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of : UNLAWFUL POSSESSION OF MARIHUANA / APPLICATION TO REVOKE OR APPLICATION TO IMPOSE JUDGMENT AND SENTENCE

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above – named
**CINDY CRAWFORD** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this Wednesday, March 29, 2006. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: _Ryan Skinner_
                                  **Deputy**

### WILL ONLY EXTRIDIATE FROM SURROUNDING STATES

SHERIFF'S RETURN

RECEIVED the Writ on the _____ day of _____, 20___, at _____ o'clock
____a.m. by _____

_____

Dated this _____ day of _____ 20___.

_____
SHERIFF OF SEQUOYAH COUNTY, OK

BY:_____

**ISSUED**

**BENCH WARRANT – After Conviction**

| | |
|---|---|
| **STATE OF OKLAHOMA**<br>**Sequoyah County,**<br>**THE STATE OF OKLAHOMA**<br>         **VS.**<br>**CINDY CRAWFORD** | **IN DISTRICT COURT**<br><br>**CF-04-00613** |

**SALLISAW, OK 74955**

██76 ██2026                          **BOND**          -          **$10,000.00**

THE STATE OF OKLAHOMA
To any Sheriff or Policeman of the State of Oklahoma -- Greeting:

**CINDY CRAWFORD** having been on the March 20, 2006 duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of : UNLAWFUL POSSESSION OF MARIHUANA / APPLICATION TO REVOKE OR APPLICATION TO IMPOSE JUDGMENT AND SENTENCE

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above – named
**CINDY CRAWFORD** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this Wednesday, March 29, 2006.  By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

**BY:** _Bryan Skinner_
                              **Deputy**

**WILL ONLY EXTRIDIATE FROM SURROUNDING STATES**

SHERIFF'S RETURN

RECEIVED the Writ on the _____ day of _____, 20___, at _____ o'clock
___a.m. by _____
_____

Dated this _____ day of _____ 20___.

SHERIFF OF SEQUOYAH COUNTY, OK

BY:_____

Sequoyah County
Warrant Clearance

Warrant Name: _CRAWford, Crwdy_

Warrant Number: _CF04-00613_

Date & Time Cleared: _04-28-06  11:44_

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

Warrant Cleared By:

MAY 03 2006

Arrest _____ Serving Officer _____    Badge # ____
BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

Agency: _____

Cancel ✓ Authority _Recall On Office Orders_

Was Warrant Pulled from file?    (Yes)    No

If no Explain: _____

Was Warrant Turned Off Warrant Book and Dat. Base?    (Yes)    No

If no Explain: _____

Was Warrant Canceled from NCIC?    (Yes)    Not Entered

Was Warrant Removed From Hold Book?    Yes    (No Hold Placed)

Sheriff's Office Employee Signature: _Debbie Fuller_

Note: After completing this form, staple it to the back of cleared warrant and put it in the folder marked Court Clerk Use this form only to clear Sequoyah County Warrants. Every warrant must be cleared on a separate form.

Attachment I
OP-160201

## Notice of Termination of Active Probation Supervision

To:      The Honorable Judge Jeff Payton, Sequoyah County District Court

Re:      Cindy E. Crawford  DOC#:502387 CRF 2004-613

**This will serve to provide notice that <u>Cindy E. Crawford</u> has completed <u>24</u> months of probation supervision under the jurisdiction of the Oklahoma Department of Corrections.**

☐       Assessment results indicate the referenced probationer has no criminogenic needs to be addressed by continued supervision.

☐       The offender has successfully completed all supervision modules identified and the corresponding programs to address the offender's criminogenic need(s).

☒       The offender has completed the statutorily mandated term of supervision.

**The Oklahoma Department of Corrections has determined that supervision in this case shall not extend beyond the period already completed. The probationer has complied with his/her Rules and Conditions of supervision to date and, by his/her signature below, acknowledges that the remainder of his/her probation sentence will not be supervised by the Department of Corrections. However, termination of supervision does not modify the sentencing court's jurisdiction over the case, which will not expire by term until the date ordered by the court has been reached. Until that date, the district attorney's office may elect to file an application to accelerate/revoke this sentence should the probationer commit any violations of his/her probation prior to the scheduled discharge date of 4/27/2010.**

The determination to terminate supervision of this case is in accordance with 22 O.S. 991a.E or 22 O.S. 991c pertaining to suspended and deferred sentences, respectively. Please direct any questions pertaining to this matter to the supervising officer at the following address:

**Mike Evans**
**107 N. Oak**
**Sallisaw, Oklahoma 74955**
**Phone: (918) 775-6414**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**MAY 0 2 2007**

MAUDEEN VANN, COURT CLERK
BY_____ DEPUTY

Records indicate that the following obligations (conditions) are not complete:

☐       Community service ___ hours of community service that must completed by _____.

☒       Court costs in the amount of <u>$673.30</u> payable to the office of the Court Clerk.

☐       Other court-ordered obligations: _____

_____                    _____10 Apr07_____
Supervising Officer                              Date

_____
Team Supervisor                                  _____
                                                 Date
_____                    _____4-10-07_____
Probationer                                      Date

CC:      District Attorney
         DOC Restitution and Accounting
         Offender