# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

## REDACTED EXHIBIT 171

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

INFORMATION

========================================================================

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA )
   **Plaintiff,** )
      )
vs.   )   No. CM-2001- 885
      )
**CYNTHIA MATTOX-LUCAS** )
DOB: �switch76 SSN: ▮▮2206 )
   **Defendant.** )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**DEC 1 9 2001**

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

### I N F O R M A T I O N

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that CYNTHIA MATTOX-LUCAS did, in Sequoyah County, and in the State of Oklahoma, on the 12th day of December, in the year of our Lord, Two Thousand One, and before the presentment hereof, commit the crime of

**UNLAWFUL POSSESSION OF CONTROLLED DRUG (MISD) - 63 O.S. 2-402 (B-1)**
That on the day and year, and in the County and State, aforesaid, CYNTHIA MATTOX-LUCAS, did unlawfully, wilfully, knowingly, and intentionally have in her possession and under her control CLONAZEPUM, said drug being classified as a controlled dangerous substance in Schedule IV of the Uniform Controlled Dangerous Substances Act of this State,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

By_____
Assistant District Attorney

STATE OF OKLAHOMA )
      ) ss.
COUNTY OF SEQUOYAH )

Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____
Assistant District Attorney

Subscribed and sworn to before me this 18 day of December, 2001.

_____
NOTARY PUBLIC

My Commission Expires:
10-4-04

WITNESSES:

**Calvin Lockhart, SPD**
**OSBI Lab Analyst, Tahlequah, Ok**

KEB502880

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

cm - ol - 685

## Probable Cause Affidavit for Warrantless Arrest

Comes now the undersigned Affiant, and states upon Oath or Affirmation that the following information and facts are correct to the best of the Affiant's knowledge and belief:

Name of Person Arrested: Mattox-Lucas, Cynthia        Social Security Number: ____ ████ 2026

Date of Birth: ████ 76    Date of Arrest (Detention): 12 / 12 / 01    Time of Arrest: 3:00    P. M.

State Specific Facts for Probable Cause for the Arrest and Detention:
See attached page.

_____

_____

_____

_____

[Use reverse side or attach another page if necessary]

Anticipated Charge(s): Possesion of CDS without valid Prescription, Possession of Contraband in Jail

AFCF: No / Yes times (1) (2) or _____

*Cal. Jourhart 12/13/01*
Affiant (Arresting Officer)

Subscribed and sworn to before me the undersigned, this 14 Day of December 2001

My Commission Expires: 4-16-2003

*Brooke A Hickory*
Notary Public / Judge / Witness

## Probable Cause Determination

I, Dennis M. Sprouse, Judge of the District Court reviewed this Probable Cause Affidavit on the 17 day of December, 2001, at 9:34 (A.M.) P.M.

____✓____ This Affidavit contains sufficient facts showing probable cause to detain the Arrestee to await further proceedings. The Sheriff for Sequoyah or Chief of Police of the arresting agency is hereby commanded to receive him/her into their custody and detain until he/she is legally discharged.

____✓____ The Court sets [___] an Appearance Bond in the amount of $_____.00 or [✓] as per Sequoyah County Bond Schedule.

_____ The Court denies Bond at this time.

_____ This Affidavit contains insufficient facts to show there exists probable cause to detain the Arrestee. **The Arrestee is Ordered Released From Custody Immediately.**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 19 2001

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

_____
(Judge of the District Court

KEB502881

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY STATE OF OKLAHOMA

## Probable Cause Affidavit for Warrantless Arrest

On 12-12-2001 I was sent to the Sequoyah County District Attorneys Office on a report of a Cynthia Lucas-Mattox being there. I was aware that Ms. Mattox had a warrant for her arrest through the City of Sallisaw. Upon arriving to the DA's office I placed Ms. Mattox under arrest for the warrant. Ms. Mattox was then transported to the Sallisaw Holding Facility. Before the booking process was started I asked Ms. Mattox if she had and type of illegal drugs on her person or in her purse. Ms. Mattox stated "No I do not." While inventorying Ms. Mattox's purse she had with her while she was arrested, I found what appeared to be a piece of plastic that is found on a cigarette package with two white pills bearing the numbers 93834. When I asked Ms. Mattox about the pills she stated that they were aspirin. They did not have the appearance of any type of aspirin I had seen the past. I then seized the pills to try to identify what they were. I also could not locate any prescription bottle or prescription in her purse or on her person that matched the pills I found. She did however have a prescription in her purse, but was not the same as the two white pills in the plastic. After the booking procedure was finished on Ms. Mattox I then called Cliff's Pharmacy in Sallisaw and gave them a description of the pills and the numbers that were on them. The person I was speaking with advised that it was Clonazepam a schedule four controlled substance. I then had Officer Teague contact Detective John Owens. Det. Owens advised the same thing that the employee at Cliff's Pharmacy did. Owens also advised that it was a felony to be in possession of Clonazepam with out a valid prescription. I then sealed the pills and plastic in a envelope, signed and taped the seams, and locked the package in a drawer to be sent the Oklahoma State Bureau Investigation Lab for analysis. I later talked with DA Robbie Cowan advised that being in possession of a schedule four drug was only a misdemeanor, but since Ms. Mattox had been arrested before for the same thing that this time to charge her with a felony.

KEB502882