# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

## REDACTED EXHIBIT 160

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

**INFORMATION**

==================================================================

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA )
        Plaintiff, )
vs. )

No. CF-98-346

CHARLES EDMOND SANDERS )
DOB: ███66 #█████9539)
TERESA JORDAN )
DOB:███65 #████-5711 )
JOHN EUGENE JORDAN )
DOB:███66 #████-5294 )
      Defendant. )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 2 2 1998

BERNELL EDWARDS, COURT CLERK
BY _____ Aw _____ DEPUTY

**I N F O R M A T I O N**
**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:**

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that CHARLES EDMOND SANDERS, TERESA JORDAN and JOHN EUGENE JORDAN did, in Sequoyah County, and in the State of Oklahoma, on the 17th day of September, in the year of our Lord, One Thousand, Nine Hundred and Ninety-Eight and before the presentment hereof, commit the crime of

COUNT I: UNLAWFUL POSSESSION OF CONTROLLED DRUG
(FELONY) 63 O.S. 2-402 (B-1)

That on the day and year, and in the County and State, aforesaid, CHARLES EDMOND SANDERS, TERESA JORDAN and JOHN EUGENE JORDAN, while acting in concert each with the other, did unlawfully, wilfully, knowingly, or intentionally and feloniously have in their possession and under their control METHAMPHETAMINE, said drug being classified as a controlled dangerous substance in Schedule II of the Uniform Controlled Dangerous Substances Act of this State,

COUNT II: UNLAWFUL POSSESSION OF PARAPHERNALIA-(MISD) 63 O.S. 2-405

On the day and year in the County and State aforesaid, said CHARLES EDMOND SANDERS, TERESA JORDAN and JOHN EUGENE JORDAN, while acting in concert each with the other, did unlawfully, wilfully and wrongfully have in their possession and under their control certain paraphernalia, to-wit: syringes, used to consume drugs classified as controlled dangerous substances under the Uniform Controlled Dangerous Substances Act of this State, and for the purpose and with the unlawful intent to administer such controlled dangerous substances without having any medical or other lawful need requiring possession of said paraphernalia,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

REDACTED DIANNE BARKER HARROLD
DISTRICT ATTORNEY

By _____
    Assistant District Attorney

STATE OF OKLAHOMA )
           ) ss.
COUNTY OF SEQUOYAH)

Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____
    Assistant District Attorney

Subscribed and sworn to before me this 22nd day of September, 1998.

My Commission Expires:
_6/28/99_

_____
    NOTARY PUBLIC

WITNESSES:
Kelly Karnes, SCSO, Sallisaw, OK
Roy Coleman, SCSO, Sallisaw, OK
Walter Ross, SCSO, Sallisaw, OK
Chemist, OSBI Lab, Tahlequah, OK

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 2 3 1998

BERNELL EDWARDS, COURT CLERK
BY _____ *CW* _____ DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

_____
Plaintiff

VS.

_____
Defendant

CASE NO: CF-98-346A

## APPLICATION FOR APPOINTED COUNSEL
### AND
### AFFIDAVIT OF FINANCIAL INABILITY TO EMPLOY COUNSEL

I swear and affirm that I am the party in the above entitled action. I want an attorney to represent me in this case. I am financially unable to obtain the services of an attorney without causing substantial hardship to myself or to my family. The following information is true and is given and intended to be relied upon by the court and other persons or agencies in determining my eligibility for legal services to be furnished to me at public expense.

PLEASE FILL IN ALL SPACES BELOW AND SIGN YOUR NAME UNDER OATH IN FRONT OF THE JUDGE, A NOTARY OR THE COURT CLERK. IF A QUESTION DOES NOT APPLY TO YOU, PLEASE WRITE IN THE BLANK "DOES NOT APPLY".

I. GENERAL INFORMATION DATE: 09 23 98
NAME: Theresa Jordan
ADDRESS: ▓▓▓▓▓ Marble City OK 74945
TELEPHONE: 918 775-▓▓▓ MESSAGE NUMBER: _____
SOCIAL SECURITY NO: ▓▓▓ 5710 AGE: 33 DOB: ▓▓▓▓ 65
SINGLE ( ✓ ) MARRIED ( ) SEPARATED (✗)
SPOUSE'S NAME: _____
ADDRESS: _____
TELEPONE: _____
HOW MANY PEOPLE ARE IN YOUR HOUSEHOLD? 2
NAME AND AGES: Myself, Tara Fields age 14

ARE YOU CLAIMED AS A DEPENDENT BY A PARENT OR GUARDIAN? YES ( ) NO ( ✓ )

II FAMILY INCOME
YOUR MONTHLY TAKE HOME PAY: —0— WEEKLY TAKE HOME PAY: 0
YOUR EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY) —0—
YOUR EMPLOYER'S PHONE NUMBER: N/A
SPOUSE'S SALARY: N/A
SPOUSE'S EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY
SPOUSE'S EMPLOYER'S PHONE NUMBER: _____
IS ANY OTHER MEMBER OF YOUR HOUSEHOLD EMPLOYED? YES( ) NO( ✓ )
WHO? _____ **REDACTED**
WHERE? _____
SALARY? _____
DEPENDENT'S EMPLOYER: None
OTHER SOURCE OF INCOME OR BENEFITS (INCLUDE INTEREST, DIVIDENDS, ROYALTIES, ETC.) None
TOTAL FAMILY INCOME FOR PRECEDING MONTH WAS $ —0—

III FAMILY ASSETS (WHAT YOU OWN LESS WHAT YOU OWE ON IT)
MONEY:
IN JAIL: -0-     AT HOME: -0-     CHECKING: -0-
SAVINGS: -0-     SAFE DEPOSIT BOX -0-     OTHER: -0-
HOME OR OTHER REAL ESTATE VALUE: -0-     JEWELRY VALUE: -0-
AUTOMOBILES: MAKE AND VALUE -0-     FURNITURE VALUE -0-
MOTORCYCLES:     MAKE     AND     VALUE -0-     TOOLS/EQUIPMENT
VALUE -0-
NOTES, MORTGAGES AND TRUST DEEDS: -0-     ANY DEBTS OWED TO THE DEF -0-
OTHER ASSETS AND PROPERTY VALUE: -0-
ARE YOU PARTY TO A SUIT (PROBATE, WORKER'S COMPENSATION, PERSONAL
INJURY)WHERE? -0-     JUDGMENT MAY BE EXPECTED? YES( ) NO( )
NAME OF ATTORNEY? Gerald Hunter

IV EXPENSES AND DEBTS
RENT/HOUSE PAYMENT: 150 00/mo CLOTHING -0-     FOOD -0-
DOCTOR/MEDICINE -0-     UTILITIES 300 00/mo CAR PAYMENT -0-
INSURANCE: -0-     OTHER: -0-
TOTAL MONTHLY LIVING EXPENSES: 450 00/mo
MORTGAGE/LANDLORD'S NAME: Tom Bradshaw
MAJOR DEBTS: (list to whom and amount owed): Fines / Court Cost - Sequoyah Co
amount total unknown

LIST THE PERSONS WHO ARE DEPENDENT ON YOU FOR SUPPORT. STATE YOUR
RELATIONSHIP TO EACH PERSON AND HOW MUCH YOU CONTRIBUTE MONTHLY TO THEIR
SUPPORT: Tara Fields, Brittanie Jordan - Daughters
50%

V. LAST EMPLOYMENT
WHEN DID YOU LAST WORK?: 1997
WHO WAS YOUR EMPLOYER?: Vian Nursing Home
SALARY: 450 00/mo     HOW LONG DID YOU WORK THERE?: 6mo
WHY DID YOU QUIT? Moved

VI. THE FOLLOWING PEOPLE CAN VERIFY TO A LARGE EXTENT MY ABOVE MENTIONED
FINANCIAL SITUATION. GIVE NAME, ADDRESS AND PHONE NUMBER.
1. Imogene Jordan ███████ Vian OK 773-8187
2. Evelyn Sanders ███████ Marble City 775-3093
3. Donna Davis ███████ Marble City 775-3093

VII. CHARGE AND BOND
CHARGE(S): FELONY ✓     MISDEMEANOR     JUVENILE
ARRESTING AGENCY: Seq. Co Sheriff's Dept
CITY     COUNTY ✓     STATE
HAS BOND BEEN POSTED? YES(✓) NO( ) DID YOU USE A BONDSMAN? YES( ) NO(✓)
WHO PAID THE BONDSMAN? N|A
AMOUNT OF BOND: 20,000     PREMIUM PAID TO BONDING CO: -0-
IF YOU DID NOT USE A BONDSMAN, DID YOU POST A CASH _____ OR P.R. _____

LIST ANY DEFENDANTS CHARGES WITH YOU _Charles Sanders, Johnny Jordan_

VIII

1. HAVE YOU TRANSFERRED OR SOLD ANY ASSETS SINCE CHARGES WERE FILED IN THE CASE? YES ( ) NO ( ✓) IF SO, DESCRIBE THE BUYER AND THE AMOUNT RECEIVED.

