SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT 01 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

Case No: _CF-98-346_          Defendant: _John Eugene Jordan_

### ACCUMULATIVE COURT COST FOR SEQUOYAH COUNTY

#### NON-VIOLENT COURT COST

**COURT FUND**

| | | |
|---|---|---|
| Court Fees | | $103.00 |
| Bail Bond Fee | $10.00 @ 1 | 10.00 |
| Jury Fee | $30.00 @ ____ | |
| Fines | set by court | 250.00 |
| Mailing fee | $7.00 @ ____ | |
| Sub total Court Fund | | 363.00 |

**SHERIFF FEES**

| | | |
|---|---|---|
| Sheriff Fees | | $5.00 |
| Arrest Warrant | $20.00 | |
| Bench Warrnts | $20.00 @ 1 | 20.00 |
| Subpoenas | $20.00 @ ____ | |
| Sub total Sheriff Fees | | 25.00 |

| | | |
|---|---|---|
| LAW LIBRARY | | $3.00 |
| CLEET & FINGERPRINTING | | $7.00 |
| VCA | $25.00 or set by court | 125.00 |
| OSBI LAB | set by court | |
| D.A. DRUG FUND | set by court | 250.00 |
| REVOLVING FUND (appl fee-$40.00) | | 45.00 |
| IDF-ATTORNEY FEE | set by court | 150.00 |

**REDACTED**

TOTAL                    $968.00

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

Case No: CF-98-346        Defendant: Charles Sanders

## ACCUMULATIVE COURT COST FOR SEQUOYAH COUNTY

### NON-VIOLENT COURT COST

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC - 8 1999

BARNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

**COURT FUND**
| | | |
|---|---|---|
| Court Fees | | $103.00 |
| Bail Bond Fee | $10.00 @ _____ | |
| Jury Fee | $30.00 @ _____ | |
| Fines | set by court | 500.00 |
| Mailing fee | $7.00 @ _____ | |
| Sub total Court Fund | | 603.v |

**SHERIFF FEES**
| | | |
|---|---|---|
| Sheriff Fees | | $30.00 |
| Arrest Warrant | $30.00 | |
| Bench Warrant | $30.00 @ _____ | |
| Revolving Fund | $5.00 | |
| Subpoenas | $30.00 @ 3 | 90.00 |
| Sub total Sheriff Fees | | 120.v |

| | | |
|---|---|---|
| LAW LIBRARY | | $3.00 |
| CLEET & FINGERPRINTING | | $7.00 |

| | | |
|---|---|---|
| VCA | $25.00 or set by court | 250.00 |
| OSBI LAB | set by court | |
| D.A. DRUG FUND | set by court | |
| REVOLVING FUND(appl fee-$40.00) | | |
| IDF-ATTORNEY FEE | set by court | |

REDACTED

TOTAL        983

IN THE DISTRICT COURT OF )      Defendant __CHARLES EDMOND SANDERS__
SEQUOYAH COUNTY        )
STATE OF OKLAHOMA      )      Case No. __CF-98-346__
                   )
                   )      Date __DECEMBER 9, 1999__

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 9 1999

BERNICE EDWARDS, COURT CLERK
BY _____ DEPUTY

**RULES AND CONDITIONS OF PROBATION**

1. I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general state of my environment and progress.

2. I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I will understand that I am not to go into or loiter around beer taverns or pool halls.

3. I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4. I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5. I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6. I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7. I understand that it will be a violation of my probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or any representative thereof.

8. I understand that I must support myself and all my dependents without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9. I will refrain from violation of any City, State or Federal law.

10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion exists in their mind.

14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within the eighteen months.

15. **SPECIAL CONDITIONS:** The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, OSBI lab fees) of $_____ within _____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of _____, 19_____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*

     $500 FINE and $250 DA DRUG FUND

     ( )      Defendant is to pay restitution through the District Attorney's office as set out in Exhibit "A" attached, the sum of $_____ **REDACTED**

16. Defendant to report to DOC Probation & Parole Office within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

_____
Attorney for Defendant

_____
Probationer

_____
JUDGE OF THE DISTRICT COURT

Defendant's Mailing Address:
██████████████████████████ Sallison OK
██████████████████████████ 74955

_____
Charles Sanders

# In The District Court In And For Sequoyah County, State of Oklahoma

THE STATE OF OKLAHOMA,     )
     )
             **PLAINTIFF**   )     **CASE NO: CF-98-346**
VS.     )
**CHARLES EDMOND SANDERS**   )
DOB: ██66   )
SS# ██9539   )
          **DEFENDANT.**   )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 9 1999

BERNILL/EDWARDS, COURT CLERK
BY _____ DEPUTY

## JUDGMENT AND SENTENCE

Now, on this 9TH DAY OF DECEMBER, 1999, this matter comes on before the undersigned Judge, for sentencing and the Defendant, _____CHARLES EDMOND SANDERS_____ , appears personally and by his attorney of record, _____MONTE JOHNSON_____, the State of Oklahoma represented by Assistant District Attorney, __ROBBIE COWAN__, and the Defendant, having previously:

(X)    Entered a plea of guilty
( )    Entered a plea of Nolo Contendere
( )    Found guilty by jury
( )    Found guilty by Judge after waiver of jury trial
       to/of the crime(s) of:

CT. I: UNLAWFUL POSSESSION OF CONTROLLED DRUG, 63 O.S. 2-402 (B-1)
COUNT II: DISMISSED

( )   The Defendant has previously been convicted of _____ felony crimes and the sentence has been enhanced in accordance with the provisions set forth in Title 21 O.S. § 51 and 51A.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by the Court that the Defendant, _____**CHARLES EDMOND SANDERS**_____, is guilty of the above-described offense(s) and is sentenced as follows:

### TERM OF IMPRISONMENT
COUNT _____: Sentenced to a term of _____ imprisonment;
                **REDACTED**
all under the custody and control of the Oklahoma Department of Corrections.
These terms to be served ( ) concurrently, or ( ) consecutively;

### TERM OF IMPRISONMENT - (PART SUSPENDED)
COUNT _____: Sentenced to a term of _____ imprisonment;

with all except the first _____ suspended under the custody and control of the Oklahoma Department of Correction pursuant to the rules and conditions of probation entered by the Court. These terms to be served ( ) concurrently, or ( ) consecutively;

### TERM OF IMPRISONMENT - (ALL SUSPENDED)
COUNT _____: Sentenced to a term of __TWENTY (20) YEARS__ imprisonment;

under the custody and control of the Oklahoma Department of Corrections all of said term(s) of imprisonment suspended pursuant to the rules and conditions of probation entered by the Court. These terms to be served (X) concurrently, or ( ) consecutively; w/Seq County Case Nos. CF-99-562 and CF-98-363

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT** that in addition to the preceding term(s), the Defendant is also sentenced to:

## FINE

( ) The defendant shall pay a fine of $_____ ( ) immediately or ( ) on or before _____, 19\_\_\_, at the rate of $\_\_\_\_\_ per month, or within \_\_\_\_\_ days of release from the Department of Corrections.

( ) The payment of a fine of $_____ is suspended.

( ) The defendant shall report to the District Court of Sequoyah County within \_\_\_\_\_ days of release for a hearing on the defendant's ability to pay fines and costs pursuant to Section VIII of the rules of the Court of Criminal Appeals, 22 O.S. Chapter 18, App.

## COSTS, VCA, RESTITUTION

( ) The defendant shall pay costs, fees, and restitution in accordance with the schedule attached as Exhibit \_\_\_\_\_.

## RULES AND CONDITIONS OF PROBATION

( ) The rules and conditions as ordered by the court and signed and acknowledged by the defendant are attached as hereto.

## ATTORNEY FEES

( ) The defendant shall pay court-appointed attorney fee amount of $_____ on or before _____, 19\_\_, to _____.

It is further ordered that judgment is hereby entered against the Defendant as to the fines, court costs and assessments set forth above.

The Court further advised the Defendant of his rights to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State without cost to him.

In the event the above sentence is for incarceration in the Department of Corrections, the sheriff of Sequoyah County, Oklahoma, is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to as warrant and authority of the imprisonment of the Defendant as provided herein. A second copy of this Judgment and Sentence to warrant and authority of the sheriff for the transportation and imprisonment of the Defendant as herein before provided. The sheriff to make due return to the clerk of this Court, with his proceedings endorsed thereon.

