**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 172**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

**INFORMATION**

========================================================================

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA )
       Plaintiff, )

vs. )

  )

**BRANDIE ZANE PRICE** )

DOB: ███'78 #████5806)

      Defendant. )

No. CF-99-**549**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT 2 6 1999

BERNEL EDWARDS, COURT CLERK
BY _____ DEPUTY

**I N F O R M A T I O N**

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:**

    Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that **BRANDIE ZANE PRICE** did, in Sequoyah County, and in the State of Oklahoma, on the 21st day of October, in the year of our Lord, One Thousand, Nine Hundred and Ninety-Nine and before the presentment hereof, commit the crime of

    COUNT I: UTTERING A FORGED INSTRUMENT-(FELONY) 21 O.S. 1592 BRANDIE ZANE PRICE unlawfully, willfully, knowingly, fraudulently and feloniously with intent to defraud, utter and publish as true to one David Dennis, employee at D&D Discount, a certain instrument, to-wit: a check, which is in words and figures as follows: Check #1579 in the amount of $42.15 drawn on the account of Dortha Asbill; that said defendant then and there knowing at the time that said written instrument was forged and counterfeited, and that the signature of Dortha Asbill to said instrument was forged and counterfeited, but said defendant did then and there unlawfully, willfully, fraudulently and feloniously, utter and publish same with the felonious intent then and there on the part of said defendant to beat, cheat and defraud,

COUNT II: KNOWINGLY CONCEALING STOLEN PROPERTY-(FELONY) 21 O.S. 1713 That on the day and year, and in the County and State, aforesaid, BRANDIE ZANE PRICE, did unlawfully, wilfully, knowingly, and feloniously conceal from Kelly'S Consignment Shop, certain personal property of value, to-wit: several articles of clothing, that had prior thereto on the 21st day of October, 1999, been stolen from the said Kelly's Consignment Shop, the said defendant knowing or reasonably should have believed that said property was stolen did then and there unlawfully conceal and withhold said property from the owner thereof, with the felonious intent to deprive said owner thereof,

COUNT III: KNOWINGLY CONCEALING STOLEN PROPERTY-(FELONY) 21 O.S. 1713 That on the day and year, and in the County and State, aforesaid, BRANDIE ZANE PRICE, did unlawfully, wilfully, knowingly, and feloniously conceal from Tammy Young, certain personal property of value, to-wit: two checks, that had prior thereto on the 1st day of October, 1999, been stolen from the said Tammy Young, the said defendant knowing or reasonably should have believed that said property was stolen did then and there unlawfully conceal and withhold said property from the owner thereof, with the felonious intent to deprive said owner thereof,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

By _____
    Assistant District Attorney

STATE OF OKLAHOMA )
                  ) ss.
COUNTY OF SEQUOYAH)
   Undersigned, being duly sworn, on oath state, that I have read the
above and foregoing information and know the contents thereof and that
the facts stated therein are true.

_____
Assistant District Attorney

   Subscribed and sworn to before me this _20th_ day of October,
1999.

My Commission Expires:                    _____
_6|28|2003_                                      NOTARY PUBLIC

WITNESSES:
David Dennis, D&D Sales, 124 N. Wheeler, Sallisaw, OK
Melissa Wasson, ██████████████  Sallisaw, OK
Rick Nicholson, Sallisaw PD
David Bethany, Sallisaw PD
Tammy Young, ███████████████████  Van Buren, AR
Dortha Asbill, ██████████████ Bunch, OK

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT 2 8 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

_____ Plaintiff

*Brandie Jane Price*

VS.

_____ Defendant

CASE NO: CF-99-549

APPLICATION FOR APPOINTED COUNSEL
AND
AFFIDAVIT OF FINANCIAL INABILITY TO EMPLOY COUNSEL

I swear and affirm that I am the party in the above entitled action. I want an attorney to represent me in this case. I am financially unable to obtain the services of an attorney without causing substantial hardship to myself or to my family. The following information is true and is given and intended to be relied upon by the court and other persons or agencies in determining my eligibility for legal services to be furnished to me at public expense.

PLEASE FILL IN ALL SPACES BELOW AND SIGN YOUR NAME UNDER OATH IN FRONT OF THE JUDGE, A NOTARY OR THE COURT CLERK. IF A QUESTION DOES NOT APPLY TO YOU, PLEASE WRITE IN THE BLANK "DOES NOT APPLY".

I. GENERAL INFORMATION    DATE: *October*

NAME: *Brandie Jane Price*

ADDRESS: ▓▓▓▓▓▓▓ *Muldrow OK 74948*

TELEPHONE: *918-427-6259*    MESSAGE NUMBER: *918-775-3279*

SOCIAL SECURITY NO: ▓▓▓▓ *5806*    AGE: *20 yrs*    DOB: ▓▓▓ *78*

SINGLE ( ✓ ) MARRIED ( ) SEPARATED ( )

SPOUSE'S NAME: *NA*

ADDRESS: *NA*

TELEPONE: *NA*

HOW MANY PEOPLE ARE IN YOUR HOUSEHOLD? *2*

NAME AND AGES: *Lovella Stamps - grandmother - 64 yrs.*

ARE YOU CLAIMED AS A DEPENDENT BY A PARENT OR GUARDIAN? YES ( ) NO ( ✓ )

II. FAMILY INCOME

YOUR MONTHLY TAKE HOME PAY: $*780*⁰⁰    WEEKLY TAKE HOME PAY: $*175*⁰⁰

YOUR EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY)

*Kristie Bize - Glamour Shots Nail Technician*

YOUR EMPLOYER'S PHONE NUMBER: *918-427-0294*

SPOUSE'S SALARY: *NA*

SPOUSE'S EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY *NA*

SPOUSE'S EMPLOYER'S PHONE NUMBER: *NA*

IS ANY OTHER MEMBER OF YOUR HOUSEHOLD EMPLOYED? YES ( ) NO ( ✓ )

WHO? *NA*

WHERE? *NA*

SALARY? *NA*

DEPENDENT'S EMPLOYER: *NA*

OTHER SOURCE OF INCOME OR BENEFITS (INCLUDE INTEREST, DIVIDENDS, ROYALTIES, ETC.) *Grandmother's SSI $153*⁰⁰ */wk*

TOTAL FAMILY INCOME FOR PRECEDING MONTH WAS $ *Approx.* $*1000*⁰⁰

III FAMILY ASSETS (WHAT YOU OWN LESS WHAT YOU OWE ON IT)

MONEY:

IN JAIL: 8.00 AT HOME: NA CHECKING: NA

SAVINGS: NA SAFE DEPOSIT BOX NA OTHER: NA

HOME OR OTHER REAL ESTATE VALUE: NA JEWELRY VALUE: NA

AUTOMOBILES: MAKE AND VALUE NA FURNITURE VALUE NA

MOTORCYCLES: MAKE AND VALUE NA TOOLS/EQUIPMENT

VALUE NA

NOTES, MORTGAGES AND TRUST DEEDS: NA ANY DEBTS OWED TO THE DEF NA

OTHER ASSETS AND PROPERTY VALUE: NA

ARE YOU PARTY TO A SUIT (PROBATE, WORKER'S COMPENSATION, PERSONAL INJURY) WHERE? ArK. JUDGMENT MAY BE EXPECTED? YES( ) NO( ✓ )

NAME OF ATTORNEY? Rex Chronister

IV EXPENSES AND DEBTS

RENT/HOUSE PAYMENT: 250 00/mth CLOTHING 50 00 FOOD $125 00/mth

DOCTOR/MEDICINE 55 00 UTILITIES 280 00 CAR PAYMENT NA

INSURANCE: NA OTHER $140 00/mth - fines OK $105 00 /mth fines AR

TOTAL MONTHLY LIVING EXPENSES 1050 00 /mth

MORTGAGE/LANDLORD'S NAME: Loulla Morgan Stamps

MAJOR DEBTS: (list to whom and amount owed):

Marty Daggs $1,500 00

Mohela - Student Loan $7300 00 ( College Loan )

LIST THE PERSONS WHO ARE DEPENDENT ON YOU FOR SUPPORT. STATE YOUR RELATIONSHIP TO EACH PERSON AND HOW MUCH YOU CONTRIBUTE MONTHLY TO THEIR SUPPORT: Grandmother - any extra cash @ months end goes to repaying her & helping w/ bills

V. LAST EMPLOYMENT

WHEN DID YOU LAST WORK? Prior to arrest

WHO WAS YOUR EMPLOYER?: Kris Bize

SALARY $170 00/wk HOW LONG DID YOU WORK THERE? 8 mths

WHY DID YOU QUIT? will most likely be fired when unable to attend work because of present incarceration

VI. THE FOLLOWING PEOPLE CAN VERIFY TO A LARGE EXTENT MY ABOVE MENTIONED FINANCIAL SITUATION. GIVE NAME, ADDRESS AND PHONE NUMBER.

