### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

### REDACTED EXHIBIT 173

### TO KENNETH EUGENE BARRETT'S

### SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

*IN THE DISTRICT COURT OF* _____ *COUNTY*
STATE OF OKLAHOMA
*CRIMINAL COVER SHEET*

CASE INFORMATION

ASSIGNED JUDGE: _____

STATE Oklahoma

VS.

DEFENDANT Brandie Zane Price

CF _____

CM 00- 900

PREVIOUS CASE NUMBER: _____

PREVIOUS JUDGE: _____

DEFENDANT INFORMATION

LAST NAME: Price       FIRST NAME: Brandie       MIDDLE NAME: Zane
ADDRESS: ██████████████
CITY: Muldrow       STATE: Oklahoma       ZIP: 74948
ADDRESS TYPE: _x_ H ___ W ___ O       TELEPHONE: _____       DATE OF BIRTH: ██████ 78
DRIVERS LICENSE NUMBER: 444825806       DRIVERS LICENSE STATE: OK
RACE: W       GENDER: ___ M _x_ F       LANGUAGE/DIALECT: _____
ADDITIONAL DEFENDANTS: ___ Y _x_ N       TOTAL NUMBER OF DEFENDANTS: 1

ATTORNEY INFORMATION

IF LICENSED IN OKLAHOMA, FILL IN ADDRESS INFORMATION ONLY IF IT IS NEW SINCE THEY WERE REGISTERED WITH THE OKLAHOMA BAR ASSOCIATION.)
ATTACH ADDITIONAL COVER SHEETS FOR ADDITIONAL ATTORNEYS.)
LAST NAME: _____       FIRST NAME: _____       MIDDLE NAME: _____

ADDRESS: _____
CITY: _____       STATE: _____       ZIP: _____
BAR NUMBER (REQUIRED): _____       TELEPHONE: _____       E-MAIL: _____

OFFENSES

| COUNT(S) | OFFENSES CHARGED | O.S. CITATIONS | NCIC CODE |
|---|---|---|---|
| 1   I | Bogus Check | 21 O.S. 1541.1 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

Date: 5/1/00    Signature of (Assistant) District Attorney  Jerry S. Moore

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| **STATE OF OKLAHOMA,** | **PLAINTIFF,** ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **BRANDIE ZANE PRICE** | **DEFENDANT,** ) | No. CM- *50 - .900* |
| Sex: F Race: W | | |
| DOB: ███1978 | | |

DL Num:  444825806 OK

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 0 6 2000

BERNELL EDWARDS, COURT CLERK

### INFORMATION

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

BY _____ DEPUTY

Now comes Dianne Barker-Harrold, the duly qualified and acting District Attorney in and for Sequoyah County, State of Oklahoma, and gives the District Court to know and to be informed that BRANDIE ZANE PRICE did, in Sequoyah County, on the 18 DAY OF November, in the year of our Lord, 1998, and before the presentment hereof, commit the crime of

**OBTAINING MERCHANDISE BY BOGUS CHECK**
**21 O.S. § 1541.1**

That on the day and year in the County and State aforesaid, said BRANDIE ZANE PRICE did wilfully, knowingly, fraudulently obtain CASH AND/OR MERCHANDISE from MARVIN'S ROLAND IGA in the amount of $48.37 by means of a certain false and bogus check, which check is in words and figures as follows:

632                                    11-18-98

Pay to the order of  MARVIN'S ROLAND IGA                $48.37

FORTY EIGHT & 37/100

BRANDIE Z PRICE

the said defendant well knowing then and there that BRANDIE ZANE PRICE had insufficient funds in, or credit with the bank on which said check was drawn, and that said check was worthless, false, bogus and of no value, and did utter and deliver the same to the said MARVIN'S ROLAND IGA with the fraudulent intent then and there to cheat and defraud, contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

Title 21, OS., 1541.1
Penalty: up to 1 yr in Co. jail and/or $1000 fine
Title 21, OS., 1541.2 and 1541.3
Penalty: up to 1 yr in Co. jail and/or $5000 fine
    OR:  up to 10yrs OSP and or $5000 fine

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

By _____
Assistant District Attorney

State of Oklahoma        )
                         )        ss.
County of SEQUOYAH       )

I, _____Dianna Barnes_____, being duly sworn, on oath state that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____
Affiant

SUBSCRIBED AND SWORN to before me by the said Affiant on this __15th__ day of __November__, 2000.

MY COMMISSION EXPIRES: __12-28-2003__.

_____
Notary Public

(SEAL)

WITNESSES:

Dianna Barnes_____, MARVIN'S ROLAND IGA, P O BOX 250 ROLAND OK, 74954-;

Bookkeeper, FIRST NATIONAL BANK, FORT SMITH, AR 72901

Representative, Bogus Check Department, District Attorney's Office, District 27, 109-C N. College, Tahlequah, Ok.

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,           PLAINTIFF,      )
                                             )
vs.                                          )
                                             )
BRANDIE ZANE PRICE           DEFENDANT,      )     No. CM- OO-.900
Sex: F  Race: W
DOB: ███1978

DL Num:  444825806  ST: OK

## AFFIDAVIT

The undersigned, of lawful age, being first duly sworn upon oath, deposes and states:

On the **18 DAY of November**, in the year of **1998**, the above named defendant purchased **CASH AND/OR MERCHANDISE** from **MARVIN'S ROLAND IGA**, located in the city of ROLAND, County of Sequoyah, State of Oklahoma, with check number 632 in the amount of $48.37.

The check was deposited within 30 days from receipt and returned marked Closed account.

Based on this information, the undersigned prays that this Honorable Court issue finding of fact that probable cause exists to believe that a crime has been committed and that there is probable cause to believe that the defendant above named committed the crime of Obtaining Merchandise by Bogus Check.

_____
Affiant

SUBSCRIBED AND SWORN to before me by the said Affiant on this ___15th___ day of __November__, 2000 .

MY COMMISSION EXPIRES: __12-28-2003__ .

_____
Notary Public

## FINDING OF PROBABLE CAUSE

The undersigned Judge of this Court, upon sworn testimony and/or affadavit, hereby determines there to be probable cause to detain the defendant.

Dated this __5TH__ day of __Apl__ , 2000 .

_____
JUDGE OF THE DISTRICT COURT

WARRANT OF ARREST          DAY OR NIGHT                    CASE NO. CM- *OO-900*

SEQUOYAH COUNTY DISTRICT COURT

STATE OF OKLAHOMA          )
                           )          ss.
SEQUOYAH COUNTY            )

TO THE SHERIFF OF THE COUNTY OF SEQUOYAH, OR TO ANY SHERIFF, CONSTABLE, MARSHAL, POLICEMAN OR PEACE OFFICER OF THIS STATE.

Complaint on oath having been this day laid before me, that the crime of

OBTAINING MERCHANDISE BY BOGUS CHECK
21 O.S. § 1541.1
has been committed, and accusing BRANDIE ZANE PRICE thereof;

BOND: *500⁰⁰ Cash*
Address: ▮▮▮▮▮▮▮
City:      MULDROW          State: OK   ZIP: 74948
Birth Date: ▮▮▮1978        Weight: 164              DL: 444825806 OK
Height:    5-6             Sex:    F                 Eyes: GY
Race:      W

YOU ARE THEREFORE COMMANDED FORTHWITH TO BRING THE ABOVE NAMED BRANDIE ZANE PRICE and bring her before me at my office in said county, to answer said charge.

DATED AT _____, THIS _5ᵗ_ DAY OF _Apr_____, _2000_

WITNESS MY HAND AND OFFICIAL SEAL

_____
JUDGE OF THE DISTRICT COURT

=================== RETURN OF SERVICE ===================

STATE OF OKLAHOMA          )
                           )
SEQUOYAH COUNTY            )

Received this Writ the _____ day of _____, _____, and executed it by arresting the within named _____ - and now have her body before the Court.

Fees-Service and Return of Writ      $ _____
Service on First Person              $ _____
Service on Additional Persons        $ _____
Bringing prisoner into Court         $ _____
Attending Examination                $ _____
Mileage                              $ _____
Total                                $ _____

_____        _____
Arresting Officer                    Sheriff

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                  )
       Plaintiff            )
vs.                                 )    Case No. CF-98-00481C
BRANDIE ZANE PRICE                  )        CF-99-00061
                                    )        CF-99-549
▓▓▓▓▓▓▓▓▓▓▓                         )        CM-00-900
                                    )
MULDROW, OK  74948                  )
      Defendant              )
SS#:
DOB:  ▓▓▓▓▓978

        State's Attorney:
Date: 04/16/01    Defendant's Attorney: LYNN R. ANDERSON

RULE 8 HEARING
(Summary)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 16 2001

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $50.00 on or before 05-16-20 and then

_____ ~~$50.00 per month on or before 06-16-29~~01

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 05-16-20 · _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: *Def. ordered to reappear for Perm. Rule 8 on 5-16-01.*

TOTAL TO PAY $ *To be determined* -

*Brandie L. Price*
     Defendant

DENNIS M. SPROUSE
Judge of the District Court

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

## APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

CHECK ONE _____ I plan to pay before 3.30 pm today

_____ I plan to pay within 48 hours    __✓__ I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE _Brandie Z. Price_    DATE _April 16, 2001_

CASE # _____    DATE OF BIRTH ███ /78

SS# ███ 5806    FINE/COST _____

LAST NAME _Price_    FIRST _Brandie_  MI _Z_

STREET ███████    CITY _Muldrow_    PHONE _918-427-6759_

EMPLOYER _NA_    HOW LONG _NA_    PHONE _NA_

EARNINGS _NA_ per _NA_ #hrs/wk _NA_ paydates _NA_

### IF PAYING BEFORE 3:30 PM TODAY:  STOP HERE

MARITAL STATUS    SINGLE _✓_ MARRIED _____    DIVORCED _____
                  SEPERATED _____    WIDOW/ER _____    COMMON LAW _____

Names and Ages of Children _NA_
List others living in household    NAME    RELATIONSHIP    EMPLOYER    INCOME
_Louella Stamps    Grandmother    NA    NA_

AMOUNT OF CASH WITH YOU $ _NA_    Saving/Checking Accounts $ _NA_
Property, Investments, Assets $ _NA_
I AM SUPPORTED BY: _family_    Do you receive housing assistance _no_
    Alimony/Child Support _____    Monthly Expenses:
    Social Security _____    Rent _____
    Pension/Retirement _____    Food _____
    Welfare _____    Utilities _____
    Food Stamps _____    Child Care _____
    Unemployment _____    Medical _____
    My Gross Monthly Earning _____    TOTAL$ _____
    Other Income Support _____ Source _____

DRIVERS LICENSE # _____ STATE _____ EXP.DATE _____
VEHICLES YOU OWN OR USE:  YEAR    MAKE/MODLE    MONTHLY PAYMENTS
    _NA_    _NA_    _NA_

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 1 6 2001

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

# Order To Withdraw Warrant

THE STATE OF OKLAHOMA, )          IN THE DISTRICT COURT

COUNTY OF SEQUOYAH,      )          Before _Dennis M. Sprouse_
                                              Judge

To:  The Sheriff of the County of Sequoyah:
       and                                    Case No. CM-00-900
The Court Clerk of the County of Sequoyah

An order having been made by the undersigned Judge to issue a Warrant for the arrest of the Defendant, _Brandie Zane Price_ _____, on the _6th_ Day of _December_ , _2000_ .

This Court has determined that in the interest of justice said Warrant should be _withdrawn_ immediately.

IT IS ORDER, that the above mentioned _Warrant is withdrawn_ and all records are to immediately reflect that the Warrant is no longer outstanding for service.

Dated at Sallisaw, Oklahoma this _16th_ Day of _MAY_ _____ _____ , _2001_ .

_____
Judge of the District Court

## IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 17 2001

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

|  |  |
|---|---|
| State of Oklahoma,<br>Plaintiff, | ) <br> ) <br> ) |
| VS. | ) |
| BRANDIE PRICE | ) <br> ) <br> ) <br> ) |
| _____ | ) |
| **Defendant** | |

CRM-00-900

### ORDER TO APPEAR FOR DISPOSITION

You are hereby ordered to appear the __29__ day of __June__ , __2001__ at ____9:30____ __A__ . M. You should report to the Court Clerk's office on the second floor of the Sequoyah County Courthouse in Sallisaw. You should report thirty minutes prior to your appearance time. **NO Further Notice Will Be Given.**

Dated this __16__ day of __MAY__ , __2001__.

_____
**Judge of the District Court**

I understand I have been charged with a misdemeanor crime and must appear for a dispositional docket for the Court's review of my case. The purpose of the dispositional docket is to give me a chance to visit with an attorney from the District Attorney's Office. After the visit, if a plea bargain is reached, I may enter a plea of guilty in exchange for the state's recommendation. If no agreement is possible then I may request a jury trial.

Most Importantly I understand that my failure to appear at the date and time given above will result in the issuance of a warrant for my arrest and that my present bond will be forfeited.

_Brandie L. Price_
**Defendant**

KEEP THIS FOR YOUR RECORDS AS NO FURTHER NOTICE WILL BE GIVEN

## WARRANT CLEARANCE

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 22 2001

BERNELL EDWARDS, COURT CLERK
BY_____
_____DEPUTY

WARRANT # _CM00-900_

WARRANT NAME _Brandie Zane Price_

DATE & TIME CLEARED _5/16/01  13:47_

WARRANT CLEARED BY:

ARREST_____    OFFICER SERVING_____

AGENCY_____

CANCEL _X_    OFFICIAL DIRECTING WARRANT CANCELLATION

_Judge Sprouse_

WAS WARRANT PULLED FROM FILE?    (YES)    NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT MARKED OFF BOOK?    (YES)    NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT CANCELLED FROM NCIC?    YES    (NO)

IF NO, EXPLAIN WHY NOT_____Not entered_____

WAS WARRANT REMOVED FROM HOLDS BOOK?    YES    (NO)

IF NO, EXPLAIN WHY NOT_____No hold_____

SHERIFF'S OFFICE EMPLOYEE SIGNATURE _Amy Nelson_

NOTE:   AFTER COMPLETING THIS FORM, STAPLE THIS FORM BACK TO
BACK WITH THE WARRANT AND PLACE IN THE FOLDER MARKED
"SEND TO COURT CLERK." ONLY USE THIS FORM TO CLEAR
SEQUOYAH COUNTY WARRANTS.

USE ONE FORM FOR EACH WARRANT CLEARED.

WARRANT OF ARREST          DAY OR NIGHT          CASE NO. CM- 00-900

SEQUOYAH COUNTY DISTRICT COURT

| STATE OF OKLAHOMA | ) | |
|---|---|---|
| | ) | ss. |
| SEQUOYAH COUNTY | ) | |

TO THE SHERIFF OF THE COUNTY OF SEQUOYAH, OR TO ANY SHERIFF, CONSTABLE, MARSHAL, POLICEMAN OR PEACE OFFICER OF THIS STATE.

Complaint on oath having been this day laid before me, that the crime of

OBTAINING MERCHANDISE BY BOGUS CHECK
21 O.S. § 1541.1
has been committed, and accusing BRANDIE ZANE PRICE thereof;

BOND: _500ᵒᵒ Cash_

Address: ▆▆▆▆▆▆

City:    MULDROW          State: OK   ZIP: 74948

Birth Date: ▆▆▆ 1978    Weight: 164          DL: 444825806 OK

Height:  5-6              Sex:  F              Eyes: GY

Race:   W

YOU ARE THEREFORE COMMANDED FORTHWITH TO BRING THE ABOVE NAMED BRANDIE ZANE PRICE and bring her before me at my office in said county, to answer said charge.

DATED AT _____, THIS _5th_ DAY OF _Apr_, _2000_

WITNESS MY HAND AND OFFICIAL SEAL

_____
JUDGE OF THE DISTRICT COURT

RETURN OF SERVICE

| STATE OF OKLAHOMA | ) | |
|---|---|---|
| | ) | |
| SEQUOYAH COUNTY | ) | |

Received this Writ the _____ day of _____, _____, and executed it by arresting the within named _____ - and now have her body before the Court.

| | | |
|---|---|---|
| Fees-Service and Return of Writ | $ | _____ |
| Service on First Person | $ | _____ |
| Service on Additional Persons | $ | _____ |
| Bringing prisoner into Court | $ | _____ |
| Attending Examination | $ | _____ |
| Mileage | $ | _____ |
| Total | $ | _____ |

_____          _____
Arresting Officer                          Sheriff

WARRANT OF ARREST          DAY OR NIGHT          CASE NO. CM- _00-900_

SEQUOYAH COUNTY DISTRICT COURT

---

| STATE OF OKLAHOMA | ) | |
|---|---|---|
| | ) | ss. |
| SEQUOYAH COUNTY | ) | |

TO THE SHERIFF OF THE COUNTY OF SEQUOYAH, OR TO ANY SHERIFF, CONSTABLE, MARSHAL, POLICEMAN OR PEACE OFFICER OF THIS STATE.

Complaint on oath having been this day laid before me, that the crime of

OBTAINING MERCHANDISE BY BOGUS CHECK
21 O.S. § 1541.1
has been committed, and accusing BRANDIE ZANE PRICE thereof;

BOND: _500⁰⁰ Cash_
Address: ██████████
City:  MULDROW          State: OK   ZIP: 74948
Birth Date: ████ 1978          Weight: 164          DL: 444825806 OK
Height:   5-6          Sex:    F          Eyes: GY
Race:   W

YOU ARE THEREFORE COMMANDED FORTHWITH TO BRING THE ABOVE NAMED BRANDIE ZANE PRICE and bring her before me at my office in said county, to answer said charge.

DATED AT _____, THIS _5th_ DAY OF _Apl_, _2000_

WITNESS MY HAND AND OFFICIAL SEAL

_____
JUDGE OF THE DISTRICT COURT

---

## RETURN OF SERVICE

| STATE OF OKLAHOMA | ) |
|---|---|
| | ) |
| SEQUOYAH COUNTY | ) |

Received this Writ the _____ day of _____, _____, and executed it by arresting the within named _____ - and now have her body before the Court.

| | | |
|---|---|---|
| Fees-Service and Return of Writ | $ | _____ |
| Service on First Person | $ | _____ |
| Service on Additional Persons | $ | _____ |
| Bringing prisoner into Court | $ | _____ |
| Attending Examination | $ | _____ |
| Mileage | $ | _____ |
| Total | $ | _____ |

Arresting Officer                    Sheriff

State of Oklahoma
OFFICE OF THE DISTRICT ATTORNEY
District 27

DIANNE BARKER HARROLD
District Attorney

SEQUOYAH COUNTY
120 East Chickasaw
Sallisaw, OK 74955
918-775-9131

RE:    State v. _Brandie Price_          CM/CF _00-900_

Preliminary Hearing Date _6-25-01_

Dear _Ms_   _Price_

I have reviewed the above referenced file and, in order to streamline plea negotiations, convey the following recommendation:

1.  Number of years _3 yr   Def_
2.  Subject to PSI reserving the right to object to a deferred or suspended:   Yes _____   No _____
3.  Fine:  $ ~~1000.00~~   _Court Cost_
4.  Victim of Crime Fund:  $ _____
5.  Drug Enforcement Fund:  $ _____
6.  Restitution:  $ ~~_____~~ _1300.00  — Helen_
7.  Hours of Community Service _____
8.  Other:

I reserve the right to change this recommendation until your client's acceptance.  Please contact me if you have additional information or questions.

Thank you for your consideration in this matter.

Sincerely,

Assistant District Attorney

_Amanda — set up Cost —
just released —
dmc_

_1-888-234-8883 - Patsy
1-918-456-4993_

Black Diamond Print-Sallisaw

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )
            Plaintiff                 )
                                      )
vs.                                   )      Case No. CF-98-00481C
BRANDIE ZANE PRICE                    )               CF-99-00061
                                      )               CF-99-00549
                                      )               CM-00-00900
                                      )
MULDROW, OK  74948                    )
RT 5 BOX 67 Defendant                 )
    SS#: ████5806                                   SEQUOYAH COUNTY, OKLAHOMA
    DOB: ████1978        *T E M P.*                         FILED
                                                     IN DISTRICT COURT

                    State's Attorney:                   NOV 1 9 2002
                    Defendant's Attorney:
                                                  BERNELL EDWARDS, COURT CLERK
Date: 11/19/02              RULE 8 HEARING JERRY S. MOORE _____
                              (Summary)                              DEPUTY

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $40.00 on or before 01-10-20*03* and

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 01-10-20 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: *Do appear January 10, 2003*
_____

_____

TOTAL TO PAY $ *2309.00*

*Brandie Price*                         *John C. Garrett*
_____          _____
        Defendant                     JOHN C. GARRETT
                                      Judge of the District Court
Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA, )
      Plaintiff )
                              )   Case No. CF-98-00481C
vs.                          )            CF-99-00061
BRANDIE ZANE PRICE          )            CF-99-00549
                             )            CM-00-00900
                             )
MULDROW, OK  74948          )
RT 5 BOX 67Defendant       )
   SS#: ▮▮▮5806
   DOB: ▮▮/1978

*TEMP.*

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

State's Attorney:
Defendant's Attorney:

NOV 1 9 2002

BERNELL EDWARDS, COURT CLERK

Date: 11/19/02         RULE 8 HEARINGJERRY S. MOORE _____ DEPUTY
                                 (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $40.00 on or before 01-10-20<u>03</u> and

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 01-10-20 _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: *To appear January 10, 2003*
_____

TOTAL TO PAY $2309.00

*Brandie Price*
_____
Defendant

JOHN C. GARRETT
_____
Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

CHECK ONE _____ I plan to pay before 3:30 pm today

NOV 1 9 2002

_____ I plan to pay within 48 hours    X  I want extended time to pay

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE Brandie L Price    DATE Nov. 19, 2002

CASE # 98-481C    DATE OF BIRTH ████ /78

SS# ████ 5806    FINE/COST 2309

LAST NAME Price    FIRST Brandie    MI Z

Dec, 15, 2002
work
release

STREET ████    CITY Muldrow    PHONE 427-6259

EMPLOYER NA    HOW LONG NA    PHONE NA

EARNINGS NA per NA #hrs/wk NA paydates NA

IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS    SINGLE ✓    MARRIED ____    DIVORCED ____
SEPERATED ____    WIDOW/ER ____    COMMON LAW ____

Names and Ages of Children Zane - Morgan - Son
List others living in household NAME Louella Stamps    RELATIONSHIP Grandmother    EMPLOYER    INCOME

AMOUNT OF CASH WITH YOU $_____
Property, Investments, Assets $_____ Saving/Checking Accounts $_____
I AM SUPPORTED BY: father
   Alimony/Child Support_____    Do you receive housing assistance NO
   Social Security_____    Monthly Expenses:
   Pension/Retirement_____    Rent_____
   Welfare_____    Food_____
   Food Stamps_____    Utilities 110.00
   Unemployment_____    Child Care _____
   My Gross Monthly Earning_____    Medical_____
   Other Income Support_____ Source_____    TOTALS_____

DRIVERS LICENSE # 444825806 STATE OK EXP.DATE 12/02
VEHICLES YOU OWN OR USE: YEAR 98 MAKE/MODDLE Chev. Malibu MONTHLY PAYMENTS 266.44
50.00

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                        )
        Plaintiff                     )
vs.                                       )    Case No. CF-98-00481C  1  52.00
BRANDIE ZANE PRICE                        )             CF-99-00061  2  583.00
                                          )             CF-99-00549  3  1393.00
                                          )             CM-00-00900  4  141.00
MULDROW, OK  74948                        )
RT 5 BOX 67 Defendant                     )
    SS#: ████5806
    DOB: ████/1978

State's Attorney:
Defendant's Attorney:

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 07 2003

BERNELL EDWARDS, COURT CLERK

Date: 01/07/03            RULE 8 HEARING JERRY S. MOORE    BY
                              (Summary)                    _____ DEPUTY

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

    $40.00 on or before 02-07-20 03 and

then 40.00 per month on or before the 7th day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 02-07-20

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

_____

TOTAL TO PAY $ 2269.00

X _Brandie Price_____
    Defendant

_____
JOHN C. GARRETT
Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                     )
          Plaintiff                    )
vs.                                    )    Case No. CF-98-00481C
BRANDIE ZANE PRICE                     )             CF-99-00061
                                       )             CF-99-00549
                                       )             CM-00-00900
                                       )
MULDROW, OK  74948                     )
RT 5 BOX 67Defendant                   )
     SS#: ████5806
     DOB: ████/1978

                              SEQUOYAH COUNTY, OKLAHOMA
                              FILED
                              IN DISTRICT COURT

                              JAN 0 7 2003

                              BERNELL EDWARDS, COURT CLERK
                              _____ DEPUTY

              State's Attorney:
              Defendant's Attorney:

Date: 01/07/03          RULE 8 HEARINGJERRY S. MOORE
                              (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $40.00 on or before 02-07-20_03_ and

then _40.00_ per month on or before the _7th_ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 02-07-20_____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____


TOTAL TO PAY $ 2269.00          _____
                                 JOHN C. GARRETT
_____          Judge of the District Court
        Defendant
Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                      )
          Plaintiff                     )
vs.                                     )      Case No. CF-99-00549
BRANDIE ZANE PRICE                      )               CM-00-00900
                                        )
RT 5 BOX 673                            )
MULDROW, OK  74948                      )
          Defendant                     )
     SS#: ████5806
     DOB: ████/1978

                                               SEQUOYAH COUNTY, OKLAHOMA
                                                      FILED
                                               IN DISTRICT COURT

                        State's Attorney:        NOV 16 2004
Date: 11/16/04          Defendant's Attorney: JERRY S. MOORE
                                               BERNELL EDWARDS, COURT CLERK
                            RULE 8 HEARING      BY_____
                              (Summary)                          DEPUTY

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:


_____ $25.00 on or before 12-16-2004 and

then **25.00** per month on or before the **16** day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 12-16-20 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

_____


TOTAL TO PAY $**1344.00**

_X_Brandie Price_____            _____John C. Garrett_____
        Defendant                         JOHN C. GARRETT
                                        Judge of the District Court
Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

CHECK ONE:
_____I PLAN TO PAY BEFORE 3:30 PM TODAY.    _____I PLAN TO PAY IN 48 HRS.

___✓__I WANT EXTENDED TIME TO PAY

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation in CONTEMPT OF COURT for providing false and/or incomplete information on this application I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE _Brandie Price_    DATE _Nov 16, 2004_

CASE # _____    DATE OF BIRTH ████ /78

SSN# ████ _5806_    FINE/COSTS $_____

LAST NAME _Price_    FIRST _Brandie_  MI _Zane_

STREET ████████    CITY _Muldrow_  PH _427 6259_

EMPLOYER _Rib Shack_    HOW LONG _5 wks_  PH _848 0505_

EARNINGS _$ ____  PER _Hr_  #HRS/WK _3 day @ 30.00_  PAYDATES _daily_

IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS ___✓__ SINGLE    _____MARRIED    _____SEPARATED
_____DIVORCED    _____COMMON LAW    _____WIDOW(ER)

NUMBER OF CHILDREN ___1___    AGES OF CHILDREN ___2 yrs___

LIST OTHERS LIVING IN HOUSEHOLD    NAME   RELATIONSHIP   EMPLOYER   INCOME
_Louella Stamps_    _grandmother_   _NA_   _NA_
_Zane Price_    _son_   _NA_   _NA_

AMOUNT OF $ W/YOU_____    SAVING/CHECKING ACC $_____
PROPERTY, INVESTMENTS, ASSETS $_____
I AM SUPPORTED BY: _self & Grandmother_ DO YOU RECEIVE HOUSING ASSISTANCE__
    ALIMONY/CHILD SUPPORT_____    MONTHLY EXPENSES:
    SOCIAL SECURITY_____    RENT_____
    PENSION/RET._____    FOOD ✓ _259.00_
    WELFARE_____    UTILITIES_____
    FOOD STAMPS ✓ _259.00_    CHILD CARE_____
    UNEMPLOYMENT_____    MEDICAL_____
    GROSS MO. EARNING_____    TOTAL $_____
    OTHER INCOME SUPPORT_____    SOURCE_____

DRIVERS LICENSE # _081433 292_ STATE _OK_  EXP.DATE_____
VEHICLES YOU OWN OR USE:    YEAR   MAKE/MODEL   MONTHLY PMT.
    _94_ _Jeep Cherokee_

# Order To Withdraw Warrant

THE STATE OF OKLAHOMA, )  IN THE DISTRICT COURT

COUNTY OF SEQUOYAH,   )  Before _Dennis M Sprouse_
                                            Judge

To:  The Sheriff of the County of Sequoyah:
        and                                                    Case No. _CF-99-549_
The Court Clerk of the County of Sequoyah          _CM-00-900_

An order having been made by the undersigned Judge to issue a Warrant for the arrest of the Defendant, _Brandy Zane Price_ _____ , on the _4th_ Day of _April_ , _2006_.

This Court has determined that in the interest of justice said Warrant should be _withdrawn_ immediately.

IT IS ORDER, that the above mentioned _Warrant is withdrawn_ and all records are to immediately reflect that the Warrant is no longer outstanding for service.

Dated at Sallisaw, Oklahoma this _26th_ Day of _June_ _____ , _2006_ .

_____
Judge of the District Court

_If paid in full_

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 0 3 2006

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY