# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

## REDACTED EXHIBIT 177

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

**INFORMATION**

=================================================================

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA )
      Plaintiff, )
vs. )
  )
  )
**AUBREY DALE JACOBS** )
DOB: ███/56 #███-1409 )
**JOSEPH DALE JACOBS** )
DOB: ███76 #███-6130)
**JAMES WESLEY JACOBS** )
DOB ███/79 #███5912 )
**BRANDIE ZANE PRICE** )
DOB: ███78 #4███-5806) )
    Defendant. )

No. CF-98-481

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 15 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

**I N F O R M A T I O N**

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:**

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that AUBREY DALE JACOBS, JOSEPH DALE JACOBS, JAMES WESLEY JACOBS and BRANDIE ZANE PRICE did, in Sequoyah County, and in the State of Oklahoma, on the 10TH DAY DECEMBER, in the year of our Lord, One Thousand, Nine Hundred and Ninety-Eight and before the presentment hereof, commit the crime of

COUNT I: POSSESSION OF CONTROLLED DRUG WITH INTENT TO DISTRIBUTE
(FELONY) 63 O.S. 2-401

On the day and year and in the county and state aforesaid, said AUBREY DALE JACOBS, JOSEPH DALE JACOBS, JAMES WESLEY JACOBS and BRANDIE ZANE PRICE, while acting in concert each with the other, did unlawfully, wilfully and feloniously have in their possession and under their control METHAMPHETAMINE with the felonious intent then and there to unlawfully deliver and distribute the same, said drug being classified as a controlled dangerous substance in Schedule II of the Uniform Controlled Dangerous Substances Act of this State,

COUNT II: UNLAWFUL POSSESSION OF PARAPHERNALIA-(MISD) 63 O.S. 2-405

On the day and year in the County and State aforesaid, said AUBREY DALE JACOBS, JOSEPH DALE JACOBS, JAMES WESLEY JACOBS and BRANDIE ZANE PRICE, while acting in concert each with the other, did unlawfully, wilfully and wrongfully have in their possession and under their control certain paraphernalia, to-wit: syringes, plastic baggies, scales and rolling papers, used to consume drugs classified as controlled dangerous substances under the Uniform Controlled Dangerous Substances Act of this State, and for the purpose and with the unlawful intent to administer such controlled dangerous substances without having any medical or other lawful need requiring possession of said paraphernalia,

COUNT III: UNLAWFUL POSSESSION OF MARIHUANA-(MISD) 63 O.S. 2-402

That on the day and year and in the county and state aforesaid, said AUBREY DALE JACOBS, JOSEPH DALE JACOBS, JAMES WESLEY JACOBS and BRANDIE ZANE PRICE, while acting in concert each with the other, did unlawfully, wilfully, knowingly, intentionally and wrongfully have in their possession and under their control MARIHUANA, said drug being classified as a controlled dangerous substance in Schedule I (C) of the Uniform Controlled Dangerous Substances Act of this State,

COUNT IV: FELONIOUSLY CARRYING FIREARM-21 O.S. 1283
AUBREY DALE JACOBS did unlawfully, wilfully, and feloniously have in his possession or within his immediate control a .12 gauge shotgun, after having been heretofore placed on DOC supervision in Case No. CF-98-58, for the crime of POSSESSION OF CONTROLLED DRUG WITH INTENT TO DISTRIUBTE, in Sequoyah County, State of Oklahoma,

COUNT V: POSSESSION OF FIREARM IN COMMISSION OF FELONY
21 O.S. 1287
That on the day and year, and in the County and State, aforesaid, AUBREY DALE JACOBS, JOSEPH DALE JACOBS, JAMES WESLEY JACOBS and BRANDIE ZANE PRICE, while acting in concert each with the other, did unlawfully, wilfully, and feloniously, while committing the felony of POSSESSION OF CONTROLLED DRUG WITH INTENT TO DISTRIBUTE, did then and there possess a firearm, to-wit: a .12 gauge shotgun, whether loaded or not, in such commission or attempt,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

By_____
Assistant District Attorney

STATE OF OKLAHOMA )
) ss.
COUNTY OF SEQUOYAH)
    Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____
Assistant District Attorney

Subscribed and sworn to before me this _15th_ day of December, 1998.

My Commission Expires:
_6/28/99_

_____
NOTARY PUBLIC

WITNESSES:
Alan Spangler, Muldrow PD
David Haskins, Muldrow PD
David Taylor, Muldrow PD
Joe Cavillo, Muldrow PD
Phil Robertson, Muldrow PD
April Childers, Muldrow PD
Chemist, OSBI Lab, Tahlequah, OK

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

PROBABLE CAUSE AFFIDAVIT

CF-98-481

Comes now the undersigned Affiant, and states upon Oath or Affirmation that the following information and facts are correct to the best of the Affiant's knowledge and belief.

NAME OF PERSON ARRESTED: Joseph Dale Jacobs
DATE OF BIRTH: ███ 76          DATE OF ARREST 12-10-98
TIME OF ARREST (DETENTION): 2345          a.m./p.m.

STATE SPECIFIC FACTS UPON WHICH PROBABLE CAUSE FOR ARREST WAS BASED:

Search Warrant was excuted at the Residence, were Subject named Above was AT. During Search Several Syringes were Found, Several Plastic Baggies were Found with White Powdery Substance inside. Green leafy Substance was also Found. 12ga shotgun was Found inside the Residence. Subject is Convicted Felon Through Sebastian County on 3-15-98. Several Colored Small plastic Baggies were Discovered Along with Scales.

( Use reverse side or attach another page if necessary )

ANTICIPATED CHARGE (S) : Poss CDS w/ Intent, Poss Marijuana, Poss Drug Phara., Felon in Poss Firearm, Poss Firearm/while Commiting Felony, AFCF

_____
AFFIANT ( ARRESTING OFFICER )

SUBSCRIBED AND SWORN TO BEFORE ME, THE UNDERSIGNED, THIS 11th DAY OF December 199 8.
MY COMMISSION EXPIRES: 6/28/99

_____
NOTARY PUBLIC / JUDGE / WITNESS

=================================================================

PROBABLE CAUSE DETERMINATION

I, Dennis M. Sprouse : Judge of the District Court, revirwed this Probable Cause Affidavit on the 11 day of December ; 199 8 at 3:26 a.m / p.m.

__✓__ This Affidavit contains sufficient facts showing probable cause to detain the Arrestee to await further proceedings.

__✓__ The Court sets an Appearance Bond in the amount of $ 20,000.00

_____ The Court denies Bond at this time.

_____ This Affidavit contains insufficient facts to show there is probable cause to detain the Arrestee. The Arrestee is ORDERED RELEASED FROM CUSTODY FORTHWITH.

_____
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 15 1998

BERNELL EDWARDS, COURT CLERK
BY _____ Cw _____ DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

PROBABLE CAUSE AFFIDAVIT

CF-98-481

Comes now the undersigned Affiant, and states upon Oath or Affirmation that the following information and facts are correct to the best of the Affiant's knowledge and belief.

NAME OF PERSON ARRESTED: James Wesley Jacobs
DATE OF BIRTH: ███ 79    DATE OF ARREST 12-10-98
TIME OF ARREST (DETENTION) : 2345    a.m./~~p.m.~~

STATE SPECIFIC FACTS UPON WHICH PROBABLE CAUSE FOR ARREST WAS BASED:

Subject was at Residence were Search Warrant was excuted. During Search, Several Syringes were found, Several Plastic Baggies, and Scales. Asd. Plastic Baggie's had white powdery Substance inside. Green leafy Substance was found, along with pipes. Two Syringes found was loaded with a ligiuod Substance. Also 1290 shotgun was found at the Residence.

( Use reverse side or attach another page if necessary )

ANTCIPATED CHARGE (S) : Poss CDS w/ Intent, Poss Marijuana, Poss Drug Para, Poss firearm while Committing felony

AFFIANT / ARRESTING OFFICER

SUBSCRIBED AND SWORN TO BEFORE ME, THE UNDERSIGNED, THIS 11the DAY OF
December 1998 .
MY COMMISSION EXPIRES: 6/28/99

NOTARY PUBLIC / JUDGE / WITNESS

===========================================================================

PROBABLE CAUSE DETERMINATION

I, Dennis M. Sprouse : Judge of the District Court, revirwed this Probable Cause Affidavit on the 11th day of December ; 1998 at 3:2r ~~a.m.~~ / p.m.

__✓__ This Affidavit contains sufficient facts showing probable cause to detain the Arrestee to await further proceedings.

__✓__ The Court sets an Appearance Bond in the amount of $ 10,000.00

_____ The Court denies Bond at this time.

_____ This Affidavit contains insufficient facts to show there is probable cause to detain the Arrestee. The Arrestee is ORDERED RELEASED FROM CUSTODY FORTHWITH.

JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 1 5 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

PROBABLE CAUSE AFFIDAVIT          CF-98-481

Comes now the undersigned Affiant, and states upon Oath or Affirmation that the following information and facts are correct to the best of the Affiant's knowledge and belief.

NAME OF PERSON ARRESTED: Brandie Jane Price
DATE OF BIRTH: ████ 78          DATE OF ARREST 12-10-98
TIME OF ARREST (DETENTION) : 2345          a.m. (p.m.)

STATE SPECIFIC FACTS UPON WHICH PROBABLE CAUSE FOR ARREST WAS BASED:

Subject was present at Residence while Search warrant was executed. Subjects Personal belongings were Also present at Residence. During Search Several Syringes were found, Several Small plastic Baggies, Scales, and pipes. 2 Syringes were found with liquid inside. Several plastic Baggies were found with powdery Substance inside. 12ga Shotgun was found inside the Residence. Also green leafy Substance was found

( Use reverse side or attach another page if necessary )

ANTCIPATED CHARGE (S) : Poss CDS w/Intent, Poss Marijiana, Poss Para, Poss firearm while Commiting felony

AFFIANT ( ARRESTING OFFICER )

SUBSCRIBED AND SWORN TO BEFORE ME, THE UNDERSIGNED, THIS 11th DAY OF
December 1998 .
MY COMMISSION EXPIRES: 6/28/99          Graciela Hart Brumley
          NOTARY PUBLIC / JUDGE / WITNESS

======================================================================

PROBABLE CAUSE DETERMINATION

I, Dennis M. Sprouse : Judge of the District Court, revirwed this Probable Cause Affidavit on the 11th day of Dec ; 1998 at 3:27 a.m. / p.m.

✓ This Affidavit contains sufficient facts showing probable cause to detain the Arrestee to await further proceedings.

✓ The Court sets an Appearance Bond in the amount of $ 15,000.00

_____ The Court denies Bond at this time.

_____ This Affidavit contains insufficient facts to show there is probable cause to detain the Arrestee. The Arrestee is ORDERED RELEASED FROM CUSTODY FORTHWITH.

JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 1 5 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

PROBABLE CAUSE AFFIDAVIT    CF-98-481

Comes now the undersigned Affiant, and states upon Oath or Affirmation that the following information and facts are correct to the best of the Affiant's knowledge and belief.

NAME OF PERSON ARRESTED: Aubrey Dale Jacobs
DATE OF BIRTH: ____56    DATE OF ARREST 12-10-98
TIME OF ARREST (DETENTION): 2345    a.m. (p.m.)

STATE SPECIFIC FACTS UPON WHICH PROBABLE CAUSE FOR ARREST WAS BASED:

Search warrant was executed at the Residence of the person named above. During search of the Residence several Syringes were found, along with scales, white powdery Substance believed to be Meth., Dreed leafy Substance believed to be Marijuana, 1 Set of Scales, Shotgun 12ga. Subject is convicted felon. Subject Recieved 5 year suspended Sentence in Sequoyah County on 12-7-98, (CF-98-58) Also several Small Colored Plastic Baggies were Discovered.

( Use reverse side or attach another page if necessary )

ANTCIPATED CHARGE (S): Poss CDS w/Intent, Poss Marijuana, Poss Phara., Poss Firearm while being felon, Poss of firearm while committing felony, AFCF

_____ AFFIANT (ARRESTING OFFICER)

SUBSCRIBED AND SWORN TO BEFORE ME, THE UNDERSIGNED, THIS 11th DAY OF December 1998.
MY COMMISSION EXPIRES: 6/8/99

_____ NOTARY PUBLIC / JUDGE / WITNESS

=============================================================================
PROBABLE CAUSE DETERMINATION

I, Dennis M. Sprouse: Judge of the District Court, revirwed this Probable Cause Affidavit on the 11th day of December; 1998 at 3:25 a.m /(p.m.)

___✓___ This Affidavit contains sufficient facts showing probable cause to detain the Arrestee to await further proceedings.

___✓___ The Court sets an Appearance Bond in the amount of $ 35,000.00    $35,000.00

_____ The Court denies Bond at this time.

_____ This Affidavit contains insufficient facts to show there is probable cause to detain the Arrestee. The Arrestee is ORDERED RELEASED FROM CUSTODY FORTHWITH.

_____ JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 1 5 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

St of Okla.

Plaintiff

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 22 1998
BERNELL EDWARDS, COURT CLERK
BY_____ aw _____DEPUTY

vs. Aubrey D. Jacob

Defendant

CASE NO: CR-98-231-49

APPLICATION FOR APPOINTED COUNSEL
AND
AFFIDAVIT OF FINANCIAL INABILITY TO EMPLOY COUNSEL

I swear and affirm that I am the party in the above entitled action. I want an attorney to represent me in this case. I am financially unable to obtain the services of an attorney without causing substantial hardship to myself or to my family. The following information is true and is given and intended to be relied upon by the court and other persons or agencies in determining my eligibility for legal services to be furnished to me at public expense.

PLEASE FILL IN ALL SPACES BELOW AND SIGN YOUR NAME UNDER OATH IN FRONT OF THE JUDGE, A NOTARY OR THE COURT CLERK. IF A QUESTION DOES NOT APPLY TO YOU, PLEASE WRITE IN THE BLANK "DOES NOT APPLY".

I. GENERAL INFORMATION          DATE: 12-22-98
NAME: Dale Jacobs
ADDRESS: ██████████████████
TELEPHONE: _____   MESSAGE NUMBER: _____
SOCIAL SECURITY NO: ████ 1409   AGE: 42   DOB: ████ 56
SINGLE ( ✓ ) MARRIED ( ) SEPARATED ( )
SPOUSE'S NAME: None
ADDRESS: None
TELEPONE: None
HOW MANY PEOPLE ARE IN YOUR HOUSEHOLD? 6
NAME AND AGES: None

ARE YOU CLAIMED AS A DEPENDENT BY A PARENT OR GUARDIAN? YES ( ) NO ( ✓ )

II FAMILY INCOME
YOUR MONTHLY TAKE HOME PAY: None   WEEKLY TAKE HOME PAY: None
YOUR EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY)
None
YOUR EMPLOYER'S PHONE NUMBER: _____
SPOUSE'S SALARY: _____
SPOUSE'S EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY

SPOUSE'S EMPLOYER'S PHONE NUMBER: _____
IS ANY OTHER MEMBER OF YOUR HOUSEHOLD EMPLOYED? YES( ) NO( ✓ )
WHO? None
WHERE? None
SALARY? None
DEPENDENT'S EMPLOYER: _____
OTHER SOURCE OF INCOME OR BENEFITS (INCLUDE INTEREST, DIVIDENDS, ROYALTIES, ETC.) None
TOTAL FAMILY INCOME FOR PRECEDING MONTH WAS $ None

III FAMILY ASSETS (WHAT YOU OWN LESS WHAT YOU OWE ON IT)
MONEY:
IN JAIL: _21 cents_ AT HOME: _No_ CHECKING: _No_
SAVINGS: _N/o_ SAFE DEPOSIT BOX _No_ OTHER: _No_
HOME OR OTHER REAL ESTATE VALUE: _No_ JEWELRY VALUE: _No_
AUTOMOBILES: MAKE AND VALUE _none_ FURNITURE VALUE _No_
MOTORCYCLES: MAKE AND VALUE_____ TOOLS/EQUIPMENT
VALUE _No_
NOTES, MORTGAGES AND TRUST DEEDS: _No_ ANY DEBTS OWED TO THE DEF_____
OTHER ASSETS AND PROPERTY VALUE: _No_
ARE YOU PARTY TO A SUIT (PROBATE, WORKER'S COMPENSATION, PERSONAL
INJURY)WHERE?_____ JUDGMENT MAY BE EXPECTED? YES( ) NO(✓)
NAME OF ATTORNEY?_____

IV EXPENSES AND DEBTS
RENT/HOUSE PAYMENT: _No_ CLOTHING _No_ FOOD _No_
DOCTOR/MEDICINE _No_ UTILITIES _No_ CAR PAYMENT _No_
INSURANCE: _No_ OTHER: _None_
TOTAL MONTHLY LIVING EXPENSES: _None_
MORTGAGE/LANDLORD'S NAME: _No_
MAJOR DEBTS: (list to whom and amount owed): _None_

LIST THE PERSONS WHO ARE DEPENDENT ON YOU FOR SUPPORT. STATE YOUR
RELATIONSHIP TO EACH PERSON AND HOW MUCH YOU CONTRIBUTE MONTHLY TO THEIR
SUPPORT: _Nobody_

V. LAST EMPLOYMENT
WHEN DID YOU LAST WORK?: _19 94_
WHO WAS YOUR EMPLOYER?: _Pine Manufactured_
SALARY: _$400 weekly_ HOW LONG DID YOU WORK THERE?: _1 yr_
WHY DID YOU QUIT? _Went crazy_

VI. THE FOLLOWING PEOPLE CAN VERIFY TO A LARGE EXTENT MY ABOVE MENTIONED
FINANCIAL SITUATION. GIVE NAME , ADDRESS AND PHONE NUMBER.
1. _Joey Jacobs_
2. _Myla Jacobs_
3. _James Jacobs_

VII. CHARGE AND BOND
CHARGE(S): FELONY _✓_ MISDEMEANOR_____ JUVENILE_____
ARRESTING AGENCY:_____
CITY _Mulinnow_ COUNTY _Sesome_ STATE _OR_
HAS BOND BEEN POSTED? YES( ) NO(✓) DID YOU USE A BONDSMAN? YES( ) NO(✓)
WHO PAID THE BONDSMAN? _No_
AMOUNT OF BOND _75,000_ PREMIUM PAID TO BONDING CO: _No_
IF YOU DID NOT USE A BONDSMAN, DID YOU POST A CASH _No_ OR P.R. _No_

LIST ANY DEFENDANTS CHARGES WITH YOU _Don't Know_

VIII

1. HAVE YOU TRANSFERRED OR SOLD ANY ASSETS SINCE CHARGES WERE FILED IN THE CASE? YES ( ) NO ( O ) IF SO, DESCRIBE THE BUYER AND THE AMOUNT RECEIVED.

_____

2. HAVE YOU RETAINED COUNSEL IN THE CASE OR IN ANY OTHER PENDING CRIMINAL CASE? YES ( ) NO ( ✓ ) IF SO, STATE THE CASE NUMBER, COURT ATTORNEY AND AMOUNT PAID TO ATTORNEY FOR SERVICES: _None_

3. DO YOU HAVE ANY FRIENDS OR RELATIVES WHO ARE ABLE AND WILLING TO ASSIST YOU IN HIRING COUNSEL AND PAYING FOR TRANSCRIPTS? YES ( ) NO ( ✓ ) IF SO, HAVE THOSE PERSONS BEE ASKED TO HELP? YES ( ) NO ( ✓ )

4. IF ANY FRIEND OR RELATIVE HAS GIVEN PREVIOUS FINANCIAL ASSISTANCE IN THIS CASE, BUT IS NO LONGER ABLE OR WILLING TO DO SO, AN AFFIDAVIT TO THAT EFFECT FROM THAT PERSON SHOULD BE ATTACHED. IS THAT AFFIDAVIT ATTACHED YES( ) NO( )

IX. NAMES OF THREE ATTORNEY'S YOU CONTACTED:

1. NAME: _Don Gorra e_
   WHEN DID YOU CONTACT THIS ATTORNEY?_____
   HOW DID YOU CONTACT THIS ATTORNEY?_____
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( ✓ )
2. NAME: _Bernen Cans_
   WHEN DID YOU CONTACT THIS ATTORNEY?_____
   HOW DID YOU CONTACT THIS ATTORNEY?_____
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( ✓ )
3. NAME: _Scott Heckman_
   WHEN DID YOU CONTACT THIS ATTORNEY?_____
   HOW DID YOU CONTACT THIS ATTORNEY?_____
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( ✓ )

X. I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION I HAVE PROVIDED IS TRUE AND CORRECT. I UNDERSTAND THAT I MAY BE PROSECUTED FOR PROVIDING FALSE INFORMATION IN THIS APPLICATION AND AFFIDAVIT. I UNDERSTAND THAT I MUST INFORM THE OKLAHOMA INDIGENT DEFENSE SYSTEM OF ANY CHANGE IN MY FINANCIAL SITUATION THAT MAY CHANGE THE INFORMATION I HAVE PROVIDED. I FURTHER DECLARE THAT I HAVE CONTACTED THREE ATTORNEYS, LICENSED TO PRACTICE LAW IN THIS STATE, AND I AM WITHOUT FUNDS TO PAY AN ATTORNEY TO REPRESENT ME OR TO PAY FOR TRANSCRIPTS AND COST ASSOCIATED WITH THIS CASE.

DATED THIS _12_ DAY OF _22_ 19 _98_

DEFENDANT _Aubrey D. Jacobs_
LEGAL GUARDIAN _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _22nd_ DAY OF _December_ 19 _98_.

comm. exp._____

_Dernell Edwards_
PUBLIC NOTARY OR CLERK OR JUDGE

I FIND THAT THE DEFENDANT IS UNABLE TO PAY THE APPLICATION FEE AND I HEREBY WAIVE THE FEE.

_____
JUDGE

APPOINTMENT OF INDIGENT DEFENSE COUNSEL

APPROVED _dmc_ DENIED _____

_Hunter_ 12-23-98

## NOTICE

A copy of this APPLICATION AND AFFIDAVIT shall be sent to the prosecuting attorney or office of attorney general, whichever is applicable, for review and, upon request, the court shall hold a hearing to determine your eligibility for legal services to be furnished to you at public expense.

## IMPORTANT NOTICE

The court shall order you to pay the costs of your legal representation in total, or in installments. The court shall set the amount and due of each installment payment. The costs shall be paid to the court clerk in your county. The costs shall be a debt against you until paid and shall subject you to debt collection procedures as provided by law. The costs shall be deducted from any state income tax refund due you until the total costs are paid.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 2 2 1998

BERNELL EDWARDS, COURT CLERK
BY _____ , COURT CLERK
_____ DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA
_____
Plaintiff

vs.

JOE JACOBS
_____
Defendant

CASE NO: CF-98-481A

## APPLICATION FOR APPOINTED COUNSEL
### AND
### AFFIDAVIT OF FINANCIAL INABILITY TO EMPLOY COUNSEL

I swear and affirm that I am the party in the above entitled action. I want an attorney to represent me in this case. I am financially unable to obtain the services of an attorney without causing substantial hardship to myself or to my family. The following information is true and is given and intended to be relied upon by the court and other persons or agencies in determining my eligibility for legal services to be furnished to me at public expense.

PLEASE FILL IN ALL SPACES BELOW AND SIGN YOUR NAME UNDER OATH IN FRONT OF THE JUDGE, A NOTARY OR THE COURT CLERK. IF A QUESTION DOES NOT APPLY TO YOU, PLEASE WRITE IN THE BLANK "DOES NOT APPLY".

I. GENERAL INFORMATION                    DATE: 12/13/98
NAME: JOE JACOBS
ADDRESS: ███████████ MULDROW
TELEPHONE: 775-2239          MESSAGE NUMBER: 775-2239
SOCIAL SECURITY NO: ███████6130    AGE: 22    DOB: ███████76
SINGLE (X) MARRIED ( ) SEPARATED ( )
SPOUSE'S NAME: NONE
ADDRESS: NONE
TELEPONE: NONE
HOW MANY PEOPLE ARE IN YOUR HOUSEHOLD? 3
NAME AND AGES: NYLA JACOBS, JAMES JACOBS, MATT JACOBS

ARE YOU CLAIMED AS A DEPENDENT BY A PARENT OR GUARDIAN? YES (X) NO ( )

II FAMILY INCOME
YOUR MONTHLY TAKE HOME PAY: N/A      WEEKLY TAKE HOME PAY: N/A
YOUR EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY)
N/A
YOUR EMPLOYER'S PHONE NUMBER: N/A
SPOUSE'S SALARY: N/A
SPOUSE'S EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY
N/A
SPOUSE'S EMPLOYER'S PHONE NUMBER: N/A
IS ANY OTHER MEMBER OF YOUR HOUSEHOLD EMPLOYED? YES( ) NO(X)
WHO? N/A
WHERE? N/A
SALARY? N/A
DEPENDENT'S EMPLOYER: N/A
OTHER SOURCE OF INCOME OR BENEFITS (INCLUDE INTEREST, DIVIDENDS, ROYALTIES, ETC.) N/A
TOTAL FAMILY INCOME FOR PRECEDING MONTH WAS $ N/A

III FAMILY ASSETS (WHAT YOU OWN LESS WHAT YOU OWE ON IT)
MONEY:
IN JAIL: NONE AT HOME: NONE CHECKING: NONE
SAVINGS: NONE SAFE DEPOSIT BOX NONE OTHER: NONE
HOME OR OTHER REAL ESTATE VALUE: NONE JEWELRY VALUE: NONE
AUTOMOBILES: MAKE AND VALUE NONE FURNITURE VALUE NONE
MOTORCYCLES: MAKE AND VALUE NONE TOOLS/EQUIPMENT
VALUE ◌
NOTES, MORTGAGES AND TRUST DEEDS: NONE ANY DEBTS OWED TO THE DEF ____
OTHER ASSETS AND PROPERTY VALUE: NONE
ARE YOU PARTY TO A SUIT (PROBATE, WORKER'S COMPENSATION, PERSONAL
INJURY)WHERE? NONE JUDGMENT MAY BE EXPECTED? YES( ) NO(X)
NAME OF ATTORNEY? NONE

IV EXPENSES AND DEBTS
RENT/HOUSE PAYMENT: NONE CLOTHING NONE FOOD NONE
DOCTOR/MEDICINE NONE UTILITIES NONE CAR PAYMENT NONE
INSURANCE: NONE OTHER:
TOTAL MONTHLY LIVING EXPENSES: NONE
MORTGAGE/LANDLORD'S NAME: NONE
MAJOR DEBTS: (list to whom and amount owed): NONE

LIST THE PERSONS WHO ARE DEPENDENT ON YOU FOR SUPPORT. STATE YOUR
RELATIONSHIP TO EACH PERSON AND HOW MUCH YOU CONTRIBUTE MONTHLY TO THEIR
SUPPORT: N/A

V. LAST EMPLOYMENT
WHEN DID YOU LAST WORK?: N/A
WHO WAS YOUR EMPLOYER?: N/A
SALARY: NONE HOW LONG DID YOU WORK THERE?: N/A
WHY DID YOU QUIT? N/A

VI. THE FOLLOWING PEOPLE CAN VERIFY TO A LARGE EXTENT MY ABOVE MENTIONED
FINANCIAL SITUATION. GIVE NAME, ADDRESS AND PHONE NUMBER.
1. N/A
2. N/A
3. N/A

VII. CHARGE AND BOND
CHARGE(S): FELONY X MISDEMEANOR X JUVENILE
ARRESTING AGENCY: Muldrow Police Dept
CITY Muldrow COUNTY Sequoyah STATE OKLA
HAS BOND BEEN POSTED? YES( ) NO(X) DID YOU USE A BONDSMAN? YES( ) NO(X)
WHO PAID THE BONDSMAN? N/A
AMOUNT OF BOND: NONE PREMIUM PAID TO BONDING CO: NONE
IF YOU DID NOT USE A BONDSMAN, DID YOU POST A CASH N/A OR P.R. N/A

LIST ANY DEFENDANTS CHARGES WITH YOU Dale Jacobs, James Jacobs, Brandie Price
VIII
1. HAVE YOU TRANSFERRED OR SOLD ANY ASSETS SINCE CHARGES WERE FILED IN THE
CASE? YES ( ) NO (X) IF SO, DESCRIBE THE BUYER AND THE AMOUNT RECEIVED.
_____

2. HAVE YOU RETAINED COUNSEL IN THE CASE OR IN ANY OTHER PENDING CRIMINAL
CASE? YES ( ) NO (X) IF SO, STATE THE CASE NUMBER, COURT ATTORNEY AND
AMOUNT PAID TO ATTORNEY FOR SERVICES:_____

3. DO YOU HAVE ANY FRIENDS OR RELATIVES WHO ARE ABLE AND WILLING TO ASSIST
YOU IN HIRING COUNSEL AND PAYING FOR TRANSCRIPTS? YES ( ) NO (X) IF SO, HAVE
THOSE PERSONS BEE ASKED TO HELP? YES ( ) NO (X)
4. IF ANY FRIEND OR RELATIVE HAS GIVEN PREVIOUS FINANCIAL ASSISTANCE IN THIS
CASE, BUT IS NO LONGER ABLE OR WILLING TO DO SO, AN AFFIDAVIT TO THAT EFFECT
FROM THAT PERSON SHOULD BE ATTACHED. IS THAT AFFIDAVIT ATTACHED YES ( ) NO (X)

IX. NAMES OF THREE ATTORNEY'S YOU CONTACTED:
1. NAME: DAN George
   WHEN DID YOU CONTACT THIS ATTORNEY?_____
   HOW DID YOU CONTACT THIS ATTORNEY? No Collecto Calls
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO (X)
2. NAME: Harry Scrufos
   WHEN DID YOU CONTACT THIS ATTORNEY?_____
   HOW DID YOU CONTACT THIS ATTORNEY? No collect Call
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO (X)
3. NAME: Frank Sullivan
   WHEN DID YOU CONTACT THIS ATTORNEY? No collect Calls
   HOW DID YOU CONTACT THIS ATTORNEY?_____
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO (X)

X. I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION I HAVE PROVIDED
IS TRUE AND CORRECT. I UNDERSTAND THAT I MAY BE PROSECUTED FOR PROVIDING
FALSE INFORMATION IN THIS APPLICATION AND AFFIDAVIT. I UNDERSTAND THAT I
MUST INFORM THE OKLAHOMA INDIGENT DEFENSE SYSTEM OF ANY CHANGE IN MY
FINANCIAL SITUATION THAT MAY CHANGE THE INFORMATION I HAVE PROVIDED. I
FURTHER DECLARE THAT I HAVE CONTACTED THREE ATTORNEYS, LICENSED TO
PRACTICE LAW IN THIS STATE, AND I AM WITHOUT FUNDS TO PAY AN ATTORNEY TO
REPRESENT ME OR TO PAY FOR TRANSCRIPTS AND COST ASSOCIATED WITH THIS CASE.

DATED THIS 13 DAY OF DEC 19 98

DEFENDANT Joe Jacobs / Joseph Jacobs
LEGAL GUARDIAN_____

SUBSCRIBED AND SWORN TO BEFORE ME THIS 22 DAY OF Dec 19 98.

comm. exp._____        Emma Muriel
                                 PUBLIC NOTARY OR CLERK OR JUDGE

I FIND THAT THE DEFENDANT IS UNABLE TO PAY THE APPLICATION FEE AND I HEREBY WAIVE THE FEE.

_____
JUDGE

APPOINTMENT OF INDIGENT DEFENSE COUNSEL

APPROVED _Cm s_ DENIED _____

_12-23-54_

## NOTICE

A copy of this APPLICATION AND AFFIDAVIT shall be sent to the prosecuting attorney or office of attorney general, whichever is applicable, for review and, upon request, the court shall hold a hearing to determine your eligibility for legal services to be furnished to you at public expense.

## IMPORTANT NOTICE

The court shall order you to pay the costs of your legal representation in total, or in installments. The court shall set the amount and due of each installment payment. The costs shall be paid to the court clerk in your county. The costs shall be a debt against you until paid and shall subject you to debt collection procedures as provided by law. The costs shall be deducted from any state income tax refund due you until the total costs are paid.

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

_____
Plaintiff

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

vs. *Brandie Z. Price*
_____
Defendant

CASE NO: *CF-98-481C*

## APPLICATION FOR APPOINTED COUNSEL
## AND
## AFFIDAVIT OF FINANCIAL INABILITY TO EMPLOY COUNSEL

I swear and affirm that I am the party in the above entitled action. I want an attorney to represent me in this case. I am financially unable to obtain the services of an attorney without causing substantial hardship to myself or to my family. The following information is true and is given and intended to be relied upon by the court and other persons or agencies in determining my eligibility for legal services to be furnished to me at public expense.

PLEASE FILL IN ALL SPACES BELOW AND SIGN YOUR NAME UNDER OATH IN FRONT OF THE JUDGE, A NOTARY OR THE COURT CLERK. IF A QUESTION DOES NOT APPLY TO YOU, PLEASE WRITE IN THE BLANK "DOES NOT APPLY".

I. GENERAL INFORMATION       DATE: *12/15/98*
NAME: *Brandie Zane Price*
ADDRESS: ▮▮▮▮▮▮▮ *Muldrow, OK  74948*
TELEPHONE: *918-427-6259*       MESSAGE NUMBER: _____
SOCIAL SECURITY NO: ▮▮▮▮▮*5806*       AGE: *20*       DOB: ▮▮▮*/78*
SINGLE ( ✓ ) MARRIED ( ) SEPARATED ( )
SPOUSE'S NAME: _____
ADDRESS: _____
TELEPONE: _____
HOW MANY PEOPLE ARE IN YOUR HOUSEHOLD? *2*
NAME AND AGES: *Myself -20 yrs old       Grandmother -Louella Stamps -65*
ARE YOU CLAIMED AS A DEPENDENT BY A PARENT OR GUARDIAN? YES ( · ) NO ( )

II FAMILY INCOME
YOUR MONTHLY TAKE HOME PAY: *$0.00*  WEEKLY TAKE HOME PAY: *$0.00*
YOUR EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY) — *none*
YOUR EMPLOYER'S PHONE NUMBER: *none*
SPOUSE'S SALARY: *none*
SPOUSE'S EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY *none*
SPOUSE'S EMPLOYER'S PHONE NUMBER: *none*
IS ANY OTHER MEMBER OF YOUR HOUSEHOLD EMPLOYED? YES( ) NO( ✓ )
WHO? *NA*
WHERE? *NA*
SALARY? *NA*
DEPENDENT'S EMPLOYER: *NA*
OTHER SOURCE OF INCOME OR BENEFITS (INCLUDE INTEREST, DIVIDENDS, ROYALTIES, ETC.) *SS Disability*
TOTAL FAMILY INCOME FOR PRECEDING MONTH WAS $ *475.00*

III FAMILY ASSETS (WHAT YOU OWN LESS WHAT YOU OWE ON IT)
MONEY:
IN JAIL: _None_ AT HOME: _None_ CHECKING: _None_
SAVINGS: _None_ SAFE DEPOSIT BOX _None_ OTHER: _None_
HOME OR OTHER REAL ESTATE VALUE: _None_ JEWELRY VALUE: _None_
AUTOMOBILES: MAKE AND VALUE _None_ FURNITURE VALUE _None_
MOTORCYCLES: MAKE AND VALUE _None_ TOOLS/EQUIPMENT
VALUE _None_
NOTES, MORTGAGES AND TRUST DEEDS: _None_ ANY DEBTS OWED TO THE DEF _____
OTHER ASSETS AND PROPERTY VALUE: _None_
ARE YOU PARTY TO A SUIT (PROBATE, WORKER'S COMPENSATION, PERSONAL
INJURY)WHERE? _Yes, Ark_ JUDGMENT MAY BE EXPECTED? YES( ) NO(✓)
NAME OF ATTORNEY? _Lisa Chronister_

IV EXPENSES AND DEBTS
RENT/HOUSE PAYMENT: _Unknown_ CLOTHING _Unknown_ FOOD _Unknown_
DOCTOR/MEDICINE _Unknown_ UTILITIES _Unknown_ CAR PAYMENT _none_
INSURANCE: _none_ OTHER: _non Unknown_
TOTAL MONTHLY LIVING EXPENSES: _Unknown_
MORTGAGE/LANDLORD'S NAME: _none_
MAJOR DEBTS: (list to whom and amount owed): _U.S. Government 1300.00_
_for School/College grant._

LIST THE PERSONS WHO ARE DEPENDENT ON YOU FOR SUPPORT. STATE YOUR
RELATIONSHIP TO EACH PERSON AND HOW MUCH YOU CONTRIBUTE MONTHLY TO THEIR
SUPPORT: _None_
_None_

V. LAST EMPLOYMENT
WHEN DID YOU LAST WORK?: _Aug. 98_
WHO WAS YOUR EMPLOYER?: _Father - Brad Price_
SALARY: _$5.90/hr._ HOW LONG DID YOU WORK THERE?: _2 yrs._
WHY DID YOU QUIT? _I didn't, father moved Co. to Chicago._

VI. THE FOLLOWING PEOPLE CAN VERIFY TO A LARGE EXTENT MY ABOVE MENTIONED
FINANCIAL SITUATION. GIVE NAME, ADDRESS AND PHONE NUMBER.
1. _Lonella Stamps_ ███████████ _Muldrow OK 74948_
   _918-427-6259_
2. _Louise Stamps, Price_ ███████████ _Kibler, Ark._
   _501-632-3167_
3. _Brad Price_ _Wheaton, IL_ _1-630-871-8771_

VII. CHARGE AND BOND: _poss. of CDS w/ Intent_ _possesion of a firearm_
CHARGE(S): FELONY ___ " _Mari Jana_ " _Misdemeanor_ _Drug paraphenelia_ JUVENILE ___ _w/in commission of a_
ARRESTING AGENCY: _Muldrow Police Department_ _felony_
CITY _Muldrow_ COUNTY _Seq._ STATE _OK_
HAS BOND BEEN POSTED? YES(✓) NO( ) DID YOU USE A BONDSMAN? YES( ) NO(✓)
WHO PAID THE BONDSMAN? _none_
AMOUNT OF BOND: _25,500_ PREMIUM PAID TO BONDING CO: _____
IF YOU DID NOT USE A BONDSMAN, DID YOU POST A CASH _____ OR P.R. _____

LIST ANY DEFENDANTS CHARGES WITH YOU _Joe Jacobs - Same, Dale Jacobs - Same_

VIII

1. HAVE YOU TRANSFERRED OR SOLD ANY ASSETS SINCE CHARGES WERE FILED IN THE CASE? YES ( ) NO ( ✓ ) IF SO, DESCRIBE THE BUYER AND THE AMOUNT RECEIVED.

_none_

2. HAVE YOU RETAINED COUNSEL IN THE CASE OR IN ANY OTHER PENDING CRIMINAL CASE? YES ( ) NO ( ✓ ) IF SO, STATE THE CASE NUMBER, COURT ATTORNEY AND AMOUNT PAID TO ATTORNEY FOR SERVICES: _none_

3. DO YOU HAVE ANY FRIENDS OR RELATIVES WHO ARE ABLE AND WILLING TO ASSIST YOU IN HIRING COUNSEL AND PAYING FOR TRANSCRIPTS? YES ( ) NO ( ✓ ) IF SO, HAVE THOSE PERSONS BEE ASKED TO HELP? YES ( ) NO ( )

4. IF ANY FRIEND OR RELATIVE HAS GIVEN PREVIOUS FINANCIAL ASSISTANCE IN THIS CASE, BUT IS NO LONGER ABLE OR WILLING TO DO SO, AN AFFIDAVIT TO THAT EFFECT FROM THAT PERSON SHOULD BE ATTACHED. IS THAT AFFIDAVIT ATTACHED YES( ) NO( )

IX. NAMES OF THREE ATTORNEY'S YOU CONTACTED:

1. NAME: _Harry Scoufus_
   WHEN DID YOU CONTACT THIS ATTORNEY? _12/13/98_
   HOW DID YOU CONTACT THIS ATTORNEY? _mother_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( ✓ )

2. NAME: _Tom Condren_
   WHEN DID YOU CONTACT THIS ATTORNEY? _12/13/98_
   HOW DID YOU CONTACT THIS ATTORNEY? _mother_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( ✓ )

3. NAME: _none_
   WHEN DID YOU CONTACT THIS ATTORNEY? _none_
   HOW DID YOU CONTACT THIS ATTORNEY? _none_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( )

X. I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION I HAVE PROVIDED IS TRUE AND CORRECT. I UNDERSTAND THAT I MAY BE PROSECUTED FOR PROVIDING FALSE INFORMATION IN THIS APPLICATION AND AFFIDAVIT. I UNDERSTAND THAT I MUST INFORM THE OKLAHOMA INDIGENT DEFENSE SYSTEM OF ANY CHANGE IN MY FINANCIAL SITUATION THAT MAY CHANGE THE INFORMATION I HAVE PROVIDED. I FURTHER DECLARE THAT I HAVE CONTACTED THREE ATTORNEYS, LICENSED TO PRACTICE LAW IN THIS STATE, AND I AM WITHOUT FUNDS TO PAY AN ATTORNEY TO REPRESENT ME OR TO PAY FOR TRANSCRIPTS AND COST ASSOCIATED WITH THIS CASE.

DATED THIS _15th_ DAY OF _December_ 19 _98_.

DEFENDANT _Brandie E. Price_ _Brandie E. Price_

LEGAL GUARDIAN _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _16th_ DAY OF _Dec._ 19 _98_.

comm. exp. _____

_Amanda Woody_
PUBLIC NOTARY OR CLERK OR JUDGE

I FIND THAT THE DEFENDANT IS UNABLE TO PAY THE APPLICATION FEE AND I HEREBY WAIVE THE FEE.

_____
JUDGE

APPOINTMENT OF INDIGENT DEFENSE COUNSEL
APPROVED _dms_   DENIED_____

_Hcntr = 12·28-98·_

## NOTICE

A copy of this APPLICATION AND AFFIDAVIT shall be sent to the prosecuting attorney or office of attorney general, whichever is applicable, for review and, upon request, the court shall hold a hearing to determine your eligibility for legal services to be furnished to you at public expense.

## IMPORTANT NOTICE

The court shall order you to pay the costs of your legal representation in total, or in installments. The court shall set the amount and due of each installment payment. The costs shall be paid to the court clerk in your county. The costs shall be a debt against you until paid and shall subject you to debt collection procedures as provided by law. The costs shall be deducted from any state income tax refund due you until the total costs are paid.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 22 1998

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

_St oj Ok._
Plaintiff

vs. _James Wesley Jacobs_
Defendant

CASE NO: _CJ-98-481B_

APPLICATION FOR APPOINTED COUNSEL
AND
AFFIDAVIT OF FINANCIAL INABILITY TO EMPLOY COUNSEL

I swear and affirm that I am the party in the above entitled action. I want an attorney to represent me in this case. I am financially unable to obtain the services of an attorney without causing substantial hardship to myself or to my family. The following information is true and is given and intended to be relied upon by the court and other persons or agencies in determining my eligibility for legal services to be furnished to me at public expense.

PLEASE FILL IN ALL SPACES BELOW AND SIGN YOUR NAME UNDER OATH IN FRONT OF THE JUDGE, A NOTARY OR THE COURT CLERK. IF A QUESTION DOES NOT APPLY TO YOU, PLEASE WRITE IN THE BLANK "DOES NOT APPLY".

I. GENERAL INFORMATION          DATE: _02-22-98_
NAME: _James Jacobs_
ADDRESS: ███████████ _Gans Ok 74936_
TELEPHONE: _776-0558_     MESSAGE NUMBER: _____
SOCIAL SECURITY NO: ███ _5912_     AGE: _19_  DOB: ███ _98_
SINGLE ( ✓ ) MARRIED ( ) SEPARATED ( )
SPOUSE'S NAME: _____
ADDRESS: _____
TELEPONE: _____
HOW MANY PEOPLE ARE IN YOUR HOUSEHOLD? _1_
NAME AND AGES: _James Jacobs_

ARE YOU CLAIMED AS A DEPENDENT BY A PARENT OR GUARDIAN? YES ( ) NO ( ✓ )

II FAMILY INCOME
YOUR MONTHLY TAKE HOME PAY:_____ WEEKLY TAKE HOME PAY:_____
YOUR EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY)
_____
YOUR EMPLOYER'S PHONE NUMBER:_____
SPOUSE'S SALARY:_____
SPOUSE'S EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY
_____
SPOUSE'S EMPLOYER'S PHONE NUMBER:_____
IS ANY OTHER MEMBER OF YOUR HOUSEHOLD EMPLOYED? YES( ) NO( )
WHO?_____
WHERE?_____
SALARY?_____
DEPENDENT'S EMPLOYER:_____
OTHER SOURCE OF INCOME OR BENEFITS (INCLUDE INTEREST, DIVIDENDS, ROYALTIES, ETC.)_____
TOTAL FAMILY INCOME FOR PRECEDING MONTH WAS $_____

III FAMILY ASSETS (WHAT YOU OWN LESS WHAT YOU OWE ON IT)
MONEY:
IN JAIL:_____ AT HOME:_____ CHECKING:_____
SAVINGS:_____ SAFE DEPOSIT BOX_____OTHER:_____
HOME OR OTHER REAL ESTATE VALUE:_____ JEWELRY VALUE:_____
AUTOMOBILES: MAKE AND VALUE Ma _____ $4700 FURNITURE VALUE_____
MOTORCYCLES:  MAKE  AND  VALUE_____TOOLS/EQUIPMENT
VALUE_____
NOTES, MORTGAGES AND TRUST DEEDS:_____ANY DEBTS OWED TO THE DEF_____
OTHER ASSETS AND PROPERTY VALUE:_____
ARE YOU PARTY TO A SUIT (PROBATE, WORKER'S COMPENSATION, PERSONAL
INJURY)WHERE?_____ JUDGMENT MAY BE EXPECTED? YES( ) NO( )
NAME OF ATTORNEY?_____

IV EXPENSES AND DEBTS
RENT/HOUSE PAYMENT:_____ CLOTHING_____ FOOD_____
DOCTOR/MEDICINE_____ UTILITIES $300.00 CAR PAYMENT_____
INSURANCE:_____ OTHER $1400.00 – Bail bonds Man
TOTAL MONTHLY LIVING EXPENSES:_____
MORTGAGE/LANDLORD'S NAME:_____
MAJOR DEBTS: (list to whom and amount owed):_____
_____
_____

LIST THE PERSONS WHO ARE DEPENDENT ON YOU FOR SUPPORT. STATE YOUR
RELATIONSHIP TO EACH PERSON AND HOW MUCH YOU CONTRIBUTE MONTHLY TO THEIR
SUPPORT:_____
_____
_____

V. LAST EMPLOYMENT
WHEN DID YOU LAST WORK?: 12-13-98
WHO WAS YOUR EMPLOYER?: NaTioN Staff
SALARY:_____ HOW LONG DID YOU WORK THERE?: 9-1-98 to 12-13-98
WHY DID YOU QUIT? I was fired cause I was iN Jail

VI. THE FOLLOWING PEOPLE CAN VERIFY TO A LARGE EXTENT MY ABOVE MENTIONED
FINANCIAL SITUATION. GIVE NAME, ADDRESS AND PHONE NUMBER.
1. _____
_____
2. _____
_____
3. _____
_____

VII. CHARGE AND BOND
CHARGE(S): FELONY_____ MISDEMEANOR_____ JUVENILE_____
ARRESTING AGENCY: Maldrow P.D
CITY Muldrow  COUNTY_____ STATE_____
HAS BOND BEEN POSTED? YES( ) NO( ) DID YOU USE A BONDSMAN? YES( ) NO( )
WHO PAID THE BONDSMAN?_____
AMOUNT OF BOND:_____ PREMIUM PAID TO BONDING CO:_____
IF YOU DID NOT USE A BONDSMAN, DID YOU POST A CASH_____ OR P.R._____

LIST ANY DEFENDANTS CHARGES WITH YOU Joe Jacobs    Dale Jacobs  Brandie Price
VIII
1. HAVE YOU TRANSFERRED OR SOLD ANY ASSETS SINCE CHARGES WERE FILED IN THE CASE? YES ( ) NO (V) IF SO, DESCRIBE THE BUYER AND THE AMOUNT RECEIVED.

2. HAVE YOU RETAINED COUNSEL IN THE CASE OR IN ANY OTHER PENDING CRIMINAL CASE? YES ( ) NO ( V ) IF SO, STATE THE CASE NUMBER, COURT ATTORNEY AND AMOUNT PAID TO ATTORNEY FOR SERVICES:

3. DO YOU HAVE ANY FRIENDS OR RELATIVES WHO ARE ABLE AND WILLING TO ASSIST YOU IN HIRING COUNSEL AND PAYING FOR TRANSCRIPTS? YES ( ) NO (V) IF SO, HAVE THOSE PERSONS BEE ASKED TO HELP? YES ( ) NO ( )
4. IF ANY FRIEND OR RELATIVE HAS GIVEN PREVIOUS FINANCIAL ASSISTANCE IN THIS CASE, BUT IS NO LONGER ABLE OR WILLING TO DO SO, AN AFFIDAVIT TO THAT EFFECT FROM THAT PERSON SHOULD BE ATTACHED. IS THAT AFFIDAVIT ATTACHED YES( ) NO( )

IX. NAMES OF THREE ATTORNEYS YOU CONTACTED:
1. NAME: Michael Daffin
   WHEN DID YOU CONTACT THIS ATTORNEY? 12-22-98
   HOW DID YOU CONTACT THIS ATTORNEY? By Phone
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO ( V )
2. NAME: Gerald Hunter
   WHEN DID YOU CONTACT THIS ATTORNEY? 12-22-98
   HOW DID YOU CONTACT THIS ATTORNEY? By Phone
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO (V)
3. NAME: Frank Sullivan Jr.
   WHEN DID YOU CONTACT THIS ATTORNEY? 12-22-98
   HOW DID YOU CONTACT THIS ATTORNEY? By Phone
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO (V)

X. I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION I HAVE PROVIDED IS TRUE AND CORRECT. I UNDERSTAND THAT I MAY BE PROSECUTED FOR PROVIDING FALSE INFORMATION IN THIS APPLICATION AND AFFIDAVIT. I UNDERSTAND THAT I MUST INFORM THE OKLAHOMA INDIGENT DEFENSE SYSTEM OF ANY CHANGE IN MY FINANCIAL SITUATION THAT MAY CHANGE THE INFORMATION I HAVE PROVIDED. I FURTHER DECLARE THAT I HAVE CONTACTED THREE ATTORNEYS, LICENSED TO PRACTICE LAW IN THIS STATE, AND I AM WITHOUT FUNDS TO PAY AN ATTORNEY TO REPRESENT ME OR TO PAY FOR TRANSCRIPTS AND COST ASSOCIATED WITH THIS CASE.

DATED THIS 22nd DAY OF December 19 98.

DEFENDANT James Jacobs    James Jacobs
LEGAL GUARDIAN

SUBSCRIBED AND SWORN TO BEFORE ME THIS 22nd DAY OF Dec. 19 98.

comm. exp._____        Bernell Edwards
                    PUBLIC NOTARY OR CLERK OR JUDGE

I FIND THAT THE DEFENDANT IS UNABLE TO PAY THE APPLICATION FEE AND I HEREBY
WAIVE THE FEE.

_____
JUDGE

APPOINTMENT OF INDIGENT DEFENSE COUNSEL
APPROVED _dm c_  DENIED_____
_Hunter_

## NOTICE

A copy of this APPLICATION AND AFFIDAVIT shall be sent to the prosecuting attorney or office of
attorney general, whichever is applicable, for review and, upon request, the court shall hold a hearing to
determine your eligibility for legal services to be furnished to you at public expense.

-------------------------------------- IMPORTANT NOTICE --------------------------------------

The court shall order you to pay the costs of your legal representation in total, or in installments. The
court shall set the amount and due of each installment payment. The costs shall be paid to the court clerk
in your county. The costs shall be a debt against you until paid and shall subject you to debt collection
procedures as provided by law. The costs shall be deducted from any state income tax refund due you
until the total costs are paid.

ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, first, middle, suffix(please print or type) (show alias)

Jacobs, James Wesley

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-98-481B | | Poss CDS w/int, Poss marij |
| | | Poss Para |
| | | Felony Poss of F/A |
| | $11,500.00 | Poss F/A comm Felony |
| | | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the _12_ day of _Dec_ _____, 19 _98_.

_Kelly Harper_
Signature

White Copy - Court
Yellow Copy - Sheriff's File

AUTHORIZED BY _____
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 1 4 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

CF-98-481    JAN 0 5 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

I, Abrey Dale Jacobs, have been incarcareted, Since Dec, 10, 98, I have (ASTO), Ask, and Repeatedly, to see a doctor oF a Nervous, problem, and condition thats presisting me, I can Not get any attetion, and, attemted, three reqeust, and Filled out the Following reasons. Stated above. "Please Help in this matter".

"Respecfully"

Dale Jacobs

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN - 4 1999

BERNELL EDWARDS, COURT CLERK
BY ⎯⎯⎯⎯⎯⎯⎯⎯ DEPUTY

CF- 98-481A

Date - Jan - 4
Year - 98

To whom, It may concern, On the 10th day
of Dec, year of 98, I Joseph Dale Jacobs,
was in the Possion of C.D.S and a Shotgun,
and Paraphanellia, Marijuana, and also,
was arrested, was James Wesley Jacobs, Aurby
Dale Jacobs, and one Brandie Zane Price,
Which had No Knowledge, Of seize Prop. or Drugs
I, Joseph Dale Jacobs, is writting this Statement
willenfully, and State, that they had the
above peaple, Listed, Had No Knowledge about
the drugs or Shotgun, I pray that it takes the
Burden off the above accused,

Respectfully
Joseph Dale Jacobs

Signed before me this 4th day of January 1999.

Bernell Edwards Court Clerk
By Maudeen Webster

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 1 4 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

# Charles Smith Bail Bonds

## APPEARANCE BOND

S.A.&I. 408 (1990)

IN THE DISTRICT COURT OF _____ *Sequoyah* _____ COUNTY, STATE OF OKLAHOMA
State of Oklahoma,
                                                              Plaintiff,

vs.

*Jamie Jacobs* _____, Defendant                Case No. *CF-98-481B*

Know all men by these presents, that we the above named defendant, as principal, and the undersigned *Martin E. Clay D/B/A* Charles E. Smith, Professional as surety(ies) personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of *Eleven Thousand Five Hundred & no/100* _____ Dollars ($ *11,500 00* ) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of *Sequoyah* County, State of Oklahoma, shall personally be and appear before the District Court of said county on the *16th* day of *December*, 19 *98*, at *9:00* o'clock *A* M., of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of *Poss/CDS W/Intent, Marij, Para, + Felin in Commn-6/c Felony* and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hands and seals this *12th* day of *December* _____, 19 *98*.

*Jamie Jacobs* _____ Principal *HC64 Box 535 Hans, OK 74936* Address

Charles E. Smith _____ Surety        P.O. Box 824 Sallisaw, OK 74955        Address

*Martin E. Clay* _____ Surety *P.O. Box 824 Sallisaw, OK 74955* Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this *12th* day of *December* _____, 19 *98*.

_____ Court Clerk/Sheriff _____ Deputy

This undertaking approved this *12th* day of *December*, 19 *98*.

(SEAL)                                        By: *Kelly Turner* _____ Deputy/Clerk

---

## AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, *Sequoyah* _____ County, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of *Sequoyah* _____ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as hereinafter specified under one or more of the following relevant statutory provisions, to-wit:

a) Consideration for this undertaking received or promised in the sum of $ *1755 00*

b) Other security received or promised for making this undertaking, is as follows: *Promissory Note & Indemnity Agreement*

c) Such promise, security or consideration was received from:

*Jamie Jacobs* _____ *HC64 Box 535 Hans, OK 74936*
Name                                              Address

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as one commits perjury.

*Martin E. Clay* _____ *P.O. Box 824 Sallisaw, OK 74955*
Affiant                                              Address

Subscribed and sworn to before me this _____ *12th* day of *December*, 19 *98*.

(SEAL)

_____
Court Clerk- Notary Public

My Commission Expires:                                        Deputy

POWER OF ATTORNEY

Sallisaw, OK 74955

107 E. Creek
Sallisaw, OK 74955

Charles E. Smith, Professional Bondsman

$15,000.00 BOND POWER

ECS

№ 16091

**KNOW ALL MEN BY THESE PRESENTS:**

That I, Charles E. Smith, of Sallisaw, Sequoyah County, State of Oklahoma, have made and constituted and appointed by these presents do make, constitute and appoint the below named agent, my true and lawful attorney, for me and in my name, place and stead, and to my use as my employee and agent to write professional bonds, to sign my name, by him, in the execution of any and all bonds made as my agent, giving my said attorney full power to do every thing whatsoever requisite and necessary to be done in the premises as fully as I could do if personally present, hereby ratifying and confirming all that my said attorney shall lawfully do, or cause to be done, by virtue hereof. All this provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records, the said Attorney-In-Fact is hereby authorized to insert in this Power-Of Attorney the name of the person whose behalf this bond was given.

IN WITNESS THEREOF, Charles E. Smith, mas caused these presents to be signed by its duly authorized officer, proper for the purpose this _12th_ day of _December_ 19 _98_ .

$15,000.00 BOND POWER

Charles E. Smith, Professional Bondsman
SMITH-RINGGOLD BAIL BONDS

Bond Amount $ _11,500.00_

Appearance Date _12-16-98 9:00 am_

Defendant _Jamie Jacobs_

Address ▮▮▮▮▮▮▮▮▮▮

Court _Sequoyah District_

City _Gans_

State _OK 74936_

Offense _Poss of CDS W/Intent, Marij. Para, + Tki_ Case # _____

Executing Agent _Martin E. Daggs_

ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, first, middle, suffix(please print or type) (show alias)

*Jacobs Joseph*

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-98-481A | Hamilton Morgan 20,000.00 | Poss CDS w/int Poss Marij Poss Para Felon Poss F/A Poss F/A comm of felony |
| | | |
| | | |
| | | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 23 day of 1 _____, 19 99.

White Copy - Court
Yellow Copy - Sheriff's File

Signature _____

AUTHORIZED BY _____

JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 2 5 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

Case No: _CF-98-481_     Defendant: _Aubrey Jacobs_

## ACCUMULATIVE COURT COST FOR SEQUOYAH COUNTY

### VIOLENT COURT COST

**COURT FUND**
| | | |
|---|---|---|
| Court Fees | | $103.00 |
| Bail Bond Fee | $10.00 @_____ | _____ |
| Jury Fee | $50.00@_____ | _____ |
| Fines | set by court | _1000.00_ |
| Mailing fee | $7.00 @_____ | _____ |
| Sub total Court Fund | | _1103.00_ |

**SHERIFF FEES**
| | | |
|---|---|---|
| Sheriff Fees | | $5.00 |
| Arrest Warrant | $20.00 | _____ |
| Bench Warrnts | $20.00@_____ | _____ |
| Subpoenas | $20.00@_____ | _____ |
| Sub total Sheriff Fees | | _5.00_ |

| | | |
|---|---|---|
| LAW LIBRARY | | $3.00 |
| CLEET & FINGERPRINTING | | $7.00 |

| | | |
|---|---|---|
| VCA | $30.00 or set by court | _100.00_ |
| OSBI LAB | set by court | _150.00_ |
| D.A. DRUG FUND | set by court | _100.00_ |
| REVOLVING FUND(appl fee-$40.00) | | _190.00_ |
| IDF-ATTORNEY FEE | set by court | _____ |

**TOTAL**     _1658.00_

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 2 9 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

# In The District Court In And For Sequoyah County, State of Oklahoma

THE STATE OF OKLAHOMA,                               PLAINTIFF

VS.                                    Case No. __CF-98-481__

Aubrey Dale Jacobs , DOB: ███ 56
_____,          DEFENDANT

## Judgment and Sentence

Now, on this ___29th___ day of ___January___, 19 _99_, this matter comes on before the undersigned Judge, for sentencing and the defendant, __Aubrey Dale Jacobs__ _____, appears personally and by Attorney __Gerald Hunter__ _____, the State of Oklahoma represented by __Jeff Sheridan__ _____, and the defendant, having previously:

(x) Entered a plea of guilty, with/without a plea agreement

( ) Entered a plea of Nolo Contendere, with/without a plea agreement

( ) Entered an <u>Alford</u> plea, with/without a plea agreement

( ) Found guilty by jury

( ) Found guilty by Judge after waiver of jury trial to/of the crime(s) of:

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 2 9 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

<u>Statutory Reference</u>

| | | | | | |
|---|---|---|---|---|---|
| Count ___I___ : | UNLAWFUL POSSESSION OF CONTROLLED DRUG WITH INTENT | 63 | O.S. | 2-401 | |
| Count ___III___ : | UNLAWFUL POSSESSION OF MARIHUANA | 63 | O.S. | 2-402 | |
| Count ___IV___ : | FELONIOUSLY CARRYING FIREARM | 21 | O.S. | 1283 | |
| V | POSSESSION OF FIREARM IN COMMISSION OF FELONY | 21 | | 1287 | |

( ) The Court finds the defendant has _____ prior felony conviction(s) and this sentence has been enhanced in accordance with the provisions set forth in _____ O.S. _____, and,

It Is therefore Ordered, Adjudged, and Decreed by the Court that the Defendant, _____,
__Aubrey Dale Jacobs__ , is guilty of the above described offenses and is sentenced as follows:

## — (Term Of Imprisonment)—

( ) Count _____ : Sentenced to a term of _____ imprisonment;

( ) Count _____ : Sentenced to a term of _____ imprisonment;

( ) Count _____ : Sentenced to a term of _____ imprisonment;
all under custody and control of: ( ) Oklahoma Department of Corrections, or ( ) the _____ County Sheriff. These terms to be served: ( ) concurrently, or ( ) consecutively: ( ) other: _____ .

## —Term Of Imprisonment With Part Suspended)—

( ) Count _____ : Sentenced to a term of _____ imprisonment;
( ) Count _____ : Sentenced to a term of _____ imprisonment;
( ) Count _____ : Sentenced to a term of _____ imprisonment;

with all except the first_____ suspended under the custody and control of: ( ) Oklahoma Department of Corrections, or ( ) the _____ County Sheriff, pursuant to the rules and conditions of probation entered by the court.
These terms to be served: ( ) concurrently, or ( ) consecutively.

IN THE DISTRICT COURT Of )
SEQUOYAH COUNTY )
STATE OF OKLAHOMA )
)
)
)

Defendant Aubry Dale Jacobs

Case No. CF-98-481

Date Jan 29, 1999

## RULES AND CONDITIONS OF PROBATION

1. I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general statement of my environment and progress.

2. I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I understand that I am not to go into or loiter around beer taverns or pool halls.

3. I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4. I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5. I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6. I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7. I understand that it will be a violation of my Probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or a representative thereof.

8. I understand that I must support myself and all my dependants without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9. I will refrain from violation of any City, State or Federal law.

10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion that I may be in control of contraband. That my probation officer may search me or my property if that suspicion exists in their mind.

14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within that eighteen months.

15. SPECIAL CONDITIONS: The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, O.S.B.I. Lab Fees, fines or restitution) of $_____ within _____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of _____, 19____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*

$1,000 fine  $100 VCA  $100 DA Drug Fund & $150 lab fee

COUNTY, OKLAHOMA
FILED
DISTRICT COURT

JAN 2 9 1999

EDWARDS, COURT CLERK

DEPUTY

16. Defendant to report to DOC within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

_____
Attorney for Defendant

_____
Probationer

Defendant's Mailing Address:

████████████████

Muldrow, OK 74948

_____
JUDGE OF THE DISTRICT COURT

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## THE STATE OF OKLAHOMA

STATE OF OKLAHOMA,      )

           )

        Plaintiff     )

           )

vs.           )      Case No. *CF 98-481*

_Aubrey D. Jacobus Jack_  )

        Defendant )

DOB ▓▓▓▓▓▓ / 19 56  )

SS# ▓▓▓▓▓▓ 1409    )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 2 9 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

## SUMMARY OF FACTS FOR THE PLEA OF GUILTY

### Part A: Finding of Fact, Acceptance of Plea   *Waive jurisdiction SJ / Waive reading*   Circle

| | | |
|---|---|---|
| 1. | Is the name just read to you your true name? <br> If no, then what is your correct name? _____ <br> I have also been known by the name(s) _____ <br> _____ | (YES) NO |
| 2. | (A) Do you wish to have a record of these proceedings made by a Court Reporter ? | YES (NO) |
| | (B) Do you wish to waive your right to have a record of these proceedings made ? | (YES) NO |
| 3. | What is your age ? _42_ What grade level in school have you completed ? _12_ | |
| 4. | Can you read and understand this form ? [If no, Addendum A must be completed and attached] | (YES) NO |
| 5. | Are you currently taking any medications or substances which affect your ability to understand these proceedings ? | YES (NO) |
| 6. | Have you been prescribed any medication which you are not taking ? <br> If yes, what medication are you not taking? _____ <br> What is the purpose of the medication ? _____ <br> Why are you not taking the medication ? _____ | YES (NO) |
| 7. | Have you ever been treated by a doctor or health professional for mental illness or confined in a hospital for mental illness ? <br> If Yes, list doctor or health professional, place, and when treatment occurred: <br> _____ | YES (NO) |
| 8. | Do you understand the purpose, the nature and the consequences of this proceeding ? | (YES) NO |
| 9. | Have you received a copy of the State's Information and read its allegations ? | (YES) NO |

10. A. Do you understand you are charged with:

Crime Statutory Reference

[1] _Poss of CD w/ intent_   63 O.S. 2-401   (YES)   NO

[2] _Poss of Para_   63 O.S. 2-405   (YES)   NO

[3] _Poss of MARG_   63 O.S. 2-402   (YES)   NO

[4] _Felonious Poss. of Firearm_   21 O.S. 1283   (YES)   NO

[5] _Poss of Firearm of in Commiss_ of _Felony_   21 O.S. 1287   (YES)   NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

B. Are you charge after former conviction of a felony (AFCF) ?   YES   NO

If yes, list the felony(ies) charged: _____

_____

11. Do you understand the range of punishment for the crime(s) is/are ?
(List in the same order as in Number 10)

[1] Minimum of __5__ to a maximum of __Life__ and/or a fine of $__100,000__ (YES) NO

[2] Minimum of __0__ to a maximum of __12 Mo__ and/or a fine of $__100__ (YES) NO

[3] Minimum of __0__ to a maximum of __12 Mo__ and/or a fine of $__350__ (YES) NO

[4] Minimum of __1__ to a maximum of __10__ and/or a fine of $__1000__ (YES) NO

[5] Minimum of __2__ to a maximum of __10__ and/or a fine of $__3500__ YES NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

12. Read the following statements: You have the right to a speedy trial before a jury of your peers to determine whether you are guilty or not guilty and if you request, to determine the sentence. *If pleading to a capital murder, advise of the procedure in 21 O.S. 701.10( B)*

At the trial:

[1] You have the right to have an attorney represent you, either one you hire or *if you are indigent* a court appointed attorney.

[2] You are presumed to be innocent of the charges.

[3] You may remain silent or , if you chose, you may testify on your own behalf.

[4] You have the right to see and hear all witnesses called to testify against you and the right to have those witnesses cross-examined.

[5] You may have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.

[6] The State is required to prove your guilt beyond a reasonable doubt.

[7] The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would decide if you were guilty or not guilty and if determined to be guilty, the appropriate punishment.

Do you understand each of these rights ?   (YES)   NO

13. Do you understand by entering a plea of guilty you give up these rights ?   (YES)   NO

14. Do you understand that a conviction on a plea of guilty could increase punishment in any future case committed after this plea ?   (YES)   NO

15. Is _Jerry Hunter_ your attorney ?   (YES)   NO

16. Have you talked with your attorney about the charges, advised him/her regarding any defense you may have to the charges and received his/her advice ?   (YES)   NO

17. Do you believe your attorney has effectively assisted you in this case and are you satisfied with his/her representation ? **YES** NO

18. Do you wish to change your plea of not guilty to a plea of guilty and give up your right to a jury trial and all previously explained constitutional rights ? **YES** NO

19. Is there a plea agreement ? **YES** NO
    What is your understanding of the plea agreement ? *5 yrs Suspended* *$1000 fine  VCF $50  DEF 100* *OSBI 150  OIDS 180  Costs*

20. Do you understand the Court is *not* bound by any agreement or recommendation and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty ? **YES** NO

21. Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated under question 11 ? YES NO **NA**

22. Do you understand your plea of guilty to the charge(s) is subject to : YES **NO**
    (check one)
    [✓] no prior felony conviction *not changed*
    [ ] one (1) prior felony conviction
    [ ] two (2) or more felony convictions   List prior felony convictions to which you are pleading:

23. What is/are your plea(s) to the each charge(s) ?
    [1] *GUILTY* [2] *GUILTY* [3] *GUILTY* [4] *GUILTY* [5] *GUILTY*

24. Did you commit the acts as charged in the information ? **YES** NO
    State a factual basis for your plea(s) (attach additional pages as needed, labeled as ADDENDUM C) :
    *I DID AS CHARGED IN INFO*

25. Have you been forced, abused, mistreated or promised anything by anyone to have you enter your plea(s) ? YES **NO**

26. Do you plead guilty of your own free will and without any coercion or compulsion of any kind ? **YES** NO

27. If you are entering a plea to a felony offense, you have a right to a Pre-sentencing investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you. Do you request a Pre-sentence report ? YES **NO**

28. (A) Do you have any additional statements to make to the Court ? YES **NO**

    (B) Is there any legal reason as to why you should *not* sentence now ? YES **NO**

## HAVING BEEN SWORN, I , the Defendant whose signature appears below, make the following statements under oath:

(1)     CHECK ONE:

   ✓ (A)     I have read, understood and completed this form.

   _____ (B)     My attorney completed this form and we (the attorney and I) have gone over the form and I understand its contents and agree with the answers. *Complete Addendum A and attach to this form.*

_____ (C) The Court completed this form for me and inserted my answers to the questions in open court.

(2) All answers are true and correct.

(3) I understand that I may be prosecuted for perjury if I have made false statements to this Court.

Acknowledged this _____ Day of _____Jan, 29_____, 1999 .

_____Aubrey Carroll_____
DEFENDANT

    I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose, and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she had been informed of all legal and constitutional rights.

_____
ATTORNEY FOR DEFENDANT

    The sentence recommendation in question 19 is correctly stated. I believe the recommendation is fair to the State of Oklahoma. Offer of Proof (nolo contendere plea) : _____

_____
_____
_____

ASSISTANT DISTRICT ATTORNEY

## THE COURT FINDS AS FOLLOWS:

A. The Defendant was sworn and responded to questions under oath.
B. The Defendant understands the purpose, nature and consequences of this proceeding.
C. The Defendant's plea(s) of __Guilty__ is/are knowingly and voluntarily entered and accepted by the Court Reporter Present Court.
D. The Defendant is competent for the purpose of this hearing.
E. A factual basis exists for the plea(s) (and former conviction(s), if applicable).
F. The Defendant is guilty as charged: (check as appropriate)
    [ ] after no prior felony conviction.
    [ ] after one (1) prior felony conviction.
    [ ] after two (2) or more prior felony convictions
G. Sentencing or order deferring sentence shall be: [ ✓ ] imposed instanter or [ ] continued until the ____ day of _____, _____ at ____:____ ___ . M . If the Pre-sentence investigation and Report is requested, it shall be provided to the Court by the __29 day of_____ Jan _____, 99 .

DONE IN OPEN COURT this __27__ day of ___Jan___, 99 .

_____
JUDGE OF THE DISTRICT COURT

_____
NAME OF JUDGE TYPED OR PRINTED

_____Lowell_____
Court Reporter Present

_____
Deputy Court Clerk Present

## "NOTICE OF RIGHT TO APPEAL"

Sentence to Incarceration, Suspended or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the Sequoyah County District Court Clerk's Office a written Application to Withdraw Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the trial court denies your application, you have a right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days of the date of denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation or record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2(D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

Do you understand each of these rights to appeal ?     (YES) NO

Do you want to remain in the county jail ten (10) days before being taken to place of confinement ?     YES (NO)

Have you fully understood the questions that have been asked ?     (YES) NO

Have your answers been freely and voluntarily given ?     (YES) NO

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED.

_Aubrey Jacobs_
                  Defendant

I, the undersigned attorney, have advised the Defendant of his appellate rights.

 

                                   Attorney for the Defendant

DONE IN OPEN COURT, this _29_ day of _Jan_, _99_.

_____
Judge of the District Court

_waived_
Court Reporter Present

_____
Deputy Court Clerk Present

## ADDENDUM "A"

### CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the defendant, _Aubrey Jacobs_ I certify that:

1. The Defendant has stated to me that he/she is [ ] able [ ] unable to read and understand the attached form, **and** I have [ ] determined the Defendant is able to understand the English language or [ ] determined the Defendant is unable to understand the English language and obtained _____ _____ to interpret to the Defendant in the _____ language.

2. I have read and fully explained to the Defendant the allegations contained in the Information in this case.

3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts and the answers to the questions set out in the Summary of Facts are the Defendant's answers.

4. To the best of my knowledge and belief the statement and declarations made by the Defendant are accurate and true and have been freely and voluntarily made. Dated this _29_ day of _Jan_, _99_.

_____
Attorney for the Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case Number CF- _____     State v. _____     Date: _____

**Part B:** Sentence **on Plea**    [NOTE ON USE: Part B is to be used with the Summary of Facts if contemporaneous with the entry of plea or may be formatted as a separate sentencing form if sentencing is continued to a future date.]

**THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:**

DEFERRED SENTENCE

1. The sentencing date is deferred until _____ , _____ , _____ at __ : ___ _ M.

2. You [ ] will [ ] will not be under supervision by the Department of Corrections. The terms set forth in the Rules and Conditions of Probation in Addendum D shall be the rules you must follow during the period of deferment.

SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows: 5
[1]_____ [2]_____ [3]_____ [4]_____ [5]_____

TO BE SUSPENDED as follows:

     (A) ALL SUSPENDED [✓] Yes      [ ] No

     (B) suspended *except* as to the first _____ (months) (years) of the term(s) during which you are to be held in the custody of the Department of Corrections. The remaining term of the sentence(s) is to be suspended under the terms set forth in the Rules and Conditions of Probation in Addendum D.

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____ _____ or NOT APPLICABLE.

TIME TO SERVE

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows:
[1]_____ [2]_____ [3]_____ [4]_____ [5]_____

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____ _____ or NOT APPLICABLE.

FINES AND COSTS

You are to pay in full any fine(s), costs , fees and restitution at the time of sentencing. In the alterative, you may request a stay of execution (SOE) from the Cost Administrator in the Sequoyah County District Court Clerk's Office. All information given to the Cost Administrator in requesting the SOE will be under oath and is considered as part of the summary of facts before the Court. *You will appear in person to make all payments as agreed.* Any payment tendered other than in person will be accepted; however, such acceptance does **not** excuse your appearance in the Clerk's Office.

# ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order. Last Name, First, Middle, suffix (please print or type) (show alias)

Price Brandie Zane ▮▮▮▮ 5806 ▮▮▮▮ 78

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-98-481C | Sysd. if per Nelson | Poss CDS/w/int Poss marj Poss Drug Para Felon Poss of F/A Poss F/A Comm of felony |
| | | |
| | | |
| | | |
| | | |

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 01 1999

BERNELL EDWARDS, COURT CLERK
BY _____ Cw _____ DEPUTY

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 29 day of Jan , 19 99 .

_Amelia Deeley_
Signature

AUTHORIZED BY
_per Nelson_
JUDGE OF THE DISTRICT COURT

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

# ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, First, Middle, suffix (please print or type) (show alias)

Jacobs Aubrey Dale ████████ 1409 ████████ 56

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-98-481 | 5yrs Susp. | Poss CDS, w/int. Poss Marij. Poss Drug Para. Felon poss of F/A Poss F/A Comm Felony AFCF |

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 01 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 29 day of Jan , 19 99 .

_Amelia Seeley_
Signature

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

**AUTHORIZED BY**

Dee Nelson
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB - 1 1999

...RDS, COURT CLERK
F
F _____ DEPUTY

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

Case No: CF-98-481C     Defendant: Brandie Z. Price

## ACCUMULATIVE COURT COST FOR SEQUOYAH COUNTY

### VIOLENT COURT COST

**COURT FUND**
| | | |
|---|---|---|
| Court Fees | | $103.00 |
| Bail Bond Fee | $10.00 @ _____ | _____ |
| Jury Fee | $50.00 @ _____ | _____ |
| Fines | set by court | 1000.00 |
| Mailing fee | $7.00 @ _____ | _____ |
| Sub total Court Fund | | _____ |

**SHERIFF FEES**
| | | |
|---|---|---|
| Sheriff Fees | | $5.00 |
| Arrest Warrant | $20.00 | _____ |
| Bench Warrnts | $20.00 @ _____ | _____ |
| Subpoenas | $20.00 @ _____ | _____ |
| Sub total Sheriff Fees | | 5.00 |

| | | |
|---|---|---|
| LAW LIBRARY | | $3.00 |
| CLEET & FINGERPRINTING | | $7.00 |

| | | |
|---|---|---|
| VCA | $30.00 or set by court | 100.00 |
| OSBI LAB | set by court | 150.00 |
| D.A. DRUG FUND | set by court | 100.00 |
| REVOLVING FUND(appl fee-$40.00) | | 40.00 |
| IDF-ATTORNEY FEE | set by court | |

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 2 9 1999

BERNELL EDWARDS, COURT CLERK
BY _____ CW _____ DEPUTY

TOTAL                    $1508.00

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## THE STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**JAN 29 1999**

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

STATE OF OKLAHOMA, )
　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff )
　　　　　　　　　　　　　　　)
VS. )　　　Case No. C 98-481
　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
*Brandi Price,* )
　　　　　　　　Defendant )
DOB ███████ / 19 98 )
SS# ███████ - 5806 )

## SUMMARY OF FACTS FOR THE PLEA OF GUILTY

**Part A:** Finding of Fact, Acceptance of Plea　*Waive Jurisdicts of SS*　*Waive reading*　　Circle

1. Is the name just read to you your true name?　　　　(YES) NO
   If no, then what is your correct name? _____
   I have also been known by the name(s) _____
   _____

2. (A) Do you wish to have a record of these proceedings made by a Court Reporter ?　　YES (NO)

   (B) Do you wish to waive your right to have a record of these proceedings made ?　　(YES) NO

3. What is your age ? _20_ What grade level in school have you completed ? _13/2_

4. Can you read and understand this form ? [If no, Addendum A must be completed and attached]　　(YES) NO

5. Are you currently taking any medications or substances which affect your ability to understand these proceedings ?　　YES (NO)

6. Have you been prescribed any medication which you are not taking ?　　YES (NO)
   If yes, what medication are you not taking? _____
   What is the purpose of the medication ? _____
   Why are you not taking the medication ? _____

7. Have you ever been treated by a doctor or health professional for mental illness or confined in a hospital for mental illness ?　　YES (NO)
   If Yes, list doctor or health professional, place, and when treatment occurred:
   _____

8. Do you understand the purpose, the nature and the consequences of this proceeding ?　　(YES) NO

9. Have you received a copy of the State's Information and read its allegations ?　　(YES) NO

10. A. Do you understand you are charged with:

Crime Statutory Reference

[1] ct1 poss of CDS w/Intent 63 o.s. 2-401 (YES) NO

Misd [2] ct2 poss of PARA 63 o.s. 2-405 (YES) NO

Misd [3] ct 3 poss of MARI 63 o.s. 2-402 (YES) NO

[4] ct4 ~~Felonious Conv.~~ _____ o.s. _____ YES NO

[5] ct 5 poss. of firearm in 21 o.s. 1287 (YES) NO
Commission of Felony

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

B. Are you charge after former conviction of a felony (AFCF) ? YES NO
If yes, list the felony(ies) charged: _____

_____

11. Do you understand the range of punishment for the crime(s) is/are ?
(List in the same order as in Number 10)

[1] Minimum of __5__ to a maximum of __Life__ and/or a fine of $100,000 (YES) NO

Misd [2] Minimum of __0__ to a maximum of __12 MO__ and/or a fine of $100 (YES) NO

[3] Minimum of __0__ to a maximum of __12 mo__ and/or a fine of $500 (YES) NO

[4] Minimum of __2__ to a maximum of _____ and/or a fine of $_____ YES NO

[5] Minimum of __2__ to a maximum of __10__ and/or a fine of $5000 (YES) NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

12. Read the following statements: You have the right to a speedy trial before a jury of your peers to determine whether you are guilty or not guilty and if you request, to determine the sentence. *If pleading to a capital murder,* advise of the procedure in 21 O.S. 701.10( B)
At the trial:
[1] You have the right to have an attorney represent you, either one you hire or *if you are indigent* a court appointed attorney.
[2] You are presumed to be innocent of the charges.
[3] You may remain silent or , if you chose, you may testify on your own behalf.
[4] You have the right to see and hear all witnesses called to testify against you and the right to have those witnesses cross-examined.
[5] You may have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.
[6] The State is required to prove your guilt beyond a reasonable doubt.
[7] The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would decide if you were guilty or not guilty and if determined to be guilty, the appropriate punishment.

Do you understand each of these rights ? (YES) NO

13. Do you understand by entering a plea of guilty you give up these rights ? (YES) NO

14. Do you understand that a conviction on a plea of guilty could increase punishment in any future case committed after this plea ? (YES) NO

15. Is __Gerald Hunter__ your attorney ? (YES) NO

16. Have you talked with your attorney about the charges, advised him/her regarding any defense you may have to the charges and received his/her advice ? (YES) NO

17. Do you believe your attorney has effectively assisted you in this case and are you satisfied with his/her representation ? **(YES)** NO

18. Do you wish to change your plea of not guilty to a plea of guilty and give up your right to a jury trial and all previously explained constitutional rights ? **(YES)** NO

19. Is there a plea agreement ? **(YES)** NO
What is your understanding of the plea agreement ? _5 yrs deferred_ - $1,000 fine, VCF $400  DEF $50
OSB 150  AIDS 180.  Costs

20. Do you understand the Court is *not* bound by any agreement or recommendation and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty ? **(YES)** NO

21. Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated under question 11 ? YES NO *NA*

22. Do you understand your plea of guilty to the charge(s) is subject to : YES **(NO)**
(check one)
[ ] no prior felony conviction
[ ] one (1) prior felony conviction
[ ] two (2) or more felony convictions  List prior felony convictions to which you are pleading:

_____

23. What is/are your plea(s) to the each charge(s) ?
[1] _guilty_   [2] _guilty_   [3] _guilty_   [4] _guilty_   [5] _____

24. Did you commit the acts as charged in the information ? **(YES)** NO
State a factual basis for your plea(s) (attach additional pages as needed, labeled as ADDENDUM C) :
_I did as charged in the information_

_____

25. Have you been forced, abused, mistreated or promised anything by anyone to have you enter your plea(s) ? YES **(NO)**

26. Do you plead guilty of your own free will and without any coercion or compulsion of any kind ? **(YES)** NO

27. If you are entering a plea to a felony offense, you have a right to a Pre-sentencing investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you.  Do you request a Pre-sentence report ? YES **(NO)**

28. (A) Do you have any additional statements to make to the Court ? YES **(NO)**

(B) Is there any legal reason as to why you should *not* sentence now ? YES **(NO)**

HAVING BEEN SWORN, I , the Defendant whose signature appears below, make the following statements under oath:

(1)  CHECK ONE:

_____✓_____ (A)  I have read, understood and completed this form.

_____ (B)  My attorney completed this form and we (the attorney and I) have gone over the form and I understand its contents and agree with the answers. *Complete Addendum A and attach to this form.*

_____ (C)  The Court completed this form for me and inserted my answers to the questions in open court.

(2)  All answers are true and correct.

(3)  I understand that I may be prosecuted for perjury if I have made false statements to this Court.

Acknowledged this _29th_ Day of _January_ , _1999_ .

_Brandie Zane Price_
DEFENDANT

I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose, and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she had been informed of all legal and constitutional rights.

_____
ATTORNEY FOR DEFENDANT

The sentence recommendation in question 19 is correctly stated. I believe the recommendation is fair to the State of Oklahoma. Offer of Proof (nolo contendere plea) : _____
_____
_____

_____
ASSISTANT DISTRICT ATTORNEY

## THE COURT FINDS AS FOLLOWS:

A. The Defendant was sworn and responded to questions under oath.
B. The Defendant understands the purpose, nature and consequences of this proceeding.
C. The Defendant's plea(s) of _____ is/are knowingly and voluntarily entered and accepted by the Court Reporter Present Court.
D. The Defendant is competent for the purpose of this hearing.
E. A factual basis exists for the plea(s) (and former conviction(s), if applicable).
F. The Defendant is guilty as charged: (check as appropriate)
    [ ] after no prior felony conviction.
    [ ] after one (1) prior felony conviction.
    [ ] after two (2) or more prior felony convictions
G. Sentencing or order deferring sentence shall be: [ ] imposed instanter or [✔] continued until the _29th_ day of _Jan_ _2003_ at _9_ : _00_ _A_. M . If the Pre-sentence investigation and Report is requested, it shall be provided to the Court by the _____ day of _____ , _____ .

DONE IN OPEN COURT this _29_ day of _Jan_ , _99_ .

_____
JUDGE OF THE DISTRICT COURT

_____
NAME OF JUDGE TYPED OR PRINTED

_Waived_
_____
Court Reporter Present

_____
Deputy Court Clerk Present

## "NOTICE OF RIGHT TO APPEAL"

Sentence to Incarceration, Suspended or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the Sequoyah County District Court Clerk's Office a written Application to Withdraw Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the trial court denies your application, you have a right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days of the date of denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation or record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2(D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

Do you understand each of these rights to appeal ?  (YES) NO

Do you want to remain in the county jail ten (10) days before being taken to place of confinement ?  YES (NO)

Have you fully understood the questions that have been asked ?  (YES) NO

Have your answers been freely and voluntarily given ?  (YES) NO

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED.

_Brandie Zane Pruce_
_____
Defendant

I, the undersigned attorney, have advised the Defendant of his appellate rights.

_____
Attorney for the Defendant

DONE IN OPEN COURT, this _____ day of _____, _____.

_____
Judge of the District Court

Court Reporter Present

Deputy Court Clerk Present

## ADDENDUM "A"

### CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the defendant, _Brandie Pruce_ , I certify that:

1. The Defendant has stated to me that he/she is [X] able [ ] unable to read and understand the attached form, and I have [ ] determined the Defendant is able to understand the English language or [ ] determined the Defendant is unable to understand the English language and obtained _____ _____ to interpret to the Defendant in the _____ language.
2. I have read and fully explained to the Defendant the allegations contained in the Information in this case.
3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts and the answers to the questions set out in the Summary of Facts are the Defendant's answers.
4. To the best of my knowledge and belief the statement and declarations made by the Defendant are accurate and true and have been freely and voluntarily made.  Dated this __29__ day of _____ , __99__ .

_____
Attorney for the Defendant

Case Number CF- _____    State v. _____    Date: _____

**Part B:** Sentence **on Plea**    [NOTE ON USE: Part B is to be used with the Summary of Facts if contemporaneous with the entry of plea or may be formatted as a separate sentencing form if sentencing is continued to a future date.]

## THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:

### DEFERRED SENTENCE

1. The sentencing date is deferred until ___Jan___, _29_, _2003_ at _9:00_ AM.

2. You [ ] will [ ] will not be under supervision by the Department of Corrections. The terms set forth in the Rules and Conditions of Probation in Addendum D shall be the rules you must follow during the period of deferment.

### SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows:
[1]_____ [2]_____ [3]_____ [4]_____ [5]_____

TO BE SUSPENDED as follows:

     (A) ALL SUSPENDED   [ ] Yes      [ ] No

     (B) suspended *except* as to the first _____ (months) (years) of the term(s) during which you are to be held in the custody of the Department of Corrections. The remaining term of the sentence(s) is to be suspended under the terms set forth in the Rules and Conditions of Probation in Addendum D.

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____ _____ or NOT APPLICABLE.

### TIME TO SERVE

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows:
[1]_____ [2]_____ [3]_____ [4]_____ [5]_____

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____ _____ or NOT APPLICABLE.

### FINES AND COSTS

You are to pay in full any fine(s), costs , fees and restitution at the time of sentencing. In the alterative, you may request a stay of execution (SOE) from the Cost Administrator in the Sequoyah County District Court Clerk's Office. All information given to the Cost Administrator in requesting the SOE will be under oath and is considered as part of the summary of facts before the Court. *You will appear in person to make all payments as agreed.* Any payment tendered other than in person will be accepted; however, such acceptance does *not* excuse your appearance in the Clerk's Office.

IN THE DISTRICT COURT OF )
SEQUOYAH COUNTY )
STATE OF OKLAHOMA )
)
)

Defendant _Brandie Zane Price_

Case No. _CF-98-481_

Date _Jan 29, 1999_

## RULES AND CONDITIONS OF PROBATION

1. I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general statement of my environment and progress.

2. I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I understand that I am not to go into or loiter around beer taverns or pool halls.

3. I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.

4. I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.

5. I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.

6. I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.

7. I understand that it will be a violation of my Probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or a representative thereof.

8. I understand that I must support myself and all my dependants without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.

9. I will refrain from violation of any City, State or Federal law.

10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.

11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.

12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.

13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion that I may be in control of contraband. That my probation officer may search me or my property if that suspicion exists in their mind.

14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within that eighteen months.

15. SPECIAL CONDITIONS: The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, O.S.B.I. Lab Fees, fines or restitution) of $_____ within_____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of_____, 19____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*

$1,000 fine  $100 VCA  $100 DA Drug Fund & $150 lab fee.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 29 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

16. **Defendant to report to DOC within 72 hours for intake.**

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

_____
Attorney for Defendant

_____
Brandie Zane Price
Probationer

Defendant's Mailing Address:

██████████████████

_Muldrow, OK 74948_

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 2 9 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

THE STATE OF OKLAHOMA )
      Plaintiff, )
VS. )
            )    Case No. __CF-98-481__
            )
BRANDIE ZANE PRICE, DOB: ████/78 )
      Defendant.

## IMPOSITION JUDGMENT AND SENTENCE DEFERRED ON PLEA OF GUILTY

NOW, on this __29th__day of __January__, 19_99_, the same being a judicial day of said court, and

the defendant, __Brandie Zane Price__, being personally present in open court, with his/her attorney

__Gerald Hunter__, and having been duly represented at all proceedings before the Court by such

attorney of record, and having been legally charged with the offense of
POSSESSION OF CONTROLLED DRUG WITH INTENT, 63 O.S. 2-401
POSSESSION OF MARIHUANA, 63 O.S. 2-402 (misd)
~~POSSESSION OF FIREARM IN~~ _____ and having been duly

informed of the nature of the charge, and of his/her constitutional rights and having been duly arraigned

thereon, and having duly and properly entered his/her plea of guilty to the crime of
POSSESSION OF CONTROLLED DRUG WITH INTENT TO DISTRIBUTE
and UNLAWFUL POSSESSION OF MARIHUANA (misd) _____ and having been advised

of his/her rights and the effect of such plea, and the defendant having been asked by the Court whether he/she

has any legal cause to show why the Court should not defer further proceedings and place him/her on

probation under supervision of the Department of Corrections upon the conditions of probation prescribed by

the Court, and the defendant consents to such procedure.

IT IS THEREFORE the decision and Order of the Court to defer the imposition of judgment and

sentence in this case for a period of __Five (5)__ years, and the defendant is placed on probation during
          and One (1) year

such period under the supervision of the Department of Corrections of the State of Oklahoma, such deferment

to continue during good behavior and pursuant to the Rules of the Department of Corrections of the State of

Oklahoma, as prescribed in the "Addition to Judgment and Sentence."

The defendant is further taxed costs of this prosecution in the amount of $_____ for which

judgment is hereby rendered.

Upon successful completion of the probationary term, the defendant shall be discharged without a court

judgment of guilt, and the verdict or plea of guilty shall be expunged from the record and said charge shall be

dismissed with prejudice to any further action. Upon violation of the conditions of probation, the court may

enter a judgment of guilt and proceed as provided in Section 1, Title 22-901a of the Oklahoma Statutes

Annotated, 1970. Said counts to run concurrent each with the other.

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,
     Plaintiff )
vs. )
BRANDIE ZANE PRICE )

MULDROW, OK 74948 )
     Defendant )
  SS#: )
  DOB: ████ 1978

Case No. CF-98-481C

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 29 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

*TEMP.*

Date: 01/29/99
State's Attorney: ROBBIE COWAN
Defendant's Attorney:

RULE 8 HEARING
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $100.00 on or before 2-26-99 and then

_____ $100.00 per month on or before 02-26-1999

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 2-26-99 _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: *Def to re-appear on Feb. 26th w/$100.00 and permanent Rule 8.*

TOTAL TO PAY $ *1508.00*

X *Brandie Price*
      Defendant

_____
DENNIS M. SPROUSE
Judge of the District Court

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 25 1999

BONNIE EDWARDS, COURT CLERK
BY_____ DEPUTY

# Hamilton - Morgan Bail Bonds
## Diane Hamilton
## APPEARANCE BOND

IN THE DISTRICT COURT OF _____ Seq _____ COUNTY, STATE OF OKLAHOMA
State of Oklahoma, _____ Plaintiff,

vs. Joseph Jacobs _____, Defendant                Case No. CF-98-481A

Know all men by these presents, that we the above named defendant, as principal, and the undersigned Diane Hamilton D.B.A. Diane Hamilton, Professional as surety(ies) personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of Twenty Thousand _____ Dollars ($ 20,000.00 ) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of Seq. County, State of Oklahoma, shall personally be and appear before the District Court of said county on the 22 day of April, 19 99, at 9 o'clock a.m., of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of Poss of CDS w/I / Poss of Mari / Poss drug Para / Felon poss of F/A Poss of F/A Comm. of Felony AFCF and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hand and seals this 23 day of Jan, 19 99.

Diane Hamilton D.B.A. Principal ████████████ Address
Hamilton - Morgan            Surety        113 North Oak  Sallisaw, Oklahoma 74955
Diane Hamilton
Joseph D Jacobs             Surety ████████  Muldrow OK 74948 Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this 23 day of Jan, 19 99.

_____ Court Clerk/Sheriff _____ Deputy

This undertaking approved this 23 day of Jan, 19 99.

(SEAL)                      By: _____ Deputy/Clerk

### AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, Seq County, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of Seq County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as herinafter specified under one or more of the following relevant statutory provisions, to-wit:
  a) Consideration for this undertaking received or promised in the sum of $ 3000.00

  b) Other security received or promised for making this undertaking, is as follows: P.N. Fnal. Agreement

  c) Such promise, security or consideration was received from:
Joseph Jacobs P 406 Main St Muldrow OK 74948
Name                               Address

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as on commits perjury.
Diane Hamilton 113 N. Oak, Sallisaw, OK. 74955
Affiant                          Address

Subscribed and sworn to before me this 23 day of Jan, 19 99.
(SEAL)

_____
Court Clerk - Notary Public

My Commission Expires:           _____
                                 Deputy

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY

STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,            )
        Plaintiff            )
                   )
vs.                               )   Case No. CF-98-00481C
BRANDIE ZANE PRICE                )
109 N. FARGO                      )
                   )
MULDROW, OK  74948                )
        Defendant             )
    SS#:
    DOB: ███ 1978

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 2 6 1999

BERNELL EDWARDS, COURT CLERK
BY _____ //WW _____ DEPUTY

Date: 02/26/99        State's Attorney: ROBBIE COWAN
              Defendant's Attorney:

RULE 8 HEARING

(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

*30⁰⁰ pd on 2-26-99*

_____ $140.00 on or before 3-26-99 and then

_____ $140.00 per month on or before 04-26-1999

then *140⁰⁰* per month on or before the *26ᵗʰ* day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before ~~3-26-99~~ _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

TOTAL TO PAY $ *1508⁰⁰*

_____          _____
*Brandie Price*                     DENNIS M. SPROUSE
    Defendant                     Judge of the District Court

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

Case No: _CF-98-481_          Defendant:_Joseph Dale Jacobs_

## ACCUMULATIVE COURT COST FOR SEQUOYAH COUNTY

### NON-VIOLENT  COURT COST

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 1 2 1999

BERNELL EDWARDS, COURT CLERK
BY ___Au_____ DEPUTY

**COURT FUND**

| | | |
|---|---|---|
| Court Fees | | $103.00 |
| Bail Bond Fee | $10.00 @ _1_ | _10.00_ |
| Jury Fee | $30.00@_____ | |
| Fines | set by court | _1000.00_ |
| Mailing fee | $7.00 @_____ | |
| Sub total Court Fund | | _1113.00_ |

**SHERIFF FEES**

| | | |
|---|---|---|
| Sheriff Fees | | $5.00 |
| Arrest Warrant | $20.00 | |
| Bench Warrnts | $20.00@_____ | |
| Subpoenas | $20.00@_____ | |
| Sub total Sheriff Fees | | _5.00_ |

| | |
|---|---|
| LAW LIBRARY | $3.00 |
| CLEET & FINGERPRINTING | $7.00 |

| | | |
|---|---|---|
| VCA | $25.00 or set by court | _100.00_ |
| OSBI LAB | set by court | _150.00_ |
| D.A. DRUG FUND | set by court | _100.00_ |
| REVOLVING FUND(appl fee-$40.00) | | _40.00_ |
| IDF-ATTORNEY FEE | set by court | _150.00_ |

**TOTAL**                    _$1668.00_

# In the District Court in and for Sequoyah County
## State of Oklahoma

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 1 2 1999

EARNELL EDWARDS, COURT CLERK
BY _____, DEPUTY

State of Oklahoma, )
             Plaintiff, )
)
vs. )
)
Joseph Jacobs )
             Defendant )

Case No. CF- 98-481

## WAIVER OF PRELIMINARY HEARING

Now on this ___12___ day of ___Apr___, 19_99_ the above styled case comes on for preliminary hearing. The defendant appears in person and represented by his attorney of record, _Ronald Yunker_, the State of Oklahoma appears by its Assistant District Attorney. Thereupon the defendant herein acknowledges having been advised of the right to a preliminary hearing. That in said hearing the State of Oklahoma must prove to the satisfaction of the Court that the crime as alleged in the information was, in fact, committed and there is probable cause to believe that the defendant committed said crime. That if said burden was not met then the case would be dismissed and the bond exonerated.

The defendant is further advised that at said hearing that he/she has the right to cross examine any of the State's witnesses and to call witnesses on his/her own behalf. And further, the defendant is advised of the right at the hearing to limited discovery of the State's case in chief.

Having these rights in mind, the defendant herein, waives all the above rights with respect to a preliminary hearing in this matter.

_____
Defendant

_____
Attorney for Defendant

## WAIVER OF JURISDICTION OF EXAMINING MAGISTRATE

The defendant is further advised that neither the examining magistrate nor the Special Judge has the jurisdiction to proceed further with the case unless affirmatively waived. Having these rights in mind, the defendant hereby waives his/her rights to object to any jurisdictional defects of the Court.

_____
Defendant

_____
Attorney for Defendant

## COURT MINUTE OF PRELIMINARY HEARING

The defendant in the above styled case having knowingly and intelligently waived his/her rights to the preliminary hearing and there being no objection by the State of Oklahoma, the Court accepts the defendant's waiver and hereby binds the defendant over to stand trial in the District Court of Sequoyah County, State of Oklahoma, on the charges as set out in the information as filed in this case.

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA, | ) | |
| Plaintiff | ) | |
| vs. | ) | Case No. CF-98-00481A |
| JOSEPH DALE JACOBS | ) | |
| 306 N. MAIN | ) | |
| | ) | |
| MULDROW, OK 74948 | ) | |
| Defendant | ) | |

SS#:
DOB: ███/1976

Date: 04/12/99          State's Attorney: ROBBIE COWAN
                  Defendant's Attorney: GERALD HUNTER
                        *TEMP.*
                     RULE 8 HEARING
                       (Summary)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 1 2 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $100.00 on or before 5-13-99  and then

_____ ~~$100.00 per month on or before~~ _____

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 5-13-99 _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: *Defendant is ordered to re-appear on*
*the 13th day of May 1999.*

TOTAL TO PAY $ *1668⁰⁰*

_____
       Defendant

                  _____
                  JOHN C. GARRETT
                  Judge of the District Court

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

**BENCH WARRANT--After Conviction**

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| Sequoyah County, | ) | **IN DISTRICT COURT** |

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA | ) | |
| VS. | ) | No.CF-98-481 |
| JOSEPH DALE JACOBS | ) | |
| ███████ MULDROW OK 74948 | ) | |
| ·76 ████ ·6130 | ) | **NO BOND** |

THE STATE OF OKLAHOMA

To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**JOSEPH DALE JACOBS** having been on the 12TH DAY OF APRIL, 1999, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO APPEAR AND PAY MONIES DUE THE COURT IN THE AMOUNT OF $1,693.00

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **JOSEPH DALE JACOBS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 7TH DAY OF JUNE, 1999, By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: _Maydee Webster_

DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

### SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____, 199____, at _____ o'clock ___ ___M.; and executed on the _____ day of _____, 199____, at _____ _____ o'clock _____M. by _____

_____

Dated this _____ day of _____ 199____.

SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY:_____

DEPUTY

dms

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN - 8 1999

BERNELL EDWARDS COURT CLERK
DEPUTY

## ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, First, Middle, suffix (please print or type) (show alias)

Jacks, Aubrey Dale

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-98-481 | New Rule 8 | FTA + pay |
| CF-98-58 | | |
| | | |
| | | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 8th day of May , 19 99

_Maudeen Webster_
Signature

**AUTHORIZED BY**

_Dennis M Sprouse_
JUDGE OF THE DISTRICT COURT

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 0 5 1999

BERNELL EDWARDS, COURT CLERK
BY _____ CUV _____ DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA

vs.                                    Case No. __CF-98-481__

JAMES WESLEY JACOBS

## MOTION FOR CONTINUANCE

COMES NOW DIANNE BARKER HARROLD, District Attorney, in and for

Sequoyah County, State of Oklahoma, and moves the Court to continue

the above captioned matter now set for hearing on the __9th__ day of

__August__, 199_9_. Movant would state that this Motion is

not made for the purpose of delay but is based on the following

grounds:

> States witness is out of State and cannot attend this hearing.
> His testimony is vital in this case

WHEREFORE, movant prays that this Honorable Court continue

this matter to a new date certain.

                              DIANNE BARKER HARROLD
                              DISTRICT ATTORNEY

                    BY:  _____
                         ASSISTANT DISTRICT ATTORNEY

## CERTIFICATE OF MAILING

I hereby certify that on the __5th__ day of __August__,
199_9_, I hand delivered a true and correct copy of the above and foregoing
Motion to:

Gerald Hunter

attorney for the defendant herein with sufficient postage prepaid
thereon.

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,          )
   Plaintiff          )
vs.          ) Case No. CF-98-00481C
BRANDIE ZANE PRICE          )   CF-99-00061
          )
██████████████          )
          )
MULDROW, OK  74948          )
   Defendant          )
 SS#:
 DOB: ████/1978

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 3 0 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

Date: 08/30/99   State's Attorney: ROBBIE COWAN
    Defendant's Attorney:
     RULE 8 HEARING
      (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

*100⁰⁰ pd on 8-30-99*

_____ $100.00 on or before 9-30-99  and then

_____ $100.00 per month on or before 09-30-1999

then *#100⁰⁰* per month on or before the *30th* day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before ~~9-30-99~~_____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: *CF-98-481 = $918~*
*CF-99-61 = $648~*

TOTAL TO PAY $ *1566~*

_____  _____
*Brandie Price*     DENNIS M. SPROUSE
  Defendant     Judge of the District Court

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

THE STATE OF OKLAHOMA )
    Plaintiff, )
VS. )
            )
JOSEPH DALE JACOBS, DOB: ███/76 )
    Defendant. )

Case No. __CF-98-481__

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 1 2 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

## IMPOSITION JUDGMENT AND SENTENCE DEFERRED ON PLEA OF GUILTY

NOW, on this __12th__ day of __April__, 19__99__, the same being a judicial day of said court, and the defendant, __Joseph Dale Jacobs__, being personally present in open court, with his/her attorney __Gerald Hunter__, and having been duly represented at all proceedings before the Court by such attorney of record, and having been legally charged with the offense of

__POSSESSION OF CONTROLLED DRUG WITH INTENT, 63 O.s. 2-401__
__POSSESSION OF MARIHUANA, 63 O.S. 2-402(misd)__ and having been duly informed of the nature of the charge, and of his/her constitutional rights and having been duly arraigned thereon, and having duly and properly entered his/her plea of guilty to the crime of

__POSSESSION OF CONTROLLED DRUG WITH INTENT and POSSESSION__
__OF MARIHUANA__ and having been advised of his/her rights and the effect of such plea, and the defendant having been asked by the Court whether he/she has any legal cause to show why the Court should not defer further proceedings and place him/her on probation under supervision of the Department of Corrections upon the conditions of probation prescribed by the Court, and the defendant consents to such procedure.

IT IS THEREFORE the decision and Order of the Court to defer the imposition of judgment and sentence in this case for a period of __Five (5)__ years, and the defendant is placed on probation during __and One (1)__ such period under the supervision of the Department of Corrections of the State of Oklahoma, such deferment to continue during good behavior and pursuant to the Rules of the Department of Corrections of the State of Oklahoma, as prescribed in the "Addition to Judgment and Sentence."

The defendant is further taxed costs of this prosecution in the amount of $_____ for which judgment is hereby rendered.

Upon successful completion of the probationary term, the defendant shall be discharged without a court judgment of guilt, and the verdict or plea of guilty shall be expunged from the record and said charge shall be dismissed with prejudice to any further action. Upon violation of the conditions of probation, the court may enter a judgment of guilt and proceed as provided in Section 1, Title 22-901a of the Oklahoma Statutes Annotated, 1970. Said counts to run concurrent each with the other.

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT OF )
SEQUOYAH COUNTY )
STATE OF OKLAHOMA )
)
)
)

Defendant ___JOSEPH DALE JACOBS___

Case No. ___CF-98-481___

Date ___April 12, 1999___

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 12 1999

BERNELL EDWARDS COURT CLERK
BY _____ DEPUT

## RULES AND CONDITIONS OF PROBATION

1. I will at the end of each month, until my final release (by the Court), make a written report. I will state whether I have been constantly at work during the month and if not, why not; I will state how much I have earned together with a general statement of my environment and progress.
2. I will not use or be in possession of intoxicants of any kind or alcoholic beverages, nor use or be in possession of narcotic drugs. I will not visit places where intoxicants or drugs are unlawfully sold, dispensed or used. I understand that I am not to go into or loiter around beer taverns or pool halls.
3. I will not leave the county in which I reside or the State of Oklahoma without written permission of the Probation and Parole Officer, nor will I change my address or employment without first consulting the Probation and Parole Officer.
4. I will not, in any way, communicate with persons on Parole, ex-convicts, or inmates of any penal institutions, nor will I associate with persons having a criminal record.
5. I will promptly and truthfully answer all inquiries directed to me by Probation and Parole authorities and I will allow a representative of the Probation and Parole Division to visit me at my home, place of employment or elsewhere, and I will carry out all instructions he may give me.
6. I understand that I am to remain under supervision by the Probation and Parole Division until I serve my maximum term or may be granted a Pardon by the Governor of the State of Oklahoma.
7. I understand that it will be a violation of my Probation to own or carry firearms of any type, to perpetuate any falsehood or deception, to misrepresent any truth to any branch of Government or a representative thereof.
8. I understand that I must support myself and all my dependants without public assistance so long as I am physically able to do so; failure to do my duty to my dependants shall constitute grounds for revocation of my Parole, Probation or Conditional Release.
9. I will refrain from violation of any City, State or Federal law.
10. I will abide by my curfew from 12 midnight until 5:00 a.m. daily unless I have written permission from my probation officer.
11. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Oklahoma.
12. I will not refuse a breath-alcohol test if arrested for DUI, APC or an alcohol related offense.
13. I hereby waive my State and Federal constitutional rights of protection from unreasonable searches and seizures if my probation officer has a reasonable suspicion that I may be in control of contraband. That my probation officer may search me or my property if that suspicion exists in their mind.
14. I further understand that if I do not possess a high school diploma or a G.E.D. that I will acquire my G.E.D. within eighteen months or show proof of my inability to acquire the same to the Court, in writing, within that eighteen months.
15. SPECIAL CONDITIONS: The defendant is to pay probation fees of $20 per month as well as the total fees of: (Court Costs, Court Appointed Attorney fees, O.S.B.I. Lab Fees, fines or restitution) of $_____ within_____ months at a rate of not less than $_____ per month. Payments are to begin on the 5th day of_____, 19____ and by the 5th of each month thereafter until paid in full. All payments are to be paid to the Sequoyah County Court Clerk's Office. *(Set out how the money is to be distributed).*
    $1,000 fine $100 VCA $100 DA Drug Fund and $150 lab fee

17. *Drug Rehab to be determined by DOC*

16. Defendant to report to DOC within 72 hours for intake.

I hereby certify that I have carefully read the above rules and conditions and fully understand what my obligations are while under supervision of the Division of Probation and Parole. I further acknowledge receipt of a copy of these rules and conditions which I agree to study from time to time so that I will be fully informed at all times regarding my obligations while under supervision. I further understand that these rules may not be terminated, modified or suspended by any probation officer, law enforcement officer or any other person without the written approval of the sentencing Judge and notice to the District Attorney's Office.

_____
Attorney for Defendant

_____
JUDGE OF THE DISTRICT COURT

_____
Probationer

Defendant's Mailing Address:

306 N Main

Muldrow OK 74948

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 16 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA, )
          Plaintiff, )
)
vs. )
)    No. CF-98-481
)
BRANDIE ZANE PRICE )
DOB: ████/78 #████-5806 )
           Defendant. )

## ORDER ACCELERATING DEFERRED SENTENCE

NOW, on this 16th day of November, 1999, the above styled case comes on for hearing on the State's Application to Impose Deferred Sentence. The State is present by Assistant District Attorney, Robbie Cowan, the defendant is present and represented by the attorney of record, Gerald Hunter.

The defendant, after being advised of her rights both by her attorney and by the Court, informs the Court that she wishes to stipulate to the Application to Impose Deferred Sentence and the State makes their recommendation of an accelerated sentence.

The Court finds that on the 29th day of January, 1999, the said defendant entered his plea of guilty to the crime of UNLAWFUL POSSESSION OF CONTROLLED DRUG WITH INTENT TO DISTRIBUTE and POSSESSION OF MARIHUANA; and that upon acceptance of said plea the Court ordered to defer the imposition of Judgment and Sentence in this cause for a term of Five (5) years in each case, pending the defendant's good behavior.

The Court finds that on the 1st day of November, 1999, the State filed an Application to Impose Deferred Sentence based on violations of the defendant's Rules and Conditions of Probation. The Court further finds the defendant did, in fact, violate the rules and conditions as alleged in the State's Application.

That the Court accepts the defendant's stipulation to the Application and thereby accepts her plea of guilty and accelerates the deferred sentence and finds the defendant guilty.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the defendant's deferred sentence is accelerated, the defendant is found guilty and is sentenced to a term of Ten (10) years with the Department of Corrections, Defendant to successfully complete the REGIMENTED TREATMENT PROGRAM (R.T.P.) with the balance suspended upon successful completion pursuant to Rules and Conditions of Probation. The Sheriff of Sequoyah County shall deliver said defendant to the Department of Corrections and leave therewith a copy of this Order of Judgment and Sentence to serve as a warrant and authority for the revocation of said defendant as provided herein. The second copy of the Order to be warrant and authority of said Sheriff for the transportation and imprisonment of said defendant as herein before provided. The Sheriff to make due return to the Clerk of this Court, with his procedure endorsed thereon. Said term to run concurrent with Sequoyah County Case No. CF-99-549 and consecutive with CF-99-61.

IT IS SO ORDERED.

_____
JUDGE OF THE DISTRICT COURT