# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

## REDACTED EXHIBIT 176

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

| | | State of Oklahoma |
|---|---|---|

AMENDED ORDER __X__ EMERGENCY ORDER
_____ CONTINUED _____ FINAL _____ ALIAS

**State of Oklahoma**
**PO-03-00390**
COURT PHONE NUMBER (918) 775-4411

PETITIONER
**MACKEY, GWENDLYN**
and/or on behalf of minor family member(s):
Micheal Mackey, Kyle Wayne Hold, Sylus Real

Additional Petitioner Information

Name(s) and Age(s) or minor family members:
Gwendlyn Mackey, Michael Mackey, Kyle Wayne Hold, Sylus Real

-VS- DEFENDANT(S)
**CRAWFORD, CINDY**
Relationship to Petitioner: sister-in-law

Defendant Identifiers

| | SEX | RACE | DOB | HT | WT |
|---|---|---|---|---|---|
| | F | W | | 5'2 | 110 |
| | EYES | HAIR | DISTINGUISHING FEATURES: | | |
| | Blue | Blonde | tatoo on ankle | | |
| | DL# | | STATE: OK    EXPIRES: | | |
| | OTHER: | | | | |

**CAUTION:**

____ WEAPON INVOLVED-TYPE          ____ WEAPON PRESENT ON PROPERTY          ____ UNKNOWN IF WEAPON PRESENT

**THE COURT FINDS:** That it has jurisdiction over the parties and subject matter, and the Defendant has been or will be provided with reasonable notice and opportunity to be heard. Additional findings of this Order follow on succeeding pages.

**THE COURT ORDERS:** The above named Defendant to not commit further acts or threats of abuse. The Defendant and Petitioner must appear at the Sequoyah County District Court **6th day of January, 2004, 2003 AT 1:30 P.M.** before Judge Payton. Additional terms of this Order follow on succeeding pages.
THE TERMS OF THIS ORDER SHALL BE EFFECTIVE UNTIL DATE AND TIME LISTED ABOVE.

**WARNING TO THE DEFENDANT:**

This Order shall be enforced, even without registration, by the courts of any state, the District of Columbia any U.S. Territory, and may be enforced on tribal lands (*18 U.S.C. ss2265*). Crossing state, territorial or tribal boundaries to violate this Order may result in federal imprisonment (*18 U.S.C. ss2262*).
Federal law provides penalties for possession, transporting, shipping or receiving any firearm or ammunition (*18 U.S.C. ss922(g)(8)*) with penalty up to $250,000 fine and 10 years in prison.

## ONLY THE DISTRICT COURT CAN CHANGE THIS ORDER

EX PARTE TEMPORARY EMERGENCY ORDER OF PROTECTION THE COURT FURTHER ORDERS as specifically marked in check boxes below:

_____ Defendant to have **no contact** with Petitioner, either in person or by telephone, at any time or place.

__X__ Defendant to not abuse, threaten, injure, assault, molest, stalk, harass or otherwise interfere with Petitioner.

_____ The Court assumes emergency jurisdiction under UCCJEA and order suspension of child visitation orders due to physical violence or threat of abuse by Defendant or a threat to violate a custody Order by Defendant

_____ Defendant to not stalk the Petitioner.

_____ Defendant to leave and remain away from the residence located at _____
on or before _____ at _____ AM/PM, and take no action to change utilities or telephone service.

_____ If this Order is served at the residence to be vacated, order Law Enforcement Officers to remain at the residence until Defendant removes necessary clothing and personal effects and leaves the premises.

_____ Order Defendant who is a minor, to leave the residence located at _____
by immediately placing Defendant in any type of care authorized for children taken into custody pursuant to 10 O.S. ll7303-1.1a.          Circle age of Minor Defendant   13   (14)   15   (16)   17

__X__ IT IS FURTHER ORDERED: A to pay Court Cost.

**IF YOU FAIL TO APPEAR, THIS ORDER MAY BECOME A FINAL PROTECTIVE ORDER WITHOUT FURTHER NOTICE TO YOU AND OTHER RELIEF MY BE GRANTED.**

1. This Order is effective immediately.
2. At the hearing, the judge may assess court cost and attorneys fees for the prevailing party.
3. In addition to any other penalty specified, the Court may require Defendant to undergo treatment or participate in counseling services necessary to bring about the cessation of domestic abuse against Petitioner.
4. The filing or non-filing of criminal charges and the prosecution of the cases shall not be determined by a person who is protected by this Order, but shall be determined by the District Attorney.
5. No person, including a person who is protected by this Order, may give permission to anyone to ignore or violate any provision of this Order during the time in which this Order is valid. Every provision of this Order is in full force and effect unless a Court changes the Order.
6. this Order shall be in effect for up to three (3) years unless extended, modified, vacated or rescinded by the Court. This Order expires on the date shown on page 1.
7. A violation of this Order in Oklahoma is punishable by a fine of up to $1,000.00 or up to one year in the county jail, or by both such fine and imprisonment. A violation of this Order which causes injury shall be punishable by twenty (20) days to one (1) year in the county jail or a fine of up to $5,000.00 or by both such fine and imprisonment. Other penalties are provided in other states and for federal violations.
8. Possession of a firearm or ammunition by a defendant while this Order is in effect, may subject the Defendant to prosecution for a violation of federal law even if this order does not specifically prohibit the Defendant from possessing a firearm or ammunition.
9. This Order complies with the Violence Against Women Act's full faith and credit provision (*18 U.S.C. ss2265*) and this Order is enforceable throughout Oklahoma and in all 50 states, U.S. territories, tribal lands and the District of Columbia.

Dated this December 11, 2003

_____
JUDGE OF THE DISTRICT COURT

## Sheriff's Return
## State of Oklahoma, County of Sequoyah

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
DEC 15 2003
BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

Case # _PO-03-00390_

I certify that I received the foregoing summons on the _15th_ day of _December_ ,20_03_ , and that I delivered, or attempted delivery of the said summons as shown below to each party named for service request.

| Name of Person To be served | service address | served? yes or no | Date & Time of service or Attempt |
|---|---|---|---|
| Cindy Crawford | ▮▮▮▮▮▮ Sallisaw | Yes | 12/15/03 @ 10:30 am |
| | | | |
| | | | |
| | | | |

I certify that on _____, I served_____
By leaving a copy of said summons with a copy of the petition attached at _____ which is his/her place of residence.

I certify that on_____, I served_____ by leaving a copy of said summons with a copy of the petition attached at _____ with_____, a member of his/her family over fifteen (15) years of age.

Dated on the _15th_ day of _December_ ,20_03_ .
J.W. Philpot, Sheriff of Sequoyah County

By_Pamela L Crutchfield_ Deputy Sheriff #853
Sequoyah County, Oklahoma

# ORDER OF PROTECTION

| | |
|---|---|
| _____ AMENDED ORDER    X  EMERGENCY ORDER | District Court of Sequoyah County |
| _____ CONTINUED  _____ FINAL  _____ ALIAS | State of Oklahoma |
| | **PO-03-00390** |
| | COURT PHONE NUMBER (918) 775-4411 |

| PETITIONER | Additional Petitioner Information |
|---|---|
| **MACKEY, GWENDLYN** and/or on behalf of minor family member(s): Micheal Mackey, Kyle Wayne Hold, Sylus Real | Name(s) and Age(s) or minor family members: Gwendlyn Mackey, Michael Mackey, Kyle Wayne Hold, Sylus Real |

-VS-  DEFENDANT(S)
**CRAWFORD, CINDY**
Relationship to Petitioner: sister-in-law

### Defendant Identifiers

| SEX | RACE | DOB | HT | WT |
|---|---|---|---|---|
| F | W | | 5'2 | 110 |
| EYES | HAIR | DISTINGUISHING FEATURES: | | |
| Blue | Blonde | tatoo on ankle | | |
| DL# | | STATE: OK | EXPIRES: | |
| OTHER: | | | | |

## CAUTION:

_____ WEAPON INVOLVED-TYPE          _____ WEAPON PRESENT ON PROPERTY          _____ UNKNOWN IF WEAPON PRESENT

**THE COURT FINDS:** That it has jurisdiction over the parties and subject matter, and the Defendant has been or will be provided with reasonable notice and opportunity to be heard. Additional findings of this Order follow on succeeding pages.

**THE COURT ORDERS:** The above named Defendant to not commit further acts or threats of abuse. The Defendant and Petitioner must appear at the Sequoyah County District Court **6th day of January, 2004, 2003 AT 1:30 P.M.** before Judge Payton. Additional terms of this Order follow on succeeding pages.

THE TERMS OF THIS ORDER SHALL BE EFFECTIVE UNTIL DATE AND TIME LISTED ABOVE.

**WARNING TO THE DEFENDANT:**
This Order shall be enforced, even without registration, by the courts of any state, the District of Columbia any U.S. Territory, and may be enforced on tribal lands (*18 U.S.C. ss2265*). Crossing state, territorial or tribal boundaries to violate this Order may result in federal imprisonment (*18 U.S.C. ss2262*).

Federal law provides penalties for possession, transporting, shipping or receiving any firearm or ammunition (*18 U.S.C. ss922(g)(8)*) with penalty up to $250,000 fine and 10 years in prison.

## ONLY THE DISTRICT COURT CAN CHANGE THIS ORDER

EX PARTE  TEMPORARY EMERGENCY ORDER OF PROTECTION THE COURT FURTHER ORDERS as specifically marked in check boxes below:

_____ Defendant to have **no contact** with Petitioner, either in person or by telephone, at any time or place.

Cyld Defendant to not abuse, threaten, injure, assault, molest, stalk, harass or otherwise interfere with Petitioner.

_____ The Court assumes emergency jurisdiction under UCCJEA and order suspension of child visitation orders due to physical violence or threat of abuse by Defendant or a threat to violate a custody Order by Defendant

_____ Defendant to not stalk the Petitioner.

_____ Defendant to leave and remain away from the residence located at _____ on or before _____ at _____ AM/PM, and take no action to change utilities or telephone service.

_____ If this Order is served at the residence to be vacated, order Law Enforcement Officers to remain at the residence until Defendant removes necessary clothing and personal effects and leaves the premises.

_____ Order Defendant who is a minor, to leave the residence located at _____ by immediately placing Defendant in any type of care authorized for children taken into custody pursuant to 10 O.S. 117303-1.1a.    Circle age of Minor Defendant   13  (14)  15  (16)  17

Cyld IT IS FURTHER ORDERED: A to pay Court cost.

**IF YOU FAIL TO APPEAR, THIS ORDER MAY BECOME A FINAL PROTECTIVE ORDER WITHOUT FURTHER NOTICE TO YOU AND OTHER RELIEF MY BE GRANTED.**

1. This Order is effective immediately.
2. At the hearing, the judge may assess court cost and attorneys fees for the prevailing party.
3. In addition to any other penalty specified, the Court may require Defendant to undergo treatment or participate in counseling services necessary to bring about the cessation of domestic abuse against Petitioner.
4. The filing or non-filing of criminal charges and the prosecution of the cases shall not be determined by a person who is protected by this Order, but shall be determined by the District Attorney.
5. No person, including a person who is protected by this Order, may give permission to anyone to ignore or violate any provision of this Order during the time in which this Order is valid. Every provision of this Order is in full force and effect unless a Court changes the Order.
6. this Order shall be in effect for up to three (3) years unless extended, modified, vacated or rescinded by the Court. This Order expires on the date shown on page 1.
7. A violation of this Order in Oklahoma is punishable by a fine of up to $1,000.00 or up to one year in the county jail, or by both such fine and imprisonment. A violation of this Order which causes injury shall be punishable by twenty (20) days to one (1) year in the county jail or a fine of up to $5,000.00 or by both such fine and imprisonment. Other penalties are provided in other states and for federal violations.
8. Possession of a firearm or ammunition by a defendant while this Order is in effect, may subject the Defendant to prosecution for a violation of federal law even if this order does not specifically prohibit the Defendant from possessing a firearm or ammunition.
9. This Order complies with the Violence Against Women Act's full faith and credit provision (*18 U.S.C. ss2265*) and this Order is enforceable throughout Oklahoma and in all 50 states, U.S. territories, tribal lands and the District of Columbia.

Dated this December 11, 2003

_____
JUDGE OF THE DISTRICT COURT

# SERVICE INFORMATION

Complete as detailed and as much information as is known. This is to facilitate the officers in the efforts as to "SERVICE".

DEFENDANT'S NAME: _Cindy Crawford_

DATE OF BIRTH: _____ S.S. NO: _____

DEFANDANT'S CURRENT ADDRESS: _Mission Run by Randy & Denise_

IS THIS ADDRESS _✓_ TEMPORARY OR _____ PERMANENT?

IF IT IS A TEMPORARY, DO YOU KNOW FOR HOW LONG AND/OR ANOTHER LOCATION WHERE HE/SHE MAY BE RESIDING? _No_

DEFENDANT'S CAR:  MAKE _____ MODEL _____ YEAR _____

COLOR _____ TAG NO. _____ STATE _____

PHYSICAL DESCRIPTION: AGE _25?_ HEIGHT _5ft2_ WEIGHT _110_

HAIR COLOR _Blond_ EYES _Blue_ RACE _C_

ANY UNUSUAL CHARACTERISTICS: _tatoo on Ankle_

EMPLOYER: _____

EMPLOYER'S ADDRESS: _____ WORKING HRS: _____

USUAL OCCUPATION: _____

RELATIVE/FRIEND/OTHER CONTACT PERSON OF DEFENDANT:

NAME: _____

ADDRESS: _____ PHONE: _____

REMARKS: _____

ATTACHED TO EMERGENCY AND PERMANENT PROTECTIVE ORDER
APPLICATION


INFORMATION SHEET TO BE FILLED OUT AND
RETURNED TO SEQUOYAH COUNTY SHERIFF'S DISPATCH.


THIS INFORMATION WILL BE USED TO ENTER THE PROTECTIVE ORDER
INTO THE NATIONAL CRIME INDEXING COMPUTER.  TO ASSIST
IN THE PROTECTION OF THE PROTECTED PERSON.


CASE NUMBER: _____

PROTECTED PERSON'S NAME: *Gwendolyn D. Mackey*

PROTECTED PERSON'S DATE OF BIRTH: ███████ *-60*

PROTECTED PERSON'S RACE AND SEX: *C        Female*

DEFENDANT'S FULL NAME IF KNOWN: *Cindy    Crawford*

DEFENDANT'S DATE OF BIRTH OR APPROXIMATE AGE: *25 ?*

DEFENDANT'S RACE AND SEX: *C        Female*

DEFENDANT'S LAST KNOWN ADDRESS: *Mission / Sallisaw*

DEFENDANT'S SOCIAL SECURITY NUMBER IF KNOWN: _____

DEFENDANT'S DESCRIPTION: *5'2" Blonde Hair Blue Eyes glasses*

DEFENDANT'S TAG NUMBER AND STATE OF ISSUE IF KNOWN: _____

DEFENDANT'S CAR DESCRIPTION IF KNOWN: _____

IN THE ____ STRICT COURT OF ____SEQUOYAH____ COUNTY
STATE OF OKLAHOMA

Gwendolyn Mackey + Jesse
Richard Moffett
Kyle Wayne Hold
vs. Styles Real
Cindy Crawford

_Petitioner(s)._

_Defendant(s)._

)
)
)
)
)
)
)
)

Case No. PO- **03-390**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**DEC 11 2003**

BERNELL EDWARDS, COURT CLERK

BY_____.____DEPUTY

### PETITION FOR PROTECTIVE ORDER

Petitioner, being sworn, states:

1.  (Check one or more)

☐ The Defendant has caused or attempted to cause serious physical harm to _____

☐ The Defendant has threatened _____

☑ The Defendant has harassed _me with false statements / breaking into my home + storage shed_

☐ The Defendant has stalked _14yrold son + 16yrold cousin_ parties are not related, or not in a previous or current dating relationship, a complaint must be filed with law enforcement and a copy must be attached.)

2.  The incident(s) which caused the filing of the petition occurred on or about _6-2003 - 12-11-03_
(Dates)

(Describe what happened)(Harassment requires a pattern of conduct. Stalking requires repeated following.)

_House was broken into through front room window._
_Shed was torn apart, things stolen found at her residence._
_Knocking on doors all hours of the night._
_Window broken during the night + cable wire cut._
_Cursing + screaming in front of minor children_ Threatned to cause problems with children. on back

(Attach additional sheet with more information, if necessary)

3.  Was a weapon used in the incident? _NO_ If "yes" what kind of weapon? _____

Are there weapons on the premises? _____ If "yes" what kinds of weapons?_____

4.  The Petitioner and additional parties are related to the Defendant as follows: (check all that apply)

☐ Married

☐ Parent & Child

☑ Persons Related by Marriage

☐ Persons Living Same Household

☐ Biological Parents Same Child

☐ Persons in a Dating Relationship

☐ Divorced

☐ Persons Related by Blood

☐ Present Spouse of an Ex-Spouse

☐ Formerly Living Same Household

☐ Persons in a Previous Dating Relationship

☐ Not Related (Stalking requires filing police complaint, with copy attached. No other relief is permitted by the Protection from Domestic Abuse Act for non-related parties.)

5.  (Check and Complete **A** or **B**)

☐ **A.** Petitioner does not request an Emergency Ex Parte Order but requests the relief checked below after notice and hearing.

☐ **B.** Petitioner is in immediate and present danger of abuse from the Defendant and an Emergency Ex Parte Order is necessary to protect the Petitioner from serious harm. The Petitioner requests the following relief in the Ex Parte Order: (check one or more)

**RELIEF REQUESTED**

☑ Order Defendant to have no contact with Petitioner, either in person or by telephone, at any time or place.

☑ Order Defendant to not abuse, threaten, injure, assault, molest, stalk, harass, or otherwise interfere with Petitioner.

☐ Assume emergency jurisdiction under UCCJEA, and Order suspension of child visitation orders due to physical violence or threat of abuse by Defendant or a threat to violate a custody order by Defendant.

☐ Order Defendant to not stalk the Petitioner.

☐ Order Defendant to leave the residence located at _____ on or before _____, and take no action to change utilities or telephone service.

☐ Order Law Enforcement Officers to accompany Defendant to the residence to remove necessary clothing and personal effects, and remain in attendance until Defendant leaves the premises.

☐ Order Defendant who is a minor, to leave the residence located at _____ by immediately placing Defendant in any type of care authorized for children taken into custody pursuant to 10 O.S. §7303-1.1a          Circle Age of Minor Defendant:   13   14   15   16   17

☐ Describe other relief Petitioner requests: _____

6.  ☑ Petitioner is a resident of the county wherein this Petition is filed.

   ☑ Defendant is a resident of the county wherein this Petition is filed

   ☑ The domestic abuse occurred in the county wherein this Petition is filed, but neither Petitioner nor Defendant are residents of this county.

7.  Petitioner requests that Defendant be ordered to pay all court costs, costs of service, photo evidence fees and attorneys' fees, if applicable.

8.  **WARNING:**  Whoever makes a statement or allegation in this Petition for Protective Order but does not believe that the statement or allegation is true, or knows that it is not true, or intends thereby to avoid or obstruct the ascertainment of the truth, may be found guilty of perjury.  Pursuant to Sections 500 and 504 of Title 21 of the Oklahoma Statutes, the penalty for perjury, or subornation of perjury, is a felony punishable by imprisonment for not more than five (5) years.

9.  Petitioner, being first duly sworn on oath states:  I have read the above and foregoing document, understand the meaning thereof, and declare, under penalty of perjury, that the facts and statements contained herein are believed to the best of my knowledge to be the truth and nothing but the truth.  **I understand that I am** __required__ **by Court Order to appear at the Hearing on my Petition.**

_____
PETITIONER

Subscribed and sworn to before me this 11th day of _Nov._, 20_03_.

_____
Deputy Court Clerk, Judge or Notary

Defendant's Address(es) for Service

_____

_____

If address is tribal land, which tribe?_____

Petitioner requests following law enforcement agencies receive copy of any protective Order entered herein:

_____

_____

_____

Official AOC Form (complies with Session Law Ch. 407, 49th Legislative Session effective 11/1/03)

2

Has made continual sexual advances to 14 + 16 year
old boys (our 14 year old & his 16 yr old cousin)
She has threatened us with involvement from DHS to have
our children taken for no reason.