**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 178**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR SEQUOYAH COUNTY

THE STATE OF OKLAHOMA,
      **Plaintiff,**

vs.

**TRAVIS DON CRAWFORD**

**ADDR:** ▉▉▉▉▉▉▉▉▉▉▉
      **Sallisaw, OK   74955**
**SSN:** ▉▉▉▉**5635**
**DOB:** ▉▉▉**64**

      **Defendant(s),**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**JUN 2 3 2008**

MAUDEEN YANN, COURT CLERK
BY _____ DEPUTY

Case No.  CM-2008- 655

## INFORMATION

**FOR:**

**COUNT 1:** POSSESSION OF CONTROLLED SUBSTANCE~ 63 O.S. § 2-402 a MISDEMEANOR
**COUNT 2:** UNLAWFUL POSSESSION OF DRUG PARAPHERNALIA~ 63 O.S. § 2-405 a
MISDEMEANOR

**STATE OF OKLAHOMA, COUNTY OF SEQUOYAH:**

      I, **Jerry S. Moore**, the undersigned District Attorney of said County, in the name and by the authority, and on behalf of the State of Oklahoma, give information that in said County of Sequoyah and in the State of Oklahoma, **TRAVIS DON CRAWFORD**, did then and there unlawfully, willfully, knowingly and wrongfully commit the crime(s) of:

**COUNT 1**     **POSSESSION OF CONTROLLED SUBSTANCE~ a MISDEMEANOR, on or about the 14th day of June, 2008, by knowingly and intentionally having in defendant's possession and under defendant's control Marijuana said drug being classified as a controlled dangerous substance in Schedule I (C) of the Uniform Controlled Dangerous Substances Act of Oklahoma**

**This crime is punishable by imprisonment up to 1 year and a fine of up to $1000.**

**COUNT 2**     **UNLAWFUL POSSESSION OF DRUG PARAPHERNALIA~ a MISDEMEANOR, on or about the 14th day of June, 2008, by possessing Rolling Papers which is used by abusers of drugs classified as Controlled Dangerous Substances and without having any medical or other lawful need requiring possession of said paraphernalia.**

**The crime is punishable by imprisonment for up to 1 year or, a fine of up to $1,000 or both.**

                                JERRY S. MOORE
                                DISTRICT ATTORNEY

                    By: _____
                        Kyle Waters
                        Assistant District Attorney

Subscribe and sworn to before me this  23rd  day of June, 2008.

KEB502892

NOTARY PUBLIC

My Commission expires:05-14-2009 #01006902

## WITNESSES ENDORSED FOR THE STATE OF OKLAHOMA

Herbert Hutchinson, Sallisaw Police Department, 101 W. Chickasaw, Sallisaw OK 74955
Bill Oliver, Sallisaw Police Department, 101 W. Chickasaw Sallisaw OK 74955
OSBI Chemist, OSBI 1995 AIRPORT PARKWAY, TAHLEQUAH OK 74464

KEB502893

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

CM-08-655

### Probable Cause Affidavit for Warrantless Arrest

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

Comes now the undersigned Affiant, and states upon Oath or Affirmation that the following information and facts are correct to the best of the Affiant's knowledge and belief:

JUN 2 3 2008

MAUDEEN VANN, COURT CLERK

Name of Person Arrested: Travis Don Crawford _____ Social Security Number: ████ 563 ____ DEPUTY

Date of Birth: ████ 0/ _ Date of Arrest (Detention): 06 / 14 / 08  Time of Arrest: 1900 __ P .M.

State Specific Facts for Probable Cause for the Arrest and Detention:

On the 14th day of June 2008, at approximately 1840 hours, Myself and Officer Oliver traveled to the residence of Travis and Cindy Crawford located at 411 South Ash

#A in Sallisaw, Oklahoma to execute a search warrant for narcotics. Upon arrival at the residence I knocked on the front door several times, and after a short period a

white male subject identified as Travis Crawford answered the front door to the residence. I advised Crawford that we had a search warrant for his residence, and handed

him a valid search warrant signed by a judge. Upon entering the residence I could smell a strong odor of burnt marijuana. I began to search the residence a found a

partially burnt hand rolled cigarette, a green leafy substance, seeds and stems that field tested positive for the presence of marijuana.

[Use reverse side or attach another page if necessary]

Anticipated Charge(s): Possession of Marijuana, Possession of Paraphernalia

AFCF: No / Yes times (1) (2) or _____

_____ #907
Affiant (Arresting Officer)

Subscribed and sworn to before me the undersigned, this _17_ Day of _June_ _2008_

My Commission Expires: 7-12-2010

_Patsy Allen_
Notary Public / Judge / Witness

## Probable Cause Determination

I, _Dennis M. Sprouse_, Judge of the District Court reviewed this Probable Cause Affidavit on the _18__ day of _June_, 200_8_, at _11:36_ A.M. / P.M.

_Dms_    This Affidavit contains sufficient facts showing probable cause to detain the Arrestee to await further proceedings. The Sheriff for Sequoyah or Chief of Police of the arresting agency is hereby commanded to receive him/her into their custody and detain until he/she is legally discharged.

_Dms_    The Court sets [__]an Appearance Bond in the amount of $_____.00 or [_✓_]as per Sequoyah County Bond Schedule.

_____    The Court denies Bond at this time.

_____    This Affidavit contains insufficient facts to show there exists probable cause to detain the Arrestee. **The Arrestee is Ordered Released From Custody Immediately.**

_____
Judge of the District Court

KEB502894

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

### Probable Cause Affidavit for Warrantless Arrest

Also while searching the residence I found documents with the name Cindy and Travis Crawford. At this time Crawford was placed under arrest and transported to the city jail. After checking Crawford's criminal history it showed that he had a previous conviction of marijuana. I then advised Crawford his Miranda Warning and he agreed to talk with me. Crawford advised me that all the marijuana found inside the residence was his and that Cindy Crawford had no knowledge of the marijuana being inside the residence.

KEB502895

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

State of Oklahoma, )
      Plantiff, )
     )
     )
    VS. )
     )
TRAVIS Crawford )
     )
     )
     )
    Defendant )

CRM- 2008-655

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 2 6 2008

MAUDEEN VANN, COURT CLERK

DEPUTY

## ORDER TO APPEAR FOR DISPOSITION

You are hereby ordered to appear the __8th__ day of __Aug__, 20 __08__ at __9:30__ __A__.M. You should report to the Court Clerk's office on the second floor of the Sequoyah County Courthouse in Sallisaw. You should report thirty minutes prior to your appearance time. **NO Further Notice Will Be Given.**

Dated this __25__ day of __Jun__, __2008__.

Judge of the District Court

✓ I understand I have been charged with a misdemeanor crime and must appear for a dispositional docket for the Court's review of my case. The purpose of the dispositional docket is to give me a chance to visit with an attorney from the District Attorney's Office. After the visit, if a plea bargain is reached, I may enter a plea of guilty in exchange for the state's recommendation. If no agreement is possible then I may request a jury trial.

✓ Most Importantly I understand that my failure to appear at the date and time given above will result in the issuance of a warrant for my arrest and that my present bond will be forfeited.

X ___Travis Crawford___
      **Defendant**

X **KEEP THIS FOR YOUR RECORDS AS NO FURTHER NOTICE WILL BE GIVEN**

KEB502896

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
     Plaintiff          )
                           )
vs.                        )  Case No. CM-06-00784
TRAVIS CRAWFORD         )    CM-08-00655
                          )
█████████████████       )
                          )
VIAN, OK  74962         )
        Defendant     )
    SS#: █████5635
    DOB: █████/1964

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 0 8 2008

MAUDEEN VANN, COURT CLERK
BY_____ DEPUTY

Date: 08/08/08     State's Attorney:
                 Defendant's Attorney: KYLE WATERS

RULE 8 HEARING
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $100.00 on or before 09-26-2008 and

then __100__ per month on or before the 26 day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 09-26-20_ _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $ 601

X _____
        Defendant

_____
DENNIS M. SPROUSE
Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

KEB502897

# SEQUOYAH COUNTY DISTRICT COURT
## 120 E. Chickasaw, Sallisaw, OK 74955
## 918-775-4411

---

### DEFENDANT'S FINANCIAL STATEMENT / SUPERVISION APPLICATION
Thoroughly and legibly complete this Defendant's Financial Statement/Supervision Application
Do not leave any blanks. If an item does not pertain to you, fill in "N/A" for not applicable.

---

## DEFENDANT

| Name: (First, Middle, Last) | Nickname: Maiden Name: | Place of Birth: |
|---|---|---|
| Travis D Crawford | | Sallisaw OK |

| Social Security No: | Date of Birth: | Age: | Driver's License No.: | State: | Expiration Date: |
|---|---|---|---|---|---|
| ███ 5635 | ███ 64 | 44 | | | |

| Current Address: ☐ House ☐ Apt/Bldg # | ☐ Mobile Home Lot # | ☐ Other | How Long? |
|---|---|---|---|
| ███ Vian OK 74962 (City) (Zip) | | | 30yr |

| Previous Address: | | How Long? |
|---|---|---|
| ███ Sallisaw OK | | 2yrs |

| Home Phone No: | Cell Phone No: | Message Phone No: |
|---|---|---|
| 918-790-2878 | | 775-2509 |

| No. of Dependents: ☑ Spouse ☑ Children (ages): 4 | ☐ Other (Relationship) | Total Dependents: 6 |
|---|---|---|

| Sex: M | Race: W | Hair: BR | Height: 5,7" | Weight: 200 lbs |
|---|---|---|---|---|

| Employer: (Name & Address): | Supervisor's Name: | Phone No: |
|---|---|---|
| Jason Brooks | Jason Brooks | 315-0851 |

| How Long? | Your Title: | Hours per Week: | Hourly Rate: | Pay Schedule: | Date of Next Check: |
|---|---|---|---|---|---|
| 5yrs | Concrete | 20-40 | 10 /HR | ☑ Weekly ☐ Bi-weekly ☐ Other | |

---

## SPOUSE

| Name: (First, Middle, Last) | Nickname; Maiden Name: |
|---|---|
| Cynthia Crawford Elaine | |

| Social Security No: | Employer: (Name & Address) | Supervisor's Name: | Phone No: |
|---|---|---|---|
| | | | |

| How Long? | Title: | Hours per Week: | Hourly Rate: | Pay Schedule: | Date of Next Check: |
|---|---|---|---|---|---|
| N/A | | | | ☐ Weekly ☐ Bi-weekly ☐ Other | |

---

### References - Someone who will always know how to contact you

| Full Name & Address of Nearest Relative Not Living With You | Relationship: | Phone No: |
|---|---|---|
| Roger Lee Crawford | Father | 775-2509 |
| Roger Dale Crawford | Brother | 775-8852 |
| Dr Mack Dotson | Uncle | 775-6974 |
| Dr Ann Dotson | Aunt | 775-6974 |

Continued on other side.....

KEB502898

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

THE STATE OF OKLAHOMA )
)
VS. )
)
TRAVIS DON CRAWFORD )
[Your Name]        Defendant )

CM 08-655

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**AUG 0 8 2008**

MAUDEEN VANN, COURT CLERK
BY _____ DEPUTY

### SUMMARY OF FACTS FOR THE MISDEMEANOR

of _____ Driving Under the Influence or _____ Actual Physical Control of Motor Vehicle while under the Influence; and/or __✔__ Possession of Marijuana; and/or _____ Domestic Abuse; and/or _____ Violation of Protective Order; and/or _____ Contributing to the Delinquency of a Minor

_____ PLEA OF GUILTY                    __✔__ PLEA OF NO CONTEST (Nolo Contendere)

**Waiver of Court Reporter:** I hereby waive the taking of this plea by a Certified Shorthand Reporter and the making of a shorthand record of these proceedings. I consent to the use of this "Summary of Facts" as the record of these proceedings.

_____
Defendant's Signature [Your signature]

*All answers are given under an oath. Please put your initials beside each answer where indicated (Int.).*

1. What is your age? __44__          What grade did you complete in school / college?__12__ or GED

Your Social Security Number ███████ ___ Your Date of Birth ███████ 19__64__          Int.____

2. Can you read and understand this form? ___ Yes ___ No Int.___
   (If no, please give the name of who read and explained this form to you. _____ )

3. Have you taken any medication, alcoholic beverages, drugs, inhalants or done anything that would affect your ability to understand these proceedings today? ___ Yes __✔__ No Int.____
   (If yes, what have you taken and when did you take it? _____ )

4. Have you ever been treated by a doctor or health professional for mental illness or confined in a hospital for mental illness? ___ Yes __✔__ No Int.____
   (If Yes, list doctor or health professional, place, and when treatment occurred:_____ )

5. Do you understand the purpose, the nature and the consequences of this proceeding? ___ Yes __✔__ No Int.____

6. Have you received a copy of the information (or ticket) and do you understand that you are charged with the crime(s) of:
   Count 1 __Poss MJ__
   Count 2 __Poss PARA__

-1-

KEB502899

Count 3_____
Count 4_____
Count 5_____
Count 6_____      ___✓ Yes    ___ No    Int.___

7. Do you understand the maximum punishment for each crime charged is :
   Count 1 __1 yr__ days/months  and/or a fine of $_____.00 plus fees and Costs
   Count 2 _____ days/months  and/or a fine of $_____.00 plus fees and Costs
   Count 3 _____ days/months  and/or a fine of $_____.00 plus fees and Costs
   Count 4 _____ days/months  and/or a fine of $_____.00 plus fees and Costs
   Count 5 _____ days/months  and/or a fine of $_____.00 plus fees and Costs
   Count 6 _____ days/months  and/or a fine of $_____.00 plus fees and Costs
                                                                    ___✓ Yes    ___ No    Int.___

8. Do you understand that by entering a plea of guilty or no contest you may be sentenced to a term of imprisonment within these limits and/or fined within these limits?      ___✓ Yes    ___ No    Int.___

9. Read the following statements:  You have the right to a speedy trial before a jury of your peers to determine whether you are guilty or not guilty of each charge and if you request, to determine the sentence.
At the trial;
[1] You have the right to have an attorney represent you, either one you hire or, *if you are indigent,* a court-appointed attorney.
[2] You are presumed to be innocent of the charges.
[3] You may remain silent or, if you chose, you may testify on your own behalf.
[4] You have the right to see and hear all witnesses called to testify against you and the right to have those witnesses cross-examined.
[5] You may have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.
[6] The State is required to prove your guilt beyond a reasonable doubt.
[7] The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would decide if you were guilty or not guilty and if determined to be guilty, the appropriate punishment.
        **Do you understand each of these rights?**      ___✓ Yes    ___ No    Int.___

10. Do you understand by entering a plea of guilty or no contest you give up these rights?      ___✓ Yes    ___ No    Int.___

11. Do you wish to appear without an attorney and represent yourself here today?      Yes ___✓    No ___    Int.___
    (If no, please give the name of attorney who is representing you: __WILLIAM Ogendorf__ )

12. Do you understand that a conviction on a plea of guilty or no contest to the offense of Driving Under the Influence (D.U.I.) or Actual Physical Control of a Motor Vehicle while under the Influence (A.P.C.) will result in any later charge of D.U.I. or A.P.C. to be filed as a FELONY with the punishment enhancement upon conviction of a prison term of not less than one (1) year but not to exceed five (5) years and fine up to $2,500.00?      ___ Yes    ___ No    ___✓ Does not apply to me    Int.___

13. Do you understand that a conviction on the plea of guilty or no contest to the offense of Possession of Marijuana will result in any later charge of possession of marijuana being filed as a FELONY with the punishment enhancement upon conviction of a prison term of not less than two (2) year but not to exceed ten (10) years and fine up to $10,000.00?      ___✓ Yes    ___ No    ___ Does not apply to me    Int.___

14. Do you understand that a conviction on the plea of guilty or no contest to the offense of Possession of Marijuana will be a basis for the Department of Public Safety to suspend your driver's license for 180 days?      ___✓ Yes    ___ No    ___ Does not apply to me    Int.___

15. Do you understand that a conviction on the plea of guilty or plea of no contest to the offense of Domestic Abuse will result in any later charge of Domestic Abuse to be filed as a FELONY with the punishment enhancement upon conviction of a prison term of not two (2) years and fine up to $5,000.00?      ___ Yes    ___ No    ___✓ Does not apply to me    Int.___

16. Do you understand that a conviction on the plea of guilty or plea of no contest to the offense of Contributing to the Delinquency

KEB502900

of a Minor will result in any later charge of Contributing to the Delinquency of a Minor to be filed as a FELONY with the punishment enhancement upon conviction of a prison term of not three (3) years and fine up to $5,000.00? _____ Yes __✓__ No __✓__ Does not apply to me    Int.____

17.  Do you wish to enter your plea and be sentenced now?    __✓__ Yes _____ No    Int.____

18. What is your plea to:

| | | GUILTY | NOT GUILTY | NO CONTEST |
|---|---|---|---|---|
| Count 1 | | _____ | _____ | __✓__ |
| Count 2 | | _____ | _____ | _____ |
| Count 3 | | _____ | _____ | _____ |
| Count 4 | | _____ | _____ | _____ |
| Count 5 | | _____ | _____ | _____ |
| Count 6 | | _____ | _____ | _____ |

19.  _____  Do you enter your plea of guilty of your own free will, without any coercion or compulsion of any kind and only for the sole reason that you are guilty and that you admit you did the acts as charged?

____✓____  Do you enter your plea of no contest of your own free will, without any coercion or compulsion of any kind even though you know the Court has the authority to find you guilty and assess punishment?    __✓__ Yes _____ No    Int._____

20.  Explain in detail what you did to commit the crime(s) *[In example, " I drank a six pack of beer while fishing. I drove my 1988 Ford pickup home. The police stopped me on Hwy. 59 for being left of center. Complete on the back if necessary.]*

_____

_____

_____

21.  Have you been abused, mistreated, threatened, or promised anything by anyone to have you enter this plea?    _____ Yes __✓__ No    Int._____

22. **Recommendation by the District Attorney's Office:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Count 1 | _12_ | days/month deferred / suspended / jail | and/or a fine of $ | _____ .00 | Fees | _____ | Costs |
| Count 2 | _12_ | days/month deferred / suspended / jail | and/or a fine of $ | _____ .00 | Fees | _____ | Costs |
| Count 3 | _____ | days/month deferred / suspended / jail | and/or a fine of $ | _____ .00 | Fees | _____ | Costs |
| Count 4 | _____ | days/month deferred / suspended / jail | and/or a fine of $ | _____ .00 | Fees | _____ | Costs |
| Count 5 | _____ | days/month deferred / suspended / jail | and/or a fine of $ | _____ .00 | Fees | _____ | Costs |
| Count 6 | _____ | days/month deferred / suspended / jail | and/or a fine of $ | _____ .00 | Fees | _____ | Costs |

Special Assessment of Fees: VCF $ _____ .00    DADE $ _____ .00    OSBI LAB $ _____ .00

Restitution $ _____ .00    *DA / ADA'S INITIALS* _____

## ALL FINES, COURT COST AND FEES ARE DUE AT THE TIME OF PLEA

3.  Do you have anything more to say or do you know of a reason why you should not be sentenced at this time?    _____ Yes __✓__ No    Int.____

4.  **NOTICE OF RIGHT TO APPEAL** To appeal from this conviction, or order deferring sentence, on your plea of guilty, you *must file* in the Sequoyah County District Court Clerk's Office a written Application to Withdraw Plea of Guilty *within ten (10) days* from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the trial court denies your application, you have a right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days of the date of denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation or record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2(D). If you are indigent, you have the right to be represented on appeal by a court-appointed attorney.

**Do you understand these rights of appeal?**    _____ Yes _____ No    Int.____

-3-

KEB502901

25. The terms or your probation for either a deferred or suspended sentence(s) are:
   (1) You are not to violate any city, state or federal laws
   (2) You are to pay all fines, fees restitution and costs immediately.
   (3) You may be give time to pay if you meet the guidelines set by this Court following a Rule 8 hearing.
       *(You must appear and pay according to the Rule 8 Order.)*
   (4) You must complete the special rule(s):_____
   _____

   **Do you understand the terms of your probation?**    ✓ Yes    ___ No    Int.___

26. Have you fully understood all questions that have been asked in this form and are all the answers been freely and voluntarily given?    ✓ Yes    ___ No    Int.___

HAVING BEEN SWORN, I, the Defendant whose signature appears below, state that I have read or had read to me the "Summary of Facts" form and agree that it is a full and true statement of the questions asked me. All questions have been answered by me and are true and correct. I UNDERSTAND THAT I MAY BE PROSECUTED FOR PERJURY IF I HAVE MADE ANY FALSE STATEMENT TO THIS COURT.

_____
Defendant's signature [Your signature]

Approved as to form:_____    _____
District Attorney's Office                        Attorney for Defendant

## THE COURT FINDS AS FOLLOWS:

A. The Defendant was sworn and responded to the questions under an oath.
B. The Defendant understands the purpose, nature and consequences of this proceeding.
C. The Defendant's plea(s) of ____ Guilty ✓ No Contest is / are knowingly and voluntary entered and accepted by the Court.
D. The Defendant is competent for the purpose of this hearing.
E. A factual basis exists for the plea(s)

## THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:

DEFERRED SENTENCE
The sentencing date is deferred until _____Aug 8, 2009_____ at 10:00 a.m.

-4-

KEB502902

## SUSPENDED SENTENCE (in full or in part)

You are sentenced to confinement under the supervision of the Sequoyah County Sheriff for a term as follows:

Count 1 _____ days/months to run c/c  c/s  with _____ and a fine of $_____.00 plus Costs and Fees
Count 2 _____ days/months to run c/c  c/s  with _____ and a fine of $_____.00 plus Costs and Fees
Count 3 _____ days/months to run c/c  c/s  with _____ and a fine of $_____.00 plus Costs and Fees
Count 4 _____ days/months to run c/c  c/s  with _____ and a fine of $_____.00 plus Costs and Fees
Count 5 _____ days/months to run c/c  c/s  with _____ and a fine of $_____.00 plus Costs and Fees
Count 6 _____ days/months to run c/c  c/s  with _____ and a fine of $_____.00 plus Costs and Fees

to be suspended as follows:     (A) _____ ALL SUSPENDED
(B) _____ Suspended EXCEPT as to the first _____ Days/Months which time you are to held in the custody of the Sequoyah County Jail.

## TIME TO SERVE IN COUNTY JAIL

You are sentenced to confinement under the supervision of the Sequoyah County Sheriff for a term as follows:
Count 1 _____ days/months to run c/c  c/s  with _____ and a fine of $_____.00 plus Costs and Fees
Count 2 _____ days/months to run c/c  c/s  with _____ and a fine of $_____.00 plus Costs and Fees
Count 3 _____ days/months to run c/c  c/s  with _____ and a fine of $_____.00 plus Costs and Fees
Count 4 _____ days/months to run c/c  c/s  with _____ and a fine of $_____.00 plus Costs and Fees
Count 5 _____ days/months to run c/c  c/s  with _____ and a fine of $_____.00 plus Costs and Fees
Count 6 _____ days/months to run c/c  c/s  with _____ and a fine of $_____.00 plus Costs and Fees

The Court further assess:

(A) total fines for all Counts at            $_____.00
(B) total costs for all Counts at            $_____.00
(C) total VCF fees for all Counts at         $_____.00
(D) total DADF fees for all Counts at        $_____.00
(E) total OSBI Lab fees for all Counts at  $_____.00
(F) total Restitution for all Counts at      $_____.00
(G) total OIDS fees for all Counts at        $_____.00
                    TOTAL AMOUNT DUE     $_____.00

_____ While the **full amount is due today**, the Court will allow the Defendant to pay $_____.00 at this time to the Sequoyah County Court Clerk's  and will approve the Defendant for the opportunity to proceed with a Rule 8 asset hearing to determine what time, if any, should be allowed for complete payment.

Done in open Court, with all parties present, this 8ᵗ day of _Aug_ , _2008_ .

_____
JUDGE OF THE DISTRICT COURT

Co Form CM-1.0  8 / 13/ 99                                        Last Modified 8/13/99

-5-

KEB502903

# B B B
## Berglan Bail Bonds
### 235-0007

## APPEARANCE BOND

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 1 6 2008

MAUDEEN VANN, COURT CLERK
BY_____ DEPUTY

LICENSE # ___199856___    POWER NUMBER ___3275___
D.O.B. ___████___ 64

District Court, Case No. ___Cm-08-655___

STATE OF OKLAHOMA, SEQUOYAH COUNTY, ss:

BE IT REMEMBERED that on the _15_ day of _June_, _08_, _Travis Crawford_ as principal of SEQUOYAH County and State of OKLAHOMA, _Lance Berglan_ as securities residents of Sequoyah County and State aforesaid appeared personally before the undersigned authority **Sequoyah County Court Clerk** in and for Sequoyah County, and jointly and severally, acknowledged themselves to be indebted to the State of Oklahoma in the sum of _Fifteen Hundred_ DOLLARS ($ _1500_ ), to be made and levied on their respective goods, chattles, and lands, tenements, cash deposit and/or escrow deposit, to be void, however if the said _Travis Crawford_, Defendant, who has been committed to the county jail of Sequoyah County, State of Oklahoma, shall personally be and appear before the District Court of said County on the _18_ day of _June_, _08_ at _10_ o'clock _A_ .m., of said day and from term to term, and from day to day of each term, to answer a charge preferred against him/her for the offense of _Poss Marj. 2nd, Poss Para_

_____

and to do and receive what shall be enjoined by said Court upon him/her, and shall not depart the said court without leave.

WITNESS our hands and seals this _____ day of _____, _____.
Principal X_____ Address of Principal _____
**Berglan Bail Bonds** Surety, Address of Surety 112 N. Main, Sallisaw, OK 74955.

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this ___ day of _____, _____ Bernell Edwards, District Court Clerk, by Deputy X_Vicki Rolston_. This undertaking approved this _____ day of _____, _____, Bernell Edwards, Court Clerk, _____, Judge.

## AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, SEQUOYAH COUNTY, ss:

_Lance Berglan_, being first duly sworn upon oath, says that he/she is a resident of Sequoyah County, State of Oklahoma, and that

(a)   Neither he/she nor anyone for his/her use has been promised or has received any surety or consideration for making this undertaking

(b)   He/She has received the sum of $0 from_____ **DEFENDENT** and/or has been promised the sum of $ _158_ from _Travis Crawford_ as consideration for making this undertaking.

(c)   He/She has received the following described property or instrument from _____ **DEFENDANT ET AL** as security for making this undertaking: **INDEMNITY AGREEMENT SIGNED BY DEFENDANT....**

(d)   _____ **DEFENDANT ET AL** has promised to secure him/her for making this undertaking.

Surety _____, Professional ___ Judy Berglan ___

Subscribed and sworn to before me this _____ day of _____, _____.

**NOTARY PUBLIC**    **My Commission Expires**
(Sec. 1322, Title 59, O.S.A.)

KEB502904

JB

# POWER OF ATTORNEY

Judy Berglan
Berglan Bail Bonds
112 N. Main St.
Sallisaw, OK 74955

CM-08-65

3275

KNOW ALL MEN BY THESE PRESENTS: That Judy Berglan, Professional Bondsman licensed by the State of Oklahoma, does constitute and appoint the below named agent as my Attorney in Fact to execute Bail Bonds only in my name and on my behalf as Surety. *THIS POWER MUST BE ATTACHED TO AND FILED WITH BAIL BOND WRITTEN ON THE DEFENDANT NAMED BELOW AND IS VOID IF ALTERED OR ERASED*

Dated This __15__ day of __JUNE__, 20__08__

Defendant Name:

__TRAVIS__ __Crawford__
(First)          (Middle)          (Last)

D.O.B. ____64    Amt. of Bond: $__1500__    Premium: $__150__

Offense: __POSS MARJ 2cnd, POSS PARA__

Case Number: _____    Court: __District__

City: __Sallisaw__    Court Date: __June 18 10A__    Posted For: __BERGLAN__

Rewrite of Power#: _____    Dated: _____    Amount: $ _____

_____
Executing Agent's Signature

_____
Professional Bondsman's Signature

KEB502905