# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## THE STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 1 2 1999

BERNICE EDWARDS, COURT CLERK
BY _____ DEPUTY

STATE OF OKLAHOMA,       )
                         )
              Plaintiff  )
                         )
vs.                      )    Case No. CF-98-481
                         )
_Joseph D. Jacob_,       )
              Defendant  )
DOB _____ / 19 76      )
SS# _____ - 6138    )

## SUMMARY OF FACTS FOR THE PLEA OF GUILTY

## Part A: Finding of Fact, Acceptance of Plea

Circle

1. Is the name just read to you your true name?   (YES) NO
   If no, then what is your correct name? _____
   I have also been known by the name(s) _____
   _____

2. (A) Do you wish to have a record of these proceedings made by a Court Reporter ?   (YES) NO

   (B) Do you wish to waive your right to have a record of these proceedings made ?   YES (NO)

3. What is your age ? 22  What grade level in school have you completed ? GED

4. Can you read and understand this form ? [If no, Addendum A must be completed and attached]   (YES) NO

5. Are you currently taking any medications or substances which affect your ability to understand these proceedings ?   YES (NO)

6. Have you been prescribed any medication which you are not taking ?   YES (NO)
   If yes, what medication are you not taking? _____
   What is the purpose of the medication ? _____
   Why are you not taking the medication ? _____

7. Have you ever been treated by a doctor or health professional for mental illness or confined in a hospital for mental illness ?   YES (NO)
   If Yes, list doctor or health professional, place, and when treatment occurred:
   _____

8. Do you understand the purpose, the nature and the consequences of this proceeding ?   (YES) NO

9. Have you received a copy of the State's Information and read its allegations ?   YES (NO)

10. A. Do you understand you are charged with:

Crime Statutory Reference

*MisD* [1] _Poss of CDS_     63 o.s. 2-401   (YES) NO

*MisD* [2] _Poss of Para_     63 o.s. 2-405   (YES) NO

[3] _Poss of Mari_     _____ O.S. _____   YES NO

[4] _____     _____ O.S. _____   YES NO

[5] _____     _____ O.S. _____   YES NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

B. Are you charge after former conviction of a felony (AFCF) ?    YES NO

If yes, list the felony(ies) charged: _____

_____

11. Do you understand the range of punishment for the crime(s) is/are ?
(List in the same order as in Number 10)

[1] Minimum of __2__ to a maximum of __10__ and/or a fine of $ __10,000__ (YES) NO

[2] Minimum of __0__ to a maximum of __12 Mo.__ and/or a fine of $ __1000__ (YES) NO

[3] Minimum of __0__ to a maximum of __12 Mo.__ and/or a fine of $ __500__ (YES) NO

[4] Minimum of _____ to a maximum of _____ and/or a fine of $ _____ YES NO

[5] Minimum of _____ to a maximum of _____ and/or a fine of $ _____ YES NO

*For additional charges:* List additional charges on a separate sheet and label as PLEA GUILTY ADDENDUM B

12. **Read the following statements:** You have the right to a speedy trial before a jury of your peers to determine whether you are guilty or not guilty and if you request, to determine the sentence.
*If pleading to a capital murder*, advise of the procedure in 21 O.S. 701.10( B)
**At the trial:**
[1] You have the right to have an attorney represent you, either one you hire or *if you are indigent* a court appointed attorney.
[2] You are presumed to be innocent of the charges.
[3] You may remain silent or , if you chose, you may testify on your own behalf.
[4] You have the right to see and hear all witnesses called to testify against you and the right to have those witnesses cross-examined.
[5] You may have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.
[6] The State is required to prove your guilt beyond a reasonable doubt.
[7] The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would decide if you were guilty or not guilty and if determined to be guilty, the appropriate punishment.

Do you understand each of these rights ?    (YES) NO

13. Do you understand by entering a plea of guilty you give up these rights ?    (YES) NO

14. Do you understand that a conviction on a plea of guilty could increase punishment in any future case committed after this plea ?    (YES) NO

15. Is _Mr. Hunter_ your attorney ?    (YES) NO

16. Have you talked with your attorney about the charges, advised him/her regarding any defense you may have to the charges and received his/her advice ?    (YES) NO

17. Do you believe your attorney has effectively assisted you in this case and are you satisfied with his/her representation ?  (YES)  NO

18. Do you wish to change your plea of not guilty to a plea of guilty and give up your right to a jury trial and all previously explained constitutional rights ?  (YES)  NO

19. Is there a plea agreement ?  (YES)  NO
What is your understanding of the plea agreement ? *5 deferred* *fines costs assessments.*

20. Do you understand the Court is *not* bound by any agreement or recommendation and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty ?  (YES)  NO

21. Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated under question 11 ?  (YES)  NO

22. Do you understand your plea of guilty to the charge(s) is subject to :  YES  NO
(check one)
[X] no prior felony conviction
[ ] one (1) prior felony conviction
[ ] two (2) or more felony convictions   List prior felony convictions to which you are pleading:

_____

23. What is/are your plea(s) to the each charge(s) ?
[1] *Guilty* [2] *Guilty* [3] *Guilty* [4] _____ [5] _____

24. Did you commit the acts as charged in the information ?  YES  NO
State a factual basis for your plea(s) (attach additional pages as needed, labeled as ADDENDUM C) :
*I did as charged in information*
_____

25. Have you been forced, abused, mistreated or promised anything by anyone to have you enter your plea(s) ?  YES  (NO)

26. Do you plead guilty of your own free will and without any coercion or compulsion of any kind ?  (YES)  NO

27. If you are entering a plea to a felony offense, you have a right to a Pre-sentencing investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you.  Do you request a Pre-sentence report ?  (YES)  NO

28. (A) Do you have any additional statements to make to the Court ?  YES  (NO)

(B) Is there any legal reason as to why you should *not* sentence now ?  YES  (NO)

HAVING BEEN SWORN, I , the Defendant whose signature appears below, make the following statements under oath.

(1)      CHECK ONE:

___✓___ (A)      I have read, understood and completed this form.

_____ (B)      My attorney completed this form and we (the attorney and I) have gone over the form and I understand its contents and agree with the answers.  *Complete Addendum A and attach to this form.*

_____ (C)   The Court completed this form for me and inserted my answers to the questions in open court.

(2)                   All answers are true and correct.

(3)                   I understand that I may be prosecuted for perjury if I have made false statements to this Court.

Acknowledged this __12__ Day of ___April_____ , __1999____ .

_____
                                    DEFENDANT

        I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose, and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she had been informed of all legal and constitutional rights.

_____
                ATTORNEY FOR DEFENDANT

        The sentence recommendation in question 19 is correctly stated. I believe the recommendation is fair to the State of Oklahoma. Offer of Proof (nolo contendere plea) : _____

_____
_____
_____
                ASSISTANT DISTRICT ATTORNEY

## THE COURT FINDS AS FOLLOWS:

A. The Defendant was sworn and responded to questions under oath.
B. The Defendant understands the purpose, nature and consequences of this proceeding.
C. The Defendant's plea(s) of _____ is/are knowingly and voluntarily entered and accepted by the Court Reporter Present Court.
D. The Defendant is competent for the purpose of this hearing.
E. A factual basis exists for the plea(s) (and former conviction(s), if applicable).
F. The Defendant is guilty as charged: (check as appropriate)
    [ ] after no prior felony conviction.
    [ ] after one (1) prior felony conviction.
    [ ] after two (2) or more prior felony convictions
G. Sentencing or order deferring sentence shall be: [ ] imposed instanter or [ ] continued until the __12__ day of ___April_____ ,__2004___ at _9_ : _00_ _A_. M . If the Pre-sentence investigation and Report is requested, it shall be provided to the Court by the _____ day of _____ , _____ .

DONE IN OPEN COURT this __12__ day of ___April_____ , __1999__ .

_____
                JUDGE OF THE DISTRICT COURT

_____
                NAME OF JUDGE TYPED OR PRINTED

___Waived_____
Court Reporter Present

_____
Deputy Court Clerk Present

## "NOTICE OF RIGHT TO APPEAL"

Sentence to Incarceration, Suspended or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the Sequoyah County District Court Clerk's Office a written Application to Withdraw Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the trial court denies your application, you have a right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days of the date of denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation or record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2(D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

Do you understand each of these rights to appeal ?  (YES) NO

Do you want to remain in the county jail ten (10) days before being taken to place of confinement ?  YES (NO)

Have you fully understood the questions that have been asked ?  (YES) NO

Have your answers been freely and voluntarily given ?  (YES) NO

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED.

_____
Defendant

I, the undersigned attorney, have advised the Defendant of his appellate rights.

_____
Attorney for the Defendant

DONE IN OPEN COURT, this ___12___ day of ___April___, 1999.

_____
Judge of the District Court

_____     _____
Court Reporter Present           Deputy Court Clerk Present

ADDENDUM "A"

### CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the defendant, _____, I certify that:

1. The Defendant has stated to me that he/she is [ ] able [ ] unable to read and understand the attached form, **and** I have [ ] determined the Defendant is able to understand the English language or [ ] determined the Defendant is unable to understand the English language and obtained _____ to interpret to the Defendant in the _____ language.
2. I have read and fully explained to the Defendant the allegations contained in the Information in this case.
3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts and the answers to the questions set out in the Summary of Facts are the Defendant's answers.
4. To the best of my knowledge and belief the statement and declarations made by the Defendant are accurate and true and have been freely and voluntarily made. Dated this ___12___ day of ___April___, 99.

_____
Attorney for the Defendant

------------------------------------------------------------------------------------

Case Number CF- _____   State v. _____   Date: _____

## Part B: Sentence on Plea   [NOTE ON USE: Part B is to be used with the Summary of Facts if contemporaneous with the entry of plea or may be formatted as a separate sentencing form if sentencing is continued to a future date.]

## THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:

### DEFERRED SENTENCE

1. The sentencing date is deferred until _____ , ____ , _____ at __ : ___ _ M.

2. You [ ] will [ ] will not be under supervision by the Department of Corrections. The terms set forth in the Rules and Conditions of Probation in Addendum D shall be the rules you must follow during the period of deferment.

### SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows:

[1]_____ [2]_____ [3]_____ [4] _____ [5] _____

TO BE SUSPENDED as follows:

    (A) ALL SUSPENDED  [ ] Yes     [ ] No

    (B) suspended *except* as to the first _____ (months) (years) of the term(s) during which you are to be held in the custody of the Department of Corrections. The remaining term of the sentence(s) is to be suspended under the terms set forth in the Rules and Conditions of Probation in Addendum D.

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____ _____ or NOT APPLICABLE.

### TIME TO SERVE

1. You are sentence t confinement under the supervision of the Department of Corrections for a term of years as follows:

[1]_____ [2]_____ [3] _____ [4] _____ [5] _____

2. The sentence(s) is/are to run [ ] concurrently [ ] consecutively with/to _____ _____ or NOT APPLICABLE.

### FINES AND COSTS

You are to pay in full any fine(s), costs , fees and restitution at the time of sentencing. In the alterative, you may request a stay of execution (SOE) from the Cost Administrator in the Sequoyah County District Court Clerk's Office. All information given to the Cost Administrator in requesting the SOE will be under oath and is considered as part of the summary of facts before the Court. *You will appear in person to make all payments as agreed.* Any payment tendered other than in person will be accepted; however, such acceptance does **not** excuse your appearance in the Clerk's Office.

# WARRANT CLEARANCE

WARRANT # CF-98-58A, CF-98-481

WARRANT NAME Jacobs, Aubrey Dale

DATE & TIME CLEARED 9-23-99    01:58

WARRANT CLEARED BY:

    ARREST ✓ OFFICER SERVING Travis Gabbert

               AGENCY SCSO

    CANCEL _____ OFFICIAL DIRECTING WARRANT CANCELLATION

WAS WARRANT PULLED FROM FILE?    (YES)    NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT MARKED OFF BOOK?    (YES)    NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT CANCELLED FROM NCIC?    YES    (NO)

IF YES, NCIC CANCELLATION NUMBER_____

IF NO, EXPLAIN WHY NOT N/A

IF HOLD WAS PLACED, WAS WARRANT
REMOVED FROM HOLDS LIST?    YES    (NO)

IF NO, EXPLAIN WHY NOT N/A

SHERIFF'S OFFICE EMPLOYEE SIGNATURE _Troy L. Parker_

NOTE:   AFTER COMPLETION, ATTACH THIS FORM TO THE CANCELLED OR
         SERVED WARRANT. BE SURE TO ATTACH THIS FORM BACK TO BACK
         WITH THE WARRANT.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 27 1999

IN DISTRICT COURT BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

**BENCH WARRANT--After Conviction**

**STATE OF OKLAHOMA,**           )
**Sequoyah County,**            )

THE STATE OF OKLAHOMA      )
          VS.                )        No.CF-98-58A, CF-98-481
AUBREY DALE JACOBS           )
█████████, MULDROW OK 74948   )
███-56 ████1409              )          **NO BOND**

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**AUBREY DALE JACOBS** having been on the 7TH DAY OF DECEMBER, 1998, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO APPEAR AND PAY MONIES DUE THE COURT IN THE AMOUNT OF $2036.00

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above-named **AUBREY DALE JACOBS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 20TH DAY OF SEPTEMBER, 1999, By Order of the Court.

                **BERNELL EDWARDS, COURT CLERK**

                BY: _Maurelee Webster_____
                                DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

**SHERIFF'S RETURN**

RECEIVED the within Writ on the _____ day of _____, 199____, at _____ o'clock _____M., and executed on the _____ day of _____, 199____, at _____ o'clock _____M. by _____
_____

Dated this _____ day of _____ 199____.

_____
SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA
BY: _Travis Gobbert (853)_____
                                DEPUTY

dms

# ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order. Last Name, First, Middle, suffix (please print or type) (show alias)

Jacobs, Joseph Dale  DOB ███ 76  SS# ███ 6130

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-98-481A | New Rule 8 | FTA + pay |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 6th day of October, 1999.

Maureen Webster
Signature

AUTHORIZED BY

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

Dennis M Sprouse
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT 06 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,  )
      Plaintiff  )
vs.  )    Case No. CF-98-00481A
JOSEPH DALE JACOBS  )
█████████  )
C/O JUNE TINNEY  )
GANS, OK  74436  )
      Defendant  )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT 06 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

SS#:
DOB: ████/1976

Date: 10/06/99     State's Attorney: ROBBIE COWAN
                Defendant's Attorney: GERALD HUNTER

RULE 8 HEARING
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $200.00 on or before 10-7-99_ and then

_____ ~~$200.00 per month on or before~~ _____

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before ~~10-7-99~~ _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _Defendant agreed to continue Community Service at Co Barn_
_Given credit for jailtime & Community service up to date._

TOTAL TO PAY $ _bal 1263ᵒ_

                                JOHN C. GARRETT
_____        Judge of the District Court
     Defendant

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

BENCH WARRANT—After Conviction

ISSUED
10/13/99

STATE OF OKLAHOMA, )
    Sequoyah County    )

IN.......District.......COURT

        THE STATE OF OKLAHOMA

vs.

Aubrey Dale Jacobs

DOB: ▓▓▓ 56

Defendant.

No. CF-98-481

Bond $20,000

THE STATE OF OKLAHOMA

To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma—Greeting:

    Aubrey Dale Jacobs _____having been on the___29th____day

of_____January_____A.D. 19_99__, duly convicted in the___Distric_____Court of Sequoyah County,

State of Oklahoma, of the crime of_____Unlawful possesstion of controlled drug,

__Application to revoke

    YOU ARE THEREFORE COMMANDED Forthwith to arrest the above-named_____
    Aubrey Dale Jacobs
_____and bring him before said Court for judgment, or if the
said Court has adjourned for the term, deliver him to the Sheriff of the County of Sequoyah; there to be
detained by said Sheriff until the further order of the Court.

    WITNESS MY HAND And seal of said Court this___13th_____day of___October_____A.D. 19_99__
    By Order of the Court.

**Bernell Edwards**
Court Clerk

BY _Amanda Woody_
                        Deputy.

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OLKLAHOMA,　　　　　　　)
　　　　　Plaintiff　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)　　Case No. CF-98-00481A
JOSEPH DALE JACOBS　　　　　　　)
　　　　　　　　　　　　　　　　　)
C/O JUNE TINNEY　　　　　　　　　)
GANS, OK　74936　　　　　　　　　)
　　　　　　Defendant　　　　　　　)

SS#:
DOB:　　██/1976

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT 19 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

Date: 10/19/99　　　　State's Attorney:　　ROBBIE COWAN
　　　　　　　　　　　Defendant's Attorney: GERALD HUNTER

RULE 8 HEARING
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $75.00 on or before 11-27-99 and then

_____ $75.00 per month on or before 12-27-1999

then $75.00 per month on or before the 27th day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 11-27-99 _____

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $ bal # 1063.00

JOHN C. GARRETT
Judge of the District Court

_____
Defendant

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

BENCH WARRANT—After Conviction

STATE OF OKLAHOMA, )
    Sequoyah County    )

IN....District......COURT

THE STATE OF OKLAHOMA

vs.

...Brandie Zane Price.........................

....DOB: ████████78................................

  #████-5806         Defendant.

No..CF-98-481

Bond

$10,000

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 10 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

THE STATE OF OKLAHOMA

To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma—Greeting:

    Brandie Zane Price.............................................having been on the....29th..day

of..January...........A.D. 19.99.., duly convicted in the....District........Court of Sequoyah County,

State of Oklahoma, of the crime of...Poss of controlled drug with intent to distribute .....

....Application to impose................................................................

    YOU ARE THEREFORE COMMANDED Forthwith to arrest the above-named.......................

....Brandie Zane Price..............................and bring him before said Court for judgment, or if the
said Court has adjourned for the term, deliver him to the Sheriff of the County of Sequoyah; there to be
detained by said Sheriff until the further order of the Court.

    WITNESS MY HAND And seal of said Court this..2nd........day of...November.......A.D. 19.99..
By Order of the Court.

**Bernell Edwards**
**Court Clerk**

BY _~Erma Merrell~_____
                                **Deputy**

_Served by Pamela L. Crutchfield_

BENCH WARRANT—After Conviction


ISSUED
4-6-00

STATE OF OKLAHOMA, )
    Sequoyah County    )

IN ____District____ COURT

       THE STATE OF OKLAHOMA

           vs.

____Joseph D. Jacobs_____

____DOB: ███-56_____
                    Defendant.

No. CF-98-481

Bond $10,000

THE STATE OF OKLAHOMA

To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma—Greeting:

    Joseph D. Jacobs _____having been on the 12th ____day

of __April_____A.D. 19 99___, duly convicted in the __District_____ Court of Sequoyah County,

State of Oklahoma, of the crime of ____Poss of Controlled Drug With Intent To Distribute/___

__Appl. to Impose_____

    YOU ARE THEREFORE COMMANDED Forthwith to arrest the above-named _____

__Joseph D. Jacobs_____and bring him before said Court for judgment, or if the said Court has adjourned for the term, deliver him to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

    WITNESS MY HAND And seal of said Court this ____5th____day of__April_____A.D. 19 2000.
    By Order of the Court.

**Bernell Edwards**
Court Clerk

BY _Amanda Wood_
                    Deputy

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA, )
        Plaintiff, )
vs. )
BRANDIE ZANE PRICE )
DOB: ▮▮▮/78  #▮▮▮▮5806 )
        Defendant. )

No. CF-98-481

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 1 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

### APPLICATION TO IMPOSE JUDGMENT AND SENTENCE

COMES NOW, Dianne Barker Harrold, the duly elected, qualified, and acting District Attorney of Sequoyah County, and states to the Court that on the 29th day of January, 1999, the said Defendant entered his/her plea of guilty in the above entitled case, in the District Court of Sequoyah County, Oklahoma, to the charge of: POSSESSION OF CONTROLLED DRUG WITH INTENT TO DISTRIBUTE and POSSESSION OF MARIHUANA, as set out in the Information on file in this cause and that upon acceptance of said plea the Court ordered to defer the imposition of Judgement and Sentence in this cause for Five (5) years with the said defendant placed on probation during such period under the Supervision of the Department of Correction and same to continue during the good behavior of the defendant, with the power of the Court to impose Judgement and Sentence for good cause shown at any time prior to the expiration of the probationary term.

That subsequent to the said Order of deferment of imposition of Judgment and Sentence, the defendant violated the rules and conditions of probation in the following manner:

    **Rule #9:** by violating city, state or federal law, and being arrested on October 21, 1999, by Sallisaw Police and charged with UTTERING A FORGED INSTRUMENT and KNOWINGLY CONCEALING STOLEN PROPERTY, Sequoyah County Case No. CF-99-549.

That the commission of the said acts against the laws of violations of probation by the defendant is good cause for the Court to impose Judgement and Sentence immediately.

Further, that it is necessary for the State to secure the attendance of the defendant at the hearing and such attendance might not come about unless the said defendant is taken into custody, and that the Court should issue a Bench Warrant for the arrest of the defendant pending such hearing.

WHEREFORE, applicant prays that the Court set a date for hearing this application and that the deferring of Imposition of Judgement and Sentence be set aside and that Judgment be imposed immediately and that the Court direct the Court Clerk to issue a Bench Warrant for the arrest of the defendant.

Dated this 27th day of October, 1999.

DIANNE BARKER HARROLD, District Attorney

BY: _____
    Assistant District Attorney

WITNESSES:
Daniel Beats, c/o Probation & Parole, Sallisaw, OK
David Bethany, Sallisaw PD
Rick Nicholson, Sallisaw PD

### FINDING OF PROBABLE CAUSE

The Undersigned Judge of the District Court, upon the above application hereby determines there to be probable cause for the issuance of a Bench Warrant and so orders.

Dated this ___1___ day of ___Nov___, 1999.
Bond set at $ 10,000.00

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT OF SEQUOYAH COUNTY,
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 4 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

THE STATE OF OKLAHOMA, )
      Plaintiff, )
vs. ) No. CF-98-481
JOSEPH D. JACOBS )
      Defendant. )

## APPLICATION TO IMPOSE JUDGMENT AND SENTENCE

COMES NOW, Dianne Barker Harrold, the duly elected, qualified, and acting District Attorney of Sequoyah County, and states to the Court that on the 12TH DAY OF APRIL, 1999, the said Defendant entered his/her plea of guilty in the above entitled case, in the District Court of Sequoyah County, Oklahoma, to the charge of: POSSESSION OF CDS WITH INTENT TO DISTRIBUTE and UNLAWFUL POSSESSION OF MARIHUANA, as set out in the Information on file in this cause and that upon acceptance of said plea the Court ordered to defer the imposition of Judgement and Sentence in this cause for FIVE (5) years with the said defendant placed on probation during such period under the Supervision of the Department of Correction and same to continue during the good behavior of the defendant, with the power of the Court to impose Judgement and Sentence for good cause shown at any time prior to the expiration of the probationary term.

That subsequent to the said Order of deferment of imposition of Judgment and Sentence, the defendant violated the rules and conditions of probation in the following manner:

**Rule #1:** by failing to report for the months of May, June, July, August and December, 1999.
**Rule #5:** by failing to carry out instructions given by Probation and Parole officer.
**Rule #9:** by violating city, state or federal law, and being arrested on February 2, 2000, for BURGLARY SECOND DEGREE and DOMESTIC BATTERY, Sebastian County Case No. CR-99-6989.
**Rule #15:** by failing to pay probation fees and being in arrears $140.00.

That the commission of the said acts against the laws of violations of probation by the defendant is good cause for the Court to impose Judgement and Sentence immediately.

Further, that it is necessary for the State to secure the attendance of the defendant at the hearing and such attendance might not come about unless the said defendant is taken into custody, and that the Court should issue a Bench Warrant for the arrest of the defendant pending such hearing.

WHEREFORE, applicant prays that the Court set a date for hearing this application and that the deferring of Imposition of Judgement and Sentence be set aside and that Judgment be imposed immediately and that the Court direct the Court Clerk to issue a Bench Warrant for the arrest of the defendant.

Dated this _8th_ day of MARCH, 2000.

DIANNE BARKER HARROLD, District Attorney

BY: _____
    Assistant District Attorney

WITNESSES:
Jerry Sizemore, c/o Probation & Parole, Sallisaw, OK

## FINDING OF PROBABLE CAUSE

The Undersigned Judge of the District Court, upon the above application hereby determines there to be probable cause for the issuance of a Bench Warrant and so orders.

Dated this _3_ day of _April_ _2000_.
Bond set at $_10,000_

_____
JUDGE OF THE DISTRICT COURT

DATE 2/7/00

**CASE REPORT**

TO:

_____ District Supervisor
_____ Probation/Parole Officer
_____ Restitution & Accounting
xx   District Attorney _____Cowan_____ County_____
xx   District Judge _____Nelson_____ County____Sequoyah____
_____ Compact Administrator_____ State _____
xx   File

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 5 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

Name_JACOBS, Joseph_____ DOC#_274672____Race/Sex_W/M_DOB ▮▮76__
Case#_CF-98-481__ Date sentenced 4/12/99_____Date Released/Paroled_____
Crime__Possession of CD w/Intent to Distribute; Possession of Marijuana_____
Sentence Length_5 years_____Type Case_Deferred____Date Discharge_4/11/2004_


TYPE OF REPORT                    VIOLATION REPORT


<u>Instant Offense/Violation of Rules and Conditions</u>: JACOBS has violated the following rules and conditions of his probation:

<u>Rule #1</u>: JACOBS failed to report for the months of May, June, July August, and December of 1999.

<u>Rule #5</u>: On 4/21/99 JACOBS was instructed by SPPO Daniels to return for another visit on 5/11/99. JACOBS failed to report as instructed. On 11/16/99, JACOBS was instructed by PPO Sizemore to report on 12/14/99, and again he failed to report. In October of 1999, JACOBS was given permission to travel to Ft. Smith, AR in search of employment only. On November 23, 1999 JACOBS traveled to Ft. Smith but did not search for employment. He broke into his ex-girlfriend's residence and assaulted her.

<u>Rule #9</u>: On November 23, 1999, JACOBS used a credit card or something similar to gain access into his ex-girlfriend's apartment, according to a Ft. Smith Police report. JACOBS started an argument with his ex-girlfriend and then became physical. She attempted to contact the police but JACOBS pulled the phone cord out of the wall. Then he blocked the doorway so she couldn't get out of the apartment. JACOBS also pushed his ex-girlfriend down. Some point during the scuffle, JACOBS' ex-girlfriend was cut with a broken beer bottle. JACOBS left the residence shortly after he noticed the cut to his ex-girlfriend's hand. An arrest warrant was issued for JACOBS shortly after the incident. The charges, Burglary 2nd and Domestic Battery, are filed under 99-6989 in the Sebastian County Court Clerk's office. JACOBS was arrest on that warrant on 2/2/00 and is free on $10,000 bond. His next court date is unknown.

JACOBS, Joseph
CF-98-481
Violation Report Continued

Rule #15: JACOBS is currently $140 arrears in probation fees.

Summary/Recommendation: JACOBS reports living with his grandmother at ███████████ in Gars, OK. JACOBS reported sporadic employment since being placed under supervision. JACOBS is currently in arrears $140 in probation fees. He has improved in his reporting habits. He still is not trying as hard as he can to gain employment.

This officer respectfully recommends an Application to Impose be filed and a bench warrant issued for JACOBS' arrest.

_Melanie Carter_
for Linda Cheatham
Team Supervisor
DICC

Jerry Sizemore, PPO
Probation and Parole Officer
104 D South Oak
Sallisaw, OK 74960

LC:JS:aem
2/10/00

**BENCH WARRANT—After Conviction**



ISSUED
4-6-00

STATE OF OKLAHOMA, )
   Sequoyah County    )

IN ...District... COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

THE STATE OF OKLAHOMA

vs.

_____ Joseph D. Jacobs _____

_____ DOB: ─7─10─56─ ██████76

w/m SSN# ████ 6130 Defendant.

No. CF─98─481   APR 2 4 2000

Bond $10,000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

**THE STATE OF OKLAHOMA**

To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma—Greeting:

   Joseph D. Jacobs _____ having been on the 12th day

of __ April _____ A.D. 19 99 ___, duly convicted in the __ District _____ Court of Sequoyah County,

State of Oklahoma, of the crime of ____ Poss─of─Controlled─Drug─With─ Intent To Distribute/──

─ Appl to Impose _____

   YOU ARE THEREFORE COMMANDED Forthwith to arrest the above-named _____

___ Joseph D. Jacobs _____ and bring him before said Court for judgment, or if the said Court has adjourned for the term, deliver him to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

   WITNESS MY HAND And seal of said Court this ___ 5th ___ day of __ April _____ A.D. 19 2000.
   By Order of the Court.

**Bernell Edwards**
**Court Clerk**

BY _Amanda Woods_
                 Deputy

No. _____

In _____ Court

## THE STATE OF OKLAHOMA
### vs.

_____

_____ Defendant

# BENCH WARRANT
### (After Conviction)

FILED

This _____ day of _____ A.D., 19____

_____ District Clerk

By _____ Deputy.

SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____ 19____, at _____ o'clock _____ M., and executed on the _____ day of _____ 19____, at _____ o'clock _____ M., by _____

Dated this _____ day of _____ 19____

_____ Sheriff of _____ County Oklahoma

By _____ Under Sheriff. _____ Deputy.

BENCH WARRANT—After Conviction



ISSUED
4-6-00

STATE OF OKLAHOMA, )
    Sequoyah County    )

IN......District......COURT

THE STATE OF OKLAHOMA

vs.

.....Joseph D. Jacobs.....

.....DOB:.....

SSN # ......6150

No. CF-98-481

Bond $10,000

Defendant.

THE STATE OF OKLAHOMA

To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma—Greeting:

.....Joseph D. Jacobs..... having been on the 12th .....day

of .....April.....A.D. 19 99..., duly convicted in the .....District..... Court of Sequoyah County, State of Oklahoma, of the crime of .....Poss. of Controlled Drug With Intent To Distribute/.....Appl. to Impose.....

    YOU ARE THEREFORE COMMANDED Forthwith to arrest the above-named.....

.....Joseph D. Jacobs.....and bring him before said Court for judgment, or if the said Court has adjourned for the term, deliver him to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

    WITNESS MY HAND And seal of said Court this .....5th.....day of .....April.....A.D. X9 2000.
By Order of the Court.

**Bernell Edwards**
**Court Clerk**

BY _Amanda Wood_ Deputy

# WARRANT CLEARANCE

WARRANT # CF-98-481

WARRANT NAME Jacobs, Joesph D.

DATE & TIME CLEARED 4/22/00 20:45

WARRANT CLEARED BY:

ARREST X    OFFICER SERVING 821 / Roy Coleman

AGENCY Sequoyah County S.O.

CANCEL_____ OFFICIAL DIRECTING WARRANT CANCELLATION

_____

WAS WARRANT PULLED FROM FILE?        (YES)    NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT MARKED OFF BOOK?        (YES)    NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT CANCELLED FROM NCIC?        (YES)    NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT REMOVED FROM HOLDS BOOK?    YES    (NO)

IF NO, EXPLAIN WHY NOT no hold placed

SHERIFF'S OFFICE EMPLOYEE SIGNATURE Barbara S. Keel

NOTE: AFTER COMPLETING THIS FORM, STAPLE THIS FORM BACK TO BACK WITH THE WARRANT AND PLACE IN THE FOLDER MARKED "SEND TO TERESA."

**BENCH WARRANT—After Conviction**

ISSUED
4-6-00

STATE OF OKLAHOMA, )
    Sequoyah County    )

IN __District__ COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

THE STATE OF OKLAHOMA

vs.

_____ Joseph D. Jacobs _____

_____ DOB: __7-10-56__ ___ ▇▇▇▇ -76
w/m SS/N# ▇▇▇▇▇▇ 6130 Defendant.

No. CF-98-481 . APR 2 4 2000

Bond $10,000

BERNELL EDWARDS, COURT CLERK
BY _____ _____ DEPUTY

THE STATE OF OKLAHOMA

To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma—Greeting:

_Joseph D. Jacobs_ _____ having been on the _12th_ ___ day

of __April__ _____ A.D. 19 99 __, duly convicted in the __District__ _____ Court of Sequoyah County,

State of Oklahoma, of the crime of _____ Poss of Controlled Drug With Intent To Distribute/___

__Appl. to Impose_____

    YOU ARE THEREFORE COMMANDED Forthwith to arrest the above-named _____

___ Joseph D. Jacobs _____ and bring him before said Court for judgment, or if the said Court has adjourned for the term, deliver him to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

    WITNESS MY HAND And seal of said Court this ____ 5th _____ day of __April__ _____ A.D. 19 2000.
    By Order of the Court.

**Bernell Edwards**
**Court Clerk**

BY _Amanda Wood_

Deputy

No. _____

In _____Court

## THE STATE OF OKLAHOMA

vs.

_____

_____ Defendant

## BENCH WARRANT

(After Conviction)

FILED

This _____ day of _____A.D., 19____

_____
District Clerk

By _____ Deputy.

SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____ 19____ at _____ o'clock _____ M, and executed on the _____ day of _____ 19____ at _____ o'clock _____ M., by _____

Dated this _____ day of _____ 19____

_____
Sheriff of _____ County Oklahoma

By _____
Under Sheriff. Deputy.

Date: April 10, 2000

- CASE REPORT -

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 2 3 2000

BERNELL EDWARDS COURT CLERK
BY _____ DEPUTY

TO:

|   | District Supervisor | | |
|---|---|---|---|
|   | Restitution and Accounting | | |
| X | District Attorney | Cowan | Sequoyah County |
| X | District Judge | Honorable David Nelson | Sequoyah County |
|   | Compact Administrator | | |
| X | File | | |

| Name | Jacobs, Joseph | Race/Sex | W/M | DOB | ▇76 |
|---|---|---|---|---|---|

Case & DOC #    SY-CF-98-481; 274672    Crime    Pssn CD w/ Intent

Date of Sentencing    4/12/99    Date Released/Paroled

Sentence Length    5 Years    Type Case    Deferred    Discharge Date    4/11/04

TYPE OF REPORT:    **SUPPLEMENTAL REPORT**

**REFERENCE:** Violation report completed 02/07/00.

**CASE STATUS:** JACOBS continues to violate the Rules and Conditions of his probation by:

Rule #2…By using illegal drugs…Jacobs tested positive for Marijuana and Methamphetamine on February 15, 2000. On that same date JACOBS was referred to Redbird Smith Health Clinic for a Substance Abuse Evaluation.

Rule #3…By changing address without first consulting the probation officer…On March 7, 2000, JACOBS reported his address as being with his grandmother at HC 64 Box 535 in Gans, Oklahoma. Attempted home visits on March 1, 6 and 29 of 2000 revealed JACOBS had not been seen in many weeks and furthermore his grandmother advised this officer he was not welcome at her residence.

Rule #5…By not allowing home visits…by not following instructions…JACOBS has not reported his correct address and therefore has not allowed this officer to conduct home visits. On March 7, 2000, JACOBS was instructed to complete a Substance Abuse Evaluation, to this date he has yet to comply.

Rule #7…By perpetuating falsehoods or deceptions…JACOBS reports his address as being with his grandmother at HC 64 Box 535 in Gans, Oklahoma. Attempted home visits on March 1, 6 and 29 of 2000 revealed JACOBS had not been seen in many weeks and furthermore his grandmother

advised this officer he was not welcome at her residence.

**RECOMMENDATION:**
JACOBS general conduct is extremely poor as evidenced by his blatant disregard for his Rules and Conditions of Probation. He refuses to tell the truth to his probation officer or follow instructions. His current address is unknown, as is his employment status.

This officer respectfully recommends an Amended Application to Impose be filed. It is further recommended JACOBS be accelerated to incarceration.

Respectfully Submitted,

Linda Cheatham, Team Supervisor
District I Community Corrections

Jerry Sizemore, PPO
District I Community Corrections
104 D S. Oak
Sallisaw, OK 74955

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

_Oklahoma_
Plaintiff

vs. _Joseph D Jacobs_      CASE NO: _CF-98-481A_
Defendant

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
MAY 23 2000
BERNELL EDWARDS COURT CLERK
BY _____ DEPUTY

APPLICATION FOR APPOINTED COUNSEL
AND
AFFIDAVIT OF FINANCIAL INABILITY TO EMPLOY COUNSEL

I swear and affirm that I am the party in the above entitled action. I want an attorney to represent me in this case. I am financially unable to obtain the services of an attorney without causing substantial hardship to myself or to my family. The following information is true and is given and intended to be relied upon by the court and other persons or agencies in determining my eligibility for legal services to be furnished to me at public expense.

PLEASE FILL IN ALL SPACES BELOW AND SIGN YOUR NAME UNDER OATH IN FRONT OF THE JUDGE, A NOTARY OR THE COURT CLERK. IF A QUESTION DOES NOT APPLY TO YOU, PLEASE WRITE IN THE BLANK "DOES NOT APPLY".

I. GENERAL INFORMATION      DATE: _5-09-00_
NAME: _Joseph Jacobs_
ADDRESS: ▮▮▮▮ _GANS OK,_
TELEPHONE: _776-0558_   MESSAGE NUMBER: _775-3316_
SOCIAL SECURITY NO: ▮▮▮ _6130_ AGE: _24_ DOB: ▮▮▮ _76_
SINGLE ( ✓ ) MARRIED ( ) SEPARATED ( )
SPOUSE'S NAME: _NA_
ADDRESS: _NA_
TELEPONE: _NA_
HOW MANY PEOPLE ARE IN YOUR HOUSEHOLD? _NA_
NAME AND AGES: _NA_

ARE YOU CLAIMED AS A DEPENDENT BY A PARENT OR GUARDIAN? YES ( ) NO (X)

II FAMILY INCOME
YOUR MONTHLY TAKE HOME PAY: _0_   WEEKLY TAKE HOME PAY: _0_
YOUR EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY)
_Dont Have one_
YOUR EMPLOYER'S PHONE NUMBER: _Dont Have one_
SPOUSE'S SALARY: _NA_
SPOUSE'S EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY
_NA_
SPOUSE'S EMPLOYER'S PHONE NUMBER: _NA_
IS ANY OTHER MEMBER OF YOUR HOUSEHOLD EMPLOYED? YES( ) NO(X)
WHO? _NONE_
WHERE? _NONE_
SALARY? _NONE_
DEPENDENT'S EMPLOYER: _NONE_
OTHER SOURCE OF INCOME OR BENEFITS (INCLUDE INTEREST, DIVIDENDS, ROYALTIES, ETC.) _NONE_
TOTAL FAMILY INCOME FOR PRECEDING MONTH WAS $ _0.00_

# POWER OF ATTORNEY

JB

Judy Berglan
Berglan Bail Bonds
112 N. Main St.
Sallisaw, OK 74955

3275

CM-08-65

KNOW ALL MEN BY THESE PRESENTS: That Judy Berglan, Professional Bondsman licensed by the State of Oklahoma, does constitute and appoint the below named agent as my Attorney in Fact to execute Bail Bonds only in my name and on my behalf as Surety. *THIS POWER MUST BE ATTACHED TO AND FILED WITH BAIL BOND WRITTEN ON THE DEFENDANT NAMED BELOW AND IS VOID IF ALTERED OR ERASED*

Dated This __15__ day of __JUNE__, 20__08__

Defendant Name:

__TRAVIS__ (First) _____ (Middle) __Crawford__ (Last)

D.O.B. ██████64  Amt. of Bond: $ __1500ᵉ__  Premium: $ __150ᵉ__

Offense: __Poss Marj 2cnd, Poss Para__

Case Number: _____  Court: __District__

City: __Sallisaw__  Court Date: __June 18 10A__  Posted For: __Berglan__

Rewrite of Power#: _____  Dated: _____  Amount: $ _____

_____
Executing Agent's Signature

__Judy Berglan__
Professional Bondsman's Signature

KEB502905

LIST ANY DEFENDANTS CHARGES WITH YOU _____None_____

VIII

1. HAVE YOU TRANSFERRED OR SOLD ANY ASSETS SINCE CHARGES WERE FILED IN THE CASE? YES ( ) NO (✓) IF SO, DESCRIBE THE BUYER AND THE AMOUNT RECEIVED.

_____

2. HAVE YOU RETAINED COUNSEL IN THE CASE OR IN ANY OTHER PENDING CRIMINAL CASE? YES ( ) NO (✓) IF SO, STATE THE CASE NUMBER, COURT ATTORNEY AND AMOUNT PAID TO ATTORNEY FOR SERVICES: _____

3. DO YOU HAVE ANY FRIENDS OR RELATIVES WHO ARE ABLE AND WILLING TO ASSIST YOU IN HIRING COUNSEL AND PAYING FOR TRANSCRIPTS? YES ( ) NO (✓) IF SO, HAVE THOSE PERSONS BEE ASKED TO HELP? YES ( ) NO (✓)

4. IF ANY FRIEND OR RELATIVE HAS GIVEN PREVIOUS FINANCIAL ASSISTANCE IN THIS CASE, BUT IS NO LONGER ABLE OR WILLING TO DO SO, AN AFFIDAVIT TO THAT EFFECT FROM THAT PERSON SHOULD BE ATTACHED. IS THAT AFFIDAVIT ATTACHED YES ( ) NO (✓)

IX. NAMES OF THREE ATTORNEY'S YOU CONTACTED:

1. NAME: _Bill oleadorff_
   WHEN DID YOU CONTACT THIS ATTORNEY? _5-8-00_
   HOW DID YOU CONTACT THIS ATTORNEY? _don't Take collect calls_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO (✓)

2. NAME: _Mister Hunter_
   WHEN DID YOU CONTACT THIS ATTORNEY? _5-8-00_
   HOW DID YOU CONTACT THIS ATTORNEY? _don't Take collect calls_
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO (✓)

3. NAME: _Monte E. Johnson_
   WHEN DID YOU CONTACT THIS ATTORNEY? _5-8-00_
   HOW DID YOU CONTACT THIS ATTORNEY? _don't Take collect calls._
   CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES ( ) NO (✓)

X. I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION I HAVE PROVIDED IS TRUE AND CORRECT. I UNDERSTAND THAT I MAY BE PROSECUTED FOR PROVIDING FALSE INFORMATION IN THIS APPLICATION AND AFFIDAVIT. I UNDERSTAND THAT I MUST INFORM THE OKLAHOMA INDIGENT DEFENSE SYSTEM OF ANY CHANGE IN MY FINANCIAL SITUATION THAT MAY CHANGE THE INFORMATION I HAVE PROVIDED. I FURTHER DECLARE THAT I HAVE CONTACTED THREE ATTORNEYS, LICENSED TO PRACTICE LAW IN THIS STATE, AND I AM WITHOUT FUNDS TO PAY AN ATTORNEY TO REPRESENT ME OR TO PAY FOR TRANSCRIPTS AND COST ASSOCIATED WITH THIS CASE.

DATED THIS _05_ DAY OF _14_ 19 _2000_

DEFENDANT _Joseph Jacob_
LEGAL GUARDIAN _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _22_ DAY OF _May_ _2000_

comm. exp. _____

PUBLIC NOTARY OR CLERK OR JUDGE

I FIND THAT THE DEFENDANT IS UNABLE TO PAY THE APPLICATION FEE AND I HEREBY WAIVE THE FEE.

_____ JUDGE   5-22-00

APPOINTMENT OF INDIGENT DEFENSE COUNSEL
APPROVED _DW_   DENIED _____

## NOTICE

A copy of this APPLICATION AND AFFIDAVIT shall be sent to the prosecuting attorney or office of attorney general, whichever is applicable, for review and, upon request, the court shall hold a hearing to determine your eligibility for legal services to be furnished to you at public expense.

## IMPORTANT NOTICE

The court shall order you to pay the costs of your legal representation in total, or in installments. The court shall set the amount and due of each installment payment. The costs shall be paid to the court clerk in your county. The costs shall be a debt against you until paid and shall subject you to debt collection procedures as provided by law. The costs shall be deducted from any state income tax refund due you until the total costs are paid.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 16 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY



# ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said
defendant be released, if in your custody for no other cause, immediately upon receipt of this order.
Last Name, First, Middle, suffix (please print or type) (show alias) ▮▮▮▮▮ 1409

_Jacobs Aubrey Dale_

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| ~~CR98-55-A~~ CR-98.481 | Bond lowered to $40,000.00 No Hold for Crawford Co. | Poss CDS w/int. AFCF FTA, FTP Appl to Revok Appl to Revok. |
| | | |
| | | Hold for Crawford Co. |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma,
witness my hand this the _13_ day of _May_ ~~19~~ 2000

Signature _Jenny Manley_

AUTHORIZED BY

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

_____
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 1 9 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY



## ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, First, Middle, suffix (please print or type) (show alias)

Jacobs, Joseph Dale D.O.B. ███ 76 S.S.N █████ 6130

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-98-181A | Transported to D.O.C. by Tom Lowe Cecil Duty | Hold for D.O.C. |
| | | |
| | | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 16 day of June, 2000.

Jamie Faulkner
Signature

AUTHORIZED BY

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 2 0 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name and Address of Other Agency:

Name and Address of Institution/CCC:

*SEQUOYAH*

*to LARC*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RE: *JOSEPH JACOBS*

JUDGMENT/WARRANT/ORDER: *98-481*

YOUR REF:

OFFENSE:

OUR REF:

TERM:

THE PARAGRAPH(S) CHECKED BELOW INDICATE(S) OUR DISPOSITION OF THE JUDGMENT/WARRANT/ORDER:

✓ RECEIVED ~~AS NEW RECEPTION~~/PAROLE VIOLATOR.

___ A DETAINER HAS BEEN FILED AGAINST HIM/HER IN YOUR FAVOR. THE PRISONER'S CURRENT RELEASE

DATE IS_____, AND HIS/HER PAROLE ELIGIBILITY DATE IS _____.

___ WE WILL NOTIFY YOU APPROXIMATELY 30 DAYS PRIOR TO RELEASE.

___ PRISONER WILL BE HELD FOR SERVICE ON THE ABOVE JUDGMENT AND SENTENCE.
FORM I OF THE AGREEMENT ON DETAINER IS BEING SERVED ON THE PRISONER.

___ WE ARE RETURNING THE WARRANT YOU FILED AS A DETAINER AGAINST THE ABOVE NAMED,

WHICH HAS BEEN WITHDRAWN IN COMPLIANCE WITH YOUR REQUEST OF _____.

___ OUT WITNESS PRISONER RELEASED/RECEIVED BY OKLAHOMA DEPARTMENT OF CORRECTIONS.

___ PRISONER RELEASED ON/RETURNED FROM APPEAL BOND.

___ OTHER _____

BY: _____ DATE AND TIME: *6-16-00*
Signature and Title of Receiving Official

DISTRIBUTION:
Original    Other Agency
1st Copy    Inmate
2nd Copy    Field File

DOC 060211B File in Section 1 (    )

# District Court of the State of Oklahoma

FIFTEENTH JUDICIAL DISTRICT
MUSKOGEE COUNTY COURT HOUSE
P.O. BOX 1350 - MUSKOGEE, OKLAHOMA 74402-1350

**MIKE NORMAN**
District Judge

October 31, 2000

**PHONE**
918/687-1950

Brandie Price #274278
EWCC - RTP
P.O. Box 315
Taft, OK 74468-0315

Dear Ms. Price:

I am in receipt of your letter dated October 30, 2000, requested a judicial review in your three felony cases.

I have reviewed your letter, the enclosures, your felony files and spoken with the RTP director. I find it admirable that you wish to enroll in college. However, I find it equally as important to finish the RTP program as originally agreed. I believe it is necessary in life to follow through with what you start before you begin something new and that the RTP program has something invaluable for you to learn.

I hope upon completing the RTP program that you will continue with your college education.

Very truly yours,

Mike Norman
District Judge

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 0 2 2000

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

Judge Mike Norman,                                    October 30, 2000
        Sir, my name is Brandie Price #274278. I am currently
incarcerated at EWCC in the R.T.P program in Taft, OK. I was
sentenced before you on November 16, 1999 on case #'s Crf 98-481,
Crf 99-61, + Crf 99-549. I am writing you to request a judicial
review so that I may be released this year in order to start college
classes at Conners State College in the spring of 2001. Originally, I
had planned to hire Mr. Harry Scarfus to file for a judicial review
for me for November 2000. I sent Mr. Scarfus letters from Amy
Aldridge, an instructer from CSC and NSU, and from Dr. Clint
Davis, supervisor and director of education at EWCC, regarding
my current status in college and my scholarship and enrollment
at Conners State College for the spring of 2001. However, Mr. Scarfus
wants $1500. up front before he will attempt to get me a court date.
Unfortunately, I do not have the money. Mr. Scarfus has already
pulled my file and talked to the D.A.'s office who said they
would not oppose the motion but he will not file for the court date
until I pay him the money, and, right now, I simply do not
have it. I have been working very closely with Suzanne Edmondson
and Dr. H. Clint Davis here at EWCC and the two have been a
tremendous help in providing the opportunity for me to continue
my college education. Dr. Davis said that if you have any questions
or would like to talk to him about me, feel free to call him, he
would be more than happy to talk to you. Sir, I am asking for
the chance to do things right this time. I have worked very hard
on myself in the 10½ months I have been in this program. I
simply do not want this chance to slip away. Please set me a
court date for judicial review on or before the 16th of November
so that I may be released and can pre-enroll at Conners State
College to attend the spring semester in January of 2001. I have
enclosed previous evaluations, a letter from B. Williams at CSC,
a letter from Amy Aldridge at CSC/NSU, and a ~~letter from~~ letter
from Dr. H. Clint Davis. I have also enclosed my academic
report from the Spring + ~~Summer~~ semesters and currently I have
a 4.0 gpa for the Fall semester. Please consider my

request for judicial review and reply to me at your earliest convieniance. Thank you so much.

Sincerly,

Brandie Price

P.S. I apologize for the letter being hand-written.

# EDDIE WARRIOR CORRECTIONAL CENTER

October 6, 2000

Harry Scoufus

**RE:    Brandy Price**

Brandy Price is currently one of my college students at Eddie Warrior Correctional Center. This is her third semester and she has always performed at the top of her class. She is extremely bright and demonstrates the capacity to excel in any chosen field of study. I have noticed a change in her attitude and her self-image. She is much more in control emotionally and exhibits increased maturity. Brandy is very personable and will be successful wherever she chooses to go to college. I have personally observed these changes and would recommend her acceptance to any college or university without any reservations. Brandy has had some personal reversals in her life, but she is a winner and I would not be surprised to see her introduced someday as Brandy Price, Ph. D.

Please note the attached letter from Amy Aldridge regarding a possible scholarship. I would like to lend my support to this. If you can find any way possible to help with this project it would be appreciated. I feel that a review of her High School transcript, CPT, and ACT would prove to you her potential.

Sincerely,

Dr. H. C. Davis
Supervisor of Education

September 25, 2000

Dear Mr. Scofus,

I'm writing in regards to a client of yours, Brandie Price. Miss Price was a student of mine in Speech 1113 at Dr. Eddie Warrior Correctional Center in the spring semester 2000. She was a model student, who excelled in communication performance and theory. Throughout the course, she continuously impressed me with her dedication, creativity and willingness to motivate others. In fact, I'm so impressed with Miss Price's intelligence and initiative that I have contacted the forensics director at Connors State College in Warner, Okla., to make arrangements for Miss Price to continue her education.

Kim Hayes, CSC forensics director, is making arrangements for Miss Price to join the speech and debate team upon her release from prison. Mrs. Hayes is also planning on offering Miss Price a scholarship of $400 a semester to compete for CSC. I have also made contact with Roger Thomason, CSC director of printing services, about offering Miss Price a job with the CSC Print Shop. He is considering the offer. After Miss Price graduates from CSC with an associate's degree, she will be welcomed onto the NSU speech and debate team. Dr. David Scott, NSU forensics director, has already agreed to this and will provide Miss Price a scholarship based upon the availability of funds at the time she begins NSU.

Miss Price expressed concern about getting involved with a 12-step program after release from EWCC. I have contacted Monarch Narcatics Anonymous, 501 Fredonia, Muskogee, Okla. about their 12-step program. They are in the process of sending me a meeting list. They have a program for Miss Price.

Miss Price has also expressed an interest in speaking to area youth about the dangers of alcohol and drugs. I have made some initial contact with area schools and many have expressed interest for Miss Price to visit their facilities.

On a personal note, I believe in Brandie Price. I come in contact with hundreds of college students a day. She is as dedicated and determined as anyone I have ever known. She will succeed in life after prison. I will be here to mentor and encourage her. She's got a bright future ahead of her. I'm thankful to be a part of it. If you have any questions, please do not hesitate to call me: 918.456.5511, Ext. 4790 or e-mail: aldridga@nsuok.edu.

Sincerely,

Amy N. Aldridge, Adjunct Instructor
Connors State College



# Connors State College

**Warner/Muskogee**
Rt. 1 Box 1000
Warner, OK 74469-9700
918 463-2931

October 20, 2000

Dr. H. C. Davis
Supervisor of Education
Eddie Warrior Correctional Center
PO Box 315
Taft, OK 74463

Dear Dr. Davis:

Thank you for your letter referring Ms. Brandy Price to our institution. It is always exciting to hear the success stories from Eddie Warrior. It is equally exciting to know that Connors State College has been a part of that success and will continue to help in meeting educational goals.

Enclosed you will find an application for financial aid which Ms. Price should complete and mail as soon as possible. Please have her direct any questions about the application to the Financial Aid Office. She should be eligible for federal benefits after January. Although, we no longer have non-traditional fee waivers available for this academic school year, Ms. Hayes could award her with a departmental fee waiver from speech and debate. Once she registers for spring classes, Ms. Hayes can process her award.

Please encourage Brandy to pre-register for spring 2001 as soon as the schedules are available. I would be happy to help her with her class schedule if she would need assistance. My e-mail address is bgwilliams@connors.cc.ok.us.

We are looking forward to having Brandy on our campus. If you need additional information or assistance, please feel free to contact me at 918/463-2931, ex 6309.

Sincerely,

Billie Williams
Student Admissions and Advisement

cc: Dr. Jo Lynn Digranes

Unofficial Academic Record

PRICE, BRANDIE ZANE                                      ███ 5806

Unofficial CONNORS STATE COLLEGE

Secondary Schools:
  MULDROW SENIOR HIGH SCHOOL        Graduated  May 1997

Test Scores:
  06-07-00  PROF  AM H=1

Current Academic Program:
  Connors State College
    Associate of Arts
      Major:   General Studies

-----------------------Spring 2000-----------------------

Admitted Program:
  Connors State College
    Associate of Arts
      Major:  General Studies

HIST1493E01  HISTORY TO U.S. SN 1865      A    3.00   12.00
SPCH1113E01  INTRO TO ORAL COMMUNICATION  A    3.00   12.00

|             | AHRS  | EHRS  | QHRS  | QPTS  | GPA   |
|-------------|-------|-------|-------|-------|-------|
| Current     | 6.00  | 6.00  | 6.00  | 24.00 | 4.000 |
| Institution | 6.00  | 6.00  | 6.00  | 24.00 | 4.000 |
| Cum Grad/Ret| 6.00  | 6.00  | 6.00  | 24.00 | 4.000 |

-----------------------Summer 2000-----------------------
POLS1113E01  AMERICAN FED GOVERNMENT              (3.00)
SOCI1113E01  PRIN OF SOCIOLOGY                    (3.00)

|              | AHRS  | EHRS  | QHRS  | QPTS  | GPA   |
|--------------|-------|-------|-------|-------|-------|
| Current      | 6.00  | 0.00  | 0.00  | 0.00  | 0.000 |
| Institution  | 12.00 | 6.00  | 6.00  | 24.00 | 4.000 |
| Cum Grad/Ret | 12.00 | 6.00  | 6.00  | 24.00 | 4.000 |
| Cumulative   | 12.00 | 6.00  | 6.00  | 24.00 | 4.000 |

--------------End of CONNORS STATE COLLEGE-----------------

Date 06-07-00          Page  1 of  1          Time 04:38 PM

NAME _Rice Brandie_  DOC# _274278_  FACILITY _____

EVALUATION PERIOD _May 2000_  ASSIGNMENT _College Student_

PAY PERIOD _____  TASK _____

1. ATTENDANCE
   ___ 0 Absent more than 3 days
   ___ 2 Absent 2-3 days
   ___ 4 Absent 1 day
   ✓ 6 No absences

2. OBSERVANCE OF SAFETY RULES
   ___ 0 Unacceptable
   ___ 1 Observes rules when watched
   ___ 2 Observes rules most of the time
   ___ 4 Observes rules at all times
   ✓ 5 Helps promote safety

3. INITIATIVE AND SKILL DEVELOPMENT
   ___ 0 Unacceptable
   ___ 1 Marginal
   ___ 3 Fair
   ___ 5 Good--Upper 50%
   ✓ 7 Seeks responsibility, self starter

4. QUALITY OF WORK
   ___ 0 Unacceptable
   ___ 1 Marginal
   ___ 3 Fair
   ___ 5 Good--Upper 50%
   ✓ 8 Very low errors--Top 20%

5. CARE OF WORKING AREA
   ___ 0 Unacceptable
   ___ 1 Needs reminding
   ___ 2 Fair
   ___ 3 Average--Sustains acceptable level
   ✓ 5 Maintains area neat and clean

6. CARE OF EQUIPMENT, MATERIALS, STOCK
   ___ 0 Unacceptable
   ___ 1 Marginal
   ___ 2 Fair
   ___ 3 Careful, minimal losses--Upper 50%
   ✓ 5 No losses, keeps in proper condition

7. QUANTITY OF WORK
   ___ 0 Unacceptable
   ___ 2 Marginal
   ___ 4 Fair
   ___ 6 Good--Upper 50%
   ✓ 8 Exceptional--Top 20%

8. ATTITUDE TOWARD PEERS AND SUPERVISOR
   ___ 0 Unacceptable
   ___ 1 Marginally cooperative
   ___ 3 Generally cooperative
   ___ 4 Usually cooperative
   ✓ 6 Full cooperation, promotes harmony

TOTAL POINTS _50_ (See reverse side for interpretation)
COMMENTS _____

MONTH/YEAR COVERED _____  TOTAL CREDIT _____

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

_____
Signature of person preparing evaluation

_____
Signature of person reviewing evaluation

_____
Inmate Signature

# RTP MONTHLY EVALUATION REPORT

NAME __PRICE BRANDIE__ DOC# __274278__ FACILITY __EWCC/RTP__
EVALUATION PERIOD __1/1-31/00__ STAFF SIGNATURE_____

## TASK ASSIGNED DURING THIS PERIOD

1. OBSERVANCE OF RULES
____0 UNACCEPTABLEOBSERVES RULES WHEN UNDER SUPERVISION
____2 OBSERVES CARDINAL RULES AT ALL TIMES.
__✓__4 OBSERVES MAJOR RULES MOST OF THE TIME
____6 OBSERVES MAJOR AND CARDINAL RULES AND HELPS PROMOTE THE HEALTH OF THE COMMUNITY.

2. PERSONAL HYGIENE AND LIVING AREA
____0 UNACCEPTABLE
____2 MARGINAL, IMPROVEMENT NEEDED
____4 GOOD DEVELOPING WELL
__✓__6 EXCELLENT METICULOUS IN APPEARANCE AND PAYS CLOSE ATTENTION TO DETAILS REGARDING LIVING AREA.

3. QUALITY OF WORK
____0 MARGINAL
____2 FAIR
____4 GOOD UPPER 50%
__✓__6 EXCELLENT, VERY LOW ERRORS--TOP 20%

4. PHYSICAL CONDITIONING
____0 UNACCEPTABLE COMPLAINS AND DOES NOT PARTICIPATE AS EXPECTED.
____2 MARGINAL PARTICIPATION UNRELATED TO MEDICAL CONDITION
__✓__4 GOOD PARTICIPATION SHOWS ENTHUSIASM. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.
____6 EXCELLENT PARTICIPATION SHOWS ENTHUSIASM, INTEREST AND COOPERATION. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.

5. REGIMENTATION MILITARY DEMEANOR
____0 UNACCEPTABLE OBSERVES MILITARY DEMEANOR WHEN REMINDED.
____2 OBSERVES MILITARY DEMEANOR MOST OF THE TIME
____4 OBSERVES MILITARY DEMEANOR AT ALL TIMES
__✓__6 OBSERVES MILITARY DEMEANOR AT ALL TIMES AND HELPS OTHERS MAINTAINING THEIRS.

6. T.C. PARTICIPATION AND ROLE MODELING
____0 UNACCEPTABLE LEVEL OF PARTICIPATION. DISPLAYS NEGATIVE BEHAVIOR AND USES INAPPROPRIATE RESPONSES TO COMMUNITY.
____2 MARGINAL PARTICIPATION AND USE OF THERAPEUTIC TECHNIQUES AND CONCEPTS. UTILIZES SOME COPING SKILLS BUT MAY BE IN A LEARNING STAGE OF ROLE MODELING.
__✓__4 GOOD PARTICIPATION IN T.C. UTILIZES CONCEPTS AND TECHNIQUES. HAS GOOD COPING SKILLS AND USES CORRECT RESPONSES IN THE T.C. THE T.C RECOGNIZES GOOD QUALITIES TO ROLE MODEL.
____7 EXCELLENT PARTICIPATION IN T.C. SHOWS INITIATIVE WHILE USING THERAPEUTIC TECHNIQUES AND CONCEPTS. DISPLAYS EXCELLENT COPING SKILLS. TAKES RESPONSIBILITY FOR HER BEHAVIOR AND EXHIBITS LEADERSHIP ABILITY. PROMOTES HARMONY AND IS ACCEPTED BY THE COMMUNITY AS A ROLE MODEL.

7. ATTITUDE TOWARD STAFF AND PEERS
____0 UNACCEPTABLE, DISPLAYS INAPPROPRIATE BEHAVIOR AND RESPONSES TO OTHERS.
____2 FAIR, SHOWS MARGINAL COOPERATION AND RESPECT FOR OTHERS.
____4 GENERALLY COOPERATIVE AND RESPECTFUL.
__✓__6 FULLY COOPERATIVE, RESPECTFUL, PROMOTES HARMONY.

8. PARTICIPATION IN ASSIGNED PROGRAMS
____0 UNACCEPTABLE DOES NOT MEET EXPECTATIONS
____2 MARGINAL PARTICIPATION MUST BE REMINDED TO COMPLETE ASSIGNMENTS.
__✓__4 SHOWS GOOD PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROUP DISCUSSION AND COMPLETES WRITTEN ASSIGNMENTS.
____6 SHOWS EXCELLENT PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROUP DISCUSSION AND ACTIVITIES. COMPLETES WRITTEN ASSIGNMENTS AS INSTRUCTED IN A TIMELY MANNER WITH VERY LOW ERRORS.
____7 SHOWS EXCELLENT PARTICIPATION AND INTEREST TO PROGRAM LEADS GROUP IN DISCUSSION AND ACTIVITIES. COMPLETES WRITTEN ASSIGNMENTS IN A TIMELY MANNER WITH OUTSTANDING RESULTS.

EVALUATION SCORE __40__
TRAINEE SIGNATURE __Brandie Jane Price__

POOR____ GOOD____ EXCELLENT____ OUTSTANDING__X__
COMMENTS __Excellent attitude, Good Worker, Good Role Model, very knowledge able.__

# RTP MONTHLY EVALUATION REPORT

NAME PRICE BRANDIE  DOC# 274278  FACILITY EWCC/RTP
EVALUATION PERIOD 2-00  STAFF SIGNATURE

## TASK ASSIGNED DURING THIS PERIOD

**1. OBSERVANCE OF RULES**
_____0 UNACCEPTABLE OBSERVES RULES WHEN UNDER SUPERVISION
_____2 OBSERVES CARDINAL RULES AT ALL TIMES.
__✓__4 OBSERVES MAJOR RULES MOST OF THE TIME
_____6 OBSERVES MAJOR AND CARDINAL RULES AND HELPS PROMOTE THE HEALTH OF THE COMMUNITY.

**2. PERSONAL HYGIENE AND LIVING AREA**
_____0 UNACCEPTABLE
_____2 MARGINAL, IMPROVEMENT NEEDED
_____4 GOOD DEVELOPING WELL
__✓__6 EXCELLENT METICULOUS IN APPEARANCE AND PAYS CLOSE ATTENTION TO DETAILS REGARDING LIVING AREA.

**3. QUALITY OF WORK**
_____0 MARGINAL
_____2 FAIR
_____4 GOOD UPPER 50%
__✓__6 EXCELLENT, VERY LOW ERRORS--TOP 20%

**4. PHYSICAL CONDITIONING**
_____0 UNACCEPTABLE COMPLAINS AND DOES NOT PARTICIPATE AS EXPECTED.
_____2 MARGINAL PARTICIPATION UNRELATED TO MEDICAL CONDITION
__✓__4 GOOD PARTICIPATION SHOWS ENTHUSIASM. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.
_____6 EXCELLENT PARTICIPATION SHOWS ENTHUSIASM, INTEREST AND COOPERATION. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.

**5. REGIMENTATION MILITARY DEMEANOR**
_____0 UNACCEPTABLE OBSERVES MILITARY DEMEANOR WHEN REMINDED.
_____2 OBSERVES MILITARY DEMEANOR MOST OF THE TIME
_____4 OBSERVES MILITARY DEMEANOR AT ALL TIMES
__✓__6 OBSERVES MILITARY DEMEANOR AT ALL TIMES AND HELPS OTHERS MAINTAINING THEIRS.

**6. T.C. PARTICIPATION AND ROLE MODELING**
_____0 UNACCEPTABLE LEVEL OF PARTICIPATION. DISPLAYS NEGATIVE BEHAVIOR AND USES INAPPROPRIATE RESPONSES TO COMMUNITY.
__✓__2 MARGINAL PARTICIPATION AND USE OF THERAPEUTIC TECHNIQUES AND CONCEPTS UTILIZES SOME COPING SKILLS BUT MAY B IN A LEARNING STAGE OF ROLE MODELING
_____4 GOOD PARTICIPATION IN T.C. UTILIZES CONCEPTS AND TECHNIQUES. HAS GOOD COPING SKILLS AND USES CORRECT RESPONSES IN THE T.C. THE T.C RECOGNIZES GOOD QUALITIES TO ROLE MODEL.
_____7 EXCELLENT PARTICIPATION IN T.C. SHOWS INITIATIVE WHILE USING THERAPEUTIC TECHNIQUES AND CONCEPTS. DISPLAYS EXCELLENT COPING SKILLS . TAKES RESPONSIBILITY FOR HER BEHAVIOR AND EXHIBITS LEADERSHIP ABILITY. PROMOTES HARMONY AND IS ACCEPTED BY THE COMMUNITY AS A ROLE MODEL.

**7. ATTITUDE TOWARD STAFF AND PEERS**
_____0 UNACCEPTABLE, DISPLAYS INAPPROPRIATE BEHAVIOR AND RESPONSES TO OTHERS.
_____2 FAIR. SHOWS MARGINAL COOPERATION AND RESPECT FOR OTHERS.
_____4 GENERALLY COOPERATIVE AND RESPECTFUL.
__✓__6 FULLY COOPERATIVE, RESPECTFUL, PROMOTES HARMONY.

**8. PARTICIPATION IN ASSIGNED PROGRAMS**
_____0 UNACCEPTABLE DOES NOT MEET EXPECTATIONS
_____2 MARGINAL PARTICIPATION MUST BE REMINDED TO COMPLETE ASSIGNMENTS.
_____4 SHOWS GOOD PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROUP DISCUSSION AND COMPLETES WRITTEN ASSIGNMENTS.
__✓__6 SHOWS EXCELLENT PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROUP DISCUSSION AND ACTIVITIES. COMPLETES WRITTEN ASSIGNMENTS AS INSTRUCTED IN A TIMELY MANNER WITH VERY LOW ERRORS.
_____7 SHOWS EXCELLENT PARTICIPATION AND INTEREST TO PROGRAM LEADS GROUP IN DISCUSSION AND ACTIVITIES. COMPLETES WRITTEN ASSIGNMENTS IN A TIMELY MANNER WITH OUTSTANDING RESULTS.

EVALUATION SCORE 40
TRAINEE SIGNATURE _Brandie Jane Price_

POOR_____ GOOD_____ EXCELLENT_____ OUTSTANDING _X_
COMMENTS _Good attitude, Hard worker, Needs to set goals to pursue her role_

# RTP MONTHLY EVALUATION REPORT

NAME__PRICE BRANDIE___ DOC#___274278___ FACILITY __EWCC/RTP__

EVALUATION PERIOD___3-00___ STAFF SIGNATURE_____

## TASK ASSIGNED DURING THIS PERIOD

**1. OBSERVANCE OF RULES**
- ___0 UNACCEPTABLE OBSERVES RULES WHEN UNDER SUPERVISION
- ___2 OBSERVES CARDINAL RULES AT ALL TIMES.
- ___4 OBSERVES MAJOR RULES MOST OF THE TIME
- ✓ 6 OBSERVES MAJOR AND CARDINAL RULES AND HELPS PROMOTE THE HEALTH OF THE COMMUNITY.

**2. PERSONAL HYGIENE AND LIVING AREA**
- ___0 UNACCEPTABLE
- ___2 MARGINAL, IMPROVEMENT NEEDED
- ___4 GOOD DEVELOPING WELL
- ✓ 6 EXCELLENT METICULOUS IN APPEARANCE AND PAYS CLOSE ATTENTION TO DETAILS REGARDING LIVING AREA.

**3. QUALITY OF WORK**
- ___0 MARGINAL
- ___2 FAIR
- ___4 GOOD UPPER 50%
- ✓ 6 EXCELLENT, VERY LOW ERRORS--TOP 20%

**4. PHYSICAL CONDITIONING**
- ___0 UNACCEPTABLE COMPLAINS AND DOES NOT PARTICIPATE AS EXPECTED.
- ___2 MARGINAL PARTICIPATION UNRELATED TO MEDICAL CONDITION
- ✓ 4 GOOD PARTICIPATION SHOWS ENTHUSIASM. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.
- ___6 EXCELLENT PARTICIPATION SHOWS ENTHUSIASM, INTEREST AND COOPERATION. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.

**5. REGIMENTATION MILITARY DEMEANOR**
- ___0 UNACCEPTABLE OBSERVES MILITARY DEMEANOR WHEN REMINDED.
- ___2 OBSERVES MILITARY DEMEANOR MOST OF THE TIME
- ___4 OBSERVES MILITARY DEMEANOR AT ALL TIMES
- ✓ 6 OBSERVES MILITARY DEMEANOR AT ALL TIMES AND HELPS OTHERS MAINTAINING THEIRS.

**6. T.C. PARTICIPATION AND ROLE MODELING**
- ___0 UNACCEPTABLE LEVEL OF PARTICIPATION. DISPLAYS NEGATIVE BEHAVIOR AND USES INAPPROPRIATE RESPONSES TO COMMUNITY.
- ✓ 2 MARGINAL PARTICIPATION AND USE OF THERAPEUTIC TECHNIQUES AND CONCEPTS UTILIZES SOME COPING SKILLS BUT MAY BE IN A LEARNING STAGE OF ROLE MODELING.
- ___4 GOOD PARTICIPATION IN T.C. UTILIZES CONCEPTS AND TECHNIQUES. HAS GOOD COPING SKILLS AND USES CORRECT RESPONSES IN THE T.C. THE T.C RECOGNIZES GOOD QUALITIES TO ROLE MODEL.
- ___7 EXCELLENT PARTICIPATION IN T.C. SHOWS INITIATIVE WHILE USING THERAPEUTIC TECHNIQUES AND CONCEPTS. DISPLAYS EXCELLENT COPING SKILLS. TAKES RESPONSIBILITY FOR HER BEHAVIOR AND EXHIBITS LEADERSHIP ABILITY. PROMOTES HARMONY AND IS ACCEPTED BY THE COMMUNITY AS A ROLE MODEL.

**7. ATTITUDE TOWARD STAFF AND PEERS**
- ___0 UNACCEPTABLE, DISPLAYS INAPPROPRIATE BEHAVIOR AND RESPONSES TO OTHERS.
- ___2 FAIR, SHOWS MARGINAL COOPERATION AND RESPECT FOR OTHERS.
- ___4 GENERALLY COOPERATIVE AND RESPECTFUL.
- ✓ 6 FULLY COOPERATIVE, RESPECTFUL, PROMOTES HARMONY.

**8. PARTICIPATION IN ASSIGNED PROGRAMS**
- ___0 UNACCEPTABLE DOES NOT MEET EXPECTATIONS
- ___2 MARGINAL PARTICIPATION MUST BE REMINDED TO COMPLETE ASSIGNMENTS.
- ___4 SHOWS GOOD PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROUP DISCUSSION AND COMPLETES WRITTEN ASSIGNMENTS.
- ✓ 6 SHOWS EXCELLENT PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROUP DISCUSSION AND ACTIVITIES. COMPLETES WRITTEN ASSIGNMENTS AS INSTRUCTED IN A TIMELY MANNER WITH VERY LOW ERRORS.
- ___7 SHOWS EXCELLENT PARTICIPATION AND INTEREST TO PROGRAM LEADS GROUP IN DISCUSSION AND ACTIVITIES. COMPLETES WRITTEN ASSIGNMENTS IN A TIMELY MANNER WITH OUTSTANDING RESULTS.

EVALUATION SCORE___42___

TRAINEE SIGNATURE _Brandie Jane Price_

POOR_____ GOOD_____ EXCELLENT_____ OUTSTANDING__✗__

COMMENTS _____

# RTP MONTHLY EVALUATION REPORT

NAME   PRICE  BRANDIE          DOC#   274278          FACILITY   EWCC/RTP

EVALUATION PERIOD   4-00          STAFF SIGNATURE

## TASK ASSIGNED DURING THIS PERIOD

1. OBSERVANCE OF RULES
- 0 UNACCEPTABLEOBSERVES RULES WHEN UNDER SUPERVISION
- 2 OBSERVES CARDINAL RULES AT ALL TIMES.
- ✓ 4 OBSERVES MAJOR RULES  MOST OF THE TIME
- 6 OBSERVES MAJOR AND CARDINAL RULES AND HELPS PROMOTE THE HEALTH OF THE COMMUNITY.

2. PERSONAL HYGIENE AND LIVING AREA
- 0 UNACCEPTABLE
- 2 MARGINAL, IMPROVEMENT NEEDED
- 4 GOOD DEVELOPING WELL
- ✓ 6 EXCELLENT METICULOUS IN APPEARANCE AND PAYS  CLOSE ATTENTION TO DETAILS REGARDING LIVING  AREA.

3. QUALITY OF WORK
- 0 MARGINAL
- 2 FAIR
- ✓ 4 GOOD UPPER 50%
- 6 EXCELLENT, VERY LOW  ERRORS--TOP 20%

4. PHYSICAL CONDITIONING
- 0 UNACCEPTABLE COMPLAINS AND DOES NOT PARTICIPATE AS EXPECTED.
- 2 MARGINAL PARTICIPATION UNRELATED TO MEDICAL CONDITION
- ✓ 4 GOOD PARTICIPATION SHOWS ENTHUSIASM. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.
- 6 EXCELLENT PARTICIPATION SHOWS ENTHUSIASM, INTEREST AND COOPERATION. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.

5. REGIMENTATION MILITARY DEMEANOR
- 0 UNACCEPTABLE OBSERVES MILITARY DEMEANOR WHEN REMINDED.
- 2 OBSERVES MILITARY DEMEANOR  MOST OF THE TIME
- ✓ 4 OBSERVES MILITARY DEMEANOR AT ALL TIMES
- 6 OBSERVES MILITARY DEMEANOR AT ALL TIMES AND HELPS  OTHERS MAINTAINING THEIRS.

6. T.C. PARTICIPATION AND ROLE MODELING
- 0 UNACCEPTABLE LEVEL OF PARTICIPATION. DISPLAYS NEGATIVE BEHAVIOR AND USES INAPPROPRIATE RESPONSES TO COMMUNITY.
- ✓ 2 MARGINAL PARTICIPATION AND USE OF THERAPEUTIC TECHNIQUES AND CONCEPTS. UTILIZES SOME COPING SKILLS BUT MAY BE IN A LEARNING STAGE OF ROLE MODELING.
- 4 GOOD PARTICIPATION IN T.C. UTILIZES CONCEPTS AND TECHNIQUES. HAS GOOD COPING SKILLS AND USES CORRECT RESPONSES IN THE T.C. THE T.C RECOGNIZES GOOD QUALITIES TO ROLE MODEL.
- 7 EXCELLENT PARTICIPATION IN T.C. SHOWS INITIATIVE WHILE USING  THERAPEUTIC TECHNIQUES AND CONCEPTS. DISPLAYS EXCELLENT  COPING SKILLS . TAKES RESPONSIBILITY FOR HER BEHAVIOR AND EXHIBITS LEADERSHIP  ABILITY. PROMOTES  HARMONY AND IS ACCEPTED BY THE COMMUNITY AS A ROLE  MODEL.

7. ATTITUDE TOWARD STAFF AND PEERS
- 0 UNACCEPTABLE, DISPLAYS INAPPROPRIATE BEHAVIOR AND RESPONSES TO OTHERS.
- 2 FAIR, SHOWS MARGINAL  COOPERATION AND  RESPECT FOR OTHERS.
- ✓ 4 GENERALLY COOPERATIVE AND RESPECTFUL.
- 6 FULLY COOPERATIVE, RESPECTFUL, PROMOTES  HARMONY.

8. PARTICIPATION IN ASSIGNED PROGRAMS
- 0 UNACCEPTABLE DOES NOT MEET EXPECTATIONS
- 2 MARGINAL PARTICIPATION MUST BE REMINDED TO COMPLETE  ASSIGNMENTS.
- 4 SHOWS GOOD PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROUP DISCUSSION AND COMPLETES WRITTEN ASSIGNMENTS.
- ✓ 6 SHOWS EXCELLENT PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROUP DISCUSSION AND ACTIVITIES. COMPLETES WRITTEN  ASSIGNMENTS AS INSTRUCTED IN A TIMELY MANNER WITH VERY LOW ERRORS.
- 7. SHOWS EXCELLENT PARTICIPATION AND INTEREST TO PROGRAM LEADS GROUP  IN DISCUSSION AND ACTIVITIES. COMPLETES WRITTEN  ASSIGNMENTS IN A TIMELY MANNER WITH OUTSTANDING RESULTS.

EVALUATION SCORE  36

TRAINEE SIGNATURE  Brandie Price

POOR_____  GOOD_____  EXCELLENT__X__  OUTSTANDING_____

COMMENTS _____

# RTP MONTHLY EVALUATION REPORT

NAME  PRICE  BRANDIE          DOC#  274278          FACILITY  EWCC/RTP

EVALUATION PERIOD  5-00          STAFF SIGNATURE

## TASK ASSIGNED DURING THIS PERIOD

1. OBSERVANCE OF RULES
- ___0 UNACCEPTABLEOBSERVES RULES WHEN UNDER SUPERVISION
- ___2 OBSERVES CARDINAL RULES AT ALL TIMES.
- ✓4 OBSERVES MAJOR RULES MOST OF THE TIME
- ___6 OBSERVES MAJOR AND CARDINAL RULES AND HELPS PROMOTE THE HEALTH OF THE COMMUNITY.

2. PERSONAL HYGIENE AND LIVING AREA
- ___0 UNACCEPTABLE
- ___2 MARGINAL, IMPROVEMENT NEEDED
- ___ GOOD DEVELOPING WELL
- ✓6 EXCELLENT METICULOUS IN APPEARANCE AND PAYS CLOSE ATTENTION TO DETAILS REGARDING LIVING AREA.

3. QUALITY OF WORK
- ___0 MARGINAL
- ___2 FAIR
- ___4 GOOD UPPER 50%
- ✓6 EXCELLENT, VERY LOW ERRORS--TOP 20%

4. PHYSICAL CONDITIONING
- ___0 UNACCEPTABLE COMPLAINS AND DOES NOT PARTICIPATE AS EXPECTED.
- ___2 MARGINAL PARTICIPATION UNRELATED TO MEDICAL CONDITION
- ___4 GOOD PARTICIPATION SHOWS ENTHUSIASM. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.
- ✓6 EXCELLENT PARTICIPATION SHOWS ENTHUSIASM, INTEREST AND COOPERATION. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.

5. REGIMENTATION MILITARY DEMEANOR
- ___0 UNACCEPTABLE OBSERVES MILITARY DEMEANOR WHEN REMINDED.
- ___2 OBSERVES MILITARY DEMEANOR MOST OF THE TIME
- ✓4 OBSERVES MILITARY DEMEANOR AT ALL TIMES
- ___6 OBSERVES MILITARY DEMEANOR AT ALL TIMES AND HELPS OTHERS MAINTAINING THEIRS.

6. T.C. PARTICIPATION AND ROLE MODELING
- ___0 UNACCEPTABLE LEVEL OF PARTICIPATION. DISPLAYS NEGATIVE BEHAVIOR AND USES INAPPROPRIATE RESPONSES TO COMMUNITY.
- ___2 MARGINAL PARTICIPATION AND USE OF THERAPEUTIC TECHNIQUES AND CONCEPTS. UTILIZES SOME COPING SKILLS BUT MAY BE IN A LEARNING STAGE OF ROLE MODELING.
- ✓4 GOOD PARTICIPATION IN T.C. UTILIZES CONCEPTS AND TECHNIQUES. HAS GOOD COPING SKILLS AND USES CORRECT RESPONSES IN THE T.C. THE T.C RECOGNIZES GOOD QUALITIES TO ROLE MODEL.
- ___7 EXCELLENT PARTICIPATION IN T.C. SHOWS INITIATIVE WHILE USING THERAPEUTIC TECHNIQUES AND CONCEPTS. DISPLAYS EXCELLENT COPING SKILLS. TAKES RESPONSIBILITY FOR HER BEHAVIOR AND EXHIBITS LEADERSHIP ABILITY. PROMOTES HARMONY AND IS ACCEPTED BY THE COMMUNITY AS A ROLE MODEL.

7. ATTITUDE TOWARD STAFF AND PEERS
- ___0 UNACCEPTABLE, DISPLAYS INAPPROPRIATE BEHAVIOR AND RESPONSES TO OTHERS.
- ___2 FAIR, SHOWS MARGINAL COOPERATION AND RESPECT FOR OTHERS.
- ✓4 GENERALLY COOPERATIVE AND RESPECTFUL.
- ___6 FULLY COOPERATIVE, RESPECTFUL, PROMOTES HARMONY.

8. PARTICIPATION IN ASSIGNED PROGRAMS
- ___0 UNACCEPTABLE DOES NOT MEET EXPECTATIONS
- ___2 MARGINAL PARTICIPATION MUST BE REMINDED TO COMPLETE ASSIGNMENTS.
- ___4 SHOWS GOOD PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROUP DISCUSSION AND COMPLETES WRITTEN ASSIGNMENTS.
- ✓6 SHOWS EXCELLENT PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROUP DISCUSSION AND ACTIVITIES. COMPLETES WRITTEN ASSIGNMENTS AS INSTRUCTED I A TIMELY MANNER WITH VERY LOW ERRORS.
- ___7 SHOWS EXCELLENT PARTICIPATION AND INTEREST TO PROGRAM LEADS GROUP IN DISCUSSION AND ACTIVITIES. COMPLETES WRITTEN ASSIGNMENTS IN A TIMELY MANNER WITH OUTSTANDING RESULTS.

EVALUATION SCORE  40

TRAINEE SIGNATURE  Brandie Jane Price

POOR ___  GOOD ___  EXCELLENT ___  OUTSTANDING  X

COMMENTS  Excellent attitude, Works hard, Very Intelligent, Tries Hard to do the right thing, Does extra work on the Educ. Crew

# RTP MONTHLY EVALUATION REPORT

NAME __PRICE  BRANDIE__   DOC#__274278__   FACILITY __EWCC/RTP__
EVALUATION PERIOD __6-00__   STAFF SIGNATURE__T. Davis__

## TASK ASSIGNED DURING THIS PERIOD

1. OBSERVANCE OF RULES
_____0 UNACCEPTABLE OBSERVES RULES WHEN UNDER SUPERVISION
_____2 OBSERVES CARDINAL RULES AT ALL TIMES.
__✓__4 OBSERVES MAJOR RULES MOST OF THE TIME
_____6 OBSERVES MAJOR AND CARDINAL RULES AND HELPS PROMOTE THE HEALTH OF THE COMMUNITY.

*I M.R.V*

2. PERSONAL HYGIENE AND LIVING AREA
_____0 UNACCEPTABLE
_____2 MARGINAL, IMPROVEMENT NEEDED
_____4 GOOD DEVELOPING WELL
__✓__6 EXCELLENT METICULOUS IN APPEARANCE AND PAYS CLOSE ATTENTION TO DETAILS REGARDING LIVING AREA.

3. QUALITY OF WORK
_____0 MARGINAL
_____2 FAIR
_____4 GOOD UPPER 50%
__✓__6 EXCELLENT, VERY LOW ERRORS--TOP 20%

4. PHYSICAL CONDITIONING
_____0 UNACCEPTABLE COMPLAINS AND DOES NOT PARTICIPATE AS EXPECTED.
_____2 MARGINAL PARTICIPATION UNRELATED TO MEDICAL CONDITION
_____4 GOOD PARTICIPATION SHOWS ENTHUSIASM. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.
__✓__6 EXCELLENT PARTICIPATION SHOWS ENTHUSIASM, INTEREST AND COOPERATION. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.

5. REGIMENTATION MILITARY DEMEANOR
_____0 UNACCEPTABLE OBSERVES MILITARY DEMEANOR WHEN REMINDED.
_____2 OBSERVES MILITARY DEMEANOR MOST OF THE TIME
_____4 OBSERVES MILITARY DEMEANOR AT ALL TIMES
__✓__6 OBSERVES MILITARY DEMEANOR AT ALL TIMES AND HELPS OTHERS MAINTAINING THEIRS.

6. T.C. PARTICIPATION AND ROLE MODELING
_____0 UNACCEPTABLE LEVEL OF PARTICIPATION. DISPLAYS NEGATIVE BEHAVIOR AND USES INAPPROPRIATE RESPONSES TO COMMUNITY.
_____2 MARGINAL PARTICIPATION AND USE OF THERAPEUTIC TECHNIQUES AND CONCEPTS. UTILIZES SOME COPING SKILLS BUT MAY BE IN A LEARNING STAGE OF ROLE MODELING.
__✓__4 GOOD PARTICIPATION IN T.C. UTILIZES CONCEPTS AND TECHNIQUES. HAS GOOD COPING SKILLS AND USES CORRECT RESPONSES IN THE T.C. THE T.C RECOGNIZES GOOD QUALITIES TO ROLE MODEL.
_____7 EXCELLENT PARTICIPATION IN T.C. SHOWS INITIATIVE WHILE USING THERAPEUTIC TECHNIQUES AND CONCEPTS. DISPLAYS EXCELLENT COPING SKILLS. TAKES RESPONSIBILITY FOR HER BEHAVIOR AND EXHIBITS LEADERSHIP ABILITY. PROMOTES HARMONY AND IS ACCEPTED BY THE COMMUNITY AS A ROLE MODEL.

7. ATTITUDE TOWARD STAFF AND PEERS
_____0 UNACCEPTABLE, DISPLAYS INAPPROPRIATE BEHAVIOR AND RESPONSES TO OTHERS.
_____2 FAIR. SHOWS MARGINAL COOPERATION AND RESPECT FOR OTHERS.
_____4 GENERALLY COOPERATIVE AND RESPECTFUL.
__✓__6 FULLY COOPERATIVE, RESPECTFUL, PROMOTES HARMONY.

*Very good*

8. PARTICIPATION IN ASSIGNED PROGRAMS
_____0 UNACCEPTABLE DOES NOT MEET EXPECTATIONS
_____2 MARGINAL PARTICIPATION MUST BE REMINDED TO COMPLETE ASSIGNMENTS.
_____4 SHOWS GOOD PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROUP DISCUSSION AND COMPLETES WRITTEN ASSIGNMENTS.
__✓__6 SHOWS EXCELLENT PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROUP DISCUSSION AND ACTIVITIES. COMPLETES WRITTEN ASSIGNMENTS AS INSTRUCTED IN A TIMELY MANNER WITH VERY LOW ERRORS.
_____7 SHOWS EXCELLENT PARTICIPATION AND INTEREST TO PROGRAM LEADS GROUP IN DISCUSSION AND ACTIVITIES. COMPLETES WRITTEN ASSIGNMENTS IN A TIMELY MANNER WITH OUTSTANDING RESULTS.

EVALUATION SCORE __44__
TRAINEE SIGNATURE __Brandie Price__

POOR_____ GOOD_____ EXCELLENT_____ OUTSTANDING __✗__
COMMENTS __Excellent attitude, works hard__

RTP MONTHLY EVALUATION REPORT

NAME __PRICE  BRANDIE__  DOC#__274278__  FACILITY __EWCC/RTP__
EVALUATION PERIOD__ 9-00 __  STAFF SIGNATURE __T. Davis__

## TASK ASSIGNED DURING THIS PERIOD

1. OBSERVANCE OF RULES
____0 UNACCEPTABLE OBSERVES RULES WHEN UNDER SUPERVISION
__✓__2 OBSERVES CARDINAL RULES AT ALL TIMES.    4 major rules
____4 OBSERVES MAJOR RULES  MOST OF THE TIME
____6 OBSERVES MAJOR AND CARDINAL RULES AND HELPS PROMOTE THE HEALTH OF THE COMMUNITY.

2. PERSONAL HYGIENE AND LIVING AREA
____0 UNACCEPTABLE
____2 MARGINAL,  IMPROVEMENT NEEDED
____4 GOOD DEVELOPING WELL
__✓__6 EXCELLENT METICULOUS IN APPEARANCE AND PAYS  CLOSE ATTENTION TO DETAILS REGARDING LIVING  AREA.

3. QUALITY OF WORK
____0 MARGINAL
____2 FAIR
____4 GOOD UPPER 50%
__✓__6 EXCELLENT, VERY LOW  ERRORS--TOP 20%

4. PHYSICAL CONDITIONING
____0 UNACCEPTABLE COMPLAINS AND DOES NOT PARTICIPATE AS EXPECTED.
____2 MARGINAL PARTICIPATION UNRELATED TO MEDICAL CONDITION
__✓__4 GOOD PARTICIPATION SHOWS ENTHUSIASM. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.
____6 EXCELLENT PARTICIPATION SHOWS ENTHUSIASM, INTEREST AND COOPERATION. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.

5. REGIMENTATION MILITARY DEMEANOR
____0 UNACCEPTABLE OBSERVES MILITARY DEMEANOR WHEN REMINDED.
____2 OBSERVES MILITARY DEMEANOR MOST OF THE TIME
__✓__4 OBSERVES MILITARY DEMEANOR AT ALL TIMES
____6 OBSERVES MILITARY DEMEANOR AT ALL TIMES AND HELPS  OTHERS MAINTAINING THEIRS.

6. T.C. PARTICIPATION AND ROLE MODELING
____0 UNACCEPTABLE LEVEL OF PARTICIPATION. DISPLAYS NEGATIVE BEHAVIOR  AND USES INAPPROPRIATE RESPONSES TO COMMUNITY.
____2 MARGINAL PARTICIPATION AND USE OF THERAPEUTIC TECHNIQUES AND CONCEPT UTILIZES SOME COPING SKILLS BUT MAY B IN A LEARNING STAGE OF ROLE MODELING
__✓__4 GOOD PARTICIPATION IN T.C. UTILIZES CONCEPTS AND TECHNIQUES.  HAS GOOD COPING SKILLS AND USES CORRECT RESPONSES IN THE T.C. THE T.C RECOGNIZES GOOD QUALITIES TO ROLE MODEL..
____7 EXCELLENT PARTICIPATION  IN T.C. SHOW INITIATIVE WHILE USING  THERAPEUTIC TECHNIQUES AND CONCEPTS. DISPLAYS EXCELLENT COPING SKILLS . TAKES RESPONSIBILITY FOR HER BEHAVIOR AND EXHIBITS LEADERSHIP  ABILITY. PROMOTES HARMONY AND IS ACCEPTED BY THE  COMMUNITY AS A ROLE  MODEL.

7. ATTITUDE TOWARD STAFF AND PEERS
____0 UNACCEPTABLE, DISPLAYS INAPPROPRIATE  BEHAVIOR AND RESPONSES TO OTHERS.
____2 FAIR. SHOWS MARGINAL  COOPERATION AND  RESPECT FOR OTHERS.
__✓__4 GENERALLY COOPERATIVE AND RESPECTFUL.
____6 FULLY COOPERATIVE, RESPECTFUL, PROMOTES  HARMONY.

8. PARTICIPATION IN ASSIGNED PROGRAMS
____0 UNACCEPTABLE DOES NOT MEET EXPECTATIONS
____2 MARGINAL PARTICIPATION  MUST BE REMINDED TO COMPLETE  ASSIGNMENTS.
____4 SHOWS GOOD PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROUP DISCUSSION AND COMPLETES WRITTEN ASSIGNMENTS.
__✓__6 SHOWS EXCELLENT PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROU DISCUSSION AND ACTIVITIES.  COMPLETES WRITTEN  ASSIGNMENTS AS INSTRUCTED I A TIMELY MANNER WITH VERY LOW ERRORS.
____7 SHOWS EXCELLENT PARTICIPATION AND INTEREST TO PROGRAM LEADS GROUP IN DISCUSSION AND ACTIVITIES.  COMPLETES WRITTEN  ASSIGNMENTS IN A TIMELY MANNER WITH OUTSTANDING RESULTS.

EVALUATION SCORE __38__
TRAINEE SIGNATURE __Brandie Jane Price__

POOR____ GOOD____ EXCELLENT __X__ OUTSTANDING____
COMMENTS ____

NAME  PRICE  BRANDIE          DOC#    274278          FACILITY    EWCC/RTP
EVALUATION PERIOD  X-6-10        STAFF SIGNATURE  Tea Davis

## TASK ASSIGNED DURING THIS PERIOD

1. OBSERVANCE OF RULES
_____0  UNACCEPTABLE OBSERVES RULES WHEN UNDER
        SUPERVISION
            OBSERVES CARDINAL RULES AT ALL TIMES.
_____4  OBSERVES MAJOR RULES  MOST OF THE TIME
__√__6  OBSERVES MAJOR AND CARDINAL RULES
        AND HELPS PROMOTE THE HEALTH OF THE
        COMMUNITY.

*1 House Rule*

2. PERSONAL HYGIENE AND LIVING AREA
_____0  UNACCEPTABLE
_____2  MARGINAL, IMPROVEMENT NEEDED
__√__4  GOOD DEVELOPING WELL
_____6  EXCELLENT METICULOUS IN APPEARANCE AND
        PAYS  CLOSE ATTENTION TO DETAILS REGARDING
        LIVING  AREA.

3. QUALITY OF WORK
_____0  MARGINAL
_____2  FAIR
_____4  GOOD UPPER 50%
__√__6  EXCELLENT, VERY LOW  ERRORS--TOP 20%

4. PHYSICAL CONDITIONING
_____0  UNACCEPTABLE COMPLAINS AND DOES NOT
        PARTICIPATE AS EXPECTED.
_____2  MARGINAL PARTICIPATION UNRELATED TO
        MEDICAL CONDITION
_____4  GOOD PARTICIPATION SHOWS ENTHUSIASM.
        PHYSICAL CONDITIONING RECORD SHOWS
        MARKED IMPROVEMENT.
__√__6  EXCELLENT PARTICIPATION SHOWS
        ENTHUSIASM, INTEREST AND COOPERATION.
        PHYSICAL CONDITIONING RECORD SHOWS
        MARKED IMPROVEMENT.

5. REGIMENTATION MILITARY DEMEANOR
_____0  UNACCEPTABLE OBSERVES MILITARY DEMEANOR
        WHEN REMINDED.
_____2  OBSERVES MILITARY DEMEANOR
        MOST OF THE TIME
__√__4  OBSERVES MILITARY DEMEANOR
        AT ALL TIMES
_____6  OBSERVES MILITARY DEMEANOR
        AT ALL TIMES AND HELPS  OTHERS
        MAINTAINING THEIRS.

EVALUATION SCORE_____40
TRAINEE SIGNATURE  Brandie Price

6. T.C.  PARTICIPATION AND ROLE MODELING
_____0  UNACCEPTABLE LEVEL OF
        PARTICIPATION. DISPLAYS NEGATIVE
        BEHAVIOR  AND  USES INAPPROPRIATE
        RESPONSES TO COMMUNITY.
_____2  MARGINAL PARTICIPATION AND USE OF
        THERAPEUTIC TECHNIQUES AND CONCEPTS
        UTILIZES SOME COPING SKILLS BUT MAY B
        IN A LEARNING STAGE OF ROLE MODELING
_____4  GOOD PARTICIPATION IN T.C. UTILIZES
        CONCEPTS AND TECHNIQUES. HAS GOOD
        COPING SKILLS AND USES CORRECT
        RESPONSES IN THE T.C. THE T.C
        RECOGNIZES GOOD QUALITIES TO ROLE
        MODEL.
__√__7  EXCELLENT PARTICIPATION  IN T.C. SHOWS
        INITIATIVE WHILE USING  THERAPEUTIC
        TECHNIQUES AND CONCEPTS. DISPLAYS
        EXCELLENT COPING SKILLS . TAKES
        RESPONSIBILITY FOR HER BEHAVIOR AND
        EXHIBITS LEADERSHIP ABILITY.
        PROMOTES  HARMONY AND IS ACCEPTED
        BY THE  COMMUNITY AS A ROLE  MODEL.

7. ATTITUDE TOWARD STAFF AND PEERS
_____0  UNACCEPTABLE, DISPLAYS
        INAPPROPRIATE  BEHAVIOR AND
        RESPONSES TO OTHERS.
_____2  FAIR. SHOWS MARGINAL  COOPERATION
        AND  RESPECT FOR OTHERS.
__√__4  GENERALLY COOPERATIVE AND
        RESPECTFUL.
_____6  FULLY COOPERATIVE, RESPECTFUL,
        PROMOTES  HARMONY.

8. PARTICIPATION IN ASSIGNED PROGRAMS
_____0  UNACCEPTABLE DOES NOT MEET
        EXPECTATIONS
_____2  MARGINAL PARTICIPATION  MUST BE
        REMINDED TO COMPLETE  ASSIGNMENTS.
__√__4  SHOWS GOOD PARTICIPATION. INTEREST
        AND RESPONSIVENESS TO GROUP
        DISCUSSION AND COMPLETES WRITTEN
        ASSIGNMENTS.
_____6  SHOWS EXCELLENT PARTICIPATION,
        INTEREST AND RESPONSIVENESS TO GROUP
        DISCUSSION AND ACTIVITIES. COMPLETES
        WRITTEN  ASSIGNMENTS AS INSTRUCTED IN
        A TIMELY MANNER WITH VERY LOW
        ERRORS.
_____7  SHOWS EXCELLENT PARTICIPATION AND
        INTEREST TO PROGRAM LEADS GROUP  IN
        DISCUSSION AND ACTIVITIES. COMPLETES
        WRITTEN  ASSIGNMENTS IN A TIMELY
        MANNER WITH OUTSTANDING RESULTS.

POOR_____  GOOD_____  EXCELLENT_____  OUTSTANDING_____
COMMENTS_____

# RTP MONTHLY EVALUATION REPORT

NAME  PRICE  BRANDIE          DOC#  274278          FACILITY  EWCC/RTP

EVALUATION PERIOD  Sep T 06          STAFF SIGNATURE  T Davis

## TASK ASSIGNED DURING THIS PERIOD

1. OBSERVANCE OF RULES
____0  UNACCEPTABLE OBSERVES RULES WHEN UNDER SUPERVISION
____2  OBSERVES CARDINAL RULES AT ALL TIMES.
____4  OBSERVES MAJOR RULES MOST OF THE TIME
__✓__6  OBSERVES MAJOR AND CARDINAL RULES AND HELPS PROMOTE THE HEALTH OF THE COMMUNITY.

2. PERSONAL HYGIENE AND LIVING AREA
____0  UNACCEPTABLE
____2  MARGINAL, IMPROVEMENT NEEDED
____4  GOOD DEVELOPING WELL
__✓__6  EXCELLENT METICULOUS IN APPEARANCE AND PAYS CLOSE ATTENTION TO DETAILS REGARDING LIVING AREA.

3. QUALITY OF WORK
____0  MARGINAL
____2  FAIR
____4  GOOD UPPER 50%
__✓__6  EXCELLENT, VERY LOW ERRORS--TOP 20%

4. PHYSICAL CONDITIONING
____0  UNACCEPTABLE COMPLAINS AND DOES NOT PARTICIPATE AS EXPECTED.
____2  MARGINAL PARTICIPATION UNRELATED TO MEDICAL CONDITION
____4  GOOD PARTICIPATION SHOWS ENTHUSIASM. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.
__✓__6  EXCELLENT PARTICIPATION SHOWS ENTHUSIASM, INTEREST AND COOPERATION. PHYSICAL CONDITIONING RECORD SHOWS MARKED IMPROVEMENT.

5. REGIMENTATION MILITARY DEMEANOR
____0  UNACCEPTABLE OBSERVES MILITARY DEMEANOR WHEN REMINDED.
____2  OBSERVES MILITARY DEMEANOR MOST OF THE TIME
____4  OBSERVES MILITARY DEMEANOR AT ALL TIMES
__✓__6  OBSERVES MILITARY DEMEANOR AT ALL TIMES AND HELPS OTHERS MAINTAINING THEIRS.

6. T.C. PARTICIPATION AND ROLE MODELING
____0  UNACCEPTABLE LEVEL OF PARTICIPATION. DISPLAYS NEGATIVE BEHAVIOR AND USES INAPPROPRIATE RESPONSES TO COMMUNITY.
____2  MARGINAL PARTICIPATION AND USE OF THERAPEUTIC TECHNIQUES AND CONCEPTS UTILIZES SOME COPING SKILLS BUT MAY B IN A LEARNING STAGE OF ROLE MODELING
____4  GOOD PARTICIPATION IN T.C. UTILIZES CONCEPTS AND TECHNIQUES. HAS GOOD COPING SKILLS AND USES CORRECT RESPONSES IN THE T.C. THE T.C RECOGNIZES GOOD QUALITIES TO ROLE MODEL.
__✓__7  EXCELLENT PARTICIPATION IN T.C. SHOWS INITIATIVE WHILE USING THERAPEUTIC TECHNIQUES AND CONCEPTS. DISPLAYS EXCELLENT COPING SKILLS . TAKES RESPONSIBILITY FOR HER BEHAVIOR AND EXHIBITS LEADERSHIP ABILITY. PROMOTES HARMONY AND IS ACCEPTED BY THE COMMUNITY AS A ROLE MODEL.

7. ATTITUDE TOWARD STAFF AND PEERS
____0  UNACCEPTABLE, DISPLAYS INAPPROPRIATE BEHAVIOR AND RESPONSES TO OTHERS.
__✓__2  FAIR, SHOWS MARGINAL COOPERATION AND RESPECT FOR OTHERS.
____4  GENERALLY COOPERATIVE AND RESPECTFUL.
____6  FULLY COOPERATIVE, RESPECTFUL, PROMOTES HARMONY.

8. PARTICIPATION IN ASSIGNED PROGRAMS
____0  UNACCEPTABLE DOES NOT MEET EXPECTATIONS
____2  MARGINAL PARTICIPATION MUST BE REMINDED TO COMPLETE ASSIGNMENTS.
____4  SHOWS GOOD PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROUP DISCUSSION AND COMPLETES WRITTEN ASSIGNMENTS.
____6  SHOWS EXCELLENT PARTICIPATION, INTEREST AND RESPONSIVENESS TO GROU DISCUSSION AND ACTIVITIES. COMPLETES WRITTEN ASSIGNMENTS AS INSTRUCTED A TIMELY MANNER WITH VERY LOW ERRORS.
__✓__7  SHOWS EXCELLENT PARTICIPATION AND INTEREST TO PROGRAM LEADS GROUP IN DISCUSSION AND ACTIVITIES. COMPLETES WRITTEN ASSIGNMENTS IN A TIMELY MANNER WITH OUTSTANDING RESULTS.

EVALUATION SCORE  48

TRAINEE SIGNATURE  Brandie Price

POOR_____  GOOD_____  EXCELLENT_____  OUTSTANDING  X

COMMENTS _____

# ADJUSTMENT REVIEW

## NEW ARRIVAL/ADJUSTMENT REVIEW/EARNED CREDIT LEVEL

FACILITY _EWCC_ FACILITY ARRIVAL DATE _12.14.99_ TODAY'S DATE _8/30/00_ TOTAL DAYS REMAINING _3070_
LARC ARRIVAL DATE _12.01.99_ PAROLE DOCKET DATE _N/A_ PPCS DOCKET DATE _____
LAST REVIEW DATE _4/00_ CASE MANAGER _____

### INMATE IDENTIFICATION INFORMATION

Name: _Price Brandie_ Number: _274278_ Race: _W_ Sex: _F_
In case of emergency, contact: (Is this a change?) yes _____ no _X_
Name: _____ Relationship: _____ Phone:( ___ ) _____
Address: _____

### SECURITY FACTORS

Escape History: _NA_ Facility _____ Detainers _NA_ Additional _NA_
Check those which apply to: Previous | Controlling/Current | Consecutive

| | Previous | Controlling/Current | Additional / Consecutive |
|---|---|---|---|
| Drug Distribution/Trafficking | | _Poss w/ Intent_ | |
| Racketeering | | | |
| Robbery (3 after 1978) | | | |
| Sex Offense | | _10 yr_ | |

### INMATE ADJUSTMENT

Job Skills _____ Assignment _RTP_ Effective Date _1.17.2000_

| Month/Year | Rating | Assignment |
|---|---|---|
| _7/00_ | _38 Excellent_ | _RTP_ |
| _6/00_ | _54 Outs_ | _"_ |
| _5/00_ | _40 "_ | _"_ |
| _4/00_ | _36 Excell_ | _"_ |

Performance Rating: Poor, Good, Excellent, Outstanding
Staff _Excellent_ Program Participation _Excellent_ Job _Outstanding_ REC ASST DIRECT.
Other Inmates _Excellent_ Personal Hygiene _Outstanding_ Living Area _Outstanding_
Assessment of Needs: _RTP_ _MRT SAT_
Programs Assigned: _RTP_ _MRT - 8_
Refused _____ Waiting List _____ Participating _SAT_ Completed _AWOC, 12 hrs college_
Comments: _____

### MISCONDUCT RECORD

| Class | Code | Date Occurred | Expiration Date | |
|---|---|---|---|---|
| | | | | |

Misconduct Security Points _____
Total Points _2_
Assigned Security Level _min_
_P = 1 - 2 >_

### EARNED CREDIT CLASS DESIGNATION

Assigned level _3_ Effective Date _9.01.00_ Initial Review _____ Promotion _X_ Demotion _____ No Change _____

Committee Comments _____ _1 on level II_

Preparer Signature _____
Inmate Signature _Brandie Price_ Date _8/30/00_
Chairperson Comments _____ Date _____

Chair Signature _____ _8.30.00_
Date of Next Review _12/00_ Date _8-30-00_

ISSUED
6-5-00

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,        )
       Plaintiff,        )
                   )
vs.                   )     No.  CF-98-481
                   )
JOSEPH D. JACOBS     )
       Defendant.        )

ORDER ACCELERATING DEFERRED SENTENCE

NOW, on this 5TH DAY OF JUNE, 2000, the above styled case comes on for hearing on the State's Application to Impose Deferred Sentence. The State is present by Assistant District Attorney, Lynn Anderson, the defendant is present and represented by the attorney of record, Monte Johnson.

The defendant, after being advised of his rights both by his attorney and by the Court, informs the Court that he wishes to stipulate to the Application to Impose Deferred Sentence and the State makes their recommendation of an accelerated sentence.

The Court finds that on the 12th day of April, 1999, the said defendant entered his plea of guilty to the crime of POSSESSION OF CDS WITH INTENT TO DISTRIBUTE and UNLAWFUL POSSESSION OF MARIHUANA and that upon acceptance of said plea the Court ordered to defer the imposition of Judgment and Sentence in this cause for a term of FIVE (5) years pending the defendant's good behavior.

The Court finds that on the 4th day of April, 2000, the State filed an Application to Impose Deferred Sentence based on violations of the defendant's Rules and Conditions of Probation. The Court further finds the defendant did, in fact, violate the rules and conditions as alleged in the State's Application.

That the Court accepts the defendant's stipulation to the Application and thereby accepts his plea of guilty and accelerates the deferred sentence and finds the defendant guilty.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the defendant's deferred sentence is accelerated, the defendant is found guilty and is sentenced to a term of Ten (10) years with the Department of Corrections, Defendant to successfully complete the REGIMENTED INMATE DISCIPLINARY PROGRAM (R.I.D) with the balance suspended upon completion, subject to Rules and Conditions of Probation previously entered. The Sheriff of Sequoyah County shall deliver said defendant to the Department of Corrections and leave therewith a copy of this Order of Judgment and Sentence to serve as a warrant and authority for the revocation of said defendant as provided herein. The second copy of the Order to be warrant and authority of said Sheriff for the transportation and imprisonment of said defendant as herein before provided. The Sheriff to make due return to the Clerk of this Court, with his procedure endorsed thereon.

IT IS SO ORDERED.

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA )
            Plaintiff )
)
VS. )      CASE NUMBER: CF-98-481A
*Joseph Jacobs* )            TR-99-2109
)
)
)

D.O.B
DATE 10-27-00

FAYE TEAGUE
Assistant District Attorney

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT 2 7 2000

BERNEL EDWARDS, COURT CLERK
BY _____ DEPUTY

NONE
    Defendant's Attorney

*Temp*

RULE 8 HEARING
(summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES, IT IS HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

$ 100.00 ON OR BEFORE 12-1-00 BY 4:00 P.M. AND

$      ON OR BEFORE      BY 4:00 P.M. , THEN

$      PER MONTH ON OR BEFORE THE      DAY OF EACH MONTH WITH LIKE SUMS ON THE SAME DATE THEREAFTER UNTIL PAID IN FULL; OR THE BALANCE IN FULL ON OR BEFORE THE      DAY OF 199 BY    P.M. OR,
**IT IS FURTHER ORDERED THAT DEFENDANT MAKE ALL PAYMENTS IN PERSON AT THE OFFICE OF THE COURT CLERK.**
COMMENTS: *Def to Re-appear on 12-1-00 with 100.00*

TOTAL TO PAY $ 915.00 *& proof of employment*

_____
JUDGE OF THE DISTRICT COURT
John C Garrett

_____
DEFENDANT

* **Defendant is further ordered to notify the Collections Adm. of any change of address, telephone, employment or income.**

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
        Plaintiff       )
vs.                 )    Case No. CF-98-00481A
JOSEPH DALE JACOBS ████████ -GANS   )        TR-99-02109

H¢O64UNBDXT5NNEY            )
GANS, OK 74936           )
        Defendant      )
   SS#:
   DOB: ████1976

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

DEC 19 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

Date: 12/19/00    State's Attorney:
                Defendant's Attorney: ROBBIE COWAN
                                    GERALD HUNTER
                    RULE 8 HEARING
                      (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

        $75.00 on or before 01-31-20 and then

        $75.00 per month on or before 02-28-2001

then $75.00 per month on or before the 28th day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 01-31-20

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

TOTAL TO PAY $ 815.00

_____
        Defendant

JOHN C. GARRETT
Judge of the District Court

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

**BENCH WARRANT--After Conviction**

ISSUED
3-13-01

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| Sequoyah County, | ) | IN DISTRICT COURT |

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA | ) | |
| VS. | ) | No.CF-98-481 |
| AUBRE DALE JACOBS | ) | |
| ██████████████ | ) | |
| MULDROW OK 74948 | ) | |
| ██56 ██████1409 | ) | BOND |

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**AUBRE DALE JACOBS** having been on the 29TH DAY JANUARY, 1999, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO APPEAR

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **AUBRE DALE JACOBS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 13TH DAY OF MARCH, 2001. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: *Amanda Adams*

DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

**SHERIFF'S RETURN**

RECEIVED the within Writ on the _____ day of _____, 199____, at _____o'clock _____M., and executed on the _____day of _____, 199____, at _____o'clock _____M. by _____

Dated this _____day of _____199____.

_____
SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY:_____
DEPUTY

**BENCH WARRANT--After Conviction**

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| Sequoyah County, | ) | **IN DISTRICT COURT** |
| | | |
| THE STATE OF OKLAHOMA | ) | |
| VS. | ) | No.CF-98-481 |
| AUBREY JACOBS | ) | *CF-98-58A* |
| ▮ | ) | |
| MULDROW, OK 74948 | ) | |
| ▮72 ▮-8322 | ) | BOND |

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**AUBREY JACOBS** having been on the 30TH DAY OF JUNE, 2000, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO PAY MONIES DUE TO THE COURT IN THE AMOUNT OF $2033.00

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **AUBREY JACOBS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 2ND DAY OF APRIL, 2001. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: *Amanda Adams*

DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____, 199____, at _____o'clock _____M., and executed on the _____day of _____, 199____, at _____o'clock _____M. by _____

Dated this _____ day of _____ 199____ .

_____
SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY:_____
DEPUTY

dms

# DISTRICT COURT OF MUSKOGEE, WAGONER, CHEROKEE AND SEQUOYAH COUNTIES

## (FIFTEENTH JUDICIAL DISTRICT)

## (ORDER)



Date: April 17, 2001

Defendant: JACOBS, JOSEPH                    Case #: SY-CF-98-481

Charge: Possession of CD, Possession of M/J

Sentence Date: 06/05/00                    Expiration Date: 06/04/10

THE DEPARTMENT OF CORRECTIONS IS HEREBY RELIEVED FROM FURTHER ACTIVE SUPERVISION OF THIS DEFENDANT IN THIS PARTICULAR CASE.

Honorable David Nelson
Judge of the District Court

Lynn Anderson
Assistant District Attorney

# WARRANT CLEARANCE

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
APR 2 7 2001
BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

WARRANT # _CR. 98-481_

WARRANT NAME _Jacobs, Aubre Dale_

DATE & TIME CLEARED _4-22-01    2258_

WARRANT CLEARED BY:

    ARREST _X_ OFFICER SERVING _Trp. Griffy_

                AGENCY _O.H.P_

    CANCEL_____ OFFICIAL DIRECTING WARRANT CANCELLATION

WAS WARRANT PULLED FROM FILE?      (YES)    NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT MARKED OFF BOOK?    (YES)    NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT CANCELLED FROM NCIC?  (YES)    NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT REMOVED FROM HOLDS BOOK?  YES   ~~NO~~

IF NO, EXPLAIN WHY NOT _No Holds_

SHERIFF'S OFFICE EMPLOYEE SIGNATURE _____

---

NOTE:  AFTER COMPLETING THIS FORM, STAPLE THIS FORM BACK TO BACK WITH THE WARRANT AND PLACE IN THE FOLDER MARKED "SEND TO COURT CLERK." ONLY USE THIS FORM TO CLEAR SEQUOYAH COUNTY WARRANTS.

    USE ONE FORM FOR EACH WARRANT CLEARED.

**BENCH WARRANT--After Conviction**

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| Sequoyah County, | ) | **IN DISTRICT COURT** |

ISSUED
3-13-01

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA | ) | |
| VS. | ) | No.CF-98-481 |
| AUBRE DALE JACOBS | ) | |
| ▮▮▮▮▮ | ) | |
| MULDROW OK 74948 | ) | |
| ▮56 ▮▮1409 | ) | BOND |

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 27 2001

BERNELL EDWARDS, COURT CLERK
BY ▮▮▮▮ DEPUTY

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**AUBRE DALE JACOBS** having been on the 29TH DAY JANUARY, 1999, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO APPEAR

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **AUBRE DALE JACOBS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 13TH DAY OF MARCH, 2001. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: _Amanda Adams_
DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

S H E R I F F ' S    R E T U R N

RECEIVED the within Writ on the _____ day of _____, 199___, at _____ o'clock _____M., and executed on the _____ day of _____, 199___, at _____ o'clock _____M. by _____

---

Dated this _____ day of _____ 199____.

SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY: _____
DEPUTY

# DISTRICT COURT OF MUSKOGEE, WAGONER, CHEROKEE AND SEQUOYAH COUNTIES

## (FIFTEENTH JUDICIAL DISTRICT)

### (ORDER)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 1 4 2001

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

Date: June 13, 2001

Defendant: Joseph D. Jacobs          Case #: SY-CF-98-481

Charge: Possession of CDS w/ Intent To Deliver

Sentence Date: June 5, 2000          Expiration Date: June 4, 2010

THE DEPARTMENT OF CORRECTIONS IS HEREBY RELIEVED FROM FURTHER ACTIVE SUPERVISION OF THIS DEFENDANT IN THIS PARTICULAR CASE.

Honorable John C. Garrett
Judge of the District Court

**BENCH WARRANT--After Conviction**

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| Sequoyah County, | ) | **IN DISTRICT COURT** |
| | | |
| THE STATE OF OKLAHOMA | ) | |
| VS. | ) | No.CF-98-481 |
| AUBREY JACOBS ) | | |
| ██████████ | ) | |
| MULDROW, OK 74948 | ) | |
| ██56 ████1409 | ) | NO BOND |

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**AUBREY JACOBS** having been on the 2ND DAY OF APRIL, 1999, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO PAY MONIES DUE TO THE COURT IN THE AMOUNT OF $1837.00

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **AUBREY JACOBS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 18TH DAY OF JUNE, 2001. By Order of the Court.

BERNELL EDWARDS, COURT CLERK

BY *Amanda Adams*
DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____, 199____, at _____ o'clock _____M., and executed on the _____ day of _____, 199____, at _____ o'clock _____M. by _____
_____

Dated this _____ day of _____199____.

SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY:_____
DEPUTY

dms