**BENCH WARRANT--After Conviction**

STATE OF OKLAHOMA, )
Sequoyah County, ) **IN DISTRICT COURT**

THE STATE OF OKLAHOMA )
              VS. ) No. CF-98-481A
JOSEPH JACOBS )
█████████ C/O JUNE TINNEY )
GANS, OK 74936 )
██76 ████-6130 ) NO BOND

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**JOSEPH JACOBS** having been on the 18TH DAY OF APRIL, 1999, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO PAY MONIES DUE TO THE COURT IN THE AMOUNT OF $533.00

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **JOSEPH JACOBS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 1 ST DAY OF OCTOBER, 2001. By Order of the Court.

                       **BERNELL EDWARDS, COURT CLERK**
                       BY: *Amanda Adams*
                                        DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

### SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____, 199____, at _____ o'clock _____ M., and executed on the _____ day of _____, 199____, at _____ o'clock _____ M. by _____

Dated this _____ day of _____ 199____.

                       SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

                       BY:_____
                                            DEPUTY

*dms*

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
                    Plaintiff                    )
    vs.                                          )
BRANDIE ZANE PRICE                               )    Case No. CF-98-00481C
                                                 )         CF-99-00061
                                                 )         CF-99-549
    MULDROW, OK  74948                            )         CM-00-900
            Defendant                            )
    SS#:                                         )
    DOB:       1978

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 16 2001

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

Date: 04/16/01        State's Attorney:
                      Defendant's Attorney: LYNN R. ANDERSON

RULE 8 HEARING
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS
TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,
HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $50.00 on or before 05-16-20 and then

_____ $50.00 per month on or before 06-16-2001

then _____ per month on or before the ___ day of each month
with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 05-16-20

OR; _____

_____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN
PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: Def. ordered to reappear
for Perm. Rule 8 on
5-16-01.

TAL TO PAY $ to be determined

Brandie L. Price          DENNIS M. SPROUSE
    Defendant          Judge of the District Court
endant is further ordered to notify the Collections Adm. of
change of address, telephone, employment, or income.

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
      Plaintiff

vs.

BRANDIE ZANE PRICE

MULDROW, OK 74948

          Defendant

  SS#:

  DOB: ████ 1978

)
)
)
)
)
)
)
)
)
)
)

Case No. CF-98-00481C  410.00
        CF-99-00061   683.00
        CF-99-00549  1393.00
      SEQUOYAH COUNTY, OKLAHOMA  141.00
            FILED
        IN DISTRICT COURT

MAY 16 2001

DONNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 05/16/01

RULE 8 HEARING LYNN R. ANDERSON
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

      $75.00 on or before <u>06-23-20</u> and then

      $75.00 per month on or before <u>07-23-2001</u>

then <u>75.00</u> per month on or before the <u>23rd</u> day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before <u>06-23-20</u>

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: <u>$75 due 23rd ea mo. until 10-23-01</u>
<u>when pyt. increases to $100.00</u>

TOTAL TO PAY $<u>2976.00</u>

<u>Brandie J Price</u>
      Defendant

<u>MIKE NORMAN</u>
Judge of the District Court

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

# APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

CHECK ONE _____ I plan to pay before 3.30 pm today

_____ I plan to pay within 48 hours _____/ I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE_____ DATE **5-16-01**

CASE #_____ DATE OF BIRTH ████ **78**

SS#_████ **5806** FINE/COST_____

LAST NAME **Price** FIRST **Brandie** MI **B**

STREET ████ CITY **Muldrow** PHONE_____

EMPLOYER **Rena Rd. Christian Daycare** HOW LONG **1 wk** PHONE_____ **824.00 mo. before taxes**

EARNINGS **5.15** per **hr** #hrs/wk **40** paydates_____

## IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS SINGLE **✓** MARRIED____ DIVORCED____
SEPERATED____ WIDOW/ER____ COMMON LAW____

Names and Ages of Children_____
List others living in household NAME | RELATIONSHIP | EMPLOYER | INCOME

**Dad - Brad Price**
**Tammy Young - Dad's girlfriend**
**Kelsie + Justin Edwards - Tammy's Children**

AMOUNT OF CASH WITH YOU $_____ Saving/Checking Accounts $_____

Property, Investments, Assets $_____

I AM SUPPORTED BY: **Self**
   Alimony/Child Support_____
   Social Security_____
   Pension/Retirement_____
   Welfare_____
   Food Stamps_____
   Unemployment_____
   My Gross Monthly Earning_____ Source_____
   Other Income Support_____

Do you receive housing assistance____
Monthly Expenses:
Rent **100. mo.**
Food_____
Utilities **54.50**
Child Care_____
Medical_____
TOTAL$_____

**fines in Ark. 50.00 mo.**

DRIVERS LICENSE #_____ STATE_____ EXP.DATE_____
VEHICLES YOU OWN OR USE: YEAR_____ MAKE/MODLE_____ MONTHLY PAYMENTS

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUL 25 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

# WARRANT CLEARANCE

WARRANT # _CF-98-481_

WARRANT NAME: _Jacobs, Aubrey_

DATE & TIME CLEARED: _07-23-02  14:30_

WARRANT CLEARED BY:

ARREST _☆_ OFFICER SERVING _____

AGENCY _____

CANCEL _X_ OFFICIAL DIRECTING WARRANT CANCELLATION

_Helen Edwards_

WAS WARRANT PULLED FROM FILE?         (YES)      NO

IF NO, EXPLAIN WHY _____

WAS WARRANT MARKED OFF BOOK?        (YES)      NO

IF NO, EXPLAIN WHY _____

WAS WARRANT CANCELLED FROM NCIC?   YES      (NO)

IF NO, EXPLAIN WHY _Not Entered_

WAS WARRANT REMOVED FROM HOLD BOOK?   YES   (NO)

IF NO, EXPLAIN WHY _No Hold_

SHERIFF'S OFFICE EMPLOYEE SIGNATURE _C. B_____

NOTE: AFTER COMPLETING THIS FORM, STAPLE THIS FORM BACK TO BACK
WITH THE WARRANT AND PUT IN THE FOLDER MARKED " SEND TO COURT
CLERK" ONLY USE THIS FORM TO CLEAR **SEQUOYAH COUNTY
WARRANTS**. YOU MUST USE ONE FORM FOR EACH WARRANT CLEARED.

**BENCH WARRANT--After Conviction**

STATE OF OKLAHOMA,    )
Sequoyah County,      )        **IN DISTRICT COURT**

THE STATE OF OKLAHOMA    )
            VS.       )        No.CF-98-481
AUBREY JACOBS    )        *CF-98-58A*
     ████████        )

MULDROW, OK 74948    )
███72 ███8322     )        BOND

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**AUBREY JACOBS** having been on the 30TH DAY OF JUNE, 2000, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO PAY MONIES DUE TO THE COURT IN THE AMOUNT OF $2333.00

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **AUBREY JACOBS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 2ND DAY OF APRIL, 2001. By Order of the Court.

                 **BERNELL EDWARDS, COURT CLERK**
                 BY: *Amanda Adams*
                                DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

S H E R I F F ' S   R E T U R N

RECEIVED the within Writ on the _____ day of _____, 199____, at _____ o'clock _____ M., and executed on the _____ day of _____, 199____, at _____ o'clock _____ M. by _____

Dated this _____ day of _____ 199____.

                        SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

                        BY: _____
                                   DEPUTY

*dms*

## BENCH WARRANT--After Conviction

STATE OF OKLAHOMA,      )
Sequoyah County,      )      **IN DISTRICT COURT**

THE STATE OF OKLAHOMA    )
        VS.      )      No.CF-98-481
AUBREY JACOBS     )
█████████      )
MULDROW, OK 74948    )
███56 ███1409     )      NO BOND

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**AUBREY JACOBS** having been on the 2ND DAY OF APRIL, 1999, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO PAY MONIES DUE TO THE COURT IN THE AMOUNT OF $1837.00

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named
**AUBREY JACOBS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 18TH DAY OF JUNE, 2001. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY *Amanda Adams*
                        DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

S H E R I F F ' S    R E T U R N

RECEIVED the within Writ on the _____ day of _____, 199____, at _____ o'clock _____ M., and executed on the _____ day of _____, 199____, at _____ o'clock _____ M. by _____

_____

Dated this _____ day of _____ 199____.

SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY:_____
                                 DEPUTY

dms

# BENCH WARRANT--After Conviction

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| Sequoyah County, | ) | IN DISTRICT COURT |

THE STATE OF OKLAHOMA )
      VS. )    No.CF-98-481
AUBREY JACOBS   )

          )

MULDROW, OK 74948 )
██-56 ███-1409 )    NO BOND

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**AUBREY JACOBS** having been on the 2ND DAY OF APRIL, 1999, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO PAY MONIES DUE TO THE COURT IN THE AMOUNT OF $1837.00

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named
**AUBREY JACOBS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 18TH DAY OF JUNE, 2001. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY _Amanda Adams_
              DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

S H E R I F F ' S  R E T U R N

RECEIVED the within Writ on the _____ day of _____, 199___, at _____ o'clock _____M., and executed on the _____ day of _____, 199___, at _____ o'clock _____M. by _____

_____

Dated this _____ day of _____ 199___.

SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY: _____
            DEPUTY

dms

**BENCH WARRANT--After Conviction**

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| Sequoyah County, | ) | **IN DISTRICT COURT** |
| | | |
| THE STATE OF OKLAHOMA | ) | |
| VS. | ) | No.CF-98-481 |
| AUBREY JACOBS ) | | *CF-98-58A* |
| ███████████ | ) | |
| MULDROW, OK 74948 | ) | |
| ██72 ███-8322 | ) | BOND |

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**AUBREY JACOBS** having been on the 30TH DAY OF JUNE, 2000, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO PAY MONIES DUE TO THE COURT IN THE AMOUNT OF $2333.00

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **AUBREY JACOBS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 2ND DAY OF APRIL, 2001. By Order of the Court.

BERNELL EDWARDS, COURT CLERK

BY: *Amanda Adams*
DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

S H E R I F F ' S   R E T U R N

RECEIVED the within Writ on the _____ day of _____, 199____, at _____ o'clock _____ M., and executed on the _____ day of _____, 199____, at _____ o'clock _____ M. by _____

Dated this _____ day of _____ 199____.

SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY:_____
DEPUTY

*dms*

Hamilton Morgan Bail Bonds
P.O. Box 189 – 113 N. Oak
Sallisaw, Ok. 74955
918-775-7887

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 12 2001

BERNELL EDWARDS, COURT CLERK
BY_____ CC _____ DEPUTY

In the District Court of Sequoyah County
State of Oklahoma                                    Plaintiff

vs                                    Case No.: CF 98-481A

Dale Jacobs    Defendant

Motion to Vacate and Exonerate Bond

Come now the Bondsman, this 12 day of February, 2001, by way Motion to Exonerate the Court's Order of Appearance Bond(s) on Audrey Dale Jacobs, and the reason to exonerate is: 30 days past Bench Warrant and Forfeiture date of 11/6/2000.

And the Bondsman, Diane Hamilton, DBA of Hamilton Morgan Bail Bonds appears, and the court being held fully advised in the premises hereby exonerate the order and judgment on this Appearance Bond.

Diane Hamilton
Movant

It Is Therefore Ordered, Adjudged, and Decreed by the court that the above mentioned Appearance Bond be exonerated.

SO ORDERED,

_____          _____
District Attorney                          Judge of District Court

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUL 2 3 2002

EDWARDS, COURT CLERK
BY_____DEPUTY

# Order To Withdraw Warrant

THE STATE OF OKLAHOMA, )

COUNTY OF SEQUOYAH, )

IN THE DISTRICT COURT

Before _Dennis Sprouse_
Judge

To: The Sheriff of the County of Sequoyah:
and
The Court Clerk of the County of Sequoyah

Case No. _CF-98-481_

An order having been made by the undersigned Judge to issue a Warrant for the arrest of the Defendant, _Aubray Jacobs_ , on the __18__ Day of _June_ , _2001_ .

This Court has determined that in the interest of justice said Warrant should be _withdrawn_ immediately.

IT IS ORDER, that the above mentioned _Warrant is withdrawn_ and all records are to immediately reflect that the Warrant is no longer outstanding for service.

Dated at Sallisaw, Oklahoma this _31st_ Day of _July_ _____ , _2002_ .

_____
Judge of the District Court

Λ in DOC

# DISTRICT COURT OF MUSKOGEE, WAGONER, CHEROKEE AND SEQUOYAH COUNTIES

## (FIFTEENTH JUDICIAL DISTRICT)

### (ORDER)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT 0 2 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

Case Number: CF-99-549, 98-481, 99-61

It is Ordered, Adjudged and Decreed that Brandie Z. Price have all past, present and future probation fees waived.

_____
Honorable Judge Norman
Judge of the District Court

_____
Brian Morton
Assistant District Attorney

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,  )
      Plaintiff  )
vs.  )   Case No.  CF-98-00481C
BRANDIE ZANE PRICE  )            CF-99-00061
  )            CF-99-00549
MULDROW, OK  74948  )            CM-00-00900
  █████████efendant  )
  SS#:  ████5806
  DOB:  ████/1978    *TEMP.*

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 19 2002

BERNELL EDWARDS, COURT CLERK
                       DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 11/19/02        RULE 8 HEARINGJERRY S. MOORE
                     (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

        $40.00 on or before 01-10-20*03* and

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 01-10-20 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: *Do appear January 10, 2003*

_____


TOTAL TO PAY $ *2309.00*

_Brandie Price_           _John C. Garrett_
    Defendant           JOHN C. GARRETT
                    Judge of the District Court
Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA )
        Plaintiff )    CASE NO. CF-98-481
        )
VS )
        )
        )
AUBREY D. JACOBS )
        Defendant )
        )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUL 2 5 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

**MOTION TO DISMISS APPLICATION TO REVOKE SUSPENDED SENTENCE**

       COMES NOW Lynn Anderson, the duly appointed, qualified and acting District Attorney, District Number 27, Sequoyah County, State of Oklahoma, and moves the Court to dismiss the above-entitled cause for the following reasons, to-wit:

Defendant pled to five years in D.O.C. in case #CF-98-58

DIANNE BARKER HARROLD
DISTRICT ATTORNEY
DISTRICT 27
STATE OF OKLAHOMA

BY _____
ASSISTANT DISTRICT ATTORNEY

**O R D E R**

       NOW ON THIS 25th day of July, 2002 the above entitled cause comes on to be heard upon Motion to Dismiss state's Application To Revoke Suspended Sentence said cause and the Court being fully advised in the premises, finds that said Motion should be sustained; and it is therefore Ordered, Adjudged, and Decreed that said cause be, and the **Application To Revoke Suspended Sentence in the above styled case** is hereby dismissed for the reasons as set forth in said Motion.

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
        Plaintiff        )
vs.                     )
JOSEPH DALE JACOBS      )

GANS, OK 74936
        Defendant
    SS#:
    DOB: ▮▮▮▮ 1976

Case No. CF-98-00481A  —785.ω
SEQUOYAH COUNTY, OKLAHOMA
TR-99-02109 FILED  30.ω
IN DISTRICT COURT

DEC 19 2000

BERNELL EDWARDS, COURT CLERK
BY ———————— DEPUTY

Date: 12/19/00

State's Attorney:
Defendant's Attorney: ROBBIE COWAN
                        GERALD HUNTER
RULE 8 HEARING
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $75.00 on or before 01-31-20 and then

_____ $75.00 per month on or before 02-28-2001

then $75.⁰⁰ per month on or before the 28th day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 01-31-20 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

10-1-01 BW (533)
1-2-02 QTC

Comments: _____

_____

_____

TOTAL TO PAY $ 815.⁰⁰

_____
      Defendant

_____
JOHN C. GARRETT
Judge of the District Court

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

# IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

THE STATE OF OKLAHOMA )
　　　　　　　　　　Plaintiff )
VS. )
_Joseph Jacobs_ )　　CASE NUMBER: CF-98-481A
)　　　　　　　　　TR-99-2109
)
D.O.B )
DATE 10-27-00 )

FAYE TEAGUE
Assistant District Attorney

NONE
Defendant's Attorney

_Temp_

RULE 8 HEARING
(summary)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT 2 7 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES, IT IS HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

$ 100.00 ON OR BEFORE 12-1-00 BY 4:00 P.M. AND

$ ON OR BEFORE BY 4:00 P.M. , THEN

$ PER MONTH ON OR BEFORE THE DAY OF EACH MONTH WITH LIKE SUMS ON THE SAME DATE THEREAFTER UNTIL PAID IN FULL; OR THE BALANCE IN FULL ON OR BEFORE THE DAY OF 199 BY P.M. OR,

IT IS FURTHER ORDERED THAT DEFENDANT MAKE ALL PAYMENTS IN PERSON AT THE OFFICE OF THE COURT CLERK.

COMMENTS: _Def to Re-appear on 12-1-00 with 100.00 & proof of employment_

TOTAL TO PAY $ 915.00

_S/ John C. Garrett_
JUDGE OF THE DISTRICT COURT

_Joseph Jacobs_
DEFENDANT

Defendant is further ordered to notify the Collections Adm. of any change of address, telephone, employment or income.

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OLKLAHOMA,  )
      Plaintiff  )
vs.  )   Case No. CF-98-00481A
JOSEPH DALE JACOBS  )
████████████████  )
C/O JUNE TINNEY  )
GANS, OK  74936  )
     Defendant  )

SS#:
DOB: ████/1976

Date: 10/19/99    State's Attorney:   ROBBIE COWAN
          Defendant's Attorney: GERALD HUNTER

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

OCT 19 1999

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

RULE 8 HEARING
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

    _____ $75.00 on or before 11-27-99 and then

    _____ $75.00 per month on or before 12-27-1999

then $75⁰⁰ per month on or before the 27th day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 11-27-99 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____ 8-17-0 pc to def $785.00
                  6-5-2000 — def w/o C
_____

TOTAL TO PAY $ bal # 1063⁰⁰

                              JOHN C. GARRETT
x _____    _____
        Defendant        Judge of the District Court
*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

# APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

CHECK ONE _____ I plan to pay before 3:30 pm today

_____ I plan to pay within 48 hours _____ I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE _Joe Jacob_ DATE_____

CASE #_____ DATE OF BIRTH ███ 76

SS# ███ 6/30 FINE/COST_____

LAST NAME _JACOBS_ FIRST _Joseph_ MI _D_

STREET_____ CITY _GANS_ PHONE _776-0558_

EMPLOYER _Carpet Barn_ HOW LONG _N/A_ PHONE _775-1668_

EARNINGS_____ per_____ #hrs/wk_____ paydates_____

## IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS SINGLE _✓_ MARRIED_____ DIVORCED_____
SEPERATED_____ WIDOW/ER_____ COMMON LAW_____

Names and Ages of Children_____
List others living in household NAME RELATIONSHIP EMPLOYER INCOME

_____
_____

AMOUNT OF CASH WITH YOU $_____ Saving/Checking Accounts $_____
Property, Investments, Assets $_____
I AM SUPPORTED BY:_____ Do you receive housing assistance_____
   Alimony/Child Support_____ Monthly Expenses:
   Social Security_____ Rent_____
   Pension/Retirement_____ Food_____
   Welfare_____ Utilities_____
   Food Stamps_____ Child Care_____
   Unemployment_____ Medical_____
   My Gross Monthly Earning_____ TOTAL$ _____
   Other Income Support_____ Source_____

DRIVERS LICENSE #_____ STATE_____ EXP.DATE_____
VEHICLES YOU OWN OR USE: YEAR MAKE/MODLE MONTHLY PAYMENTS

_____
_____

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,                    )
       Plaintiff                       )
vs.                                       )
JOSEPH DALE JACOBS                        )    Case No. CF-98-00481A
   ██████████                     )
                      )
C/O JUNE TINNEY                           )
GANS, OK   74436                          )
     Defendant                       )          SEQUOYAH COUNTY, OKLAHOMA
   SS#:                                              FILED
   DOB: ████/1976                                 IN DISTRICT COURT

Date: 10/06/99          State's Attorney: ROBBIE COWAN    **OCT 06 1999**
                       Defendant's Attorney: GERALD HUNTER

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

RULE 8 HEARING
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $200.00 on or before 10-7-99  and then ~~OR~~

_____ ~~$200.00 per month on or before~~ _____

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before ~~10-7-99~~ _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: *Defendant agreed to continue Community Service at Coburn*
*Give credit for jailtime & Community service up to date.*


TOTAL TO PAY $ *bal 1263⁰⁰*

_____          _____
       Defendant                              JOHN C. GARRETT
                                         Judge of the District Court
*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,

Plaintiff )
vs. )
JOSEPH DALE JACOBS )  Case No. CF-98-00481A
)
HC 64 Gans, OR )
)
MULDROW, OK 74948 )
Defendant )
SS#:
DOB: /1976

Date: 04/12/99

State's Attorney: ROBBIE COWAN
Defendant's Attorney: GERALD HUNTER

TEMP.
RULE 8 HEARING
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

$100.00 on or before 5-13-99 and then

$100.00 per month on or before

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 5-13-99

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: Defendant is ordered to re-appear on
the 13th day of May 1999

TOTAL TO PAY $ 1668 00

_____          _____
Defendant                         JOHN C. GARRETT
                                  Judge of the District Court

fendant is further ordered to notify the Collections Adm. of
change of address, telephone, employment, or income.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 1 2 1999

BERNELL EDWARDS, COURT CLERK
BY _____
_____ DEPUTY

6-7-99 Bw #222 In 25° fee 1693.00

- work crew 10-1-99 -
Jailed on 9-19-99

# In the District Court in and for Sequoyah County
## State of Oklahoma

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 1 9 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

State of Oklahoma,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　　　　)　　Case No. CF- 9 8 - 481 (B)
　　　　　　　　　　　　　　　　　　　　)
Jacobs, James W　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant　　　　　　　　　　)

## WAIVER OF PRELIMINARY HEARING

Now on this ___17___ day of ___Feb___, ~~19~~ 200 4, the above styled case comes on for preliminary hearing. The defendant appears in person and represented by his attorney of record, _Jeh. M. Wh. Tax_, the State of Oklahoma appears by its Assistant District Attorney. Thereupon the defendant herein acknowledges having been advised of the right to a preliminary hearing. That in said hearing the State of Oklahoma must prove to the satisfaction of the Court that the crime as alleged in the information was, in fact, committed and there is probable cause to believe that the defendant committed said crime. That if said burden was not met then the case would be dismissed and the bond exonerated.

The defendant is further advised that at said hearing that he/she has the right to cross examine any of the State's witnesses and to call witnesses on his/her own behalf. And further, the defendant is advised of the right at the hearing to limited discovery of the State's case in chief.

Having these rights in mind, the defendant herein, waives all the above rights with respect to a preliminary hearing in this matter.

_____
Defendant

_____
Attorney for Defendant

## WAIVER OF JURISDICTION OF EXAMINING MAGISTRATE

The defendant is further advised that neither the examining magistrate nor the Special Judge has the jurisdiction to proceed further with the case unless affirmatively waived. Having these rights in mind, the defendant hereby waives his/her rights to object to any jurisdictional defects of the Court.

_____
Defendant

_____
Attorney for Defendant

## COURT MINUTE OF PRELIMINARY HEARING

The defendant in the above styled case having knowingly and intelligently waived his/her rights to the preliminary hearing and there being no objection by the State of Oklahoma, the Court accepts the defendant's waiver and hereby binds the defendant over to stand trial in the District Court of Sequoyah County, State of Oklahoma, on the charges as set out in the information as filed in this case.

DCA /Plea

March 18, 2003
@ 1:30pm

J. Garett

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,　　　　　　　　)
　　　　　Plaintiff　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)　　Case No. CF-98-00481C
BRANDIE ZANE PRICE　　　　　　　　)　　　　　CF-99-00061
　　　　　　　　　　　　　　　　　　)　　　　　CF-99-00549
　　　　　　　　　　　　　　　　　　)　　　　　CM-00-00900
MULDROW, OK　74948　　　　　　　　)
　　　　　　Defendant　　　　　　　　)
　　SS#:　　5806
　　DOB:　　1978　　　　　　_TEMP._

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 1 9 2002

BERNELL EDWARDS, COURT CLERK
_____DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 11/19/02　　　　　RULE 8 HEARING JERRY S. MOORE
　　　　　　　　　　　　　　(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

　　　　　　$40.00 on or before 01-10-20_03_ and

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 01-10-20 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _Do appear January 10, 2003_


TOTAL TO PAY $_2309.00_

_Brandie Price_　　　　　　　　JOHN C. GARRETT
　　　Defendant　　　　　　　　Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 19 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

CHECK ONE          _____I plan to pay before 3:30 pm today

_____I plan to pay within 48 hours          __X__ I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE _Brandie L Price_          DATE _Nov. 19, 2002_

CASE # _98-481C_          DATE OF BIRTH ____/78

SS# ____5806          FINE/COST _2309_

LAST NAME _Price_          FIRST _Brandie_ MI _Z_

_Dec, 15, 2002_          STREET ____ CITY _Muldrow_   PHONE _427-6259_

_work release_          EMPLOYER _NA_          HOW LONG _NA_          PHONE _NA_

EARNINGS _NA_ per _NA_   #hrs/wk _NA_   paydates _NA_

IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS          SINGLE _✓_ MARRIED_____          DIVORCED_____
SEPERATED_____          WIDOW/ER_____          COMMON LAW _____

Names and Ages of Children _Zane - Morgan - Son_
List others living in household   NAME          RELATIONSHIP   EMPLOYER   INCOME
_Louella Stamps_          _Grandmother_

AMOUNT OF CASH WITH YOU $_____          Saving/Checking Accounts $_____
Property, Investments, Assets $_____
I AM SUPPORTED BY: _father_

| | | |
|---|---|---|
| Alimony/Child Support | | Do you receive housing assistance _NO_ |
| Social Security | | Monthly Expenses: |
| Pension/Retirement | | Rent |
| Welfare | | Food |
| Food Stamps | | Utilities _10.00_ |
| Unemployment | | Child Care |
| My Gross Monthly Earning | | Medical |
| Other Income Support | Source | TOTAL $ |

DRIVERS LICENSE # _444825806_ STATE _OK_ EXP.DATE _12/02_
VEHICLES YOU OWN OR USE:   YEAR _98_   MAKE/MODLE _Chev. Malibu_   MONTHLY PAYMENTS _266.44_
_50.00_

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,  )
        Plaintiff  )
vs.  )   Case No. ~~CF-98-00481C~~ 52.00
BRANDIE ZANE PRICE  )      CF-99-00061 2 583.00
  )      CF-99-00549 3 1393.00
  )      CM-00-00900 4 141.00
MULDROW, OK 74948  )
▓▓▓▓▓▓▓ Defendant  )
   SS#: ▓▓▓5806
   DOB: ▓▓▓/1978

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
JAN 0 7 2003
BERNELL EDWARDS, COURT CLERK
BY_____
_____ DEPUTY

State's Attorney:
Defendant's Attorney:

Date: 01/07/03      RULE 8 HEARING JERRY S. MOORE
          (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

      $40.00 on or before 02-07-20 _03_ and

then _40.00_ per month on or before the _7th_ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 02-07-20 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $ _2269.00_

_Brandie Price_      __JOHN C. GARRETT__
   Defendant       Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                          )
            Plaintiff                       )
vs.                                         )      Case No. CF-98-00481C
BRANDIE ZANE PRICE                          )               CF-99-00061
                                            )               CF-99-00549
                                            )               CM-00-00900
                                            )
MULDROW, OK  74948                          )
                     efendant               )
      SS#:        5806
      DOB:       /1978

SEQUOYAH COUNTY, OKLAHOMA
IN DISTRICT COURT
FILED
JAN 0 7 2003
BERNELL EDWARDS, COURT CLERK
_____DEPUTY

                  State's Attorney:
                  Defendant's Attorney:

Date: 01/07/03               RULE 8 HEARING JERRY S. MOORE
                                 (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

_____ $40.00 on or before 02-07-20*03* and

then _40.00_ per month on or before the _7th_ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 02-07-20_____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $_2269.00_

_Brandie Price_                    _John C. Garrett_
      Defendant                    JOHN C. GARRETT
                                   Judge of the District Court
Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

IN THE DISTRICT COURT STATE OF OKLAHOMA SEQUOYAH COUNTY

# BENCH WARRANT
## FAILURE TO PAY

**STATE OF OKLAHOMA**
Plaintiff

VS.

Case No:  CF-98-00058A

**AUBREY DALE JACOBS**

CF-98-481

CF-99-484

S.S.#: ████1409

Defendant

D.O.B: ████56

THE STATE OF OKLAHOMA,
To any Sheriff or Policeman in this State GREETINGS:
The Defendant:

Name:  AUBREY DALE JACOBS

Address:  RT 5 BOX 550,  (SAME PLACE 403 N. MAIN)  (SAME PLACE 403 N. MAIN)  MULDROW, OK,  74948

DL# & State: 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,          ;  EXPIRATION DATE:

Description:   RACE: C;   SEX: M

having been duly ordered to appear and pay fines and/or court costs in District Court of Sequoyah County, the State of Oklahoma, and having failed to do so.

YOU ARE THEREFORE COMMANDED FORTHWITH to arrest the above named defendant and bring said defendant before said Court for Judgment; or, if the Court has adjourned, that you deliver said defendant into the custody of the Sheriff of SEQUOYAH County, to be detained by said Sheriff until the further order of the Court;

OR, UNTIL said defendant posts bail as authorized below;

**BOND SET AT    $4188.00  CASH ONLY ! ! ! ! !**

Tuesday, September 16, 2003

BY ORDER OF THE COURT:   _Amanda Adams_
————————— Deputy Clerk —————————

## OFFICER'S RETURN

I received this FAILURE TO PAY BENCH WARRANT on the ____ day of _____, 20___ , and executed the same on the ____ day of _____, 20 ____,

_____, SHERIFF

BY: _____, UNDERSHERIFF/DEPUTY

dms

SEQUOYAH COUNTY, OKLAHOMA
FILED
DISTRICT COURT

MAR 0 4 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

## ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, First, Middle, suffix (please print or type)(show alias) ███████ 56 -1409

Jacobs, Aubrey Dale

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF98 00058A | Release Per Judge Garrett | ~~Come back for 5 days~~ |
| CF98 481 | | ~~For Rev.~~ |
| CF99 484 | | |
| | | FTA/FTP |
| | | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the _1_ day of _march_ , 20 _04_ .

_R. McBee_
Signature

### AUTHORIZED BY

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )
          Plaintiff                   )
vs.                                   )        Case No. CF-98-00058A
AUBREY DALE JACOBS                    )                 CF-98-00481
                                      )                 CF-99-00484
                                      )
SABLASAWHEOK 74955                    )
          Defendant                   )
    SS#:     1409
    DOB:     /1956

State's Attorney:

Defendant's Attorney:
                                            LYNN R. ANDERSON
Date: 03/02/04
                    RULE 8 HEARING
                     (Summary)

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 0 2 2004

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:


_____ $25.00 on or before 04-02-2004 and

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 04-02-20 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $ 453.00

x Aubrey Jacobs
    Defendant

John C. Garrett
DENNIS M. SPROUSE
Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )
          Plaintiff                   )
vs.                                   )    Case No. CF-98-00058A
AUBREY DALE JACOBS                    )             CF-98-00481
                                      )             CF-99-00484
                                      )
$ABLABAWHEOK  74955                   )
          Defendant                   )
     SS#: ████1409
     DOB: ████/1956

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR - 6 2004

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

                    State's Attorney:
                    Defendant's Attorney:
Date: 04/06/04                        JEFF SHERIDAN
                    RULE 8 HEARINGJOHN M. WHITWORTH
                         (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:


_____ $50.00 on or before 05-30-2004 and

then __50⁵__ per month on or before the 30th day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 05-30-20 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: defendant to pay 50⁵ for only four Months.
May, June, July, Aug - Beginning September payments
increase to 100⁵ each month.

TOTAL TO PAY $ need to see Judge.

X_Aubrey Jacobs_____              _____
        Defendant                    DENNIS M. SPROUSE
                                     Judge of the District Court

Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                         )
          Plaintiff                        )
vs.                                        )      Case No. CF-98-00058A — 413.00
AUBREY DALE JACOBS                         )               CF-98-00481 — 1837.00
                                           )               CF-99-00484 — 1878.00
                                           )
SABLABAWHEOK  74955                        )
          Defendant                        )
     SS#:     1409                         )
     DOB:    /1956

                         State's Attorney:
                         Defendant's Attorney:
Date: 04/06/04                                     JEFF SHERIDAN
                         RULE 8 HEARINGJOHN M. WHITWORTH
                              (Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:


          $100.00 on or before 05-10-2004 and

then _____ per month on or before the ___ day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before 05-10-20 _____

OR; _____


IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

_____

TOTAL TO PAY $  2478.00

                                        _____
                                        DENNIS M. SPROUSE
_____                  Judge of the District Court
          Defendant
Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.
*

Credit approved per Garrett 4-12-04

BENCH WARRANT-AFTER CONVICTION

THE STATE OF OKLAHOMA,                    )
                                          )
vs.                                       )    Case No. CF-98-00481
AUBREY DALE JACOBS
108 APACHE                                     NO BOND
SALLISAW, OK  74955
███████1956    ██████1409

BENCH WARRANT

THE STATE OF OKLAHOMA,
     TO ANY SHERIFF, CONSTABLE, MARSHALL, OR POLICEMAN IN THIS STATE
GREETINGS:
AUBREY DALE JACOBS having been on April 06, 2004, duly convicted in the
District Court of Sequoyah County, State of Oklahoma, of the crime of:
FAILURE TO APPEAR AND PAY MONIES DUE THE COURT IN THE AMOUNT OF $3008.00.
POSSESSION OF CD W/INTENT TO DISTRIBUTE

     YOU ARE THEREFORE COMMANDED FORTHWITH to arrest the above named
defendant, AUBREY DALE JACOBS, and bring him/her before said Court for
judgement, or if said Court has adjourned for the term, deliver him/her to
the Sheriff of the County of Sequoyah; there to be detained by said Sheriff
until further order of the court;

     WITNESS my hand and seal of said Court this 10-05-2005.


                                        BERNELL EDWARDS
                                        COURT CLERK

                                   By: _Amanda Adams_
                                          Deputy

             WILL ONLY EXTRIDATE FROM SURROUNDING STATES

                         SHERIFF'S RETURN


RECEIVED the within Writ on the _____ day of _____, 199__, at
_____o'clock ___.m., and executed on the _____ day of _____, 199__, at
_____ o'clock ___.m., by _____.

DATED this _____ day of _____, 1999.


                         JOHNNY PHILPOT,
                         SHERIFF, SEQUOYAH COUNTY

                         BY:_____
                                    Deputy


dms

# Sequoyah County Sheriff's Office
## Service of Warrant Return

Date: 11-5-05 Time: 02 : 51    Warrant #: _CF - 98 - 481 A_

Name of Arrestee: _Joseph Jacobs_

Location Of Arrest: _Muldrow P. O._

I certify that on the above date and time, I served the following
Warrant on the above named person and transported said person
To the Sequoyah County Detention Center or served the warrant to
Said person while incarcerated in the county detention center.

Served by: _Randy Jo_    Badge#: _847_

Deputy Sheriff
Sequoyah County, Oklahoma

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**NOV 0 7 2005**

BERNELL EDWARDS, COURT CLERK

BY_____ DEPUTY

**BENCH WARRANT--After Conviction**

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| Sequoyah County, | ) | **IN DISTRICT COURT** |
| | | |
| THE STATE OF OKLAHOMA | ) | |
| VS. | ) | No. CF-98-481A |
| JOSEPH JACOBS | ) | |
| ████████████/O JUNE TINNEY | | ) |
| GANS, OK 74936 | ) | |
| ███76  ████-6130 | ) | NO BOND |

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**JOSEPH JACOBS** having been on the 18TH DAY OF APRIL, 1999, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO PAY MONIES DUE TO THE COURT IN THE AMOUNT OF $533.00

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **JOSEPH JACOBS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 1ST DAY OF OCTOBER, 2001. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: *Amanda Adams*
                                                    DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____, 199____, at _____ o'clock _____M., and executed on the _____ day of _____, 199____, at _____ o'clock _____M. by _____

Dated this _____ day of _____ 199____.

SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY: *Randy A____*
                    847                    DEPUTY

dms

**BENCH WARRANT--After Conviction**

| | |
|---|---|
| STATE OF OKLAHOMA, ) | |
| Sequoyah County, ) | **IN DISTRICT COURT** |

THE STATE OF OKLAHOMA )
       VS. )        No. CF-98-481A
JOSEPH JACOBS )
            █████ C/O JUNE TINNEY
GANS, OK 74936 )          )
█76 █-6130       )      **NO BOND**

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**JOSEPH JACOBS** having been on the 18TH DAY OF APRIL, 1999, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO PAY MONIES DUE TO THE COURT IN THE AMOUNT OF $533.00

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named
**JOSEPH JACOBS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 1ST DAY OF OCTOBER, 2001. By Order of the Court.

**BERNELL EDWARDS, COURT CLERK**

BY: _Amanda Adams_
                                DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____, 199____, at _____ o'clock _____M., and executed on the _____ day of _____, 199____, at _____ o'clock _____M. by _____

Dated this _____ day of _____ 199____.

                 SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

                 BY:_____
                                  DEPUTY

dms

# Order To Withdraw Warrant

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 29 2005

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

THE STATE OF OKLAHOMA, )

COUNTY OF SEQUOYAH,    )

IN THE DISTRICT COURT

Before _Dennis Sprouse_
                                    Judge

To: The Sheriff of the County of Sequoyah:
    and
The Court Clerk of the County of Sequoyah

Case No. *CF-98-481*

An order having been made by the undersigned Judge to issue a Warrant for the arrest of the Defendant, _Aubrey Jacobs_ _____ , on the __5__ Day of _October_ , _2005_.

This Court has determined that in the interest of justice said Warrant should be _withdrawn_ immediately.

IT IS ORDER, that the above mentioned _Warrant is withdrawn_ and all records are to immediately reflect that the Warrant is no longer outstanding for service.

Dated at Sallisaw, Oklahoma this _1st_ Day of _December_ _____ , _2005_ .

_____
Judge of the District Court

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 29 2005

BERNELL EDWARDS, COURT CLERK
BY _____ aa _____
_____ DEPUTY

Bernell Edwards
Sequoyah County Court Clerk
120 E. Chickasaw
Sallisaw, OK 74955
15th Judicial District

Ph. 918-775-4411
M. Vann, deputy
B. Lockhart, deputy
K. Victory, deputy
R. Terhune, deputy

Ph. 918-775-1223
E. Merrill, deputy
R. Hickman, deputy
A. Adams, deputy
S. Huff, deputy

DATE: 11/29/05

RE: CF-98-481

NAME: Aubrey Jacobs

This office requests you to withdraw the outstanding warrant on the above individual.
An order to withdraw signed by the appropriate Judge will follow.

Thank You,

A. Adams
Deputy

SEQUOYAH COUNTY DISTRICT COURT
BERNELL EDWARDS, COURT CLERK
SEQUOYAH COUNTY
SALLISAW, OK  74955

07-03-2006

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUL 0 6 2006

BERNELL EDWARDS, COURT CLERK

BY_____ Rtl _____DEPUTY

AUBREY DALE JACOBS

SALLISAW, OK   74955

In Re:CF-98-58A, CF-98-481, CF-99-484

Dear Aubrey Dale Jacobs,

     Our records show that you are now delinquent on your fine
and/or court costs in the amount of $500.00. The total amount due
in your case(s) is $2648.00. If payment is not received within 10
days a warrant will be issued.  Additional court costs will be
charged.  The  bond amount on the warrant will be $2648.00.(Cash
bond only.)
     Please be advised that this is the ONLY OVERDUE NOTICE YOU
WILL RECEIVE FROM THIS OFFICE.
     Any questions concerning this matter should be directed to
the Sequoyah County Court Clerk, 120 East Chickasaw, Sallisaw, OK
74955, or by calling (918) 775-4411. Thank you for prompt
attention to this matter.

                         Sincerely,

                         Bernell Edwards, Court Clerk

                         By Robin Hickman ,Deputy

On 04-06-2004, you were ordered and agreed to begin payments on
05-30-2004.  Payments were to be made in the amount of $50.00.
The last payment received on this pay order was made on
05-18-2006.


There is a $10.00 charge for this notice, which is included in
the total amount due.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 1 6 2005

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

STATE OF OKLAHOMA )
        Plaintiff, )
)
vs. )
) Case No.  CF-98-481(B)
)
JAMES. W. JACOBS, )
        Defendant. )

## MOTION TO DISMISS

**COMES NOW** RICHARD L. GRAY, District Attorney, in and for Sequoyah County, State of Oklahoma, and moves the Court to dismiss the above case of  POSSESSION OF CDS WITH INTENT TO DISTRIBUTE; POSSESSION OF PARAPHERNALIA and POSSESSION OF MARIHUANA now pending against the above named defendant, JAMES W. JACOBS, pursuant to plea agreement in CF-01-693,

WHEREFORE, movant prays that this matter be dismissed for the above named reason.

RICHARD L. GRAY
DISTRICT ATTORNEY

BY:       _____
        ASSISTANT DISTRICT ATTORNEY

### ORDER

**NOW** on this _16TH_ day of _Sept_, 2005, this matter comes before the Court upon the Motion of the District Attorney, Richard L. Gray, and by his assistant moving the Court to dismiss the above pending case for the reason stated above.

IT IS THEREFORE ORDERED BY THE COURT that the above named cases against said defendant is hereby dismissed.

IT IS SO ORDERED.

_____
JUDGE OF THE DISTRICT COURT