**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 179**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA
### CRIMINAL COVER SHEET

**CASE INFORMATION**

ASSIGNED JUDGE: _____    CF  2000- 668 _____

STATE                                        CM  2000- _____
                                             PREVIOUS CASE NUMBER: _____

VS.                                          PREVIOUS JUDGE: _____

RANDALL W. WEAVER

---

**DEFENDANT INFORMATION**
NAME:      RANDALL W. WEAVER
ADDRESS:   ███████ MULDROW, OK

ADDRESS TYPE:  H _ W _ O          TELEPHONE: ____    DATE OF BIRTH: ███ 65
DRIVERS LICENSE NUMBER:  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  SS# _____    DRIVERS LICENSE STATE: _____ OK
RACE: B   GENDER: M _____    LANGUAGE/DIALECT: _____
ADDITIONAL DEFENDANTS: ___ Y ___ N TOTAL NUMBER OF DEFENDANTS:  1

---

**ATTORNEY INFORMATION**
(IF LICENSED IN OKLAHOMA, FILL IN ADDRESS INFORMATION ONLY IF IT IS NEW SINCE THEY WERE REGISTERED WITH THE OKLAHOMA BAR ASSOCIATION.)
(ATTACH ADDITIONAL COVER SHEETS FOR ADDITIONAL ATTORNEYS.)

LAST NAME: _____    FIRST NAME: _____
                                     MIDDLE: _____
ADDRESS: _____
CITY: _____    STATE: _____ ZIP: _____
BAR NUMBER (REQUIRED): _____ TELEPHONE: _____
E-MAIL: _____

---

**OFFENSES:**

| COUNTS | OFFENSE CHARGED | O.S. CITATION | NCIC CODE |
|--------|-----------------|---------------|-----------|
| 1. | POCD - CHARGE 1 | | |
| 2. | FEL. IN POSS. FA - CHARGE 2 | | |
| 3. | POSS. FA IN COMM. - CHARGE 3 | | |
| 4. | KCSP - CHARGE 4 | | |
| 5. | PARA. - CHARGE 5 | | |

DATE: 11-13-00    Signature of (Assistant) District Attorney  _B. T. Mon___

KEB502906

INFORMATION

===================================================

### IN THE DISTRICT COURT OF SEQUOYAH COUNTY
### STATE OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. CF-2000-668 |
| | ) | |
| RANDALL W. WEAVER | ) | |
| DOB: ███-65 SSN# █████2924 | ) | |
| Defendant. | ) | |

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 1 3 2000

BERNELL EDWARDS, COURT CLERK

BY _____ DEPUTY

## INFORMATION

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that RANDALL W. WEAVER did, in Sequoyah County, and in the State of Oklahoma, on the 8th day of November, in the year of our Lord, Two Thousand, and before the presentment hereof, commit the crime of

### Count I:
### UNLAWFUL POSSESSION OF CONTROLLED DRUG - 63 O.S. 2-402 (B-1)

That on the day and year, and in the County and State, aforesaid, RANDALL W. WEAVER, did unlawfully, wilfully, knowingly, or intentionally and feloniously have in his possession and under his control METHAMPHETAMINE, said drug being classified as a controlled dangerous substance in Schedule II of the Uniform Controlled Dangerous Substances Act of this State,

### Count II:
### FELON IN POSSESSION OF FIREARM-21 O.S. 1283

RANDALL W. WEAVER did unlawfully, wilfully, and feloniously have in his possession or within his immediate control two (2) guns to-wit: RUGER 22 CARBINE and a 12 GAUGE SHOTGUN, after having been heretofore convicted of a felony in Case No. CRF-91-4343, for the crime of POSSESSION OF CONTROLLED DRUG (COCAINE) WITH INTENT TO DELIVER, in Sebastian County, State of Oklahoma,

### Count III:
### POSSESSION OF FIREARM IN COMMISSION OF FELONY - 21 O.S. 1287

That on the day and year, and in the County and State, aforesaid, RANDALL W. WEAVER, did unlawfully, wilfully, and feloniously, while committing the felony of POSSESSION OF CDS, 63 O.S. 2-402, did then and there possess a firearm, to-wit: a RUGER 22 CARBINE and a 12 GAUGE SHOTGUN, whether loaded or not, in such commission or attempt,

### Count IV:
### KNOWINGLY CONCEALING STOLEN PROPERTY-21 O.S. 1713

That on the day and year, and in the County and State, aforesaid, RANDALL W. WEAVER, did unlawfully, wilfully, knowingly, and feloniously conceal from an individual in the state of Arkansas, Crawford County, certain personal property of value, to-wit: a Ruger 22 Carbine, that had prior thereto been stolen from the said individual, the said defendant knowing or reasonably should have believed that said property was stolen did then and there unlawfully conceal and withhold said property from the owner thereof, with the felonious intent to deprive said owner thereof,

### Count V:
UNLAWFUL POSSESSION OF PARAPHERNALIA-(MISD) 63 O.S. 2-405

On the day and year in the County and State aforesaid, said RANDALL W. WEAVER did unlawfully, wilfully and wrongfully have in his possession and under his control certain paraphernalia, to-wit: BAGGIES, and ROLLING PAPERS, used to consume drugs classified as controlled dangerous substances under the Uniform Controlled Dangerous Substances Act of this State, and for the purpose and with the unlawful intent to administer such controlled dangerous substances without having any medical or other lawful need requiring possession of said paraphernalia,

KEB502907

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

By _____
Assistant District Attorney

STATE OF OKLAHOMA    )
                     ) ss.
COUNTY OF SEQUOYAH )

Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____
Assistant District Attorney

Subscribed and sworn to before me this _13th_ day of November, 2000.

_____
NOTARY PUBLIC

My Commission Expires:

10/4/04

WITNESSES:

**Lisa Sapp, RPD**
**Ronnie Howard, RPD**

KEB502908

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 1 3 2000

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

CF-00-668

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

**THE STATE OF OKLAHOMA,**
                              **Plaintiff,**

**vs.**

**_RANDALL WILLIAM WEAVER_,**
                              **Defendant.**

## AFFIDAVIT

State of Oklahoma    )
County of Sequoyah  )   ss.

    __OFFICER LISA SAPP____, of lawful age and being first duly sworn upon an oath, deposes and says: ON 11-08-2000 AT APPROXIMATELY 0128 I WAS SOUTHBOUND ON ROLAND ROAD WHEN I OBSERVED A GREEN FORD PICKUP IN FRONT OF ME CROSS THE CENTER LINE AT ROLAND ROAD AND I40 3 TIMES.


Based on this information, the undersigned prays that this Honorable Court issue a finding of fact that probable cause exists to believe that a crime has been committed and that there is probable cause to believe the defendant(s) above named committed that crime.

**FURTHER AFFIANT SAYETH NOT.**

_Officer Lisa Sapp_

Subscribed and sworn to before me this __8th__ day of __November__, 2000.

MY COMMISSION EXPIRES: _5-14-2001_     _____

                              NOTARY PUBLIC

### FINDING OF PROBABLE CAUSE

    The undersigned Judge of this Court, upon sworn testimony and/or affidavit, hereby determines there to be probable cause to detain the defendant(s).
    DATED this ____8____ day of ____November____, 2000.


                              JUDGE OF THE DISTRICT COURT

KEB502909

## ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, First, Middle, suffix (please print or type) (show alias)

Weaver Randall William    ████████ 65

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| CF-00-668 | Bond 20,000.00 per Sprouse Charles Smith | Poss CDS Poss F/A left of center Poss stolen F/A Poss Para AFCFX1 |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the __7__ day of __Nov__, ~~19~~20 00

_Signature_

AUTHORIZED BY

Sprouse
JUDGE OF THE DISTRICT COURT

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 13 2000

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

KEB502910

INFORMATION - AMENDED

=========================================================

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| **STATE OF OKLAHOMA** | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. CF-2000-668 |
| | ) | |
| **RANDALL W. WEAVER** | ) | |
| DOB: ████65 SSN# ██████2924 | ) | |
| Defendant. | ) | |

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 27 2000

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

## *AMENDED*
## I N F O R M A T I O N

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that RANDALL W. WEAVER did, in Sequoyah County, and in the State of Oklahoma, on the 8th day of November, in the year of our Lord, Two Thousand, and before the presentment hereof, commit the crime of

### Count I:
### UNLAWFUL POSSESSION OF CONTROLLED DRUG - 63 O.S. 2-402 (B-1)

That on the day and year, and in the County and State, aforesaid, RANDALL W. WEAVER, did unlawfully, wilfully, knowingly, or intentionally and feloniously have in his possession and under his control METHAMPHETAMINE, said drug being classified as a controlled dangerous substance in Schedule II of the Uniform Controlled Dangerous Substances Act of this State,

### Count II:
### FELON IN POSSESSION OF FIREARM - 21 O.S. 1283

RANDALL W. WEAVER did unlawfully, wilfully, and feloniously have in his possession or within his immediate control a TWO (2) guns to-wit: RUGER 22 CARBINE and a 12 GUAGE SHOTGUN, after having been heretofore convicted of a felony in Case No. CRF-91-99, for the crime of POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE, in Sebastian County, State of Arkansas,

### Count III:
### POSSESSION OF FIREARM IN COMMISSION OF FELONY - 21 O.S. 1287

That on the day and year, and in the County and State, aforesaid, RANDALL W. WEAVER, did unlawfully, wilfully, and feloniously, while committing the felony of POSSESSION OF CONTROLLED DRUG, did then and there possess a firearm, to-wit: a RUGER 22 CARBINE and a 12 GAUGE SHOTGUN, whether loaded or not, in such commission or attempt,

### Count IV:
### KNOWINGLY CONCEALING STOLEN PROPERTY-21 O.S. 1713

That on the day and year, and in the County and State, aforesaid, RANDALL W. WEAVER, did unlawfully, wilfully, knowingly, and feloniously conceal from an individual in the state of Arkansas, certain personal property of value, to-wit: a Ruger 22 Carbine, that had prior thereto been stolen from the said individual, the said defendant knowing or reasonably should have believed that said property was stolen did then and there unlawfully conceal and withhold said property from the owner thereof, with the felonious intent to deprive said owner thereof,

KEB502911

Count V:
## UNLAWFUL POSSESSION OF PARAPHERNALIA-(MISD) 63 O.S. 2-405

On the day and year in the County and State aforesaid, said RANDALL W. WEAVER did unlawfully, wilfully and wrongfully have in his possession and under his control certain paraphernalia, to-wit: BAGGIES and ROLLING PAPERS, used to consume drugs classified as controlled dangerous substances under the Uniform Controlled Dangerous Substances Act of this State, and for the purpose and with the unlawful intent to administer such controlled dangerous substances without having any medical or other lawful need requiring possession of said paraphernalia,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

DIANNE BARKER-HARROLD
DISTRICT ATTORNEY

By _____
Assistant District Attorney

STATE OF OKLAHOMA    )
                                          ) ss.
COUNTY OF SEQUOYAH )

Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____
Assistant District Attorney

Subscribed and sworn to before me this _22_ day of November, 2000.

_____
NOTARY PUBLIC

My Commission Expires:
10/4/04

WITNESSES:

**Lisa Sapp, RPD**
**Ronnie Howard, RPD**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

NOV 2 7 2000

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

INFORMATION
Page 2

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA, | ) | IN THE DISTRICT COURT OF |
| Plaintiff, | ) | SEQUOYAH COUNTY, STATE |
| | ) | OF OKLAHOMA |
| vs. | ) | CASE NO. CRF-2000-668 |
| | ) | |
| RANDALL W. WEAVER, | ) | |
| Defendant. | ) | |

## FORMER CONVICTIONS

THE STATE OF OKLAHOMA FURTHER ALLEGES that the same RANDALL W. WEAVER was heretofore on the 18th day of April, 1991, in Case No. CRF-99-91, in the District Court of Sebastian County, State of Arkansas, a court of competent jurisdiction, convicted of the crime of POSSESSION OF COCAINE WITH INTENT TO DELIVER, said defendant being represented by counsel, and said conviction having become a final judgment in the case and therefore, this defendant is prosecuted as a second and subsequent offender.

DIANNE BARKER HARROLD,
DISTRICT ATTORNEY

BY:_____
Assistant District Attorney

KEB502913

# Charles Smith Bail Bonds
## APPEARANCE BOND

FILED

NOV 13 2000

BERNELL EDWARDS, COURT CLERK

BY _____ DEPUTY

S.A.&I. 408 (1990)

IN THE DISTRICT COURT OF _____ *Sequoyah* _____ COUNTY, STATE OF OKLAHOMA

State of Oklahoma, _____ Plaintiff,

vs.

*Randall Weaver* , Defendant

Case No. CF-00-668

Know all men by these presents, that, we the above named defendant, as principal, and the undersigned *Marti E. Daye DBA* Charles E. Smith, Professional as surety(ies) personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of *Twenty Thousand & 00/100* _____ Dollars ($ 20,000.00 ) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of *Sequoyah* County, State of Oklahoma, shall personally be and appear before the District Court of said county on the *15th* day of *November*, *2000*, at *10:00* o'clock *A.* M., of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of *Poss of CDS, Para, T/a in Comm of a Felony, Stolen T/a, - Left of Center* and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, *AFC* then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hands and seals this *9th* day of *November*, *2000*.

*Randall Weaver* _____ Principal ▮▮▮▮▮▮▮▮▮ *Muldrow, Ok 74948* Address

Charles E. Smith _____ Surety ▮▮▮▮▮▮▮▮ OK 74955 Address

*Marti E. Daye* _____ Surety ▮▮▮▮▮▮▮▮ *Sallisaw, Ok 74955* Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this *9th* day of *November*, *2000*.

_____ Court Clerk/Sheriff _____ Deputy

This undertaking approved this *9th* day of *November*, *2000*.

(SEAL)

By: *Michael Hendricks* _____ Deputy/Clerk

---

## AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, *Sequoyah* County, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of *Sequoyah* County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as hereinafter specified under one or more of the following relevant statutory provisions, to-wit:

    a) Consideration for this undertaking received or promised in the sum of $ *As quoted*
    b) Other security received or promised for making this undertaking, is as follows: *Promissory Note + Indemnity Agreement*
    c) Such promise, security or consideration was received from: ▮▮▮▮▮▮ *Muldrow, Ok 74948*

*Randall Weaver* _____
Name _____ Address

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as one commits perjury.

*Marti E. Daye* _____ ▮▮▮▮▮▮ *Sallisaw, Ok 74955*
Affiant _____ Address

Subscribed and sworn to before me this _____ *9th* day of *November*, *2000*.

(SEAL)

_____
Court Clerk- Notary Public

My Commission Expires: _____

_____
Deputy

KEB502914

107 E. Creek                          POWER OF ATTORNEY                          Sallisaw, OK 74955
Sallisaw, OK 74955          Charles E. Smith, Professional Bondsman
                                  $25,000.00 BOND POWER                    TEC          N⁰ 00491

KNOW ALL MEN BY THESE PRESENTS:

That I, Charles E. Smith, of Sallisaw, Sequoyah County, State of Oklahoma, have made and constituted and appointed by these presents do make, constitute and appoint the below named agent, my true and lawful attorney, for me and in my name, place and stead, and to my use as my employee and agent to write professional bonds, to sign my name, by him, in the execution of any and all bonds made as my agent, giving my said attorney full power to do everything whatsoever requisite and necessary to be done in the premises as fully as I could do if personally present, hereby ratifying and confirming all that my said attorney shall lawfully do, or cause to be done, by virtue hereof. All this provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records, the said Attorney-In-Fact is hereby authorized to insert in this Power-Of-Attorney the name of the person whose behalf this bond was given.

IN WITNESS THEREOF, Charles E. Smith, has caused these presents to be signed by its duly authorized officer, proper for the purpose this _____ day of _November 2000_

$25,000.00 BOND POWER

5-24-65
444789240

_____
Charles E. Smith, Professional Bondsman
SMITH-RINGGOLD BAIL BONDS

Bond Amount $ _20,000_          Appearance Date _10/15/2009 10:00 am_
Defendant _Randall Weaver_    Address _P.O. Box 1802_
Court _Sequoyah Dist._ City _Muldrow_    State _Ok. 74948_
Offense _Sex Bond_          Case No. _____
Executing Agent _Martin E. Day_

KEB502915