# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## REDACTED EXHIBIT 180

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

# Larry and Brenda Shelly

████████. • FORT SMITH, AR 72916 • (479) 648-8672|

June 17, 2003

The Honorable John Garrett
District Judge
District Court for Sequoyah County
120 E. Chickasaw
Sallisaw, OK  74955

RE:  Case No. JFP-03-458.
     Cindy Crawford, Plaintiff
     vs.
     Jeffrey Paul Mattox and
     Stacy Lynn Mattox, Husband and Wife and
     Larry Herbert Shelly and Brenda
     Jean Shelly, Husband and Wife, defendants

Dear Judge Garrett:

Larry and I received a Summons on June 11, 2003 and this response is for both
Larry and myself. I have known Cindy Crawford for almost eight years and we
have had many conversations about Halie Suzanne Mattox, their daughter. If I
may indulge you, your Honor, I would like to give you some history on this
situation. I will try to be brief as I know your time is valuable.

During the course of Jeff and Cindy's marriage a daughter, Trinity Faith
Mattox, was born. Cindy had some problems with depression and Jeff stayed
home to take care of her and the baby. Cindy said to me that "she could do
something to the baby and get away with it because she had been in Harbor
View". I quit my job the next day to help with Trinity. When Trinity was a
couple of weeks old she came to live with us. When she was three and a half,
she went to live with Jeff full time in Sallisaw. Jeff was an active
participant in her life all along, Cindy was not. Cindy stayed away for longer
and longer periods of time and, finally, Jeff divorced her.

In the early part of March 1998, Cindy called asking for Jeff. She was very
excited and said she had something to tell him. I asked if I could take a
message and she said no because she wanted to talk to him. When he got home,
I asked him if he had been having sex with Cindy. He said he had and I
congratulated him because he was going to be a father again. When he talked
to Cindy, she told him the same thing. Shortly after that, Cindy and I
talked. She told me they had sex the day they were divorced and many times
during the following months. She was upset because she wanted to get back
together but he told her it was just sex. Still she held out hope.

Halie was born on November 23, 1998. Cindy was living with her mother at the
time. I started watching her in January 1999 for short visits. When Cindy
moved to Sallisaw, the visits became longer and longer. During this time,
Cindy was involved with drugs and that became all consuming to her. On
November 18, 1999, we became Halie's guardians and Cindy was ordered to pay
$30.00 a week in Child support. As of this writing, she has paid $127.00 and
owes $5,453.00.

As I have already stated, Cindy and I have had lengthy conversations about

The Honorable John Garrett
Page 2
June 17, 2003


Halie and Jeff. Cindy has always said that she does not want her children full time but she "wants to be a part of their lives", as she should be. She will go for long periods of time without a call or seeing them. Then one day she will call demanding to see them right now. You set a time and maybe she will show up and maybe she will not. Whenever she has had the girls, two days is her limit.

Another conversation we had was about the birth certificate. I asked why she did not put Jeff's name on it. She said because she did not want him to get custody of Halie like he did Trinity. I told her she was doing Halie a disservice by not having her father's name on the birth certificate.

Jeff became an active participant in Halie's life when she was two. He remarried shortly after that and there was an immediate problem between Cindy and Stacy. Both resented the other one. Cindy would call with an attitude and they would answer back with an attitude. Both sides were at fault. So instead of working together, they cause each other problems. If Cindy and her family make arraignments to get the kids from Jeff's, there is no guarantee they will get them. The plans change upon their arrival. I think some counseling probably would not hurt them all.

The oldest daughter, Trinity, had a terrible time with Halie living here and visiting there. She was not kind to her and nothing we did seemed to help. Jeff and Stacy had a son in February and Halie spent some time over there bonding with him and Trinity. It worked and now the relationship between the two sisters is a good one. Which brings us to the matter at hand.

In my humble opinion, I think the girls should be raised together with Jeff. Cindy should be allowed to have an active part in their lives. Cindy does not understand the emotional damage she will cause both girls if they are separated. Halie loves going over to Jeff and Stacy's house. She adores her sister and brother and to take that away from her would be sad.

As far as any financial responsibility on our part to pay for her court expenses, I feel she should be responsible for all expenses since she owes us $5,453.00.

Finally, should you find in Cindy's favor, your Honor, I pray you will give us reasonable visitation. Halie has been a part of our lives since she was an infant. It would do her great emotional harm to be separated from us.

According to the instructions in the summons, a copy of this letter has been sent to Michael A. Daffin, Cindy's attorney. A courtesy copy has also been sent to David Gean, III, Jeff and Stacy's attorney.

Thank you for considering this matter.

Sincerely,

Brenda Shelly

Larry and Brenda Shelly