# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

## REDACTED EXHIBIT 181b

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

District Attorney Richard Gray
From Agent Clint Johnson

**Monday :** did weekly reports, went to Adair County met with informant went to Tahlequah with informant and Fred Means did interview went back to Adair County dropped of informant.

**Tuesday :** Went to Adair County Attempted to meet informant went to Stilwell met with Jeff Lancaster and informant ref. Mexicans did drive by of residences of Mexicans.

**Wednesday :** went to Adair County did traffic interdiction of Doyle's trailer park were Mexicans hang out met with two different informants.

**Thursday :** off sick.

**Friday :** meeting with Donovan Dobbs took of sick rest of day at noon.

Agent Clint Johnson
10- 18 / 10-22



DEFENDANT'S EXHIBIT

001170

District Attorney Richard Gray
From Agent Clint Johnson

**Monday :** Did weekly report, went to Muskogee County Federal Court and Grand Jury. Went back to Cherokee County met with Scott Craig met with informant.

**Tuesday :** Assisted at the Cherokee County Court House (security). Met with Scott Craig interviewed informant went to Adair County did drive by residence CI advised had lab. Worked on paperwork for reserve academy.

**Wednesday :** meeting with Donovan Dobbs worked on evidence room pulled out old case files took evidence to Cherokee County Sheriff's Department. Met with Scott Craig and attempted purchase.

**Thursday :** Assisted Cherokee Nation Marshal Service in execution of search warrant in Hulbert area.

**Friday :** went to office worked on paperwork for reserve academy. Met with Scott Craig attempted narcotics purchase with informant.

Agent Clint Johnson
11-08 / 11-12-04

001171

District Attorney Richard Gray
From Agent Clint Johnson

**Monday :** Did weekly report, went to Muskogee County Federal Court and Grand Jury. Went back to Cherokee County met with Scott Craig met with informant.

**Tuesday :** Assisted at the Cherokee County Court House (security). Met with Scott Craig interviewed informant went to Adair County did drive by residence CI advised had lab. Worked on paperwork for reserve academy.

**Wednesday :** meeting with Donovan Dobbs worked on evidence room pulled out old case files took evidence to Cherokee County Sheriff's Department. Met with Scott Craig and attempted purchase.

**Thursday :** Assisted Cherokee Nation Marshal Service in execution of search warrant in Hulbert area.

**Friday :** went to office worked on paperwork for reserve academy. Met with Scott Craig attempted narcotics purchase with informant.

Agent Clint Johnson
11-08 / 11-12-04

001172

District Attorney Richard Gray
From Agent Clint Johnson

**Monday :** did weekly reports, went to Adair County met with informant went to Tahlequah met with two different informants finished paperwork.

**Tuesday :** Went to Adair County with informant and Jerry Stephens did mileage of residence typed search warrant met with judge went to Adair County did search warrant arrested one person.

**Wednesday :** did paperwork from search warrant logged all evidence into property room.

**Thursday :** off 4 hours holiday

**Friday :** Holiday

Agent Clint Johnson
12-20/12-24-04

District Attorney Richard Gray
From Agent Clint Johnson

Monday : did weekly paperwork. Went to Adair County did drive by of two residences met with two different informants. Received information for search warrant executed search warrant arrested two persons seized meth lab.

Tuesday : assisted Cherokee County on a burglary in progress. Did paperwork on cases from one week previous.

Wednesday : met with two informants spoke to Mike Littlefield ref. Thursday going to Sequoyah County meeting with persons on Kenny Barrett case.

Thursday : went to Sequoyah County with Mike Littlefield and interviewed four persons regarding the Kenny Barrett case.

Friday : went to office worked on paperwork spoke to three different informants.

Agent Clint Johnson
12- 06 / 12-10-04

001174

District Attorney Richard Gray
From Agent Clint Johnson

Monday: off sick

Tuesday : off sick

Wednesday : off vacation

Thursday : spoke to Glenn Reed with the Muskogee County Sheriff's Department spoke ref. to Mexican marijuana. Met with informant and Glenn Reed did two drive-by's of residence went back to Tahlequah met with informant later on in day did purchase of marijuana.

Friday : typed search warrant for residence did drive-by of residence waited on subject to show up executed traffic stop recovered approximately one-quarter pound marijuana typed two other search warrants executed two search warrants arrested four persons and recovered approximately 25 pounds of marijuana.

Agent Clint Johnson
01- 10 / 01-14-2005

001169

District Attorney Richard Gray
From Agent Clint Johnson

Monday: Did weekly report, court in Cherokee County, went to Adair County met with informant typed up to search warrants executed two search warrants in Adair County arrested three persons. Went to Siloam Springs Arkansas met with DEA ref. case of HIV man passing AIDS to juveniles.

Tuesday : worked on reports went to Adair County worked on case from Monday interviewed two informants.

Wednesday : went to federal court in Muskogee ref. Kenny Barrett.

Thursday : worked on paperwork in Tahlequah went to Muskogee interviewed informant with Dickie Huitt.

Friday : Assisted Clint on a search warrant in Tahlequah ( Super Mart )

Agent Clint Johnson
01-24 / 01-28-2005

001168

District Attorney Richard Gray
From Agent Clint Johnson

**Monday: HOLIDAY**

Tuesday : Did weekly report, worked on report and finished report from search warrant of 25 pounds of marijuana, went to Banc First with supoena gathered records.

Wednesday : met with two different informants in Adair County did drive-by of three different residences in Adair County for mileage of search warrants. Went to Tahlequah met with informant did drive-by of one residence in Cherokee County.

Thursday : Dropped car of at shop went to Westville P.D. in black dodge met with three different informants. Did drive-by of two different residences.

Friday :  off sick

Agent Clint Johnson
01- 17 / 01-21-2005

001167

District Attorney Richard Gray
From Agent Clint Johnson

Monday: Did weekly report, went to OSBI dropped of evidence met with two informants.

Tuesday : Went to Adair County to resume dig at the well with OSBI.

Wednesday : Meeting with Donovan in Wagoner, went to Tahlequah typed pen register orders got signed.

Thursday : went to Westville met with two different informants had court in Adair County.

Friday : Off Sick

Agent Clint Johnson
02- 07 / 02-11-2005

District Attorney Richard Gray
From Agent Clint Johnson

Monday : did weekly reports, typed search warrant in Cherokee County, executed search warrant arrested two persons for cocaine.

Tuesday : Went to Wagoner County worked in forfeiture room.

Wednesday : went to Westville P.D. met with two informants attempted to get information for search warrant went to Tahlequah attempted knock and talk no answer.

Thursday : did knock and talk in Tahlequah went to Adair County did knock and talk typed search warrant executed search warrant arrested two persons.

Friday : off from working late money

Agent Clint Johnson
02-14/02-18-05

District Attorney Richard Gray
From Agent Clint Johnson

Monday : off holiday

Tuesday : did weekly paperwork met with informant typed search warrant executed search warrant arrested seven persons seized approximately $9000.00 cash went to Adair County worked lab.

Wednesday : did paperwork from search warrants met with two informants.

Thursday : did paperwork went to Adair County turned in paperwork attempted to do search warrant no one home warrant was not served.

Friday : met with Richard in meeting ref. search warrant from Tuesday.

Agent Clint Johnson
02-21/02-25-05

## REPORT TO DONOVAN DOBBS
### 06-10-05—06-06-05

06-06-05 worked on weekly paperwork met with two different informants attempted to do controlled delivery.

06-07-05 met with two different informants again attempted to do controlled delivery did drive by of two different residences and provided surveillance.

06-08-05 attempting to do controlled buy assisted Cherokee Nation Marshal Service in the execution of search warrant. Two persons were arrested.

06-09-05 provided surveillance on residence. Stopped car arrested Antonio Parker/Andrea Hopkins seized 33 grams meth, appr. 300 grams marijuana and $2500.00 cash.

06-10-05 court in Tahlequah worked on paperwork.


Agent Clint Johnson

001145

## REPORT TO DONOVAN DOBBS
### 06-13-05—06-17-05

06-13-05 worked on weekly paperwork met with two different informants did knock and talk in Tahlequah.

06-14-05 went to the P.D. did interview of CI went with Jonathan Wells went to old City dump looked for marijuana plants.

06-15-05 met with Richard at office. Cleaned office went to airport met with Jonathan Wells flew for marijuana plants. Went to Chewey to check on possible lab arrested two persons.

06-16-05 executed search warrant on David Creech found zanax bars. Assisted U.S. Marshals in arresting Tim Holland.

06-17-05 off morning sick afternoon.

Agent Clint Johnson



# United States Bankruptcy Court
# Eastern District Of Oklahoma
111 West 4th Street
Post Office Box 1347
Okmulgee, Oklahoma 74447



**Judy K. Hares**
Deputy Clerk

Judy_hares@okeb.uscourts.gov

TEL: 918.758.0126
FAX: 918.756.9248

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF OKLAHOMA

IN RE: )
)
Clint Johnson ) Case No. 01-72501
) Chapter 7
Tina Johnson )
)
Debtors )

### CERTIFICATE

The undersigned does hereby certify that the following documents are true and correct copies of the proceedings in the above styled case.

**Petition (34 pages)**

Dated: April 28, 2008

_____
Judy Hares, Deputy Clerk



001022

| FORM B1 | United States Bankruptcy Court<br>Eastern District of Oklahoma | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Johnson, Clint** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Johnson, Tina** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Tina Gourd** |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>████ 2820, N/A | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>████ 0303; N/A |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>████<br>**Tahlequah, OK 74464** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>████<br>**Tahlequah, OK 74464** |
| County of Residence or of the<br>Principal Place of Business:    **Cherokee** | County of Residence or of the<br>Principal Place of Business:    **Cherokee** |
| Mailing Address of Debtor (if different from street address):<br>████<br>**Tahlequah, OK 74464** | Mailing Address of Joint Debtor (if different from street address):<br>████<br>**Tahlequah, OK 74464** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other | | | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business | ☐ Business | ☑ Full Filing Fee Attached |
| **Chapter 11 Small Business (Check all boxes that apply)** | | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | | Rule 1006(b). See Official Form No. 3. |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15<br>☑ | 16-4<br>☐ |
|---|---|---|

| Estimated Assets | | | |
|---|---|---|---|
| $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☑ | $100,001 to<br>$500,000<br>☐ | $500,001 to<br>$1 million<br>☐ |

| Estimated Debts | | | |
|---|---|---|---|
| $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☑ | $500,001 to<br>$1 million<br>☐ |

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Oklahoma

Case # 01-72501                    Chapter 7
Filed: 08:30 AM, 07/25/01        Okmulgee

Judge: Tom R. Cornish
Trustee: Gerald R. Miller
Debtor(s):
   Clint Johnson
   Tina Johnson

**First Meeting of Creditors**
02:30 PM, August 24, 2001
U S Courthouse Muskogee
U S Courthouse
101 N 5th St 3rd Fl
Muskogee OK 74401

RECEIPT
# 000042985 - SH
10:36 AM, July 25, 2001

| Code | Qty | Amount |
|---|---|---|
| CH7 | 1 | $200.00 |

ORIGINAL

TOTAL PAID: $200.00
From: H. Doak Willis
220 S Muskogee Ave
Tahlequah, OK 74464-0000

7

001023

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Clint Johnson<br>Tina Johnson | FORM B1, Page 2 |
|---|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of Debtor (Corporation/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable** |
| X _____<br>Signature of Debtor | Signature of Authorized Individual |
| X _____<br>Signature of Joint Debtor | Printed Name of Authorized Individual |
| _____<br>Telephone Number (If not represented by attorney) | Title of Authorized Individual |
| 4-24-01<br>Date | Date |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br><br>Doak Willis, 9703<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>Doak Willis<br>Firm Name<br><br>Attorney at Law  220 S. Muskogee Ave.<br>Address<br><br>Tahlequah, OK 74464<br><br>918-456-1304 ; (fax) 918-456-5031<br>Telephone Number<br><br>7-24-01<br>Date | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>**Not Applicable**<br>Printed Name of Bankruptcy Petition Preparer<br><br>Social Security Number<br><br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |

| Exhibit A | |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐ Exhibit A is attached and made a part of this petition. | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X **Not Applicable**<br>Signature of Bankruptcy Petition Preparer |

| Exhibit B | |
|---|---|
| (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date | Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

001024

(Official Form 1) (9/97)

FORM 1. VOLUNTARY PETITION - Page 3

Name of Debtors:  Clint Johnson
                  Tina Johnson

Case Number:

| NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT DEBTOR |
| --- |

Doak Willis                                   9703

001025

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In re:     **Clint Johnson**                    **Tina Johnson**          Case. No. _____
             ████**2820**                       ████**0303**              Chapter       **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under

penalty of perjury that the attached Master Mailing List of creditors, consisting of 3 sheet(s) is

complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy

Rules and I/we assume all responsibility for errors and omissions.

Dated:  *7-24-01*                                    Signed:  _____
                                                                **Clint Johnson**

Signed:  _____        Signed:  _____
          **Doak Willis**                                      **Tina Johnson**

          Bar No.          **9703**

**UNITED STATES BANKRUPTCY COURT**

**Eastern District of Oklahoma**

In re:    Clint Johnson                    Tina Johnson                    Case No.

■-2820                          ■303                          Chapter    7

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 900.00 |
| Prior to the filing of this statement I have received | $ | 250.00 |
| Balance Due | $ | 650.00 |

2. The source of compensation paid to me was:

    ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

      **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    7-24-01

Doak Willis, Bar No. 9703

Doak Willis
Attorney for Debtor(s)

---

Form B6
(6/90)

# United States Bankruptcy Court
## Eastern District of Oklahoma

In re  Clint Johnson          Tina Johnson          Case No.

Chapter  7

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 83,500.00 | | |
| B - Personal Property | YES | 3 | $ 16,450.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 113,152.73 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 1,914.03 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 11,508.22 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s). | YES | 1 | | | $ 2,355.75 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 3,376.00 |
| Total Number of sheets in ALL Schedules ➤ | | 15 | | | |
| | | Total Assets ➤ | $ 99,950.00 | | |
| | | Total Liabilities ➤ | | $ 126,574.98 | |

001028

FORM B6A
(6/90)

In re:  Clint Johnson                    Tina Johnson                    .        Case No. _____
                    _____                                                    _____
                        Debtor                                                                    (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| LOT 1, BLOCK 2, SONGBIRD SUBDIVISION, A SUBDIVISION OF A PART OF THE N2 OF SW4 OF NW4 OF SECION 21, TOWNSHIP 17 NORTH, RANGE 22 EAST, ACCORDING TO THE RECORDED PLAT THEREOF, CHEROKEE COUNTY, OKLAHOMA | Fee Owner | J | $ 83,500.00 | $ 79,331.00 |
|  |  | Total ➤ | $ 83,500.00 |  |

(Report also on Summary of Schedules.)

001029

FORM B6B
(10/89)

In re  **Clint Johnson**                          **Tina Johnson**                    •    Case No.
_____                                    _____
                    Debtor                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 2-Televisions; Microwave; Dishwasher; Washer/Dryer; 2-beds; Sofa; Recliner; Dinette Set | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal Clothing | J | 300.00 |
| 7. Furs and jewelry. | | 2-Wedding Bands | J | 150.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 1994 Kawasaki Waverunner | J | 1,000.00 |
| | | 1997 Kawasaki 220 ATV | J | 3,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| | | | | |

001030

FORM·B6B
(10/89)

In re  **Clint Johnson**              **Tina Johnson**              •   Case No.
_____
               Debtor                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1992 Ford Pick Up | J | 5,000.00 |
| | | 1995 Chevy Cavilar | J | 3,500.00 |
| 24. Boats, motors, and accessories. | | 1982 Charger Boat & Motor | J | 2,000.00 |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |

001031

FORM B6B
(10/89)

In re   **Clint Johnson**                          **Tina Johnson**                    •    Case No. _____
                        Debtor                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE. | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops – growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

                                    2    continuation sheets attached                    Total    ➤                $ 16,450.00

(Include amounts from any continuation sheets
attached. Report total also on Summary of
Schedules.)

001032

FORM B6C
(6/90)

In re   **Clint Johnson**                    **Tina Johnson**                    , Case No. _____
                              Debtor.                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    Note: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 2-Televisions; Microwave; Dishwasher; Washer/Dryer; 2-beds; Sofa; Recliner; Dinette Set | 31 OSA § 1A3 | 0.00 | 1,500.00 |
| LOT 1, BLOCK 2, SONGBIRD SUBDIVISION, A SUBDIVISION OF A PART OF THE N2 OF SW4 OF NW4 OF SECION 21, TOWNSHIP 17 NORTH, RANGE 22 EAST, ACCORDING TO THE RECORDED PLAT THEREOF, CHEROKEE COUNTY, OKLAHOMA | 31 OSA §§ 1A1 | 0.00 | 83,500.00 |
| Personal Clothing | 31 OSA § 1A8 | 300.00 | 300.00 |

001033

FORM B6D
(6/90)

In re:    Clint Johnson                    Tina Johnson                    Case No.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▉▉▉▉<br>Armstrong Bank<br>1401 S. Muskogee<br>Tahlequah, OK 74464 | | J | 7/2000<br>Security Agreement<br>1995 Chevy Cavilar; 1982 Charger Boat & Motor; 1994 Kawasaki Waverunner<br><br>VALUE $7,000.00 | | | | 7,500.00 | 500.00 |
| ACCOUNT NO. ▉▉▉▉<br>Citifinancial<br>P.O. Box 2977<br>Broken Arrow, OK 74013 | | J | 10/2000<br>Second Lien on Residence<br>LOT 1, BLOCK 2, SONGBIRD SUBDIVISION, A SUBDIVISION OF A PART OF THE N2 OF SW4 OF NW4 OF SECION 21, TOWNSHIP 17 NORTH, RANGE 22 EAST, ACCORDING TO THE RECORDED PLAT THEREOF, CHEROKEE COUNTY, OKLAHOMA<br><br>VALUE $83,500.00 | | | | 9,658.73 | 0.00 |
| ACCOUNT NO. ▉▉<br>First State Bank<br>1111 S. Muskogee Ave.<br>Tahlequah, OK 74464 | | J | 12/2000<br>Security Agreement<br>1992 Ford Pick Up; 1997 Kawasaki ATV<br><br>VALUE $8,000.00 | | | | 16,663.00 | 8,663.00 |
| ACCOUNT NO. ▉▉▉▉<br>Homeside Lending, Inc.<br>7749 Bay Berry Rd., 1st Floor<br>Jacksonville, FL 32256<br><br>Shapiro, Marinos & Cejda, L.L.P.<br>Teresa W. Marianos<br>770 N.E. 63rd<br>Oklahoma City, OK 73105 | | J | 05/2000<br>First Lien on Residence<br>LOT 1, BLOCK 2, SONGBIRD SUBDIVISION, A SUBDIVISION OF A PART OF THE N2 OF SW4 OF NW4 OF SECION 21, TOWNSHIP 17 NORTH, RANGE 22 EAST, ACCORDING TO THE RECORDED PLAT THEREOF, CHEROKEE COUNTY, OKLAHOMA<br><br>VALUE $83,500.00 | | | | 79,331.00 | 0.00 |

0 Continuation sheets attached

| | |
|---|---|
| Subtotal<br>(Total of this page) | $113,152.73 |
| Total<br>(Use only on last page) | $113,152.73 |

(Report total also on Summary of Schedules)

001034

B6E
(Rev.4/98)

In re:    **Clint Johnson**                        **Tina Johnson**                    Case No.
                          Debtor                                                                              (if known)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_  Continuation sheets attached

001035

FORM B6E - Cont.
(10/89)

In re:   **Clint Johnson**                    **Tina Johnson**                    Case No: _____
                     Debtor                                                                                  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▓▓▓▓▓▓<br>Loan Servicing Center-FL<br>P.O. Box 7300<br>Wilkes Barre, PA 18773-7300<br><br>Oklahoma State Regents for Higher E.<br>P.O. Box 3000<br>Oklahoma City, OK 73101-3000 | | | 05/91<br>Student Loan | | | | 1,914.03 | 0.00 |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | ► | $1,914.03 |
| Total (Use only on last page of the completed Schedule E.) | ► | $1,914.03 |

(Report total also on Summary of Schedules)

001036

FORM B6F (Official Form 6F) - (9/97)

In re: **Clint Johnson**       **Tina Johnson**                              Case No. _____
　　　　　　　Debtor                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▇▇▇▇▇ <br> Capital One <br> P.O. Box 85617 <br> Richmond, VA 23276 | | J | Miscellaneous Credit Card Purchases | | | | 1,272.34 |
| ACCOUNT NO. ▇▇▇▇▇ <br> Dr. Erroll Allison <br> 3070 S. Muskogee <br> Tahlequah, OK 74464 | | J | 6/01 <br> Medical Services Rendered | | | | 2,267.50 |
| ACCOUNT NO. ▇▇▇▇▇ <br> Gulf State Credit <br> P.O. Box 96070 <br> Charlotte, NC 28296-0070 <br><br> OSI <br> P.O. Box 8800 <br> Jacksonville, FL 32239 | | J | Table & Chairs | | | | 894.91 |
| ACCOUNT NO. ▇▇▇▇▇ <br> Hillcrest Hospital <br> P.O. Box 52039 <br> Tulsa, OK 74152-0039 <br><br> TAB Service <br> P.O. Box 52039 <br> Tulsa, OK 74152-0039 | | J | 7/2000 <br> Medical Services Rendered | | | | 1,712.42 |

__2__ Continuation sheets attached

Subtotal ➤   | $6,147.17

Total ➤

001037

FORM B6F - Cont.
(10/89)

In re:   **Clint Johnson**                    **Tina Johnson**                          Case No.: _____
                  Debtor                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▉▉▉▉ **Speigel** First Consumer National Bank P.O. Box 4080 Portland, OR 97208 | | J | 11/2000 Miscellaneous Credit Card Purchases | | | | 569.01 |
| ACCOUNT NO. ▉▉▉▉ **St. Francis Home Medical Equip.** P.O. Box 700231 Tulsa, OK 74170 | | J | 7/2000 Medical Equipment | | | | 43.17 |
| ACCOUNT NO. ▉▉▉▉ **Tahlequah City Hospital** P.O. Box 1008 Tahlequah, OK 74465  Collection Service Bureau c/o J. Lance Hopkins P.O. Box 1509 Tahlequah, OK 74464  J. Lance Hopkins Attorney at Law P.O. Box 1509 Tahlequah, OK 74464 | | J | 01/2001 Medical Services Rendered | | | | 2,352.97 |
| ACCOUNT NO. ▉▉▉▉ **Tahlequah Lumber** 1701 Park Hill Rd. Tahlequah, OK 74464 | | J | 8/97 Miscellaneous Purchases Made on Credit Line | | | | 2,297.46 |

Sheet no. <u>1</u> of <u>2</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     ➤     | $5,262.61 |

Total ➤
(Use only on last page of the completed Schedule F.)

001038

FORM B6F - Cont.
(10/89)

In re:  **Clint Johnson**          **Tina Johnson**                    Case No. _____
              Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▮▮▮▮ | | J | 4/2000 | | | | 98.44 |
| Warren Billing 6600 South Yale, Ste 1500 Tulsa, OK 74136 | | | Medical Services Rendered | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➤ | $98.44

Total ➤ | $11,508.22
(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules)

001039

Form B6G
(10/89)

In re:　Clint Johnson　　　　　　　Tina Johnson　　　　　　　Case No.
　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑　Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

001040

B6H
(6/90)

In re: __Clint Johnson_____ __Tina Johnson_____ . Case No. _____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

001041

In re   Clint Johnson                     Tina Johnson                    Case No.

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status:   married | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age:    28<br>Spouse's Age:    22 | NAMES<br>Colton Nicolas Johnson | AGE<br>0 | RELATIONSHIP<br>Son |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | D.A. Investigator | Secretary |
| Name of Employer | State of Oklahoma | NE State University |
| How long employed | 5 years | 1 year 6 months |
| Address of Employer | 213 W. Delaware<br>Tahlequah, OK 74464 | 600 North Grand Ave<br>Tahlequah, OK 74464 |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 2,159.13 | $ | 1,040.72 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 2,159.13 | $ | 1,040.72 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 473.58 | $ | 190.23 |
| b. Insurance | $ | 0.00 | $ | 115.14 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify)    retirement | $ | 65.15 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 538.73 | $ | 305.37 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,620.40 | $ | 735.35 |
| Regular income from operation of business or profession or farm (attach detailed statement). | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 1,620.40 | $ | 735.35 |

TOTAL COMBINED MONTHLY INCOME          $ 2,355.75          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:                     NONE

001042

Form B6J
(6/90)

In re     **Clint Johnson**        **Tina Johnson**      Case No. _____

  Debtor                                                                             (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 710.00 |
| Are real estate taxes included?   Yes ✓   No ____ | | |
| Is property insurance included?   Yes ✓   No ____ | | |
| Utilities   Electricity and heating fuel | $ | 200.00 |
|      Water and sewer | $ | 30.00 |
|      Telephone | $ | 70.00 |
|      Other | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 50.00 |
| Food | $ | 400.00 |
| Clothing | $ | 150.00 |
| Laundry and dry cleaning | $ | 40.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 125.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 40.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|      Homeowner's or renter's | $ | 0.00 |
|      Life | $ | 0.00 |
|      Health | $ | 0.00 |
|      Auto | $ | 175.00 |
|      Other ____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|      Auto | $ | 289.00 |
|      Other   2nd Auto | $ | 400.00 |
|           2nd Mortgage | $ | 289.00 |
| Alimony, maintenance or support paid to others | $ | 308.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other ____ | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$** | **3,376.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | _____ |
| B. Total projected monthly expenses | $ | _____ |
| C. Excess income (A minus B) | $ | _____ |
| D. Total amount to be paid into plan each | $ | _____ |
|                              (interval) | | |

001043

In re: **Clint Johnson**       **Tina Johnson**      Case No.
     -2820      -0303

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of      15 sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 7-24-01      Signature _____
     Clint Johnson

Date: 7-24-01      Signature _____
     Tina Johnson

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

001044

## UNITED STATES BANKRUPTCY COURT

### Eastern District of Oklahoma

In re:  Clint Johnson          Tina Johnson          Case No. _____

[BLACK]2820          [BLACK]0303          Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 34,639.00 | Employment | 1999 |
| 34,770.00 | Employment | 2000 |
| 7,285.04 | Employment | 2001 |

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3. Payments to creditors

None
☑

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b.  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Credit Bureau Services Association d/b/a Collection Service Bureau Vs. Clint Johnson and Tina Johnson CS-2001-283 | Civil Matter | District Court of Cherokee County State of Oklahoma | Pending |
| Homeside Lending, Inc., Vs. Clint Johnson and Tina Johnson, et al CJ-2001-202 | Foreclosure | District Court Cherokee County State of Oklahoma | Pending |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

001046

b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.   Gifts

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.   Payments related to debt counseling or bankruptcy

None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 10.  Other transfers

None ☑

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

001047

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

### 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☑

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory ( including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Enivronmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18. Nature, location and name of business

001049

None
☑

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceeding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|----------------------|---------|--------------------|----------------------------|
|      |                      |         |                    |                            |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|------|---------|
|      |         |

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceeding the commencement of the case.

NAME OF PENSION FUND                           TAXPAYER IDENTIFICATION NUMBER

*[if completed by an individaul or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    7-24-01          Signature
                         of Debtor    Clint Johnson

Date    7-24-01          Signature
                         of Joint
                         Debtor    Tina Johnson

## UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In re: Clint Johnson      Tina Johnson      Case No. _____
     ▮▮2820      ▮▮0303      Chapter   7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

    a.   *Property To Be Surrendered.*

Description of Property            Creditor's Name

    1.   1992 Ford Pick Up; 1997 Kawasaki ATV      First State Bank

    b.   *Property To Be Retained.*            *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| 1. 1995 Chevy Cavilar; 1982 Charger Boat & Motor; 1994 Kawasaki Waverunner | Armstrong Bank | | | X | |
| 2. LOT 1, BLOCK 2, SONGBIRD SUBDIVISION, A SUBDIVISION OF A PART OF THE N2 OF SW4 OF NW4 OF SECION 21, TOWNSHIP 17 NORTH, RANGE 22 EAST, ACCORDING TO THE RECORDED PLAT THEREOF, CHEROKEE COUNTY, OKLAHOMA | Citifinancial | | | X | |
| 3. LOT 1, BLOCK 2, SONGBIRD SUBDIVISION, A SUBDIVISION OF A PART OF THE N2 OF SW4 OF NW4 OF SECION 21, TOWNSHIP 17 NORTH, RANGE 22 EAST, ACCORDING TO THE RECORDED PLAT THEREOF, CHEROKEE COUNTY, OKLAHOMA | Homeside Lending, Inc. | | | X | |

Date: 7-24-01

Date: 7-24-01

Signature of Debtor

Signature of Joint Debtor

001051

# United States Bankruptcy Court
## Eastern District of Oklahoma
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

> The purpose of this notice is to acquaint you with the four chapters of the Federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155.00 filing fee plus $30.00 administrative fee plus $15.00 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed the certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155.00 filing fee plus $30.00 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800.00 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer ($200.00 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| 7-24-01 | Clint Johnson, Debtor | |
| Date | | Case Number |
| 7-24-01 | Tina Johnson, Joint Debtor | |
| Date | | |

001052

Armstrong Bank
1401 S. Muskogee
Tahlequah, OK 74464


Capital One
P.O. Box 85617
Richmond, VA 23276


Citifinancial
P.O. Box 2977
Broken Arrow, OK 74013


Collection Service Bureau
c/o J. Lance Hopkins
P.O. Box 1509
Tahlequah, OK 74464


Dr. Erroll Allison
3070 S. Muskogee
Tahlequah, OK 74464


First State Bank
1111 S. Muskogee Ave.
Tahlequah, OK 74464


Gulf State Credit
P.O. Box 96070
Charlotte, NC 28296-0070


Homeside Lending, Inc.
7749 Bay Berry Rd., 1st Floor
Jacksonville, FL 32256


J. Lance Hopkins
Attorney at Law
P.O. Box 1509
Tahlequah, OK 74464

001053

Shapiro, Marinos & Cejda, L.L.P.
Teresa W. Marianos
770 N.E. 63rd
Oklahoma City, OK 73105


Loan Servicing Center-FL.
P.O. Box 7300
Wilkes Barre, PA 18773-7300


Oklahoma State Regents for Higher E
P.O. Box 3000
Oklahoma City, OK 73101-3000


OSI
P.O. Box 8800
Jacksonville, FL 32239


Speigel
First Consumer National Bank
P.O. Box 4080
Portland, OR 97208


St. Francis Home Medical Equip.
P.O. Box 700231
Tulsa, OK 74170


Hillcrest Hospital
P.O. Box 52039
Tulsa, OK 74152-0039


TAB Service
P.O. Box 52039
Tulsa, OK 74152-0039


Tahlequah City Hospital
P.O. Box 1008
Tahlequah, OK 74465

Tahlequah Lumber
1701 Park Hill Rd.
Tahlequah, OK 74464


Warren Billing
6600 South Yale, Ste 1500
Tulsa, OK 74136

001055

AAAA_U.S.B.C.
NEWCASE LABEL MATRIX
for case 01-72501
parties / creditors
total    24

Clint Johnson

Tahlequah OK    74464

Gerald R. Miller
POB 2667
Muskogee OK    74402 - 2667

H. Doak Willis
Baker & Willis
220 S Muskogee Ave
Tahlequah OK    74464

Tina Johnson

Tahlequah OK    74464

Armstrong Bank
1401 S. Muskogee
Tahlequah, OK 74464

Capital One
P.O. Box 85617
Richmond, VA 23276

Citifinancial
P.O. Box 2977
Broken Arrow, OK 74013

Collection Service Bureau
c/o J. Lance Hopkins
P.O. Box 1509
Tahlequah, OK 74464

Dr. Erroll Allison
3070 S. Muskogee
Tahlequah, OK 74464

First State Bank
1111 S. Muskogee Ave.
Tahlequah, OK 74464

Gulf State Credit
P.O. Box 96070
Charlotte, NC 28296-0070

Hillcrest Hospital
P.O. Box 52039
Tulsa, OK 74152-0039

Homeside Lending, Inc.
7749 Bay Berry Rd., 1st Floor
Jacksonville, FL 32256

J. Lance Hopkins
Attorney at Law
P.O. Box 1509
Tahlequah, OK 74464

Loan Servicing Center-FL.
P.O. Box 7300
Wilkes Barre, PA 18773-7300

OSI
P.O. Box 8800
Jacksonville, FL 32239

Oklahoma State Regents for Higher E
P.O. Box 3000
Oklahoma City, OK 73101-3000

Shapiro, Marinos & Cejda, L.L.P.
Teresa W. Marianos
770 N.E. 63rd
Oklahoma City, OK 73105

Speigel
First Consumer National Bank
P.O. Box 4080
Portland, OR 97208

St. Francis Home Medical Equip.
P.O. Box 700231
Tulsa, OK 74170

TAB Service
P.O. Box 52039
Tulsa, OK 74152-0039

Tahlequah City Hospital
P.O. Box 1008
Tahlequah, OK 74465

Tahlequah Lumber
1701 Park Hill Rd.
Tahlequah, OK 74464

Warren Billing
6600 South Yale, Ste 1500
Tulsa, OK 74136

001056




# United States Bankruptcy Court
## Eastern District Of Oklahoma
111 West 4th Street
Post Office Box 1347
Okmulgee, Oklahoma 74447

Judy K. Hares
Deputy Clerk

judy_hares@okeb.uscourts.gov

TEL: 918.758.0126
FAX: 918.756.9248

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Clint Johnson | ) | Case No.   03-70360 |
| | ) | Chapter    13 |
| Tina Johnson | ) | |
| | ) | |
| Debtors | ) | |

### CERTIFICATE

The undersigned does hereby certify that the following documents are true and correct copies of the proceedings in the above styled case.

**Petition (37 pages)**

Dated: April 28, 2008

Judy Hares, Deputy Clerk



001057

ORIGINAL

(Official Form 1) (9/01)

| FORM B1 | United States Bankruptcy Court<br>Eastern District of Oklahoma | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Johnson, Clint | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Johnson, Tina |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>■■■-2820 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>■■■-0303 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>■■■■■■<br>Tahlequah, OK. 74464 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>■■■■■■<br>Tahlequah, OK. 74464 |
| County of Residence or of the<br>Principal Place of Business:    Cherokee | County of Residence or of the<br>Principal Place of Business:    Cherokee |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual(s) ☐ Railroad | | ☐ Chapter 7   ☐ Chapter 11   ☑ Chapter 13 |
| ☐ Corporation ☐ Stockbroker | | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership ☐ Commodity Broker | | ☐ Sec. 304 – Case ancillary to foreign proceeding |
| ☐ Other _____ | | |

Nature of Debts (Check one box)
☑ Consumer/Non-Business    ☐ Business

Chapter 11 Small Business (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business 11 U.S.C. § 1121(e) (Optional)

Filing Fee (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration

Statistical/Administrative Information (Estimates or
☑ Debtor estimates that funds will be available for dis
☐ Debtor estimates that, after any exempt property is be no funds available for distribution to unsecured.

Estimated Number of Creditors

| | 1-15 | 16-49 |
|---|---|---|
| | ☐ | ☑ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,0<br>$1( |
|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,0<br>$1( |
|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | |

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma

Case # 03-70360    Chapter 13
Filed: 03:46 PM, 02/05/03    Okmulgee

Judge: Tom R. Cornish
Trustee: William Mark Bonney
Debtor(s):
Clint Johnson
Tina Johnson
First Meeting of Creditors
11:00 AM, March 20, 2003
U S Courthouse Okmulgee Rm 306
U S Post Office & Courthouse
4th & Grand St Rm 306
Okmulgee OK 74447

RECEIPT
# 000054703 - MP
03:50 PM, February 05, 2003

| Code | Qty | Amount |
|---|---|---|
| CH13 | 1 | $185.00 |

ORIGINAL

TOTAL PAID: $185.00

From: Slaton J. Anthony
Potts Anthony Jones PC
1515 E Okmulgee
Muskogee, OK 74403-0000

001058
7

(Official Form 1) (9/01)                                                                          FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Clin : Johnson & Tina Johnson | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed: Eastern | Case Number:<br>01-72501 | Date Filed:<br>7-25-01 |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date<br><br>**Signature of Attorney**<br>X _____<br>Signature of Attorney for Debtor(s)<br>JEFFERY B. POTTS 16561<br>Printed Name of Attorney for Debtor(s)<br>Slaton J. Anthony, OBA 16561<br>Firm Name<br>1515 East Okmulgee<br>Address<br>Muskogee, OK 74403<br><br>918-687-7755<br>Telephone Number<br><br>_____<br>Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition.<br><br>**Exhibit B**<br>((To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____      [...] 2003<br>Signature of Attorney for Debtor(s)         Date<br><br>**Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No<br><br>**Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X _____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156. |

001059

FORM B4 - Cont.
(6/90)

# United States Bankruptcy Court

## Eastern District of Cklahoma

Clint Johnson & Tina Johnson

In re _____     Case No. _____
                    Debtor                                        (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 80,058.00 | | |
| B - Personal Property | YES | 4 | $ 9,820.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 129,113.71 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $ 0:00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 2,826.44 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,858.81 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 880.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 15 | | | |
| Total Assets ▶ | | | 39,878.00 | | |
| Total Liabilities ▶ | | | | 131,940.15 | |

001060

FORM B6A
(10/89)

In re    Clint Johnson & Tina Johnson

_____        Case No. _____
                        Debtor                                                              (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Homestead ▓▓▓▓▓▓▓ Tahlequah, OK. 74464 | Fee Simple | H | 80,058.00 | 78,677.57 |
| | | Total ▶ | 80,058.00 | |

(Report also on Summary of Schedules)

Bankruptcy2002 © 1991-2002, New Hope Software, Inc., ver. 3.4.0-562 - 30248

001061

FORM B6B
(10/89)   Clint Johnson & Tina Johnson

In re_____          Case No._____
                        Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | cash <br> debtor in possession | J | 5.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household goods <br> debtor in possession | J | 3,000.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | wearing apparel <br> debtor in possession | J | 800.00 |

Bankruptcy2003 ©1991-2002, New Hope Software, Inc., ver. 3.4.0-561 - 31348

001062

FORM B6B
(10/89)

In re Clint Johnson & Tina Johnson _____     Case No. _____
                           Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7. Furs and jewelry. | | wedding ring<br><br>debtor in possession | W | 400.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 9 mm Glock<br><br>debtor in possession | H | 300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., Ver. 3.4.0-552 - 30348

001063

FORM B6B
(10/89)

In re Clint Johnson & Tina Johnson
_____    Case No. _____
                    Debtor                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Ford Ex-Cab F-150-Pickup debtor in possession | H | 0.00 |
| | | 1976 Jeep debtor in possession | H | 1,500.00 |
| | | 1992 Ford Pickup debtor in possession | J | 3,010.00 |
| | | 1997 Kawasaki 4 Wheeler debtor in possession | J | 800.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., ver. 3.4.0-562 - 30348

001064

FORM B6B
(10/89)    Clint Johnson & Tina Johnson

In re _____    Case No. _____

                    Debtor                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Inventory. | X | | | |
| 29. Animals. | | 2 dogs<br>debtor in possession | J | 5.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | — |

0 ___ continuation sheets attached                    Total ▶ | $    9,820.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules)

001065

Bankruptcy2002 £1991-2002: New Hope Software, Inc., ver. 3.4.0-562 - 10348

FORM B6C
(6/90)    Clint Johnson & Tina Johnson

In re _____                    Case No. _____
                         Debtor                                                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐   11 U.S.C. §522(b)(1)   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

☑   11 U.S.C. §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Homestead | (Husb)OS tit.31 §1(A(1) | 1,380.43 | 80,058.00 |
| cash | (Husb)OS tit.31 §1(A(18) | 5.00 | 5.00 |
| Household goods | (Husb)OS tit.31 §1(A(3) | 3,000.00 | 3,000.00 |
| wearing apparel | (Wife)OS tit.31 §1(A(3) | 800.00 | 800.00 |
| wedding ring | (Wife)OS tit.31 §1(A(8) | 400.00 | 400.00 |
| 9 mm Glock | (Husb)OS tit.31 §1(A(14) | 300.00 | 300.00 |
| 1976 Jeep | (Husb)OS tit.31 §1(A(13) | 1,500.00 | 1,500.00 |
| 1992 Ford Pickup | (Wife)OS tit.31 §1(A(13) | 3,010.00 | 3,010.00 |
| 1997 Kawasaki 4 Wheeler | (Husb)OS tit.31 §1(A(13) | 800.00 | 800.00 |
| 2 dogs | (Husb)OS tit.31 §1(A(16) | 5.00 | 5.00 |

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., ver. 3.4.0-562 - 30348

001066

FORM B6D
(6/90)    Clint Johnson & Tina Johnson

In re_____    Case No._____
                        Debtor                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable.   If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▇▇▇▇▇<br>Armstrong Bank<br>3401 Chandler<br>Muskogee, OK. 74403 | | J | Incurred: 2001<br>Lien: Title Lien<br>Security: 1994 Wave Runner<br>monthly payment $ 175.00<br><br>Value $          1,500.00 | | | | 1,397.00 | 0.00 |
| ACCOUNT NO. ▇▇▇▇<br>Bancfirst<br>P.O. Box 1068<br>Tahlequah, OK. 74465 | | H | Incurred: 2001<br>Lien: Title lien<br>Security: 1976 Jeep<br><br>Value $          1,200.00 | | | | 4,166.00 | 2,966.00 |
| ACCOUNT NO. ▇▇▇▇<br>Bank Of Cherokee County<br>P.O. box 660<br>Park Hill, OK. 74451 | | H | Incurred: 12/02<br>Lien: personal loan<br>Security: 2 1/2 Acres Raw Land<br>montly payment $ 299.01<br>first payment to begin 1-6-03<br><br>Value $          13,000.00 | | | | 13,000.00 | 0.00 |
| ACCOUNT NO. ▇▇▇▇▇<br>Citifinancial Services Inc.<br>P.O. Box 1268<br>Muskogee, OK. 74402 | | J | Incurred: 10/02<br>Lien: Second Mortgage<br>Security: 118 Songbird Dr., Tahlequah, O.C. 74464<br>montly payment $100.00<br>current<br><br>Value $          80,058.00 | | | | 8,582.20 | 0.00 |

1
___ Continuation sheets attached

Subtotal ▶  $     27,145.20
(Total of this page)

Total ▶  $
(Use only on last page)

(Report total also on Summary of Schedules)

001067

FORM B6D
(10/89)

In re _Clint Johnson & Tina Johnson_      Case No._____
            Debtor                                (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ███<br><br>First State Bank<br>1111 S. Muskogee<br>Tahlequah, OK 74464 | | H | Incurred: 2001<br>Lien: Title Lien<br>Security: 1997 Kawasaki 4 Wheeler<br><br>Value $ 800.00 | | | | 800.00 | 0.00 |
| ACCOUNT NO. ███<br><br>First State Bank<br>1111 S. Muskogee<br>Tahlequah, OK 74464 | | H | Incurred: 2001<br>Lien: Title Lien<br>Security: 1992 Stepside Pickup<br><br>Value $ 3,230.00 | | | | 5,000.00 | 1,770.00 |
| ACCOUNT NO. ███<br><br>Homeside Lending<br>P.O. Box 44016<br>Jacksonville, FL 32231-9912 | | H | Incurred: 1999<br>Lien: First Mortgage<br>Security: 118 Songbird Dr., Tahlequah, OK. 74464<br>monthly payment $710.00<br>approx. 16 months behind<br><br>Value $ 30,058.00 | | | | 78,677.57 | 0.00 |
| ACCOUNT NO. ███<br><br>Key Bank USA<br>P.O. Box 94981<br>Cleveland, OH 44101 | | J | Incurred: 3/02<br>Lien: auto loan<br>Security: 1999 Ford Pickup<br>montly payment $ 466.76<br>current<br><br>Value $ 11,135.00 | | | | 17,490.94 | 6,355.94 |
| ACCOUNT NO.<br><br><br><br>Value $ | | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors

Subtotal ▶ (Total of this page)    $ 101,968.51

Total ▶ (Use only on last page)    $ 129,113.71

(Report total also on Summary of Schedules)

Bankruptcy2003 ©1991-2003, New Hope Software, Inc., ver. 3.4.0-562 - 30348

001068

B6E
(Rev. 4/01)

In re  Clint Johnson & Tina Johnson
_____     Case No. _____
        Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

0 continuation sheets attached

001069

FORM.B6F (Official Form 6F) (9/97)

In re  Clint Johnson & Tina Johnson
_____    Case No._____
            Debtor                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▉<br>American Medical Collection Agency<br>2269 S. Saw Mill River Rd.<br>Bldg. 3<br>Elmsford, NY 10523 | | | Incurred: 2002<br>Consideration: Collections | | | | Notice Only |
| ACCOUNT NO. ▉<br>Americheck<br>5800 E. Skelly Dr. Suite 918<br>Tulsa, OK. 74135 | | W | Incurred: 2002<br>Consideration: Medical Services | | | | 125.00 |
| ACCOUNT NO. ▉<br>Bank of America<br>100 S. Muskogee Ave.<br>Tahlequah, OK. 74464 | | W | Incurred: 2002<br>Consideration: NSF checks | | | | 527.00 |
| ACCOUNT NO. ▉<br>H A chapman Institute<br>Dept. 1464<br>Tulsa, OK. 74182 | | W | Consideration: Medical Services | | | | Unknown |

1 continuation sheets attached

Subtotal ▶ | $ | 652.00
Total ▶ | $ |

(Report total also on Summary of Schedules)

001070

FORM B6F (Official Form 6F) (9/97)

In re Clint Johnson & Tina Johnson
_____
Debtor

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▮▮ <br><br> OBL Associates, Inc. <br> P.O. Box 54851 <br> Tulsa, OK. 74155-0851 | | W | Incurred: 3/02 <br> Consideration: Medical Services | | | | 90.43 |
| ACCOUNT NO. ▮▮▮ <br><br> Sallie Mae <br> P.O. Box 7400 <br> Wilkes Barre, PA 18773-7400 | | H | Incurred: 1999 <br> Consideration: student loan | | | | 2,006.31 |
| ACCOUNT NO. ▮▮ <br><br> Tahlequah City Hospital <br> P.O. Box 1008 <br> Tahlequah, OK 74465 | | J | Incurred: 7/01 <br> Consideration: Medical Services | | | | 77.70 |
| ACCOUNT NO. ▮▮▮ <br><br> Tahlequah Internal Med <br> 1500 E. Downing #103 <br> Tahlequah, OK 74464 | | | Incurred: 2001 <br> Consideration: Professional Medical Services | | | | Unknown |
| ACCOUNT NO. ▮▮▮ <br><br> Telecheck Services. Inc <br> P.O. Box 4451 <br> Houston, Tx. 77210 | | W | Incurred: 2001 <br> Consideration: NSF checks | | | | Unknown |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors

Subtotal ► $ 2,174.44

Total ► $ 2,826.44

(Report total also on Summary of Schedules)

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., ver. 1.4.0-563 - 3948

001071

FORM B6G
(10/89)    Clint Johnson & Tina Johnson

In re _____    Case No. _____
                        Debtor                                    (if known)

# SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

001072

FORM B6H
(6/90)

Clint Johnson & Tina Johnson

In re _____    Case No. _____
                        Debtor                                              (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

001073

FORM B6I
(6/90)

In re ___Clint Johnson & Tina Johnson_____    Case No._____
                                    Debtor                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Married | Colton Johnson | 2 | son |
| | Jaselynn Johnson | 2 months | daughter |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Investigator | unemployed |
| Name of Employer | District Attorney Office | |
| How long employed | 6 1/2 years | |
| Address of Employer | 213 W. Delaware Tahlequah, OK. 74464 | |

Income: (Estimate of average monthly income)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | | $ 2,896.48 | $ 0.00 |
| Estimated monthly overtime | | $ 0.00 | $ 0.00 |
| SUBTOTAL | | $ 2,896.48 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 638.71 | $ 0.00 |
| b. Insurance | | $ 0.00 | $ 0.00 |
| c. Union dues | | $ 0.00 | $ 0.00 |
| d. Other (Specify) (D)child support | | $ 398.96 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 1,037.67 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | | $ 1,858.81 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | | $ 0.00 | $ 0.00 |
| Income from real property | | $ 0.00 | $ 0.00 |
| Interest and dividends | | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | | $ 0.00 | $ 0.00 |
| Pension or retirement income | | $ 0.00 | $ 0.00 |
| Other monthly income | | $ | $ |
| (Specify) _____ | | $ 0.00 | $ 0.00 |
| _____ | | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | | $ 1,858.81 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME $_____1,858.81_____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., ver. 3.4.0-552 - 10348

001074

FORM B6J
(6/90)

Clint Johnson & Tina Johnson

In re _____ ,    Case No. _____
                    Debtor                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| Are real estate taxes included?    Yes _____  No ✓ | | |
| Is property insurance included?    Yes _____  No ✓ | | |
| Utilities  Electricity and heating fuel | $ | 100.00 |
| Water and sewer | $ | 25.00 |
| Telephone | $ | 100.00 |
| Other _____ | $ | 0.00 |
| Home maintenance (Repairs and upkeep) | $ | 25.00 |
| Food | $ | 250.00 |
| Clothing | $ | 40.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 40.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 100.00 |
| Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify)_____ | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    $ 880.00

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | 1,858.81 |
| B. Total projected monthly expenses | $ | 880.00 |
| C. Excess income (A minus B) | $ | 978.81 |
| D. Total amount to be paid into plan each _____ monthly (interval) | $ | 0.00 |

001075

Form B6-Cont.
(12/94)

In re  Clint Johnson & Tina Johnson                                    Case No.
_____                                    _____
                        Debtor                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___15___

sheets and that they are true and correct to the best of my knowledge, information and belief.    (Total shown on summary page plus 1)

Date _____      Signature _____
                                                                           Debtor

Date _____      Signature _____
                                                                      (Joint Debtor, if any)

                                         (If joint case, both spouses must sign)

------------------------------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER** (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                    _____
Signature of Bankruptcy Petition Preparer                               Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

------------------------------------------------------------

001076

Form 7
(9/00)

# FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF OKLAHOMA

In Re  Clint Johnson & Tina Johnson                    Case No. _____  _____ _____     _____  __ ____
            (Name)                                                                                              (if known)
                     Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

#### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

1.  **Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE (if more than one)

2003(H)        0.00      employment

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., ver. 3.4.0-562 - 30348

001077

AMOUNT                          SOURCE (if more than one)

2002(H)   34,757.76    employment

2001(H)   28,803.98    employment


AMOUNT                          SOURCE (if more than one)

2003(W)      0.00

2002(W)   5950.00    employment

2001(W)   10,217.45   employment

**2.  Income other than from employment or operation of business**

None.   State the amount of income received by the debtor other than from employment, trade, profession, or operation
☒       of the debtor's business during the two years immediately preceding the commencement of this case.  Give
        particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under
        chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3.   Payments to Creditors**

None   a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more
☐           than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.  (Married
            debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a
            joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Key Bank USA<br>P.O. Box 94981<br>Cleveland, OH 44101 | 21/6/2002 | 1000.00 | 17,490.94 |
| Bargain Center<br>Tahlequah, OK | 12/6/02 | $2476.00 | $0.00 |
| Action Loans<br>Tahlequah, OK | 12/6/2002 | $1225.00 | $0.00 |

001078

None   b.   List all payments made within one year immediately preceding the commencement of this case to or for
☒  the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None   a.   List all suits and administrative proceedings to which the debtor is or was a party within one year
☐  immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Homeside Lending vs CLint & Tina Johnson CI-2002-60 | Foreclosure | Cherokee County | Pending Sheriff Sale |

None   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process
☒  within one year immediately preceding the commencement of this case. (Married debtors filing under chapter
12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒  lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this
case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., ver. 3.4.0-562 - 30345

**6. Assignments and Receiverships**

None ☒

a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒

b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., ver. 3.4.0-562. - 30348

9.  **Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Potts, Anthony & Jones 1515 E. Okmulgee Muskogee, OK. 74403 | 12/11/02 | $300.00 filing fee & cost |

10.  **Other transfers**

None
☒

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

11.  **Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., ver. 3.4.0-562 - 30348

001081

**12. Safe deposit boxes**

None

☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None

☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None

☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None

☒

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Bankrupcy2002 ©1991-2002, New Hope Software, Inc., ver. 3.4.0-562 : 30748

001082

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., ver. 3.4.0-562 – 30348

001083

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒    **NAME**                                         **ADDRESS**

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, record and financial statements

None

a.    List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☒

**NAME AND ADDRESS**                                    **DATES SERVICES RENDERED**

None

b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒

**NAME**                              **ADDRESS**                 **DATES SERVICES RENDERED**

None

c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☒

**NAME**                              **ADDRESS**

Bankruptcy2002 ©1991-2002 New Hope Software, Inc. ver. 3.4.0-561 - 30348

None ☒   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                    DATE
                                                   ISSUED

20. Inventories

None ☒   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

None ☒   b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF
                                           INVENTORY RECORDS

21. Current Partners, Officers, Directors and Shareholders

None ☒   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ☒   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS          TITLE                    NATURE AND PERCENTAGE OF
                                                  STOCK OWNERSHIP

22. Former partners, officers, directors and shareholders

None ☒   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME                      ADDRESS                    DATE OF WITHDRAWAL

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., ver. 3.4.0-562 - 30348

001085

None    b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation
☒    terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

### 23.  Withdrawals from a partnership or distribution by a corporation

None    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒    including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF              DATE AND PURPOSE          AMOUNT OF MONEY OR
RECIPIENT, RELATIONSHIP          OF WITHDRAWAL            DESCRIPTION AND
TO DEBTOR                                                VALUE OF PROPERTY

### 24.  Tax Consolidation Group

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation
☒    of any consolidated group for tax purposes of which the debtor has been a member at any time within the
six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION              TAXPAYER IDENTIFICATION NUMBER

### 25.  Pension Funds

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒    which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
immediately preceding the commencement of the case.

NAME OF PENSION FUND              TAXPAYER IDENTIFICATION NUMBER

\*    \*    \*    \*    \*    \*

001086

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    FEB 0 4 2003                Signature
                                    of Debtor    CLINT JOHNSON

Date    FEB 0 4 2003                Signature
                                    of Joint Debtor    TINA JOHNSON

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer             Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                    _____
Signature of Bankruptcy Petition Preparer                          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2002 ±1991-2002, New Hope Software, Inc., ver. 3.4.0-562 - 1034E

__0__  continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

001087

American Medical Collection Agency
Acct No: ███████████
2269 S. Saw Mill River Rd.
Bldg. 3
Elmsford, NY 10523

Americheck
Acct No: ███████████
5800 E. Skelly Dr. Suite 918
Tulsa, OK. 74135

Armstrong Bank
Acct No: ███████████
3401 Chandler
Muskogee, OK. 74403

Bancfirst
Acct No: ███████████
P.O. Box 1068
Tahlequah, OK. 74465

Bank of America
Acct No: ███████████
100 S. Muskogee Ave.
Tahlequah, OK. 74464

Bank Of Cherokee County
Acct No: ███████████
P.O. box 660
Park Hill, OK. 74451

Citifinancial Services Inc.
Acct No: ███████████
P.O. Box 1268
Muskogee, OK. 74402

First State Bank
Acct No: ███████████
1111 S. Muskogee
Tahlequah, OK 74464

First State Bank
Acct No: ███████████
1111 S. Muskogee
Tahlequah, OK 74464

H A chapman Institute
Acct No: ███████
Dept. 1464
Tulsa, OK. 74182

Homeside Lending
Acct No: ███████
P.O. Box 44016
Jacksonville, FL. 32231-9912

Key Bank USA
Acct No: ██████████
P.O. Box 94981
Cleveland, OH 44101

OBL Associates, Inc.
Acct No: █████
P.O. Box 54851
Tulsa, OK. 74155-0851

Sallie Mae
Acct No: ████████████
P.O. Box 7400
Wilkes Barre, PA 18773-7400

Tahlequah City Hospital
Acct No: ████████
P.O. Box 1008
Tahlequah, OK 74465

Tahlequah Internal Med
Acct No: ████████
1500 E. Downing #103
Tahlequah, OK 74464

Telecheck Services. Inc
Acct No: ███████████
P.O. Box 4451
Houston, Tx. 77210

001089

B 201 (12/99)

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($200 filing fee plus $30 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain acts of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($185 filing fee plus $30 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $30 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family farmer ($200 filing fee plus $30 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

|                    |                      |              |
| ------------------ | -------------------- | ------------ |
| Date               | Signature of Debtors | Case Number  |

**WHITE-DEBTOR COPY**              **PINK-COURT COPY**

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., ver. 3.4.0-562 - 30348

001090

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Oklahoma**

In re    Clint Johnson & Tina Johnson

                                    Debtor

Case No.

Chapter    13

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 1,500.00 or $125.00 per hour |
| Prior to the filing of this statement I have received | $ 300.00 |
| Balance Due | $ unknown |

2. The source of the compensation paid to me was:

        X    Debtor              Other (specify)

3. The source of compensation to be paid to me is:

        Debtor    X    Other (specify) Chapter 13 Plan

4. X    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and hearing, and any adjourned hearings thereof;

d. abRepresentation in contested matter not initiated by Debtors; modification of confirmed plans or actions by trustee to obtain property to disburse to creditors

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:  Representation of Debtor in adversarial matters;; Debtor shall additionally be charged $10.00 per letter sent certified to each creditor who attempts to collect a pre-petition debt by post petition acts.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:

_____
*SLATON J. ANTHONY, OBA 16561*

POTTS, ANTHONY & JONES

I or We, the debtor's herein, hereby state that we have reviewed and approved the rate of compensation paid and to be paid to Slaton J. Anthony, for the legal services rendered on my or our behalf in contemplation of or in connection with the bankruptcy case as specifically set forth in the DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR filed herein regardless of ultimate outcome of the bankruptcy and consent and assign any monies held by the trustee to be paid to Slaton J. Anthony to satisfy said compensation should a plan not be confirmed.

Date:

_____
DEBTOR

001091

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Oklahoma

In re   Clint Johnson & Tina Johnson
_____
                                    Debtor

Case No. _____

Chapter    13 _____


### CERTIFICATION BY ATTORNEY OF CREDITOR MATRIX


The below-named attorney hereby certifies that the disk submitted with the Petition of the above-named debtors contains all of the creditors for this case.


DATE:

Slaton\J. Anthony, OBA# 16561
POTTS, ANTHONY & JONES
1515 E. Okmulgee
Muskogee, OK 74403
(918) 687-7755


.001092

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Oklahoma**

In re   Clint Johnson & Tina Johnson                      ,
                                        Debtor

Case No.   _____

Chapter   13   _____


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of Creditors is true and correct to the best of his/her or their knowledge.

DATE:

Clint Johnson

Tina Johnson

001093

AAAX_U.S.B.C.
NEWCASE LABEL MATRIX
for case 03-70360
parties / creditors
total      21

Clint   Johnson

Tahlequah OK    74464

Slaton  J.  Anthony
Potts Anthony Jones PC
1515 E Okmulgee
Muskogee OK    74403

Tina   Johnson

Tahlequah OK    74464

William  Mark  Bonney
Chapter 13 Trustee
Severs Bldg 215 State St Ste 408
PO Box 1548
Muskogee OK    74402 - 1548

American Medical Collection Agency
Acct No:
2269 S. Saw Mill River Rd.
Bldg. 3
Elmsford, NY 10523

Americheck
Acct No:
5800 E. Skelly Dr. Suite 918
Tulsa, OK. 74135

Armstrong Bank
Acct No:
3401 Chandler
Muskogee, OK. 74403

Bancfirst
Acct No:
P.O. Box 1068
Tahlequah, OK. 74465

Bank Of Cherokee County
Acct No:
P.O. box 660
Park Hill, OK. 74451

Bank of America
Acct No:
100 S. Muskogee Ave.
Tahlequah, OK. 74464

Citifinancial Services Inc.
Acct No:
P.O. Box 1268
Muskogee, OK. 74402

First State Bank
Acct No:
1111 S. Muskogee
Tahlequah, OK 74464

First State Bank
Acct No:
1111 S. Muskogee
Tahlequah, OK 74464

H A chapman Institute
Acct No:
Dept. 1464
Tulsa, OK. 74182

Homeside Lending
Acct No:
P.O. Box 44016
Jacksonville, FL. 32231-9912

Key Bank USA
Acct No:
P.O. Box 94981
Cleveland, OH 44101

OBL Associates, Inc.
Acct No:
P.O. Box 54851
Tulsa, OK. 74155-0851

Sallie Mae
Acct No:
P.O. Box 7400
Wilkes Barre, PA 18773-7400

Tahlequah City Hospital
Acct No:
P.O. Box 1008
Tahlequah, OK 74465

Tahlequah Internal Med
Acct No:
1500 E. Downing #103
Tahlequah, OK 74464

Telecheck Services. Inc
Acct No:
P.O. Box 4451
Houston, Tx. 77210

001094