**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 182**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

April 7, 1997

Received of Tracy Swearingen the sum of Three Thousand dollars ($3,000.00) as partial payment on attorney fee for Kenneth Barrett. Balance of Two Thousand ($2,000.00) due before Preliminary Hearing. An Additional sum of Twenty-Five Hundred ($2,500.00) due if case goes to Jury Trial.

**Bill Ed Rogers**
**Attorney at Law**

Kenneth Barrett    age 36

DATE
774-0845

① His house →
② Back to his house — No one there
③ Then went to his Mothers, went next door to Phylle's, his Aunt, then went over to his grand-mother he was in barn.

Arrested 3 weeks ago on warrant on case he was paying on was Current

Frank Lloyd =

Last week in feb - Frank Lloyd came to him wanted him to make buy -
3 buys then you go free =

PREPARED BY

PAGE



PURCHASER'S COPY OF PERSONAL MONEY ORDER DRAWN ON OFFICE SHOWN HERE ON

71406

4-17 19 97

86-1234/1031

$ 825.00

FOR

NOT NEGOTIABLE

The customer producing the Personal Money Order form, corresponding in number and amount to that shown hereon, agrees to insert thereon in ink, the date, payee, his/her signature and address and assumes responsibility for all events made possible by his/her failure to do so.
SAVE THIS COPY FOR YOUR RECORD

L BANK OF SALLISAW
ESTABLISHED 1928
SAW, OKLAHOMA 74955

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,
                    Plaintiff,

vs.                                                No. CF-97-86

BARRETT, KENNETH EUGENE         ,
                    Defendant.                  SEQUOYAH COUNTY, OKLAHOMA
                                                        FILED
                                                IN DISTRICT COURT

                A F F I D A V I T                    MAR 2 4 1997

State of Oklahoma   )                          BERNELL EDWARDS, COURT CLERK
County of Sequoyah  ) ss.                      BY _____ DEPUTY

        DET. LARRY BLOUNT        , of lawful age and being first duly
sworn upon an oath, deposes and says:

        On December 19, 1996 AT APPROXIMATELY 1310 HOURS, AN AGENT
PURCHASED ONE-QUARTER (1/4) GRAM OF METHAMPHETAMINE FROM
Kenneth EUGENE BARRETT OF MCKEY, SEQUOYAH COUNTY, OKLAHOMA.
THIS AGENT USED TWENTY-FIVE DOLLARS ($25.00) OF OKLAHOMA STATE
BUREAU OF NARCOTICS (OBN) OFFICIAL ADVANCED FUNDS DURING THE BUY.

        SURVEILLANCE DURING THE BUY WAS MADE BY THIS OFFICER AND
ANOTHER AGENT OF THE OBN.

        Based on this information, the undersigned prays that this
Honorable Court issue a finding of fact that probable cause exists
to believe that a crime has been committed and that there is
probable cause to believe the defendant(s) above named committed
that crime.

        FURTHER AFFIANT SAYETH NOT.

                                        _____

        Subscribed and sworn to before me this 18th day of
March      , 1997.

MY COMMISSION EXPIRES:
3-23-2000                               _____
                                        NOTARY PUBLIC

                        FINDING OF PROBABLE CAUSE

        The undersigned Judge of this Court, upon sworn testimony
and/or affidavit, hereby determines there to be probable cause to
detain the defendant(s).
        DATED this 24th day of March , 1997.

                                        _____
                                        JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | SEQUOYAH COUNTY, OKLAHOMA |
| Plaintiff, | ) | FILED |
| | ) | IN DISTRICT COURT |
| vs. | ) | No. CF-97-86 |
| | ) | |
| KENNETH EUGENE BARRETT | ) | MAR 2 4 1997 |
| DOB: ███61 | ) | |
| DL/SS ██████-9952 | ) | BERNELL EDWARDS, COURT CLERK |
| Defendant. | ) | BY _____ DEPUTY |

## I N F O R M A T I O N

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that KENNETH EUGENE BARRETT did, in Sequoyah County, and in the State of Oklahoma, on the 19th day of December, in the year of our Lord, One Thousand, Nine Hundred and Ninety-Six and before the presentment hereof, commit the crime of

UNLAWFUL DELIVERY OF A CONTROLLED DRUG -63 O.S. 2-401
On the day and year in the County and State aforesaid, said KENNETH EUGENE BARRETT did unlawfully, wilfully and feloniously deliver and distribute METHAMPHETAMINE to one Kevin Ottwell, said drug being classified as a controlled dangerous substance in Schedule II of the Uniform Controlled Dangerous substances Act of this State,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

By _____
Assistant District Attorney

STATE OF OKLAHOMA )
                  ) ss.
COUNTY OF SEQUOYAH)
Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____

Subscribed and sworn to before me this 24th day of March, 1997.

My Commission Expires:
_6/28/99_

_____
NOTARY PUBLIC

WITNESSES:
Kevin Ottwell          OBN, 3313 W. 45th St., Tulsa, OK
Robert Jerome          OBN, 3313 W. 45th St., Tulsa, OK
Chemist                OSBI Lab, Tahlequah, OK
Larry Blount           Sallisaw Police Dept., Sallisaw, OK

KENNETH EUGENE BARRETT

DB: 6/29/61 #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

AU: MALE

# WARRANT

STATE OF OKLAHOMA,
COUNTY OF SEQUOYAH—ss.

THE STATE OF OKLAHOMA, to any Sheriff, Constable, Marshal or Policeman in the above named County and State:

Information upon oath having been this day laid before me that the crime of UNLAWFUL DELIVERY OF A CONTROLLED DRUG has been committed, and accusing KENNETH EUGENE BARRETT thereof.

You are therefore commanded forthwith to arrest the above named KENNETH EUGENE BARRETT and bring him before me at SALLISAW, OK or, in the case of my absence or inability to act, before the nearest or most accessible magistrate in this county.

Dated at _____, this ___24___ day of ___March___, 19_77_.

_____
Judge of the District Court.

The Defendant is to be admitted to bail in the amount of ___

No Band to be set
Rev - DMS
4-3-97

Prel 8-27-97 @ 1:30      Dusty (court Reporter)
Sprouse

Kevin Ottwell                          St. # Lab
@ OBN                                   St #2 Report
7 years -

63 os  - Street Drug.
Undercover

Dec 19, 1996
      Tulsa — Sallisaw

Larry Blount — Frank Lloyd
Meet a Cooperative Individual — CIR —

went to McKey Community —>

dfpid   Senged Story wood frome Cabin —
Was told he could meet defendant
✶ Deft come out of house →
✶ overheard conversation (told us) Parts of it
Went to door went into room
On Right — obtained from ? was
divided up on top of dresser ⇒
Paid the defendant $25.⁰⁰ in cash —
$20 bill and a five Dollar bill
Went back to Sallisaw Police Dept.

KENNETH BARRETT
VIAN, OK
DOB: ███ 61
Caucasian:Male

Case No. CM-95-496

# WARRANT

STATE OF OKLAHOMA,
COUNTY OF SEQUOYAH—ss.

THE STATE OF OKLAHOMA, to any Sheriff, Constable, Marshal or Policeman in the above named County and State:

Information upon oath having been this day laid before me that the crime of _____ Violation of Protective Order _____ has been committed, and

accusing ___ Kenneth Barrett _____ thereof.

You are therefore commanded forthwith to arrest the above named _____ Kenneth Barrett _____

and bring h__im before me at _____ Sallisaw, OK _____

or, in the case of my absence or inability to act, before the nearest or most accessible magistrate in this county.

Dated at _____, this _____17th_____ day of __October_____, 19 95.

_____
Judge of the District Court.

The Defendant is to be admitted
to bail in the amount of $2000.00

# APPLICATION FOR STAY OF EXECUTION ON FINES/COSTS

CHECK ONE _____ I plan to pay before 3:30 pm today

_____ I plan to pay within 48 hours ___✓_ I want extended time to pay

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties, including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the below information is true and complete.

SIGNATURE _Kenneth Barrett_ DATE _____ 10-4-96

CASE # _96-64/96-258/95-496_ DATE OF BIRTH _____ 61

SS# _____ 9952 FINE/COST _$757_

LAST NAME _Barrett_ FIRST _____ MI ____

STREET _____ CITY _Vian_ PHONE _775-6969_

EMPLOYER _Freman Construction Ft. Smith_ HOW LONG _1 yr_ PHONE _____

EARNINGS _on Weather_ Depends per _$8⁰⁰_ #hrs/wk _30 hrs_ paydates _Fridays_

## IF PAYING BEFORE 3:30 PM TODAY: STOP HERE

MARITAL STATUS SINGLE _✓_ MARRIED ____ DIVORCED ____
SEPERATED ____ WIDOW/ER ____ COMMON LAW ____

Names and Ages of Children _Toby Barrett Son_
List others living in household  NAME      RELATIONSHIP    EMPLOYER    INCOME

_____

_____

AMOUNT OF CASH WITH YOU $ _300⁰⁰_      Saving/Checking Accounts $ _O_
Property, Investments, Assets $ _Land - House - 30,000⁰⁰ to 40,000⁰⁰_    _O_
I AM SUPPORTED BY: _____  Do you receive housing assistance _No_
        Monthly Expenses:
Alimony/Child Support _O_    Rent _O_
Social Security _O_          Food _150.⁰⁰_
Pension/Retirement _O_       Utilities _40.⁰⁰_
Welfare _O_                  Child Care _O_
Food Stamps _O_             Medical _O_
Unemployment _O_            TOTAL$ _190.⁰⁰_
My Gross Monthly Earning _800.⁰⁰_
Other Income Support _O_ Source _____

DRIVERS LICENSE # _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_ STATE _OK_ EXP.DATE _Suspened_
VEHICLES YOU OWN OR USE: YEAR  MAKE/MODLE  MONTHLY PAYMENTS
_1973 - Dodge Truck 1968 Truck 1965 - Ford Car_
_1969 - Chevy Truck 1965 - Chevy Truck 1962 - Chevy Truck_

BENCH WARRANT ON INDICTMENT OR INFORMATION.

STATE OF OKLAHOMA,)

Sequoyah County        )

IN District COURT

THE STATE OF OKLAHOMA

vs.

Kenneth Barrett

███████████ Vian, OK
Defendant.

No. CM-96-64
Bond $3000.00

THE STATE OF OKLAHOMA

To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma—Greeting:

Whereas an   information   having been   filed

on the   20th   day of   February   A. D. 19 96  , in the District Court of

Sequoyah County, State of Oklahoma, charging   Kenneth Barrett

with the crime of  Attempting to elude, DUS III and

Failure to appear.

You are therefore commanded forthwith to arrest the above named   Kenneth Barrett

and bring him before*   Judge of the District Court

or if the said Court have adjourned for the

term that you deliver him into the custody of the Sheriff of Sequoyah County, Oklahoma.

Given under my hand with the seal of said Court affixed, this   23rd   day of

February   A. D. 19  96

By order of the Court.

Bernell Edwards
Court Clerk.

By Patty Lasiter
Deputy.

*See Sec. 5384, Wilson's Statutes.

*10-4-96*

STATE OF OKLAHOMA
OFFICE OF THE DISTRICT ATTORNEY
DISTRICT 27

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

SEQUOYAH COUNTY
120 EAST CHICKASAW
SALLISAW, OK 74955
(918) 775-9131

RE:    State v. _Barrett_ CRM _96-64_
                                                        _96-258_
Preliminary Hearing Date _____ _95-496_

Dear

    I have reviewed the above referenced file and, in order to streamline plea negotiations, convey the following recommendation:

1. Number of years: _____
2. Subject to PSI reserving right to object to a deferred or or suspended:  Yes _____  No _____
3. Fine: $_____
4. Victim of Crime Fund: $_____ .
5. Drug Enforcement Fund: $_____
6. Restitution: $_____
7. Hours of Community Service: _____
8. Other:

    I reserve the right to change this recommendation until your client's acceptance.  Please contact me if you have additional information or questions.

Thank you for your consideration in this matter.

Sincerely,

_Faye Jeane_
Assistant District Attorney

*96-64*
*I ( 1 yr susp*
*CC ( 1 yr susp*
*~~250~~ 100*
*~~125~~ 25*
*+ costs*

*96-258.*
*1 yr susp*
*~~250~~ 100*
*~~125~~ 25*
*+ costs*

*95-496*
*1 yr susp*
*~~250~~ 100*
*~~125~~ 25*
*+ costs*

*CC*

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA )
            Plaintiff )
            )
VS. )
*Kenneth Barrett* )   CASE NUMBER: CM-96-64
           )               CM-96-258
           )               CM-96-496
D.O.B ███ /6 / )
DATE 10-4-96

FAYE TEAGUE
Assistant District Attorney
NONE
Defendant's Attorney

RULE 8 HEARING
(summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES, IT IS HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

$ 50.°° ON OR BEFORE 10-4-96 BY 4:00 P.M. AND

$ 150.°° ON OR BEFORE 11-4-96 BY 4:00 P.M. , THEN

$ 150.°° PER MONTH ON OR BEFORE THE 4th DAY OF EACH MONTH WITH LIKE SUMS ON THE SAME DATE THEREAFTER UNTIL PAID IN FULL; OR THE BALANCE IN FULL ON OR BEFORE THE _____ DAY OF _____ 199_ BY _____ P.M. OR,

IT IS FURTHER ORDERED THAT DEFENDANT MAKE ALL PAYMENTS IN PERSON AT THE OFFICE OF THE COURT CLERK.
COMMENTS:

TOTAL TO PAY $

_____
DEFENDANT

_____
JUDGE OF THE DISTRICT COURT

\* Defendant is further ordered to notify the Collections Adm. of any change of address, telephone, employment or income.

**BYRD'S WRECKER SERVICE**
618 Sequoyah
SALLISAW, OKLAHOMA 74955
Phone 775-3661 (24 Hours) or 775-4725
49119W

No. 49 50

Miko

| Name | | Date of Order |
|------|--|------|
| Kenny Tripp TT | | 3-16- |
| Address | | |
| | | C,74 |
| City | Phone | Date Promised |
| Sallisaw OK | | |
| Customer's Order No. | Order Written By | |
| | Mike | |
| Year, Make, Model | Serial No. | License No. |
| 4x4 | | |
| 62 Chevy | Motor No. | Speedometer |

| | AMOUNT | |
|---|---|---|
| TIME IN: Hold for Lic DR. | | |
| TIME OUT: Insurance / Proof of | | |
| | | |
| | | |
| | | |
| Paid | | |
| OK | Storage | 10 | 00 |
| | Total Labor | | |
| 1072 | Total Parts | | |
| | DPS Charge | 15 | 00 |
| | Hook Up | 3 1 | 15 |
| | Tow | | |
| I hereby authorize the above repair work to be done along with the necessary materials. You and your employees may operate above vehicle for purposes of testing, inspection, or delivery at my risk. An express mechanics lien is acknowledged on above vehicle to secure the amount of repairs thereto. It is also understood that you will not be held responsible for loss or damage to cars or articles left in cars in case of fire, theft or any other cause beyond your control. | Mileage | 4 | 50 |
| | Tax | | |
| SIGNATURE | TOTAL | 6 0 | 97 |

State of Oklahoma

Jud. Dist.

Municipal Court

**COUNTY OF SEQUOYAH**

N 000881

NAME:

## SUMMONS

The undersigned, being duly sworn upon his oath deposes and says that:

| on or about (date) | at (24 hour time) | at or near (location) |
|---|---|---|
| | | |

| County Number | 68 | | East Control-Int. | | | | North Location | | | |
|---|---|---|---|---|---|---|---|---|---|---|

within the city, county and state aforesaid:

| Name (last, first, middle) | Phone number |
|---|---|
| | |

Address

City

State OK

Zip Code

| Birthdate (mo., day, yr.) | Height 5'10 | Weight 1 | Race W | Sex M | Class | Endorsements |
|---|---|---|---|---|---|---|

Driver License Number

Month/Year    State

First

| Employer | Did Unlawfully | Operate ☐ | Park ☐ |
|---|---|---|---|

| Vehicle-Make | Year | Body Style-Color | Tag Number | Year | State |
|---|---|---|---|---|---|

| Commercial Motor Vehicle | Y | N ☑ | ☐ Haz. Mat. Placard | ACCIDENT: | ☐ PD | ☑ PI | ☐ FATALITY |
|---|---|---|---|---|---|---|---|

Middle

and did then and there commit the following offense:

| | | Pace ☐ | Radar ☐ | Plane ☐ | Other ☐ |
|---|---|---|---|---|---|
| SPEEDING | MPH in _____ MPH Zone | | | | |

Other Violation:

Contrary to Statute/Ordinance:

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

_____    _____ Badge No._____ Dist._____
Signature of Officer                    Date

Sworn to and subscribed before me this _____ day of _____ 19____

_____
Name and Title

My Commission Expires _____

Court Appearance: ____ day of _____ , 19 ___ , at _____ M

(DPS USE)

Address of Court **120 E. CHICKASAW St. SALLISAW, OK**

NOTICE: Release upon personal recognizance for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.

based upon a signed written promise to appear

WITHOUT ADMITTING GUILT, I promise to appear in said court at said time and place.

X SIGNATURE: _____

(CHECK ONLY ONE BOX)

| Signed Personal Recognizance ☐ | Bond Attached ☐ | Magistrate ☐ | Jail ☑ | Other ☐ |
|---|---|---|---|---|

| ☐ JUVENILE | Name of Parent or Guardian _____ Address _____ |
|---|---|

Officer's Remarks:

| AREA: | ☐ business | ☐ industrial | ☐ school | ☐ residential | ☑ rural |
|---|---|---|---|---|---|
| HIGHWAY TYPE: | | | 4 or more ☐ undivided | 4 or more ☐ divided | on/off ☐ ramp |
| | ☐ 1 lane | ☑ 2 lane | ☐ 3 lane | | |

**State of Oklahoma** )
**COUNTY OF SEQUOYAH** ) ss

Municipal Court

No. 000880

## SUMMONS

The undersigned, being duly sworn, upon his oath deposes and says that:

| on or about (date) | at (24 hour time) | at or near (location) |
|---|---|---|

| County Number | 63 | East Control-Int. | | | North Location | | |
|---|---|---|---|---|---|---|---|

within the city, county and state aforesaid:

Name (last, first, middle)                    Phone number

| City | | State | | Zip Code |
|---|---|---|---|---|

| Birthdate (mo., day, yr.) | Height | Weight | Race | Sex | Class | Endorsements |
|---|---|---|---|---|---|---|
| | | | W | M | | |

| License Number | | Month/Year | State |
|---|---|---|---|

| Employer | | Did Unlawfully | Operate ☒ | Park ☐ |
|---|---|---|---|---|

| Vehicle-Make | Year | Body Style-Color | Tag Number | Year | State |
|---|---|---|---|---|---|
| CHEV | | | | | |

| Commercial Motor Vehicle | Y | N | ☐ Haz. Mat. Placard | ACCIDENT: ☐ PD ☐ PI ☐ FATALITY |
|---|---|---|---|---|

and did then and there commit the following offense:

| | Pace ☐ | Radar ☐ | Plane ☐ | Other ☐ |
|---|---|---|---|---|

SPEEDING ___ MPH in ___ MPH Zone

Other Violation:

Contrary to Statute/Ordinance:

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents hereof and that the facts supporting the criminal charge stated therein are true.

_____ _____ Badge No. ____ Dist. ____
Signature of Officer     Date

Sworn to and subscribed before me this ___ day of _____ 19___

_____     My Commission
Name and Title     Expires _____

Court Appearance: ___ day of _____, 19___, at ___ M     (DPS USE)

Address of Court **120 E. CHICKASAW SALLISAW, OK**

NOTICE: Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.

WITHOUT ADMITTING GUILT, I promise to appear in said court at said time and place.

X SIGNATURE: _____

(CHECK ONLY ONE BOX)

| Signed Personal Recognizance ☐ | Bond Attached ☐ | ☐ Magistrate | ☐ Jail | ☐ Other |
|---|---|---|---|---|

☐ JUVENILE     Name of Parent or Guardian _____
Address _____

Officer's Remarks:

| AREA: HIGHWAY TYPE: | ☐ business | ☐ industrial | ☐ school | ☐ residential | ☒ rural |
|---|---|---|---|---|---|
| | ☐ 1 lane | ☒ 2 lane | | or more ided / 4 or more ☐ divided | on/off ☐ ramp |

---

OKLAHOMA DEPARTMENT OF PUBLIC SAFETY
OKLAHOMA UNIFORM VIOLATIONS COMPLAINT

Case No. _____ Docket No. _____ Page No. ____
State of Oklahoma
County of _____ ) ss    In The District Court

## SUMMONS     DPS 891958

The undersigned, being duly sworn, upon his oath deposes and says that:

| on or about (date) | at (24 hour time) | at or near (location) |
|---|---|---|

| County Number | | East Control-Int. | | | North Location | | |
|---|---|---|---|---|---|---|---|

within the city, county and state aforesaid:

Name (last, first, middle)                    Phone Number

Address

| City | | State | | Zip Code |
|---|---|---|---|---|

| Birthdate (mo., day, yr.) | Height | Weight | Race | Sex | Class | Endorsements |
|---|---|---|---|---|---|---|

| Driver License Number | | Month/Year | State |
|---|---|---|---|

| Employer | | Did Unlawfully | Operate ☐ | Park ☐ |
|---|---|---|---|---|

| Vehicle-Make | Year | Body Style-Color | Tag Number | Year | State |
|---|---|---|---|---|---|

| Commercial Motor Vehicle | Y | N | ☐ Haz. Mat. Placard | ACCIDENT: ☐ PD ☐ PI ☐ FATALITY |
|---|---|---|---|---|

and did then and there commit the following offense:

| | Pace ☐ | Radar ☐ | Plane ☐ | Other ☐ |
|---|---|---|---|---|

SPEEDING ___ MPH in ___ MPH Zone

Other Violation:

Contrary to Title ___ Section ___ Oklahoma Statutes

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

_____ _____ Badge No. ____ Troop ____
Signature of Officer     Date

Sworn to and subscribed before me this ___ day of _____ . 19___

_____     My Commission
Name and Title     Expires _____

Court Appearance: ___ day of _____, 19___, at ___ M     (DPS USE)

Address of Court _____

NOTICE: Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.

WITHOUT ADMITTING GUILT, I promise to appear in said court at said time and place.

X Signature _____

(CHECK ONLY ONE BOX)

| Signed Personal Recognizance ☐ | Bond Attached ☐ | ☐ Magistrate | ☐ Jail | ☐ Other |
|---|---|---|---|---|

☐ Share the RD     Name of Parent or Guardian _____
☐ Juvenile     Address _____

Officer's Remarks:

| AREA: HIGHWAY TYPE: | ☐ business | ☐ industrial | ☐ school | ☐ residential | ☐ rural |
|---|---|---|---|---|---|
| | ☐ 1 lane | ☐ 2 lane | ☐ 3 lane | 4 or more ☐ undivided | 4 or more ☐ divided | on/off ☐ ramp |

OKLAHOMA UNIFORM VIOLATIO. OMPLAINT

State of Oklahoma   CM-96-64

COUNTY OF SEQUOYAH   ) ss

Ct. I      № J00881

( Jud. Dist. ) Court
Municipal

## COMPLAINT - INFORMATION

The undersigned, being duly sworn, upon his oath deposes and says that:

| on or about (date) | at (24 hour time) | | | at or near (location) | | |
|---|---|---|---|---|---|---|
| 2-17-96 | 12:07 | | | 2Mi w of Coffmans store | | |
| County Number 68 | East Control-Int. | | | North Location | | |

within the city, county and state aforesaid:

Name (last, first, middle)            Phone number
Barrett Kenneth Eugue        775-6969

Address

City  Vian      State OK      Zip Code 74962

| Height | Weight | Hair | Sex | Class | Endorsements |
|---|---|---|---|---|---|
| 5'10 | 180 | W | M | | |

Month/Year          State
none

Employer

|  | Did Unlawfully | Operate ☐ | Park ☐ |
|---|---|---|---|

| Vehicle Make | Year | Body Style-Color | Tag Number | Year | State |
|---|---|---|---|---|---|
| Chev | 69 | P/u Blu | none | | |

Commercial Motor Vehicle  Y  N ☒   ☐ Haz. Mat. Placard   ACCIDENT: ☐ PD  ☐ PI  ☐ FATALITY

and did then and there commit the following offense:

|  |  |  | Pace ☐ | Radar ☐ | Plane ☐ | Other ☐ |
|---|---|---|---|---|---|---|
| SPEEDING | MPH in | MPH Zone | | | | |

Other Violation: Attempting To Elude a Police Officer

Contrary to Statute/Ordinance:

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

Terry Mathis   2-17-96   Badge No. 825   Dist. Seq
Signature of Officer      Date

Sworn to and subscribed before me this _____ day of _____ 19____

_____      My Commission Expires _____
Name and Title

Court Appearance 21 day of feb , 19 96 , at 900 A M      (DPS USE)

Address of Court 120 E. CHICKASAW SALLISAW, OK

NOTICE: Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.

WITHOUT ADMITTING GUILT, I promise to appear in said court at said time and place.

X SIGNATURE: _Kenneth Barrett_
(CHECK ONLY ONE BOX)

| Signed Personal Recognizance ☐ | Bond Attached | | Magistrate ☐ | Jail ☐ | Other ☐ |
|---|---|---|---|---|---|
| ☐ JUVENILE | Name of Parent or Guardian _____ | | | | |
|  | Address _____ | | | | |

Officer's Remarks:

_____
_____

| AREA: HIGHWAY TYPE: | ☐ business | ☐ industrial | ☐ school | ☐ residential | ☒ rural |
|---|---|---|---|---|---|
|  | ☐ 1 lane  ☒ 2 lane  ☐ 3 lane | | 4 or more ☐ undivided | 4 or more ☐ divided | ☐ on/off ☐ ramp |

---

AHOMA UNIFORM VIOLATIONS COMPLAINT

State of Oklahoma   CM-96-64

COUNTY OF SEQUOYAH   ) ss

Ct. II      № J0088

( Jud. Dist. ) Court
Municipal

## COMPLAINT - INFORMATION

The undersigned, being duly sworn, upon his oath deposes and says that:

| on or about (date) | at (24 hour time) | | | at or near (location) | | |
|---|---|---|---|---|---|---|
| 2-17-96 | 17:07 | | | 2Mi w of Coffmans Sto | | |
| County Number 68 | East Control-Int. | | | North Location | | |

within the city, county and state aforesaid:

Name (last, first, middle)            Phone number
Barrett Kenneth Eugue

Address

City  Vian      State OK      Zip Code 74962

Birthdate (mo., day, yr)  -61

| Height | Weight | Race | Sex | Class | Endorsements |
|---|---|---|---|---|---|
| 5'10 | 150 | W | M | | |

Drivers License Number

Month/Year          State
none

Employer

|  | Did Unlawfully | Operate ☒ | Park ☐ |
|---|---|---|---|

| Vehicle Make | Year | Body Style-Color | Tag Number | Year | State |
|---|---|---|---|---|---|
| Chev | 69 | P/u Blu | none | | |

Commercial Motor Vehicle  Y  N   ☐ Haz. Mat. Placard   ACCIDENT: ☐ PD  ☐ PI  ☐ FATALITY

and did then and there commit the following offense:

|  |  |  | Pace ☐ | Radar ☐ | Plane ☐ | Other ☐ |
|---|---|---|---|---|---|---|
| SPEEDING | MPH in | MPH Zone | | | | |

Other Violation: D.U.S.  III

Contrary to Statute/Ordinance:

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

Terry L. Mathis   2-17-96   Badge No. 825   Dist. Seq.
Signature of Officer      Date

Sworn to and subscribed before me this _____ day of _____ 19____

_____      My Commission Expires _____
Name and Title

Court Appearance 21 day of feb , 19 96 , at 8:00 A M      (DPS USE)

Address of Court 120 E. CHICKASAW SALLISAW, OK

NOTICE: Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.

WITHOUT ADMITTING GUILT, I promise to appear in said court at said time and place.

X SIGNATURE: _Kenneth Barrett_
(CHECK ONLY ONE BOX)

| Signed Personal Recognizance ☐ | Bond Attached | | Magistrate ☐ | Jail ☒ | Other ☐ |
|---|---|---|---|---|---|
| ☐ JUVENILE | Name of Parent or Guardian _____ | | | | |
|  | Address _____ | | | | |

Officer's Remarks:

| AREA: HIGHWAY TYPE: | ☐ business | ☐ ind' | | |
|---|---|---|---|---|
|  | ☐ 1 lane  ☒ | | | |

PlAP The game And
that was the exact words
he use. They have
treated wrong I fill
I thout there Job
was to protect and
serere
have I got sereved
right.

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

State of Oklahoma,                    )
        Plaintiff,                    )
                              )
        VS.                    )                    CRM- ~~96 - 258~~
                              )
~~Kenneth Barrett~~                    )
                              )
_____    )
        **Defendant**

## ORDER TO APPEAR FOR DISPOSITION

You are hereby ordered to appear the __16__ day of __August__, 199_6_ at __9:30__ A. M. You should report to the Court Clerk's office on the second floor of the Sequoyah County Courthouse in Sallisaw. You should report thirty minutes prior to your appearance time. **NO Further Notice Will Be Given.**

Dated this __19th__ day of __July__, 199_6_

_____
**Judge of the District Court**

    I understand I have been charged with a misdemeanor crime and must appear for a dispositional docket for the Court's review of my case. The purpose of the dispositional docket is to give me a chance to visit with an attorney from the District Attorney's Office. After the visit, if a plea bargain is reached, I may enter a plea of guilty in exchange for the state's recommendation. If no agreement is possible then I may request a jury trial.

    <u>Most Importantly</u> I understand that my failure to appear at the date and time given above will result in the issuance of a warrant for my arrest and that my present bond will be forfeited.

_____
**Defendant**

## KEEP THIS FOR YOUR RECORDS AS NO FURTHER NOTICE WILL BE GIVEN

Gold - Defendant's Copy

# SUBPOENA - - - Criminal Action

STATE OF OKLAHOMA,
Sequoyah County, } SS:        IN DISTRICT COURT        CASE No.   CRM–_____
In the Name of the State of Oklahoma                                        CRF –**97-86**

To **FRANK LLoyd**
**DisI. ATTy's Office**
**Sequoyah County Courthouse, Sallesow, OR**_____, GREETING:

YOU ARE COMMANDED to appear before the District Court of the County of Sequoyah, at the Court House in Sallisaw, State of Oklahoma, on the ____**27 ᵗʰ**____ day of ____**August**____, 19**97** at the hour of __**1.00**__ o'clock in the __**After**__ noon of said day, and remain in attendance on call of said court from day to day and term to term until lawfully discharged, as a witness in a criminal action prosecuted by the State of Oklahoma, against **Kenneth Barrett**____ on behalf of the ____**Defendant**____

Dated at Sallisaw, in said Sequoyah County, the __**25ᵗʰ**__ day of ____**August**____, 19**97**
Hereof fail not, under penalty of law.

**Bernell Edwards , Court Clerk**

By _____

                                                                                    Deputy

# SUBPOENA - - - Criminal Action

STATE OF OKLAHOMA, }
Sequoyah County, } SS:        IN DISTRICT COURT        CASE No.   CRM–_____
                                                                  CRF – 97-86

In the Name of the State of Oklahoma    /

To FRANK LLoyd
   Dist. Atty's Office
   Sequoyah County Courthouse, Sallesow, OR _____, GREETING:

YOU ARE COMMANDED to appear before the District Court of the County of Sequoyah, at the Court House in Sallisaw, State of Oklahoma, on the ____27th____ day of __August__, 1997 at the hour of __1.00__ o'clock in the __After__ noon of said day, and remain in attendance on call of said court from day to day and term to term until lawfully discharged, as a witness in a criminal action prosecuted by the State of Oklahoma, against Kenneth Barrett on behalf of the __Defendant__

Dated at Sallisaw, in said Sequoyah County, the __25th__ day of __August__, 19__97__
Hereof fail not, under penalty of law.

Bernell Edwards, Court Clerk

By _____

                                        Deputy

## SUBPOENA - - - Criminal Action

STATE OF OKLAHOMA,⎱ SS:     IN DISTRICT COURT     CASE No.  CRM–_____
Sequoyah County, ⎰                                        CRF – 97-86

In the Name of the State of Oklahoma

To  FRANK LLoyd
Dist. Atty's Office
Sequoyah County Courthouse, Sallisaw, OK _____, GREETING:

YOU ARE COMMANDED to appear before the District Court of the County of Sequoyah, at the Court House in Sallisaw, State of Oklahoma, on the ____27th____ day of ___August___, 1997 at the hour of __1.00__ o'clock in the __After__ noon of said day, and remain in attendance on call of said court from day to day and term to term until lawfully discharged, as a witness in a criminal action prosecuted by the State of Oklahoma, against _Kenneth Barrett_ on behalf of the ___Defendant___

Dated at Sallisaw, in said Sequoyah County, the __25th__ day of ___August___, 19_97_
Hereof fail not, under penalty of law.

Bernell Edwards, Court Clerk

By _Patty Lasiter_

Deputy

# OKLAHOMA STATE BUREAU OF INVESTIGATION

Tahlequah Regional Laboratory
P.O. Box 767
Tahlequah, OK 74465
(918) 456-0653

## CRIMINALISTICS EXAMINATION REPORT

| | |
|---|---|
| LAB NO.: | 97-1078 |

Reported To: OBNDD
Address: 3313 W. 45th
Tulsa, Oklahoma  74107

Date Received: 01-29-97
Date Reported: 04-30-97
Classification of Case: Drugs

Submitted By: Kevin Ottwell, OBN
By Cert. Mail Z 346 910 200

Suspect(s): Kenny BARRETT, WM

Victim(s):

**Description of Evidence:**
Sealed manilla envelope containing sealed evidence envelope with OBN seal #28610 containing manilla envelope containing:
#T1    Small ziplock plastic bag containing cellophane wrapper containing off white powder, net weight: 0.15 gram.
#T2    Piece of notebook paper with writing.

**Analysis of Evidence:**

| ITEMS: | ANALYSIS: |
|---|---|
| #T1 | Methamphetamine, Schedule II. |
| #T2 | Not analyzed. |

DWR/cr

Dennis W. Reimer
Senior Criminalist

Pursuant to Title 22 O.S. Section 751,
I hereby certify that I am maker of
this document, and that it is a true and
correct report of the findings of the
Oklahoma State Bureau of Investigation
Criminalistics Laboratory.



*Aug 27, 1997 @ 1:00 p.m.*

**DIANNE BARKER HARROLD**
DISTRICT ATTORNEY

STATE OF OKLAHOMA
**OFFICE OF THE DISTRICT ATTORNEY**
DISTRICT 27

SEQUOYAH COUNTY
120 EAST CHICKASAW
SALLISAW, OK 74955
(918) 775-9131

RE:   State v. *Barrett*  CF- *97-86*

~~Preliminary Hearing~~ Date *7-2-97*

Dear

I have reviewed the above referenced file and, in order to streamline plea negotiations, convey the following recommendation:

1. Number of years: *15 yr susp. sent*
2. Subject to PSI reserving right to object to a deferred or suspended:  Yes _____  No _____
3. Fine: $ *1000*
4. Victim of Crime Fund: $ *250*
5. Drug Enforcement Fund: $ *100*
6. Restitution: $ *$150 lab fee*
7. Hours of Community Service: _____
8. Other: *Court Costs*

I reserve the right to change this recommendation until your client's acceptance.  Please contact me if you have additional information or questions.

Thank you for your consideration in this matter.

*R+c prob.*
*w/ substance abuse tx*

Sincerely,

_____
Assistant District Attorney

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA          ) | |
|           Plaintiff,     ) | |
|                  ) | |
| vs.                             ) | Case No CF-97-86 |
|                  ) | |
| KENNETH EUGENE BARRETT ) | |
|          Defendant.    ) | |

*FILED IN DISTRICT COURT, SEQUOYAH COUNTY, OKLAHOMA SEP 1 1 1998 BY BERNELL EDWARDS, COURT CLERK DEPUTY*

## MOTION TO WITHDRAW

COMES NOW Bill Ed Rogers, Attorney for the Defendant, and moves this Court for its Order allowing him to withdraw as the Attorney of Record for this Defendant, Kenneth Eugene Barrett and in support of said Motion would show to this Court that during the last telephonic conversation with this Defendant the Defendant stated that he had lost confidence in movant's ability to represent this Defendant. That due to the statements of Defendant this Attorney can no longer continue in his capacity as Attorney in this case.

WHEREFORE, movant request that he be allowed to withdraw from further representation of the Defendant in this matter.

BILL ED ROGERS, OBA #7713
Attorney for Defendant
1103 E. Cherokee
Sallisaw, Ok   74955
(918) 776-0430

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA )
            Plaintiff, )
  )
vs. )
  )
KENNETH EUGENE BARRETT )
           Defendant. )

Case No CF-97-86

## MOTION TO WITHDRAW

COMES NOW Bill Ed Rogers, Attorney for the Defendant, and moves this Court for its Order allowing him to withdraw as the Attorney of Record for this Defendant, Kenneth Eugene Barrett and in support of said Motion would show to this Court that during the last telephonic conversation with this Defendant the Defendant stated that he had lost confidence in movant's ability to represent this Defendant. That due to the statements of Defendant this Attorney can no longer continue in his capacity as Attorney in this case.

WHEREFORE, movant request that he be allowed to withdraw from further representation of the Defendant in this matter.

BILL ED ROGERS, OBA #7713
Attorney for Defendant
1103 E. Cherokee
Sallisaw, Ok 74955
(918) 776-0430

# BILL ED ROGERS
**1103 E. CHEROKEE**
**SALLISAW, OK  74955**
**918-776-0430   FAX 918-775-559**

May 4, 1998

Mr. Kenneth Barrett
███████████████
Vian, Ok   74962

Kenny:

       Since I have not received a response to my letter of March 25, 1998,  I need for you to contact me concerning my representation of you in the pending case.

Respectfully,

Bill Ed Rogers
Attorney at Law
1103 E. Cherokee
Sallisaw, Ok   74955
(918) 776-0430

March  25, 1998


Mr. Kenneth Barrett
████████████
Vian, OK  74962

Kenny:

You need to contact me, my records show there is a balance of $2,000.00 owed on your attorney fees at this time.

Respectfully,


Bill Ed Rogers
Attorney at Law
1103 E. Cherokee
Sallisaw, OK 74955
918-776-0430

BER/car



SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 0 4 1997

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

STATE OF OKLAHOMA
OFFICE OF THE DISTRICT ATTORNEY
DISTRICT 27

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

SEQUOYAH COUNTY
120 EAST CHICKASAW
SALLISAW, OK 74955
(918) 775-9131

TO:  **BILL ED ROGERS**
     Attorney for Defendant

CASE NO. CF-97-86
State vs.
KENNETH BARRETT

Pursuant to Title 22, Section 258 of Oklahoma State Statutes, please be informed that the criminal file relating to the above captioned case is available for your inspection at least five (5) working days prior to the scheduled preliminary hearing date.

Please feel free to come by the District Attorney's office to inspect the file and contents.

Thank you!

DIANNE BARKER HARROLD
District Attorney

BY: _____
    Assistant District Attorney
    Sequoyah County

**CERTIFICATE OF MAILING**

I hereby certify that on the _4th_ day of **August**, 1997, the foregoing notice was mailed, postage thereon fully prepaid, to said attorney of record:

BILL ED ROGERS
Attorney at Law
303 Fryar Drive
Sallisaw, OK

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

STATE OF OKLAHOMA
          Plaintiff,

vs.

Case No. CF-97-86

SEP 2 1998

KENNETH BARRETT,
          Defendant.

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

## MOTION TO PRODUCE

**COMES NOW** the State of Oklahoma and moves that the District Court order the Defendant to provide the State with notice of insanity defense, notice of alibi defense, the names and addresses of all defense witnesses to be called at trial and the production of all reports and exhibits to be offered into evidence.

The State requests that the Defendant produce and disclose the following material:

1. Notice of the use of Insanity Defense to include the names and addresses of any experts and copies of all reports made or used in the examination of the defendant. The names, addresses and witness statements relating to any mental defects or conditions of the defendant that the defense plans on introducing into evidence. Further, that said notice be provided at least twenty days prior to trial. 22 O.S.A. Section 1176.

2. Written notice of the full names and addresses of all alibi witnesses to include the date, time and place of the alleged alibi together with the witness statement or summaries to those facts. Further that said notice be given at least ten days prior to trial. See 22 O.S.A. Section 585.

3. The names and addresses of all witnesses the defense will call at trial together with their written or recorded statements or summaries of the same at least ten days prior to trial.

4. The production of all written exhibits, physical evidence, photographs, mental or physical examination reports and any other scientific report or statement that the defense intends to offer into evidence at least ten days prior to trial.

In support of the State's motion, the State would cite <u>Allen v. District Court of Washington County, State of Oklahoma</u>, 803 P.2d 1164 (Okl.Cr. 1990). The State further requests the Court exclude any evidence or witness' testimony that is offered by the defense not provided sooner than ten days prior to trial.

Respectfully submitted,

DIANNE BARKER HARROLD, DISTRICT ATTORNEY

BY: _____
     ASSISTANT DISTRICT ATTORNEY

CERTIFICATE OF MAILING

Reports made or used in the examination of the defendant. The names, addresses and witness statements relating to any mental defects or conditions of the defendant that the defense plans on introducing into evidence. Further, that said notice be provided at least twenty days prior to trial. 22 O.S.A. Section 1176.

2. Written notice of the full names and addresses of all alibi witnesses to include the date, time and place of the alleged alibi together with the witness statement or summaries to those facts. Further that said notice be given at least ten days prior to trial. See 22 O.S.A. Section 585.

3. The names and addresses of all witnesses the defense will call at trial together with their written or recorded statements or summaries of the same at least ten days prior to trial.

4. The production of all written exhibits, physical evidence, photographs, mental or physical examination reports and any other scientific report or statement that the defense intends to offer into evidence at least ten days prior to trial.

In support of the State's motion, the State would cite <u>Allen v. District Court of Washington County, State of Oklahoma</u>, 803 P.2d 1164 (Okl.Cr. 1990). The State further requests the Court exclude any evidence or witness' testimony that is offered by the defense not provided sooner than ten days prior to trial.

Respectfully submitted,

DIANNE BARKER HARROLD, DISTRICT ATTORNEY

BY: _____
    ASSISTANT DISTRICT ATTORNEY

## CERTIFICATE OF MAILING

I hereby certify that on the ___24___ day of ___September___, 1998, I mailed a true and correct copy of the above and foregoing Motion to:

Bill Ed Rogers
Attorney at Law
1103 E. Cherokee
Sallisaw, OK 74955

attorney for the defendant herein with sufficient postage prepaid thereon.

_____



| | OFFICE OF THE DISTRICT ATTORNEY | |
|---|---|---|
| DIANNE BARKER HARROLD<br>DISTRICT ATTORNEY<br>STATE OF OKLAHOMA<br>DISTRICT 27 | | SEQUOYAH COUNTY<br>120 E. Chickasaw<br>Sallisaw, OK 74955<br>(918) 775-9131<br>FAX: (918) 775-1215 |

September 2, 1998

Bill Ed Rogers
Attorney at Law
1103 E. Cherokee
Sallisaw, OK 74955

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP  2 1998

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

RE:  STATE vs. Kenneth Barrett
     Case No. CF-97-86

Dear Bill Ed:

The above captioned case has been scheduled by Judge Garrett for the September Jury Docket.

Please consider this letter an offering to allow you to pickup at this office all discovery materials in the District Attorney's possession so that discovery can be accomplished in a timely manner.

If you wish to discuss this case further please feel free to call or come by and see me.

Sincerely,

S. STEPHEN BARNES
ASSISTANT DISTRICT ATTORNEY

SSB:gb

# BILL ED ROGERS
### 1103 E. CHEROKEE
### SALLISAW, OK   74955
### 918-776-0430   FAX 918-775-5591

September 14, 1998

Kenneth Barrett

Vian, Ok   74962

In Re: State v. Kenneth Barrett
       CRF-97-86
       Sequoyah County Case

Kenneth:

Enclosed is a copy of my Motion to Withdraw, which was filed last Friday. It is my understanding that Judge Garrett has set this motion for hearing on September 24, 1998, at the hour of 9:00 a.m.. If you cannot get a new Attorney before that date you can either ask for more time or if you can't afford one you can ask the Court to appoint one for you.

As a result of my withdrawing from your case the date of your trial will also have to be moved.

Respectfully,

Bill Ed Rogers
1103 E. Cherokee
Sallisaw, Ok  74955