**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 183**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

## IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF THE STATE OF OKLAHOMA SITTING IN AND FOR CHEROKEE COUNTY

THE STATE OF OKLAHOMA,  )
          Plaintiff,  )
  )
vs.  )
  )
CHARLES E. SANDERS  )
  )
ADDR: ▮▮▮▮▮▮▮  )
    Oologah, OK  )    Case No. CM-2008-1525
SSN: ▮▮9539  )
DOB: ▮▮/66  )
  )
      Defendant,  )

### INFORMATION

FOR:

**COUNT 1:    PETIT LARCENY~ 21 O.S. § 1704 a MISDEMEANOR**

### STATE OF OKLAHOMA, COUNTY OF CHEROKEE:

I, **Jerry S. Moore**, the undersigned District Attorney of said County, in the name and by the authority, and on behalf of the State of Oklahoma, give information that in said County of Cherokee and in the State of Oklahoma, **CHARLES E. SANDERS**, did then and there unlawfully, willfully, knowingly and wrongfully commit the crime(s) of:

**COUNT 1    PETIT LARCENY~ a MISDEMEANOR**, on or about the 21st day of October, 2008, by taking and concealing a belt, a cap and some watches with a value of less than $200 that belonged to Wal Mart without the consent of Wal Mart and with the intent to deprive Wal Mart permanently.

**This crime is punishable by imprisonment for up to 6 months or a fine of $10-$500, or both.**

JERRY S. MOORE
DISTRICT ATTORNEY

By: _____
David Pierce
Assistant District Attorney

### WITNESSES ENDORSED FOR THE STATE OF OKLAHOMA

Jason H. Girdner, Tahlequah Police Department, 101 S Cherokee, Tahlequah OK 74464
Tyler O'Neal, Wal Mart, 2020 S Muskogee, Tahlequah OK 74464
Danny McClain, Wal-Mart, 2020 S. Muskogee, Tahlequah OK 74464



## IN THE DISTRICT COURT OF CHEROKEE COUNTY, STATE OF OKLAHOMA

**STATE OF OKLAHOMA**
**VS.**

*Charles Sanders*

CASE NO: *CF 98-111*                                    Fine(s)          Cost(s)

*Cm-08-1525*

DOB _____ D.L.# _____                    sub-totals _____

Address _____                                    TOTALS _____

CITY _____ STATE _____ ZIP _____

DATE: *10/22/08*          MINUTE ORDER: *P.C. Hearing*

*Petit Larceny*                          *$1600*
*Possession of CDS*                      *$2000*

*CF 98-111*          ~~No Bond~~   *$250 Cash bond*

**DEFENDANT IS ORDERED BACK:** *Oct 24*, 200*8* @ *8:30* ,  *A*m.

Payments of fines, costs, fees, etc. shall be payable by money orders or cashier's checks (no personal checks or cash)
Include your name and case number - Payments shall be paid to the following entities:

| FINES AND COURT COSTS | RESTITUTION | DRUG FUND |
|---|---|---|
| Total of _____ | Total of _____ | Total of _____ |
| Payable in monthly payments of | Payable in monthly payments of | Payable in monthly payments of |
| _____ for _____months | _____ for _____months | _____ for _____months |
| 1st payment due: _____ | 1st payment due: _____ | 1st payment due: _____ |
| **Payable to:** | **Payable to:** | **Payable to:** |
| Cherokee County Court Clerk 213 W. Delaware, room 302 Tahlequah, OK 74464 | Office of District Attorney Cherokee County Courthouse 213 W. Delaware Tahlequah, OK 74464 | Office of District Attorney Cherokee County Courthouse 213 W. Delaware Tahlequah, OK 74464 |

**I, THE DEFENDANT, UNDERSTAND THAT I MUST PAY AND COMPLETE ALL THE THINGS LISTED ABOVE AND MUST APPEAR BACK IN COURT ON THE DATE AND TIME SET FORTH ABOVE OR I WILL BE ARRESTED AND JAILED!**

X _____                          _____
DEFENDANT                          DISTRICT COURT JUDGE

_____                          _____
DEFENDANT'S ATTORNEY                ASSISTANT DISTRICT ATTORNEY

# APPEARANCE BOND

S.A. & I. 408 (1993)

FILED
STATE OF OKLAHOMA
CHEROKEE COUNTY

2008 OCT 28  AM 8: 51

SHIRLEY GLORY
COUNTY CLERK

IN THE DISTRICT COURT OF _Cherokee_ COUNTY, STATE OF OKLAHOMA

State of Oklahoma,
      Plaintiff,

_____D.C.

vs. _Charlie Edmond Sanders_
      Defendant

Case No. _CM-08-1525_

Know all men by these presents, that we the above named defendant, as principal, and the undersigned _Renee Allen_ as surety(ies), personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of _One Thousand_ Dollars ($_1,000_) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named ,defendant, who has been committed to the county jail of _Cherokee_ County, State of Oklahoma, shall personally appear before the _____ Court of said County on the _24_ day of _Oct_, _2008_, at _8:30_ o'clock _A_ .M., of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of _Petit Larc._ _____ and shall not depart the said Court without leave and shall obey any order issued by said Court, then this bond shall be void; otherwise, this bond shall remain in full force and effect.

Witness our hands and seals this _22_ day of _Oct_ ,_2008_ .

_____ Principal_ P.O. Box 663 Oghabah OK_ Address
_Renee Allen_ Surety_ 8630 Hwy 10 Tal_ _74053_Address
_____ Surety_ _____ Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this _22_ day of _Oct_ , _2008_ .

_____ Court Clerk _____ Sheriff

_Jequeta Kilpatrick_ Deputy _Jequeta Kilpatrick_ Deputy

This undertaking approved this _23_ day of _Oct_ , _2008_

_S. Glory_ _____ Court Clerk

_C. Hall_ _____ Deputy

(SEAL)

## AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, _Cherokee_ COUNTY, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of _Rogers_
County, State of Oklahoma,

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as one who commits perjury.

_Renee Allcox_                                    _8630 Hwy 10 Tahlequah OK_
Affiant                                           Address

Subscribed and sworn to before me this _____ day of _____, _____

(SEAL)
My Commission Expires:                            _____
                                                  Court Clerk - Notary Public
_____                 _____
                                                  Deputy

## QUALIFICATION OF SURETY
### 12 O.S. 1991,§62

STATE OF OKLAHOMA        )                                 Amount of Bond

POWER OF ATTORNEY

# RENEE MORTON
### PROFESSIONAL BONDSPERSON
8630 Highway 10, Tahlequah, OK 74464 · Phone (918) 458-9188

№  1 2 9 1 3

**KNOW ALL MEN BY THESE PRESENTS:** that RENEE MORTON, a professional bondsperson licensed by the State of Oklahoma, does constitute and appoint the below agent as my attorney-in-fact to execute bail bonds only in my name and on my behalf as surety. This power must be attached to and filed with the bail bond written on the defendant below named.

## THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED.

Dated this _22_ day of _Oct._, 20_08_. Bond Amount _1,000_ Premium $_100_

Defendant (Name) _Charles Edmond Sanders_                     D.O.B. _1-11-66_

Case No. _____ Offense _Pet. Larc._

Appearance Date _10-24-08_ Court/County _Cherokee_         City _Tah_, Oklahoma

Date of Discharge _____ SS# [redacted] _-9539_ If Rewrite - Original Power No. _____

                                                  _Renee Allcox_

Executing Agent                                   **RENEE MORTON**, Professional Bondsperson

That the assessed valuation of the above described property is $_____
Assessed valuation on tax rolls          $_____
Times 4 for total assessed valuation      _____
Less encumbrances                         _____
Market value                              _____

## WAIVER OF HOMESTEAD EXEMPTION
Comes now _____ and _____,owners
of the real property described in this undertaking, and state(s) that __ he __ hereby waive(s) any homestead exemption __ he __ may hold in and to such property.

_____

_____

## AFFIDAVIT FOR CASH BOND

I am worth, over and above all exemptions, debts, and liabilities, the sum of
                                                  ($ ).

# IN THE DISTRICT COURT OF CHEROKEE COUNTY, STATE OF OKLAHOMA

**STATE OF OKLAHOMA**
**VS.**

*Charles Sanders*

Fine(s)          Cost(s)

**CASE NO:** _CM 08-1525_

_CF 98-111_

DOB          D.L.#

sub-totals

**TOTALS**

STATE OF OKLAHOMA
CHEROKEE COUNTY
FILED
2008 OCT 28 PM 2: 20
SHIRLEY GLORY
COUNTY CLERK
BY ___ D.C.

Address

CITY      STATE          ZIP

DATE: _10/28/08_          **MINUTE ORDER:** _1pm IA_

_△ PNG    J. Ourleys  FSD_

**DEFENDANT IS ORDERED BACK:** _Nov 24_ , 200 _8_ @ _9:00_ . _A_ m.

Payments of fines, costs, fees, etc. shall be payable by money orders or cashier's checks (no personal checks or cash)
Include your name and case number - Payments shall be paid to the following entities:

| FINES AND COURT COSTS | RESTITUTION | DRUG FUND |
|---|---|---|
| Total of _____ | Total of _____ | Total of _____ |
| Payable in monthly payments of | Payable in monthly payments of | Payable in monthly payments of |
| _____ for _____ months | _____ for _____ months | _____ for _____ months |
| 1st payment due: _____ | 1st payment due: _____ | 1st payment due: _____ |
| **Payable to:** | **Payable to:** | **Payable to:** |
| Cherokee County Court Clerk | Office of District Attorney | Office of District Attorney |
| 213 W. Delaware, room 302 | Cherokee County Courthouse | Cherokee County Courthouse |
| Tahlequah, OK 74464 | 213 W. Delaware | 213 W. Delaware |
| | Tahlequah, OK 74464 | Tahlequah, OK 74464 |

**I, THE DEFENDANT, UNDERSTAND THAT I MUST PAY AND COMPLETE ALL THE THINGS LISTED ABOVE AND MUST APPEAR BACK IN COURT ON THE DATE AND TIME SET FORTH ABOVE OR I WILL BE ARRESTED AND JAILED!!**

X _Charles Sanders_                          _District Court Judge_
DEFENDANT                                DISTRICT COURT JUDGE

_____          _____
DEFENDANT'S ATTORNEY                ASSISTANT DISTRICT ATTORNEY

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, STATE OF OKLAHOMA

**STATE OF OKLAHOMA**

VS.

Charles ~~~~ J Sanders

CASE NO: ~~~~~~

CF-98-111
CM-08-1525

|  | Fine(s) | Cost(s) |
|---|---|---|
| sub-totals |  |  |
| TOTALS |  |  |

DOB          D.L.#

Address

CITY     STATE     ZIP

DATE: 11-24-08          MINUTE ORDER: BWUA

*As bondsperson R. Alcox called to inform Court that I had eye sx. and could not travel for 10 days. I ordered to appear w/ note from Dr. and sign this minute w/in 10 days of this minute.*

FILED STATE OF OKLAHOMA CHEROKEE COUNTY
2008 NOV 25 AM 8:...
SHIRLEY GLORY COUNTY CLERK
BY...

**DEFENDANT IS ORDERED BACK:** 12/22 , 200 8 @ 9:00 , A m.

Payments of fines, costs, fees, etc. shall be payable by money orders or cashier's checks (no personal checks or cash)
Include your name and case number - Payments shall be paid to the following entities:

FINES AND COURT COSTS

Total of _____
Payable in monthly payments of
_____ for _____ months
1st payment due: _____

**Payable to:**

Cherokee County Court Clerk
213 W. Delaware, room 302
Tahlequah, OK 74464

RESTITUTION

Total of _____
Payable in monthly payments of
_____ for _____ months
1st payment due: _____

**Payable to:**

Office of District Attorney
Cherokee County Courthouse
213 W. Delaware
Tahlequah, OK 74464

DRUG FUND

Total of _____
Payable in monthly payments of
_____ for _____ months
1st payment due: _____

**Payable to:**

Office of District Attorney
Cherokee County Courthouse
213 W. Delaware
Tahlequah, OK 74464

**I, THE DEFENDANT, UNDERSTAND THAT I MUST PAY AND COMPLETE ALL THE THINGS LISTED ABOVE AND MUST APPEAR BACK IN COURT ON THE DATE AND TIME SET FORTH ABOVE OR I WILL BE ARRESTED AND JAILED!!**

_____
DEFENDANT

_____
DEFENDANT'S ATTORNEY

_____
DISTRICT COURT JUDGE

_____
ASSISTANT DISTRICT ATTORNEY

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, STATE OF OKLAHOMA

**STATE OF OKLAHOMA**

**VS.**

*Charles Edmond Sanders*

CASE NO: *CF-98-111*

*CM-08-1525*

|  | Fine(s) | Cost(s) |
|---|---|---|
| sub-totals | | |
| TOTALS | | |

**DOB**          **D.L.#**

**Address**

**CITY          STATE          ZIP**

**DATE:** *12-22-08*          **MINUTE ORDER:**

*△ pres w/out his attorney Rob Cowan. Case reset to FSD.*

**DEFENDANT IS ORDERED BACK:** *January 26*, 200 *9* @ *9* *A* m.

Payments of fines, costs, fees, etc. shall be payable by money orders or cashier's checks (no personal checks or cash)
Include your name and case number - Payments shall be paid to the following entities:

| FINES AND COURT COSTS | RESTITUTION | DRUG FUND |
|---|---|---|
| Total of _____ | Total of _____ | Total of _____ |
| Payable in monthly payments of | Payable in monthly payments of | Payable in monthly payments of |
| _____ for _____ months | _____ for _____ months | _____ for _____ months |
| 1st payment due: _____ | 1st payment due: _____ | 1st payment due: _____ |
| **Payable to:** | **Payable to:** | **Payable to:** |
| Cherokee County Court Clerk | Office of District Attorney | Office of District Attorney |
| 213 W. Delaware, room 302 | Cherokee County Courthouse | Cherokee County Courthouse |
| Tahlequah, OK 74464 | 213 W. Delaware | 213 W. Delaware |
| | Tahlequah, OK 74464 | Tahlequah, OK 74464 |

**I, THE DEFENDANT, UNDERSTAND THAT I MUST PAY AND COMPLETE ALL THE THINGS LISTED ABOVE AND MUST APPEAR BACK IN COURT ON THE DATE AND TIME SET FORTH ABOVE OR I WILL BE ARRESTED AND JAILED!!**

_____
**DEFENDANT**

_____
**DEFENDANT'S ATTORNEY**

_____
**DISTRICT COURT JUDGE**

_____
**ASSISTANT DISTRICT ATTORNEY**

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, STATE OF OKLAHOMA

**STATE OF OKLAHOMA**

**VS.**

*Charles Edmond Sanders*

|  | Fine(s) | Cost(s) |
|---|---|---|

**CASE NO:** *CF-98-111*
*CM-08-1525*

DOB _____ D.L.# _____

sub-totals _____

TOTALS _____

Address _____

CITY    STATE    ZIP

DATE: *1-26-09*    MINUTE ORDER: _____

Δ's atty called and in jury trial

750

**DEFENDANT IS ORDERED BACK:** *2/23*, 200*9* @ *9:00* A.m.

Payments of fines, costs, fees, etc. shall be payable by money orders or cashier's checks (no personal checks or cash) Include your name and case number - Payments shall be paid to the following entities:

| FINES AND COURT COSTS | RESTITUTION | DRUG FUND |
|---|---|---|
| Total of _____ | Total of _____ | Total of _____ |
| Payable in monthly payments of | Payable in monthly payments of | Payable in monthly payments of |
| _____ for _____ months | _____ for _____ months | _____ for _____ months |
| 1st payment due: _____ | 1st payment due: _____ | 1st payment due: _____ |
| **Payable to:** | **Payable to:** | **Payable to:** |
| Cherokee County Court Clerk | Office of District Attorney | Office of District Attorney |
| 213 W. Delaware, room 302 | Cherokee County Courthouse | Cherokee County Courthouse |
| Tahlequah, OK 74464 | 213 W. Delaware | 213 W. Delaware |
|  | Tahlequah, OK 74464 | Tahlequah, OK 74464 |

**I, THE DEFENDANT, UNDERSTAND THAT I MUST PAY AND COMPLETE ALL THE THINGS LISTED ABOVE AND MUST APPEAR BACK IN COURT ON THE DATE AND TIME SET FORTH ABOVE OR I WILL BE ARRESTED AND JAILED!!**

_____
DEFENDANT

_____
DISTRICT COURT JUDGE

_____
DEFENDANT'S ATTORNEY

_____
ASSISTANT DISTRICT ATTORNEY

IN THE DISTRICT COURT OF THE 15TH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR CHEROKEE COUNTY

STATE OF OKLAHOMA,       )
        Plaintiff,       )
                         )
                         )       CF-1998-111
vs.                      )       CM-2008-1525
                         )
CHARLES SANDERS,         )
        Defendant.       )

## MOTION FOR CONTINUANCE

COMES NOW, the Defendant, Charles Sanders, by and through his attorney, Rob Cowan, and moves this court to continue the Hearing in above entitled case. In support of this motion the defendant presents the statements in the attached affidavit. This motion is being presented in the interest of justice and not for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, the Defendant, Charles Sanders, respectfully requests this court to grant a continuance in the above entitled cases.

Respectfully submitted,

Rob Cowan, OBA#16413
Attorney for Defendant
P.O. Box 41
Poteau, OK 74953
(918) 649-0675

## CERTIFICATE OF DELIVERY

I certify that on the 10th day of February, 2009, I delivered a true and correct copy of the above Entry of Appearance to: Office of District Attorney, Cherokee County Courthouse, 213 W. Delaware Tahlequah, OK 74464

Rob Cowan

## AFFIDAVIT

STATE OF OKLAHOMA )
) ss
COUNTY OF LEFLORE )

I, Rob Cowan, affiant, of lawful age, being first duly sworn upon my oath, state the following:

1) I am the attorney of record for Charles Sanders in the above entitled case;

2) The above entitled case is set for Hearing on February 23, 2009.

3) Attorney for Defendant will be in Haskell County in Trial

4) This motion is in good faith and not for purposes of unnecessary delay.

Rob Cowan, Affiant

Subscribed and sworn to before me this 10th day of February, 2009.

IN THE DISTRICT COURT OF THE 15TH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR CHEROKEE COUNTY

STATE OF OKLAHOMA,               )
     Plaintiff,                  )
                        )    CF-1998-111
vs.                              )    CM-2008-1525
                        )
CHARLES SANDERS,                 )
     Defendant.                  )

DATE: February 10, 2009                      JUDGE: Pursley

## ORDER FOR CONTINUANCE

Now on this 10th day of February, 2009, this matter come before the Court on the Defendant's

Motion for Continuance. The Court finds that for good cause shown, the above entitled shall be

continued.

IT IS THEREFORE ORDERED, that the above entitled case are continued at the defendant's

request. This matter is set for Hearing on the **23, day of March, 2009 at 9:00 o'clock A.M.**

IT IS SO ORDERED

_____
Judge of the District Court

cc:     Office of the District Attorney
     Cherokee County Courthouse

     Rob Cowan
     Attorney for the Defendant



IN THE DISTRICT COURT IN AND FOR CHEROKEE COUNTY

STATE OF OKLAHOMA

STATE OF OKLAHOMA,              )
        Plaintiff,             )
                               )
vs.                            )    Case No. CRM-87- 743
                               )
CHARLES E. SANDERS             )
                               )
        Defendant.             )

INFORMATION FOR:
ASSAULT AND BATTERY

                    INFORMATION

STATE OF OKLAHOMA       )
                        )  ss
COUNTY OF CHEROKEE      )

    I, the undersigned District Attorney of said County, in the name
by the authority, and on behalf of the State of Oklahoma, give
information, that on or about the 13th day of October, 1987, in said
County of Cherokee and State of Oklahoma one, CHARLES E. SANDERS, did
then and there unlawfully, willfully, and wrongfully commit an assault
and battery upon the person of one TERESA TAYLOR, by then and there
striking and beating her about the head and body with his hands and
fists with force and violence and with the unlawful intent to do her
corporal hurt and bodily injury,

21-644

contrary to the form and statute in such cases made and provided and
against the peace and dignity of the state.


STATE OF OKLAHOMA       )
                        )  ss
COUNTY OF CHEROKEE      )

    I do hereby solemnly swear that I have read the above and
foregoing information, know the content thereof, and that the
statements therein contained are true.

                    _Teresa Taylor_

Subscribed and sworn to before me this 14th day of October, 1987.

                    _Corence L. Longly_
                    NOTARY PUBLIC
My Commission Expires:  11/7/89

    I hereby state that I have examined the facts herein and
recommend that a warrant issue.

            GERALD HUNTER, DISTRICT ATTORNEY

            BY: _____

        WITNESSES FOR THE STATE OF OKLAHOMA
Keith Howell, P.O. Box 176, Ft. Gibson, Ok.
Teresa Taylor, Rt. 2 Box 115, Ft. Gibson, Ok.
Mike Stillwell, Rt.2 Box 115, Ft. Gibson, Ok.
Ernie Tiger, 213 W. Delaware, Tahlequah, Ok.


                    RECORDED  425
                    BOOK ____ PAGE 186

IN THE DISTRICT COURT IN AND FOR CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,          )
                           )
          Plaintiff,       )
                           )
     vs.                   )          Case No. CRM-87- 743
                           )
                           )
     CHARLES E. SANDERS    )
                           )
                           )
          Defendant(s).    )

AFFIDAVIT

The undersigned upon oath deposes and states as follows, to-wit:

That the above named defendant, CHARLES E. SANDERS, forcibly entered the home of Teresa Taylor and struck and beat her on the head and body with his fists.

Based on this information, the undersigned prays that this Honorable Court issue a finding of fact that probable cause exists to believe that a crime has been committed and that there is probable cause to believe the defendant(s) above named committed that crime.

_Teresa Taylor_
AFFIANT

SUBSCRIBED and sworn to before me this ___14th___ day of
___October___, 19 87.

_Connie L. Longley_
NOTARY PUBLIC

My Commission Expires:
~~11/7/89~~

FINDING OF PROBABLE CAUSE

The undersigned Judge of this Court, upon sworn testimony and/or affidavit, herein determines there to be probable causes to detain the defendant(s).

DATED this ___14th___ day of ___October___ 19 87.

_____
ASSOCIATE DISTRICT JUDGE

WARRANT OF ARREST -- DISTRICT COURT--    DAY OR NIGHT          NO. _CRM-87-_ 143

STATE OF OKLAHOMA     } SS.
CHEROKEE COUNTY

TO THE SHERIFF OF THE COUNTY OF CHEROKEE: OR TO ANY SHERIFF, CONSTABLE, MARSHAL OR POLICEMAN

OF THIS STATE: COMPLAINT ON OATH HAVING BEEN THIS DAY LAID BEFORE ME, THAT THE CRIME OF

___ASSAULT AND BATTERY_ 500.00 _____

    BOND:    $ _____

_____

_____

_____

_____

5'5", 115 lbs.
w/m dob: ████ /66    ████    Sallisaw, Ok.

HAS BEEN COMMITTED, AND ACCUSING  CHARLES E. SANDERS _____  THEREOF:

YOU ARE THEREFORE COMMANDED, FORTHWITH TO ARREST THE ABOVE NAMED _____

___CHARLES E. SANDERS_____ AND BRING HIM BEFORE ME AT MY OFFICE IN SAID COUNTY, TO

ANSWER SAID CHARGE.

DATED AT TAHLEQUAH, THIS_ 14th ___ DAY OF ____October_____, 1987

WITNESS MY HAND AND OFFICAL SEAL.    _____
                                        JUDGE OF THE DISTRICT COURT


                              RETURN OF SERVICE

STATE OF OKLAHOMA, COUNTY OF CHEROKEE, SS.

    RECEIVED THIS WRIT THE _____ DAY OF _____ 19_____, AND EXECUTED IT BY

ARRESTING THE WITHIN NAMED _____ AND NOW HAVE HIS BODY BEFORE

THE COURT.

FEES-SERVICE AND RETURN OF WRIT    $_____

SERVICE ON FIRST PERSON            $_____

SERVICE-ADDITIONAL PERSONS         $_____

BRINGING PRISONER INTO COURT       $_____

ATTENDING EXAMINATION              $_____

MILEAGE _____ MILES

_____           $_____

_____           $_____
                                                    _____
                                                             SHERIFF

TOTAL --------------------         $_____

IN THE DISTRICT COURT IN AND FOR CHEROKEE COUNTY
DIVISION, STATE OF OKLAHOMA

STATE OF OKLAHOMA

_____ Plaintiff,

·vs·

CHARLES E. SANDERS

EVELYN SANDERS
                          Defendant.

CASE NO.
CRF-87-298
~~CRF-87-299~~
~~CRF-87-300~~
~~CRM-87-743~~

**COURT MINUTE**
**(Summary)**

WILLIAM H. BLISS _____ JUDGE.

_____ REPORTER.

DATE: 10/16/87 _____ TIME: _____

APPEARANCES:    Plaintiff's attorney DOAK WILLIS _____

Defendant's attorney  S. DAN GEORGE _____

Other _____

CAUSE COMES ON FOR: ARRAIGNMENT  PLEA  NOT GUILTY
                    AT REQUST MR. WILLIE

RULING/FINDING BY COURT: DEFENDANT'S BOND IS SET AT $3000.00 FOR EACH DEFENDANT ON

ALL CASE'S: CRF-87-298, CRF-87-299, CRF-87-300, CRM-87-743

PRELIMINARY HEARING DATE IS SET FOR NOVEMBER 23, 1987 @ 1:30 p.m.

BEFORE JUDGE LYNN BURRIS.

_____ ORDERED TO DRAW JOURNAL ENTRY

☒ Clerk ordered to send stamped, filed copy.

WILLIAM H. BLISS
DISTRICT JUDGE

**CERTIFICATE OF MAILING**

Copy of the above minute was mailed on this 16 day of Oct , 19 87

to all attorneys of record as shown on the Civi Docket.

Deputy Court Clerk

SUBPOENA IN CRIMINAL CASE  -- DISTRICT COURT    M-87-743

STATE OF OKLAHOMA  )
                   ) ss
CHEROKEE COUNTY    )

THE STATE OF OKLAHOMA TO THE SHERIFF
OF CHEROKEE COUNTY

GREETINGS:

ORIGINAL

YOU ARE HEREBY COMMANDED to summons:

| | | |
|---|---|---|
| Keith Howell, | Ft. Gibson, Ok. 478-2500 | 11-11-87 MH |
| Teresa Taylor, | Ft. Gibson, Ok. | 11-11-87 MH |
| Mike Stillwell | Ft. Gibson, Ok. 478-4310 | 11-11-87 MH |
| Ernie Tiger, | Tahelquah, OK. | 11-10-87 MH |

to be and appear before the District Court of the County of Cherokee, at
Tahlequah, in said County, on the __23__ day of ___November___ A.D.,
19__87_, at __1:30__ o'clock __P_M., then and there to give testimony,
and the truth to say, in a certain case, pending in said Court, wherein
the State of Oklahoma prosecutes _____

____CHARLES E. SANDERS AND EVELYN SANDERS_____
on behalf of the STATE OF OKLAHOMA

HEREOF FAIL NOT, under penalty of law, and have you then and
there this writ.

Witness my hand and seal of this Court at Tahlequah, OK, this
__10__ day of ___November_____, A.D., 19_87____.

Please call this office, 456-6173
before time for the hearing so we
will be able to advise you at that
time, if the case will definitely
be heard.

OFFICE OF THE DISTRICT ATTORNEY

COURT CLERK

DEPUTY

STATE OF OKLAHOMA   )
                    ) ss
CHEROKEE COUNTY     )

This subpoena came into my hands this __10__ day of __Nov__
19 _87_, and I certify that I personally served the same on the within
named persons by reading the same to __all the above names___

_____

_____

in this County and delivering _____

a copy except _____

who were not found.
                                                     11-11-87

SHERIFF BY: _____ DEPUTY

IN THE DISTRICT COURT IN AND FOR CHEROKEE COUNTY

STATE OF OKLAHOMA

STATE OF OKLAHOMA,                                    )
                          PLAINTIFF                   )
                                                      )
VS.                                                   )        CRM 87-743
                                                      )
 Charles Sanders                                      )
                                          ,           )
                          DEFENDANT                   )

DISMISS ON COSTS

NOW, on this 23rd day of November , 19 87 , the

defendant appears ixxpexsxxxxxxdxby their attorney of record, Dan George
                                  at complaining witness' request,
_____, and xxxxxxxxxxxxxxxxxxxxXxxxxx, the case is hereby

dismissed upon payment of court costs.

_____
ASSOCIATE DISTRICT JUDGE

D.O.B. 01/11/66
SS#    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
DL#

BENCH WARRANT
=============================================================================
                                              Case No. CRM-1987-00743

        IN THE DISTRICT COURT OF CHEROKEE COUNTY, STATE OF OKLAHOMA:

THE STATE OF OKLAHOMA, TO ANY SHERIFF, CONSTABLE, OR POLICEMAN IN THIS STATE:

                        CHARLES EDMOND SANDERS

having been, on 03/21/2001, duly charged in the District Court of Cherokee

County, State of Oklahoma, of the crime of

            BENCH WARRANT-FAILURE TO PAY FINE AND COST
                    (ASSAULT AND BATTERY)

you are hereby commanded forthwith to arrest the above named:

                        CHARLES EDMOND SANDERS

                                    ,

and bring him/her before that Court for judgment, or if the Court has adjourned

for the term, you are to deliver him/her into the custody of the Sheriff of

Cherokee County, State of Oklahoma.

        Given under my hand, with the seal of said Court affixed on 03-22-2001

By order of the Court              M. MARGARET ROBBINS    , Court Clerk

_____
          Judge
Cash
Bond Amount: $ 116.00              By  C. Davis          , Deputy


=============================================================================
                            OFFICER'S RETURN

    I RECEIVED THIS BENCH WARRANT ON THE _____ DAY OF _____, _____, AND

EXECUTED SAME ON THE _____ DAY OF _____, _____, BY _____

_____

                                    _____SHERIFF

                            BY_____DEPUTY

IN THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

WARRANT RECALL NOTICE

CASE NUMBER: Crm 87- 743

DEFENDANT(S): Charles Edmond Sanders

DATE WARRANT
ISSUED: 3-21-01

TO:  COUNTY SHERIFF

YOU ARE HEREBY DIRECTED TO IMMEDIATELY RECALL THE WARRANT
IN THIS CASE WHICH WAS ISSUED ON THE ABOVE DATE.

M. MARGARET ROBBINS, COURT CLERK

BY: S. Glory                DEPUTY

ORIGINAL FILED AND COPY TAKEN TO CHEROKEE COUNTY SHERIFF ON THIS
15 DAY OF August ,20 01.

Recalled 8-15-2001

D.O.B. 01/11/66
SS#     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
DL#

BENCH WARRANT
==========================================================================
Case No. CRM-1987-00743

IN THE DISTRICT COURT OF CHEROKEE COUNTY, STATE OF OKLAHOMA:

THE STATE OF OKLAHOMA, TO ANY SHERIFF, CONSTABLE, OR POLICEMAN IN THIS STATE:

CHARLES EDMOND SANDERS

having been, on 03/21/2001, duly charged in the District Court of Cherokee

County, State of Oklahoma, of the crime of

BENCH WARRANT-FAILURE TO PAY FINE AND COST
(ASSAULT AND BATTERY)

you are hereby commanded forthwith to arrest the above named:

CHARLES EDMOND SANDERS

and bring him/her before that Court for judgment, or if the Court has adjourned

for the term, you are to deliver him/her into the custody of the Sheriff of

Cherokee County, State of Oklahoma.

Given under my hand, with the seal of said Court affixed on 03-22-2001

By order of the Court

_____
Judge

Cash
Bond Amount: $ 116.00

M. MARGARET ROBBINS _____, Court Clerk

By C. Davis _____, Deputy

==========================================================================
OFFICER'S RETURN

I RECEIVED THIS BENCH WARRANT ON THE _____ DAY OF _____, _____, AND

EXECUTED SAME ON THE _____ DAY OF _____, _____, BY _____

_____

_____SHERIFF

BY_____DEPUTY

IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR CHEROKEE COUNTY

STATE OF OKLAHOMA                    )
                                     )
        Plaintiff,                   )
                                     )
vs.                                  )    CASE NO. CF-98- 111
                                     )
CHARLES EDMOND SANDERS,              )
DOB: ███-66                          )
SS#: ███-9539                        )
                                     )
        Defendant.                   )

# INFORMATION

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

DIANNE BARKER-HARROLD, the District Attorney for Cherokee County, Oklahoma, charges
**Charles Edmond Sanders** with:

## UTTERING A FORGED INSTRUMENT

On or about April 13, 1998, in Cherokee County, Oklahoma, **Charles Edmond Sanders while
acting in concert with Teresa Lynn Jordan**, committed the crime of Uttering a Forged Instrument,
a felony in violation of 21 O.S. 1592, by uttering as true to Food 4 Less Grocery Store of Tahlequah a
check purporting to have been issued by Billy Tackett that stated as follows:

Check No. 2039

Pay to the Order of Food For Less        $333.61
Three Hundred Thirty-Three and 61/100 Dollars

with the intent to defraud and knowing that the check was forged. This crime is punishable by
imprisonment for up to 7 years.

DIANNE BARKER-HARROLD,
DISTRICT ATTORNEY

By _____
FRANK M. MEDEARIS
ASSISTANT DISTRICT ATTORNEY

STATE OF OKLAHOMA    )
                     ) ss.
COUNTY OF CHEROKEE )

I, Dale L. Glory, being duly sworn, on oath state, that I have read the above and foregoing
information and know the contents thereof and that the facts stated therein are true.

_____

Subscribed and sworn to before me this 21ˢᵗ day of April, 1998.

_____
Notary Public

My Commission Expires:
May 28, 1999

TSIO-1384

**WITNESSES:**
Dale L. Glory, TPD, 101 S. Cherokee, Tahlequah, OK
Billy Dowling, TPD, 101 S. Cherokee, Tahlequah, OK
Billy Ivan Tackett, P.O. BOX 501, Collinsville, OK 74021
Kendra Porter, 503 W. Allen Rd., #3A, Tahlequah, OK
Misti White, 216 W. Chickasaw, Tahlequah, OK

IN THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,         )
    Plaintiff,            )
                     )
                     )
vs.                       )    CASE NO. CF-98- 111
                     )
CHARLES EDMOND SANDERS,    )
    Defendant.            )

## AFFIDAVIT FOR PROBABLE CAUSE

The undersigned upon oath deposes and states as follows, to-wit:

This affiant hereby states that he is a detective with the Tahlequah City Police Department, Tahlequah, Cherokee County, Oklahoma. That on the 12th day of April, 1998, the Tahlequah City Police Department received a report from one Billy Tackett who stated that the drivers side window to his Dodge pickup truck had been broken and that someone had entered his truck and taken numerous personal items including a his check book. On April 15, 1998, check number 2039 on the account of Billy Tackett was uttered at Food 4 Less Grocery Store of Tahlequah, Cherokee County, Oklahoma. The cashier at the time requested identification from a gentleman, later identified as the defendant, Charles Edmond Sanders, who signed the check. Charles Edmond Sanders stated that he did not have any identification. The cashier then requested a check okay from management. The manager on duty requested identification from the female who was accompanying the defendant, later identified as Teresa Lynn Jordan.

On April 15, 1998, this affiant interviewed both Charles Sanders and Teresa Lynn Jordan and at that time they both confessed to uttering the forged check to Food 4 Less in the amount of $333.61.

Based on this information, the undersigned prays that this Honorable Court issue a finding of fact that probable cause exists to believe that a crime has been committed and that there is probable cause to believe the defendant above named committed that crime.

                                   _____
                                   AFFIANT

Subscribed and sworn to before me this 21st day of April, 1998.

                                   _____
                                   Notary Public

My Commission Expires:
    May 28, 1999

## FINDING OF PROBABLE CAUSE

The undersigned Judge of this Court, upon sworn testimony and/or affidavit, herein determines there to be probable cause to detain the defendant.

Dated this 22 day of April, 1998.

                                   _____
                                   JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT IN AND FOR CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA, )
      Plaintiff, )
     )   Case No. CF- 98-111
v. )
   Charles E. Sanders, )
      Defendant. )

## PERSONAL RECOGNIZANCE

I hereby request the Court to order my release on this Personal Recognizance. I understand that I am being charged with certain crimes and that I must appear in court on the date listed below and each time thereafter that the Court orders me to appear. I understand that if I do not appear a bench warrant will be issued for my arrest.

I have been advised that anyone so released who willfully fails to surrender himself/herself after violation of this order, by failing to appear in court, can be charged with Bailjumping and shall upon conviction be guilty of a felony and may be fined up to $5,000.00 or imprisoned for not more than two (2) years, or both.

I further understand that by completing this form and promising to return to court each time, I will be released from jail.

I also understand that it is my duty to keep the Court advised of any change of address, and that my failure to do so will constitute no excuse for my absence and the resulting consequences.

I promise to appear in Court on the __5th__ day of __May__, 19 98
at __1:50__ o'clock __P__.m.

_____
Defendant

_____
Address

Approved and Release Ordered:

Dated: __4/24/98__

_____
JUDGE OF THE DISTRICT COURT

**IN AND FOR THE DISTRICT COURT, CHEROKEE COUNTY**
**STATE OF OKLAHOMA**

STATE OF OKLAHOMA
                    PLAINTIFF,

VS.                                                CASE NO. CF 98-111

_Charles Sanders_
                    DEFENDANT,

DEFENDANT ENTERS A PLEA OF:
GUILTY: _____
NO CONTEST: _____
NOT GUILTY: _____

Δ FTA
B/W
$10,000 Bond

**ORDER**

YOU HAVE BEEN ASSESSED THE COST AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN

THE AMOUNT OF $ _____ .

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $ _____ TO BE PAID IN _____ INSTALLMENTS

OF $ _____ , PAYABLE ON THE _____ DAY OF_____

_____ 19 _____ AND CONTINUING THEREAFTER_____ ,

_____ UNTIL PAID IN FULL.

DEFENDANT IS ORDERED BACK: _____ _____ 199 ____ , AT _____ ____ . M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE, WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE.

1:00 P.M. ARRAIGNMENTS

DATED THIS __12TH__ DAY OF _____MAY_____ 19 __98__

I HAVE READ AND UNDERSTAND
THE ABOVE COURT ORDER.....        _____MARK L. DOBBINS_____
                                  JUDGE, CHEROKEE COUNTY, OKLAHOMA

_____
    DEFENDANT'S SIGNATURE

        MAKE MONEY ORDERS        M. MARGARET ROBBINS
           PAYABLE TO:           COURT CLERK

              MAIL TO:           213 W. DELAWARE, ROOM 302
                                 TAHLEQUAH, OK 74464

        SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
              INCLUDE CASE NUMBERS ON ALL MONEY ORDERS
                    NO PERSONAL CHECKS ACCEPTED
WHITE COPY COURT              YELLOW COPY D.A.              PINK COPY DEFENDANT

IN THE DISTRICT COURT IN AND FOR CHEROKEE COUNTY
STATE OF OKLAHOMA

WARRANT RECALL NOTICE

CASE NUMBER: CF-98-111

DEFENDANT: Charles Sanders

DATE WARRENT ISSUED: May 12, 1998

TO: Cherokee COUNTY SHERIFF

YOU ARE HEREBY DIRECTED TO IMMEDIATELY RECALL THE WARRENT
IN THIS CASE WHICH WAS ISSUED ON THE ABOVE DATE.

M. MARGARET ROBBINS,
COURT CLERK

BY: _____ Deputy

ORIGINAL FILED AND COPY TAKEN TO _____ COUNTY
SHERIFF THIS 22nd DAY OF May , 1998.

# IN AND FOR THE DISTRICT COURT, CHEROKEE COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA
_____
PLAINTIFF,

VS.                                     CASE NO. _CF-97-111_

_C. horeles  Sanders_
_____
DEFENDANT,

DEFENDANT ENTERS A PLEA OF:
GUILTY: _____
NO CONTEST: _____
NOT GUILTY: _____

### ORDER

YOU HAVE BEEN ASSESSED THE COST AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN

THE AMOUNT OF $ _____ .

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $ _____ TO BE PAID IN ____ INSTALLMENTS

OF $ _____ , PAYABLE ON THE _____ DAY OF _____

_____ 19 _____ AND CONTINUING THEREAFTER _____ ,

_____ UNTIL PAID IN FULL.

DEFENDANT IS ORDERED BACK: _____ _June 1_ 199 _8_ , AT _9:00_ _A_ , M,

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE, WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE.

DATED THIS _21_ DAY OF _May_ 19 _98_

I HAVE READ AND UNDERSTAND
THE ABOVE COURT ORDER.....
_____
JUDGE, CHEROKEE COUNTY, OKLAHOMA

_Charles Sanders_
DEFENDANT'S SIGNATURE

MAKE MONEY ORDERS          M. MARGARET ROBBINS
PAYABLE TO:                COURT CLERK

MAIL TO:                   213 W. DELAWARE, ROOM 302
                           TAHLEQUAH, OK 74464

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS
NO PERSONAL CHECKS ACCEPTED

WHITE COPY COURT          YELLOW COPY D.A.          PINK COPY DEFENDANT

*Recalled 5/22/98 by K. Spencer*

**ORIGINAL**

DAY OR NIGHT ARREST

COURT OF CHEROKEE COUNTY

BENCH WARRANT

STATE OF OKLAHOMA ) ) SS.   NO. CF-98-111

COUNTY OF CHEROKEE )

THE STATE OF OKLAHOMA

    TO THE SHERIFF OF CHEROKEE COUNTY, OKLAHOMA OR ANY SHERIFF OR DEPUTY SHERIFF OR ANY OTHER OFFICER AUTHORIZED BY LAW TO SERVE CRIMINAL PROCESS:

CHARLES SANDERS with the crime of FAILURE TO APPEAR

ADDRESS:
PLACE OF EMPLOYMENT
DOB: ███66    SS# ███-9539    SEX;
HGT:    WGT:    EYE:    RACE
TELEPHONE NUMBER:    BOND; $10,000.00

    YOU ARE THEREFORE COMMANDED forthwith to arrest the said CHARLES SANDERS and bring him/her before the Court of Cherokee County, Oklahoma, or if the Court be adjourned or be not in session that you retain him/her in your custody in the County Jail in the County in which you arrest him /her or that you deliver him/her into the custody of the Sheriff of Cherokee County, Oklahoma, subject to the further order of this Court.

    WITNESS my hand and seal of the Court of Tahlequah, Cherokee County, Oklahoma, this 12th day of May, 1998. A.D.

By Order of the Court
M. MARGARET ROBBINS, Court Clerk

By: K. Spencer
Deputy

OFFICER'S RETURN

    Received within Bench Warrant on _____ day of _____, 19___ at _____ o'clock ____. M. and executed the same in _____ County on the _____ day of _____, 19___, at _____ o'clock ____. M. by _____
_____
_____

    Dated this _____ day of _____, 19___.

FEES
Arrest _____ $_____
_____ Miles _____ $_____
Into Court _____ $_____
_____ $_____

_____, Sherif

By: _____, Deput

*Granted 5/27/98 by K. Homer*

# WARRANT OF ARREST ORIGINAL
## DAY OR NIGHT

CASE NO. CF-98- 111

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA    )
                     )ss.
CHEROKEE COUNTY      )

TO THE SHERIFF OF THE COUNTY OF CHEROKEE, OR TO ANY SHERIFF, CONSTABLE, MARSHAL OR POLICEMAN OF THIS STATE: COMPLAINT ON OATH HAVING BEEN THIS DAY LAID BEFORE ME, THAT THE CRIME OF

UTTERING A FORGED INSTRUMENT

HAS BEEN COMMITTED, AND ACCUSING **CHARLES EDMOND SANDERS** THEREOF.

BOND:$ 500.00

ADDRESS: ▇▇▇▇▇ SALLISAW, OKLAHOMA
DOB: ▇▇-66
SS#: ▇9539
RACE: White
SEX: Male
HEIGHT: 511
WEIGHT: 140
EYES: Brown
HAIR: Brown

YOU ARE THEREFORE COMMANDED, FORTHWITH TO ARREST THE ABOVE NAMED **CHARLES EDMOND SANDERS**, AND BRING THAT PERSON BEFORE ME AT MY OFFICE IN SAID COUNTY, TO ANSWER SAID CHARGE.

DATED IN TAHLEQUAH, CHEROKEE COUNTY, OKLAHOMA, THIS 22 DAY OF April, 19 78

WITNESS MY HAND AND OFFICIAL SEAL.

JUDGE OF THE DISTRICT COURT

## RETURN OF SERVICE

STATE OF OKLAHOMA    )
                     ) ss.
COUNTY OF CHEROKEE   )

Received this Warrant on the ___ day of _____, 19_, and executed it by arresting the within named _____ and now have his body before the Court.

Fees-Service and Return of Warrant    $_____
Mileage                               $_____
Total                                 $

DELENA K. GOSS,
SHERIFF

By_____
   Deputy Sheriff

IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR CHEROKEE COUNTY

STATE OF OKLAHOMA )
          Plaintiff, )
  )
vs. )    CASE NO. CF-98-111
  )
CHARLES EDMOND SANDERS, )
DOB:   66 )
SS#:   9539 )
        Defendant. )

# AMENDED INFORMATION

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

DIANNE BARKER-HARROLD, the District Attorney for Cherokee County, Oklahoma, charges **Charles Edmond Sanders** with:

## COUNT I: UTTERING A FORGED INSTRUMENT

On or about April 13, 1998, in Cherokee County, Oklahoma, **Charles Edmond Sanders while acting in concert with Teresa Lynn Jordan,** committed the crime of Uttering a Forged Instrument, a felony in violation of 21 O.S. 1592, by uttering as true to Food 4 Less Grocery Store of Tahlequah a check purporting to have been issued by Billy Tackett that stated as follows:

Check No. 2039

Pay to the Order of Food For Less     $333.61
Three Hundred Thirty-Three and 61/100 Dollars

with the intent to defraud and knowing that the check was forged. This crime is punishable by imprisonment for up to 7 years.

## COUNT II: UTTERING A FORGED INSTRUMENT

On or about April 12, 1998, in Cherokee County, Oklahoma, **Charles Edmond Sanders** committed the crime of Uttering a Forged Instrument, a felony in violation of 21 O.S. 1592, by uttering as true to Flintridge Grocery Store of Parkhill a check purporting to have been issued by Billy Tackett that stated as follows:

Check No. 2048

Pay to the Order of Flintridge Grocery Store     $79.64
Seventy-Nine and 64/100 Dollars

with the intent to defraud and knowing that the check was forged. This crime is punishable by imprisonment for up to 7 years.

## COUNT III: UTTERING A FORGED INSTRUMENT

On or about April 11, 1998, in Cherokee County, Oklahoma, **Charles Edmond Sanders** committed the crime of Uttering a Forged Instrument, a felony in violation of 21 O.S. 1592, by uttering as true to Oklahoma State Convenience Store of Parkhill a check purporting to have been issued by Billy Tackett that stated as follows:

Check No. 2024

Pay to the Order of Oklahoma Station     $141.32
One Hundred Forty-One and 32/100 Dollars

with the intent to defraud and knowing that the check was forged. This crime is punishable by imprisonment for up to 7 years.

## COUNT IV: UTTERING A FORGED INSTRUMENT

On or about April 12, 1998, in Cherokee County, Oklahoma, **Charles Edmond Sanders** committed the crime of Uttering a Forged Instrument, a felony in violation of 21 O.S. 1592, by uttering as true to Caney Ridge Best Stop Convenience Store of Welling a check purporting to have been issued by Billy Tackett that stated as follows:

Check No. 2046

Pay to the Order of Caney Ridge          $68.15
Sixty-Eight and 15/100 Dollars

with the intent to defraud and knowing that the check was forged. This crime is punishable by imprisonment for up to 7 years.

DIANNE BARKER-HARROLD,
DISTRICT ATTORNEY

By _____
FRANK M. MEDEARIS
ASSISTANT DISTRICT ATTORNEY

STATE OF OKLAHOMA )
                                    ) ss.
COUNTY OF CHEROKEE )

I, Dale L. Glory, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____

Subscribed and sworn to before me this 29th day of May, 1998.

_____
Notary Public

My Commission Expires:
   May 28, 1999

WITNESSES:
Dale L. Glory, TPD, 101 S. Cherokee, Tahlequah, OK
Billy Dowling, TPD, 101 S. Cherokee, Tahlequah, OK
Billy Ivan Tackett, P.O. BOX 501, Collinsville, OK 74021
Kendra Porter, 503 W. Allen Rd., #3A, Tahlequah, OK
Misti White, 216 W. Chickasaw, Tahlequah, OK
Shannon Adney, Caney Ridge Best Stop, RT. 1, BOX 529, Welling, OK
John Mercell, Flintridge Grocery, HC 73, BOX 564, Parkhill, OK
Tandi Robertson, Oklahoma Station, HC 73, BOX 516, Parkhill, OK

IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR CHEROKEE COUNTY

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. CF-98-111 |
| CHARLES EDMOND SANDERS, | ) | |
| Defendant. | ) | |

## SECOND PAGE INFORMATION

DIANNE BARKER-HARROLD, the District Attorney for Cherokee County, Oklahoma, further charges **Charles Sanders** with:

On or about July 2, 1992, Charles Edmond Sanders was convicted in CRF-92-91 in the District Court of Sequoyah County, Oklahoma, of the crime of Unlawful Possession of Controlled Drug, a felony, and sentenced to a term of ten (10) years with 1,095 days to be served and the balance being suspended.

On or about December 1, 1994, Charles Edmond Sanders was convicted in CRF-93-772 in the District Court of Muskogee County, Oklahoma, of the crime of Escape From Penal Institution, a felony, and sentenced to a term of three (3) years.

On or about December 1, 1994, Charles Edmond Sanders was convicted in CRF-93-131 in the District Court of Muskogee County, Oklahoma, of the crime of Possession of Contraband in Penal Institution, a felony, and sentenced to a term of three (3) years.

DIANNE BARKER-HARROLD,
DISTRICT ATTORNEY

By _____
Assistant District Attorney

WITNESSES:
Bernell Edwards, Court Clerk, 120 E. Chickasaw, Sallisaw, OK
Adaina Riley, Court Clerk, 220 State St., Muskogee, OK

**IN AND FOR THE DISTRICT COURT, CHEROKEE COUNTY
STATE OF OKLAHOMA**

STATE OF OKLAHOMA
PLAINTIFF,

VS.                                           CASE NO. CF-98-111

CHARLES SANDERS
DEFENDANT,

DEFENDANT ENTERS A PLEA OF:
GUILTY: _____
NO CONTEST: _____
NOT GUILTY: _____X_____

*Gerald Hunter*                              **ORDER**

YOU HAVE BEEN ASSESSED THE COST AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN

THE AMOUNT OF $ _____ .

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $ _____ TO BE PAID IN _____ INSTALLMENTS

OF $ _____ , PAYABLE ON THE _____ DAY OF_____

_____ 19 _____ AND CONTINUING THEREAFTER_____ ,

_____ UNTIL PAID IN FULL.

DEFENDANT IS ORDERED BACK: _____ July 6 ____ 199 8 , AT 9:00 A. M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE, WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE.

SOUNDING DOCKET

DATED THIS __1ST__ DAY OF _____JUNE_____ 19 _98_

I HAVE READ AND UNDERSTAND
THE ABOVE COURT ORDER......          _____MARK L. DOBBINS_____
                                      JUDGE, CHEROKEE COUNTY, OKLAHOMA

DEFENDANT'S SIGNATURE

            MAKE MONEY ORDERS        M. MARGARET ROBBINS
               PAYABLE TO:           COURT CLERK

                  MAIL TO:           213 W. DELAWARE, ROOM 302
                                     TAHLEQUAH, OK 74464

            SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
                 INCLUDE CASE NUMBERS ON ALL MONEY ORDERS
                     NO PERSONAL CHECKS ACCEPTED

WHITE COPY COURT              YELLOW COPY D.A.              PINK COPY DEFENDANT

## IN AND FOR THE DISTRICT COURT, CHEROKEE COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA
                    PLAINTIFF,

VS.                                         CASE NO. ___CF-98-111_____

                                            ATT: GERALD HUNTER

CHARLES SANDERS                             *Hr. Passed to aug. 3, 1998. at*

                    DEFENDANT,              *9:00 A.M. (Past Pass)*

DEFENDANT ENTERS A PLEA OF:                 *BW*

GUILTY: _____                     *+5,000 bond*

NO CONTEST: _____

NOT GUILTY: _____       ORDER

YOU HAVE BEEN ASSESSED THE COST AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN

THE AMOUNT OF $ _____ .

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $ _____ TO BE PAID IN _____ INSTALLMENTS

OF $ _____ , PAYABLE ON THE _____ DAY OF_____

_____ 19 _____ AND CONTINUING THEREAFTER_____ ,

_____ UNTIL PAID IN FULL.

DEFENDANT IS ORDERED BACK: _____ *August 3* ___ 199 *8* , AT *9:00 A*. M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE, WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE.          SOUNDING DOCKET

                    DATED THIS ___6___ DAY OF ___JULY_____ 19 __98__

I HAVE READ AND UNDERSTAND
THE ABOVE COURT ORDER.....       MARK DOBBINS
                                 JUDGE, CHEROKEE COUNTY, OKLAHOMA
_____
DEFENDANT'S SIGNATURE

          MAKE MONEY ORDERS         M. MARGARET ROBBINS
          PAYABLE TO:               COURT CLERK

              MAIL TO:              213 W. DELAWARE, ROOM 302
                                    TAHLEQUAH, OK 74464

          SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
              INCLUDE CASE NUMBERS ON ALL MONEY ORDERS
                  NO PERSONAL CHECKS ACCEPTED
WHITE COPY COURT          YELLOW COPY D.A.            PINK COPY DEFENDANT

IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
_____,
Plaintiff,

vs.

Charles Sanders,
Defendant.

CASE NO. __CF-98-111__

**Defendant enters a plea of:**
Guilty: _____
No Contest: _____
Not Guilty: _____

**ORDER**

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____.

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $ _____ COSTS AND $ _____

FINE FOR A TOTAL OF $ _____, TO BE PAID IN _____ INSTALLMENTS OF

$_____, PAYABLE ON THE _____ DAY OF _____, 19 _____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

Hearing reset for Oct. 5, 1998, 9:00 A.M.

Sounding Dkt.

_____

DEFENDANT IS ORDERED BACK: _____ 199__ AT _____, _____.M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND FURTHER JAIL SENTENCE

I HAVE READ AND UNDERSTAND
THE ABOVE COURT ORDER.

DATED THIS __3__ DAY OF __August__, 199 _8_

Bondsman Informed.
_____
Defendant's Signature

/S/ Mark L. Dobbins
_____
JUDGE OF THE DISTRICT COURT

_____
Defendant's Attorney

MAKE MONEY ORDERS PAYABLE TO:
**M. MARGARET ROBBINS**
**COURT CLERK**

_____
Assistant District Attorney

MAIL TO:
213 W. DELAWARE, RM. 302
TAHLEQUAH, OK 74464

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT          YELLOW COPY - D.A.          PINK COPY - DEFENDANT

IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR CHEROKEE COUNTY

STATE OF OKLAHOMA )
     Plaintiff, )
 )
vs. )   CASE NO. CF-98-111
 )
**CHARLES EDMOND SANDERS,** )
**DOB:**▮▮▮-66 )
**SS#:**▮▮▮9539 )
     Defendant. )

# SECOND AMENDED INFORMATION

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:**

DIANNE BARKER-HARROLD, the District Attorney for Cherokee County, Oklahoma, charges **Charles Edmond Sanders** with:

### COUNT I: UTTERING A FORGED INSTRUMENT

On or about April 13, 1998, in Cherokee County, Oklahoma, **Charles Edmond Sanders while acting in concert with Teresa Lynn Jordan,** committed the crime of Uttering a Forged Instrument, a felony in violation of 21 O.S. 1592, by uttering as true to Food 4 Less Grocery Store of Tahlequah a check purporting to have been issued by Billy Tackett that stated as follows:

Check No. 2039

Pay to the Order of Food For Less    $333.61
Three Hundred Thirty-Three and 61/100 Dollars

with the intent to defraud and knowing that the check was forged. This crime is punishable by imprisonment for up to 7 years.

### COUNT II: UTTERING A FORGED INSTRUMENT

On or about April 12, 1998, in Cherokee County, Oklahoma, **Charles Edmond Sanders** committed the crime of Uttering a Forged Instrument, a felony in violation of 21 O.S. 1592, by uttering as true to Flintridge Grocery Store of Parkhill a check purporting to have been issued by Billy Tackett that stated as follows:

Check No. 2048

Pay to the Order of Flintridge Grocery Store    $79.64
Seventy-Nine and 64/100 Dollars

with the intent to defraud and knowing that the check was forged. This crime is punishable by imprisonment for up to 7 years.

### COUNT III: UTTERING A FORGED INSTRUMENT

On or about April 11, 1998, in Cherokee County, Oklahoma, **Charles Edmond Sanders** committed the crime of Uttering a Forged Instrument, a felony in violation of 21 O.S. 1592, by uttering as true to Oklahoma State Convenience Store of Parkhill a check purporting to have been issued by Billy Tackett that stated as follows:

Check No. 2024

Pay to the Order of Oklahoma Station    $141.32
One Hundred Forty-One and 32/100 Dollars

with the intent to defraud and knowing that the check was forged. This crime is punishable by imprisonment for up to 7 years.

TS13-1868

## COUNT IV: UTTERING A FORGED INSTRUMENT

On or about April 12, 1998, in Cherokee County, Oklahoma, **Charles Edmond Sanders** committed the crime of Uttering a Forged Instrument, a felony in violation of 21 O.S. 1592, by uttering as true to Caney Ridge Best Stop Convenience Store of Welling a check purporting to have been issued by Billy Tackett that stated as follows:

Check No. 2046

Pay to the Order of Caney Ridge            $68.15
Sixty-Eight and 15/100 Dollars

with the intent to defraud and knowing that the check was forged. This crime is punishable by imprisonment for up to 7 years.

## COUNT V: UTTERING A FORGED INSTRUMENT

On or about April 12, 1998, in Cherokee County, Oklahoma, **Charles Edmond Sanders** committed the crime of Uttering a Forged Instrument, a felony in violation of 21 O.S. 1592, by uttering as true to Wal-Mart Store #10 of Tahlequah a check purporting to have been issued by Billy Tackett that stated as follows:

Check No. 2038

Pay to the Order of Wal-Mart #10            $195.70
One Hundred Ninety-Five and 70/100 Dollars

with the intent to defraud and knowing that the check was forged. This crime is punishable by imprisonment for up to 7 years.

## COUNT VI: UTTERING A FORGED INSTRUMENT

On or about April 12, 1998, in Cherokee County, Oklahoma, **Charles Edmond Sanders** committed the crime of Uttering a Forged Instrument, a felony in violation of 21 O.S. 1592, by uttering as true to Wal-Mart Store #10 of Tahlequah a check purporting to have been issued by Billy Tackett that stated as follows:

Check No. 2049

Pay to the Order of Wal-Mart 10            $147.44
One Hundred Forty-Seven and 44/100 Dollars

with the intent to defraud and knowing that the check was forged. This crime is punishable by imprisonment for up to 7 years.

DIANNE BARKER-HARROLD,
DISTRICT ATTORNEY

By _____
FRANK M. MEDEARIS
ASSISTANT DISTRICT ATTORNEY

STATE OF OKLAHOMA    )
                     ) ss.
COUNTY OF CHEROKEE )

I, Dale L. Glory, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____

Subscribed and sworn to before me this 18th day of August, 1998.

_____
Notary Public

My Commission Expires:
May 28, 1999

**WITNESSES:**
Dale L. Glory, TPD, 101 S. Cherokee, Tahlequah, OK
Billy Dowling, TPD, 101 S. Cherokee, Tahlequah, OK
Billy Ivan Tackett, P.O. BOX 501, Collinsville, OK 74021
Kendra Porter, 503 W. Allen Rd., #3A, Tahlequah, OK
Misti White, 216 W. Chickasaw, Tahlequah, OK
Shannon Adney, Caney Ridge Best Stop, RT. 1, BOX 529, Welling, OK
John Mercell, Flintridge Grocery, HC 73, BOX 564, Parkhill, OK
Tandi Robertson, Oklahoma Station, HC 73, BOX 516, Parkhill, OK
Regina Hollman, Wal-Mart, 2020 S. Muskogee, Tahlequah, OK
Lottie Lenardo, Wal-Mart, 2020 S. Muskogee, Tahlequah, OK

IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA, _____,
                                    Plaintiff,

vs.

                                                            CASE NO. ____CF-98-111_____
_____CHARLES SANDERS_____,
                                    Defendant.

Defendant enters a plea of:
Guilty: _____
No Contest: _____          **O R D E R**
Not Guilty: _____

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____.

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $ _____ COSTS AND $_____

FINE FOR A TOTAL OF $ _____ , TO BE PAID IN _____ INSTALLMENTS OF

$_____ , PAYABLE ON THE _____ DAY OF _____ , 19 _____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

_____

_____ △ FTA ____ B/F ____ B/W ____ $15,000 bond. _____

_____

DEFENDANT IS ORDERED BACK: _____ 199___ AT _____ , _____.M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE                                SOUNDING DOCKET

I HAVE READ AND UNDERSTAND          DATED THIS __5TH_ DAY OF _____OCTOBER____ , 199 _8_
THE ABOVE COURT ORDER.

_____          _____
Defendant's Signature                      MARK L. DOBBINS
                                           JUDGE OF THE DISTRICT COURT

_____
Defendant's Attorney                       MAKE MONEY ORDERS PAYABLE TO:
                                                 M. MARGARET ROBBINS
                                                 COURT CLERK

_____
Assistant District Attorney                MAIL TO:
                                                 213 W. DELAWARE, RM. 302
                                                 TAHLEQUAH, OK 74464

               SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
           INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT              YELLOW COPY - D.A.              PINK COPY - DEFENDANT

*ent. NCIC 10/7/98 NIC W108445417*

ORIGINAL

DAY OR NIGHT ARREST

BENCH WARRANT                                    COURT OF CHEROKEE COUNTY

STATE OF OKLAHOMA    )
                     ) SS.                    NO. CF-98-111

COUNTY OF CHEROKEE   )

THE STATE OF OKLAHOMA

    TO THE SHERIFF OF CHEROKEE COUNTY, OKLAHOMA OR ANY SHERIFF OR
DEPUTY SHERIFF OR ANY OTHER OFFICER AUTHORIZED BY LAW TO SERVE
CRIMINAL PROCESS:

CHARLES EDMOND SANDERS  with the crime of FAILURE TO APPEAR.

ADDRESS: RT. 3, BOX 55, SALLISAW, OK.
PLACE OF EMPLOYMENT
DOB: ███66        SS#; ███-9539              SEX; M
HGT: 5'11"        WGT: 140#         EYE:              RACE: W
TELEPHONE NUMBER:                   BOND; $15,000.00

    YOU ARE THEREFORE COMMANDED forthwith to arrest the said CHARLES EDMOND
SANDERS  and bring him/her before the Court of Cherokee County, Oklahoma, or
if the Court be adjourned or be not in session that you retain him/her in
your custody in the County Jail in the County in which you arrest him /her or
that you deliver him/her into the custody of the Sheriff of Cherokee County,
Oklahoma, subject to the further order of this Court.

    WITNESS my hand and seal of the Court of Tahlequah, Cherokee County,
Oklahoma, this 5th day of October, 1998. A.D.

                By Order of the Court
                M. MARGARET ROBBINS, Court Clerk

                By: _K. Spencer_
                    Deputy

OFFICER'S RETURN

    Received within Bench Warrant on _5_ day of _OCTOBER_, 19_98_,
at _1600_ o'clock _P_. M. and executed the same in _CHEROKEE_
County on the _1_ day of _FEBUARY_, 19_99_, at _2326_
o'clock _PM_. M. by _ARREST_

    Dated this _____ day of _____, 19_____.

        FEES
Arrest _____    $_____        _D. Goss_        ,Sheriff
_____ Miles _____ $_____
Into Court _____ $_____    By:_____  Deputy
_____ $_____

CHEROKEE COUNTY DISTRICT COURT, STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,
Plaintiff,

vs

*Edmond*
*Charles Edward Sanders*
Defendant.

CASE NO. CF-98-111

## ORDER OF RELEASE
### (DAYTIME)

The Sheriff of Cherokee County is hereby authorized and directed to release the above-identified defendant on the above listed case/s pursuant to an order of the court:

Defendant has: __Pled   X Bonded   __Case Dismissed   __Other.

WITNESS MY HAND AND SEAL THIS 2nd DAY OF February, 1999

CLERK - SEC/BAILIFF

BY _____ DEPUTY

STATE OF OKLAHOMA
CHEROKEE COUNTY
1999 FEB -2 P 2: 29
M MARGARET ROBBINS
COURT CLERK

## APPEARANCE BOND

S.A.&I. 408 (1993)

IN THE DISTRICT COURT OF _Cherokee_ COUNTY, STATE OF OKLAHOMA

State of Oklahoma,
            Plaintiff,

vs. _Charles Edward Sanders_
            Defendant.

Case No. _CF-98-111_

Know all men by these presents, that we the above named defendant, as principal, and the undersigned_ K. Kenii Allcorn _ as surety(ies), personally appeared before the undersigned authority and jointly and severally acknowledged, themselves, to be indebted to the State of Oklahoma in the sum of _Five Thousand_ Dollars ($ _5,000 —_ ) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of _Cherokee_ County, State of Oklahoma, shall personally appear before the _____ Court of said County on the _9_ day of _February_, 19_99_ at _1:00_ o'clock _p_.M., of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of _FTA_ _____ and shall not depart the said Court without leave and shall obey any order issued by said Court, then this bond shall be void; otherwise, this bond shall remain in full force and effect.

Witness our hands and seals this _2_ day of _February_ 19 _99_ .

_____ Principal ▓▓▓▓▓ _Tollen_ Address
_K. Kenii Allcorn_ Surety ▓▓▓▓▓ _Tahlequah_ Address
_Dina Le Boeuf_ Surety ▓▓▓▓▓ _OKC 73102_ Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this____ day of_____, 19____.

_M Margaret Robbins_ Court Clerk _____ Sheriff
_Craig_ Deputy _____ Deputy

This undertaking approved this ___ day of _February_, 19 _99_ .
_M Margaret Robbins_ Court Clerk
_Craig_ Deputy

(SEAL)

### AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, _Cherokee_ COUNTY, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of _Sequoyah_ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as hereinafter specified under one or more of the following, to wit:

a)    Consideration for this undertaking received or promised in the sum of $ _750 —_.

b)    Other security received or promised for making this undertaking, is as follows:
_Note & Indemnity_

c)    Such promise, security or consideration was received from
_____ _AZ 55 Adthew_
Name            Address

*I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as one who commits perjury.*

Affiant _____    Address ███████████    Tahlequah OK

Subscribed and sworn to before me this __2nd__ day of __February__ 19 99
(SEAL)
My Commission Expires: _____

Court Clerk / Notary Public _____

Deputy _____

## QUALIFICATION OF SURETY
12 O.S. 1991, §62

STATE OF OKLAHOMA    )
                     ) SS.
_____ COUNTY   )

Amount of Bond

$ _____

The undersigned surety(ies), being duly sworn upon oath state(s): That _he_ (is)(are) a citizen of the United States, is 21 years of age or over, and is a bona fide resident of the State of Oklahoma for the period of six months immediate last past.

### AFFIDAVIT FOR PROPERTY BOND

That _he_ (is)(are) the owner(s) of the following described real property situated in _____ County, State of Oklahoma, which is pledged as security for said undertaking and that the legal title of record in the County Clerk's office is held by _____;

that there are liens or encumbrances against the said property in the following amount(s), _____

held by the following persons: _____ in the total amount of $_____.

I further swear that there are no delinquent taxes on said real property except for the years _____.

That the assessed valuation of the above described property is $_____.

| | |
|---|---|
| Assessed valuation on tax rolls | $ _____ |
| Times 4 for total assessed valuation | _____ |
| Less encumbrances | _____ |
| Market value | _____ |

### WAIVER OF HOMESTEAD EXEMPTION

Comes now _____ and _____, owners of the real property described in this undertaking, and state(s) that _he_ hereby waive(s) any homestead exemption _he_ may hold in and to such property.

_____

_____

### AFFIDAVIT FOR CASH BOND

I am worth, over and above all exemptions, debts, and liabilities, the sum of _____ ($ _____ ).
(Must be double the amount to be secured).

_____
Surety

_____
Surety/Bondsman

This Qualification of Surety subscribed and sworn to before me this _____ day of _____, 19 _____.

_____
Court Clerk/Judge

_____
Deputy Court Clerk

**POWER OF ATTORNEY**
Gina LeBoeuf
A-1 and Able Bonding Companies
217 N. Harvey, Suite #103
Oklahoma City, Oklahoma 73102

№ 10223  GL

KNOW ALL MEN BY THESE PRESENTS: That, Gina LeBoeuf, Professional Bondsman licensed by the State of Oklahoma, does constitute and appoint the below named agent as my Attorney in Fact to execute Bail Bonds only in my name and on my behalf as Surety. *THIS POWER MUST BE ATTACHED TO AND FILED WITH THE BAIL BOND WRITTEN ON THE DEFENDANT NAMED BELOW AND IS VOID IF ALTERED OR ERASED.*

Dated this ___2___ day of ___February___, 19 _99_

Defendant Name:

_Charles_                   _Edward_                   _Sanders_
(First)                     (Middle)                   (Last)

D.O.B.: _____  Amt. of Bond: $_5,000_ —  Premium: $_750_ —

Offense: _FTA_

Case Number: _CF-98-111_                   Court: _Cherokee_

City: _Tahlequah_  Court Date: _2-9-99_  Posted For: _____

Rewrite of Power #: _____  Dated: _____  Amount: _____

_K. Renie Alcon_                   _Gina LeBoeuf_
Executing Agent's Signature        Professional Bondsman's Signature

IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
                                                    Plaintiff,

vs.

_Charles Sanders_
                                                    Defendant.

CASE NO. _CF 97___

Defendant enters a plea of:
Guilty: _____
No Contest: _____
Not Guilty: _____

**O R D E R**

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____.

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $_____ COSTS AND $_____

FINE FOR A TOTAL OF $_____, TO BE PAID IN _____ INSTALLMENTS OF

$_____, PAYABLE ON THE _____ DAY OF _____, 19_____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

_Bond reduced on Defendants motion_
_Court notes States objection_

DEFENDANT IS ORDERED BACK: _____ 199___ AT _____, ____.M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE

I HAVE READ AND UNDERSTAND                          DATED THIS _2_ DAY OF _Feb_____, 199_7_
THE ABOVE COURT ORDER.

_____
Defendant's Signature                               _____
                                                    JUDGE OF THE DISTRICT COURT
X_____
Defendant's Attorney

X_____                      MAKE MONEY ORDERS PAYABLE TO:
Assistant District Attorney                             M. MARGARET ROBBINS
_Under protest_                                         COURT CLERK

                                                    MAIL TO:
                                                        213 W. DELAWARE, RM. 302
                                                        TAHLEQUAH, OK 74464

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT              YELLOW COPY - D.A.              PINK COPY - DEFENDANT

IN THE DISTRICT COURT IN AND FOR CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA )
           Plaintiff )
       )
vs. )
       )
CHARLES EDMOND SANDERS )
           Defendant )

CASE # CF-98-111

## NOTICE TO DEFENDANT, ATTORNEY OF RECORD
## AND BONDSMAN OF RECORD

**YOU and each of you** will take notice that a disposition docket has been set for the District Court of Cherokee County, Tahlequah, Oklahoma for _March 20, 2000 at 10:00 a.m._ The defendant above named is hereby ordered to appear, in person, and with counsel before the Court at that time for disposition of the above styled case.

**THE BONDSMAN** herein is hereby notified to have said defendant before the Court on the said 20th day of March, 2000 at 10:00 a.m.

Dated this the 25th day of February, 2000 in the Cherokee County Courthouse, in Tahlequah, Oklahoma.

G. BRUCE SEWELL
DISTRICT JUDGE

M. MARGARET ROBBINS
COURT CLERK CHEROKEE COUNTY

Copies to:
DEFENDANT

ATTORNEY OF RECORD

BONDSMAN OF RECORD     RENEE ALLCORN

IN THE DISTRICT COURT IN AND FOR CHEROKEE COUNTY, OKLAHOMA

STATE OF OKLAHOMA    )
VS.                              : NO. CF-98-111
CHARLES EDMOND SANDERS )

### ORDER AND JUDGMENT OF FORFEITURE

ON THIS 20TH DAY OF  MARCH, 2000, THE ABOVE CAUSE CAME ON FOR HEARING, ACCORDING TO REGULAR ASSIGNMENT OF THE DOCKET OF THIS COURT.

THE COURT FINDS THAT THE ABOVE NAMED DEFENDANT HAVING HERETOFORE BEEN CHARGED WITH THE CRIME OF UTTERING A FORGED INSTRUMENT, SIX COUNTS, AND HAVING BEEN COMMITTED TO BAIL IN THE AMOUNT OF $5,000.00    WAS RELEASED ON AN APPEARANCE BOND EXECUTED BY K. Renee Alcorn A LICENSED BONDSMAN,  AND Gina LeBoeuf , IF APPLICABLE HIS INSURER; SAID BOND CONDITIONED AS PROVIDED BY LAW FOR THE APPEARANCE OF SAID DEFENDANT BEFORE THIS COURT AS REQUIRED, AND THE COURT HAVING SUBSEQUENTLY ORDERED SAID DEFENDANT TO APPEAR ON THE 20TH DAY OF MARCH, 2000, AND SAID DEFENDANT, BEING CALLED THREE TIMES IN OPEN COURT, WITHOUT SUFFICIENT EXCUSE, FAILED TO APPEAR BEFORE THE COURT AS ORDERED.

THE COURT FURTHER FINDS THAT SAID BONDSMAN  HAD DUE AND LEGAL NOTICE AS PROVIDED BY LAW OF THE REQUIRED APPEARANCE OF SAID DEFENDANT.

THE COURT FURTHER FINDS THAT THE CONDITIONS OF SAID APPEARANCE BOND HAVE BEEN BROKEN BY  BOTH THE DEFENDANT AND SAID BONDSMAN, AND THAT AN ORDER AND JUDGMENT OF FORFEITURE SHOULD BE ENTERED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE COURT THAT THE APPEARANCE BOND OF SAID DEFENDANT BE, AND THE SAME IS HEREBY DECLARED AND IS ORDERED FORFEITED TO THE STATE OF OKLAHOMA, AND THE AMOUNT OF SAID BOND IS ORDERED PAID TO THE CLERK OF THE COURT.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT THE COURT CLERK SHALL  IMMEDIATELY MAIL A COPY OF THIS ORDER  AND JUDGMENT OF FORFEITURE TO THE   BONDSMAN AND, IF APPLICABLE, HIS INSURER.   THE BONDSMAN IS HEREBY DIRECTED TO DEPOSIT WITH THE COURT CLERK, THE FACE AMOUNT OF THE SAID FORFEITED BOND, TO-WIT: $ 5,000.00  .   SUCH DEPOSIT TO BE MADE WITHIN 91 DAYS FROM RECEIPT OF THIS ORDER AND JUDGMENT OF FORFEITURE, OR THE MAILING OF THE NOTICE IF NO RECEIPT IS MADE.

_____
JUDGE OF THE DISTRICT COURT

CF-98-111

## CERTIFICATE OF MAILING

I certify that I mailed a true and correct copy of this instrument to the above named bondsman and, if applicable, his insurer to the last known address of each, by certified mail with return receipt requested this 12 day of April , 2000.

M. Margaret Robbins
COURT CLERK
BY C. Davis
Deputy

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

RENEE' ALLCORN

TAHLEQUAH, OK 74464

CF-98-111    BY_____

2. Article Number (Copy from service label)
Z 193 463 211

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X_____     ☐ Agent
                       ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GINA LEBOEUF

OKLAHOMA CITY, OK 73102

OF-98-111

2. Article Number (Copy from service label)
Z 193 463 204

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
4-15-00

C. Signature
X ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA, _____,
Plaintiff,

vs.

Charles Edmond Sanders    CASE NO. _CF-98-141_
Defendant.

Defendant enters a plea of:
Guilty: _____
No Contest: _____         **O R D E R**
Not Guilty: _____

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____.

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $ _____ COSTS AND $ _____

FINE FOR A TOTAL OF $ _____ , TO BE PAID IN _____ INSTALLMENTS OF

$_____ , PAYABLE ON THE _____ DAY OF _____ , 200____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

_____Recall Bench Warrant_____

_____

DEFENDANT IS ORDERED BACK: _____ 8/8  *J.A.* , 200_0_ AT __1:00__ , _P_.M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE

I HAVE READ AND UNDERSTAND        DATED THIS _12th_ DAY OF _July_ , 200_0_
THE ABOVE COURT ORDER.

_____        _____
Defendant's Signature                  JUDGE OF THE DISTRICT COURT

Defendant's Attorney

_____        MAKE MONEY ORDERS PAYABLE TO:
Assistant District Attorney                  M. MARGARET ROBBINS
                                             COURT CLERK

                                       MAIL TO:
                                             213 W. DELAWARE, RM. 302
                                             TAHLEQUAH, OK 74464

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT            YELLOW COPY - D.A.            PINK COPY - DEFENDANT

IN THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

WARRANT RECALL NOTICE

CASE NUMBER: CF-92-111

DEFENDANT(S): Charles E. Sanders

DATE WARRANT
ISSUED:        3-31-00

TO: COUNTY SHERIFF

YOU ARE HEREBY DIRECTED TO IMMEDIATELY RECALL THE WARRANT
IN THIS CASE WHICH WAS ISSUED ON THE ABOVE DATE.

M. MARGARET ROBBINS, COURT CLERK

BY: _____ DEPUTY

ORIGINAL FILED AND COPY TAKEN TO CHEROKEE COUNTY SHERIFF ON THIS
13 DAY OF _July_____, 20 00 .

**IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA**

STATE OF OKLAHOMA,_____,
Plaintiff,

vs.

*Charles Edmond Sanders*
Defendant.

CASE NO. CF-98-111

**Defendant enters a plea of:**
Guilty: _____
No Contest: _____
Not Guilty: _____

**ORDER**

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____.

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $_____ COSTS AND $_____

FINE FOR A TOTAL OF $_____, TO BE PAID IN _____ INSTALLMENTS OF

$_____, PAYABLE ON THE _____ DAY OF _____, 200____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

_____

_____

_____ *I.A.* _____

DEFENDANT IS ORDERED BACK: _____8/29/00_____, 200__ AT _1:00_, _P_.M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE

1:00 P.M. ARRAIGNMENTS

I HAVE READ AND UNDERSTAND
THE ABOVE COURT ORDER.

_____
Defendant's Signature

DATED THIS _15th_ DAY OF _AUGUST_, 200_0_

_____MARK L. DOBBINS_____
JUDGE OF THE DISTRICT COURT

_____
Defendant's Attorney

_____
Assistant District Attorney

MAKE MONEY ORDERS PAYABLE TO:
M. MARGARET ROBBINS
COURT CLERK

MAIL TO:
213 W. DELAWARE, RM. 302
TAHLEQUAH, OK 74464

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT          YELLOW COPY - D.A.          PINK COPY - DEFENDANT

BENCH WARRANT

**RECALLED** 7-13-00

**BY** _Davis_

D.O.B. 01/11/66
SS#    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
DL#

Case No. CF-98-00111

IN THE DISTRICT COURT OF CHEROKEE COUNTY, STATE OF OKLAHOMA:

THE STATE OF OKLAHOMA, TO ANY SHERIFF, CONSTABLE, OR POLICEMAN IN THIS STATE:

CHARLES EDMOND SANDERS

having been, on 03/31/00, duly charged in the District Court of Cherokee County, State of Oklahoma, of the crime of

BENCH WARRANT: FAILURE TO APPEAR
(UTTERING A FORGED INSTRUMENT)

you are hereby commanded forthwith to arrest the above named:

CHARLES EDMOND SANDERS

and bring him/her before that Court for judgment, or if the Court has adjourned for the term, you are to deliver him/her into the custody of the Sheriff of Cherokee County, State of Oklahoma.

Given under my hand, with the seal of said Court affixed on 03/31/00.

By order of the Court

_M. MARGARET ROBBINS_ , Court Clerk

_B. BRUCE SEWELL_
Judge

Bond Amount: _None_

_____ , Deputy

=================================================================
OFFICER'S RETURN

I RECEIVED THIS BENCH WARRANT ON THE _____ DAY OF _____, 19____, AND EXECUTED SAME ON THE _____ DAY OF _____, 19____, BY _____

_____SHERIFF

BY_____DEPUTY

IN THE DISTRICT COURT IN AND FOR ADAIR    COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,
                     Plaintiff,

vs.                                        CASE NO.  CF-98-III

CHARLES E. SANDERS

                     Defendant,

## O R D E R

### RELEASING BONDSMAN

     NOW, On this the 3 day of MAY    , 2091, the bondsman,
RENEE Allcorn for the above-named defendant having produced the
defendant before the court, and having made oral application to
the court to be relieved and released from any further
responsibility in connection with the appearance bond heretofore
posted by said bondsman, and to have said bond discharged for the
reason that the defendant has not cooperated with said bondsman
by not having made contact as requested for the purpose of court
appearances, and the court, having examined the court file, the
statements of the bondsman and defendant, and having considered
all the facts and circumstances surrounding said case, and being
fully informed in the premises;

     IT IS, THEREFORE, THE ORDER, JUDGMENT AND DECREE of the
Court that there is good and sufficient cause presented for the
appearances bond posted herein to be discharged and held for
naught, and the said bondsman exonerated from any further
responsibility in connection with said appearance bond, and the
defendant is remanded to the custody of the sheriff until a new
bond is made and approved.

                                   _____
                                   ASSOCIATE DISTRICT JUDGE

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA

VS.

*Charles Sanders*

CASE NO: _CF 98-111_

| | Fine(s) | Cost(s) |
|---|---|---|
| | ___ | ___ |
| | ___ | ___ |
| | ___ | ___ |
| | ___ | ___ |
| sub-totals | | |
| TOTALS | | |

DOB _____ D.L.# _____

Address _____

CITY _____ STATE _____ ZIP _____

DATE: _10/22/08_    MINUTE ORDER: _P.C. Hearing_

_Petit Larceny_    $1600
_Possession of CDS_    $2000

_CF 98-111_   ~~No bond~~.  $250 Cash bond

FILED
STATE OF OKLAHOMA
CHEROKEE COUNTY
2008 OCT 22 AM 9:40
SHIRLEY GLORY
COUNTY CLERK
BY_____ D.C.

**DEFENDANT IS ORDERED BACK:** _Oct 24_ , 200_8_ @ _8:30_ , A.m.

Payments of fines, costs, fees, etc. shall be payable by money orders or cashier's checks (no personal checks or cash) Include your name and case number - Payments shall be paid to the following entities:

FINES AND COURT COSTS

Total of _____

Payable in monthly payments of

_____ for _____ months

1st payment due: _____

**Payable to:**

Cherokee County Court Clerk
213 W. Delaware, room 302
Tahlequah, OK 74464

RESTITUTION

Total of _____

Payable in monthly payments of

_____ for _____ months

1st payment due: _____

**Payable to:**

Office of District Attorney
Cherokee County Courthouse
213 W. Delaware
Tahlequah, OK 74464

DRUG FUND

Total of _____

Payable in monthly payments of

_____ for _____ months

1st payment due: _____

**Payable to:**

Office of District Attorney
Cherokee County Courthouse
213 W. Delaware
Tahlequah, OK 74464

**I, THE DEFENDANT, UNDERSTAND THAT I MUST PAY AND COMPLETE ALL THE THINGS LISTED ABOVE AND MUST APPEAR BACK IN COURT ON THE DATE AND TIME SET FORTH ABOVE OR I WILL BE ARRESTED AND JAILED!!**

X_____
DEFENDANT

_____
DISTRICT COURT JUDGE

_____
DEFENDANT'S ATTORNEY

_____
ASSISTANT DISTRICT ATTORNEY

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, STATE OF OKLAHOMA

**STATE OF OKLAHOMA**
**VS.**

Fine(s)        Cost(s)

CASE NO: _CM 08-1525_

_Charles Sanders_

_CF 98-111_

DOB          D.L.#                                            sub-totals

TOTALS

Address

CITY      STATE          ZIP

DATE: _10/28/08_                    MINUTE ORDER: _1pm IA_

_APNG  S. Smiley  FSD_

**DEFENDANT IS ORDERED BACK:** _Nov 24_ , 200 _8_ @ _9:00_ , _A_ m.

Payments of fines, costs, fees, etc. shall be payable by money orders or cashier's checks (no personal checks or cash)
Include your name and case number - Payments shall be paid to the following entities:

| FINES AND COURT COSTS | RESTITUTION | DRUG FUND |
|---|---|---|
| Total of _____ | Total of _____ | Total of _____ |
| Payable in monthly payments of | Payable in monthly payments of | Payable in monthly payments of |
| _____ for _____months | _____ for _____months | _____ for _____months |
| 1st payment due: _____ | 1st payment due: _____ | 1st payment due: _____ |
| **Payable to:** | **Payable to:** | **Payable to:** |
| Cherokee County Court Clerk | Office of District Attorney | Office of District Attorney |
| 213 W. Delaware, room 302 | Cherokee County Courthouse | Cherokee County Courthouse |
| Tahlequah, OK 74464 | 213 W. Delaware | 213 W. Delaware |
| | Tahlequah, OK 74464 | Tahlequah, OK 74464 |

**I, THE DEFENDANT, UNDERSTAND THAT I MUST PAY AND COMPLETE ALL THE THINGS LISTED ABOVE AND MUST APPEAR BACK IN COURT ON THE DATE AND TIME SET FORTH ABOVE OR I WILL BE ARRESTED AND JAILED!!**

_____         _____
DEFENDANT                                DISTRICT COURT JUDGE

_____         _____
DEFENDANT'S ATTORNEY                     ASSISTANT DISTRICT ATTORNEY

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, STATE OF OKLAHOMA

**STATE OF OKLAHOMA**

**VS.**

Charles J. Sanders

CASE NO: ~~CF-98~~

CF-98-111

CM-08-1525

Fine(s)          Cost(s)

DOB          D.L.#

sub-totals

TOTALS

2008 NOV 25 AM 8:
SHIRLEY GLORY
COUNTY CLERK
FILED
STATE OF OKLAHOMA
CHEROKEE COUNTY

**Address**

**CITY     STATE     ZIP**

DATE: 11-24-08          MINUTE ORDER: BWUA

R. Alcorn

As bondsperson called to inform Court that I had eye sx. and could not travel for 10 days. I ordered to appear w/ note from Dr. and sign this minute w/in 10 days of this minute.

**DEFENDANT IS ORDERED BACK:** 12/22 , 200 8 @ 900 A.m.

Payments of fines, costs, fees, etc. shall be payable by money orders or cashier's checks (no personal checks or cash)
Include your name and case number - Payments shall be paid to the following entities:

| FINES AND COURT COSTS | RESTITUTION | DRUG FUND |
|---|---|---|
| Total of _____ | Total of _____ | Total of _____ |
| Payable in monthly payments of | Payable in monthly payments of | Payable in monthly payments of |
| _____ for _____ months | _____ for _____ months | _____ for _____ months |
| 1st payment due: _____ | 1st payment due: _____ | 1st payment due: _____ |
| **Payable to:** | **Payable to:** | **Payable to:** |
| Cherokee County Court Clerk | Office of District Attorney | Office of District Attorney |
| 213 W. Delaware, room 302 | Cherokee County Courthouse | Cherokee County Courthouse |
| Tahlequah, OK 74464 | 213 W. Delaware | 213 W. Delaware |
| | Tahlequah, OK 74464 | Tahlequah, OK 74464 |

**I, THE DEFENDANT, UNDERSTAND THAT I MUST PAY AND COMPLETE ALL THE THINGS LISTED ABOVE AND MUST APPEAR BACK IN COURT ON THE DATE AND TIME SET FORTH ABOVE OR I WILL BE ARRESTED AND JAILED!!**

_____          _____
DEFENDANT                              DISTRICT COURT JUDGE

_____          _____
DEFENDANT'S ATTORNEY          ASSISTANT DISTRICT ATTORNEY

# IN THE DISTRICT COURT OF CHEROKEE COUNTY, STATE OF OKLAHOMA

**STATE OF OKLAHOMA**
**VS.**

*Charles Edmond Sanders*

CASE NO: *CF-98-111*
*CM-08-1525*

Fine(s)      Cost(s)

2008 DEC 23 AM 7: 17
SHIRLEY GLORY COUNTY CLERK

**DOB**        **D.L.#**

sub-totals

TOTALS

**Address**

**CITY     STATE     ZIP**

DATE: *12-22-08*     MINUTE ORDER: _____

*Δ pres w/out his attorney Rob Cowan. Case reset to FSD.*

**DEFENDANT IS ORDERED BACK:** *January 26* , 200 *9* @ *9* , *A* m.

Payments of fines, costs, fees, etc. shall be payable by money orders or cashier's checks (no personal checks or cash)
Include your name and case number - Payments shall be paid to the following entities:

| FINES AND COURT COSTS | RESTITUTION | DRUG FUND |
|---|---|---|
| Total of _____ | Total of _____ | Total of _____ |
| Payable in monthly payments of | Payable in monthly payments of | Payable in monthly payments of |
| _____ for _____months | _____ for _____months | _____ for _____months |
| 1st payment due: _____ | 1st payment due: _____ | 1st payment due: _____ |
| **Payable to:** | **Payable to:** | **Payable to:** |
| Cherokee County Court Clerk 213 W. Delaware, room 302 Tahlequah, OK 74464 | Office of District Attorney Cherokee County Courthouse 213 W. Delaware Tahlequah, OK 74464 | Office of District Attorney Cherokee County Courthouse 213 W. Delaware Tahlequah, OK 74464 |

**I, THE DEFENDANT, UNDERSTAND THAT I MUST PAY AND COMPLETE ALL THE THINGS LISTED ABOVE AND MUST APPEAR BACK IN COURT ON THE DATE AND TIME SET FORTH ABOVE OR I WILL BE ARRESTED AND JAILED!!**

DEFENDANT

DISTRICT COURT JUDGE

DEFENDANT'S ATTORNEY

ASSISTANT DISTRICT ATTORNEY

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, STATE OF OKLAHOMA

**STATE OF OKLAHOMA**

**VS.**

*Charles Edmond Sanders*

Fine(s)       Cost(s)

CASE NO: _CF-98-111_

_CM-08-1525_

DOB          D.L.#

sub-totals

TOTALS

Address

CITY       STATE       ZIP

DATE: _1-26-09_       MINUTE ORDER: _____

_D's atty called and in jury trial_

_700_

**DEFENDANT IS ORDERED BACK:** _2/23_ , 200_9_ @ _9:00_ A.m.

Payments of fines, costs, fees, etc. shall be payable by money orders or cashier's checks (no personal checks or cash)
Include your name and case number - Payments shall be paid to the following entities:

| FINES AND COURT COSTS | RESTITUTION | DRUG FUND |
|---|---|---|
| Total of _____ | Total of _____ | Total of _____ |
| Payable in monthly payments of | Payable in monthly payments of | Payable in monthly payments of |
| _____ for ____months | _____ for ____months | _____ for ____months |
| 1st payment due: _____ | 1st payment due: _____ | 1st payment due: _____ |
| **Payable to:** | **Payable to:** | **Payable to:** |
| Cherokee County Court Clerk | Office of District Attorney | Office of District Attorney |
| 213 W. Delaware, room 302 | Cherokee County Courthouse | Cherokee County Courthouse |
| Tahlequah, OK 74464 | 213 W. Delaware | 213 W. Delaware |
| | Tahlequah, OK 74464 | Tahlequah, OK 74464 |

**I, THE DEFENDANT, UNDERSTAND THAT I MUST PAY AND COMPLETE ALL THE THINGS LISTED ABOVE AND MUST APPEAR BACK IN COURT ON THE DATE AND TIME SET FORTH ABOVE OR I WILL BE ARRESTED AND JAILED!!**

DEFENDANT                              DISTRICT COURT JUDGE

DEFENDANT'S ATTORNEY                    ASSISTANT DISTRICT ATTORNEY

IN THE DISTRICT COURT OF THE 15TH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR CHEROKEE COUNTY

| | | |
|---|---|---|
| STATE OF OKLAHOMA,<br>Plaintiff, | ) | |
| | ) | |
| | ) | CF-1998-111 |
| vs. | ) | CM-2008-1525 |
| | ) | |
| CHARLES SANDERS,<br>Defendant. | ) | |
| | ) | |

## MOTION FOR CONTINUANCE

COMES NOW, the Defendant, Charles Sanders, by and through his attorney, Rob Cowan, and moves this court to continue the Hearing in above entitled case. In support of this motion the defendant presents the statements in the attached affidavit. This motion is being presented in the interest of justice and not for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, the Defendant, Charles Sanders, respectfully requests this court to grant a continuance in the above entitled cases.

Respectfully submitted,

Rob Cowan, OBA#16413
Attorney for Defendant
P.O. Box 41
Poteau, OK 74953
(918) 649-0675

## CERTIFICATE OF DELIVERY

I certify that on the 10th day of February, 2009, I delivered a true and correct copy of the above Entry of Appearance to: Office of District Attorney, Cherokee County Courthouse, 213 W. Delaware Tahlequah, OK 74464

Rob Cowan

## AFFIDAVIT

STATE OF OKLAHOMA )
                     ) ss
COUNTY OF LEFLORE )

    I, Rob Cowan, affiant, of lawful age, being first duly sworn upon my oath, state the following:

1)     I am the attorney of record for Charles Sanders in the above entitled case;

2)     The above entitled case is set for Hearing on February 23, 2009.

3)     Attorney for Defendant will be in Haskell County in Trial

4)     This motion is in good faith and not for purposes of unnecessary delay.

Rob Cowan, Affiant

Subscribed and sworn to before me this 10th day of February, 2009.

Notary Public

IN THE DISTRICT COURT OF THE 15TH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR CHEROKEE COUNTY

STATE OF OKLAHOMA,            )
    Plaintiff,            )
                      )    CF-1998-111
vs.            )    CM-2008-1525
                      )
CHARLES SANDERS,            )
    Defendant.            )

DATE: February 10, 2009            JUDGE: Pursley

## ORDER FOR CONTINUANCE

Now on this 10th day of February, 2009, this matter come before the Court on the Defendant's

Motion for Continuance. The Court finds that for good cause shown, the above entitled shall be

continued.

IT IS THEREFORE ORDERED, that the above entitled case are continued at the defendant's

request. This matter is set for Hearing on the **23, day of March, 2009 at 9:00 o'clock A.M.**

IT IS SO ORDERED

_____
Judge of the District Court

cc:    Office of the District Attorney
        Cherokee County Courthouse

        Rob Cowan
        Attorney for the Defendant