**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

**REDACTED EXHIBIT 196**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT

ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

W-3

| DD FORM 214 1 JUL 79 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE | CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY |
|---|---|---|

| 1. NAME (Last, first, middle) CRAWFORD TRAVIS DON | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/RA | 3. SOCIAL SECURITY NO. ████ 5635 |
|---|---|---|

| 4a. GRADE, RATE OR RANK PVT | 4b. PAY GRADE E-1 | 5. DATE OF BIRTH 640120 | 6. PLACE OF ENTRY INTO ACTIVE DUTY LITTLE ROCK AR |
|---|---|---|---|

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND PCF USAFACFS    TRADOC TC | 8. STATION WHERE SEPARATED FORT SILL OK |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED NA | 10. SGLI COVERAGE AMOUNT $ 35,000   ☐ NONE |
|---|---|

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) 12B10 COMBAT ENGINEER, 1 YEAR AND 7 MONTHS// NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR (s) | MON (s) | DAY (s) |
|---|---|---|---|---|
| | a. Date Entered AD This Period | 83 | 03 | 24 |
| | b. Separation Date This Period | 85 | 01 | 23 |
| | c. Net Active Service This Period | 01 | 04 | 22 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 00 | 13 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 83 | 11 | 16 |
| | i. Reserve Oblig. Term. Date | 00 | 00 | 00 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

ARMY SERVICE RIBBON//SHARPSHOOTER (RIFLE M16)//EXPERT (HAND GRENADE)//NOTHING FOLLOWS

14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)

NONE//NOTHING FOLLOWS

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM ☐ YES ☒ NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT ☒ YES ☐ NO | 17. DAYS ACCRUED LEAVE PAID NONE |
|---|---|---|

18. REMARKS

DENTAL CARE WAS NOT PROVIDED WITHIN 90 DAYS PRIOR TO SEPARATION// NOTHING FOLLOWS

| 19. MAILING ADDRESS AFTER SEPARATION ████ VIAN OK 74962 | 20. MEMBER REQUESTS COPY 6 BE SENT TO OK    DIR. OF VET AFFAIRS ☒ YES ☐ NO |
|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED SM NOT AVAILABLE FOR SIGNATURE | 22. TYPED NAME/GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN L. D. BRUNK, SGM, USA, C, TRANSFER POINT |
|---|---|

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION DISCHARGE | 24. CHARACTER OF SERVICE (Includes upgrades) UNDER OTHER THAN HONORABLE CONDITIONS |
|---|---|

| 25. SEPARATION AUTHORITY AR 635-200, CHAPTER 10 | 26. SEPARATION CODE KFS | 27. REENLISTMENT CODE RE-3b |
|---|---|---|

28. NARRATIVE REASON FOR SEPARATION

FOR THE GOOD OF THE SERVICE-IN LIEU OF COURT MARTIAL

| 29. DATES OF TIME LOST DURING THIS PERIOD   840729-841209 831005-831008/831021-831101/840625-840625/840706-840718 | 30. MEMBER REQUESTS COPY 4 _____ INITIALS |
|---|---|

CAUTION: NOT TO BE USED FOR
        IDENTIFICATION PURPOSES

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

| 1. NAME *(Last, first, middle)* CRAWFORD TRAVIS DON | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY RA | 3. SOCIAL SECURITY NO. *(Also, Service Number if applicable)* |
|---|---|---|
| 4. MAILING ADDRESS *(Include ZIP Code)* ▮▮▮▮▮ VIAN OKLAHOMA 74962 | | ▮▮▮▮ 5635 |

**5. ORIGINAL DD FORM 214 IS CORRECTED AS INDICATED BELOW**

| ITEM NO. | CORRECTED TO READ |
|---|---|
| | SEPARATION DATE ON DD FORM 214 BEING CORRECTED - 85 01 23 |
| 12C | 01 04 16/NOTHING FOLLOWS |

| 6. DATE | 7. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| 13JUL88 | ELIZABETH B. TATUM, GS-8, C, ADRB SEC, ARPERCEN |

**DD FORM 215**
1 JUL 79

S/N 0102-LF-000-2150

PREVIOUS EDITIONS
OF THIS FORM ARE
OBSOLETE.

**CORRECTION TO DD FORM 214, CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY**

SERVICE - 2

# ENLISTMENT / REENLISTMENT DOCUMENT - ARMED FORCES OF THE UNITED STATES

## A. IDENTIFICATION DATA

| 1. NAME (Last-First-Middle-Jr-Sr-etc.) | 2. SSN | 3. DATE OF ENL / REENL | 4. GRADE |
|---|---|---|---|
| CRAWFORD TRAVIS DON | ███-5635 | 11 MAR 1983 | PV-1 |

| 5. HOME OF RECORD (City, State, ZIP Code) | 6. PLACE OF ENLISTMENT / REENLISTMENT |
|---|---|
| SALLISAW, OK 74955 | MEPS LITTLE ROCK, AR |

| 7. DATE OF BIRTH | 8. SELECTIVE SERVICE NO. | 9. PREV MIL SVC UPON ENL / REENL | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| ███ 1964 | ☐ NOT REGISTERED | a. Total Active Military Service | 00 | 00 | 00 |
| | | b. Total Inactive Military Service | 00 | 00 | 00 |

## B. AGREEMENTS

10. I am enlisting/reenlisting in the United States ___ARMY RESERVE___

this date for ___6___ years beginning in pay grade ___E-1___. The additional details of my enlistment/reenlistment are in Section C and Annex(es) ___A___.

a. **FOR ENLISTMENT IN A DELAYED ENTRY/ENLISTMENT PROGRAM (DEP)**, I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 6 above by ___0630___

___24 MARCH 1983___ _____ for enlistment in the Regular Component of the United States
_(time and date)_

___ARMY___ for not less than ___3___ years. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is creditable for pay purposes upon enlistment on active duty. I also understand that this time is NOT counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications, and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, or mailing address.

b. Remarks: (If none, so state.)

NONE

c. The agreements in this section and the attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.** ___T. DC___
_(Initials of Enlistee/Reenlistee)_

## C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS

11. **FOR ALL ENLISTEES OR REENLISTEES:** Many laws, regulations, and military customs will govern my conduct and require me to do things a civilian does not have to do. The following statements are not promises or guarantees of any kind. They explain some of the present laws affecting the Armed Forces which I cannot change but which Congress can change at any time.

a. My enlistment is more than an employment agreement. As a member of the Armed Forces of the United States, I will be:

(1) Required to obey all lawful orders and perform all assigned duties.

(2) Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

(3) Subject to the military justice system; which means, among other things, that I may be tried by military courts-martial.

(4) Required upon order to serve in combat or other hazardous situations.

(Continued on page 2, reverse side)

(5) Entitled to receive pay, allowances, and other benefits as provided by law and regulation.

b. Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my status, pay, allowances, benefits, and responsibility as a member of the Armed Forces **REGARDLESS** of the provisions of this enlistment/reenlistment document.

c. In the event of war, my enlistment in the Armed Forces continues until 6 months after the war ends, unless my enlistment is ended sooner by the President of the United States.

12. *Military Service Obligation. (FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS, INCLUDING THE NATIONAL GUARD.)*

a. **FOR ALL ENLISTEES:** I must serve a total of 6 years. Any part of that service not served on active duty must be served in a Reserve Component unless I am sooner discharged.

b. If I am a member of a Reserve Component of an Armed Force at the beginning of a period of war or national emergency declared by Congress, or if I become a member during that period, my military service may be extended without my consent until 6 months after the end of that period.

c. As a member of a Reserve Component, in time of war or national emergency declared by the Congress, I may be required to serve on active duty *(other than for training)* for the entire period of the war or emergency and for 6 months after its end.

d. As a member of the Ready Reserve I may be required to perform active duty or active duty for training without my consent *(other than as provided in paragraph 10 of this document)* as follows:

(1) In time of national emergency declared by the President of the United States, I may be ordered to active duty *(other than for training)* for not more than 24 consecutive months.

(2) I may be ordered to active duty for 24 months, and my enlistment may be extended so I can complete 24 months of active duty, if:

(a) I am not assigned to or participating satisfactorily in a unit of the Ready Reserve; and

(b) I have not met my Reserve obligation; and

(c) I have not served on active duty for a total of 24 months.

(3) I may be ordered to perform additional active duty training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserve, my enlistment may be extended until I perform that additional duty, but not for more than 6 months.

(4) When determined by the President that it is necessary to support any operational mission, I may be ordered to active duty for not more than 90 days if I am a member of the Selected Reserve.

13. **IF ENLISTING IN THE NAVY OR MARINE CORPS:** I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

14. My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I **CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT.** Any questions I had were explained to my satisfaction. I fully understand that **ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED. ANY OTHER PROMISES OR**

*(Continued on page 3 (DD Form 4/2) attached)*

**D.** CERTIFICATION AND ACCEPTANCE *(Continued from page 2)*

## GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW:

*(If none, check "NONE" and initial.)*

[X] NONE _T.D.C_
*(Initials)*

| 14a. TYPED NAME / SSN OF APPLICANT / REENLISTEE | 14b. SIGNATURE OF APPLICANT / REENLISTEE |
|---|---|
| TRAVIS DON CRAWFORD ███ 5635 | *Travis Don Crawford* |

15. On behalf of the United States ____ARMY____, I accept this applicant for enlistment. I have witnessed the signature in item 14b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored

| 15a. NAME GRADE, SSN, AND ORGANIZATION OF SERVICE REPRESENTATIVE *(Type or Print)* | 15b. SIGNATURE OF SERVICE REPRESENTATIVE | 15c. DATE SIGNED |
|---|---|---|
| GARY I FREET SFC(P) ████<br>USA DRC LITTLE ROCK AR | *Gary I. Freet* | 11 MAR 1983 |

**E.** CONFIRMATION OF ENLISTMENT OR REENLISTMENT

### 16a. FOR SERVICE IN THE ARMED FORCES **EXCEPT** THE NATIONAL GUARD *(ARMY OR AIR)*:

I, ____TRAVIS DON CRAWFORD____, do solemnly swear *(or affirm)* that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

### 16b. FOR ENLISTMENT OR REENLISTMENT IN THE NATIONAL GUARD *(ARMY OR AIR)*:

I, _____, do solemnly swear *(or affirm)* that I will support and

defend the Constitution of the United States and the State of _____ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of

the United States and the Governor of _____ and the orders of the officers appointed over me, according to law and regulations. So help me God.

| 16c. I acknowledge that the oath above, as filled in, has been administered to me and that I have sworn *(or affirmed)* to the same. | 16d. SIGNATURE OF ENLISTEE / REENLISTEE<br><br>*Travis Don Crawford* |
|---|---|

16e. The above oath was administered, subscribed, and duly sworn to *(or affirmed)* before me this date.

| 16f. NAME, GRADE, AND ORGANIZATION OF ENLISTING OFFICER *(Type or Print)* | 16g. SIGNATURE OF ENLISTING OFFICER | 16h. DATE SIGNED |
|---|---|---|
| JAMES F AVARY LTJG<br>MEPS LITTLE ROCK AR | *James F Avary* | 11 MAR 1983 |

### 16i. FOR ENLISTMENT OR REENLISTMENT IN THE NATIONAL GUARD *(ARMY OR AIR)*:

I do hereby acknowledge to have voluntarily enlisted *(reenlisted)* this ____ day of ____ 19 ____ in the ____

National Guard of the State of _____ and as a Reserve of the United States

_____ with membership in the _____ National Guard of the United States for a period of ____ *(years)*

____ ____ under the conditions prescribed by law, unless sooner discharged by proper authority.
*(months)* *(days)*

16j. SIGNATURE OF ENLISTEE / REENLISTEE

THIS FORM, TOGETHER WITH DD FORMS 4/1 AND 4/3, FEB 82, REPLACES DD FORMS 4/1 THRU 4/5, JUN 78, WHICH WILL BE USED UNTIL EXHAUSTED.

| 17. NAME | 18. SSN |
|---|---|
| CRAWFORD | ████-5635 |

## F. DISCHARGE FROM DELAYED ENTRY / ENLISTMENT PROGRAM

19. I request to be discharged from the Delayed Entry/Enlistment Program and enlisted in the Regular Component of the United States

_____ARMY_____ for a period of ___THREE___ years.

No changes have been made to my enlistment options **OR** if changes were made they are recorded on Annex(es) _____

___B___ which replace(s) Annex(es) ___A___.

| 19a. DATE | 19b. SIGNATURE OF DEP ENLISTEE |
|---|---|
| 24 MAR 1983 | _Travis Don Crawford_ |

## G. APPROVAL AND ACCEPTANCE BY SERVICE REPRESENTATIVE

20. This enlistee is discharged from the Reserve Component shown in item 10 and is accepted for enlistment in the Regular Component of the

United States ___ARMY___ in pay grade E- ___1___.

Applicant served ___00___ years, ___00___ months, and ___13___ days in the DEP. **AGREEMENTS IN ITEM 10**

**AND ATTACHED ANNEX(ES), OR AS MODIFIED IN ITEM 19, REMAIN IN EFFECT.**

| 20a. NAME, GRADE, SSN, AND ORGANIZATION OF SERVICE REPRESENTATIVE (Type or print) | 20b. SIGNATURE OF SERVICE REPRESENTATIVE |
|---|---|
| WILLIE F SNELL SFC ████ <br> USA DRC LITTLE ROCK AR | _Willie F Snell_ |

## H. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

21. **FOR SERVICE IN A REGULAR COMPONENT OF THE ARMED FORCES:**

I, ___TRAVIS DON CRAWFORD___, do solemnly swear (or affirm) that I will support

and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the

same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to

regulations and the Uniform Code of Military Justice. So help me God.

| 21a. I acknowledge that the oath above has been administered to me and that I have sworn (or affirmed) to the same, | 21b. SIGNATURE OF ENLISTEE / REENLISTEE |
|---|---|
| | _Travis Don Crawford_ |

21c. The above oath of enlistment was administered, subscribed, and duly sworn to (or affirmed) before me

on ___24 MARCH___, 19 ___83___.

| 21d. NAME, GRADE, AND ORGANIZATION OF ENLISTING OFFICER (Type or print) | 21e. SIGNATURE OF ENLISTING OFFICER |
|---|---|
| JAMES F AVARY LTJG USNR <br> MEPS LITTLE ROCK AR | _Jas F Avary_ |

13 DAYS

## APPLICATION FOR ENLISTMENT - ARMED FORCES OF THE UNITED STATES

Form Approved
OMB-22-R-0311

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY** — Title 10, United States Code, Sections 504, 505, 508, and 510, and Executive Order 9397

**PRINCIPAL PURPOSE** — To determine your eligibility for enlistment

**ROUTINE USES** — If you are enlisted, this form becomes the principal source document for, and a part of, your military personnel records which are used to make decisions related to your training, promotion, reassignment, and other personnel management actions.

**DISCLOSURE** — Voluntary, failure to answer all questions on this form except 12, 26, 32, and 35 may result in denial of your enlistment.

### WARNING

Information provided by you on this form is FOR OFFICIAL USE ONLY and will be maintained and used in strict compliance with Federal law and regulation. The information provided by you becomes the property of the United States Government and it may be consulted throughout your military service career, particularly whenever either favorable or adverse administrative or disciplinary actions related to you are involved.

YOU CAN BE PUNISHED BY FINE, IMPRISONMENT OR BOTH
IF YOU ARE FOUND GUILTY OF MAKING A KNOWING AND WILLFUL FALSE STATEMENT ON THIS APPLICATION.

### INSTRUCTIONS (Read carefully BEFORE filling out this form)

1. Type or print LEGIBLY all answers, if the answer is "None" or "Not Applicable," so state.
2. Questions 12, 26, and 32 are optional and may be left blank. Question 35 may be answered orally.
3. If additional space is needed for any answer, continue it in Item 37, "REMARKS."

### SECTION I - PERSONAL DATA

SERVICE: AR    NPS / PS

SOCIAL SECURITY ACCOUNT NUMBER: 5635

NAME: CRAWFORD TRAVIS DON

SALLISAW 4635 74955 / 74935

(SEQUOYAH) OKLAHOMA

SALLISAW SEQUOYAH OKLAHOMA 74955 74955

CITIZENSHIP: U.S. BIRTH

SEX: M, M    POPULATION GROUP: WHITE

ETHNIC GROUP: NONE    MARITAL STATUS: SINGLE    NO. OF DEPENDENTS: 0

DATE OF BIRTH: 64 0120    RELIGIOUS PREFERENCE: NO-Pref    EDUC: 122

SELECT VE SERVICE INFORMATION

FOREIGN LANGUAGE: NONE

DRIVERS LICENSE: OK 003237285    EXPIRES JAN 31 1984

### SECTION II - EXAMINATION AND ENLISTMENT DATA PROCESSING CODES

**FOR OFFICE USE ONLY**

TEST ID: 9124

AFQT: 14 17 11 08 46 66 14 49 08 08 ...

MEDICAL: 1 1 1 1 1 ... 42 88 BROWN ...

DATE OF ENLISTMENT: 83 03 11    PROJ ACTIVE DUTY DATE: 83 03 24 3    5 HABM 26 C

DATE OF ENLISTMENT: 83 03 24    ACTIVE DUTY SVC DATE: 83 03 24    83 03 11 3 YY E4 83 03 24 11 122

5 HABM 12 B 10 12 B 00 YY0 TY FT LN HD

SVC REQUIRED DATA CODES:
00 / A E P V 11 0 0 0 8 0
8 4 0 8 8 1 2 0 8 7 0 9 9 0 9 6 0
9 6 0 8 2 0 7 5 0 0 0 0 4 H 3 H N 0
0 0 0 0 0 0 0 0 H F 0 0

DD FORM 1966/1, 1 OCT 80    EDITION OF 1 SEP 78 IS OBSOLETE    PAGE

| LAST NAME | | | | | SSAN | |
|---|---|---|---|---|---|---|
| CRAWFORD | | | | | ■■■-5635 | |

## SECTION III — VERIFICATION OF PERSONAL DATA

**22.** EDUCATION (List all high schools and colleges attended; if none attended, show last school attended.)

| a. MONTH & YEAR | | b. NAME AND LOCATION OF SCHOOL | c. GRADUATE | | d. DEGREE RECEIVED |
|---|---|---|---|---|---|
| FROM | TO | | NO | YES | |
| AUG 1978 | MAY 1982 | SALLISAW HIGH SCHOOL SALLISAW, OKLAHOMA | | X | HIGH SCHOOL DIPLOMA |
| | | | | | |
| | | | | | |

**23.** CITIZENSHIP (You must provide your recruiter with the necessary documents to confirm your answers.)

| a. PLACE OF BIRTH (City County, State, & Country) | b. CERTIFICATE ISSUED BY (County & State) |
|---|---|
| SALLISAW (SEQUOYAH) OKLAHOMA USA | (SEQUOYAH) OKLAHOMA |

| c. BIRTH CERTIFICATE FILE NO. | d. NATURALIZATION CERTIFICATE NO. | e. IF CITIZENSHIP IS DERIVED, GIVE PARENTS' CERTIFICATE NO(S), DATE, PLACE, & COURT |
|---|---|---|
| HIGH SCHOOL DIPLOMA | N/A | |

| f. IF AN ALIEN, GIVE ALIEN REGISTRATION NO. | g. NATIVE COUNTRY | |
|---|---|---|
| N/A | N/A | N/A |

| h. DATE AND PORT OF ENTRY INTO THE U.S.A. | i. DATE AND PLACE LAST REGISTERED |
|---|---|
| N/A | N/A |

**24.** MILITARY SERVICE

a. ARE YOU NOW OR HAVE YOU EVER BEEN IN ANY REGULAR OR RESERVE BRANCH OF THE ARMED FORCES OR IN THE ARMY NATIONAL GUARD OR IN THE AIR NATIONAL GUARD?  ☒ NO (Go on to question 26)

☐ YES (Complete the following and give your recruiter the appropriate DD Form 214 or DD Form 215 for his review.)

| b. PAY GRADE | c. SERVICE NUMBER | d. SERVICE COMPONENT | e. DATE OF ENTRY | f. DATE OF DISCH/REL | g. TYPE OF DISCH/REL CERTIFICATE | h. DAYS LOST (If any) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

i. IF YOU ARE NOW A MEMBER OF ANY RESERVE OR NATIONAL GUARD UNIT, GIVE THE UNIT NAME, ITS ADDRESS, AND TELEPHONE NUMBER:

N/A

### DO NOT WRITE IN THIS BLOCK — COMPLETED BY RECRUITER

| 25. VERIFICATION OF SERVICE | a. | YRS | MOS | DAYS | b. PEBD | c. ADSD | d. LAST RE-CODE | e. SPN/SPD |
|---|---|---|---|---|---|---|---|---|
| | TOT ACT MIL SVC | 00 | 00 | 00 | 830311 | 830314 | N/A | N/A |
| | TOT INACT MIL SVC | 00 | 00 | 13 | | | | |

## SECTION IV — OTHER BACKGROUND DATA

**26.** COMMERCIAL LIFE INSURANCE POLICIES (OPTIONAL ENTRY)

(Information, if provided, is used to assist your survivors in filing claims should you die while on active duty.)

| a. NAME OF COMPANY ISSUING POLICY | b. POLICY NUMBER |
|---|---|
| N/A | N/A |

**27.** EMPLOYMENT (Show all periods of employment and unemployment.)

| a. MONTH & YEAR | | b. NAME AND ADDRESS OF COMPANY | c. JOB TITLE | d. NAME OF SUPERVISOR |
|---|---|---|---|---|
| FROM | TO | | | |
| DEC 1982 | Present | UNEMPLOYED | | |
| JULY 1982 | DEC 1982 | NORTON MANUFACTURING FT. SMITH, ARKANSAS | Laborer | ROBERT MAXWELL |
| APR 82 | JULY 1982 | JOHN LANDER LANDSCAPING SALLISAW, OKLAHOMA | Laborer | JOHN LANDER |

| LAST NAME | | SSAN |
|---|---|---|
| CRAWFORD | | ████ 5635 |

## SECTION IV — OTHER BACKGROUND DATA (Continued from page 2)

**28.** RESIDENCES (List all for the last five years or 13th birthday whichever is shorter.)

| a. MONTH & YEAR | | b. STREET ADDRESS | c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|---|---|---|
| FROM | TO | | | | |
| JAN 1981 | Present | ████ | SALLISAW | OKLAHOMA | 74955 |
| MAY 1978 | JAN 1981 | ████ | SALLISAW | OKLAHOMA | 74955 |

**29.** MARITAL STATUS AND DEPENDENCY

| | NO | YES |
|---|---|---|
| a. Are you now, or have you ever been, married? | TDC | |
| b. If you have been married, are you now living with your spouse? | TDC | |
| c. Have you ever been divorced or legally separated? (If "yes", enter date, place and court which granted the divorce or legal separation in item 37, "REMARKS".) | TDC | |
| d. Is any court order or judgment in effect that directs you to provide support for children or alimony? (If "yes", enter date, place and court which granted alimony or support, including orders resulting from paternity suits, in item 37, "REMARKS".) | TDC | |
| e. Is any person dependent on you for their support? (If "yes", list them in item 30 below and check "DEPN/YES" block.) | TDC | |

**30.** RELATIVES

| a. NAME (Last - First - Middle) | b. DEPN NO | b. DEPN YES | c. DATE OF BIRTH | d. PLACE OF BIRTH | e. PRESENT ADDRESS | f. CITIZENSHIP |
|---|---|---|---|---|---|---|
| FATHER | | | | | | |
| CRAWFORD ROGER LEE | X | | ████ | ████ | ████ | USA |
| MOTHER (Maiden Name) | | | | | | |
| DOTSON PHYLIS GEAN | X | | ████ | ████ | ████ | USA |
| SPOUSE (Maiden Name) | | | | | | |
| NONE | | | | | | |
| CHILDREN | | | | | | |
| NONE | | | | | | |
| ~~CRAWFORD GWEN~~ | | | | | | |
| OTHERS (Brothers, Sisters, In-laws, etc.) | | | | | | |
| CRAWFORD GWEN DENISE | X | | ████ | ████ | ████ | USA |
| CRAWFORD ROGER DALE | X | | ████ | ████ | ████ | USA |

**31.** RELATIVES AND FRIENDS LIVING IN FOREIGN COUNTRIES

(List anyone with whom you had or have a close relationship who lives in a foreign country.)

| a. NAME | b. RELSHIP | c. AGE | d. OCCUPATION | e. ADDRESS | f. CITIZENSHIP |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |
| | | | | | |

## SECTION IV — OTHER BACKGROUND DATA *(Continued from page 3)*

| 32. MEMBERSHIP IN YOUTH PROGRAMS | NO | YES |
|---|---|---|
| Have you ever been enrolled in an ROTC, Junior ROTC, or Sea Cadet Program, or have you been a member of the Civil Air Patrol? *(Optional entry - you may be entitled to a higher enlistment grade based on such membership and participation. If "yes", enter organization and its address in item 37.)* | TDC | |

| 33. DECLARATIONS *(Answer by placing your initials in the appropriate block; explain "yes" answers in item 37, "REMARKS".)* | NO | YES |
|---|---|---|
| a. Have you ever been rejected for enlistment, reenlistment, or induction by any branch of the Armed Forces of the United States? | TDC | |
| b. Are you now, or have you ever been, a deserter from any branch of the Armed Forces of the United States? | TDC | |
| c. Are you now drawing, or do you have an application pending, or approval for: Retired pay, disability allowance, severance pay, or a pension from the Government of the United States? | TDC | |
| d. Are you a conscientious objector? That is, do you now have, or have you ever had, a firm, fixed, and sincere objection to participation in war in any form or to the bearing of arms because of religious training or belief? | TDC | |
| e. Are you the only living child of your parents? | TDC | |
| f. Have you been a draft evader or participated in an amnesty program? | TDC | |
| g. Do you now have, or have you had within the past ten years, knowing membership with the specific intent of furthering the aims of, or adherence to, and active participation in any foreign or domestic organization or association or movement or group or combination of persons which unlawfully advocates or practices the commission of acts of force or violence to prevent others from exercising their rights under the Constitution or the Laws of the United States, or of any State, or which seeks to overthrow the Government of the United States or subdivision thereof by unlawful means? *(If "yes", give the name(s) of the organization(s) and inclusive dates of your membership in item 37.)* | TDC | |
| h. Have you ever visited a foreign country except as a member of the United States Armed Forces performing official duties? *(If "yes", give year and month, countries visited, and purpose of travel in item 37.)* | TDC | |
| i. Have you ever worked for a foreign government? *(If "yes", give dates of employment, name of the government you worked for, and description and location of your duties in item 37.)* | TDC | |

| 34. UNDERSTANDINGS | INITIALS |
|---|---|
| a. I UNDERSTAND THAT IF I AM REJECTED FOR ENLISTMENT BECAUSE OF A DISQUALIFICATION THAT I HAVE CONCEALED, I MAY NOT BE PROVIDED RETURN TRANSPORTATION FROM THE PLACE OF EXAMINATION TO MY HOME.  TDC | TDC |
| b. I UNDERSTAND ~~THAT IF I HAVE NOT REACHED MY 26TH BIRTHDAY~~, AN ORIGINAL ENLISTMENT OBLIGATES ME TO SERVE IN THE ARMED FORCES FOR A PERIOD OF SIX *(6)* YEARS *(ACTIVE AND RESERVE)* UNLESS SOONER DISCHARGED. | TDC |

### 35. CHARACTER AND SOCIAL ADJUSTMENT
*(Read and consider the following instructions carefully BEFORE answering questions a through f on top of page 5.)*

1. If your answer to every question is truthfully "NO", initial in the appropriate space.

2. You are not required to answer or explain your responses to these questions in writing if your answer is "YES" or you have reservations about answering questions of this nature. Instead, you may request a personal interview in which you may provide the required information for each question orally.

a. If you choose the personal interview, the information you give may be investigated; however, any written record of the interview itself will not be retained more than six months after your entry on active duty and will not become a part of your permanent military personnel service record.

b. This information may be requested from you again at some future date if you enlist and may become a part of your security investigative file at that time. This could occur as a result of your being considered for duties involving access to classified information or other types of duty requiring a personnel security investigation.

3. A "YES" answer will not necessarily disqualify you for enlistment; it will depend on the circumstances surrounding the situation involved.

**INITIAL HERE IF YOU PREFER A PERSONAL INTERVIEW:**_____

### DO NOT WRITE IN THIS BLOCK — TO BE COMPLETED BY INTERVIEWER

APPLICANT HAS BEEN INTERVIEWED AND IS

☐ ELIGIBLE FOR ENLISTMENT          ☐ INELIGIBLE FOR ENLISTMENT

| DATE OF INTERVIEW | GRADE, NAME, ORG & TITLE OF INTERVIEWER | SIGNATURE OF INTERVIEWER |
|---|---|---|
| | | |

| SECTION IV – OTHER BACKGROUND DATA *(Continued from page 4)* | NO | YES |
|---|---|---|
| a. Have you ever taken any narcotic substance, sedative, stimulant, or tranquillizer drugs, except as prescribed by a licensed physician? | | *TDC* |
| b. Have you ever intentionally sniffed glue, paint, hairspray, or other chemical fumes? | *TDC* | |
| c. Have you ever been involved in the use, purchase, possession, or ~~sale of marijuana~~, LSD, or any other harmful or habit-forming drugs and/or chemicals, except as prescribed by a licensed physician? *Sale of marijuana or the drugs* ~~TDC~~ | *TDC* | ~~TDC~~ |
| d. Has your use of alcoholic beverages *(such as liquor, beer, wine)* ever resulted in the loss of a job, arrest by police, or treatment for alcoholism? *(or drug abuse)* | *TDC* | |
| e. Have you ever been a patient *(whether or not formally committed)* in any institution primarily devoted to the treatment of mental, nervous, emotional, psychological, or personality disorders? | *TDC* | |
| f. Have you ever engaged in homosexual activity *(sexual relations with another person of the same sex)*? | *TDC* | |

| 36. | INVOLVEMENT WITH POLICE OR JUDICIAL AUTHORITIES |
|---|---|

YOUR ANSWERS TO THE FOLLOWING QUESTIONS WILL BE VERIFIED WITH THE FEDERAL BUREAU OF INVESTIGATION *(FBI)* AND OTHER AGENCIES TO DETERMINE ANY PREVIOUS RECORDS OF ARREST OR CONVICTIONS OR JUVENILE COURT ADJU-DICATIONS. IF YOU CONCEAL SUCH RECORDS AT THIS TIME, YOU MAY, UPON ENLISTMENT, BE SUBJECT TO DISCIPLINARY ACTION AND/OR DISCHARGE/SEPARATION FROM THE MILITARY SERVICE WITH OTHER THAN AN HONORABLE DISCHARGE.

*(Answer by placing your initials in the appropriate block.)*

| | NO | YES |
|---|---|---|
| a. Have you ever been arrested, charged, cited *(including traffic violations)* or held by any law-enforcement or juvenile authorities in the United States or in a foreign country regardless of whether the citation or charge was dropped or dismissed or you were found not guilty? | | *TDC* |
| b. As a result of being arrested, charged, cited, or held by law-enforcement or juvenile authorities, have you ever been convicted, fined, or forfeited bond, or adjudicated a youthful offender or juvenile delinquent *(regardless of whether the record in your case has been "sealed", expunged, or otherwise stricken from the court record)*? | | *TDC* |
| c. Have you ever been detained, held in, or served time in, any jail or prison or reform or industrial school or any juvenile facility or correctional institution in the United States or in a foreign country? | *TDC* | |
| d. Have you been released from parole, probation, juvenile supervision, or given a suspended sentence or relieved of charges pending on condition that you apply for or enlist in the United States Armed Forces? | *TDC* | |
| e. Are you now involved in, or a party to, or connected with, any court action or civil suit? *(Explain a "yes" answer in item 37.)* | *TDC* | |

f. Explain below "yes" answers given in "a" through "d" above. *(Include all incidents with law-enforcement authorities even if the citation or charge was dropped or dismissed or you were found not guilty or you have been told by recruiting personnel or anyone else that the incident was not important enough to list.)*

| OFFENSE (1) | DATE (2) | PLACE (3) | AGE (4) | DISPOSITION (5) | COURT (6) |
|---|---|---|---|---|---|
| *RECKLESS DRIVING* | *DECEMBER 1982* | *S. ALLISAW OKLAHOMA* | *18* | *$45.00 fine (PAID)* | *TRAFFIC COURT* |
| *67 in 55 MPH ZONE Speeding* | *AUGUST 1981* | *S. ALLISAW OKLAHOMA* | *17* | *$47.00 fine (PAID)* | *TRAFFIC COURT* |
| | | | | | |
| | | | | | |
| | | | | | |

## SECTION IV — OTHER BACKGROUND DATA (Continued from page 5)

**37. REMARKS** *(Enter item(s) being continued)*

The Army's commitment to me in the DEP is contingent upon my entering and completingmy senior year in high school.

appl. signature ___N/A___

REF ITEM 30 DD 1966-3

| Bro & sisters | DEPN | DOB | POB | Present ADD | USA |
|---|---|---|---|---|---|
| CRAWFORD MONTY DWAYNE | NO | ~~███~~ | ~~███~~ | ~~███~~ | USA |

REF ITEM 35 - Section IV - A&C

Individual experminted with marijuana twice around May 1982 at a party - no other drugs were involved haven't smoked it since — Travis Lee Crawford

REF ITEM 27 - Employment - DD 1966-2

| Month Year From / To | Name & address of company | Job title | Name of supervisor |
|---|---|---|---|
| JUNE 1979 / AUGUST 1979 | altus air force base altus, OKLAHOMA | Yard Care | Major Price |

Per BRIDGE call From SWRRC I-IV GRAD male can enlist IN MAR 83   11MAR83

HRAP-Ø

CCN  807 90 565

**38. I AM INTERESTED IN THE FOLLOWING MILITARY SKILLS; I FULLY UNDERSTAND THAT I WILL NOT BE GUARANTEED ANY SPECIFIC MILITARY SKILL OR ASSIGNMENT TO A GEOGRAPHICAL AREA UNLESS IT IS INCLUDED IN SECTION VI OF THIS FORM AND IN MY DD FORM 4 AND ATTACHED ANNEXES OR IF MY RECRUITER LISTED IT IN ITEM 37 ABOVE.**

DD FORM 1966/6  
1 SEP 78

DD FORMS 1966/1 THRU 8, 1 SEP 78, REPLACE THE PREVIOUS EDITION OF THIS SERIES (1 AUG 76), WHICH IS OBSOLETE.  

PAGE

LAST NAME: *CRAWFORD*  
SSAN: ████ 5635

## SECTION V – CERTIFICATIONS

39. I CERTIFY THAT THE INFORMATION GIVEN BY ME IN THIS DOCUMENT IS TRUE, COMPLETE, AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT I AM BEING ACCEPTED FOR ENLISTMENT BASED ON THE INFORMATION PROVIDED BY ME IN THIS DOCUMENT; THAT IF ANY OF THE INFORMATION IS KNOWINGLY FALSE OR INCORRECT, I COULD BE TRIED IN A CIVILIAN OR MILITARY COURT AND COULD RECEIVE A LESS THAN HONORABLE DISCHARGE WHICH COULD AFFECT MY FUTURE EMPLOYMENT OPPORTUNITIES.

*(Your signature in this block must be witnessed by your recruiter.)*

| a. DATE SIGNED | b. NAME OF APPLICANT (Type or print) | c. SIGNATURE OF APPLICANT |
|---|---|---|
| March 4, 1983 | Travis Don Crawford | *Travis Don Crawford* |

40. DATA VERIFICATION BY RECRUITER *(Enter a description of the actual document used to verify items below.)*

| a. NAME | | b. AGE | c. CITIZENSHIP |
|---|---|---|---|
| BIRTH CERTIFICATE | | B/C | B/C |

| d. EDUCATION | e. SOCIAL SECURITY ACCOUNT NUMBER |
|---|---|
| HIGH SCHOOL DIPLOMA | SSAN Card # ████ 5635 |

| f. PRIOR MILITARY SERVICE | g. OTHER (Specify) |
|---|---|
| N/A | N/A |

41. I CERTIFY THAT I HAVE WITNESSED APPLICANT'S SIGNATURE ABOVE AND THAT I HAVE VERIFIED THE DATA IN SECTIONS I, III, AND IV OF THIS DOCUMENT AND THE DOCUMENTS LISTED ABOVE AS PRESCRIBED BY MY DIRECTIVES. I FURTHER CERTIFY THAT I HAVE NOT MADE ANY PROMISES OR GUARANTEES OTHER THAN THOSE LISTED AND SIGNED BY ME IN ITEM 37. I UNDERSTAND MY LIABILITY TO TRIAL BY COURTS-MARTIAL UNDER THE UNIFORM CODE OF MILITARY JUSTICE SHOULD I EFFECT OR CAUSE TO BE EFFECTED THE ENLISTMENT OF ANYONE KNOWN BY ME TO BE INELIGIBLE FOR ENLISTMENT.

| a. DATE SIGNED | b. NAME & GRADE, SSAN, OR RECRUITER ID NO. OR ORGANIZATION (Type or print) | c. SIGNATURE OF RECRUITER |
|---|---|---|
| 4 March 1983 | E-5 SGT John L. Chandler ████ | Sgt John L. Chandler |

## SECTION VI – ENLISTMENT OPTIONS ACCEPTED
*(COMPLETED BY GUIDANCE COUNSELLOR, AFEES LIAISON NCO, ETC., AS SPECIFIED BY SPONSORING SERVICE)*

| 42a. ENL COMP | b. GRADE/RATE | c. DATE OF RANK | d. TERM ENL. |
|---|---|---|---|
| RA | E-1 | 24 MAR 83 | 3 |

| e. T-E MOS/AFS | f. PMOS/AFS | g. WAIVER CODE | h. OPT ANAL | i. PROG ENL FOR |
|---|---|---|---|---|
| 12B10 | 12B00 | NONE | N/A | N/A |

j. SPECIFIC OPTION/PROGRAM ENLISTED FOR (Write in clear text English)  IAW AR 601-210

TABLE 9-3 US ARMY AIRBORNE ENLISTMENT OPTION  18AC

k. I CERTIFY THAT I HAVE REVIEWED ALL INFORMATION CONTAINED IN THIS DOCUMENT AND, TO THE BEST OF MY JUDGMENT AND BELIEF, APPLICANT FULFILLS ALL LEGAL AND POLICY REQUIREMENTS FOR ENLISTMENT. I ACCEPT HIM/HER FOR ENLISTMENT ON BEHALF OF THE UNITED STATES ___ARMY___, AND CERTIFY THAT I HAVE NOT MADE ANY PROMISES OR GUARANTEES EXCEPT AS LISTED IN ITEM 42j ABOVE. I FURTHER CERTIFY THAT SERVICE REGULATIONS GOVERNING SUCH ENLISTMENT HAVE BEEN STRICTLY COMPLIED WITH AND ANY WAIVERS REQUIRED TO EFFECT APPLICANT'S ENLISTMENT HAVE BEEN SECURED AND ARE ATTACHED TO THIS DOCUMENT.

| l. DATE SIGNED | m. NAME & GRADE, SSAN, OR RECRUITER ID NO. OR ORGANIZATION (Type or print) | n. SIGNATURE OF ACCEPTOR |
|---|---|---|
| 11 MAR 83 | Dennis L. Chappell E-7 | Dennis L. Chappell |

## SECTION VII – ENTNAC/NAC PROCESSING
*(COMPLETED BY AFEES ENTNAC INTERVIEWER)*

43a. ENTNAC/NAC INTERVIEW COMPLETED ON __11 MAR 83__ . ADDITIONAL INFORMATION

[X] WAS NOT DISCLOSED.  [ ] WAS DISCLOSED AND REPORTED TO THE SPONSORING SERVICE REPRESENTATIVE.

| b. DATE SIGNED | c. GRADE, NAME & ORGANIZATION OF INTERVIEWER (Type or print) | d. SIGNATURE OF INTERVIEWER |
|---|---|---|
| 11 MAR 83 | | |

**DD FORM 1966/7** 1 SEP 78  DD FORMS 1966/1 THRU 8, 1 SEP 78, REPLACE THE PREVIOUS EDITION OF THIS SERIES (1 AUG 75), WHICH IS OBSOLETE.  PAGE

## SECTION VIII — RECERTIFICATION BY APPLICANT AND CORRECTION OF DATA AT THE TIME OF ACTIVE DUTY ENTRY

44.
I HAVE REVIEWED ALL INFORMATION CONTAINED IN THIS DOCUMENT THIS DATE; THAT INFORMATION IS STILL CORRECT AND TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF. IF CHANGES WERE REQUIRED, THE ORIGINAL ENTRY HAS BEEN MARKED "SEE VIII" AND THE CORRECT INFORMATION IS PROVIDED BELOW.

| a. QUESTION | b. | CHANGE REQUIRED |
|---|---|---|
| | *None T.D.C* | |
| | | |
| | | |
| | | |

| c. GRADE, NAME, & SSAN OF WITNESS (Type or print) | d. SIGNATURE OF APPLICANT | e. DATE |
|---|---|---|
| *E-7 Willie F. Snell* | | |
| f. SIGNATURE OF WITNESS | *Travis Don Crawford* | *Mar (24)83* |

## SECTION IX — PARENTAL/GUARDIAN CONSENT FOR ENLISTMENT

45.
a. I/WE CERTIFY THAT_____HAS NO OTHER LEGAL GUARDIAN OTHER THAN ME/US AND I/WE CONSENT TO HIS/HER ENLISTMENT IN THE UNITED STATES_____ I/WE CERTIFY THAT _NO PROMISES OF ANY KIND_ HAVE BEEN MADE TO ME/US CONCERNING ASSIGNMENT TO DUTY, TRAINING OR PROMOTION DURING HIS/HER ENLISTMENT _AS AN INDUCEMENT_ TO ME/US TO SIGN THIS CONSENT. I/WE HEREBY AUTHORIZE THE ARMED FORCES REPRESENTATIVES CONCERNED TO PERFORM MEDICAL EXAMINATIONS, OTHER EXAMINATIONS REQUIRED, AND TO CONDUCT RECORDS CHECKS TO DETERMINE HIS/HER ELIGIBILITY. I/WE RELINQUISH ALL CLAIM TO HIS/HER SERVICE AND TO ANY WAGE OR COMPENSATION FOR SUCH SERVICE.

b. _FOR ENLISTMENT IN A RESERVE COMPONENT:_ I/WE UNDERSTAND THAT, AS A MEMBER OF A RESERVE COMPONENT, HE/SHE MUST SERVE MINIMUM PERIODS OF ACTIVE DUTY FOR TRAINING UNLESS EXCUSED BY COMPETENT AUTHORITY. IN THE EVENT HE/SHE FAILS TO FULFILL THE OBLIGATIONS OF HIS/HER RESERVE ENLISTMENT, HE/SHE MAY BE RECALLED TO ACTIVE DUTY AS PRESCRIBED BY LAW. I/WE FURTHER UNDERSTAND THAT WHILE HE/SHE IS IN THE READY RESERVE, HE/SHE MAY BE ORDERED TO EXTENDED ACTIVE DUTY IN TIME OF WAR OR NATIONAL EMERGENCY DECLARED BY THE CONGRESS OR THE PRESIDENT OR WHEN OTHERWISE AUTHORIZED BY LAW.

c. I/WE CERTIFY THAT HIS/HER BIRTHDAY IS:_____

| 46a. NAME OF WITNESS (Type or print) | b. NAME OF PARENT (Type or print) | c. DATE |
|---|---|---|
| d. SIGNATURE OF WITNESS | e. SIGNATURE OF PARENT | |
| f. NAME OF WITNESS (Type or print) | g. NAME OF PARENT (Type or print) | h. DATE |
| i. SIGNATURE OF WITNESS | j. SIGNATURE OF PARENT | |

47. VERIFICATION OF SINGLE SIGNATURE CONSENT

## SECTION X — STATEMENT OF NAME FOR OFFICIAL MILITARY RECORDS

48.
IF THE PREFERRED ENLISTMENT NAME (name given in block 2) IS NOT THE SAME AS ON YOUR BIRTH CERTIFICATE AND IT HAS NOT BEEN CHANGED BY LEGAL PROCEDURE PRESCRIBED BY STATE LAW, COMPLETE THE FOLLOWING:

a. _N/A_

(Enter name as shown on your Birth Certificate)

b. I HEREBY STATE THAT I HAVE NOT CHANGED MY NAME THROUGH ANY COURT OR OTHER LEGAL PROCEDURE, THAT I PREFER TO USE
_N/A_
THE NAME OF_____
BY WHICH I AM KNOWN IN THE COMMUNITY AS A MATTER OF CONVENIENCE AND WITH NO CRIMINAL INTENT. I FURTHER STATE THAT I AM THE SAME PERSON AS THE PERSON WHOSE NAME IS SHOWN IN BLOCK 2.

c. MY SOCIAL SECURITY ACCOUNT NUMBER REFLECTS THE NAME:_____*N/A .*_____

| d. GRADE & NAME OF WITNESS (Type or print) | e. SIGNATURE OF APPLICANT | f. DATE |
|---|---|---|
| g. SIGNATURE OF WITNESS | | |

**DD** FORM 1 SEP 78 **1966/8** DD FORMS 1966/1 THRU 8, 1 SEP 78, REPLACE THE PREVIOUS EDITION OF THIS SERIES (1 AUG 75), WHICH IS OBSOLETE.

PAGE

**STATEMENTS FOR ENLISTME**

US ARMY AIRBORNE ENLISTMENT OPTION

FOR USE OF THIS FORM, SEE AR 601-210; THE PROPONENT AGENCY IS THE OFFICE OF THE DEPUTY CHIEF OF STAFF FOR PERSONNEL.

*TO BE COMPLETED BY ALL APPLICANTS ENLISTING FOR THIS ENLISTMENT OPTION*

1. ACKNOWLEDGEMENT: In connection with my enlistment in the Regular Army for the United States Army Airborne Enlistment Option, I hereby acknowledge that:

a. I am volunteering to perform frequent aircraft flights and parachute jumps and to participate in realistic combat training while receiving airborne training or performing airborne duty.

b. Upon completion of training in MOS *12B10 Combat Engineer*, I will be assigned to _____

(MOS & title)

*IPAC*

(Unit selected for initial assignment)

c. Should I fail to qualify for airborne training subsequent to my enlistment, or fail to retain these qualifications, I will not be offered another assignment choice, but will be reassigned in accordance with the needs of the Army. Examples of specific causes for disqualification for airborne training include:

(1) Failure to complete basic training satisfactorily.

(2) Failure to complete advanced individual training, or the equivalent of such training satisfactorily.

(3) Failure to attain required standards, as prescribed by AR 614-200, on the Advanced Physical Fitness Test.

(4) Failure to complete airborne (parachute) training, if required.

(5) The existence of a medical disqualification.

(6) Failure to maintain all qualifications for airborne training.

d. In the event my enlistment commitment cannot be fulfilled, the alternatives available to me will be as provided in Chapter 5, AR 635-200, as of the date of my claim of unfulfilled enlistment commitment or, erroneous enlistment is submitted. I understand that I will have a period of thirty (30) days to elect an alternative or to request other training from the date I am advised that my selected option cannot be fulfilled, or where not formally advised, from the date I discover or should have discovered the grounds for submitting a claim. This period may be extended by the general courts-martial convening authority when necessary to determine the availability of my selected alternative. If I make no election within that period, my claim will be deemed to have been waived. I may withdraw any request for training or reassignment prior to approval and elect another alternative, but not thereafter.

e. In the event the unit for which I enlisted or to which I am assigned under the provisions of this option is deployed, relocated, inactivated, disbanded, discontinued, or redesignated, I will remain assigned to the unit or activity, or be reassigned in accordance with my preferences. However, if the foregoing is not possible or does not fulfill Army world-wide personnel requirements, the needs of the Army will determine whether I will remain assigned to the unit or activity or be reassigned.

f. I understand that I am guaranteed initial assignment to the unit indicated above, and that such assignment is not for any minimum period. After initial assignment, I am subject to reassignment in accordance with the needs of the Army and established assignment policies.

g. My term of enlistment is for *3* years (specify).

*TO BE COMPLETED BY ALL APPLICANTS ENLISTING FOR A SPECIAL FORCES UNIT*

2. ACKNOWLEDGEMENT: In connection with my enlistment in the Regular Army for the US Army Airborne Enlistment Option, I hereby acknowledge that:

a. If I am not already airborne qualified, I will be required to qualify for and successfully complete such training before receiving Special Forces training.

b. By my enlistment for this option, I am volunteering to perform frequent aircraft flights and parachute jumps and to participate in realistic combat training while engaged in airborne and Special Forces training and duty.

c. I understand that Special Forces units in time of war are engaged on a sustained basis in operations within and behind enemy lines for military purposes.

d. I am aware that all Special Forces personnel are required to undergo language training either mission type or as a student, at an appropriate language facility.

e. Should I fail to qualify for Special Forces training/duty subsequent to my enlistment, I will not be offered another assignment choice, but will be reassigned in accordance with the needs of the Army. Examples of specific causes for disqualification for Special Forces training duty include:

(1)  Failure to complete basic tra...ing and advanced individual training, i. .equired.

(2)  Failure to attain required standards, as prescribed in AR 614-200, on the Advanced Physical Fitness Test.

(3)  Failure to complete satisfactorily airborne (parachute) training, if required.

(4)  Failure to qualify for SECRET security clearance.

(5)  Loss of medical and professional qualifications required for airborne or Special Forces duty.

(6)  A determination by the appropriate Special Forces commander that I am unsuitable for further Special Forces training and duty.

---

TO BE COMPLETED BY ALL APPLICANTS ENLISTING FOR A RANGER UNIT

---

3.  ACKNOWLEDGMENT:  In connection with my enlistment in the Regular Army for the US Army Airborne Enlistment Option, I hereby acknowledge that:

a.  If I am not already airborne qualified, I will be required to qualify for and successfully complete such training before assignment to the 75th Infantry.  I volunteer to attend the ranger course.

b.  By my enlistment for this option, I am volunteering to perform frequent aircraft flights and parachute jumps and to participate in realistic combat training while engaged in airborne/ranger training and duty.

c.  I understand that ranger units in time of war are engaged on a sustained basis in operations within and behind enemy lines for military purposes.

d.  Should I fail to qualify for ranger training/duty subsequent to my enlistment, I will not be offered another assignment choice, but will be reassigned in accordance with the needs of the Army.  Examples of specific causes for disqualification for ranger training/duty include:

(1)  Failure to complete basic training and advanced individual training, if required.

(2)  Failure to attain required standards, as prescribed in AR 614-200, on the Advanced Physical Fitness Test.

(3)  Failure to complete satisfactorily airborne (parachute) training, if required.

(4)  Failure to qualify for security clearance.

(5)  Loss of physical, medical, or professional qualifications required for airborne and Ranger duty.

e.  I am aware that the battalion commander has the authority to relieve summarily from duty and move from the battalion individuals he determines are unsuited for continued assignment to the ranger battalion.  Whether I will be reassigned to another Ranger unit will be at the option of the Army, but if I am summarily relieved, such action will not constitute a breach of my enlistment commitment regardless of whether I am so reassigned.

---

4.  UNDERSTANDING:  I understand that in the event the Secretary of the Army determines that military necessity of a national scope requires that service members be available for immediate assignment/reassignment, any guarantees contained in this agreement may be terminated.  Under these conditions I may be assigned or reassigned according to the needs of the Army.

I have read and understand each of the statements above and in the DD Form 1966 series, signed by me, and understand that these statements are intended to constitute all promises whatsoever concerning my enlistment. Any other promise or representation of commitments made to me in connection with my enlistment is written below in my own handwriting, or is hereby waived. (If none, write "NONE").

NONE  T.DC

---

**AUTHENTICATION**

| SIGNATURE OF GUIDANCE COUNSELOR | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
|  |  | 24 MARCH 83 |

| TYPED NAME, GRADE AND SSN OF WITNESSING OFFICIAL | SIGNATURE OF WITNESSING OFFICIAL | DATE |
|---|---|---|
| Willie F Snell E-7 |  | 24 march 83 |

*TO BE COMPLETED BY ALL APPLICANTS ENLISTING FOR THIS ENLISTMENT OPTION*

1. ACKNOWLEDGMENT: In connection with my enlistment in the United States Army Reserve, I hereby acknowledge that:

a. My enlistment in the US Army Reserve obligates me to a total of 6 years service in the Armed Forces of the United States, including service in the Reserve components, unless sooner discharged by proper authority. Fulfillment of the obligation begins on the date I enter on active duty.

b. I will be assigned to the US Army Reserve Control Group (Delayed Entry), during which time I will be in a nonpay status, and will not be authorized to participate in any Reserve training.

c. My time served in the Reserve will be creditable for pay purposes when I enlist in the Regular Army or enter on active duty.

d. I volunteer to serve on active duty for __3__ years in any job assignment specified by the Army, such period to begin within __13__ days (specify) unless I enlist in the Regular Army, or I am granted further delay by proper authority.

e. In lieu of performing the active duty specified in e above, I may enlist in the Regular Army for not less than 2 years with the following understanding.

(1) Upon enlistment in the Regular Army, I will be enlisted under the provisions of AR 601-210.

TABLE 8-3 US ARMY AIRBORNE ENLISTMENT OPTION __18AC__

(Enter the appropriate table number and title of the enlistment option(s) for which enlisting)

(2) If enlisting for an Army school course, I am assured of attending school course,

__COMBAT ENGINEER__      __12B10__
(Enter school course title and course number)

(3) In the event the enlistment option, school course, or training for which I am enlisting is not available before I enlist in the Regular Army through no fault of my own, I will select one of the following alternatives:

(a) I will enlist for another option, school course, or training of my choice for which I am qualified and for which there is a vacancy.

(b) I will be discharged from the Delayed Entry Program.

(c) The date of my enlistment in the Regular Army is scheduled for __24 MAR 83__.
(Day, Month, Year)

(d) Should I disqualify myself before I enlist in the Regular Army, initiate action designed to obtain my release from the Delayed Entry Program, fail to enlist in the Regular Army, or willfully fail to report for active duty on the date specified in my enlistment orders, I forfeit my entitlement to this enlistment option and may be required to serve on active duty for __2__ years in my Reserve status.

f. Upon completion of my active duty, I will serve in the Ready Reserve in accordance with laws and regulations then in effect or thereafter put into effect.

g.  In the event I willfully fail to report on the date specified in my active duty orders to the Armed Forces Examining and Entrance Station designated therein, I will be in an absent without leave (AWOL) status and subject to apprehension and disciplinary action under Article 85 (Desertion) or Article 86 (AWOL) of the Uniform Code of Military Justice (Title 10, US Code, Sections 885 and 886).

2.  UNDERSTANDING:  I understand that in the event the Secretary of the Army determines that military necessity of a national scope requires that service members be available for immediate assignment/reassignment, any guarantees contained in this agreement may be terminated.  Under these conditions I may be assigned or reassigned according to the needs of the Army. *TDC*

I have read and understand each of the statements above and in the DD Form 1966 series, signed by me, and understand that these statements are intended to constitute all promises whatsoever concerning my enlistment. Any other promise or representation of commitments made to me in connection with my enlistment is written below in my own handwriting, or is hereby waived.  (If none, write "NONE"): *NONE*

| AUTHENTICATION | | |
|---|---|---|
| SIGNATURE OF GUIDANCE COUNSELOR | SIGNATURE OF APPLICANT | DATE 24 MAR 83 |
| TYPED NAME, GRADE AND SSN OF WITNESSING OFFICIAL | SIGNATURE OF WITNESSING OFFICIAL | DATE 24 MAR 83 |

| SECTION I — IDENTIFICATION DATA | | SECTION II — CLASSIFICATION AND ASSIGNMENT DATA (Continued) | |

**SECTION I — IDENTIFICATION DATA**

| 1. NAME | 2. SSN |
|---|---|
| CRAWFORD TRAVIS DON | ▆▆▆▆ 5635 |

**SECTION II — CLASSIFICATION AND ASSIGNMENT DATA**

**SECTION II — CLASSIFICATION AND ASSIGNMENT DATA (Continued)**

### ③ MOS EVALUATION SCORES ☐ CONT

| MOSC | YR & MO | SCORE | YR & MO | SCORE | YR & MO | SCORE |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

### 6. MILITARY OCCUPATIONAL SPECIALTIES ☐ CONT

| MOSC | TITLE | DATE |
|---|---|---|
| (P) 12B10 | COMBAT ENGR | 830630 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### 4. ASSIGNMENT CONSIDERATIONS ☐ CONT

USAR MAN AR601-210 TABLE 9-3 12B 18AC

FT BENNING ANDERSEN SWHUP 830527

ENL COMMITMENT TERM—FAILURE TO MEET QUAL

### 7. AVIATION ASI & GUNNERY QUALIFICATION ☐ CONT

| AIRCRAFT | | INSTR PILOT | | GUNNERY SYSTEM | |
|---|---|---|---|---|---|
| F/W | R/W | F/W | R/W | TNG | INSTR |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

### ⑧ APTITUDE AREA SCORES ☐ CONT

| AREA | SCORE | AREA | SCORE |
|---|---|---|---|
| GT | 80 |  |  |
| GM | 84 |  |  |
| EL | 88 |  |  |
| CL | 102 |  |  |
| MM | 87 |  |  |
| SC | 99 |  |  |
| CO | 96 |  |  |
| FA | 96 |  |  |
| OF | 82 |  |  |
| ST | 75 |  |  |

DATE 830303

PLACE Little Rock, AR

### 5. OVERSEA SERVICE ☐ CONT

| FROM | THRU | AREA AND COUNTRY | MO | TYPE | NTC | DEPN ARR OS |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

### 9. AWARDS, DECORATIONS & CAMPAIGNS ☐ CONT

RIFLE M-16S/R QUAL BAD 830122

HAND GREN EXP QUAL BAD 830503

ARMY SERVICE RIBBON 830630

### 10. OTHER TESTS ☐ CONT

| TEST | SCORE | DATE |
|---|---|---|
| MDB-X |  |  |
| OCT |  |  |
| DLAT |  |  |
| OQI-1 |  |  |
| FAST- |  |  |
| OB |  |  |
| WOCB | 7-1 |  |

### 11. AMERICAN BOARD CERTIFICATION & LICENSES OR CERTIFICATES HELD ☐ CONT

### 12. LANGUAGE PROFICIENCY

| DA FORM 330 SUBMITTED | DATE |
|---|---|
|  |  |

PERSONNEL QUALIFICATION RECORD — PART III

DA FORM 2-1  1 JAN 73

| SECTION II - CLASSIFICATION AND ASSIGNMENT DATA (Continued) | | | | | SECTION III - SERVICE, TRAINING AND OTHER DATES | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **13** PILOT RATINGS | | | | | **18.** APPOINTMENTS AND REDUCTIONS ☐ CONT | | | | **19.** SPECIALIZED TRAINING ☐ CONT | |
| ORIGINAL | DATE | CURRENT | | DATE | GRADE | COMP | EFFECTIVE DATE | DATE OF ~~ELIG~~/RANK | SUBJECT | DATE |
| | | | | | | | | | ATP 21-114 (BCT) | |
| **14** FLYING STATUS ☐ CONT | | | | | PV1 | | | 830324 | Geneva-Hague Conventions | 830411 |
| | | | | | PV2 | | | 830924 | | |
| | | | | | PV2 | | | 830928 | Military Justice | |
| INSTRUMENT CERTIFICATION | | | | | PV1 | | | 831025 | Benefits of Honorable Discharge | 830326 |
| **15** INTERNSHIPS, RESIDENCIES AND FELLOWSHIPS ☐ CONT | | | | | PV1 | | | 831102 | | |
| HOSPITAL | | TYPE OR SERVICE | MONTHS | YEAR | PV1 | | | A 831116 | RACE REL-1 | 830401 |
| | | | | | | | | | OSUT | 830630 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| **16** HOSPITAL/TEACHING APPOINTMENTS AND PRIVATE PRACTICE ☐ CONT | | | | | **20** BASIC ENLISTED SERVICE DATE (BESD) | | 83 0327 | | |
|---|---|---|---|---|---|---|---|---|---|
| FROM | THRU | INSTITUTION/LOCATION | TYPE | DURAT | **21** TIME LOST (Sec 972, Title 10, USC) ☐ CONT | | | | |
| | | | | | FROM | THRU | DAYS | REASON | |
| | | | | | ✓ 831005 | 831008 | 4 | AWOL | |
| | | | | | ✓ 831021 | 831101 | 12 | IMPRT | |
| | | | | | ✓ 840625 | 840625 | 1 | AWOL | |
| | | | | | ✓ 840706 | 840718 | 13 | AWOL | |
| | | | | | ✓ 840729 | 841109 | | AWOL (TO DSTN SEC 1TC/MR3) | |

| **17** CIVILIAN EDUCATION AND MILITARY SCHOOLS ☐ CONT | | | | | SECTION IV - PERSONAL AND FAMILY DATA | | |
|---|---|---|---|---|---|---|---|
| SCHOOL | MAJOR/COURSE/MOSC | DURAT | COMP | YEAR | **22.** PHYSICAL STATUS | | **23.** PLACE OF BIRTH AND CITIZENSHIP |
| SALLISAW HS | GEN | 4 YRS | YES | 82 | HEIGHT · WEIGHT · GLASSES | | SELF OKLAHOMA |
| USATC | CBT ENGR (12B10) | 13 WKS | YES | 83 | 67 · 181 · ☐YES ☒NO | | SPOUSE |
| | | | | | DATE OF EXAM 830311 | | CITIZENSHIP OF SPOUSE |
| | | | | | **24.** NUMBER OF DEPENDENTS | | **25.** HOME OF RECORD/ADDRESS |
| | | | | | ADULT | CHILDREN | SALLISAW·OK |
| | | | | | 0 | 0 | B 7th ENGR BN, FT. P/K LA 71459 |
| | | | | | **26.** CIVILIAN OCCUPATION | | |
| | | | | | JOB TITLE: U.K. | | |
| | | | | | DOT CODE | CRITICAL OCCUPATION ☐YES ☐NO | NO. MONTHS EMPLOYED · MOSC |
| | | | | | DUTIES PERFORMED | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | EMPLOYER | | |

## SECTION V – MISCELLANEOUS

| 27. REMARKS | 28 | ITEM CONTINUATION | |
|---|---|---|---|
| | ITEM NO. | DATA | |

### SECTION IX – RESERVE COMPONENT DATA

32a. READY RESERVE OBLIGATION EXPIRATION DATE:

b. DA FORM 3726 OR 3726-1 AGREEMENT EXPIRATION DATE:

c. SERVICE OBLIGATION EXPIRATION DATE:

29. DATE DA FORM 20B PREPARED  831002

d. MANDATORY REMOVAL FROM ACTIVE STATUS:

30. DATE DUPLICATE DA FORM 2-1 SUBMITTED:

e. RETIREMENT YEAR ENDING DATE:

31. REPORT OF CHANGES

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 |
| 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 |
| 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 |

| 33. DATE | | 34. SIGNATURE |
|---|---|---|
| PREPARED | REVIEWED | |
| 28 March | 830711 | Travis Don Crawford |

| 35. | | | RECORD OF ASSIGNMENTS | | NON-DUTY DAYS BP YR/MO | NON-RATED DAYS EP YR/MO | ☐ CONT |
|---|---|---|---|---|---|---|---|
| EFFECTIVE DATE | DUTY MOSC | PRINCIPAL DUTY | | ORGANIZATION AND STATION OR OVERSEA COUNTRY | | | TYPE REPORT |
| | | (RES) 830311 - 830323 | | NO AD | — | — | |
| 830324 | | ENLISTMENT | | USARECSTA F/W MO | — | — | NONE |
| 830330 | 12B00 | | OSUT | Co D/ Bn 2d TngBde (OSUT) USATCEWMo | — | — | NONE |
| 830630 | — | | CASUAL | REROUTE TO FT POLK LA | — | — | NONE |
| 830712 | | | | HHC 7TH ENGR BN FT POLK, LA | | | |
| 830712 | 12B10 | TOOLROOM KEEPER | | Co B 7TH Engr BN FT. POLK, LA. | — | — | NONE |
| 830905 | | AWOL | | | — | — | NONE |
| 830909 | 12B10 | TOOLROOM KEEPER | | B 7TH ENGR BN FT POLK LA | — | — | NONE |
| 831021 | | CONFINED | | | — | — | NONE |
| 031162 | 12B10 | TOOLROOM KEEPER | | B 7TH ENGR BN FT POLK LA | — | — | NONE |
| 840625 | — | AWOL | | | — | — | NONE |
| 840626 | 12B10 | TOOLROOM KEEPER | | Co B 7TH ENGR BN FT POLK LA | — | — | NONE |
| 840706 | — | AWOL | | | — | — | NONE |
| 840719 | 12B10 | TOOLROOM KEEPER | | Co B 7TH ENGR BN FT POLK LA | — | — | NONE |
| 840722 | — — | AWOL | | | — | — | NONE |
| 840827 | — — | DROPPED FROM ROLLS - DESERTION | | | | | |
| 841210 | | RMC | | Ft CHAFFEE, AR | | | |
| 841210 | | CASUAL | | PCF, USAFACFS, Ft SILL, OK | | | |
| 850123 | | Disch (Under Other Than Honorable Conditions) | | | | | |

CRAWFORD, TRAVIS D.  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

NAME *(Last, first, middle initial)* AND SOCIAL SECURITY NUMBER

| 1. TYPE OF COURT-MARTIAL | a. NUMBER | b. HEADQUARTERS | c. ARTICLE |
|---|---|---|---|
| SUMMARY | 52 | 2d Bde, 5th Inf Div (M) & Ft Polk, La  71459 | 86 |

2. SYNOPSIS OF SPECIFICATION AND DATE OF OFFENSE. ~~OYA 5 Oct 83,~~ AWOL from 5 Oct 83 until 8 Oct 83.

| 3a. SENTENCE AS APPROVED, INCLUDING DATE ADJUDGED AND DATE APPROVED *(after insertion, complete certification)* | 3b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |
|---|---|
| Red PV1, Forf $200.00 for 1 mos, CHL for 15 days.<br>ADJ:  21 Oct 83            APP:   25 Oct 83 | BARRY L. ICENHOWER, 1LT, AGC<br>HQ 5th Inf Div (M) & Ft Polk, La  71459 |

| 4a. ACTION ON SUPERVISORY OR APPELLATE REVIEW, INCLUDING HEADQUARTERS AND DATE *(after insertion complete certification)* | 4b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |
|---|---|
| Supr Review Compl App:   28 Oct 83, HQ 5th Inf Div (M) & Ft Polk, La  71459 | BARRY L. ICENHOWER, 1LT, AGC<br>HQ 5th Inf Div (M) & Ft Polk, La  71459 |

| 5a. MODIFICATION, SUSPENSION, OR SETTING ASIDE OF TRIAL RESULTS *(insert action taken, headquarters and date) (after insertion, complete certification)* | 5b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |
|---|---|
| | |

| 6a. SUSPENDED SENTENCE VACATED *(insert headquarters and date) (after insertion, complete certification)* | 6b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |
|---|---|
| | |

| 1. TYPE OF COURT-MARTIAL | a. NUMBER | b. HEADQUARTERS | c. ARTICLE |
|---|---|---|---|
| | | | |

2. SYNOPSIS OF SPECIFICATION AND DATE OF OFFENSE

| 3a. SENTENCE AS APPROVED, INCLUDING DATE ADJUDGED AND DATE APPROVED *(after insertion, complete certification)* | 3b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |
|---|---|
| | |

| 4a. ACTION ON SUPERVISORY OR APPELLATE REVIEW, INCLUDING HEADQUARTERS AND DATE *(after insertion complete certification)* | 4b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |
|---|---|
| | |

| 5a. MODIFICATION, SUSPENSION, OR SETTING ASIDE OF TRIAL RESULTS *(insert action taken, headquarters and date) (after insertion, complete certification)* | 5b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |
|---|---|
| | |

| 6a. SUSPENDED SENTENCE VACATED *(insert headquarters and date) (after insertion, complete certification)* | 6b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |
|---|---|
| | |

DA FORM 2-2                REPLACES DA FORM 20B, 1 JAN 65 WHICH IS OBSOLETE

# INSERT SHEET TO DA FORM 2-1

## RECORD OF COURT-MARTIAL CONVICTION

For use of this form, see AR 640-2-1; the proponent agency is the office of TJAG.

NAME *(Last, first, middle initial)* AND SOCIAL SECURITY NUMBER

| 1. TYPE OF COURT-MARTIAL | a. NUMBER | b. HEADQUARTERS | c. ARTICLE |
|---|---|---|---|
| | | | |

2. SYNOPSIS OF SPECIFICATION AND DATE OF OFFENSE

| | |
|---|---|
| 3a. SENTENCE AS APPROVED, INCLUDING DATE ADJUDGED AND DATE APPROVED *(after insertion, complete certification)* | 3b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |
| 4a. ACTION ON SUPERVISORY OR APPELLATE REVIEW, INCLUDING HEADQUARTERS AND DATE *(after insertion complete certification)* | 4b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |
| 5a. MODIFICATION, SUSPENSION, OR SETTING ASIDE OF TRIAL RESULTS *(insert action taken, headquarters and date) (after insertion, complete certification)* | 5b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |
| 6a. SUSPENDED SENTENCE VACATED *(insert headquarters and date) (after insertion, complete certification)* | 6b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |

| 1. TYPE OF COURT-MARTIAL | a. NUMBER | b. HEADQUARTERS | c. ARTICLE |
|---|---|---|---|
| | | | |

2. SYNOPSIS OF SPECIFICATION AND DATE OF OFFENSE

| | |
|---|---|
| 3a. SENTENCE AS APPROVED, INCLUDING DATE ADJUDGED AND DATE APPROVED *(after insertion, complete certification)* | 3b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |
| 4a. ACTION ON SUPERVISORY OR APPELLATE REVIEW, INCLUDING HEADQUARTERS AND DATE *(after insertion complete certification)* | 4b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |
| 5a. MODIFICATION, SUSPENSION, OR SETTING ASIDE OF TRIAL RESULTS *(insert action taken, headquarters and date) (after insertion, complete certification)* | 5b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |
| 6a. SUSPENDED SENTENCE VACATED *(insert headquarters and date) (after insertion, complete certification)* | 6b. I CERTIFY THAT THE FOREGOING IS CORRECT *(Signature and typed name, grade, and organization)* |

FORM NO 6413

|   |                    |                    |   |              |
|---|--------------------|--------------------|---|--------------|
|   |                    |                    |   | SECTION      |
| 1 | NAME               | CRAWFORD TRAVIS DON| 6 | RACE/CODE    |
| 2 | SSN                | ████████-5635      | 7 | DATE OF B    |
| 3 | VSSSN CODE         | V                  | 8 | NUMBER DE    |
| 4 | MPC/CODE           | ENLISTED   E       | 9 | NO ACMP C    |
| 5 | SEX/CODE           | MALE       M       | 10| NO ACMP N    |

|    |                 |            |    |             |
|----|-----------------|------------|----|-------------|
|    |                 |            |    | SECTION     |
| 1  | GRADE/CODE      | PV1 16     | 15 | PROMOTION   |
| 2  | DATE OF RANK    | 8311 2     | 16 | DUAL SVC    |
| 3  | SVC COMP/CODE   | REG  R     | 17 | DUAL SVC    |
| 4  | PMOS/ASI        | 12B10 GP   | 18 | SMOS/ASI    |
| 5  | LANG-1/CODE     |            | 19 | DUTY MOS/   |
| 6  | LANG-2/CODE     |            | 20 | BONUS MOS   |
| 7  | SCTY STS CODE   | P          | 21 | PROM/PROG   |
| 8  | SCTY CLNC/CODE  | NONE    U  | 22 | PROPAY/CO   |
| 9  | PE/MES          | 111111     | 23 | SPAY1/SPA   |
| 10 | PHYS CAT CODE   | A          | 24 | IPAY1/IPA   |
| 11 | GT SCORE        | 98         | 25 | SQT MOS     |
| 12 | OJT COMP DATE   |            | 26 | SQT DATE-   |
| 13 | MIL EDUC/CODE   | NONE    A  | 27 | SQT DATE-   |
| 14 | CIV EDUC/CODE   | HS GRAD E  | 28 | SQT PERCE   |

|   |             |              |   |           |
|---|-------------|--------------|---|-----------|
|   |             |              |   | SECTION   |
| 1 | UPC         | ANUB         | 4 | ARRIVAL D |
| 2 | UNIT NAME   | 0007 EN BN   CC B | 5 | DEPART DA |
| 3 | REPORT DATE | 831712       | 6 | GAINING U |

|    |                       |              |    |            |
|----|-----------------------|--------------|----|------------|
|    |                       |          408 |    | SECTION    |
| 1  | PEBD                  | 830327       | 11 | DATE ELIG  |
| 2  | BASD                  | 830408 21    | 12 | FHA ELIG   |
| 3  | ETS                   | 860327 860408 20 | 13 | DLOS   |
| 4  | CURR TERM SVC/CODE    | 3 YR  3      | 14 | DROS/DEROS |
| 5  | DELAY IN SEP/CODE     |              | 15 | AEA/TERM   |
| 6  | DATE LAST PCS         | 8306         | 16 | LAST CBT   |
| 7  | DATE OF LAST EN       |              | 17 | CURR/LAST  |
| 8  | EER DATE VERIF        |              | 18 | TRAVEL ST  |
| 9  | DATE OF LAST PHOTO    |              | 19 | OVERSEAS   |
| 10 | DATE ELIG AFRM        |              | 20 | CONUS PRE  |

|   |                  |                    |   |           |
|---|------------------|--------------------|---|-----------|
|   |                  |                    |   | SECTION   |
| 1 | POSITION NO      | 0041               | 3 | AUTH MOS/ |
| 2 | POSITION TITLE   | CBT CONSTRUCTION SP| 4 | AUTH GRAD |

SECTION

DA FORM 2A (1 JUN 82)

VOUCHER NO MLSZ

— PERSONAL DATA

|  |  |  |  |  |
|---|---|---|---|---|
|  | WH-CAU C | 11 ETH GRP/CODE | OTHER | X |
| H | 640120 | 12 CITZSHP/CODE | NATIVE-BORN | 1 |
| DENTS | 00 | 13 MRTL STS/CODE | SINGLE | S |
| P PCS |  | 14 REL PREF/CODE | NO-REL-PREF | 01 |
| EP PCS |  |  |  |  |

— QUALIFICATION DATA

|  |  |  |  |  |
|---|---|---|---|---|
| D |  | 29 SGT RATING/CODE | NO PREV SCORE |  |
| DE/CODE |  | 30 SGT SCORE |  |  |
| P/CODE |  | 31 PROM PTS-C/DATE |  |  |
|  | 00000 00 | 32 PROM PTS-P/DATE |  |  |
|  | 12810 00 | 33 REEN ELIG/INELIG | INELIG-AWOL/LT | 9A |
| F DATE |  |  |  |  |
| S |  |  |  |  |
|  | NONE |  |  |  |

8404

GE     %

— UNIT DATA

|  |  |  |
|---|---|---|
|  | 830712 | 7 LOSING UPC |
|  |  | 8 REGT AFFIL |
|  |  | 9 REGT HOMEBASE |

— SERVICE DATA

M      8603

|  |  |  |
|---|---|---|
|  | N/A |  |
| E | L 8407 |  |
| R/DATE | NONE | Z |
| T/CODE | NO PRIOR CS SVC | Z |
| S |  |  |
| F/CODES 1 HAWAII | 15 2 EUROPE    62 3 FAR-EAST-PAC | 63 |
| ODE | FT BRAGG NC      NB |  |

— POSITION DATA

|  |  |  |  |
|---|---|---|---|
|  | 12810 00 | .5 |  |
| ODE | PFC3 | 2 AUTH LANG/CODE INVALID CODE | 00 |

— LOCAL DATA

DEPARTMENT OF THE ARMY
Headquarters, 2d Brigade, 5th Infantry Division (Mechanized)
Fort Polk, Louisiana 71459

SUMMARY COURT-MARTIAL ORDER
NUMBER                52                                        25 October 1983

Before a summary court-martial which convened at Fort Polk, Louisiana, pursuant to Court-Martial Convening Order Number 45, this headquarters, dated 12 August 1983, was arraigned and tried:

Private E-2 Travis D. Crawford, ████-5635, US Army, Company B, 7th Engineer Battalion (Combat), Fort Polk, Louisiana 71459

Charge: Violation of the Uniform Code of Military Justice, Article 86

Specification: In that Private E2 Travis D. Crawford, US Army, Company B, 7th Engineer Battalion (Combat), 5th Infantry Division (Mechanized), did, on or about 5 October 1983, without authority, absent himself from his unit, to wit: Company B, 7th Engineer Battalion (Combat), 5th Infantry Division (Mechanized), located at Fort Polk, Louisiana, a military installation, and did remain so absent until on or about 9 October 1983.

PLEAS

To the Specification and the Charge: Guilty

FINDINGS

Of the Specification and the Charge: Guilty

SENTENCE

To be reduced to the grade of E1, To forfeit $200.00 for one month, and to be confined at hard labor for 15 days. (No previous convictions considered).

The sentence was adjudged on 21 October 1983.

ACTION
DEPARTMENT OF THE ARMY
Headquarters, 2d Brigade, 5th Infantry Division (Mechanized)
Fort Polk, Louisiana 71459

25 October 1983

Approved and ordered executed. The accused will be confined in the Fort Polk Installation Detention Facility, and the confinement will be served therein or elsewhere as competent authority may direct.

/s/ F. J. Walters
/t/ F. J. WALTERS
Colonel, Infantry
Commanding

SCMO No. 52, DA, HQ, 2d Bde, 5th Inf Div (M), Ft Polk, LA 71459, dtd 25 Oct 83,
continued:

BY ORDER OF COLONEL WALTERS:

GAYLE D. SAMS
CPT, IN
Adjutant

DISTRIBUTION:
1-Accused
1-Cdr, Co B, 7th Engr Bn
1-Cdr, 7th Engr Bn
1-Cdr, 2d Bde
1-Cdr, USAERC-PASC, Ft Harrison, IN 46249
4-AFZX-AG-R, Ft Polk, LA
1-CID, Ft Polk, LA
1-Legislative Actions, Ft Polk, LA
1-F&AO, ATTN: SGM, Ft Polk, LA
8-ROT
1-Rec/Ref Set

HQ 5TH INF DIV (MECH) & FT POLK
Office of SJA
This record of trial has been
examined and the findings
and sentence, as approved
by convening authority, are
correct in law and fact.

28 OCT 83                    (JAGC)
(DATE)

R. DANA ASHFORD
CPT, JAGC

Prior to consenting to trial by summary court-martial,
the accused in this case consulted with a qualified
attorney and was fully advised of all his procedural
and substantive rights under Para. 6, MCM (1969 rev)
and Art. 20, UCMJ.

28 OCT 83                              CPT, JAGC
(DATE)              R. DANA ASHFORD
CPT, JAGC

## PERSONNEL ACTION

For use of this form, see DA PAM 600-8 and AR 680-1; the proponent agency is MILPERCEN.

### DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf *(Section III)*. Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: *(Include ZIP Code)* | TO: *(Include ZIP Code)*<br>MILPO USAPCF<br>FORT SILL, OK 73503 | FROM: *(Include ZIP Code)*<br>COMMANDER<br>PCF USAFACFS<br>FORT SILL, OK 73503 |
|---|---|---|

### SECTION I - PERSONAL IDENTIFICATION

| NAME *(Last, first, MI)*<br>CRAWFORD, TRAVIS D. | GRADE OF RANK/PMOS *(Enl only)*<br>PV1/E-1　　　　12B | SOCIAL SECURITY NUMBER<br>████-5635 |
|---|---|---|

### SECTION II - DUTY STATUS CHANGE *(Proc 9-1, DA Pam 600-8)*

The above member's duty status is changed from __Dropped from Unit Rolls__

to __Attached, Return to Military Control__

effective __0001__ hours, __10 December__ 19 __84__

### SECTION III - REQUEST FOR PERSONNEL ACTION

I request the following action:

| TYPE OF ACTION | Procedure | TYPE OF ACTION | Procedure |
|---|---|---|---|
| Service School *(Enl only)* | | Reassignment Married Army Couples | |
| ROTC or Reserve Component Duty | | Reclassification | |
| Volunteering For Oversea Service | | Officer Candidate School | |
| Ranger Training | | Asgmt of Pers with Exceptional Family Members | |
| Reasgmt Extreme Family Problems | | Identification Card | |
| Exchange Reassignment *(Enl only)* | | Identification Tags | |
| Airborne Training | | Separate Rations | |
| Special Forces Training/Assignment | | Leave - Excess/Advance/Outside CONUS | |
| On-the-Job Training *(Enl only)* | | Change of Name/SSN/DOB | |
| Retesting in Army Personnel Tests | | Other *(Specify)* | |

| SIGNATURE OF MEMBER *(When required)* | DATE |
|---|---|

### SECTION IV - REMARKS *(Applies to Sections II, III, and V) (Continue on separate sheet)*

Fr AWOL/DFR (Surr mil auth 10 Dec 84, Ft. Chaffee, AR rtn mil con 10 Dec 84, Ft. Chaffee, AR) RNA this sta

(SM AWOL since 29 July 84 Fm Co B, 7th Eng Bn, Ft. Polk, LA)

### SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein -

☒ HAS BEEN VERIFIED　　　☐ RECOMMEND APPROVAL　　　☐ RECOMMEND DISAPPROVAL
　　　☐ IS APPROVED　　　　　　　　　　　　　☐ IS DISAPPROVED

| COMMANDER/AUTHORIZED REPRESENTATIVE<br>DIANA J. MOSMAN, SSG, USA, PERS SGT | SIGNATURE | DATE<br>11 December 1984 |
|---|---|---|

## PERSONNEL ACTION



For use of this form, see DA PAM 600-8 and AR 680-1; the proponent agency is MILPERCEN.

### DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf *(Section III)*. Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: *(Include ZIP Code)* | TO: *(Include ZIP Code)* | FROM: *(Include ZIP Code)* |
|---|---|---|
| | MILPO USAPCF<br>FORT SILL, OK  73503 | COMMANDER<br>PCF USAFACFS<br>FORT SILL, OK  73503 |

### SECTION I - PERSONAL IDENTIFICATION

| NAME *(Last, first, MI)* | GRADE OF RANK/PMOS *(Enl only)* | | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| CRAWFORD, TRAVIS D. | PV1/E-1 | 12B | ▮▮▮-5635 |

### SECTION II - DUTY STATUS CHANGE *(Proc 9-1, DA Pam 600-8)*

The above member's duty status is changed from __Dropped from Unit Rolls__

to __Attached, Return to Military Control__

effective __0001__ hours, __10 December__ 19 __84__

### SECTION III - REQUEST FOR PERSONNEL ACTION

I request the following action:

| TYPE OF ACTION | Procedure | | TYPE OF ACTION | Procedure |
|---|---|---|---|---|
| Service School *(Enl only)* | | | Reassignment Married Army Couples | |
| ROTC or Reserve Component Duty | | | Reclassification | |
| Volunteering For Oversea Service | | | Officer Candidate School | |
| Ranger Training | | | Asgmt of Pers with Exceptional Family Members | |
| Reasgmt Extreme Family Problems | | | Identification Card | |
| Exchange Reassignment *(Enl only)* | | | Identification Tags | |
| Airborne Training | | | Separate Rations | |
| Special Forces Training/Assignment | | | Leave - Excess/Advance/Outside CONUS | |
| On-the-Job Training *(Enl only)* | | | Change of Name/SSN/DOB | |
| Retesting in Army Personnel Tests | | | Other *(Specify)* | |

| SIGNATURE OF MEMBER *(When required)* | DATE |
|---|---|
| | |

### SECTION IV - REMARKS *(Applies to Sections II, III, and V) (Continue on separate sheet)*

Fr AWOL/DFR (Surr mil auth 10 Dec 84, Ft. Chaffee, AR rtn mil con 10 Dec 84, Ft. Chaffee, AR)
RNA this sta

(SM AWOL since 29 July 84 Fm Co B, 7th Eng Bn, Ft. Polk, LA)

### SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein -

☒ HAS BEEN VERIFIED

☐ IS APPROVED

☐ RECOMMEND APPROVAL

☐ IS DISAPPROVED

☐ RECOMMEND DISAPPROVAL

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| DIANA J. MOSMAN, SSG, USA, PERS SGT | | 11 December 1984 |

# PERSONNEL ACTION



For use of this form, see DA PAM 600-8 and AR 680-1; the proponent agency is MILPERCEN.

## DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf (Section III). Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: (Include ZIP Code) | TO: (Include ZIP Code) | FROM: (Include ZIP Code) |
|---|---|---|
| | MILPO USAPCF<br>FORT SILL, OK 73503 | COMMANDER<br>PCF USAFACFS<br>FORT SILL, OK 73503 |

## SECTION I - PERSONAL IDENTIFICATION

| NAME (Last, first, MI) | GRADE OF RANK/PMOS (Enl only) | SOCIAL SECURITY NUMBER |
|---|---|---|
| CRAWFORD, TRAVIS D. | PV1/E-1     12B | 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 |

## SECTION II - DUTY STATUS CHANGE (Proc 9-1, DA Pam 600-8)

The above member's duty status is changed from __Dropped from Unit Rolls__

to __Attached, Return to Military Control__

effective __0001__ hours, __10 December__ 19 __84__

## SECTION III - REQUEST FOR PERSONNEL ACTION

I request the following action:

| TYPE OF ACTION | Procedure | TYPE OF ACTION | Procedure |
|---|---|---|---|
| Service School (Enl only) | | Reassignment Married Army Couples | |
| ROTC or Reserve Component Duty | | Reclassification | |
| Volunteering For Oversea Service | | Officer Candidate School | |
| Ranger Training | | Asgmt of Pers with Exceptional Family Members | |
| Reasgmt Extreme Family Problems | | Identification Card | |
| Exchange Reassignment (Enl only) | | Identification Tags | |
| Airborne Training | | Separate Rations | |
| Special Forces Training/Assignment | | Leave - Excess/Advance/Outside CONUS | |
| On-the-Job Training (Enl only) | | Change of Name/SSN/DOB | |
| Retesting in Army Personnel Tests | | Other (Specify) | |

| SIGNATURE OF MEMBER (When required) | DATE |
|---|---|
| | |

## SECTION IV - REMARKS (Applies to Sections II, III, and V) (Continue on separate sheet)

Fr AWOL/DFR (Surr mil auth 10 Dec 84, Ft. Chaffee, AR rtn mil con 10 Dec 84, Ft. Chaffee, AR) RNA this sta

(SM AWOL since 29 July 84 Fm Co B, 7th Eng Bn, Ft. Polk, LA)

## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change (Section II) or that the request for personnel action (Section III) contained herein -

☒ HAS BEEN VERIFIED     ☐ RECOMMEND APPROVAL     ☐ RECOMMEND DISAPPROVAL

☐ IS APPROVED     ☐ IS DISAPPROVED

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| DIANA J. MOSMAN, SSG, USA, PERS SGT | | 11 December 1984 |

# PERSONNEL ACTION

For use of this form, see AR 680-1; the proponent agency is MILPERCEN.

DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf *(Section III)*. Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: *(Include ZIP Code)* | TO: *(Include ZIP Code)* | FROM: *(Include ZIP Code)* |
|---|---|---|
| COMMANDER<br>7TH ENGINEER BATTALION<br>FORT POLK, LOUISIANA 71459 | COMMANDER<br>5TH INFANTRY DIVISION (M)<br>ATTN: MILPO<br>FORT POLK, LOUISIANA 71459 | COMMANDER<br>B CO, 7TH ENGINEER BATTALION (C)<br>FORT POLK, LOUISIANA 71459 |

## SECTION I - PERSONAL IDENTIFICATION

| NAME *(Last, first, MI)* | GRADE OF RANK/PMOS *(Enl only)* | SOCIAL SECURITY NUMBER |
|---|---|---|
| CRAWFORD, TRAVIS D. | PV1/12B10 | ███ 5635 |

## SECTION II - DUTY STATUS CHANGE *(Proc 9-1, DA Pam 600-8)*

The above member's duty status is changed from __ABSENT WITHOUT LEAVE__

to __DROPPED FROM THE ROLLS__

effective __0001__ hours, __27 August__ __1984__

## SECTION III - REQUEST FOR PERSONNEL ACTION *(DA Pam 600-8)*

I request the following action:

| TYPE OF ACTION | Procedure | TYPE OF ACTION | Procedure |
|---|---|---|---|
| Service School *(Enl only)* | 3-10 | Reassignment Married Army Couples | 3-32 |
| ROTC or Reserve Component Duty | 3-12 | Reclassification | 3-46 |
| Volunteering For Oversea Service | 3-14 | Leave - Excess/Advance/Outside CONUS | 4-8 |
| Ranger Training | 3-15 | Officer Candidate School | 4-10 |
| Reasgmt Extreme Family Problems | 3-16 | Change of Name/SSN/DOB | 4-11 |
| Exchange Reassignment *(Enl only)* | 3-18 | Identification Card | 4-23 |
| Airborne Training | 3-19 | Identification Tags | 4-24 |
| Special Forces Training/Assignment | 3-22 | Asgmt of Pers with Handicapped Dependents | 4-28 |
| On-the-Job Training *(Enl only)* | 3-23 | Separate Rations | 9-1 |
| Retesting in Army Personnel Tests | 3-25 | Other *(Specify)* | |

| SIGNATURE OF MEMBER *(When required)* | DATE |
|---|---|
| | |

## SECTION IV - REMARKS *(Applies to Sections II, III, and V) (Continue on separate sheet)*

30 AUG 1984

6479
7757
2010
6720
2340
7948

## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein -

| ☒ HAS BEEN VERIFIED | ☐ RECOMMEND APPROVAL | ☐ RECOMMEND DISAPPROVAL |
|---|---|---|
| ☐ IS APPROVED | | ☐ IS DISAPPROVED |

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| ROBERT M. SPEAR, 1LT, CE, ADJUTANT | *[signature]* | 28 August 1984 |

DA FORM 4187 EDITION OF 1 MAY 74 WILL BE USED UNTIL EXHAUSTED. DA FORM 4187-R

# PERSONNEL ACTION

For use of this form, see AR 680-1; the proponent agency is MILPERCEN.

DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf (Section III). Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: (Include ZIP Code) | TO: (Include ZIP Code) | FROM: (Include ZIP Code) |
|---|---|---|
| COMMANDER<br>7TH ENGINEER BATTALION (C)<br>FORT POLK, LOUISIANA 71459 | COMMANDER<br>5TH INFANTRY DIVISION (M)<br>ATTN: MILPO<br>FORT POLK, LOUISIANA 71459 | COMMANDER<br>B CO, 7TH ENGINEER BATTALION (C)<br>FORT POLK, LOUISIANA 71459 |

## SECTION I - PERSONAL IDENTIFICATION

| NAME (Last, first, MI) | GRADE OF RANK/PMOS (Enl only) | SOCIAL SECURITY NUMBER |
|---|---|---|
| CRAWFORD, TRAVIS D. | PV1/12B10 | ███-5635 |

## SECTION II - DUTY STATUS CHANGE (Proc 9-1, DA Pam 600-8)

The above member's duty status is changed from __PRESENT FOR DUTY__

to __ABSENT WITHOUT LEAVE__

effective __0900__ hours, __29 July__ 19__84__

## SECTION III - REQUEST FOR PERSONNEL ACTION (DA Pam 600-8)

I request the following action:

| TYPE OF ACTION | Procedure | TYPE OF ACTION | Procedure |
|---|---|---|---|
| Service School (Enl only) | 3-10 | Reassignment Married Army Couples | 3-32 |
| ROTC or Reserve Component Duty | 3-12 | Reclassification | 3-46 |
| Volunteering For Oversea Service | 3-14 | Leave - Excess/Advance/Outside CONUS | 4-8 |
| Ranger Training | 3-15 | Officer Candidate School | 4-10 |
| Reasgmt Extreme Family Problems | 3-16 | Change of Name/SSN/DOB | 4-11 |
| Exchange Reassignment (Enl only) | 3-18 | Identification Card | 4-23 |
| Airborne Training | 3-19 | Identification Tags | 4-24 |
| Special Forces Training/Assignment | 3-22 | Asgmt of Pers with Handicapped Dependents | 4-28 |
| On-the-Job Training (Enl only) | 3-23 | Separate Rations | 9-1 |
| Retesting in Army Personnel Tests | 3-25 | Other (Specify) | |

| SIGNATURE OF MEMBER (When required) | DATE |
|---|---|
| | |

## SECTION IV - REMARKS (Applies to Sections II, III, and V) (Continue on separate sheet)

03 AUG 1984

## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change (Section II) or that the request for personnel action (Section III) contained herein -

☒ HAS BEEN VERIFIED     ☐ RECOMMEND APPROVAL     ☐ RECOMMEND DISAPPROVAL

☐ IS APPROVED     ☐ IS DISAPPROVED

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| ROBERT M. SPEAR, 1LT, CE, ADJUTANT | | 30 July 1984 |

DA FORM 4187    EDITION OF 1 MAY 74 WILL BE USED UNTIL EXHAUSTED. DA FORM 4187-R

# PERSONNEL ACTION

For use of this form, see DA PAM 600-8 and AR 680-1; the proponent agency is MILPERCEN.



## DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf *(Section III)*. Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: *(Include ZIP Code)* | TO: *(Include ZIP Code)* | FROM: *(Include ZIP Code)* |
|---|---|---|
| Commander<br>7th Engineer Battalion<br>Fort Polk, Louisiana 71459 | Commander<br>5th Infantry Division (M)<br>ATTN: AFZX-AG-PA<br>Fort Polk, LA 71459 | COMMANDER<br>B Co, 7th Engr Bn (C)<br>Fort Polk, LA 71459 |

## SECTION I - PERSONAL IDENTIFICATION

| NAME *(Last, first, MI)* | GRADE OF RANK/PMOS *(Enl only)* | SOCIAL SECURITY NUMBER |
|---|---|---|
| CRAWFORD, Travis D. | PV1/12B10 | ███-5635 |

## SECTION II - DUTY STATUS CHANGE *(Proc 9-1, DA Pam 600-8)*

The above member's duty status is changed from _____ ABSENT WITHOUT LEAVE _____

_____ to _____ PRESENT FOR DUTY _____

_____ effective _____ 1730 _____ hours, _____ 19 July _____ 19 84

## SECTION III - REQUEST FOR PERSONNEL ACTION

I request the following action:

| TYPE OF ACTION | Procedure | TYPE OF ACTION | Procedure |
|---|---|---|---|
| Service School *(Enl only)* | | Reassignment Married Army Couples | |
| ROTC or Reserve Component Duty | | Reclassification | |
| Volunteering For Oversea Service | | Officer Candidate School | |
| Ranger Training | | Asgmt of Pers with Exceptional Family Members | |
| Reasgmt Extreme Family Problems | | Identification Card | |
| Exchange Reassignment *(Enl only)* | | Identification Tags | |
| Airborne Training | | Separate Rations | |
| Special Forces Training/Assignment | | Leave - Excess/Advance/Outside CONUS | |
| On-the-Job Training *(Enl only)* | | Change of Name/SSN/DOB | |
| Retesting in Army Personnel Tests | | Other *(Specify)* | |

| SIGNATURE OF MEMBER *(When required)* | DATE |
|---|---|
| | |

## SECTION IV - REMARKS *(Applies to Sections II, III, and V) (Continue on separate sheet)*

2 4 JUL 1984

## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein

☒ HAS BEEN VERIFIED     ☐ RECOMMEND APPROVAL     ☐ RECOMMEND DISAPPROVAL

☐ IS APPROVED     ☐ IS DISAPPROVED

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| ROBERT M. SPEAR, 1LT | | 20 July 1984 |

# PERSONNEL ACTION

For use of this form, see AR 680-1; the proponent agency is MILPERCEN.

## DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf (Section III). Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: (Include ZIP Code) | TO: (Include ZIP Code) | FROM: (Include ZIP Code) |
|---|---|---|
| COMMANDER 7TH ENGINEER BATTALION (C) FORT POLK, LOUISIANA  71459 | COMMANDER 5TH INFANTRY DIVISION (M) ATTN: MILPO FORT POLK, LOUISIANA  71459 | COMMANDER B CO, 7TH ENIGNEER BATTALION (C) FORT POLK, LOUISIANA  71459 |

## SECTION I - PERSONAL IDENTIFICATION

| NAME (Last, first, MI) | GRADE OF RANK/PMOS (Enl only) | SOCIAL SECURITY NUMBER |
|---|---|---|
| CRAWFORD, TRAVIS D. | PV1/12B10 | ███████5635 |

## SECTION II - DUTY STATUS CHANGE (Proc 9-1, DA Pam 600-8)

The above member's duty status is changed from __PRESENT FOR DUTY__

to __ABSENT WITHOUT LEAVE__

effective __0630__ hours, __6 July__ 19 __84__

## SECTION III - REQUEST FOR PERSONNEL ACTION (DA Pam 600-8)

I request the following action:

| TYPE OF ACTION | Procedure | TYPE OF ACTION | Procedure |
|---|---|---|---|
| Service School (Enl only) | 3-10 | Reassignment Married Army Couples | 3-32 |
| ROTC or Reserve Component Duty | 3-12 | Reclassification | 3-46 |
| Volunteering For Oversea Service | 3-14 | Leave - Excess/Advance/Outside CONUS | 4-8 |
| Ranger Training | 3-15 | Officer Candidate School | 4-10 |
| Reasgmt Extreme Family Problems | 3-16 | Change of Name/SSN/DOB | 4-11 |
| Exchange Reassignment (Enl only) | 3-18 | Identification Card | 4-23 |
| Airborne Training | 3-19 | Identification Tags | 4-24 |
| Special Forces Training/Assignment | 3-22 | Asgmt of Pers with Handicapped Dependents | 4-28 |
| On-the-Job Training (Enl only) | 3-23 | Separate Rations | 9-1 |
| Retesting in Army Personnel Tests | 3-25 | Other (Specify) | |

| SIGNATURE OF MEMBER (When required) | DATE |
|---|---|
| | |

## SECTION IV - REMARKS (Applies to Sections II, III, and V) (Continue on separate sheet)

HP

1 2 JUL 1984

## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change (Section II) or that the request for personnel action (Section III) contained herein -

☒ HAS BEEN VERIFIED          ☐ RECOMMEND APPROVAL          ☐ RECOMMEND DISAPPROVAL

☐ IS APPROVED          ☐ IS DISAPPROVED

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| ROBERT M. SPEAR, 1LT, CE, ADJUTANT | | 9 July 1984 |

# PERSONNEL ACTION

For use of this form, see AR 680-1; the proponent agency is MILPERCEN.

DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf (Section III). Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: *(Include ZIP Code)* | TO: *(Include ZIP Code)* Commander 5th INF DIV ATTN: DIV FINANCE FORT POLK, LA 71459 | FROM: *(Include ZIP Code)* COMMANDER, B CO 7th ENGR FORT POLK, LA 71459 |
|---|---|---|

## SECTION I - PERSONAL IDENTIFICATION

| NAME *(Last, first, MI)* CRAWFORD, TRAVIS D. | GRADE OF RANK/PMOS *(Enl only)* PV1 / 12B10 | SOCIAL SECURITY NUMBER ██████-5635 |
|---|---|---|

## SECTION II - DUTY STATUS CHANGE *(Proc 9-1, DA Pam 600-8)*

The above member's duty status is changed from __Absent Without Leave__

to __Present for Duty__

effective __2254__ hours, __26 JUNE__ 19 __84__

## SECTION III - REQUEST FOR PERSONNEL ACTION *(DA Pam 600-8)*

I request the following action:

| TYPE OF ACTION | Procedure | TYPE OF ACTION | Procedure |
|---|---|---|---|
| Service School *(Enl only)* | 3-10 | Reassignment Married Army Couples | 3-32 |
| ROTC or Reserve Component Duty | 3-12 | Reclassification | 3-46 |
| Volunteering For Oversea Service | 3-14 | Leave - Excess/Advance/Outside CONUS | 4-8 |
| Ranger Training | 3-15 | Officer Candidate School | 4-10 |
| Reasgmt Extreme Family Problems | 3-16 | Change of Name/SSN/DOB | 4-11 |
| Exchange Reassignment *(Enl only)* | 3-18 | Identification Card | 4-23 |
| Airborne Training | 3-19 | Identification Tags | 4-24 |
| Special Forces Training/Assignment | 3-22 | Asgmt of Pers with Handicapped Dependents | 4-28 |
| On-the-Job Training *(Enl only)* | 3-23 | Separate Rations | 9-1 |
| Retesting in Army Personnel Tests | 3-25 | Other *(Specify)* | |

| SIGNATURE OF MEMBER *(When required)* | DATE |
|---|---|

## SECTION IV - REMARKS *(Applies to Sections II, III, and V) (Continue on separate sheet)*

12 JUL 1984

## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein -

☒ HAS BEEN VERIFIED
☐ IS APPROVED

☐ RECOMMEND APPROVAL
☐ IS DISAPPROVED

☐ RECOMMEND DISAPPROVAL
☐ IS DISAPPROVED

| COMMANDER/AUTHORIZED REPRESENTATIVE ROBERT M. SPEAR 1LT, CE ADJ | SIGNATURE | DATE |
|---|---|---|

# PERSONNEL ACTION

For use of this form, see AR 680-1; the proponent agency is MILPERCEN.

## DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf (Section III). Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: (Include ZIP Code) | TO: (Include ZIP Code) | FROM: (Include ZIP Code) |
|---|---|---|
| | Cdr, 5TH INF DIV ATTN: DIV FIN FORT POLK, LA 71459 | COMMANDER, B CO 7th ENGR FORT POLK, LA 71459 |

## SECTION I - PERSONAL IDENTIFICATION

| NAME (Last, first, MI) | GRADE OF RANK/PMOS (Enl only) | SOCIAL SECURITY NUMBER |
|---|---|---|
| CRAWFORD, TRAVIS D. | PVL / 12B10 | ████ 5635 |

## SECTION II - DUTY STATUS CHANGE (Proc 9-1, DA Pam 600-8)

The above member's duty status is changed from __PRESENT FOR DUTY__

to __ABSENT WITHOUT LEAVE__

effective __0630__ hours, __25 JUNE__ 19 __84__

## SECTION III - REQUEST FOR PERSONNEL ACTION (DA Pam 600-8)

I request the following action:

| TYPE OF ACTION | Procedure | | TYPE OF ACTION | Procedure |
|---|---|---|---|---|
| Service School (Enl only) | 3-10 | | Reassignment Married Army Couples | 3-32 |
| ROTC or Reserve Component Duty | 3-12 | | Reclassification | 3-46 |
| Volunteering For Oversea Service | 3-14 | | Leave - Excess/Advance/Outside CONUS | 4-8 |
| Ranger Training | 3-15 | | Officer Candidate School | 4-10 |
| Reasgmt Extreme Family Problems | 3-16 | | Change of Name/SSN/DOB | 4-11 |
| Exchange Reassignment (Enl only) | 3-18 | | Identification Card | 4-23 |
| Airborne Training | 3-19 | | Identification Tags | 4-24 |
| Special Forces Training/Assignment | 3-22 | | Asgmt of Pers with Handicapped Dependents | 4-28 |
| On-the-Job Training (Enl only) | 3-23 | | Separate Rations | 9-1 |
| Retesting in Army Personnel Tests | 3-25 | | Other (Specify) | |

| SIGNATURE OF MEMBER (When required) | DATE |
|---|---|
| | |

## SECTION IV - REMARKS (Applies to Sections II, III, and V) (Continue on separate sheet)

12 JUL 1984

## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change (Section II) or that the request for personnel action (Section III) contained herein -

[X] HAS BEEN VERIFIED    [ ] RECOMMEND APPROVAL    [ ] RECOMMEND DISAPPROVAL

     [ ] IS APPROVED      [ ] IS DISAPPROVED

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| ROBERT M. SPEAR 1LT, CE ADJ | | |

# PERSONNEL ACTION

For use of this form, see AR 680-1; the proponent agency is MILPERCEN.

## DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf *(Section III)*. Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: *(Include ZIP Code)* | TO: *(Include ZIP Code)* | FROM: *(Include ZIP Code)* |
|---|---|---|
| COMMANDER<br>7TH ENGINEER BATTALION (C)<br>FORT POLK, LOUISIANA 71459 | MILPO<br>5TH INFANTRY DIVISION (M)<br>FORT POLK, LOUISIANA 71459 | COMMANDER<br>B CO, 7TH ENGINEER BATTALION (C)<br>FORT POLK, LOUISIANA 71459 |

## SECTION I - PERSONAL IDENTIFICATION

| NAME *(Last, first, MI)* | GRADE OF RANK/PMOS *(Enl only)* | SOCIAL SECURITY NUMBER |
|---|---|---|
| CRAWFORD, TRAVIS D. | PV1/12B10 | ███-5635 |

## SECTION II - DUTY STATUS CHANGE *(Proc 9-1, DA Pam 600-8)*

The above member's duty status is changed from __CONFINED MILITARY AUTHORITIES__

to __PRESENT FOR DUTY__

effective ___0656___ hours, ___2 November___ 19 __83__

## SECTION III - REQUEST FOR PERSONNEL ACTION *(DA Pam 600-8)*

I request the following action:

| TYPE OF ACTION | Procedure | TYPE OF ACTION | Procedure |
|---|---|---|---|
| Service School *(Enl only)* | 3-10 | Reassignment Married Army Couples | 3-32 |
| ROTC or Reserve Component Duty | 3-12 | Reclassification | 3-46 |
| Volunteering For Oversea Service | 3-14 | Leave - Excess/Advance/Outside CONUS | 4-8 |
| Ranger Training | 3-15 | Officer Candidate School | 4-10 |
| Reasgmt Extreme Family Problems | 3-16 | Change of Name/SSN/DOB | 4-11 |
| Exchange Reassignment *(Enl only)* | 3-18 | Identification Card | 4-23 |
| Airborne Training | 3-19 | Identification Tags | 4-24 |
| Special Forces Training/Assignment | 3-22 | Asgmt of Pers with Handicapped Dependents | 4-28 |
| On-the-Job Training *(Enl only)* | 3-23 | Separate Rations | 9-1 |
| Retesting in Army Personnel Tests | 3-25 | Other *(Specify)* | |

| SIGNATURE OF MEMBER *(When required)* | DATE |
|---|---|
| | |

## SECTION IV - REMARKS *(Applies to Sections II, III, and V) (Continue on separate sheet)*



## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein -

☒ HAS BEEN VERIFIED ☐ RECOMMEND APPROVAL ☐ RECOMMEND DISAPPROVAL

☐ IS APPROVED ☐ IS DISAPPROVED

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| CHARLES E. HERRMANN, CPT, CE, ADJ | | 2 November 1983 |

# PERSONNEL ACTION
For use of this form, see AR 680-1; the proponent agency is MILPERCEN.

## DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf *(Section III)*. Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: *(Include ZIP Code)* | TO: *(Include ZIP Code)* | FROM: *(Include ZIP Code)* |
|---|---|---|
| COMMANDER<br>7TH ENGINEER BATTALION (C)<br>FORT POLK, LOUISIANA 71459 | XXXMXXXXX MILPO<br>5TH INFANTRY DIVISION (M)<br>FORT POLK, LOUISIANA 71459 | COMMANDER<br>B CO, 7TH ENGINEER BATTALION (C)<br>FORT POLK, LOUISIANA 71459 |

## SECTION I - PERSONAL IDENTIFICATION

| NAME *(Last, first, MI)* | GRADE OF RANK/PMOS *(Enl only)* | SOCIAL SECURITY NUMBER |
|---|---|---|
| CRAWFORD, TRAVIS D. | PV1/ 12B10 | ███-5635 |

## SECTION II - DUTY STATUS CHANGE *(Proc 9-1, DA Pam 600-8)*

The above member's duty status is changed from __PRESENT FOR DUTY__

to __CONFINED MILITARY AUTHORITIES__

effective __1700__ hours, __21 October__ 19 __83__

## SECTION III - REQUEST FOR PERSONNEL ACTION *(DA Pam 600-8)*

I request the following action:

| TYPE OF ACTION | Procedure | TYPE OF ACTION | Procedure |
|---|---|---|---|
| Service School *(Enl only)* | 3-10 | Reassignment Married Army Couples | 3-32 |
| ROTC or Reserve Component Duty | 3-12 | Reclassification | 3-46 |
| Volunteering For Oversea Service | 3-14 | Leave - Excess/Advance/Outside CONUS | 4-8 |
| Ranger Training | 3-15 | Officer Candidate School | 4-10 |
| Reasgmt Extreme Family Problems | 3-16 | Change of Name/SSN/DOB | 4-11 |
| Exchange Reassignment *(Enl only)* | 3-18 | Identification Card | 4-23 |
| Airborne Training | 3-19 | Identification Tags | 4-24 |
| Special Forces Training/Assignment | 3-22 | Asgmt of Pers with Handicapped Dependents | 4-28 |
| On-the-Job Training *(Enl only)* | 3-23 | Separate Rations | 9-1 |
| Retesting in Army Personnel Tests | 3-25 | Other *(Specify)* | |

| SIGNATURE OF MEMBER *(When required)* | DATE |
|---|---|
| | |

## SECTION IV - REMARKS *(Applies to Sections II, III, and V) (Continue on separate sheet)*

25 OCT 1983

## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein -

☒ HAS BEEN VERIFIED    ☐ RECOMMEND APPROVAL    ☐ RECOMMEND DISAPPROVAL
   ☐ IS APPROVED    ☐ IS DISAPPROVED

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| CHARLES E. HERRMANN, CPT, CE, ADJ | *Charles E Herrmann* | 24 Oct 83 |

# PERSONNEL ACTION

For use of this form, see DA PAM 600-8 and AR 680-1; the proponent agency is MILPERCEN.

## DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf *(Section III)*. Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: *(Include ZIP Code)* | TO: *(Include ZIP Code)* | FROM: *(Include ZIP Code)* |
|---|---|---|
| COMMANDER<br>7TH ENGINEER BATTALION<br>FORT POLK, LOUISIANA 71459 | MILPO<br>5TH INFANTRY DIVISION<br>FORT POLK, LOUISIANA 71459 | COMMANDER<br>B CO, 7TH ENGINEER BATTALION<br>FORT POLK, LOUISIANA 71459 |

## SECTION I - PERSONAL IDENTIFICATION

| NAME *(Last, first, MI)* | GRADE OF RANK/PMOS *(Enl only)* | SOCIAL SECURITY NUMBER |
|---|---|---|
| CRAWFORD, TRAVIS D. | PV1/12B10 | ███████5635 |

## SECTION II - DUTY STATUS CHANGE *(Proc 9-1, DA Pam 600-8)*

The above member's duty status is changed from ~~PRESENT FOR DUTY~~ ABSENT WITHOUT LEAVE

to PRESENT FOR DUTY

effective 1300 hours, 9 Oct 1983

## SECTION III - REQUEST FOR PERSONNEL ACTION

I request the following action:

| TYPE OF ACTION | Procedure | TYPE OF ACTION | Procedure |
|---|---|---|---|
| Service School *(Enl only)* | | Reassignment Married Army Couples | |
| ROTC or Reserve Component Duty | | Reclassification | |
| Volunteering For Oversea Service | | Officer Candidate School | |
| Ranger Training | | Asgmt of Pers with Exceptional Family Members | |
| Reasgmt Extreme Family Problems | | Identification Card | |
| Exchange Reassignment *(Enl only)* | | Identification Tags | |
| Airborne Training | | Separate Rations | |
| Special Forces Training/Assignment | | Leave - Excess/Advance/Outside CONUS | |
| On-the-Job Training *(Enl only)* | | Change of Name/SSN/DOB | |
| Retesting in Army Personnel Tests | | Other *(Specify)* | |

| SIGNATURE OF MEMBER *(When required)* | DATE |
|---|---|
| | |

## SECTION IV - REMARKS *(Applies to Sections II, III, and V) (Continue on separate sheet)*

14 OCT 1983

## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein -

☒ HAS BEEN VERIFIED  ☐ IS APPROVED

☐ RECOMMEND APPROVAL  ☐ IS DISAPPROVED

☐ RECOMMEND DISAPPROVAL

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| CHARLES E. HERRMANN, CPT, CE, ADJ | *[signature]* | 11 Oct 83 |

# PERSONNEL ACTION

For use of this form, see AR 680-1; the proponent agency is MILPERCEN.

### DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf (*Section III*). Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: *(Include ZIP Code)* | TO: *(Include ZIP Code)* | FROM: *(Include ZIP Code)* |
|---|---|---|
| Commander<br>7th Engr Bn (C)<br>Fort Polk, LA 71459 | MILPO<br>5th Inf Div<br>Fort Polk, LA 71459 | COMMANDER<br>Co B, 7th Engr Bn (C)<br>Fort Polk, LA 71459 |

## SECTION I - PERSONAL IDENTIFICATION

| NAME *(Last, first, MI)* | GRADE OF RANK/PMOS *(Enl only)* | SOCIAL SECURITY NUMBER |
|---|---|---|
| CRAWFORD, TRAVIS D. | PV1    12B10 | ▮▮▮▮5635 |

## SECTION II - DUTY STATUS CHANGE *(Proc 9-1, DA Pam 600-8)*

The above member's duty status is changed from ___ Present for duty

to ___ Absent without leave

effective ___ 0615 hours, 5 October 19 83

## SECTION III - REQUEST FOR PERSONNEL ACTION *(DA Pam 600-8)*

I request the following action:

| TYPE OF ACTION | Procedure | TYPE OF ACTION | Procedure |
|---|---|---|---|
| Service School *(Enl only)* | 3-10 | Reassignment Married Army Couples | 3-32 |
| ROTC or Reserve Component Duty | 3-12 | Reclassification | 3-46 |
| Volunteering For Oversea Service | 3-14 | Leave - Excess/Advance/Outside CONUS | 4-8 |
| Ranger Training | 3-15 | Officer Candidate School | 4-10 |
| Reasgmt Extreme Family Problems | 3-16 | Change of Name/SSN/DOB | 4-11 |
| Exchange Reassignment *(Enl only)* | 3-18 | Identification Card | 4-23 |
| Airborne Training | 3-19 | Identification Tags | 4-24 |
| Special Forces Training/Assignment | 3-22 | Asgmt of Pers with Handicapped Dependents | 4-28 |
| On-the-Job Training *(Enl only)* | 3-23 | Separate Rations | 9-1 |
| Retesting in Army Personnel Tests | 3-25 | Other *(Specify)* | |

| SIGNATURE OF MEMBER *(When required)* | DATE |
|---|---|
| | |

## SECTION IV - REMARKS *(Applies to Sections II, III, and V) (Continue on separate sheet)*



07 OCT 1983

## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein ·

☒ HAS BEEN VERIFIED    ☐ RECOMMEND APPROVAL    ☐ RECOMMEND DISAPPROVAL

☐ IS APPROVED    ☐ IS DISAPPROVED

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| CHARLES E. HERRMANN, CPT, CE, ADJ | *Charles E. Herrmann* | 5 Oct 83 |

## NOTICE OF UNAUTHORIZED ABSENCE FROM UNITED STATES ARMY
For use of this form, see Appendix D, AR 630-9; the proponent agency is the Office of The Provost Marshal General

**1. DATE COMPLETED**
27 August 1984

To all law enforcement agencies: This form not valid for apprehension unless active US Army NCIC Wanted Person Record is on file in NCIC. When the NCIC record does not agree with data on this form or if individual claims he is not absent without leave or a deserter and does not have the papers to prove his claim, the apprehending person or agency representative should communicate direct by the most rapid means available, to the US Army Deserter Information Point, Ft. Benjamin Harrison, IN., to ascertain the individual's correct status. Phone: AUTOVON Extensions 699-3355/3356 or 3357. Commercial (317) 542-3355/3356 or 3357.

PHOTOGRAPH
(If Available)

| 2. THRU: | 3. FOR USADIP USE ONLY |
|---|---|
| | 3a. VERIFIED BY DIP-AG (Date and Initials) |

**TO:** UNITED STATES ARMY
DESERTER INFORMATION POINT
AGPERSCEN ATTN: AGPE-D
FT. BENJAMIN HARRISON, IN. 46249

| 3b. DIP-MP CONTROL NO. | 3c. NIC NO. |
|---|---|

| 5. NAME OF DESERTER (Last, First, Middle) | 6. GRADE OR RATING | 7. SEX |
|---|---|---|
| CRAWFORD, Travis D. | Private E1 | Male |

| 8. RACE | 9. PLACE OF BIRTH | 10. DATE OF BIRTH | 11. HEIGHT | 12. WEIGHT | 13. HAIR (Color) | 14. EYES (Color) |
|---|---|---|---|---|---|---|
| White | Fort Smith, Arkansas | ▇▇ 1964 | ▇▇ 66in | 150 | Brown | Brown |

| 15. SERVICE AND SERVICE NO. | 16. CITIZENSHIP | 17. SOCIAL SECURITY NO. | 18. OPERATOR'S LICENSE NO. | 19. OPERATOR'S STATE |
|---|---|---|---|---|
| | US | ▇▇-5635 | | |

| 20. YEAR OPERATOR'S LICENSE EXPIRES | 21. DATE/HOUR OF ABSENCE | 22. DATE DROPPED FROM ROLLS |
|---|---|---|
| | 29 July 1984/0630 hours | 27 August 1984 |

**23. ORGANIZATION OR ACTIVITY AND PLACE FROM WHICH ABSENT** (If AWOL/UA in transit, list old and new unit in item 31, REMARKS)

Company B, 7th Engineer Battalion (Combat), Fort Polk, Louisiana  71459

**24. MEMBER'S PERMANENT RESIDENCE ADDRESS** (Include ZIP Code)

701 East Chickasaw, Sallisaw, Oklahoma  74955

| 25. LICENSE PLATE NO. | 25a. STATE | 25b. YEAR EXPIRES | 25c. LICENSE PLATE TYPE |
|---|---|---|---|
| | | | |

| 25d. VEHICLE IDENTIFICATION NO. | 25e. YEAR | 25f. MAKE | 25g. MODEL | 25h. STYLE | 25i. COLOR |
|---|---|---|---|---|---|
| | | | | | |

| 26. CIVILIAN OCCUPATION | 27. MILITARY OCCUPATION |
|---|---|
| | 12B10  Combat Engineer |

**28. NAME AND ADDRESS OF NEAREST RELATIVE** (Include ZIP Code)

Phyllis Crawford ▇▇▇▇▇▇▇▇ (Mother)

| 29. OTHER RELATIVES AND/OR PERSONS KNOWN BY DESERTER | | 32. RECOMMENDED DISTRIBUTION (Include ZIP Codes, use reverse, if necessary.) |
|---|---|---|
| Name and Relationship | Address (Include ZIP Code) | |
| Unk | | |

| 30. ESCAPE OF SENTENCED PRISONER ☐YES ☒NO | 30b. CONVICTED FOR (Offense): |
|---|---|
| a. DISCHARGE STATUS: DISCHARGED ☐YES ☒NO ☐EXECUTED ☐SUSPENDED | |

**31. REMARKS** (List peculiar habits and traits of character, unusual mannerisms and speech; pecularities in appearance, clothing worn; aliases; marks and scars; tatoos; facial characteristics; complexion, posture, build, other SSN's used by individual or other data that may assist in identification. List known facts, e.g., Armed and dangerous, drug user, suicidal tendencies, guards are needed, etc. List data on DA Form 19-51 that will assist in apprehension.)

None

33. I certify that a Morning Report entry was made on **27 August 1984** reflecting the appropriate data in items 5, 6, 17, 21, 22, and 23 above.
(Date)

| 33a. ORGANIZATION AND STATION | 33b. TYPED NAME, GRADE, AND TITLE | 33c. SIGNATURE (Sign All Copies) |
|---|---|---|
| HQ, 7th Engineer Battalion Fort Polk, Louisiana  71459 | ROBERT M. SPEAR, 1LT Adjutant 7th Engr Bn (C) | P.M. |

| 34. PROVOST MARSHAL (Organization and Station) | 34a. TYPED NAME, GRADE, AND TITLE | 34b. SIGNATURE (Sign All Copies) |
|---|---|---|
| | | |

| 35. UNITED STATES ARMY DESERTER INFORMATION POINT AGPERSCEN ATTN: AGPE-D FT. BENJAMIN HARRISON, IN. 46249 | 35a. TYPED NAME, GRADE, AND TITLE | 35b. SIGNATURE (Sign All Copies) |
|---|---|---|
| | | |

**DA FORM 3835** 1 FEB 72   REPLACES DA FORM 3545 (TEST), 1 APR 70 (Ped and Offset Master) WHICH IS OBSOLETE.



August 27, 1984

Battalion Office

Mrs Phyllis Crawford

Dear Mrs Crawford:

I regret to inform you that your son, Private Travis D. Crawford, ████████ 5635, who had previously been absent without official leave since 29 July 1984, has not returned to this organization. He has now been dropped from the rolls of this organization which means that he has been administratively classified as a deserter. Civilian and military law enforcement agencies have been notified of his status and requested to apprehend him.

Soldiers classifed as deserters and their dependents are not eligible for post exchange, commissary, medical care and other military privileges to include pay and allowances.

If you know where he is, please urge him to return to military control without delay.

Sincerely,

Robert M. Spear
First Lieutenant, Corps of Engineers
Adjutant

Headquarters, 7th Engineer Battalion (Combat)
Fort Polk, Louisiana 71459

Battalion Office                                    7 August 1984


Mrs Phyllis Crawford


        I regret to inform you that Travis D. Crawford has been absent without
leave from this unit since 29 July 1984. Your son's absence could result in
a trial by court-martial with loss of pay and allowances which could mean that
his dependents would lose all rights to receive allotments, medical care,
commissary and post exchange privileges and other military benefits. Continued
absence could also result in confinement or dismissal with dishonorable or
bad conduct discharge.

        If you know where he is, please urge him to return immediately to military
control at the nearest Army installation in order to avoid serious conse-
quences of prolonged unauthorized absence.

        Rest assured that your son will be given a fair hearing and the opportunity
to present any information on his behalf.

                                    Sincerely,

                                    Robert M. Spear
                                    First Lieutenant, Corps of Engineers
                                    Adjutant

## COMMANDER'S REPORT OF INQUIRY/UNAUTHORIZED ABSENCE
For use of this form, see AR 630-10; the proponent agency is MILPERCEN.

| 1. NAME (Last, first, middle) | 2. RANK | 3. SSN |
|---|---|---|
| CRAWFORD, Travis D. | PV1 | ████-5635 |

| 4. ORGANIZATION | 5. INITIAL DATE OF UNAUTHORIZED ABSENCE |
|---|---|
| B Co, 7th Engr Bn (C) | 29 July 1984 |

### 6. PHYSICAL DESCRIPTION

| a. HEIGHT | b. WEIGHT | c. AGE | d. COLOR HAIR | e. COLOR EYES | f. GLASSES |
|---|---|---|---|---|---|
| 66 in | 150 | 20 | Brown | Brown | ☐ YES ☒ NO |

g. SCARS, IDENTIFYING MARKS, ETC.
Unknown

7. DRIVER'S LICENSE NO. & VEHICLE ID

### 8. RELATIVES

| NAME | ADDRESS | RELATIONSHIP |
|---|---|---|
| PHYLLIS CRAWFORD | ███████████ | MOTHER |
| | | |
| | | |
| | | |

### 9. COMPETENT WITNESSES AND CLOSE FRIENDS (Indicate summary testimony, if given, in item 13)

| NAME | ADDRESS | SSN | GRADE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### 10. POSSIBLE CONTRIBUTING FACTORS CAUSING AWOL
☐ MARITAL STRIFE   ☐ INDEBTEDNESS   ☐ TROUBLE WITH SUPERIORS   ☐ UNKNOWN
☒ OTHER (Specify)   Pending Court-Martial for previous AWOL.

### 11. RECORD OF ANY EVIDENCE OF THE FOLLOWING   ☐ MENTAL INSTABILITY   ☐ INABILITY TO ADJUST TO MILITARY LIFE
☐ FOUL PLAY   ☐ ALCOHOL   ☐ DRUG USE   ☐ INTENT NOT TO RETURN
☐ EVIDENCE OF SHIRKING IMPORTANT/HAZARDOUS DUTY   ☐ DISSENT FROM FOREIGN POLICIES OF THE US
☐ OTHER (Specify)   None

### 12. PERTINENT EVIDENCE FOUND IN PERSONAL EFFECTS (If none, so state)
None

### 13. CONTINUATION/REMARKS (If additional space is necessary, continue on reverse, specifying item no.)

DOB: ████ 1964
POB: Fort Smith, Arkansas
HOR: Sallisaw, Oklahoma
ETS: 27 March 1986
RACE: White
MOS: 12 B10

*[stamp: PROVOST MARSHAL OFFICIAL FORT POLK, LA. 71459]*

### 14. AUTHENTICATION (Signature, title, organization, and date)
ROBERT M. SPEAR, 1LT, Adjutant 7th Engr Bn (C)

**DA FORM 4384** 1 OCT 79   REPLACES DA FORM 4384-R, 1 JUL 75, WHICH IS OBSOLETE.   UNIT FILE

DEPARTMENT OF THE ARMY
Headquarters US Army Field Artillery Center and Fort Sill
Fort Sill, Oklahoma   73503-5000

ORDER 010-33                                          10 January 1985

CRAWFORD, TRAVIS D. ███████ 5635 PV1 Personnel Control Facility, United States
Army Field Artillery Center and Fort Sill (WOVGPR) Fort Sill, Oklahoma   73503-5010

You are reassigned to the US Army separation transfer point shown for separation
processing, after processing, you are discharged from the component shown.  If
you are delayed in reporting to the separation transfer point, you still must
report to the separation transfer point as soon as possible or as authorized to
recieve a new effective date of discharge.

Assigned to:  US Army Separation Transfer Point (WOVG1A) Fort Sill, Oklahoma
    73503-5100
Reporting date:  23 January 1985
Component:  RA
Discharge date:  23 January 1985
Additional instructions:  You are not authorized movement of your household goods or
    dependents at Government expense.

FOR ARMY USE
Auth: AR 635-200
HOR: VIAN, OK
P1 EAD or OAD:  LITTLE ROCK, OK          PEBD:  NA
MDC:  NZE5
Format:  501

FOR THE COMMANDER:


DISTRIBUTION                             BLAINE H. SMITH JR.
D                                        LTC, AGC
PCF Records/Files                        Adjutant General

ORDER  347-26                                                12 December 1984

1.  BERNHARD, THEODORE JR. ███████████   PV1

You are assigned as indicated.

Assigned to:  Personnel Control Facility, US Army Field Artillery Center and
   Fort Sill (WOVGPR) Fort Sill, Oklahoma  73503-5010
Effective date:  10 December 1984
Additional instructions:  NONE

FOR ARMY USE
DFR of:  SVC BTRY, 6th BN, 80th FA, Fort Ord, CA
Component:  RA
Pl and date return to mil con:  Fort Sam Houston, TX 10 December 1984
MDC:  NZE5
Format:  426

2.  BOWIE, ARNOLD EUGENE  ███████████   PV2

You are assigned as indicated.

Assigned to:  Personnel Control Facility, US Army Field Artillery Center and
   Fort Sill (WOVGPR) Fort Sill, Oklahoma  73503-5010
Effective date:  7 December 1984
Additional instructions:  NONE

FOR ARMY USE
DFR of:  B Co, 193rd BN, 22d FA, APO MIAMI 34004
Component:  RA
Pl and date return to mil con:  Fort Sam Houston, TX  6 December 1984
MDC:  NZE5
Format:  426

3.  BURK, JERRY LEE  ███████████   PFC

You are assigned as indicated.

Assigned to:  Personnel Control Facility, US Army Field Artillery Center and
   Fort Sill (WOVGPR) Fort Sill, Oklahoma  73503-5010
Effective date:  10 December 1984
Additional instructions:  NONE

FOR ARMY USE
DFR of:  HHC, 2d BN, 508th INF, Fort Bragg, NC
Component:  RA
Pl and date return to mil con: Van Alstyne, TX  8 December 1984
MDC:  NZE5
Format:  426

ORDER 347-26                                               12 December 1984

4.  CRAWFORD, TRAVIS DON  ████  -5635    PV1

You are assigned as indicated.

Assigned to:  Personnel Control Facility, US Army Field Artillery Center and
   Fort Sill (WOVGPR) Fort Sill, Oklahoma  73503-5010
Effective date:   10 December 1984
Additional instructions:  NONE

FOR ARMY USE
DFR of:  Co B, 7th ENG BN, Fort Polk, LA
Component:  RA
Pl and date return to mil con:  Fort Chaffee, AR 10 December 1984
MDC:  NZE5
Format:  426

5.  CRAWFORD, ROGER DALE  ████████  PV2

You are assigned as indicated.

Assigned to:  Personnel Control Facility, US Army Field Artillery Center and
   Fort Sill (WOVGPR) Fort Sill, Oklahoma  73503-5010
Effective date:  10 December 1984
Additional instructions:  NONE

FOR ARMY USE
DFR of:  528th Maint&Sup Co.,Fort Clayton, Panama
Component:  RA
Pl and date return to mil con: Fort Chaffee, AR 10 December 1984
MDC:  NZE5
Format:  426

FOR THE COMMANDER:



DISTRIBUTION                              BLAINE H. SMITH JR.
D                                         LTC, AGC
PCF Records/Files                         Adjutant General

DEPARTMENT OF THE ARMY
HEADQUARTERS 5TH INFANTRY DIVISION (MECHANIZED) AND FORT POLK
Fort Polk, Louisiana  71459

ORDERS  133-31                                            11 JULY 1983

CRAWFORD, TRAVIS D. ███████5635 PV1          5TH AG Repl Det (WHN3AA)
Fort Polk, Louisiana  71459

You are reassigned as indicated below.  No travel involved.

Assigned to: HHC 7TH ENGR BN (WANUTOA)
    Fort Polk, Louisiana  71459
Reporting date: 12 JULY 1983
Movement designator code:  NZE3
Additional instructions:  (a)  You are assigned primary duty as: 12B100000
    Position number 9992
    (b)  Unit assignment will submit Position Number indicated with arrival
    transaction to Standard Installation/Division Personnel System.

Format:  420

FOR THE COMMANDER:

OFFICIAL:                                        E. F. DONNAN JR.
                                                 LTC, AGC
                                                 Adjutant General

MALCOLM G. WEAVER
MAJ, AGC
Asst AG

DISTRIBUTION:
Record Set (1)
Consolidated Order (4)
AFZX-AG-PE (1)
AFZX-AG-PM (1)
AFZX-AG-PS (1)
AFZX-EHH-FH (1)
Cdr, 5TH REPL DET FT POLK, LA  71459(1)
Cdr, HHC 7TH ENGR BN FT POLK, LA  71459(1)
Cdr,

DEPARTMENT OF THE ARMY
HEADQUARTERS
US ARMY TRAINING CENTER ENGINEER AND FORT LEONARD WOOD
FORT LEONARD WOOD, MISSOURI  65473

ORDERS 172-211                                                          21 JUNE 1983

CRAWFORD TRAVIS D ████████ 5635 PV1 CO D 1ST BN 2ND TNG BDE (OSUT) USATC ENGR (W1MP1R)
FT LEONARD WOOD MO 65473

YOU WILL PROCEED ON PERMANENT CHANGE OF STATION AS INDICATED.

ASSIGNED TO:  5TH ADJUTANT GENERAL COMPANY (WANRAA) FORT POLK, LOUISIANA 71459
REPORTING DATE:  10 JULY 1983
ADDITIONAL INSTRUCTIONS:  (A) YOU ARE REQUIRED TO REPORT TO THE FAMILY HOUSING/HOUSING
   REFERRAL OFFICE SERVING YOUR NEW DUTY STATION BEFORE YOU MAKE HOUSING ARRANGEMENTS
   FOR RENTING, LEASING, OR PURCHASING ANY OFF-POST HOUSING. (B) YOU ARE AUTHORIZED
   SHIPMENT OF HOUSEHOLD GOODS. (C) YOU WILL NOT DEPART THIS STATION PRIOR TO
   30 JUNE 1983.

FOR ARMY USE
AUTH:   NA
ASGD TO MGT DSG:  12B100000                          CONTROL SPECIALTY:  NA
PERS CON NO:  ZAGR076                                 PMOS/PSSI:  12B100000
MDC:  1XE3                                            ENL/REENLB INDIC:  NA
PEBD:  NA                                             PPD:  NA
FORMAT:  410                                          PROJ SPECIALTY:   NA

FOR THE COMMANDER:

                                    * * * * * * * * * * * * * *
                                    *      HQ. USATC ENGR       *
                                    *  AND FT. LEONARD WOOD, MO  *
                                    *      OFFICIAL SEAL         *
                                    * * * * * * * * * * * * * *
                                          J. R. PATTERSON
DISTRIBUTION:                             LTC, AGC
EA INDIV INDIC (3)                        ADJUTANT GENERAL
ATZT-AGT (32)
CDR CO D 1ST BN 2ND TNG BDE
FT LEONARD WOOD (1)
PAC 1ST BN 2ND TNG BDE
FT LEONARD WOOD (2)
ATZT-AGAM (1)
ATZT-AGA-S (1)
ATZT-DI-TM (3)
CDR, 5TH AG CO FT POLK LA 71459 (3)
ATZT-DRM-FPM (9)
MPRJ (ATZT-AGTR) (2)

. I ACKNOWLEDGE THAT AN ORIENTATION LECTURE FROM AR
.12-281 WAS GIVEN AT THE UNITED STATES ARMY TRAINING CEN-
... ENGINEER, AG OUTPROCESSING TEAM. I WAS ADVISED THAT
.. ULD NOT HAVE THE FOLLOWING ACCOMPANY ME TO MY
.. ANCED INDIVIDUAL TRAINING ASSIGNMENT:
. PRIVATELY OWNED VEHICLE     B. DEPENDENTS
. OUSEHOLD GOODS

.. LIBERATE DISREGARD OF THE FOREGOING INSTRUCTIONS
.. D CAUSE ME FINANCIAL EMBARRASSMENT AND WORK A
.VERE HARDSHIP UPON MY DEPENDENTS.

_Travis D. Crawford_                          _29 June 83_
          SIGNATURE                              DATE

DEPARTMENT OF DEFENSE
Military Entrance Processing Station
211 West Third Street
Little Rock, Arkansas  72203

ENLISTMENT TRAVEL ORDER NO.  60-1                    24 MARCH 1983

AUTHORITY:  AR 601-210

1.  Having enlisted this date in the U. S. Army under the authority shown above,
you are hereby assigned to active duty.  Comply with the instructions contained in
paragraph 3 below and if applicable, other supplemental instructions attached to
these orders.

2.  Government transportation is authorized in connection with these orders and
chargeable to PCS MDC 1AE3.  Movement of dependents and shipment of household
goods in connection with these orders is not authorized.  Use of transportation
requests and meal tickets is directed.

3.  Enlistees concerned are transferred to U. S. Army Reception Stations at
locations shown below effective this date.  You will proceed from this MEPS and
report to proper station not later than 2400 hours on date indicated.

| NAME SOCIAL SECURITY NO. | LOCATION REPORT BY | REMARKS SPECIAL INSTRUCTIONS |
|---|---|---|
| OSBURN, BENTLEY E. | FT LEONARD WOOD, MO 24 MAR 83 | DISCH USAR 23MAR83 ▉▉▉▉ BCT DATE:  28 MAR 83 |
| CRAWFORD, TRAVIS D. ▉▉-5635 | FT LEONARD WOOD, MO 24 MAR 83 | DISCH USAR 23MAR83 UPAR 135-178 BCT DATE:  28 MAR 83 |
| ROACH, BRAD A. ▉▉▉▉ | FT SILL, OK 24 MAR 83 | DISCH USAR 23MAR83 ▉▉▉▉ BCT DATE:  28 MAR 83 |

FOR THE COMMANDER:

LEORA V. GRAY
CPT, AGC
Assistant Adjutant

DISTRIBUTION:
Indiv (3) USA DRC LR AR (3)
EA SVC REC (5)  MEPS LR AR (4)

# DISPOSITION FORM

For use of this form, see AR 340-15; the proponent agency is TAGO.

| REFERENCE OR OFFICE SYMBOL | SUBJECT |
|---|---|
| SFMR-RBB | Appointment of Members to the Army Council of Review Boards |

| TO | FROM | DATE | CMT 1 |
|---|---|---|---|
| OSA, Mil Pers Ofc<br>Rm 1D614, Pentagon | OASA(M&RA), ACRB<br>Rm 200, CM #4 | 1 January 1988 | |

1. These orders supersede orders dated 2 November 1987. Effective this date, individuals listed below are designated as Presiding Officers, Hearing Examiners, or Board Members, and will serve as directed by the Director for the following boards: Army Discharge Review, Army Disability Rating Review, Army Physical Disability Appeal, Ad Hoc Review, Army Security Review, Army Board for Review of Eliminations, and Army Grade Determination:

ROWE, James W., ⬛⬛⬛, COL, AR (President, ADRB & Director, ACRB)
ALLEN, Richard H., ⬛⬛⬛, COL, AG, w/Primary Duty: Senior Projects Officer
DeCHRISTOPHER, Edward P., ⬛⬛⬛, COL, IN
LAWTON, JOHN P., ⬛⬛⬛, COL, IN
NICKENS, Joseph E., ⬛⬛⬛ COL, FA
SYMONS, John W., ⬛⬛⬛, COL, FA
BERRY, Kenneth S., ⬛⬛⬛, LTC, AG
DAVIS, Constance M., ⬛⬛⬛, LTC, AG
DUNIGAN, Theodore, ⬛⬛⬛ LTC, AV
GILLEN, James, ⬛⬛⬛, LTC, AG
HAMMER, Martin A., ⬛⬛⬛, LTC, IN
JEFFERDS, Fred, ⬛⬛⬛, LTC FA
RIVERA, Ruben E., ⬛⬛⬛, LTC, EN
STOCKSTILL, John D., ⬛⬛⬛, LTC, FA
WOLKOWICH, Walter E., ⬛⬛⬛, LTC, AD
ZEAMER, Aaron C., ⬛⬛⬛ LTC, QM
LASKI, Karen M., ⬛⬛⬛, MAJ(P), AG, w/ Primary Duty: Special Projects Officer

2. Effective this date, the following individuals will serve as members of the above boards as directed by the Director and serve as special consultant as indicated:

GAINES, Lelia T., ⬛⬛⬛, LTC, MC — Medical Consultant
TIEDEMANN, John J., ⬛⬛⬛, COL, JA — Legal Consultant
ASKEW, Donald C., ⬛⬛⬛, COL, USAR — Ad Hoc Reserve Officer
JOHNSON, David H., ⬛⬛⬛, LTC, USAR — Ad Hoc Reserve Officer

3. Effective this date, the individuals listed below will serve as alternate members of the above boards as directed by the Director with principal duty as listed below:

CZVORNYEK, Gary, ⬛⬛⬛, MAJ, AG — Chief, Sec Rec Branch
HARVELL, Herbert, ⬛⬛⬛, CPT, AG — Secretary Recorder
LIPSCOMB, Regina, ⬛⬛⬛, CPT, AG — Secretary Recorder
RAINEY, Patricia D., ⬛⬛⬛, CPT(P), AG — Secretary Recorder
STRONG, Violeta A., ⬛⬛⬛, CPT, AG — Secretary Recorder

*James W. Rowe*

JAMES W. ROWE
COL, AR
Director

ORDERS 159-196                                                    8 JUNE 1983

| 1. NAME | SSN | GR | MOS |
|---------|-----|-----|-----|
| KENNEDY GARY L | | PV1 | 12C100000 |
| LOCKE RICHARD K | | PV1 | 12C100000 |
| NAUMAN RONALD B | | PFC | 12C100000 |
| SEAY JACKSON A | | PFC | 12C100000 |

THE FOLLOWING MOS (SPECIALTY SKILL IDENTIFIER)/SPECIAL QUALIFICATIONS IDENTIFIER ACTION CONCERNING
YOU IS DIRECTED.

UNIT OF ASSIGNMENT:  CO D 1ST BN 2ND TNG BDE (OSUT) USATC ENGR (W1MP1R)
    FT LEONARD WOOD MO 65473
AWARDED:                           12C100000
HOW ACQUIRED:                      A
WITHDRAWN:                         NOT APPLICABLE
EFFECTIVE DATE:                    30 JUNE 1983
RECLASSIFICATION CONTROL NUMBER:   NOT APPLICABLE
ADDITIONAL INSTRUCTIONS:  AWARD OF ABOVE PRIMARY MILITARY OCCUPATIONAL SPECIALTY IS CONTINGENT UPON
    SUCCESSFUL COMPLETION OF TRAINING AND GRADUATION.
FORMAT:  310



| 2. NAME | SSN | GR | MOS |
|---------|-----|-----|-----|
| BERNIER CHRISTIAN | | PFC | 12B100000 |
| BOOM FRANKLIN M A | | PV1 | 12B100000 |
| COOK HOWARD F | | PV1 | 12B100000 |
| CRAWFORD TRAVIS D | 447 76 5635 | PV1 | 12B100000 |
| DAURELIO DANIEL L | | PFC | 12B100000 |
| DICKINSON LARRY A | | PV1 | 12B100000 |
| ELIZONDO ABRAHAM | | PV1 | 12B100000 |
| GEARHEART RICHARD | | PV1 | 12B100000 |
| GIRARDOT CHRISTOPHER | | PV1 | 12B100000 |
| GREEN BARRETT D | | PV1 | 12B100000 |
| JANI JOSEPH J | | PV1 | 12B100000 |
| KINDLE RODNEY J | | PV1 | 12B100000 |
| MANSIR MARTIN J | | PFC | 12B100000 |
| NIXON TIMOTHY B | | PFC | 12B100000 |
| OSBURN BENTLEY E | | PV1 | 12B100000 |
| ROSENELLA MICHAEL | | PFC | 12B100000 |
| SALERA JAMES | | PV1 | 12B100000 |
| SHANDS PIERRE D | | PV1 | 12B100000 |
| SHIVER SCOTT | | PV1 | 12B100000 |
| SIMMONS DEXTER J | | PV1 | 12B100000 |
| SPARKS RICKI L | | PV2 | 12B100000 |
| WHALEN BARNEY W | | PV1 | 12B100000 |

THE FOLLOWING MOS (SPECIALTY SKILL IDENTIFIER)/SPECIAL QUALIFICATIONS IDENTIFIER ACTION CONCERNING
YOU IS DIRECTED.

UNIT OF ASSIGNMENT:  CO D 1ST BN 2ND TNG BDE (OSUT) USATC ENGR (W1MP1R)
    FT LEONARD WOOD MO 65473
AWARDED:                           12B100000
HOW ACQUIRED:                      A
WITHDRAWN:                         NOT APPLICABLE
EFFECTIVE DATE:                    30 JUNE 1983
RECLASSIFICATION CONTROL NUMBER:   NOT APPLICABLE
ADDITIONAL INSTRUCTIONS:  AWARD OF ABOVE PRIMARY MILITARY OCCUPATIONAL SPECIALTY IS CONTINGENT UPON
    SUCCESSFUL COMPLETION OF TRAINING AND GRADUATION.
FORMAT:  310



| 3. NAME | SSN | GR | MOS |
|---------|-----|-----|-----|
| BEDRIN JAMES P | | PV1 | 12B100000 |
| BLAIR DONALD JR | | PV2 | 12B100000 |
| CHAFFIN HOWARD L | | PV1 | 12B100000 |
| COLLINS DWAYNE C | | PV1 | 12B100000 |
| HANNIBAL RICHARD | | PV1 | 12B100000 |
| HUNTER ROBERT J | | PFC | 12B100000 |
| LITTLE MICHAEL Q | | PV1 | 12B100000 |
| NELSON RONALD W | | PV1 | 12B100000 |
| PANIZZI RANDOLPH | | PFC | 12B100000 |

ORDERS 159-196 HQ USATC ENGR AND FORT LEONARD WOOD 8JUN83

| | | |
|---|---|---|
| SAUNDERS KENT E | PV1 | 12B100000 |
| SCHOOLFIELD RANDY | PV1 | 12B100000 |
| WHIPKEY STEVEN R | PV1 | 12B100000 |
| WHITT CRAIG A | PFC | 12B100000 |
| WILLIAMS STEPHEN | PV1 | 12B100000 |



THE FOLLOWING MOS (SPECIALTY SKILL IDENTIFIER)/SPECIAL QUALIFICATIONS IDENTIFIER ACTION CONCERNING YOU IS DIRECTED.

UNIT OF ASSIGNMENT:   CO D 1ST BN 2ND TNG BDE (OSUT) USATC ENGR (W1MP1R)
    FT LEONARD WOOD MO 65473
AWARDED:                            12B100000
HOW ACQUIRED:                      A
WITHDRAWN:                          NOT APPLICABLE
EFFECTIVE DATE:                    30 JUNE 1983
RECLASSIFICATION CONTROL NUMBER:   NOT APPLICABLE
ADDITIONAL INSTRUCTIONS:   AWARD OF ABOVE PRIMARY MILITARY OCCUPATIONAL SPECIALTY IS CONTINGENT UPON
    SUCCESSFUL COMPLETION OF TRAINING AND GRADUATION. ENLISTMENT FO UNITED STATES ARMY CASH BONUS
    ENLISTMENT OPTION TABLE H-17 AR 601-210.
FORMAT:   310

FOR THE COMMANDER:

```
* * * * * * * * * * * * * *
*       HQ. USATC ENGR         *
*   AND FT. LEONARD WOOD, MO   *
*       OFFICIAL SEAL          *
* * * * * * * * * * * * * * *
```
                                    J. R. PATTERSON
                                    LTC, AGC
                                    ADJUTANT GENERAL

DISTRIBUTION:
EA INDIV INDIC (1)
ATZT-AGT (23)
CDR CO D 1ST BN 2ND TNG BDE
FT LEONARD WOOD (1)
PAC 1ST BN 2ND TNG BDE
FT LEONARD WOOD (1)
ATZT-AGA-S (1)
ATZT-DRM-FPM (28)
MPRJ (ATZT-AGTR) (40)

ATZR-JAMJ  (12 Dec 84)  CRAWFORD, Travis D.  PV1
SUBJECT:  Request for Discharge for the Good of the Service.

TO  Cdr, PCF          FROM Cdr, USAFACFS          DATE  **4 JAN 1985**  CMT

1.  The request for discharge for the good of the service under the provisions of chapter 10, AR 635-200, is approved.

2.  DD Form 794A (Other than Honorable Conditions Discharge Certificate) will be furnished.  Enlisted member will be issued a letter barring him/~~her~~ from this post.

3.  EM will be processed for separation.

RAPHAEL J. HALLADA
Brigadier General, USA
Acting Commander

ATZR-HP   Crawford, Travis D.   PV1
SSN ████5635  (12 Dec 84)
SUBJECT:   Request for Discharge for the Good of the Service
           Concur w/discharge under other than nonorable conditions
THRU  Cdr, HQ COMDT COMD      FROM Cdr, PCF, USAFACFS      DATE   DEC 1 7 1984      CMT2

TO   Cdr, USAFACFS, ATTN:  ATZR-JAMJ

1.  Request is administratively correct and meets the requirements for discharge under the provisions of Chapter 10, AR 635-200.

2.  FACTUAL DATA:  SM is charged with an AWOL of 134 days, surrendered to military authorities.  Records NVAL this station.

3.  STATEMENT AND INTERVIEW EXTRACT:  Enlisted:  23 Mar 83; Total Creditable Service:  1 year, 4 months and 5 days; Education Level:  12 years; Age:  20; Marital Status:  Married; Dependents:  Two; Court-Martials:  One; Article 15's:  None; Reason for AWOL:  Personal reasons.

4.  SM has become disillusioned with the military.  Rehabilitation efforts considered futile.

5.  Recommend approval and issuance of a discharge Under Other Than Honorable Conditions (DD Form 794a).

3 Encls
1.  Transmittal of Charges
    w/1 Encl  (DD Form 458)
2.  DA Form 4187
3.  Orders

WILLIAM L. BOWMAN
1LT,ADA
Commanding

# DISPOSITION FORM

For use of this form, see AR 340-15, the proponent agency is TAGCEN.

| REFERENCE OR OFFICE SYMBOL | SUBJECT |
|---|---|
| | Request for Discharge for the Good of the Service |

TO: Cdr, USAFACFS

FROM: Crawford Travis D

DATE: 12 DEC 1984

CMT 1

1. I, Travis Don Crawford _____ SSN ███ 5635, hereby voluntarily request discharge for the good of the Service under the provisions of Chapter 10, AR 635-200. I understand that I may request discharge for the good of the Service because of the following charge(s) which has (have) been preferred against me under the Uniform Code of Military Justice, each of which authorizes the imposition of a bad-conduct or dishonorable discharge. TDC AWOL 840729- 841210

2. I am making this request of my own free will and have not been subjected to any coercion whatsoever by any person. I have been advised of the implications that are attached to it. By submitting this request for discharge, I acknowledge that I understand the elements of the offense(s) charged and that I am guilty of the charge(s) against me or of (a) lesser included offense(s) therein contained which also authorize(s) the imposition of a bad-conduct or dishonorable discharge. Moreover, I hereby state that under no circumstances do I desire further rehabilitation, for I have no desire to perform further military service.

3. ~~Prior to completing this form, I have been afforded the opportunity to consult with appointed counsel for consultation (*in addition, I have consulted with (military counsel of my own choice who was reasonably available) (civilian counsel retained at no expense to the government)) (**Although I have received a lawful order to see consulting counsel, I persist willfully in my refusal to see him))~~ (***I have consulted with counsel for consultation who has fully advised me of the nature of my rights under the Uniform Code of Military Justice, (the elements of the offense(s) with which I am charged, any relevant less included offense(s) thereto, and the facts which must be established by competent evidence beyond a reasonable doubt to sustain a finding of guilty; the possible defenses which appear to be available at this time; and the maximum permissible punishment if found guilty) ~~(and of the legal effect and significance of my suspended discharge)~~ (Although he has furnished me legal advice, this decision is my own.))

4. I understand that, if my request for discharge is accepted, I may be discharged under conditions other than honorable and furnished an Under Other Than Honorable Discharge Certificate. I have been advised and understand the possible effect of an Under Other Than Honorable Discharge and that, as a result of the issuance of such a discharge, I will be deprived of many or all Army benefits, that I may be ineligible for many or all benefits administered by the Veterans Administration, and that I may be deprived of my rights and benefits as a veteran under both Federal and State law. I also understand that I may expect to encounter substantial prejudice in civilian life because of an Under Other Than Honorable Discharge. I further understand that there is no automatic upgrading nor review by any government agency of a less than honorable discharge and that I must apply to the Army Discharge Review Board or the Army Board for Correction of Military Records if I wish review of my discharge. I realize that the act of consideration by either board does not imply that my discharge will be upgraded.

FS OP 396a (SJA) - 1 Oct 84

DA FORM 2496 1 FEB 62    REPLACES DD FORM 96, WHICH IS OBSOLETE.    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1980-671-207

SUBJECT:  Request for Discharge for the Good of the Service

5.  I understand that, once my request for discharge is submitted, it may be withdrawn only with consent of the commander exercising court-martial authority, or without that commander's consent, in the event trial results in an acquittal or the sentence does not include a punitive discharge even though one could have been adjudged by the court.  Further, I understand that if I depart absent without leave, this request may be processed and I may be discharged even though I am absent.

6.  I have been advised that I may submit any statements I desire in my own behalf, which will accompany my request for discharge.  Statements in my own behalf (are) (are not) submitted with this request.
        *TDC*

7.  I hereby acknowledge receipt of a copy of this request for discharge and of all enclosures submitted herewith.

8.  I (do) (do not) desire a physical evaluation prior to separation.
        *TDC*

(Signature of respondent)

*To be used when appropriate.  Such counseling is not to be used in lieu of consultation with consulting counsel.
**To be used only when a member under military control refuses to obey an order to see consulting counsel.  (See paragraph 10-2c.)
***To be used in all cases when a member had consulted with consulting counsel.

STATEMENT

Having been advised by me of (the basis for his contemplated trial by court-martial and the maximum permissible punishment authorized under the Uniform Code of Military Justice) /the/significance/of/his/or/her/suspended/sentence/to/a/ bad/conduct/or/dishonorable/discharge// the possible effects of an Other Than Honorable Discharge, if this request is approved; and of the procedures and rights available to him or her, _Travis D Crawford_ personally made the choice indicated in the foregoing request for the good of the Service.

CPT, JAGC          MARK D. ERICKSON
Defense Counsel    CPT, JAGC
                   Defense Counsel

Data Required by the Privacy Act of 1974<br/>(5 U.S.C. 552a)

AUTHORITY:  Section 301, Title 5, U.S.C. and Section 3012, Title 10, U.S.C.

PURPOSE:  To be used by the commander exercising general court-martial jurisdiction over you to determine approval or disapproval of your request.

2

SUBJECT:   Request for Discharge for the Good of the Service

ROUTINE USES:   Request with appropriate documentation including the decision of the discharge authority will be filed in the MPRJ as permanent material and disposed of in accordance with AR 640-10, and may be used by other appropriate Federal agencies and State and local governmental activities where use of the information is compatible with the purpose for which the information was collected.

Submission of a request for discharge is voluntary. Failure to provide all or a portion of the requested information may result in your request being disapproved.