# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,          )
                                   )
                  *Plaintiff,*          )
                                   )
v.                                 )          **Case No. 6:09-cv-00105-JHP**
                                   )
KENNETH EUGENE BARRETT,            )
                                   )
                 *Defendant.*          )

---

## REDACTED EXHIBIT 184

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

# TULSA COUNTY DISTRICT ATTORNEY'S OFFICE
## INSPECTION NOTIFICATION
## PURSUANT TO 22 O.S. § 258

DEFENDANT Sanders Charles

CASE NO. CF-94-1503

DISTRICT COURT
FILED

SEP 05 2001

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

You are hereby notified that law enforcement reports pertaining to the above entitled case are available for inspection at least 5 days prior to the date of the preliminary hearing. To inspect the law enforcement reports make a <u>written</u> request to the Tulsa County District Attorney's Office and deliver or mail such request to:

**TULSA COUNTY DISTRICT ATTORNEY'S OFFICE**
**406 TULSA COUNTY COURTHOUSE**
**500 SOUTH DENVER AVENUE**
**TULSA, OKLA. 74103-3832**

The request must be received at least one day in advance of the date of inspection. Each request must include the case name, case number, assigned judge, date of preliminary hearing and date of requested inspection. Inspection may be made on any business day between the hours of 1:30 p.m. and 3:00 p.m. in the Tulsa County District Attorney's Office.

I acknowledge receipt of this notice informing the defendant in the above captioned case of the opportunity to inspect law enforcement reports pursuant to 22 O.S. § 258.

_____    9/5/01
Defendant or Defense Counsel         Date

_____    9-5-01
Representative of D.A.'s Office        Date

Form 4441 (4-99)          White—Court File          Canary—District Attorney          Pink—Defendant

**SHERIFF'S RETURN**

DISTRICT COURT
**FILED**

STATE OF OKLAHOMA,    )
                      ) ss.
TULSA COUNTY          )

*Sanders, Charles L.*

*CF 94-1503*

OCT 1 2 2001

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

Received this writ on the __29__ day of __August__ , __2001__, and executed the same by

delivering the within named defendant into the custody of the

__TCSO - DLM CJC__

at __Tulsa__ Oklahoma, on the __29__ day of __August__ , __2001__

I Hereby Certify the above to be times and manner of executing the within and foregoing writ.

Dated and returned this __8__ day of __October__ , __2001__

**COSTS:**

OTHER _____ $ _____

_____ $ _____

Mileage __197__ Miles $ __67.97__

_____ $ _____

Total $ __67.97__

**STANLEY GLANZ,** SHERIFF

Tulsa County, Oklahoma

By __Cyndi Johnston__
                    Deputy Sheriff.

Form 915 (Rev. 1-89)

# ORDER OF RELEASE FROM CUSTODY

ROF

TO THE SHERIFF OF TULSA COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order:

Last name, first, middle, suffix (please print) (show alias')

Sanders, Charles Edmond

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE/CLARIFICATION OF COUNTS |
|---|---|---|
| CF94-1503 | dismissed | Uttering forged |
| | | |
| | | DISTRICT COURT **FILED** DAVID L. MOSS CJC TULSA COUNTY, OKLAHOMA |
| | | SEP 2 1 2001 AGENT |
| | | SALLY HOWE SMITH, COURT CLERK STATE OF OKLA. TULSA COUNTY SEP 1 9 2001 |

❑ **ELECTRONIC MONITOR REQUIRED BEFORE RELEASE**

In and for the District Court of Tulsa County, State of Oklahoma, witness my hand this the ___18___ day of ___Sept___, 20_01_.

SALLY HOWE SMITH, DISTRICT COURT CLERK
TULSA COUNTY, OKLAHOMA

Division/Court ___Billing___

Received by: _____ K-15

Deputy Sheriff

By: _____
Deputy Court Clerk
(Court Seal)

Form 4647 (3-01)

6:09-cv-00105-RAW    Document 140  ;  Filed in ED/OK on 02/18/10    Page 4 of 11

 

IN THE DISTRICT COURT WITHIN AND FOR TULSA COUNTY, OKLAHOMA
WARRANT OF ARREST          TPD  Offense No. 506477

STATE OF OKLAHOMA   ) ss.
COUNTY OF TULSA     )                          Case No. **CF 94 1503**
                                                          Felony

THE STATE OF OKLAHOMA,              **SEP 0 4 2001**
    TO ANY SHERIFF OR PEACE OFFICER WITHIN THE STATE OF OKLAHOMA:

  Probable cause, upon oath, having been shown before the undersigned Judge of the District Court of Tulsa County, Oklahoma, that the crime(s) of **UTTERING A FORGED INSTRUMENT AFCF** has been committed and that there is reason to believe that **CHARLES EDMOND SANDERS** has committed said crime(s);

  You are therefore commanded forthwith to arrest the said defendant and bring him/her before me, or some other magistrate of said court, at the Tulsa County Courthouse, Tulsa County, Oklahoma.

  The defendant is to be admitted to bail in the sum of $ _5,000_ in lieu of holding the above named defendant and, in the event bail is taken, the above named defendant is hereby ordered to appear before me, or before one of the other magistrates of said Court, on the next regularly scheduled day of Court following the defendant's release on said bail.

  Dated at Tulsa, Oklahoma, this _24_ day of _March_, 19 _94_.

                                  N 851286

                                            _____
                                            Judge of the District Court

Description of Defendant
NAME: SANDERS, CHARLES EDMOND        DOB: ████ 66  AGE: 28-28
ADDR:                                SSN: ████-39      **BRADFORD GRIFFITH**
DESC: IN  M, 5 09, 170#, HAIR=BRO, EYES=BRO  DL:          TPD/PID:
========================================================================
FEES:                          RETURN OF OFFICER      **DISTRICT COURT**
Service and return of writ....$_____                 **F I L E D**

Service on defendant.........$_____   I received this writ the____day of **SEP 2 8 2001**, 19____
                                        and executed it by arresting the within named:

Bringing prisoner to Court....$_____
                                        **SALLY HOWE SMITH, COURT CLERK**
Attending examination........$_____   and now have him/her before the Co **STATE OF OKLA. TULSA COUNTY**

Mileage____miles @____/mile.$_____

Other_____$_____          **DAVID L. MOSS C.J.C.**                    Deputy Sheriff
                                       **TULSA COUNTY, OKLAHOMA**
          TOTAL  $_____
========================================================================
                               COMMITMENT ORDER
The within named defendant having been brought before me pursuant to the warrant of arrest shown above, and having failed to give bail for his/her appearance, he/she is hereby committed to the custody of the Sheriff of

_____County to await examination, set for the____day of_____, 19____

at____o'clock____.M.
                                                   Judge of the District Court

**ORIGINAL**                                    **DATA ENTERED**
                                                DATE _3-25-94_

IN THE DISTRICT COURT OF TULSA COUNTY, OKLAHOMA

STATE OF OKLAHOMA,     ) ss.
COUNTY OF TULSA,       )

SALLY HOWE SMITH CF 94 1503

THE STATE OF OKLAHOMA
    Plaintiff,                          INFORMATION

vs.                                     21-1592

CHARLES EDMOND SANDERS

MAR 25 1994

Defendant

BE IT REMEMBERED:

That DAVID MOSS, the duly qualified and acting DISTRICT ATTORNEY FOR TULSA COUNTY, OKLAHOMA, who prosecutes in the name and by the authority of the STATE OF OKLAHOMA, comes now into the District Court of Tulsa County, State of Oklahoma, and gives the Court to understand and be informed that:

CHARLES EDMOND SANDERS, on or about 11-24-94, in Tulsa County, State of Oklahoma and within the jurisdiction of this Court, did commit the crime of UTTERING A FORGED INSTRUMENT, a felony, by unlawfully, feloniously, willfully, knowingly and fraudulently, with intent to defraud, utter and publish as true to one T. ROY BARNES PHARMACY a certain instrument, to-wit:  a check which is in words and figures as follows:

REALTY MANAGEMENT CORPORATION                               1520
  6900 LONDON WAY
OKLAHOMA CITY, OK 73132                    CHECK NO.

                                    CHECK DATE 11-24-93
PAY       BARNES PHARMACY            AMOUNT    80.06
          EIGHTY DOLLARS & 06/100
TO THE
ORDER
OF

                                              CITYBANK
                                              WILSHIRE
                                              7901 N MACARTHER
                                              PO BOX 1116
                                    OKLAHOMA CITY, OK 73123-0316
                                    \s\ J. RANDLE CARTER

that said defendant then and there knowing at the time that said written instrument was forged and counterfeited, and that the signature of J. RANDLE CARTER to said instrument was forged and counterfeited, but said defendant did then and there unlawfully, willfully, fraudulently and feloniously, utter and publish same with the felonious intent then and there on the part of said defendant to beat, cheat and defraud in violation of 21 OSA 1592,

contrary to the form of the Statutes in such cases made and provided, and against the peace and dignity of the State.

                              DAVID MOSS, District Attorney

                              BY  Larry R Edwards
                                                        Assistant

STATE OF OKLAHOMA,     ) ss.
COUNTY OF TULSA,       )

I, J.R. GOODENOUGH, being duly sworn on oath, say that the statements set forth in the above information are true.

_____

Subscribed and sworn to me this_____day of_____, 19_____.
                              SALLY HOWE SMITH, Court Clerk

                              By_____
                                                            Deputy

NAMES OF WITNESSES

PAUL MCMAHAN              TULSA POLICE DEPT.
                         600 CIVIC CENTER          TULSA        OK 74103
ETHYL KINSFATHER                                   TULSA        OK 74110

NAMES OF WITNESSES (CONTINUED)

| | | | |
|---|---|---|---|
| PAT MAULDIN | ███████████ | OKLA CITY | OK 73102 |
| CLAY THOMAS | | FT SMITH | AR 72901 |
| HAROLD COBB | TULSA POLICE DEPT. | | |
| . | 600 CIVIC CENTER | TULSA | OK 74103 |
| JAMES SPOON | ██████████ | TULSA | OK 74135 |
| LEO FREY | WILSHIRE APARTMENTS | | |
| | ████████████ | OKLA CITY | OK 73132 |
| PATTIE FREY | WILSHIRE APARTMENTS | | |
| | ███████████ | OKLA CITY | OK 73132 |
| SANDY FULKERSON | WILSHIRE APARTMENTS | | |
| | ███████████ | OKLA CITY | OK 73132 |
| LYNN MORRIS | WILSHIRE APARTMENTS | | |
| | ████████████ | OKLA CITY | OK 73132 |
| DEBBIE BRATCHER | WILSHIRE APARTMENTS | | |
| | ██████████ | OKLA CITY | OK 73132 |

THE STATE OF OKLAHOMA,

                                    Plaintiff,)
            vs.                                )
                                               )                No._____
CHARLES EDMOND SANDERS                         )
                                    Defendant.)

THE STATE FURTHER ALLEGES:

That the said CHARLES EDMOND SANDERS was heretofore on 08-08-90, in Case No. CRF-89-00396, in the District court of Sequoyah County, State of Oklahoma, convicted of a felony, to-wit: the crime of **UTTERING A FORGED INSTRUMENT** and sentenced to a term of three (3) years. Said crime being an offense punishable under the laws of the state of Oklahoma by imprisonment in the penitentiary. Said defendant being represented by counsel at the time, and said conviction being a final judgment in the case.

That the said CHARLES EDMOND SANDERS was heretofore on 08-08-90, in Case No. CRF-90-00144, in the District court of Sequoyah County, State of Oklahoma, convicted of a felony, to-wit: the crime of **SEXUAL BATTERY** and sentenced to a term of three (3) years. Said crime being an offense punishable under the laws of the state of Oklahoma by imprisonment in the penitentiary. Said defendant being represented by counsel at the time, and said conviction being a final judgment in the case.

That the said CHARLES EDMOND SANDERS was heretofore on 07-21-92, in Case No. CRF-92-00091, in the District court of Sequoyah County, State of Oklahoma, convicted of a felony, to-wit: the crime of **UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCE** and sentenced to a term of ten (10) years. Said crime being an offense punishable under the laws of the state of Oklahoma by imprisonment in the penitentiary. Said defendant being represented by counsel at the time, and said conviction being a final judgment in the case.

Contrary to the form of the statutes in such cases made and provided, and against the peace and dignity of the state.

                                    DAVID MOSS, District Attorney

                                    BY _____
                                                              Assistant

NAMES OF WITNESSES

| | | | |
|---|---|---|---|
| DISTRICT COURT CLERK | TULSA CO. COURTHOUSE | TULSA | OK |
| BOB YERTON | TULSA POLICE DEPARTMENT | TULSA | OK |
| RECORDS CUSTODIAN | TULSA CO. SHERIFFS OFFICE | TULSA | OK |
| RECORDS CUSTODIAN | PROBATION/PAROLE | SALLISAW | OK |
| PROBATION OFFICER | PROBATION/PAROLE | SALLISAW | OK |

ATTORNEY: GPN/    /                                    Case No._____
SECRETARY: KRB                                         DA Temp. No.C F-94-CY032

DESCRIPTION OF DEFENDANT(S)

NAME: SANDERS, CHARLES EDMOND                 DOB: ██████ 66  AGE: 28-28
ADDR:                                         SSN: ██████ -9539
DESC: IN  M, 5 09, 170#, HAIR=BRO, EYES=BRO   DL:
REMARK:                                       DA HISTORY NO: 062062

IN THE DISTRICT COURT WITHIN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,                              )
                                                )
                          Plaintiff,            )        CF 94 1503
                                                )
vs.                                             )   Case No._____
                                                )
                                                )
CHARLES EDMOND SANDERS                          )
                                                )
                          Defendant(s).         )
                                                )
                      AFFIDAVIT

STATE OF OKLAHOMA  )
                   )ss.
COUNTY OF TULSA    )

The undersigned, of lawful age, being first duly sworn, upon oath deposes and states as follows:

1.  He is a Police Officer, Tulsa Police Department.

2.  He has read certain official investigative reports and statements of witnesses regarding the above named Defendant(s) and, from these statements and reports it appears as follows:

3.  On 11-24-93, a white male subject went to the T. Roy Barnes Pharmacy, 3404 South Yale Avenue, City of Tulsa, Tulsa County Oklahoma, and purchased drugs. The subject identified himself as J. Randle Carter and wrote check number 1520, account number [REDACTED] drawn on City Bank, Wilshire, 7901 North MacArthur, Oklahoma City, Oklahoma. The maker of the check was Reality Management Corporation, [REDACTED] Oklahoma City, Oklahoma. The check was in the amount of $80.06 and was signed with the name J. Randle Carter. The pharmacy employee that accepted the check was Eth??? ???ather.

4.  T. Roy Barnes Pharmacy deposited the check and it was latter returned stamped "Unauthorized Signature". On 12-25-94, T. Roy Barnes employee James Spoon made a police report and turned the check to police.

5.  On 02-23-94, I contacted Detective Pat Maulden, Oklahoma City Police Department and he informed me that the above described check had been stolen in a burglary from the Reality Management Corporation office in Oklahoma City in October and that several of the stolen/forged checks (Con't)

WHEREFORE, affiant prays this Honorable Court to issue a warrant for the arrest of the within named Defendant(s), that he/she/they may be brought before a magistrate and held to answer for the offense(s) of **UTTERING A FORGED INSTRUMENT AFCF** _____

_____

**AFFIANT-Detective Paul McMahan**

Subscribed and sworn to before me this _22_ day of _March_, 19_94_.

My commission expires _December 22, 1996_    _Kathy S. Ottinger_
                                              Notary Public

**FINDING OF PROBABLE CAUSE**

On this _24_ day of _March_ 19_94_ the above styled and numbered cause came on for hearing before me, the undersigned Judge of the District Court of Tulsa County, Oklahoma, upon the Affidavit of **Detective Paul McMahan** requesting that a warrant of arrest be issued for the within named Defendant(s), that he/she/they might be arrested and held to answer for the offense(s) of **UTTERING A FORGED INSTRUMENT AFCF** _____

Based upon said Affidavit I am satisfied and do hereby find that the offense(s) of **UTTERING A FORGED INSTRUMENT AFCF** _____

has/have been committed and that there is probable cause to believe the within named Defendant(s) has/have committed said offense(s) and that a warrant of arrest should issue.

Dated this _24_ day of _March_ 19_94_.

_____
**JUDGE OF THE DISTRICT COURT**

**BRADFORD GRIFFITH**

Page 2.

have been passed in the Oklahoma City area and that one his prime suspects was Charles Edmond Sanders, who is an escapee from Jess Dunn Correctional Institution.  Mauldin sent me a copy of the Oklahoma City Police Department reports of the burglary and forgeries.  The report list five persons as authorized to sign on the above described bank account, and they are Leo Frey, Pattie Frey, Sandy Fulkerson, lynn Morris, and Debbie Bratcher.  The name of J. Randle Carter is not a authorized signer.

6.  I also found that Detective Clay Thomas, Ft. Smith, Arkansas Police Department was also working a case in which Sanders was a suspect.  I contacted Detective Thomas and he sent me the photo line up he was using for identification of Sanders.

7.  On 02-25-94, I presented the six photo line up that contained a photo of Charles Sanders to T. Roy Barnes employee Ethyl Kinsfather and she identified the photo of Charles Sanders as the person presenting check number 1520 described previously.

8.  From Oklahoma Department of Corrections records, Charles Edmond Sanders has several felony convictions including Illegal Possession of Controlled Substances from Sequoyah County, Ok., CRF-92-0091.

9.  Charles Edmond Sanders is described as follows:

    Indian Male, 5'9", 170 pounds, medium build, brown hair and eyes, date of birth ███ 66, Soc. Sec. ████ 9539. address unknown.