**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| ***Plaintiff,*** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| ***Defendant.*** | ) | |

---

**REDACTED EXHIBIT 185**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

CJH

IN THE DISTRICT COURT WITHIN TULSA COUNTY
STATE OF OKLAHOMA

**STATE OF OKLAHOMA,** Plaintiff,)

VS. Case No. **CM-03-6603**

**CHARLES EDMOND SANDERS** Defendant.)

DISTRICT COURT
FILED
APR 14 2004
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

APPLICATION TO REVOKE SUSPENDED SENTENCE

**Comes Now** TIM HARRIS, the duly elected and qualified District Attorney of Tulsa County, Oklahoma, and shows to the court that heretofore the above named defendant was charged by Information(s) filed in the District Court of Tulsa County with the crime(s) of **OBTAINING MERCHANDISE BY FALSE PRETENSE** and thereafter on **02-05-04** entered his plea of **GUILTY** to the said charge(s) of **OBTAINING MERCHANDISE BY FALSE PRETENSE** before the Honorable **DARLENE CRUTCHFIELD**, Judge of the District Court of Tulsa County. Thereafter, on **02-05-04** the Court found the defendant guilty and suspended the sentence for a term of **12 MONTHS**. Subsequently, the defendant was released from custody and placed under the supervision of the State Department of Corrections, Probation Division, subject to certain written Rules and Conditions of Probation with the defendant's deferred sentence being conditioned upon the defendant abiding by said Rules and Conditions of Probation.

The District Attorney has been informed and alleges and states that the defendant has subsequently failed to comply with the Rules and Conditions of Probation entered in the above entitled and numbered cause(s) in that:

**On or about 02-15-04, in Tulsa County, State of Oklahoma and within the jurisdiction of this Court, did commit the crime of UNLAWFUL POSSESSION OF CONTROLLED DRUG, a misdemeanor, by unlawfully, knowingly and intentionally, have in his possession and under his control Lortab said drug being classified as controlled dangerous substance in Schedule I of the Uniform Controlled Dangerous Substances Act of this State, as alleged in Case Number CM-04-1187.**

**On or about 02-15-04, in Tulsa County, State of Oklahoma and within the jurisdiction of this Court, did commit the crime of UNLAWFUL POSSESSION OF PARAPHERNALIA, a misdemeanor, by unlawfully, willfully and wrongfully have in his possession and under his immediate control certain paraphernalia, to-wit: a syringe and a pipe used by abusers of drugs classified as controlled dangerous substances under the Uniform Controlled Dangerous Substances Act of this State, and for the purpose and with the unlawful intent to administer such controlled dangerous substances without having any medical or other lawful need requiring possession of said paraphernalia, as alleged in Case Number CM-04-1187.**

**Wherefore,** the State of Oklahoma requests that the suspended sentence entered in the above entitled and numbered cause(s) be revoked. The State further requests that a bench warrant be issued for the defendant's apprehension and that a detention hearing be ordered set within a reasonable time after the defendant's apprehension, and further, that the court order subpoenas issued for the following persons to attend said hearing and testify on behalf of the State of Oklahoma.

TIM HARRIS, District Attorney

By [signature]
Assistant District Attorney

NAMES OF WITNESSES:
**PAUL SCHROEDER S1199, TULSA POLICE DEPT, 600 CIVIC CENTER, TULSA OK 74103**
**DAVID DERBY D8807, TULSA POLICE DEPT, 600 CIVIC CENTER, TULSA OK 74103**
**PHIL CERVANTES, TULSA CO SHERIFFS OFF, 500 S DENVER, TULSA OK 74103**

L HILL, TULSA CO SHERIFFS OFF, 500 S DENVER, TULSA OK 74103
MATT FLEENOR, TULSA CO SHERIFFS OFF, 500 S DENVER, TULSA OK 74103

IN THE DISTRICT COURT WITHIN TULSA COUNTY
STATE OF OKLAHOMA

**STATE OF OKLAHOMA,** )
Plaintiff,)
VS. ) Case No. **CM-03-6603**
**CHARLES EDMOND SANDERS**
Defendant.)

DISTRICT COURT
FILED
APR 1 4 2004
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

ORDER RE APPLICATION TO REVOKE SUSPENDED SENTENCE

On this 8 day of April '04, 20___, the State of Oklahoma, by and through TIM HARRIS, the District Attorney of Tulsa County, appeared before me, the undersigned Judge of the District Court, and presented its Application to Revoke Suspended Sentence alleging that the defendant, **CHARLES EDMOND SANDERS,** violated the rules and conditions of probation imposed upon him under the terms of the suspended sentence entered in the above entitled and numbered cause(s), and requested that said sentence be revoked, that a bench warrant be issued for the defendant's apprehension, that a detention hearing be ordered set upon the defendant's apprehension, and that subpoenas be issued for the attendance of witnesses at said hearing.

The Court, having examined the State's Application to Revoke Suspended Sentence and the allegations set forth therein, and being fully advised in the premises, finds that good cause has been shown for the issuance of a bench warrant for the defendant's apprehension, that a detention hearing should be set upon the defendant's apprehension, and that subpoenas should be issued on behalf of the State and the defendant for the attendance of witnesses at said detention hearing.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that a bench warrant issue for the apprehension of the above named defendant, **CHARLES EDMOND SANDERS,** that a detention hearing be set upon the defendant's apprehension, and that subpoenas be issued on behalf of the State and the defendant for witnesses to attend and testify on the date set for the detention hearing.

Dated this 8 day of April '04, 20___.

[signature]
Judge of the District Court

DEC 16 2005

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

DEC 12 2005

**ORDER OF RELEASE FROM CUSTODY**

TO THE SHERIFF OF TULSA COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order:

Last name, first, middle, suffix (please print) (show alias')

Sanders, Charles Edmond

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE/CLARIFICATION OF COUNTS |
|---|---|---|
| CM-04-1187 | Suspended | fta/poss cd sched I II |
| CM-04-1187 | Suspended | fta/poss drug paraphernalia |
| CM-03-6603 | ~~suspended~~/ Dismissed | Application to revoke |
| | | |
| | | |
| | | |

☐ ELECTRONIC MONITOR REQUIRED BEFORE RELEASE

In and for the District Court of Tulsa County, State of Oklahoma, witness my hand this the 9th day of Dec, 20 05.

SALLY HOWE SMITH, DISTRICT COURT CLERK
TULSA COUNTY, OKLAHOMA

By: Darryl S. Vannoy
Deputy Court Clerk
(Court Seal)

Division/Court Otey

Received by: [signature]
Deputy Sheriff

Received by: [signature]
C.C.A.

Form 4647 (Rev. 6-01)

# ORDER OF THE COURT - RULE 8 HEARING

[prepare separate Rule 8 for each case]

**DEFENDANT'S NAME:** Charles Edmond Sanders **CASE NO.:** CM-03-6603

☒ **The Court has sentenced you to the custody of the Department of Corrections or the Tulsa County Jail** and you are therefore ordered to report to the Cost Administrator on the 2nd floor of this building within two weeks of your release from the Department of Corrections, or immediately after your release from the Tulsa County Jail, to make payment arrangements on the costs and fines assessed to you today.

DISTRICT COURT
FILED
DEC 13 2005
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

☐ **The Court finds you are able to pay and you agree to pay by installment** payment the fines and costs assessed in this case. You are ordered to report immediately to the Cost Administrator on the 2nd floor of this building to make arrangements for installment payments of the costs and fines assessed in this case as shown below.

☐ **The Court orders you to perform ________ hours of community service in lieu of the fines and costs or in lieu of** ________________ assessed in this case as shown below. You are first ordered to report immediately to the Misdemeanant Work Program located in the basement of this building, Room B3 in the Court Services Office and secondly you are ordered to report to the Office of the Cost Administrator on the 2nd floor of this building. A review of your community service is set before this Court on: ______________________.

☐ **The Court has found you to be indigent and unable to pay** the costs and fines assessed in this case and said monies are hereby ordered suspended. You are ordered to take this form immediately to the Cost Administrator on the 2nd floor of this building.

☐ The Court finds you are able and agree to pay the fines and costs assessed in this case immediately and you are ordered to **report immediately to the Criminal/Traffic Division** on the 2nd floor of this building and to pay all costs and fines assessed in this case as shown below.

APPLICATION DISMISSED COST TO Δ

**COUNT 1**: (circle one) **D.U.I.** **Felony** **(Misdemeanor)** [circled] **Traffic** **Charge amended to:**________

Deferred (date) ________ D.U.I. Program (date)________ Suspended (_____ yrs) Dismissed cost to: State/(Deft) [circled] (circle 1)

Fine $________ Victim's Compensation $________ Court Fund $________ Deferred Fee $________

Drug Fund Fee $________ Lab Fee $________ D.A. Drug Fund $________ P.S.I. Fee $________

DNA Fee $________ Incarceration Fee $________ Restitution $________ Other ________________$________

**COUNT 2**: (circle one) **D.U.I.** **Felony** **Misdemeanor** **Traffic** **Charge amended to:**________

Deferred (date) ________ D.U.I. Program (date)________ Suspended (_____ yrs) Dismissed cost to: State/Deft. (circle 1)

Fine $________ Victim's Compensation $________ Court Fund $________ Deferred Fee $________

Drug Fund Fee $________ Lab Fee $________ D.A. Drug Fund $________ P.S.I. Fee $________

DNA Fee $________ Incarceration Fee $________ Restitution $________ Other ________________$________

**COUNT 3**: (circle one) **D.U.I.** **Felony** **Misdemeanor** **Traffic** **Charge amended to:**________

Deferred (date) ________ D.U.I. Program (date)________ Suspended (_____ yrs) Dismissed cost to: State/Deft. (circle 1)

Fine $________ Victim's Compensation $________ Court Fund $________ Deferred Fee $________

Drug Fund Fee $________ Lab Fee $________ D.A. Drug Fund $________ P.S.I. Fee $________

DNA Fee $________ Incarceration Fee $________ Restitution $________ Other ________________$________

**COUNT 4**: (circle one) **D.U.I.** **Felony** **Misdemeanor** **Traffic** **Charge amended to:**________

Deferred (date) ________ D.U.I. Program (date)________ Suspended (_____ yrs) Dismissed cost to: State/Deft. (circle 1)

Fine $________ Victim's Compensation $________ Court Fund $________ Deferred Fee $________

Drug Fund Fee $________ Lab Fee $________ D.A. Drug Fund $________ P.S.I. Fee $________

DNA Fee $________ Incarceration Fee $________ Restitution $________ Other ________________$________

**IF YOU FAIL TO PAY, APPEAR, OR REPORT AS ORDERED, A WARRANT WILL BE ISSUED FOR YOUR ARREST AND YOU MAY BE CONFINED IN THE TULSA COUNTY JAIL UNTIL THE BALANCE IS PAID IN FULL**

Dated this 9th day of Dec., 05.

[signature]
Judge of the District Court of Tulsa County

I HAVE READ AND UNDERSTAND THIS ORDER:

[signature]
Defendant's Signature

[signature]
Attorney's Signature

# ORDER OF RELEASE FROM CUSTODY

DEC 12 2005

TO THE SHERIFF OF TULSA COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order:

Last name, first, middle, suffix (please print) (show alias'): Sanders, Charles Edmond

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE/CLARIFICATION OF COUNTS |
|---|---|---|
| CM03-6603 | Cont Appr. | F.T.P. |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ **ELECTRONIC MONITOR REQUIRED BEFORE RELEASE**

In and for the District Court of Tulsa County, State of Oklahoma, witness my hand this the 9th day of Dec, 20 05

DISTRICT COURT FILED DEC 13 2005 SALLY HOWE SMITH, COURT CLERK STATE OF OKLA. TULSA COUNTY

ANN THOMPSON, MUNICIPAL COURT CLERK FOR
SALLY HOWE SMITH, DISTRICT COURT CLERK
TULSA COUNTY, OKLAHOMA

Division/Court: Cost Admin.

By: [signature]
Deputy Court Clerk
(Court Seal)

Received by: B.W. K-8
Deputy Sheriff

Received by: [signature]
C.C.A.

Form 4679 (Rev. 9-01)

JAIL CREDIT

DISTRICT COURT
FILED
NOV 9 2005
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

TULSA COUNTY
STATE OF OKLAHOMA
v.s.:

THE SHERIFF'S OFFICE
TULSA COUNTY, OKLAHOMA

SANDERS, CHARLES EDMOND

**Case Numbers:** CM03-6603 FTP

**A.K.A.:**

**DLM#:** 1105965

**Intake Date:** 9/19/05
**Sentencing Date:** 10/6/05
**Credit Time Served:** ☐

**Sentence Days:** 36
**Sentence Dollars:** $15.00
**Estimated Release Date** 10-Nov-05

**Trusty Credit Days:** 0
**Trusty Tanked Days:** 0

| Month | Days | | Dollar Rate | | Extended Amount | | Day Rate | | Extended Days |
|---|---|---|---|---|---|---|---|---|---|
| Oct | 26 | x | $15.00 | = | $390.00 | x | 0.00 | = | 0.00 |
| Nov | 10 | x | $15.00 | = | $150.00 | x | 0.00 | = | 0.00 |
| **Total:** | **36** | | | | **$540.00** | | | | **0.00** |

To the District Court clerk, Tulsa, Oklahoma

For your information, the above name defendant in my custody, having been sentenced to a term of confinement in Tulsa County Jail, Tulsa, Oklahoma, has completed his jail sentence.

Witness my hand this 10 day of November, 2005

Stanley Glanz, Sheriff
Tulsa County, Oklahoma

By: [signature]
Records Clerk

STATE OF OKLAHOMA, **ORDER OF COMMITMENT FOR PUNISHMENT - COURT COST**

COUNTY OF TULSA,
THE STATE OF OKLAHOMA

TO THE SHERIFF, OR, THE LAWFUL CUSTODIAN OF INMATES HOUSED IN TULSA COUNTY, OKLAHOMA:

Last Name, First, Middle, Suffix (please print) (show aliases) Yardus, Charles Edmund

| CASE NUMBER | SENTENCE/DAYS | RATE PER DAY | DESCRIPTION OF CHARGES |
|---|---|---|---|
| CM-03-1443 | 36 | $5.00 | *Failure to Appear and/or Pay* |
| | | $5.00 | *Failure to Appear and/or Pay* |
| | | $5.00 | *Failure to Appear and/or Pay* |
| | | $5.00 | *Failure to Appear and/or Pay* |
| | | $5.00 | *Failure to Appear and/or Pay* |
| | | $5.00 | *Failure to Appear and/or Pay* |
| | | $5.00 | *Failure to Appear and/or Pay* |

THE COURT FINDS THAT THE DEFENDANT, having presented no exigent circumstances for his failure to comply as previously ordered, IS GUILTY OF:

☐ Willful failure to appear before the Court or the Cost Administrator on ____________ pursuant to the order on file in the above styled and numbered case(s).

☐ Willful failure to pay costs and/or fines on ____________ pursuant to the order on file in the above styled and numbered case(s).

YOU, OR ANY OTHER AGENT AUTHORIZED BY LAW ARE COMMANDED to receive the defendant into your custody and confine him in the Tulsa County Jail on the above stated case(s), at the statutory rate of $5.00 per day, for a total of 36 days until the total amount of $ 553.00 has been satisfied with any balance due (after even rates applied) to be suspended, or, until any remaining balance due is paid in full. You will make due return of this writ with your doings endorsed thereon.

☐ The defendant is to receive credit for time served. An Incarceration Review Hearing is set ____________

☒ As a special consideration by this Court, the defendant may be released from incarceration, at any time, upon a total (partial) payment of $ 379.00 and be ordered to report immediately to the Cost Administrator to receive credit toward costs and fines for the time served and to make arrangements on the remaining balance due.

☐ As a special consideration by this Court, the defendant may be released from incarceration, at any time, upon payment of 1/2 of the total cost due, after credit is applied, and be ordered to report immediately to the Cost Administrator to receive credit toward costs and fines for the time served and to make arrangements on the remaining balance due.

**ATTESTATION:**
SALLY HOWE SMITH
DISTRICT COURT CLERK

Dated this the 10th day of October, 2005.

By: [signature]
Deputy Court Clerk
(Court Seal)

____________
Judge, Tulsa County District Court

Received by: [signature]
T.C.S.O.

Received by: [signature]
C.C.A.

Form 1735 (Rev. 5-99)

Date: 10/12/2005
Time: 2:32 PM

# David L. Moss Criminal Justice Center
## Booking Sheet

Page: 1 of 1
Person Id: 1105965
Booking Id: 1111884

## Booking Sheet

Full Name: SANDERS, CHARLES EDMOND
First Name: CHARLES
Middle Name: EDMOND
Last Name: SANDERS
AKA Name:
Next of Kin: EVELYN SANDERS
Birth Place:

Street:
City: SALLISAW
State: OK
Zip:
Phone: (918) 775-309
N of K #: (918) 775-309

SSN #: -9539
Lic State:
Lic #:
Agency: USM

Arrest Date: 9/19/05
Arrest Time: 11:00
Arrest By: MURROW
Book Date: 9/19/05
BookTime: 13:14
Book By: LAURA BUIRRE
Rate: $10.00

Birth Date: 1966
Age: 39
Race: W
Marital Sts:
Gender: M
Height: 5 ft 09 in
Weight: 170 lbs
Hair Color: BRO
Facial Hair:
Eye Color: BRO
Build:
Complexion:
Docket Id: 119884

Location: J14-R-2
FBI #:
OSBI #:
Sched Date: 11/10/05
Actual Date:

Custody: 4
TPD #:
OTN #:
Sched Time:
Actual Time:

Profile
Frontview

Weekend Server

## Offenses:

| Case # | Offense Type | Offense Description | Bond | Status | | Date | Time |
|---|---|---|---|---|---|---|---|
| | FEDERAL | USM FORM-41/ U.S MARSHAL | | | HUS - Hold US Ma | | |
| CM04-1187 | MISDEMEANOR | FTA/ POSS CD SCHED I II 1ST OFFENSE | $15,000 | JTSD | A - Arraignment | 10/13/05 | 13:30 |
| CM04-1187 | MISDEMEANOR | FTA/ POSS DRUG PARAPHERNALIA | $15,000 | JTSD | A - Arraignment | 10/13/05 | 13:30 |
| CM03-6603 | MISDEMEANOR | APPLICATION TO REVOKE | $1,000 | JTSD | A - Arraignment | 10/13/05 | 13:30 |
| CM03-6603 | MISDEMEANOR | FTP/ COURT COST | $277 | FTP | SNT - Sentence to | | |
| X/O CASH | | | | | | | |

# ORDER OF RELEASE FROM CUSTODY

NOV 14 2005 ROF HOLD U.S. MARSHAL

TO THE SHERIFF OF TULSA COUNTY, STATE OF OKLAHOMA, it is ordered that ~~said defendant be released~~, if in your custody for no other cause, immediately upon receipt of this order:

Last name, first, middle, suffix (please print) (show alias')

Sanders, Charles Edmond

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE/CLARIFICATION OF COUNTS |
|---|---|---|
| CM03-6003 | Sent Served | FTP |
| | | |
| | | |
| | | |
| | | |
| | | |

DAVID L. MOSS CJC TULSA COUNTY, OKLAHOMA

☐ **ELECTRONIC MONITOR REQUIRED BEFORE RELEASE**

In and for the District Court of Tulsa County, State of Oklahoma, witness my hand this the 10th day of Nov, 2005.

Division/Court Cost Admin

ANN THOMPSON, MUNICIPAL COURT CLERK FOR
SALLY HOWE SMITH, DISTRICT COURT CLERK
TULSA COUNTY, OKLAHOMA

By: [signature]
Deputy Court Clerk
(Court Seal)

Received by: Linda Moore
Deputy Sheriff

Received by: ______________________
C.C.A.

Form 4679 (Rev. 9-01)

OCT 10 2005

STATE OF OKLAHOMA,

§

COUNTY OF TULSA,
THE STATE OF OKLAHOMA

**ORDER OF COMMITMENT FOR PUNISHMENT - COURT COST**

TULSA COUNTY SHERIFF

TO THE SHERIFF, OR, THE LAWFUL CUSTODIAN OF INMATES HOUSED IN TULSA COUNTY, OKLAHOMA:

Last Name, First, Middle, Suffix (please print) (show aliases) Sanders, Charles Edmond

| CASE NUMBER | SENTENCE/DAYS | RATE PER DAY | DESCRIPTION OF CHARGES |
|---|---|---|---|
| CM-03-6663 | 36 | $5.00 | *Failure to Appear and/or Pay* |
| | | $5.00 | *Failure to Appear and/or Pay* |
| | | $5.00 | *Failure to Appear and/or Pay* |
| | | $5.00 | *Failure to Appear and/or Pay* |
| | | $5.00 | *Failure to Appear and/or Pay* |
| | | $5.00 | *Failure to Appear and/or Pay* |
| | | $5.00 | *Failure to Appear and/or Pay* |

THE COURT FINDS THAT THE DEFENDANT, having presented no exigent circumstances for his failure to comply as previously ordered, IS GUILTY OF:

☐ Willful failure to appear before the Court or the Cost Administrator on ________________ pursuant to the order on file in the above styled and numbered case(s).

☐ Willful failure to pay costs and/or fines on ________________ pursuant to the order on file in the above styled and numbered case(s).

YOU, OR ANY OTHER AGENT AUTHORIZED BY LAW ARE COMMANDED to receive the defendant into your custody and confine him in the Tulsa County Jail on the above stated case(s), at the statutory rate of $5.00 per day, for a total of 36 days until the total amount of $ 553.00 has been satisfied with any balance due (after even rates applied) to be suspended, or, until any remaining balance due is paid in full. You will make due return of this writ with your doings endorsed thereon.

☐ The defendant is to receive credit for time served. An Incarceration Review Hearing is set ________

☒ As a special consideration by this Court, the defendant may be released from incarceration, at any time, upon a total (partial) payment of $ 277.00 and be ordered to report immediately to the Cost Administrator to receive credit toward costs and fines for the time served and to make arrangements on the remaining balance due.

☐ As a special consideration by this Court, the defendant may be released from incarceration, at any time, upon payment of 1/2 of the total cost due, after credit is applied, and be ordered to report immediately to the Cost Administrator to receive credit toward costs and fines for the time served and to make arrangements on the remaining balance due.

DISTRICT COURT FILED OCT 12 2005 SALLY HOWE SMITH, COURT CLERK STATE OF OKLA. TULSA COUNTY

**ATTESTATION:**
SALLY HOWE SMITH
DISTRICT COURT CLERK

Dated this the 6th day of October 2005.

By: Melvin B. Weller
Deputy Court Clerk
(Court Seal)

Judge, Tulsa County District Court

DAVID L. MOSS CJC
TULSA COUNTY OKLAHOMA
AGENT

Received by: ________ T.C.S.O.

Received by: ________ C.C.A.

SEP 28 2005

DONE

STATE OF OKLAHOMA, §

COUNTY OF TULSA,
THE STATE OF OKLAHOMA

**ORDER OF COMMITMENT**

TULSA COUNTY SHERIFF

05 SEP 27 PM 4:03

TO THE SHERIFF, OR, THE LAWFUL CUSTODIAN OF INMATES HOUSED IN TULSA COUNTY, OKLAHOMA:

Last Name, First, Middle, Suffix (please print) (show aliases)

Sanders, Charles Edmond (JB)

An order having been made this day by the Judge of the District Court of Tulsa County, Oklahoma, that the above named defendant be held for appearance in court on the 6th day of October 2005 in Rm. 173 @ 830 AM/PM for ☐ arraignment ☐ preliminary hearing ☐ district court arraignment ☐ jury trial ☐ non-jury trial ☐ disposition ☐ sentencing upon a charge and bond of: Cost Court

| CASE NUMBER | CHARGE | BOND | ELECTRONIC MONITOR REQUIRED |
|---|---|---|---|
| CM-03-6603 | FTP | x/O Cash | |
| | | $277.00 | |
| | | | |
| | | | |
| | | | |

DAVID L. MOSS CJC
TULSA COUNTY, OKLAHOMA

You, or any other agent authorized by law are commanded to receive into your custody and detain said Defendant until he or she is legally discharged.

Dated at Tulsa, Oklahoma, this 27th day of September 2005.

SALLY HOWE SMITH, DISTRICT COURT CLERK

COURT/JUDGE FTP

Deputy Court Clerk (Court Seal)

Received by: [signature] K28
T.C.S.O.

Received by: [signature]
C.C.A.

Form 4646 (Rev. 3-01)

SEP 2 7 2005

**IN THE DISTRICT COURT OF TULSA COUNTY, OKLAHOMA**
**BENCH WARRANT (REVOCATION PROCEEDING)**

**STATE OF OKLAHOMA,** ) SS.
**COUNTY OF TULSA** ) No. **CM-03-6603 ( Misdemeanor )**

**STATE OF OKLAHOMA,** ) Plaintiff,)

VS. )

C192059

**CHARLES EDMOND SANDERS** Defendant.)

ORIGINAL

TO THE SHERIFF OF TULSA COUNTY, OKLAHOMA OR ANY OTHER OFFICER AUTHORIZED BY LAW TO SERVE PROCESS IN THE STATE OF OKLAHOMA:

An Application to Revoke Suspended Sentence has been filed against the above named defendant **CHARLES EDMOND SANDERS.** You are therefore commanded forthwith to arrest the above named defendant and bring **CHARLES EDMOND SANDERS** before said Court or if the court be adjourned or not in session that you retain him in your custody in the County Jail of Tulsa County, Oklahoma, subject to the further order of this court.

Defendant is to be arraigned before the Judge in Room number 173 of the Tulsa County Courthouse. The defendant is admitted to bail in the sum of $ 1000.

DISTRICT COURT
FILED
SEP 2 8 2005
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

**BY ORDER OF THE COURT**

Given under my hand and the seal of said Court affixed this 12th day of April, 2004

SALLY HOWE-SMITH, Court Clerk
By Cherri D. Jackson
Deputy

Description of Defendant
**NAME: CHARLES EDMOND SANDERS DOB: [redacted]-66**
**ADDR: [redacted] MARBLE CITY, OK 74945 SSN: [redacted]-9539 DL:**
**DESC: IN M, 5' 09" 170#, HAIR=BRO, EYES=BRO**
**REMARKS: OC - OBTAINING MERCHANDISE BY FALSE PRETENSE**

---

**RETURN OF OFFICER**

I received this bench warrant on the 26 day of 09, 20 05, and executed the same in TULSA County on the 26 day of 09, 20 05, at 1500 o'clock ___ M.,
By ______

Dated this ______ day of ______, 20___.

By C. R. HAYWOOD TPD / 01612 ~~Deputy~~ OFFICER

FEES:
Arrest....................................$______
______ miles @ ______ /mile.....$______
Into Court ..............................$______
Other ______ $______

TOTAL $ ______

DAVID L. MOSS CJC
TULSA COUNTY, OKLAHOMA
AGENT
JM 4/20/04

R-2
9/28

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA, Plaintiff,

-vs-

Sanders, Charles, Defendant.

DISTRICT COURT
FILED
SEP 28 2005
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

Case No. CM04-1187
CM03-6603

Charge(s): ______

Bond(s) Set: ______

In Custody ______
Out on: Bond ______
Pretrial Release ______
Other ______

## PAUPER'S AFFIDAVIT

I, (Name) Sanders, Charles (Soc. Sec. #) [redacted] 9539 Phone # 775-3093
(Address) [redacted] Sallisaw, OK, upon oath, do depose and state:

**I.** I talked to the following 3 lawyers about this case:

1. None — Cost to represent me $______
2. ______ — Cost to represent me $______
3. ______ — Cost to represent me $______

**II. PERSONS IN HOUSEHOLD**

| | | Is Person a Dependent |
|---|---|---|
| Spouse: | | Yes ( ) No ( ) |
| Children: | | Yes ( ) No ( ) |
| | | Yes ( ) No ( ) |
| Others: | | Yes ( ) No ( ) |
| | None | |

Are you claimed as a dependent by parent or guardian? Yes ( ) No (✓)
If so, explain ______

**III. FINANCIAL STATUS—ASSETS** (Defendant or person(s) responsible for defendant's support):

A. 1. Cash on Hand: $ None

2. Bank Accounts:

| Bank Name & Address | Account # | Checking/Savings | $ Amount |
|---|---|---|---|
| None | | | |

3. Bonds & Securities:

| Description | Value |
|---|---|
| None | |

4. All Other Possessions of Value: (including tax refunds, notes, accts. receivable, etc.)

| Description | Value |
|---|---|
| None | |

B. 1. Current Employment: None

2. Earnings: ______

3. If not currently employed, last employment:
(Place & Date) BRB Construction / 2002

4. Supplemental Income: (V.A., Soc. Security, Disability, Child Support, etc.) None

5. Spouse's Current Employment: None

6. Spouse's Monthly Earnings: $ ______

SEP 27 2005

IN THE DISTRICT COURT OF TULSA COUNTY, STATE OF OKLAHOMA

**State Of Oklahoma,**

**Plaintiff,**

**-vs-**

**CHARLES EDMOND SANDERS ,**

**Defendant,,**

**Case No. CM-2003-6603** ORIGINAL

**Misdemeanor**

C 192059

## BENCH WARRANT ISSUED FAILED TO PAY BY ORDER OF THE HONORABLE COST ADMIN. JUDGE (GENERAL)

THE STATE OF OKLAHOMA, TO ANY SHERIFF OR PEACE OFFICER WITHIN THE STATE OF OKLAHOMA:
You are commanded forthwith to arrest: **CHARLES EDMOND SANDERS , Defendant**

[redacted]
**MARBLE CITY, OK 74445**

**SS.#[redacted]9539, DL# NONE, DOB[redacted]1966 Sex: Male Race: American Indian or Alaskan Native Hair: Brown Eyes: Brown Weight: 170 Height: 509**

**Counts:**
**OBTAINING MERCHANDISE BY FALSE PRETENSE**

**Total Bond Amount: $553.00**

**Comment: ATTENTION CCA BOOKING: DEFT MAY BE RELEASED UPON ***CASH*** PAYMENT IN FULL...OR...SET FOR COST DOCKET.**

DISTRICT COURT
FILED
SEP 28 2005
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

and bring him/her before the court or if the court is adjourned or is not in session that you retain him/her in your custody or deliver him/her to the lawful custodian inmates of the **Tulsa County** Jail subject to the further order of this court.

Given under my hand and the seal of said court affixed this the 20 day of May, 2004.

By Order of the Court:
By: [signature]
Judge of the District Court

SALLY HOWE SMITH , Clerk of Court
By: [signature]
Deputy Court Clerk

**OFFICER'S RETURN OF SERVICE**

Received this writ this 26 day of 09, 05, at 1500 o'clock ___.M. and served the same by taking the above named person into custody on the 26 day of 09, 05 _______, and delivering the person to the judge named.

Serving Warrant $______
Copy $______
Mileage $______
(_____ Miles @_____ per mile)
Total $______

______________, Sheriff
______________ County, Oklahoma
By: C. HAYWOOD TPD 01612
~~Deputy~~ OFFICER

WARRANT NUMBER: TU-<..warrantid..>

DAVID L. MOSS CJC
TULSA COUNTY, OKLAHOMA
[signature] AGENT
SS 5/25/04



# TULSA COUNTY DIVISION OF COURT SERVICES

## COMMUNITY SERVICE PROGRAM

TULSA COUNTY ADMINISTRATION BLDG.
500 SOUTH DENVER, ROOM B5
TULSA, OKLAHOMA 74103-3832
**OFFICE: 918-596-5749 / FAX: 918-596-5792**

## REPORT OF PROGRAM

KEVIN C. FRANCIS/DIRECTOR

| COMPLETION | NON COMPLETION | REVOKED | FAILED TO REPORT | JUVENILE | FINES & COST |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

| | |
|---|---|
| NAME: SANDERS, Charles Edmond | CASE NO(S): CM03-6603 |
| HOURS ASSIGNED: | JUDGE |
| | CHARGE |
| | |
| COUNTY: | PROBATION: |
| | INTAKE: |

COMMENTS:

DISTRICT COURT
FILED
JUN 08 2004
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

This is to certify the undersigned volunteer completed a total of 0 hours of community service in the TULSA COUNTY COMMUNITY SERVICE PROGRAM:

Dated this 7th day of June, 2004

By [signature]
COMMUNITY SERVICE OFFICER/STAFF



SALLY HOWE SMITH
COURT CLERK

Tulsa County Courthouse
Tulsa, Oklahoma 74103-3844

500 South Denver, Rm. 200
(918) 596-5000

March 24, 2004
CM-03-6603
Charles E. Sanders
[redacted]
Maple City, OK 74445

**Failure To Report – Cost Administration**

DISTRICT COURT
FILED

MAR 24 2004

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. • TULSA COUNTY

****WARNING****

Court Records indicate that when you were sentenced in the District Court of Tulsa County the Judge ordered you to pay court costs or report to Cost Administration immediately, or upon your release. Further, that you have failed to report as ordered and that the costs assessed to you in the above numbered case have not been paid in full.

You **must pay** your delinquent court cost in the amount of **$538** immediately - **OR** - you **must appear** in person before the Cost Administrator **within five (5) working days of the date of this letter.** Office hours are 8:30 A.M. to 5:00 P.M. Monday through Friday (see address below).

**If you fail to pay in full or appear within five (5) days any or all of the following actions may be taken against you:**

- A WARRANT 'WILL' BE ISSUED FOR YOUR ARREST AND YOU MAY BE CONFINED IN THE TULSA COUNTY JAIL BY A FURTHER ORDER OF THE COURT UNTIL ALL COSTS ARE SATISFIED.
- $35 'WILL' BE ADDED TO THE COURT COST YOU ALREADY OWE ($10 has already been added to your cost due for mailing of this letter).
- YOUR OKLAHOMA TAX REFUND MAY BE SEIZED.
- YOUR DRIVER'S LICENSE MAY BE SUSPENDED.

*Before* a bench warrant is issued for your arrest you may pay by cash, check, money order, cashiers check (Insufficient checks will be prosecuted to the fullest extent)

*After* a warrant is issued checks will not be accepted

For your protection – **Do Not** send cash through the mail

MAKE AND MAIL PAYMENT TO:

SALLY HOWE SMITH, TULSA COUNTY COURT CLERK
Criminal/Traffic Division
Tulsa County Courthouse, 2nd Floor
500 South Denver
Tulsa, Oklahoma 74103-3844

klpm

# ORDER OF THE COURT - RULE 8 HEARING

[prepare separate Rule 8 for each case]

**DEFENDANT'S NAME:** Charles Edmond Sanders **CASE NO.:** CM- 2003-6603

☐ **The Court has sentenced you to the custody of the Department of Corrections or the Tulsa County Jail and** you are therefore ordered to report to the Cost Administrator on the 2nd floor of this building within two weeks of your release from the Department of Corrections, or immediately after your release from the Tulsa County Jail, to make payment arrangements on the costs and fines assessed to you today.

DISTRICT COURT
FEB 25 2004
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

☐ **The Court finds you are able to pay and you agree to pay by installment** payment the fines and costs assessed in this case. You are ordered to report immediately to the Cost Administrator on the 2nd floor of this building to make arrangements for installment payments of the costs and fines assessed in this case as shown below.

☐ **The Court orders you to perform ________ hours of community service in lieu of the fines and costs or in lieu of** ________ assessed in this case as shown below. You are first ordered to report immediately to the Misdemeanant Work Program located in the basement of this building, Room B3 in the Court Services Office and secondly you are ordered to report to the Office of the Cost Administrator on the 2nd floor of this building. A review of your community service is set before this Court on: ________.

☐ **The Court has found you to be indigent and unable to pay** the costs and fines assessed in this case and said monies are hereby ordered suspended. You are ordered to take this form immediately to the Cost Administrator on the 2nd floor of this building.

☐ The Court finds you are able and agree to pay the fines and costs assessed in this case immediately and you are ordered to **report immediately to the Criminal/Traffic Division** on the 2nd floor of this building and to pay all costs and fines assessed in this case as shown below.

**COUNT 1**: (circle one) **D.U.I. Felony Misdemeanor** (circled) **Traffic Charge amended to:**________
Deferred (date) ____ D.U.I. Program (date)____ Suspended (1 yrs) Dismissed cost to: State/Deft. (circle 1)
Fine $250.00 Victim's Compensation $125.00 Court Fund $10 Deferred Fee $____
Drug Fund Fee $____ Lab Fee $____ D.A. Drug Fund $____ P.S.I. Fee $____
DNA Fee $____ Incarceration Fee $____ Restitution $____ Other ____ $____

**COUNT 2**: (circle one) **D.U.I. Felony Misdemeanor Traffic Charge amended to:**________
Deferred (date) ____ D.U.I. Program (date)____ Suspended (____ yrs) Dismissed cost to: State/Deft. (circle 1)
Fine $____ Victim's Compensation $____ Court Fund $____ Deferred Fee $____
Drug Fund Fee $____ Lab Fee $____ D.A. Drug Fund $____ P.S.I. Fee $____
DNA Fee $____ Incarceration Fee $____ Restitution $____ Other ____ $____

**COUNT 3**: (circle one) **D.U.I. Felony Misdemeanor Traffic Charge amended to:**________
Deferred (date) ____ D.U.I. Program (date)____ Suspended (____ yrs) Dismissed cost to: State/Deft. (circle 1)
Fine $____ Victim's Compensation $____ Court Fund $____ Deferred Fee $____
Drug Fund Fee $____ Lab Fee $____ D.A. Drug Fund $____ P.S.I. Fee $____
DNA Fee $____ Incarceration Fee $____ Restitution $____ Other ____ $____

**COUNT 4**: (circle one) **D.U.I. Felony Misdemeanor Traffic Charge amended to:**________
Deferred (date) ____ D.U.I. Program (date)____ Suspended (____ yrs) Dismissed cost to: State/Deft. (circle 1)
Fine $____ Victim's Compensation $____ Court Fund $____ Deferred Fee $____
Drug Fund Fee $____ Lab Fee $____ D.A. Drug Fund $____ P.S.I. Fee $____
DNA Fee $____ Incarceration Fee $____ Restitution $____ Other ____ $____

**IF YOU FAIL TO PAY, APPEAR, OR REPORT AS ORDERED, A WARRANT WILL BE ISSUED FOR YOUR ARREST AND YOU MAY BE CONFINED IN THE TULSA COUNTY JAIL UNTIL THE BALANCE IS PAID IN FULL**

Dated this 5th day of February, 2004.

[signature]
Judge of the District Court of Tulsa County

I HAVE READ AND UNDERSTAND THIS ORDER:

[signature]
Defendant's Signature

[signature]
Attorney's Signature

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,

Plaintiff,

vs.

Charles Edmund Sanders,
Defendant.

DOB: ███ -6.6

CR*M* -2003- 6603

**DISTRICT COURT**

**F I L E D**

FEB 1 9 2004

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

## RECORD OF PLEA

I am the defendant in this case and I have signed my name at the end of this statement. My lawyer has also signed at the end of this statement. I have received and read a copy of the written charge against me which my lawyer now has. My lawyer and I have talked about this charge. I have told my lawyer what I did and what I know about the crime I am accused of. My lawyer has told me what he has learned about the witnesses and evidence against me. I have talked to my lawyer as much as I want to and we both agree it would be best that I plead ____Guilty____ to the charge of __Obtaining Merchandise By False__ Pretense

I believe that the witnesses and evidence against me can prove this charge and establish facts to support my plea.

My lawyer has told me what the minimum and maximum punishment is for this crime and has also told me the District Attorney recommends that the court give me the following sentence:

1 year suspended, $250.00 fine, 250.00 VCF, 40 TCWP, Court costs

(D.A.'S INITIALS)

I understand the court does not have to follow this recommendation.

I understand I can appeal any sentence the court gives me on this plea by filing a notice of appeal within 10 days.

I know that by pleading to this charge I give up my right to have a fair, speedy and public trial and all the other rights that go with a trial. I now give up my rights and plead by signing this Record of Plea. I also understand I waive any motions or defects in the proceedings to date.

I want the court's record to show that my lawyer has explained to me my rights and that I understand my rights. I know that the purpose of a trial is to decide whether I am guilty or innocent of the crime I am accused of. I know that I have the right to choose whether I want a jury of _6_ citizens to hear my case and make this decision, or to have a judge without a jury hear my case and make this decision. I know that I do not have to prove either to the judge or the jury that I am innocent, because the law gives me the right to remain silent and the law presumes I am innocent. I also know the District Attorney must prove that I am guilty beyond a reasonable doubt. I know that before I can be found guilty at trial, the witness against me must appear in court and testify under oath before the judge and the jury. I also know I can be in court at all times during the trial, that my lawyer can be there with me, and that my lawyer and I can participate in selecting the jury. I know my lawyer and I can see and hear the witnesses and evidence against me, that we can object to certain evidence, and cross examine the witnesses against me. I know I can call witnesses who can testify for me and the court will order witnesses to attend court on my behalf. I also know that if I want to give up the right to remain silent I can tell the judge and the jury my side of this case, and that myself and my lawyer can make arguments to the judge and the jury. I understand *all* jurors must agree I am guilty beyond a reasonable doubt before I can be found guilty.

I fully understand these rights and I make a free choice at this time to give up these rights and plead. I was not promised anything, or threatened or forced against my will to give up these rights and plead. I am fully competent and am not under the influence of any drugs, medication or alcohol.

_____Charles Sanders_____
Defendant

DATE: February 5, 2004

_____M. J. Boyle_____
Attorney for Defendant

DATE: February 5, 2004

Court's Minute

_____

_____

_____

Form 1842 (Rev. 1-84)         WHITE — COURT         CANARY — D.A.         PINK — DEFENDANT

ORIGINAL

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| State of Oklahoma,<br>-vs-<br>**CHARLES EDMOND SANDERS**<br>SS# [redacted]-9839<br>DOB [redacted]-1966 | Case No. **CM-2003-6603**<br>Count No. **1** |
|---|---|

DISTRICT COURT
FILED
FEB 18 2004
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

**JUDGMENT AND SENTENCE**
**All Time Suspended**
**Misdemeanor**

Now, this 5th **day of February, 2004** this matter comes on before the Court for sentencing and the defendant appears personally and by his or her Attorney of record, **SHERRY BOYCE** and the State of Oklahoma is represented by **GRANT FITZ.** The Court Reporter is not present.

The defendant has entered a plea of **GUILTY** and has been found guilty by the Court of the crime of **OBTAINING MERCHANDISE BY FALSE PRETENSE.**

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that the defendant, is guilty of this offense and is sentenced to **one (1) year** all under the custody and control of the **Tulsa County Jail**, further, all of said term is suspended **and the defendant is not to be under any formal supervision.** The rules and conditions signed by the defendant acknowledging his or her understanding are incorporated as Exhibit A.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that in addition to the preceding terms, and the general cost of this case, the defendant is also sentenced to a **fine in the amount of $250.00; Victim's Compensation Assessment in the amount of $125.00; Court Fund in the amount of $10.00. THE DEFENDANT IS FURTHER ORDERED TO COMPLETE 40 HOURS WITH THE TULSA COUNTY WORK PROGRAM WITHIN 120 DAYS.**

IT IS FURTHER ORDERED BY THIS COURT THAT JUDGMENT IS HEREBY ENTERED against the defendant for all costs, fees, fines, and assessments ordered in this action and he or she is ordered to report immediately upon conclusion of this sentencing hearing, or discharge from custody if the

defendant is currently incarcerated, to the Tulsa County Court Clerk to pay all costs, fines, fees, and assessments ordered in this action - or - to the Tulsa County Court Cost Administrator to make arrangements to pay the costs, fines, fees, and assessments as ordered pursuant to the Rule 8 Hearing held this day.

The Court further advised the defendant of his or her right to appeal to the Court of Criminal Appeals of the State of Oklahoma and of the necessary steps to be taken by him or her to perfect such appeal, and that if he or she desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State, subject to reimbursement in accordance with 22 § O. S. 1355.14, 20 § O. S. 106.4 (b), and, ADC-72-33.

Witness my hand this **5th day of February, 2004**

**JUDGE DARLENE CRUTCHFIELD**

ATTESTATION:

SALLY HOWE SMITH
District Court Clerk of Tulsa County

By:______________________
Vela LaCasse, Deputy

**COURT CLERK'S CERTIFICATION**

I, Sally Howe Smith, District Court Clerk for Tulsa, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerks Office of Tulsa, Oklahoma.

Dated this the ______ day of ______________________________, ______.

SALLY HOWE SMITH, DISTRICT COURT CLERK, TULSA COUNTY, OKLAHOMA

By: ______________________________, Deputy

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY**
**STATE OF OKLAHOMA**

STATE OF OKLAHOMA, Plaintiff,

vs.

Charles Edmond Sanders
Defendant,

Case No(s) CM-2003-6603
Judge Critchfield
District Attorney ____
Term of Probation 1 year
Hours of Service 40

DISTRICT COURT
FILED
FEB 09 2004
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

**TULSA COUNTY DIVISION OF COURT SERVICES**
**COMMUNITY SERVICE PROGRAM**
(AN ALTERNATIVE TO INCARCERATION)
**RULES AND CONDITIONS OF PROBATION**

On the 5th day of February, 2004, the Court, upon the Defendant's plea of

(✓) guilty ( ) withheld a finding of guilty, and deferred sentencing
( ) nolo contendere ( ) found the Defendant guilty and suspended the sentence

for a term of 12 months upon certain Rules and Conditions of Probation and upon the Defendant's request that he/she be allowed to participate in the Community Service Program as an alternative to incarceration. Therefore, the Court hereby places the Defendant under the following Rules and Conditions of Probation and subject to the supervision of the Community Service Program, to-wit:

1. The Defendant will not violate any laws or ordinances of any State or Municipality or violate any rules, regulations or laws of the United States;
2. You must complete your obligations of 40 hours within 120 days;
3. When the defendant is scheduled to work, he/she must be there on time and ready to work. The Defendant will perform those duties assigned to him/her by his/her Community Service Program supervisor; and, the Defendant understands that it will be grounds for revocation of his/her probation if the Defendant fails or refuses to perform said duties to the satisfaction of and in accordance with the requests of his/her supervisor;
4. The defendent will need to check in with the office at 596-5749 within one week of completing his or her work hours to verify hours were completed.
5. After the Defendant has been scheduled, no more than ONE emergency cancellation will be allowed. You must call and inform our office if and when the cancellation is used. **We DO NOT consider a lack of transportation to be an emergency cancellation;**
6. **It is the Defendant's responsibility** to see to it that they sign in and out on the time sheet each of the days worked. Failure to do so will result in a forfeiture of credit for the hours in question;

The Defendant hereby certifies that he/she has read the above and foregoing Rules and Conditions of Probation and understands the terms and conditions therefore and hereby agrees to abide by said terms and conditions during the period of probation. The Defendant hereby agrees to contact the COMMUNITY SERVICE PROGRAM AT 596-5797 and 596-5798, between the hours of 8:00 a.m. to 5:00 p.m. Monday - Friday, to receive completion for his/her participation in said program. The Defendant understands that ANY VIOLATION OF THE RULES AND CONDITIONS OF PROBATION will result in an Application for revocation of probation being filed and a Warrant for Arrest being issued for the Defendant.

Dated this 5th day of February, 2004

X Charles Sanders
Defendant

[signature]
JUDGE OF THE DISTRICT COURT

WITNESSED:

[signature] Boyce
Attorney For Defendant

Copy 1—White—Court File Copy 2—Canary—Court Services Copy 3—Pink—Dist. Attorney Copy 4—Gold—Defendant

Form 2181 (Rev. 2-03)

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
FILED
FEB 09 2004
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

STATE OF OKLAHOMA, Plaintiff,

vs.

Charles Edmund Sanders, Defendant,

Case No(s) CM-2003-6603
Judge Critchfield
Term of Probation 1 year
Offense Obtaining Merchandise By False Pretense
Hours of Service 40

TULSA COUNTY DIVISION OF COURT SERVICES
COMMUNITY SERVICE PROGRAM
(An Alternative to Incarceration)
**APPLICATION AND INFORMATION**

| ADDRESS | | CITY | STATE | ZIP |
|---|---|---|---|---|
| [redacted] | | Salisaw | OK | 74955 |
| HOME PHONE | WORK PHONE | MOTHER'S ADDRESS & PHONE | FATHER'S ADDRESS & PHONE | |
| (918) 775-3093 | 918-776-8814 | 2.0.3275 Vian | | |
| EMPLOYER & TITLE | | SPOUSE'S NAME & PLACE OF EMPLOYMENT | | PHONE |
| Heavy Equipment Operator | | N/A | | N/A |

| RACE | HEIGHT | WEIGHT | HAIR | EYES | SEX | SOCIAL SECURITY NO. | AGE | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|---|
| I | 5'9 | 190 | BR | BR | Male | [redacted] 4839 | 37 | [redacted] 66 |

FRIEND OR REFERENCE NUMBER

**COMMUNITY SERVICE PROGRAM COUNSELOR ONLY**

| CC | PP | PSI | SENT | FINES |
|---|---|---|---|---|
| | | | | |
| LENGTH OF PROBATION | | | JOB SKILL # | |
| | | | | |

COMPLETION DATE

DO YOU HAVE ANY PHYSICAL LIMITATIONS? IF YES, WHAT IS THE NATURE OF THE LIMITATION?
☐ YES ☐ NO

HAVE YOU EVER BEEN A PLAINTIFF IN A PERSONAL INJURY SUIT? IF YES, EXPLAIN.
☐ YES ☐ NO

ARE YOU NOW UNDER MEDICAL CARE?
☐ YES ☐ NO

HAVE YOU HAD ANY INJURIES, OPERATIONS OR SERIOUS ILLNESS IN THE PAST FIVE YEARS?

HAVE YOU EVER BEEN FOUND GUILTY OF A FELONY? IF YES, FOR WHAT OFFENSE? ☐ YES ☐ NO

PLACE AND DISPOSITION

I hereby certify that the foregoing information is, to the best of my knowledge, true and correct, and agree not to operate any type of motorized vehicle while performing community service in this program if my license is presently suspended or revoked for any reason.

I further agree, as a condition to my participation in the program, to execute this release of liability. I hereby release the Board of County Commissioners of Tulsa County, its agents, servants, and employees for any and all liability for any injuries which I may sustain as a result of my participation in the program so long as such injuries are not a result of the acts or omissions of any employee of Tulsa County as are described in the Oklahoma Political Subdivisions Tort Claims Act, 51 O.S. §151 et seq. I specifically release the Board of County Commissioners of Tulsa County for any injuries which I may sustain as may be occasioned by those persons not affiliated with the said Board of County Commissioners.

Dated this 5th day of February, 2004.

Comments:

x Charles Sanders
Defendant

[signature]
JUDGE OF THE DISTRICT COURT

WITNESSED:

[signature]
Attorney for Defendant

**ORDER OF RELEASE FROM CUSTODY**

DEC 2 2 2003

CM-03-6603

TO THE SHERIFF OF TULSA COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order:

Last name, first, middle, suffix (please print) (show alias')

SANDERS, CHARLES E

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE/CLARIFICATION OF COUNTS |
|---|---|---|
| NF | BOND | Obtain Merch by False Pre [illegible] $500 |
| | | 2003 DEC 20 14:05 |
| | | |
| DISTRICT COURT | | |
| FILED | | DAVID L. [illegible] TULSA COUNTY, OKLAHOMA |
| JAN 2 2 2004 | | AGENT |

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

☐ ELECTRONIC MONITOR REQUIRED BEFORE RELEASE

In and for the District Court of Tulsa County, State of Oklahoma, witness my hand this the 26 day of 12, 20 03.

ANN THOMPSON, MUNICIPAL COURT CLERK FOR
SALLY HOWE SMITH, DISTRICT COURT CLERK
TULSA COUNTY, OKLAHOMA

By: J. Hoov[illegible]
Deputy Court Clerk
(Court Seal)

Received by: [signature]
C.C.A.

Division/Court ______

Received by: ______
Deputy Sheriff

Form 4679 (Rev. 9-01)

# TRACIS

TULSA REGIONAL AUTOMATED CRIMINAL INFORMATION SYSTEM
STANDARDIZED REPORTING FORMAT TUL-1849L

**TULSA POLICE DEPARTMENT**
**ARREST AND BOOKING DATA**

INCIDENT NUMBER 2003-090941

PAGE ___ OF ___

CHECKED NCIC — Medical Pre-Screen Received

MUG & PRINT: PARTIAL / COMPLETE  PHOTO TO ______  TCSO NUMBER ______  COURT DATE ______  DIVISION ______

FEDERAL DISTRICT / ☒ TULSA DISTRICT / OSAGE DISTRICT / MUNICIPAL / HOLD FOR ______ JUV / R.O.P.

CM-03-6603

| LOCATION OF ARREST | LOCATION OF OCCURRENCE |
|---|---|
| 2019 E. 81ST ST | SAME |

| | MO | DATE | YR | DAY | TIME |
|---|---|---|---|---|---|
| OCCURRED | 12 | 19 | 03 | FRI | 1830 |
| ARRESTED | 12 | 19 | 03 | FRI | 1910 |
| BOOKED | 12 | 19 | 03 | FRI | 2110 |

| PID | SUSPECT NAME (LAST, FIRST, MIDDLE) | AKA | HGT | WGT | HAIR | EYES | SKIN | RACE | SEX |
|---|---|---|---|---|---|---|---|---|---|
| 851286 | SANDERS, CHARLES EDMOND | | 509 | 170 | BRO | BRO | M | W | M |

| STREET ADDRESS, CITY, STATE | ZIP CODE | AGE | DOB | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| [redacted] SALLISAW, OK | 74945 | 37 | [redacted] 66 | [redacted] 9539 |

| EMPLOYER/SCHOOL | HOME PHONE | DRIVER'S LICENSE NUM | ST | CLASS | END |
|---|---|---|---|---|---|
| SMITH CONSTRUCTION | 918-774-0143 | SAME | OK | D | |

| EMPLOYER ADDRESS | BUSINESS PHONE | OSBI NUMBER | FBI NUMBER |
|---|---|---|---|
| SALLISAW, OK | 918-775-8581 | | |

| NEXT OF KIN | ADDRESS | PHONE | RELATIONSHIP |
|---|---|---|---|
| SHELLY JACKSON | | 918-775-2135 | FRIEND |

PERSONAL ODDITIES: MUSTACHE & GOATEE UNSHAVEN, LEFT EYE DAMAGED
TATTOOS: RIGHT SHOULDER - RABBIT
CLOTHING: RED SHIRT, BLU JEANS, COWBOY BOOTS BROWN
WARNING INDICATORS:

VEHICLE: DISPOSITION/HOLD ___ VIN ___ TAG YR ___ TAG STATE ___ TAG NUMBER ___
VEH YR ___ VEH MAKE ___ VEH MODEL ___ VEH STYLE ___ COLOR TOP/BOTTOM ___ MISC IDENTIFIERS ___

| ARRESTING OFFICER | ID NUM | DIV | AGENCY | BACKING OFFICER | ID NUM | DIV | AGENCY | INTAKE | ID NUM |
|---|---|---|---|---|---|---|---|---|---|
| G.L. WATSON | W9282 | UDSW | TPD | | | | | BOWLER | |

| FED STA MUN | FEL MISD | CRIME DESCRIPTION | TITLE | SECT | PARA | DATE OF OFFENSE | WARRANT NUMBER | ORI | BOND | O.R. | UCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S | F | OBT. MERCH. BY FALSE PRETENSE | 21 | 1542 | A | 121903 | — | TPD | 2K | | |

1105965

DISTRICT COURT
FILED
JAN 09 2004
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

WILL SIGN CITY INFORMATION: OFFICER / CITIZEN

LAY WITNESS LIST FOR MUNICIPAL CHARGES

| | WITNESS NAME | ADDRESS / ZIP | TELEPHONE |
|---|---|---|---|
| 1 | ANDREW PAUL MACKENZIE | 2019 E. 81ST ST TULSA OK 74136 | 488 8791 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

BREATHALYZER OPERATOR/ID NUM/AGENCY ___ BREATHALYZER SUPERVISOR/ID NUM/AGENCY ___ TEST RESULTS 0. %

MEDICAL PROBLEMS ___

PROPERTY RECEIPT ___ VCR TAPE ___ PHOTO NUM ___ LATENT NUM ___

RIGHT INDEX

ARREST NUMBER 2003 0600368

CM03-6603

## APPEARANCE BOND — DISTRICT COURT

IN THE DISTRICT COURT, TULSA COUNTY, OKLAHOMA

STATE OF OKLAHOMA, Plaintiff,

DISTRICT COURT
FILED
DEC 22 2003
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

vs. No. NF 03-4929

Charles Edmond Sanders Defendant,

KNOW ALL MEN BY THESE PRESENTS, That we, the above named defendant, as principal, and the undersigned bondsman, corporation and other signers as sureties, jointly and severally acknowledge ourselves to owe and be indebted to the State of Oklahoma in the sum of Two Thousand Dollars ($ 2,000.00 ) to be levied on our property, real and personal, cash deposits and escrow deposits, wherever found, to the use of the State of Oklahoma.

THE CONDITION OF THIS BOND IS SUCH that if the above named defendant, now charged in the District Court of Tulsa County, with the crime of Obtaining Merchandise by False Pretense - More than $500.00 and admitted to bail in the above stated sum, shall personally be and appear before the said Court, in the division to which said case is assigned, on the 9 day of January, 2004 9:30am Room 173, as ordered for arraignment, preliminary hearing, trial or judgment, and from day to day and term to term thereafter as ordered, or on the first day of the next jury term of said Court, if so ordered, and from day to day and term to term thereafter as ordered by said Court, and not depart therefrom without leave, and shall do and receive what shall be enjoined upon him by said Court, until this cause is finally determined, then this bond to be void, otherwise to be in full force and effect.

Principal (Defendant) x Charles Sanders — Address x [redacted] Sallisaw OK 74955
Surety ______ — Address ______
Surety ______ — Address ______
Surety-Licensed Bondsman Karen B. Ringgold #804192 — Office Address 105 N. Denver, Tulsa, OK 74103
Corporate Surety ______ — Dated, filed and approved this 20 day of 12, 03
By ______ Attorney-in-Fact — By J. Horry Deputy Court Clerk

### AFFIDAVIT AS TO UNDERTAKING AND QUALIFICATIONS OF SURETY

(Required of all licensed bondsmen, under penalty of perjury, 59 O.S., § 1322; 12 O.S., § 61; 12 O.S., § 62)

STATE OF OKLAHOMA, COUNTY OF TULSA, SS

JAN 07 2004 MICROFILMED

The undersigned licensed bondsman, being duly sworn, on oath states:

That neither he or she, not anyone for his or her use, has been promised or has received any security or consideration for his or her undertaking, except as stated herein.

Consideration received or promised $ 200.00.

Security received or promised: (List deeds or mortgages and describe personal property.)

Signed indemnity agreement and promissory note. No other collateral.

Such promise, security or consideration was received from:

Evelyn Sanders (Name) — P.O. Box 75, Marble City, OK 74945 (Address)

That he or she is presently duly licensed, registered, and in all respects authorized by law to become surety in this undertaking, 59 O.S., § 1301 et seq.; 22 O.S., § 1101 et seq.; 12 O.S., § 61 et seq.; 22 O.S., § 1320.

That he or she is worth double the sum to be secured, over and above all exemptions, debts and liabilities, 12 O.S., § 1301 et seq.; 22 O.S., § 1101 et seq.; 12 O.S., § 61 et seq.

That he or she has not signed or countersigned this bond in blank, nor has he or she given a power of attorney to, or otherwise authorized, any person to countersign his or her name to this bond unless that person is a licensed bondsman directly employed by a bondsman giving such power of attorney, 59 O.S., § 1316.

That he or she has attached hereto all receipts for collateral accepted by him or her, fully described in detail, 59 O.S., § 1314; 59 O.S., § 1322.

That he or she is authorized, and legally capable, in all respects, to enter into this undertaking, both personally and on behalf of the corporate surety above-named; and that this undertaking is within, and does not exceed, the limitations and conditions of the power of attorney granted him or her by said corporate surety, all pursuant to 59 O.S., § 1320.

That he or she is familiar with the provisions of Oklahoma Statute regarding the effects of defects, omissions and irregularities in such undertakings, 59 O.S., § 1326.

That all legal requirements of licensing, registration and certification have been met by this bondsman, 59 O.S., § 1320.

That the bondsman fully understands that willful misstatement of any material fact herein may subject him or her to prosecution for perjury, and/or to proceedings seeking denial, suspension or revocation of the bondsman's license, 59 O.S., § 1310.

That he or she is a resident of the County of Tulsa, State of Oklahoma.

Karen B. Ringgold
Licensed Bondsman

Before me, the undersigned, on this 20 day of December, 2003, personally appeared Karen Ringgold, known to me to be the identical person who executed the within and foregoing instrument, and acknowledged to me that he executed same as his free and voluntary act and deed. Given under my sign and seal of office on the day and year above written.

ANN THOMPSON, MUNICIPAL COURT CLERK
J. Horry
Deputy Court Clerk

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

**Case No.** CM 2003 6603

Misdemeanor Information

THE STATE OF OKLAHOMA,

Plaintiff,

Vs.

**CHARLES EDMOND SANDERS**

Defendant(s).

DISTRICT COURT
FILED
DEC 30 2003
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

**BE IT REMEMBERED:**

That **TIM HARRIS**, the duly elected and qualified **District Attorney for Tulsa County, Oklahoma,** who prosecutes in the name and by the authority of **The State of Oklahoma**, comes now into the District Court of Tulsa County, State of Oklahoma, and gives the Court to understand and be informed that:

**(Count 01)**
**21-1541-0001**

**CHARLES EDMOND SANDERS**, on or about 12-19-03, in Tulsa County, State of Oklahoma and within the jurisdiction of this Court, did commit the crime of **OBTAINING MERCHANDISE BY FALSE PRETENSE**, a misdemeanor, by unlawfully, wrongfully, willfully, and fraudulently, obtain merchandise of a value less than $500.00, belonging to one WALMART by means of deception and fraudulent representations, pretense, scheme or device, made and used by said defendant to gain the confidence of the said WALMART and to induce them to part with their said merchandise in manner and means as follows: exchanged a stolen laser level for other merchandise in the amount of $74.83. That the said WALMART relied on the aforesaid statements, representations and scheme made and used by said defendant and delivered possession and title of the aforesaid merchandise to said defendant. That all of said representations and statements, pretense, scheme and device were false and untrue and were knowingly made and used by said defendant with the unlawful, willful, wrongful, and fraudulent intent then and there to deceive the said WALMART and to swindle, beat, cheat and defraud them out of said merchandise,

contrary to the form of the statutes in such cases made and provided, and against the peace and dignity of the State. I have examined the facts in this case and recommend that a warrant do issue.

**TIM HARRIS,** District Attorney

By [signature] Assistant

STATE OF OKLAHOMA, ss.
COUNTY OF TULSA,

I, __________________________, being duly sworn on oath, say that the statements set forth in the above information are true.

_______________________________________

Subscribed and sworn to me this _____________ day of ____________________, 20__________

**SALLY HOWE SMITH,** Court Clerk

By_______________________________________
Deputy

**NAMES OF WITNESS(ES):**

| | | | |
|---|---|---|---|
| ANDREW MACKENZIE | [redacted] | TULSA | OK 74136 |
| G L WATSON W9282 | TULSA POLICE DEPT.<br>600 CIVIC CENTER | TULSA | OK 74103 |

Attorney: TLP/ /
Secretary: ZWP

Case No. _________________
DA Temp. No. CRM-03-MY021

Description of Defendant(s)

NAME: CHARLES EDMOND SANDERS
ADDR:
DESC: IN M, 5 09, 170#, HAIR=BRO, EYES=BRO DOB [redacted]-66
DA HISTORY NO: 062062 SSN: [redacted]9539 DL:
REMARK: