**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 186**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

## IN AND FOR THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA,

Plaintiff,

vs

CASE NUMBER CM-04-1187

Charles Edmond Snider

Defendant,

DISTRICT COURT
**F I L E D**

DEC 2 0 2005

# FINDINGS OF FACT - ACCEPTANCE OF PLEA

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

The trial judge shall ensure the Defendant is sworn either prior to completing this Findings of Fact - Acceptance of Plea or prior to inquiry by the Court on the plea

1.  Is the name under which you have been charged and referred to in court your true name? **YES** NO

    If No, what is your correct name? _____
    I have also been known by the name(s) _____

2.  (a) Do you wish to have a record made of these proceedings by a Court Reporter? YES **NO**
    (b) Do you wish to waive this right? **YES** NO

3.  Age: __39__    Grade completed in school: __2 yrs Ark. St.__

4.  Can you read and understand this form? **YES** NO
    (If the answer above is no, ADDENDUM A is to be completed and attached)

5.  Are you currently taking any medications or substances which affect your ability to understand these proceedings? YES **NO**

6.  Have you been prescribed any medication that you should be taking, but you are not taking? YES **NO**

    If so, what kind and for what purpose? _____
    _____
    _____

7.  Have you ever been treated by a doctor or health professional for mental illness or confined in a hospital for mental illness? YES **NO**

    If yes, list the doctor or health professional, place and when occurred:
    _____
    _____
    _____

8.  Do you understand the nature and consequences of this proceeding? **YES** NO

9.  Have you received a copy of the Information and read its allegations? **YES** NO

10. A.   Do you understand you are charged with:

    |     | Crime | Statutory Reference | | | |
    |-----|-------|---------------------|---|---|---|
    | (1) | Unlawful Poss of CD | 63 O.S. 2-402 | **YES** | NO |
    | (2) | Unlawful Poss of Prnaph | 63 O.S. 2-405 | **YES** | NO |
    | (3) | | O.S. | YES | NO |
    | (4) | | O.S. | YES | NO |
    | (5) | | O.S. | YES | NO |

    (List additional charges on a separate sheet and label ADDENDUM B)

    B.  Are you charged after former conviction of a felony? YES **NO**
    If yes, list the felony(ies) charged: _____
    _____
    _____

Form 4058 (Rev. 6-00) Page 1

22.    Do you understand your plea of guilty to the charge(s) is after:

    ☒ no prior felony convictions

    ☐ one (1) prior felony conviction

    ☐ two or more prior felony convictions
    List prior felony convictions to which you are pleading: _____

_____

_____

23.    What (is) (are) your plea(s) to the charge(s) (and to each one of them)? __GUILTY__

24.    Did you commit the acts as charged in the Information?    (YES)    NO

State the factual basis for your plea(s) (attach additional page as needed, labeled as ADDENDUM C):

    ON 2-15-04 IN TULSA COUNTY, I UNLAWFULLY POSSESSED

    CORTAD & PARAPHERNALIA.

25.    Have you been forced, abused, mistreated, or promised anything
    by anyone to have you enter your plea(s)?    YES    (NO)

26.    Do you plead guilty of your own free will and without any coercion
    or compulsion of any kind?    (YES)    NO

27.    If you are entering a plea to a felony offense, you have a right to a Pre-
    Sentence Investigation and Report which would contain the circumstances
    of the offense, any criminal record, social history and other background
    information about you. Do you want to have the report?    YES    (NO)

28.    (A) Do you have any additional statements to make to the court?    YES    (NO)

    (B) Is there any legal reason you should not be sentenced now?    YES    (NO)

HAVING BEEN SWORN, I, the Defendant whose signature appears below, make the following statements under oath:

    (1) ☐ I have read, understood and completed this form, and

    ☒ My attorney completed this form and we have gone over the form and
    I understand its contents and agree with the answers. <u>See</u> ADDENDUM A.

    ☐ The Trial Judge completed this form for me and inserted my answers to the questions.

    (2) The answers are true and correct.

    (3) I understand that I may be prosecuted for perjury if I have made false statements to the court.

X _____
                                             Defendant

Soc. Sec. No. _____ 9539 D.O.B. _____ 66

SALLISAW, OK    74945

_____
Address

Acknowledged this __9TH__ day of __DECEMBER__, 20 05.

_____
JUDGE OF THE DISTRICT COURT

Form 4058 (Rev. 6-00) Page 3

# SENTENCE ON PLEA

### THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:

### TIME TO SERVE

You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows: (List in same order as in question No. 10, Part A)

_____
_____
_____
_____
_____
_____
_____
_____
_____

The sentence(s) to run    ☐ Concurrently    ☐ Consecutively    ☐ Not applicable

---

### SUSPENDED SENTENCE or SUSPENDED AS TO PART

You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows: (List in same order as in question No. 10, Part A)

① 1 PR ⁵/s 100 F 125 CF SOKT + COSTS
② 1 PR ⁵/s 100 F 50 CF 50 UCF 7 COSTS
CC W/ CT 1

_____ to be suspended as follows:

☐ ALL SUSPENDED          ☐ ALL SUSPENDED EXCEPT as to the first _____ year(s)
_____ month(s) of the term(s) during which time you are to be held in the custody of the Department of Corrections. The remainder of the sentence(s) to be suspended.

You    ☐ will    ☐ will not   be under supervision of the Department of Corrections as set forth in the Rules and Conditions of Probation Addendum.

The sentence(s) to run    ☐ Concurrently    ☐ Consecutively    ☐ Not applicable

---

### DEFERRED SENTENCE

The sentencing date is deferred until _____, 20____ at _____ ___.M.
as follows: (List in same order as in question No. 10, Part A)

_____
_____
_____
_____

You    ☐ will be under supervision of the Department of Corrections. The terms set forth in the Rules and Conditions of Probation Addendum shall be the rules you must follow during the period of deferment.

You    ☐ will not be under supervision of the Department of Corrections.

The sentence(s) to run    ☐ Concurrently    ☐ Consecutively    ☐ Not applicable

Form 4058 (Rev. 6-00) Page 5

# ADDENDUM "A"
# CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the Defendant, ___CHARLES EDMOND SANDERS___ , I certify that:

1. The Defendant has stated to me that he/she is ☒ able ☐ unable to read and understand the attached form, and I have:

    ☒ determined the Defendant is able to understand the English language.

    ☐ determined the Defendant is unable to understand the English language and obtained _____ to interpret.

2. I have read and fully explained to the Defendant the allegations contained in the Information in this case.

3. I have read and fully explained to the Defendant all of the questions. The answers to the questions are the Defendant's answers and:

    ☐ the Defendant completed the form in his/her own handwriting, and

    ☒ I completed the form for the Defendant and inserted the Defendant's answers to the questions in my own handwriting.

4. To the best of my knowledge and belief the statements and declaration made by the Defendant are accurate and true and have been freely and voluntarily made.


Dated this the __9th__ day of ___DECEMBER___, 20_05_

_____
Attorney for the Defendant

Form 4058 (Rev. 6-00) Page 7

ORIGINAL

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| State of Oklahoma, <br> -vs- <br> **CHARLES EDWARD SANDERS** <br> SS# ███ 9539 <br> DOB ██/66 | Case No.   **CM-2004-1187** <br> Count No.   1 |

**JUDGMENT AND SENTENCE**
**All Time Suspended**
**MISDEMEANOR**



DISTRICT COURT
**F I L E D**
DEC 1 9 2005
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLAHOMA TULSA COUNTY

Now, this **9TH day of DECEMBER , 2005,** this matter comes on before the Court for sentencing and the defendant appears personally and by his or her Attorney of record, **ASHLEY WEBB** and the State of Oklahoma is represented by **COURTNEY SMITH** . The Court Reporter IS WAIVED.

The defendant has entered a plea of **GUILTY** and has been found guilty by the Court of the crime of **POSSESSION OF CONTROLLED DRUGS .**

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that the defendant, is guilty of this offense and is sentenced to **1 YEAR** all under the custody and control of the **TULSA COUNTY JAIL**, further, all of said term is suspended, and the the defendant is **NOT TO BE UNDER ANY FORMAL SUPERVISION.** The rules and conditions signed by the defendant acknowledging his or her understanding are incorporated as Exhibit A.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that in addition to the preceding terms, and the general miscellaneous costs of this action, the defendant is also sentenced to: **Fine** in the amount of **$100.00; Court Fund Assessment** in the amount of **$125.00; Victim's Compensation Assessment** in the amount of **$50.00** ;

IT IS FURTHER ORDERED BY THIS COURT THAT JUDGMENT IS HEREBY ENTERED against the defendant for all costs, fees, fines, and assessments ordered in this action and he or she is ordered to report immediately upon conclusion of this sentencing hearing, or discharge from custody if the defendant is currently incarcerated, to the Tulsa County Court Clerk to pay all costs, fines, fees, and assessments ordered in this action - or - to the Tulsa County

Court Cost Administrator to make arrangements to pay the costs, fines, fees, and assessments as ordered pursuant to the Rule 8 Hearing held this day.

The Court further advised the defendant of his or her right to appeal to the Court of Criminal Appeals of the State of Oklahoma and of the necessary steps to be taken by him or her to perfect such appeal, and that if he or she desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State, subject to reimbursement in accordance with 22 § O. S. 1355.14, 20 § O. S. 106.4 (b), and, ADC-72-33.

Witness my hand this 9TH day of DECEMBER , 2005

_____
Judge **MILLIE OTEY**

ATTESTATION:

SALLY HOWE SMITH
District Court Clerk Tulsa County

By: _____
**JANICE MAGGRD**,Deputy

## COURT CLERK'S CERTIFICATION

I, Sally Howe Smith, District Court Clerk for Tulsa, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerks Office of Tulsa, Oklahoma.

Dated this the _____ day of _____, _____.

SALLY HOWE SMITH, DISTRICT COURT CLERK, TULSA COUNTY, OKLAHOMA

By: _____, Deputy

ORIGINAL

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| State of Oklahoma,<br>-vs-<br>**CHARLES EDWARD SANDERS**<br>SS# ▮9539<br>DOB ▮/66 | Case No.   **CM-2004-1187**<br>Count No.   2 |

### JUDGMENT AND SENTENCE
### All Time Suspended
### MISDEMEANOR

**DISTRICT COURT**
**F I L E D**
**DEC 19 2005**

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

Now, this **9TH day of DECEMBER , 2005,** this matter comes on before the Court for sentencing and the defendant appears personally and by his or her Attorney of record, **ASHLEY WEBB** and the State of Oklahoma is represented by **COURTNEY SMITH** . The Court Reporter IS WAIVED.

The defendant has entered a plea of **GUILTY** and has been found guilty by the Court of the crime of **POSSESSION OF PARAPHERNALIA** .

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that the defendant, is guilty of this offense and is sentenced to **1 YEAR** all under the custody and control of the **TULSA COUNTY JAIL**, further, all of said term is suspended, and the the defendant is **NOT TO BE UNDER ANY FORMAL SUPERVISION.** The rules and conditions signed by the defendant acknowledging his or her understanding are incorporated as Exhibit A. **CC WITH CT 1**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that in addition to the preceding terms, and the general miscellaneous costs of this action, the defendant is also sentenced to: **Fine** in the amount of **$100.00; Court Fund Assessment** in the amount of **$50.00; Victim's Compensation Assessment** in the amount of **$50.00** ;

IT IS FURTHER ORDERED BY THIS COURT THAT JUDGMENT IS HEREBY ENTERED against the defendant for all costs, fees, fines, and assessments ordered in this action and he or she is ordered to report immediately upon conclusion of this sentencing hearing, or discharge from custody if the defendant is currently incarcerated, to the Tulsa County Court Clerk to pay all

costs, fines, fees, and assessments ordered in this action - or - to the Tulsa County Court Cost Administrator to make arrangements to pay the costs, fines, fees, and assessments as ordered pursuant to the Rule 8 Hearing held this day.

The Court further advised the defendant of his or her right to appeal to the Court of Criminal Appeals of the State of Oklahoma and of the necessary steps to be taken by him or her to perfect such appeal, and that if he or she desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State, subject to reimbursement in accordance with 22 § O. S. 1355.14, 20 § O. S. 106.4 (b), and, ADC-72-33.

Witness my hand this 9TH day of DECEMBER , 2005

_____
Judge **MILLIE OTEY**

ATTESTATION:

**SALLY HOWE SMITH**
District Court Clerk Tulsa County

By:_____
**JANICE MAGGRD,**Deputy

## COURT CLERK'S CERTIFICATION

I, Sally Howe Smith, District Court Clerk for Tulsa, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerks Office of Tulsa, Oklahoma.

Dated this the _____ day of _____, _____.

SALLY HOWE SMITH, DISTRICT COURT CLERK, TULSA COUNTY, OKLAHOMA

By: _____, Deputy

# ORDER OF RELEASE FROM CUSTODY

TO THE SHERIFF OF TULSA COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order:

Last name, first, middle, suffix (please print) (show alias')

Sanders, Charles Edmond

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE/CLARIFICATION OF COUNTS |
|---|---|---|
| Cm.04·1187 | Suspended | fta/poss cd sched I II |
| Cm.04·1187 | Suspended | fta/poss drug paraphernalia |
| Cm.03·6603 | ~~Suspended~~ Dismissed | Application to revoke |
| | | |
| | | |
| | | |

☐ **ELECTRONIC MONITOR REQUIRED BEFORE RELEASE**

In and for the District Court of Tulsa County, State of Oklahoma, witness my hand this the _____9th_____ day of __Dec__ , 20 _05_ .

SALLY HOWE SMITH, DISTRICT COURT CLERK
TULSA COUNTY, OKLAHOMA

Division/Court _____Otey_____

By: _____Darry S. Vannay_____
Deputy Court Clerk
(Court Seal)

Received by: _____Bill R____
Deputy Sheriff

Received by: _____
C.C.A.

Form 4647 (Rev. 6-01)

## PAYMENT PLAN AGREEMENT

DISTRICT COURT

**F I L E D**

DEC 16 2005

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

## TULSA COUNTY COURT COST ADMINISTRATION

NAME: Charles E Sanders

SOCIAL SECURITY NO. ████████9539

ADDRESS: ████████ Salipaw, OK 74955

TELEPHONE: 918-775-3093

EMPLOYER: _____

TELEPHONE: _____

CASE NO. CM-04-1187  $ 842.00

CF-05-2505  $ _____

_____  $ _____

_____  $ _____

_____  $ _____

GRAND TOTAL  $ 842.00

$ _____ is to be paid on or before _____

D.U.I program cases: be prepared to pay $ _____ after court on _____.

The first payment of $ 15.00 is due on 2-16-06 then 5 payments of $ 15.00 are to be paid on or before the 16th day of each month with the final payment of $ 342.00 being due on 7-16-06.

You are to return to Cost Administration for review on 7-16-06.

Work hours were assigned in lieu of costs and fine. Completion date: _____.

➤ All payments are made in the Criminal/Traffic Division located on the second floor of the County Courthouse in the Court Clerk's Office. Office hours are 8:30 a.m. to 5:00 p.m. **If paying in person bring this payment plan with you.**

➤ If paying by mail, enclose a stamped self addressed envelope if you want your receipt mailed back to you. **Put your case number on your check or money order. Write** *court cost* **on your payment.** Make payable to, and mail to: Sally Howe Smith, Court Clerk, Criminal/Traffic Division, Tulsa County Courthouse, 500 South Denver, Tulsa, Oklahoma 74103-3844. Allow 7 days for delivery.

➤ Payments can be made by cash, check, money order, or cashier's check.
   • Do **not** send cash through the mail
   • Bad checks will be prosecuted to the fullest extent of the law

➤ All payments must be received in the Office of the Court Clerk on or before the due date to avoid penalties. If you cannot make your payment on time you must appear *in person* before the Cost Administrator on your due date.

I have read and have agreed to the foregoing payment schedule. I understand I am under an order of the Court to comply and that if I fail to do so, I will face additional penalties and possible imprisonment.

Defendant's signature: Charles Sanders    Date: 12-16-05

**✳ WARNING ✳ IF YOU DO NOT MAKE YOUR SCHEDULED PAYMENTS ON TIME, THE TOTAL AMOUNT THAT YOU OWE WILL BECOME DUE AND A WARRANT SHALL BE ISSUED FOR YOUR ARREST FOR THE FULL AMOUNT OF COST CHARGED IN YOUR CASE(S), PLUS PENALTY FEES.**

Form 3907 (Rev. 9-04)

## ORDER OF THE COURT - RULE 8 HEARING

[prepare separate Rule 8 for each case]

**DEFENDANT'S NAME:** Charles Edmond Sanders    **CASE NO.:** CM-04-1187

[X] The Court has sentenced you to the custody of the Department of Corrections or the Tulsa County Jail and you are therefore ordered to report to the Cost Administrator on the 2nd floor of this building within two weeks of your release from the Department of Corrections, or immediately after your release from the Tulsa County Jail, to make payment arrangements on the costs and fines assessed to you today.

[ ] The Court finds you are able to pay and you agree to pay by installment payment the fines and costs assessed in this case. You are ordered to report immediately to the Cost Administrator on the 2nd floor of this building to make arrangements for installment payments of the costs and fines assessed in this case as shown below.

[ ] The Court orders you to perform _____ hours of community service in lieu of the fines and costs or in lieu of _____ assessed in this case as shown below. You are first ordered to report immediately to the Misdemeanant Work Program located in the basement of this building, Room B3 in the Court Services Office and secondly you are ordered to report to the Office of the Cost Administrator on the 2nd floor of this building. A review of your community service is set before this Court on: _____.

[ ] The Court has found you to be indigent and unable to pay the costs and fines assessed in this case and said monies are hereby ordered suspended. You are ordered to take this form immediately to the Cost Administrator on the 2nd floor of this building.

[ ] The Court finds you are able and agree to pay the fines and costs assessed in this case immediately and you are ordered to **report immediately to the Criminal/Traffic Division** on the 2nd floor of this building and to pay all costs and fines assessed in this case as shown below.

DISTRICT COURT
F I L E D
DEC 1 2005
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

**COUNT 1 :** (circle one) D.U.I.    Felony    (Misdemeanor)    Traffic    Charge amended to:_____
Deferred (date) _____ D.U.I. Program (date)_____ Suspended (_____ yrs) Dismissed cost to: State/Deft. (circle 1)
Fine $ 100    Victim's Compensation $ 50    Court Fund $ 125    Deferred Fee $_____
Drug Fund Fee $_____    Lab Fee $_____    D.A. Drug Fund $_____    P.S.I. Fee $_____
DNA Fee $_____ Incarceration Fee $_____ Restitution $_____ Other _____ $_____

**COUNT 2 :** (circle one) D.U.I.    Felony    (Misdemeanor)    Traffic    Charge amended to:_____
Deferred (date) _____ D.U.I. Program (date)_____ Suspended (_____ yrs) Dismissed cost to: State/Deft. (circle 1)
Fine $ 100    Victim's Compensation $ 50    Court Fund $ 50    Deferred Fee $_____
Drug Fund Fee $_____    Lab Fee $_____    D.A. Drug Fund $_____    P.S.I. Fee $_____
DNA Fee $_____ Incarceration Fee $_____ Restitution $_____ Other _____ $_____

**COUNT 3 :** (circle one) D.U.I.    Felony    Misdemeanor    Traffic    Charge amended to:_____
Deferred (date) _____ D.U.I. Program (date)_____ Suspended (_____ yrs) Dismissed cost to: State/Deft. (circle 1)
Fine $_____    Victim's Compensation $_____    Court Fund $_____    Deferred Fee $_____
Drug Fund Fee $_____    Lab Fee $_____    D.A. Drug Fund $_____    P.S.I. Fee $_____
DNA Fee $_____ Incarceration Fee $_____ Restitution $_____ Other _____ $_____

**COUNT 4 :** (circle one) D.U.I.    Felony    Misdemeanor    Traffic    Charge amended to:_____
Deferred (date) _____ D.U.I. Program (date)_____ Suspended (_____ yrs) Dismissed cost to: State/Deft. (circle 1)
Fine $_____    Victim's Compensation $_____    Court Fund $_____    Deferred Fee $_____
Drug Fund Fee $_____    Lab Fee $_____    D.A. Drug Fund $_____    P.S.I. Fee $_____
DNA Fee $_____ Incarceration Fee $_____ Restitution $_____ Other _____ $_____

**IF YOU FAIL TO PAY, APPEAR, OR REPORT AS ORDERED, A WARRANT WILL BE ISSUED FOR YOUR ARREST AND YOU MAY BE CONFINED IN THE TULSA COUNTY JAIL UNTIL THE BALANCE IS PAID IN FULL**

Dated this ___9TH___ day of ___DECEMBER___, 2005.    _____
                                                        Judge of the District Court of Tulsa County

I HAVE READ AND UNDERSTAND THIS ORDER:

_____          _____
Defendant's Signature                     Attorney's Signature

Form 3913 (Rev. 3-01)

J-17
R-2
9/28

## IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA, Plaintiff,

-vs-

Sanders, Charles, Defendant.

**DISTRICT COURT**
**FILED**

SEP 2 8 2005

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

Case No. CM04-1187
CM03-6603

Charge(s): _____

_____

Bond(s) Set:_____

_____

In Custody _____
Out on: Bond _____
Pretrial Release _____
Other _____

## PAUPER'S AFFIDAVIT

I, (Name) Sanders, Charles (Soc. Sec. #) ▮▮▮ 9539 Phone # 775-3093

(Address) ▮▮▮▮▮▮▮▮ Sallisaw, OK , upon oath,

do depose and state:

**I.** I talked to the following 3 lawyers about this case:

1. _____ None _____          Cost to represent me $_____
2. _____          Cost to represent me $_____
3. _____          Cost to represent me $_____

## II. PERSONS IN HOUSEHOLD

Is Person a Dependent

Spouse: _____          Yes ( ) No ( )
Children: _____          Yes ( ) No ( )
_____          Yes ( ) No ( )
Others: _____          Yes ( ) No ( )

_____ None _____

Are you claimed as a dependent by parent or guardian?    Yes ( )  No (✔)

If so, explain _____

_____

## III. FINANCIAL STATUS—ASSETS (Defendant or person(s) responsible for defendant's support):

A.    1. Cash on Hand: $ None

2. Bank Accounts:

| Bank Name & Address | Account # | Checking/Savings | $ Amount |
|---|---|---|---|
| None | | | |

3. Bonds & Securities:

| Description | Value |
|---|---|
| None | |

4. All Other Possessions of Value: (including tax refunds, notes, accts. receivable, etc.)

| Description | Value |
|---|---|
| None | |

B.    1. Current Employment: None

2. Earnings: _____

3. If not currently employed, last employment:
(Place & Date) BRB Construction / 2002

4. Supplemental Income: (V.A., Soc. Security, Disability, Child Support, etc.) None

5. Spouse's Current Employment: None

6. Spouse's Monthly Earnings: $ _____

Form 3719 (Rev. 1-01) Front

C. Home and Other Real Estate:

Real Property                          Value                    Balance Owed

_None_

D. Vehicle(s):

Description                            Value                    Balance Owed

_None_

E. Personal Property: (furniture, appliances, tools, equipment, etc.)

Items                                 Market Value             Balance Owed

_None_

F. Litigation you or your spouse have pending for recovery of money:

Case No.                              County

_None_

## IV. FINANCIAL STATUS—LIABILITIES

A. Charge or Open Accounts:

Description                           Balance

_None_

B. Housepayment or Rent:

Mortgagee/Landlord                    Monthly Payment

_DOC Custody_

If own, balance: _____

C. Child Support Obligations

Monthly Payment: _None_

D. Other Debts:

Creditor                             Balance

_None_

## V. OTHER

A. Have you transferred or sold any assets since charges were filed in this case?        Yes ( )  No (✓)

If so, describe the buyer and the amount received:

B. Have you retained counsel in this case or in any other pending criminal case?          Yes ( )  No (✓)

If so, state the case number, court, attorney and amount paid to attorney for services:

C. Amount of bond posted $ _6600.00_ . It was a: _Original Bond_

_____ Cash bond, where the entire bond amount was posted in cash.

___✓___ Surety bond, where a bondsperson posted the bond for me.

_____ Property bond, where someone put up their property.

If you have posted a cash or surety bond, who provided the funds for the bond? _Myself_

If you have posted a surety bond, how much was the bondsperson paid? $ _600.00_

D. Do you have any friends or relatives who are able and willing to assist you in hiring counsel and paying for transcripts? Yes ( ) No (✓)

If so, have those persons been asked to help? Yes ( ) No ( )

E. If a friend or relative has given previous financial assistance in this case, including the posting of bond, but is no longer able or willing to do so, an affidavit to that effect from that person shall be attached, stating why such help is no longer available.

**I further swear and affirm that I am without funds or other sources of income to pay an attorney or to pay for transcripts and costs associated with this case. I understand I am under a continuing obligation to keep this Court informed of any changes in my financial status and this Court may conduct another hearing to determine my indigent status at any time.**

Applicant's Signature

Subscribed and sworn to before me this _28_ day of _Sept_ 20 _05_.

State of Oklahoma
County of _Tulsa_          OR

_A.H. Hope_

Notary Public

My Commission Expires _10-8-07_

COURT CLERK

By: _____
                     Deputy

_____
Judge of The District Court

Form 3719 (Rev. 1-01 Back



SEP 2 7 2005    **ORIGINAL**

## IN THE DISTRICT COURT OF TULSA COUNTY, STATE OF OKLAHOMA

| | |
|---|---|
| State Of Oklahoma,<br><br>Plaintiff,<br><br>-vs-<br><br>CHARLES EDMOND SANDERS ,<br><br>Defendant,, | Case No. CM-2004-1187<br><br>Misdemeanor<br><br>**DISTRICT COURT**<br>**F I L E D**<br><br>SEP 2 8 2005<br><br>SALLY HOWE SMITH, COURT CLERK<br>STATE OF OKLA, TULSA COUNTY |

C 192059

## BENCH WARRANT ISSUED FAILED TO APPEAR
## BY ORDER OF THE HONORABLE MARK BARCUS

THE STATE OF OKLAHOMA, TO ANY SHERIFF OR PEACE OFFICER WITHIN THE STATE OF OKLAHOMA:

> You are commanded forthwith to arrest: **CHARLES EDMOND SANDERS , Defendant**

 ✓

**MARBLE CITY, OK    74945**

**SS.# 441709539, DL# NONE, DOB 01/11/1966**
**Sex: Male    Race: American Indian or Alaskan Native    Hair: Brown    Eyes: Brown    Weight: 170    Height: 509**

**Counts:**
**POSSESSION OF CONTROLLED DRUG**                    **$15,000.00**
**POSSESSION OF PARAPHERNALIA**                       **$15,000.00**

**Comment: BRING DEFENDANT TO ARRAIGNMENT, ROOM 173, 9:30 AM.**

and bring him/her before the court or if the court is adjourned or is not in session that you retain him/her in your custody or deliver him/her to the lawful custodian inmates of the **Tulsa County** Jail subject to the further order of this court.

Given under my hand and the seal of said court affixed this the ___5___ day of ___April___, 20 _04_.

SALLY HOWE SMITH , Clerk of Court

By:_____
Deputy Court Clerk

## OFFICER'S RETURN OF SERVICE

Received this writ this _26_ day of ___07___, _05_, at _1500_ o'clock ___.M. and served the same by taking the above named person into custody on the _26_ day of ___07___, _05_, and delivering the person to the judge named.

| | | | |
|---|---|---|---|
| Serving Warrant | $_____ | _____ | , Sheriff |
| Copy | $_____ | _____ | County, Oklahoma |
| Mileage | | | |
| (___ Miles @_____ per mile) | $_____ | By: _C. R. HAYWOOD  TPD  01612_ | |
| Total | | Deputy _OFFICER_  CJC | |

DAVID L. MOSS CJC
TULSA COUNTY, OKLAHOMA
AGENT

CASE No: CM-2004-1187
misdemenor

Your Honor;

DISTRICT COURT  6-17-04
FILED  Thursday
JUL 1 5 2004
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

Judge, BaRcus

I'm writing you on the Behalf of That I Recived from Your courts on CASE; NO CM-2004-1187 A Bench Warrant; which I was Suppost to Appear before you on April 5-2004 which I fail to do, I was and Still Are Detained in The Sequohah Co. Jail, and I'm Praying that I Get out within The Next 3 weeks, so Your; Honor I Hope & Pray that you will Lift the Warrant, and I Give you my word That I will Report to you within 24 Hours After my Release Thank you for Taking the Time out of your Busy Schedule, to Read This

Respectfully

Charles E. Sanders

Seq Co. Jail
119 S B. OAK ST
Sallisaw, Okla

**DISTRICT COURT**
**F I L E D**

IN AND FOR THE DISTRICT COURT OF TULSA COUNTY MAY 1 1 2004
STATE OF OKLAHOMA

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

State Of Oklahoma,

Plaintiff,

-vs-                                                     Case No. _CM-2004-1187_

_Charles E Sanders_ ,                                       2 Counts

Defendant,

## BONDSMAN'S NOTICE[1]

**DEFENDANT RETURNED TO TULSA COUNTY CUSTODY PRIOR TO BREACH OF UNDERTAKING** - Comes now the undersigned bondsman, surety, or agent thereof, and respectfully represents to the Court that the defendant in the above styled and numbered case(s) was surrendered to custody of the Tulsa County Jail on the _____ day of _____, _____ , for the following reason(s):_____

_____I hereby request the Court Clerk to enter a minute to the case exonerating the bond pursuant to Title 59 § 1327 (A).

**DEFENDANT RETURNED TO CUSTODY AFTER FORFEITURE** - Comes now the undersigned bondsman, surety, or agent thereof, and respectfully represents to the Court that the defendant in the above styled and numbered case(s) was returned to the custody of _Sequoyah_ County, OK. on the _28th_ day of _April_ ,_2004_ , within the 90 day statutory time period. A Tulsa County hold _X_ has _____has not been placed on the defendant for this case. I hereby request the Court Clerk to enter a minute to the case vacating the forfeiture and exonerating the bond pursuant to Title 59 § 1332 (C).

See Attached Hold

Dated this the _11th_ day of _____May_____, _2004_ .

_____ 583-8000
Bondsman/Surety/Agent (signature and phone number)

### (ADVISORY TO SURETY)

If a defendant is in custody of a county - other than Tulsa County - only a Judge can exonerate the bond prior to breach. You may request the Court to issue a bench warrant for cause to be used as a 'hold' against the defendant in the custodial county. You should also advise the District Attorney.

After forfeiture if a defendant is returned to custody outside the State of Oklahoma, only a Judge can authorize a minute or order vacating the forfeiture. Although Judges' requirements will vary, most require a Motion to Vacate the Bond Forfeiture, verification that a Tulsa County hold has been placed, proof that transportation costs have been paid, and approval from the Office of the District Attorney.

---

[1] Please attach a copy of the body slip, the jail's verification of recommitment or return to custody, or hold confirmation.

SALS

MSG NR: 00022963    ORI: OK0720501    DATE: 20040428

TO:   SEQUOYAH CO

REF: SANDERS, CHARLES EDMOND 19660111

PLEASE PLACE A HOLD ON THIS SUBJECT WARR CM04-1187 FOR POSS CD AND
PARA. WE WILL EXTRADITE. PLEASE CONFIRM HOLD IN RETURN TTY.
ALL HELP APPRECIATEDF

AUTH: TAPPER
FROM: TCSO    OPR: WHEELER    11:51


MESSAGE ACCEPTED - TCAD 00100 AT 11:52  04/28/2004
056750

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

Case No. <u>C M-04-01187</u>
<u>AMENDED</u>
Misdemeanor Information

THE STATE OF OKLAHOMA,

Plaintiff,

Vs.

CHARLES EDMOND SANDERS
A/K/A DOTSON, WALTER TIMOTHY
A/K/A MORK, CHARLES E
A/K/A SANDERS, MONK
A/K/A SANDERS, MORK
A/K/A SANDERS, CHARLES ROBERT
A/K/A SANDERS, CHARLES MONK

Defendant(s).



APR 0 7 2004



**BE IT REMEMBERED:**

That **TIM HARRIS**, the duly elected and qualified **District Attorney for Tulsa County, Oklahoma**, who prosecutes in the name and by the authority of **The State of Oklahoma**, comes now into the District Court of Tulsa County, State of Oklahoma, and gives the Court to understand and be informed that:

**(Count 01)**
**63-0002-0402 (B2)**

**CHARLES EDMOND SANDERS**, on or about 02-15-04, in Tulsa County, State of Oklahoma and within the jurisdiction of this Court, did commit the crime of **UNLAWFUL POSSESSION OF CONTROLLED DRUG**, a misdemeanor, by unlawfully, knowingly and intentionally, have in his possession and under his control Loritab said drug being classified as controlled dangerous substance in Schedule I of the Uniform Controlled Dangerous Substances Act of this State,

**(Count 02)**
**63-0002-0405 (0B)**

**CHARLES EDMOND SANDERS**, on or about 02-15-04, in Tulsa County, State of Oklahoma and within the jurisdiction of this Court, did commit the crime of **UNLAWFUL POSSESSION OF PARAPHERNALIA**, a misdemeanor, by unlawfully, willfully and wrongfully have in his possession and under his immediate control certain paraphernalia, to-wit: a syringe and a pipe used by abusers of drugs classified as controlled dangerous substances under the Uniform Controlled Dangerous Substances Act of this State, and for the purpose and with the unlawful intent to administer such controlled dangerous substances without having any medical or other lawful need requiring possession of said paraphernalia,

contrary to the form of the statutes in such cases made and provided, and against the peace and dignity of the State. I have examined the facts in this case and recommend that a warrant do issue.



**TIM HARRIS**, District Attorney

By_____

Assistant

STATE OF OKLAHOMA, ss.
COUNTY OF TULSA,

I, _____, being duly sworn on oath, say that the statements set forth in the above information are true.

Subscribed and sworn to me this _____ day of _April_____ , 20 _0 4_

**SALLY HOWE SMITH,** Court Clerk

By_____

Deputy

**NAMES OF WITNESS(ES):**

| | | | |
|---|---|---|---|
| PAUL SCHROEDER S1199 | TULSA POLICE DEPT. 600 CIVIC CENTER | TULSA | OK 74103 |
| DAVID DERBY D8807 | TULSA POLICE DEPT. 600 CIVIC CENTER | TULSA | OK 74103 |
| PHIL CERVANTES | TULSA CO. SHERIFFS OFF. 500 S. DENVER | TULSA | OK 74103 |
| L HILL | TULSA CO. SHERIFFS OFF. 500 S. DENVER | TULSA | OK 74103 |
| MATT FLEENOR | TULSA CO. SHERIFFS OFF. 500 S. DENVER | TULSA | OK 74103 |



Attorney: TP / /                                          Case No. C M-04-01187
Secretary: NCF

Description of Defendant(s)

NAME: CHARLES EDMOND SANDERS
ADDR ███████ MARBLE CITY, OK 74945
DESC: IN M, 5 09, 170#, HAIR=BRO, EYES=BRO    DOB: ███-66
DA HISTORY NO: 062062    SSN: ███9539    DL:
REMARK: 441709530
A/K/A DOTSON, WALTER TIMOTHY, MORK, CHARLES E, SANDERS, MONK, SANDERS,
MORK, SANDERS, CHARLES ROBERT, SANDERS, CHARLES MONK

ORIGINAL

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

Case No. **CM 2004 1187**

Misdemeanor Information

THE STATE OF OKLAHOMA,

Plaintiff,

Vs.

**DISTRICT COURT**
**FILED**

**CHARLES EDMOND SANDERS**
 A/K/A DOTSON, WALTER TIMOTHY    FEB 2 6 2004
 A/K/A MORK, CHARLES E
 A/K/A SANDERS, MONK          SALLY HOWE SMITH, COURT CLERK
 A/K/A SANDERS, MORK          STATE OF OKLA. TULSA COUNTY
 A/K/A SANDERS, CHARLES ROBERT
 A/K/A SANDERS, CHARLES MONK

Defendant(s).

**BE IT REMEMBERED:**

That **TIM HARRIS**, the duly elected and qualified **District Attorney for Tulsa County, Oklahoma,** who prosecutes in the name and by the authority of **The State of Oklahoma,** comes now into the District Court of Tulsa County, State of Oklahoma, and gives the Court to understand and be informed that:

**(Count 01)**
**63-0002-0402 (B2)**

**CHARLES EDMOND SANDERS**, on or about 02-15-04, in Tulsa County, State of Oklahoma and within the jurisdiction of this Court, did commit the crime of **UNLAWFUL POSSESSION OF CONTROLLED DRUG**, a misdemeanor, by unlawfully, knowingly and intentionally, have in his possession and under his control Loritab said drug being classified as controlled dangerous substance in Schedule III of the Uniform Controlled Dangerous Substances Act of this State,

**(Count 02)**
**63-0002-0405 (0B)**

**CHARLES EDMOND SANDERS**, on or about 02-15-04, in Tulsa County, State of Oklahoma and within the jurisdiction of this Court, did commit the crime of **UNLAWFUL POSSESSION OF PARAPHERNALIA**, a misdemeanor, by unlawfully, willfully and wrongfully have in his possession and under his immediate control certain paraphernalia, to-wit:  a syringe and a pipe used by abusers of drugs classified as controlled dangerous substances under the Uniform Controlled Dangerous Substances Act of this State, and for the purpose and with the unlawful intent to administer such controlled dangerous substances without having any medical or other lawful need requiring possession of said paraphernalia,

contrary to the form of the statutes in such cases made and provided, and against the peace and dignity of the State.  I have examined the facts in this case and recommend that a warrant do issue.

**TIM HARRIS,** District Attorney

By_____

Assistant

STATE OF OKLAHOMA, ss.
COUNTY OF TULSA,

I, _____, being duly sworn on oath, say that the statements set forth in
the above information are true.

_____

Subscribed and sworn to me this _____ day of _____, 20_____

**SALLY HOWE SMITH,** Court Clerk

By_____

Deputy

## NAMES OF WITNESS(ES):

| | | | |
|---|---|---|---|
| PAUL SCHROEDER S1199 | TULSA POLICE DEPT.<br>600 CIVIC CENTER | TULSA | OK 74103 |
| DAVID DERBY D8807 | TULSA POLICE DEPT.<br>600 CIVIC CENTER | TULSA | OK 74103 |
| PHIL CERVANTES | TULSA CO. SHERIFFS OFF.<br>500 S. DENVER | TULSA | OK 74103 |
| L HILL | TULSA CO. SHERIFFS OFF.<br>500 S. DENVER | TULSA | OK 74103 |
| MATT FLEENOR | TULSA CO. SHERIFFS OFF.<br>500 S. DENVER | TULSA | OK 74103 |

Attorney: TP / /                                    Case No. _____
Secretary: NCF                                      DA Temp. No. CRM-04-BZ059

Description of Defendant(s)

NAME: CHARLES EDMOND SANDERS
ADDR: ████████ MARBLE CITY, OK  74945
DESC: IN  M, 5 09, 170#, HAIR=BRO, EYES=BRO    DOB: ████ -66
DA HISTORY NO: 062062    SSN: ████ -9539    DL:
REMARK: 441709530
A/K/A DOTSON, WALTER TIMOTHY, MORK, CHARLES E, SANDERS, MONK, SANDERS,
MORK, SANDERS, CHARLES ROBERT, SANDERS, CHARLES MONK

ORIGINAL

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

DISTRICT COURT
**F I L E D**
APR 0 6 2004
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

| State of Oklahoma, | |
|---|---|
| vs. | Case No. **CM-04-1187** |
| | Count No. 1,2 |
| Sanders, Charles Edmond | |

## ORDER AND JUDGMENT OF FORFEITURE

On **APRIL 5, 2004** the above cause came on for hearing, according to the regular assignment of the docket of this Court. The Court finds that the above named defendant having heretofore been charged with the crime of: **CT. 1 POSS OF CONTROLLED DRUG; CT 2.POSS. PARAPH** having been committed to bail in the amount shown below and released on an appearance bond executed by the bondsman, and if applicable his insurer, as shown below:

Ct 1  $5,000.00  michelle Beavers, Karen Ringgold  11575
Ct 2  $250.00    "                  "           11576

Said bond conditioned as provided by law for the appearance of the defendant before this Court as required, and the Court having ordered the defendant to appear on **APRL 5, , 2004** and the defendant, being called three times in open court - without sufficient excuse - failed to appear before the Court as ordered - or - departed there from without leave from the Court. The Court further finds that said bondsman had due and legal notice as provided by law of the required appearance of said defendant. The court further finds that the conditions of said appearance bond have been broken by both the defendant and the bondsman, and that an Order and Judgment of Forfeiture should be entered.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the appearance bond of said defendant be, and the same is hereby declared and is ordered forfeited to the State of Oklahoma, and the amount of said bond is ordered paid to the Clerk of the Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court Clerk shall immediately mail a copy of this Order and Judgment of Forfeiture to the bondsman, and, if applicable, his or her insurer. The bondsman is hereby directed to deposit with the Court Clerk, the face amount of the forfeited bond, as shown above. Such deposit to be made within ninety-one (91) days from receipt of this Order and Judgment of Forfeiture or from the mailing of this notice if no receipt is made.

Witness my hand this **5TH** day of **April, 2004.**

**JUDGE MARK BARCUS**

### CERTIFICATE OF MAILING

I, Sally Howe Smith, District Court Clerk, for Tulsa County, Oklahoma, do certify that I mailed a true and correct copy of this Order and Judgment of Forfeiture to the above named bondsman and, if applicable, his or her insurer to the last known address of each, by certified mail with return receipt requested this ___6___ day of _____April_____, 2004.

SALLY HOWE SMITH, Tulsa County District Court Clerk

By: _____Ima Kennedy_____

  

2/13/72

**PAYMENT PLAN AGREEMENT**

DISTRICT COURT
**F I L E D**

APR 0 5 2004

**TULSA COUNTY COURT COST ADMINISTRATION**

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

NAME: Bryan Patrick Thurman

SOCIAL SECURITY NO.: ████████ 1217

ADDRESS: ████████████████████

Tulsa, ████ 74127

TELEPHONE: 282 0775

EMPLOYER: BA lawn's landscape

TELEPHONE: 625 1539

CASE NO. CF 0278        $ 303.50
☆ TR03 21344    $ 70.00
CM04 1181     $ 582.00
TR04 41657    $ 238.00
TR04 41650    $ 158.00
$ _____

GRAND TOTAL    $ 1301.50

$ _____is to be paid on or before _____

D.U.I program cases: be prepared to pay $ _____ after court on _____.

The first payment of $ 100.00 is due on 4/31/04, then 5 payments of $ 100.00 are to be paid on or before the 31st day of each month with the final payment of $ 701.50 being due on 9/31/04.

You are to return to Cost Administration for review on 9/31/04.

Work hours were assigned in lieu of costs and fine. Completion date: _____.

➤ All payments are made in the Criminal/Traffic Division located on the second floor of the County Courthouse in the Court Clerk's Office. Office hours are 8:30 a.m. to 5:00 p.m. **If paying in person bring this payment plan with you.**

➤ If paying by mail, enclose a stamped self addressed envelope if you want your receipt mailed back to you. **Put your case number on your check or money order.** Write *court cost* on your payment. Make payable to, and mail to: Sally Howe Smith, Court Clerk, Criminal/Traffic Division, Tulsa County Courthouse, 500 South Denver, Tulsa, Oklahoma 74103-3844. Allow 7 days for delivery.

➤ Payments can be made by cash, check, money order, or cashier's check.
  • Do **not** send cash through the mail
  • Bad checks will be prosecuted to the fullest extent of the law

➤ All payments must be received in the Office of the Court Clerk on or before the due date to avoid penalties. If you cannot make your payment on time you must appear *in person* before the Cost Administrator on your due date.

I have read and have agreed to the foregoing payment schedule. I understand I am under an order of the Court to comply and that if I fail to do so, I will face additional penalties and possible imprisonment.

Defendant's signature: _____    Date: 3/31/04

**✳ WARNING ✳ IF YOU DO NOT MAKE YOUR SCHEDULED PAYMENTS ON TIME, THE TOTAL AMOUNT THAT YOU OWE WILL BECOME DUE AND A WARRANT CAN BE ISSUED FOR YOUR ARREST FOR THE FULL AMOUNT OF COST CHARGED IN YOUR CASE(S), PLUS PENALTY FEES.**

Form 3907 (Rev. 4-97)

# ORDER OF RELEASE FROM CUSTODY

FEB 1 7 2004

TO THE SHERIFF OF TULSA COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order:

Last name, first, middle, suffix (please print) (show alias')

Sanders          Charles     E.     CM-04-1187

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE/CLARIFICATION OF COUNTS |
|---|---|---|
| nc | Bond | Poss para |
| | | Obst /interfere w Police off |
| | | Poss CD AFCF |
| DISTRICT COURT FILED MAR 2 5 2004 SALLY HOWE SMITH, COURT CLERK STATE OF OKLA. TULSA COUNTY | | |

❑ **ELECTRONIC MONITOR REQUIRED BEFORE RELEASE**

In and for the District Court of Tulsa County, State of Oklahoma, witness my hand this the ___16___ day of ___2___ , 20 __04__.

ANN THOMPSON, MUNICIPAL COURT CLERK FOR
SALLY HOWE SMITH, DISTRICT COURT CLERK
TULSA COUNTY, OKLAHOMA

Division/Court _____

By: _____
Deputy Court Clerk
(Court Seal)

Received by: _____
Deputy Sheriff

Received by: _____
C.C.A.

Form 4679 (Rev. 9-01)

# TRACIS 38

TULSA REGIONAL AUTOMATED CRIMINAL INFORMATION SYSTEM
STANDARDIZED REPORTING FORMAT

**TULSA COUNTY SHERIFF**
**ARREST AND BOOKING DATA**

**INCIDENT NUMBER**

CM041187

| PAGE | OF |
|------|-----|

**MUG & PRINT**

☐ PARTIAL ☐ COMPLETE    PHOTO TO _____    TCSO NUMBER _____    COURT DATE _____    DIVISION _____

☐ FEDERAL DISTRICT ☑ TULSA DISTRICT ☐ NCIC CHECKED ☐ MUNICIPAL ☐ HOLD FOR _____    ☐ JUV ☐ R.O.P.

**LOCATION OF ARREST** ▓▓▓▓▓

**LOCATION OF OCCURRENCE** ▓▓▓▓▓

| OCCURRED | MO | DATE | YR | DAY | TIME | ARRESTED | MO | DATE | YR | DAY | TIME | BOOKED | MO | DATE | YR | DAY | TIME |
|----------|-----|------|-----|-----|------|----------|-----|------|-----|-----|------|--------|-----|------|-----|-----|------|
|          | 2 | 15 | 04 | SUN | 1915 |          | 2 | 15 | 04 | SUN | 1930 |        | 02 | 15 | 04 | Sun | 2101 |

| TPD/PID | SUSPECT NAME (LAST, FIRST, MIDDLE) | AKA | HGT | WGT | HAIR | EYES | SKIN | RACE | SEX |
|---------|-----------------------------------|-----|-----|-----|------|------|------|------|-----|
|         | SANDers, Charles |  | 59 | 170 | Bro | Bro | M | W | N |

| STREET ADDRESS, CITY, STATE ▓▓▓▓▓ | ZIP CODE | AGE | DOB | SOCIAL SECURITY NUMBER |
|-----------------------------------|----------|-----|-----|------------------------|
|                                   | 74945 | 38 | ▓▓-66 | ▓▓▓ 953 |

| EMPLOYER/SCHOOL | HOME PHONE | DRIVER'S LICENSE NUM | ST | CLASS | END |
|-----------------|------------|----------------------|-----|-------|-----|
|                 | 918 775 3092 |                    |     |       |     |

| EMPLOYER ADDRESS | BUSINESS PHONE | OSBI NUMBER | FBI NUMBER |
|------------------|----------------|-------------|------------|

| NEXT OF KIN | ADDRESS | PHONE | RELATIONSHIP |
|-------------|---------|-------|--------------|
| Evelyn Sanders | Same | Same | mom |

PERSONAL ODDITIES

TATTOOS R-chest

CLOTHING Stripe shirt    Jeans cap

WARNING INDICATORS meth user

| VEHICLE | DISPOSITION/HOLD | VIN | TAG YR | TAG STATE | TAG NUMBER |
|---------|------------------|-----|--------|-----------|------------|

| VEH YR | VEH MAKE | VEH MODEL | VEH STYLE | COLOR TOP/BOTTOM | MISC IDENTIFIERS |
|--------|----------|-----------|-----------|------------------|------------------|

| ARRESTING OFFICER | ID NUM | DIV | AGENCY | BACKING OFFICER | ID NUM | DIV | AGENCY | JAIL INTAKE | ID NUM |
|-------------------|--------|-----|--------|-----------------|--------|-----|--------|-------------|--------|
| P. Hunter | (356) |  | TCSO |  |  |  |  | Nichols |  |

| FED STA MUN | FEL MISD | CRIME DESCRIPTION | TITLE | SECT | PARA | DATE OF OFFENSE | WARRANT NUMBER | ORI | BOND | O.R. | UCR |
|-------------|----------|-------------------|-------|------|------|-----------------|----------------|-----|------|------|-----|
| S | M | Poss Drug Paraphenalia |  |  |  | 2-15-04 |  |  | $250.00 |  |  |
| S | M | Obstructing |  |  |  | 2-15-04 |  |  | $500.00 |  |  |
|   |   | All AFCT |  |  |  |  |  |  |  |  |  |
| S | F | Poss, controlled Drug |  |  |  | 63 4201 |  |  | $5,000.00 |  |  |

**DISTRICT COURT**
**F I L E D**

1105965

MAR 16 2004

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

065857

2004

| FORCE LEVEL: | ☐ NONE | ☐ MINIMAL | ☐ DEFENSIVE | ☐ DEADLY | INJURED: | ☐ | ARREST DOCKET NUMBER |
|--------------|--------|-----------|-------------|----------|----------|---|----------------------|

DOCUMENT:

| BREATHALYZER OPERATOR/ID NUM/AGENCY | BREATHALYZER SUPERVISOR/ID NUM/AGENCY | TEST RESULTS |
|-------------------------------------|----------------------------------------|--------------|
|                                     |                                        | 0.       % |

MEDICAL PROBLEMS

| PROPERTY RECEIPT | VCR TAPE | PHOTO NUM | LATENT NUM |
|------------------|----------|-----------|------------|

| CONNECTED: | SUSPECTS | VICTIM | ASSOCIATES | WILL SIGN CITY INFORMATION |
|------------|----------|--------|------------|----------------------------|

RIGHT INDEX

Form 3771 (Rev. 8-99) Front

No Expiration Date

Amount — (Unlimited)

# POWER OF ATTORNEY
## Karen B. Ringgold

N**o** 11575

## KNOW ALL MEN BY THESE PRESENTS:

That I, Karen B. Ringgold, of Tulsa, Tulsa County, State of Oklahoma, have made and constituted and appointed by these presents do make, constitute and appoint the below named agent, my true and lawful attorney, for me and in my name, place and stead, and to my use, as my employee and agent to write professional bonds, to sign my name, by him, in the execution of any and all bonds made as my agent, giving my said attorney full power to do everything whatsoever requisite and necessary to be done in the premises as fully as I could do if personally present, hereby ratifying and confirming all that my said attorney shall lawfully do, or cause to be done, by virtue hereof. All this provided this Power-Of-Attorney is filed with the bond and retained as part of the court records, that said Attorney-In-Fact is hereby authorized to insert in this Power-Of-Attorney the name of the person on whose behalf this bond is given.

IN WITNESS THEREOF, Karen B. Ringgold has caused these presents to be signed by its duly authorized officer, proper for the purpose this _____ 16 _____ day of __ February __, 20 __ 04 ___.

_Karen B. Ringgold_
Karen B. Ringgold
Professional Bondsman

Bond Amount $ _5,000.00_ _____ Appearance Date _3-8-04  9:30 Rm. 173_ ___

Defendant _Charles Edmond Sanders_ _____

Court _District_ _____ City _Tulsa_ _____ State _OK_ _____

Offense _Poss. C/D AFCF_ _____ Case # _NF_ _____

Executing Agent _____

_____

Attach rider if needed for land description.

| | |
|---|---|
| Less encumbrances | $ _____ |
| Market value | $ _____ |

I further swear that there are no delinquent taxes on said real property, except years: _____

Total  $ _____

and that said property is not scheduled on any other bond except _____

Amount $ _____

This instrument is sworn to and acknowledged for the purpose of the approval of the bond to which it is attached, and for the purpose of impressing a lien on the above described property, (59 OS 1321-1324)

_____
Surety

_____
Surety-Bondsman

## WAIVER OF HOMESTEAD EXEMPTION

_____ and _____ husband and wife, do hereby waive our homestead exemption in and to the real property described in the within and foregoing instrument.

_____

_____

## ACKNOWLEDGEMENT

STATE OF OKLAHOMA, COUNTY OF TULSA, SS

Before me, a deputy district court clerk, in and for said county and state, on this day personally appeared each of the above named, to me known to be the identical persons who executed the within and foregoing instrument, and acknowledged to me that he/they executed the same as his/their free and voluntary act and deed for the uses and purposes therein set forth. The said bondsman surety subscribed this instrument and swore to his qualifications before me the day last written, and in consideration thereof I have approved the bond to which this acknowledgement is attached.

Dated at Tulsa, Oklahoma, this _____ day of _____, _____.

ANN THOMPSON, MUNICIPAL COURT CLERK

By _____

Form 29 (Rev. 3-00) Back

Deputy Court Clerk

No Expiration Date
Amount — (Unlimited)

## POWER OF ATTORNEY
### Karen B. Ringgold

N⁰  11576

**KNOW ALL MEN BY THESE PRESENTS:**

That I, Karen B. Ringgold, of Tulsa, Tulsa County, State of Oklahoma, have made and constituted and appointed by these presents do make, constitute and appoint the below named agent, my true and lawful attorney, for me and in my name, place and stead, and to my use, as my employee and agent to write professional bonds, to sign my name, by him, in the execution of any and all bonds made as my agent, giving my said attorney full power to do everything whatsoever requisite and necessary to be done in the premises as fully as I could do if personally present, hereby ratifying and confirming all that my said attorney shall lawfully do, or cause to be done, by virtue hereof. All this provided this Power-Of-Attorney is filed with the bond and retained as part of the court records, that said Attorney-In-Fact is hereby authorized to insert in this Power-Of-Attorney the name of the person on whose behalf this bond is given.

**IN WITNESS THEREOF,** Karen B. Ringgold has caused these presents to be signed by its duly authorized officer, proper for the purpose this _____16_____ day of _____Februa_____, 20_04_____.

_Karen B. Ringgold_
Karen B. Ringgold
Professional Bondsman

Bond Amount $ _250.⁰⁰_       Appearance Date _3·8·04  9:30 RM·173_

Defendant _Charles Edmond Saunders_

Court _District_   City _Tulsa_   State _OIC_

Offense _Possession Paraphernalia_  Case # _NF_

Executing Agent _____

Attach rider if needed for land description.

Less encumbrances        $ _____

Market value        $ _____

I further swear that there are no delinquent taxes on said real property, except years: _____

Total  $ _____

and that said property is not scheduled on any other bond except _____

Amount $ _____

This instrument is sworn to and acknowledged for the purpose of the approval of the bond to which it is attached, and for the purpose of impressing a lien on the above described property, (59 OS 1321-1324)

_____
Surety

_____
Surety-Bondsman

### WAIVER OF HOMESTEAD EXEMPTION

_____ and _____ husband and wife,

do hereby waive our homestead exemption in and to the real property described in the within and foregoing instrument.

_____

_____

### ACKNOWLEDGEMENT

STATE OF OKLAHOMA, COUNTY OF TULSA, SS

Before me, a deputy district court clerk, in and for said county and state, on this day personally appeared each of the above named, to me known to be the identical persons who executed the within and foregoing instrument, and acknowledged to me that he/they executed the same as his/their free and voluntary act and deed for the uses and purposes therein set forth. The said bondsman surety subscribed this instrument and swore to his qualifications before me the day last written, and in consideration thereof I have approved the bond to which this acknowledgement is attached.

Dated at Tulsa, Oklahoma, this _____ day of _____, _____.

ANN THOMPSON, MUNICIPAL COURT CLERK

By  _____

Form 29 (Rev. 3-00) Back

Deputy Court Clerk