**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

———————————

**REDACTED EXHIBIT 187**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

———————————

## Form 1 (Ct. III)

CM-00-389

OKLAHOMA DEPARTMENT OF PUBLIC SAFETY — Ct. III
OKLAHOMA UNIFORM VIOLATIONS COMPLAINT

NAME:

Case No. _____ Docket No. _____ Page No. _____
State of Oklahoma
County of SEQUOYAH } ss  In The District Court
COMPLAINT-INFORMATION    DPS  C834879
The undersigned, being duly sworn, upon his oath deposes and says that:

| on or about (date) | at (24 hour time) | | at or near (location) | |
|---|---|---|---|---|
| 05-20-00 | 1140 | C/R 1/2 S | BRUSHY | ART RD |
| County Number 68 | East Control-Int. | | North Location | |

within the city, county and state aforesaid:

Name (last, first, middle)    Phone Number
SANDERS CHARLES EDMOND    NONE
Address ███████████

City SALLISAW    State OK    Zip Code 74955

| Birthdate (mo., day, yr.) | Height | Weight | Race | Sex | Class | Endorsements |
|---|---|---|---|---|---|---|
| ██-66 | 510 | 170 | W | M | D | |

Driver License Number 441 709539    Month/Year 11-00    State OR

Employer NONE    Did Unlawfully    Operate ☑ Park ☐

| Vehicle-Make | Year | Body Style-Color | Tag Number | Year | State |
|---|---|---|---|---|---|
| FORD | 80 | PU BLK | MNK 9551 | 00 | NC |

Commercial Motor Vehicle Y☐ N☑  ☐ Haz. Mat. Placard  ACCIDENT: ☐ PD ☐ PI ☐ FATALITY

and did then and there commit the following offense:

SPEEDING _____ MPH in _____ MPH Zone    Pace ☐ Radar ☐ Plane ☐ Other ☐
Other Violation: RESISTING ARREST

Contrary to Title 21 Section 268    Oklahoma Statutes

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

_____ 05-24-00 _____ Badge No. 356 Troop C
Signature of Officer    Date

Sworn to and subscribed before me this _____ day of _____, 19 _____
_____ Name and Title    My Commission Expires _____

Court Appearance: _____ day of _____, 19 ___, at ___ M    (DPS USE) MS0
Address of Court _____

NOTICE: Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.

WITHOUT ADMITTING GUILT, I promise to appear in said court at said time and place.

X Signature: JAIL
(CHECK ONLY ONE BOX)

| Signed Personal Recognizance ☐ | Bond Attached ☐ | | Magistrate ☐ | Jail ☑ | Other ☐ |

☐ Share the RD    Name of Parent or Guardian _____
☐ Juvenile    Address _____
Officer's Remarks: _____

DPS C834879

## Form 2 (Ct. I)

CM-00-389

OKLAHOMA DEPARTMENT OF PUBLIC SAFETY — Ct. I
OKLAHOMA UNIFORM VIOLATIONS COMPLAINT

NAME:

Case No. _____ Docket No. _____ Page No. _____
State of Oklahoma
County of SEQUOYAH } ss  In The District Court
COMPLAINT-INFORMATION    DPS  C834878
The undersigned, being duly sworn, upon his oath deposes and says that:

| on or about (date) | at (24 hour time) | | at or near (location) | |
|---|---|---|---|---|
| 05-20-00 | 1140 | C/R 1/2 S | BRUSHY ART RD | |
| County Number 68 | East Control-Int. | | North Location | |

within the city, county and state aforesaid:

Name (last, first, middle)    Phone Number
SANDERS CHARLES EDMOND    NONE
Address ███████████

City SALLISAW    State OK    Zip Code 74955

| Birthdate (mo., day, yr.) | Height | Weight | Race | Sex | Class | Endorsements |
|---|---|---|---|---|---|---|
| ██-66 | 510 | 170 | W | M | D | |

Driver License Number 441 709539    Month/Year 11-00    State OK

Employer NONE    Did Unlawfully    Operate ☑ Park ☐

| Vehicle-Make | Year | Body Style-Color | Tag Number | Year | State |
|---|---|---|---|---|---|
| FORD | 80 | PU BLK | MNK 9551 | 00 | NC |

Commercial Motor Vehicle Y☐ N☑  ☐ Haz. Mat. Placard  ACCIDENT: ☐ PD ☐ PI ☐ FATALITY

and did then and there commit the following offense:

SPEEDING _____ MPH in _____ MPH Zone    Pace ☐ Radar ☐ Plane ☐ Other ☐
Other Violation: ATTEMPTING TO ELUDE AN OFFICER

Contrary to Title 21 Section 540 A    Oklahoma Statutes

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

_____ 05-24-00 _____ Badge No. 356 Troop C
Signature of Officer    Date

Sworn to and subscribed before me this _____ day of _____, 19 _____
_____ Name and Title    My Commission Expires _____

Court Appearance: _____ day of _____, 19 ___, at ___ M    (DPS USE)
Address of Court _____

NOTICE: Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.

WITHOUT ADMITTING GUILT, I promise to appear in said court at said time and place.

X Signature: JAIL
(CHECK ONLY ONE BOX)

| Signed Personal Recognizance ☐ | Bond Attached ☐ | | Magistrate ☐ | Jail ☑ | Other ☐ |

☐ Share the RD    Name of Parent or Guardian _____
☐ Juvenile    Address _____
Officer's Remarks: _____

DPS C834878

## Form 3 (Ct. II)

CM-00-389

OKLAHOMA DEPARTMENT OF PUBLIC SAFETY — Ct. II
OKLAHOMA UNIFORM VIOLATIONS COMPLAINT

NAME:

Case No. _____ Docket No. _____ Page No. _____
State of Oklahoma
County of SEQUOYAH } ss  In The District Court
COMPLAINT-INFORMATION    DPS  C834880
The undersigned, being duly sworn, upon his oath deposes and says that:

| on or about (date) | at (24 hour time) | | at or near (location) | |
|---|---|---|---|---|
| 05-20-00 | 1140 | C/R 1/2 S | BRUSHY ART RD | |
| County Number 68 | East Control-Int. | | North Location | |

within the city, county and state aforesaid:

Name (last, first, middle)    Phone Number
SANDERS CHARLES EDMOND    NONE
Address ███████████

City SALLISAW    State OK    Zip Code 74955

| Birthdate (mo., day, yr.) | Height | Weight | Race | Sex | Class | Endorsements |
|---|---|---|---|---|---|---|
| ██-66 | 510 | 170 | W | M | D | |

Driver License Number 441 709539    Month/Year 11-00    State OK

Employer NONE    Did Unlawfully    Operate ☑ Park ☐

| Vehicle-Make | Year | Body Style-Color | Tag Number | Year | State |
|---|---|---|---|---|---|
| FORD | 80 | PU BLK | MNK 9551 | 00 | NC |

Commercial Motor Vehicle Y☐ N☑  ☐ Haz. Mat. Placard  ACCIDENT: ☐ PD ☐ PI ☐ FATALITY

and did then and there commit the following offense:

SPEEDING _____ MPH in _____ MPH Zone    Pace ☐ Radar ☐ Plane ☐ Other ☐
Other Violation: AFFIX UNAUTHORIZED LICENSE PLATE TO VEHICLE

Contrary to Title 47 Section 4-107 D    Oklahoma Statutes

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

_____ 05-24-00 _____ Badge No. 356 Troop C
Signature of Officer    Date

Sworn to and subscribed before me this _____ day of _____, 19 _____
_____ Name and Title    My Commission Expires _____

Court Appearance: _____ day of _____, 19 ___, at ___ M    (DPS USE) LP4
Address of Court _____

NOTICE: Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.

WITHOUT ADMITTING GUILT, I promise to appear in said court at said time and place.

X Signature: JAIL
(CHECK ONLY ONE BOX)

| Signed Personal Recognizance ☐ | Bond Attached ☐ | | Magistrate ☐ | Jail ☑ | Other ☐ |

☐ Share the RD    Name of Parent or Guardian _____
☐ Juvenile    Address _____
Officer's Remarks: MNK 9551 NC REGISTERS

DPS C834880

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 01 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

**State of Oklahoma,** )
    **Plaintiff,** )
     )
**VS.** )        CRM- 2000 -389
     )
*Charles Sanders* )
     )
     )
_____ )
       **Defendant**

## ORDER TO APPEAR FOR DISPOSITION

You are hereby ordered to appear the ___30___ day of _____June_____, 2000 at _____9:30_____ _A_. M. You should report to the Court Clerk's office on the second floor of the Sequoyah County Courthouse in Sallisaw. You should report thirty minutes prior to your appearance time. **NO Further Notice Will Be Given.**

Dated this _31st_ day of _May_ _____, 2000.

_____
**Judge of the District Court**

I understand I have been charged with a misdemeanor crime and must appear for a dispositional docket for the Court's review of my case. The purpose of the dispositional docket is to give me a chance to visit with an attorney from the District Attorney's Office. After the visit, if a plea bargain is reached, I may enter a plea of guilty in exchange for the state's recommendation. If no agreement is possible then I may request a jury trial.

Most Importantly I understand that my failure to appear at the date and time given above will result in the issuance of a warrant for my arrest and that my present bond will be forfeited.

_____
**Defendant**

KEEP THIS FOR YOUR RECORDS AS NO FURTHER NOTICE WILL BE GIVEN

## BENCH WARRANT ON INDICTMENT OR INFORMATION

ISSUED
6-5-00

STATE OF OKLAHOMA,)
SEQUOYAH COUNTY,  )                         IN THE DISTRICT COURT

THE STATE OF OKLAHOMA       )
                VS.                        )
                                           )       CASE NO: CM-00-389
    Charles Edmond Sanders          )
                                           )
_____)
                                           )
DOB: ▮▮▮/66                          )
SS/DL NO: ▮▮▮▮-9539          )

## THE STATE OF OKLAHOMA
To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma-Greeting:

        Whereas an Information having been filed on the 26th  day of ___May_____
19 00 , in the District Court of Sequoyah County, State of Oklahoma, charging
_Charles Edmond Sanders_____with the crime of __Attempting to elude, Etc.
_____
_____

YOU ARE THEREFORE COMMANDED FORTHWITH TO ARREST THE ABOVE
NAMED: _Charles Edmond Sanders_____
and bring him before* A.J. Henshaw_____
or if the said Court have adjourned for the term that you deliver him into the custody of
the Sheriff of Sequoyah County, Oklahoma.

Given under my hand and the seal of said Court affixed, this 6th  day of ___June_____
2000___ . By order of the Court.

                                BERNELL EDWARDS, COURT CLERK
                                by: _Amanda Wesley_____
                                    Deputy Court Clerk

### SHERIFF'S RETURN

        Received the Writ on the _____ day of _____19___, at _____o'clock
_____M., and executed on the _____ day of _____ 19___, at _____o'clock
by:_____

DATED THIS _____ DAY OF _____19____.


                                    _____
                                    SHERIFF OF SEQUOYAH COUNTY, OK.

                                    _____
                                    DEPUTY

·*see sec. 5384, Wilson's Statutes

## BENCH WARRANT ON INDICTMENT OR INFORMATION

ISSUED
6-5-00

STATE OF OKLAHOMA,)
SEQUOYAH COUNTY,  )                    IN THE DISTRICT COURT

| | |
|---|---|
| THE STATE OF OKLAHOMA )<br>VS.  )<br>)<br>Charles Edmond Sanders  )<br>)<br>_____ )<br>)<br>DOB: ▮▮▮ /66  )<br>SS/DL NO: ▮▮▮▮▮ -9539  ) | CASE NO: CM-00-389 |

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 09 2000

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

## THE STATE OF OKLAHOMA
To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma-Greeting:

Whereas an Information having been filed on the __26th__ day of ___May___ 19 _00_ , in the District Court of Sequoyah County, State of Oklahoma, charging __Charles Edmond Sanders__ with the crime of __Attempting to elude, Etc.__

_____

_____

YOU ARE THEREFORE COMMANDED FORTHWITH TO ARREST THE ABOVE NAMED: __Charles Edmond Sanders__
and bring him before* __A.J. Henshaw__
or if the said Court have adjourned for the term that you deliver him into the custody of the Sheriff of Sequoyah County, Oklahoma.

Given under my hand and the seal of said Court affixed, this _6th_ day of ___June___ 2000 . By order of the Court.

BERNELL EDWARDS, COURT CLERK
by: _Amanda Ussley_
Deputy Court Clerk

### SHERIFF'S RETURN

Received the Writ on the _____ day of _____ 19___, at _____ o'clock _____ M., and executed on the _____ day of _____ 19___, at _____ o'clock by: _____

DATED THIS _____ DAY OF _____ 19____ .

SHERIFF OF SEQUOYAH COUNTY, OK.

DEPUTY

*see sec. 5384, Wilson's Statutes

## WARRANT CLEARANCE

WARRANT # _CM00-389_

WARRANT NAME _Charles Edmond Sanders_

DATE & TIME CLEARED _6/7/00 1816_

WARRANT CLEARED BY:

ARREST _✓_ OFFICER SERVING _Leilani Letcher_

AGENCY _SCSO_

CANCEL_____ OFFICIAL DIRECTING WARRANT CANCELLATION

_____

WAS WARRANT PULLED FROM FILE?        (YES)    NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT MARKED OFF BOOK?        YES    (NO)

IF NO, EXPLAIN WHY NOT _Not written in warrant book_

WAS WARRANT CANCELLED FROM NCIC?    YES    (NO)

IF NO, EXPLAIN WHY NOT _Not entered_

WAS WARRANT REMOVED FROM HOLDS BOOK?  YES    (NO)

IF NO, EXPLAIN WHY NOT _No hold_

SHERIFF'S OFFICE EMPLOYEE SIGNATURE _Amy T. Nelson_

NOTE:   AFTER COMPLETING THIS FORM, STAPLE THIS FORM BACK TO
        BACK WITH THE WARRANT AND PLACE IN THE FOLDER MARKED
        "SEND TO COURT CLERK." ONLY USE THIS FORM TO CLEAR
        SEQUOYAH COUNTY WARRANTS.

        USE ONE FORM FOR EACH WARRANT CLEARED.

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

Case No: _CM-10-389_          Defendant: _Charles Sanders_

## ACCUMULATIVE COURT COST FOR SEQUOYAH COUNTY

### MISDEMEANOR COURT COST

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**COURT FUND**

| | | |
|---|---|---|
| Court Fees | | $83.00    JUN 3 0 2000 |
| Bail Bond Fee | $10.00 @ | |
| Jury Fee | $30.00 @ | BERNELL _____ COURT CLERK |
| Fines | set by court | 300.00    BY _____ DEPUTY |
| Mailing fee | $7.00 @ | |
| Sub total Court Fund | | 383.00 |

**SHERIFF FEES**

| | | |
|---|---|---|
| Sheriff Fees | | 5.00 |
| Arrest Warrant | $30.00 | |
| Bench Warrant | $30.00 @ 1 | 30.00 |
| Revolving Fund | $5.00 | RV |
| Subpoenas | $30.00 @ | |
| Sub total Sheriff Fees | | 35.00 |

| | | |
|---|---|---|
| LAW LIBRARY | | $3.00 |
| CLEET & FINGERPRINTING | | $7.00 |

| | | |
|---|---|---|
| VCA | $10.00 or set by court | 10.00 |
| OSBI LAB | set by court | |
| D.A. DRUG FUND | set by court | |
| REVOLVING FUND(appl fee-$40.00) | | 5.00 |
| IDF-ATTORNEY FEE | set by court | |

TOTAL                                  $ 443.00



STATE OF OKLAHOMA
## OFFICE OF THE DISTRICT ATTORNEY
### DISTRICT 27

**DIANNE BARKER HARROLD**
DISTRICT ATTORNEY

SEQUOYAH COUNTY
120 EAST CHICKASAW
SALLISAW, OK 74955
(918) 775-9131

RE:    State v. _CHARLES SANDERS_    CF# _00-389_

~~Preliminary~~ PS Hearing Date _6-30-00_

Dear: _MR. SANDERS_

I have reviewed the above referenced file and, in order to streamline plea negotiations, convey the following recommendation:

CT 1
ATT.
CLUDE

1. Number of years: _____
2. Subject to PSI reserving right to object to a deferred or or suspended: Yes _____ No _____
3. Fine: $_____
4. Victim of Crime Fund: $_____
5. Drug Enforcement Fund: $_____
6. Restitution: $_____
7. Hours of Community Service: _____
8. Other:

Dismiss

I reserve the right to change this recommendation until your client's acceptance. Please contact me if you have additional information or questions.

Thank you for your consideration in this matter.

CT2
Improper
Coc plete
20+C

Sincerely,

Assistant District Attorney

CT3
~~____~~ Resisting Arrest
1 yr Susp
250+C

2S

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
            Plaintiff         )
vs.                   )    Case No. ~~CF-98-00316~~
CHARLES EDMOND SANDERS  )            CM-00-00389

█████████████
SALLISAW, OK  74955
         Defendant
  SS#: ███-9539
  DOB: ███1966

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

State's Attorney:
Defendant's Attorney: ROBBIE COWAN

JUN 3 0 2000

Date: 06/30/00

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

RULE 8 HEARING
(Summary)

BASED UPON A FINDING THAT THE DEFENDANT DOES NOT HAVE THE MEANS

TO IMMEDIATELY SATISFY HIS COURT-IMPOSED FINANCIAL PENALTIES,

HEREBY ORDERED BY THE COURT THAT DEFENDANT PAY:

       $100.00 on or before 08-05-20 and then

       $100.00 per month on or before 09-05-2000

then $100⁰⁰ per month on or before the 5th day of each month

with like sums on the same date thereafter until paid in full;

OR; the balance in full on or before ~~08-05-20~~

OR; _____

IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE ALL PAYMENTS IN

PERSON AT THE OFFICE OF THE COURT CLERK.

Comments: _____

_____

TOTAL TO PAY $443⁰⁰

_____
      Defendant

_____
DENNIS M. SPROUSE
Judge of the District Court

*Defendant is further ordered to notify the Collections Adm. of
any change of address, telephone, employment, or income.

## BENCH WARRANT--After Conviction

STATE OF OKLAHOMA,        )
Sequoyah County,            )        IN DISTRICT COURT

THE STATE OF OKLAHOMA    )
          VS.            )       No.CM-00-389
CHARLES EDMOND SANDERS   )
                   )
SALLISAW OK 74955       )
66     -9539        )       NO BOND

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**CHARLES EDMOND SANDERS** having been on the 30TH DAY OF JUNE, 2000, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO APPEAR AND PAY MONIES DUE THE COURT IN THE AMOUNT OF $385.00

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **CHARLES EDMOND SANDERS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah; there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this 2ND DAY OF NOVEMBER, 2000. By Order of the Court.

BERNELL EDWARDS, COURT CLERK

BY:_____
                                DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

### SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____, 199____, at _____ o'clock _____M., and executed on the _____ day of _____, 199____, at _____ o'clock _____M. by _____

Dated this _____ day of _____ 199____.

_____
SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY:_____
                                DEPUTY

# WARRANT CLEARANCE

WARRANT # ~~AE~~ CM 00-389

WARRANT NAME Charles Edmond Sanders

DATE & TIME CLEARED 3-4-01

WARRANT CLEARED BY:

ARREST X   OFFICER SERVING TRP Jenkins

AGENCY O.H.P.

CANCEL_____ OFFICIAL DIRECTING WARRANT CANCELLATION

_____

WAS WARRANT PULLED FROM FILE?        (YES)    NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT MARKED OFF BOOK?        (YES)    NO

IF NO, EXPLAIN WHY NOT_____

WAS WARRANT CANCELLED FROM NCIC?        YES    (NO)

IF NO, EXPLAIN WHY NOT    Not Entered

WAS WARRANT REMOVED FROM HOLDS BOOK?    YES    (NO)

IF NO, EXPLAIN WHY NOT    No Holds

SHERIFF'S OFFICE EMPLOYEE SIGNATURE _____ 878

NOTE:   AFTER COMPLETING THIS FORM, STAPLE THIS FORM BACK TO
BACK WITH THE WARRANT AND PLACE IN THE FOLDER MARKED
"SEND TO COURT CLERK." ONLY USE THIS FORM TO CLEAR
SEQUOYAH COUNTY WARRANTS.

USE ONE FORM FOR EACH WARRANT CLEARED.

## BENCH WARRANT--After Conviction

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| Sequoyah County, | ) | IN DISTRICT COURT |

THE STATE OF OKLAHOMA    )
                  VS.    )          No.CM-00-389
CHARLES EDMOND SANDERS   )

███████                  )

SALLISAW OK 74955        )
███-66███-9539           )          NO BOND

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 0 7 2001

BERNELL EDWARDS, COURT CLERK
BY_____
_____DEPUTY

THE STATE OF OKLAHOMA
To any Sheriff, constable, Marshal or Policeman of the State of Oklahoma--Greeting:

**CHARLES EDMOND SANDERS**   having been on the 30TH DAY OF JUNE, 2000, duly convicted in the District Court of Sequoyah County, State of Oklahoma, of the crime of :FAILURE TO APPEAR AND PAY MONIES DUE THE COURT IN THE AMOUNT OF $385.00

YOU ARE THEREFORE COMMANDED Forthwith to arrest the above - named **CHARLES EDMOND SANDERS** and bring him/her before said Court for judgment, or if the said Court has adjourned for the term, deliver him/her to the Sheriff of the County of Sequoyah;  there to be detained by said Sheriff until the further order of the Court.

WITNESS MY HAND And seal of said Court this  2ND DAY OF NOVEMBER, 2000.  By Order of the Court.

BERNELL EDWARDS, COURT CLERK

BY: _____
                              DEPUTY

**WILL ONLY EXTRIDATE FROM SURROUNDING STATES**

## SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____, 199_____, at _____o'clock _____M., and executed on the _____day of _____, 199____, at _____o'clock _____M. by _____

Dated this _____day of _____199____.

_____
SHERIFF OF SEQUOYAH COUNTY, OKLAHOMA

BY:_____
                              DEPUTY

dms

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 0 7 2001

EDWARDS, COURT CLERK

BY_____ DEPUTY

# Order To Withdraw Warrant

THE STATE OF OKLAHOMA, )                IN THE DISTRICT COURT

COUNTY OF SEQUOYAH,    )                Before _Mike Norman_
                                                                            Judge

To:  The Sheriff of the County of Sequoyah:
       and                                      Case No. _C M-00-369_
The Court Clerk of the County of Sequoyah

An order having been made by the undersigned Judge to issue a Warrant for the arrest of the Defendant, _Charles Sanders_ _____ , on the _2nd_ Day of _Nov_ _____ , _2000_ .

This Court has determined that in the interest of justice said Warrant should be *withdrawn* immediately.

IT IS ORDER, that the above mentioned *Warrant is withdrawn* and all records are to immediately reflect that the Warrant is no longer outstanding for service.

Dated at Sallisaw, Oklahoma this _6th_ Day of _March_ _____ , _2000_ .

_____
Judge of the District Court

## ORDER TO RELEASE FROM CUSTODY

TO THE SHERIFF OF SEQUOYAH COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order.

Last Name, First, Middle, suffix (please print or type)(show alias)

Sanders Charles Edmond "monk"

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE |
|---|---|---|
| cm-00-389 | Paid Fine in full | FTA - FTP |
| | Hamilton/morgan | Obstruct p.o. |
| | | Poss of Marij |
| | | T.O.C |
| | | Poss of para |
| | | |
| | | |
| | | |

In and for the District Court of Sequoyah County, State of Oklahoma, witness my hand this the 06 day of March , 20 01 .

Jenny Manley
Signature

AUTHORIZED BY

WHITE COPY - COURT
YELLOW COPY - SHERIFF'S FILE

Warrant Schedule
JUDGE OF THE DISTRICT COURT

# Hamilton - Morgan Bail Bonds
## Diane Hamilton
## APPEARANCE BOND    SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 0 8 2001

IN THE DISTRICT COURT OF _____ Seq _____ COUNTY, STATE OF OKLAHOMA
State of Oklahoma,                    Plaintiff,    BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

vs. Charles Sanders _____, Defendant    Case No. CM-00-389

Know all men by these presents, that we the above named defendant, as principal, and the undersigned _Diane Hamilton_ Diane Hamilton, Professional as surety(ies) personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of _Four Thousand_ Dollars ($ 4000 ) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of _Seq_ County, State of Oklahoma, shall personally be and appear before the District Court of said county on the _7_ day of _March_, 20_01_, at _10_ o'clock A.m., of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of Obstructing a police officer - Poss. of Marij - pass. of para - TOC. and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hand and seals this _7_ day of _March_, 20_01_.

_____ Principal _____ ■■■■■■■■ _____ Address
Hamilton - Morgan    Surety
Diane Hamilton
_____ Surety PO Box 189 Sallisaw _____ Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this _6_ day of _March_, 20_01_.

_____ Court Clerk/Sheriff _Jenny Manley_ _____ Deputy

This undertaking approved this _6_ day of _March_, 20 01.

(SEAL)    By: _____ Deputy/Clerk

## AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, _Seq_ County, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of _Seq_ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as herinafter specified under one or more of the following relevant statutory provisions, to-wit:
a) Consideration for this undertaking received or promised in the sum of $ 600.00

b) Other security received or promised for making this undertaking, is as follows: P.N

c) Such promise, security or consideration ■■■■■■■■ received from: _____

Name ■■■■■■■■s

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as on commits perjury.

_Diane Hamilton_ P.O. 189 Sallisaw, Oki 74955
Affiant    Address

Subscribed and sworn to before me this _____ day of _____, 20 _____.
(SEAL)

_____
Court Clerk - Notary Public

My Commission Expires:    _____
                          Deputy