**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 188**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

**OKLAHOMA HIGHWAY PATROL**
**OKLAHOMA UNIFORM VIOLATIONS COMPLAINT**

Case No. _R-02-4106_    Docket No. _____    Page No. _____

State of Oklahoma
County of _Wagoner_    } ss    In The District Court

**COMPLAINT-INFORMATION**    DPS **D283972**

The undersigned, being duly sworn, upon his oath deposes and says that:

on or about (date) _10/4/62_    at (24 hour time) _1525_    at or near (location) _MTO MW 35 NB_

County Number _73_    East _0_ Control-Int. _9 5 -5_    North Location _01 2.15_

within the city, county and state aforesaid:

Name (last, first, middle) _LITTLEFIELD, DAVID M_    Phone Number _____

Address _____

City _COOKSON_    State _OK_    Zip Code _74427_

Birthdate (mo. day yr.) _5-7-50_    Height _5'9_    Weight _160_    Race _W_    Sex _M_    Class _D_    Endorsements

Driver License Number _O81 OR2.857_    Month/Year _3-06_    State _OK_

Employer _____    Did Operate ☑    Park ☐    Unlawfully

Vehicle-Make _TOYO_    Year _99_    Body Style-Color _4DR SIL_    Tag Number _CBO-M6W_    Year _02_    State _OK_

Commercial Motor Vehicle  Y / N _N_    ☐ Haz. Mat. Placard    ACCIDENT: ☐ PD ☐ PI ☐ FATALITY

and did then and there commit the following offense:

| | Pace | Radar | Plane | Other |
|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ |

SPEEDING    MPH in    MPH Zone

Other Violation: _FAIL TO CARRY VALID SECURITY VERIFICATION_

Contrary to Title _47_    Section _7-602.1_    Oklahoma Statutes

I, the undersigned Issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge listed therein are true.

_(signature)_    Date _10/6/02_    Badge No. _212_    Troop. _A_

Signature of Officer    Date

Sworn to and subscribed before me this _____ day of _____, 20 _____

My Commission Expires _____

Name and Title

Court Appearance: _7_ day of _Nov_, 20 _02_, at _8:30_ M

(DPS USE) _Feb_

Address of Court _Porter wagoner_

NOTICE: Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.

WITHOUT ADMITTING GUILT, I promise to appear in said court at said time and place.

X Signature: _David Littlefield_

(CHECK ONLY ONE BOX)

☑ Signed Personal Recognizance    ☐ Bond Attached    ☐ Magistrate    ☐ Jail    ☐ Other

☐ Share the RD    Name of Parent or Guardian _____

☐ Juvenile    Address _____

Officer's Remarks: _____

WAGONER COUNTY, OKLAHOMA
FILED IN DISTRICT COURT
OCT 15 2002
SUE WELLS, COURT CLERK

| AREA: | ☐ business | ☐ industrial | ☐ school | ☐ residential | ☑ rural |
|---|---|---|---|---|---|
| HIGHWAY TYPE: | ☐ 1 lane | ☐ 2 lane | ☐ 3 lane | ☐ 4 or more undivided | ☑ 4 or more divided ☐ on/off ramp |

D283972

## NOTICE OF FAILURE TO COMPLY WITH TERMS OF CITATION

| CITATION NUMBER | DATE OF VIOLATION | COURT DOCKET NUMBER |
|---|---|---|
| D283972 | 10/06/02 | TR-2002-04186 |

LOCATION OF VIOLATION
**MTP MM 25 NB**

DESCRIPTION OF VIOLATION
**FAILURE TO CARRY VALID INS. VERIFICATION**

| FINE AND COST | SCH. APP. DATE | COUNTY CODE | CITY CODE |
|---|---|---|---|
| $124.00 | 11-07-02 | 73 | |

| DRIVER LICENSE NUMBER | EXP. DATE | STATE | DATE OF BIRTH | RACE | SEX |
|---|---|---|---|---|---|
| 081042857 | 06 | OK | ▓▓/50 | W | M |

| NAME: | LAST | FIRST | MIDDLE |
|---|---|---|---|

**LITTLEFIELD, DAVID M**

STREET ADDRESS
▓▓▓▓▓▓▓▓▓▓▓

| CITY | STATE | ZIP CODE |
|---|---|---|
| COOKSON | OK | 74427 |

| VEHICLE TAG NUMBER | STATE | YEAR | MAKE | MODEL |
|---|---|---|---|---|
| 080MGW | OK | 99 | TOYO | 4DR |

### COURT INFORMATION

NAME OF COURT
**WAGONER COUNTY COURT CLERK**

MAILING ADDRESS
**PO BOX 249**

| CITY | STATE | ZIP CODE |
|---|---|---|
| WAGONER | OK | 74477 |

TELEPHONE

| AREA CODE | NUMBER |
|---|---|
| (918) | 485-4508 |

| JUDGE/CLERK SIGNATURE | DATE OF NOTICE |
|---|---|
| K. Weese | 01/21/03 |

DPS: DI0787-01 1 Rev: 1088

**DEFENDANT'S NOTICE**

---

STATE OF



**OKLAHOMA**

NONRESIDENT
VIOLATOR COMPACT

You failed to timely honor your signed agreement to appear in court on the citation described in this notice or otherwise failed to satisfy the charge as provided by law.

You have **15** days from the date shown in the lower right corner of this notice to appear or present the fine and cost to the court. If you fail to comply, the licensing authority in your state will be notified and your driver license will be suspended.

*NO PERSONAL CHECKS*

DATE OF CITATION _____

NAME OF DEFENDANT David M. Littlefield

CITATION # TR-62-4186

D.A. RECOMMENDATION Dismiss- ☐

Showed proof of Ins.

AMOUNT DUE ☐

D.A. SIGNATURE _____

DATE OF ORDER 1/27/03

## ABSTRACT OF COURT RECORD

FORWARD TO ACCIDENT RECORDS, DEPARTMENT OF PUBLIC SAFETY
P.O. Box 11415, Oklahoma City, OK 73136-0415

Case No. _____ Docket No. _____ Page No. _____

Arraignment Continued to: _____

### ENTRY OF APPEARANCE AND PLEA

I, the undersigned, do hereby enter my appearance on the complaint of the offense charged on the other side of this summons. I have been informed of my right to trial as provided by law.

☐ I do hereby waive my rights to a hearing by court or jury and PLEAD GUILTY to said offense as charged. I further agree to pay the penalty prescribed for my offense.

☐ I do hereby waive my rights to a hearing by court or jury and PLEAD NOLO CONTENDERE (No Contest) to said offense as charged. I further agree to pay the penalty prescribed for my offense.

☐ I do hereby PLEAD NOT GUILTY to said offense as charged, posting amount designated below as my bond for appearance in court on: _____

Signature of Defendant: _____

Amount: $ _____ Date: _____

### PROSECUTOR'S ENDORSEMENT

The within complaint has been examined and there is probable cause for filing the same. Complaint filed:

_Danny W. Huggins_ _____ 10-15-02

Signature Prosecuting Attorney (D.A., A.D.A.)       Date

### COURT ORDERS

On (Date): _____

☐ Charge Amended to _____

Non Conviction Based Upon:

☐ Court (Jury) Acquittal          ☒ Court Dismissal *No Fine/Costs*

☐ Deferred to Date _____   ☐ Court Dismissal *With Fine/Costs*

Date of Order _1-27-03_   _Valid insurance shown_

Conviction Based Upon:

☐ Bond Forfeiture          ☐ Plea of Guilty

☐ Plea of Nolo Contendere          ☐ Court (Jury) Conviction

Conviction Date _____

The Court, therefore, enters the following order:

Fines $ _0_          Costs: $ _0_

Jailed _____ days in _____

School _____ days; Probation _____ days; Defendant notified of his rights _____

Appeal Bond of $ _____ filed _____

Appeal to _____ Court

I Certify This To Be A True And Correct Abstract Of Court Record.

_Kimberly Weese_

Signature of:

☐ Judge          ☐ Clerk          ☒ Deputy Clerk