# DISPOSITION FORM

For use of this form, see AR 340-15, the proponent agency is TAGCEN.

| REFERENCE OR OFFICE SYMBOL | SUBJECT |
|---|---|
| | Request for Discharge for the Good of the Service |

| TO | FROM *Crawford Travis D* | DATE **12 DEC 1984** | CMT 1 |
|---|---|---|---|
| Cdr, USAFACFS | | | |

1. I, *Travis D Crawford* SSN ▮▮▮▮▮*5635*, hereby voluntarily request discharge for the good of the Service under the provisions of Chapter 10, AR 635-200. I understand that I may request discharge for the good of the Service because of the following charge(s) which has (have) been preferred against me under the Uniform Code of Military Justice, each of which authorizes the imposition of a bad-conduct or dishonorable discharge. *TOC AWOL 840729, 841210*

2. I am making this request of my own free will and have not been subjected to any coercion whatsoever by any person. I have been advised of the implications that are attached to it. By submitting this request for discharge, I acknowledge that I understand the elements of the offense(s) charged and that I am guilty of the charge(s) against me or of (a) lesser included offense(s) therein contained which also authorize(s) the imposition of a bad-conduct or dishonorable discharge. Moreover, I hereby state that under no circumstances do I desire further rehabilitation, for I have no desire to perform further military service.

3. ~~Prior to completing this form, I have been afforded the opportunity to consult with appointed counsel for consultation (*in addition, I have consulted with military counsel of my own choice who was reasonably available) (civilian counsel retained at no expense to the Government)) (**Although I have received a lawful order to see consulting counsel, I persist willfully in my refusal to see him.)~~ (***I have consulted with counsel for consultation who has fully advised me of the nature of my rights under the Uniform Code of Military Justice, (the elements of the offense(s) with which I am charged, any relevant less included offense(s) thereto, and the facts which must be established by competent evidence beyond a reasonable doubt to sustain a finding of guilty; the possible defenses which appear to be available at this time; and the maximum permissible punishment if found guilty) ~~(and of the legal effect and significance of my suspended discharge)~~ (Although he has furnished me legal advice, this decision is my own.))

4. I understand that, if my request for discharge is accepted, I may be discharged under conditions other than honorable and furnished an Under Other Than Honorable Discharge Certificate. I have been advised and understand the possible effect of an Under Other Than Honorable Discharge and that, as a result of the issuance of such a discharge, I will be deprived of many or all Army benefits, that I may be ineligible for many or all benefits administered by the Veterans Administration, and that I may be deprived of my rights and benefits as a veteran under both Federal and State law. I also understand that I may expect to encounter substantial prejudice in civilian life because of an Under Other Than Honorable Discharge. I further understand that there is no automatic upgrading nor review by any government agency of a less than honorable discharge and that I must apply to the Army Discharge Review Board or the Army Board for Correction of Military Records if I wish review of my discharge. I realize that the act of consideration by either board does not imply that my discharge will be upgraded.

FS OP 396a (SJA) - 1 Oct 84

**DA** FORM **2496**
1 FEB 62

REPLACES DD FORM 96, WHICH IS OBSOLETE.

☆ U. S. GOVERNMENT PRINTING OFFICE: 1980-671-2 07

SUBJECT: Request for Discharge for the Good of the Service

5. I understand that, once my request for discharge is submitted, it may be withdrawn only with consent of the commander exercising court-martial authority, or without that commander's consent, in the event trial results in an acquittal or the sentence does not include a punitive discharge even though one could have been adjudged by the court. Further, I understand that if I depart absent without leave, this request may be processed and I may be discharged even though I am absent.

6. I have been advised that I may submit any statements I desire in my own behalf, which will accompany my request for discharge. Statements in my own behalf (are) (are not) submitted with this request.

7. I hereby acknowledge receipt of a copy of this request for discharge and of all enclosures submitted herewith.

8. I (do) (do not) desire a physical evaluation prior to separation.

_____
(Signature of respondent)

*To be used when appropriate. Such counseling is not to be used in lieu of consultation with consulting counsel.
**To be used only when a member under military control refuses to obey an order to see consulting counsel. (See paragraph 10-2c.)
***To be used in all cases when a member had consulted with consulting counsel.

## STATEMENT

Having been advised by me of (the basis for his contemplated trial by court-martial and the maximum permissible punishment authorized under the Uniform Code of Military Justice) /the/ /possible/ /effects/ /of/ /his/ /or/ /her/ /suspended/ /sentence/ /to/ /a/ /bad/ /conduct/ /or/ /dishonorable/ /discharge/, the possible effects of an Other Than Honorable Discharge, if this request is approved; and of the procedures and rights available to him or her, _Travis O Crawford O_ personally made the choice indicated in the foregoing request for the good of the Service.

_____
CPT, JAGC          MARK D. ERICKSON
Defense Counsel    CPT, JAGC
                   Defense Counsel

Data Required by the Privacy Act of 1974
(5 U.S.C. 552a)

AUTHORITY: Section 301, Title 5, U.S.C. and Section 3012, Title 10, U.S.C.

PURPOSE: To be used by the commander exercising general court-martial jurisdiction over you to determine approval or disapproval of your request.

2

SUBJECT:  Request for Discharge for the Good of the Service

ROUTINE USES:  Request with appropriate documentation including the decision of the discharge authority will be filed in the MPRJ as permanent material and disposed of in accordance with AR 640-10, and may be used by other appropriate Federal agencies and State and local governmental activities where use of the information is compatible with the purpose for which the information was collected.

Submission of a request for discharge is voluntary.  Failure to provide all or a portion of the requested information may result in your request being disapproved.

DEPARTMENT OF THE ARMY
Personnel Control Facility
US Army Field Artillery Center and Fort Sill
Fort Sill, Oklahoma  73503-5010

ATZR-HP

SUBJECT:  Transmittal of Charges

Commander
Headquarters Commandant Command
US Army Field Artillery Center and Fort Sill
Fort Sill, Oklahoma  73503-5010

1.  **Transmitted are the charges against** Private E-1 Travis D. Crawford, SSN ███-5635.

2.  **Disposition instructions were requested and received** 10 December 1984. Service records and allied papers NVAL this station.

3.  **I recommend Trial by** SPECIAL **Court-Martial.**

3 Encls
1.  DD Form 458
2.  DA Form 4187
3.  Orders

WILLIAM L. BOWMAN
1LT, ADA
Commanding

# CHARGE SHEET

## I. PERSONAL DATA

| 1. NAME OF ACCUSED (Last, First, MI) | 2. SSN | 3. GRADE OR RANK | 4. PAY GRADE |
|---|---|---|---|
| CRAWFORD, TRAVIS D. | ▓▓▓▓5635 | PV1 | E-1 |

| 5. UNIT OR ORGANIZATION | 6. CURRENT SERVICE | |
|---|---|---|
| | a. INITIAL DATE | b. TERM |
| PCF, USAFACFS, FT. SILL, OK 73503-5010 | 23 March 1983 | 3 Years |

| 7. PAY PER MONTH | | | 8. NATURE OF RESTRAINT OF ACCUSED* | 9. DATE(S) IMPOSED |
|---|---|---|---|---|
| a. BASIC | b. SEA/FOREIGN DUTY | c. TOTAL | | |
| $596.40 | NA | $596.40 | Restriction | 10 December 1984 |

## II. CHARGES AND SPECIFICATIONS

**10. CHARGE:** VIOLATION OF THE UCMJ, ARTICLE 86

SPECIFICATION: In that Private E-1 Travis D. Crawford, US Army, Personnel Control Facility, US Army Field Artillery Center and Fort Sill, did, on or about 29 July 1984, without authority, absent himself from his organization, to wit: Company B, 7th Engineer Battalion, located at Fort Polk, Louisiana, and did remain so absent until on or about 10 December 1984.

## III. PREFERRAL

| 11a. NAME OF ACCUSER (Last, First, MI) | b. GRADE | c. ORGANIZATION OF ACCUSER |
|---|---|---|
| BOWMAN, WILLIAM L. | 1LT | PCF,USAFACFS, FT. SILL, OK 73503-5010 |

| d. SIGNATURE OF ACCUSER | e. DATE |
|---|---|
| *William L Bowman* | 11 Dec 84 |

AFFIDAVIT: Before me, the undersigned, authorized by law to administer oaths in cases of this character, personally appeared the above named accuser this _11th_ day of ___December___, 19 _84_, and signed the foregoing charges and specifications under oath that he/she is a person subject to the Uniform Code of Military Justice and that he/she either has personal knowledge of or has investigated the matters set forth therein and that the same are true to the best of his/her knowledge and belief.

| JANET E. LAURITZEN | HQ COMDT CMD, USAFACFS |
|---|---|
| *Typed Name of Officer* | *Organization of Officer* |
| 1LT | Adjutant |
| *Grade* | *Official Capacity to Administer Oath (See R.C.M. 307(b)—must be commissioned officer)* |
| *Janet E Lauritzen* | |
| *Signature* | |

12.

On __A, Dec__, 19 __84__, the accused was informed of the charges against him/her and of the name(s) of the accuser(s) known to me *(See R.C.M. 308 (a)). (See R.C.M. 308 if notification cannot be made.)*

WILLIAM L. BOWMAN
*Typed Name of Immediate Commander*

PCF, USAFACFS, FT. SILL, OK 73503-5010
*Organization of Immediate Commander*

1LT
*Grade*

*Signature*

## IV. RECEIPT BY SUMMARY COURT-MARTIAL CONVENING AUTHORITY

13.

The sworn charges were received at _____ hours, _____ 19 ____ at _____
*Designation of Command or*

*Officer Exercising Summary Court-Martial Jurisdiction (See R.C.M. 403)*

FOR THE[1] _____

| *Typed Name of Officer* | *Official Capacity of Officer Signing* |

*Grade*

*Signature*

## V. REFERRAL; SERVICE OF CHARGES

| 14a. DESIGNATION OF COMMAND OF CONVENING AUTHORITY | b. PLACE | c. DATE |
|---|---|---|

Referred for trial to the _____ court-martial convened by _____

_____ , _____ 19 ____ , subject to the following instructions:[2] _____

_____ By _____ of _____
*Command or Order*

*Typed Name of Officer* *Official Capacity of Officer Signing*

*Grade*

*Signature*

15.

On _____ , 19 ____ , I (caused to be) served a copy hereof on (each of) the above named accused.

| *Typed Name of Trial Counsel* | *Grade or Rank of Trial Counsel* |

*Signature* *Signature*

FOOTNOTES: 1 — When an appropriate commander signs personally, inapplicable words are stricken.
2 — See R.C.M. 601(e) concerning instructions. If none, so state.

☆U.S. G.P.O. 1984-421-646/17048

ATZR-HP  Crawford, Travis D.  PV1
SSN  ████-5635  (12 Dec 84)
SUBJECT:  Request for Discharge for the Good of the Service

THRU  Cdr, HQ COMDT COMD     FROM  Cdr, PCF, USAFACFS     DATE  DEC 17 1984     CMT2

TO    Cdr, USAFACFS, ATTN:  ATZR-JAMJ

1.  Request is administratively correct and meets the requirements for discharge under the provisions of Chapter 10, AR 635-200.

2.  FACTUAL DATA:  SM is charged with an AWOL of 134 days, surrendered to military authorities.  Records NVAL this station.

3.  STATEMENT AND INTERVIEW EXTRACT:  Enlisted:  23 Mar 83; Total Creditable Service:  1 year, 4 months and 5 days; Education Level:  12 years; Age:  20; Marital Status:  Married; Dependents:  Two; Court-Martials:  One; Article 15's:  None; Reason for AWOL:  Personal reasons.

4.  SM has become disillusioned with the military.  Rehabilitation efforts considered futile.

5.  Recommend approval and issuance of a discharge Under Other Than Honorable Conditions (DD Form 794a).

WILLIAM L. BOWMAN
1LT, ADA
Commanding

3 Encls
1.  Transmittal of Charges
    w/1 Encl  (DD Form 458)
2.  DA Form 4187
3.  Orders

# DISPOSITION FORM

For use of this form, see AR 340-15, the proponent agency is TAGCEN.

| REFERENCE OR OFFICE SYMBOL | SUBJECT |
|---|---|
| | Request for Discharge for the Good of the Service |

| TO | FROM Crawford Travis D | DATE 12 DEC 1984 | CMT 1 |
|---|---|---|---|
| Cdr, USAFACFS | | | |

1. I, _Travis D Crawford_ SSN ███ _5635_ , hereby voluntarily request discharge for the good of the Service under the provisions of Chapter 10, AR 635-200. I understand that I may request discharge for the good of the Service because of the following charge(s) which has (have) been preferred against me under the Uniform Code of Military Justice, each of which authorizes the imposition of a bad-conduct or dishonorable discharge. TOC _AWOL_ _840729- 841210_

2. I am making this request of my own free will and have not been subjected to any coercion whatsoever by any person. I have been advised of the implications that are attached to it. By submitting this request for discharge, I acknowledge that I understand the elements of the offense(s) charged and that I am guilty of the charge(s) against me or of (a) lesser included offense(s) therein contained which also authorize(s) the imposition of a bad-conduct or dishonorable discharge. Moreover, I hereby state that under no circumstances do I desire further rehabilitation, for I have no desire to perform further military service.

3. ~~Prior to completing this form, I have been afforded the opportunity to consult with appointed counsel for consultation (*in addition, I have consulted with (military counsel of my own choice who was reasonably available) (civilian counsel retained at no expense to the Government)) (**Although I have received a lawful order to see consulting counsel, I persist willfully in my refusal to see him))~~ (***I have consulted with counsel for consultation who has fully advised me of the nature of my rights under the Uniform Code of Military Justice, (the elements of the offense(s) with which I am charged, any relevant less included offense(s) thereto, and the facts which must be established by competent evidence beyond a reasonable doubt to sustain a finding of guilty; the possible defenses which appear to be available at this time; and the maximum permissible punishment if found guilty) ~~(and of the legal effect and significance of my suspended discharge)~~ (Although he has furnished me legal advice, this decision is my own.))

4. I understand that, if my request for discharge is accepted, I may be discharged under conditions other than honorable and furnished an Under Other Than Honorable Discharge Certificate. I have been advised and understand the possible effect of an Under Other Than Honorable Discharge and that, as a result of the issuance of such a discharge, I will be deprived of many or all Army benefits, that I may be ineligible for many or all benefits administered by the Veterans Administration, and that I may be deprived of my rights and benefits as a veteran under both Federal and State law. I also understand that I may expect to encounter substantial prejudice in civilian life because of an Under Other Than Honorable Discharge. I further understand that there is no automatic upgrading nor review by any government agency of a less than honorable discharge and that I must apply to the Army Discharge Review Board or the Army Board for Correction of Military Records if I wish review of my discharge. I realize that the act of consideration by either board does not imply that my discharge will be upgraded.

FS OP 396a (SJA) - 1 Oct 84

SUBJECT:  Request for Discharge for the Good of the Service

5.  I understand that, once my request for discharge is submitted, it may be withdrawn only with consent of the commander exercising court-martial authority, or without that commander's consent, in the event trial results in an acquittal or the sentence does not include a punitive discharge even though one could have been adjudged by the court.  Further, I understand that if I depart absent without leave, this request may be processed and I may be discharged even though I am absent.

6.  I have been advised that I may submit any statements I desire in my own behalf, which will accompany my request for discharge.  Statements in my own behalf (are) (are not) submitted with this request.

7.  I hereby acknowledge receipt of a copy of this request for discharge and of all enclosures submitted herewith.

8.  I (do) (do not) desire a physical evaluation prior to separation.

_(Signature of respondent)_

*To be used when appropriate.  Such counseling is not to be used in lieu of consultation with consulting counsel.
**To be used only when a member under military control refuses to obey an order to see consulting counsel.  (See paragraph 10-2c.)
***To be used in all cases when a member had consulted with consulting counsel.

## STATEMENT

Having been advised by me of (the basis for his contemplated trial by court-martial and the maximum permissible punishment authorized under the Uniform Code of Military Justice) ~~the award if adadded of his or her suspended sentence to a bad conduct or dishonorable discharge)~~ the possible effects of an Other Than Honorable Discharge, if this request is approved; and of the procedures and rights available to him or her, _Travis O Crawford_ personally made the choice indicated in the foregoing request for the good of the Service.

_Mark D Erickson_
CPT, JAGC
Defense Counsel     MARK D. ERICKSON
                    CPT, JAGC
                    Defense Counsel

### Data Required by the Privacy Act of 1974
### (5 U.S.C. 552a)

AUTHORITY:  Section 301, Title 5, U.S.C. and Section 3012, Title 10, U.S.C.

PURPOSE:  To be used by the commander exercising general court-martial jurisdiction over you to determine approval or disapproval of your request.

2

SUBJECT: Request for Discharge for the Good of the Service

ROUTINE USES: Request with appropriate documentation including the decision of the discharge authority will be filed in the MPRJ as permanent material and disposed of in accordance with AR 640-10, and may be used by other appropriate Federal agencies and State and local governmental activities where use of the information is compatible with the purpose for which the information was collected.

Submission of a request for discharge is voluntary. Failure to provide all or a portion of the requested information may result in your request being disapproved.

ATZR-HP

SUBJECT:  Transmittal of Charges

Commander
Headquarters Commandant Command
US Army Field Artillery Center and Fort Sill
Fort Sill, Oklahoma  73503-5010

1.  Transmitted are the charges against Private E-1 Travis D. Crawford,
SSN ███-5635.

2.  Disposition instructions were requested and received 10 December 1984.
Service records and allied papers NVAL this station.

3.  I recommend Trial by SPECIAL Court-Martial.

WILLIAM L. BOWMAN
1LT, ADA
Commanding

3 Encls
1.  DD Form 458
2.  DA Form 4187
3.  Orders

# CHARGE SHEET

## I. PERSONAL DATA

| NAME OF ACCUSED (Last, First, MI) | 2. SSN | 3. GRADE OR RANK | 4. PAY GRADE |
|---|---|---|---|
| CRAWFORD, TRAVIS D. | ████ -5635 | PV1 | E-1 |

| UNIT OR ORGANIZATION | 6. CURRENT SERVICE | |
|---|---|---|
| | a. INITIAL DATE | b. TERM |
| PCF, USAFACFS, FT. SILL, OK 73503-5010 | 23 March 1983 | 3 Years |

| PAY PER MONTH | | | 3. NATURE OF RESTRAINT OF ACCUSED | 9. DATE(S) IMPOSED |
|---|---|---|---|---|
| a. BASIC | b. SEA/FOREIGN DUTY | c. TOTAL | | |
| $596.40 | NA | $596.40 | Restriction | 10 December 1984 |

## II. CHARGES AND SPECIFICATIONS

). CHARGE:  VIOLATION OF THE UCMJ, ARTICLE 86

SPECIFICATION:  In that Private E-1 Travis D. Crawford, US Army, Personnel Control Facility, US Army Field Artillery Center and Fort Sill, did, on or about 29 July 1984, without authority, absent himself from his organization, to wit:  Company B, 7th Engineer Battalion, located at Fort Polk, Louisiana, and did remain so absent until on or about 10 December 1984.

## III. PREFERRAL

| !a. NAME OF ACCUSER (Last, First, MI) | b. GRADE | c. ORGANIZATION OF ACCUSER |
|---|---|---|
| BOWMAN, WILLIAM L. | 1LT | PCF,USAFACFS, FT. SILL, OK 73503-5010 |

| SIGNATURE OF ACCUSER | e. DATE |
|---|---|
| *William L. Bowman* | 11 Dec 84 |

AFFIDAVIT: Before me, the undersigned, authorized by law to administer oaths in cases of this character, personally appeared the above named accuser this _11th_ day of _December_, 19 _84_, and signed the foregoing charges and specifications under oath that he/she is a person subject to the Uniform Code of Military Justice and that he/she either has personal knowledge of or has investigated the matters set forth therein and that the same are true to the best of his/her knowledge and belief.

| JANET E. LAURITZEN | HQ COMDT CMD, USAFACFS |
|---|---|
| Typed Name of Officer | Organization of Officer |
| 1LT | Adjutant |
| Grade | Official Capacity to Administer Oath (See R.C.M. 307(b)—must be commissioned officer) |
| *Janet E. Lauritzen* | *Janet E. Lauritzen* |
| Signature | |

**12.**

On _CL DEC_, 19 _84_, the accused was informed of the charges against him/her and of the name(s) of the accuser(s) known to me *(See R.C.M. 308 (a)). (See R.C.M. 308 if notification cannot be made.)*

| | |
|---|---|
| WILLIAM L. BOWMAN | PCF, USAFACFS, FT. SILL, OK 73503-5010 |
| *Typed Name of Immediate Commander* | *Organization of Immediate Commander* |

1LT
*Grade*

*William L. Bown*
*Signature*

## IV. RECEIPT BY SUMMARY COURT-MARTIAL CONVENING AUTHORITY

**13.**

The sworn charges were received at _____ hours, _____ 19 ____ at _____

*Designation of Command or*

*Officer Exercising Summary Court-Martial Jurisdiction (See R.C.M. 403)*

FOR THE[1] _____

| | |
|---|---|
| *Typed Name of Officer* | *Official Capacity of Officer Signing* |

_____
*Grade*

_____
*Signature*

## V. REFERRAL; SERVICE OF CHARGES

| 14a. DESIGNATION OF COMMAND OF CONVENING AUTHORITY | b. PLACE | c. DATE |
|---|---|---|
| | | |

Referred for trial to the _____ court-martial convened by _____

_____ , _____ 19 ____ , subject to the following instructions:[2] _____

_____ By _____ of _____
*Command or Order*

| | |
|---|---|
| *Typed Name of Officer* | *Official Capacity of Officer Signing* |

_____
*Grade*

_____
*Signature*

**15.**

On _____ , 19 ____ , I (caused to be) served a copy hereof on (each of) the above named accused.

| | |
|---|---|
| *Typed Name of Trial Counsel* | *Grade or Rank of Trial Counsel* |

_____
*Signature*

FOOTNOTES: 1 — *When an appropriate commander signs personally, inapplicable words are stricken.*
2 — *See R.C.M. 601(e) concerning instructions. If none, so state.*

2YTI-40  RM

| 1. LAST NAME - FIRST NAME - MIDDLE NAME *(Print or type)* | | TO BE FILLED IN BY ISSUING AUTHORITY | | |
|---|---|---|---|---|
| CRAWFORD Travis Don | | DATE OF ISSUE 28 Mar 83 | EXPIRATION DATE 23 Mar 86 | CARD SERIAL NUMBER C-987981 |
| 2. ADDRESS *(Preferably Military Installation)* | | 3. HOME PHONE | 4. OFFICE PHONE | 5. DATE OF APPLICATION 28 Mar 83 |

| | DESIRED | 7. | CHECK REASON FOR REQUESTING CARD | |
|---|---|---|---|---|
| | | ✓ INITIAL ISSUE | CHANGE OF IDENTIFICATION OR GRADE | |
| | | REPLACE LOST CARD | TRANSFER TO RESERVE COMPONENTS | |
| | | REPLACE MUTILATED CARD | RETIREMENT *(Specify type)* | |
| | | EXPIRATION | | |
| CRAWFORD TRAVIS D | | REENLISTMENT | OTHER *(Specify)* | |
| | | CORRECT AN ERROR | IF REPLACING LOST CARD, STATE CIRCUMSTANCES UNDER WHICH CARD WAS LOST *(Continue in "Remarks")* | |
| OTHER *(Specify)* | | ENTRY ON ACTIVE DUTY FOR MORE THAN 30 DAYS | | |

| 8. GRADE *(See reverse)* E-1 | 9. SOCIAL SECURITY NO. ▮▮▮5635 | 10. DATE OF BIRTH ▮▮▮ 64 | 11. WEIGHT 179 | 12. HEIGHT 5'6" | 13. GENEVA CONVENTION CATEGORY 2 |
|---|---|---|---|---|---|
| 14. COLOR OF HAIR Brown | 15. COLOR OF EYES Brown | 16. BLOOD TYPE O+ | 17. EXPIRATION TERM OF SERVICE OR OBLIGATION 23 Mar 86 | | |

FOR CARDS OTHER THAN DD FORM 2A, DD FORM 2A *(Res)* AND DD FORM 2A *(Ret)*

| 18. SOCIAL SECURITY NUMBER *(DA Form 1602 only)* | 19. STATUS *(DA Form 1602 only)* | 20. SEX *(DA Form 1602 only)* | 21. CAPACITY *(DD Form 1934)* | 22. RELIGION *(DD Form 489 and DD Form 1934)* |
|---|---|---|---|---|
| 23. EQUIVALENT RANK *(DD Form 489 and DD Form 1934)* | 24. POSITION TITLE *(DD Form 489 and DA Form 1095)* | 25. UNIT, SECTION, BRANCH OR ACTIVITY/COMMAND OR SERVICE *(DD Form 489, DA Form 1602 and DA Form 1095 only)* | | |

| SIGNATURE OF APPROVING AUTHORITY | SIGNATURE OF APPLICANT *Travis D. Crawford* |
|---|---|
| RECEIPT OF CARD IS ACKNOWLEDGED *(Signature)* *Travis D. Crawford* | DATE ACKNOWLEDGED 28 Mar 83 |

**DA** FORM 1 OCT 78 **428** REPLACES EDITION JUN 75, & DA FORM 428-R, PRIVACY ACT STATEMENT SEP 75, WHICH ARE OBSOLETE. **APPLICATION FOR IDENTIFICATION CARD**

For use of this form, see AR 606-5; tl



FORM APPROVED
OMB No. 0704-0020.

## APPLICATION FOR UNIFORMED SERVICES IDENTIFICATION AND PRIVILEGE CARD

DATA REQUIRED BY THE PRIVACY ACT OF 1974

AUTHORITY: 10 U.S.C. 133 Executive Order 9397, 22 November 1943 (Social Security Number).

PRINCIPAL PURPOSE(S): Is used by applicant to apply for a DD Form 1173, "Uniformed Services Identification and Privilege Card."

ROUTINE USE(S): Is used by appropriate authority to evaluate an applicant's eligibility to be issued a DD Form 1173, "Uniformed Services Identification and Privilege Card." The DOD Enrollment/Eligibility System will be a routine user of information provided on this application.

DISCLOSURE: Mandatory for Active Duty military personnel. Failure to complete the form may result in disciplinary or administrative action. Voluntary for all other persons. However, failure to furnish all information, including SSN, could delay or prevent the issuance of an ID Card to persons otherwise eligible.

### SECTION I — IDENTIFICATION OF PERSON UPON WHOM ELIGIBILITY FOR DD FORM 1173 IS BASED

| 1. NAME (Last - First - Middle Initial) | 2. SSN | 3. GRADE | 4. HOME PHONE | 5. OFFICE PHONE |
|---|---|---|---|---|
| CRAWFORD TRAVIS D. | ▇▇6635 | E-1 | N/A | 535-6828 |

| 6. ADDRESS (Include ZIP Code) | 7. BRANCH OF SVC | 8. STATUS |
|---|---|---|
| B, 7TH ENGR BN (CBT) FT POLK LA 71459 | ARMY | X ☐ ACTIVE DUTY  ☐ RETIRED  ☐ 100% DAV  ☐ DECEASED AD  ☐ DECEASED RETIRED  ☐ OTHER (Specify, Item 60) |

| 9. DATE OF EXPIRATION OF SERVICE OR CONTRACT (or date) | 10. REASON FOR APPLICATION |
|---|---|
| 860325 | ☐ ORIGINAL CARD(S)  ☐ OTHER (Specify, Item 59) |

### SECTION II — PERSONS FOR WHOM IDENTIFICATION CARDS ARE REQUESTED (INCLUDE YOURSELF WHEN APPLICABLE)
(List dependents claimed who will not be issued ID Cards in Section V, Item 60.)

| | | | FOR USE OF VERIFYING OFFICER | FOR USE OF ISSUING OFFICER |
|---|---|---|---|---|
| 11. NAME (Last - First - Middle Initial) - SSN (If applicable)  TERESE LOCKHART | 12. RELATIONSHIP  WIFE | 13. DATE OF BIRTH (Yr.-Mo.-Day) ▇▇ | 14. PRIVILEGE AUTH 1/  EU CTMC MS | 15. CARD NO. ISSUED |
| 16. ADDRESS (Include ZIP Code) ▇▇▇ | 17. EYES  BR | 18. HAIR  BR | 19. MC EFFECTIVE DATE (Yr., Mo., Day) 83-Jul-27 | 20. DATE ISSUED (Yr., Mo., Day) |
| | 21. HEIGHT  5'5 | 22. WEIGHT  100lbs | 23. EXPIRATION DATE (Yr., Mo., Day) 84-MAR-24 | |
| 24. NAME (Last - First - Middle Initial) - SSN (If applicable) | 25. RELATIONSHIP | 26. DATE OF BIRTH (Yr., Mo., Day) | 27. PRIVILEGE AUTH 1/ | 28. CARD NO. ISSUED |
| 29. ADDRESS (Include ZIP Code) | 30. EYES | 31. HAIR | 32. MC EFFECTIVE DATE (Yr., Mo., Day) | 33. DATE ISSUED (Yr., Mo., Day) |
| | 34. HEIGHT | 35. WEIGHT | 36. EXPIRATION DATE (Yr., Mo., Day) | |
| 37. NAME (Last - First - Middle Initial) - SSN (If applicable) | 38. RELATIONSHIP | 39. DATE OF BIRTH (Yr., Mo., Day) | 40. PRIVILEGE AUTH 1/ | 41. CARD NO. ISSUED |
| 42. ADDRESS (Include ZIP Code) | 43. EYES | 44. HAIR | 45. MC EFFECTIVE DATE (Yr., Mo., Day) | 46. DATE ISSUED (Yr., Mo., Day) |
| | 47. HEIGHT | 48. WEIGHT | 49. EXPIRATION DATE (Yr., Mo., Day) | |

1/ Abbreviated Privileges, i.e.: C—Commissary; Exchange, EL—Limited, EU—Unlimited; T—Theater; MC—Medical Care in Civilian Facilities; MS—Medical Care in Uniformed Services Facilities.

### SECTION III — VERIFICATION BY PERSONNEL OFFICER OR OTHER RESPONSIBLE OFFICIAL OF SPONSOR'S SERVICE

The status of the persons named in Section II has been verified, issue of DD Form 1173 by any U.S. Uniformed Service Activity is authorized, benefits and privileges to which entitled, effective and expiration date of eligibility for each named person are verified, issuing agency is requested to (A) issue DD Form 1173 upon presentation of this application, (B) enter in the appropriate column of Section II the card number issued with the date issued, (C) if dependents are claimed who will not be issued ID Cards in Section V, Item 60, send a copy of this application to DOD Enrollment/Eligibility Processing Center, OSD/HA, Rm. 3E173, Pentagon, Washington, D.C. 20301, (D) complete Section IV of this application form and return it to the organization designated in Item 50.

| 50. ORGANIZATION AND MAILING ADDRESS OF VERIFYING OFFICER | 51. TYPED NAME, GRADE, AND TITLE | 52. SIGNATURE |
|---|---|---|
| | | |

### SECTION IV — AUTHENTICATION BY ISSUING AGENCY

53. ISSUING OFFICE — Ensure Items 61 and 62 are completed and signed. A notation of the receipt and destruction or complete accounting of the previously issued card must be made in Item 59. Upon issue, forward one copy to the activity holding the service record of the sponsor or to the verifying activity.

| 54. ORGANIZATION OF ISSUING OFFICER (Include UIC) | 55. TYPED NAME, GRADE, AND TITLE | 56. SIGNATURE |
|---|---|---|
| | | |

| 57. ☐ RECEIPT OF CARD(S) IS ACKNOWLEDGED | a. DATE ACKNOWLEDGED | b. SIGNATURE OF CARD RECIPIENT |
|---|---|---|
| | | |

**DD** FORM 1 JAN 79 **1172**  PREVIOUS EDITION IS OBSOLETE. ALSO RESCENDS DD FORM 1172 PRIVACY ACT STATEMENT AUG 75.

**58. STATE MARITAL STATUS** *(Check appropriate box(es) and complete entries as applicable.)*

| ☒ MARRIED | ☐ SEPARATED | ☐ DIVORCED/ANNULLED | ☐ ANNULLED AB-INITIO | ☐ UNMARRIED (surviving) SPOUSE | ☐ UNREMARRIED (surviving) SPOUSE |
|---|---|---|---|---|---|

### DEFINITION

UNMARRIED *(surviving)* SPOUSE — A spouse who has married subsequent to the death of the sponsor and has had that marriage terminated by death, decree of divorce or decree of annulment.

UNREMARRIED *(surviving)* SPOUSE — A spouse who has never remarried or never legally remarried as in the case of an "AB INITIO" annulment. Spouses in this category would not lose their benefits.

a. ☒ Lawful marriage to the spouse named took place at ____MCDONALD COUNTY MISSOURI____ *(Place)* ____ on ____83 (July) (27) (Day)____

b. ☐ I am the unmarried *(surviving)* spouse of the sponsor named in Section I, whose subsequent marriage terminated in divorce, annulment or death. I understand that I may not be entitled to medical care as administered by the Department of Defense. In the event of annulment, a special finding authorizing medical care must be made by the Parent service of the sponsor.

c. ☐ Child(ren) listed in Section II is (are) unmarried and legitimate child(ren), illegitimate child(ren) of a male sponsor whose paternity has been judicially determined, illegitimate child(ren) of record of a female sponsor who has been judicially directed to support the child(ren), adopted child(ren), or stepchild(ren), who is (are) legitimate child(ren) of the spouse of the active duty, retired, or deceased member listed in Section I; and (1) the child(ren) named is (are) less than 21 years of age; or (2) 21 years of age and over and (a) is incapable of self-support because of a mental or physical incapacity that existed prior to his or her reaching the age of 21, the incapacity has been continuous and the child(ren) is (are), in fact, dependent upon the sponsor for over fifty (50) percentum of his or her support *(or who was so dependent on sponsor at the time of death)*; or (b) has not passed his or her twenty-third birthday, is pursuing a fulltime course of education in an institution of higher learning approved by the Secretary of Defense or the Secretary of Health, Education and Welfare *(as appropriate)* or by a state agency under Title 38, U.S.C., Chapter 34, Veteran's Educational Assistance, and Chapter 35, War Orphans' and Widows' Educational Assistance, of Title 38 U.S.C., is carrying a course load of a minimum of twelve (12) semester credit hours or equivalent hours and is *(or was at the time of the member's death)* dependent upon the member for over fifty (50) percentum of his or her support.

d. ☐ Child(ren) listed in Section II is (are) unmarried and illegitimate child(ren) of a male sponsor whose paternity has not been judicially determined, illegitimate child(ren) of record of a female sponsor or illegitimate child(ren) of the spouse of a sponsor *(i.e., the sponsor's stepchild(ren), or stepchild(ren) of a deceased member or retiree at time of death)* who resides with or in a home provided by the sponsor, or which was being provided by the deceased member or retiree at the time of death, and who is and continues to be dependent upon the sponsor for over fifty (50) percentum of his or her support or who was dependent on the deceased member or retiree at the time of death; that the child(ren) named is (are) less than 21 years of age or is (are) 21 years of age and over and is (1) incapable of self-support because of a mental or physical incapacity that existed prior to his or her reaching the age of 21, and the incapacity has been continuous and who continues to be dependent upon the sponsor or (2) has not passed his or her twenty-third birthday, is pursuing a full-time course of education in an institution of higher learning approved by the Secretary of Defense or the Secretary of Health, Education and Welfare *(as appropriate)* or by a state agency under Title 38, U.S.C., Chapter 34, Veteran's Educational Assistance, and Chapter 35, War Orphans' and Widows' Educational Assistance, of Title 38, U.S.C., is carrying a course load of a minimum of twelve (12) semester hours or equivalent hours and is *(or was at the time of the member's death)* dependent upon the member for over fifty (50) percentum of his or her support.

NOTE: Section II — In those special circumstances which permit children over 21 entitlement to medical care, indicate after date of birth, (INCT) for a temporarily incapacitated child, (INCP) for a permanently incapacitated child or (SCH) for attendance at approved school. Enter under Item 60, REMARKS, the name of the institution of higher learning and expected date of graduation.

e. ☐ I am the parent, adoptive parent, parent-in-law, or adoptive parent-in-law of the sponsor named in Section I and at the time of his or her death, I, and all other parents, adoptive parents, parents-in-law, or adoptive parents-in-law named herein resided in the household of *(or, for medical care purposes, in a dwelling place provided or maintained by)* said sponsor, and were in fact dependent upon him or her for over one-half of our support. I understand that I am not entitled to CHAMPUS.

f. ☐ I am the legal guardian of the dependent or dependents of the sponsor named in Section I, and further certify that the named dependents meet the criteria for eligibility as indicated by blocks checked above.

g. ☐ All parents, adoptive parents, parents-in-law, or adoptive parents-in-law named are in fact dependent upon me for over one-half of their support and actually reside in my household or in a dwelling provided or maintained by me and, therefore, are eligible for benefits such as commissary stores, exchange and medical care. I understand my parents, adoptive parents, parents-in-law, or adoptive parents-in-law are not entitled to CHAMPUS.

h. ☐ I am entitled to retired, retirement, or retainer pay or equivalent pay as a result of service in a uniformed service.

**59. DISPOSITION OF PREVIOUSLY ISSUED CARDS**

☐ CARD NO. _____ ☐ RETURNED AND DESTROYED ☐ PREVIOUSLY ISSUED CARD LOST *(Cite circumstances in Item 60, REMARKS.)*

☐ PREVIOUSLY ISSUED CARD STOLEN *(Cite circumstances in Item 60, REMARKS.)*

**60. REMARKS** *(List dependents claimed who will not be issued an ID Card. For each dependent provide name, date of birth, relationship to sponsor, SSN if applicable, and address if different from sponsor or applicant.)*

LEGAL DOCUMENTATION WAS PRESENTED TO VERIFY ELIGIBILITY AND DEPENDENCY ON 83-SEP-12

DEERS ENROLLMENT

---

### SECTION VI — CONDITIONS APPLICABLE TO SPONSOR

I understand that the actions of the recipient(s) of DD Form 1173, Uniformed Services Identification and Privilege Card, issued as a result of this application are my responsibility insofar as proper use of the card for the benefits and privileges, i.e., medical care, exchange, commissary and theater, authorized. I will cause the recipient to surrender the card immediately upon call to do so or when appropriate under applicable regulations and will notify an agency designated to grant authorizations for privileges and facilities in event of any change in status affecting a recipient's eligibility therefor.

I am aware that medical care furnished in uniformed services facilities is subject to availability of space, facilities and the capabilities of the medical staff to provide such care. Determinations made by the medical officer or contract surgeon, or his designee, as to availability of space, facilities and the capabilities of the medical staff shall be conclusive. Reimbursement shall be required for any unauthorized medical care furnished at Government expense. PENALTY FOR PRESENTING FALSE CLAIMS OR MAKING FALSE STATEMENTS IN CONNECTION WITH CLAIMS: FINE OF NOT MORE THAN $10,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH. *(Act 25, June 1948, 18 U.S.C. 287, 1001.)*

| 61. DATE OF APPLICATION | 62. SIGNATURE OF SERVICE SPONSOR OR APPLICANT |
|---|---|
| 12 Sep 83 | *Francis G. Crawford* |

**APPLICATION FOR UNIFORMED SERVICES IDENTIFICATION AND PRIVILEGE CARD**

DEERS ENROLLMENT

DATA REQUIRED BY THE PRIVACY ACT OF 1974

| AUTHORITY: | 10 U.S.C. 133 Executive Order 9397, 22 November 1943 (Social Security Number). |
|---|---|
| PRINCIPAL PURPOSE(S): | Is used by applicant to apply for a DD Form 1173, "Uniformed Services Identification and Privilege Card." |
| ROUTINE USE(S): | Is used by appropriate authority to evaluate an applicant's eligibility to be issued a DD Form 1173, "Uniformed Services Identification and Privilege Card." The DOD Enrollment/Eligibility System will be a routine user of information provided on this application. |
| DISCLOSURE: | Mandatory for Active Duty military personnel. Failure to complete the form may result in disciplinary or administrative action. Voluntary for all other persons. However, failure to furnish all information, including SSN, could delay or prevent the issuance of an ID Card to persons otherwise eligible. |

**SECTION I — IDENTIFICATION OF PERSON UPON WHOM ELIGIBILITY FOR DD FORM 1173 IS BASED**

| 1. NAME (Last - First - Middle Initial) | 2. SSN | 3. GRADE | 4. HOME PHONE | 5. OFFICE PHONE |
|---|---|---|---|---|
| CRAWFORD, Travis D. | ▇▇-5635 | E-1 | 5-6828/A | 5-6828 |

| 6. ADDRESS (Include ZIP Code) | 7. BRANCH OF SVC | 8. STATUS |
|---|---|---|
| B Co. 7th Engr Bn<br>Ft. Polk , LA 71459 | ARMY | ☒ ACTIVE DUTY ☐ RETIRED ☐ 100% DAV<br>☐ DECEASED AD ☐ DECEASED RETIRED ☐ OTHER (Specify, Item 60) |

| 9. DATE OF EXPIRATION OF SERVICE OR CONTRACT (or death) | 10. REASON FOR APPLICATION |
|---|---|
| 23 Mar 86 | ☐ ORIGINAL CARD(S) ☐ OTHER (Specify, Item 59) |

**SECTION II — PERSONS FOR WHOM IDENTIFICATION CARDS ARE REQUESTED (INCLUDE YOURSELF WHEN APPLICABLE)**
(List dependents claimed who will not be issued ID Cards in Section V, Item 60.)

| | FOR USE OF VERIFYING OFFICER | FOR USE OF ISSUING OFFICER |
|---|---|---|

| 11. NAME (Last - First - Middle Initial) - SSN (If applicable) | 12. RELATIONSHIP | 13. DATE OF BIRTH (Yr., Mo., Day) | 14. PRIVILEGE AUTH 1/ | 15. CARD NO. ISSUED |
|---|---|---|---|---|
| CRAWFORD, Teresa S. | WIFE | ▇▇▇ | | NA |

| 16. ADDRESS (Include ZIP Code) | 17. EYES | 18. HAIR | 19. MC EFFECTIVE DATE (Yr., Mo., Day) | 20. DATE ISSUED (Yr., Mo., Day) |
|---|---|---|---|---|
| ▇▇▇▇▇▇▇ | BROWN | BROWN | | |
| | 21. HEIGHT | 22. WEIGHT | 23. EXPIRATION DATE (Yr., Mo., Day) | |
| | 5'5" | 126 | | |

| 24. NAME (Last - First - Middle Initial) - SSN (If applicable) | 25. RELATIONSHIP | 26. DATE OF BIRTH (Yr., Mo., Day) | 27. PRIVILEGE AUTH 1/ | 28. CARD NO. ISSUED |
|---|---|---|---|---|
| | | | | |

| 29. ADDRESS (Include ZIP Code) | 30. EYES | 31. HAIR | 32. MC EFFECTIVE DATE (Yr., Mo., Day) | 33. DATE ISSUED (Yr., Mo., Day) |
|---|---|---|---|---|
| | | | | |
| | 34. HEIGHT | 35. WEIGHT | 36. EXPIRATION DATE (Yr., Mo., Day) | |

| 37. NAME (Last - First - Middle Initial) - SSN (If applicable) | 38. RELATIONSHIP | 39. DATE OF BIRTH (Yr., Mo., Day) | 40. PRIVILEGE AUTH 1/ | 41. CARD NO. ISSUED |
|---|---|---|---|---|
| | | | | |

| 42. ADDRESS (Include ZIP Code) | 43. EYES | 44. HAIR | 45. MC EFFECTIVE DATE (Yr., Mo., Day) | 46. DATE ISSUED (Yr., Mo., Day) |
|---|---|---|---|---|
| | | | | |
| | 47. HEIGHT | 48. WEIGHT | 49. EXPIRATION DATE (Yr., Mo., Day) | |

1/ Abbreviated Privileges, i.e.: C—Commissary; Exchange, EL—Limited; EU—Unlimited; T—Theater; MC—Medical Care in Civilian Facilities; MS—Medical Care in Uniformed Services Facilities.

**SECTION III — VERIFICATION BY PERSONNEL OFFICER OR OTHER RESPONSIBLE OFFICIAL OF SPONSOR'S SERVICE**

The status of the persons named in Section II has been verified, issue of DD Form 1173 by any U.S. Uniformed Service Activity is authorized, benefits and privileges to which entitled, effective and expiration date of eligibility for each named person are verified, issuing agency is requested to (A) issue DD Form 1173 upon presentation of this application, (B) enter in the appropriate column of Section II the card number issued with the date issued, (C) if dependents are claimed who will not be issued ID Cards in Section V, Item 60, send a copy of this application to DOD Enrollment/Eligibility Processing Center, OSD/HA, Rm. 3E173, Pentagon, Washington, D.C. 20301, (D) complete Section IV of this application form and return it to the organization designated in Item 50.

| 50. ORGANIZATION AND MAILING ADDRESS OF VERIFYING OFFICER | 51. TYPED NAME, GRADE, AND TITLE | 52. SIGNATURE |
|---|---|---|
| 5th Inf Div (M) & FP<br>ATTN: AFZX-AGC<br>Ft Polk, LA 71459 | BARRY L. ICENHOWER<br>1LT, AGC<br>Chief, Pers Rcd Br | |

SECTION IV — AUTHENTICATION BY ISSUING AGENCY

53. ISSUING OFFICE — Ensure Items 61 and 62 are completed and signed. A notation of the receipt and destruction or complete accounting of the previously issued card must be made in Item 59. Upon issue, forward one copy to the activity holding the service record of the sponsor or to the verifying activity.

| 54. ORGANIZATION OF ISSUING OFFICER (Include UIC) | 55. TYPED NAME, GRADE, AND TITLE | 56. SIGNATURE |
|---|---|---|
| | | |

| 57. | a. DATE ACKNOWLEDGED | b. SIGNATURE OF CARD RECIPIENT | |
|---|---|---|---|
| ☐ RECEIPT OF CARD(S) IS ACKNOWLEDGED | | | |

DEERS ENROLLMENT

**DD FORM 1172**
1 JAN 79

PREVIOUS EDITION IS OBSOLETE
ALSO RESCINDS DD FORM 1172 PRIVACY ACT STATEMENT AUG 75. ALSO RESCINDS DD FORM 1173

## SECTION V – STATEMENT OF UNIFORMED SERVICES OR CIVILIAN SPONSOR; OTHERWISE THE APPLICANT

**58. STATE MARITAL STATUS** *(Check appropriate box(es) and complete entries as applicable.)*

[X] MARRIED  [ ] SEPARATED  [ ] DIVORCED/ ANNULLED  [ ] ANNULLED AB-INITIO  [ ] UNMARRIED *(surviving)* SPOUSE  [ ] UNREMARRIED *(surviving)* SPOUSE

### DEFINITION

UNMARRIED *(surviving)* SPOUSE — A spouse who has married subsequent to the death of the sponsor and has had that marriage terminated by death, decree of divorce or decree of annulment.

UNREMARRIED *(surviving)* SPOUSE — A spouse who has never remarried or never legally remarried as in the case of an "AB INITIO" annulment. Spouses in this category would not lose their benefits.

a. [X] Lawful marriage to the spouse named took place at **McDonald County , MO** on **83/07/26**
*(Place)* *(Date: Yr.;Mo.;Day)*

b. [ ] I am the unmarried *(surviving)* spouse of the sponsor named in Section I, whose subsequent marriage terminated in divorce, annulment or death. I understand that I may not be entitled to medical care as administered by the Department of Defense. In the event of annulment, a special finding authorizing medical care must be made by the Parent service of the sponsor.

c. [ ] Child(ren) listed in Section II is (are) unmarried and legitimate child(ren), illegitimate child(ren) of a male sponsor whose paternity has been judicially determined, illegitimate child(ren) of record of a female sponsor who has been judicially directed to support the child(ren), adopted child(ren), or stepchild(ren), who is (are) legitimate child(ren) of the spouse of the active duty, retired, or deceased member listed in Section I; and (1) the child(ren) named is (are) less than 21 years of age; or (2) 21 years of age and over and (a) is incapable of self-support because of a mental or physical incapacity that existed prior to his or her reaching the age of 21, the incapacity has been continuous and the child(ren) is (are), in fact, dependent upon the sponsor for over fifty (50) percentum of his or her support *(or who was so dependent on sponsor at the time of death)*; or (b) has not passed his or her twenty-third birthday, is pursuing a fulltime course of education in an institution of higher learning approved by the Secretary of Defense or the Secretary of Health, Education and Welfare *(as appropriate)* or by a state agency under Title 38, U.S.C., Chapter 34, Veteran's Educational Assistance, and Chapter 35, War Orphans' and Widows' Educational Assistance, of Title 38 U.S.C., is carrying a course load of a minimum of twelve (12) semester credit hours or equivalent hours and is *(or was at the time of the member's death)* dependent upon the member for over fifty (50) percentum of his or her support.

d. [ ] Child(ren) listed in Section II is (are) unmarried and illegitimate child(ren) of a male sponsor whose paternity has not been judicially determined, illegitimate child(ren) of record of a female sponsor or illegitimate child(ren) of the spouse of a sponsor *(i.e., the sponsor's stepchild(ren), or stepchild(ren) of a deceased member or retiree at time of death)* who resides with or in a home provided by the sponsor, or which was being provided by the deceased member or retiree at the time of death, and who is and continues to be dependent upon the sponsor for over fifty (50) percentum of his or her support or who was dependent on the deceased member or retiree at the time of death; that the child(ren) named is (are) less than 21 years of age or is (are) 21 years of age and over and is (1) incapable of self-support because of a mental or physical incapacity that existed prior to his or her reaching the age of 21, and the incapacity has been continuous and who continues to be dependent upon the sponsor or (2) has not passed his or her twenty-third birthday, is pursuing a full-time course of education in an institution of higher learning approved by the Secretary of Defense or the Secretary of Health, Education and Welfare *(as appropriate)* or by a state agency under Title 38, U.S.C., Chapter 34, Veteran's Educational Assistance, and Chapter 35, War Orphans' and Widows' Educational Assistance, of Title 38, U.S.C., is carrying a course load of a minimum of twelve (12) semester hours or equivalent hours and is *(or was at the time of the member's death)* dependent upon the member for over fifty (50) percentum of his or her support.

NOTE: Section II — In those special circumstances which permit children over 21 entitlement to medical care, indicate after date of birth, (INCT) for a temporarily incapacitated child, (INCP) for a permanently incapacitated child or (SCH) for attendance at approved school. Enter under Item 60, REMARKS, the name of the institution of higher learning and expected date of graduation.

e. [ ] I am the parent, adoptive parent, parent-in-law, or adoptive parent-in-law of the sponsor named in Section I and at the time of his or her death, I, and all other parents, adoptive parents, parents-in-law, or adoptive parents-in-law named herein resided in the household of *(or, for medical care purposes, in a dwelling place provided or maintained by)* said sponsor, and were in fact dependent upon him or her for over one-half of our support. I understand that I am not entitled to CHAMPUS.

f. [ ] I am the legal guardian of the dependent or dependents of the sponsor named in Section I, and further certify that the named dependents meet the criteria for eligibility as indicated by blocks checked above.

g. [ ] All parents, adoptive parents, parents-in-law, or adoptive parents-in-law named are in fact dependent upon me for over one-half of their support and actually reside in my household or in a dwelling provided or maintained by me and, therefore, are eligible for benefits such as commissary stores, exchange and medical care. I understand my parents, adoptive parents, parents-in-law, or adoptive parents-in-law are not entitled to CHAMPUS.

h. [ ] I am entitled to retired, retirement, or retainer pay or equivalent pay as a result of service in a uniformed service.

**59. DISPOSITION OF PREVIOUSLY ISSUED CARDS**

[ ] CARD NO. _____  RETURNED AND DESTROYED  [X] PREVIOUSLY ISSUED CARD LOST *(Cite circumstances in Item 60, REMARKS.)*

[ ] PREVIOUSLY ISSUED CARD STOLEN *(Cite circumstances in Item 60, REMARKS.)*

**60. REMARKS** *(List dependents claimed who will not be issued an ID Card. For each dependent provide name, date of birth, relationship to sponsor, SSN if applicable, and address if different from sponsor or applicant.)*

PROPER IDENTIFICATION WAS PRESENTED
TO VERIFY ELIGIBILITY AND DEPENDENCE
ON

*1983 oct 20*

### SECTION VI – CONDITIONS APPLICABLE TO SPONSOR

I understand that the actions of the recipient(s) of DD Form 1173, Uniformed Services Identification and Privilege Card, issued as a result of this application are my responsibility insofar as proper use of the card for the benefits and privileges, i.e., medical care, exchange, commissary and theater, authorized. I will cause the recipient to surrender the card immediately upon call to do so or when appropriate under applicable regulations and will notify an agency designated to grant authorizations for privileges and facilities in event of any change in status affecting a recipient's eligibility therefor.

I am aware that medical care furnished in uniformed services facilities is subject to availability of space, facilities and the capabilities of the medical staff to provide such care. Determinations made by the medical officer or contract surgeon, or his designee, as to availability of space, facilities and the capabilities of the medical staff shall be conclusive. Reimbursement shall be required for any unauthorized medical care furnished at Government expense. PENALTY FOR PRESENTING FALSE CLAIMS OR MAKING FALSE STATEMENTS IN CONNECTION WITH CLAIMS: FINE OF NOT MORE THAN $10,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH. *(Act 25, June 1948, 18 U.S.C. 287, 1001.)*

**61. DATE OF APPLICATION**
*1983 Oct 20*

**62. SIGNATURE OF SERVICE SPONSOR OR APPLICANT**

## SECTION V — STATEMENT OF UNIFORMED SERVICES OR CIVILIAN SPONSOR; OTHERWISE THE APPLICANT

**58. STATE MARITAL STATUS** (Check appropriate box(es) and complete entries as applicable.)

[x] MARRIED    [ ] SEPARATED    [ ] DIVORCED/ANNULLED    [ ] ANNULLED AB·INITIO    [ ] UNMARRIED (surviving) SPOUSE    [ ] UNREMARRIED (surviving) SPOUSE

### DEFINITION

UNMARRIED (surviving) SPOUSE — A spouse who has married subsequent to the death of the sponsor and has had that marriage terminated by death, decree of divorce or decree of annulment.

UNREMARRIED (surviving) SPOUSE — A spouse who has never remarried or never legally remarried as in the case of an "AB INITIO" annulment. Spouses in this category would not lose their benefits.

a. [x] Lawful marriage to the spouse named took place at **McDonald County , MO** (Place) on **83/07/26** (Date: Yr.;Mo.;Day)

b. [ ] I am the unmarried (surviving) spouse of the sponsor named in Section I, whose subsequent marriage terminated in divorce, annulment or death. I understand that I may not be entitled to medical care as administered by the Department of Defense. In the event of annulment, a special finding authorizing medical care must be made by the Parent service of the sponsor.

c. [ ] Child(ren) listed in Section II is (are) unmarried and legitimate child(ren), illegitimate child(ren) of a male sponsor whose paternity has been judicially determined, illegitimate child(ren) of record of a female sponsor who has been judicially directed to support the child(ren), adopted child(ren), or stepchild(ren), who is (are) legitimate child(ren) of the spouse of the active duty, retired, or deceased member listed in Section I; and (1) the child(ren) named is (are) less than 21 years of age; or (2) 21 years of age and over and (a) is incapable of self-support because of a mental or physical incapacity that existed prior to his or her reaching the age of 21, the incapacity has been continuous and the child(ren) is (are), in fact, dependent upon the sponsor for over fifty (50) percentum of his or her support (or who was so dependent on sponsor at the time of death); or (b) has not passed his or her twenty-third birthday, is pursuing a fulltime course of education in an institution of higher learning approved by the Secretary of Defense or the Secretary of Health, Education and Welfare (as appropriate) or by a state agency under Title 38, U.S.C., Chapter 34, Veteran's Educational Assistance, and Chapter 35, War Orphans' and Widows' Educational Assistance, of Title 38 U.S.C., is carrying a course load of a minimum of twelve (12) semester credit hours or equivalent hours and is (or was at the time of the member's death) dependent upon the member for over fifty (50) percentum of his or her support.

d. [ ] Child(ren) listed in Section II is (are) unmarried and illegitimate child(ren) of a male sponsor whose paternity has not been judicially determined, illegitimate child(ren) of record of a female sponsor or illegitimate child(ren) of the spouse of a sponsor (i.e., the sponsor's stepchild(ren), or stepchild(ren) of a deceased member or retiree at time of death) who resides with or in a home provided by the sponsor, or which was being provided by the deceased member or retiree at the time of death, and who is and continues to be dependent upon the sponsor for over fifty (50) percentum of his or her support or who was dependent on the deceased member or retiree at the time of death; that the child(ren) named is (are) less than 21 years of age or is (are) 21 years of age and over and is (1) incapable of self-support because of a mental or physical incapacity that existed prior to his or her reaching the age of 21, and the incapacity has been continuous and who continues to be dependent upon the sponsor or (2) has not passed his or her twenty-third birthday, is pursuing a full-time course of education in an institution of higher learning approved by the Secretary of Defense or the Secretary of Health, Education and Welfare (as appropriate) or by a state agency under Title 38, U.S.C., Chapter 34, Veteran's Educational Assistance, and Chapter 35, War Orphans' and Widows' Educational Assistance, of Title 38, U.S.C., is carrying a course load of a minimum of twelve (12) semester hours or equivalent hours and is (or was at the time of the member's death) dependent upon the member for over fifty (50) percentum of his or her support.

NOTE: Section II — In those special circumstances which permit children over 21 entitlement to medical care, indicate after date of birth, (INCT) for a temporarily incapacitated child, (INCP) for a permanently incapacitated child or (SCH) for attendance at approved school. Enter under Item 60, REMARKS, the name of the institution of higher learning and expected date of graduation.

e. [ ] I am the parent, adoptive parent, parent-in-law, or adoptive parent-in-law of the sponsor named in Section I and at the time of his or her death, I, and all other parents, adoptive parents, parents-in-law, or adoptive parents-in-law named herein resided in the household of (or, for medical care purposes, in a dwelling place provided or maintained by) said sponsor, and were in fact dependent upon him or her for over one-half of our support. I understand that I am not entitled to CHAMPUS.

f. [ ] I am the legal guardian of the dependent or dependents of the sponsor named in Section I, and further certify that the named dependents meet the criteria for eligibility as indicated by blocks checked above.

g. [ ] All parents, adoptive parents, parents-in-law, or adoptive parents-in-law named are in fact dependent upon me for over one-half of their support and actually reside in my household or in a dwelling provided or maintained by me and, therefore, are eligible for benefits such as commissary stores, exchange and medical care. I understand my parents, adoptive parents, parents-in-law, or adoptive parents-in-law are not entitled to CHAMPUS.

h. [ ] I am entitled to retired, retirement, or retainer pay or equivalent pay as a result of service in a uniformed service.

**59. DISPOSITION OF PREVIOUSLY ISSUED CARDS**

[ ] CARD NO. _____    [ ] RETURNED AND DESTROYED    [x] PREVIOUSLY ISSUED CARD LOST (Cite circumstances in Item 60, REMARKS.)

[ ] PREVIOUSLY ISSUED CARD STOLEN (Cite circumstances in Item 60, REMARKS.)

**60. REMARKS** (List dependents claimed who will not be issued an ID Card. For each dependent provide name, date of birth, relationship to sponsor, SSN if applicable, and address if different from sponsor or applicant.)

*1983 oct 20*

### SECTION VI — CONDITIONS APPLICABLE TO SPONSOR

I understand that the actions of the recipient(s) of DD Form 1173, Uniformed Services Identification and Privilege Card, issued as a result of this application are my responsibility insofar as proper use of the card for the benefits and privileges, i.e., medical care, exchange, commissary and theater, authorized. I will cause the recipient to surrender the card immediately upon call to do so or when appropriate under applicable regulations and will notify an agency designated to grant authorizations for privileges and facilities in event of any change in status affecting a recipient's eligibility therefor.

I am aware that medical care furnished in uniformed services facilities is subject to availability of space, facilities and the capabilities of the medical staff to provide such care. Determinations made by the medical officer or contract surgeon, or his designee, as to availability of space, facilities and the capabilities of the medical staff shall be conclusive. Reimbursement shall be required for any unauthorized medical care furnished at Government expense. PENALTY FOR PRESENTING FALSE CLAIMS OR MAKING FALSE STATEMENTS IN CONNECTION WITH CLAIMS: FINE OF NOT MORE THAN $10,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH. (Act 25, June 1948, 18 U.S.C. 287, 1001.)

**61. DATE OF APPLICATION** 1983 oct 20

**62. SIGNATURE OF SERVICE SPONSOR OR APPLICANT**

☆U.S. GOVERNMENT PRINTING OFFICE: 1982-361-646:8590



## APPLICATION FOR UNIFORMED SERVICES IDENTIFICATION AND PRIVILEGE CARD

**FORM APPROVED**
OMB No. 0704-0020.

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 10 U.S.C. 133 Executive Order 9397, 22 November 1943 (Social Security Number).

**PRINCIPAL PURPOSE(S):** Is used by applicant to apply for a DD Form 1173, "Uniformed Services Identification and Privilege Card."

**ROUTINE USE(S):** Is used by appropriate authority to evaluate an applicant's eligibility to be issued a DD Form 1173, "Uniformed Services Identification and Privilege Card." The DOD Enrollment/Eligibility System will be a routine user of information provided on this application.

**DISCLOSURE:** Mandatory for Active Duty military personnel. Failure to complete the form may result in disciplinary or administrative action. Voluntary for all other persons. However, failure to furnish all information, including SSN, could delay or prevent the issuance of an ID Card to persons otherwise eligible.

### SECTION I — IDENTIFICATION OF PERSON UPON WHOM ELIGIBILITY FOR DD FORM 1173 IS BASED

| 1. NAME (Last - First - Middle Initial) | 2. SSN | 3. GRADE | 4. HOME PHONE | 5. OFFICE PHONE |
|---|---|---|---|---|
| CRAWFORD TRAVIS D. | ▓▓▓-5635 | E-1 | N/A | 535-6828 |

| 6. ADDRESS (Include ZIP Code) | 7. BRANCH OF SVC | 8. STATUS | | |
|---|---|---|---|---|
| B, 7TH ENGR BN (CBT) FT POLK LA 71459 | ARMY | ☒ ACTIVE DUTY ☐ DECEASED AD | ☐ RETIRED ☐ DECEASED RETIRED | ☐ 100% DAV ☐ OTHER (Specify, Item 60) |

| 9. DATE OF EXPIRATION OF SERVICE OR CONTRACT (or death) | 10. REASON FOR APPLICATION |
|---|---|
| XX 860325 | ☐ ORIGINAL CARD(S) ☒ OTHER (Specify, Item 59) |

### SECTION II — PERSONS FOR WHOM IDENTIFICATION CARDS ARE REQUESTED (INCLUDE YOURSELF WHEN APPLICABLE)
(List dependents claimed who will not be issued ID Cards in Section V, Item 60.)

| 11. NAME (Last - First - Middle Initial) - SSN (If applicable) | 12. RELATIONSHIP | 13. DATE OF BIRTH (Yr., Mo., Day) | 14. PRIVILEGE AUTH 1/ | 15. CARD NO. ISSUED |
|---|---|---|---|---|
| TERESE S. CRAWFORD | WIFE | ▓▓▓▓▓ | EU CT MC MS | MX00,201A |
| **16. ADDRESS (Include ZIP Code)** | **17. EYES** | **18. HAIR** | **19. MC EFFECTIVE DATE (Yr., Mo., Day)** | **20. DATE ISSUED (Yr., Mo., Day)** |
| ▓▓▓▓▓▓ | BR | BR | 83-Jul-27 | 13 OCT 1983 |
| | **21. HEIGHT** | **22. WEIGHT** | **23. EXPIRATION DATE (Yr., Mo., Day)** | |
| | 5'5 | 100lbs | 86-Mar-21 | |

| 24. NAME (Last - First - Middle Initial) - SSN (If applicable) | 25. RELATIONSHIP | 26. DATE OF BIRTH (Yr., Mo., Day) | 27. PRIVILEGE AUTH 1/ | 28. CARD NO. ISSUED |
|---|---|---|---|---|
| | | | | |
| **29. ADDRESS (Include ZIP Code)** | **30. EYES** | **31. HAIR** | **32. MC EFFECTIVE DATE (Yr., Mo., Day)** | **33. DATE ISSUED (Yr., Mo., Day)** |
| | | | | |
| | **34. HEIGHT** | **35. WEIGHT** | **36. EXPIRATION DATE (Yr., Mo., Day)** | |

| 37. NAME (Last - First - Middle Initial) - SSN (If applicable) | 38. RELATIONSHIP | 39. DATE OF BIRTH (Yr., Mo., Day) | 40. PRIVILEGE AUTH 1/ | 41. CARD NO. ISSUED |
|---|---|---|---|---|
| | | | | |
| **42. ADDRESS (Include ZIP Code)** | **43. EYES** | **44. HAIR** | **45. MC EFFECTIVE DATE (Yr., Mo., Day)** | **46. DATE ISSUED (Yr., Mo., Day)** |
| | | | | |
| | **47. HEIGHT** | **48. WEIGHT** | **49. EXPIRATION DATE (Yr., Mo., Day)** | |

1/ Abbreviated Privileges, i.e.: C—Commissary; Exchange, EL—Limited, EU—Unlimited; T—Theater; MC—Medical Care in Civilian Facilities; MS—Medical Care in Uniformed Services Facilities.

### SECTION III — VERIFICATION BY PERSONNEL OFFICER OR OTHER RESPONSIBLE OFFICIAL OF SPONSOR'S SERVICE

The status of the persons named in Section II has been verified, issue of DD Form 1173 by any U.S. Uniformed Service Activity is authorized, benefits and privileges to which entitled, effective and expiration date of eligibility for each named person are verified, issuing agency is requested to (A) issue DD Form 1173 upon presentation of this application, (B) enter in the appropriate column of Section II the card number issued with the date issued, (C) if dependents are claimed who will not be issued ID Cards in Section V, Item 60, send a copy of this application to DOD Enrollment/Eligibility Processing Center, OSD/HA, Rm. 3E173, Pentagon, Washington, D.C. 20301, (D) complete Section IV of this application form and return it to the official designated in Item 50.

| 50. ORGANIZATION AND MAILING ADDRESS OF VERIFYING OFFICER | 51. TYPED NAME, GRADE, AND TITLE | 52. SIGNATURE |
|---|---|---|
| HQ Inf Div & Ft Polk RATING AFZX-AGC Ft Polk, LA 71459 | BARRY L. ICENHOUR 1LT, AGC Assistant Adjutant General | *(signature)* |

### SECTION IV — AUTHENTICATION BY ISSUING AGENCY

53. ISSUING OFFICE — Ensure Items 61 and 62 are completed and signed. A notation of the receipt and destruction or complete accounting of the previously issued card must be made in Item 59. Upon issue, forward one copy to the activity holding the service record of the sponsor or to the verifying activity.

| 54. ORGANIZATION OF ISSUING OFFICER (Include UIC) | 55. TYPED NAME, GRADE, AND TITLE | 56. SIGNATURE |
|---|---|---|
| HQ, USAG FT. CHAFFEE, AR 72905 | JERRY B. RIEDEL, GS-3, DAC | *(signature)* Jerry B Riedel |

| | a. DATE ACKNOWLEDGED | b. SIGNATURE OF CARD RECIPIENT |
|---|---|---|
| ☒ RECEIPT OF CARD(S) IS ACKNOWLEDGED | 13 OCT 1983 | *(signature)* Teresa Crawford |

## SECTION V — STATEMENT OF UNIFORMED SERVICES OR CIVILIAN SPONSOR; OTHERWISE THE APPLICANT

**8. STATE MARITAL STATUS** *(Check appropriate box(es) and complete entries as applicable.)*

[X] MARRIED  [ ] SEPARATED  [ ] DIVORCED/ANNULLED  [ ] ANNULLED AB·INITIO  [ ] UNMARRIED (surviving) SPOUSE  [ ] UNREMARRIED (surviving) SPOUSE

### DEFINITION

UNMARRIED *(surviving)* SPOUSE — A spouse who has married subsequent to the death of the sponsor and has had that marriage terminated by death, decree of divorce or decree of annulment.

UNREMARRIED *(surviving)* SPOUSE — A spouse who has never remarried or never legally remarried as in the case of an "AB INITIO" annulment. Spouses in this category would not lose their benefits.

a. [X] Lawful marriage to the spouse named took place at ___MCDONALD COUNTY MISSOURI___ on __83 July 27__
*(Place)*     *(Date: Yr., Mo., Day)*

b. [ ] I am the unmarried *(surviving)* spouse of the sponsor named in Section I, whose subsequent marriage terminated in divorce, annulment or death. I understand that I may not be entitled to medical care as administered by the Department of Defense. In the event of annulment, a special finding authorizing medical care must be made by the Parent service of the sponsor.

c. [ ] Child(ren) listed in Section II is (are) unmarried and legitimate child(ren), illegitimate child(ren) of a male sponsor whose paternity has been judicially determined, illegitimate child(ren) of record of a female sponsor who has been judicially directed to support the child(ren), adopted child(ren), or stepchild(ren), who is (are) legitimate child(ren) of the spouse of the active duty, retired, or deceased member listed in Section I; and (1) the child(ren) named is (are) less than 21 years of age; or (2) 21 years of age and over and (a) is incapable of self-support because of a mental or physical incapacity that existed prior to his or her reaching the age of 21, the incapacity has been continuous and the child(ren) is (are), in fact, dependent upon the sponsor for over fifty (50) percentum of his or her support *(or who was so dependent on sponsor at the time of death);* or (b) has not passed his or her twenty-third birthday, is pursuing a fulltime course of education in an institution of higher learning approved by the Secretary of Defense or the Secretary of Health, Education and Welfare *(as appropriate)* or by a state agency under Title 38, U.S.C., Chapter 34, Veteran's Educational Assistance, and Chapter 35, War Orphans' and Widows' Educational Assistance, of Title 38 U.S.C., is carrying a course·load of a minimum of twelve (12) semester credit hours or equivalent hours and is *(or was at the time of the member's death)* dependent upon the member for over fifty (50) percentum of his or her support.

d. [ ] Child(ren) listed in Section II is (are) unmarried and illegitimate child(ren) of a male sponsor whose paternity has not been judicially determined, illegitimate child(ren) of record of a female sponsor or illegitimate child(ren) of the spouse of a sponsor *(i.e., the sponsor's stepchild(ren), or stepchild(ren) of a deceased member or retiree at time of death)* who resides with or in a home provided by the sponsor, or which was being provided·by the deceased member or retiree at the time of death, and who is and continues to be dependent upon the sponsor for over fifty (50) percentum of his or her support or who was dependent on the deceased member or retiree at the time of death; that the child(ren) named is (are) less than 21 years of age or is (are) 21 years of age and over and is (1) incapable of self-support because of a mental or physical incapacity that existed prior to his or her reaching the age of 21, and the incapacity has been continuous and who continues to be dependent upon the sponsor or (2) has not passed his or her twenty-third birthday, is pursuing a full-time course of education in an institution of higher learning approved by the Secretary of Defense or the Secretary of Health, Education and Welfare *(as appropriate)* or by a state agency under Title 38, U.S.C., Chapter 34, Veteran's Educational Assistance, and Chapter 35, War Orphans' and Widows' Educational Assistance, of Title 38, U.S.C., is carrying a course load of a minimum of twelve (12) semester hours or equivalent hours and is *(or was at the time of the member's death)* dependent upon the member for over fifty (50) percentum of his or her support.

NOTE: Section II — In those special circumstances which permit children over 21 entitlement to medical care, indicate after date of birth, (INCT) for a temporarily incapacitated child, (INCP) for a permanently incapacitated child or (SCH) for attendance at approved school. Enter under Item 60, REMARKS, the name of the institution of higher learning and expected date of graduation.

e. [ ] I am the parent, adoptive parent, parent-in-law, or adoptive parent-in-law of the sponsor named in Section I and at the time of his or her death, I, and all other parents, adoptive parents, parents-in-law, or adoptive parents·in-law named herein resided in the household of *(or, for medical care purposes, in a dwelling place provided or maintained by)* said sponsor, and were in·fact dependent upon him or her for over one-half of our support. I understand that I am not entitled to CHAMPUS.

f. [ ] I am the legal guardian of the dependent or dependents of the sponsor named in Section I, and further certify that the named dependents meet the criteria for eligibility as indicated by blocks checked above.

g. [ ] All parents, adoptive parents, parents-in-law, or adoptive parents-in-law named are in fact dependent upon me for over one-half of their support and actually reside in my household or in a dwelling provided or maintained by me and, therefore, are eligible for benefits such as commissary stores, exchange and medical care. I understand my parents, adoptive parents, parents-in-law, or adoptive parents-in-law are not entitled to CHAMPUS.

h. [ ] I am entitled to retired, retirement, or retainer pay or equivalent pay as a result of service in a uniformed service.

**59. DISPOSITION OF PREVIOUSLY ISSUED CARDS**

[ ] CARD NO. ___ [ ] RETURNED AND DESTROYED [ ] PREVIOUSLY ISSUED CARD LOST *(Cite circumstances in Item 60, REMARKS.)*

[ ] PREVIOUSLY ISSUED CARD STOLEN *(Cite circumstances in Item 60, REMARKS.)*

**60. REMARKS** *(List dependents claimed who will not be issued an ID Card. For each dependent provide name, date of birth, relationship to sponsor, SSN if applicable, and address if different from sponsor or applicant.)*

DEERS ENROLLMENT

LEGAL DOCUMENTATION WAS PRESENTED
TO VERIFY ELIGIBILITY AND DEPENDENCE
ON  83-Sep-12

### SECTION VI — CONDITIONS APPLICABLE TO SPONSOR

I understand that the actions of the recipient(s) of DD Form 1173, Uniformed Services Identification and Privilege Card, issued as a result of this application are my responsibility insofar as proper use of the card for the benefits and privileges, i.e., medical care, exchange, commissary and theater, authorized. I will cause the recipient to surrender the card immediately upon call to do so or when appropriate under applicable regulations and will notify an agency designated to grant authorizations for privileges and facilities in event of any change in status affecting a recipient's eligibility therefor.

I am aware that medical care furnished in uniformed services facilities is subject to availability of space, facilities and the capabilities of the medical staff to provide such care. Determinations made by the medical officer or contract·surgeon, or his designee, as to availability of space, facilities and the capabilities of the medical staff shall be conclusive. Reimbursement shall be required for any unauthorized medical care furnished at Government expense. PENALTY FOR PRESENTING FALSE CLAIMS OR MAKING FALSE STATEMENTS IN CONNECTION WITH CLAIMS: FINE OF NOT MORE THAN $10,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH. *(Act 25, June 1948, 18 U.S.C. 287, 1001.)*

| 61. DATE OF APPLICATION | 62. SIGNATURE OF SERVICE SPONSOR OR APPLICANT |
|---|---|
| 12 Sep 85 | *(signature)* |

DO NOT FOLD, STAPLE, OR MUTILATE

RECORD OF EMERGENCY DATA
DD FORM 93 (1 Jun 75)
REPLACES DA FORM 41, 1 APR 74, WHICH WILL BE USED UNTIL EXHAUSTED.

| 1. Name (Last, First, Middle) | 2a. SSN | 2b. Initial (To ind. date valid SSN) | 3a. SVC | 3b. REPORTING UNIT CODE OU. STATION |
|---|---|---|---|---|
| CRAWFORD TRAVIS DON | 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 | TA | A | NA |

**4. Spouse's Name/Address:** TERESA SUE (LOCKHART) ████████

**5. Children's Name/Relationship/DOB/Address:** KRISTINE M (D) 831124

**6. Father's Name/Address:** ROGER CRAWFORD ████████

**7. Mother's Name/Address:** PHYLLIS (DOTSON) CRAWFORD SEE ITEM 6

**8. Do Not Notify Due To Ill Health:** a. NA   b. NOTIFY INSTEAD   NA

**9. Beneficiary(ies) For OG If No Surviving Spouse Or Child/Address/Percentage:** PHYLLIS CRAWFORD (M) SEE ITEM 6 100%

**10. Beneficiary(ies) For Unpaid Pay And Allowances Address/Percentage:** KRISTINE MARIE CRAWFORD (D) SEE ITEM 4 100%

**11. Allotment Designee/Percentage If Missing Subject To Secretarial Determination:** TERESA SUE CRAWFORD (W) SEE ITEM 4 100%

**12. Insurance (SGLI and other Insurance Companies/Policy No's):** a. SGLI (Optional Service Use) ☒   ☐ Maximum ☐ Other (Amount) _____ ☐ No   b. Insurance Companies/Policy Numbers: NONE

**13. CONTINUATION/REMARKS**

| 14. SIGNATURE OF SERVICE MEMBER (Include Rank/Rate/Grade) | 15. SIGNATURE OF WITNESS (Include Rank/Rate/Grade) | 16. DATE SIGNED |
|---|---|---|
| Travis D Crawford E-1 | John E. Casper E-4 | 84/12/1 |

## INSTRUCTIONS TO SERVICEMEMBER

This extremely important form is to be used by you to show the names and addresses of your spouse, children, parents, and any other person(s) you would like notified if you become a casualty, and, to designate beneficiaries for certain benefits if you die. IT IS YOUR RESPONSIBILITY to keep your Record of Emergency Data up to date to show your desires as to beneficiaries to receive certain death payments, and to show changes in your family or other dependents listed; for example, as a result of marriage, civil court action, death, or address change. Regarding your designation in item 11, allotment if missing (if used by your Service), please read the following statement carefully, and sign on the line provided:

I fully understand that, if I am captured, missing, or interned, my designation of allotments to dependents from my pay and allowances serves only as a guide to the Secretary of my Service. The Secretary may alter my designated allotment in the best interests of myself, my dependents, or the United States Government.

Travis D Crawford
SIGNED

## SERVICEMEN'S GROUP-LIFE INSURANCE ELECTION

IMPORTANT.— This form is for use by ACTIVE DUTY AND RESERVE MEMBERS. This form does not apply to and cannot be used for any other Government Life Insurance.

| USE THIS FORM FOR: ▶ | 1. REDUCING OR REFUSING INSURANCE | 2. STATING TO WHOM AND HOW INSURANCE SHOULD BE PAID |
|---|---|---|

(Do not make erasures, corrections or changes. Complete a new form)

LAST NAME — FIRST NAME — MIDDLE NAME: CRAWFORD Travis Don

RANK, TITLE OR GRADE: PV1 /E-1

SERVICE OR SOCIAL SECURITY NO.: ██████ 5635

BRANCH OF SERVICE (Do not abbreviate): ARMY

CURRENT DUTY LOCATION: PCF USAFacfs FTS: 11 OK 73503-5010

### 1. REDUCING OR REFUSING INSURANCE

By law you are automatically insured for $20,000. If you do not want $20,000 insurance write below in your own handwriting "I want only $15,000, $10,000, or $5,000 insurance," or "I want no insurance" as you prefer. Reduced or refused insurance can be restored only by written request with proof of good health and compliance with other requirements.

▶ _____

BE SURE TO COMPLETE PART 2

### 2. BENEFICIARY(IES) AND PAYMENT TO BENEFICIARY(IES) (Read instructions C and D on reverse)

IMPORTANT — You must write in the spaces below
(1) "By Law" in your own handwriting if you wish the law to apply (as explained on reverse) or,
(2) The names and other information for persons you want to receive your insurance.
Insurance is paid in a lump sum or 36 equal monthly installments at the option of the beneficiary(ies). If you insert "36" under "Payments to Beneficiary," payment will be made only in 36 equal monthly installments.

### I DESIGNATE THE FOLLOWING BENEFICIARIES TO RECEIVE PAYMENT OF MY INSURANCE PROCEEDS AS SHOWN BELOW:

| COMPLETE NAME AND ADDRESS OF EACH BENEFICIARY (If married woman, give her own first and middle names and husband's last name) | RELATION-SHIP TO INSURED | SHARES TO BE PAID TO EACH BENEFICIARY (Use fractions such as 1/2, 2/3 or 3/4) | PAYMENTS TO BENEFICIARY (Insert "36" if only monthly payments desired. See D on reverse) |
|---|---|---|---|
| PRINCIPAL (First) By Law | | | |
| | | | |
| CONTINGENT (Second - If principal beneficiary dies before me or before completion of installment payments to the principal beneficiary) By Law | | | |
| | | | |
| | | | |

NOTE: If more than one principal beneficiary is named, the share of any such beneficiary who dies before me shall be distributed equally among the surviving principal beneficiaries. If there is no surviving principal beneficiary the proceeds shall be distributed equally to the surviving contingent beneficiaries. This Designation of Beneficiary shall be void if none of the designated beneficiaries is living at my death. If after completion of this form my insurance is increased, this beneficiary designation shall apply to the full amount in force unless a new designation is made.

I UNDERSTAND that this form cancels any prior beneficiary or payment instructions and that unless I have named the beneficiary(ies) above, my insurance will be paid under the "Provisions of the Law" as explained on the reverse of this form.

SIGN HERE IN INK ▶ _Travis D Crawford_
(Signature of member) (Do not print)

DATE COMPLETED: 11 Dec 84

WITNESSED AND RECEIVED BY: _____

RANK, TITLE OR GRADE: SP4 /E-4

ORGANIZATION: PCF USAFACF$

DATE RECEIVED: 84 12 11

VA FORM JUL 1974 29-8286

SUPERSEDES VA FORM 29-8286, SEP 1970, WHICH WILL NOT BE USED.

MEMBER'S OFFICIAL PERSONNEL FILE

| DIS REPORT OF NAC/ENTNAC | DATE 83/04/13 | 83077-5079 |
|---|---|---|

| CODE | CONTROL | STATUS | COPY TO |
|---|---|---|---|
| D 0600 | | CLOSED | |

DISTRIBUTION

TO ADDRESSEE INDICATED BY REQUESTER
ON ACCOMPANYING DD FORM 1584

MADE BY

DIS, PC BOX 1083, BALTIMORE, MD 21203

| SEX | SOCIAL SECURITY NO | FORMER MIL. SV. NO. | BIRTH (DATE) (GPC) (PLACE) | | |
|---|---|---|---|---|---|
| M | ███ 5635 | | 64 ███ | 40 | |

NI TITLE

CRAWFORD TRAVIS DON

ENTNAC CONDUCTED, INCLUDING DCII CHECK. THE FOLLOWING AGENCIES WERE
CHECKED WITH FAVORABLE RESULTS.

FBI - HEADQUARTERS.
FBI - IDENT. DIV. NAME CHECK ONLY.

THOMAS E. EWALD
DIRECTOR, PERSONNEL INVESTIGATIONS CENTER

THIS DOCUMENT INCORPORATES RESULTS OF CHECKS OF NATIONAL AGENCIES,
CONDUCTED IN ACCORDANCE WITH DOD DIRECTIVE 5200.2-R. IT DOES NOT
CONSTITUTE A GRANTING OR DENIAL OF A CLEARANCE. ON COMPLETION OF
CLEARANCE ACTION, THIS FORM, ACCOMPANYING DOCUMENTS, IF ANY, AND AL
REPRODUCTIONS SHOULD BE DESTROYED

CLASSIFICATION

WARNING
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
THIS DOCUMENT IS THE PROPERTY OF THE DEFENSE INVESTIGA
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
OFFICIAL DUTIES REQUIRE ACCESS HERETO. CONTENTS MAY NOT
BE DISCLOSED XXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

| PAGE | | | |
|---|---|---|---|
| RON | 1 LAST | | |

DEPARTMENT OF DEFENSE — DEFENSE INVESTIGATIVE SERVICE

DEPARTMENT OF THE ARMY
Headquarters US Army Field Artillery Center and Fort Sill
Fort Sill, Oklahoma 73503-5000

ORDER 010-33                                              10 January 1985

CRAWFORD, TRAVIS D. ███████ 5635 PV1 Personnel Control Facility, United States
Army Field Artillery Center and Fort Sill (WOVGPR) Fort Sill, Oklahoma  73503-5010

You are reassigned to the US Army separation transfer point shown for separation
processing, after processing, you are discharged from the component shown. If
you are delayed in reporting to the separation transfer point, you still must
report to the separation transfer point as soon as possible or as authorized to
recieve a new effective date of discharge.

Assigned to:  US Army Separation Transfer Point (WOVG1A) Fort Sill, Oklahoma
   73503-5100
Reporting date: 23 January 1985
Component: RA
Discharge date:  23 January 1985
Additional instructions:  You are not authorized movement of your household goods or
   dependents at Government expense.

FOR ARMY USE
Auth: AR 635-200
HOR: VIAN, OK
P1 EAD or OAD:  LITTLE ROCK, OK          PEBD:  NA
MDC:  NZE5
Format:  501

FOR THE COMMANDER:

DISTRIBUTION                             BLAINE H. SMITH JR.
D                                        LTC, AGC
PCF Records/Files                        Adjutant General

# DISPOSITION FORM

For use of this form, see AR 340-15, the proponent agency is TAGCEN.

| REFERENCE OR OFFICE SYMBOL | SUBJECT |
|---|---|
| | Waiver of Enlistment Commitment |

| TO Cdr, USATC Engr & FLW<br>ATTN: ATZT-AGTM | FROM D-1-2 | DATE 27 MAY 83 | CMT 1 |
|---|---|---|---|

Having been counseled regarding the affect of a waiver of my enlistment commitment made at the time of my enlistment (and of the procedure for submitting a claim of unfulfilled enlistment commitment), I knowingly and voluntarily waive all my enlistment commitment entitlements. I realize and fully understand that, as a result of doing so, I will be assigned in accordance with the needs of the service and required to complete the term of service for which I enlisted. I further understand that this waiver can only be withdrawn upon the express consent of an approving authority or his designee.

HBN TNg
18th ABN Bragg

Travis D Crawford
(Signed)

I have witnessed the voluntary signature of Travis D Crawford 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 and have ascertained the individual has received the required counseling. Distribution of this waiver will be in accordance with AR 601-210.

James K Ferguson
(Signed)

FLW O/P 167 (Rev 1 Mar 84)    Previous Edition Obsolete

**DA** FORM **2496**    REPLACES DD FORM 96, WHICH IS OBSOLETE.
1 FEB 62

ACTION/PRIM INT   --INFO--          RI----- 050821

        DPC CS G1 G2 G3/DPT G4 DDC DIO LAO AG CM ACC MED SJA DEH AMO

        DPCA PAO DIVARTY DISCOM DPDO HQCOMD LEC/PM CID CE TSA DMMC

        CPO DRC IG 5AV 507 902 45E00 5SIG ICS 105 TCC OTHERS-

RCTUADFN RUCLEJB8560 1231347-UUUU--RUCLDGA.
ZNR UUUUU
R020234Z MAY 84
FM CDR TNGSPTCEN FT EUSTIS VA //ATIC-SMD-FS//
INFO CDR HHC 5TH INF DIV FT POLK LA//AFZX-DPT-TSO 230//
BT
UNCLAS

                UNCLASSIFIED/TRAINING INFORMATION

            *** INDIVIDUAL SOLDIER'S REPORT ***

TO:   COMMANDER                 TSO:   230      TESTED:   25 APR 84
      CO B 7TH EN BN                             SCORED:   02 MAY 84
      FT POLK          LA    71459                   SQT:   12B1 1840 0

REPORT ON:  E2 CRAWFORD  TRAVI                         SCORE:    54
            SSN:   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
            MOSC:  12B1   COMBAT ENGINEER

                        ****

THE S Q T INDICATES POTENTIAL TRAINING WEAKNESS ON TASK(S):

      0511921001       INSTL/REM M14 MINE
      0511921002       M16A1 MINE
      0511921006       INSTL M15 MINE
      0511921008       M21 ANTITANK MINE
      0511921022       LOC MINES BY PROBING
      0511921023       LOC MINES W/ANPRS-11
      0511921024       LOC MINES W/ANPRS-7
      0511931004       CONST ELEC DET ASSY
      0511931011       DUAL FIRING SYSTEMS
      0511951001       INSTALL PICKETS
      0511971004       ASY DBL SGL BAILY BR
      0511971022       ASY DBL-STORY MGB
      0511981009       ASSY M4T6 SDL ASSY
      0511981010       ASSIST ASSEMBLY LTR

THE SOLDIER ALSO MISSED QUESTIONS ON TASK(S):

      0511921014       INST/REM ANTIHAND DV
      0511931002       NONELECTRIC ASSEMBLY
      0511931009       DETONATIONG CORD
      0511981007       ASY 4-FLOAT RAFT
      0511981008       OP PNEU ASSAULT BOAT
      0512001001       TIE KNOTS/LASHINGS

FORM APPROVED
OMB No. 0704-0020

# APPLICATION FOR UNIFORMED SERVICES IDENTIFICATION AND PRIVILEGE CARD

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 10 U.S.C. 133 Executive Order 9397, 22 November 1943 (Social Security Number).

**PRINCIPAL PURPOSE(S):** Is used by applicant to apply for a DD Form 1173, "Uniformed Services Identification and Privilege Card."

**ROUTINE USE(S):** Is used by appropriate authority to evaluate an applicant's eligibility to be issued a DD Form 1173, "Uniformed Services Identification and Privilege Card." The DOD Enrollment/Eligibility System will be a routine user of information provided on this application.

**DISCLOSURE:** Mandatory for Active Duty military personnel. Failure to complete the form may result in disciplinary or administrative action. Voluntary for all other persons. However, failure to furnish all information, including SSN, could delay or prevent the issuance of an ID Card to persons otherwise eligible.

## SECTION I — IDENTIFICATION OF PERSON UPON WHOM ELIGIBILITY FOR DD FORM 1173 IS BASED

| 1. NAME (Last - First - Middle Initial) | 2. SSN | 3. GRADE | 4. HOME PHONE | 5. OFFICE PHONE |
|---|---|---|---|---|
| Crawford Travis D | ▮▮▮-5635 | E-1 | | 1-1261 |

| 6. ADDRESS (Include ZIP Code) | 7. BRANCH OF SVC | 8. STATUS |
|---|---|---|
| ▮▮▮▮▮▮▮ Vian OK 74962 | Army | ☐ ACTIVE DUTY  ☐ DECEASED AD  ☐ RETIRED  ☐ DECEASED RETIRED  ☐ 100% DAV  ☒ OTHER (Specify, Item 60) |

| 9. DATE OF EXPIRATION OF SERVICE OR CONTRACT (or death) | 10. REASON FOR APPLICATION |
|---|---|
| | ☐ ORIGINAL CARD(S)  ☒ OTHER (Specify, Item 69) |

## SECTION II — PERSONS FOR WHOM IDENTIFICATION CARDS ARE REQUESTED (INCLUDE YOURSELF WHEN APPLICABLE)
(List dependents claimed who will not be issued ID Cards in Section V, Item 60.)

| FOR USE OF VERIFYING OFFICER | FOR USE OF ISSUING OFFICER |
|---|---|

| 11. NAME (Last - First - Middle Initial) - SSN (If applicable) | 12. RELATIONSHIP | 13. DATE OF BIRTH (Yr., Mo., Day) | 14. PRIVILEGE AUTH 1/ | 15. CARD NO. ISSUED |
|---|---|---|---|---|
| Crawford Teresa S | Wife | ▮▮▮▮ | | |

| 16. ADDRESS (Include ZIP Code) | 17. EYES | 18. HAIR | 19. MC EFFECTIVE DATE (Yr., Mo., Day) | 20. DATE ISSUED (Yr., Mo., Day) |
|---|---|---|---|---|
| | | | | |

| | 21. HEIGHT | 22. WEIGHT | 23. EXPIRATION DATE (Yr., Mo., Day) | |
|---|---|---|---|---|
| | | | | |

| 24. NAME (Last - First - Middle Initial) - SSN (If applicable) | 25. RELATIONSHIP | 26. DATE OF BIRTH (Yr., Mo., Day) | 27. PRIVILEGE AUTH 1/ | 28. CARD NO. ISSUED |
|---|---|---|---|---|
| Crawford Kristine M | Daughter | ▮▮▮▮ | | |

| 29. ADDRESS (Include ZIP Code) | 30. EYES | 31. HAIR | 32. MC EFFECTIVE DATE (Yr., Mo., Day) | 33. DATE ISSUED (Yr., Mo., Day) |
|---|---|---|---|---|
| | | | | |

| | 34. HEIGHT | 35. WEIGHT | 36. EXPIRATION DATE (Yr., Mo., Day) | |
|---|---|---|---|---|
| | | | | |

| 37. NAME (Last - First - Middle Initial) - SSN (If applicable) | 38. RELATIONSHIP | 39. DATE OF BIRTH (Yr., Mo., Day) | 40. PRIVILEGE AUTH 1/ | 41. CARD NO. ISSUED |
|---|---|---|---|---|
| | | | | |

| 42. ADDRESS (Include ZIP Code) | 43. EYES | 44. HAIR | 45. MC EFFECTIVE DATE (Yr., Mo., Day) | 46. DATE ISSUED (Yr., Mo., Day) |
|---|---|---|---|---|
| | 47. HEIGHT | 48. WEIGHT | 49. EXPIRATION DATE (Yr., Mo., Day) | |

1/ Abbreviated Privileges, i.e.: C—Commissary; Exchange, EL—Limited, EU—Unlimited; T—Theater; MC—Medical Care in Civilian Facilities; MS—Medical Care in Uniformed Services Facilities.

## SECTION III — VERIFICATION BY PERSONNEL OFFICER OR OTHER RESPONSIBLE OFFICIAL OF SPONSOR'S SERVICE

The status of the persons named in Section II has been verified, issue of DD Form 1173 by any U.S. Uniformed Service Activity is authorized, benefits and privileges to which entitled, effective and expiration date of eligibility for each named person are verified; issuing agency is requested to (A) issue DD Form 1173 upon presentation of this application, (B) enter in the appropriate column of Section II the card number issued with the date issued, (C) if dependents are claimed who will not be issued ID Cards in Section V, Item 60; send a copy of this application to DOD Enrollment/Eligibility Processing Center, OSD/HA, Rm. 3E173, Pentagon, Washington, D.C. 20301, (D) complete Section IV of this application form and return it to the organization designated in Item 50.

| 50. ORGANIZATION AND MAILING ADDRESS OF VERIFYING OFFICER | 51. TYPED NAME, GRADE, AND TITLE | 52. SIGNATURE |
|---|---|---|
| Personnel Control Facility USAFACFS | Diane J. Mosman SSG, Asst Pers SGT | |

## SECTION IV — AUTHENTICATION BY ISSUING AGENCY

53. ISSUING OFFICE — Ensure Items 61 and 62 are completed and signed. A notation of the receipt and destruction or complete accounting of the previously issued card must be made in Item 59. Upon issue, forward one copy to the activity holding the service record of the sponsor or to the verifying activity.

| 54. ORGANIZATION OF ISSUING OFFICER (Include UIC) | 55. TYPED NAME, GRADE, AND TITLE | 56. SIGNATURE |
|---|---|---|
| | | |

| 57. | a. DATE ACKNOWLEDGED | b. SIGNATURE OF CARD RECIPIENT | |
|---|---|---|---|
| ☐ RECEIPT OF CARD(S) IS ACKNOWLEDGED | | | |

**DD FORM 1172** 1 JAN 79 — PREVIOUS EDITION IS OBSOLETE. ALSO RESCINDS DD FORM 1172 PRIVACY ACT STATEMENT AUG 75.

## SECTION V — STATEMENT OF UNIFORMED SERVICES OR CIVILIAN SPONSOR; OTHERWISE THE APPLICANT

**58. STATE MARITAL STATUS** (Check appropriate box(es) and complete entries as applicable.)

☐ MARRIED ☐ SEPARATED ☐ DIVORCED/ ANNULLED ☐ ANNULLED AB INITIO ☐ UNMARRIED (surviving) SPOUSE ☐ UNREMARRIED (surviving) SPOUSE

### DEFINITION

UNMARRIED (surviving) SPOUSE — A spouse who has married subsequent to the death of the sponsor and has had that marriage terminated by death, decree of divorce or decree of annulment.

UNREMARRIED (surviving) SPOUSE — A spouse who has never remarried or never legally remarried as in the case of an "AB INITIO" annulment. Spouses in this category would not lose their benefits.

a. ☐ Lawful marriage to the spouse named took place at _____ (Place) _____ on _____ (Date: Yr., Mo., Day)

b. ☐ I am the unmarried (surviving) spouse of the sponsor named in Section I, whose subsequent marriage terminated in divorce, annulment or death. I understand that I may not be entitled to medical care as administered by the Department of Defense. In the event of annulment, a special finding authorizing medical care must be made by the Parent service of the sponsor.

c. ☐ Child(ren) listed in Section II is (are) unmarried and legitimate child(ren), illegitimate child(ren) of a male sponsor whose paternity has been judicially determined, illegitimate child(ren) of record of a female sponsor who has been judicially directed to support the child(ren), adopted child(ren), or stepchild(ren), who is (are) legitimate child(ren) of the spouse of the active duty, retired, or deceased member listed in Section I; and (1) the child(ren) named is (are) less than 21 years of age; or (2) 21 years of age and over and (a) is incapable of self-support because of a mental or physical incapacity that existed prior to his or her reaching the age of 21, the incapacity has been continuous and the child(ren) is (are); in fact, dependent upon the sponsor for over fifty (50) percentum of his or her support (or who was so dependent on sponsor at the time of death); or (b) has not passed his or her twenty-third birthday, is pursuing a fulltime course of education in an institution of higher learning approved by the Secretary of Defense or the Secretary of Health, Education and Welfare (as appropriate) or by a state agency under Title 38, U.S.C., Chapter 34, Veteran's Educational Assistance, and Chapter 35, War Orphans' and Widows' Educational Assistance, of Title 38 U.S.C., is carrying a course load of a minimum of twelve (12) semester credit hours or equivalent hours and is (or was at the time of the member's death) dependent upon the member for over fifty (50) percentum of his or her support.

d. ☐ Child(ren) listed in Section II is (are) unmarried and illegitimate child(ren) of a male sponsor whose paternity has not been judicially determined, illegitimate child(ren) of record of a female sponsor or illegitimate child(ren) of the spouse of a sponsor (i.e., the sponsor's stepchild(ren), or stepchild(ren) of a deceased member or retiree at time of death) who resides with or in a home provided by the sponsor, or which was being provided by the deceased member or retiree at the time of death, and who is and continues to be dependent upon the sponsor for over fifty (50) percentum of his or her support or who was dependent on the deceased member or retiree at the time of death; that the child(ren) named is (are) less than 21 years of age or is (are) 21 years of age and over and is (1) incapable of self-support because of a mental or physical incapacity that existed prior to his or her reaching the age of 21, and the incapacity has been continuous and who continues to be dependent upon the sponsor or (2) has not passed his or her twenty-third birthday, is pursuing a full-time course of education in an institution of higher learning approved by the Secretary of Defense or the Secretary of Health, Education and Welfare (as appropriate) or by a state agency under Title 38, U.S.C., Chapter 34, Veteran's Educational Assistance, and Chapter 35, War Orphans' and Widows' Educational Assistance, of Title 38, U.S.C., is carrying a course load of a minimum of twelve (12) semester hours or equivalent hours and is (or was at the time of the member's death) dependent upon the member for over fifty (50) percentum of his or her support.

NOTE: Section II — In those special circumstances which permit children over 21 entitlement to medical care, indicate after date of birth, (INCT) for a temporarily incapacitated child, (INCP) for a permanently incapacitated child or (SCH) for attendance at approved school. Enter under Item 60, REMARKS, the name of the institution of higher learning and expected date of graduation.

e. ☐ I am the parent, adoptive parent, parent-in-law, or adoptive parent-in-law of the sponsor named in Section I and at the time of his or her death, I, and all other parents, adoptive parents, parents-in-law, or adoptive parents-in-law named herein resided in the household of (or, for medical care purposes, in a dwelling place provided or maintained by) said sponsor, and were in fact dependent upon him or her for over one-half of our support. I understand that I am not entitled to CHAMPUS.

f. ☐ I am the legal guardian of the dependent or dependents of the sponsor named in Section I, and further certify that the named dependents meet the criteria for eligibility as indicated by blocks checked above.

g. ☐ All parents, adoptive parents, parents-in-law, or adoptive parents-in-law named are in fact dependent upon me for over one-half of their support and actually reside in my household or in a dwelling provided or maintained by me and, therefore, are eligible for benefits such as commissary stores, exchange and medical care. I understand my parents, adoptive parents, parents-in-law, or adoptive parents-in-law are not entitled to CHAMPUS.

h. ☐ I am entitled to retired, retirement, or retainer pay or equivalent pay as a result of service in a uniformed service.

**59. DISPOSITION OF PREVIOUSLY ISSUED CARDS**

CARD NO. _____

☐ RETURNED AND DESTROYED ☐ PREVIOUSLY ISSUED CARD LOST (Cite circumstances in Item 60, REMARKS.)

☐ PREVIOUSLY ISSUED CARD STOLEN (Cite circumstances in Item 60, REMARKS.)

**60. REMARKS** (List dependents claimed who will not be issued an ID Card. For each dependent provide name, date of birth, relationship to sponsor, SSN if applicable, and address if different from sponsor or applicant.)

Request SM be withdrawn from DEERS.
SM Discharge UP Chapter 10, AR 635-200 effective

### SECTION VI — CONDITIONS APPLICABLE TO SPONSOR

I understand that the actions of the recipient(s) of DD Form 1173, Uniformed Services Identification and Privilege Card, issued as a result of this application are my responsibility insofar as proper use of the card for the benefits and privileges, i.e., medical care, exchange, commissary and theater, authorized. I will cause the recipient to surrender the card immediately upon call to do so or when appropriate under applicable regulations and will notify an agency designated to grant authorizations for privileges and facilities in event of any change in status affecting a recipient's eligibility therefor.

I am aware that medical care furnished in uniformed services facilities is subject to availability of space, facilities and the capabilities of the medical staff to provide such care. Determinations made by the medical officer or contract surgeon, or his designee, as to availability of space, facilities and the capabilities of the medical staff shall be conclusive. Reimbursement shall be required for any unauthorized medical care furnished at Government expense. PENALTY FOR PRESENTING FALSE CLAIMS OR MAKING FALSE STATEMENTS IN CONNECTION WITH CLAIMS: FINE OF NOT MORE THAN $10,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH. (Act 25, June 1948, 18 U.S.C. 287, 1001.)

**61. DATE OF APPLICATION**

84 Dec 12

**62. SIGNATURE OF SERVICE SPONSOR OR APPLICANT**

# APPLICATION FOR UNIFORMED SERVICES IDENTIFICATION AND PRIVILEGE CARD

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 10 U.S.C. 133 Executive Order 9397, 22 November 1943 (Social Security Number).

**PRINCIPAL PURPOSE(S):** Is used by applicant to apply for a DD Form 1173, "Uniformed Services Identification and Privilege Card."

**ROUTINE USE(S):** Is used by appropriate authority to evaluate an applicant's eligibility to be issued a DD Form 1173, "Uniformed Services Identification and Privilege Card." The DOD Enrollment/Eligibility System will be a routine user of information provided on this application.

**DISCLOSURE:** Mandatory for Active Duty military personnel. Failure to complete the form may result in disciplinary or administrative action. Voluntary for all other persons. However, failure to furnish all information, including SSN, could delay or prevent the issuance of an ID Card to persons otherwise eligible.

## SECTION I — IDENTIFICATION OF PERSON UPON WHOM ELIGIBILITY FOR DD FORM 1173 IS BASED

| 1. NAME (Last - First - Middle Initial) | 2. SSN | 3. GRADE | 4. HOME PHONE | 5. OFFICE PHONE |
|---|---|---|---|---|
| Crawford Travis D | 5635 | E-1 | | 1-1261 |

| 6. ADDRESS (Include ZIP Code) | 8. STATUS | |
|---|---|---|
| Vian OK 74962 | Army | ☐ ACTIVE DUTY  ☐ DECEASED AD  ☐ RETIRED  ☐ DECEASED RETIRED  ☐ 100% DAV  ☒ OTHER (Specify, Item 60) |

| 9. DATE OF EXPIRATION OF SERVICE OR CONTRACT (or death) | 10. REASON FOR APPLICATION |
|---|---|
| | ☐ ORIGINAL CARD(S)  ☒ OTHER (Specify, Item 59) |

## SECTION II — PERSONS FOR WHOM IDENTIFICATION CARDS ARE REQUESTED (INCLUDE YOURSELF WHEN APPLICABLE)
(List dependents claimed who will not be issued ID Cards in Section V, Item 60.)

| | | FOR USE OF VERIFYING OFFICER | FOR USE OF ISSUING OFFICER |

| 11. NAME (Last - First - Middle Initial) - SSN (If applicable) | 12. RELATIONSHIP | 13. DATE OF BIRTH (Yr., Mo., Day) | 14. PRIVILEGE AUTH 1/ | 15. CARD NO. ISSUED |
|---|---|---|---|---|
| Crawford Teresa S | Wife | | | |

| 16. ADDRESS (Include ZIP Code) | 17. EYES | 18. HAIR | 19. MC EFFECTIVE DATE (Yr., Mo., Day) | 20. DATE ISSUED (Yr., Mo., Day) |
|---|---|---|---|---|
| | 21. HEIGHT | 22. WEIGHT | 23. EXPIRATION DATE (Yr., Mo., Day) | |

| 24. NAME (Last - First - Middle Initial) - SSN (If applicable) | 25. RELATIONSHIP | 26. DATE OF BIRTH (Yr., Mo., Day) | 27. PRIVILEGE AUTH 1/ | 28. CARD NO. ISSUED |
|---|---|---|---|---|
| Crawford Kristine M | Daughter | | | |

| 29. ADDRESS (Include ZIP Code) | 30. EYES | 31. HAIR | 32. MC EFFECTIVE DATE (Yr., Mo., Day) | 33. DATE ISSUED (Yr., Mo., Day) |
|---|---|---|---|---|
| | 34. HEIGHT | 35. WEIGHT | 36. EXPIRATION DATE (Yr., Mo., Day) | |

| 37. NAME (Last - First - Middle Initial) - SSN (If applicable) | 38. RELATIONSHIP | 39. DATE OF BIRTH (Yr., Mo., Day) | 40. PRIVILEGE AUTH 1/ | 41. CARD NO. ISSUED |
|---|---|---|---|---|
| | | | | |

| 42. ADDRESS (Include ZIP Code) | 43. EYES | 44. HAIR | 45. MC EFFECTIVE DATE (Yr., Mo., Day) | 46. DATE ISSUED (Yr., Mo., Day) |
|---|---|---|---|---|
| | 47. HEIGHT | 48. WEIGHT | 49. EXPIRATION DATE (Yr., Mo., Day) | |

1/ Abbreviated Privileges, i.e.: C—Commissary; Exchange, EL—Limited, EU—Unlimited; T—Theater; MC—Medical Care in Civilian Facilities; MS—Medical Care in Uniformed Services Facilities.

## SECTION III — VERIFICATION BY PERSONNEL OFFICER OR OTHER RESPONSIBLE OFFICIAL OF SPONSOR'S SERVICE

The status of the persons named in Section II has been verified, issue of DD Form 1173 by any U.S. Uniformed Service Activity is authorized, benefits and privileges to which entitled, effective and expiration date of eligibility for each named person are verified, issuing agency is requested to (A) issue DD Form 1173 upon presentation of this application, (B) enter in the appropriate column of Section II the card number issued with the date issued, (C) if dependents are claimed who will not be issued ID Cards in Section V, Item 60, send a copy of this application to DOD Enrollment/Eligibility Processing Center, OSD/HA, Rm. 3E173, Pentagon, Washington, D.C. 20301, (D) complete Section IV of this application form and return it to the organization designated in Item 50.

| 50. ORGANIZATION AND MAILING ADDRESS OF VERIFYING OFFICER | 51. TYPED NAME, GRADE, AND TITLE | 52. SIGNATURE |
|---|---|---|
| Personnel Control Facility, USAFACFS | Diane J. Mosman SSG, Asst Pers SGT | |

## SECTION IV — AUTHENTICATION BY ISSUING AGENCY

53. ISSUING OFFICE — Ensure Items 61 and 62 are completed and signed. A notation of the receipt and destruction or complete accounting of the previously issued card must be made in Item 59. Upon issue, forward one copy to the activity holding the service record of the sponsor or to the verifying activity.

| 54. ORGANIZATION OF ISSUING OFFICER (Include UIC) | 55. TYPED NAME, GRADE, AND TITLE | 56. SIGNATURE |
|---|---|---|
| | | |

| 57. ☐ RECEIPT OF CARD(S) IS ACKNOWLEDGED | a. DATE ACKNOWLEDGED | b. SIGNATURE OF CARD RECIPIENT |
|---|---|---|
| | | |

**DD FORM 1172** 1 JAN 79   PREVIOUS EDITION IS OBSOLETE. ALSO RESCENDS DD FORM 1172 PRIVACY ACT STATEMENT AUG 75.

SECTION V — STATEMENT OF UNIFORMED SERVICES OR CIVILIAN SPONSOR; OTHERWISE THE APPLICANT

58. STATE MARITAL STATUS (Check appropriate box(es) and complete entries as applicable.)

☐ MARRIED ☐ SEPARATED ☐ DIVORCED/ANNULLED ☐ ANNULLED AB INITIO ☐ UNMARRIED (surviving) SPOUSE ☐ UNREMARRIED (surviving) SPOUSE

DEFINITION

UNMARRIED (*surviving*) SPOUSE — A spouse who has married subsequent to the death of the sponsor and has had that marriage terminated by death, decree of divorce or decree of annulment.

UNREMARRIED (*surviving*) SPOUSE — A spouse who has never remarried or never legally remarried as in the case of an "AB INITIO" annulment. Spouses in this category would not lose their benefits.

a. ☐ Lawful marriage to the spouse named took place at ______ (Place) on ______ (Date: Yr., Mo., Day)

b. ☐ I am the unmarried (*surviving*) spouse of the sponsor named in Section I, whose subsequent marriage terminated in divorce, annulment or death. I understand that I may not be entitled to medical care as administered by the Department of Defense. In the event of annulment, a special finding authorizing medical care must be made by the Parent service of the sponsor.

c. ☐ Child(ren) listed in Section II is (are) unmarried and legitimate child(ren), illegitimate child(ren) of a male sponsor whose paternity has been judicially determined, illegitimate child(ren) of record of a female sponsor who has been judicially directed to support the child(ren), adopted child(ren), or stepchild(ren), who is (are) legitimate child(ren) of the spouse of the active duty, retired, or deceased member listed in Section I; and (1) the child(ren) named is (are) less than 21 years of age; or (2) 21 years of age and over and (a) is incapable of self-support because of a mental or physical incapacity that existed prior to his or her reaching the age of 21, the incapacity has been continuous and the child(ren) is (are), in fact, dependent upon the sponsor for over fifty (50) percentum of his or her support (*or who was so dependent on sponsor at the time of death*); or (b) has not passed his or her twenty-third birthday, is pursuing a fulltime course of education in an institution of higher learning approved by the Secretary of Defense or the Secretary of Health, Education and Welfare (*as appropriate*) or by a state agency under Title 38, U.S.C., Chapter 34, Veteran's Educational Assistance, and Chapter 35, War Orphans' and Widows' Educational Assistance, of Title 38 U.S.C., is carrying a course load of a minimum of twelve (12) semester credit hours or equivalent hours and is (*or was at the time of the member's death*) dependent upon the member for over fifty (50) percentum of his or her support.

d. ☐ Child(ren) listed in Section II is (are) unmarried and illegitimate child(ren) of a male sponsor whose paternity has not been judicially determined, illegitimate child(ren) of record of a female sponsor or illegitimate child(ren) of the spouse of a sponsor (*i.e., the sponsor's stepchild(ren), or stepchild(ren) of a deceased member or retiree at time of death*) who resides with or in a home provided by the sponsor, or which was being provided by the deceased member or retiree at the time of death, and who is and continues to be dependent upon the sponsor for over fifty (50) percentum of his or her support or who was dependent on the deceased member or retiree at the time of death; that the child(ren) named is (are) less than 21 years of age or is (are) 21 years of age and over and is (1) incapable of self-support because of a mental or physical incapacity that existed prior to his or her reaching the age of 21, and the incapacity has been continuous and who continues to be dependent upon the sponsor or (2) has not passed his or her twenty-third birthday, is pursuing a full-time course of education in an institution of higher learning approved by the Secretary of Defense or the Secretary of Health, Education and Welfare (*as appropriate*) or by a state agency under Title 38, U.S.C., Chapter 34, Veteran's Educational Assistance, and Chapter 35, War Orphans' and Widows' Educational Assistance, of Title 38, U.S.C., is carrying a course load of a minimum of twelve (12) semester hours or equivalent hours and is (*or was at the time of the member's death*) dependent upon the member for over fifty (50) percentum of his or her support.

NOTE: Section II — In those special circumstances which permit children over 21 entitlement to medical care, indicate after date of birth, (INCT) for a temporarily incapacitated child, (INCP) for a permanently incapacitated child or (SCH) for attendance at approved school. Enter under Item 60, REMARKS, the name of the institution of higher learning and expected date of graduation.

e. ☐ I am the parent, adoptive parent, parent-in-law, or adoptive parent-in-law of the sponsor named in Section I and at the time of his or her death, I, and all other parents, adoptive parents, parents-in-law, or adoptive parents-in-law named herein resided in the household of (*or, for medical care purposes, in a dwelling place provided or maintained by*) said sponsor, and were in fact dependent upon him or her for over one-half of our support. I understand that I am not entitled to CHAMPUS.

f. ☐ I am the legal guardian of the dependent or dependents of the sponsor named in Section I, and further certify that the named dependents meet the criteria for eligibility as indicated by blocks checked above.

g. ☐ All parents, adoptive parents, parents-in-law, or adoptive parents-in-law named are in fact dependent upon me for over one-half of their support and actually reside in my household or in a dwelling provided or maintained by me and, therefore, are eligible for benefits such as commissary stores, exchange and medical care. I understand my parents, adoptive parents, parents-in-law, or adoptive parents-in-law are not entitled to CHAMPUS.

h. ☐ I am entitled to retired, retirement, or retainer pay or equivalent pay as a result of service in a uniformed service.

59. DISPOSITION OF PREVIOUSLY ISSUED CARDS

☐ CARD NO. ______ RETURNED AND DESTROYED ☐ PREVIOUSLY ISSUED CARD LOST (*Cite circumstances in Item 60, REMARKS.*)

☐ PREVIOUSLY ISSUED CARD STOLEN (*Cite circumstances in Item 60, REMARKS.*)

60. REMARKS (*List dependents claimed who will not be issued an ID Card. For each dependent provide name, date of birth, relationship to sponsor, SSN if applicable, and address if different from sponsor or applicant.*)

Request SM be withdrawn from DEERS.
SM Discharge UP Chapter 10, AR 635-200 effective ______

SECTION VI — CONDITIONS APPLICABLE TO SPONSOR

I understand that the actions of the recipient(s) of DD Form 1173, Uniformed Services Identification and Privilege Card, issued as a result of this application are my responsibility insofar as proper use of the card for the benefits and privileges, i.e., medical care, exchange, commissary and theater, authorized. I will cause the recipient to surrender the card immediately upon call to do so or when appropriate under applicable regulations and will notify an agency designated to grant authorizations for privileges and facilities in event of any change in status affecting a recipient's eligibility therefor.

I am aware that medical care furnished in uniformed services facilities is subject to availability of space, facilities and the capabilities of the medical staff to provide such care. Determinations made by the medical officer or contract surgeon, or his designee, as to availability of space, facilities and the capabilities of the medical staff shall be conclusive. Reimbursement shall be required for any unauthorized medical care furnished at Government expense. PENALTY FOR PRESENTING FALSE CLAIMS OR MAKING FALSE STATEMENTS IN CONNECTION WITH CLAIMS: FINE OF NOT MORE THAN $10,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH. (*Act 25, June 1948, 18 U.S.C. 287, 1001.*)

61. DATE OF APPLICATION: 84 Dec 12

62. SIGNATURE OF SERVICE SPONSOR OR APPLICANT: [signature]

**DATA REQUIRED BY THE PRIVACY ACT OF 1974**

AUTHORITY: 10 U.S.C. 133 Executive Order 9397, 22 November 1943 (Social Security Number).

PRINCIPAL PURPOSE(S): Is used by applicant to apply for a DD Form 1173, "Uniformed Services Identification and Privilege Card."

ROUTINE USE(S): Is used by appropriate authority to evaluate an applicant's eligibility to be issued a DD Form 1173, "Uniformed Services Identification and Privilege Card." The DOD Enrollment/Eligibility System will be a routine user of information provided on this application.

DISCLOSURE: Mandatory for Active Duty military personnel. Failure to complete the form may result in disciplinary or administrative action. Voluntary for all other persons. However, failure to furnish all information, including SSN, could delay or prevent the issuance of an ID Card to persons otherwise eligible.

### SECTION I — IDENTIFICATION OF PERSON UPON WHOM ELIGIBILITY FOR DD FORM 1173 IS BASED

| 1. NAME (Last - First - Middle Initial) | 2. SSN | 3. GRADE | 4. HOME PHONE | 5. OFFICE PHONE |
|---|---|---|---|---|
| Crawford Travis D | 5635 | E-1 | | 1-1261 |

| 6. ADDRESS (Include ZIP Code) | 7. BRANCH OF SVC | 8. STATUS |
|---|---|---|
| Vian OK 74962 | Army | ☐ ACTIVE DUTY  ☐ RETIRED  ☐ 100% DAV  ☐ DECEASED AD  ☐ DECEASED RETIRED  ☒ OTHER (Specify, Item 60) |

| 9. DATE OF EXPIRATION OF SERVICE OR CONTRACT (or death) | 10. REASON FOR APPLICATION |
|---|---|
| | ☐ ORIGINAL CARD(S)  ☒ OTHER (Specify, Item 59) |

### SECTION II — PERSONS FOR WHOM IDENTIFICATION CARDS ARE REQUESTED (INCLUDE YOURSELF WHEN APPLICABLE)
(List dependents claimed who will not be issued ID Cards in Section V, Item 60.)

| 11. NAME (Last - First - Middle Initial) - SSN (If applicable) | 12. RELATIONSHIP | 13. DATE OF BIRTH (Yr., Mo., Day) | FOR USE OF VERIFYING OFFICER 14. PRIVILEGE AUTH 1/ | FOR USE OF ISSUING OFFICER 15. CARD NO. ISSUED |
|---|---|---|---|---|
| Crawford Teresa S | Wife | | | |

| 16. ADDRESS (Include ZIP Code) | 17. EYES | 18. HAIR | 19. MC EFFECTIVE DATE (Yr., Mo., Day) | 20. DATE ISSUED (Yr., Mo., Day) |
|---|---|---|---|---|
| | 21. HEIGHT | 22. WEIGHT | 23. EXPIRATION DATE (Yr., Mo., Day) | |

| 24. NAME (Last - First - Middle Initial) - SSN (If applicable) | 25. RELATIONSHIP | 26. DATE OF BIRTH (Yr., Mo., Day) | 27. PRIVILEGE AUTH 1/ | 28. CARD NO. ISSUED |
|---|---|---|---|---|
| Crawford Kristine M | Daughter | | | |

| 29. ADDRESS (Include ZIP Code) | 30. EYES | 31. HAIR | 32. MC EFFECTIVE DATE (Yr., Mo., Day) | 33. DATE ISSUED (Yr., Mo., Day) |
|---|---|---|---|---|
| | 34. HEIGHT | 35. WEIGHT | 36. EXPIRATION DATE (Yr., Mo., Day) | |

| 37. NAME (Last - First - Middle Initial) - SSN (If applicable) | 38. RELATIONSHIP | 39. DATE OF BIRTH (Yr., Mo., Day) | 40. PRIVILEGE AUTH 1/ | 41. CARD NO. ISSUED |
|---|---|---|---|---|
| | | | | |

| 42. ADDRESS (Include ZIP Code) | 43. EYES | 44. HAIR | 45. MC EFFECTIVE DATE (Yr., Mo., Day) | 46. DATE ISSUED (Yr., Mo., Day) |
|---|---|---|---|---|
| | 47. HEIGHT | 48. WEIGHT | 49. EXPIRATION DATE (Yr., Mo., Day) | |

1/ Abbreviated Privileges, i.e., C—Commissary; Exchange, EL—Limited, EU—Unlimited; T—Theater; MC—Medical Care in Civilian Facilities; MS—Medical Care in Uniformed Services Facilities.

### SECTION III — VERIFICATION BY PERSONNEL OFFICER OR OTHER RESPONSIBLE OFFICIAL OF SPONSOR'S SERVICE

The status of the persons named in Section II has been verified, issue of DD Form 1173 by any U.S. Uniformed Service Activity is authorized, benefits and privileges to which entitled, effective and expiration date of eligibility for each named person are verified, issuing agency is requested to (A) issue DD Form 1173, upon presentation of this application, (B) enter in the appropriate column of Section II the card number issued with the date issued, (C) if dependents are claimed who will not be issued ID Cards in Section V, Item 60, send a copy of this application to DOD Enrollment/Eligibility Processing Center, OSD/HA, Rm. 3E173, Pentagon, Washington, D.C. 20301, (D) complete Section IV of this application form and return it to the organization designated in Item 50.

| 50. ORGANIZATION AND MAILING ADDRESS OF VERIFYING OFFICER | 51. TYPED NAME, GRADE, AND TITLE | 52. SIGNATURE |
|---|---|---|
| Personnel Control Facility, USAFACFS | Diane J. Mosman SSG, Asst Pers SGT | |

### SECTION IV — AUTHENTICATION BY ISSUING AGENCY

53. ISSUING OFFICE — Ensure Items 61 and 62 are completed and signed. A notation of the receipt and destruction or complete accounting of the previously issued card must be made in Item 59. Upon issue, forward one copy to the activity holding the service record of the sponsor or to the verifying activity.

| 54. ORGANIZATION OF ISSUING OFFICER (Include UIC) | 55. TYPED NAME, GRADE, AND TITLE | 56. SIGNATURE |
|---|---|---|
| | | |

| 57. ☐ RECEIPT OF CARD(S) IS ACKNOWLEDGED | a. DATE ACKNOWLEDGED | b. SIGNATURE OF CARD RECIPIENT |
|---|---|---|
| | | |

DD FORM 1172 1 JAN 79

PREVIOUS EDITION IS OBSOLETE ALSO RESCENDS DD FORM 1172 PRIVACY ACT STATEMENT AUG 75.

# APPLICATION FOR UNIFORMED SERVICES IDENTIFICATION AND PRIVILEGE CARD

PENALTY FOR PRESENTING FALSE CLAIMS OR MAKING FALSE STATEMENTS IN CONNECTION HEREWITH FINE OF NOT MORE THAN $10,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH. (Act 25, June 1948, 18 U.S.C. 287, 1001)

**SECTION I — IDENTIFICATION OF PERSON UPON WHOM ELIGIBILITY FOR DD FORM 1173 IS BASED**

| 1. NAME (Last - First - Middle Initial) | 2. SSN | 3. GRADE | 4. HOME PHONE | 5. OFFICE PHONE |
|---|---|---|---|---|
| Bernhard Theadore Jr | 9209 | E-1 | | 1-1261 |

| 6. ADDRESS (Include ZIP Code) | 7. BRANCH OF SVC | 8. STATUS |
|---|---|---|
| Humble TX 77338 | Army | ☐ ACTIVE DUTY ☐ RETIRED ☐ 100% DAV ☐ DECEASED AD ☐ DECEASED RETIRED ☑ OTHER (Specify, Item 60) |

**SECTION II — PERSONS FOR WHOM IDENTIFICATION CARDS ARE REQUESTED** (INCLUDE YOURSELF WHEN APPLICABLE)

| 11. NAME (Last - First - Middle Initial) - SSN (If applicable) | 12. RELATIONSHIP | 13. DATE OF BIRTH |
|---|---|---|
| Bernhard Debra | | |
| Bernhard Mysnitt | Daughter | |

| 37. NAME (Last - First - Middle Initial) - SSN (If applicable) | 38. RELATIONSHIP | 39. DATE OF BIRTH |
|---|---|---|

**SECTION III — VERIFICATION BY PERSONNEL OFFICER OR OTHER RESPONSIBLE OFFICIAL OF SPONSOR'S SERVICE**

| 61. ORGANIZATION |
|---|
| Personnel Control Facility USAFACFS |
| Diane J. Mosman |
| SSG, Army |

**SECTION IV — AUTHENTICATION BY ISSUING AGENCY**

ISSUING OFFICE — Ensure Items 61 and 62 are completed and signed. A notation of the receipt and destruction or complete accounting of the previously issued card must be made in Item 59. Upon issue, forward one copy to the activity holding the service record of the sponsor or to the verifying activity.

| 64. ORGANIZATION OF ISSUING OFFICER (Include UIC) | 65. TYPED NAME, GRADE, AND TITLE | 66. SIGNATURE |
|---|---|---|

**DEFINITION**

| 67. | RECEIPT OF CARD(S) IS ACKNOWLEDGED | | 68. STATE MARITAL STATUS (Check appropriate box(es) and complete entries as applicable.) |
|---|---|---|---|

**SECTION V — STATEMENT OF UNIFORMED SERVICES OR CIVILIAN SPONSOR/APPLICANT**

LEAVE BLANK

## APPLICANT

TYPE OR PRINT ALL INFORMATION IN BLACK

LEAVE BLANK

| LAST NAME NAM | FIRST NAME | MIDDLE NAME |
|---|---|---|
| Crawford | Travis | Don |

SIGNATURE OF PERSON FINGERPRINTED: *Travis D Crawford*

ALIASES AKA

ORI

RESIDENCE OF PERSON FINGERPRINTED: Vian, OK. 74962

DATE OF BIRTH DOB — Year 64

CITIZENSHIP CTZ: US

| SEX | RACE | HGT. | WGT. | EYES | HAIR | PLACE OF BIRTH POB |
|---|---|---|---|---|---|---|
| M | CGU | 5'7" | 183 | BRN | BRN | Sallisan OK |

DATE: 12 Dec 89   SIGNATURE OF OFFICIAL TAKING FINGERPRINTS: *Ken Jones*

YOUR NO. OCA

LEAVE BLANK

EMPLOYER AND ADDRESS:
PCF USAFACFS
FT SILL OKLA. 73503-5010

FBI NO. FBI

CLASS

ARMED FORCES NO. MNU

REF.

REASON FINGERPRINTED:
Excess Leave/Discharge

SOCIAL SECURITY NO. SOC
5635

MISCELLANEOUS NO. MNU

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

L. THUMB

R. THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

APPLICANT

| LEAVE BLANK | TYPE OR PRINT ALL INFORMATION IN BLACK | | FBI | LEAVE BLANK |
|---|---|---|---|---|

LAST NAME  NAM    FIRST NAME    MIDDLE NAME

Crawford Travis Don

SIGNATURE OF PERSON FINGERPRINTED
*Travis D Crawford*

ALIASES  AKA

ORI

RESIDENCE OF PERSON FINGERPRINTED

Vian, Ok 74962

CITIZENSHIP  CTZ     US

DATE OF BIRTH  DOB
Month  Day  Year
6 ...

| SEX | RACE | HGT. | WGT. | EYES | HAIR | PLACE OF BIRTH  POB |
|---|---|---|---|---|---|---|
| m | Cau | 5'7" | 185 | BRN | BRN | Sallisaw, Ok |

DATE
BR25 y

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

YOUR NO.  OCA

LEAVE BLANK

EMPLOYER AND ADDRESS
PCF U.S.A.F & CFS
FT Sill Okla. 73503-5010

FBI NO.  FBI

CLASS

ARMED FORCES NO.  MNU

REF.

REASON FINGERPRINTED
Excess Leave/Discharge

SOCIAL SECURITY NO.  SOC
563

MISCELLANEOUS NO.  MNU

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY     L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

TO Cdr, PCF, USAFACFS
Fort Sill, OK 73503

FROM E-2 Travis D Crawford
(GR) (FIRST, MI, LAST, NAME)

(SSN) ███████ 5635

1. UP paragraph 5-5, AR 630-5, request I be placed in an indefinite period leave pending completion of administrative discharge proceedings (Chap 10, A

2. IAW paragraph 5-2h, AR 630-5, I understand that (INITIAL EACH ONE):

   TDC   a. All periods of excess leave are without pay and allowances.

   TDC   b. No leave accrues to members during periods of excess leave.

   TDC   c. There is no entitlement to physical disability retired pay s member incur a physical disability while in an excess leave status.

   TDC   d. Members who have been granted excess leave while awaiting an discharge will be charged with ordinary leave until accrued leave is exhaus

3. In addition, I understand that (INITIAL EACH ONE):

   TDC   a. If granted excess leave, I will be completely processed for from the Army and, if elected, receive my separation physical examination parture on excess leave.

   TDC   b. If my administrative discharge is approved, discharge paper mailed to me at the following leave address:

NAME: Travis Don Crawford      SSN: ███████ 5635    PAY G

LEAVE ADDRESS: ████████████ Wian OK 74962    TEL. No. 918

   TDC   c. If granted excess leave, I am required to leave instruction above leave address as to my whereabouts at all times or furnish a new add Commander, US Army Personnel Control Facility, USAFACFS, Fort Sill, OK 73 receipt of my discharge papers.

SIGNATURE Travis D Crawford

DATE

TO Service Member      FROM

Your request for excess leave has been approved as shown by DA Form 31. I Combt Comd, USAFACFS, was delegated authority on 4 Dec 83 by the CG, USAF prove indefinite excess leave per para 5-5, AR 630-5.

# SERVICE MEMBER'S STATEMENT CONCERNING COMPENSATION FROM THE VETERANS ADMINISTRATION

For use of this form, see AR 635-10; the proponent agency is MILPERCEN.

**1. PLACE OF SEPARATION** *(Hospital or other separation activity)*

**2.**

### INSTRUCTIONS FOR PERSONNEL BEING SEPARATED.

a. Each member being processed for separation from active military service for any reason who has undergone prolonged hospitalization, or suffered from wounds, injury or disease while in service, is advised to apply for compensation from the Veterans Administration by completing VA Form 21-526e. Each member who had a physical defect when entering the service which the member feels was aggravated by military service should file VA Form 21-526e. You are further advised that, if you do not apply for compensation from the Veterans Administration by completing VA Form 21-526e at the time of separation, you may do so at any time thereafter, that, if you do intend to file, it is advisable to do so before you leave the service as at that time your medical records are more easily obtainable and action by the Veterans Administration on your claim will be expedited thereby: and that filing VA Form 21-526e will in no way delay your separation.

b. Each member being discharged or released from active duty who has served at least 180 days and who was not provided a complete dental examination and all appropriate dental services and treatment within 90 days prior to discharge or release may apply for Veterans Outpatient Dental Treatment. Application must be made within 90 days of discharge or release from active duty.

c. When you have read the above paragraphs, check the items in 3.a. and 3.b. below, then complete items 4 and 5.

**3.**

I am being processed for separation from the Army and have been advised that:

a. I am entitled to file an application for compensation from the Veterans Administration.

I ☐ HAVE ☐ HAVE NOT FILED APPLICATION FOR SUCH COMPENSATION ON VA FORM 21-526e.
☐ I UNDERSTAND THAT I MAY FILE AFTER I SEPARATE FROM THE ARMY.

b. ☐ IF ELIGIBLE UNDER 2B ABOVE, I MAY MAKE APPLICATION TO THE VA FOR VETERANS OUTPATIENT DENTAL TREATMENT. THIS APPLICATION MUST BE MADE WITHIN 90 DAYS OF DISCHARGE OR RELEASE FROM ACTIVE DUTY.

| **4. NAME, GRADE, AND SSN** *(Addressograph plate may be used)* | **5. SIGNATURE OF MEMBER BEING SEPARATED** |
|---|---|
| Crawford Travis Don E-2 ███ -563? | *Travis D Crawford* |

*NOTE: When application is filed for compensation on VA Form 21-526e, check documents listed below that have been sent to the Veterans Administration. Appropriate VA Office and address will be shown.*

TO:

☐ VA FORM 21-526e *(Application for Compensation or Pension from VA)*

☐ A REPRODUCED COPY NO. 3 DD FORM 214 *(Certificate of release or discharge from active duty)*

HEALTH RECORDS INCLUDING THE FOLLOWING:

☐ SF 88 *(Report of Medical Examination)* — ☐ AT ENTRY    ☐ AT SEPARATION
☐ SF 93 *(Report of Medical History)* — ☐ AT ENTRY
☐ SF 600 *(Health Record—Chronological Record of Medical Care)*
☐ SF 603 *(Health Record—Dental)*

☐ Other *(Specify)*

ACTION HAS BEEN TAKEN TO TRACE THE MISSING RECORDS NOT CHECKED ABOVE — ☐ YES    ☐ NO
*(State reason if action has not been taken)*

### PREPARATION AND DISTRIBUTION

Prepare in ORIGINAL only if a claim is not filed and place ORIGINAL in DA Form 20
Prepare in DUPLICATE when a claim is filed or in all cases of physical disability separation.
Forward DUPLICATE copy with Health Records.

**DA FORM 664**    EDITION OF 1 JUL 79 IS OBSOLETE.    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1984-421-646/8093

# PERSONNEL DATA - SIDPERS

For use of this form, see AR 680-1; the proponent agency is MILPERCEN.

## DATA REQUIRED BY THE PRIVACY ACT

AUTHORITY: Title 5, United States Code, Section 301.

PRINCIPAL PURPOSE(S):
a. Permanent historical and legal document pertaining to the individual shown thereon during the period of assignment/attachment with a specific unit.
b. Is the replacement document for the Morning Report (DA Form 1) for unit supported by the Standard Installation Division Personnel System (SIDPERS).

ROUTINE USES:
a. Provide unit/PAC clerk with personnel information which, in conjunction with appropriate source documents enable the unit/PAC clerk to prepare SIDPERS change reports to update field and HQDA data bases.
b. Recording of this change data on the reverse side Part II to provide an audit trail of incidents/occurrences.
c. Reconcile assigned/attached strength of the unit against rosters, unit manning reports and other strength related documents.
d. Recording of other personnel management data not otherwise shown elsewhere; e.g. local address, phone number for emergency and alert purposes.
e. May be used as a substitute for the Personnel Action, DA Form 4187 as an evidentiary document in courts-martial proceedings.

DISCLOSURE: Mandatory disclosure of local address, telephone number, and name and address of next-of-kin is required for emergency notification. Failure to disclose these data could result in delayed notification of emergency to the soldier and/or next-of-kin.

## PART I

**ORGANIZATION (UPC)**
A N4Bd

**UNIT/STATION**
B CO 7TH ENGINEER BATTALION FORT POLK LOUISIANA 71459

| 1. NAME (Last, first, middle) | | 2. SSN | 3. GRADE & PAY GRADE | 4. BLOOD TYPE |
|---|---|---|---|---|
| CRAWFORD, TRAVIS D | | ███5635 | PV1 E-1 | O POS |

| 5. DUTY ASSIGNMENT | 6. DUTY PHONE NUMBER | 7. LOCAL ADDRESS (Include ZIP Code) | 8. LOCAL PHONE NO. |
|---|---|---|---|
| COMBAT CONSTRUCTION SPECIALIST | 535-7064 | BLDG 2044 KM FT POLK LA 71459 | 535-6920 |

| 9. NEXT OF KIN (Name and address) (Include ZIP Code) | 10. HOME OF RECORD |
|---|---|
| PHILLIP CRAWFORD (MOTHER) ████████ | SALLISAW, OK |

| 11. PLACE OF BIRTH | 12. HIGHEST AWARD(S) |
|---|---|
| FORT SMITH ARKANSAS | NONE |

| 13a. SQT PRIMARY (Score and date) | 13b. SQT SECONDARY (Score and date) |
|---|---|
| 12K NOT TESTED | NONE |

| 14. | 15. | 16. | 17. |
|---|---|---|---|
| | | | |

**REMARKS**

## COMMANDER'S OR AUTHORIZED REPRESENTATIVE'S GRADE, NAME AND INITIALS

| GRADE | NAME | INITIALS | GRADE | NAME | INITIALS |
|---|---|---|---|---|---|
| 1LT | PHILLIP H MAY | | 1LT | Robert M. SPEAR | |
| SSG | DAVID M BAKER | | | | |
| CPT | Charles E Herrmann | | | | |
| SFC | James B. STEEN | | | | |

### CERTIFICATE

I certify that the initials appearing above opposite the name and on the reverse side of this form are those of myself as Commander/ designated Bn PAC representative or my authorized representatives. I further certify that the entry on the reverse side as initialed is a true statement as pertains to the individual indicated hereon for the reporting period.

| COMMANDER | TENURE DATES | COMMANDER | TENURE DATES |
|---|---|---|---|
| COMMANDER | TENURE DATES | COMMANDER | TENURE DATES |
| COMMANDER | TENURE DATES | COMMANDER | TENURE DATES |

**DA FORM 2475-2**
1 OCT 77

EDITION OF 1 JAN 74 AND DA FORM 2475-2R, PRIVACY ACT STATEMENT, 26 SEP 75 ARE OBSOLETE.

THIS IS ORIGINAL COPY

| NAME | | | SSN | | |
|---|---|---|---|---|---|
| CRAWFORD TRAVIS D | | | ███████ 5635 | | |

**PART II**

| | SIDPERS TRANSACTION | | | DISPOSITION | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE REPORTED | ACTION REPORTED | EFFECTIVE DATE | INITIALS | CYCLE/DATE | NOTE 1 P | U | REMARKS |
| 830712 | ARR- 830712/HN3AA/ANU5QQ/ 1/1AB25. | 830712 | DWB | ED/830915 X | | | |
| 831006 | DYST- PDY/AWL/0615/ANUBD. | 831005 | DWB | JA/831007 X | | | |
| 831021 | DYST- AWL/PDY/1300/ANUBD. | 831009 | DWB | JC/831012 X | | | |
| 831024 | DYST- PDY/CMA/1700/ANUBD. | 831021 | DWB | JJ/831027 X | | | |
| 831024 | GRCH- PVL/C/831021. | 831021 | DWB | JJ/831027 X | | | |
| 821103 | DYST- CMA/PDY/0656/ANUBD. | 831102 | DWB | KA/831108 X | | | |
| 840202 | POSN- CDQL/ANUBD. | 840201 | DWB | BA/840206 X | | | |
| 840626 | DYST- PDY/AWL/0630/ANUBD. | 840625 | | FO 840628 X | | | |
| 840627 | DYST- AWL/PDY/2254/ANUBD. | 840626 | | FO 840628 X | | | |
| 840709 | DYST PDY/AWL/0630/ANUBD. | 840706 | | GC/840710 X | | | |
| 840720 | DYST- AWL/PDY/1730/ANUBD | 840719 | | GL/840723 X | | | |
| 840730 | DYST- PDY/AWL/0900/ANUBD. | 840729 | | GK/840731 X | | | |
| 840828 | DFR- 941/ANUBD. | 840827 | | HN/840829 X | | | |

ROBERT M. SPHAR
1LT, CE
Adjutant

# DISPOSITION FORM

For use of this form, see AR 340-15; the proponent agency is TAGO.

| REFERENCE OR OFFICE SYMBOL | SUBJECT |
|---|---|
| AFZX-U-CO | Revocation of Security Clearance |

| TO S2/Security Manager | FROM Cdr, 7th Engr Bn (C) | DATE 27 August 1984 | CMT 1 |
|---|---|---|---|

1. Request that the appropriate security clearance on the following named service member be revoked:

NAME:   CRAWFORD, Travis   PV1

SSAN:   ████ 5636

2. Service member was dropped from the rolls of this organization on 27 Augsut 1984 for being AWOL for more than 30 days.

FOR THE COMMANDER:

ROBERT M. SPEAR
1LT, CE
Adjutant

ENLISTED MANAGEMENT
Inprocessing Records Screen

1.  NAME: CRAWFORD TRAVIS DON

2.  GRADE: E-2          3.  PMOS: 12 B          4.  SSN: ████ 5635
5.  PULHES: 111111      6.  SMOS:               7.  ASI:
8.  BONUS MOS: —        9.  ART 15/CM           10.  BAR TO REENL:

---

## PROMOTIONS

11. Is promotion packet present?  (DA3355, Board Proceedings, Standing List, Sequence Number)  YES____  NO____

12. Is promotion order present?  YES____  NO____

13. Is SM eligible for automatic promotion to E2/3?  YES____  NO____

---

## RECLASS/SPECIAL ACTIONS

14. Is SM a CSM, SGM or ISG?  YES____  NO ✓

15. Is SM an E5(P), E6 or E7?  YES____  NO ✓    SMOS?_____

16. Does MOS skill level match SM grade?  YES ✓  NO____

17. Does SM have a PULHES that conflicts with AR 611-201?  YES____  NO ✓

18. Does SM have a reclass action pending from previous unit?  YES____  NO ✓

19. Was SM previously reclassified?  YES____  NO ✓

---

## EER E5-9

20. What date is entered in item 62, DA Form 2?  _____

21. What is the period of report last entered in item 35, DA Form 2-1?  _____

22. Is ending period of report the same as date of last PCS?  YES____  NO____

---

23. Remarks:

24. Records screened by_____  Date_____

Distribution
1 cy CP
1 cy EM

24 T-40

# REPORT OF MEDICAL EXAMINATION

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|
| CRAWFORD TRAVIS DON | | 563 |

| 4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code) | 5. PURPOSE OF EXAMINATION | 6. DATE OF EXAMINATION |
|---|---|---|
| Sallisaw, Oklahoma 74955 | ENLISTMENT (RA) AF OTHER COMMISSION USAR USN ROTC RETENTION ARNG USMC RESERVE | 11 MAR 1983 |

| 7. SEX: MALE / FEMALE | 8. RACE: CAU / NEG / IND-AMER HISP | 9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY NONE  CIVILIAN NONE | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|

| 12. DATE OF BIRTH 64 (19) | 13. PLACE OF BIRTH CITY STATE: Sallisaw, Oklahoma 74955 | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN (mother) Phyllis Crawford  701 E. Chickasaw Sallisaw Oklahoma ZIP 74955 |
|---|---|---|

15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS
MEPS, P.O. BOX 989, AR 72203

16. OTHER INFORMATION

17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS

## CLINICAL EVALUATION

NOTES. (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

| | (Check each item in appropriate column; enter "NE" if not evaluated.) | NORMAL | ABNORMAL |
|---|---|---|---|
| 18. | HEAD, FACE, NECK AND SCALP | ✓ | |
| 19. | NOSE | ✓ | |
| 20. | SINUSES | ✓ | |
| 21. | MOUTH AND THROAT | ✓ | |
| 22. | EARS—GENERAL (Int & ext. canals) (Auditory acuity under items 70 and 71) | ✓ | |
| 23. | DRUMS (Perforation) | ✓ | |
| 24. | EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | ✓ | |
| 25. | OPHTHALMOSCOPIC | ✓ | |
| 26. | PUPILS (Equality and reaction) | ✓ | |
| 27. | OCULAR MOTILITY (Associated parallel movements, nystagmus) | ✓ | |
| 28. | LUNGS AND CHEST (Include breasts) | ✓ | |
| 29. | HEART (Thrust, size, rhythm, sounds) | ✓ | |
| 30. | VASCULAR SYSTEM (Varicosities, etc.) | ✓ | |
| 31. | ABDOMEN AND VISCERA (Include hernia) | ✓ | |
| 32. | ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | ✓ | |
| 33. | ENDOCRINE SYSTEM | ✓ | |
| 34. | G-U SYSTEM | ✓ | |
| 35. | UPPER EXTREMITIES (Strength, range of motion) | ✓ | |
| 36. | FEET | ✓ | |
| 37. | LOWER EXTREMITIES (Except feet) (Strength, range of motion) | ✓ | |
| 38. | SPINE, OTHER MUSCULOSKELETAL | ✓ | |
| 39. | IDENTIFYING BODY MARKS, SCARS, TATTOOS | | ✓ |
| 40. | SKIN, LYMPHATICS | ✓ | |
| 41. | NEUROLOGIC (Equilibrium tests under item 72) | ✓ | |
| 42. | PSYCHIATRIC (Specify any personality deviation) | ✓ | |
| 43. | PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | | |

24 T-40

✓ #39. Scar, Above left Breast  NCD

(Continue in item 73)

## 44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

| -0- 1 2 3 Restorable 32 31 30 teeth | Non-restorable 1 2 3 teeth 32 31 30 | Missing 1 2 3 teeth 32 31 30 | Replaced 1 2 3 by 32 31 30 dentures | Fixed 1 2 3 Partial 32 31 30 dentures |
|---|---|---|---|---|

RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES
ACCEPTABLE  NO
YES
Partial @ top

## LABORATORY FINDINGS MEPS, LITTLE ROCK AR 72203

URINE # 23

| 45. URINALYSIS: A. SPECIFIC GRAVITY | D. MICROSCOPIC | 46. CHEST X-RAY (Place, date, film number and result) |
|---|---|---|
| B. ALBUMIN N-MULTI-STIX NEG | | FILM # 20 5635 RESULTS WM |
| C. SUGAR N-MULTI-STIX NEG | | 14 X 17 Chest  DATE 11 MAR 1983 |

| 47. SEROLOGY (Specify test used and result) RPR # 1 REACTIVE / NON REACTIVE | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS  sickle test neg  12 MAY 19 |
|---|---|---|---|

88-118

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 66 3/4 | 181 | BROWN | BROWN | ☐ SLENDER ☑ MEDIUM ☐ HEAVY ☐ OBESE | |

**57. BLOOD PRESSURE (Arm at heart level)**

| A. SITTING | SYS. 142 | B. RECUMBENT | SYS. | C. STANDING (3 min.) | SYS. |
|---|---|---|---|---|---|
| | DIAS. 80 | | DIAS. | | DIAS. |

**58. PULSE (Arm at heart level)**

| A. SITTING 64 | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|
| | | | | |

| 59. DISTANT VISION | | 60. REFRACTION | | | 61. NEAR VISION | | |
|---|---|---|---|---|---|---|---|
| RIGHT 20/ 20 | CORR. TO 20/ | BY | S. | CX | CORR. TO | BY |
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | CX | 91 CORR. TO | BY |

**62. HETEROPHORIA (Specify distance)**

| ES° | EX° | R. H. | L. H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 63. ACCOMMODATION | | 64. COLOR VISION (Test used and result) | 65. DEPTH PERCEPTION (Test used and score) VERHOEFF | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | AFVT RED & GREEN PASS FAIL PASS ⊘ PASS FAIL 714 | FAIL PASS | CORRECTED |

| 66. FIELD OF VISION | 67. NIGHT VISION (Test used and score) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |
|---|---|---|---|
| | | | |

| 70. HEARING | 71. AUDIOMETER | 72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|

| | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | RIGHT | 15 | 15 | 5 | 5 | 5 | 5 | |
| LEFT WV | /15 SV | /15 | LEFT | 5 | 5 | 5 | 5 | 5 | 5 | |

**FOR MEPS USE ONLY**

| WK | ST | DATE | INITIAL |
|---|---|---|---|
| 1 | D | 830311 ⑧ | WS |
| 6 | D | 830324 ⑧ | |

**73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY**

PHYSICAL INSPECTION CONDUCTED AND NO COMMUNICABLE DISEASES WERE NOTED THIS DATE

FALANT PASS FAIL

| DATE | HT | WT | QUAL | DISQ | DOCTOR |
|---|---|---|---|---|---|
| 24 MAR 1983 | 66 3/4 | 179 | ✓ | | W. J. KILBURY, M.D. CHIEF MEDICAL OFFICER |
| | | | | | |
| | | | | | |

Applicant ☑ is ☐ is not qualified for Airborne, Ranger, & Special Forces Training in accordance with Chapter 2 & Chapter 7, para 7-3, AR 40-501 Based on medical findings recorded on this medical examination. 12 MAY 1983

*(Use additional sheets if necessary)*

**74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)**

| 75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify) | 76. A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|
| | P | U | L | H | E | S |
| | 1 | 1 | 1 | 1 | 1 | 1 |

**77. EXAMINEE (Check)**

ENLISTMENT RETENTION CHAP 3, AR 40-501 APPOINTMENT AIRBORNE QUALIFIED

A. ☑ IS QUALIFIED FOR
B. ☐ IS NOT QUALIFIED FOR

**B. PHYSICAL CATEGORY**

| A | B | C | E |
|---|---|---|---|
| ✓ | | | |

**78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER**

| 79. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| | |

| 80. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| | |

| 81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
|---|---|
| | |

| 82. TYPED OR PRINTED NAME OF ... OFFICER OR APPROVING AUTHORITY | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|
| W. J. KILBURY, M.D. CHIEF MEDICAL OFFICER | W. J. Kilbury | |

☆ U.S. GOVERNMENT PRINTING OFFICE : 1977—O-241-530 #3375