STANDARD FORM 93
REV. OCTOBER 1974   Exception to SF 93
GSA FPMR 101–11.8   approved by NARS May 79

APPROVED
OFFICE OF MANAGEMENT AND BUDGET No. 29-R0191

# REPORT OF MEDICAL HISTORY

## (THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY-CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

**1. LAST NAME—FIRST NAME—MIDDLE NAME**
CRAWFORD Travis Don

**2. SOCIAL SECURITY OR IDENTIFICATION NO.**
⬛ 5635

**3. HOME ADDRESS (No. street or RFD, city or town, State, and ZIP CODE)**
Sallisaw Oklahoma 74955

**4. POSITION (title, grade, component)**
Civilian

**5. PURPOSE OF EXAMINATION**
RA ENLST

**6. DATE OF EXAMINATION**
11 MAR 1983

**7. EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
MILITARY ENTRANCE PROCESSING STAT
211 WEST THIRD STREET
POST OFFICE BOX 929
LITTLE ROCK, AR

**8. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint exists)**
Good Health
I am taking no medications

**ALLERGIES**
NO KNOWN ALLERGIES

**9. HAVE YOU EVER (Please check each item)**

| YES | NO | (Check each item) |
|---|---|---|
| | ✗ | Lived with anyone who had tuberculosis |
| | ✗ | Coughed up blood |
| | ✗ | Bled excessively after injury or tooth extraction |
| | ✗ | Attempted suicide |
| | ✗ | Been a sleepwalker |

**10. DO YOU (Please check each item)**

| YES | NO | (Check each item) |
|---|---|---|
| | ✗ | Wear glasses or contact lenses |
| | | Have vision in both eyes |
| | ✗ | Wear a hearing aid |
| | ✗ | Stutter or stammer habitually |
| | ✗ | Wear a brace or back support |

**11. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)**

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✗ | | | Scarlet fever, erysipelas | | ✓ | | Cramps in your legs | | ✓ | | "Trick" or locked knee |
| | ✓ | | Rheumatic fever | | ✓ | | Frequent indigestion | | | | Foot trouble |
| | ✓ | | Swollen or painful joints | | ✓ | | Stomach, liver, or intestinal trouble | | ✓ | | Neuritis |
| | ✓ | | Frequent or severe headache | | ✓ | | Gall bladder trouble or gallstones | | ✓ | | Paralysis (include infantile) |
| | ✓ | | Dizziness or fainting spells | | ✓ | | Jaundice or hepatitis | | ✓ | | Epilepsy or fits |
| | ✓ | | Eye trouble | | ✓ | | Adverse reaction to serum, drug, or medicine | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Ear, nose, or throat trouble | | ✓ | | | | ✓ | | Frequent trouble sleeping |
| | ✓ | | Hearing loss | ✓ | | | Broken bones | | ✓ | | Depression or excessive worry |
| | ✓ | | Chronic or frequent colds | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Loss of memory or amnesia |
| ✗ | | | Severe tooth or gum trouble | | ✓ | | Rupture/hernia | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Sinusitis | | ✓ | | Piles or rectal disease | | ✓ | | Periods of unconsciousness |
| | ✓ | | Hay Fever | | ✓ | | Frequent or painful urination | | | | |
| | ✓ | | Head injury | | ✓ | | Bed wetting since age 12 | | | | |
| | ✓ | | Skin diseases | | ✓ | | Kidney stone or blood in urine | | | | |
| | ✓ | | Thyroid trouble | | ✓ | | Sugar or albumin in urine | | | | |
| | ✓ | | Tuberculosis | | ✓ | | VD—Syphilis, gonorrhea, etc. | | | | |
| | ✓ | | Asthma | | ✓ | | Recent gain or loss of weight | | | | |
| | ✓ | | Shortness of breath | | ✓ | | Arthritis, Rheumatism, or Bursitis | | | | |
| | ✓ | | Pain or pressure in chest | | ✓ | | Bone, joint or other deformity | | | | |
| | ✓ | | Chronic cough | | ✓ | | Lameness | | | | |
| | ✓ | | Palpitation or pounding heart | | ✓ | | Loss of finger or toe | | | | |
| | ✓ | | Heart trouble | | ✓ | | Painful or "trick" shoulder or elbow | | | | |
| | ✓ | | High or low blood pressure | | ✓ | | Recurrent back pain | | | | |

**12. FEMALES ONLY: HAVE YOU EVER**

| | |
|---|---|
| Been treated for a female disorder | |
| Had a change in menstrual pattern | |
| LMP | |
| G — P — O — ABO | |
| INITIALS | |

**13. WHAT IS YOUR USUAL OCCUPATION?**
Manual Labor   DROVE Fork truck

**14. ARE YOU (Check one)**
☑ Right handed   ☐ Left handed

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT |
|---|---|---|
| | ✓ | 15. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. |
| | ✓ | B. Inability to perform certain motions. |
| | ✓ | C. Inability to assume certain positions. |
| | ✓ | D. Other medical reasons (If yes, give reasons.) |
| | ✓ | 16. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details). |
| | ✓ | 17. Have you ever been denied life insurance? (If yes, state reason and give details.) |
| | ✓ | 18. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) |
| ✓ | | 19. Have you ever been a patient in any type of hospitals? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) |
| | ✓ | 20. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | ✓ | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | ✓ | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? (If yes, give date and reason for rejection.) |
| | ✓ | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability.) |
| | ✓ | 24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| Travis Don Crawford | Travis Don Crawford |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

Fx Left forearm age 6. —

M J 4 x - 6 mo

EXAMINEE DENIES HISTORY OF DRUG AND ALCOHOL ABUSE AND HOMOSEXUALITY

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| M. J. KILBURY, M.D.<br>CHIEF MEDICAL OFFICER | 11 MAR 1983 | M. J. Kilbury | |

Standard Form 600
General Services Administration and
Interagency Committee on Medical Records
FPMR 101-11.806-8    Exception Approved by NARS
October 1975         1 Aug 79

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |

**2 7 JUL 1984** — Bn Aid Station
7th Cbt Engr C
Ft. Polk, LA 71459

S- 20 yo wm c c/o INSECT BITE TO (L) foot 2nd
Toe X3 days Erythmia, EDEMA, Ecchymosis
Present c Drainage on Site severe Necrosis
of Tissue Noted

O- Insect Bite to 2nd toe of (L) foot c
complications

P- Refer to TMC #1 CW2 Workman for
Assesment    PECNETT 930 90

Infected toe

Plan - (1) crutches
(2) ATS X24h - ↑ foot
(3) Betadine scrub/ointment + dressing
(4) Tegopen 250 mg (QID) x10d.
(5) RTO E.R. tomorrow for re-eval.
(6) Culture.

| PATIENT'S IDENTIFICATION (*Use this Space for Mechanical Imprint*) | PATIENT'S NAME (*Last, First, Middle initial*) Crawford Travis | | SEX m |
|---|---|---|---|
| | YEAR OF BIRTH 1963 | RELATIONSHIP TO SPONSOR — | COMPONENT/STATUS AD | DEPART/SERVICE RA |
| | SPONSOR'S NAME | | RANK/GRADE E-1 |
| | SSAN OR IDENTIFICATION NO. | ORGANIZATION B co 7th Eng Bn |

Standard Form 600
General Services Administration and
Interagency Committee on Medical Records
FPMR 101–11.806–8   Exception Approved by NARS
October 1975    1 Aug 79

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**2 5 JUL 1984** — Bn Aid Station
7th Cbt Engr Bn
Ft. Polk, LA 71459

T-97°

P-64

R-18

B/P -124/98

S - 20 y-o ♂ c̄ c/o PAIN TO ⓛ 2ND TOE. Pt. STATES HE HAD "BLACK SPOT" ON TOE X 3 DAYS. THEN YESTERDAY "SPOT" WAS REPLACED BY "PUS POCKET" TODAY IS PAINFUL + SWOLLEN. ² OMEDS NKDA.

O - SWELLING, REDNESS, POINT TENDERNESS DISTAL TOE JUST BEHIND TOENAIL.

**2 5 JUL 1984** — TMC # 1
Ft Polk, LA

**0265**

A - Prob ingrown little.

Plan ① Warm soaks QID
② No running x 3 days.

*(signature)*

JAMES J. WORKMAN
GW2  PA

---

| PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)* | PATIENT'S NAME *(Last, First, Middle initial)* Crawford  Travis | | SEX M |
|---|---|---|---|
| | YEAR OF BIRTH 1964 | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS AD | DEPART/SERVICE RA |
| | SPONSOR'S NAME | | | RANK/GRADE E-1 |
| | SSAN OR IDENTIFICATION NO. 5635 | | ORGANIZATION Bn 7ᵗʰ Engi Bn | |

CHRONOLOGICAL RECORD OF MEDICAL CARE

Standard Form 600
600–106–01

TMC 1

## REPORT
## INITIAL GRAM STAIN REPORT Copy

NAME Crawford

SSN 5635          LOCATION

SPECIMEN foot

EPTH. CELLS _____ few

WBC'S moderate

RBC'S many

GRAM POS. COCCI _____
IN CHAINS

GRAM POS. COCCI IN CLUSTERS many

GRAM NEG. COCCI _____

GRAM NEG RODS _____

OTHER _____

DATE 7-28-84     TECH SP

WOUND # 8886

7 ENG

# SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see HQDA Ltr 40-83-2, the proponent agency is TSG.

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES 0600 | TIME ENCOUNTER BEGINS 0650 | TIME PATIENT LEAVES 0705 |
| DATE 23-July-84 | SCREENER LOCATION 7th Cbt Engr Bn Ft. Polk, LA 71459 | CHIEF COMPLAINT Throat | DURATION x 1 day |
| PATIENT RESIDENCE ☑BARRACKS ☐OFF POST ☐POST HOUSING ☐TRANSIENT | | VITAL SIGNS TEMPERATURE 96.8 ALLERGIES NKDA PULSE 58 BP 120/90 RESP 18 | |

FIRST VISIT FOR THIS COMPLAINT ☑YES ☐NO  IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☐YES ☐NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title. EXAMPLE: Headache (B-13). If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized. If two complaints appear to be unrelated or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached. In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes. If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number. If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated. If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate. The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached. In either case, the original is filed in the Health Record upon completion of the evaluation. The copy is retained by the Aidman. At the end of sick call, all copies will be turned into the supervisor for audit purposes.

Duty Job Motor Pool

| ALGORITHM/CODE Sore Throat (D-15) | ALGORITHM/CODE |
|---|---|
| ALGORITHM SUMMARY | ALGORITHM SUMMARY |
| 1. Yes - Pt. can touch chin to chest. 3. No - No exudate, no swelling Temp. < 101. 5. Yes - Pt. can clear both ears. | 20 y/o ♂ c/o sore throat x 1 day. Pt. states that he was running and fell into a pole, coughed up some blood & difficulty swallowing |
| ENDPOINT NUMBER D-15-E | ENDPOINT NUMBER |

| PATIENT'S IDENTIFICATION (Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone) | FINAL DISPOSITION | |
|---|---|---|
| Crawford Travis E-2 ▇▇▇ 5635 Male ▇▇▇ - 64 Bco 7th Engr. Bn 6828 | ☐ I – PHYSICIAN STAT ☐ II – PA STAT ☑ III – PA TODAY SELF CARE PROTOCOL MEDICATIONS GIVEN _____ | ☐ IV – SELF CARE PROTOCOL ☐ V – HOSP CLINIC REFERRAL |
| | AIDMAN'S SIGNATURE & CODE | AUDITOR'S INITIALS & DATE |

DA FORM 5181-R (TEST), FEB 83

# RECORD OF ACUTE MEDICAL CARE
(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)

| DATE | 2ND CARE LOCATION | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
|---|---|---|---|---|
| | | | | |

## HISTORY OF PRESENT ILLNESS

ONSET (Time, Date, Abrupt/Gradual) 30 810 w 0  c/o sore throat x one day. Fell yesterday

SYMPTOMS (Character/Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by) while running. Hit (R) chin + anterior neck on a pole.

ASSOCIATED SYMPTOMS COURSE (Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)

PAST MEDICAL HISTORY (Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)

PHYSICAL EXAMINATION  HEENT - clear

Blood Pressure ___ Pulse ___ Respiration ___ Temperature ___ Weight ___

Neck - superficial abrasion (R) chin + anterior neck,

Chest - CTA,

## ASSESSMENT

Dx - superficial abrasions

Plan - Betadine scrub
RTD, RTC prn

## PLAN

| DIAGNOSTIC TESTS | RESULTS | THERAPEUTIC |
|---|---|---|
| | | |

DISPOSITION

☐ ADMITTED   DISCHARGED WITH: ☐ NO FOLLOWUP REQUIRED
☐ FOLLOWUP REQUIRED (give location & state)

FOLLOWUP AS:
☐ EMERGENCY
☐ ASAP
☐ ROUTINE

ACTIVITY LEVEL
☐ NO LIMITATIONS – FULL DUTY/ACTIVITY      ☐ BEDREST (List hours/days) ___
☐ LIMITED (give description & duration) ___

| SIGNATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR | AUDITOR'S INITIALS AND DAT |
|---|---|---|
| JAMES J. WORKMAN | | |
| CW2  PA | | |

SPECIAL INSTRUCTIONS
The Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record – Chronological Record of Medical Care) at th Troop Medical Clinic level and above.   Use of this form for further evaluation and treatment at the screener location is prohibited unl the Aidmen are additionally qualified to make such assessments under supervision of a Physician Assistant.

# SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see HQDA Ltr 40-83-2, the proponent agency is TSG.

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES 0635 | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
| DATE 28 Jun 84 | Aid Station 7th Cbt Engr Bn Ft. Polk, LA 71459 | CHIEF COMPLAINT ① Leg Boil Dental | DURATION X 1 wk. |
| PATIENT RESIDENCE ☒ BARRACKS ☐ OFF POST ☐ POST HOUSING ☐ TRANSIENT | VITAL SIGNS TEMPERATURE 9b.6 PULSE 104 BP 170/00 | ALLERGIES NKDA RESP 20 | |

FIRST VISIT FOR THIS COMPLAINT ☒ YES ☐ NO IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☐ YES ☐ NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title. EXAMPLE: Headache (B-13). If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized. If two complaints appear to be un-related or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached. In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes. If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number. If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated. If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate. The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached. In either case, the original is filed in the Health Record upon completion of the evaluation. The copy is retained by the Aidman. At the end of sick call, all copies will be turned into the supervisor for audit purposes.

| ALGORITHM/CODE Complaint Not coded (TK-17) | ALGORITHM/CODE |
|---|---|
| ALGORITHM SUMMARY 21 y/o w/ 1 y/o Boil to ① Leg. Pt has been on Sick call numerous times before for this same type complaint | ALGORITHM SUMMARY Recurrent furuncles — Plan ① CBC, UA, SMA-20 ② Keflex 250 mg Q1x x 10 days ③ Routine Derm consu JAMES R WORKMAN CW2 PA |
| ENDPOINT NUMBER TK-17-A | ENDPOINT NUMBER |

| PATIENT'S IDENTIFICATION (Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone) | FINAL DISPOSITION |
|---|---|
| Crawford, Travis E-2 5635 Male - 64 Bco 7th Engr Bn (628281) | ☐ I – PHYSICIAN STAT    ☐ IV – SELF CARE PROTOCOL ☐ II – PA STAT    ☐ V – HOSP CLINIC REFERRAL ☒ III – PA Today SELF CARE PROTOCOL MEDICATIONS GIVEN _____ |

| AIDMAN'S SIGNATURE & CODE Lloyd C. Wynn 3/77 | AUDITOR'S INITIALS & DATE |
|---|---|

DA FORM 5181-R (TEST), FEB 83

# RECORD OF ACUTE MEDICAL CARE
*(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)*

| DATE | 2ND CARE LOCATION | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
|---|---|---|---|---|
| | | | | |

## HISTORY OF PRESENT ILLNESS

ONSET *(Time, Date, Abrupt/Gradual)*

SYMPTOMS *(Character/Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by)*

ASSOCIATED SYMPTOMS COURSE *(Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)*

PAST MEDICAL HISTORY *(Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)*

PHYSICAL EXAMINATION

Blood Pressure _____ Pulse _____ Respiration _____ Temperature _____ Weight _____

ASSESSMENT

PLAN

| DIAGNOSTIC TESTS | RESULTS | THERAPEUTIC |
|---|---|---|

DISPOSITION

☐ ADMITTED      DISCHARGED WITH: ☐ NO FOLLOWUP REQUIRED      FOLLOWUP AS:
☐ FOLLOWUP REQUIRED      ☐ EMERGENCY
*(give location & state)*      ☐ ASAP
☐ ROUTINE

ACTIVITY LEVEL

☐ NO LIMITATIONS – FULL DUTY/ACTIVITY      ☐ BEDREST *(List hours/days)* _____
☐ LIMITED *(give description & duration)* _____

| NATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR | AUDITOR'S INITIALS AND DATE |
|---|---|---|
| | | |

## SPECIAL INSTRUCTIONS

Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record – Chronological Record of Medical Care) at the op Medical Clinic level and above. Use of this form for further evaluation and treatment at the screener location is prohibited unless. Aidmen are additionally qualified to make such assessments under supervision of a Physician Assistant.

ERSE OF DA FORM 5181-R (TEST). FEB

# SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see HQDA Ltr 40-83-2, the proponent agency is TSG.

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES 0730 | TIME ENCOUNTER BEGINS 0733 | TIME PATIENT LEAVES 0738 |

| DATE 3-May-84 | SCREENER LOCATION Bn Aid Station 7th Cbt Engr Bn Ft Polk, LA 71459 | CHIEF COMPLAINT F/u Boil on (R) Knee x 2 wks | DURATION |
|---|---|---|---|

PATIENT RESIDENCE: ☒ BARRACKS ☐ OFF POST ☐ HOUSING ☐ TRANSIENT

VITAL SIGNS — TEMPERATURE 97.6  ALLERGIES NKDA  PULSE 60  BP 124/86  RESP 16

FIRST VISIT FOR THIS COMPLAINT ☐ YES ☒ NO  IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☒ YES ☐ NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title. EXAMPLE: Headache (B-13). If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized. If two complaints appear to be unrelated or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached. In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes. If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number. If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated. If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate. The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached. In either case, the original is filed in the Health Record upon completion of the evaluation. The copy is retained by the Aidman. At the end of sick call, all copies will be turned into the supervisor for audit purposes.

Duty Job - 9 Motor Pool

| ALGORITHM/CODE J-11-J- (Boils) | ALGORITHM/CODE |
|---|---|
| ALGORITHM SUMMARY | ALGORITHM SUMMARY |

F/u on Boils.

| ENDPOINT NUMBER J-11-A  PA Today | ENDPOINT NUMBER |
|---|---|

PATIENT'S IDENTIFICATION (Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone)

Crawford Travis  E-2
5635
9 Male  -64
B Co 7th Engr BN  6828

FINAL DISPOSITION
☐ I – PHYSICIAN STAT   ☐ IV – SELF CARE PROTOCOL
☐ II – PA STAT   ☐ V – HOSP CLINIC REFERRAL
☒ III – PA Today

SELF CARE PROTOCOL MEDICATIONS GIVEN _____

AIDMAN'S SIGNATURE & CODE  Lloyd C Wynn  Ch 21

AUDITOR'S INITIALS & DATE

DA FORM 5181-R (TEST), FEB 83

# RECORD OF ACUTE MEDICAL CARE
*(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)*

| DATE 3 MAY 1984 | 2ND CARE LOCATION Ft Polk, LA | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
|---|---|---|---|---|

## HISTORY OF PRESENT ILLNESS

**ONSET** *(Time, Date, Abrupt/Gradual)*

**SYMPTOMS** *(Character/Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by)*

F/U care

**ASSOCIATED SYMPTOMS COURSE** *(Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)*

Much better today.

**PAST MEDICAL HISTORY** *(Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)*

**PHYSICAL EXAMINATION**

Blood Pressure 120/86   Pulse 60   Respiration _____   Temperature 97^6   Weight _____

**ASSESSMENT**

Resolving abscess (R) Knee area.

**PLAN**

| DIAGNOSTIC TESTS | RESULTS | THERAPEUTIC |
|---|---|---|
| | RTC tomorrow | Irrigated c H2O2 & NaCl, Povadine dsg Report c McGaugh |

**DISPOSITION**

☐ ADMITTED   DISCHARGED WITH: ☐ NO FOLLOWUP REQUIRED   ☐ FOLLOWUP REQUIRED *(give location & state)*

FOLLOWUP AS: ☐ EMERGENCY  ☐ ASAP  ☐ ROUTINE

**ACTIVITY LEVEL**

☐ NO LIMITATIONS – FULL DUTY/ACTIVITY   ☐ BEDREST *(List hours/days)* _____
☐ LIMITED *(give description & duration)* _____

| SIGNATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR | AUDITOR'S INITIALS AND DATE |
|---|---|---|
| JAMES C WORKMAN  CW2, PA | | |

## SPECIAL INSTRUCTIONS

The Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record — Chronological Record of Medical Care) at the Troop Medical Clinic level and above. Use of this form for further evaluation and treatment at the screener location is prohibited unless the Aidmen are additionally qualified to ma[ke] such assessments under supervision of a Physi[cian] Assistant.

# SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see HQDA Ltr 40-63-2, the proponent agency is TSG.

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES 0725 | TIME ENCOUNTER BEGINS 0748 | TIME PATIENT LEAVES 0752 |

| DATE 2-May-84 | SCREENER LOCATION Bn Aid Station 7th Cbt Engr Bn Ft. Polk, LA 71459 | CHIEF COMPLAINT Infected ® knee x 4 days | DURATION |
|---|---|---|---|

| PATIENT RESIDENCE | VITAL SIGNS |
|---|---|
| ☒ BARRACKS ☐ POST HOUSING ☐ OFF POST ☐ TRANSIENT | TEMPERATURE 98.4  ALLERGIES NKDA  PULSE 72  BP 124/80  RESP 17 |

FIRST VISIT FOR THIS COMPLAINT ☐ YES ☒ NO  IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☒ YES ☐ NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title. EXAMPLE: Headache (B-13). If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized. If two complaints appear to be unrelated or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached. In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes. If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number. If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated. If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate. The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached. In either case, the original is filed in the Health Record upon completion of the evaluation. The copy is retained by the Aidman. At the end of sick call, all copies will be turned into the supervisor for audit purposes.

Duty Job- 97 Motor Pool

| ALGORITHM/CODE T)-11-1 ( Boils ) | ALGORITHM/CODE |
|---|---|
| ALGORITHM SUMMARY  Boils followup | ALGORITHM SUMMARY |
| ENDPOINT NUMBER T)-11-A PA today | ENDPOINT NUMBER |

| PATIENT'S IDENTIFICATION (Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone) | FINAL DISPOSITION |
|---|---|
| Crawford Travis  E-2  5635  Male ████ 64  B co 7th Eng BN  6828 | ☐ I – PHYSICIAN STAT ☐ IV – SELF CARE PROTOCOL ☐ II – PA STAT ☐ V – HOSP CLINIC REFERRAL ☒ III – PA today  SELF CARE PROTOCOL MEDICATIONS GIVEN _____ |
| | AIDMAN'S SIGNATURE & CODE 975  Walter H. Allah | AUDITOR'S INITIALS & DATE |

DA FORM 5181-R (TEST), FEB 83

# RECORD OF ACUTE MEDICAL CARE

*(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)*

| DATE 2 MAY 1984 | 2ND CARE LOCATION Ft Polk, LA | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
|---|---|---|---|---|

## HISTORY OF PRESENT ILLNESS

**ONSET** *(Time, Date, Abrupt/Gradual)* (R) Knee - inflammation internal

**SYMPTOMS** *(Character/Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by)* Still painful -

**ASSOCIATED SYMPTOMS COURSE** *(Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)*

**PAST MEDICAL HISTORY** *(Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)*

**PHYSICAL EXAMINATION** Erythema - full knee ROM -
lesion still exuding purulent material.
erythema from knee to mid lower leg

Blood Pressure _____ Pulse _____ Respiration _____ Temperature _____ Weight _____

**ASSESSMENT** Soft infection (R) knee - cellulitis

## PLAN

| DIAGNOSTIC TESTS | RESULTS | THERAPEUTIC |
|---|---|---|
| Cont. Keflex 500mg qid | | |
| I&D - pack. | | |
| RTC tomorrow - | | |

## DISPOSITION

☐ ADMITTED   DISCHARGED WITH: ☐ NO FOLLOWUP REQUIRED   ☐ FOLLOWUP REQUIRED *(give location & state)*

FOLLOWUP AS:
☐ EMERGENCY
☐ ASAP
☐ ROUTINE

**ACTIVITY LEVEL**
☐ NO LIMITATIONS – FULL DUTY/ACTIVITY   ☒ BEDREST *(List hours/days)* until 0600 3May84
☐ LIMITED *(give description & duration)* _____

| SIGNATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR Whitehead, Michael WO | AUDITOR'S INITIALS AND DATE |
|---|---|---|

## SPECIAL INSTRUCTIONS

The Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record — Chronological Record of Medical Care) at the Troop Medical Clinic level and above. Use of this form for further evaluation and treatment at the screener location is prohibited unless the Aidmen are additionally qualified to make such assessments under supervision of a Physician Assistant.

# SCREENING NOTE OF ACUTE MEDICAL CARE

MINGUSSO MINGUSSO MD

For use of this form, see HQDA Ltr 40-83-2, the proponent agency is TSG.

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES 0600 | TIME ENCOUNTER BEGINS 0712 | TIME PATIENT LEAVES 0715 |

| DATE 1 May-84 | SCREENER LOCATION Bn Aid Station 7th Cbt Engr Bn | CHIEF COMPLAINT Leg Botton Knee | DURATION 1 1/2 wks |
|---|---|---|---|

| PATIENT RESIDENCE ☒ BARRACKS ☐ OFF POST | ☐ POST HOUSING Ft. Polk, LA 71459 ☐ TRANSIENT | VITAL SIGNS TEMPERATURE 99.4 ALLERGIES NKDA PULSE 82 BP 118/60 RESP 18 |
|---|---|---|

FIRST VISIT FOR THIS COMPLAINT ☐ YES ☒ NO   IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☐ YES ☒ NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title.  EXAMPLE: Headache (B-13).  If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized.  If two complaints appear to be un-related or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached.  In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes.  If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number.  If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated.  If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate.  The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached.  In either case, the original is filed in the Health Record upon completion of the evaluation.  The copy is retained by the Aidman.  At the end of sick call, all copies will be turned into the supervisor for audit purposes.

Duty Job - Motor Pool

| ALGORITHM/CODE   Boils  TJ-11-1 | ALGORITHM/CODE |
|---|---|
| ALGORITHM SUMMARY | ALGORITHM SUMMARY |
| | |

| ENDPOINT NUMBER   TJ-11-A | ENDPOINT NUMBER |
|---|---|

| PATIENT'S IDENTIFICATION (Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone) Crawford Travis 5635 Male -64 B Co 7th Engr Bn (6828) E-2 | FINAL DISPOSITION ☐ I – PHYSICIAN STAT      ☐ IV – SELF CARE PROTOCOL ☐ II – PA STAT           ☐ V – HOSP CLINIC REFERRAL ☒ III – PA SELF CARE PROTOCOL MEDICATIONS GIVEN _____ |
|---|---|
| | AIDMAN'S SIGNATURE & CODE PFC M. McHatt  95 | AUDITOR'S INITIALS & DATE |

D.A. FORM 5181-R (TEST), FEB 83

# RECORD OF ACUTE MEDICAL CARE

*(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)*

| DATE 1 MAY 1984 | 2ND CMO LOCATION Ft Polk, LA | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
|---|---|---|---|---|

## HISTORY OF PRESENT ILLNESS

ONSET *(Time, Date, Abrupt/Gradual)*
2-3 days -

SYMPTOMS *(Character, Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by)*
pain and swelling of area just inferior to (R) knee -

ASSOCIATED SYMPTOMS COURSE *(Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)*
was expressing pustular exudate 2 days ago -
no

PAST MEDICAL HISTORY *(Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)*
no problems c̄ large follicular infections - has had many -

PHYSICAL EXAMINATION inferior-anterior knee (R) - large vesicular lesion 5 mm
Blood Pressure ___ large erythematous Pulse ___ Respiration # tender Temperature ___ Weight ___
leg tender surrounding lesion - distal pulses strong - neuro intact

ASSESSMENT
for T infection -
early cellulitis

## PLAN

| DIAGNOSTIC TESTS | RESULTS | THERAPEUTIC |
|---|---|---|
| ① bedrest - elevation ② Keflex 500 mg qid x 7 d ③ heat - | | |

DISPOSITION

☐ ADMITTED    DISCHARGED WITH: ☐ NO FOLLOWUP REQUIRED
☒ FOLLOWUP REQUIRED *(give location & state)*
7 May - TMC #7

FOLLOWUP AS:
☐ EMERGENCY
☐ ASAP
☐ ROUTINE

ACTIVITY LEVEL    ☐ NO LIMITATIONS — FULL DUTY/ACTIVITY
☐ LIMITED *(give description & duration)* ___
☒ BEDREST *(List hours/days)* until 0700

| SIGNATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR Whitehead, Michael, WO PA | AUDITOR'S INITIALS AND DATE |
|---|---|---|

## SPECIAL INSTRUCTIONS

The Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record — Chronological Record of Medical Care) at the Troop Medical Clinic level and above. Use of this form for further evaluation and treatment at the screener location is prohibited unless the Aidmen are additionally qualified to make such assessments under supervision of a Physician/assistant.

# SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see HQDA Ltr 40-83-2, the proponent agency is TSG.

⑨

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES 0610 0735 | TIME ENCOUNTER BEGINS 0730 | TIME PATIENT LEAVES 0735 |
| DATE 28 MAR 84 | SCREENER LOCATION Bn Aid Station 7th Cbt Engr Bn | CHIEF COMPLAINT F/U Boil | DURATION X 4/days |
| PATIENT RESIDENCE ☒ BARRACKS ☐ OFF POST | ☐ POST HOUSING Ft. Polk, LA 71459 ☐ TRANSIENT | VITAL SIGNS TEMPERATURE 94.4 PULSE 70 BP 110/70 | ALLERGIES NKDA RESP 15 |

FIRST VISIT FOR THIS COMPLAINT ☐ YES ☒ NO   IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☒ YES ☐ NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title.  EXAMPLE: Headache (B-13).  If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized.  If two complaints appear to be unrelated or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached.  In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes.  If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number.  If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated.  If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate.  The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached.  In either case, the original is filed in the Health Record upon completion of the evaluation.  The copy is retained by the Aidman.  At the end of sick call, all copies will be turned into the supervisor for audit purposes.

Duty Opt — Motor Pool

| ALGORITHM/CODE TLS (Return Requested by cdr) | ALGORITHM/CODE |
|---|---|
| ALGORITHM SUMMARY follow up. | ALGORITHM SUMMARY |
| ENDPOINT NUMBER #1 - 5 - A | ENDPOINT NUMBER |

| PATIENT'S IDENTIFICATION (Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone) | FINAL DISPOSITION |
|---|---|
| CRAWFORD, TRAVIS E-2 ████ 5635 Male - ████ 64 Bco 7th Engr Bn (6828) | ☐ I – PHYSICIAN STAT   ☐ IV – SELF CARE PROTOCOL ☐ II – PA STAT   ☐ V – HOSP CLINIC REFERRAL ☒ III – PA today SELF CARE PROTOCOL MEDICATIONS GIVEN |
| | AIDMAN'S SIGNATURE & CODE CMS Walter H. Collel | AUDITOR'S INITIALS & DATE |

# RECORD OF ACUTE MEDICAL CARE

*(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)*

| DATE | 2ND CARE LOCATION | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
|------|-------------------|----------------------|-----------------------|---------------------|
|      |                   |                      |                       |                     |

## HISTORY OF PRESENT ILLNESS

**ONSET** *(Time, Date, Abrupt/Gradual)*

X 2 days

**SYMPTOMS** *(Character/Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by)*

20 y/o on For Leg Boil

**ASSOCIATED SYMPTOMS COURSE** *(Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)*

Look Better

**PAST MEDICAL HISTORY** *(Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)*

Taking EM
NKDA

## PHYSICAL EXAMINATION

Blood Pressure _____ Pulse _____ Respiration _____ Temperature _____ Weight _____

Boil look better as signs of bad infection

## ASSESSMENT

Resolving Boil

## PLAN

| DIAGNOSTIC TESTS | RESULTS | THERAPEUTIC |
|------------------|---------|-------------|
|                  |         | irrigated c̄ sterile water + Hydrogen Peroxide. packed c̄ NU Gauges + dressed. |

## DISPOSITION

☐ ADMITTED  DISCHARGED WITH: ☐ NO FOLLOWUP REQUIRED
☒ FOLLOWUP REQUIRED *(give location & state)*
TMC #/ 29 Mar 84

FOLLOWUP AS:
☐ EMERGENCY
☐ ASAP
☐ ROUTINE

**ACTIVITY LEVEL**
☐ NO LIMITATIONS — FULL DUTY/ACTIVITY   ☒ BEDREST *(List hours/days)* 48 hrs
☐ LIMITED *(give description & duration)* _____

| SIGNATURE OF HEALTH CARE PROVIDER J. WORKMAN | SIGNATURE OF MEDICAL SUPERVISOR | AUDITOR'S INITIALS AND DATE |
|------|------|------|
| CW2 PA |  |  |

## SPECIAL INSTRUCTIONS

The Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record — Chronological Record of Medical Care) at the Troop Medical Clinic level and above. Use of this form for further evaluation and treatment at the screener location is prohibited unless the Aidmen are additionally qualified to make such assessments under supervision of a Physician Assistant.

# SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see HQDA Ltr 40-83-2, the proponent agency is TSG.

| TIME PATIENT DEPARTS UNIT *(From DD Form 689)* | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES ∅545 | TIME ENCOUNTER BEGINS 0600 | TIME PATIENT LEAVES 0607 |
| DATE 26 MM 84 | SCREENER LOCATION Aid Station 7th Cbt Engr Bn Ft. Polk, LA 71459 | CHIEF COMPLAINT Painful Boils | DURATION X 1 day |
| PATIENT RESIDENCE ☐ BARRACKS ☒ OFF POST ☐ POST HOUSING ☐ TRANSIENT | | VITAL SIGNS TEMPERATURE 98.6 ALLERGIES UKDA PULSE 78 BP 122/86 RESP 16 | |

FIRST VISIT FOR THIS COMPLAINT ☐ YES ☒ NO  IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☒ YES ☐ NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title.  EXAMPLE: Headache (B-13).  If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized.  If two complaints appear to be unrelated or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached.  In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes.  If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number.  If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated.  If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate.  The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached.  In either case, the original is filed in the Health Record upon completion of the evaluation.  The copy is retained by the Aidman.  At the end of sick call, all copies will be turned into the supervisor for audit purposes.     Duty Job - Motor Pool

| ALGORITHM/CODE (TS-11-1) Boils | ALGORITHM/CODE |
|---|---|
| ALGORITHM SUMMARY | ALGORITHM SUMMARY |
| TSgt P.A | |
| ENDPOINT NUMBER TS-11-A | ENDPOINT NUMBER |

| PATIENT'S IDENTIFICATION *(Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone)* | FINAL DISPOSITION |
|---|---|
| CRAWFORD, TRAVIS D. ████ 5635 ████ 64 E-2 | ☐ I – PHYSICIAN STAT    ☐ IV – SELF CARE PROTOCOL ☐ II – PA STAT    ☐ V – HOSP CLINIC REFERRAL ☒ III – PA SELF CARE PROTOCOL MEDICATIONS GIVEN _____ |
| Co. 7th Engr Bn    DP#6828 | AIDMAN'S SIGNATURE & CODE  Kenneth G. Cal  4L14    AUDITOR'S INITIALS & DATE |

# RECORD OF ACUTE MEDICAL CARE

*(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)*

| DATE 2 6 MAR 1984 | 2ND CARE LOCATION TMC 4 Ft Polk, LA | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
|---|---|---|---|---|

## HISTORY OF PRESENT ILLNESS

ONSET *(Time, Date, Abrupt/Gradual)*

SYMPTOMS *(Character/Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by)*

c/o boil on Right leg

ASSOCIATED SYMPTOMS COURSE *(Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)*

PAST MEDICAL HISTORY *(Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)*

## PHYSICAL EXAMINATION

Blood Pressure _____ Pulse _____ Respiration _____ Temperature _____ Weight _____

Tenderness, edema
& pus

## ASSESSMENT

Boil

## PLAN

| DIAGNOSTIC TESTS | RESULTS | THERAPEUTIC |
|---|---|---|
| | | Hot soaks SSS 500 q P 64 |

## DISPOSITION

☐ ADMITTED

DISCHARGED WITH: ☐ NO FOLLOWUP REQUIRED
☑ FOLLOWUP REQUIRED *(give location & state)*

FOLLOWUP AS:
☐ EMERGENCY
☐ ASAP
☐ ROUTINE

## ACTIVITY LEVEL

☐ NO LIMITATIONS — FULL DUTY/ACTIVITY

☐ LIMITED *(give description & duration)*

☑ BEDREST *(List hours/days)*

| SIGNATURE OF HEALTH CARE PROVIDER TERRY G. DAVIS Physician Assistant | SIGNATURE OF MEDICAL SUPERVISOR | AUDITOR'S INITIALS AND DATE |
|---|---|---|

## SPECIAL INSTRUCTIONS

The Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record — Chronological Record of Medical Care) at the Troop Medical Clinic level and above. Use of this form for further evaluation and treatment at the screener location is prohibited unless the Aidmen are additionally qualified to make such assessments under supervision of a Physician Assistant.

# SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see HQDA Ltr 40-83-2, the proponent agency is TSG.

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES 0915 | TIME ENCOUNTER BEGINS 0917 | TIME PATIENT LEAVES |
| DATE 1 4 MAR 1984 | SCREENER LOCATION TMC - 1 Ft Polk, LA. | CHIEF COMPLAINT Bo,ls | DURATION X / wk. |

**PATIENT RESIDENCE**
☒ BARRACKS ☐ POST HOUSING
☐ OFF POST ☐ TRANSIENT

**VITAL SIGNS**
TEMPERATURE 97.9  ALLERGIES NKDA
PULSE 70  BP 118/70 RESP 14

FIRST VISIT FOR THIS COMPLAINT ☒ YES ☐ NO  IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☐ YES ☐ NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title. EXAMPLE: Headache (B-13). If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized. If two complaints appear to be unrelated or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached. In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes. If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number. If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated. If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate. The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached. In either case, the original is filed in the Health Record upon completion of the evaluation. The copy is retained by the Aidmen. At the end of sick call, all copies will be turned into the supervisor for audit purposes.

| ALGORITHM/CODE TS-11-1 | ALGORITHM/CODE |
|---|---|
| ALGORITHM SUMMARY | ALGORITHM SUMMARY |

| ENDPOINT NUMBER TS-11-A | ENDPOINT NUMBER |
|---|---|

**PATIENT'S IDENTIFICATION** (Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone)

CRAWford, Travis
- 5635
B co. 7th Engr

DP# 6828

**FINAL DISPOSITION**
☐ I – PHYSICIAN STAT  ☐ IV – SELF CARE PROTOCOL
☐ II – PA STAT  ☐ V – HOSP CLINIC REFERRAL
☒ III – PA

SELF CARE PROTOCOL MEDICATIONS GIVEN _____

| AIDMAN'S SIGNATURE & CODE  AC 19 | AUDITOR'S INITIALS & DATE |
|---|---|
| Kenneth R. Coils | |

# RECORD OF ACUTE MEDICAL CARE

*(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)*

| DATE 1 4 MAR 1984 | 2ND CAT MED-GATION Ft Polk, LA | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
|---|---|---|---|---|

## HISTORY OF PRESENT ILLNESS

**ONSET** *(Time, Date, Abrupt/Gradual)*
X 1 week

**SYMPTOMS** *(Character/Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by)*
20 yo OT complains of boils on legs and buttocks X 1 week
P/U from

**ASSOCIATED SYMPTOMS COURSE** *(Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)*

**PAST MEDICAL HISTORY** *(Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)*
Antibiotic (?)

**PHYSICAL EXAMINATION** Multiple inflammatory lesions c 2° infections on lower extremities.

Blood Pressure _____ Pulse _____ Respiration _____ Temperature _____ Weight _____

**ASSESSMENT**

**PLAN**

DIAGNOSTIC TESTS    RESULTS    THERAPEUTIC

Probable folliculitis c 2° infection
Plan — ① Tegopen 250 mg #80 T̄ 1 QID
② Betadine scrubs
③ Boil hot ointment.

**DISPOSITION**

☐ ADMITTED    DISCHARGED WITH: ☐ NO FOLLOWUP REQUIRED
☒ FOLLOWUP REQUIRED
*(give location & state)*
one week

FOLLOWUP AS:
☐ EMERGENCY
☐ ASAP
☐ ROUTINE

**ACTIVITY LEVEL**
☒ NO LIMITATIONS — FULL DUTY/ACTIVITY    ☐ BEDREST *(List hours/days)* _____
☐ LIMITED *(give description & duration)* _____

| SIGNATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR | AUDITOR'S INITIALS AND DATE |
|---|---|---|
| [signature] CW2 PA | | |

## SPECIAL INSTRUCTIONS

The Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record — Chronological Record of Medical Care) at the Troop Medical Clinic level and above. Use of this form for further evaluation and treatment at the screener location is prohibited unless the Aidmen are additionally qualified to r[...] such assessments under supervision of a Phy[...]an Assistant.

| (See Instructions on Back of this Sheet) | NSN 7540-01-075-3786

# EMERGENCY CARE AND TREATMENT
## (Medical Record)

TREATMENT FACILITY (Signs)
EMERGENCY ROOM
USACH FT. POLK, LA 71459

LOG NUMBER
35

| ARRIVAL | | | TRANSPORTATION TO HOSPITAL (Attach care enroute sheet) | CURRENT MEDS. (tetanus immunization and other data) | HISTORY OBTAINED FROM |
|---|---|---|---|---|---|
| DATE | | TIME | ☒ PRIVATE VEHICLE  ☐ AMBULANCE | none | ☒ PATIENT  ☐ OTHER (Specify) |
| DAY | MONTH | YR. | ☐ OTHER (Specify) | | ALLERGIES |
| | | | | | NKDA |

PATIENT'S HOME ADDRESS OR DUTY STATION (City, State and ZIP Code)
RKS 2044

HOME TELE. NO. (Inc. area code)
Ø

CHIEF COMPLAINT(S) (Include symptom(s), duration)
Painful Swollen (R) groin area  x 2 days

SEX M   AGE 20

POSSIBLE THIRD PARTY PAYER?  ☐ YES  ☒ NO

| VITAL SIGNS | | |
|---|---|---|
| TIME | 1953 | |
| BP | 124/78 | |
| PULSE | 74 | |
| RESP. | 16 | |
| TEMP. | 99.1 | |
| WT. (Child) | 179 | |

DESCRIBE (1) Subjective data (Pertinent History); (2) Objective data (Examination - include results of tests and x-rays); (3) Assessment (Diagnosis); (4) Plan (Treatment/Procedures - include medication given and follow-up)

TIME SEEN BY PROVIDER
2000

Flight Status Yes/**No**
PRP Program Yes/**No**

S - 20 yo W ♂ c/o sores prox (R) thigh lat (R) thigh + post (R) thigh, initially noticed Mon. Several had to head which he popped yesterday.

O - Lesions are warm, erythematous firm + tender; post & medial prox lesions oozing blood.

### CATEGORY (See reverse)
| EMERGENT | |
| URGENT | |
| NON-URGENT | |

| ORDERS | INITS. | TIME |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

ASSESSMENT/DIAGNOSIS
Folliculitis vs
Insect Bites (Infected)

### DISPOSITION (Check all that apply)
| HOME | | FULL DUTY |
|---|---|---|
| QUARTERS | | |
| ☒ 24 Hrs. | 48 Hrs. | 72 Hrs. |

MODIFIED DUTY UNTIL:
| DAY | MONTH | YEAR |
|---|---|---|

REFERRED TO (Indicate clinic)
TMC #1

| EMERGENCY | TODAY |
|---|---|
| 72 HOURS | ROUTINE |

ADMIT. TO HOSP. UNIT/SERVICE

CONDITION UPON RELEASE
| IMPROVED | ☒ UNCHANGED |
|---|---|
| DETERIORATED | |

TIME OF RELEASE: 2015

PATIENT'S IDENTIFICATION (Mechanical imprint) FOR WRITTEN ENTRIES GIVE: Name - last, first, middle; SSN; DOB, service status, name and relation of sponsor or next of kin (IMPORTANT - LIST FACILITY HOLDING TREAT. MENT RECORD)
MED RECORD 1 16 5635 123113
CRAWFORD TRAVIS DON
1964    AD  USA   PVT   GL ACH
B 7 Eng
29 6828
E 2 A/D

(CONTINUE ON SF 507, IF NEEDED)

SIGNATURE OF PROVIDER AND ID STAMP  Jeffrey T. Green Jr.
Green                               Physician Assistant

INSTRUCTIONS TO PATIENT (Include medications ordered, any limitations and follow-up plans)
1. Tegopen Caps 250 mg ii PO QID
2. Moist heat

055884

EMERGENCY CARE AND TREATMENT          STANDARD FORM 558 (REV. 6-82)

# SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see HQDA Ltr 40-83-2, the proponent agency is TSG.

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES 0606 | TIME ENCOUNTER BEGINS 0614 | TIME PATIENT LEAVES 0626 |

| DATE 15 FEB 84 | SCREENER LOCATION **Bn Aid Station** 7th Cbr Engr Bn Ft Polk LA 71459 | CHIEF COMPLAINT Sore throat, Headache Runny Nose X 3 days | DURATION |
|---|---|---|---|
| PATIENT RESIDENCE ☒ BARRACKS ☐ OFF POST | ☐ POST HOUSING ☐ TRANSIENT | VITAL SIGNS TEMPERATURE 96.4 ALLERGIES NKA (MEDS) PULSE 74 BP 110/60 RESP 17 | |

FIRST VISIT FOR THIS COMPLAINT ☒ YES ☐ NO  IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☐ YES ☐ NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title. EXAMPLE: Headache (E-13). If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized. If two complaints appear to be unrelated or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached. In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes. If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number. If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated. If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate. The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached. In either case, the original is filed in the Health Record upon completion of the evaluation. The copy is retained by the Aidman. At the end of sick call, all copies will be turned into the supervisor for audit purposes.

Duty Job: MOTOR POOL

| ALGORITHM/CODE  TD-21  (Cold) | ALGORITHM/CODE  TD-15  (Sore throat) |
|---|---|
| ALGORITHM SUMMARY 1. Yes PT has stuffy nose. SM states that his throat is the worse of all. Screened as sore throat | ALGORITHM SUMMARY 1. yes PT can touch chin to chest 3. no Temp + no exudate or swollen tonsils 5. No PT states he can't clear his ears. |
| ENDPOINT NUMBER  TD-21-A | ENDPOINT NUMBER  TD-15-D |

| PATIENT'S IDENTIFICATION (Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone) Crawford, Travis ▓▓▓▓▓ 5635 B Co. 7th ENG Bn DP # 1828 | FINAL DISPOSITION ☐ I – PHYSICIAN STAT ☐ IV – SELF CARE PROTOCOL ☐ II – PA STAT ☐ V – HOSP CLINIC REFERRAL ☒ III – PA today SELF CARE PROTOCOL MEDICATIONS GIVEN _____ |
|---|---|
| | AIDMAN'S SIGNATURE & CODE  Ch07  Walter H. Callahan | AUDITOR'S INITIALS & DATE |

DA FORM 5181-R (TEST), FEB 83

# RECORD OF ACUTE MEDICAL CARE
*(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)*

| DATE | 2ND CARE LOCATION | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
|---|---|---|---|---|
| 15 FEB 1984 | TMC 2 Ft Polk, LA | 0746 | 0810 | 0820 |

## HISTORY OF PRESENT ILLNESS

ONSET *(Time, Date, Abrupt/Gradual)*
+ 3 day

SYMPTOMS *(Character/Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by)*
2 0 yen old xxx male c/o - sore throat, headache, runny nose.

Prod. cough

ASSOCIATED SYMPTOMS COURSE *(Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)*
pt states not doing any better

PAST MEDICAL HISTORY *(Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)*
no allergic to meds
no meds

PHYSICAL EXAMINATION  Alert, oriented , Throat injected c̄ purulent

Blood Pressure _____ Pulse _____ Respiration _____ Temperature _____ Weight _____

Pos nasal drip Neck supple  No sinus tenderness
Chest CTA

ASSESSMENT

Pharyngitis / URI

## PLAN

| DIAGNOSTIC TESTS | RESULTS | THERAPEUTIC |
|---|---|---|

TC   Tylenol / Cepacol / Robitussin / Actifed  tab ī tid
RTC if ↑ temp.; pain etc. # 2Q

CW2, PA  ANNE E. THEODORF

DISPOSITION

☐ ADMITTED   DISCHARGED WITH: ☑ NO FOLLOWUP REQUIRED
☐ FOLLOWUP REQUIRED *(give location & state)*

FOLLOWUP AS:
☐ EMERGENCY
☐ ASAP
☑ ROUTINE

ACTIVITY LEVEL
☐ NO LIMITATIONS – FULL DUTY/ACTIVITY   ☐ BEDREST *(List hours/days)* _____
☑ LIMITED *(give description & duration)* ___ NO running X 3 d ___

| SIGNATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR | AUDITOR'S INITIALS AND DATE |
|---|---|---|
|  | Anne WE Holdor CW2 QAC |  |

## SPECIAL INSTRUCTIONS

The Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record — Chronological Record of Medical Care) at the Troop Medical Clinic level and above. Use of this form for further evaluation and treatment at the screener location is prohibited unless the Aidmen are additionally qualified to make such assessments under supervision of a Physic' Assistant.

REVERSE OF DA FORM 5181-R (TEST) 1 83

# SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see HQDA Ltr 40-83-2, the proponent agency is TSG.

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES 8935 | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |

| DATE 3 FEB 1984 | SCREENER LOCATION Bn Aid Station 7th Cbt Engr Bn | CHIEF COMPLAINT Throwing up, sick, Stomach Aches | DURATION X 1 day |
|---|---|---|---|

| PATIENT RESIDENCE | | VITAL SIGNS | |
|---|---|---|---|
| ☒ BARRACKS ☐ OFF POST | ☐ POST HOUSING Ft. Polk, LA 71459 ☐ TRANSIENT | TEMPERATURE 97.0  ALLERGIES NKDA PULSE 76  BP 110/78  RESP 20 | |

FIRST VISIT FOR THIS COMPLAINT ☒ YES ☐ NO   IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☐ YES ☐ NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title. EXAMPLE: Headache (B-13). If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized. If two complaints appear to be unrelated or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached. In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes. If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number. If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated. If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate. The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached. In either case, the original is filed in the Health Record upon completion of the evaluation. The copy is retained by the Aidman. At the end of sick call, all copies will be turned into the supervisor for audit purposes.

Duty Job - Motor Pool

| ALGORITHM/CODE (E-3) Nausea, vomiting | ALGORITHM/CODE |
|---|---|
| **ALGORITHM SUMMARY** | **ALGORITHM SUMMARY** |
| 1. No Trauma<br>2. No severe pain<br>3. No bloody stools or vomitus<br>4. Not pregnant<br>5. Not over 1 wk<br>8. No Temp. | *(illegible handwriting)* |

| ENDPOINT NUMBER | ENDPOINT NUMBER |
|---|---|
| PATIENT'S IDENTIFICATION (Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone)<br><br>Crawford Travis E-2<br>████ -5635<br>Male - 20 Jan 64<br>B co 7th Engr (6828) | FINAL DISPOSITION<br>☐ I – PHYSICIAN STAT ☐ IV – SELF CARE PROTOCOL<br>☐ II – PA STAT ☐ V – HOSP CLINIC REFERRAL<br>☐ III – PA<br>SELF CARE PROTOCOL MEDICATIONS GIVEN _____ |
| | AIDMAN'S SIGNATURE & CODE | AUDITOR'S INITIALS & DATE |

DA FORM 5181-R (TEST), FEB 83

# RECORD OF ACUTE MEDICAL CARE

*(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)*

| DATE 3 FEB 1984 | 2ND CAMP LOCATION Ft Polk, LA | TIME PATIENT ARRIVES 0945 | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVE |
|---|---|---|---|---|

## HISTORY OF PRESENT ILLNESS

ONSET *(Time, Date, Abrupt/Gradual)*

SYMPTOMS *(Character/Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by)*

ASSOCIATED SYMPTOMS COURSE *(Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)*

PAST MEDICAL HISTORY *(Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)*

## PHYSICAL EXAMINATION

Blood Pressure _____ Pulse _____ Respiration _____ Temperature _____ Weight _____

ASSESSMENT

PLAN

| DIAGNOSTIC TESTS | RESULTS | THERAPEUTIC |
|---|---|---|

DISPOSITION

☐ ADMITTED

DISCHARGED WITH: ☐ NO FOLLOWUP REQUIRED
☐ FOLLOWUP REQUIRED *(give location & state)*

FOLLOWUP AS:
☐ EMERGENCY
☐ ASAP
☐ ROUTINE

ACTIVITY LEVEL

☐ NO LIMITATIONS — FULL DUTY/ACTIVITY
☐ LIMITED *(give description & duration)* _____
☐ BEDREST *(List hours/days)* _____

| SIGNATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR | AUDITOR'S INITIALS AND DATE |
|---|---|---|

## SPECIAL INSTRUCTIONS

The Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record — Chronological Record of Medical Care) at the Troop Medical Clinic level and above. Use of this form for further evaluation and treatment at the screener location is prohibited unless the Aidmen are additionally qualified to make such assessments under supervision of a Physician Assistant.

REVERSE OF DA FORM 5181-R (TEST), F  83

# SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see HQDA Ltr 40-83-2, the proponent agency is TSG.

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES 0600 | TIME ENCOUNTER BEGINS 0655 | TIME PATIENT LEAVES |
| **DATE** 27 JAN 1984 | SCREENER LOCATION Bn Aid Station 7th Cbt Engr Bn | CHIEF COMPLAINT Chest Pains | DURATION X 1 day |
| **PATIENT RESIDENCE** ☒ BARRACKS ☐ OFF POST | ☐ Ft. Polk, LA 71459 ☐ TRANSIENT | VITAL SIGNS TEMPERATURE 98.4 PULSE 72 BP 120/80 | ALLERGIES NKDA RESP |

FIRST VISIT FOR THIS COMPLAINT ☒ YES ☐ NO  IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☐ YES ☐ NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title.  EXAMPLE: Headache (B-13).  If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized.  If two complaints appear to be un-related or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached.  In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes.  If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number.  If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated.  If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate.  The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached.  In either case, the original is filed in the Health Record upon completion of the evaluation.  The copy is retained by the Aidman.  At the end of sick call, all copies will be turned into the supervisor for audit purposes.

Duty Job - Motor Pool

| ALGORITHM/CODE TE-5 | ALGORITHM/CODE |
|---|---|
| **ALGORITHM SUMMARY** 1) no. pt is < 40 y/o Pain is (1) anterior /sharp 2) no - Pulse is not irregular 3) no - Pt seems to be in no distress 4) yes - Pain is made worse by deep breath | **ALGORITHM SUMMARY** |
| **ENDPOINT NUMBER** TE-5-D | **ENDPOINT NUMBER** |

| PATIENT'S IDENTIFICATION (Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone) | FINAL DISPOSITION |
|---|---|
| Crawford, Travis E-2 ▓▓▓▓ 5635 Male - ▓▓▓ 64 Bco 7th Engr Bn | ☐ I – PHYSICIAN STAT  ☐ IV – SELF CARE PROTOCOL ☐ II – PA STAT  ☐ V – HOSP CLINIC REFERRAL ☒ III – PA SELF CARE PROTOCOL MEDICATIONS GIVEN _____ |
| | AIDMAN'S SIGNATURE & CODE  Kenneth A. Carter  4C-9  AUDITOR'S INITIALS & DATE |

DA FORM 5181-R (TEST), FEB 83

# RECORD OF ACUTE MEDICAL CARE
*(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)*

| DATE | 2ND CARE LOCATION | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
|---|---|---|---|---|
| 27 JAN 1984 | Ft Polk | 0815 | | |

## HISTORY OF PRESENT ILLNESS

**ONSET** *(Time, Date, Abrupt/Gradual)*

↑ day

**SYMPTOMS** *(Character/Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by)*

20 yr old male c/o chest pain and hurt when breathing.

① Side not related tender —

SOB —

hurts in deep breaths —

**ASSOCIATED SYMPTOMS COURSE** *(Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)*

Pt states not doing any better

Sharp — intermittent
on inspiration goes away
∅ radiation

**PAST MEDICAL HISTORY** *(Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)*

no allergies/meds
no meds —

Yrs hx- high blood pressure — in family — not Sm

**PHYSICAL EXAMINATION**

Blood Pressure _____  Pulse _____  Respiration _____  Temperature _____  Weight _____

VS Stable afebrile (n∅∅)

∅ SOB — lungs clear ∅ crackle
Neck supple ∅ nodes
radial pulses equal bilat
∅ veins neck distention
lung CTA —
heart RRR S₁S₂ distinct ∅ (murmur) rub

**ASSESSMENT**

Mild costochondritis

**PLAN**

| DIAGNOSTIC TESTS | THERAPEUTIC |
|---|---|

Disalcid 500 ii tab PO TID —
NO alc/smoke x 3 wks.

mild tenderness ① sternal border
if RTC unless 10 days — Do Salicylate level
? Normal EKG — malingering

## DISPOSITION

☐ ADMITTED  DISCHARGED WITH: ☐ NO FOLLOWUP REQUIRED ☐ FOLLOWUP REQUIRED *(give location & state)*

FOLLOWUP AS:
☐ EMERGENCY
☐ ASAP
☐ ROUTINE

## ACTIVITY LEVEL

☐ NO LIMITATIONS — FULL DUTY/ACTIVITY  ☐ BEDREST *(List hours/days)* _____

☐ LIMITED *(give description & duration)* _____

| SIGNATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR | AUDITOR'S INITIALS AND DATE |
|---|---|---|
| | ███ Puckett Jr. Physicians' Assistant | ███ ROY II, MD CPT MC |

## SPECIAL INSTRUCTIONS

The Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record — Chronological Record of Medical Care) at the Troop Medical Clinic level and above. Use of this form for further evaluation and treatment at the screener location is prohibited unless the Aidmen are additionally qualified to make such assessments under supervision of a Physician Assistant.

Standard Form 600
General Services Administration and
Interagency Committee on Medical Records
FPMR 101–11.806–8  Exception Approved by NARS
October 1975     1 Aug 79

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**13 DEC 1983**

TMC 1
FT. POLK, LA 71459

US —

c/o — Flap HA's
has been treated X 3 for HA's
c̄ Midrin/Cafergot w/o relief
located frontal/temporal areas –
throbbing – c̄ N/U
— prev hx EPTS – tx with rest/sleep –
seen yesterday tx c̄ Cafergot – w/o relief

PE) US – 98.5   68   142/98 –

in NAD — CUPWNWD

PERLA

C̄ n II–XII grossly intact –
alert X 3

A) vascular HA
P) To FRC Thisom – further evaluation
physician not in area – no other stronger meds available –

LOUIS E. PUCKETT, JR.
CW2, PA

PATIENT'S IDENTIFICATION (Use this Space for Mechanical Imprint)

| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| SPONSOR'S NAME | | | RANK/GRADE |
| SSAN OR IDENTIFICATION NO. | | ORGANIZATION |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
600–106–01

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------------------|
|      |                                                                              |

# RECORD OF ACUTE MEDICAL CARE

*(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened).*

| DATE 1 2 DEC 1983 | 2ND CARE LOCATION TMC = 1 Ft Polk, LA | TIME PATIENT ARRIVES 1600 | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
|---|---|---|---|---|

## HISTORY OF PRESENT ILLNESS

**ONSET** *(Time, Date, Abrupt/Gradual)*

**SYMPTOMS** *(Character/Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by)*

19 Y/o ♂ in for F/U. Seen 9 Dec 82 for c/o temporal HA
@ interval precipated by "spots" c̄ N/V.

**ASSOCIATED SYMPTOMS COURSE** *(Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)*

location - frontal occlital - HA - Throbbing - Constant
prev hx of similar HA's -
(EPTS)

**PAST MEDICAL HISTORY** *(Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)* NKA
PT on meds?: NEG
Eye exam - Mar 83 & use of glasses.
meds - Motrin
Tylan OS stable - afebrile

**PHYSICAL EXAMINATION**

Blood Pressure _____ Pulse _____ Respiration _____ Temperature _____ Weight _____
In NAD -
PERRLA - EOMs fun
alert x3 -

**ASSESSMENT**

No migraine HA's

**PLAN**

| DIAGNOSTIC TESTS | RESULTS | THERAPEUTIC |
|---|---|---|

Cafergot 1 by ii tabs Now, Then 1 tab PO q 1/2hr x 4
until relief max 6 tabs x 24 hr
Quts - RTW & takes in Am - c̄ HA's

**DISPOSITION**

- [ ] ADMITTED
- DISCHARGED WITH: [ ] NO FOLLOWUP REQUIRED
  - [ ] FOLLOWUP REQUIRED *(give location & state)*
- FOLLOWUP AS:
  - [ ] EMERGENCY
  - [ ] ASAP
  - [ ] ROUTINE

**ACTIVITY LEVEL**

- [ ] NO LIMITATIONS — FULL DUTY/ACTIVITY
- [ ] LIMITED *(give description & duration)*
- [ ] BEDREST *(List hours/days)* _____

LOUIS E. PUCKETT, JR.
CW2, PA

| SIGNATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR | AUDITOR'S INITIALS AND DATE |
|---|---|---|

## SPECIAL INSTRUCTIONS

The Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record — Chronological Record of Medical Care) at the Troop Medical Clinic level and above. Use of this form for further evaluation and treatment at the screener location is prohibited unless the Aidmen are additionally qualified to m... such assessments under supervision of a Phy... n Assistant.

REVERSE OF DA FORM 5181-R (TEST). FEB 83

# SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see HQDA Ltr 40-83-2, the proponent agency is TSG.

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES *1000* | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
| DATE *12 DEC 1983* | SCREENER LOCATION *Ft Polk, LA)* | CHIEF COMPLAINT | DURATION |

| PATIENT RESIDENCE | | VITAL SIGNS | |
|---|---|---|---|
| ☐ BARRACKS | ☐ POST HOUSING | TEMPERATURE *974.* | ALLERGIES *NKA* |
| ☐ OFF POST | ☐ TRANSIENT | PULSE *76* BP *122/70* RESP. | |

FIRST VISIT FOR THIS COMPLAINT ☐ YES ☐ NO IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☐ YES ☐ NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title. EXAMPLE: Headache (B-13). If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized. If two complaints appear to be unrelated or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached. In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes. If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number. If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated. If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate. The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached. In either case, the original is filed in the Health Record upon completion of the evaluation. The copy is retained by the Aidman. At the end of sick call, all copies will be turned into the supervisor for audit purposes.

| ALGORITHM/CODE | ALGORITHM/CODE |
|---|---|
| ALGORITHM SUMMARY | ALGORITHM SUMMARY |
| | |
| ENDPOINT NUMBER | ENDPOINT NUMBER |

| PATIENT'S IDENTIFICATION (Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone) | FINAL DISPOSITION | |
|---|---|---|
| *Crawford, Travis* *5635* *7+1 Engr* | ☐ I – PHYSICIAN STAT | ☐ IV – SELF CARE PROTOCOL |
| | ☐ II – PA STAT | ☐ V – HOSP CLINIC REFERRAL |
| | ☐ III – PA | |
| | SELF CARE PROTOCOL MEDICATIONS GIVEN _____ | |
| | AIDMAN'S SIGNATURE & CODE | AUDITOR'S INITIALS & DATE |

# SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see HQDA Ltr 40-83-2, the proponent agency is TSG.

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
| DATE 0 9 DEC 1983 | SCREENER LOCATION TMC - 1 Ft Polk, LA. | CHIEF COMPLAINT | DURATION |

| PATIENT RESIDENCE | VITAL SIGNS |
|---|---|
| ☐ BARRACKS    ☐ POST HOUSING | TEMPERATURE 98    ALLERGIES O Allergies |
| ☐ OFF POST    ☐ TRANSIENT | PULSE 76    BP 131/92    RESP 18 |

FIRST VISIT FOR THIS COMPLAINT ☐ YES ☐ NO    IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☐ YES ☐ NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title.  EXAMPLE: Headache (B-13).  If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized.  If two complaints appear to be un-related or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached.  In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes.  If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number.  If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated.  If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate.  The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached.  In either case, the original is filed in the Health Record upon completion of the evaluation.  The copy is retained by the Aidman.  At the end of sick call, all copies will be turned into the supervisor for audit purposes.

| ALGORITHM/CODE | ALGORITHM/CODE |
|---|---|
| ALGORITHM SUMMARY | ALGORITHM SUMMARY |
| | |
| ENDPOINT NUMBER | ENDPOINT NUMBER |

| PATIENT'S IDENTIFICATION (Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone) | FINAL DISPOSITION |
|---|---|
| CRAWford, Travis  5635  7th Engr BN  D/P 6828 | ☐ I – PHYSICIAN STAT    ☐ IV – SELF CARE PROTOCOL<br>☐ II – PA STAT    ☐ V – HOSP CLINIC REFERRAL<br>☐ III – PA<br>SELF CARE PROTOCOL MEDICATIONS GIVEN _____ |

| AIDMAN'S SIGNATURE & CODE | AUDITOR'S INITIALS & DATE |
|---|---|
| | |

# RECORD OF ACUTE MEDICAL CARE

*(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)*

| DATE 09 DEC 1983 | 2ND CARE LOCATION TMC #1 Ft. Polk, LA | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVE |
|---|---|---|---|---|

## HISTORY OF PRESENT ILLNESS

**ONSET** *(Time, Date, Abrupt/Gradual)*

**SYMPTOMS** *(Character/Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by)*

19 yo ♂ Complains of severe headache behind eyes. Seeing spots before eyes, blurred vision. duration 25 min. pt shaking. Bilateral ~~frontal~~ temporal & orbital HA c̄ N/V. Aura of "spots" ā HA begins.

**ASSOCIATED SYMPTOMS COURSE** *(Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)*

**PAST MEDICAL HISTORY** *(Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)*

∅ meds       ⊖ h/trauma c̄ LOC.
              ⊕ fam. hx, Migraines
              ⊖ " " Seizures

**PHYSICAL EXAMINATION**

Neuro wl for CN, fundoscopic, DTRs, cerebellar function

Blood Pressure 138/82   Pulse 76   No carotid bruits.  Respiration ___   Temperature 98   Weight ___

Alert, oriented in obvious discomfort.

**ASSESSMENT**

Migraine HA

**PLAN**

| DIAGNOSTIC TESTS | RESULTS | THERAPEUTIC |
|---|---|---|

Phenergan supps ī now, then repeat
Midrin (ī now repeat ī q h x3 (up to 5 pills/12 hrs)
Qhs x 24h

**DISPOSITION**

☐ ADMITTED    DISCHARGED WITH: ☐ NO FOLLOWUP REQUIRED
              ☐ FOLLOWUP REQUIRED
              *(give location & state)*

FOLLOWUP AS:
☐ EMERGENCY
☐ ASAP
☐ ROUTINE

**ACTIVITY LEVEL**

☐ NO LIMITATIONS — FULL DUTY/ACTIVITY       ☑ BEDREST *(List hours/days)* 24h
☐ LIMITED *(give description & duration)*

| SIGNATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR ANNE M. E. ROUDORF CW2 PA | AUDITOR'S INITIALS AND DATE |
|---|---|---|

SPECIAL INSTRUCTIONS

The Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record — Chronological Record of Medical Care) at the Troop Medical Clinic level and above. Use of this form for further evaluation and treatment at the screener location is prohibited unless the Aidmen are additionally qualified to make such assessments under supervision of a Physician assistant.

# SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see HQDA Ltr 40-83-2, the proponent agency is TSG.

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES 0945 | TIME ENCOUNTER BEGINS 1010 | TIME PATIENT LEAVES |
| DATE 09 DEC 1983 | SCREENER LOCATION Bn Aid Station 7th Cbt Engr Bn | CHIEF COMPLAINT Head Ache | DURATION 15 mins |

PATIENT RESIDENCE: ☒ BARRACKS ☐ OFF POST ☐ POST HOUSING ☐ TRANSIENT — POST, STATE LA 71459

VITAL SIGNS: TEMPERATURE 98.4 ALLERGIES NKDA PULSE ___ BP ___ RESP 17

FIRST VISIT FOR THIS COMPLAINT ☒ YES ☐ NO IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☐ YES ☐ NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title. EXAMPLE: Headache (B-13). If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized. If two complaints appear to be unrelated or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached. In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes. If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number. If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated. If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate. The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached. In either case, the original is filed in the Health Record upon completion of the evaluation. The copy is retained by the Aidman. At the end of sick call, all copies will be turned into the supervisor for audit purposes.

Duty Job - Motor Pool

| ALGORITHM/CODE TB-13 | ALGORITHM/CODE |
|---|---|
| ALGORITHM SUMMARY | ALGORITHM SUMMARY |
| 1. Can PT touch chin to chest? No 2. Temp. 100°↑ NO 3. PT obviously too drowzy or confused to answer questions accurately NO 4. Visual problems yes  19 yo ō c/o severe headache x 15 min. PT states before he use to get headaches every | couple of days. but for the last month he hadn't had a headache until today. PT states when his headache begins he sees dots in front of his eyes. The pain is just behind his eyes. |
| ENDPOINT NUMBER | ENDPOINT NUMBER |

| PATIENT'S IDENTIFICATION (Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone) | FINAL DISPOSITION |
|---|---|
| CRAWFORD TRAVIS E-1 ▓▓▓▓ 5635 male - ▓▓▓ 64 Bn 7th Engr Bn (6825) | ☐ I – PHYSICIAN STAT ☒ II – PA STAT ☒ III – PA ☐ IV – SELF CARE PROTOCOL ☐ V – HOSP CLINIC REFERRAL SELF CARE PROTOCOL MEDICATIONS GIVEN _____ |

AIDMAN'S SIGNATURE & CODE AL07 Walter H. Callahan

AUDITOR'S INITIALS & DATE ARH 9 Dec 83

DA FORM 5181-R (TEST), FEB 83

# RECORD OF ACUTE MEDICAL CARE

*(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)*

| DATE | 2ND CARE LOCATION | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVE |
|---|---|---|---|---|
| | | | | |

## HISTORY OF PRESENT ILLNESS

ONSET *(Time, Date, Abrupt/Gradual)*

SYMPTOMS *(Character/Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by)*

ASSOCIATED SYMPTOMS COURSE *(Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)*

PAST MEDICAL HISTORY *(Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)*

## PHYSICAL EXAMINATION

Blood Pressure _____ Pulse _____ Respiration _____ Temperature _____ Weight _____

## ASSESSMENT

## PLAN

| DIAGNOSTIC TESTS | RESULTS | THERAPEUTIC |
|---|---|---|
| | | |

## DISPOSITION

☐ ADMITTED

DISCHARGED WITH: ☐ NO FOLLOWUP REQUIRED
☐ FOLLOWUP REQUIRED *(give location & state)*

FOLLOWUP AS:
☐ EMERGENCY
☐ ASAP
☐ ROUTINE

## ACTIVITY LEVEL

☐ NO LIMITATIONS — FULL DUTY/ACTIVITY
☐ LIMITED *(give description & duration)* _____
☐ BEDREST *(List hours/days)* _____

| SIGNATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR | AUDITOR'S INITIALS AND DATE |
|---|---|---|
| | | |

## SPECIAL INSTRUCTIONS

The Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record — Chronological Record of Medical Care) at the Troop Medical Clinic level and above. Use of this form for further evaluation and treatment at the screener location is prohibited unless the Aidmen are additionally qualified to make such assessments under supervision of a Physician Assistant.

REVERSE OF DA FORM 6181-R (TEST) 53 84

Standard Form 600
General Services Administration and
Interagency Committee on Medical Records
FPMR 101-11.806-8  Exception Approved by NARS
October 1975    1 Aug 79

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

1 NOV 83 — S infctd Spider bite x 1 week.

O - 19/10 8 WD WN ✓ absen due to spider bite

A Cellulitis ¯s lymphangitis

P - Scrub ¯c betadine — 1 ml Lidocaine

I & D. Culture obtained. Hot moist

Soaks 4 or 5 times a day.

Return to TMC1 2 Nov 83

ANNE W. F. HOLDORF

CW2, PA

09 DEC 1983

VOID

MKF

PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)*

PATIENT'S NAME *(Last, First, Middle initial.)*
Crawford, Travis

SEX
M

| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
|---|---|---|---|

SPONSOR'S NAME

RANK/GRADE
E-1

SSAN OR IDENTIFICATION NO.
-5635

ORGANIZATION
C 7th Eng (IDF)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |

09 DEC 1983

VOID

MRT

Standard Form 600
General Services Administration and
Interagency Committee on Medical Records
FPMR 101–11:806–8    Exception Approved by NARS
October 1975        1 Aug 79

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
| **1 NOV 1983** | **TMC 1**<br>**FT. POLK, LA 71459** |

*abscess B (L) upper ant Thigh X 5 days.*

*Ø meds*

*— I & D done   culture taken       smel femoral/inguinal*
*pack c todofrm gauze            not inflamm*

*localized       drsg —*

*abscess     Ø meds given*

*profile — No R/M/PT X 5 days*

*RTN daily TMC 1 for tx.*

(signature)

LOUIS E. PUCKETT, JR.
CW2, PA

09 DEC 1983

VOID

MKT

PATIENT'S IDENTIFICATION (*Use this Space for Mechanical Imprint*)

| PATIENT'S NAME (*Last, First, Middle initial*) | | | SEX |
|---|---|---|---|
| CRAWFORD, TRAVIS | | | M |
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS A/D | DEPART/SERVICE Army |
| SPONSOR'S NAME | | | RANK/GRADE |
| SSAN OR IDENTIFICATION NO. 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 | | ORGANIZATION | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
600–106–01

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |

09 DEC 1983

VOID
MK7

# RECORD OF ACUTE MEDICAL CARE
*(Entries on this record should be restricted to further evaluation + treatment of complaint(s) screened)*

| DATE | 2ND CARE LOCATION | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAV |
|---|---|---|---|---|
| 12 OCT 83 | TMC #1 | 0736 | | |

## HISTORY OF PRESENT ILLNESS

**ONSET** *(Time, Date, Abrupt/Gradual)*
X1 day

**SYMPTOMS** *(Character/Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by)*
19 year old male c/o back & headache; Pt state when bent over his back hurt worse.

**ASSOCIATED SYMPTOMS COURSE** *(Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)*
Pt state doing any better.   many lifting — ∅ radiate
NO HA   ∅ bladder/bowel problem

**PAST MEDICAL HISTORY** *(Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)*
(NKDA)  no hx of back pain.
no allergic to meds
no meds ✓
Hx of hematuria c̄ 2 wk IVP
did not keep Phys 288 c̄ RBC

**PHYSICAL EXAMINATION**

Blood Pressure _____ Pulse _____ Respiration _____ Temperature _____ Weight _____
In O A/O — US stable
good ROM/Stand motor   LS gm FROM —
normal gait   good heel/toe walk
SLR 85 w/o pain passive
DTR's +2+4 b/lat knee/ankle

**ASSESSMENT**
muscle strain
UA — was ∅ RBC's

## PLAN

| DIAGNOSTIC TESTS | RESULTS | THERAPEUTIC |
|---|---|---|
| Norgesic Forte QID — Duty wgt no lift > 25 lbs X5 days | | scheduled appt for RBC |

**DISPOSITION**

☐ ADMITTED   DISCHARGED WITH: ☐ NO FOLLOWUP REQUIRED   ☐ FOLLOWUP REQUIRED *(give location & state)*

FOLLOWUP AS:
☐ EMERGENCY
☐ ASAP
☐ ROUTINE

**ACTIVITY LEVEL**
☐ NO LIMITATIONS — FULL DUTY/ACTIVITY   ☐ BEDREST
☐ LIMITED *(give description & duration)*

LOUIS E. PUCKETT JR.
CW2, PA

| SIGNATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR | AUD INITIALS AND DATE |
|---|---|---|

## SPECIAL INSTRUCTIONS

The Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record — Chronological Record of Medical Care) at the Troop Medical Clinic level and above. Use of this form for further evaluation and treatment at the screener location is prohibited unless the Aidmen are additionally qualified to ma... such assessments under supervision of a Physi... Assistant.

# SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see HQDA Ltr 40-83-2, the proponent agency is TSG.

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |

| DATE 18 OCT 1981 | SCREENER LOCATION Bn Aid Station 7th Cbt Engr Bn Ft. Polk, LA 71459 | CHIEF COMPLAINT Back + Headache | DURATION X 10AY |
|---|---|---|---|

**PATIENT RESIDENCE**
☐ BARRACKS  ☐ POST HOUSING
☐ OFF POST  ☐ TRANSIENT

**VITAL SIGNS**
TEMPERATURE 96.8°  ALLERGIES NKA (MED.)
PULSE 68  BP 120/78  RESP ___

FIRST VISIT FOR THIS COMPLAINT ☐ YES ☐ NO   IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☐ YES ☐ NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title. EXAMPLE: Headache (B-13). If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized. If two complaints appear to be unrelated or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached. In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes. If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number. If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated. If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate. The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached. In either case, the original is filed in the Health Record upon completion of the evaluation. The copy is retained by the Aidman. At the end of sick call, all copies will be turned into the supervisor for audit purposes.

| ALGORITHM/CODE BACK PAIN (R-3) | ALGORITHM/CODE |
|---|---|
| **ALGORITHM SUMMARY** | **ALGORITHM SUMMARY** |

① ⊖ NOT ASSOCIATED c̄ DYSURIA/FREQUENCY OF URINATION.

② ⊖ NOT ASSOCIATED c̄ NAUSEA/VOMITING/ DIARRHEA OR ABDOMINAL PAIN.

③ ~~FEVER~~ ⊖ fever present.

④ ⊖ PAIN DOESN'T RADIATE into leg or legs below KNEE.

⑤ Yes - history of back trauma in past 72 hrs.

| ENDPOINT NUMBER R-3-E | ENDPOINT NUMBER |
|---|---|

**PATIENT'S IDENTIFICATION** (Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone)

CRAWFORD, TRAVIS, D
5635
B. co. 7th Engr Bn
M       D.P.#6828

**FINAL DISPOSITION**
☐ I — PHYSICIAN STAT   ☐ IV — SELF CARE PROTOCOL
☐ II — PA STAT   ☑ V — HOSP CLINIC REFERRAL
☐ III — PA

SELF CARE PROTOCOL MEDICATIONS GIVEN ② Refer to TMC #2

| AIDMAN'S SIGNATURE & CODE | AUDITOR'S INITIALS & DATE |
|---|---|

DA FORM 5181-R (TEST), FEB 83

# SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see HQDA Ltr 40-83-2, the proponent agency is TSG.

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS 1945 | TIME PATIENT LEAVES |
| DATE 07 SEP 1983 / 06 SEP 1983 | SCREENER LOCATION TMC = 1 Ft Polk, LA. | CHIEF COMPLAINT urinating blood | DURATION X 1 Days |

| PATIENT RESIDENCE | | VITAL SIGNS | |
|---|---|---|---|
| ☑ BARRACKS | ☐ POST HOUSING | TEMPERATURE 97.4 | ALLERGIES NKA |
| ☐ OFF POST | ☐ TRANSIENT | PULSE 72   BP 120/36   RESP 17 | |

FIRST VISIT FOR THIS COMPLAINT ☑ YES ☐ NO   IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? ☐ YES ☐ NO

## SPECIAL INSTRUCTIONS

Algorithm/code — Using information provided by the patient in regards to his/her chief complaint, enter the algorithm to be utilized and the algorithm code in parenthesis following the algorithm title. EXAMPLE: Headache (B-13). If two chief complaints are presented that appear to be related, the more serious of the two must be determined and associated algorithm utilized. If two complaints appear to be un-related or if the aidman is unable to determine the more serious of the two, each complaint will be screened separately utilizing both spaces.

Algorithm Summary - Following the flowchart for the selected algorithm, the aidman must summarize the question and enter the reply for each box number until an endpoint is reached. In certain instances (EXAMPLE: Cough pg E-7) the logic may involve skipping one or more boxes. If this is the case, DO NOT enter a response for any boxes skipped.

Final Disposition — For patient disposition check the health care provider level indicated by the endpoint number. If self-care protocol is called for the aidman MUST enter the protocol number and the prescribed medications in the spaces indicated. If two algorithms are utilized, each endpoint directing the patient to different levels of the health care provider, the aidman will enter the higher level called for.

The Screening Note of Acute Medical Care will be completed in duplicate. The original will accompany patient to the next level of Health Care Provider or remain in the Aid Station, depending on the endpoint and disposition reached. In either case, the original is filed in the Health Record upon completion of the evaluation. The copy is retained by the Aidman. At the end of sick call, all copies will be turned into the supervisor for audit purposes.

| ALGORITHM/CODE   K-12 | ALGORITHM/CODE |
|---|---|
| ALGORITHM SUMMARY (1) SM, states he has stomach Ache + low (A) Quadrant pain. (2) SM, states he had trauma to Abdomen area 3 week ago. | ALGORITHM SUMMARY |

| ENDPOINT NUMBER   K-12A | ENDPOINT NUMBER |
|---|---|

| PATIENT'S IDENTIFICATION (Use mechanical imprint if available, for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone) Crawford Travis D. 5635 E/ Bco. 7 Eng. BN | FINAL DISPOSITION |
|---|---|
| | ☐ I – PHYSICIAN STAT        ☐ IV – SELF CARE PROTOCOL |
| | ☑ II – PA STAT        ☐ V – HOSP CLINIC REFERRAL |
| | ☐ III – PA |
| | SELF CARE PROTOCOL MEDICATIONS GIVEN _____ |
| | AIDMAN'S SIGNATURE & CODE   Bobby R. Mullen 9B10 | AUDITOR'S INITIALS & DATE |

DA FORM 5181-R (TEST), FEB 83

# RECORD OF ACUTE MEDICAL CARE

*(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)*

| DATE 07 SEP 1983 | 2ND CARE LOCATION TMC #1 Ft Polk, LA | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LE |
|---|---|---|---|---|

## HISTORY OF PRESENT ILLNESS

ONSET *(Time, Date, Abrupt/Gradual)*

SYMPTOMS *(Character/Quality, Severity, Location, Radiation, Duration, Frequency, Brought on by, Made worse by, Relieved by)*

19 y/o w O has c/o urinating blood X 1 day. S.M. state he has stomach pain
off + on & lower abdomen pain. S.M. states ~~had he had~~ trauma to
Abadomen 3 week Ago.

ASSOCIATED SYMPTOMS COURSE *(Better/Worse/Same, Extent of Disability, Preventive Evaluation and Therapy)*

Med Ø

PAST MEDICAL HISTORY *(Condition under Evaluation/Therapy, Prescribed Medications, Allergies, Last Tetanus)*

Allergies Ø

## PHYSICAL EXAMINATION

Blood Pressure 120   Pulse 72   Respiration 17   Temperature 97.9   Weight ____

Abd-flat & tenderness   BS wnl non ____   ____ ____ ____ CVA
& suprapubic tenderness   Testes ↓↓ non tender & edema
Penis non tender

ASSESSMENT

Senating R stone.

## PLAN

| DIAGNOSTIC TESTS | RESULTS | THERAPEUTIC |
|---|---|---|
| Urinalysis | Color cloudy brown  SPG 1.030  Occult Blood 4+  Bile neg  pH neg  RBC ____  (crystls) O2 Calo Xalate  Bacteria heavy | ↑ fluids |

## DISPOSITION

☐ ADMITTED

DISCHARGED WITH: ☐ NO FOLLOWUP REQUIRED
☑ FOLLOWUP REQUIRED *(give location & state)*
____ oo @ Aid Station

FOLLOWUP AS:
☐ EMERGENCY
☐ ASAP
☐ ROUTINE

## ACTIVITY LEVEL

☐ NO LIMITATIONS – FULL DUTY/ACTIVITY
☐ LIMITED *(give description & duration)* ____
☒ BEDREST *(List hours/days)* 15 hr

| SIGNATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR | AUDITOR'S INITIALS AND DATE |
|---|---|---|

## SPECIAL INSTRUCTIONS

The Record of Acute Medical Care is to be utilized in lieu of the SF 600 (Health Record — Chronological Record of Medical Care) at the Troop Medical Clinic level and above. Use of this form for further evaluation and treatment at the screener location is prohibited unless the Aidmen are additionally qualified to make such assessments under supervision of a Ph____

Standard Form 600
General Services Administration and
Interagency Committee on Medical Records
FPMR 101–11.806–8    Exception Approved by NARS
October 1975      1 Aug 79

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

1 1 JUL ﹖  RECORDS SCREENED
IAW AR 40-66                              FORT POLK, LA. 71459

VOID

F 0 NOV 1983

PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)*

| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
|---|---|---|---|
| CRAWford, TRAVIS | | | M |
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVIC |
| | | AID | USA |
| SPONSOR'S NAME | | | RANK/GRADE |
| | | | E-1 |
| SSAN OR IDENTIFICATION NO. | | ORGANIZATION | |
| ▉ 5635 | | HHC 7th Eng | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
600–106–01

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |