Standard Form 600
General Services Administration and
Interagency Committee on Medical Records
FPMR 101-11.806-8   Exception Approved by NARS
October 1975   1 Aug 79

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

**2 8 MAR 1983**

OPTOMETRY CLINIC USARECSTA FLW MO   65473

PLATOON LINE NO:
**241-1-40**

(RA)   NG   ER

UNAIDED VISUAL   OD 20/ 20
ACUITY   OS 20/ 20

PRESENT RX:   VA WITH RX

OD   20/

OS   20/

SCREENER:   *Bwh*

FRAME MEASUREMENTS:   PD EYE SIZE   DBL   TEMP

HISTORY:

OPHTHALMOSCOPY:

PUPILS:

MUSCLE BALANCE:

PRESCRIBED:   OD   20/

OS   20/

☐ CONSIDERED IN PROFILE E-2:   Code U:

Diagnosis:

☐ MEB APPOINTMENT MADE:   Date:

Time:

COMMENTS:

EXAMINER:

PATIENT'S IDENTIFICATION (Use this Space for Mechanical Imprint)

CRAWFORD TRAVIS D
█████ -5635

| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| SPONSOR'S NAME | | RANK/GRADE |
| SSAN OR IDENTIFICATION NO. | | ORGANIZATION |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
600-106-01

FLW O/P 305 (Rev 1 Apr 81)   Previous Edition Obsolete

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------------|

AUDIOLOGY CLINIC USARECSTA FLW MO  65473

EAR PLUGS/SOUND PROTECTION DEVICE FITTING

(Check One)

|      | EX SMALL | SMALL | MEDIUM | LARGE | EX LARGE |
|------|----------|-------|--------|-------|----------|
| RT   |          |       |        |   X   |          |
| LT   |          |       |        |       |          |

☐ TRIPLE FLANGE

☑ SINGLE FLANGE

ISSUED TWO FITTED EARPLUGS WITH ONE CASE.

MEDICAL RECORDS HAVE BEEN SCREENED AND INDIVIDUAL (IS/IS NOT) REFERRED TO THE AUDIOLOGY CLINIC AT THE HOSPITAL FOR EVALUATION.

APPT: Date:

Time:

EXAMINER:

5 1 NOV 1983

OD OD

## MEDICAL RECORD | CONSULTATION SHEET

### REQUEST

**TO:** Dermatology

**FROM:** *(Requesting physician or activity)* TMC 1

**DATE OF REQUEST** 28 June 88

**REASON FOR REQUEST** *(Complaints and findings)*

20 y/o u ♂ c̄ recurrent furuncles x 6 months. Lab: U/A, CBC, SMA-20 done today. Started on Keflex 250 mg QID for large lesion on medial R upper leg. Please eval

**PROVISIONAL DIAGNOSIS**

**DOCTOR'S SIGNATURE** JAMES J. WORKMAN CW2 PA

**APPROVED**

**PLACE OF CONSULTATION** ☐ BEDSIDE ☐ ON CALL

☒ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY

### CONSULTATION REPORT

**DERMATOLOGY CLINIC** 1445

S. Hx as above —

O. Culture not done — No lesions since above Rx

A. Most skin infections are Staph or Strep bacteria and Keflex is good for both

P. if lesions recur please get cultures.
RTC PRN

Earl S Pearson MD

*(Continued on reverse side)*

**SIGNATURE AND TITLE** | **DATE**

**IDENTIFICATION NO.** | **ORGANIZATION** | **REGISTER NO.** | **WARD NO.**

PATIENT'S IDENTIFICATION *(For typed or written entries give: name—last, first, middle; grade; rank; rate; hospital or medical facility)*

☆GPO 1979. 311/158

CONSULTATION SHEET
STANDARD FORM 513 (Rev. 9-77)
Prescribed by GSA/ICMR
FPMR 101-11 806-8
513-107

Crawford, Travis

5635

# MEDICAL RECORD | CONSULTATION SHEET

## REQUEST

**TO:** FPC (Dominguez —)    **FROM:** (Requesting physician or activity) TMC 1    **DATE OF REQUEST** 13 Dec 83

**REASON FOR REQUEST** (Complaints and findings)

19 y/o WO♂ c/o HA x 5 dep-tx c̄ Midrin / Cafergot w/o relief. States prior hx of "migraine HA" EPTS. Has N/V visual aura "spots before eyes". No hx of head trauma / seizures / family hx of seizures - PE) VS stable BP ↑ in mild distress WD/WN WO♂ - PERRLA a nn gross intact -

could appreciate your evaluation for neuro workup/analgesia

Thank you

**PROVISIONAL DIAGNOSIS**

vascular HA

**DOCTOR'S SIGNATURE** LOUIS E. PUCKETT, JR. CW2, PA

**APPROVED**

**PLACE OF CONSULTATION** ☐ BEDSIDE ☐ ON CALL

☐ ROUTINE ☑ TODAY ☐ 72 HOURS ☐ EMERGENCY

## CONSULTATION REPORT

FAMILY PRACTICE DEPT.
B.J.A.C.H.
FT POLK, LA 71459
DATE DEC 13 1983
DOCTOR Dominguez
APP. TIME 1436
TIME IN 1415 WT.

WT 180 lbs. w/c
T 98.5
P/P 120/60

Allergies NKDA
Pte refers to pain
failed work like
Vacations

Pte - 19 y/o WM A1 PFC, s/p AWOL x 4 d; apparent known hx Migraine HA + Free Bleeder since childhood; apparent c/o bounding ℝ eye retroorbital pain HA then radiate across forehead + bilateral MJ-Temporal region denies photosensitivity, noise diff, N/C, dizzy, LOC, trauma, SOB, DOE, diaphoresis, no visual diff. FH ⊕ all Migraine HA + Seizures; Has times verbalized wants to quit the Army desagree discipline - searching all way out; as witnessed Dr. Quezada 91 B). Admit ETOH - no more no smoking / no coffee; 8 hr sleep; Meals x 3.

Lung - CTA Heart - RRR, SEM 2/6 4° MC/apex → axilla no ⊕ abd - essentially neg exam - WNL
Neuro - grossly intact II - XII, no deficit

A) ℝ Tension HA + Stress

**IDENTIFICATION NO.** | **ORGANIZATION** | **REGISTER NO.** | **WARD NO.**

**PATIENT'S IDENTIFICATION**

Crawford, Travis -

Dominguez, Francisco J. CPT, MC

P) 1 MHC
2 ACS
3 Xanax 0.25 mg 1 tab po bid #5 (Tridese)
4 CBC - ESR, U/A, SMA-6
5 Quarters x 1 day
6 F/u - w/ TMC #1, Rest, Relax, ↑ Exercise
7 RTC prn by CWS only, to 1° MD

Call 1st SGT about case

## REQUEST

TO: F.P. Dr. Simon

FROM: *(Requesting physician or activity)* TMC #1 D. Roy

DATE OF REQUEST: 12 Sept 1983

REASON FOR REQUEST *(Complaints and findings)*

19 y/o ơ̄ c̄ hematuria and ® flank pain - discussed c̄ you on Thursday. Now c̄ ↓ hematuria & pain. IVP show suggestion of post obstruction dilitation - on ®. Please evaluate

PROVISIONAL DIAGNOSIS

Ureteral colic on ®

DOCTOR'S SIGNATURE
Clyde R Roy H MD CPT MC

APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE   ☐ ON CALL

☑ ROUTINE   ☐ 72 HOURS

☑ TODAY   ☐ EMERGENCY

## CONSULTATION REPORT

*(Continued on reverse side)*

SIGNATURE AND TITLE

DATE

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO.

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)*

CRAWFORD, TRAVIS
███████ -5635
B co 7th Engr Bn

☆GPO 1979. 311-156

**ZIP CODE/APO** 71459

## DOD COMPONENT

☒
- A—ARMY
- N—NAVY
- F—AIR FORCE
- M—MARINE CORPS
- 1—OTHER DOD ACTIVITY

## SERVICE COMPONENT

☒
- R—REGULAR
- V—RESERVE
- G—NATIONAL GUARD
- 1—OTHER

## PERSONAL DATA

**SSN** X _____ 5 6 3 5

**LAST NAME—FIRST NAME—MIDDLE INITIAL** Crawford Travis D

**SEX**
☒ M—MALE
F—FEMALE

**DATE OF BIRTH** year 64 month day

**PAY GRADE, UNIFORMED SERVICES** B02

**GRADE, CIVILIAN**

**SERVICE DUTY OCCUPATION CODE** 12B10

**MAILING ADDRESS OF ASSIGNMENT** B Co 7th ENG AF2X-DCS 71459

**LOCATION—PLACE OF WORK** Ft Polk LA Motor Pool 2044

**MAJOR COMMAND** Forscom

**DUTY PHONE** 6828

## AUDIOMETRY

☒
1. REFERENCE ESTABLISHED PRIOR TO INITIAL DUTY IN HAZARDOUS NOISE AREAS
2. REFERENCE ESTABLISHED FOLLOWING EXPOSURE IN NOISE DUTIES
3. REFERENCE RE—ESTABLISHED AFTER FOLLOWUP PROGRAM

### HEARING THRESHOLD LEVELS OF TEST FREQUENCIES RE: ANSI S3.6

| | | LEFT EAR | | | | | | RIGHT EAR | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| 10 | 5 | 0 | 10 | 15 | 30 | 20 | 15 | 0 | 5 | 10 | 30 |

**DATE OF AUDIOGRAM** year 84 month 01 day 30

**DAY OF WEEK** 2
- 1-SUN
- 2-MON
- 3-TUES
- 4-WED
- 5-THURS
- 6-FRI
- 7-SAT

**MIL-TIME-DAY** 0915

**HOURS SINCE LAST NOISE EXPOSURE** 24

**ENT PROBLEM AT TIME OF TEST** ☒
- 1—NO
- 2—YES
- 3—UNKNOWN

## EXAMINER

**LAST NAME—FIRST NAME—MIDDLE INITIAL** Muehe + A Robert P

**TRAINING CERT NO.** 045

**SSN** ____

**SERVICE DUTY OCCUPATION CODE** 91B10

**OFFICE SYMBOL** HSXV PMS-O

## AUDIOMETER

**TYPE** 3
- 1-MANUAL
- 2-SELF-RECORDING (automatic)
- 3-MICROPROCESSOR

**MODEL** GRS-1A

**MANUFACTURER** Autotech

**SERIAL NUMBER** 389

**LAST ELECTROACOUSTIC CALIB DATE** year 83 month 04 day 15

## PERSONAL HEARING PROTECTION

**TYPE USED** 2
- 1-SINGLE FLANGE (V51R)
- 2-TRIPLE FLANGE
- 3-HAND FORMED EARPLUGS
- 4-EAR CANAL CAPS
- 5-NOISE MUFFS
- 6-OTHER

**EARPLUGS ISSUED**
- 1-NO
- 2-YES
- 3-PREVIOUSLY ISSUED ☒

**SIZE EARPLUGS** R3 L3

**DOUBLE PROTECTION USED**
- 1-XS
- 2-S
- 3-M
- 4-L

**GLASSES WORN (including goggles)**
- 1-NO ☒
- 2-YES

**FREQUENCY GLASSES WORN**
- 1-ALWAYS ☒

SEC: STD: HL: HEARING LOSS CODE: *INDICATES RETEST
#B #8 14

FREQ (HZ) DB (HTL)
LT RT
500 10 20
1000 5* 15*
2000 0 0
3000 10 5
4000 15 10
6000 30 30

AUTOTECH MODEL GRS-1A
SERIAL NO. 389
CAL: ANSI S3.6-1969
DATE LAST CALIBRATED: 04/27/83
DATE: 01/30/84
CERT # 045
UNIT # 422
S/S # 447765635
NAME

## CONTENTS REVIEWED AND VALIDATED BY

**NAME OF REVIEWER (Signature)** Emma S Hansen

**SERVICE DUTY OCCUPATION CODE** 610

**AUTOVON** 865 6131

**SSN** ____

**OFFICE SYMBOL** HSVL PMS-d

**DD FORM 2215** 1 SEP 79

1

# AUDIOGRAM



NAME CRAWFORD Travis DW

OPERATOR

TIME

DATE

MAR 1983

5695.76-7467

FREQUENCY

CAN BE USED FOR
EITHER ANSI 1969 OR
ISO 1964 AUDIOMETER
CALIBRATION

JOHNSON & QUIN, INC.
DPSC 24152

HEARING THRESHOLD LEVEL dB

NAME: CRAWFORD, TRAVIS D. (20)
S. S. N. # 20-5631
SPONSER'S UNIT: B CO 7TH ENGR
PHYSICIAN: WORKMAN

REQUISITION NO. 336-532

AGE: A/    SEX: MALE         ROOM NO. TMC 1

RAW TIME: 14:44              OPERATOR CODE: JD

RAW DATE: TEST 06/28/84    NORMAL RANGE    CURRENT DATE: 06/29/84    UNITS

## KDA 20 PROFILE

| TEST | NORMAL RANGE | RESULTS | |
|---|---|---|---|
| GLUCOSE | 64.0-114. MG/DL | 66 | |
| BUN | 7.00-23.0 MG/DL | 10 | |
| CREAT | 0.60-1.20 MG/DL | 0.9 | |
| URIC ACID | 2.70-7.70 MG/DL | 8.0 | H |
| SODIUM | 135.-146. MEQ/L | 140 | |
| POTASSIUM | 3.80-5.20 MEQ/L | 4.1 | |
| CHLORIDE | 100.-112. MEQ/L | 102.4 | |
| PHOS | 2.30-4.10 MG/DL | 4.4 | H |
| CALCIUM | 8.40-11.0 MG/DL | 8.9 | |
| T PROTEIN | 6.40-8.40 G/DL | 7.4 | |
| ALBUMIN | 4.00-5.20 G/DL | 4.5 | |
| ALK PHOS | 86.0-275. U/L | 373 | H |
| GOT/AST | 4.00-37.0 U/L | 37 | |
| GPT/ALT | 4.00-29.0 U/L | 16 | |
| LDH/LD610 | 89.0-166. U/L | 129 | |
| CPK/CK | 0.00-271. U/L | 120 | |
| TOT BILI | 0.00-1.00 MG/DL | 0.1 | |
| CHOL ST | 114.-299. MG/DL | 141 | |
| TRIGLY | 26.0-314. MG/DL | 99 | |
| GLOBULIN | 2.00-3.60 G/DL | 2.9 | |
| A/G RATIO | 1.00-2.40 | 1.5 | |

TECHNOLOGIST REVIEW

# HEALTH RECORD

## IMMUNIZATION RECORD

### VACCINATION AGAINST SMALLPOX (Number of previous vaccination scars)

| | DATE | ORIGIN | BATCH NUMBER | REACTION | STATION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |

### YELLOW FEVER VACCINE

| | DATE | ORIGIN | BATCH NUMBER | STATION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |

### TYPHOID VACCINE

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| 1 | | | | 4 | | | |
| 2 | | | | 5 | | | |
| 3 | | | | 6 | | | |

### TETANUS-DIPHTHERIA TOXOIDS

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| 1 | | | | 4 | | | |
| 2 | | | | 5 | | | |
| 3 | | | | 6 | | | |

### CHOLERA VACCINE

| | DATE | PHYSICIAN'S NAME | | DATE | PHYSICIAN'S NAME | | DATE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|
| 1 | | | 4 | | | 7 | | |
| 2 | | | 5 | | | 8 | | |
| 3 | | | 6 | | | 9 | | |

**PATIENT'S IDENTIFICATION** (Mechanically Imprint, Type or Print):

Crawford, Travis

▬▬ - 5635

◄ Patient's Name—last, first, middle initial;
Sex; Age or Year of Birth; Relationship to Sponsor;
Component/Status; Department/Service.

◄ Sponsor's Name—last, first, middle initial;
Rank/Grade; SSN or Identification Number;
Organization.

601–104

IMMUNIZATION RECORD
Standard Form 601— October 1975
General Services Administration and
Interagency Committee on Medical Records
FPMR 101–11.806–8

## ORAL POLIOVIRUS VACCINE

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| 1 | | | | 3 | | | |
| 2 | | | | 4 | | | |

## INFLUENZA VACCINE

| | DATE | DOSE | PHYSICIAN'S NAME | | DATE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| 1 | | | | 3 | | | |
| 2 | | | | 4 | | | |

## OTHER IMMUNIZATIONS

| | DATE | TYPE | DOSE | PHYSICIAN'S NAME | | DATE | TYPE | DOSE | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 5 | | | | |
| 2 | | | | | 6 | | | | |
| 3 | | | | | 7 | | | | |
| 4 | | | | | 8 | | | | |

## SENSITIVITY TESTS *(Tuberculin, etc.)*

| | DATE | TYPE | DOSE | ROUTE | RESULTS | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

**REMARKS:**

**THIS RECORD IS ISSUED IN ACCORDANCE WITH ARTICLE 99, WHO SANITARY REGULATION NO. 2.**

MEDICAL RECORD | RADIOGRAPHIC REPORTS

ATTACH 3D REPORT ALONG HERE ↑ AND SUCCEEDING ONES ON ABOVE LINES

ATTACH 2D REPORT WITH TOP AT THIS LINE ↑

SEP 8 2 06TH 03

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; medical facility) | AGE | SEX | REGISTER NO. | WARD NO. | FILM NO. |
|---|---|---|---|---|---|
| Crawford Travis  -5635  B-Co. 7*7 Eng Bn. | 19 | ♂ | | 7*1C*1 | N-83 |

EXAMINATION REQUESTED

IVP    Lost Read if Abn
Call Dr. Siwa, F.P.

| REQUESTED BY | DATE OF REQUEST |
|---|---|
| Roy MD | 8 Sept 1983 |

PERTINENT CLINICAL HISTORY, OPERATIONS, PHYSICAL FINDINGS, AND PROVISIONAL DIAGNOSIS

36 hr Hx pass → blood ↓ urine Closed chest injury 3 wks ago

| DATE OF EXAMINATION (Include year) | DATE OF REPORT | DATE TRANSCRIBED |
|---|---|---|
| 8 Sept 83 | | 9 Sep 83 |

RADIOGRAPHIC REPORT

IVP: Initial film of the abdomen reveals scattered gas and fecal shadows throughout the colon and rectum. Following injection of contrast prompt nephrogram effect was obtained bilaterally. The renal outline is normal. The right calices are very mildly blunted and the entire right ureter is visualized with no evidence of obstruction. The mild blunting of the calices could have been due to post obstructive changes. The left pelvicaliceal system and ureters are normal.

IMPRESSION: Suggestion of post obstructive changes in the right kidney. Excretory urogram is otherwise normal.

DANIEL A. MANUAT, JR, MAJ, MC/eb

SIGNATURE: (Specify location of X-ray facility if not part of requesting facility)

NOTE: For additional space use SF-507, Continuation Sheet

RADIOGRAPHIC REPORT
STANDARD FORM 519-A (REV. 9-77)
Prescribed by GSA-ICMR
FPMR 101-11.806-8
519-213

☆ U.S. Government Printing Office: 1980—311-158/26



CRAWFORD Travis D

USACH FORT POLK HEMATOLOGY

SPECIMEN/LAB RPT. NO. 139 D 683

TMC 1

Enter in above space: PATIENT IDENTIFICATION - TREATING FACILITY - WARD NO. DATE

- CBC
- DIFF
- Hgb
- Hct

HEMATOLOGY

PATIENT STATUS
- BED
- AMB

URGENCY
- ROUTINE
- EXPEDITE
- EMERGENCY

OUTPATIENT
- NP
- DOM

SPECIMEN SOURCE
- VEIN
- CAP
- OTHER (Specify)

1 - SLIGHT BUT SIGNIFICANT
2 - MODERATE
3 - MOD TO MARKED
4 - MARKED

REPORTED BY

| NORMAL VALUES COULTER COUNTER | TEST | | 1 | 2 | 3 | 4 | MORPH |
|---|---|---|---|---|---|---|---|
| M 4.8-10.8 F 4.8-10.8 | WBC x10³ | | | | | | POLYCHROM |
| M 4.7-6.1 F 4.2-5.4 | RBC x10⁶ | | | | | | HYPOCHROM |
| M 14-18 F 12-16 | Hgb g/dL | | | | | | POIK |
| M 42-52 F 37-47 | Hct % | | | | | | TARGET |
| M 80-94 F 81-99 | MCV fl | | | | | | SPHERO |
| M 27-31 F 27-31 | MCH pg | | | | | | ANISO |
| M 33-37 F 33-37 | MCHC g/dL | | | | | | MICRO |

SEG 49
BAND
LYMPH 35
MONO 5
EOSIN 6
BASO
ATYP LYMPH
META
MYELO
PROS
BLAST

PLATELET
RETIC
SICKLE CELL
ZSR (40-54%)

REMARKS:

---

CRAWFORD Travis D          TMC 1

S635

B co 7th ENGR

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

REQUESTING PHYSICIAN'S SIGNATURE

REPORTED BY          MD DATE

TECH

REMARKS

SPECIMEN/LAB RPT NO

URINALYSIS

URGENCY
- ROUTINE
- TODAY
- PRE-OP
- STAT

PATIENT STATUS
- BED
- AMB
- OUTPATIENT
- NP
- DOM

SPECIMEN SOURCE
- ROUTINE
- OTHER (Specify)

LAB. ID NO.

PATIENT'S MED. RECORD

| TEST(S) | SPECIMEN TAKEN | TIME | A.M. P.M. | REQUESTED | ROUTINE | SPECIFIC GRAVITY | UROBILINOGEN | OCCULT BLOOD | BILE | KETONES | GLUCOSE | PROTEIN | pH | MICROSCOPIC | WBC | RBC | EPITH CELLS | CASTS WBC | RBC | HYALINE | GRANULAR | BACTERIA | CRYSTALS | MUCUS | NITRITE | BENCE-JONES PROTEIN | HEMOSIDERIN | HCG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RESULTS | 28 June 84 | | X | X | | 1.031 | None | trace | neg | | | 1 | 6 | | 2-4 | 6-8 | | | | | | trace | | | | | | |

URINALYSIS
Standard Form 550 (Rev. 4-77)
General Services Administration and Interagency
Committee on Medical Records FPMR 101-11 806-5

550-105

Crawford Travis
5635
R.C.O. 7th Eng By
TMC#1
BHAA

PATIENT STATUS
☐ BED
AMB ☑
☐ OUTPT
DOM ☐
☐ NP

INFECTION
☐ ADMITTED WITH
HOSPITAL ACQUIRED ☐
☐ PRE OPERATIVE
POST OPERATIVE ☐
☐ NON SURGICAL
POSTPARTUM ☐
☐ NEWBORN
OTHER (Specify) ☐

PATIENT'S MED. RECORD

Enter in above space   PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

REQUESTING PHYSICIAN'S SIGNATURE   Roy

REPORTED BY

MD DATE
TECH

LAB ID NO   JUL 27

CLINICAL INFORMATION (Including specimen source)   Wound Cult Post

ANTIBACTERIAL THERAPY

WO 8886

S. aureus

MICROBIOLOGY 1
STANDARD FORM 553 (Rev. 3-77)
General Services Administration and Interagency
Committee on Medical Record FPMR 101-11 806-8

SPECIMEN TAKEN
DATE 26 Ju   TIME
EXAMINATION REQUESTED
☑ CULTURE   ☐ COLONY COUNT
☐ SMEAR   ☑ SENSITIVITY
REPORT

GRAM POSITIVE
AMP
PIP
9 KAN
10 MET
11

---

Crawford, Travis
5635
B 7 Engr
BHA
TMC
DP 28

URGENCY
☑ ROUTINE
TODAY ☐
☐ PRE-OP
STAT ☐

PATIENT STATUS
☐ BED   ☐ AMB
OUTPATIENT ☑
☐ NP   ☐ DOM

SPECIMEN SOURCE (Specify)
TC

PATIENT'S MED. RECORD

Enter in above space   PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

REQUESTING PHYSICIAN'S SIGNATURE

REPORTED BY

MD DATE
TECH

LAB ID NO
TH 7495

REMARKS   TC

TESTS(S)
SPECIMEN TAKEN
DATE 15 Feb 81   TIME
REQUESTED   CBS
RESULTS

BETA STREPTOCOCCUS
GROUP A BY BACITRACIN
A PRATS, MD
CHIEF PATHOLOGY SVC

USACH, FORT

MISCELLANEOUS
STANDARD FORM 557 (Rev. 3-77)
General Services Administration and Interagency
Committee on Medical Records FPMR 101-11 806-8

20 447 76 5635    123173    TMC#
CRAWFORD TRAVIS DON
1964    AD USA    PVT    GLWACH
0-1-2    REPORT    O-2222

7 Bngrs

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE
REQUESTING PHYSICIAN'S SIGNATURE    REPORTED BY

Roy

RHA 1

| HEMATOLOGY | SPECIMEN/LAB RPT. NO. |
| URGENCY | PATIENT STATUS |
| ☐ ROUTINE | ☐ BED    ☐ AMB |
| TODAY ☐ | OUTPATIENT |
| | ☐ NP    ☐ DOM |
| ☐ PRE-OP | SPECIMEN SOURCE |
| STAT ☐ | ☑ VEIN    ☐ CAP |
| | ☐ OTHER (Specify) |
| MD DATE | LAB. |

E89060

8 Sept 83

PATIENTS MED. RECORD

HEMATOLOGY STANDARD FORM 549 (Rev. 7-78)
General Services Administration and Interagency
Committee on Medical Records FPMR 101-11 806-8

549-105

| TEST(S) | SPECIMEN TAKEN | | | | | | | | | | | WBC DIFF AND BLOOD CELL MORPH | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TIME | A.M. P.M. | [X] | REQUESTED | RBC COUNT | HEMOGLOBIN | HEMATOCRIT | MCV | MCH | MCHC | WBC COUNT | IMMATURE | NEUTRO-BANDS | NEUTRO | LYMPHS | EOSINOPHILS | BASOPHILS | MONOCYTES | PLATELETS | RBC | SED. RATE | PLATELET COUNT | RETICULOCYTE COUNT | CLOTTING TIME | BLEEDING TIME | P T | T | CONTROL | PATIENT | CONTROL | PATIENT | % ACTIVITY | RATIO | SICKLING TEST | LE PREP |

DATE
RESULTS  6.65

USAQ, FORT POLK

TMC#1
RHA 1

20 447 76 5635    123173
CRAWFORD TRAVIS DON    REPORT CALLED
1964    AD USA    PVT    GLWACH
0-1-2    O-2222

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE
REQUESTING PHYSICIAN'S SIGNATURE    REPORTED BY

Roy

NORMAL RANGE PT 10.8 TO 12.5 SEC
PTT 29.0 TO 40.5 SEC

| HEMATOLOGY | SPECIMEN/LAB RPT. NO. |
| URGENCY | PATIENT STATUS |
| ☐ ROUTINE | ☐ BED    ☐ AMB |
| TODAY ☐ | OUTPATIENT |
| | ☐ NP    ☐ DOM |
| ☐ PRE-OP | SPECIMEN SOURCE |
| STAT ☐ | ☑ VEIN    ☐ CAP |
| | ☐ OTHER (Specify) |
| | LAB. ID. NO. |

E89060

8 Sept

PATIENTS MED. RECORD

HEMATOLOGY STANDARD FORM 549 (Rev. 7-78)
General Services Administration and Interagency
Committee on Medical Records FPMR 101-11 806-8

549-105

| TEST(S) | SPECIMEN TAKEN | | | | | | | | | | | WBC DIFF AND BLOOD CELL MORPH | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TIME | A.M. P.M. | [X] | REQUESTED | RBC COUNT | HEMOGLOBIN | HEMATOCRIT | MCV | MCH | MCHC | WBC COUNT | IMMATURE | NEUTRO-BANDS | NEUTRO | LYMPHS | EOSINOPHILS | BASOPHILS | MONOCYTES | PLATELETS | RBC | SED. RATE | PLATELET COUNT | RETICULOCYTE COUNT | CLOTTING TIME | BLEEDING TIME | P T | T | CONTROL | PATIENT | CONTROL | PATIENT | % ACTIVITY | RATIO | SICKLING TEST | LE PREP |

DATE
RESULTS

USACH, FORT POLK

E89060

STANDARD FORM 545
545-106-01

## LABORATORY REPORT DISPLAY

Crawford, Travis
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

### Upper form (Chemistry)

CHEMISTRY I
STANDARD FORM 546 (Rev. 8-77)
General Services Administration and Interagency
Committee on Medical Records FPMR 101-11.806-8
546-106

| TEST(S) | SPECIMEN TAKEN DATE | TIME A.M. P.M. | REQUESTED | RESULTS |
|---|---|---|---|---|
| GLUCOSE | | (X) | | 96 |
| UREA N | | (X) | | 15 |
| CREATININE | | | X | |
| URIC ACID | | | | |
| SODIUM | | | | |
| POTASSIUM | | | X | 3.6 |
| CHLORIDE | | | | |
| CO₂ | | | | |
| PHOSPHATE | | | | |
| CALCIUM | | | X | 10.1 |
| TOTAL PROTEIN | | | | |
| ALBUMIN | | | | |
| GLOBULIN | | | | |
| ALKALINE PHOSPHATASE | | | X | 282 |
| ACID PHOSPHATASE | | | | |
| SGOT | | | X | 19 |
| LDH | | | | |
| CPK | | | | |
| BILIRUBIN (TOTAL) | | | | |
| BILIRUBIN (DIRECT) | | | | |
| CHOLESTEROL | | | | |
| TRIGLYCERIDES | | | | |
| AMYLASE | | | | |
| LIPASE | | | | |
| PROFILE (Specify) | | | | |

SGPT (3-36) 26

PATIENTS MED. RECORD

### Lower form (Urinalysis)

Crawford, Travis
-5635

PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

CHEM 1

URGENCY
☑ ROUTINE
☐ TODAY
☐ PRE-OP
☐ STAT

PATIENT STATUS
☐ BED   ☐ AMB
OUTPATIENT ☐
☐ NP   ☐ DOM

SPECIMEN SOURCE
☐ ROUTINE
☐ OTHER (Specify)

7TH. ENG.

REQUESTING PHYSICIAN'S SIGNATURE

REPORTED BY | MD | DATE
TECH

REMARKS

Standard Form 550 (Rev. 4-77)
General Services Administration and Interagency
Committee on Medical Records FPMR 101-11 806-8
550-105

### URINALYSIS

| TEST(S) | SPECIMEN TAKEN | REQUESTED | ROUTINE | RESULT |
|---|---|---|---|---|
| COLOR | | (X) | | Clean |
| SPECIFIC GRAVITY | | | | 1.008 |
| UROBILINOGEN | | | | Neg |
| OCCULT BLOOD | | | | |
| BILE | | | | |
| KETONES | | | | |
| GLUCOSE | | | | |
| PROTEIN | | | | |
| pH | | | | 5.5 |
| MICROSCOPIC | | | | |
| WBC | | | | 1 |
| RBC | | | | 1 |
| EPITH CELLS | | | | |
| CASTS WBC | | | | |
| CASTS RBC | | | | |
| CASTS HYALINE | | | | |
| CASTS GRANULAR | | | | |
| BACTERIA | | | | |
| CRYSTALS | | | | |
| MUCUS | | | | |
| NITRITE | | | | |
| BENCE-JONES PROTEIN | | | | |
| HEMOSIDERIN | | | | |
| HCG | | | | |

### Instructions panel

INSTRUCTIONS: This form may be used to display laboratory reports as a flow sheet to be read as a progressive table. If so, a separate sheet should be used for each type of report form. When assorted report forms are mounted on the display sheet, both test names and results should always be visible.

ENTER IN SPACE BELOW: PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

ALIGN ALL LABORATORY REPORTS ALONG THIS BASE LINE

FORMS DISPLAYED ON THIS SHEET ARE (Check one)
MOUNTED ON STRIPS 1 THROUGH 7 / MOUNTED ON STRIPS 1, 4, AND 7
MOUNTED ON STRIPS 1, 3, 5, AND 7

☐ CHEMISTRY I (SF 546)
☐ CHEMISTRY II (SF 547)
☐ CHEMISTRY III (SF 548)
☐ HEMATOLOGY (SF 549)
☐ URINALYSIS (SF 550)
☐ SEROLOGY (SF 551)
☐ SPINAL FLUID (SF 555)
☐ PARASITOLOGY (SF 552)
☐ IMMUNOHEMATOLOGY (SF 556)
☐ ASSORTED FORMS
☐ OTHER (Specify)
☐ MICROBIOLOGY I (SF 553)
☐ MICROBIOLOGY II (SF 554)
☐ MISCELLANEOUS (SF 557)
☐ ASSORTED FORMS

General Services Administration and Interagency Committee on Medical Records
FPMR 101-11,806-8
October 1975

LABORATORY REPORT DISPLAY

☆ GPO : 1981 O - 354-368

USACH-FORT POLK
**HEMATOLOGY**

20 447 76 5635   123112
CRAWFORD TRAVIS DON
1964   AD   USA   PVT   GLVACH
GP 1-2   368-2222

SPECIMEN/LAB. RPT. NO.   D 683

☑ CBC
HEMATOLOGY
☑ DIFF
☐ Hgb
☐ Hct

WARD NO.   FORT POLK

URGENCY
☑ ROUTINE
☐ EXPEDITE
☐ EMERGENCY

PATIENT STATUS
☐ BED   ☑ AMB
OUTPATIENT
☐ NP   ☐ DOM.
SPECIMEN SOURCE
☐ VEIN   ☐ CAP
☐ OTHER (Specify)

1983 DEC 17
REPORTED BY   MD   TECH

Enter in above space: PATIENT IDENTIFICATION - TREATING FACILITY - WARD NO. DATE

1 - SLIGHT BUT SIGNIFICANT.
2 - MODERATE
3 - MOD. TO MARKED
4 - MARKED

| TEST | NORMAL VALUES COUNTER COUNTER | | | |
|---|---|---|---|---|
| WBC × 10³ | M 4.8-10.8 / F 4.8-10.8 | 8.0 IF 99.9 RE-DILUTE | | |
| RBC × 10⁶ | M 4.7-6.1 / F 4.2-5.4 | 5 | | |
| Hgb g/dL | M 14-18 / F 12-16 | 16 | | |
| Hct % | M 42-52 / F 37-47 | 46 | | |
| MCV μm³ | M 80-94 / F 81-99 | 8 | | |
| MCH pg | M 27-31 / F 27-31 | 2 | | |
| MCHC g/dL | M 33-37 / F 33-37 | 3 | | |

POLYCHROM, HYPOCHROM, POIK, TARGET, SPHERO, ANISO, MICRO, MACRO, SICKLE CELLS, BASO STIP, VACUOLES, TOXIC GRAN, PLATELET, RETIC, SICKLE CELL, ZSR (40-54%)

REMARKS:

Crawford, Travis D
5635
E1 DDID
C o C 7th Eng
DF 56828

IMC 1
Ft Polk, LA.   **MISC**

SPECIMEN/LAB. RPT. NO.

URGENCY
☑ ROUTINE
TODAY ☐
PRE OP ☐
STAT ☐

PATIENT STATUS
☐ BED   ☐ AMB.
OUTPATIENT
☐ NP   ☐ DOM.
SPECIMEN SOURCE (Specify)

DISPATCHED

1983 NOV -3   AM 11: 40

PATIENT'S MED. RECORD

Enter in above space:   PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

REQUESTING PHYSICIAN'S SIGNATURE   REPORTED BY   MO   DATE
USACH FT POLK   TECH

WO   1526

REMARKS:
absent due to insect bite   OEH

Staph aureus

GRAM POSITIVE
1. AMP   R
2. PIP   R
3. CEP   R
4. AM

5. CL
6. ?Y
7. GAN
8. SEN

9. KAN
10. 
11. PEN
12. TET

TEST(S)   SPECIMEN TAKEN   TIME   REQUESTED   RESULTS
DATE 11/1/83   0250   AQM   NOV

MISCELLANEOUS
STANDARD FORM 557 (Rev. 3-77)
General Services Administration and Interagency
Committee on Medical Records FPMR 101-11.805-8
557-105

Crawford, Travis D
[REDACTED] 5635
B 7E Engr Bn

TMC 1,

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

REQUESTING PHYSICIAN'S SIGNATURE

REPORTED BY

REMARKS    pred hematuria

## URINALYSIS

| | SPECIMEN/LAB RPT NO |
|---|---|
| **URGENCY** | **PATIENT STATUS** |
| ☐ ROUTINE | ☐ BED ☐ AMB |
| TODAY ☐ | OUTPATIENT ☐ |
| ☐ PRE-OP | ☐ NP ☐ DOM |
| STAT ☐ | **SPECIMEN SOURCE** |
| | ☐ ROUTINE |
| | ☐ OTHER (Specify) |
| MD DATE | LAB. ID NO. |
| TECH | 120183 |

PATIENT'S MED. RECORD

550-105

URINALYSIS
Standard Form 550 (Rev. 4-77)
General Services Administration and Interagency
Committee on Medical Records FPMR 101-11 806-8

| DATE | TESTS(S) SPECIMEN TAKEN TIME | REQUESTED | ROUTINE | COLOR | SPECIFIC GRAVITY | UROBILINOGEN | OCCULT BLOOD | BILE | KETONES | GLUCOSE | PROTEIN | pH | MICROSCOPIC | WBC | RBC | EPITH CELLS | CASTS WBC | RBC | HYALINE | GRANULAR | BACTERIA | CRYSTALS | MUCUS | NITRITE | BENCE-JONES PROTEIN | HEMOSIDERIN | HCG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 Oct 83 | A.M. ☒ P.M. | | | clear | 1.024 | Normal | Neg | | | | | | | 6 | | 0-1 | | 0-1 | | | | | | 4+ | | | |

---

Crawford Travis D

5635

Bco 7th Engr

TMC J
BHA

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILIT

REQUESTING PHYSICIAN'S SIGNATURE    REPORTED BY    RECEIVED

CLINICAL INFORMATION (including specimen source)    090683

Mr Puckett/4ea

UA    0367

TECH

ANTIBACTERIAL THERAPY

## MICROBIOLOGY 1

| | SPECIMEN LAB RPT NO |
|---|---|
| **PATIENT STATUS** | **INFECTION** |
| ☐ BED | ☐ ADMITTED WITH HOSPITAL ACQUIRED ☐ |
| AMB ☒ | ☐ PRE OPERATIVE POST OPERATIVE ☐ |
| ☐ OUTPT | ☐ NON SURGICAL POSTPARTUM ☐ |
| DOM ☐ NP | ☐ NEWBORN OTHER (Specify) ☐ |
| | LAB ID NO |

PATIENTS MED. RECORD

553-106

MICROBIOLOGY 1
STANDARD FORM 553 (Rev. 3-77)
General Services Administration and Interagency
Committee on Medical Records FPMR 101-11 806-8

| SPECIMEN TAKEN DATE | TIME A.M. P.M. | EXAMINATION REQUESTED | CULTURE | COLONY COUNT | SMEAR | SENSITIVITY | REPORT |
|---|---|---|---|---|---|---|---|
| 7 Sep | | ☒ | | | ☐ | ☐ | |

SEP 7  3 18 PM '83

NO GROWTH

BRATS, HO, LTC
CH, DEPT. OF PATHOLOGY
PERSHING ARMY HOSP, FORT POLK

PATIENTS MED. RECORD

## Form 1

Crawford John

B co 7th Engr Bn

Enter in above space — PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

| | |
|---|---|
| SPECIMEN/LAB RPT NO. | |
| **URINALYSIS** | |

| URGENCY | PATIENT STATUS |
|---|---|
| ☐ ROUTINE | ☐ BED ☐ AMB |
| ☐ TODAY | OUTPATIENT ☐ |
| ☐ PRE-OP | ☐ NP ☐ DOM |
| STAT ☐ | SPECIMEN SOURCE |
| | ☐ ROUTINE |
| | ☐ OTHER (Specify) |

REQUESTING PHYSICIAN'S SIGNATURE | REPORTED BY | MD | DATE | LAB. ID NO.

REMARKS

TEST(S) SPECIMEN TAKEN / TIME / A.M. / P.M. / (X) / REQUESTED / ROUTINE / SPECIFIC GRAVITY / UROBILINOGEN / OCCULT BLOOD / BILE / KETONES / GLUCOSE / pH / MICROSCOPIC / WBC / RBC / EPITH CELLS / CASTS WBC / RBC / HYALINE / GRANULAR / BACTERIA / CRYSTALS / MUCUS / NITRITE / BENCE-JONES PROTEIN / HEMOSIDERIN / HCG

550-105
Standard Form 550 (Rev. 4-77)
General Services Administration and Interagency
Committee on Medical Records FPMR 101-11 806-8
**URINALYSIS**

## Form 2

Crawford Travis D
5635
B co 7th Engr

TMC - 1
Ft Polk, LA
BHA 1

Enter in above space — PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

| | |
|---|---|
| SPECIMEN/LAB RPT NO. | |
| **BHA-1** | |
| **URINALYSIS** | |

| URGENCY | PATIENT STATUS |
|---|---|
| ☒ ROUTINE | ☐ BED ☒ AMB |
| ☒ TODAY | OUTPATIENT ☐ |
| ☐ PRE-OP | ☐ NP ☐ DOM |
| STAT ☐ | SPECIMEN SOURCE |
| | ☒ ROUTINE |
| | ☐ OTHER (Specify) |

REQUESTING PHYSICIAN'S SIGNATURE | REPORTED BY | MD | DATE | LAB. ID NO.

Mr Puckett / few

REMARKS

TEST(S) SPECIMEN TAKEN / TIME / P.M. / (X) / REQUESTED / ROUTINE / SPECIFIC GRAVITY / UROBILINOGEN / OCCULT BLOOD / BILE / KETONES / GLUCOSE / PROTEIN / pH / MICROSCOPIC / WBC / RBC / EPITH CELLS / CASTS WBC / RBC / HYALINE / GRANULAR / BACTERIA / MUCUS / NITRITE / BENCE-JONES PROTEIN / HEMOSIDERIN / HCG

550-106
Standard Form 550 (Rev. 4-77)
General Services Administration and Interagency
Committee on Medical Records FPMR 101-11 806-8
**URINALYSIS**

STANDARD FORM 545
545-106-01

# LABORATORY REPORT DISPLAY

REMOVE PROTECTIVE STRIP—PLACE TOP OF 3D REPORT HERE AND SUCCEEDING ONES
ON LINES TO THE RIGHT

REMOVE PROTECTIVE STRIP—PLACE TOP OF 2D REPORT ON THIS LINE—RIGHT MARGIN
ON BASE LINE

ALIGN ALL LABORATORY REPORTS ALONG THIS BASE LINE

Crawford, Travis D

D-1-2

76 5635

Enter in above space. PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

REQUESTING PHYSICIAN'S SIGNATURE  Carpo

REPORTED BY  MD DATE  12 may 82

REMARKS

TECH

**HEMATOLOGY**

| URGENCY | PATIENT STATUS |
|---|---|
| ☐ ROUTINE | ☐ BED ☐ AMB |
| ☐ TODAY | ☐ OUTPATIENT |
| ☐ PRE-OP | ☐ NP ☐ DOM |
| ☐ STAT | SPECIMEN SOURCE |
| | ☐ VEIN ☐ CAP |
| | ☐ OTHER (Specify) |

SPECIMEN LAB REC. NO.

1983 MAY 12 PM A5

PATIENT'S MED. RECORD

PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE  LAB. ID. NO.

**HEMATOLOGY**
STANDARD FORM 549 (Rev. 7-78)
General Services Administration and Interagency
Committee on Medical Record, FPMR 101-11.806-8

TEST(S)

| | | | DATE | TIME | A.M. P.M. | REQUESTED (X) |
|---|---|---|---|---|---|---|

SPECIMEN TAKEN

RESULTS

RBC COUNT
HEMOGLOBIN
HEMATOCRIT
MCV
MCH
MCHC
WBC COUNT

WBC DIFF AND BLOOD CELL MORPH
IMMATURE
NEUTRO-BANDS
NEUTROSEGS
LYMPHS
EOSINOPHILS
BASOPHILS
MONOCYTES
PLATELETS
RBC

SED RATE
PLATELET COUNT
RETICULOCYTE COUNT
CLOTTING TIME
BLEEDING TIME
CONTROL / PATIENT (P T)
CONTROL / PATIENT
% ACTIVITY
RATIO
LE PREP

549-106

INSTRUCTIONS: This form may be used to display laboratory reports as a flow sheet to be read as a progressive table. If so, a separate sheet should be used for each type of report form. When assorted report forms are mounted on the display sheet, both test names and results should always be visible.

ENTER IN SPACE BELOW: PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

CRAWFORD TRAVIS D
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

FORMS DISPLAYED ON THIS SHEET ARE (Check one)

| MOUNTED ON STRIPS 1 THROUGH 7 | MOUNTED ON STRIPS 1, 3, 5, AND 7 |
|---|---|
| ☐ CHEMISTRY I (SF 546) | ☐ PARASITOLOGY (SF 552) |
| ☐ CHEMISTRY II (SF 547) | ☐ IMMUNOHEMATOLOGY (SF 556) |
| ☐ CHEMISTRY III (SF 548) | ☐ ASSORTED FORMS |
| ☐ HEMATOLOGY (SF 549) | ☐ OTHER (Specify) |
| ☐ URINALYSIS (SF 550) | MOUNTED ON STRIPS 1, 4, AND 7 |
| ☐ SEROLOGY (SF 551) | ☐ MICROBIOLOGY I (SF 553) |
| ☐ SPINAL FLUID (SF 555) | ☐ MICROBIOLOGY II (SF 554) |
| | ☐ MISCELLANEOUS (SF 557) |
| | ☐ ASSORTED FORMS |

# LABORATORY REPORT DISPLAY

General Services Administration and
Interagency Committee on Medical Records
FPMR 101-11.806-8
October 1975

☆ GPO : 1981 O — 354-368

...omplete basic training and advanced individual training, if required.

(2) Failure to attain required standards, as prescribed in AR 614-200, on the Advanced Physical Fitness Test.

(3) Failure to complete satisfactorily airborne (parachute) training, if required.

(4) Failure to qualify for SECRET security clearance.

(5) Loss of medical and professional qualifications required for airborne or Special Forces duty.

(6) A determination by the Appropriate Special Forces commander that I am unsuitable for further Special Forces training and duty.

---

## TO BE COMPLETED BY ALL APPLICANTS ENLISTING FOR A RANGER UNIT

3. ACKNOWLEDGMENT   In connection with my enlistment in the Regular Army for the US Army Airborne Enlistment Option, I hereby acknowledge that

a. If I am not already airborne qualified, I will be required to qualify for and successfully complete such training before assignment to the 75th Infantry. I volunteer to attend the ranger course.

b. By my enlistment for this option, I am volunteering to perform frequent aircraft flights and parachute jumps and to participate in realistic combat training while engaged in airborne/ranger training and duty.

c. I understand that ranger units in time of war are engaged on a sustained basis in operations within and behind enemy lines for military purposes.

d. Should I fail to qualify for ranger training/duty subsequent to my enlistment, I will not be offered another assignment choice, but will be reassigned in accordance with the needs of the Army. Examples of specific causes for disqualification for ranger training/duty include

(1) Failure to complete basic training and advanced individual training, if required.

(2) Failure to attain required standards, as prescribed in AR 614-200, on the Advanced Physical Fitness Test.

(3) Failure to complete satisfactorily airborne (parachute) training, if required.

(4) Failure to qualify for security clearance.

(5) Loss of physical, medical, or professional qualifications required for airborne and Ranger duty.

e. I am aware that the battalion commander has the authority to relieve summarily from duty and move from the battalion individuals he determines are unsuited for continued assignment to the ranger battalion. Whether I will be reassigned to another Ranger unit will be at the option of the Army, but if I am summarily relieved, such action will not constitute a breach of my enlistment commitment regardless of whether I am so reassigned.

---

4. UNDERSTANDING:   I understand that in the event the Secretary of the Army determines that military necessity of a national scope requires that service members be available for immediate assignment/reassignment, any guarantees contained in this agreement may be terminated.  Under these conditions I may be assigned or reassigned according to the needs of the Army

I have read and understand each of the statements above and in the DD Form 1966 series, signed by me, and understand that these statements are intended to constitute all promises whatsoever concerning my enlistment. Any other promise or representation of commitments made to me in connection with my enlistment is written below in my own handwriting, or is hereby waived.  (If none, write "NONE").

NONE · T.DC

---

## AUTHENTICATION

| SIGNATURE OF GUIDANCE COUNSELOR | SIGNATURE OF APPL'CANT. | DATE 24 MARCH 83 |
|---|---|---|
| TYPED NAME, GRADE AND SSN OF WITNESSING OFFICIAL   Willie F Sneller | SIGNATURE OF WITNESSING OFFICIAL | DATE 24 march 85 |

☆ U.S. Government Printing Office: 1981—341-646/6284

## STATEMENTS FOR ENLISTMENT
### DELAYED ENTRY PROGRAM
FOR USE OF THIS FORM, SEE AR 601-210. THE PROPONENT AGENCY IS THE OFFICE OF THE DEPUTY CHIEF OF STAFF FOR PERSONNEL

### TO BE COMPLETED BY ALL APPLICANTS ENLISTING FOR THIS ENLISTMENT OPTION

1.  ACKNOWLEDGMENT   In connection with my enlistment in the United States Army Reserve, I hereby acknowledge that:

a.  My enlistment in the US Army Reserve obligates me to a total of 6 years service in the Armed Forces of the United States, including service in the Reserve components, unless sooner discharged by proper authority. Fulfillment of the obligation begins on the date I enter on active duty.

b.  I will be assigned to the US Army Reserve Control Group (Delayed Entry), during which time I will be in a nonpay status, and will not be authorized to participate in any Reserve training.

c.  My time served in the Reserve will be creditable for pay purposes when I enlist in the Regular Army or enter on active duty.

d.  I volunteer to serve on active duty for __3__ years in any job assignment specified by the Army, such period to begin within __13__ days (specify) unless I enlist in the Regular Army, or I am granted further delay by proper authority.

e.  In lieu of performing the active duty specified in e above, I may enlist in the Regular Army for not less than 2 years with the following understanding.

(1)  Upon enlistment in the Regular Army, I will be enlisted under the provisions of AR 601-210.

TABLE 9-3 US ARMY AIRBORNE ENLISTMENT OPTION __1SAC__
(Enter the appropriate table number and title of the enlistment option(s) for which enlisting)

(2)  If enlisting for an Army school course, I am assured of attending school course,

__COMBAT ENGINEER__    __12B10__
(Enter school course title and course number)

(3)  In the event the enlistment option, school course, or training for which I am enlisting is not available before I enlist in the Regular Army through no fault of my own, I will select one of the following alternatives:

(a)  I will enlist for another option, school course, or training of my choice for which I am qualified and for which there is a vacancy.

(b)  I will be discharged from the Delayed Entry Program.

(c)  The date of my enlistment in the Regular Army is scheduled for __24 MAR 83__.
(Day, Month, Year)

(d)  Should I disqualify myself before I enlist in the Regular Army, initiate action designed to obtain my release from the Delayed Entry Program, fail to enlist in the Regular Army; or willfully fail to report for active duty on the date specified in my enlistment orders, I forfeit my entitlement to this enlistment option and may be required to serve on active duty for __2__ years in my Reserve status.

f.  Upon completion of my active duty, I will serve in the Ready Reserve in accordance with laws and regulations then in effect or thereafter put into effect.

DA FORM 3286-40, 1 Mar 80          EDITION OF 1 JUL 75 IS OBSOLETE.

e. In the event I willfully fail to report on the date specified in my active duty orders to the Armed Forces Examining and Entrance Station designated therein, I will be in an absent without leave (AWOL) status and subject to apprehension and disciplinary action under Article 85 (Desertion) or Article 86 (AWOL) of the Uniform Code of Military Justice (Title 10, US Code, Sections 885 and 886).

2. UNDERSTANDING: I understand that in the event the Secretary of the Army determines that military necessity of a national scope requires that service members be available for immediate assignment/reassignment, any guarantees contained in this agreement may be terminated. Under these conditions I may be assigned or reassigned according to the needs of the Army. *TDC*

I have read and understand each of the statements above and in the DD Form 1966 series, signed by me, and understand that these statements are intended to constitute all promises whatsoever concerning my enlistment. Any other promise or representation of commitments made to me in connection with my enlistment is written below in my own handwriting, or is hereby waived. (If none, write "NONE"). *NONE*

## AUTHENTICATION

| SIGNATURE OF GUIDANCE COUNSELOR | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| *(signature)* | *(signature)* | *24 MAR 83* |
| TYPED NAME, GRADE AND SSN OF WITNESSING OFFICIAL  *Dennis L. Chappell E-7* | SIGNATURE OF WITNESSING OFFICIAL  *(signature)* | DATE  *24 MAR 83* |

☆U.S.GPO:1981-0-765-042/1146

Clerk 139 #1344 Feb 1984



SOCIAL SECURITY

█████ 5635

THIS NUMBER HAS BEEN ESTABLISHED FOR

TRAVIS D CRAWFORD

SIGNATURE

Clerk 139 #1344 - Feb 1984

City Police & County Sheriff
Sequoyah County.
Sallisaw, Oklahoma

Form approved.
OMB No. 0704-0001

Date 8 March 83

Dear Sir:

Travis. Don Crawford. who claims to have resided at ███████████

Sallisaw OK 74955 from _____ to _____ and whose fingerprints and personal

description are recorded hereon is an applicant for enlistment in the United States
It is requested that the following information be furnished from your files. A return envelope is inclosed for
your convenience. SSN 444 2 74 -- 4714
DOB 5 July 1963.

Very truly yours,

1 Inclosure
Return Envelope

_____
Recruiting Officer

## POLICE RECORD CHECK

CITY AND STATE _____ DATE _____

HAS APPLICANT A POLICE OR JUVENILE RECORD? (other than minor traffic violations)
☐ YES ☒ NO IF YES. WHAT WAS THE OFFENSE OR CHARGE, DISPOSITION, AND SENTENCE?

IS APPLICANT NOW UNDERGOING COURT ACTION OF ANY KIND? ☐ YES ☒ NO IF "YES," GIVE DETAILS

DOES CIVIL CUSTODY EXIST? ☐ YES ☒ NO IF "YES," SPECIFY

IS APPLICANT ☐ MARRIED ☐ SEPARATED ☐ DIVORCED ☐ WIDOWED ☐ SINGLE ☐ MARITAL STATUS UNKNOWN

REMARKS

TITLE Deputy Court Clerk        SIGNATURE Maudeen Winn

**DD** FORM 369
1 MAR 84        REPLACES EDITION OF 1 AUG 80
WHICH MAY BE USED

CITY POLICE
COUNTY SHERIFF
SEQUOYAH COUNTY
SALLISAW, OKLAHOMA

Form approved.
OMB No. 0704 000

Date 7 Mar 1983

Dear Sir :

TRAVIS DON CRAWFORD who claims to have resided at ███████████

2455
SALLISAW SEQUOYAH CK from _____ to present and whose fingerprints and personal

description are recorded hereon is an applicant for enlistment in the United States ARMY
It is requested that the following information be furnished from your files. A return envelope is inclosed for
your convenience.

SSAN ███-██-5635
DOB ██████ 1964

Very truly yours.

Sgt John L Chandler
Recruiting Officer

1 Inclosure
Return Envelope

w/M
CITY AND STATE

---

**POLICE RECORD CHECK**

HAS APPLICANT A POLICE OR JUVENILE RECORD other than minor traffic violations
☐ YES ☐ NO IF YES : WHAT WAS THE OFFENSE OR CHARGE, DISPOSITION, AND SENTENCE?

IS APPLICANT NOW UNDERGOING COURT ACTION OF ANY KIND?  ☐ YES  ☐ NO  IF YES, GIVE DETAILS

DOES CIVIL CUSTODY EXIST?  ☐ YES  ☐ NO  IF YES, SPECIFY
IS APPLICANT  ☐ MARRIED  ☑ SEPARATED  ☐ DIVORCED  ☐ WIDOWED  ☐ SINGLE  ☐ MARITAL STATUS UNKNOWN

REMARKS

No record

TITLE  Deputy Sheriff

SIGNATURE

**DD** FORM **369**
1 MAR 64

REPLACES EDITION OF 1 AUG 50
WHICH MAY BE USED

*U.S. GPO: 1983-361-448/9489

Clerk 139 #1344 - Feb 1984

OKLAHOMA STATE POLICE
SALLISAW, OKLAHOMA

Form approved.
OMB No. 0704 0007

Date 7 Mar 1983

Dear Sir:

TRAVIS DON CRAWFORD who claims to have resided at ███████████

SALLISAW from to present and whose fingerprints and personal

description are recorded hereon is an applicant for enlistment in the United States ARMY

It is requested that the following information be furnished from your files. A return envelope is inclosed for your convenience.

SSAN ███████ 56 35

DOB ███████ 1964

W/M

Very truly yours,

Sgt John L Chandle
Recruiting Officer

1 Inclosure
Return Envelope

---

## POLICE RECORD CHECK

| CITY AND STATE | | DATE |
|---|---|---|

HAS APPLICANT A POLICE OR JUVENILE RECORD? e or than minor traffic violation

☐ YES ☐ NO IF YES, WHAT WAS THE OFFENSE OR CHARGE, DISPOSITION, AND SENTENCE?

IS APPLICANT NOW UNDERGOING COURT ACTION OF ANY KIND? ☐ YES ☐ NO IF YES, GIVE DETAILS

DOES CIVIL CUSTODY EXIST? ☐ YES ☐ NO IF YES, SPECIFY

IS APPLICANT ☐ MARRIED ☐ SEPARATED ☐ DIVORCED ☐ WIDOWED ☐ SINGLE ☐ MARITAL STATUS UNKNOWN

REMARKS

no record

| TITLE Deputy Sheriff | SIGNATURE |
|---|---|

**DD FORM 1 MAR 84 369**  REPLACES EDITION OF 1 AUG 80 WHICH MAY BE USED

☆U.S. GPO: 1982—361-646/6481