**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 189**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

SW·07·34

# AFFIDAVIT FOR SEARCH WARRANT

**STATE OF OKLAHOMA** )

**COUNTY OF MUSKOGEE** )

*(stamp:* PAULA SEXTON COURT CLERK  2007 APR 23 AM 11:48  STATE OF OKLAHOMA COUNTY OF MUSKOGEE FILED*)*

(1)    I, Jan Ray, Affiant, being first duly sworn on oath depose and says that the following constitutes of commission of crime:  Child Abuse

(2)    We are searching for any evidence of child abuse (Dell computers, digital cameras, digital memory cards, and photographs reflecting/depicting evidence of child abuse involving bruising.

(3)    And that the above mentioned records are located as follows:
At the residence of Dawn Littlefield who resides at ███████ Oktaha, Oklahoma in Muskogee County.  From Peak Boulevard take 69 highway south approximately 8.8 miles turn west on Wainwright road approximately 4.3 miles.  Residence is a brown stone structure with white trim with silver/white shingles that sits on the north side of the road.

(4)    Based upon the following facts: I, Jan Ray have been a deputy for the Muskogee County Sheriff's Department for five years and have participated in over one hundred investigations involving child abuse and/or child exploitation.  Affiant has received over one hundred hours of training involving child abuse and forensic interview techniques. Affiant has been involved in or conducted over two hundred forensic interviews of children who were alleged to be victims of child abuse and/or exploitation.  Affiant is currently assigned to the Investigations Division of the Muskogee County Sheriff's Department.  Affiant has been conducting an investigation concerning the physical abuse of two minors, L.L. a 17 year old female and C.L. a 10 year old male, the son and daughter of Dawn and Mike Littlefield. Affiant was advised by L.L. that Mike Littlefield has physically abused her for approximately seven to eight years.  The abuse involved the striking of L.L. by Mike Littlefield with his hands and fists about the head and body of L.L. resulting in bruising.  Affiant was also advised by L.L. that her brother C.L. was additionally physically abused my Mike Littlefield for a period of seven to eight years.  The abuse involved the striking of C.L. by Mike Littlefield with his hands and fists about the head and body of C.L. resulting in bruising. Affiant was advised by L.L. that she had a discussion with her mother, Dawn Littlefield concerning the physical abuse of C.L. by Mike Littlefield.  Affiant was advised by L.L. that Dawn Littlefield told her that she, Dawn Littlefield had taken photographs with a digital camera of C.L. after Mike Littlefield had physically abused C.L. while L.L. was away from the home during the months of July through October of 2006, and transferred those photographs to a Dell desktop computer in the home of Dawn Littlefield as proof of the physical abuse.  Affiant was advised by L.L. that the transfer of the digital images from

the digital camera to the Dell desktop computer is accomplished by taking the memory card from the camera and inserting the memory card into the Dell desktop computer and saving the pictures. Affiant was advised by L.L. that she did not see the pictures of abuse until she viewed them in the Dell desktop computer in December of 2006. Affiant was advised by L.L. that the photographs depicted bruising about the arms, legs, and back of C.L. The affiant was advised that the Dell computer was located in the home of Dawn Littlefield on March 22nd 2007. Affiant was advised y L.L. that the Dell computer has been in the home of Dawn Littlefield consistently for three years and the last time that L.L. saw the photographs depicting abuse involving C.L. as described above was March 20th 2007. Affiant was additionally advised by L.L. that there were several cassette tapes recordings in the home of Dawn Littlefield and that those cassette tapes contained the voice of Mike Littlefield during a period when he was having "temper fits" in the home of Dawn Littlefield. Affiant advised that L.L. and C.L. were residents of the home of Dawn Littlefield for a period exceeding ten years. Affiant was advised by L.L. that she had listened to the tapes and the tapes were located in a drawer in the dresser of Dawn Littlefield's bedroom.

Based on the above information, affiant prays that a search warrant be granted.

_____
AFFIANT

Subscribed and sworn to before me this 13th day of April, 2007.

_____
JUDGE OF THE DISTRICT COURT
Muskogee County, Oklahoma

_10:30 on 4-13-07_
Time

SW.07.34

# SEARCH WARRANT RETURN

State of Oklahoma
County of Muskogee:

The following described property was seized under this warrant on April 13, 2007

1)   1 Sony Handy cam    SN#341925
2)   1 Fuji Film Digital camera    SN#OH14371
3)   1 Dell Tower   BJWCZ71   Dimension 9100
4)   64 cd/dvd's
5)   1 Fuji film memory card
6)   1 Dell Tower  #GPNR211  Dimension 2100
7)   1 Kodak memory card
8)   1 Canon digital camera ZR20   #2989
9)    1 Logitech camera
10)  1 PC 100 Floppy disc
11)  2 Kodak flash cameras
12)  1 gateway computer tower GT4010
13)  4 floppy disc
14)  1 san memory card
15)  1 Fuji film memory disc

I, Jan Ray the officer by whom this warrant was executed on the 13th day April 2007 do hereby swear that the above inventory contains a true and detailed account of all property taken by the Muskogee county Sheriff's deputies on the warrant subscribed and sworn by me this 13th day of April, 2007.

_____
Affiant

For the search of the following location, ▮▮▮▮▮▮, Oktaha, OK. From Peak blvd take 69 highway south approximately 8.8 miles turn west on Wainwright road approximately 4.3 miles.  Residence is a brown stone structure with white trim with silver/white shingles that sits on the north side of the road.

_____
Judge of the District Court

SW.07·34

# SEARCH WARRANT

**IN THE NAME OF THE STATE OF OKLAHOMA**
**TO: ANY PEACE OFFICER OF THIS STATE**

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE
FILED

2007 APR 23 AM 11:48

PAULA S[...]
COURT C[...]

(1)     The above affidavit having been sworn to by the affiant, Jan Ray, before me this day, based upon the following facts stated herein, probable cause having been found, I command you anytime of the day to search for the following described evidence and make a return according to law.

(2)     We are searching for any evidence Dell computers, digital cameras, digital memory cards, cassette tapes, photographs reflecting/depicting evidence of child abuse involving bruising

(3)     That the said search be conducted at the following location: ▮▮▮▮▮▮▮▮, Oktaha, Oklahoma in Muskogee County.  From Peak Blvd take 69 highway south approximately 8.8 miles turn west on Wainwright road approximately 4.3 miles.  Residence is a brown stone structure with white trim with silver/white shingles that sits on the north side of the road.

Issued under my hand this /3 day of APRIL, 2007

_____
JUDGE OF THE DISTRICT COURT
MUSKOGEE COUNTY, OKLAHOMA

IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY

THE STATE OF OKLAHOMA,            )
      Plaintiff,                    )
                                  )
vs.                               )
                                  )
DAWN LITTLEFIELD                  )
                                  )
ADDR: ▮▮▮▮▮▮▮▮▮▮                    )
     OKTAHA, OK  74450            )    Case No. CF-2007-369
SSN: ▮▮▮▮0275                      )
DOB: ▮▮▮/68                        )
                                  )
     Defendant(s),                )

## INFORMATION

FOR:

COUNT 1:    DOMESTIC ABUSE - ASSAULT AND BATTERY 2nd & SUBSEQUENT~ 21 O.S. §
644(C) a FELONY

STATE OF OKLAHOMA, COUNTY OF MUSKOGEE:

I, **Larry D. Moore**, the undersigned District Attorney of said County, in the name and by the
authority, and on behalf of the State of Oklahoma, give information that in said County of Muskogee and
in the State of Oklahoma, **DAWN LITTLEFIELD**, did then and there unlawfully, willfully, knowingly and
wrongfully commit the crime(s) of:

**COUNT 1    DOMESTIC ABUSE - ASSAULT AND BATTERY 2nd & SUBSEQUENT~ a FELONY,
on or about the 19th day of March, 2007, by willfully and unlawfully striking L.L., her daughter by
then and there dragging L.L., 17 years old, out of the back seat of a car, throwing her into the front
seat, and began to beat her about her face, arms, and body leaving serious bruising about her
body.**

**This crime is punishable by imprisonment up to 4 years or a fine of $5,000.**

LARRY D. MOORE
DISTRICT ATTORNEY

By: _____
    Assistant District Attorney

I have examined the facts in this case and recommend that a warrant do issue.

By: _____
    Assistant District Attorney

Subscribed and sworn to before me this _2l6_ day of April, 2007.

*Melody Hazelwood*
NOTARY PUBLIC

My Commission expires:

| NOTARY PUBLIC IN AND FOR STATE OF OKLAHOMA | Melody Hazelwood Muskogee County Comm. Exp. 11-01-09 #05010119 |

## WITNESSES ENDORSED FOR THE STATE OF OKLAHOMA

Jan Ray,  MUSKOGEE COUNTY SHERIFF'S OFFICE, 220 State Street , Muskogee OK
L.D.L., C/O DHS, P.O. Box 608, Muskogee OK  74401
C.L., C/O DHS, P.O. Box 608 Muskogee, OK 74401
Kory  McCorkle, 9801 S. Sheridan, Tulsa OK  74133
Doris  Branscum, C/O Jan Ray, Muskogee County Sheriff's Office, 220 State St., Muskogee OK  74401
Marc  Barnette, 308 S. Tyler, Muskogee OK  74401

IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY

THE STATE OF OKLAHOMA,                    )
                                          )
        Plaintiff,                        )
                                          )
vs.                                       )      Case No.  CF-2007-369
                                          )
DAWN LITTLEFIELD                          )
SSN: ███-0275                             )
DOB: ███/68                               )
                                          )
        Defendant,                        )

## SUPPLEMENTAL INFORMATION FOR

I, **Larry D. Moore**, the undersigned District Attorney of said County, in the name and by the authority of the State of Oklahoma, and in addition to the original information filed herein, further inform the Court as follows:

THAT the said defendant was heretofore on June 29, 2006, represented by an attorney in case number CF-2006-244, in the District Court of  County, Oklahoma, convicted of the crime of: DOMESTIC ASSAULT & BATTERY, a MISDEMEANOR  and sentenced to 1 year suspended, which was a final conviction;

LARRY D. MOORE
DISTRICT ATTORNEY

By: _____
Assistant District Attorney

### IN THE DISTRICT COURT IN AND FOR MUSKOGEE COUNTY
### STATE OF OKLAHOMA

The State of Oklahoma

Plaintiff:

-vs-

Dawn Littlefield

Defendant(s)

Case Number: 2803230

**Affidavit**

The undersigned upon oath deposes and states as follows, to wit:

Affiant advises that on the | 23nd | day of | March |, 2007___ at approximately | 10:00 | Hours, the following incidents occurred at | Oktaha, Oklahoma |

Muskogee, Muskogee County, Oklahoma.

On Thursday, March 22, 2007 I deputy Jan Ray went to the residence of Dawn and Mike Littlefield on a possible abuse case involving their daughter Lacy Littlefield age 17.  While at the residence DHS worker Melissa Todd and myself observed bruises on Lacy Littlefield's upper arms, wrist and shoulder.  Lacy Littlefield stated to us that her Mother Dawn Littlefield and hit her several times 4 days ago.   Lacy states that her Mother Dawn Littlefield caught Lacy talking to her boyfriend on the phone and Dawn Littlefield became angry.

Based on this information, the undersigned prays that this Honorable Court issue a finding of fact that probable cause exist to believe that a crime has been committed and that there is probable cause to believe the defendant(s) above named committed that crime.

_____
Affiant Signature

SUBSCRIBED AND SWORN TO ME on this | 20th | day of | April |, 20| 07 |

My Commission number    Carrie L. Thornton    My Commission expires

Muskogee County
Comm. Exp. 08-09-10
#06007785

_____
Notary Public

IN THE DISTRICT COURT IN AND FOR MUSKOGEE COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,
       PLAINTIFF,

-VS-
                                    CASE NO.  CF-2007-369

DAWN LITTLEFIELD
       DEFENDANT(S),

## FINDING OF PROBABLE CAUSE

The undersigned Judge of this Court, upon sworn testimony and/or affidavit, hereby determines there to be probable cause to detain the defendant(s).

Dated this ___26___ day of April, 2007.

_____
JUDGE OF THE DISTRICT COURT
MUSKOGEE COUNTY, OKLAHOMA

IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY

THE STATE OF OKLAHOMA,
     Plaintiff,
      )
      )
      )
VS.
      )   Case No. CF-2007-369
      )
      )

DAWN LITTLEFIELD
ADDR: ▮▮▮▮▮▮
     OKTAHA, OK   74450
SSN: ▮▮▮▮0275
DOB: ▮▮▮68
     Defendant(s),

## FELONY WARRANT

STATE OF OKLAHOMA, COUNTY OF MUSKOGEE, TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED to forthwith arrest and take said **DAWN LITTLEFIELD** into custody for the offense(s) of:

COUNT 1:    DOMESTIC ABUSE - ASSAULT AND BATTERY 2nd & SUBSEQUENT~
              21 O.S. § 644(C) a **FELONY**

and bring her before me or some other Magistrate having cognizance of the case, to be dealt with according to law.  You are further directed to execute this writ or warrant either in daytime or nighttime.

Bond for the release of the above named defendant, to guarantee said defendant's appearance in all the Court's proceedings herein, be and the same is hereby fixed in the sum of $ 1500.00 until the further Order of the Court.

Dated this 26ᵗʰ day of April, 2007.

_____
Judge of the District Court

Presenting Agency:    MUSKOGEE COUNTY SHERIFF'S OFFICE    Agency Case Number:

EXTRADITE / ENTER NCIC:    YES    NO

Circle ONE:    LOCAL ONLY    ALL STATES    SURROUNDING STATES

| Identifiers: | Gender: | Female | Race: | White |
| --- | --- | --- | --- | --- |
| | Height: | 5' 6" | Eye Color: | GREEN |
| | Weight: | 130 lbs. | Hair Color: | |
| | DL #: | | | |
| | Markings: | | | |

## OFFICER'S REPORT

STATE OF OKLAHOMA, COUNTY OF MUSKOGEE

Received the within writ on the ____ day of April, 2007 and executed the same by taking into custody **DAWN LITTLEFIELD** and presenting her before the court this____day of April, 2007

**Fees:**   Arresting _____ persons at $ _____ each $_____

_____ miles at $_____ per mile  $_____

**TOTAL** $_____

By: _____

Law Enforcement Officer

## FELONY & MISDEMEANOR MINUTES

CASE NO. __CF-07-369__

CASE NO. _____

CASE NO. _____

CASE NO. _____

CASE NO. _____

DATE: __April  26__, 2007

DEFT: __Dawn  Littlefield__

ATTY: __Donn  Baker__

PLED NOT GUILTY SET DISPOSITION DOCKET

_____

_____

### STATE:

LARRY MOORE_____    JAMES WALTERS_____
JEFF SHERIDAN_____    JIM CARNAGEY_____
NIKKI BAKER-DOTSON __X__
OTHER_____

ST REQUESTED BOND:$ _____

_____

_____

_____

_____

### SOUNDING / ⟨PRELIMINARY:⟩

__S-30-07 @ 9:00 - TA__

_____

BOND SET:$ __1,500 -__

_____

_____

_____

### ACCELERATION / REVOCATION:

_____

_____

_____

CASH BOND REDUCED TO $_____
TO PAY $_____ MO. BEGINS 30 DAYS.
IF NOT POSTED SET CONTEMPT.

PRIOR BOND EXONERATED:_____

### DCA / PLEA / REVIEW / CONTEMPT:

_____

_____

_____

⟨OTHER:⟩
__Judge  Adair  recuses__

_____

_____

_____

_____

_____

COURT APPOINTED ATTY:_____
DEFT NOTIFIED IF BOND IS MADE *HE/SHE*
MUST RETAIN OWN ATTY.

✓DEFT ADMONISHED FROM ALL
COMMUNICATION WITH ANY
WITNESS/VICTIM:_____X_____

DEFT NOTIFIED OF RIGHT TO CALL
EMBASSY_____.

NEED _____ INTERPRETER.

### JUDGE:

ADAIR_____    ROBINSON __X__
ALFORD_____    NORMAN_____
THYGESEN_____    OTHER_____

DEFENDANT FAILED TO APPEAR ISSUE:
BENCH WARRANT:____ BOND FORFEITURE:____

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE
FILED

2007 APR 30 AM 8: 32

PAULA SEXTON
COURT CLERK

IN THE DISTRICT COURT OF MUSKOGEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,           )
                             )
      Plaintiff              )
                             )
Vs.                          )  Case No. CF-2007-369
                             )
Dawn Michelle Littlefield,   )
                             )
      Defendant.             )

# MOTION FOR DISCOVERY

COMES NOW Dawn Michelle Littlefield, by and through her attorney of record, Donn F. Baker, and moves this Court for a Discovery Order.

Movant request that the State disclose and provide the following materials and information within that party's possession or control;

1. The names and addresses of any witness the State plans to call at trial, together with their relevant oral, written or recorded statement, or summaries of the same;

2. Any written or recorded statements and the substance of any oral statements made by any party in this case;

3. Any reports or statements made by experts in connection with the instant case, including results of physical or mental examination and of scientific tests, experiments or comparisons;

4. Any books, papers, documents, photographs, tangible objects, buildings or places which the State intends to use in the trial.

5. Any record of prior criminal conviction of the parties involved in this case.

6. The OSBI or FBI rap sheet/record checks on any witness listed by the State or Defense as a possible witness who will testify at trial.

WHEREFORE, PREMISES CONSIDERED the movant prays that this Honorable

Court order the State to comply with this Motion for Discovery and set forth a time

for inspection and delivery prior to trial.

Respectfully Submitted,

By: _Donn F Baker_

Donn F. Baker, OBA#443
Attorney at Law
319 West Delaware
Tahlequah, OK  74464
918-456-1233


## CERTIFICATE OF MAILING

I hereby certify that on the 27th day of April, 2007, I mailed a true, correct, and complete copy of the above and foregoing to: District Attorney, Muskogee County Courthouse, 220 State Street, Muskogee, OK  74401 with proper postage thereon.

_Donn F Baker_

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE
IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY
2007 APR 30  AM 6: 47

THE STATE OF OKLAHOMA,                )
          Plaintiff,      PAULA SEXTON )
                          COURT CLERK  )
vs.                                    )          Case No. CF-2007-369
                                       )
                                       )
                                       )
DAWN LITTLEFIELD                       )
ADDR: ▮▮▮▮▮▮▮▮                          )
      OKTAHA, OK  74450                 )
SSN: ▮▮▮▮▮0275                          )
DOB: ▮▮▮/68                             )
      Defendant(s),                    )

## FELONY WARRANT

STATE OF OKLAHOMA, COUNTY OF MUSKOGEE, TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED to forthwith arrest and take said **DAWN LITTLEFIELD** into custody for the offense(s) of:

COUNT 1:     DOMESTIC ABUSE ~ ASSAULT AND BATTERY 2nd & SUBSEQUENT~ 21 O.S. § 644(C) a **FELONY**

and bring her before me or some other Magistrate having cognizance of the case, to be dealt with according to law.  You are further directed to execute this writ or warrant either in daytime or nighttime.

Bond for the release of the above named defendant, to guarantee said defendant's appearance in all the Court's proceedings herein, be and the same is hereby fixed in the sum of $ 15 00.00 until the further Order of the Court.

Dated this __26__ day of April, 2007.

_Jmmmmm_____
Judge of the District Court

Presenting Agency:     MUSKOGEE COUNTY SHERIFF'S OFFICE     Agency Case Number:

EXTRADITE / ENTER NCIC:          YES      NO

Circle ONE:      LOCAL ONLY          ALL STATES      SURROUNDING STATES

Identifiers:    Gender:   Female          Race:        White
                Height:   5' 6"           Eye Color:   GREEN
                Weight:   130 lbs.        Hair Color:
                DL #:
                Markings:



## OFFICER'S REPORT

STATE OF OKLAHOMA, COUNTY OF MUSKOGEE

Received the within writ on the _____ day of April, 2007 and executed the same by taking into custody **DAWN LITTLEFIELD** and presenting her before the court this 26 day of April, 2007

**Fees:** Arresting _____ persons at $ _____ each $_____

_____ miles at $_____ per mile $_____

TOTAL $_____

By: _Terry Freeman · mcoTD_
Law Enforcement Officer

IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY

THE STATE OF OKLAHOMA,        )
      Plaintiff,                )
                         )
vs.                        )    Case No.  CF-2007-369
                         )
DAWN LITTLEFIELD         )
      Defendant(s),        )

## SUBPOENA

STATE OF OKLAHOMA, COUNTY OF MUSKOGEE:

TO:    Kory Mccorkle, ███████████ Tulsa, OK  74133

You are hereby commanded to appear before the District Court of Muskogee County in the City of Muskogee on the **30th day of May, 2007, at 9:00 AM.**

then and there to testify on behalf of the State of Oklahoma as a witness in the above entitled case wherein the State of Oklahoma prosecutes the said **DAWN LITTLEFIELD** and you will remain in attendance and on call of said court from day to day and term to term until lawfully discharged.

*THIS YOU SHALL IN NO WAY OMIT UNDER PENALTY OF LAW*

Witness my hand and seal this __4__ day of May, 2007.

Paula Sexton, Court Clerk                  LARRY D. MOORE, District Attorney

_____, Deputy    or    By:_____

## INSTRUCTIONS

- The Muskogee County Courthouse is located at **220 State Street, Muskogee.**
- **Report to the office of the District Attorney 30 minutes prior to the scheduled time.**
- **Do not go into the courtroom.**
- **Dress Appropriately. Shorts are not permitted in the Courtroom**
- **If you are traveling from out of county or state, receipts for food and lodging MUST be retained for possible reimbursement by the District Attorney's Office.**

This case is presently set for **Preliminary Hearing.** Please check beforehand to see if your attendance is still required at the above printed time and date. During the week, between the hours of 8:00 AM and 5:00 PM, you may call the Muskogee County District Attorney's Office at (918)682-9400. If your case is rescheduled, a *new subpoena* will be issued notifying you of your new appearance time and date.

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE

**IN AND FOR THE EAST CENTRAL JUDICIAL ADMINISTRATIVE DISTRICT**
**STATE OF OKLAHOMA** 2007 MAY 18 AM 11: 37

**ORDER OF ASSIGNMENT** PAULA SEXTON
**ECJA -7** COURT CLERK

Pursuant to the Rule on Administration of Courts, 20 O.S., Ch.1, App. 2, Rule 2, proper request and showing of good cause, the undersigned ORDERS and DIRECTS the assignment of:

**DARRELL G. SHEPHERD ASSOCIATE DISTRICT JUDGE**

to the District Court of Muskogee County, Oklahoma to take required Judicial action in the case of:

STATE OF OKLAHOMA

VS.                                Case No. CF-2007-369

DAWN MICHELLE LITTLEFIELD

This assignment is effective today and until final disposition of the Preliminary Hearing. The attorneys are directed to contact Judge Darrell G. Shepherd for hearing date and time.

Dated:

_____
THOMAS H. ALFORD, Presiding Judge
East Central Judicial Administrative District

COPIES:

    COURT ADMINISTRATOR: Mike Evans, Administrative Director of the Courts, 1915 N. Stiles, Suite 305, Oklahoma City, OK 73105

    ASSIGNED JUDGE: Darrell G. Shepherd, Wagoner County Courthouse , 307 East Cherokee Street Wagoner, OK 74467

    COURT CLERK: Paula Sexton

    ATTORNEY FOR DEFENDANT: Donn F. Baker, 319 West Dela ware Street, Tahlequah, OK 74401

## IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY

THE STATE OF OKLAHOMA,  )
    Plaintiff,  )
        )
vs.  )    Case No. CF-2007-369
        )
DAWN LITTLEFIELD,  )
    Defendant.  )

### ORDER SETTING HEARING

Plaintiff's Motion to Allow Child Witness Testimony by Alternative Method having been filed herein;

IT IS HEREBY ORDERED that the same is scheduled for hearing before the Honorable Darrell Shepherd on the 22nd day of June, 2007 at 9:00 a.m.

_____
JUDGE OF THE DISTRICT COURT

### CERTIFICATE OF DELIVERY

I do hereby certify that on the 11th day of June, 2007, I faxed a true and correct copy of the above and foregoing motion to Donn Baker, Attorney for Defendant at 918-456-7515.

_____

**IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY**

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE

2007 JUN 11 PM 6: 20

PAULA SEXTON
COURT CLERK

| | |
|---|---|
| THE STATE OF OKLAHOMA,<br>Plaintiff,<br><br>vs.<br><br>DAWN LITTLEFIELD,<br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. CF-2007-369<br>)<br>)<br>) |

### MOTION TO ALLOW CHILD WITNESS TESTIMONY BY ALTERNATIVE METHOD

Comes now the State of Oklahoma, hereinafter "the State", by and through Larry D. Moore, District Attorney for the Fifteenth Prosecutorial District, and in accordance with Title 12, O.S. § 2611.3, et seq., respectfully moves the Court to grant this Motion to Allow Child Witness Testimony by Alternative Method. In support thereof, the State would show the Court as follows:

1.) The above-named Defendant has been charged by Information with one count of Domestic Abuse-Assault and Battery.

2.) Said count is for a charge regarding alleged abuse as to the Defendant's minor daughter, L.L., who is seventeen (17) years old and as witnessed by the Defendant's minor son, C.L., who is ten (10) years old.

3.) Requiring the minor child, C.L., to testify in open Court and to be confronted face-to-face by the Defendant would likely result in serious emotional trauma that would substantially impair the child's ability to communicate with the findings of fact.

Wherefore, based upon the foregoing, the State prays that the Court grant its Motion herein.

Respectfully submitted,

Larry D. Moore, District Attorney

By: _Larry D. Moore_

## CERTIFICATE OF DELIVERY

I do hereby certify that on the 11th day of June, 2007, I faxed a true and correct copy of the above and foregoing motion to Donn Baker, Attorney for Defendant at 918-456-7515.

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE

**IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF**
**THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY** PM 6: 20

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA, | ) | PAULA SEXTON |
| **Plaintiff,** | ) | COURT CLERK |
| | ) | |
| vs. | ) | **Case No. CF-2007-369** |
| | ) | |
| DAWN LITTLEFIELD, | ) | |
| **Defendant.** | ) | |

### MOTION TO APPOINT ADVOCATE FOR CHILD WITNESS

Comes now the State of Oklahoma, hereinafter "the State", by and through Larry D. Moore, District Attorney for the Fifteenth Prosecutorial District, and in accordance with Title 12 O.S. § 2611.7(b), respectfully moves the Court to grant this Motion to Appoint Advocate for Child Witness. In support thereof, the State would show the Court as follows:

1.) Title 12 O.S. § 2611.7(b) allows the Court to appoint an advocate to monitor the potential for emotional trauma.

2.) The case at bar involves the alleged abuse by Defendant of her 17 year old daughter as witnessed by her 10 year old son.

3.) The child witness, the Defendant's 10 year old son, is likely to suffer severe emotional trauma when called to testify.

4.) 12 O.S. § 2611.7(b) requires that such an advocate be a Court Appointed Special Advocate ("CASA"), a registered professional social worker, a psychologist or a psychiatrist.

5.) The Court should appoint such an advocate, *sui asponte* and without need of hearing.

Wherefore, based upon the foregoing, the State prays that the Court grant its Motion herein.

Respectfully submitted,

Larry D. Moore, District Attorney

By: _____

## CERTIFICATE OF DELIVERY

I do hereby certify that on the 11th day of June, 2007, I faxed a true and correct copy of the above and foregoing motion to Donn Baker, Attorney for Defendant at 918-456-7515.

**IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY**

THE STATE OF OKLAHOMA,    )
    )
    Plaintiff,    )
    )
vs.    )    Case No.  CF-2007-369
    )
DAWN LITTLEFIELD,    )
    )
    Defendant(s),    )
    )

## MOTION TO DISMISS

I, **Larry D. Moore**, the undersigned District Attorney of said County, in the name and by the authority of the State of Oklahoma, moves the Court to dismiss the above entitled cause without prejudice for the following reason, to wit:

In the best interest of justice.

WHEREFORE, Larry D. Moore, District Attorney, moves the court to dismiss the above entitled cause without prejudice.

DATED this _3rd_ day of August, 2007.

LARRY D. MOORE,
DISTRICT ATTORNEY

James E. Walters
Assistant District Attorney

## ORDER

NOW, on this _3rd_ day of August, 2007, this case comes on to be heard before me, the undersigned Judge in and for Muskogee County, State of Oklahoma, and the Court being fully advised in the premises FINDS that said case should be dismissed without prejudice, and the same is HEREBY DISMISSED at the costs to the Defendant ordered waived and said Defendant is discharged and the bondsman is released from any liability herein.

Judge of the District Court