# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

## REDACTED EXHIBIT 190

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

OKLAHOMA HIGHWAY PATROL
OKLAHOMA UNIFORM VIOLATIONS COMPLAINT

Case No. _____ Docket No. _____ Page No. _____

State of Oklahoma
-ss-    In The District Court

County of _Muskogee_

COMPLAINT-INFORMATION    DPS **E611925**

The undersigned, being duly sworn, upon his oath deposes and says that:

| on or about (date) | at (24 hour time) | | at or near (location) |
|---|---|---|---|

| County Number | 51 | East Control-Int. | 0 3 3 3 | North Location | 0 4 8 0 |
|---|---|---|---|---|---|

within the city, county and state aforesaid:

Name (last, first, middle) _Littlefield, Linda M_    Phone Number _479-3642_

Address [redacted]

City _Oktaha_    State _OK_    Zip Code _74450_

| Birthdate (mo., day, yr) | Height 505 | Weight 145 | Race W | Sex F | Class D | Endorsements |
|---|---|---|---|---|---|---|

Driver License Number _F-0828 69786_    Withdrawal ☐ Y ☐ N    Month/Year    State _OK_

Employer ____    Did Unlawfully    Operate ☐    Park ☐

| Vehicle-Make | Year | Body Style-Color | Tag Number | Year | State |
|---|---|---|---|---|---|
| TOYO | | | 960-CZT | 08 | OK |

Commercial Motor Vehicle ☐ Y ☐ N    ☐ Haz. Mat. Placard    ACCIDENT: ☐ PD ☐ PI ☐ FATALITY

and did then and there commit the following offense:

| | | | Pace | Radar | Plane | Other |
|---|---|---|---|---|---|---|
| SPEEDING | MPH in | MPH Zone | ☐ | ☐ | ☐ | ☐ |

Other Violation: _Fail to stop at stop sign_

Contrary to Title _47_ Section _11-403 B_    Oklahoma Statutes

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

_____ _04-07-08_ Badge No. _812_ Troop _C_
Signature of Officer    Date

Sworn to and subscribed before me this _____ day of _____ .20 _____

_____
Name and Title    My Commission Expires _____

Court Appearance: _15_ day of _MAY_, 20 _08_ at _1:00_ M    [DPS USE]

Address of Court _220 State St. Muskogee_

NOTICE: Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.

WITHOUT ADMITTING GUILT, I promise to appear in said court at said time and place.

X Signature: _____

(CHECK ONE BOX ONLY)

| ☐ Signed Personal Recognizance | ☐ Bond Attached | ☐ Magistrate | ☐ Jail | ☒ Other |
|---|---|---|---|---|

☐ Juvenile    Name of Parent or Guardian _____
Address _____

Officer's Remarks: _____

AREA: ☐ business ☐ industrial ☐ school ☐ residential ☒ rural

HIGHWAY TYPE: ☐ 1 lane ☒ 2 lane ☐ 3 lane ☐ 4 or more undivided ☐ 4 or more divided ☐ on/off ramp

