**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

**REDACTED EXHIBIT 191**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**



STATE OF OKLAHOMA
COUNTY OF MUSKOGEE
FILED

**In the District Court In and For Muskogee County**
**State of Oklahoma**

2007 JUN 12 AM 9: 44

PAULA SEXTON
COURT CLERK

| | |
|---|---|
| State of Oklahoma, | ) |
| | ) |
| Plaintiff, | ) |
| Vs. | ) Case No. CF-2006-244 |
| | ) |
| Dawn Littlefield, | ) |
| | ) |
| Defendant. | ) |

## WAIVER OF 20 DAY RULE

COMES NOW the Defendant, Dawn Littlefield, by and through her attorney,

Donn F. Baker and informs the Court that she hereby waives the 20 day rule wherein she

must have a revocation hearing within 20 days. That the Defendant, Defendant's counsel

and State's attorney, James Walters, have agreed that the application to revoke will trail

the disposition of felony case number CF-2007-369.

Respectfully submitted,

DAWN MICHELLE LITTLEFIELD
Defendant

Donn F. Baker, OBA#443
Attorney at Law
319 West Delaware
Tahlequah, OK 74464
(918) 456-1233

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF MAILING

I, Donn F. Baker, hereby certify that on the $\underline{24}$ day of $\underline{May}$, 2007, mailed a true and correct copy of the foregoing to: James Walter, Assistant District Attorney, Muskogee County Courthouse, 220 State Street, Muskogee, OK 74401; Judge Darrell Shepherd, Wagoner County Courthouse, 307 E. Cherokee St., Wagoner, OK 74467 with proper postage affixed thereon.

## IN THE DISTRICT COURT OF Muskogee COUNTY, STATE OF OKLAHOMA
### BENCH WARRANT:FAILURE TO PAY

STATE OF OKLAHOMA
      Plaintiff.

2007 DEC 21  AM 8:50

VS.

COURT CLERK

CASE NO:    CF-06-00244

DAWN MICHELLE LITTLEFIELD
D.O.B.: ███68   Defendant.
SS #: ███0275

THE STATE OF OKLAHOMA,
To any Sheriff, Constable, Marshal or Policeman in this State:

GREETINGS: WHEREAS, an INFORMATION having been filed in the District Court of Muskogee County,
State of Oklahoma, charging:

### DAWN MICHELLE LITTLEFIELD

### OKTAHA, OK  74450

**474-7647**
**OK DL #: 082408411**      **EXP DATE: 5-07**
**5FT 6IN 135 LBS EYES-GREEN HAIR-RED**

### BENCH WARRANT:FAILURE TO PAY

You are therefore commanded forthwith to arrest the above named defendant and bring said defendant before the
the District Court of Muskogee County to answer said Charge, or if the Court has adjourned for the term, that you
deliver said defendant into the custody of the Sheriff of Muskogee County, to be detained by said Sheriff until the
further order of the Court, or until bond is posted as listed below.

Bond Amount: $ _400.00 Cash_

GIVEN UNDER MY HAND AND SEAL of said Court, this 20th day of _Dec_, 20_07_
    BY ORDER OF THE COURT:

_____
           Judge

**OFFICER'S RETURN**

I received this FAILURE TO APPEAR BENCH WARRANT on the ____ day of _____, 20 ____, and
EXECUTED THE SAME on the _31st_ day of _December_, 20_07_.

BY: _Recalled By Judge Adair_

CHARLES PEARSON
~~Sheriff, Muskogee County~~    **SHERIFF**

BY _____ **DEPUTY/UNDERSHERIFF**



# IN THE DISTRICT COURT OF Muskogee COUNTY, STATE OF OKLAHOMA
## BENCH WARRANT:FAILURE TO PAY

STATE OF OKLAHOMA
        Plaintiff.

VS.

DAWN MICHELLE LITTLEFIELD
D.O.B.: ████68  Defendant.
SS #: ████0275

2007 DEC 21  AM 8: 50

PAULA SEXTON
COURT CLERK

CASE NO:    CF-06-00244

THE STATE OF OKLAHOMA,
To any Sheriff, Constable, Marshal or Policeman in this State:

GREETINGS: WHEREAS, an INFORMATION having been filed in the District Court of Muskogee County,
State of Oklahoma, charging:

**DAWN MICHELLE LITTLEFIELD**
██████████

**OKTAHA, OK  74450**

**474-7647**
**OK DL #: 082408411          EXP DATE: 5-07**
**5FT 6IN 135 LBS EYES-GREEN HAIR-RED**

## BENCH WARRANT:FAILURE TO PAY

You are therefore commanded forthwith to arrest the above named defendant and bring said defendant before the
the District Court of Muskogee County to answer said Charge, or if the Court has adjourned for the term, that you
deliver said defendant into the custody of the Sheriff of Muskogee County, to be detained by said Sheriff until the
further order of the Court, or until bond is posted as listed below.

Bond Amount: $ 400.⁰⁰ Cash

GIVEN UNDER MY HAND AND SEAL of said Court, this 20th day of Dec , 2007
    BY ORDER OF THE COURT:

_____
             Judge

## OFFICER'S RETURN

I received this FAILURE TO APPEAR BENCH WARRANT on the _____ day of _____, 20 ____, and
EXECUTED THE SAME on the ____day of _____, 20____.

BY:_____

_____SHERIFF

    BY_____DEPUTY/UNDERSHERIFF

**RETURN**

Received the within writ on the _____ day of _____ , _____ at _____ A.M./P.M

and executed on the _____ day of _____ , _____ at _____ A.M./P.M

BY: _____ Mailing in the U.S. mail, postage prepaid thereon
_____ Personal service by sheriff
_____ Personal service by District Attorney's Office

**CHARLES PEARSON**
Sheriff, Muskogee County

Dated this _21st_ day of _May_ , _2007_

_Cecilia Culles_

I hereby certify that the within to be a
true copy of the original subpoena

| | |
|---|---|
| Serving first paper | $ _____ |
| Additional person | $ _____ |
| Copies | $ _____ |
| Mileage | $ _____ |
| Total | $ _____ |

_Probation + parole
served to P+P office
at MSO 5p-|07_

IN THE DISTRICT COURT IN AND FOR ~~WAGONER~~ Muskogee COUNTY
DIVISION, STATE OF OKLAHOMA

State of Oklahoma )
                  )
                  )
_____   )
     Plaintiff,   )
vs.               )      CASE NO. CF-06-244
_____   )
Dawn Michelle Littlefield )
                  )      COURT MINUTE
_____   )        (SUMMARY)
     Defendant.   )

Darrell Shepherd _____ Judge.

_____ Reporter.

Date: __5-22-07__    Time: _____

Plaintiff's Attorney  ADA James Walters

Defendant's Attorney  Donn Baker

Other  _____

CAUSE COMES ON FOR: _____

RULING/FINDING BY COURT: Rev. hrg. re-set for 6/22/07
@ 9:00 A.M. Defendant will waive 20 day rule
per phone call from undersigned to Donn Baker.

_____  ORDERED TO DRAW JOURNAL ENTRY

☐ Clerk ordered to send stamped, filed copy.

JUDGE OR COURT CLERK

CERTIFICATE OF MAILING

Copy of the above minute was mailed on this _____ day of _____,
20_____, to all attorneys of record as shown on the Civil Docket.

\JudithSkeen\FORMS\Court Minute.summary.doc

**In the District Court In and For Muskogee County**
**State of Oklahoma**

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE
FILED

2007 MAY 24  AM 12: 12

PAULA SEXTON
COURT CLERK

| | | |
|---|---|---|
| State of Oklahoma, | ) | |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | Case No. CF-2006-244 |
| | ) | |
| Dawn Littlefield, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF 20 DAY RULE

COMES NOW the Defendant, Dawn Littlefield, by and through her attorney,

Donn F. Baker and informs the Court that she hereby waives the 20 day rule wherein she

must have a revocation hearing within 20 days. That the Defendant, Defendant's counsel

and State's attorney, James Walters, have agreed that the application to revoke will trail

the disposition of felony case number CF-2007-369.

Respectfully submitted,

DAWN MICHELLE LITTLEFIELD
Defendant

Donn F. Baker, OBA#443
Attorney at Law
319 West Delaware
Tahlequah, OK  74464
(918) 456-1233

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF MAILING

I, Donn F. Baker, hereby certify that on the $\underline{24}$ day of $\underline{May}$, 2007, mailed a true and correct copy of the foregoing to: James Walter, Assistant District Attorney, Muskogee County Courthouse, 220 State Street, Muskogee, OK 74401; Judge Darrell Shepherd, Wagoner County Courthouse, 307 E. Cherokee St., Wagoner, OK 74467 with proper postage affixed thereon.

IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY

THE STATE OF OKLAHOMA, )
      Plaintiff, )
)
vs. )    Case No.  CF-2007-369 &
)    CF-2006-244
DAWN LITTLEFIELD )
      Defendant(s), )

**SUBPOENA**

STATE OF OKLAHOMA, COUNTY OF MUSKOGEE:

TO:    Jan Ray, MUSKOGEE COUNTY SHERIFF'S OFFICE, 220 State Street , Muskogee, OK
      L.D.L., c/o DHS, 32nd Street, Muskogee, OK
      C.L., c/o DHS, 32nd Street, Muskogee, OK
      Doris  Branscum, c/o Jan Ray, MSO, 220 State St., Muskogee, OK
      Marc  Barnette,      Wagoner, OK
      Probation & Parole, 3105 Azalea Park Drive, Muskogee, OK

You are hereby commanded to appear before the District Court of Muskogee County in the City
of Muskogee on the **22nd day of June, 2007, at 9:00 AM.**

then and there to testify on behalf of the State of Oklahoma as a witness in the above entitled
case wherein the State of Oklahoma prosecutes the said **DAWN LITTLEFIELD** and you will
remain in attendance and on call of said court from day to day and term to term until lawfully
discharged.

*THIS YOU SHALL IN NO WAY OMIT UNDER PENALTY OF LAW*

Witness my hand and seal this _24th_ day of May, 2007.

Paula Sexton, Court Clerk          LARRY D. MOORE, District Attorney

_____, Deputy    or    By:_____

**INSTRUCTIONS**

- **The Muskogee** County Courthouse is located at **220 State Street, Muskogee.**
- **Report to the office of the District Attorney 30 minutes prior to the scheduled time.**
- **Do not go into the courtroom.**
- **Dress Appropriately.  Shorts are not permitted in the Courtroom**
- **If you are traveling from out of county or state, receipts for food and lodging MUST be
  retained for possible reimbursement by the District Attorney's Office.**

This case is presently set for **Preliminary Hearing/Revocation Hearing.**    Please check
beforehand to see if your attendance is still required at the above printed time and date.  During
the week, between the hours of 8:00 AM and 5:00 PM, you may call the Muskogee County
District Attorney's Office at (918)682-9400. If your case is rescheduled, a *new subpoena* will be
issued notifying you of your new appearance time and date.

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE
FILED

**IN THE DISTRICT COURT OF MUSKOGEE COUNTY**
**THE STATE OF OKLAHOMA**

2007 FEB 21  PM 4: 01

PAULA SEXTON
COURT CLERK

**THE STATE OF OKLAHOMA,**
**Plaintiff,**

vs.

**Case No.   CF-2006-244**

**DAWN MICHELLE LITTLEFIELD**
**SSN:** ███████0275
**DOB:** ███████/68
**Defendant,**

)
)
)
)
)
)
)
)
)
)

## JUDGMENT AND SENTENCE

Now, on this 29th day of June, 2006, this matter comes on before the undersigned Judge for sentencing and the Defendant, **DAWN MICHELLE LITTLEFIELD**, appears personally and by her attorney, Chad Richardson, the State of Oklahoma represented by David Pierce, and the Defendant, having previously Count 1: PLED GUILTY OF OTHER
to/of the crime(s) of:

Count 1:  ASSAULT AND BATTERY DOMESTIC, a MISDEMEANOR,
committed on or about the 10th day of March, 2006

(X)    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** by the Court that the Defendant, **DAWN MICHELLE LITTLEFIELD,** is guilty of the above described offenses and is sentenced as follows:

### TERM OF IMPRISONMENT WITH EXECUTION OF SENTENCE SUSPENDED

(Attach additional sheet(s) to clarify, if necessary)

Count 1 Sentenced to a term of 1 year in the Oklahoma Department of Corrections.

All of said term(s) of imprisonment suspended pursuant to the rules and conditions of probation entered by the court.

Under the custody and control of:

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT** that in addition to the preceding terms, the Defendant is also sentenced to:

### COSTS, VCA AND RESTITUTION

Fine: $200.00

VCA:$100

Court costs as accrued.

### SPECIAL RULES AND CONDITIONS OF PROBATION

**IT IS FURTHER ORDERED** that judgment is hereby entered against the Defendant as to the fines, costs, and assessments set forth above.

The Court further advised the Defendant of her rights and procedure to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by her to perfect such appeal, and that if she desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State subject to reimbursement of the cost or representation in accordance with Sec. 1335.14 of Title 22.

In the event the above sentence is for incarceration in the Department of Corrections, the Sheriff of Muskogee County, Oklahoma is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to serve as warrant authority of the Sheriff for the transportation and the imprisonment of the Defendant as herein before provided.  The Sheriff to make due return to the clerk of this Court, with his proceedings endorsed thereon.

**WITNESS** my hand the day and year first above mentioned.

_____
Judge of the District Court

(SEAL)

ATTEST:    Paula Sexton, Court Clerk

Deputy Clerk

## CLERK'S CERTIFICATION OF COPIES

I, Paula Sexton, Clerk of the District Court of Muskogee County, State of Oklahoma, do hereby certify the foregoing to be true, correct, full and complete copy of the original Judgment and Sentence in the case of Oklahoma v. **DAWN MICHELLE LITTLEFIELD** as the same appears of record in my office.

WITNESS my hand and official seal this _____ day of February, 2007.

(SEAL)

Paula Sexton, Court Clerk

By:    _____
Deputy Clerk

## SHERIFF'S RETURN

I received this Judgment and Sentence the _____ day of February, 2007, and executed it by delivering the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, on the _____ day of February, 2007.

I also certify the above prisoner has served _____ days in the County Jail on the present charge or charges.

Charles Pearson, Sheriff

_____
Deputy Sheriff

IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY

THE STATE OF OKLAHOMA,  )
      Plaintiff,  )
        )
vs.  )   Case No.   CF-2006-244
        )
DAWN MICHELLE LITTLEFIELD  )
        )
ADDR: ████████  )
     Wainwright, OK  74468  )
SSN:  ███0275  )
DOB:  ███968  )
        )
     Defendant(s),  )

## APPLICATION TO REVOKE SUSPENDED SENTENCE

I, **Larry D. Moore**, the undersigned District Attorney of said County, in the name and by the authority of the State of Oklahoma, show that the above-named Defendant **DAWN MICHELLE LITTLEFIELD**, on the 29th day of June, 2006 previously:

COUNT 1     PLED GUILTY OF OTHER

to/of the crime(s) of:

COUNT 1     DOMESTIC ASSAULT & BATTERY ~ 21 O.S. § 644(C) a MISDEMEANOR

**FURTHER, THAT** on the 29th day of June, 20067, the Court sentenced the above-named Defendant to:

    (X)  Count 1   Sentenced to a term of 1 year suspended, under the custody and control of the pursuant to the rules and conditions of probation entered by the court under statutory and/or Court-imposed rules of probation.

**FURTHER, THAT** the said Defendant is in violation of the terms and conditions of probation of said Judgment and Sentence, to-wit:

Dawn Littlefield drug her 17 year old child out of the backseat of a car, throwing her into the front seat, and began to beat her about her face, body, and arms leaving serious bruising about her body.

That the aforesaid acts violated the conditions and is good cause for the Court to revoke said suspended sentence.

**WHEREFORE, THE STATE OF OKLAHOMA** requests that the Court set a date for hearing this Petition and that the suspension clause in said Judgment and Sentence be set aside and revoked, and that the sentence be carried out in full, according to its terms.

DATED THIS _4th_ day of May, 2007.

            LARRY D. MOORE
            DISTRICT ATTORNEY

            By:_____
            Assistant District Attorney

# IN THE DISTRICT COURT OF Muskogee COUNTY, STATE OF OKLAHOMA
## BENCH WARRANT:APPL TO REVOKE

STATE OF OKLAHOMA,
Muskogee
COUNTY OF MUSKOGEE

STATE OF OKLAHOMA
     Plaintiff.

2007 MAY 04 AM 10: 46
4

VS.

PAULA SEXTON
COURT CLERK     CASE NO:    CF-06-00244

DAWN MICHELLE LITTLEFIELD
D.O.B.: ███████ /68    Defendant.
SS #: ██████ 0275

THE STATE OF OKLAHOMA,
To any Sheriff, Constable, Marshal or Policeman in this State:

GREETINGS: WHEREAS, an INFORMATION having been filed in the District Court of Muskogee County, State of Oklahoma, charging:

**DAWN MICHELLE LITTLEFIELD**
████████████

**OKTAHA, OK 74450**

**474-7647**
**OK DL #: 082408411      EXP DATE: 5-07**
**5FT 6IN 135 LBS EYES-GREEN HAIR-RED**

### BENCH WARRANT:APPL TO REVOKE

You are therefore commanded forthwith to arrest the above named defendant and bring said defendant before the the District Court of Muskogee County to answer said Charge, or if the Court has adjourned for the term, that you deliver said defendant into the custody of the Sheriff of Muskogee County, to be detained by said Sheriff until the further order of the Court, or until bond is posted as listed below.

Bond Amount: $_____

GIVEN UNDER MY HAND AND SEAL of said Court, this 4 day of May , 2007.
     BY ORDER OF THE COURT:

_____
              Judge

### OFFICER'S RETURN

I received this FAILURE TO APPEAR BENCH WARRANT on the _____ day of _____, 20 ____, and EXECUTED THE SAME on the _____ day of _____, 20____.

BY:_____

_____SHERIFF

    BY_____DEPUTY/UNDERSHERIFF

# COMMITMENT/RELEASE

THE STATE OF OKLAHOMA
MUSKOGEE COUNTY

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE
)ss    FILED

2007 MAY 18 AM 6:51

PAULA SEXTON
COURT CLERK

IN THE DISTRICT COURT

BEFORE _____ JUDGE

To the Sheriff of the County of Muskogee:
An order having been this day made by me, that _____ Dawn Littlefield _____ be held to answer upon charge(s) of:

| CHARGES | CASE # | BOND REQUIRED $ |
|---|---|---|
| Amp. to Rev. | CF-06-244 | Recog. to Don Baker |
| | | |
| | | |
| | | |
| | | |
| FINES _____ | COSTS _____ | |
| SENTENCE _____ | | |

INCARCERATE: DOC____COUNTY JAIL____WEEKENDS____DOC IN CO. JAIL____(Bondsman_____)

Waives 10 days:    YES_____    NO_____

You are commanded to:

_____ release him/her from your custody in the above cases

_____ receive him/her into your custody and detain until legally discharged.

Dated at Muskogee, this ___17th___ day of ___May___, 20 07

THE STATE OF OKLAHOMA
MUSKOGEE COUNTY

_____
JUDGE

CHARLES PEARSON SHERIFF 07 MAY 2 PM 2 43 STATE OF OKLAHOMA COUNTY OF MUSKOGEE

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE
FILED

2007 MAY 18 AM 6:52

SEXTON
COURT CLERK

## IN THE DISTRICT COURT IN AND FOR MUSKOGEE COUNTY
## STATE OF OKLAHOMA

State of Oklahoma    )      Case Number: _CF-06-244_
    Plaintiff       )

Vs.

_DAwiN Littlefield_
Defendant

### RECOGNIZANCE RELEASE

The undersigned attorney herewith requests that the above named defendant be released from the Muskogee County/City Detention Facility on his/her recognizance and in my custody to appear for all necessary court appearances in the district court before a District Judge on __30__day of __MAy__, 200_7_ at _____.
                        (time)

The undersigned agrees that if the defendant should fail to appear at said time and place, he/she, the attorney, will immediately cause his/her appearance or cause an appearance bond to be posted for and on the behalf of the defendant in such sum as the court shall require, and in the event of the failure of said defendant to appear or bond posted, said attorneys recognizance privilege will be removed by the court.

Date: __17__ day of __MAy__, 200_7_

_____
Signature of Attorney for Defendant

_____
Name of Attorney (Printed)

_____
Signature of Defendant

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE

# IN AND FOR THE EAST CENTRAL JUDICIAL ADMINISTRATIVE DISTRICT
## STATE OF OKLAHOMA

2007 MAY 18  AM 11: 37

## ORDER OF ASSIGNMENT
### ECJA -8

PAULA SEXTON
COURT CLERK

Pursuant to the Rule on Administration of Courts, 20 O.S., Ch.1, App. 2, Rule 2, proper request and showing of good cause, the undersigned ORDERS and DIRECTS the assignment of:

**DARRELL G. SHEPHERD ASSOCIATE DISTRICT JUDGE**

to the District Court of Muskogee County, Oklahoma to take required Judicial action in the case of:

STATE OF OKLAHOMA

VS.                                    Case No. CF-2006-244

DAWN MICHELLE LITTLEFIELD

This assignment is effective today and until final disposition of the case. The attorneys are directed to contact Judge Darrell G. Shepherd for hearing date and time.

Dated: 5·18·07

_____
THOMAS H. ALFORD, Presiding Judge
East Central Judicial Administrative District

COPIES:
COURT ADMINISTRATOR: Mike Evans, Administrative Director of the Courts, 1915 N. Stiles, Suite 305, Oklahoma City, OK 73105
ASSIGNED JUDGE: Darrell G. Shepherd, Wagoner County Courthouse , 307 East Cherokee Street Wagoner, OK 74467
COURT CLERK: Paula Sexton
ATTORNEY FOR DEFENDANT: Donn F. Baker, 319 West Dela ware Street, Tahlequah, OK 74401

**IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY**

| | |
|---|---|
| THE STATE OF OKLAHOMA,<br>Plaintiff, | )<br>)<br>) |
| vs. | )<br>) Case No. CF-2006-244<br>) |
| DAWN MICHELLE LITTLEFIELD<br>Defendant(s), | )<br>)<br>) |

~~SUBPOENA~~

STATE OF OKLAHOMA, COUNTY OF MUSKOGEE:

TO:    Probation & Parole, 3105 Azalea Park Drive , Muskogee, OK   74401

You are hereby commanded to appear before the District Court of Muskogee County in the City of Muskogee on the **30th day of May, 2007, at 9:00 AM.**

then and there to testify on behalf of the State of Oklahoma as a witness in the above entitled case wherein the State of Oklahoma prosecutes the said **DAWN MICHELLE LITTLEFIELD** and you will remain in attendance and on call of said court from day to day and term to term until lawfully discharged.

*THIS YOU SHALL IN NO WAY OMIT UNDER PENALTY OF LAW*

Witness my hand and seal this _18th_ day of May, 2007.

Paula Sexton, Court Clerk                          LARRY D. MOORE, District Attorney

_____, Deputy      or     By: _____

### INSTRUCTIONS

- The **Muskogee** County Courthouse is located at **220 State Street, Muskogee.**
- **Report to the office of the District Attorney 30 minutes prior to the scheduled time.**
- **Do not go into the courtroom.**
- **Dress Appropriately.  Shorts are not permitted in the Courtroom**
- **If you are traveling from out of county or state, receipts for food and lodging MUST be retained for possible reimbursement by the District Attorney's Office.**

This case is presently set for **Revocation Hearing.**  Please check beforehand to see if your attendance is still required at the above printed time and date.  During the week, between the hours of 8:00 AM and 5:00 PM, you may call the Muskogee County District Attorney's Office at (918)682-9400.  If your case is rescheduled, a *new subpoena* will be issued notifying you of your new appearance time and date.

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE
FILED
PAULA SEXTON
COURT CLERK

IN THE DISTRICT COURT IN AND FOR MUSKOGEE COUNTY
STATE OF OKLAHOMA 2007 MAY 22  AM 8: 52

State of Oklahoma,             )
                               )
        Plaintiff,             )
Vs.                            )  Case No. CF-2006-244
                               )
Dawn Littlefield,             )
                               )
        Defendant.            )

## ENTRY OF APPEARANCE

COMES NOW Donn F. Baker and hereby enters his appearance as counsel of record for

the Defendant, Dawn Littlefield.

All future notices or correspondence should be forwarded to counsel at the address below.

_____
DONN F. BAKER, OBA#443
ATTORNEY AT LAW
319 West Delaware
TAHLEQUAH, OK  74464
(918) 456-1233


## CERTIFICATE OF MAILING

I, Donn F. Baker, hereby certify that on the 18th day of May, 2007, mailed a true and
correct copy of the foregoing Entry of Appearance to:  District Attorney, Muskogee County
Courthouse, 220 State Street, Muskogee, OK  74401  with postage prepaid thereon.

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE
FILED

IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY

2007 MAY 22  AM 6: 16

PAULA SEXTON
COURT CLERK

THE STATE OF OKLAHOMA,
Plaintiff,

vs.

DAWN MICHELLE LITTLEFIELD
Defendant(s),

)
)
)
)
)
)
)
)

Case No. CF-2006-244

## SUBPOENA

STATE OF OKLAHOMA, COUNTY OF MUSKOGEE:

TO:    Probation & Parole, 3105 Azalea Park Drive , Muskogee, OK   74401

You are hereby commanded to appear before the District Court of Muskogee County in the City of Muskogee on the **30th day of May, 2007, at 9:00 AM.**

then and there to testify on behalf of the State of Oklahoma as a witness in the above entitled case wherein the State of Oklahoma prosecutes the said **DAWN MICHELLE LITTLEFIELD** and you will remain in attendance and on call of said court from day to day and term to term until lawfully discharged.

*THIS YOU SHALL IN NO WAY OMIT UNDER PENALTY OF LAW*

Witness my hand and seal this /8ᵗʰ day of May, 2007.

Paula Sexton, Court Clerk

LARRY D. MOORE, District Attorney

_____, Deputy    or    By: _____

## INSTRUCTIONS

- **The Muskogee** County Courthouse is located at **220 State Street, Muskogee.**
- **Report to the office of the District Attorney 30 minutes prior to the scheduled time.**
- **Do not go into the courtroom.**
- **Dress Appropriately.  Shorts are not permitted in the Courtroom**
- **If you are traveling from out of county or state, receipts for food and lodging MUST be retained for possible reimbursement by the District Attorney's Office.**

This case is presently set for **Revocation Hearing.**  Please check beforehand to see if your attendance is still required at the above printed time and date.  During the week, between the hours of 8:00 AM and 5:00 PM, you may call the Muskogee County District Attorney's Office at (918)682-9400.  If your case is rescheduled, a *new subpoena* will be issued notifying you of your new appearance time and date.

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE

**IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY**

2006 MAR 16 PM 1:59

PAULA SE____
COURT CL____

THE STATE OF OKLAHOMA,        )
        **Plaintiff,**        )
                        )
**VS.**        )
                        )
**DAWN MICHELLE LITTLEFIELD**        )
                        )
**ADDR:** ███████████        )
      Oktaha, OK   74450        )        **Case No. CF-2006-244**
**SSN:** ██████0275        )
**DOB:** ████768        )
                        )
      **Defendant(s),**        )

## INFORMATION

**FOR:**

**COUNT 1:**      **CHILD ABUSE BY INJURY~ 10 O.S. § 7115(A) a FELONY**

**STATE OF OKLAHOMA, COUNTY OF MUSKOGEE:**

    I, **John David Luton**, the undersigned District Attorney of said County, in the name and by the authority, and on behalf of the State of Oklahoma, give information that in said County of Muskogee and in the State of Oklahoma **DAWN MICHELLE LITTLEFIELD** did then and there unlawfully, willfully, knowingly and wrongfully commit the crime(s) of:

**COUNT 1**      **CHILD ABUSE BY INJURY~ a FELONY, on or about the 10th day of March, 2006, by willfully and maliciously causing physical and mental injury to L.D.L., age 16, by throwing L.D.L. into the bathroom, striking her repeatedly with a stick on her back, legs and arms, and calling her a bitch.**

This crime is punishable by a fine of $500-$5,000 or imprisonment from 1 year - Life, or both.

JOHN DAVID LUTON
DISTRICT ATTORNEY

By: _____
    Assistant District Attorney

Subscribed and sworn to before me this _____ day of March, 2006.

_____
NOTARY PUBLIC        05008386

My Commission expires: *9/8/2009*

## WITNESSES ENDORSED FOR THE STATE OF OKLAHOMA

Jim Williams,  MUSKOGEE COUNTY SHERIFF'S OFFICE, 220 State Street , Muskogee OK
Charles Fowler, P.O. Box 167, Oktaha OK  74450
L.D.L., Rt. 1 Box 1939, Oktaha OK  74450

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE
**IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY**

**THE STATE OF OKLAHOMA,**
          **Plaintiff,**

2006 MAR 16 PM 1:59

PAULA
COURT C

vs.                                                        **Case No. CF-2006-244**

**DAWN MICHELLE LITTLEFIELD**
**ADDR:** ▓▓▓▓▓▓▓
          Oktaha, OK  74450
**SSN:** ▓▓▓▓▓0275
**DOB:** ▓▓▓▓68
          **Defendant(s),**

)
)
)
)
)
)
)
)
)
)
)
)

## FELONY WARRANT

STATE OF OKLAHOMA, COUNTY OF MUSKOGEE, TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED to forthwith arrest and take said **DAWN MICHELLE LITTLEFIELD** into custody for the offense(s) of:

          COUNT 1:      CHILD ABUSE BY INJURY~ 10 O.S. § 7115(A) a **FELONY**

and bring her before me or some other Magistrate having cognizance of the case, to be dealt with according to law.  You are further directed to execute this writ or warrant either in daytime or nighttime.

Bond for the release of the above named defendant, to guarantee said defendant's appearance in all the Court's proceedings herein, be and the same is hereby fixed in the sum of $_____, until the further Order of the Court.

Dated this _____ day of March, 2006.

Judge of the District Court

**Presenting Agency:**          MUSKOGEE COUNTY SHERIFF'S OFFICE          Agency Case Number:

**EXTRADITE / ENTER NCIC:**          YES          NO

**Circle ONE:**          LOCAL ONLY          ALL STATES          SURROUNDING STATES

**Identifiers:**  Gender:  Female          Race:          White
               Height:  5' 6"          Eye Color:  GREEN
               Weight:  125 lbs.          Hair Color:  BLONDE
               DL #:
               Markings:

### OFFICER'S REPORT

STATE OF OKLAHOMA, COUNTY OF MUSKOGEE

Received the within writ on the _____ day of March, 2006 and executed the same by taking into custody **DAWN MICHELLE LITTLEFIELD** and presenting her before the court this_____day of March, 2006

**Fees:** Arresting _____ persons at $ _____ each  $_____

_____ miles at $_____ per mile  $_____

TOTAL $_____

By: _____
Law Enforcement Officer

## APPEARANCE BOND

S.A.&I. 408 (1993)

## IN THE DISTRICT COURT OF MUSKOGEE COUNTY, STATE OF OKLAHOMA

State of Oklahoma,

Plaintiff,

vs.                                             Case No._____

_Dawn Littlefield_
_& wife_ Defendant.

Know all men by these presents, that we the above named defendant, as principal, and the undersigned KIM PITMAN, agent for International Fidelity Insurance Company, as surety(ies), personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the state of Oklahoma in the sum of _Two Thousand_ Dollars($ _2000_ ) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of Muskogee County, State of Oklahoma, shall personally appear before the _District_ Court of said County on the _10_ day of _March_, 20 _10_, at _9:00_ o'clock _A_.M., of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of _OTB in Muni_

and shall not depart the said Court with out leave and shall obey any order issued by said Court, then this bond shall be void; otherwise, this bond shall remain in full force and effect.

Witness our hands and seals this _12_ day of _March_, 20 _06_

_____ Principal _Htl Box 535 Oktaha, OK 74459_ Address

_____ Surety P.O. Box 1269, Muskogee OK 74402-1269_ Address

International Fidelity Insurance Company__Surety One Newark Center, 20th Floor, Newark NJ 07102_____ Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this _____ day of _____, 20_____.

Paula Sexton, Court Clerk          _____ Sheriff

_____ Deputy          _____ Deputy

This undertaking approved this _13_ day of _MARCH_____, 20 _06_.

Paula Sexton, Court Clerk

(Seal)                              _Courtney Reed_ Deputy

### AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, MUSKOGEE COUNTY, SS:

The undersigned, being fully sworn upon oath, says that he is a resident of Muskogee County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as hereinafter specified under one or more of the following, to wit:

a) Consideration for this undertaking received or promised in the sum of $ _300 w/_.

b) Other security received or promised for making this undertaking, is as follows: _____

c) Such promise, security or consideration was received from:

_Dawn Littlefield_                    _____
Name                                 Address

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as one who commits perjury.

_____           P.O. Box 1269, Muskogee OK 74402-1269
Affiant                             Address

Subscribed and sworn to before me this _____ day of _____, 20____.
(Seal)

_____
Court Clerk - Notary Public

My Commission Expires:

_____
Deputy

**POWER OF ATTORNEY**
**INTERNATIONAL FIDELITY INSURANCE COMPANY** Power No. IB- 932390

Bond Department - 1-800-935-2245
P.O. Box 9810, Calabasas, CA 91372-9810

THIS POWER OF ATTORNEY NULL AND VOID
UNLESS USED BEFORE 12/31/06

It is unlawful to print this form without written consent of home office.

KNOW ALL MEN BY THESE PRESENTS, that INTERNATIONAL FIDELITY INSURANCE COMPANY, a corporation duly organized and existing under the laws of the State of New Jersey has constituted and appointed, and does hereby constitute and appoint,

its true and lawful attorney-in-fact, with full power and authority to sign the company's name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said attorney-in-fact may lawfully do and perform in the premises by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF THREE THOUSAND DOLLARS ($3,000.00)
AND MAY BE EXECUTED FOR RECOGNIZANCE ON CRIMINAL BAIL BONDS ONLY.

NOT VALID FOR IMMIGRATION BONDS

Bond Amt $ _____ Case # _____
Defendant _____
Appearance Date _____ DIV _____
Court City _____
Court County _____ State _____
Offense _____
Date Filed _____
Atty in fact _____
SIGNATURE / If applicable, add your COURT assigned Agent #

FORM IB (Rev. 6/05)

*NOTICE*
STACKING OF POWER IS STRICTLY PROHIBITED! No more than one power from this Surety may be used to execute any one bond.

IN WITNESS WHEREOF, said INTERNATIONAL FIDELITY INSURANCE COMPANY, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by its President and attested by its Secretary, this 1st day of August, 2003.

Francis Mitterhoff, Chairman of the Board

Norman Konwitz, Secretary

INTERNATIONAL FIDELITY INSURANCE CO.
1904

1. A separate Power of Attorney must be attached to each bond executed.
2. Powers of Attorney must not be returned to attorney-in-fact, but should remain a permanent part of court records.
3. The authority of such attorney-in-fact is limited to appearance bonds and cannot be construed to guarantee for failure to provide payments, back alimony payments, fines or wage law claims.

ENTER SURETY-ASSIGNED EXECUTING AGENT CODE # HERE:

## FELONY & MISDEMEANOR MINUTES

CASE NO. **CF-06-244**

CASE NO. _____

CASE NO. _____

CASE NO. _____

CASE NO. _____

### STATE:

DAVID PIERCE _____    TIM KING _____
JOHN DAVID LUTON _____    JOHN WRIGHT **X**
KRISTEN LITTLEFIELD _____    OTHER _____

### (SOUNDING) PRELIMINARY:

**3-30-06 @ 10:00 BA**

_____

_____

### ACCELERATION / REVOCATION:

_____

_____

_____

### REVIEW / CONTEMPT:

_____

_____

_____

### OTHER:

_____

_____

_____

_____

BENCH WARRANT: _____

BOND FORFEITURE: _____

DATE: **March 16**, 2006

DEFT: **Dawn Littlefield**

ATTY: **Chad Richardson**

PLED NOT GUILTY SET DISPOSITION DOCKET

_____

_____

ST REQUESTED BOND:$ _____

_____

_____

BOND SET:$ **Same**

_____

_____

CASH BOND:$ _____

_____

_____

CASH BOND REDUCED TO $ _____
TO PAY $ _____ MO. BEGINS 30 DAYS.
IF NOT POSTED SET CONTEMPT.

PRIOR BOND EXONERATED: _____

COURT APPOINTED ATTY: _____
DEFT NOTIFIED IF BOND IS MADE *HE/SHE*
MUST RETAIN OWN ATTY.

✓DEFT ADMONISHED FROM ALL
COMMUNICATION WITH ANY
WITNESS/VICTIM: **X**

DEFT NOTIFIED OF RIGHT TO CALL
EMBASSY _____.

NEED _____ INTERPRETER.

### JUDGE:

ADAIR _____    ROBINSON _____
ALFORD _____    NORMAN _____
THYGESEN **X**    OTHER _____

**IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR MUSKOGEE COUNTY**

THE STATE OF OKLAHOMA,
Plaintiff,

vs.

Case No. CF-2006-244

DAWN MICHELLE LITTLEFIELD
ADDR: ▮▮▮▮▮
Oktaha, OK 74450
SSN: ▮▮▮▮0275
DOB: ▮▮▮/68
Defendant(s),

)
)
)
)
)
)
)
)
)
)
)

## FELONY WARRANT

STATE OF OKLAHOMA, COUNTY OF MUSKOGEE, TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED to forthwith arrest and take said **DAWN MICHELLE
LITTLEFIELD** into custody for the offense(s) of:

COUNT 1:    CHILD ABUSE BY INJURY~ 10 O.S. § 7115(A) a **FELONY**

and bring her before me or some other Magistrate having cognizance of the case, to be dealt with
according to law.  You are further directed to execute this writ or warrant either in daytime or
nighttime.

Bond for the release of the above named defendant, to guarantee said defendant's appearance in
all the Court's proceedings herein, be and the same is hereby fixed in the sum of $_____,
until the further Order of the Court.

Dated this _____ day of March, 2006.

Judge of the District Court

Presenting Agency:    MUSKOGEE COUNTY SHERIFF'S OFFICE       Agency Case Number:

EXTRADITE / ENTER NCIC:       YES    NO

Circle ONE:    LOCAL ONLY       ALL STATES       SURROUNDING STATES

Identifiers:   Gender:   Female          Race:       White
               Height:   5' 6"           Eye Color:  GREEN
               Weight:   125 lbs.        Hair Color: BLONDE
               DL #:
               Markings:



### OFFICER'S REPORT

STATE OF OKLAHOMA, COUNTY OF MUSKOGEE

Received the within writ on the _____ day of March, 2006 and executed the same by taking into custody **DAWN MICHELLE LITTLEFIELD** and presenting her before the court this 10 day of March, 2006

Fees:   Arresting _____ persons at $ _____ each $_____

_____ miles at $_____ per mile $_____

TOTAL $_____

3/12/06. Release.
$2000. Jordan

By: Jimmie Williams, mco
Law Enforcement Officer

IN THE DISTRICT COURT OF MUSKOGEE COUNTY
STATE OF OKLAHOMA

**STATE OF OKLAHOMA**
Plaintiff

VS.

Dawn Michelle Littlefield
Defendant

CASE NO. CM-01-497

set by Judge RA

## ORDER

YOU HAVE BEEN ASSESSED THE COST AND/OR FINE IN THE ABOVE STYLED CASE IN THE AMOUNT OF $_____ PAYABLE AT $_100.00_ PER MONTH. PAYABLE ON THE __29__ DAY OF __August__, 2006 AND CONTINUING THEREAFTER UNTIL PAID IN FULL.

YOUR WILLFUL FAILURE TO PAY AS ORDERED WILL RESULT IN A BENCH WARRANT BEING ISSUED FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND FURTHER JAIL SENTENCE.

DATED THIS ___18___ DAY OF __August__, 2006.

Pd 100 00 today for July

_____
DISTRICT JUDGE

I HAVE READ AND UNDERSTAND THE ABOVE COURT ORDER.

Carol McKee
COST ADMINISTRATOR

_____
DEFENDANT'S SIGNATURE

MAKE CHECK OR MONEY ORDER PAYABLE TO:
PAULA SEXTON, DISTRICT COURT CLERK
P. O. BOX 1350   MUSKOGEE, OK 74402-1350
*Send Self Addressed Stamped Envelope for Return Receipt & Include Your Case Number on ALL Payments.

# MUSKOGEE COUNTY

## APPLICATION FOR STAY OF EXECUTION OF FINES/COSTS

I understand that my assessed fine(s)/costs are due IMMEDIATELY unless otherwise ordered by the Court. I understand that I may be subject to penalties. Including but not limited to imprisonment, if I fail to pay my assessed fine(s)/costs as ordered. I consent to an investigation into all information I provide on this application to verify its validity. I understand I may be held in CONTEMPT OF COURT for providing false and/or incomplete information on this application. I swear under PENALTY OF PERJURY that the information below is true and complete.

DATED _6-12 2007_

SIGNATURE _Daw Litter_ FINE/COST $_____

CASE# _CM-01-497_

SS#. ████ _0275_ DL# _632 452 4/6_ STATE _ok_ EXPIRES _5/31/07_

PROBATION OFFICER _____ PHONE NUMBER _____

LAST NAME _Littlefield_ FIRST _Dean_ MI _m._

PHYSICAL ADDRESS ████████ CITY _Oktaha_ ST/ZIP _74450_

MAILING ADDRESS _SAA_ CITY _____ ST/ZIP _____

PHYSICAL DESC: HGT. _56_ WGHT. _135_ EYES _Green_ HAIR _Red_ D.O.B. ████ _28_

RACE _AI_ MALE ✗ FEMALE ✗

HOME PHONE _474-7647_ CELL# _____ CONTACT# _____

EMPLOYER _Self_ HOW LONG _11 ys_ PHONE _474-7647_

EARNINGS _50000_ PER _yr_ #HRS/WK _Varies_ PAYDATES _Varies_

MARITAL STATUS: SINGLE____ MARRIED ✗ DIVORCED____ SEPERATED____

WIDOW/ER____ COMMON LAW____

Names and Ages of Children _Lacy (16), Clay (9)_

List others living in household Name_____ Relationship_____ Employer_____ Income____

_____

_____

AMOUNT OF CASH WITH YOU $ _100_ SAVINGS/CHECKING ACCOUNTS $_____

Property, Investments, Assets $_____

VEHICLES YOU OWN OR USE: YEAR_____ MAKE/MODEL_____