**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

_____

**REDACTED EXHIBIT 192**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

_____

IN THE DISTRICT COURT IN AND FOR MUSKOGEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHO
COUNTY OF OKLAHO
COUNTY OF MUSKO
FILED

2005 APR 25 PM 2: C

PAULA SEXTON
COURT CLERK

PAM LITTLEFIELD,                    )
                                    )
                    Plaintiff,      )
                                    )        Case No. C5- 05- 572
v.                                  )
                                    )
MIKE LITTLEFIELD,                   )
                                    )
                    Defendant.      )

## PETITION

COMES now the Plaintiff, Pam Littlefield, for her cause of action against the Defendant, and states as follows:

1.      The Plaintiff is an individual and resides in Muskogee County, Oklahoma.

2.      The Defendant is an individual and resides in Muskogee County, Oklahoma.

3.      The Plaintiff and Defendant were previously married and divorced in case number FD-95-115 in the District Court of Muskogee County, Oklahoma. That, as a part of the Divorce Decree, the parties entered into a written Property Settlement Agreement.

4.      Under the terms of the Property Settlement Agreement, the Defendant was required to pay certain monies for educational expenses for the children of the parties.

5.      The Defendant has breached the agreement by failure to pay the educational expenses required by the agreement. The Plaintiff has made demand on the Defendant for performance, pursuant to the agreement, but the Defendant has failed, refused and neglected to comply with the contract.

6.      The Plaintiff has been damaged to date as a result of the Defendant's breach of contract in the amount of $26,917.23.

Wherefore, premises considered, Plaintiff prays judgment against the Defendant for

breach of contract in the amount of $26,917.23; for reasonable attorney fees and costs; and for

such other and further relief as the court deems just.

D. D. Hayes   OBA #4002
HAYES & ERICSON
222 North 4th Street
P.O. Box 1389
Muskogee, Oklahoma 74402
Telephone (918) 681-0529
Fax (918) 681-0533
Attorney for Plaintiff

IN THE DISTRICT COURT OF MUSKOGEE COUNTY
STATE OF OKLAHOMA

PAM LITTLEFIELD, )
)
          Plaintiff, )
)
vs. )   Case No. CJ-05-572
)
MIKE LITTLEFIELD, )
)
          Defendant. )

*2005 MAY 11 PM 3: 40*
*PAULA SEXTON COURT CLERK*
*STATE OF OKLAHOMA COUNTY OF MUSKOGEE FILED*

## ENTRY OF APPEARANCE

COMES NOW Mark Green to enter his appearance as attorney of record for the Defendant

herein and respectfully request an additional twenty days in which to answer or otherwise plead.

*Mark Green*

MARK GREEN, OBA #3570
P. O. Box 2362
Muskogee, OK 74402
(918) 683-0309 Telephone
(918) 687-5964 Telecopier

## CERTIFICATE OF SERVICE

I, Mark Green, hereby certify that on the __11__ day of __May__, 2005, a true and
correct copy of the foregoing was served in the following manner and on the following:

____ U.S. Mail    __X__ Facsimile    ____ Hand-delivery

D. D. Hayes
P. O. Box 1389
Muskogee, OK 74402

*Mark Green*

MARK GREEN



IN THE DISTRICT COURT OF MUSKOGEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA
COUNTY OF MUSKOGEE
FILED
2005 JUN 21 PM 1:25
PAULA SEXTON
COURT CLERK

PAM LITTLEFIELD,                    )
                                    )
            Plaintiff,              )
                                    )
vs.                                 )     Case No. CJ-05-572
                                    )
MIKE LITTLEFIELD,                   )
                                    )
            Defendant.              )

## ANSWER

COMES NOW Mike Littlefield and for his answer to Plaintiff's Petition, alleges and states:

1.    That Defendant admits the allegations contained in paragraph 1 of the petition.

2.    That Defendant admits the allegations contained in paragraph 2 of the petition.

3.    That Defendant admits the allegations contained in paragraph 3 of the petition.

4.    That Defendant admits the allegations contained in paragraph 4 of the petition and

specifically:

> "3.    Pamela Jeanne Littlefield and David Michael Littlefield agree that the parties have acquired during the marriage the sum of $11,353.00 in savings and investments. It is agreed that neither party will be awarded these funds. The funds shall be placed with Pamela Jeanne Littlefield as Trustee, and shall be used to pay the expenses of the college education of the minor children.
>
> 4.    Pamela Jeanne Littlefield and David Michael Littlefield hereby agree, with respect to the college education of the minor children, as follows: After any applicable scholarships and after savings designated for education are exhausted, both Pamela Jeanne Littlefield and David Michael Littlefield shall contribute 50% each to the cost of each child's college education expenses for tuition, books, room, board, transportation, and clothing. The college or university attended shall be a State supported institution located within the State

of Oklahoma. The child shall maintain at least twelve credits per semester. This obligation shall cease after four years of college for each child."

5. That Defendant denies the allegations contained in paragraph 5 of the petition.

6. That Defendant denies the allegations contained in paragraph 6 of the petition.

7. That Defendant affirmatively states that, consistent with the terms set forth in paragraph 4 above, he was to pay for certain educational expenses. That he has done so in the past and the parties have been in negotiation but are unable to agree on an amount for current expenses because of the Plaintiff's insistence on including expenses that Defendant has no duty to pay.

8. That Plaintiff should furnish to Defendant a full accounting of the expenses she alleges total $26,917.23 together with a full explanation as to how these expenses were incurred.

9. That Plaintiff has within her control certain deposits of monies intended to be used for education expenses for which she should furnish a full and complete accounting. That same should be credited against the expenses she alleges.

WHEREFORE, Defendant prays this Court deny the relief requested by Plaintiff, grant Defendant the relief he requests, award Defendant costs and attorney fees for defense of this action and all other relief to which he may be entitled.

MARK GREEN, OBA #3570
P. O. Box 2362
Muskogee, OK 74402
(918) 683-0309 Telephone
(918) 687-5964 Telecopier

## CERTIFICATE OF SERVICE

I, Mark Green, hereby certify that on the 21st day of June , 2005, a true and correct copy of the foregoing was served in the following manner and on the following:

_____ U.S. Mail          _X_ Facsimile          _____ Hand-delivery

D. D. Hayes

███████████

Muskogee, OK 74402

*Mark Green*

MARK GREEN

**IN THE DISTRICT COURT OF MUSKOGEE COUNTY, STATE OF OKLAHOMA**

Case No.   CJ-2005-00572

PAM LITTLEFIELD                                              D.D. HAYES
                    Plaintiff(s)                  Attorney(s) for Plaintiff(s)


                    --vs--

MIKE LITTLEFIELD                                            MARK GREEN
                    Defendant(s)                  Attorney(s) for Defendant(s)



                                 Judge:         A. CARL ROBINSON

06/26/2006   CT MIN: ON RECORD W/CSR, ELISE CRUCHON. PLT APPEARED
             W/ATTY, D D HAYES; DEFT APPEARED W/ATTY, MARK GREEN.
             SWORN TESTIMONY TAKEN & EXHIBITS ENTERED. RECESSED @
             12:05-BACK IN SECESSION @ 2:25. ADDITIONAL TESTIMONY &
             EXHIBITS. RECESSED @ 4:32; TO BE CONT'D TO MUTUALLY
             AGREEABLE DATE. ACR