**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

----

**REDACTED EXHIBIT 194**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

----

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

IN THE MATTER OF SEARCH WARRANT )
FOR THE RESIDENCE OF KENNY BARRETT )
LOCATED IN SEQUOYAH COUNTY )          CASE NO. _____
STATE OF OKLAHOMA )

## AFFIDAVIT FOR SEARCH WARRANT

I, Clint Johnson, being of lawful age, first being duly sworn, state as follows:

I am an Investigator with the office of the District Attorney for the, Twenty-seventh (27th) Prosecutorial District Drug Task Force for the State of Oklahoma and have been so employed for the past two (2) years. During my employment as an Investigator I have been involved in numerous drug investigations and have attended schools in the investigation and recognition of drugs and drug paraphenalia, as defined in Title 63 of the Oklahoma Statutes.

I have probable cause to believe that the following property constitutes evidence of a crime as defined under Oklahoma Statutes in Title 63, to-wit: Unlawful possession, distribution and/or manufacturing of controlled dangerous substances.

Methamphetamine and/or other controlled dangerous substances, a more Particular description this affiant cannot give, and personal property Consisting of that paraphenalia ordinarily used in manufacturing, Administering, utilizing or consuming said drugs together with books, Records, receipts, telephone records, video-taped transactions, audio-taped Transactions, plastic baggies, and equipment, chemicals, formulas, notes, and Similar documents and materials and money used in the sale and distribution Of said drugs, Letters, utility bills and other documents showing proof of Residency for the occupants of the residence.

I further state that the above described property may be found and is now being kept, possessed and/or concealed in the following described location, or upon or within certain vehicles, and/or house, building or premises, the curtilage thereof and appurtenances thereof belonging in, **SEQUOYAH** County, Oklahoma, described as follows:

The residence of Kenny Barrett, which may be located by beginning at the intersection of ███████████████████████

1 02

KEB502161

located in the City of Sallisaw, Sequoyah County, Oklahoma. At this intersection travel west on United States Highway Sixty-four (U.S. 64) for approximately five and five-tenths (5.5) miles to the intersection of United States Highway Sixty-four (U.S. 64) and an unmarked paved county road (also known as Dwight Mission Road.) at this intersection turn right (north) onto the unmarked paved county road and travel approximately three (3.0) miles to a three way intersection. At this intersection turn right (east) onto an unmarked paved county road and travel approximately one- (1.0) mile and the unmarked paved county road will curve to the north and intersect with a dirt/gravel county road. At this intersection continue on the dirt/gravel road for approximately one hundred (100) yards to the intersection of the dirt/gravel county road and the second drive on the left (north) side of the road which leads to the residence to be searched. There is a galvanized gate at the entrance of the driveway and there are cow skulls hanging on the gatepost, one on either side of the gate.

The residence to be searched is described as being two-story wood frame structure with the main portion of the residence unpainted. The residence has a brown composition shingled roof with the front door facing south. To the west of the residence is a smaller wood and metal building. Adjacent to the building is several vehicles of assorted make and models.

As probable cause for believing that said property may be found at the location aforesaid, I allege and state as follows

On September 18, 1999 this affiant was contacted by a confidential informant (CI) who advised that, within the past seventy-two (72) hours, they were in the above described residence and observed a male that is known to the CI as Kenny Barrett present a quantity of a white powder substance and represent it as being "methamphetamine".

The CI went on to state that while in the above described residence they observed Kenny Barrett divide and exchange a portion of the white powder substance for a quantity of money. The CI stated that they had been in the above-described residence on previous occasions and observed Kenny Barrett make "drug transactions".

The CI further stated that while in the above described residence they overheard Kenny Barrett state "if the cops try to raid me they will regret it because I'm going to kill the first cop through the door." The CI also stated that while in the residence they observed several pistols lying around the residence and also Kenny Barrett had a pistol on his person.

This affiant is familiar with Kenny Barrett due to a pending investigation for the past six (6) months and is familiar that Kenny Barrett has an outstanding felony arrest warrant out of Sequoyah County, Oklahoma for failure to appear for a jury trial and unlawful delivery of CDS case number CF-97-86.

103

KEB502162

This affiant has learned from the CI that Kenny Barrett is maintaining his "drug transactions" in the night time hours due to the cover of darkness and that law enforcement personnel are less frequent at night.

The CI further stated that Kenny Barrett, due to Kenny Barrett's belief that law enforcement personnel cannot execute search warrants during the night, sell's controlled dangerous substances at nighttime and keeps large quantities of methamphetamine in his residence at nighttime in order to be undetected by law enforcement personnel.

This affiant asks that this search warrant be directed for day or night service due to the facts stated herein.

This affiant received information from the informant on at least five (5) occasions. Each time that this informant has provided information, the information proved to be true and accurate and resulted in the confiscation of illegal substances

Based upon my knowledge, experience and training I know that persons engaged in the sale of controlled substances, especially methamphetamine, commonly utilize various tools and articles, which are commonly referred to as "paraphenalia" to prepare, divide, weigh and package their drugs for distribution; further, it is my experience that said dealers routinely keep records of their various drug transactions in the form of handwritten notes and electronic recordings, so that misunderstandings do not occur with their customers.

**WHEREFORE**, Affiant ask that a search warrant be issued according to law, directed to the Sheriff of **SEQUOYAH** County, Oklahoma, or any of his duly appointed and authorized deputies, or to any constable or policeman of Sequoyah County, or peace officer of the State of Oklahoma, including any Drug Task Force Officer/Investigator with the 27th Prosecutorial District, Trooper of the Oklahoma Highway Patrol, Agent of the Oklahoma State Bureau of Narcotics and Dangerous Drugs, Agent of the Oklahoma State Bureau of Investigation, or Special Agents and Task Force Officers of the Drug Enforcement Administration, Special Agent with the Bureau of Alcohol, Tobacco and Firearms, or any other state or federal peace officer.

**AFFIANT FURTHUR REQUEST** that officers be directed to execute this warrant without the normally required knocking and announcing of law enforcement personnel's presence, due to the violent and unstable nature of **KENNY BARRETT** and the danger posed to law enforcement personnel by **KENNY BARRETT** and/or other unknown persons who may be present.

164

KEB502163

**FURTHER AFFIANT SAYETH NOT.**

_____ D-13
AFFIANT

SUBSCRIBED AND SWORN to before me this 20ᵗ day of September, 1999

_____
JUDGE OF THE DISTRICT COURT

165

KEB502164

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

IN THE MATTER OF SEARCH WARRANT   )
FOR THE RESIDENCE OF KENNY BARRETT   )
LOCATED IN SEQUOYAH COUNTY   )      CASE NO. _____
STATE OF OKLAHOMA   )

## SEARCH WARRANT

To the Sheriff of **SEQUOYAH** County, Oklahoma, or any of his duly appointed and authorized deputies, or to any constable or policeman of Sequoyah County, or peace officer of the State of Oklahoma, including any Drug Task Force Officer/Investigator with the 27th Prosecutorial District, Trooper of the Oklahoma Highway Patrol, Agent of the Oklahoma State Bureau of Narcotics and Dangerous Drugs, Agent of the Oklahoma State Bureau of Investigation, or Special Agents and Task Force Officers of the Drug Enforcement Administration, Special Agent with the Bureau of Alcohol, Tobacco and Firearms, or any other state or federal peace officer.

Probable cause having been shown on this date before me by Clint Johnson, an Investigator with the office of the District Attorney's Drug Task Force for the, Twenty-Seventh (27th) Prosecutorial District for the State of Oklahoma.

The following property constitutes evidence of a crime as defined under Oklahoma Statutes in Title 63 to-wit: Unlawful possession, distribution and/or manufacturing of controlled dangerous substances.

Methamphetamine and/or other controlled dangerous substances, a more Particular description this affiant cannot give, and personal property Consisting of that paraphenalia ordinarily used in manufacturing, Administering, utilizing or consuming said drugs together with books, Records, receipts, telephone records, video-taped transactions, audio-taped Transactions, plastic baggies, and equipment, chemicals, formulas, notes, and Similar documents and materials and money used in the sale and distribution Of said drugs, Letters, utility bills and other documents showing proof of Residency for the occupants of the residence.

Which is currently being kept, possessed and/or concealed in the following described location, or upon or within certain vehicles, and/or house, building or premises, the curtilage thereof and appurtenances thereof belonging, in **SEQUOYAH** County, Oklahoma, described as follows:

1 66

KEB502165

The residence of Kenny Barrett, which may be located by beginning at the intersection of ██████████████████ ████████████ located in the City of Sallisaw, Sequoyah County, Oklahoma. At this intersection travel west on United States Highway Sixty-four (U.S. 64) for approximately five and five-tenths (5.5) miles to the intersection of United States Highway Sixty-four (U.S. 64) and an unmarked paved county road (also known as Dwight Mission Road.) at this intersection turn right (north) onto the unmarked paved county road and travel approximately three (3.0) miles to a three way intersection. At this intersection turn right (east) onto an unmarked paved county road and travel approximately one- (1.0) mile and the unmarked paved county road will curve to the north and intersect with a dirt/gravel county road. At this intersection continue on the dirt/gravel road for approximately one hundred (100) yards to the intersection of the dirt/gravel county road and the second drive on the left (north) side of the road which leads to the residence to be searched. There is a galvanized gate at the entrance of the driveway and there are cow skulls hanging on the gatepost, one on either side of the gate.

The residence to be searched is described as being two-story wood frame structure with the main portion of the residence unpainted. The residence has a brown composition shingled roof with the front door facing south. To the west of the residence is a smaller wood and metal building. Adjacent to the building is several vehicles of assorted make and models.

**YOU ARE THEREFORE COMMANDED**, at any time of the **day and/or night** to make a search of said residence, vehicles, and/or buildings and premises, the curtilage thereof and appurtenances thereto belonging to the described property, for said property, and if found to seize the same, and make a return hereof pursuant to Title 22 O.S. 1991 s.s. 1233.

**YOU ARE FURTHUR COMMANDED** to execute this warrant without the normally required knocking and announcing of law enforcement personnel's presence, due to the violent and unstable nature of **KENNY BARRETT** and the danger posed to law enforcement personnel by **KENNY BARRETT** and/or other unknown persons who may be present.

WARRANT ISSUED at _11:38_ o'clock, _A_ .m. on this _20th_ day of _Sept_, 1999

_____
**JUDGE OF THE DISTRICT COURT**

167

KEB502166