_____

2. HAVE YOU RETAINED COUNSEL IN THE CASE OR IN ANY OTHER PENDING CRIMINAL CASE? YES ( ✓) NO ( ) IF SO, STATE THE CASE NUMBER, COURT ATTORNEY, AND AMOUNT PAID TO ATTORNEY FOR SERVICES: _D 4. court Appt ; Gerald Hunter_

_____

3. DO YOU HAVE ANY FRIENDS OR RELATIVES WHO ARE ABLE AND WILLING TO ASSIST YOU IN HIRING COUNSEL AND PAYING FOR TRANSCRIPTS? YES ( ) NO ( ✓) IF SO, HAVE THOSE PERSONS BEE ASKED TO HELP? YES ( ✓) NO ( )

4. IF ANY FRIEND OR RELATIVE HAS GIVEN PREVIOUS FINANCIAL ASSISTANCE IN THIS CASE, BUT IS NO LONGER ABLE OR WILLING TO DO SO, AN AFFIDAVIT TO THAT EFFECT FROM THAT PERSON SHOULD BE ATTACHED. IS THAT AFFIDAVIT ATTACHED YES( ) NO( )

IX. NAMES OF THREE ATTORNEY'S YOU CONTACTED:

1. NAME: _Sullivan_
   WHEN DID YOU CONTACT THIS ATTORNEY? _8-22_
   HOW DID YOU CONTACT THIS ATTORNEY? _8-2 Phone_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( ✓)
2. NAME: _Donnie Baker_
   WHEN DID YOU CONTACT THIS ATTORNEY? _8-22_
   HOW DID YOU CONTACT THIS ATTORNEY? _Phone_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( ✓)
3. NAME: _Datfin, Mike_
   WHEN DID YOU CONTACT THIS ATTORNEY? _8-22_
   HOW DID YOU CONTACT THIS ATTORNEY? _Phone_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( ✓)

X. I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION I HAVE PROVIDED IS TRUE AND CORRECT. I UNDERSTAND THAT I MAY BE PROSECUTED FOR PROVIDING FALSE INFORMATION IN THIS APPLICATION AND AFFIDAVIT. I UNDERSTAND THAT I MUST INFORM THE OKLAHOMA INDIGENT DEFENSE SYSTEM OF ANY CHANGE IN MY FINANCIAL SITUATION THAT MAY CHANGE THE INFORMATION I HAVE PROVIDED. I FURTHER DECLARE THAT I HAVE CONTACTED THREE ATTORNEYS, LICENSED TO PRACTICE LAW IN THIS STATE, AND I AM WITHOUT FUNDS TO PAY AN ATTORNEY TO REPRESENT ME OR TO PAY FOR TRANSCRIPTS AND COST ASSOCIATED WITH THIS CASE.

DATED THIS _23_ DAY OF _Sept_ 19 _98_ .

DEFENDANT _Teresa Jordan_
LEGAL GUARDIAN _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____ 19_____ .

comm. exp._____        **REDACTED**_____
                                    PUBLIC NOTARY OR CLERK OR JUDGE

I FIND THAT THE DEFENDANT IS UNABLE TO PAY THE APPLICATION FEE AND I HEREBY WAIVE THE FEE.

_____
JUDGE

APPOINTMENT OF INDIGENT DEFENSE COUNSEL

APPROVED _Cms_ DENIED_____

_Wcerk_

## NOTICE

A copy of this APPLICATION AND AFFIDAVIT shall be sent to the prosecuting attorney or office of attorney general, whichever is applicable, for review and, upon request, the court shall hold a hearing to determine your eligibility for legal services to be furnished to you at public expense.

## IMPORTANT NOTICE

The court shall order you to pay the costs of your legal representation in total, or in installments. The court shall set the amount and due of each installment payment. The costs shall be paid to the court clerk in your county. The costs shall be a debt against you until paid and shall subject you to debt collection procedures as provided by law. The costs shall be deducted from any state income tax refund due you until the total costs are paid.

**REDACTED**

ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, first, middle, suffix(please print or type) (show alias)

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

Jordan Teresa DOB. 06-29-65

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-98-346A | Hamilton + Morgan Bond 80,000 | Poss CDS, Escape Poss Para Poss of Radio in Comm of Felony |
| | | |
| | | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 25 day of Sept ____, 19 98.

Sheila Seeley
Signature

White Copy - Court
Yellow Copy - Sheriff's File

AUTHORIZED BY  Del Sprouse
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 2 8 1998

BERNELL EDWARDS, COURT CLERK
REDACTED
DEPUTY

ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, first, middle, suffix(please print or type) (show alias)

Sanders    Charles  E    ████ 66    ████    2539

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-98-346 | Hamilton & Morgan $20,000 | Poss CDS, Poss Para. Unlawful Escape of Custody, Poss of Police Radio |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the _18_ day of _Sept_, 19_98_.

White Copy - Court
Yellow Copy - Sheriff's File

_Shelia Seeley_
Signature

AUTHORIZED BY    _R. Garrett_
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 21 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

**REDACTED**

INFORMATION
Page 2

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 2 9 1998

BERNELL EDWARDS, COURT CLERK
BY _____ Ouu _____ DEPUTY

| | |
|---|---|
| THE STATE OF OKLAHOMA,<br>        Plaintiff,<br><br>vs.<br><br>CHARLES E. SANDERS,<br>        Defendant. | ) IN THE DISTRICT COURT OF<br>) SEQUOYAH COUNTY, STATE<br>) OF OKLAHOMA<br>) CASE NO. CRF-98- 346<br>)<br>)<br>) |

## FORMER CONVICTIONS

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-89-396, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UTTERING FORGED INSTRUMENT, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-92-91, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of UNLAWFUL POSSESSION OF CONTROLLED DRUG, said defendant being represented by counsel, and said conviction having become a final judgment in the case;

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same CHARLES E. SANDERS was heretofore on the 20th day of July, 1992, in Case No. CF-90-144, in the District Court of Sequoyah County, State of Oklahoma, a court of competent jurisdiction, convicted of the crime of SEXUAL BATTERY, said defendant being represented by counsel, and said conviction having become a final judgment in the case, and, therefore, this defendant is prosecuted as a second and subsequent offender.

DIANNE BARKER HARROLD,
DISTRICT ATTORNEY

BY: _____
Assistant District Attorney

REDACTED

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 3 0 1998

BERNELL EDWARDS, COURT CLERK
BY _____ *Cw* _____ DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

_____
Plaintiff

vs.

*John E. Jordan*
Defendant

CASE NO: *CF-98-346B*

APPLICATION FOR APPOINTED COUNSEL
. AND
AFFIDAVIT OF FINANCIAL INABILITY TO EMPLOY COUNSEL

I swear and affirm that I am the party in the above entitled action. I want an attorney to represent me in this case. I am financially unable to obtain the services of an attorney without causing substantial hardship to myself or to my family. The following information is true and is given and intended to be relied upon by the court and other persons or agencies in determining my eligibility for legal services to be furnished to me at public expense.

PLEASE FILL IN ALL SPACES BELOW AND SIGN YOUR NAME UNDER OATH IN FRONT OF THE JUDGE, A NOTARY OR THE COURT CLERK. IF A QUESTION DOES NOT APPLY TO YOU, PLEASE WRITE IN THE BLANK "DOES NOT APPLY".

I. GENERAL INFORMATION      DATE: *9/22/98*
NAME: *John E. Jordan*
ADDRESS: ▉▉▉▉▉ *Musk, OK 74403*
TELEPHONE: *O*      MESSAGE NUMBER: *O*
SOCIAL SECURITY NO: ▉▉▉ *5799*   AGE: *32*   DOB: ▉▉▉ *66*
SINGLE ( ) MARRIED (✓) SEPARATED ( )
SPOUSE'S NAME: *Kathy Jordan*
ADDRESS: *same*
TELEPONE: *O*
HOW MANY PEOPLE ARE IN YOUR HOUSEHOLD? *5*
NAME AND AGES: *Kathy 38, Reggana 12, Amber 10, Amanda, John Je-*

ARE YOU CLAIMED AS A DEPENDENT BY A PARENT OR GUARDIAN? YES (✗) NO ( )

II FAMILY INCOME
YOUR MONTHLY TAKE HOME PAY: *O*   WEEKLY TAKE HOME PAY: *O*
YOUR EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY) *O*

YOUR EMPLOYER'S PHONE NUMBER: _____
SPOUSE'S SALARY: *O*
SPOUSE'S EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY *O*

SPOUSE'S EMPLOYER'S PHONE NUMBER: _____
IS ANY OTHER MEMBER OF YOUR HOUSEHOLD ~~REDACTED~~ EMPLOYED? YES( ) NO(✗)
WHO? _____
WHERE? _____
SALARY? _____
DEPENDENT'S EMPLOYER: *O*
OTHER SOURCE OF INCOME OR BENEFITS (INCLUDE INTEREST, DIVIDENDS, ROYALTIES, ETC.) *O*
TOTAL FAMILY INCOME FOR PRECEDING MONTH WAS $ _____

## III FAMILY ASSETS (WHAT YOU OWN LESS WHAT YOU OWE ON IT)

MONEY:
IN JAIL:_____ AT HOME:_____ CHECKING:_____
SAVINGS:_____ SAFE DEPOSIT BOX_____ OTHER:_____
HOME OR OTHER REAL ESTATE VALUE:_____ JEWELRY VALUE:_____
AUTOMOBILES: MAKE AND VALUE _76 car_ FURNITURE VALUE_____
MOTORCYCLES: MAKE AND VALUE _____ TOOLS/EQUIPMENT VALUE_____
NOTES, MORTGAGES AND TRUST DEEDS:_____ ANY DEBTS OWED TO THE DEF_____
OTHER ASSETS AND PROPERTY VALUE:_____
ARE YOU PARTY TO A SUIT (PROBATE, WORKER'S COMPENSATION, PERSONAL INJURY)WHERE?_____ JUDGMENT MAY BE EXPECTED? YES( ) NO( )
NAME OF ATTORNEY? _Gerald Hunter court appointed_

## IV EXPENSES AND DEBTS

RENT/HOUSE PAYMENT: _350⁰⁰_ CLOTHING_____ FOOD _300⁰⁰_
DOCTOR/MEDICINE_____ UTILITIES _300⁰⁰_ CAR PAYMENT_ø_
INSURANCE:_____ OTHER:_____
TOTAL MONTHLY LIVING EXPENSES: _950⁰⁰_
MORTGAGE/LANDLORD'S NAME: _Charles Degn Franeid_
MAJOR DEBTS: (list to whom and amount owed):_____
_____
_____
_____

LIST THE PERSONS WHO ARE DEPENDENT ON YOU FOR SUPPORT. STATE YOUR RELATIONSHIP TO EACH PERSON AND HOW MUCH YOU CONTRIBUTE MONTHLY TO THEIR SUPPORT:_____
_____
_____

## V. LAST EMPLOYMENT

WHEN DID YOU LAST WORK?: _Park Place Nursing Center_
WHO WAS YOUR EMPLOYER?:_____
SALARY: _10.75 hr_ HOW LONG DID YOU WORK THERE?: _3 months_
WHY DID YOU QUIT? _conflict with boss_

## VI. THE FOLLOWING PEOPLE CAN VERIFY TO A LARGE EXTENT MY ABOVE MENTIONED FINANCIAL SITUATION. GIVE NAME , ADDRESS AND PHONE NUMBER.

1. _____
2. _____
3. _____

## VII. CHARGE AND BOND

CHARGE(S): FELONY _CDS_ REDACTED MISDEMEANOR _FIP, FTA_ JUVENILE_____
ARRESTING AGENCY: _Sequoyah_
CITY _Sallisaw_ COUNTY _Seq._ STATE _Ok_
HAS BOND BEEN POSTED? YES( ) NO(✓) DID YOU USE A BONDSMAN? YES( ) NO(✓)
WHO PAID THE BONDSMAN?_____
AMOUNT OF BOND: _265⁰⁰ cash reason_ PREMIUM PAID TO BONDING CO:_ø_
IF YOU DID NOT USE A BONDSMAN, DID YOU POST A CASH_____ OR P.R._____

LIST ANY DEFENDANTS CHARGES WITH YOU _Teresa Jordan, Monk Saunders_

VIII

1. HAVE YOU TRANSFERRED OR SOLD ANY ASSETS SINCE CHARGES WERE FILED IN THE CASE? YES ( ) NO (✓) IF SO, DESCRIBE THE BUYER AND THE AMOUNT RECEIVED.

_____

2. HAVE YOU RETAINED COUNSEL IN THE CASE OR IN ANY OTHER PENDING CRIMINAL CASE? YES ( ✓ ) NO ( ) IF SO, STATE THE CASE NUMBER, COURT ATTORNEY AND AMOUNT PAID TO ATTORNEY FOR SERVICES:_____
_Gerald Hunter court appointed_

3. DO YOU HAVE ANY FRIENDS OR RELATIVES WHO ARE ABLE AND WILLING TO ASSIST YOU IN HIRING COUNSEL AND PAYING FOR TRANSCRIPTS? YES ( ) NO (✓) IF SO, HAVE THOSE PERSONS BEE ASKED TO HELP? YES ( ) NO (✓)

4. IF ANY FRIEND OR RELATIVE HAS GIVEN PREVIOUS FINANCIAL ASSISTANCE IN THIS CASE, BUT IS NO LONGER ABLE OR WILLING TO DO SO, AN AFFIDAVIT TO THAT EFFECT FROM THAT PERSON SHOULD BE ATTACHED. IS THAT AFFIDAVIT ATTACHED YES( ) NO( )

IX. NAMES OF THREE ATTORNEY'S YOU CONTACTED:

1. NAME:_____
   WHEN DID YOU CONTACT THIS ATTORNEY?_____
   HOW DID YOU CONTACT THIS ATTORNEY?_____
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( )

2. NAME:_____
   WHEN DID YOU CONTACT THIS ATTORNEY?_____
   HOW DID YOU CONTACT THIS ATTORNEY?_____
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( )

3. NAME:_____
   WHEN DID YOU CONTACT THIS ATTORNEY?_____
   HOW DID YOU CONTACT THIS ATTORNEY?_____
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( )

X. I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION I HAVE PROVIDED IS TRUE AND CORRECT. I UNDERSTAND THAT I MAY BE PROSECUTED FOR PROVIDING FALSE INFORMATION IN THIS APPLICATION AND AFFIDAVIT. I UNDERSTAND THAT I MUST INFORM THE OKLAHOMA INDIGENT DEFENSE SYSTEM OF ANY CHANGE IN MY FINANCIAL SITUATION THAT MAY CHANGE THE INFORMATION I HAVE PROVIDED. I FURTHER DECLARE THAT I HAVE CONTACTED THREE ATTORNEYS, LICENSED TO PRACTICE LAW IN THIS STATE, AND I AM WITHOUT FUNDS TO PAY AN ATTORNEY TO REPRESENT ME OR TO PAY FOR TRANSCRIPTS AND COST ASSOCIATED WITH THIS CASE.

DATED THIS _2²_ DAY OF _Sept_ 19_98_.

      DEFENDANT _____
      LEGAL GUARDIAN _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _28_ DAY OF _Sept_ 19_98_.

comm. exp._____ REDACTED
      PUBLIC NOTARY OR CLERK OR JUDGE

I FIND THAT THE DEFENDANT IS UNABLE TO PAY THE APPLICATION FEE AND I HEREBY WAIVE THE FEE.

_____
JUDGE

APPOINTMENT OF INDIGENT DEFENSE COUNSEL

APPROVED _____ DENIED _____

## NOTICE

A copy of this APPLICATION AND AFFIDAVIT shall be sent to the prosecuting attorney or office of attorney general, whichever is applicable, for review and, upon request, the court shall hold a hearing to determine your eligibility for legal services to be furnished to you at public expense.

## IMPORTANT NOTICE

The court shall order you to pay the costs of your legal representation in total, or in installments. The court shall set the amount and due of each installment payment. The costs shall be paid to the court clerk in your county. The costs shall be a debt against you until paid and shall subject you to debt collection procedures as provided by law. The costs shall be deducted from any state income tax refund due you until the total costs are paid.

**REDACTED**

# Hamilton - Morgan Bail Bonds
## Diane Hamilton
## APPEARANCE BOND

IN THE DISTRICT COURT OF _____ Seq _____ COUNTY, STATE OF OKLAHOMA
State of Oklahoma, _____ 'Plaintiff, _____ BY _____ lw _____ DEPUTY

vs. _____ Teresa Jordan _____, Defendant        Case No. CF-98-346A

Know all men by these presents, that we the above named defendant, as principal, and the undersigned _____ Teresa Jordan Ito DBA/Diane Hamilton, Professional as surety(ies) personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of _____ Twenty Thousand _____ Dollars ($ 20,000 00 ) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of _____ Seq _____ County, State of Oklahoma, shall personally be and appear before the District Court of said county on the 30 day of _____ Sept _____, 19 98, at 9 o'clock AM., of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of Poss. of CDS / Poss of Police Radio/ Poss of Run / Ul lawful escape from Custody and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hand and seals this 25 day of _____ Sept _____, 19 98.

_____ Teresa Jordan _____ Principal ▮▮▮▮ Marble City OK 74942 Address
Hamilton - Morgan                  Surety     113 North Oak   Sallisaw, Oklahoma 74955
Diane Hamilton
_____ Diane Hamilton _____ Surety ▮▮▮▮ Sallisaw, OK 74955 Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this 25 day of _____ Sept _____, 19 98.

_____ Court Clerk/Sheriff Shelia Dooley _____ Deputy

This undertaking approved this 25 day of _____ Sept _____, 19 98.

(SEAL)                          By: _____ Deputy/Clerk

## AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, _____ Seq _____ County, SS:

The undersigned, being first duly sworn upon oath says that he is a resident of _____ Seq _____ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as herinafter specified under one or more of the following relevant statutory provisions, to-wit:
    a) Consideration for this undertaking received or promised in the sum of $ 5,000 00

    b) Other security received or promised for making this undertaking, is as follows: PN

    c) Such promise, security or consideration was received from:
_____ Teresa Jordan _____ ▮▮▮▮ Marble City OK 74942 _____
Name                              Address

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as on commits perjury.
_____ Diane Hamilton _____ ▮▮▮▮ Sallisaw, OK 74955
Affiant                           Address

Subscribed and sworn to before me this 25 day of _____ Sept _____, 19 98.
(SEAL)

_____
Court Clerk - Notary Public

My Commission Expires:
_____
Deputy

# Hamilton - Morgan Bail Bonds
## Diane Hamilton
## APPEARANCE BOND

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 21 1998

BERNELL EDWARDS, COURT CLERK
BY ___ aw ___
DEPUTY

IN THE DISTRICT COURT OF ___ Seq. ___ COUNTY, STATE OF OKLAHOMA
State of Oklahoma, Plaintiff,

vs Charles Sanders , Defendant   Case No. CF-98-346

Know all men by these presents, that we the above named defendant, as principal, and the undersigned _____ Diane Hamilton, Professional as surety(ies) personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of Twenty Thousand & 00/100 Dollars ($ 20,000.00 ) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of ___ Seq. ___ County, State of Oklahoma, shall personally be and appear before the District Court of said county on the 23 day of ___ Sept ___, 1998, at 9 o'clock AM., of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of Poss C.D.S. / Poss of Para./ Poss of police radio / AFCF Escape from lawful officer .

and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hand and seals this 18 day of ___ Sept ___, 19 98.

_Charles Sanders_____ Principal ▮▮▮▮ Marble City 74945 Address

Hamilton - Morgan        Surety        113 North Oak  Sallisaw, Oklahoma 74955
Diane Hamilton
_Diane Hamilton___ Surety ▮▮▮▮ Sallisaw, OK. Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this 18 day of ___ Sept ___, 19 98.

_____ Court Clerk/Sheriff _Shelia Seeley_____ Deputy

This undertaking approved this 18 day of ___ Sept ___, 19 98.

(SEAL)     By: _____ Deputy/Clerk

---

### AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, ___ Seq. ___ County, SS:

The undersigned, being first duly sworn upon oath says that he is a resident of ___ Seq. ___ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as herinafter specified under one or more of the following relevant statutory provisions, to-wit:
   a) Consideration for this undertaking received or promised in the sum of $ 3000.00

   b) Other security received or promised for making this undertaking, is as follows: P.N.

---

   c) Such promise, security or consideration was received from:

_Charles Sanders___ ▮▮▮▮ Marble City, OK
Name                          Address

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as on commits perjury.

_Diane Hamilton___ ▮▮▮▮ Sallisaw, OK 74955
Affiant                       Address

Subscribed and sworn to before me this 18 day of ___ Sept ___, 19 98.

(SEAL)

_____
Court Clerk - Notary Public

My Commission Expires:        _____
                              Deputy

APPEARANCE BOND-DISTRICT COURT                    Case No. *CF-98-346B*

STATE OF OKLAHOMA, SEQUOYAH COUNTY, SS:

Know all men by these presents, that _JOHN EUGENE JORDAN_ as principal, and _____ as suret(y)(ies) personally appeared before the undersigned authority _JUDGE DENNIS M. SPROUSE_ in and for _SEQUOYAH_ County, and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of _TEN THOUSAND_ Dollars ($ _10,000_ ) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this obligation are such that, if the said _JOHN EUGENE JORDAN_, defendant, who has been committed to the county jail of _SEQUOYAH_ County, State of Oklahoma, shall personally be and appear before the _DISTRICT_ Court of said county on the _7th_ day of _JANUARY_, 19_99_, at _9:00_ o'clock _A_ m., of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of _POSS. OF CDS, POSS. OF PARAPHERNALIA_, and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hands and seals this _____ day of _____, 19____.

_P.O. Box 761, VIAN, OK_ Address    _John C. Jordan_ Principal

_____ Address    _____ Surety

_____ Address    _____ Surety

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this _9_ day of _Oct_, 19_98_

BERNELL EDWARDS    Court Clerk    By _Amanda Wood_ Deputy

_Dennis M. Sprouse_
_approved 10-9-98_
This undertaking approved this _9_ day of _Oct_, 19_98_.

_____ Court Clerk

SEAL    _Amanda Wood_ Deputy

AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, SEQUOYAH COUNTY, SS:

_____ REDACTED, being first duly sworn upon oath, says that he is a resident of _____ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as hereinafter specified under one or more of the following relevant statutory provisions, to-wit:

(a) He has received the sum of $_____ from _____ as consideration for making this undertaking;
(b) He has received the following described property or instrument from _____ _____ as security for making this undertaking, as evidenced by attached copy of a receipt for collateral security _____ ;
(c) _____ has promised to secure him for making this undertaking.

_____
BONDSMAN

Subscribed and sworn to before me this _____ day of _____, 19____.

BERNELL EDWARDS
_____
Notary Public - Court Clerk

SEAL

My Commission expires _____    By: _____
                                              Deputy

ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, first, middle, suffix(please print or type) (show alias)

Jordan Johnny Eugene ▮▮▮ 5799 66

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF98-346 | OR Bond per Sprouse And P.D. Steve Barnes | Poss of CDS, Poss of Para |
| | | |
| | | |
| | | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 09 day of 10 _____, 19 98.

_Shelia Seeley_
Signature

AUTHORIZED BY _DR. Sprouse_
JUDGE OF THE DISTRICT COURT

White Copy - Court
Yellow Copy - Sheriff's File

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT 1 2 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

**REDACTED**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 1 6 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

Case No:
CF98-346
CF98-128
CF98-363
CF98-36
Total Amount of
bonds: 48000⁰⁰

# CERTIFICATE OF SURRENDER

I, _Leilani Letcher_, jailer _Sequoyah Co._,

State of Oklahoma, hereby acknowledge that I received from

_Joe Morgan_, a licensed Bail Bondsman in the State

of Oklahoma. _Charles Sanders_, defendant, in a

certain case pending in _District_ Court,

_Sequoyah County_, State of Oklahoma. That I have

retained in my custody _Charles Sanders_, defendant,

this _16_ day of _Nov_, 19 _98_, at _2_ o'clock _30_ p m.

_____
Jailer

REDACTED

**IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA**

STATE OF OKLAHOMA, )
)
      Plaintiff, )
Vs. ) Case No. CF-98-346
)
CHARLES SANDERS, )
)
      Defendant. )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 1 9 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

## MOTION TO RECONSIDER AMOUNT OF BAIL

COMES NOW the defendant, Charles Sanders, by and through his attorney of record, Donn F. Baker, and respectfully requests this Honorable Court to reconsider the amount of bail and conditions of release now set for the defendant, Charles Sanders. In support of said motion, defendant's attorney states:

1.  That the defendant, Charles Sanders, is a resident of Sequoyah County, Oklahoma, and his address is ▓▓▓▓▓▓▓ Marble City, OK 74945. That his mother, Evelyn Sanders, also resides in Sequoyah County at ▓▓▓▓▓▓ Marble City, OK 74945 and therefore has family ties in Sequoyah County.

2.  That the defendant, Charles Sanders, is 33 years of age, has never been in serious trouble before and is unable to post the exorbitant bond which is excessive and tantamount to a denial of bail.

3.  That the defendant, Charles Sanders, has now been incarcerated in the Sequoyah County Jail for more than 45 days.

4.  That the defendant, Charles Sanders, is not a flight risk and should have his bond reduced.

WHEREFORE, the defendant, Charles Sanders, respectfully requests this Honorable Court to reconsider the $45,000.00 bond which has been set in this matter, and reduce said bail to a more reasonable sum of $10,000.00 which the defendant is financially able to make.

Respectfully submitted,

REDACTED

By_____
Donn F. Baker, OBA#443
Attorney at Law
239 W. Keetoowah
Tahlequah, OK 74464
918-456-1233

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the _19_ day of January, he mailed a true and correct copy of the above and foregoing Motion to Reconsider Amount of Bail, postage prepaid, to : District Attorney, Sequoyah County Courthouse, 120 E. Chickasaw, Sallisaw, OK 74955.

Donn F. Baker

**REDACTED**

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 1 9 1999

BERNELL EDWARDS, COURT CLERK
BY_____
_____ DEPUTY

STATE OF OKLAHOMA,                          )
    Plaintiff,                          )
Vs.                                         )
                              )  Case No. CF-98-346
CHARLES SANDERS,                            )
    Defendant.                          )

## DEFENDANT, CHARLES SANDER'S, BRIEF IN SUPPORT OF MOTION TO RECONSIDER THE AMOUNT OF BAIL

The defendant, CHARLES SANDERS, contends that pursuant to the United States Constitution and the Oklahoma Constitution, the defendant is, as a matter of right, entitled to be released on bail based upon the facts and circumstances presented at the preliminary hearing. The Constitution of the State of Oklahoma, Article 2, Section 8, states:

"All persons shall be bailable by sufficient sureties, except for capital offenses when the proof of guilt is evident, or the presumption thereof is great."

The Court of Criminal Appeals has held that the right to be released on bail is absolute in all non-capital cases. Ex Parte Womack, 62 Okl. Cr. 290, 71 P.2d 494, 495 (1937). The purpose of bail is to guarantee the defendant's presence in Court, not to punish him. Application of Owens, 394 P.2d 766 (Okl. Cr. 1960). The Court of Criminal Appeals has recognized several factors which may be considered in the setting of bail: (1) maximum punishment for the offense charged; (2) the defendant's ties to the jurisdiction; Bowman v State, 585 P.2d 1373, 1378 (Okl. Cr. 1978); (3) the character of the defendant; (4) the means and standing of the defendant; Ex Parte Holden, 55 Okl. Cr. 51, 24 P.2d 665, 666 (1933); (5) the strength of evidence in the defendant's defense; Ex Parte Womack, 62 Okl. Cr. 290, 71 P.2d 494, 495 (1937); (6) the former employment of the defendant; (7) the defendant's inability to make the bail as set; In re Cheek, 355 P.2d 881, 882 (Okl. Cr. 1960); and (8) the protracted nature of the pending charges; Application of Wollaston, 350 P.2d 959 (Okl. Cr. 1960). The setting of an excessive bail can be modified when the excessive amount is the equivalent to the denial of bail altogether. Ex Parte Beard, 84 Okl. Cr. 94, 179 P.2d 484 (1947).                    **REDACTED**

In reviewing all of the above cited cases and the various criteria used in setting bail at a particular amount, it becomes evident that the $45,000.00 bond now set is excessive and is the equivalent to the denial of bail altogether.

WHEREFORE, the defendant, CHARLES SANDERS, prays that bond be lowered to a more reasonable amount of $10,000.00 and that upon posting same he be

released from custody forthwith.

Respectfully submitted,

By _~Donn F Baker_

Donn F. Baker, OBA#443
Attorney at Law
239 W. Keetoowah
Tahlequah, OK  74464
918-456-1233


CERTIFICATE OF MAILING


The undersigned hereby certifies that on the _19_ day of January, 1999, he mailed a true and correct copy of the above and foregoing Motion to Reconsider Amount of Bail, postage prepaid, to District Attorney, Sequoyah County Courthouse, 120 E. Chickasaw, Sallisaw, OK  74955.

_Donn F Baker_
Donn F. Baker

**REDACTED**

CF-98-346

DISTRICT COURTS    Jan-15-99

I,. Charles Sanders, Does Not Demand
a Speedy TRIAL, as To my Pending
Charges, as To the January/Felony
1999 Jury Docket

Respectfully
Charles Sanders

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 2 0 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

REDACTED

01-21-99

## SUBPOENA
IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA,
      Plaintiff,

vs.
                              No. CF-98-346

CHARLES EDMOND SANDERS
      Defendant.

TO: DEPUTY KELLY KARNES S.C.S.O. *Served*
    DEPUTY ROY COLEMAN S.C.S.O.
    UNDERSHERIFF WALTER ROSS S.C.S.O.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 25 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

        GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **29TH day of JANUARY, 1999, at the hour of 9:00: o'clock A. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES EDMOND SANDERS,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

      HEREOF FAIL NOT, under penalty of law.

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the District Court of said County, this 20TH day of JANUARY, 1999.

                      BERNELL EDWARDS, COURT CLERK

                      By *Amanda Woody*
                          Deputy

================================================================

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

================================================================

### SHERIFF'S RETURN

      Received this Writ this_____day of_____,
19____,_____
o'clock_____M.,_____**REDACTED**_____, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the ____ day of _____,
19____,; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____By_____
_____19____, I cannot
find the within named_____
_____in my county.

             JOHNNY PHILPOT, SHERIFF

             By_____
                  Deputy

             Mileage_____miles

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

THE STATE OF OKLAHOMA )
        Plaintiff, )
VS. )
                          )    Case No. ___CF-98-346___
                          )
TERESA JORDAN, DOB: 6/29/65 )
        Defendant.

## IMPOSITION JUDGMENT AND SENTENCE DEFERRED ON PLEA OF GUILTY

NOW, on this __12th__ day of ___February___, 19_99_, the same being a judicial day of said court, and

the defendant, ___Teresa Jordan___, being personally present in open court, with his/her attorney

___Gerald Hunter___, and having been duly represented at all proceedings before the Court by such

attorney of record, and having been legally charged with the offense of

__UNLAWFUL POSSESSION OF CONTOLLED DRUG, 63 O.S. 2-402(B-1)__ and having been duly

informed of the nature of the charge, and of his/her constitutional rights and having been duly arraigned

thereon, and having duly and properly entered his/her plea of guilty to the crime of

__UNLAWFUL POSSESSION OF CONTROLLED DRUG__ and having been advised

of his/her rights and the effect of such plea, and the defendant having been asked by the Court whether he/she

has any legal cause to show why the Court should not defer further proceedings and place him/her on

probation under supervision of the Department of Corrections upon the conditions of probation prescribed by

the Court, and the defendant consents to such procedure. *To Run CC with Cherokee Co. Case: QCB*

    IT IS THEREFORE the decision and Order of the Court to defer the imposition of judgment and

sentence in this case for a period of __Five (5)__ years, and the defendant is placed on probation during

such period under the supervision of the Department of Corrections of the State of Oklahoma, such deferment

to continue during good behavior and pursuant to the Rules of the Department of Corrections of the State of

Oklahoma, as prescribed in the "Addition to Judgment and Sentence."

    The defendant is further taxed costs of this prosecution in the amount of $_____ for which

judgment is hereby rendered.

    Upon successful completion of the probationary term, the defendant shall be discharged without a court

judgment of guilt, and the verdict or plea of guilty shall be expunged from the record and said charge shall be

dismissed with prejudice to any further action. Upon violation of the conditions of probation, the court may

enter a judgment of guilt and proceed as provided in Section 1, Title 22-901a of the Oklahoma Statutes

Annotated, 1970. Said term to run concurrent with CF-98-128.

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT Or )    Defendant    TERESA JORDAN
SEQUOYAH COUNTY )
STATE OF OKLAHOMA )    Case No.    CF-98-346
    )
    )    Date    February 12, 1999

## RULES AND CONDITIONS OF PROBATION

1. I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general statement of my environment and progress.

2. I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I understand that I am not to go into or loiter around beer taverns or pool halls.

3. I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4. I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5. I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6. I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7. I understand that it will be a violation of my Probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or a representative thereof.

8. I understand that I must support myself and all my dependants without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9. I will refrain from violation of any City, State or Federal law.

10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion that I may be in control of contraband. That my probation officer may search me or my property if that suspicion exists in their mind.

14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within that eighteen months.

15. SPECIAL CONDITIONS: The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, O.S.B.I. Lab Fees, fines or restitution) of $_____ within_____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of _____, 19____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*

    $1,250 fine $375 VCA $100 DA Drug Fund $75 lab fee and $190 Oids

**REDACTED**

SEQUOYAH COUNTY, OKLAHOMA
IN DISTRICT COURT
FILED
FEB 1 2 1999
BERNELL EDWARDS, COURT CLERK
BY _____
DEPUTY

16. Defendant to report to DOC within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

_____    _____
Attorney for Defendant    Probationer

    Defendant's Mailing Address:

_____    _____
JUDGE OF THE DISTRICT COURT    _____

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

Case No: _CF-98-346_      Defendant: _Teresa Jordan_

### ACCUMULATIVE COURT COST FOR SEQUOYAH COUNTY

### NON-VIOLENT COURT COST

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 1 2 1999

BERNELL EDWARDS, COURT CLERK
_____ DEPUTY

**COURT FUND**
| | | |
|---|---|---|
| Court Fees | | $103.00 |
| Bail Bond Fee | $10.00 @ / | 10.00 |
| Jury Fee | $30.00@ | |
| Fines | set by court | 1250.00 |
| Mailing fee | $7.00 @ | |
| Sub total Court Fund | | 1363.00 |

**SHERIFF FEES**
| | | |
|---|---|---|
| Sheriff Fees | | $5.00 |
| Arrest Warrant | $20.00 | |
| Bench Warrnts | $20.00@ | |
| Subpoenas | $20.00@ | |
| Sub total Sheriff Fees | | 5.00 |

| | | |
|---|---|---|
| LAW LIBRARY | | $3.00 |
| CLEET & FINGERPRINTING | | $7.00 |

| | | |
|---|---|---|
| VCA | $25.00 or set by court | 375.00 |
| OSBI LAB | set by court | 75.00 |
| D.A. DRUG FUND | set by court | 100.00 |
| REVOLVING FUND(appl fee-$40.00) | | 40.00 |
| IDF-ATTORNEY FEE | set by court | 150.00 |

**TOTAL**      **REDACTED**      $ 2118.00

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| State of Oklahoma, | ) | |
| Plaintiff, | ) | |
| Vs. | ) | No. CF-98-346 |
| | ) | |
| Charles Sanders, | ) | |
| Defendant. | ) | |

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 09 1999

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

## MOTION FOR CONTINUANCE

COMES NOW Donn F. Baker, attorney of record for Defendant, Charles Sanders, moves this Honorable Court to continue the pre-setting scheduled for March 11, 1999. Counsel for the Defendant will be in Minnesota taking his wife back to the Mayo Clinic for a check up on her cancer and cannot attend this review. The opposing counsel does not object to this continuance.

WHEREFORE, movant prays that this matter be continued.

DONN F. BAKER OBA #443
Attorney at Law
239 W. Keetoowah
Tahlequah, OK 74464
(918) 456-1233

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed by first class mail in the U.S. mail on the 5 day of March, 1999, to: Jeff Sheridian, Assistant District Attorney, 120 E. Chickasaw St., Sallisaw, OK 74955 with postage prepaid thereon.

**REDACTED**

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 1 2 1999

BERNELL EDWARDS COURT CLERK
BY _____ DEPUTY

| | | |
|---|---|---|
| State of Oklahoma, | ) | |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) No. CF-98-346 | |
| | ) | |
| Charles Sanders, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR CONTINUANCE

NOW on this _11th_ day of _March_, 1999, upon the Motion for Continuance of the pre-setting scheduled for March 11, 1999, the Court finds that the same should be continued to the 15th day of April, 1999 at 9:00 a.m.

JUDGE OF THE DISTRICT COURT

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed by first class mail in the U.S. Mail on the _9_ day of March, 1999, to: Jeff Sheridian, Assistant District Attorney, 120 E. Chickasaw St., Sallisaw, OK 74955 with postage prepaid thereon.

**REDACTED**

7l 5-99

Re CF: 98-346B

Mr Cowens

This is concerning my brother, John Jordan. Last year I believe it was July 1998 myself + Charlis Sanders lived in Marble City.

The police was called to my home on a domestic call, my brother had just arrived at my home when police got there. He had no knoaledge of nothing found in my home. But he was with us + paid. I plead gilty to all charges. Charles Sanders beat all charges. My brother is innocent and should not be charged.

It was my home and took responsibility for all charges. Please reconsider charging my brother John Jordan he is innocent.

Sincerly
Teresa Jordan

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

REDACTED

JUL 16 1999

BERNELL EDWARDS, COURT CLERK
BY _____ aw
_____ DEPUTY

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## THE STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

STATE OF OKLAHOMA,                     )
                                    )

           Plaintiff       )

vs.                                 )

Jordan, Johnny Eugene,     )
                 Defendant )
DOB ▇▇▇▇▇ / 19 66    )
SS# ▇▇▇▇▇ 5799       )

AUG 9 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

Case No. CF-98-346

## SUMMARY OF FACTS FOR THE PLEA OF GUILTY

**Part A: Finding of Fact, Acceptance of Plea**           Circle

1.    Is the name just read to you your true name?               **YES**  NO
    If no, then what is your correct name? _____
    I have also been known by the name(s) _____

2.    (A)  Do you wish to have a record of these proceedings made by a Court Reporter?    **YES**  NO

    (B)  Do you wish to waive your right to have a record of these proceedings made?    YES  **NO**

3.    What is your age? **33** What grade level in school have you completed? **12th**

4.    Can you read and understand this form? [If no, Addendum A must be completed and attached]    **YES**  NO

5.    Are you currently taking any medications or substances which affect your ability to understand these proceedings?    YES  **NO**

6.    Have you been prescribed any medication which you are not taking?    YES  **NO**
    If yes, what medication are you not taking? _____
    What is the purpose of the medication? _____
    Why are you not taking the medication? _____

7.    Have you ever been treated by a doctor or health professional for mental illness or confined in a hospital for mental illness?    YES  **NO**
    If Yes, list doctor or health professional, place, and when treatment occurred:
    _____

8.    Do you understand the purpose, the nature and the consequences of this proceeding?    **YES**  NO

9.    Have you received a copy of the State's Information and read its allegations?    **YES**  NO

10. A. Do you understand you are charged with:
Crime Statutory Reference

[1] _Poss of CDS_ _____ O.S. _____ YES (NO)
[2] _Cf 2 Dismissal_ _____ O.S. _____ (YES) NO
[3] _____ _____ O.S. _____ YES NO
[4] _____ _____ O.S. _____ YES NO
[5] _____ _____ O.S. _____ YES NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

B. Are you charge after former conviction of a felony (AFCF) ?      YES (NO)
If yes, list the felony(ies) charged: _____
_____

11. Do you understand the range of punishment for the crime(s) is/are ?
(List in the same order as in Number 10)

[1] Minimum of ___2___ to a maximum of ___10___ and/or a fine of $ _10000_ (YES) NO

[2] Minimum of _____ to a maximum of _____ and/or a fine of $_____ YES NO

[3] Minimum of _____ to a maximum of _____ and/or a fine of $_____ YES NO

[4] Minimum of _____ to a maximum of _____ and/or a fine of $_____ YES NO

[5] Minimum of _____ to a maximum of _____ and/or a fine of $_____ YES NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

12. Read the following statements: You have the right to a speedy trial before a jury of your peers to determine whether you are guilty or not guilty and if you request, to determine the sentence. *If pleading to a capital murder,* advise of the procedure in 21 O.S. 701.10( B)
At the trial:
[1] You have the right to have an attorney represent you, either one you hire or *if you are indigent* a court appointed attorney.
[2] You are presumed to be innocent of the charges.
[3] You may remain silent or , if you chose, you may testify on your own behalf.
[4] You have the right to see and hear all witnesses called to testify against you and the right to have those witnesses cross-examined.
[5] You may have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.
[6] The State is required to prove your guilt beyond a reasonable doubt.
[7] The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would decide if you were guilty or not guilty and if determined to be guilty, the appropriate punishment.

Do you understand each of these rights ?     **REDACTED**     (YES) NO

13. Do you understand by entering a plea of guilty you give up these rights ?    (YES) NO

14. Do you understand that a conviction on a plea of guilty could increase punishment in any future case committed after this plea ?    (YES) NO

15. Is _Gerald Hunter_ your attorney ?    (YES) NO

16. Have you talked with your attorney about the charges, advised him/her regarding any defense you may have to the charges and received his/her advice ?    (YES) NO

17. Do you believe your attorney has effectively assisted you in this case and are you satisfied with his/her representation ?  (YES)  NO

18. Do you wish to change your plea of not guilty to a plea of guilty and give up your right to a jury trial and all previously explained constitutional rights ?  (YES)  NO

19. Is there a plea agreement ?  (YES)  NO
What is your understanding of the plea agreement ? _Su DoC with fett Moppen folume Sipended - DRug offender work camp Suis Cnts assessment - ct 2 Dismissed_

20. Do you understand the Court is *not* bound by any agreement or recommendation and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty ?  (YES)  NO

21. Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated under question 11 ?  YES  NO  *N/A*

22. Do you understand your plea of guilty to the charge(s) is subject to :  YES  NO
(check one)
[✗] no prior felony conviction
[ ] one (1) prior felony conviction
[ ] two (2) or more felony convictions  List prior felony convictions to which you are pleading:
_____

23. What is/are your plea(s) to the each charge(s) ?
[1] _Guilty_  [2] _____  [3] _____  [4] _____  [5] _____

24. Did you commit the acts as charged in the information ?  YES  NO
State a factual basis for your plea(s) (attach additional pages as needed, labeled as ADDENDUM C) :
_I did as charged in the imformation._
_____

25. Have you been forced, abused, mistreated or promised anything by anyone to have you enter your plea(s) ?  YES  (NO)

26. Do you plead guilty of your own free will and without any coercion or compulsion of any kind ?  (YES)  NO

27. If you are entering a plea to a felony offense, you have a right to a Pre-sentencing investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you. Do you request a Pre-sentence report ?  YES  (NO)

28. (A) Do you have any additional statements to make to the Court ?  YES  (NO)

    (B) Is there any legal reason as to why you should *not* sentence now ?  YES  (NO)

HAVING BEEN SWORN, I, the Defendant whose signature appears below, make the following statements under oath:

REDACTED

(1)  CHECK ONE:

_X_ (A)  I have read, understood and completed this form.

_____ (B)  My attorney completed this form and we (the attorney and I) have gone over the form and I understand its contents and agree with the answers. *Complete Addendum A and attach to this form.*

_____ (C) The Court completed this form for me and inserted my answers to the questions in open court.

(2) All answers are true and correct.

(3) I understand that I may be prosecuted for perjury if I have made false statements to this Court.

Acknowledged this ___9___ Day of _____August_____ , __99__ .

_____
DEFENDANT

I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose, and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she had been informed of all legal and constitutional rights.

_____
ATTORNEY FOR DEFENDANT

The sentence recommendation in question 19 is correctly stated. I believe the recommendation is fair to the State of Oklahoma. Offer of Proof (nolo contendere plea) : _____

_____
ASSISTANT DISTRICT ATTORNEY

## THE COURT FINDS AS FOLLOWS:

A. The Defendant was sworn and responded to questions under oath.
B. The Defendant understands the purpose, nature and consequences of this proceeding.
C. The Defendant's plea(s) of __guilty__ is/are knowingly and voluntarily entered and accepted by the Court Reporter Present Court.
D. The Defendant is competent for the purpose of this hearing.
E. A factual basis exists for the plea(s) (and former conviction(s), if applicable).
F. The Defendant is guilty as charged: (check as appropriate)
    [ ] after no prior felony conviction.
    [ X ] after one (1) prior felony conviction.
    [ ] after two (2) or more prior felony convictions
G. Sentencing or order deferring sentence shall be: [ ] imposed instanter or [ ] continued until the _____ day of _____ , _____ at ____ : _____ __ . M. If the Pre-sentence investigation and Report is requested, it shall be provided to the Court by the _____ day of _____ , _____ .

DONE IN OPEN COURT this ___9___ day of ____August____ , __1999__ .

REDACTED

_____
JUDGE OF THE DISTRICT COURT

Dennis M. Sprouse
_____
NAME OF JUDGE TYPED OR PRINTED

_____N/b_____           _____N/b_____
Court Reporter Present           Deputy Court Clerk Present

## "NOTICE OF RIGHT TO APPEAL"

Sentence to Incarceration, Suspended or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the Sequoyah County District Court Clerk's Office a written Application to Withdraw Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the trial court denies your application, you have a right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days of the date of denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation or record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2(D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

Do you understand each of these rights to appeal ?                                    YES  NO

Do you want to remain in the county jail ten (10) days before being taken to place of confinement ?                                    YES  NO

Have you fully understood the questions that have been asked ?                                    YES  NO

Have your answers been freely and voluntarily given ?                                    YES  NO

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED.

_____ Defendant

I, the undersigned attorney, have advised the Defendant of his appellate rights.

_____ Attorney for the Defendant

DONE IN OPEN COURT, this ___9___ day of ___August___, 1999.

_____ Judge of the District Court

___N/A___                                          ___N/A___
Court Reporter Present                      Deputy Court Clerk Present

ADDENDUM "A"

CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the defendant _____, I certify that:

1. The Defendant has stated to me that he/she is [X] able [ ] unable to read and understand the attached form, **and** I have [ ] determined the Defendant is able to understand the English language or [ ] determined the Defendant is unable to understand the English language and obtained _____ to interpret to the Defendant in the _____ language.

2. I have read and fully explained to the Defendant the allegations contained in the Information in this case.

3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts and the answers to the questions set out in the Summary of Facts are the Defendant's answers.

4. To the best of my knowledge and belief the statement and declarations made by the Defendant are accurate and true and have been freely and voluntarily made.

Dated this ___9___ day of _____, 99

_____ Attorney for the Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case Number CF- _____    State v. _____    Date: _____

**Part B:** Sentence on Plea    [NOTE ON USE: Part B is to be used with the Summary of Facts if contemporaneous with the entry of plea or may be formatted as a separate sentencing form if sentencing is continued to a future date.]

## THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:

### DEFERRED SENTENCE

1. The sentencing date is deferred until _____ , _____ , _____ at __ : ___ _ M.

2. You [ ] will [ ] will not be under supervision by the Department of Corrections. The terms set forth in the Rules and Conditions of Probation in Addendum D shall be the rules you must follow during the period of deferment.

### SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows:
[1]_____ [2]_____ [3]_____ [4]._____ [5]_____

TO BE SUSPENDED as follows:

     (A) ALL SUSPENDED  [ ] Yes     [ ] No    *120-dg* *Do wc*

     (B) suspended *except* as to the first __*1 yea*___ (months) (years) of the term(s) during which you are to be held in the custody of the Department of Corrections. The remaining term of the sentence(s) is to be suspended under the terms set forth in the Rules and Conditions of Probation in Addendum D.

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____ _____ or NOT APPLICABLE.

### TIME TO SERVE

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows:
[1]_____ [2]_____ [3]_____ [4]_____ [5]_____

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____ _____ or NOT APPLICABLE.

## REDACTED
### FINES AND COSTS

You are to pay in full any fine(s), costs , fees and restitution at the time of sentencing. In the alterative, you may request a stay of execution (SOE) from the Cost Administrator in the Sequoyah County District Court Clerk's Office. All information given to the Cost Administrator in requesting the SOE will be under oath and is considered as part of the summary of facts before the Court. *You will appear in person to make all payments as agreed.* *Any payment tendered other than in person will be accepted; however, such acceptance does not excuse your appearance in the Clerk's Office.*

I THE DISTRICT COURT OF SEQUOYAH COUNTY THE STATE OF OKLAHOMA

STATE vs. _John Jordan_ Defendant    Case No. _CF-98 -346_

## ADDITIONAL FINDINGS AT TIME OF SENTENCING

## EXHIBIT 1

A. Original Charges (A copy of the information may be attached instead) Please list any additional charges on a separate attached sheet.

| OFFENSE | STATUTE CITATION |
| --- | --- |
| Poss of CDS | |

B. Prior Felony Charges Used For Enhancement Please list any additional convictions on a separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
| --- | --- | --- |
| N/A | | |

C. Prior Charge(s) For Which Order Deferring Sentence Was Entered Please list any additional charges on separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
| --- | --- | --- |
| N/A | | |

D. Prior Felony Convictions Not Used For Enhancement Please list any additional convictions on a separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
| --- | --- | --- |
| N/A | REDACTED | |

E.

If the defendant plead guilty to multiple counts, did the offense(s) arise from the same transaction?

Circle

Yes / No

N/A

## F. Other Enhancers Used to Determine Placement on Matrix    Circle

1. Did the offender commit the current offense with the use of a firearm within the immediate possession and control of the offender?    Yes   No

2. Was the victim of the offense over 62 years of age, under 12 years of age or disabled by reason of mental or physical illness to such extent that the victim lacked the ability to effectively protect his or her property or persons?    Yes   No

3. Did the offender in the commission of the offense maim or torture the victim?    Yes   No

4. Did the offender commit a Schedule N-2 or N-3 drug offense in, on, or within 1,000 feet of real property comprising of a public or private elementary or secondary school; public or private college, university, or other institution of higher education; recreation or public park (including state facilities); public housing project; or in the presence of any child under 12 years of age?    Yes   No

5. Did the offender commit a Schedule N-2 or N-3 drug offense by using of soliciting the services of a person less than 18 years of age, providing the offender was at least 18 years of age at the time of the offense?    Yes   No

6. If the controlling offense was a property or drug offense, what was the total amount involved in that offense (e.g., the value of the property involved; the amount of money stolen, embezzled, or obtained by fraud; or the amount of drug proceeds utilized?   $_____

7. If the controlling offense was a drug offense, what was the *predominant* drug and what was the amount of that drug? (Please specify quantity in grams, ounces, etc.)
DRUG:_____ *Meth* _____
QUANTITY:(oz, grams, etc.)_____

## G. Offender Characteristics
Gender (Circle)                          Race   (Circle)
Male   Female                   White  Black  Hispanic  Asian  Native Am.

**This Exhibit shall <u>not</u> be admitted into evidence in any future prosecutions.**

Certified this __9__ day of _____ , 1999 .

_____          REDACTED_____
Attorney for the State                    Attorney of the Defendant

                              _____
                              Judge of the District Court

# In the District Court in and for Sequoyah County
## State of Oklahoma

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 9 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

State of Oklahoma, )
)
    Plaintiff, )
)
)
vs. John E. Jordan )  Case No. CF-98-346
)
)
)
    Defendant )

## WAIVER OF PRELIMINARY HEARING

Now on this _____ 9 _____ day of _____ Aug _____, 19 99, the above styled case comes on for preliminary hearing. The defendant appears in person and represented by his attorney of record, Benny W. Hunter, the State of Oklahoma appears by its Assistant District Attorney. Thereupon the defendant herein acknowledges having been advised of the right to a preliminary hearing. That in said hearing the State of Oklahoma must prove to the satisfaction of the Court that the crime as alleged in the information was, in fact, committed and there is probable cause to believe that the defendant committed said crime. That if said burden was not met then the case would be dismissed and the bond exonerated.

The defendant is further advised that at said hearing that he/she has the right to cross examine any of the State's witnesses and to call witnesses on his/her own behalf. And further, the defendant is advised of the right at the hearing to limited discovery of the State's case in chief.

Having these rights in mind, the defendant herein, waives all the above rights with respect to a preliminary hearing in this matter.

X _____
               Defendant

_____
               Attorney for Defendant

## WAIVER OF JURISDICTION OF EXAMINING MAGISTRATE

The defendant is further advised that neither the examining magistrate nor the Special Judge has the jurisdiction to proceed further with the case unless affirmatively waived. Having these rights in mind, the defendant hereby waives his/her rights to object to any jurisdictional defects of the Court.

X _____
               Defendant

_____
               Attorney for Defendant

## COURT MINUTE OF PRELIMINARY HEARING

The defendant in the above styled case having knowingly and intelligently waived his/her rights to the preliminary hearing and there being no objection by the State of Oklahoma, the Court accepts the defendant's waiver and hereby binds the defendant over to stand trial in the District Court of Sequoyah County, State of Oklahoma, on the charges as set out in the information as filed in this case.

_____
        JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG   9 1999

BERNICE EDWARDS, COURT CLERK
BY _____ DEPUTY

IN THE DISTRICT COURT OF )    Defendant ___JOHN EUGENE JORDAN___
SEQUOYAH COUNTY )
STATE OF OKLAHOMA )          Case No. ___CF-98-346___
                 )
                 )           Date _____August 5, 1999_____

## RULES AND CONDITIONS OF PROBATION

1.  I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general state of my environment and progress.

2.  I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I will understand that I am not to go into or loiter around beer taverns or pool halls.

3.  I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4.  I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5.  I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6.  I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7.  I understand that it will be a violation of my probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or any representative thereof.

8.  I understand that I must support myself and all my dependents without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9.  I will refrain from violation of any City, State or Federal law.

10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion exists in their mind.

14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within the eighteen months.

15. SPECIAL CONDITIONS: The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, OSBI lab fees) of $_____ within _____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of _____, 19____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. (Set out how the money is to be distributed).

( )  Defendant is to pay restitution through the District Attorney's office as set out in Exhibit "A" attached, the sum of $_____REDACTED_____.

16. Defendant to report to DOC within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

_____          _____
Attorney for Defendant                        Probationer

_____          Defendant's Mailing Address:
JUDGE OF THE DISTRICT COURT

                                    ████████████████████

                                    _Vian Okla. 74962_

# In The District Court In And For Sequoyah County, State of Oklahoma

ISSUED
8-9-99

| | |
|---|---|
| THE STATE OF OKLAHOMA, ) | |
| ) | |
| PLAINTIFF ) | CASE NO: CF-98-346 |
| VS. ) | |
| JOHN EUGENE JORDAN ) | |
| DOB: 8/7/66 #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 5799 ) | |
| DEFENDANT. ) | |

## JUDGMENT AND SENTENCE

Now, on this 5th day of August, 1999, this matter comes on before the undersigned Judge, for sentencing and the Defendant, _____JOHN EUGENE JORDAN_____, appears personally and by his attorney of record, _____Gerald Hunter_____, the State of Oklahoma represented by Assistant District Attorney, _____Lynn Anderson_____, and the Defendant, having previously:

(X)   Entered a plea of guilty
( )   Entered a plea of Nolo Contendere
( )   Found guilty by jury
( )   Found guilty by Judge after waiver of jury trial
      to/of the crime(s) of:

CT. I: UNLAWFUL POSSESSION OF CONTROLLED DRUG, 63 O.S. 2-402(B-1)
CT. II: DISMISSED

( )   The Defendant has previously been convicted of _____ felony crimes and the sentence has been enhanced in accordance with the provisions set forth in Title 21 O.S. § 51 and 51A.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by the Court that the Defendant, _____JOHN EUGENE JORDAN_____, is guilty of the above-described offense(s) and is sentenced as follows:

### TERM OF IMPRISONMENT
COUNT _____: Sentenced to a term of _____ imprisonment;

all under the custody and control of the Oklahoma Department of Corrections.
These terms to be served ( ) concurrently, or ( ) consecutively;
### REDACTED
### TERM OF IMPRISONMENT - (PART SUSPENDED)
COUNT __I__: Sentenced to a term of __FIVE (5) years__ imprisonment;

with all except the DRUG OFFENDER WORK PROGRAM suspended under the custody and control of the Oklahoma Department of Correction pursuant to the rules and conditions of probation entered by the Court.
These terms to be served (X) concurrently, or ( ) consecutively; w/Sequoyah County Case No. CF-97-112

### TERM OF IMPRISONMENT - (ALL SUSPENDED)
COUNT _____: Sentenced to a term of _____ imprisonment;

under the custody and control of the Oklahoma Department of Corrections all of said term(s) of imprisonment suspended pursuant to the rules and conditions of probation entered by the Court. These terms to be served ( ) concurrently, or ( ) consecutively;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT** that in addition to the preceding term(s), the Defendant is also sentenced to:

### FINE

( ) The defendant shall pay a fine of $_____ ( ) immediately or ( ) on or before _____, 19___, at the rate of $_____ per month, or within _____ days of release from the Department of Corrections.

( ) The payment of a fine of $_____ is suspended.

( ) The defendant shall report to the District Court of Sequoyah County within _____ days of release for a hearing on the defendant's ability to pay fines and costs pursuant to Section VIII of the rules of the Court of Criminal Appeals, 22 O.S. Chapter 18, App.

### COSTS, VCA, RESTITUTION

( ) The defendant shall pay costs, fees, and restitution in accordance with the schedule attached as Exhibit _____. $250 FINE  $125 VCA  $250 DA Drug Fund & COSTS

### RULES AND CONDITIONS OF PROBATION

( ) The rules and conditions as ordered by the court and signed and acknowledged by the defendant are attached as hereto.

### ATTORNEY FEES

( ) The defendant shall pay court-appointed attorney fee amount of $_____ on or before _____, 19__, to _____.

It is further ordered that judgment is hereby entered against the Defendant as to the fines, court costs and assessments set forth above.

The Court further advised the Defendant of his rights to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State without cost to him.

In the event the above sentence is for incarceration in the Department of Corrections, the sheriff of Sequoyah County, Oklahoma, is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to as warrant and authority of the imprisonment of the Defendant as provided herein. A second copy of this Judgment and Sentence to warrant and authority of the sheriff for the transportation and imprisonment of the Defendant as herein before provided. The sheriff to make due return to the clerk of this Court, with his proceedings endorsed thereon.

REDACTED

_____
JUDGE OF THE DISTRICT COURT

(SEAL)
ATTEST:
BERNELL EDWARDS, COURT CLERK

_____, DEPUTY CLERK