REDACTED

_____
JUDGE OF THE DISTRICT COURT

(SEAL)
ATTEST:
BERNELL EDWARDS, COURT CLERK

_____, DEPUTY CLERK

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OLKLAHOMA,  )
       Plaintiff  )
vs.  )  Case No. CF-98-00346
CHARLES EDMOND SANDERS  )        CF-98-00363
  )        CF-99-00562
  )
███████████████  )
      Defendant  )
  SS#: ██████9539
  DOB: ██████1966

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC - 8 1999

BERNELL EDWARDS, COURT CLERK
_____ DEPUTY

State's Attorney:
Defendant's Attorney:
Date: 12/09/99       TEMP.   LYNN R. ANDERSON
RULE 8 HEARING MONTE E. JOHNSON
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

    $100.00 on or before 1-28-200 and then

    ~~$100.00 per month on or before~~

~~then _____ per month on or before the ___ day of each month~~

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 1-28-200

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: *Defendant is ordered to re-appear on the 28th day of January 2000.* $958- $843- $983-

TOTAL TO PAY $ 2784-   **REDACTED**

                               JOHN C. GARRETT
X _____ Judge of the District Court
      Defendant
*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

# BENCH WARRANT ON INDICTMENT OR INFORMATION

ISSUED
4|9|99

STATE OF OKLAHOMA,)
SEQUOYAH COUNTY,   )    IN THE DISTRICT COURT

THE STATE OF OKLAHOMA )
VS. )
)   CASE NO: __CF-98-346B__
__John Eugene Jordan__ )
)
_____ )
)
DOB: __8/7/66__ )
SS/DL NO: __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__ )

## THE STATE OF OKLAHOMA
To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma-Greeting:

Whereas an Information having been filed on the __22nd__ day of __Sept.__ 19_98_, in the District Court of Sequoyah County, State of Oklahoma, charging __John Eugene Jordan__ with the crime of __Unlaw. poss of CD and failure to appear__

YOU ARE THEREFORE COMMANDED FORTHWITH TO ARREST THE ABOVE NAMED: __John Eugene Jordan__
and bring him before* __Dennis M. Sprouse__
or if the said Court have adjourned for the term that you deliver him into the custody of the Sheriff of Sequoyah County, Oklahoma.

Given under my hand and the seal of said Court affixed, this __9__ day of __April__ 19_99_. By order of the Court.

BERNELL EDWARDS, COURT CLERK

by: _Amanda Woody_
Deputy Court Clerk

### SHERIFF'S RETURN

Received the Writ on the _____ day of _____19___, at _____o'clock _____M., and executed on the _____ day of _____ 19___, at _____o'clock by:_____

DATED THIS _____ DAY OF _____19___.

**REDACTED**

SHERIFF OF SEQUOYAH COUNTY, OK.

DEPUTY

*see sec. 5384, Wilson's Statutes

S.E.&I. FORM NO. 408 (1966)

APPEARANCE BOND-DISTRICT COURT

**MAY 2 4 2000**

Case No. CF-98-34_6_
CF-98-363

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

STATE OF OKLAHOMA, SEQUOYAH COUNTY, SS:

Know all men by these presents, that __Charles Edmond Sanders__
as principal, and __Jo Nell McLaughlin__
_____ as suret(y)(ies) personally appeared before
the undersigned authority __Court Clerk__ in and for __Sequoyah__
County, and jointly and severally acknowledged themselves to be indebted to the State
of Oklahoma in the sum of __Twelve thousand__ Dollars ($__12,000.00__)
good and lawful money of the United States, to which payment well and truly to be made
we bind ourselves, our heirs, executors and administrators jointly and severally,
firmly by these presents.

The conditions of this obligation are such that, if the said __Charles Edmond Sanders__,
defendant, who has been committed to the county jail of __Sequoyah__ County,
State of Oklahoma, shall personally be and appear before the __District__ Court of
said county on the __31st__ day of __May__, 192000 at __10__ o'clock __a__ m.,
of said day, and from term to term, and from day to day of each term, to answer a
charge preferred against him for the offense of __Unlaw. poss of CD, ETC__
_____, and to do and receive what shall be
enjoined by said Court upon him, and shall not depart the said Court without leave,
then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hands and seals this __24th__ day of __May__, 192000.

███████ Sallisaw, OK 74955 __ Address  X_____ Principal

███████ Sallisaw, OK 74955 __ Address  X_____ Surety

_____ Address  _____ Surety

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this __24th__ day of __May__, 192000

**BERNELL EDWARDS**  Court Clerk  By _____ Deputy

This undertaking approved this __24th__ day of __May__, 192000

A.J. Henshaw  District Judge            Bernell Edwards _____ Court Clerk
SEAL                                    _____ Deputy

AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, SEQUOYAH COUNTY, SS:

_____ **REDACTED** being first duly sworn upon oath,
says that he is a resident of _____ County, State of Oklahoma, and
that neither he nor anyone for his use has received or been promised any security or
consideration for making this undertaking, except as hereinafter specified under one
or more of the following relevant statutory provisions, to-wit:

(a) He has received the sum of $_____ from _____
    as consideration for making this undertaking;
(b) He has received the following described property or instrument from _____
    _____ as security for making this undertaking, as evidenced by
    attached copy of a receipt for collateral security _____
    _____;
(c) _____ has promised to secure him for making
    this undertaking.

_____
BONDSMAN

Subscribed and sworn to before me this _____ day of _____, 19___.

**BERNELL EDWARDS**
_____
Notary Public - Court Clerk

SEAL

My Commission expires _____  By: _____
                                              Deputy

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**MAY 31 2001**

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

THE STATE OF OKLAHOMA, )
          Plaintiff, )
vs. )      No. CF-98-346
 )
CHARLES E. SANDERS )
         Defendant. )

## APPLICATION TO REVOKE SUSPENDED SENTENCE

COMES NOW, Dianne Barker Harrold, the duly elected, qualified, and acting District Attorney of Sequoyah County, and states to the Court that on the 9th day of December, 1999, the said Defendant entered his plea of guilty in the above entitled case, in the District Court of Sequoyah County, Oklahoma, to the charge of: POSSESSION OF CONTROLLED DRUG, as set out in the Information on file in this cause and the said defendant was sentenced to serve a term of TWENTY (20) years, under the Supervision of the Department of Correction, which sentence the Court suspended during the good behavior of said defendant.

Thereafter, the defendant violated the rules and conditions of probation as imposed by the Court in the following manner:

**Rule #1**: by failing to report for Probation and Parole.
**Rule #2**: by being in possession of intoxicants and being arrested for: LARCENY OF MERCHANDISE FROM RETAILER, POSSESSION OF PARAPHERNALIA in Sequoyah County, OK on May 17th, 2001.
**Rule #9**: by violating city, state or federal law, and being charged with: LARCENY OF MERCHANDISE FROM RETAILER, POSSESSION OF PARAPHERNALIA in Sequoyah County, OK CF-2001-314.

WHEREFORE, applicant prays that the Court set a date for hearing this application and that the suspension clause in said Judgment and Sentence be carried out in full, according to its terms. That the Court direct the Court Clerk of Sequoyah County, Oklahoma, to issue a Bench Warrant for the arrest of said defendant.

Dated this ___30___ day of May, 2001.

**DIANNE BARKER HARROLD, District Attorney**

BY: RED~~ACTED~~
Assistant District Attorney

WITNESSES:

Emmett Daniels, c/o Probation & Parole, Sallisaw, OK
Derek Brown, ███████████ Sallisaw, OK
Rocky Gaither, ███████ Sallisaw, OK
Dustin Walters, ███████ Sallisaw, OK
Leri Kay, ███████ Sallisaw, OK
Debbie Carter, ███████ Sallisaw, OK

## FINDING OF PROBABLE CAUSE

The Undersigned Judge of the District Court, upon the above application hereby determines there to be probable cause for the issuance of a Bench Warrant and so orders.

Dated this ___30___ day of ___MAY___, 200__.
Bond set at $ ___10,000___

_____
**JUDGE OF THE DISTRICT COURT**



**BENCH WARRANT--After Conviction**

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| Sequoyah County, | ) | **IN DISTRICT COURT** |
| | | |
| THE STATE OF OKLAHOMA | ) | |
| VS. | ) | No.CF-98-346 |
| CHARLES E. SANDERS | ) | |
| ███████████ | ) | |
| SALLISAW, OKLAHOMA 74955 | ) | |
| ████1966 ████9539 | ) | **BOND: $10,000** |

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**CHARLES E. SANDERS** having been on the 9TH DAY OF DECEMBER, 1999, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :POSSESSION OF CONTROLLED DRUG, **APPLICATION TO REVOKE**

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **CHARLES E. SANDERS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 5TH DAY OF JUNE, 2001. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: _____
DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

S H E R I F F ' S     R E T U R N

RECEIVED the within Writ on the _____ day of _____, 199____, at _____ o'clock _____M., and executed on the _____ day of _____, 199____, at _____ o'clock _____M. by _____

_____

Dated this _____ day of _____ 199____.

_____
SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY: _____
DEPUTY

**REDACTED**


**ISSUED**
6/5/01

**BENCH WARRANT--After Conviction**

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | **IN DISTRICT COURT** |
| Sequoyah County, | ) | |

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 13 2001

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

THE STATE OF OKLAHOMA )
       VS. )   **No.CF-98-346**
CHARLES E. SANDERS )
█████████ )
SALLISAW, OKLAHOMA 74955 )
█████1966 ████9539 )   **BOND: $10,000**

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**CHARLES E. SANDERS** having been on the 9TH DAY OF DECEMBER, 1999, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :POSSESSION OF CONTROLLED DRUG, **APPLICATION TO REVOKE**

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **CHARLES E. SANDERS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 5TH DAY OF JUNE, 2001. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: *Jana Allen*
                  DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

S H E R I F F ' S   R E T U R N

RECEIVED the within Writ on the _____ day of _____, 199\_\_\_\_, at _____o'clock \_\_\_\_\_M., and executed on the _____day of _____, 199\_\_\_\_, at _____o'clock \_\_\_\_\_M. by _____

Dated this _____day of _____199\_\_\_\_ .

SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY: *Cecil Duty*
**REDACTED**               DEPUTY

ISSUED
_8/23/01_

**IN THE DISTRICT COURT OF SEQUOYAH COUNTY**
**STATE OF OKLAHOMA**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 23 2001

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

| | |
|---|---|
| THE STATE OF OKLAHOMA,<br>Plaintiff,<br><br>vs.<br><br>CHARLES E. SANDERS<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. CF-98-346

## ORDER REVOKING SUSPENDED SENTENCE

NOW, on this 23rd day of August, 2001, the above styled case comes on for hearing on the State's Application to Revoke Suspended Sentence. The State is present by Assistant District Attorney, Rob Cowan, the defendant is present and represented by the attorney of record, . Monte Johnson.

The Court finds that on the 9th day of December, 1999, the said defendant was found guilty of the crime of POSSESSION OF CONTROLLED DRUG, 63 O.S. 2-402(B-1) and sentenced to a term of TWENTY (20) years with the direction of the Department of Corrections, and of said sentence TWENTY (20) years was suspended pending the defendant's good behavior.

The Court finds that on the 31st day of May, 2001, the State filed an Application to Revoke Suspended Sentence based on violations of the defendant's Rules and Conditions of Probation. The Court further finds the defendant did, in fact, violate the rules and conditions as alleged in the State's Application.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the suspended sentence is revoked in full with the defendant to attend the Last Stop Program with said balance to be suspended upon successful completion thereof. The Sheriff of Sequoyah County shall deliver said defendant to the Department of Corrections and leave therewith a copy of this Order of Judgment and Sentence to serve as a warrant and authority for the revocation of said defendant as provided herein. The second copy of the Order to be warrant and authority of said Sheriff for the transportation and imprisonment of said defendant as herein before provided. The Sheriff to make due return to the Clerk of this Court, with his procedure endorsed thereon. Defendant to turn himself into Seq County Jail on Aug 30,01 a Noon.

RETAINED _____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA STATE OF
OKLAHOMA          CASE NO. _CF-98-363_
                                                   _CF-98-346_
VS.                                                _CF-99-562_

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 18 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

_Sanders, Charles_          _J&S date 08-28-01_
DEFENDANT

STATEMENT OF JAIL TIME

PRISONER WAS ARRESTED ON DATE OR DATES AS FOLLOWS: _See below_

PRISONER REMAINED IN JAIL ___279___ DAYS BEFORE JUDGEMENT AND
SENTENCING.

PRISONER REMAINED IN JAIL ___2___ DAYS AFTER JUDGEMENT AND
SENTENCING.

_Jamie Fullbright_
SEQUOYAH COUNTY SHERIFF'S DEPARTMENT

04-15-98  thru  04-15-98 = 1 day
09-17-98  thru  09-18-98 = 1 day
11-16-98  thru  02-01-99 = 78
06-22-99  thru  06-23-99 = 1 day
09-30-98  thru  09-30-98 = 1 day
10-22-99  thru  12-09-99 = 49 days
05-30-00  thru  08-13-00 = 86 days
05-27-01  thru  08-29-01 = 64

**REDACTED**

**IN THE DISTRICT COURT OF SEQUOYAH COUNTY**
**STATE OF OKLAHOMA**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 0 5 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CF-98-346 |
| | ) | |
| CHARLES E. SANDERS | ) | |
| Defendant. | ) | |

## NUNC PRO TUNC
### ORDER REVOKING SUSPENDED SENTENCE

NOW, on this _5th_ day of _March_, 2002, the above styled case comes on for hearing on the State's Application to Revoke Suspended Sentence. The State is present by Assistant District Attorney, Rob Cowan, the defendant is present and represented by the attorney of record, . Monte Johnson.

The Court finds that on the 9th day of December, 1999, the said defendant was found guilty of the crime of POSSESSION OF CONTROLLED DRUG, 63 O.S. 2-402(B-1) and sentenced to a term of TWENTY (20) years with the direction of the Department of Corrections, and of said sentence TWENTY (20) years was suspended pending the defendant's good behavior.

The Court finds that on the 31st day of May, 2001, the State filed an Application to Revoke Suspended Sentence based on violations of the defendant's Rules and Conditions of Probation. The Court further finds the defendant did, in fact, violate the rules and conditions as alleged in the State's Application.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the suspended sentence is revoked in full and shall run concurrently with CF-98-363 with the defendant to attend the Last Stop Program or similar program with said balance to be suspended upon successful completion thereof. The Sheriff of Sequoyah County shall deliver said defendant to the Department of Corrections and leave therewith a copy of this Order of Judgment and Sentence to serve as a warrant and authority for the revocation of said defendant as provided herein. The second copy of the Order to be warrant and authority of said Sheriff for the transportation and imprisonment of said defendant as herein before provided. The Sheriff to make due return to the Clerk of this Court, with his procedure endorsed thereon.

REDACTED

**JUDGE OF THE DISTRICT COURT**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 2 8 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

**IN THE DISTRICT COURT OF SEQUOYAH COUNTY**
**STATE OF OKLAHOMA**

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CF-98-346 |
| | ) | |
| CHARLES E. SANDERS | ) | |
| Defendant. | ) | |

## NUNC PRO TUNC
## ORDER REVOKING SUSPENDED SENTENCE

NOW, on this 28ᵗʰ day of March, 2002, the above styled case comes on for hearing on the State's Application to Revoke Suspended Sentence. The State is present by Assistant District Attorney, Rob Cowan, the defendant is present and represented by the attorney of record, . Monte Johnson.

The Court finds that on the 9th day of December, 1999, the said defendant was found guilty of the crime of POSSESSION OF CONTROLLED DRUG, 63 O.S. 2-402(B-1) and sentenced to a term of TWENTY (20) years with the direction of the Department of Corrections, and of said sentence TWENTY (20) years was suspended pending the defendant's good behavior.

The Court finds that on the 31st day of May, 2001, the State filed an Application to Revoke Suspended Sentence based on violations of the defendant's Rules and Conditions of Probation. The Court further finds the defendant did, in fact, violate the rules and conditions as alleged in the State's Application.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the suspended sentence is revoked in full and shall run concurrently with CF-98-363 with the defendant to attend the Last Stop Program or similar program with said balance to be suspended upon successful completion thereof. The Sheriff of Sequoyah County shall deliver said defendant to the Department of Corrections and leave therewith a copy of this Order of Judgment and Sentence to serve as a warrant and authority for the revocation of said defendant as provided herein. The second copy of the Order to be warrant and authority of said Sheriff for the transportation and imprisonment of said defendant as herein before provided. The Sheriff to make due return to the Clerk of this Court, with his procedure endorsed thereon.

REDACTED

_____
**JUDGE OF THE DISTRICT COURT**



IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
       Plaintiff )

vs. )
CHARLES EDMOND SANDERS )

SALLISAW, OK 74955 )
████████████Defendant )
   SS#: ███ 9539
   DOB: ████ 1966

Case No. CF-01-00314
~~CF-98-00346~~
CF-98-00363
CF-99-00562

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 1 4 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 08/14/02

RULE 8 HEARING STEVE BARNES
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

      _____ $536.80 on or before 10-30-20 and

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 10-30-20 _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $536.80

**REDACTED**

X _Charles Sanders_ 
       Defendant

DENNIS M. SPROUSE
Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
AUG 1 4 2002
DARNELL EDWARDS, COURT CLERK
BY_____
_____DEPUTY

CHECK ONE _____ I plan to pay before 3:30 pm today

_____ I plan to pay within 48 hours _____ I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE _Charles Sanders_ DATE _8/14/02_

CASE #_____ DATE OF BIRTH █████ 6

SS# █████ 9539 FINE/COST_____

LAST NAME _Sanders_ FIRST _Charles_ MI _E_

STREET █████ CITY _Sallisaw_ PHONE _775-_█████

EMPLOYER ___—___ HOW LONG ___—___ PHONE_____

EARNINGS ___—___ per ___—___ #hrs/wk _____ paydates ___—___

IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS SINGLE_____ MARRIED_____ DIVORCED _✓_
SEPERATED_____ WIDOW/ER_____ COMMON LAW_____

Names and Ages of Children_____
List others living in household NAME RELATIONSHIP EMPLOYER INCOME
_____
_____

AMOUNT OF CASH WITH YOU $_____ Saving/Checking Accounts $_____
Property,Investments, Assets $_____
I AM SUPPORTED BY:_____ Do you receive housing assistance_____
Alimony/Child Support_____ Monthly Expenses:
Social Security_____ Rent_____
Pension/Retirement_____ Food_____
Welfare_____ Utilities_____
Food Stamps_____ **REDACTED** Child Care_____
Unemployment_____ Medical_____
My Gross Monthly Earning_____ TOTAL$_____
Other Income Support_____ Source_____

DRIVERS LICENSE # _SPN SS#_ STATE _OK_ EXP.DATE _5-//-9 Y_
VEHICLES YOU OWN OR USE: YEAR MAKE/MODLE MONTHLY PAYMENTS
_____
_____

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,　　　　　　　　　　)
　　　　　Plaintiff　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　)　　Case No. CF-01-00314
CHARLES EDMOND SANDERS　　　　　　　)　　　　　　~~CF-98-00346~~
　　　　　　　　　　　　　　　　　　　)　　　　　　CF-98-00363
　　　　　　　　　　　　　　　　　　　)　　　　　　CF-99-00562
SALLISAW, OK　74955　　　　　　　　　)
███████████Defendant　　　　　　　　)
　　SS#: ███████9539
　　DOB: ████████1966

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 1 4 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 08/14/02　　　　　　RULE 8 HEARING STEVE BARNES
　　　　　　　　　　　　　　　　(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $536.80 on or before 10-30-20 **or** and

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 10-30-20 _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $536.80

X _____
　　　　Defendant

REDACTED _____
DENNIS M. SPROUSE
Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA



STATE OF OKLAHOMA,　　　　　　　　　　　)
　　　　　Plaintiff　　　　　　　　　　　 )
vs.　　　　　　　　　　　　　　　　　　　 )　　Case No. CF-01-00314
CHARLES EDMOND SANDERS　　　　　　　　 )　　　　　　CF-98-00346
　　　　　　　　　　　　　　　　　　　　 )　　~~CF-98-00363~~
　　　　　　　　　　　　　　　　　　　　 )　　　　　　CF-99-00562
SALLISAW, OK　74955　　　　　　　　　　 )
████████Defendant　　　　　　　　　　　 )
　SS#: ███████9539
　DOB: ███████/1966

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 1 4 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 08/14/02　　　　　RULE 8 HEARINGSTEVE BARNES
　　　　　　　　　　　　　 (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

　　　　　　　$536.80 on or before 10-30-20 **OZ** and

then _____ per month on or before the ___ day of each month ＿

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 10-30-20 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $ 536.80　　　**REDACTED**

X _____　　　　DENNIS M. SPROUSE
　　　　　Defendant　　　　　　　　　　　 Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

# APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
AUG 1 4 2002
DARNELL EDWARDS, COURT CLERK
BY_____
_____ DEPUTY

CHECK ONE _____I plan to pay before 3:30 pm today

_____I plan to pay within 48 hours _____I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE Charles Sandes          DATE 8/14/02

CASE #_____          DATE OF BIRTH ▆▆ 6 6

SS# ▆▆▆9539          FINE/COST_____

LAST NAME Sandes          FIRST Charles MI E

STREET Rt 3          CITY Sallisaw          PHONE 775-▆▆▆

EMPLOYER _____ HOW LONG ___ PHONE_____

EARNINGS ___ per ___ #hrs/wk ___ paydates ___

## IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS      SINGLE_____ MARRIED_____      DIVORCED ✓
          SEPERATED_____      WIDOW/ER_____          COMMON LAW_____

Names and Ages of Children_____
List others living in household    NAME          RELATIONSHIP    EMPLOYER    INCOME
_____
_____

AMOUNT OF CASH WITH YOU $_____ Saving/Checking Accounts $_____
Property,Investments, Assets $_____
I AM SUPPORTED BY:_____ Do you receive housing assistance_____
   Alimony/Child Support_____ Monthly Expenses:
   Social Security_____ Rent_____
   Pension/Retirement_____ Food_____
   Welfare_____ Utilities_____
   Food Stamps_____ **REDACTED** Child Care_____
   Unemployment_____ Medical_____
   My Gross Monthly Earning_____ TOTAL$_____
   Other Income Support_____Source_____

DRIVERS LICENSE # Sam SS #          STATE OK EXP.DATE 5-14-04
VEHICLES YOU OWN OR USE:    YEAR          MAKE/MODLE          MONTHLY PAYMENTS
_____
_____

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,  )
      Plaintiff  )
vs.  )  Case No. CF-01-00314  **4 391.00**
CHARLES EDMOND SANDERS  )  ~~CF-98-00346~~ **1 75.80**
          -  )  CF-98-00363  **2 35.00**
  )  CF-99-00562  **3 35.00**
SALLISAW, OK  74955  )
          Defendant  )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT - 9 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

SS#: ████9539
DOB: ████1966

State's Attorney:
Defendant's Attorney:

Date: 10/09/02          RULE 8 HEARINGBRIAN MORTON
                 (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____$100.00 on or before 11-09-20**02** and

then **100.00** per month on or before the **9** day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before ~~11-09-20~~_____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $**536.80**     **REDACTED**

x_Charles Sanders_____    DENNIS M. SPROUSE_____
       Defendant            Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT - 9 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

# APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

CHECK ONE _____ I plan to pay before 3:30 pm today

_____ I plan to pay within 48 hours   __✓__ I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE _Charles Sanders_   DATE _10-9-2002_

CASE # _____   DATE OF BIRTH _____ 66

SS# _____ 9539   FINE/COST _____

LAST NAME _Sanders_   FIRST _Charles_ MI _E_

STREE █████████ CITY _Sailisaw_   PHONE (918)775-███

EMPLOYER _Kayin_   HOW LONG _Temp_   PHONE 776-███

EARNINGS _24000_ per _wcee_ #hrs/wk ___ paydates _Friday_

## IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS   SINGLE____ MARRIED____ DIVORCED____
SEPERATED _✓_ WIDOW/ER____ COMMON LAW____

Names and Ages of Children _Jennifer Sanders_
List others living in household   NAME   RELATIONSHIP   EMPLOYER   INCOME

_____

_____

AMOUNT OF CASH WITH YOU $ _0_   Saving/Checking Accounts $_____
Property, Investments, Assets $_____
I AM SUPPORTED BY:_____   Do you receive housing assistance____
  Alimony/Child Support_____   Monthly Expenses:
  Social Security_____   Rent_____
  Pension/Retirement_____   Food_____
  Welfare_____   Utilities_____
  Food Stamps_____ **REDACTED**   Child Care_____
  Unemployment_____   Medical_____
  My Gross Monthly Earning_____   TOTAL$_____
  Other Income Support_____ Source_____

DRIVERS LICENSE # _441_████████ STATE _OK_ EXP.DATE _11-8-2005_
VEHICLES YOU OWN OR USE:   YEAR   MAKE/MODLE   MONTHLY PAYMENTS

_____ Ø _____

_____

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,           )
      Plaintiff          )
vs.                         )      Case No. CF-01-00314
CHARLES EDMOND SANDERS       )               CF-98-00346
                             )               CF-98-00363
                             )               CF-99-00562
SALLISAW, OK  74955          )
     ███████Defendant     )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT - 9 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

SS#: ████9539
DOB: ████1966

State's Attorney:
Defendant's Attorney:

Date: 10/09/02            RULE 8 HEARINGBRIAN MORTON
                              (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT·PAY:

_____$100.00 on or before 11-09-20 02 and

then 100.00 ____ per month on or before the 9 day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 11-09-20 _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $536.80                 **REDACTED**

X_Charles Sanders_                   DENNIS M. SPROUSE
      Defendant                    Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,　　　　　　　　　　)
　　　　　Plaintiff　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　)　　Case No. CF-98-00128A
TERESA JORDAN　　　　　　　　　　　　　)　　　　　　　CF-98-00346A
　　　　　　　　　　　　　　　　　　　　　)　　　　　　　CF-99-00332
　　　　　　　　　　　　　　　　　　　　　)　　　　　　　PO-00-00439
VIAN, OK　74962　　　　　　　　　　　　)
███████Defendant　　　　　　　　　　　)
　　SS#:　███5710
　　DOB:　████1965

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 1 5 2003

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 05/15/03　　　　　　　RULE 8 HEARING ROBBIE COWAN
　　　　　　　　　　　　　　　　(Summary)　　GERALD HUNTER

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____$100.00 on or before 06-01-20 03 and

then 100.00 per month on or before the 1st day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 06-01-20

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $2919.00　　　REDACTED _____
　　　　　　　　　　　　　　　　　　　JOHN C. GARRETT
_____　　　Judge of the District Court
　　　　Defendant
Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,           )
      Plaintiff           )
vs.                          )     Case No. ~~CF-98-00128A~~
TERESA JORDAN                )              CF-98-00346A 3 1611
            \     )              CF-99-00332 4 1308
                   )              ~~PO-00-00439~~
VIAN, OK  74962              )
     █████ Defendant       )
  SS#: ████5710
  DOB: ████1965

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 1 5 2003

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 05/15/03          RULE 8 HEARING ROBBIE COWAN
      —              (Summary)   GERALD HUNTER

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____$100.00 on or before 06-01-20 03 and

then 100.00 per month on or before the 1st day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 06-01-20

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $2919.00          **REDACTED**

X_Teresa Jordan_____          _____
       Defendant                    JOHN C. GARRETT
                                   Judge of the District Court
Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

# APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

CHECK ONE:

_____ I PLAN TO PAY BEFORE 3:30 PM TODAY _____ I PLAN TO PAY IN 48 HRS.

__X__ I WANT EXTENDED TIME TO PAY

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation in CONTEMPT OF COURT for providing false and/or incomplete information on this application I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE _Teresa Jordan_ DATE_____

CASE #_____ DATE OF BIRTH ███████ 6 5

SSN#_███████ 570_____ FINE/COSTS $_____

LAST NAME ███████████ FIRST_____ MI_____

STREET ████████████ CITY_Jin___ PH_____
6¥5
EMPLOYER _Tulsa Welding School_ HOW LONG_____ PH_____

EARNINGS_____ PER_____ #HRS/WK_____ PAYDATES_____

## IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS _____ SINGLE _____ MARRIED _____ SEPARATED
_____ DIVORCED _____ COMMON LAW _____ WIDOW(ER)

NUMBER OF CHILDREN_____ AGES OF CHILDREN_____
LIST OTHERS LIVING IN HOUSEHOLD   NAME   RELATIONSHIP   EMPLOYER   INCOME
_daughter_

AMOUNT OF $ W/YOU _1000.00_ SAVING/CHECKING ACC $_____
PROPERTY, INVESTMENTS, ASSETS $_____
I AM SUPPORTED BY:_self_ DO YOU RECEIVE HOUSING ASSISTANCE__
  ALIMONY/CHILD SUPPORT_____ MONTHLY EXPENSES:
  SOCIAL SECURITY_____ RENT_200.00_
  PENSION/RET._____ FOOD_____
  WELFARE_____ UTILITIES_100.00_
  FOOD STAMPS_____ CHILD CARE_____
  UNEMPLOYMENT_____ MEDICAL_____
  GROSS MO. EARNING____ **REDACTED** TOTAL $_____
  OTHER INCOME SUPPORT_____ SOURCE_____

DRIVERS LICENSE #_2_____ STATE_____ EXP.DATE_____
VEHICLES YOU OWN OR USE:   YEAR   MAKE/MODEL   MONTHLY PMT.



IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
      Plaintiff )

vs. )

TERESA JORDAN )

Vian )

   ▰ OK▰74962 )
      Defendant )
  SS#: ▰5710
  DOB: ▰1965

Case No. CF-98-00128A -1 ⟨1030.00⟩
      CF-98-00346A-2
      CF-99-00332 -3

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 1 3 2000

State's Attorney:
Defendant's Attorney:
                      ROBBIE COWAN

Date: 11/13/00

RULE 8 HEARING GERALD HUNTER
(Summary)

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $100.00 on or before 01-05-20 and then ext to

_____ $100.00 per month on or before ⟨02-05-2001⟩

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 01-05-20 _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: CF-98-128A = $1510⁻ / CF-98-346A = $2118⁻
CF-99-332 = $1308⁻       3-30-01 pc mailed ⟨4987⟩

—————————————————— **REDACTED** ——————————————————

TOTAL TO PAY $ 4936⁻

X ~Teresa Jordan~
    Defendant

JOHN C. GARRETT
Judge of the District Court

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )
          Plaintiff                   )
vs.                                   )   Case No. ~~CF-99-00128A~~
~~TERESA JORDAN~~                     )            CF-98-00346A
Sallisaw OK 74955                     )            CF-99-00332
~~VIAN, OK 74962~~                    )            ~~PO-00-00139~~
                     Defendant        )
     SS#: ████5710
     DOB: ████1965

                    State's Attorney:
                    Defendant's Attorney:

Date: 12/30/03              RULE 8 HEARING ROBBIE COWAN
                           (Summary)    GERALD HUNTER

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:


_____ $50.00 on or before 01-21-2003 and

then 50.00 per month on or before the 21 day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before ~~01-21-20~~_____

OR; _____



IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: To begin paying $100.00
On April 21, 2004

_____

TOTAL TO PAY $2249.00         **REDACTED**

                              _____
                              JOHN C. GARRETT
_____       Judge of the District Court
     Defendant
Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
FEB 2 5 2004
BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

**BENCH WARRANT – After Conviction**

**ISSUED**
3-15-04



STATE OF OKLAHOMA
Sequoyah County,
THE STATE OF OKLAHOMA
       VS.
CHARLES EDMOND SANDERS

█████████

SALLISAW, OK 74955

████66 ██████9539

IN DISTRICT COURT

CF-98-00346

BOND - $10,000

THE STATE OF OKLAHOMA
To any Sheriff or Policeman of the State of Oklahoma – Greeting:

**CHARLES EDMOND SANDERS** having been on the 9th day of December, 1999 duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of : UNLAWFUL POSSESSION OF CONTROLLED DRUG / APPLICATION TO REVOKE OR APPLICATION TO IMPOSE JUDGMENT AND SENTENCE

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above – named
**CHARLES EDMOND SANDERS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this Monday, March 15, 2004. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: _Robin Hickman_
                                **Deputy**

**WILL ONLY EXTRIDIATE FROM SURROUNDING STATES**

SHERIFF'S RETURN

RECEIVED the Writ on the _____ day of _____, 20___, at _____ o'clock ____a.m. by _____

_____
**REDACTED**

Dated this _____ day of _____ 20___.

SHERIFF OF SEQUOYAH COUNTY, OK

BY:_____

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 12 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

THE STATE OF OKLAHOMA, )
        Plaintiff, )
vs. ) No. CF-98-346
         )
CHARLES E. SANDERS, )
        Defendant. )

## SECOND APPLICATION TO REVOKE SUSPENDED SENTENCE

COMES NOW, Richard L. Gray, the duly elected, qualified, and acting District Attorney of Sequoyah County, and states to the Court that on the 9th day of December, 1999, the said Defendant entered his/her plea of guilty in the above entitled case, in the District Court of Sequoyah County, Oklahoma, to the charge of: POSSESSION OF CONTROLLED DRUG, as set out in the Information on file in this cause and the said defendant was sentenced to serve a term of TWENTY (20) years, under the Supervision of the Department of Correction, which sentence the Court suspended during the good behavior of said defendant. Further that on the 31st day of May, 2001 the State of Oklahoma filed its Application to Revoke Suspended Sentence. That on the 23rd day of August, 2001, Defendant was found guilty of violating the rules and conditions of probation and the suspended sentence was revoked, with Defendant to successfully complete the Last Stop or similar program, at which time the balance of said sentence would be suspended.

Thereafter, the defendant violated the rules and conditions of probation as imposed by the Court in the following manner:

**Rule #9**: by violating city, state or federal law, and being cited for Burglary, 2nd degree in Sequoyah County Case CF-04-19.

WHEREFORE, applicant prays that the Court set a date for hearing this application and that the suspension clause in said Judgment and Sentence be carried out in full, according to its terms. That the Court direct the Court Clerk of Sequoyah County, Oklahoma, to issue a Bench Warrant for the arrest of said defendant.

Dated this ___11TH___ day of , 2004.

                  RICHARD L. GRAY, District Attorney

        BY:    REDACTED
                  Assistant District Attorney

WITNESSES:
Chief Gary Philpot, Sallisaw PD
Sam Pinson, State Fire Marshall
Sally Jackson,█████████Sallisaw, OK 74955
Wung Mei Fung,████████████████ Sallisaw, OK
Hui Hui Zheng,██████████████Sallisaw, OK

## FINDING OF PROBABLE CAUSE

The Undersigned Judge of the District Court, upon the above application hereby determines there to be probable cause for the issuance of a Bench Warrant and so orders.

Dated this ___11TH___ day of ___March___, 2004.
Bond set at $___10,000.00___

                JUDGE OF THE DISTRICT COURT

Warrant Number: *CR 98-00346*

Warrant Name: *Charles Edmond Sanders*

Date & Time Cleared: *03/31/04  17:14*

Warrant Cleared By:

Arrest ✓ Officer Serving: *Chris Grizzle*

Agency: *Seq. Co*  Badge Number: *825*

Cancel____Official Directing Warrant Cancelation_____

Was warrant pulled from file?  (Yes)  No

If no explain:_____

Was warrant marked off warrant book and data base?  (Yes)  No

If no explain:_____

Was warrant cleared from NCIC?  (Yes)  Not entered

Was warrant removed from holds book?  Yes  (No hold placed)

Sheriff's office employee signature:_____

Note: After completing this form staple to the back of warrant signed by arresting officer and place in folder marked

Court Clerk  Use this form only to clear warrants issued by Sequoyah County. Every warrant must be cleared

**REDACTED**

on a seperate form.

**BENCH WARRANT – After Conviction**



**ISSUED**
3-15-04

STATE OF OKLAHOMA
Sequoyah County,
THE STATE OF OKLAHOMA
       VS.
CHARLES EDMOND SANDERS

██████

SALLISAW, OK 74955

██66 ██9539

**IN DISTRICT COURT**

CF-98-00346

**BOND - $10,000**

THE STATE OF OKLAHOMA
To any Sheriff or Policeman of the State of Oklahoma – Greeting:

**CHARLES EDMOND SANDERS** having been on the 9th day of December, 1999 duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of : UNLAWFUL POSSESSION OF CONTROLLED DRUG / APPLICATION TO REVOKE OR APPLICATION TO IMPOSE JUDGMENT AND SENTENCE

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above – named
**CHARLES EDMOND SANDERS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this Monday, March 15, 2004. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: _Robin Hickman_
                                 **Deputy**

**WILL ONLY EXTRIDIATE FROM SURROUNDING STATES**

SHERIFF'S RETURN

RECEIVED the Writ on the _____ day of _____, 20___, at _____ o'clock ___a.m. by _____

_____ **REDACTED** _____

Dated this _____ day of _____ 20___.

_____
SHERIFF OF SEQUOYAH COUNTY, OK

BY:_____

CF-98-346

**CLIF'S PHARMACY** (918) 776█████
█████████SALLISAW, OK 74955
Rx: 58█████ 05/03/2004        Dr.LOGGAINS, BENTON PA
CHARLES E SANDERS            DR WOODS OFFICE
SEQ CO JAIL                  SALLISAW, OK 74955
SALLISAW, OK 74955
(000) 000-0918
NDC: 10939-█████████

CF-98-346

$7.00

48 Cap ALLERGY CAPS (BENADRYL GEN) Auth:

REDACTED

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 1 7 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

THE STATE OF OKLAHOMA, )
          Plaintiff, )
vs. )     No. CF-98-346
    )
CHARLES E. SANDERS, )
          Defendant. )

## AMENDED
## SECOND APPLICATION TO REVOKE SUSPENDED SENTENCE

COMES NOW, Richard L. Gray, the duly elected, qualified, and acting District Attorney of Sequoyah County, and states to the Court that on the 9th day of December, 1999, the said Defendant entered his/her plea of guilty in the above entitled case, in the District Court of Sequoyah County, Oklahoma, to the charge of: POSSESSION OF CONTROLLED DRUG, as set out in the Information on file in this cause and the said defendant was sentenced to serve a term of TWENTY (20) years, under the Supervision of the Department of Correction, which sentence the Court suspended during the good behavior of said defendant. Further that on the 31st day of May, 2001 the State of Oklahoma filed its Application to Revoke Suspended Sentence. That on the 23rd day of August, 2001, Defendant was found guilty of violating the rules and conditions of probation and the suspended sentence was revoked, with Defendant to successfully complete the Last Stop or similar program, at which time the balance of said sentence would be suspended.

Thereafter, the defendant violated the rules and conditions of probation as imposed by the Court in the following manner:

**Rule #9**: by violating city, state or federal law, and being cited for Burglary, 2nd degree, Arson, 2nd degree; Knowingly Concealing Stolen Property and Feloniously Carrying Firearm in Sequoyah County Case CF-04-19.

WHEREFORE, applicant prays that the Court set a date for hearing this application and that the suspension clause in said Judgment and Sentence be carried out in full, according to its terms. That the Court direct the Court Clerk of Sequoyah County, Oklahoma, to issue a Bench Warrant for the arrest of said defendant.

Dated this 17th day of June, 2004.

RICHARD L. GRAY, District Attorney

BY: _____
          Assistant District Attorney

WITNESSES:
Chief Gary Philpot, Sallisaw PD
Sam Pinson, State Fire Marshall
Sally Jackson,█████████ Sallisaw, OK 74955
Wung Mei Fung,███████████████ Sallisaw, OK
Hui Hui Zheng,███████████████Sallisaw, OK

**SUBPOENA**
IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH CO.
FILED
IN DISTRICT COURT

JUL 2 6 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

STATE OF OKLAHOMA,
    Plaintiff,

VS.

No. CF-04-19
CF-98-363
CF-99-562
CF-98-346,
PRELIMINARY HEARING/APP TO REVOKE

CHARLES "MONK" SANDERS

    Defendant,

**TO:  CHIEF GARY PHILPOT SALLISAW P.D.**
     **SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23RD ST. SUITE 4, OKLAHOMA CITY, OK**
     **SALLY JACKSON ▬▬▬▬▬, SALLISAW, OK**
     **WUNG MEI FUNG, ▬▬▬▬▬▬ SALLISAW, OK**
     **HUI HUI ZHENG C/O ▬▬▬▬▬ SALLISAW, OK**
     **DET JOHN OWENS SALLISAW P.D.**

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **29th day of July, 2004, at the hour of 1:30 o'clock P. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES "MONK" SANDERS,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

    HEREOF FAIL NOT, under penalty of law.

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 26th day of JULY, 2004.

                     BERNELL EDWARDS, COURT CLERK

                     By_____ Hickman
                               Deputy

---

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

---

### SHERIFF'S RETURN  REDACTED

    Received this Writ this _____ day of _____, 20___, _____ o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___,; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____By_____
_____20_____ . I cannot find the within named
_____ in my county.

                     JOHNNY PHILPOT, SHERIFF

                     By_____
                              Deputy

                 Mileage_____miles

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 1 0 2004

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

Case # CF-04-19  CF-98-346
CF 98 363
CF-99-562

I certify that I received the foregoing summons on the ___26___ day of ___July___ ,20 _04_, and that I delivered, or attempted delivery of the said summons as shown below to each party named for service request.

| Name of Person To be served | service address | served? yes or no | Date & Time of service or Attempt |
|---|---|---|---|
| Sally Jackson | ▮▮▮▮▮ | No | 07 28 04    07-29-04 |
| Wung Mei Fung | ▮▮▮▮▮ | Yes | 07-27-04 |
| Hui Hui Zheng | ▮▮▮▮▮ | Yes | 07-27-04 |

I certify that on _____, I served_____
By leaving a copy of said summons with a copy of the petition attached at
_____ which is his/her place of residence.

I certify that on_____, I served_____ by leaving a copy of said summons with a copy of the petition attached at
_____ with_____ , a member of his/her family over fifteen (15) years of age.

Dated on the __08__ day of __August__ ,20 _04_.
J.W. Philpot, Sheriff of Sequoyah County

By:_____ Deputy Sheriff
Sequoyah County, Oklahoma

**REDACTED**

# SUBPOENA
## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
### STATE OF OKLAHOMA

STATE OF OKLAHOMA,
        Plaintiff,

                                     No. CF-04-19

VS.                              CF-98-363
                                     CF-99-562
                                     CF-98-346
                        PRELIMINARY HEARING/APP TO REVOKE

CHARLES "MONK" SANDERS

        Defendant,

TO:  CHIEF GARY PHILPOT SALLISAW P.D.
      SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23ᴿᴰ ST. SUITE 4, OKLAHOMA CITY, OK
      SALLY JACKSON ▆▆▆▆▆▆ SALLISAW, OK  07-28-04 NO 07290 NS
      WUNG MEI FUNG, C/O ▆▆▆▆▆▆▆, SALLISAW, OK 07-27 04 yes
      HUI HUI ZHENG C/O ▆▆▆▆▆▆▆ SALLISAW, OK 07-27.04 yes
      DET JOHN OWENS SALLISAW P.D.

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **29th day of July, 2004, at the hour of 1:30 o'clock P. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES "MONK" SANDERS,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

        HEREOF FAIL NOT, under penalty of law.

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 26th day of JULY, 2004.

                                  BERNELL EDWARDS, COURT CLERK

                          By *Robin Hickman*
                                      Deputy

---

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE **AND** PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

---

## SHER REDACTED

        Received this Writ this _____ day of _____, 20___, _____ o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness: _____

_____ By _____

_____ 20 _____ . I cannot find the within named _____ in my county.

                              JOHNNY PHILPOT, SHERIFF

                            By _____
                                     Deputy

                          Mileage _____ miles

**SUBPOENA**
IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
      Plaintiff,

No. CF-04-19
CF-98-363
VS.
CF-99-562
CF-98-346
PRELIMINARY HEARING/APP TO REVOKE

CHARLES "MONK" SANDERS

      Defendant,

TO:  CHIEF GARY PHILPOT SALLISAW P.D.
      SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23RD ST. SUITE 4, OKLAHOMA CITY, OK
      SALLY JACKSON       SALLISAW, OK
      WUNG MEI FUNG, C/O       SALLISAW, OK
      HUI HUI ZHENG C/O       SALLISAW, OK
      DET JOHN OWENS SALLISAW P.D.

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the  **29th day of July, 2004, at the hour of 1:30 o'clock P. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and  **CHARLES "MONK" SANDERS,**  is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

      HEREOF FAIL NOT, under penalty of law.

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 26th day of JULY, 2004.

                           BERNELL EDWARDS, COURT CLERK

                          By *Robin Hickman*
                                  Deputy

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE <u>AND</u> PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

SHER**[REDACTED]**

      Received this Writ this _____ day of _____, 20___, _____o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of_____, 20___; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____By_____
_____20_____. I cannot find the within named
_____in my county.

                           JOHNNY PHILPOT, SHERIFF

                           By_____
                                       Deputy

                       Mileage_____miles

## SUBPOENA

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 3 0 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

STATE OF OKLAHOMA,
    Plaintiff,

No. CF-04-19
CF-98-363
CF-99-562
CF-98-346

VS.

CHARLES "MONK" SANDERS.
    Defendant,

PRELIMINARY HEARING
APPLICATION TO REVOKE

TO:  CHIEF GARY PHILPOT SALLISAW P.D.
     AGENT SAM PINSON STATE FIRE MARSHALL 2401 N.W. 23RD SUITE 4, OK. CITY, OK
     SALLY JACKSON ▮▮▮▮▮▮▮ SALLISAW, OK
     WUNG MEI FUNG C/O ▮▮▮▮▮▮▮▮▮▮ SALLISAW, OK
     HUI HUI ZHENG C/O ▮▮▮▮▮▮▮▮▮▮ SALLISAW, OK
     DET. JOHN OWENS SALLISAW P.D.

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **2ND day of SEPTEMBER, 2004, at the hour of 1:30 o'clock P. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **CHARLES SANDERS,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

    HEREOF FAIL NOT, under penalty of law.

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 27TH day of AUGUST, 2004.

BERNELL EDWARDS, COURT CLERK

By _Robin Hickman_
         Deputy

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE <u>AND</u> PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

### SHERIFF'S RETURN ~~REDACTED~~

Received this Writ this _____ day of _____, 20___, _____ o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____By_____

_____20_____. I cannot find the within named
_____in my county.

JOHNNY PHILPOT, SHERIFF

By_____
         Deputy

Mileage_____miles

*CF-98-346-* *Charles Sanders*

CLIF'S PHARMACY                    (918) 776██
         ██████ SALLISAW, OK 74955
Rx: 59██   09/04/2004        Dr.LOGGAINS, BENTON PA
CHARLES E SANDERS            DR WOODS OFFICE
SEQ CO JAIL                  SALLISAW, OK 74955
SALLISAW, OK 74955
(000) 000-0918
NDC: 59930-████

*CF-98-346*          $17.00
17 Gm ALBUTEROL INHALER Auth:

*9-15-04*

REDACTED

*CF-98-346*

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 17 2024

BERNELL EDWARDS COURT CLERK
BY_____ DEPUTY

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

THE STATE OF OKLAHOMA, )
Plaintiff, )
)
vs. )     No. CF-98-346
)
CHARLES E. SANDERS, )
DOB: ▆▆66, SS#: ▆▆▆-9539 )
Defendant. )

## ORDER REVOKING SUSPENDED SENTENCE

NOW, on this 18th day of November, 2004, the above styled case comes on for hearing on the State's Application to Revoke Suspended Sentence. The State is present by Assistant District Attorney, Jeff Sheridan, the defendant is present and represented by the attorney of record, John Sawney.

The Court finds that on the 9th day of December, 1999, the said defendant was found guilty of the crime of POSSESSION OF COLNTROLLED DRUG and sentenced to a term of TWENTY (20) years with the direction of the Department of Corrections, and of said sentence TWENTY (20) years was suspended pending the defendant's good behavior. That on the 31st day of May, 2001, the State of Oklahoma filed its Application to Revoke Suspended Sentence and on the 23rd day of August, 2001 Defendant was found guilty of violating the rules and conditions of probation. Said suspended sentence was revoked, with Defendant to successfully complete the Last Stop or similar program, at which time the balance of said sentence would be suspended.

The Court finds that on the 17th day of June, 2004, the State filed a Second Application to Revoke Suspended Sentence based on violations of the defendant's Rules and Conditions of Probation. The Court further finds the defendant did, in fact, violate the rules and conditions as alleged in the State's Application.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that FIVE (5) YEARS of the suspended sentence is revoked, with balance to be suspended upon successful completion of Key to Life or similar program, to run concurrent with CF-98-363; CF-99-562, CF-04-19 and CF-03-124, and the Sheriff of Sequoyah County shall deliver said defendant to the Department of Corrections and leave therewith a copy of this Order of Judgment and Sentence to serve as a warrant and authority for the revocation of said defendant as provided herein. The second copy of the Order to be warrant and authority of said Sheriff for the transportation and imprisonment of said defendant as herein before provided. The Sheriff to make due return to the Clerk of this Court, with his procedure endorsed thereon.

_____
JUDGE OF THE DISTRICT COURT

ORDER TO RELEASE FROM CUSTODY

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 1 3 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, First, Middle, suffix (please print or type) (show alias) ████ Cele

Sanders, Charles Edmond ████ 9539

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| Booking # 2004-03181 | Sent to State Prison | Hold for Tulsa County |
| Warrant #'s CF-04-14 | | Hold for Tulsa County (App. to revoke) |
| CF-03-365 | | Hold for Tulsa Co. (FTA) |
| CF-99-005162 | | Merrills Bonding Surrender |
| CF-03-124 | | Knowingly concealing stolen property |
| CF-98-00363 | | Application to Revoke |
| CF-98-00346 | | Surrendered by Hamilton/Morgan |
| | | Burglery 2nd Degree |
| | | Uttering A forged Instrument |
| | | Application to revoke |
| | | Possession of controlled dangerous substance |
| | | Application to revoke |
| | | Hold for DOC |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the ___11___ day of December, 20 04.

_Amanda Hughes_
Signature

AUTHORIZED BY

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

_per judge_
JUDGE OF THE DISTRICT COURT

REDACTED

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

CF·99-062 CF·98·363
CF·98·346 CF·2004·19
CF·03·124

STATE OF OKLAHOMA

CASE NO. _____

VS.

*Charles Edmond Sanders*

DEFENDANT

J & S DATE: NOV 17 - 2004

## STATEMENT OF JAIL TIME

PRISONER WAS ARRESTED ON DATES: 10·22·99 – 12·09·99 / 8·23·01 – 10·25·01
3·13·03 – 4·02·03 / 1·16·04 – 1·21·04
3·31·04 – 12·10·04

PRISONER REMAINED IN JAIL __372__ DAYS BEFORE JUDGEMENT AND SENTENCE.

PRISONER REMAINED IN JAIL __23__ DAYS AFTER JUDGEMENT AND SENTENCE.

TOTAL DAY'S OF JAIL TIME __395__

*Christine Calbert*

SEQUOYAH COUNTY CRIMINAL JUSTICE AUTHORITY

12·28·2004

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 2 8 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

**REDACTED**

SEQUOYAH COUNTY, OKLAHOMA
FILED
NOV 2 8 2005
BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

IN THE DISTRICT COURT OF )
SEQUOYAH COUNTY )
STATE OF OKLAHOMA) )
)
)
)

Defendant CHARLES EDMOND "MONK" SANDERS

Case No. CF-05-406 *CF-03-124  CF-99-562 - CF-98-363*

Date  NOVEMBER 17, 2005  *CF-98-346*

## RULES AND CONDITIONS OF PROBATION

1.   I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general state of my environment and progress.

2.   I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I will understand that I am not to go into or loiter around beer taverns or pool halls.

3.   I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4.   I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5.   I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6.   I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7.   I understand that it will be a violation of my probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or any representative thereof.

8.   I understand that I must support myself and all my dependents without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9.   I will refrain from violation of any City, State or Federal law.

10.   I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11.   I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12.   I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13.   I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion exists in their mind.

14.   I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within the eighteen months.

15.   **SPECIAL CONDITIONS:** The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, OSBI lab fees) of $_____ within _____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of _____, 20_____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*

( )   Defendant is to pay restitution through the District Attorney's office as set out in Exhibit "A" attached, the sum of $_____.

### REDACTED

16.   Defendant to report to DOC Probation & Parole Office within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

_____
Attorney for Defendant

_____
JUDGE OF THE DISTRICT COURT

_____
Probationer

Defendant's Mailing Address:

_____

_____

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 2 3 2005

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,    )
         Plaintiff,    )
                  )
vs.                  )      No.  CF-98-346
                  )
CHARLES E. SANDERS,    )
DOB:█████66, SS#:█████9539    )
         Defendant.    )

## AMENDED
## ORDER REVOKING SUSPENDED SENTENCE

NOW, on this 17th day of November, 2005, the above styled case comes on for hearing on the State's Application to Revoke Suspended Sentence.  The State is present by Assistant District Attorney, Jeff Sheridan, the defendant is present and represented by the attorney of record, John Sawney.

The Court finds that on the 9th day of December, 1999, the said defendant was found guilty of the crime of POSSESSION OF COLNTROLLED DRUG and sentenced to a term of TWENTY (20) years with the direction of the Department of Corrections, and of said sentence TWENTY (20)  years was suspended pending the defendant's good behavior. That on the 31st day of May, 2001, the State of Oklahoma filed its Application to Revoke Suspended Sentence and on the 23rd day of August, 2001 Defendant was found guilty of violating the rules and conditions of probation.  Said suspended sentence was revoked, with Defendant to successfully complete the Last Stop or similar program, at which time the balance of said sentence would be suspended.

The Court finds that on the 17th day of June, 2004,  the State filed a Second Application to Revoke Suspended Sentence based on violations of the defendant's Rules and Conditions of Probation.  The Court further finds the defendant did, in fact, violate the rules and conditions as alleged in the State's Application.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that said sentence remain suspended pursuant to the rules and conditions of probation and to run concurrent with CF-98-363; CF-99-562, CF-04-19 and CF-03-124.

REDACTED

_____
JUDGE OF THE DISTRICT COURT

# DISTRICT COURT OF MUSKOGEE, WAGONER, CHEROKEE AND SEQUOYAH COUNTIES

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FIFTEENTH JUDICIAL DISTRICT

(ORDER)

APR 0 3 2006

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

C7- 04-19
C7- 03-124
C7- 99- 562
~~C7-98-340~~

DATE: 3-29-06

DEFENDANT: Sanders, Charles

CASE NUMBER: C7 - 98- 365

CHARGE: Burglary 2nd

SENTENCE DATE: 11-17-05

EXPIRATION DATE: 11-16-30

THE DEPARTMENT OF CORRECTIONS IS HEREBY RELIEVED FROM FURTHER ACTIVE SUPERVISION OF THIS DEFENDANT IN THIS PARTICULAR CASE.

JUDGE OF DISTICT COURT  Garrett

* Per plea agreement with the feds. banish from Sequoyah county.

**REDACTED**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 16 2006

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

SEQUOYAH COUNTY DISTRICT COURT
BERNELL EDWARDS, COURT CLERK
SEQUOYAH COUNTY
SALLISAW, OK  74955

05-16-2006

CHARLES EDMOND (MONK) SANDERS
█████████

SALLISAW, OK  74955

In Re:CF-01-314,  CF-98-346,  CF-98-363,  CF-99-562

Dear Charles Edmond (monk) Sanders,

    Our records show that you are now delinquent on your fine and/or court costs in the amount of $142.80. The total amount due in your case(s) is $152.80. If payment is not received within 10 days a warrant will be issued.  Additional court costs will be charged.  The  bond amount on the warrant will be $152.80.(Cash bond only.)
    Please be advised that this is the ONLY OVERDUE NOTICE YOU WILL RECEIVE FROM THIS OFFICE.
    Any questions concerning this matter should be directed to the Sequoyah County Court Clerk, 120 East Chickasaw, Sallisaw, OK 74955, or by calling (918) 775-4411. Thank you for prompt attention to this matter.

                        Sincerely,

                        Bernell Edwards, Court Clerk

                        By:_____ ,Deputy

On 10-09-2002, you were ordered and agreed to begin payments on 11-09-2002.  Payments were to be made in the amount of $100.00. The last payment received on this pay order was made on 07-03-2003.


There is a $10.00 charge for this notice, which is included in the total amount due.




**REDACTED**