1. Kris Bize - Paw Paw Central Road, Shady Grove OK 918-427-0294

2. T.J. Ramsay - ▉▉▉▉ Roland, OK 74954 918-427-5696

3. Kellie Crumrine - ▉▉▉▉ Roland, OK 74954 918-427-6119

VII. CHARGE AND BOND

CHARGE(S): FELONY ✓ MISDEMEANOR NA JUVENILE NA

ARRESTING AGENCY: Sallisaw Police Department

CITY Sallisaw COUNTY Seq. STATE OK

HAS BOND BEEN POSTED? YES( ✓ ) NO( ) DID YOU USE A BONDSMAN? YES( ) NO( ✓ )

WHO PAID THE BONDSMAN? NA

AMOUNT OF BOND $36,000 PREMIUM PAID TO BONDING CO. NA

IF YOU DID NOT USE A BONDSMAN, DID YOU POST A CASH NA OR P.R. NA

LIST ANY DEFENDANTS CHARGES WITH YOU _None @ present_

VIII

1. HAVE YOU TRANSFERRED OR SOLD ANY ASSETS SINCE CHARGES WERE FILED IN THE CASE? YES ( ) NO ( ✓) IF SO, DESCRIBE THE BUYER AND THE AMOUNT RECEIVED. _N/A_

2. HAVE YOU RETAINED COUNSEL IN THE CASE OR IN ANY OTHER PENDING CRIMINAL CASE? YES ( ) NO ( ✓) IF SO, STATE THE CASE NUMBER, COURT ATTORNEY AND AMOUNT PAID TO ATTORNEY FOR SERVICES: _N/A_

3. DO YOU HAVE ANY FRIENDS OR RELATIVES WHO ARE ABLE AND WILLING TO ASSIST YOU IN HIRING COUNSEL AND PAYING FOR TRANSCRIPTS? YES ( ) NO ( ✓) IF SO, HAVE THOSE PERSONS BEE ASKED TO HELP? YES ( ) NO ( ✓)

4. IF ANY FRIEND OR RELATIVE HAS GIVEN PREVIOUS FINANCIAL ASSISTANCE IN THIS CASE, BUT IS NO LONGER ABLE OR WILLING TO DO SO, AN AFFIDAVIT TO THAT EFFECT FROM THAT PERSON SHOULD BE ATTACHED. IS THAT AFFIDAVIT ATTACHED YES( ) NO(✓)

IX. NAMES OF THREE ATTORNEY'S YOU CONTACTED:

1. NAME: _Tom Terril_
   WHEN DID YOU CONTACT THIS ATTORNEY? _Day of Arrest_
   HOW DID YOU CONTACT THIS ATTORNEY? _By family member_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( ✓)

2. NAME: _4th Scantus_
   WHEN DID YOU CONTACT THIS ATTORNEY? _Day of Arrest_
   HOW DID YOU CONTACT THIS ATTORNEY? _Father called_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( ✓)

3. NAME: _Harry Scantus_
   WHEN DID YOU CONTACT THIS ATTORNEY? _Day of Arrest_
   HOW DID YOU CONTACT THIS ATTORNEY? _By phone_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( ✓)

X. I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION I HAVE PROVIDED IS TRUE AND CORRECT. I UNDERSTAND THAT I MAY BE PROSECUTED FOR PROVIDING FALSE INFORMATION IN THIS APPLICATION AND AFFIDAVIT. I UNDERSTAND THAT I MUST INFORM THE OKLAHOMA INDIGENT DEFENSE SYSTEM OF ANY CHANGE IN MY FINANCIAL SITUATION THAT MAY CHANGE THE INFORMATION I HAVE PROVIDED. I FURTHER DECLARE THAT I HAVE CONTACTED THREE ATTORNEYS, LICENSED TO PRACTICE LAW IN THIS STATE, AND I AM WITHOUT FUNDS TO PAY AN ATTORNEY TO REPRESENT ME OR TO PAY FOR TRANSCRIPTS AND COST ASSOCIATED WITH THIS CASE.

DATED THIS _28th_ DAY OF _October_ 19 _99_

DEFENDANT _Brandie Jane Price_
LEGAL GUARDIAN _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _28_ DAY OF _Oct_ 19 _99_

comm. exp. _____

_Amanda Wood_
PUBLIC NOTARY OR CLERK OR JUDGE

I FIND THAT THE DEFENDANT IS UNABLE TO PAY THE APPLICATION FEE AND I HEREBY WAIVE THE FEE.

_____ JUDGE

APPOINTMENT OF INDIGENT DEFENSE COUNSEL

APPROVED _____ DENIED _____

## NOTICE

A copy of this APPLICATION AND AFFIDAVIT shall be sent to the prosecuting attorney or office of attorney general, whichever is applicable, for review and, upon request, the court shall hold a hearing to determine your eligibility for legal services to be furnished to you at public expense.

## IMPORTANT NOTICE

The court shall order you to pay the costs of your legal representation in total, or in installments. The court shall set the amount and due of each installment payment. The costs shall be paid to the court clerk in your county. The costs shall be a debt against you until paid and shall subject you to debt collection procedures as provided by law. The costs shall be deducted from any state income tax refund due you until the total costs are paid.

# In the District Court in and for Sequoyah County
## State of Oklahoma

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 1 6 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

State of Oklahoma, )
)
Plaintiff, )
)
vs. )  Case No. CF- 99-549
)
Brandie Price )
)
)
Defendant )

## WAIVER OF PRELIMINARY HEARING

Now on this __16th__ day of __Nov__ , 19 99, the above styled case comes on for preliminary hearing. The defendant appears in person and represented by his attorney of record, ___Gerald Hunter___ the State of Oklahoma appears by its Assistant District Attorney. Thereupon the defendant herein acknowledges having been advised of the right to a preliminary hearing. That in said hearing the State of Oklahoma must prove to the satisfaction of the Court that the crime as alleged in the information was, in fact, committed and there is probable cause to believe that the defendant committed said crime. That if said burden was not met then the case would be dismissed and the bond exonerated.

The defendant is further advised that at said hearing that he/she has the right to cross examine any of the State's witnesses and to call witnesses on his/her own behalf. And further, the defendant is advised of the right at the hearing to limited discovery of the State's case in chief.

Having these rights in mind, the defendant herein, waives all the above rights with respect to a preliminary hearing in this matter.

_____
Defendant

_____
Attorney for Defendant

## WAIVER OF JURISDICTION OF EXAMINING MAGISTRATE

The defendant is further advised that neither the examining magistrate nor the Special Judge has the jurisdiction to proceed further with the case unless affirmatively waived. Having these rights in mind, the defendant hereby waives his/her rights to object to any jurisdictional defects of the Court.

_____
Defendant

_____
Attorney for Defendant

## COURT MINUTE OF PRELIMINARY HEARING

The defendant in the above styled case having knowingly and intelligently waived his/her rights to the preliminary hearing and there being no objection by the State of Oklahoma, the Court accepts the defendant's waiver and hereby binds the defendant over to stand trial in the District Court of Sequoyah County, State of Oklahoma, on the charges as set out in the information as filed in this case.

_____
JUDGE OF THE DISTRICT COURT

Sequoyah County Form CF-1                          Uniform Plea of Guilty — Summary of Facts

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## THE STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )
                                      )
                   Plaintiff          )
                                      )
vs.                                   )         Case No. CF-99-549
                                      )
*Brandie-Jane Prile*                  )
                                      )
                   Defendant          )
DOB _____ / 19 78                    )        SEQUOYAH COUNTY, OKLAHOMA
SS# 4 ___ - ___ 5806                  )        FILED
                                               IN DISTRICT COURT
                                               NOV 16 1999
                                               BERNELL EDWARDS, COURT CLERK
                                               BY _____ DEPUTY

## SUMMARY OF FACTS FOR THE PLEA OF GUILTY

Part A: Finding of Fact, Acceptance of Plea

Circle

1. Is the name just read to you your true name?                                        (YES)    NO
   If no, then what is your correct name? _____
   I have also been known by the name(s) _____
   _____

2. (A) Do you wish to have a record of these proceedings made by a Court Reporter?     YES    (NO)

   (B) Do you wish to waive your right to have a record of these proceedings made?     (YES)   NO

3. What is your age? 20  What grade level in school have you completed? 13½

4. Can you read and understand this form? [If no, Addendum A must be completed and attached]   (YES)   NO

5. Are you currently taking any medications or substances which affect your ability to understand    YES   (NO)
   these proceedings?

6. Have you been prescribed any medication which you are not taking?                   (YES)   NO
   If yes, what medication are you not taking? 3 Pamelor Zoloft
   What is the purpose of the medication? Manic-Depressive (Bipolar) Disorder
   Why are you not taking the medication? Haven't visited w/ Dr. since incarceration

7. Have you ever been treated by a doctor or health professional for mental illness or confined in   (YES)   NO
   a hospital for mental illness?
   If Yes, list doctor or health professional, place, and when treatment occurred:
   Dr. Patrick Christianson, Dr. Max Baker — Harbor View Mercy
   Dr. Chambers - SPARC'S CARE Mental Facility

8. Do you understand the purpose, the nature and the consequences of this proceeding?   (YES)   NO

9. Have you received a copy of the State's Information and read its allegations?        (YES)   NO

10.  A.  Do you understand you are charged with:

Crime Statutory Reference

[1] Uttering a forged INSTRUMENT _____ O.S. ____    (YES)  NO

[2] Knowingly concealing stolen prop. _____ O.S. ____    (YES)  NO

[3] Knowingly concealing stolen prop _____ O.S. ____    YES  NO

[4] _____ _____ O.S. ____    YES  NO

[5] _____ _____ O.S. ____    YES  NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

B.  Are you charge after former conviction of a felony (AFCF) ?         YES    NO

If yes, list the felony(ies) charged: _____

_____

11.  Do you understand the range of punishment for the crime(s) is/are ?
(List in the same order as in Number 10)

[1] Minimum of ___0___ to a maximum of ___7 M 2___ and/or a fine of $ 10000 ⁰⁰  (YES)  NO

[2] Minimum of ___2___ to a maximum of ___4 5___ and/or a fine of $ 1000 ⁰⁰  (YES)  NO

[3] Minimum of ___2___ to a maximum of ___4___ and/or a fine of $ 8000 ⁰⁰  YES  NO

[4] Minimum of _____ to a maximum of _____ and/or a fine of $_____  YES  NO

[5] Minimum of _____ to a maximum of _____ and/or a fine of $_____  YES  NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

12.  Read the following statements:  You have the right to a speedy trial before a jury of your peers to determine whether you are guilty or not guilty and if you request, to determine the sentence. *If pleading to a capital murder,* advise of the procedure in 21 O.S. 701.10( B)

At the trial:

[1] You have the right to have an attorney represent you, either one you hire or *if you are indigent* a court appointed attorney.

[2] You are presumed to be innocent of the charges.

[3] You may remain silent or , if you chose, you may testify on your own behalf.

[4] You have the right to see and hear all witnesses called to testify against you and the right to have those witnesses cross-examined.

[5] You may have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.

[6] The State is required to prove your guilt beyond a reasonable doubt.

[7] The verdict of guilty or not guilty decided by a jury must be unanimous.  However, you can waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would decide if you were guilty or not guilty and if determined to be guilty, the appropriate punishment.     (YES)  NO

Do you understand each of these rights ?     (YES)  NO

13.  Do you understand by entering a plea of guilty you give up these rights ?     (YES)  NO

14.  Do you understand that a conviction on a plea of guilty could increase punishment in any future case committed after this plea ?     (YES)  NO

15.  Is Gerald Hunter _____ your attorney ?     (YES)  NO

16.  Have you talked with your attorney about the charges, advised him/her regarding any defense you may have to the charges and received his/her advice ?

17. Do you believe your attorney has effectively assisted you in this case and are you satisfied with his/her representation ?   (YES)  NO

18. Do you wish to change your plea of not guilty to a plea of guilty and give up your right to a jury trial and all previously explained constitutional rights ?   (YES)  NO

19. Is there a plea agreement ?   (YES)  NO
What is your understanding of the plea agreement ? *Ct 1 - 7 years Susp. Ct. 2 - 5 yrs. Suspended. to Attend RTP program balance suspended fines + cost run c/c w/ CF-98-481 + CF-99-61*

20. Do you understand the Court is *not* bound by any agreement or recommendation and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty ?   (YES)  NO

21. Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated under question 11 ?   (YES)  NO

22. Do you understand your plea of guilty to the charge(s) is subject to :   YES  (NO)
(check one)
[ ]  no prior felony conviction
[ ]  one (1) prior felony conviction
[ ]  two (2) or more felony convictions   List prior felony convictions to which you are pleading:

_____

23. What is/are your plea(s) to the each charge(s) ?
[1] *Guilty*   [2] *guilty*   [3] _____   [4] _____   [5] _____

24. Did you commit the acts as charged in the information ?   (YES)  NO
State a factual basis for your plea(s) (attach additional pages as needed, labeled as ADDENDUM C) :
*I did as charged in information*

_____

25. Have you been forced, abused, mistreated or promised anything by anyone to have you enter your plea(s) ?   YES  (NO)

26. Do you plead guilty of your own free will and without any coercion or compulsion of any kind ?   (YES)  NO

27. If you are entering a plea to a felony offense, you have a right to a Pre-sentencing investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you. Do you request a Pre-sentence report ?   YES  (NO)

28. (A) Do you have any additional statements to make to the Court ?   YES  (NO)

(B) Is there any legal reason as to why you should *not* sentence now ? _____   YES  (NO)

HAVING BEEN SWORN, I, the Defendant whose signature appears below, make the following statements under oath:

(1)        CHECK ONE:

____✓____ (A)   I have read, understood and completed this form.

_____ (B)   My attorney completed this form and we (the attorney and I) have gone over the form and I understand its contents and agree with the answers. *Complete Addendum A and attach to this form.*

_____ (C)    The Court completed this form for me and inserted my answers to the questions in open court.

(2)    All answers are true and correct.

(3)    I understand that I may be prosecuted for perjury if I have made false statements to this Court.

Acknowledged this _16_ Day of _November_____, _1999_.

_Brandie Zeno Price_
DEFENDANT

I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose, and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she had been informed of all legal and constitutional rights.

ATTORNEY FOR DEFENDANT

The sentence recommendation in question 19 is correctly stated. I believe the recommendation is fair to the State of Oklahoma. Offer of Proof (nolo contendere plea): _I stated proof in open court_

ASSISTANT DISTRICT ATTORNEY

## THE COURT FINDS AS FOLLOWS:

A. The Defendant was sworn and responded to questions under oath.
B. The Defendant understands the purpose, nature and consequences of this proceeding.
C. The Defendant's plea(s) of _____ is/are knowingly and voluntarily entered and accepted by the Court Reporter Present Court.
D. The Defendant is competent for the purpose of this hearing.
E. A factual basis exists for the plea(s) (and former conviction(s), if applicable).
F. The Defendant is guilty as charged: (check as appropriate)
   [ ] after no prior felony conviction.
   [ ] after one (1) prior felony conviction.
   [ ] after two (2) or more prior felony convictions
G. Sentencing or order deferring sentence shall be: [ ] imposed instanter or [ ] continued until the ____ day of _____, _____ at ____:_____ ___. M . If the Pre-sentence investigation and Report is requested, it shall be provided to the Court by the _____ day of _____, _____.

DONE IN OPEN COURT this _16_ day of _Nov,_____, _1999_.

JUDGE OF THE DISTRICT COURT

_Mike Norman_
NAME OF JUDGE TYPED OR PRINTED

Court Reporter Present

Deputy Court Clerk Present

## "NOTICE OF RIGHT TO APPEAL"

Sentence to Incarceration, Suspended or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the Sequoyah County District Court Clerk's Office a written Application to Withdraw Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the trial court denies your application, you have a right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days of the date of denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation or record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2(D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

Do you understand each of these rights to appeal ?   (YES)  NO

Do you want to remain in the county jail ten (10) days before being taken to place of confinement ?   YES  (NO)

Have you fully understood the questions that have been asked ?   (YES)  NO

Have your answers been freely and voluntarily given ?   (YES)  NO

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED

_____
Defendant

I, the undersigned attorney, have advised the Defendant of his appellate rights.

_____
Attorney for the Defendant

DONE IN OPEN COURT, this ____16____ day of ____Nov.____, __1999__.

_____
Judge of the District Court

_____
Court Reporter Present

_____
Deputy Court Clerk Present

ADDENDUM "A"

### CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the defendant, _____, I certify that:

1. The Defendant has stated to me that he/she is [ ] able [ ] unable to read and understand the attached form, and I have [ ] determined the Defendant is able to understand the English language or [ ] determined the Defendant is unable to understand the English language and obtained _____ _____ to interpret to the Defendant in the _____ language.

2. I have read and fully explained to the Defendant the allegations contained in the Information in this case.

3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts and the answers to the questions set out in the Summary of Facts are the Defendant's answers.

4. To the best of my knowledge and belief the statement and declarations made by the Defendant are accurate and true and have been freely and voluntarily made.

Dated this ____16____ day of ____Nov.____, __99__

_____
Attorney for the Defendant

Sequoyah County Form CF-1 - b                    Uniform Plea of Guilty — Sentence on Plea

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case Number CF- _____    State v. _____    Date: _____

**Part B:** Sentence on Plea    [NOTE ON USE: Part B is to be used with the Summary of Facts if contemporaneous with the entry of plea or may be formatted as a separate sentencing form if sentencing is continued to a future date.]

THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:

DEFERRED SENTENCE

1. The sentencing date is deferred until _____ , ____ , _____ at __ : ___ _ M.

2. You [ ] will [ ] will not be under supervision by the Department of Corrections. The terms set forth in the Rules and Conditions of Probation in Addendum D shall be the rules you must follow during the period of deferment.

SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows:

[1]_____ [2]_____ [3] _____ [4] _____ [5] _____

TO BE SUSPENDED as follows:

(A) ALL SUSPENDED    [ ] Yes        [ ] No

(B) suspended *except* as to the first _____ (months) (years) of the term(s) during which you are to be held in the custody of the Department of Corrections. The remaining term of the sentence(s) is to be suspended under the terms set forth in the Rules and Conditions of Probation in Addendum D.

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____
_____ or NOT APPLICABLE.

TIME TO SERVE

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows:

[1]_____ [2]_____ [3] _____ [4] _____ [5] _____

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____
_____ or NOT APPLICABLE.

FINES AND COSTS

You are to pay in full any fine(s), costs , fees and restitution at the time of sentencing. In the alterative, you may request a stay of execution (SOE) from the Cost Administrator in the Sequoyah County District Court Clerk's Office. All information given to the Cost Administrator in requesting the SOE will be under oath and is considered as part of the summary of facts before the Court. *You will appear in person to make all payments as agreed.* Any payment *tendered other than in person will be accepted; however, such acceptance does not excuse your appearance in the* Clerk's Office.

Sequoyah County Form CF-3 ( B )          Uniform Plea of Guilty — Additional Findings

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I THE DISTRICT COURT OF SEQUOYAH COUNTY THE STATE OF OKLAHOMA

STATE vs. _Price_ _____Defendant   Case No. _CF-99-549_

## ADDITIONAL FINDINGS AT TIME OF SENTENCING

### EXHIBIT 1

A. Original Charges (A copy of the information may be attached instead) Please list any additional charges on a separate attached sheet.

| OFFENSE | STATUTE CITATION |
|---|---|
| Attached | |
| | |
| | |
| | |

B. Prior Felony Charges Used For Enhancement Please list any additional convictions on a separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---|---|---|
| None | | — |
| | | |
| | | |
| | | |

C. Prior Charge(s) For Which Order Deferring Sentence Was Entered Please list any additional charges on separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---|---|---|
| None | | |
| | | |
| | | |

D. Prior Felony Convictions Not Used For Enhancement Please list any additional convictions on a separate attached sheet.

| OFFENSE | DATE | STATUTE CITATION |
|---|---|---|
| CF 98-119? | | Drugs w/ ? |
| CF 79-61 - Seq | | Assault Check |
| | | |
| | | |

E.

If the defendant plead guilty to multiple counts, did the offense(s) arise from the same transaction?

Circle
Yes / No

### F.  Other Enhancers Used to Determine Placement on Matrix                Circle

1.  Did the offender commit the current offense with the use of a firearm within the immediate possession and control of the offender?                Yes    No

2.  Was the victim of the offense over 62 years of age, under 12 years of age or disabled by reason of mental or physical illness to such extent that the victim lacked the ability to effectively protect his or her property or persons?                Yes    No

3.  Did the offender in the commission of the offense maim or torture the victim?                Yes    No

4.  Did the offender commit a Schedule N-2 or N-3 drug offense in, on, or within 1,000 feet of real property comprising of a public or private elementary or secondary school; public or private college, university, or other institution of higher education; recreation or public park (including state facilities); public housing project; or in the presence of any child under 12 years of age?                Yes    No

5.  Did the offender commit a Schedule N-2 or N-3 drug offense by using of soliciting the services of a person less than 18 years of age, providing the offender was at least 18 years of age at the time of the offense?                Yes    No

6.  If the controlling offense was a property or drug offense, what was the total amount involved in that offense (e.g., the value of the property involved; the amount of money stolen, embezzled, or obtained by fraud; or the amount of drug proceeds utilized?    $ _Unknown_

7.  If the controlling offense was a drug offense, what was the *predominant* drug and what was the amount of that drug? (Please specify quantity in grams, ounces, etc.)
DRUG:_Meth_
QUANTITY:(oz, grams, etc.)_Unknown_

### G.  Offender Characteristics
Gender (Circle)               Race   (Circle)
Male    Female               White  Black  Hispanic  Asian  Native Am.

**This Exhibit shall not be admitted into evidence in any future prosecutions.**

Certified this ____ day of _____, ____

_____          _____
Attorney for the State                   Attorney of the Defendant

                          _____
                          Judge of the District Court

IN THE DISTRICT COURT OF )
SEQUOYAH COUNTY )
STATE OF OKLAHOMA )
 )
 )

Defendant ___BRANDIE ZANE PRICE___

Case No. ___CF-99-549___

Date ___NOVEMBER 16, 1999___

*SEQUOYAH COUNTY, OKLAHOMA*
*FILED IN DISTRICT COURT*
*NOV 1 6 1999*
*BERNELL EDWARDS, COURT CLERK*
*(X) DEPUTY*

## RULES AND CONDITIONS OF PROBATION

1. I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general state of my environment and progress.

2. I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I will understand that I am not to go into or loiter around beer taverns or pool halls.

3. I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4. I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5. I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6. I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7. I understand that it will be a violation of my probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or any representative thereof.

8. I understand that I must support myself and all my dependents without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9. I will refrain from violation of any City, State or Federal law.

10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion exists in their mind.

14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within the eighteen months.

15. **SPECIAL CONDITIONS:** The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, OSBI lab fees) of $_____ within _____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of _____, 19_____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*

$_1,000___ FINE $_125___ VCA $_____ DA DRUG FUND $_____ LAB FEE

( X ) Defendant is to pay restitution through the District Attorney's office as set out in Exhibit "A" attached, the sum of $_TO BE DETERMINED___.

16. Defendant to report to DOC Probation & Parole Office within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

_____
Attorney for Defendant

_____
Probationer

_____
JUDGE OF THE DISTRICT COURT

Defendant's Mailing Address:

██████████████████

Muldrow, OK 74948

# In The District Court In And For Sequoyah County, State of Oklahoma

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA, | ) | |
| | ) | |
| PLAINTIFF | ) | **CASE NO: CF-99-549** |
| VS. | ) | |
| BRANDIE ZANE PRICE | ) | |
| DOB: ▓▓▓ 78  SS# ▓▓▓ 5806 | ) | **ISSUED** |
| DEFENDANT. | ) | *11-16-99* |

## JUDGMENT AND SENTENCE

Now, on this 16TH DAY OF NOVEMBER, 1999, this matter comes on before the undersigned Judge, for sentencing and the Defendant, _____BRANDIE ZANE PRICE_____, appears personally and by his attorney of record, _____GERALD HUNTER_____, the State of Oklahoma represented by Assistant District Attorney, _____ROBBIE COWAN_____, and the Defendant, having previously:

(X )  Entered a plea of guilty
( )  Entered a plea of Nolo Contendere
( )  Found guilty by jury
( )  Found guilty by Judge after waiver of jury trial
      to/of the crime(s) of:

CT. I :  UTTERING A FORGED INSTRUMENT, 21 O.S. 1592
CT. II: KNOWINGLY CONCEALING STOLEN PROPERTY, 21 O.S. 1713

( )  The Defendant has previously been convicted of _____ felony crimes and the sentence has been enhanced in accordance with the provisions set forth in Title 21 O.S. § 51 and 51A.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that the Defendant, _____**BRANDIE ZANE PRICE**_____, is guilty of the above-described offense(s) and is sentenced as follows:

### TERM OF IMPRISONMENT

COUNT _____: Sentenced to a term of _____ imprisonment;

all under the custody and control of the Oklahoma Department of Corrections.
These terms to be served ( ) concurrently, or ( ) consecutively;

### TERM OF IMPRISONMENT - (PART SUSPENDED)

COUNT __I__: Sentenced to a term of __SEVEN (7) YEARS__ imprisonment;
COUNT __II__: Sentenced to a term of __FIVE (5) YEARS__ imprisonment;

with all except the R.T.P. PROGRAM (REGIMENTED TREATMENT PROGRAM) suspended under the custody and control of the Oklahoma Department of Correction pursuant to the rules and conditions of probation entered by the Court.
These terms to be served (x ) concurrently, or ( ) consecutively;  Also c/c with CF-98-481 and CF-99-61

### TERM OF IMPRISONMENT - (ALL SUSPENDED)

COUNT _____: Sentenced to a term of _____ imprisonment;

under the custody and control of the Oklahoma Department of Corrections all of said term(s) of imprisonment suspended pursuant to the rules and conditions of probation entered by the Court.
These terms to be served ( ) concurrently, or ( ) consecutively;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT** that in addition to the preceding term(s), the Defendant is also sentenced to:

### FINE

( ) The defendant shall pay a fine of $_____ ( ) immediately or ( ) on or before _____, 19___, at the rate of $_____ per month, or within _____ days of release from the Department of Corrections.

( ) The payment of a fine of $_____ is suspended.

( ) The defendant shall report to the District Court of Sequoyah County within _____ days of release for a hearing on the defendant's ability to pay fines and costs pursuant to Section VIII of the rules of the Court of Criminal Appeals, 22 O.S. Chapter 18, App.

### COSTS, VCA, RESTITUTION

( ) The defendant shall pay costs, fees, and restitution in accordance with the schedule attached as Exhibit _____.

### RULES AND CONDITIONS OF PROBATION

( ) The rules and conditions as ordered by the court and signed and acknowledged by the defendant are attached as hereto.

### ATTORNEY FEES

( ) The defendant shall pay court-appointed attorney fee amount of $_____ on or before _____, 19__, to _____.

It is further ordered that judgment is hereby entered against the Defendant as to the fines, court costs and assessments set forth above.

The Court further advised the Defendant of his rights to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State without cost to him.

In the event the above sentence is for incarceration in the Department of Corrections, the sheriff of Sequoyah County, Oklahoma, is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to as warrant and authority of the imprisonment of the Defendant as provided herein. A second copy of this Judgment and Sentence to warrant and authority of the sheriff for the transportation and imprisonment of the Defendant as herein before provided. The sheriff to make due return to the clerk of this Court, with his proceedings endorsed thereon.

_____
JUDGE OF THE DISTRICT COURT

(SEAL)
ATTEST:
BERNELL EDWARDS, COURT CLERK

_____, DEPUTY CLERK

# DISTRICT COURT OF MUSKOGEE, WAGONER, CHEROKEE AND SEQUOYAH COUNTIES

## (FIFTEENTH JUDICIAL DISTRICT)

## (ORDER)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT 0 2 2002

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

Case Number:  CF-99-549, 98-481, 99-61

It is Ordered, Adjudged and Decreed that Brandie Z. Price have all past, present and future probation fees waived.

Honorable Judge Norman
Judge of the District Court

Brian Morton
Assistant District Attorney

IN THE DISTRICT COURT IN AND FOR ___SEQUOYAH___ COUNTY,

STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 1 0 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

___BRANDIE PRICE___                )

    PETITIONER, PRO SE,            )

                                   )        CF-99-549

-VS-                               )    CASE NO. 274278 _____

                                   )

STATE OF OKLAHOMA                  )

        RESPONDENT.                )


## MOTION TO SET FOR HEARING/120 DAY JUDICIAL REVIEW


I, ___BRANDIE PRICE___ # ___274278___, Petitioner, pro se, pursuant to 22 O.S. 982a, moves this Court to set for a hearing, to review my sentence by virtue of the statutory power vested in this court and states:

1.  That the sentence in relation to the offense is excessive.

2.  That modification of my sentence will not jeopardize the best interest of the public.

I move this Court to grant my motion for a hearing for good cause shown. I do further move this court to obtain any information the Eddie Warrior Correctional Center may have concerning my case, and instruct the Court Clerk to forward a copy of such information to the District Attorney's office in/for ___SEQUAYAH___ County no less that twenty-one days prior to any hearing.

I further move this Court to set a specific date and time for a hearing, and to instruct the Court Clerk to give notice of such a hearing.

Brandie Zane Price  #274278

BRANDIE ZANE PRICE          #   274278

EWCC Dorm_____RTP____
P.O. Box 315
Taft, OK  74463-0315

Subscribed And Sworn To Before Me This 28th Day Of DECEMBER

19 99 .

My Commission Expires   MAY 22, 2002   .

(seal)

NOTARY PUBLIC

STATE OF OKLAHOMA    )
                     )
COUNTY OF MUSKOGEE   )

### CERTIFICATE OF SERVICE

I, _____, certify that a true and correct copy of my Motion to Set Hearing For 120 Day Judicial Review was sent to the Court Clerk's Office in and for_____ County, State of Oklahoma by depositing the same in the United States mail recorded at Eddie Warrior Correctional Center, Taft, Oklahoma 74463-0315 with postage pre-paid on this_____ day of _____, 19_____.

/s/ _Brandie Zane Price_

Subscribed and sworn to before me on this _280_ day of __December__, 19_99_.

My Commission Expires: _May 22, 2002_

(seal)

_____
NOTARY PUBLIC

IN THE DISTRICT COURT IN AND FOR ___SEQUOYAH___ COUNTY,

STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 1 0 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

___BRANDIE PRICE___ )

PETITIONER, PRO SE, )

)

-VS- )     CASE NO. 274278 _____

)

STATE OF OKLAHOMA )

RESPONDENT. )

## MOTION TO SET FOR HEARING/120 DAY JUDICIAL REVIEW

I, ___BRANDIE PRICE___ # ___274278___, Petitioner, pro se, pursuant to 22 O.S. 982a, moves this Court to set for a hearing, to review my sentence by virtue of the statutory power vested in this court and states:

1. That the sentence in relation to the offense is excessive.

2. That modification of my sentence will not jeopardize the best interest of the public.

I move this Court to grant my motion for a hearing for good cause shown. I do further move this court to obtain any information the Eddie Warrior Correctional Center may have concerning my case, and instruct the Court Clerk to forward a copy of such information to the District Attorney's office in/for ___SEQUAYAH___ County no less that twenty-one days prior to any hearing.

I further move this Court to set a specific date and time for a hearing, and to instruct the Court Clerk to give notice of such a hearing.

_Brandie Zane Price  #274278_

BRANDIE ZANE PRICE          # 274278
EWCC Dorm_____RTP_____
P.O. Box 315
Taft, OK  74463-0315


Subscribed And Sworn To Before Me This __28th__ Day Of __DECEMBER__ 19__99__.


My Commission Expires __MAY 22, 2002__ .

(seal)

_Gloria K McClain_
NOTARY PUBLIC

STATE OF OKLAHOMA    )
                     )
COUNTY OF MUSKOGEE   )


## CERTIFICATE OF SERVICE

I, _____, certify that a true and correct copy of my Motion to Set Hearing For 120 Day Judicial Review was sent to the Court Clerk's Office in and for_____ County, State of Oklahoma by depositing the same in the United States mail recorded at Eddie Warrior Correctional Center, Taft, Oklahoma 74463-0315 with postage prepaid on this_____ day of _____, 19_____.

/s/ Brandie Jane Price

Subscribed and sworn to before me on this 28th day of December, 1999.

My Commission Expires: May 22, 2002

(seal)

_____
NOTARY PUBLIC

STATE OF OKLAHOMA        )

COUNTY OF MUSKOGEE       )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 1 0 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

## AFFIDAVIT IN FORMA PAUPERIS

I, BRANDIE PRICE #274278 _____, being first sworn, depose and state that I am a poor person without funds or property or relatives willing to assist me in paying for filing the within instrument.

/s/ Brandie Price            # 274278
**AFFIANT**

**SUBSCRIBED AND SWORN TO BEFORE ME ON THIS** 28th **DAY OF** DECEMBER _____ **1999.**

**MY COMMISSION EXPIRES: MAY 22, 2002.**

(SEAL)

NOTARY PUBLIC

## STATEMENT OF PRISON ACCOUNT

The above inmate has on deposit in her Inmate Trust Fund Account personal funds in the amount of $ 57.40 (Draw) and $ -0- (Mandatory savings) as of this date: 15/30/99.

TRUST FUND OFFICER

February 7, 2000

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 9 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

The Honorable Mike Norman
Sequoyah County Courthouse
120 E. Chickasaw
Sallisaw, Oklahoma 74955-4655

RE:    **PRICE, Brandie (274278)**          Defense Attorney:    Gerald Hunter
       **CF99-549**                         District Attorney:   Robbie Cowan

Dear Judge Norman:

This is in compliance with <u>Oklahoma State Statute, Title 22, section 982a</u>, which provides for Judicial Review.

On November 16, 1999, the above mentioned offender was sentenced to prison and the custody of the Oklahoma Department of Corrections. The incarcerated portion of PRICE's sentence was seven years. The Defendant was also ordered to participate in the Regimented Treatment Program (RTP) while incarcerated and the balance of her sentence was ordered suspended upon her successful completion of the RTP. The RTP Program is a self-paced program, which normally takes twelve months to complete.

PRICE was received into the Lexington Assessment and Reception Center (LARC) on December 1, 1999. Upon her initial classification, PRICE was classified as minimum custody and recommended to participate in substance abuse education, literacy and vocational skills training. On December 12, 1999, PRICE was transferred to the Warrior Corrections Center in Taft, Oklahoma.

Should the Court decide to review this offender's case, please contact me two weeks prior to the scheduled hearing in order that I might make arrangements for the Department of Corrections to transport her to your Court in the Sequoyah County Courthouse in Sallisaw, Oklahoma.

If I may be of any assistance to the Court on this or any other case please call me at 918 248-4581.

Sincerely,

Richard Hudley, Administrative Assistant
District I Community Corrections
10 N. Maple
Sapulpa, Oklahoma 74066

cc:    Sequoyah County Court Clerk
       Record Officer WCC
       PRICE, Brandie (274278)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB   9 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

February 7, 2000

The Honorable Mike Norman
Sequoyah County Courthouse
120 E. Chickasaw
Sallisaw, Oklahoma 74955-4655

RE:    **PRICE, Brandie (274278)**          Defense Attorney:    Gerald Hunter
      **CF99-549**                          District Attorney:   Robbie Cowan

Dear Judge Norman:

This is in compliance with <u>Oklahoma State Statute, Title 22, section 982a</u>, which provides for Judicial Review.

On November 16, 1999, the above mentioned offender was sentenced to prison and the custody of the Oklahoma Department of Corrections. The incarcerated portion of PRICE's sentence was seven years. The Defendant was also ordered to participate in the Regimented Treatment Program (RTP) while incarcerated and the balance of her sentence was ordered suspended upon her successful completion of the RTP. The RTP Program is a self-paced program, which normally takes twelve months to complete.

PRICE was received into the Lexington Assessment and Reception Center (LARC) on December 1, 1999. Upon her initial classification, PRICE was classified as minimum custody and recommended to participate in substance abuse education, literacy and vocational skills training. On December 12, 1999, PRICE was transferred to the Warrior Corrections Center in Taft, Oklahoma.

Should the Court decide to review this offender's case, please contact me two weeks prior to the scheduled hearing in order that I might make arrangements for the Department of Corrections to transport her to your Court in the Sequoyah County Courthouse in Sallisaw, Oklahoma.

If I may be of any assistance to the Court on this or any other case please call me at 918 248-4581.

Sincerely,

Richard Hudley, Administrative Assistant
District I Community Corrections
10 N. Maple
Sapulpa, Oklahoma 74066

cc:    Sequoyah County Court Clerk
      Record Officer WCC
      PRICE, Brandie (274278)

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| Plaintiff | ) | |
| vs. | ) | Case No. CF-98-00481C |
| BRANDIE ZANE PRICE | ) | CF-99-00061 |
| | ) | CF-99-549 |
| | ) | a m-00-900 |
| 109 N. FARGO | ) | |
| MULDROW, OK  74948 | ) | |
| Defendant | ) | |

SS#:
DOB: ████ 1978

Date: 04/16/01        State's Attorney:
                     Defendant's Attorney: LYNN R. ANDERSON

RULE 8 HEARING
(Summary)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 16 2001

BERNICE EDWARDS, COURT CLERK
BY _____ DEPUTY

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____   $50.00 on or before 05-16-20 and then

_____   ~~$50.00 per month on or before 06-16-2001~~

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 05-16-20 _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: *Def. ordered to reappear*
*for Perm. Rule 8 on*
*5-16-01.*

TOTAL TO PAY $ *to be determined* –

*Brandie L. Price*                    *DENNIS M. SPROUSE*
_____            Judge of the District Court
    Defendant

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

CHECK ONE _____ I plan to pay before 3.30 pm today

_____ I plan to pay within 48 hours    __✓___ I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE _Brandie Z. Price_    DATE _April 16, 2001_

CASE # _____    DATE OF BIRTH ██████/78

SS# ██████ 5806    FINE/COST _____

LAST NAME _Price_    FIRST _Brandie_ MI _Z_

STREET ██████████ CITY _Muldrow_    PHONE _918-427-6759_

EMPLOYER _NA_    HOW LONG _NA_    PHONE _NA_

EARNINGS _NA_ per _NA_ #hrs/wk _NA_ paydates _NA_

### IF PAYING BEFORE 3:30 PM TODAY:  STOP HERE

MARITAL STATUS    SINGLE _✓_ MARRIED _____    DIVORCED _____
              SEPERATED _____    WIDOW/ER _____    COMMON LAW _____

Names and Ages of Children ____ _NA_ _____

List others living in household    NAME    RELATIONSHIP    EMPLOYER    INCOME
_Louella Stamps_    _Grandmother_    _NA_    _NA_

AMOUNT OF CASH WITH YOU $ _NA_    Saving/Checking Accounts $ _NA_
Property,Investments, Assets $ _NA_
I AM SUPPORTED BY: _family_    Do you receive housing assistance _NO_
   Alimony/Child Support _____    Monthly Expenses:
   Social Security _____    Rent _____
   Pension/Retirement _____    Food _____
   Welfare _____    Utilities _____
   Food Stamps _____    Child Care _____
   Unemployment _____    Medical _____
   My Gross Monthly Earning _____    TOTAL$ _____
   Other Income Support _____ Source _____

DRIVERS LICENSE # _____ STATE _____ EXP.DATE _____
VEHICLES YOU OWN OR USE:    YEAR    MAKE/MODLE    MONTHLY PAYMENTS
              _NA_    _NA_    _NA_

APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 29 2001

BERNELL EDWARDS, COURT CLERK
BY_____
DEPUTY

CHECK ONE          _____I plan to pay before 3:30 pm today

_____I plan to pay within 48 hours          _____I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE_Brandie L. Price_          DATE_June 29th, 2001_

CASE #_____          DATE OF BIRTH_████/78_

SS#_████5806_          FINE/COST_____

LAST NAME_Price_          FIRST_Brandie_ MI_L_

STREET_████████_ CITY_Muldrow_          PHONE_427-6259_

EMPLOYER_NA_          HOW LONG_NA_          PHONE_NA_

EARNINGS_NA_ per_NA_ #hrs/wk_NA_ paydates_NA_

IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS     SINGLE_✓_ MARRIED____     DIVORCED____
     SEPERATED____     WIDOW/ER____     COMMON LAW____

Names and Ages of Children_NA_
List others living in household     NAME     RELATIONSHIP     EMPLOYER     INCOME

AMOUNT OF CASH WITH YOU $_____Saving/Checking Accounts $_____
Property, Investments, Assets $_____
I AM SUPPORTED BY:_____          Do you receive housing assistance____
     Alimony/Child Support_____          Monthly Expenses:
     Social Security_____          Rent_250.00_
     Pension/Retirement_____          Food_100.00_
     Welfare_____          Utilities_NA_
     Food Stamps_____          Child Care_____
     Unemployment_____          Medical_____
     My Gross Monthly Earning_____          TOTAL$_____
     Other Income Support_✓_     Source_family_

DRIVERS LICENSE #_444825806_ STATE_OK_ EXP.DATE_12/02_
VEHICLES YOU OWN OR USE:) YEAR     MAKE/MODLE     MONTHLY PAYMENTS
     98     Chevy Malibu     $266.36

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )
          Plaintiff                   )
vs.                                   )      Case No. CF-98-00481C
BRANDIE ZANE PRICE                    )            CF-99-00061
                                      )            CF-99-549
109 N. FARGO                          )            CM-00-900
MULDROW, OK  74948                    )
          Defendant                   )
     SS#:
     DOB: ██████ 1978

                                             SEQUOYAH COUNTY, OKLAHOMA
                                                      FILED
                                             IN DISTRICT COURT

                     State's Attorney:               APR 16 2001
Date: 04/16/01       Defendant's Attorney: LYNN R. ANDERSON

                                             BERNELL EDWARDS, COURT CLERK
              RULE 8 HEARING                 BY _____ DEPUTY
                 (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:


_____ $50.00 on or before 05-16-20 and then

_____ ~~$50.00 per month on or before 06-16-20~~01

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 05-16-20 _____

OR; _____



IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: *Def. ordered to reappear*
*for Perm. Rule 8 on*
*5-16-01.*

TOTAL TO PAY $ *To be determined*

_____          _____
Brandie L. Price                   DENNIS M. SPROUSE
        Defendant                  Judge of the District Court

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
       Plaintiff

vs.

BRANDIE ZANE PRICE

MULDROW, OK  74948
109 N. FARGDefendant
   SS#:
   DOB: ████ 1978

Case No. CF-98-00481C   410.00
        CF-99-00061   683.00
        ~~CF-99-00549~~   1393.00
        ~~CM-99-00220~~   141.00

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 16 2001

BERNICE EDWARDS, COURT CLERK
BY _____ DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 05/16/01          RULE 8 HEARINGLYNN R. ANDERSON
                              (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

          $75.00 on or before 06-23-20 and then

          $75.00 per month on or before 07-23-2001

then __75.00__ per month on or before the 23rd day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 06-23-20 _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _$75 due 23rd ea mo. until 10-23-01_
_When pyt. increases to $100.00_

TOTAL TO PAY $ _2976.00_

__Brandie J Price__
       Defendant

_MIKE NORMAN_
Judge of the District Court

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

CHECK ONE _____ I plan to pay before 3.30 pm today

_____ I plan to pay within 48 hours       _____/ I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE_____   DATE  5-16-01

CASE #_____   DATE OF BIRTH ____███____-78

SS#____███████____-5806           FINE/COST_____

LAST NAME Price                  FIRST Brandie MI B

STREET,___███████_____CITY Muldrow   PHONE_____

EMPLOYER Rena Rd. Christian Daycare  HOW LONG 1 wk.  PHONE_____  824.00 mo.
                                                                      before Taxes

EARNINGS 5.15 per hr (#hrs)wk 40 _____paydates_____

IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS   SINGLE ✓ MARRIED_____   DIVORCED_____
                 SEPERATED_____  WIDOW/ER_____   COMMON LAW_____

Names and Ages of Children_____
List others living in household, NAME   RELATIONSHIP  EMPLOYER  INCOME
Dad - Brad Price _____
Tammy Young - Dad's girlfriend _____
Kelsie + Justin Edwards - Tammy's Children _____
AMOUNT OF CASH WITH YOU $_____  Saving/Checking Accounts $_____
Property, Investments, Assets $_____
I AM SUPPORTED BY: Self _____   Do you receive housing assistance_____
   Alimony/Child Support_____   Monthly Expenses:
   Social Security_____   Rent  100. mo.
   Pension/Retirement_____   Food_____
   Welfare_____   Utilities 54.50
   Food Stamps_____   Child Care_____
   Unemployment_____   Medical_____
   My Gross Monthly Earning_____   TOTAL$_____  fines in Ark.
   Other Income Support_____ Source_____              50.00 mo.

DRIVERS LICENSE #_____STATE_____ EXP.DATE_____
VEHICLES YOU OWN OR USE:  YEAR   MAKE/MODLE   MONTHLY PAYMENTS
_____

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
        Plaintiff )
vs. )
BRANDIE ZANE PRICE )

                 )
MULDROW, OK 74948 )
109 N. FARGDefendant )
   SS#: )
   DOB: ▮ 1978

Case No. CF-98-00481C
       CF-99-00061
       CF-99-00549

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**MAY 16 2001**

State's Attorney:
Defendant's Attorney:

BENNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

Date: 05/16/01

RULE 8 HEARINGLYNN R. ANDERSON
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $75.00 on or before 06-23-20 and then

_____ $75.00 per month on or before 07-23-2001

then __75.00__ per month on or before the 23rd day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 06-23-20 _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

~~PERSON AT THE OFFICE OF THE COURT CLERK.~~

Comments: _$75 due 23rd ea mo. until 10-23-01_
_When pyt. increases to $100.00_

TOTAL TO PAY $ _2976.00_

_Brandie T Price_
      Defendant

_MIKE NORMAN_
Judge of the District Court

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA, )
          Plaintiff )
vs. )         Case No. CF-98-00481C
BRANDIE ZANE PRICE )                   CF-99-00061
 )                   ~~CF-99-00549~~
 )                   CM-00-00900
MULDROW, OK  74948 )
RT 5 BOX 67Defendant )
    SS#: ████5806
    DOB: ████/1978         *TEMP.*

State's Attorney:
Defendant's Attorney:

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 1 9 2002

BERNELL EDWARDS, COURT CLERK

Date: 11/19/02                RULE 8 HEARING JERRY S. MOORE _____ DEPUTY
                              (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $40.00 on or before 01-10-20*03* and

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 01-10-20 _____

OR; _____



IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: *To appear January 10, 2003*

_____


TOTAL TO PAY $ *2309.00*

*Brandie Price*                              JOHN C. GARRETT
_____          _____
    Defendant                 Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 1 9 2002

BERNELL EDWARDS, COURT.CLERK
BY_____ DEPUTY

CHECK ONE _____ I plan to pay before 3:30 pm today

_____ I plan to pay within 48 hours    __X__ I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE Brandie Z Price    DATE Nov. 19, 2002

CASE # 98-481C

DATE OF BIRTH ████/78

SS# ████5806

FINE/COST 2309

LAST NAME Price    FIRST Brandie    MI Z

STREET ████████    CITY Muldrow    PHONE 427-6259

Dec, 15, 2002
work release

EMPLOYER NA    HOW LONG NA    PHONE NA

EARNINGS NA per NA #hrs/wk NA paydates NA

IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS    SINGLE ✓    MARRIED _____    DIVORCED _____
SEPERATED _____    WIDOW/ER _____    COMMON LAW _____

Names and Ages of Children Zane-Morgan -Son
List others living in household    NAME    RELATIONSHIP    EMPLOYER    INCOME
Louella Stamps    Grandmother

AMOUNT OF CASH WITH YOU $_____    Saving/Checking Accounts $_____
Property, Investments, Assets $_____
I AM SUPPORTED BY: father
    Alimony/Child Support _____    Do you receive housing assistance NO
    Social Security _____    Monthly Expenses:
    Pension/Retirement _____    Rent _____
    Welfare _____    Food _____
    Food Stamps _____    Utilities 110.00
    Unemployment _____    Child Care _____
    My Gross Monthly Earning _____    Medical _____
    Other Income Support _____ Source    TOTAL $_____

DRIVERS LICENSE # 444825806 STATE OK EXP.DATE 12/02
VEHICLES YOU OWN OR USE: YEAR 98    MAKE/MODLE Chev. Malibu    MONTHLY PAYMENTS 266.44
    50.00

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )
      Plaintiff                       )
vs.                                   )    Case No. CF-98-00481C
BRANDIE ZANE PRICE                    )             CF-99-00061
                                      )             CF-99-00549
                                      )             CM-00-00900
MULDROW, OK  74948                    )
RT 5 BOX 67 Defendant                 )
  SS#: ███5806                              _TEMP._                SEQUOYAH COUNTY, OKLAHOMA
  DOB: ███/1978                                                        FILED
                                                                     IN DISTRICT COURT

State's Attorney:                                                    NOV 19 2002
Defendant's Attorney:
                                                              BERNELL EDWARDS, COURT CLERK
Date: 11/19/02              RULE 8 HEARING JERRY S. MOORE _____
                              (Summary)                                      DEPUTY

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $40.00 on or before 01-10-20_03_ and

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 01-10-20 _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _To appear January 10, 2003_

_____

TOTAL TO PAY $ _2309.00_

_Brandie Price_                    _____
     Defendant                         JOHN C. GARRETT
                                   Judge of the District Court
Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                )
            Plaintiff             )
                                  )
vs.                               )        Case No. CF-98-00481C
BRANDIE ZANE PRICE                )                 CF-99-00061
                                  )                 CF-99-00549
                                  )                 CM-00-00900
                                  )
MULDROW, OK  74948                )
RT 5 BOX 67Defendant              )
    SS#:  ■■■■5806
    DOB:  ■■■/1978

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 0 7 2003

BERNELL EDWARDS, COURT CLERK
_____DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 01/07/03              RULE 8 HEARINGJERRY S. MOORE
                              (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $40.00 on or before 02-07-20 03 and

then _40.00_ per month on or before the 7th day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 02-07-20 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $ 2269.00

_____          _____
        Defendant                JOHN C. GARRETT
                                 Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

*

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                       )
          Plaintiff                      )
vs.                                      )    Case No. CF-98-00481C | 52.00
BRANDIE ZANE PRICE                       )             CF-99-00061 2 583.00
                                         )             ~~CF-99-00549~~ 3 1393.00
                                         )             CM-00-00900 4 141.00
MULDROW, OK  74948                       )
RT 5 BOX 67 Defendant                    )
     SS#: ███5806                              SEQUOYAH COUNTY, OKLAHOMA
     DOB: ███/1978                                    FILED
                                              IN DISTRICT COURT
          State's Attorney:
          Defendant's Attorney:                   JAN 0 7 2003

                                              BERNELL EDWARDS, COURT CLERK
Date: 01/07/03              RULE 8 HEARING JERRY S. MOORE
                               (Summary)                          DEPUTY

     BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

                                              03
          $40.00 on or before 02-07-20 and

then 40.00 per month on or before the 7th day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 02-07-20

OR; _____

     IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

_____

TOTAL TO PAY $ 2269.00

X Brandie Price                          _____
          Defendant                               JOHN C. GARRETT
                                              Judge of the District Court
Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,           )
            Plaintiff        )
vs.                          )    Case No. CF-99-00549
BRANDIE ZANE PRICE           )            CM-00-00900
                             )
RT 5 BOX 673                 )
MULDROW, OK  74948           )
            Defendant        )
    SS#: ■■■5806
    DOB: ■■■/1978

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

Date: 11/16/04          State's Attorney:
                  Defendant's Attorney: JERRY S. MOORE

NOV 16 2004

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

RULE 8 HEARING
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $25.00 on or before 12-16-2004 and

then **25.00** per month on or before the **16** day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 12-16-20 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $**1344.00**

_____          _____
        Defendant                JOHN C. GARRETT
                                 Judge of the District Court
Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

CHECK ONE:

_____ I PLAN TO PAY BEFORE 3:30 PM TODAY    _____ I PLAN TO PAY IN 48 HRS.

___✓___ I WANT EXTENDED TIME TO PAY

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation in CONTEMPT OF COURT for providing false and/or incomplete information on this application I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE _Brandie Price_    DATE _Nov. 16, 2004_

CASE # _____    DATE OF BIRTH ███ /78

SSN# ███ 5806    FINE/COSTS $ _____

LAST NAME _Price_    FIRST _Brandie_    MI _Zane_

STREET ███████████    CITY _Muldrow_    PH _427 6259_

EMPLOYER _Rib Shack_    HOW LONG _5 wks_    PH _648 0505_

EARNINGS _1 uc_    PER _Hr_    #HRS/WK _3 day @ 30.00_    PAYDATES _daily_

IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS __✓__ SINGLE    _____ MARRIED    _____ SEPARATED
_____ DIVORCED    _____ COMMON LAW    _____ WIDOW(ER)

NUMBER OF CHILDREN __1__    AGES OF CHILDREN _2 yrs_
LIST OTHERS LIVING IN HOUSEHOLD    NAME    RELATIONSHIP    EMPLOYER    INCOME

| _Louella Stamps_ | _grandmother_ | NA | NA |
| _Zane Price_ | _son_ | NA | NA |

AMOUNT OF $ W/YOU _____    SAVING/CHECKING ACC $ _____
PROPERTY, INVESTMENTS, ASSETS $ _____
I AM SUPPORTED BY: _Self + Grandmother_ DO YOU RECEIVE HOUSING ASSISTANCE __
    ALIMONY/CHILD SUPPORT _____    MONTHLY EXPENSES:
    SOCIAL SECURITY _____    RENT _____
    PENSION/RET. _____    FOOD ✓ _259.00_
    WELFARE _____    UTILITIES _____
    FOOD STAMPS ✓ _259.00_    CHILD CARE _____
    UNEMPLOYMENT _____    MEDICAL _____
    GROSS MO. EARNING _____    TOTAL $ _____
    OTHER INCOME SUPPORT _____    SOURCE _____

DRIVERS LICENSE # _061433292_ STATE _OK_    EXP.DATE _____
VEHICLES YOU OWN OR USE:    YEAR    MAKE/MODEL    MONTHLY PMT.
_94_    _Jeep Cherokee_

Judge Mike Norman,                              March 13, 2000

① My name is Brandie Zane Price #274278, I am currently incarcerated at Eddie Warrior Correctional Center where I have been since December 14, 1999. On November 16, 1999, I was sentenced to 10 years in prison for possession of CDS with intent to distribute, 7yrs for Uttering a forged instrument, 5 yrs for Knowingly Concealing Stolen Property and 1 year suspended for Obtaining Merchandise by Bogus Check. I was ordered to the Regimented Treatment Program at EWCC w/ the balance of my sentence suspended upon completion of the program.

Since my transfer from Lexington Prison, I have been housed at EWCC in the RTP program and am an active member of my community. I was a member of the Service Crew, which is responsible for keeping the dorm in top condition, for two months and shortly thereafter I was promoted to Education Crew as a tutor for the women here on the dorm. I am also on the Caustics Crew, a group responsible for retrieving the daily tools and cleaning supplies needed for the maintainance of RTP. I am also enrolled in two college courses, the most I was allowed to take at the time, the first being Public Speaking and the second American History. I currently have a 96% in Public Speaking + a 105% in American History. In addition to those, I am currently attending "Life Without a Crutch", a Substance abuse Class and am scheduled to complete it and my college classes by the end of April, if

not before. I also participate in the Speak Out program here at the prison. We attempt to inform adolescents of the consequences they _will_ face if they continue to pursue such negative behavior as joyriding, hot checks, drugs, etc. We hope to have an unforgettable impact on their lives.

I have improved at least 100% since my last appearance before your court. I would very much like to show you the changes I have made in my attitude, behavior, and future planning aspects. I feel that my sentence is excessive and request that you review my file and bring me back before the court for a judicial review and for consideration of the modification of my sentence. I would also like, if possible, to be considered for the Community Sentencing or ankle/leg monitor program. I have been incarcerated for almost 5 months now and since coming to prison, have undergone some serious changes. My mind has been clear for the first time in a long time and I am once again able to think for myself. The morals and value standards I was raised with have returned to me with immense speed. I would also like the Court to note that my progress is evaluated and recorded each month by my Unit, Case Managers and by the Drill Instructors also. Thus far, I have received a rating of 40 which falls under the highest category one can recieve, Outstanding. Please consider my request with a clear mind and an open heart.

I am determined to make the best of my life and am certain I will succeed. All I ask is for an opportunity to stand before the court once again and prove without a shadow of a doubt that I have learned from my mistakes and indeed deserve a sentence modification I promise I will not disappoint you. I thank you for taking the time to read this request. Please respond to me whenever convenient for you.

Sincerely,

Brandi
Zane
Price

# DISTRICT COURT of the STATE of OklAHoma

**FIFTEENTH JUDICIAL DISTRICT**
**MUSKOGEE COUNTY COURT HOUSE**
**P.O. BOX 1350 - MUSKOGEE, OKLAHOMA 74402-1350**

**MIKE NORMAN**
**District Judge**

March 24, 2000

**PHONE**
**918/687-1950**

Brandie Price #274278
EWCC Dorm RTP
P.O. Box 315
Taft, OK 74463

RE:    CF-99-549
       CF-99-61
       CF-98-481

Dear Ms. Price:

I am in receipt of your letter dated March 13, 2000, requesting consideration of a sentence modification in your three cases.

I have reviewed your files and find we entered into this plea agreement just a few short months ago. I don't feel anything has changed in that time. Although I agree that you have achieved a great deal in this short time, it is imperative that you stick to your agreement and complete the RTP program.

Very truly yours,

Mike Norman
District Judge

cc:    Sequoyah County Court Clerk

SEQUOYAH COUNTY DISTRICT COURT
BERNELL EDWARDS, COURT CLERK
SEQUOYAH COUNTY
SALLISAW, OK   74955

03-21-2006

BRANDIE ZANE PRICE

MULDROW, OK   74948

In Re:CF-99-549, CM-00-900

Dear Brandie Zane Price,

Our records show that you are now delinquent on your fine and/or court costs in the amount of $35.00. The total amount due in your case(s) is $1199.00. If payment is not received within 10 days a warrant will be issued.  Additional court costs will be charged.  The  bond amount on the warrant will be $1199.00.(Cash bond only.)
Please be advised that this is the ONLY OVERDUE NOTICE YOU WILL RECEIVE FROM THIS OFFICE.
Any questions concerning this matter should be directed to the Sequoyah County Court Clerk, 120 East Chickasaw, Sallisaw, OK 74955, or by calling (918) 775-4411. Thank you for prompt attention to this matter.

Sincerely,

Bernell Edwards, Court Clerk

By Robin Hickman, Deputy

On 11-16-2004, you were ordered and agreed to begin payments on 12-16-2004.  Payments were to be made in the amount of $25.00. The last payment received on this pay order was made on 06-20-2005.


There is a $10.00 charge for this notice, which is included in the total amount due.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 2 2 2006

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

*Bernell Edwards*

*Sequoyah County Court Clerk*

*120 East Chickasaw*

*Sallisaw, OK 74955*

*15th Judicial District*

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 2 6 2006

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

*Ph. 918-775-4444*

*M. Vann, deputy*

*B. Lockhart, deputy*

*K. Victory, deputy*

*R. Terhac, deputy*

*Ph. 918-775-1223*

*E. Merrill, deputy*

*R. Mitchell, deputy*

*A. Adams, deputy*

*S. Huff, deputy*

Date: 6-26-06

Re: CF-99-549 & CM-00-900

Name: Brandy Zane Price

This office requests you to withdraw the outstanding warrant on the above individual. An order to withdraw will follow signed by the judge.

Thank You,

Deputy

Sequoyah County
Warrant Clearance

Warrant Name: Price, Brandie Lane

Warrant Number: CF-99-00549

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

Date & Time Cleared: June 29 @ 14:10

JUN 2 9 2006

BERNELL EDWARDS, COURT CLERK

BY _____ DEPUTY

Warrant Cleared By:

Arrest _____ Serving Officer _____ Badge #: _____

Agency: _____

Recall X Authority: Maudeen Vann / c.c.

Was Warrant Pulled from file?     (Yes)          No

If no Explain: _____

Was Warrant Marked Off Warrant Book and Data Base?   (Yes)        No

If no Explain: _____

Was Warrant Canceled from NCIC?    (Yes)      Not Entered

Was Warrant Removed From Holds Book?   (Yes)    No Hold Placed

Sheriff's Office Employee Signature: _____

Note: After completing this form, staple it to the back of cleared warrant and put it in the folder marked Court Clerk. Use this form only to clear Sequoyah County Warrants. Every warrant must me cleared on a separate form.

BENCH WARRANT-AFTER CONVICTION

THE STATE OF OKLAHOMA,                    )
                                          )
vs.                                       )    Case No. CF-99-00549
BRANDIE ZANE PRICE
███████████████                                NO BOND
MULDROW, OK   74948
████████1978  ████████5806

BENCH WARRANT

THE STATE OF OKLAHOMA,
       TO ANY SHERIFF, CONSTABLE, MARSHALL, OR POLICEMAN IN THIS STATE
GREETINGS:
BRANDIE ZANE PRICE having been on November 16, 2004, duly convicted in the
District Court of Sequoyah County, State of Oklahoma, of the crime of:
FAILURE TO APPEAR AND PAY MONIES DUE THE COURT IN THE AMOUNT OF $1244.00.
UTTERING A FORGED INSTRUMENT

       YOU ARE THEREFORE COMMANDED FORTHWITH to arrest the above named
defendant, BRANDIE ZANE PRICE, and bring him/her before said Court for
judgement, or if said Court has adjourned for the term, deliver him/her to
the Sheriff of the County of Sequoyah; there to be detained by said Sheriff
until further order of the court;

       WITNESS my hand and seal of said Court this 04-04-2006.

                                          BERNELL EDWARDS
                                          COURT CLERK

                                    By _Robin Hickman_
                                          Deputy

              WILL ONLY EXTRIDATE FROM SURROUNDING STATES

                         SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____, 20___, at
_____o'clock ___.m., and executed on the _____ day of _____, 20___, at
_____ o'clock ___.m., by _____.

DATED this _____ day of _____, 20___.

                                          JOHNNY PHILPOT,
                                          SHERIFF SEQUOYAH COUNTY

                                          BY: _____
                                                 Deputy

Hold Seb. Co -

dms

BENCH WARRANT-AFTER CONVICTION

THE STATE OF OKLAHOMA,                     )
                                           )
vs.                                        )   Case No. CF-99-00549
BRANDIE ZANE PRICE
████████████                                   NO BOND

MULDROW, OK  74948
████1978        ████5806

BENCH WARRANT

THE STATE OF OKLAHOMA,
     TO ANY SHERIFF, CONSTABLE, MARSHALL, OR POLICEMAN IN THIS STATE
GREETINGS:
BRANDIE ZANE PRICE having been on November 16, 2004, duly convicted in the
District Court of Sequoyah County, State of Oklahoma, of the crime of:
FAILURE TO APPEAR AND PAY MONIES DUE THE COURT IN THE AMOUNT OF $1244.00.
UTTERING A FORGED INSTRUMENT

     YOU ARE THEREFORE COMMANDED FORTHWITH to arrest the above named
defendant, BRANDIE ZANE PRICE, and bring him/her before said Court for
judgement, or if said Court has adjourned for the term, deliver him/her to
the Sheriff of the County of Sequoyah; there to be detained by said Sheriff
until further order of the court;

     WITNESS my hand and seal of said Court this 04-04-2006.


                                        BERNELL EDWARDS
                                        COURT CLERK

                                        By_____
                                              Deputy

          WILL ONLY EXTRIDATE FROM SURROUNDING STATES

                         SHERIFF'S RETURN


RECEIVED the within Writ on the _____ day of _____, 20____, at
_____o'clock ___.m., and executed on the _____ day of _____, 20____, at
_____ o'clock ___.m., by _____.

DATED this _____ day of _____, 20____.

                              JOHNNY PHILPOT,
                              SHERIFF, SEQUOYAH COUNTY

                              BY:_____
                                          Deputy

# Order To Withdraw Warrant

THE STATE OF OKLAHOMA, )                    IN THE DISTRICT COURT

COUNTY OF SEQUOYAH,      )          Before _Dennis M Sprouse_
                                                                    Judge

To:  The Sheriff of the County of Sequoyah:
       and                                              Case No. _CF-99-549_
The Court Clerk of the County of Sequoyah          _CM-00-900_


An order having been made by the undersigned Judge to issue a Warrant for the arrest of the Defendant, _Brandy Lane Price_ _____ , on the _4th_ Day of _April_ , _2006_.


This Court has determined that in the interest of justice said Warrant should be _withdrawn_ immediately.


IT IS ORDER, that the above mentioned _Warrant is withdrawn_ and all records are to immediately reflect that the Warrant is no longer outstanding for service.

---

Dated at Sallisaw, Oklahoma this _26th_ Day of _June_ _____ , _2006_ .

_____
Judge of the District Court

_Def paid in full_

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 0 3 2006

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY