**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 195**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

**INFORMATION**

FILED IN DISTRICT COURT
SEQUOYAH COUNTY, OKLAHOMA

SEP 1 0 2002

BERNELL EDWARDS, COURT CLERK

BY_____ DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA )
                Plaintiff, )
                         )
vs.                      )     No. CF-02-477
                         )
RANDY OWEN TURMAN        )
DOB: ▮▮▮-61  SS# ▮▮▮-3638 )
        Defendant.       )

## INFORMATION

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that Randy Owen Turman did, in Sequoyah County, and in the State of Oklahoma, on the 30th day of August, in the year of our Lord, Two Thousand Two and before the presentment hereof, commit the crime of

### COUNT I
### MANUFACTURE OF C.D.S. (Felony) 63 O.S. 2-401

Randy Owen Turman did unlawfully, knowingly and feloniously manufacture at Route 1 Box 189-B Vian, Oklahoma, known as the Randy Turman residence, in Sequoyah County, State of Oklahoma, METHAMPHETAMINE, classified as a controlled dangerous substance in Schedule II of the Uniform Controlled Dangerous Substances Act of this State,

### COUNT II
### POSSESSION OF CONTROLLED DRUG WITH INTENT TO DISTRIBUTE
### 63 O.S. 2-401

On the day and year and in the county and state aforesaid, said Randy Owen Turman did unlawfully, wilfully and feloniously have in his possession and under his control METHAMPHETAMINE with the felonious intent then and there to unlawfully deliver and distribute the same, said drug being classified as a controlled dangerous substance in Schedule II of the Uniform Controlled Dangerous Substances Act of this State,

### COUNT III
### POSSESSION OF PRECURSOR MATERIAL- (FELONY) 63 O.S. 2-322

That on the day and year, and in the County and State, aforesaid, Randy Owen Turman, did unlawfully, wilfully and feloniously possess RED PHOSPHORUS, a precursor substance without first having a permit or license issued by the Director of the Oklahoma State Bureau of Narcotics and Dangerous Drugs Control,

### COUNT IV
### POSSESSION OF PRECURSOR MATERIAL- (FELONY) 63 O.S. 2-322

That on the day and year, and in the County and State, aforesaid, Randy Owen Turman did unlawfully, wilfully and feloniously possess EPHEDRINE, a precursor substance without first having a permit or license issued by the Director of the Oklahoma State Bureau of Narcotics and Dangerous Drugs Control,

### COUNT V
### POSSESSION OF FIREARM IN COMMISSION OF FELONY
### 21 O.S. 1287

That on the day and year, and in the County and State, aforesaid, Randy Owen Turman, did unlawfully, wilfully, and feloniously, while committing the felony of Manufacture of CDS , did then and there possess a firearm, to-wit: a Remington Model 522 Viper .22 Rifle, whether loaded or not, in such commission or attempt,

COUNT VI
POSSESSION OF FIREARM WITH ALTERED SERIAL NUMBER 21- O.S. 1550
That on the day and year, and in the County and State, aforesaid, Randy Owen Turman, did have in his possession and under his control a firearm described as a Norinco SKS 7.69x32 of which the factory serial number or identification number had been removed, defaced altered, obliterated or mutilated,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

By _____
Assistant District Attorney

STATE OF OKLAHOMA )
            ) ss.
COUNTY OF SEQUOYAH)

Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

_____
Assistant District Attorney

Subscribed and sworn to before me this ⎯⎯ day of September, 2002.

My Commission Expires:
6/23/04    #00010626

_____
NOTARY PUBLIC

WITNESSES:
Agent Frank Loyd c/o D.A. Office
Officer Bob Young Vian P.D.
Deputy Kelly Karnes SCSO
Deputy Travis Gabbert SCSO
Chemist, OSBI Lab, Tahlequah, Ok

## IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
### STATE OF OKLAHOMA

CF-02-417

### Probable Cause Affidavit for Warrantless Arrest, OKLAHOMA

FILED
IN DISTRICT COURT
SEP 10 2002

JERNELL EDWARDS COURT CLERK
BY_____ DEPUTY

Comes now the undersigned Affiant, and states upon Oath or Affirmation that the following information and facts are correct to the best of the Affiant's knowledge and belief:

Name of Person Arrested: __RANDY OWEN TURMAN__    Social Security Number: 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

Date of Birth: ███ / 61    Date of Arrest (Detention): _08_ / _30_ / _02_    Time of Arrest: _____ .M.

State Specific Facts for Probable Cause for the Arrest and Detention:

ON AUGUST 30, 2002 AT APPROXIMATELY 8:50 AM A SEARCH WARRANT WAS EXECUTED ON THE RESIDENCE OF

RANDY TURMAN WHEN ENTRY WAS MADE THERE WAS A WHITE FEMALE AND A WHITE MALE JUVENILE

LAYING IN THE LIVINGROOM AND A WHITE MALE LAYING IN THE BED IN THE EAST BEDROOM. WHILE

CHECKING MR TURMAN FOR WEAPONS A PLASTIC BAGGIE CONTAINING A WHITE POWDER SUBSTANCE ( WHICH

FIELD TESTED POSITIVE FOR TRACES OF METH) WAS FOUND IN THE LEFT FRONT POCKET OF THE PANTS MR

[Use reverse side or attach another page if necessary]
Anticipated Charge(s): SEE ATTACHED LIST

AFCF: No / Yes times (1) (2) or _____    KELLY KARNES _Kelly Karnes_
                                            Affiant (Arresting Officer)

Subscribed and sworn to before me the undersigned, this _4th_ Day of _September_ 2002

My Commission Expires: _5-14-2005_
#01006702                                    _____
                                            Notary Public / Judge / Witness

### Probable Cause Determination

I, _Dennis M. Sprouse_, Judge of the District Court reviewed this Probable Cause Affidavit on the _4th_ day of _September_, 200_2_, at _2:12_ A.M./P.M.

__✓__ This Affidavit contains sufficient facts showing probable cause to detain the Arrestee to await further proceedings. The Sheriff for Sequoyah or Chief of Police of the arresting agency is hereby commanded to receive him/her into their custody and detain until he/she is legally discharged.

__✓__ The Court sets [__]an Appearance Bond in the amount of $_____.00 or [_✓_] as per Sequoyah County Bond Schedule.

_____ The Court denies Bond at this time.

_____ This Affidavit contains insufficient facts to show there exists probable cause to detain the Arrestee. **The Arrestee is Ordered Released From Custody Immediately.**

_____
Judge of the District Court

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

### Probable Cause Affidavit for Warrantless Arrest

TURMAN WAS WEARING. WILL SEARCHING THE WEST BEDROOM NUMEROUS GLASS WARE, AND A SET OF OHAUS DIAGRAM SCALES WAS FOUND ON A SHELVE. WHILE SEARCHING THE EAST BEDROOM A METAL BOX CONTAINING MISC. AMMUNTION WAS FOUND ON THE TABLE, A GLASS JAR CONTAINING A LIQUID WITH A WHITE SEDIMENT APPROXIMATELY FULL WHICH IS BELIEVED TO BE EPHEDRINE WAS FOUNDON THE TABLE,A MIRROR WITH WHITE POWDER (WHICH FIELD TESTED POSITIVE FOR TRACES OF METH) AND A PLASTIC SNORTING STRAW WAS FOUND ON THE TABLE, A 18OZ PLASTIC BOTTLE MARKED RED DEVIL LYE APPROXIMATELY 1/2 FULL WAS FOUND ON THE GUN RACK, A QUART GLASS JAR CONTAINING A GOLD LIQUID APPROXIMATELY 1/3 FULL WAS FOUND ON THE TABLE, ONE POUND BOX MARKED SALT WAS FOUND ON THE TABLE.TWO 25ML TYMEX FLASKS WAS FOUND IN COAT POCKETS, PLASTIC BAGGIE CONTAINING MULTIPLE RUBBER GLOVES WAS FOUND ON THE TABLE,MULTIPLE COFFEE FILTER PAPERS WITH A WHITE POWDER SUBSTANCE BELIVED TO BE METH WAS FOUND ON SHELVE UNDER TABLE TOP BESIDE THE BED, A PLASTIC BAGGIE CONTAINING A RED POWDER SUBSTANCE BELIEVED TO BE RED PHOSPHORUS. TWO PLASTIC BOTTLES MARKED HEET WITH A CLEAR LIQUID WAS FOUND ON SHELVE ABOVE TABLE BESIDE OF BED, A BROWN BOTTLE CONTAINING MISC. PILLS WAS FOUND ON TABLE TOP BESIDE OF BED. A PARTIAL ROLL OF BLACK TAPE WAS FOUND ON FLOOR, TWO BOXES OF 22 SHELLS WAS FOUND ON SHELVE. A REMINGTON MODEL 522 VIPER 22 SEMI-AUTO WAEVER SCOPE SERIAL NUMBER 3050180 LOADED WITH 10 ROUNDS WAS FOUND ON FLOOR, WHILE LOGGING THE WEAPONS THE NORINCO SKS 7.69X32 APPEARRED THAT THE SERIAL NUMBERS HAD BEEN FILED ON, A STAR 22 SEMI-AUTO SERIAL NUMBER F386268 LOADED WITH ONE IN BARREL AND SIX IN MAG WAS FOUND ON TABLE, THERE WAS ALSO SEVERAL OTHER FIREARMS FOUND IN THE RESIDENCE. MR TURMAN HAS A PRIOR FELONY CONVICTION FOR POSS OF CDS, ALONG WITH OTHER CHARGES.

## ANTICIPATED CHARGES ON
### RANDY TURMAN
#### August 30, 2002

1. MANUFACTORING CDS
2. POSS CDS WITH INTENT
3. POSS OF FIREARM COMM OF FELONY
4. FELON IN POSS OF FIREARM
5. POSS OF PRECURSOR RED P AND EPHEDRINE
6. POSS OF CDS IN PRESENCE OF MINOR CHILD
7. POSS FIREARM WITH ALTERED OR REMOVED SERIAL NUMBER

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

# Hamilton - Morgan Bail Bonds
### Diane Hamilton
## APPEARANCE BOND

SEP 2 0 2002

BERNELL EDWARDS, COURT CLERK

BY_____ DEPUTY

IN THE DISTRICT COURT OF _____Seq_____ COUNTY, STATE OF OKLAHOMA
State of Oklahoma, _____Plaintiff,

vs. Randy Turman , Defendant          Case No. CF-02-471

Know all men by these presents, that we the above named defendant, as principal, and the undersigned . Diane Pratt Diane Hamilton, Professional as surety(ies) personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the State of Oklahoma in the sum of One hundred thousand Dollars ($ 100,000.00 ) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of Seq County, State of Oklahoma, shall personally be and appear before the District Court of said county on the 25 day of September, 2002, at 10 o'clock AM, of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of Cons-To deliver /Manu/ Possess CDS/ P. of para. / P. of CDS w/t / P. of CDS in presence of minor under 12 /P. of F/A in comm /felon in pass of F/A /Aq Precusor X2 Altering Serial # on F/A and to do and receive what shall be enjoined by said Court upon him, and shall not depart the said Court without leave, then this bond and recognizance to be void; otherwise, in full force and effect.

Witness our hand and seals this 18 day of Sept 20 02.

_____ Principal  ████████████  _____ Address
Hamilton - Morgan          Surety
Diane Hamilton
_____ Surety  ████████ Sallisaw, OK _____ Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this _____ day of _____, 20 ____.

_____ Court Clerk/Sheriff _____ AFPL (806) _____ Deputy

This undertaking approved this _____ day of _____, 20 ____.

(SEAL)          By: _____ Deputy/Clerk

## AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, _____Seq_____ County, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of Seq County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as herinafter specified under one or more of the following relevant statutory provisions, to-wit:
  a) Consideration for this undertaking received or promised in the sum of $ 12,000.00

  b) Other security received or promised for making this undertaking, is as follows: P-N Bond Agreement

  c) Such promise, security or consideration was received from:
_____Randy Turman_____  ████████████
Name

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as on commits perjury.
Diane Pratt  ████████ Sallisaw, OK. 74955
Affiant                    Address

Subscribed and sworn to before me this _____ day of _____, 20 ____.

(SEAL)

_____
Court Clerk - Notary Public

My Commission Expires: _____

_____
Deputy

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 1 9 2002

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

_____
Plaintiff

vs.

CASE NO: CF-02-477

_____
Defendant

APPLICATION FOR APPOINTED COUNSEL
AND
AFFIDAVIT OF FINANCIAL INABILITY TO EMPLOY COUNSEL

I swear and affirm that I am the party in the above entitled action. I want an attorney to represent me in this case. I am financially unable to obtain the services of an attorney without causing substantial hardship to myself or to my family. The following information is true and is given and intended to be relied upon by the court and other persons or agencies in determining my eligibility for legal services to be furnished to me at public expense.

PLEASE FILL IN ALL SPACES BELOW AND SIGN YOUR NAME UNDER OATH IN FRONT OF THE JUDGE, A NOTARY OR THE COURT CLERK. IF A QUESTION DOES NOT APPLY TO YOU, PLEASE WRITE IN THE BLANK "DOES NOT APPLY".

I. GENERAL INFORMATION                DATE: 9-15-02
NAME: Randall Owen Turman
ADDRESS: ▓▓▓▓▓▓
TELEPHONE: 773 ▓▓▓▓   MESSAGE NUMBER: Same
SOCIAL SECURITY NO: ▓▓▓▓3638   AGE: 42   DOB: ▓▓▓▓ 61
SINGLE ( ) MARRIED (✓) SEPARATED ( )
SPOUSE'S NAME: Ning Turman
ADDRESS: Rd 1 Box 105 3
TELEPONE: 918 773 2606
HOW MANY PEOPLE ARE IN YOUR HOUSEHOLD? 6
NAME AND AGES: Natalie Turman 15 Dillian Turman 8
Cheyenn Turman 6 Randi Turman 2
ARE YOU CLAIMED AS A DEPENDENT BY A PARENT OR GUARDIAN? YES ( ) NO (✓)

II FAMILY INCOME
YOUR MONTHLY TAKE HOME PAY: Very 5 WEEKLY TAKE HOME PAY: Very 5
YOUR EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY).
Self Employed
YOUR EMPLOYER'S PHONE NUMBER: -0-
SPOUSE'S SALARY: -0-
SPOUSE'S EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY
-0-
SPOUSE'S EMPLOYER'S PHONE NUMBER: -0-
IS ANY OTHER MEMBER OF YOUR HOUSEHOLD EMPLOYED? YES( ) NO(✓)
WHO? -0-
WHERE? -0-
SALARY? -0-
DEPENDENT'S EMPLOYER: -0-

OTHER SOURCE OF INCOME OR BENEFITS (INCLUDE INTEREST, DIVIDENDS, ROYALTIES, ETC.) -0-
TOTAL FAMILY INCOME FOR PRECEDING MONTH WAS $ -0-

AMOUNT OF BOND:_____0_____    PREMIUM PAID TO BONDING CO:__0__
IF YOU DID NOT USE A BONDSMAN, DID YOU POST A CASH__0__ OR P.R.__0__
LIST ANY DEFENDANTS CHARGES WITH YOU __0__
VIII
1. HAVE YOU TRANSFERRED OR SOLD ANY ASSETS SINCE CHARGES WERE FILED IN THE CASE? YES (   ) NO ( / ) IF SO, DESCRIBE THE BUYER AND THE AMOUNT RECEIVED.
_____

2. HAVE YOU RETAINED COUNSEL IN THE CASE OR IN ANY OTHER PENDING CRIMINAL CASE? YES ( / ) NO ( ) IF SO, STATE THE CASE NUMBER, COURT ATTORNEY AND AMOUNT PAID TO ATTORNEY FOR SERVICES: __$5600/00__

3. DO YOU HAVE ANY FRIENDS OR RELATIVES WHO ARE ABLE AND WILLING TO ASSIST YOU IN HIRING COUNSEL AND PAYING FOR TRANSCRIPTS? YES (   ) NO ( / ) IF SO, HAVE THOSE PERSONS BEE ASKED TO HELP? YES (   ) NO ( )
4. IF ANY FRIEND OR RELATIVE HAS GIVEN PREVIOUS FINANCIAL ASSISTANCE IN THIS CASE, BUT IS NO LONGER ABLE OR WILLING TO DO SO, AN AFFIDAVIT TO THAT EFFECT FROM THAT PERSON SHOULD BE ATTACHED. IS THAT AFFIDAVIT ATTACHED YES( ) NO()

IX. NAMES OF THREE ATTORNEY'S YOU CONTACTED:
1. NAME:_____
    WHEN DID YOU CONTACT THIS ATTORNEY?_____
    HOW DID YOU CONTACT THIS ATTORNEY?_____
    CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES (   ) NO ( / )
2. NAME:_____
    WHEN DID YOU CONTACT THIS ATTORNEY?_____
    HOW DID YOU CONTACT THIS ATTORNEY?_____
    CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES (   ) NO ( / )
3. NAME:_____
    WHEN DID YOU CONTACT THIS ATTORNEY?_____
    HOW DID YOU CONTACT THIS ATTORNEY?_____
    CAN YOU AFFORD TO HIRE THIS ATTORNEY? YES (   ) NO ( / )

X. I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION I HAVE PROVIDED IS TRUE AND CORRECT. I UNDERSTAND THAT I MAY BE PROSECUTED FOR PROVIDING FALSE INFORMATION IN THIS APPLICATION AND AFFIDAVIT. I UNDERSTAND THAT I MUST INFORM THE OKLAHOMA INDIGENT DEFENSE SYSTEM OF ANY CHANGE IN MY FINANCIAL SITUATION THAT MAY CHANGE THE INFORMATION I HAVE PROVIDED. I FURTHER DECLARE THAT I HAVE CONTACTED THREE ATTORNEYS, LICENSED TO PRACTICE LAW IN THIS STATE, AND I AM WITHOUT FUNDS TO PAY AN ATTORNEY TO REPRESENT ME OR TO PAY FOR TRANSCRIPTS AND COST ASSOCIATED WITH THIS CASE.

DATED THIS __9__ DAY OF ___15 - 02_____.

                         DEFENDANT _____

                         LEGAL GUARDIAN ___0___

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, _____

comm. exp. _____    _____
                                PUBLIC NOTARY OR CLERK OR JUDGE

RECEIVING REPORT                                    No.

REC. ON BLANKET P.O.

VENDOR _Clif's Pharmacy_ _Septemies)_ COUNTY, OKLAHOMA

F.O.B. CARRIER _____                    DATE _August 28, 20__

DELIVERY TICKET NO. _70942_    REQUISITION NO. X    REC. DEPT./PROJECT NO. _34_

(For Blanket P.O.)    PURCHASE ORDER NO. _674_

| QTY. ORD. | QTY. REC. | BACK-ORD. | UNIT | DESCRIPTION (INCLUDE CONDITION OF GOODS) | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 5 | 15 | | | Dynabac AF for Charles Morin | 1 73 | 26 00 |
| | | | | | | |
| | | | | SEQUOYAH COUNTY, OKLAHOMA FILED IN DISTRICT COURT NOV - 8 2002 BERNELL EDWARDS, COURT CLERK BY _____ DEPUTY CF-9-2113 | | |
| | | | | | TOTAL | 26 00 |

REMARKS ____

RECEIVED BY _Pamela L. Crutchfield_    DELIVERED BY _Clifford Merx_

STRIKE THROUGH ANY UNUSED LINES    Copy 1-White-County Clerk    Copy 2-Canary-Send to Inventory Officer with Copy 2 of P.O.
Copy 3-Pink-Receiving Officer    Copy 4-Goldenrod-Send to Purchasing Agent with Orig. P.O.

---

A&I 1-4030 (1985)                    RECEIVING REPORT                    No.

REC. ON BLANKET P.O.

VENDOR _Clif's Pharmacy_ _Sequoyah_ COUNTY, OKLAHOMA

F.O.B. CARRIER _____                    DATE _September 3, 20 02_

DELIVERY TICKET NO. _70946_    REQUISITION NO. X    REC. DEPT./PROJECT NO. _34_

(For Blanket P.O.)    PURCHASE ORDER NO. _674_

| QTY. ORD. | QTY. REC. | BACK-ORD. | UNIT | DESCRIPTION (INCLUDE CONDITION OF GOODS) | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 30 | | | Ultram 50 mg for Randy Turman | 1 14 | 34 10 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | CF-02-477 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | 34 10 |

REMARKS ____

RECEIVED BY _Pamela L. Crutchfield_    DELIVERED BY _Clifford Merx_

STRIKE THROUGH ANY UNUSED LINES    Copy 1-White-County Clerk    Copy 2-Canary-Send to Inventory Officer with Copy 2 of P.O.
Copy 3-Pink-Receiving Officer    Copy 4-Goldenrod-Send to Purchasing Agent with Orig. P.O.

**SHERIFF'S RETURN**
State of Oklahoma, County of Sequoyah

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 1 0 2003

Case # CF-02-477

BERNELL EDWARDS, COURT CLERK

BY_____ DEPUTY

I certify that I received the foregoing summons on the __10__ day of
__April__ , 20_02_, and that I delivered, or attempted delivery of the said
summons as shown below to each party named for service request.

| Name of person to be served | Service address | Served? Yes or No | Date & Time of service or attempt |
|---|---|---|---|
| Kelly Karnes | SCSO | Yes | 04. 10-03 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I certify that on _____ , I served _____
by leaving a copy of said summons with a copy of the petition attached at

_____

which is his/her usual place of residence.

I certify that on _____ , I served_____
by leaving a copy of said summons with a copy of the petition attached at

_____

with _____ , a member of his family over fifteen (15) years
of age.

Dated on the __10__ day of __April__ , 20_03_.

J.W. Philpot, Sheriff of Sequoyah County

By: _____ , Deputy Sheriff

Sequoyah County, Oklahoma

SUBPOENA

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA,
       Plaintiff,

vs.                                No. CF-02-477

RANDY TURMAN
       Defendant.

TO: DEPUTY KELLY KARNES S.C.S.O.
    DEPUTY TRAVIS GABBERT S.C.S.O.

       GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the 17ᵀᴴ day of APRIL, 2003, at the hour of 10:00: o'clock A. M. to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and RANDY TURMAN, is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

       HEREOF FAIL NOT, under penalty of law.

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the District Court of said County, this 10ᵀᴴ day of APRIL, 2003.

                        BERNELL EDWARDS,  COURT CLERK

                        By _Robin Mitchell_
                            Deputy
==================================================================

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

==================================================================

SHERIFF'S RETURN

       Received  this  Writ  this _____ day  of _____, 20____, _____ o'clock _____ M., _____, 20_____, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 19____,; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness: _____

_____
_____ By _____
_____ 20_____, I cannot find the within named _____
_____ in my county.

                     JOHNNY PHILPOT, SHERIFF

                     By _____
                         Deputy

                     Mileage _____ miles

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 1 0 2003

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

STATE OF OKLAHOMA
          PLAINTIFF, )
                     )
VS                 )
                     )     CASE NO. CF-02-477
                     )
RANDY OWEN TURMAN   )
          DEFENDANT, )

## MOTION FOR CONTINUANCE

COMES NOW the State of Oklahoma, by and through Assistant District Attorney, Ralph Keen II moves this Honorable Court to continue the above captioned matter now set for hearing on the 17th day of <u>April</u>, <u>2003</u>. Movant would state that this Motion is not made for the purpose of delay but is based on the following grounds:

That Deputy Kelly Karnes, the State's witness in this case, is scheduled for oral surgery on April 14, 2003, therefore will be unable to attend said hearing. Defense attorney Donn Baker's office has been contacted and they have advised that he has no objections to a continuance.

Wherefore, movant prays that this Honorable Court continue this matter to a new date certain.

_____
ASSISTANT DISTRICT ATTORNEY

## CERTIFICATE OF DELIVERY

I, the undersigned, do hereby certify that on the 10th day of April, 2003, I mailed a true and correct copy of the above foregoing Motion and Order for Continuance to:

Donn Baker
Attorney at Law
432 West Keetoowah
Tahlequah, Ok 74464
with sufficient postage prepaid thereon.

_____
Affiant

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 1 0 2003

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

STATE OF OKLAHOMA              )
              PLAINTIFF,       )
                               )
VS·                            )          CASE NO. CF-02-477
                               )
                               )
RANDY OWEN TURMAN              )
              DEFENDANT.       )

ORDER FOR CONTINUANCE

COMES NOW the undersigned Judge of the District Court and hereby grants the above and foregoing Motion For Continuance.

DATED this __10th__ day of April, 2003.

_____
JUDGE OF THE DISTRICT COURT


IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE COURT that the Preliminary Hearing is rescheduled for the __12__ day of ___June___, 2003, at __9__ o'clock _A_.M.

_____
JUDGE OF THE DISTRICT COURT

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 1 7 2003

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                      )
                                        )
        Plaintiff,                      )
Vs.                                     ) CASE NO.  CF-2002-477
                                        )
RANDY OWEN THURMAN,                     )
                                        )
        Defendant.                      )

## MOTION FOR DISCOVERY

COMES NOW, Randy Owen Thurman, by and through his attorney of record, Donn F. Baker, and moves this Court for a Discovery Order.  Defendant requests that the State discloses and provides the following materials and information:

1.  Any written or recorded statements and the substance of any oral statement made by the State, its agents, employees or representatives, or the defendant;

2.  The names and addresses of any witness the State plans to call at trial, together with their relevant oral, written or recorded statement, and summaries of the same;

3.  Any record of prior criminal conviction of the parties involved in this case;

4.  The OSBI or FBI rap sheet/record checks on any witness listed by the State or Defense as a possible witness who will testify at trial;

5.  Any book, paper, document, photograph, and other tangible objects or portions thereof, which are (1) within the possession, custody and control of the State and (2)(a) which are material to the preparation of the defense; or (b) are intended for use by the State as evidence at trial, or (c) were obtained from or belonged to the defendant.

6.  Any and all photographs, film, audio tapes and video tapes and any written transcripts

thereof that related to any of the offenses charges in the information.

7. The names, addresses and phone numbers of persons with knowledge of the facts of the case or have been interviewed by the State or its agents in connection with this case.

8. Written statements of all persons in paragraph 4 whom the State does not plan to call as witness.

9. Any and all fingerprint impressions, tests, handwriting exemplars, or other physical evidence, or test results obtained by the State relating to this case and any and all comparisons or written reports of tests, analysis or other examinations conducted regarding the foregoing by the State or any of its agents or under its direction.

10. Any and all material known to the State or which may become known, or which through due diligence may be learned from investigating officers or witnesses or persons having personal knowledge of this case, which is exculpatory in nature or favorable to the accused, or which may lead to exculpatory or favorable material or which might serve to mitigate punishment, including any evidence impeaching or contraction testimony of State witnesses or the instructions to State witnesses not to speak with or discuss the facts of this case with defense counsel.

11. All search and arrest warrants and supporting affidavits issued for or regarding the Defendant in this cause and in regard to any evidence or property seized or searched in regard to the investigation.

In support of this motion, the Defendant would show the Court as follows:

1. The items requested are in the exclusive possession, custody and control of the State

by and through its agents, law enforcement officers or prosecuting attorney's office, the existence of which is known or may become known with diligence, and the Defendant has no other means of ascertaining the disclosures requested.

2. The items requested are not privileged.

3. The items and information are material to this cause on the issues of guilt or innocence and punishment to be determined.

4. The Defendant cannot safely go to trial without such information and inspection, nor can the Defendant adequately prepare the defense to the charges against him.

5. That absent such discovery, the Defendant's rights under the Fourth, Fifth, Sixth and Fourteenth Amendments to the United States Constitution will be violated and cause irreparable injury.

WHEREFORE, PREMISES CONSIDERED, that said Defendant respectfully prays that this Honorable Court will order the State to comply with this Motion for Discovery and set forth a time for inspection and delivery prior to trial.

Respectfully submitted,

BY: _____

DONN F. BAKER OBA # 443
Attorney for Defendant
239 West Keetoowah
Tahlequah, Oklahoma 74464
(918) 456-1233
(918) 456-7515

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the above and foregoing was caused to be mailed by first class mail in the United States Mail on the ___9th___ day of April ___, 2003, to:

District Attorney's Office
Sequoyah County Courthouse
120 East Chickasaw Street
Sallisaw, OK 74955

Donn F. Baker

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 1 7 2003

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

STATE OF OKLAHOMA,    )
                      )
            PLAINTIFF,  )
VS.                   ) CASE NO. CF-2002-477
                      )
RANDY OWEN THURMAN,   )
                      )
            DEFENDANT.  )

### Entry of Appearance

COMES NOW Donn F. Baker, for the defendant, Randy Owen Thruman, and hereby enters his appearance as counsel of record for the defendant.

All future notices or correspondence should be forwarded to counsel at the address below.

DONN F. BAKER  OBA#443
Attorney at Law
239 W. Keetoowah
Tahlequah, OK 74464
(918) 456-1233

### CERTIFICATE OF MAILING

I, Donn F. Baker, hereby certify that on the 9th day of April, 2003, mailed a true and correct copy of the foregoing Entry of Appearance to: District Attorney, c/o Sequoyah County Courthouse, 120 East Chickasaw Street, Sallisaw, OK 74955 with proper postage.

SUBPOENA

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA,
           Plaintiff,

vs.

                                     No. CF-02-477

RANDY OWEN TURMAN
           Defendant.

TO: DEPUTY KELLY KARNES S.C.S.O.
    DEPUTY TRAVIS GABBERT S.C.S.O.

           GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the 12TH day of JUNE, 2003, at the hour of 9:00: o'clock A. M. to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and RANDY OWEN TURMAN, is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

      HEREOF FAIL NOT, under penalty of law.

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the District Court of said County, this 16TH day of APRIL, 2003.

                            BERNELL EDWARDS, COURT CLERK

                            By _Amanda Adams_
                                   Deputy

=====================================================================

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

=====================================================================

SHERIFF'S RETURN

    Received this Writ this_____day of_____, 20_____,_____ o'clock_____M.,_____, 20_____, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 19____,: served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____
_____By_____
find the within named_____20_____, I cannot _____in my county.
_____

                      JOHNNY PHILPOT, SHERIFF

                      By_____
                           Deputy

                      Mileage_____miles

SUBPOENA

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA,
       Plaintiff,

vs.
                                  No. CF-02-477

RANDY OWEN TURMAN
       Defendant.

TO: DEPUTY KELLY KARNES S.C.S.O.
    DEPUTY TRAVIS GABBERT S.C.S.O.


         GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the 12TH day of JUNE, 2003, at the hour of 9:00: o'clock A. M. to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and RANDY OWEN TURMAN, is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

     HEREOF FAIL NOT, under penalty of law.

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the District Court of said County, this 16TH day of APRIL, 2003.

                          BERNELL EDWARDS, COURT CLERK
                          By *Amanda Adams*
                               Deputy
==================================================================

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.


==================================================================

SHERIFF'S RETURN

     Received this Writ this_____day of_____, 20____,_____ o'clock_____M.,_____, 20_____, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the ____ day of _____, 19____,; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____By_____
_____20_____, I cannot find the within named_____ _____in my county.

                    JOHNNY PHILPOT, SHERIFF

                    By_____
                         Deputy

                    Mileage_____miles

**SHERIFF'S RETURN**

State of Oklahoma, County of Sequoyah

APR 1 7 2003

BERNELL EDWARDS, COURT CLERK

BY _____ DEPUTY

Case # CF-02-477

I certify that I received the foregoing summons on the _16th_ day of

_April_, 20_03_, and that I delivered, or attempted delivery of the said

summons as shown below to each party named for service request.

| Name of person to be served | Service address | Served? Yes or No | Date & Time of service or attempt |
|---|---|---|---|
| Kelly Karnes | ██████████, Sallisaw | Yes | 4-16-03 @ 4pm |
| Travis Gabbert | ██████████ Sallisaw | Yes | 4-16-03 @ 4pm |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that on _____, I served _____
by leaving a copy of said summons with a copy of the petition attached at

_____

which is his/her usual place of residence.

I certify that on _____, I served _____
by leaving a copy of said summons with a copy of the petition attached at

_____

with _____
of age. _____, a member of his family over fifteen (15) years

Dated on the _16th_ day of _April_, 20_03_.

J.W. Philpot, Sheriff of Sequoyah County

By _Pamela L. Crutchfield_ Deputy Sheriff #853

Sequoyah County, Oklahoma

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 0 5 2003

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

CF-02-417

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 0 4 2002

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

**IN THE DISTRICT COURT OF SEQUOYAH COUNTY**
**STATE OF OKLAHOMA**

IN THE MATTER OF SEARCH WARRANT    )
OF THE RESIDENCE OF RANDY TURMAN    )
LOCATED IN SEQUOYAH COUNTY    )  CASE NO. SW-02-75
STATE OF OKLAHOMA    )

## SEARCH WARRANT

To the Sheriff of SEQUOYAH County, Oklahoma, or any of his duly appointed and authorized deputies, or to any constable or policeman of SEQUOYAH County, or peace officer of the state of Oklahoma, including any Drug Task Force Officer/Investigator with the 27th Prosecutorial District, Trooper of Oklahoma Highway Patrol, Agent of the Oklahoma State Bureau of Narcotics and Dangerous Drugs, Agent of the Oklahoma State Bureau of Investigations, or Special Agents and Task Force Officers of the Drug Enforcement Administration, Special Agent of the Bureau of Alcohol, Tobacco and Firearms, or any other state or federal peace officer.

Probable cause having been shown on this date before me by Kelly Karnes, a Deputy with the Sequoyah County Sheriffs Department for the, State of Oklahoma, the following property constitutes evidence of a crime as defined by Oklahoma Statutes in Title 63, to-wit: unlawful possession, distribution and/or manufacturing of the controlled substance

Methamphetamine and/or other controlled dangerous substance, a more particular description this affiant cannot give, and personal property consisting of that paraphernalia ordinary used in manufacturing, utilizing, administering or consuming said drugs together with books, records, receipts, telephone records, video-taped transactions, audio-taped transactions, plastic baggies, and equipment, chemicals, formulas, notes, and similar documents and materials and money used in the sale and distribution of said drugs and letters, utility bills and other documents showing proof of residency for the occupants of the residence.

Which is currently being kept, possessed and/or concealed in the following described location, or upon or within certain vehicles, and/or house, building or premises, the curtilage thereof and appurtenances thereof belonging, in SEQUOYAH County, Oklahoma, described as follows:

The residence of Randy Turman which may be located by beginning at the intersection of State Highway 82 and State Highway 100 north of Vian, Sequoyah County, Oklahoma. From this intersection, proceed north on State Highway 82 for approximately six-tenths (0.6) mile; to where State Highway makes a curve to the north and intersects with an unmarked county road (known as Evening Shade Road) that continues on to the east. At this intersection travel east on the unmarked paved county road for approximately two and two-tenths mile (2.2) to the intersection of unmarked paved county road (known as Evening Shade Road) and gravel private driveway. At this

intersection, turn south (right) onto gravel driveway. Which leads to the residence to be searched.

The residence to be searched is described as being brown wood single story structure, with a wood porch attached to the residence, The residence sits in a east-west direction with the front door facing

YOU ARE THEREFORE COMMANDED, in the daytime to make an immediate search of the said residence, vehicles, and/or buildings and premises, the curtilage thereof and appurtenances thereto belonging to the described property, for said property, and if found to seize the same, and make a return hereof within ten (10) days.

WARRANT ISSUED at *4:00* o'clock *p* m on this *23rd* day of *AUGUST*, 200*2*

_____
JUDGE OF DISTRICT COURT

I, Bernell Edwards, Court Clerk, for Sequoyah County Oklahoma, hereby certify that the foregoing is a true, correct, and full copy of the instrument herewith set out as appears of record in the Court Clerk's office of Sequoyah County, Oklahoma, and said instrument is now in full force and effect.
Dated this ____ day of Sept.
20__
Bernell Edwards, Court Clerk
By _____
Deputy

# SHERIFF'S RETURN

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
SEP 0 4 2002
BERNELL EDWARDS, COURT CLERK
BY_____
_____DEPUTY

I received the Search Warrant herein on this _23_ day of _August_ 200 _2_, and executed same on the _30_ day of _August_ 200 _2_, by searching within the described premises and the search resulted in the seizure of:

### "SEE ATTACHED LIST"

I, _KELLY Karnes_, by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all the property taken by me on the search warrant.

_Kelly Karnes_

Subscribed and sworn to before me this _4th_ day of _September_ 200 _2_.

_____
JUDGE OF THE DISTRICT COURT

I, Bernell Edwards, Court Clerk, for Sequoyah County,
Oklahoma, hereby certify that the foregoing is a true,
correct, and full copy of the instrument herewith set
out as appears of record in the Court Clerk's office
of Sequoyah County, Oklahoma, and said instrument
is now in full force and effect.
Dated this _____ day of _____
20____
Bernell Edwards, Court Clerk
By_____
Deputy

# *Sequoyah County Sheriffs Department*
### SEARCH WARRANT LOG

NAME: RANDY TURMAN
CASE #825-020143

ADDRESS: RT 1 BOX 189-B VIAN OK
DATE: August 30, 2002

| ITEM # | AREA | DESCRIPTION | LOCATION | FOUND BY |
|---|---|---|---|---|
| 1 | ON PERSON OF RANDY TURMAN | ONE PLASTIC BAGGIE CONTAINING A WHITE POWDER SUBSTANCE | LEFT FRNT JEAN POCKET | TRAVIS GABBERT (TG) |
| 2 | ON PERSON OF RANDY TURMAN | 227 DOLLARS | BLACK WALLET | TG |
| 3 | WEST BEDROOM | NUMEROUS GLASS WARE | ON SHELVE | KELLY KARNES (KK) |
| 4 | WEST BEDROOM | ONE SET OF OHAUS DIAGRAM SCALES | ON SHELVE | KK |
| 5 | EAST BEDROOM | ONE METAL BOX CONTAINING AMMUNTION | ON SHELVE | KK |
| 6 | EAST BEDROOM | ONE GLASS JAR CONTAINING LIQUID WITH WHITE SEDIMENT APPROXIMATELY FULL | ON FLOOR | KK |
| 7 | EAST BEDROOM | ONE MIRROR WITH A WHITE LINE AND A PLASTIC SNORTING STRAW | ON TABLE | KK |
| 8 | EAST BEDOOM | ONE 18OZ PLASTIC BOTTLE MARKED RED DEVIL LYE APPROXIMATELY ½ FULL | ON GUN CABINET | KK |
| 9 | EAST BEDROOM | ONE UART JAR CONTAINING A GOLD LIQUID APPROXIMATELY 1/3 FULL | ON TABLE | KK |
| 10 | EAST BEDROOM | ONE-ONE POUND BOX MARKED SALT | ON TABLE | KK |
| 11 | EAST BEDROOM | ONE 25 ML TYMEX FLASK | IN BROWN COAT POCKET | KK |
| 12 | EAST BEDROOM | ONE 25ML TYMEX FLASK | IN BLUE COAT POCKET | KK |
| 13 | EAST BEDROOM | ONE PLASTIC BAGGIE CONTAINING MULTIPLE RUBBER GLOVES | ON TABLE BESIDE BED | KK |
| 14 | EAST BEDROOM | ONE METAL BOX CONTAINING LIQUID RESIDUE | ON FLOOR | KK |
| 15 | EAST BEDROOM | NUMEROUS COFFEE FILTER PAPERS | ON TABLE | KK |
| 16 | EAST BEDROOM | ONE PLASTIC BAGGIE WITH A RED POWDER RESIDIUE | ON SHELVE UNDER TABLE | KK |
| 17 | EAST BEDROOM | THREE DOCUMENTS WITH NAME RENDY TUMAN | ON SHELVE UNDER TABLE | KK |

## Sequoyah County Sheriffs Department
SEARCH WARRANT LOG

| 18 | EAST BEDROOM | MULTIPLE COFFEE FILTER PAPERS WITH A WHITE POWDER SUBSTANCE | ON SHELVE UNDER TABLE | KK |
|----|--------------|------------------------------------------------------------|------------------------|-----|
| 19 | EAST BEDROOM | ONE GLASS SMOKING DEVICE WITH BURNT RESIDUE | ON SHELVE UNDER TABLE | KK |
| 20 | EAST BEDROOM | ONE PLASTIC BOTTLE WITH A WHITE POWDER RESIDUE | ON SHELVE UNDER TABLE | KK |
| 21 | EAST BEDROOM | TWO 12OZ PLASTIC BOTTLE MARKED HEET WITH A CLEAR LIQUID | ON SHELVE ABOVE TABLE | KK |
| 22 | EAST BEDROOM | ONE GLASS BOTTLE CONTAINING MISC. PILLS | ON TABLE | KK |
| 23 | EAST BEDRQOM | ONE PARCIAL ROLL OF BLACK TAPE | ON FLOOR | KK |
| 24 | EAST BEDROOM | ONE CARB BOARD BOX CONTAINING 22 SHELS | ON SHELVE | KK |
| 25 | EAST BEDROOM | ONE BOX OF WINCHESTER 22 SHELLS | ON SHELVE | KK |
| 26 | EAST BEDROOM | ONE REMINGTON MODEL 522 VIPER 22 SEMI-AUTO WITH BLACK SYNTHETIC STOCK SERIAL NUMBER 3050180 WITH WEAVER SCOPE LOADED WITH 10 ROUNDS | ON FLOOR | KK |
| 27 | EAST BEDROOM | ONE SAVAGE MODEL 110 30-06 BOLT ACTION WITH YELLOW,RED, AND BLACK STOCK SERIAL NUMBER F346257 WITH RED FIELD SCOPE | ON FLOOR | KK |
| 28 | EAST BEDROOM | ONE NORINCO SKS 7.62X39 SEMI-AUTO WITH BROWN STOCK WITH RED SLING AND BAYONET SERIAL NUMBER 1409953 | ON FLOOR | KK |
| 29 | EAST BEDROOM | TWO MOTOROLA RADUIS SP 50 SERIAL NUMBERS 777FAU8156 AND 777FA03033 WITH TWO CHARGERS | ON SHELVE | KK |
| 30 | EAST BEDROOM | ONE REMINGTON MODEL 12 22 SHORT-LONG PUMP SERIAL NUMBER 718808 | ON FLOOR | KK |
| 31 | EAST BEDROOM | ONE RUGER 10/22 CARBINE WITH BROWN STOCK SERIAL NUMBER 124-74261 | ON FLOOR | KK |
| 32 | EAST BEDROOM | ONE AGWAN MODEL M-68M 22 MAG LEVER ACTION WITH LIGHT BROWN STOCK WITH GRAY CENAL SERIAL NUMBER 11890 | ON FLOOR | KK |
| 33 | EAST BEDROOM | ONE FAB 7MM BOLT ACTION WITH BROWN STOCK SERIAL NUMBER 018252 | ON FLLOR | KK |
| 34 | EAST BEDROOM | ONE MARLIN 22 BOLT ACTION LONG RIFLE WITH BROWN STOCK AND STAINLESS BARREL SERIAL NUMBER 05460166 WITH EMPTY CASING IN CHAMBER AND TWO ROUNDS IN TUBE | ON FLOOR | KK |
| 35 | EAST BEDROOM | ONE STAR 22 SEMI-AUTO PISTOL SERIAL NUMBER F386268 LOADED WITH ONE IN BARREL AND TWO IN TUBE | ON TABLE | KK |

## Sequoyah County Sheriffs Department
SEARCH WARRANT LOG

| 36 | EAST BEDROOM | ONE BROWN LEATHER SHOULDER HOLSTER FITTING THE 22 CAL PISTOL | ON FLOOR | KK |
|----|--------------|-------------------------------------------------------------|----------|-----|
| 37 | EAST BEDROOM | ONE MOTOROLA SP50 RADIO SERIAL NUMBER 777FYJ0682 | ON TABLE | KK |
| 38 | EAST BEDROOM | ONE BROWN PLASTIC GUN CASE MARKED 2 | ON FLOOR | KK |
| 39 | EAST BEDROOM | ONE BROWN PLASTIC GUN CASE | ON FLOOR | KK |
| 40 | EAST BEDROOM | ONE BLACK PLASTIC GUN CASE | ON FLOOR | KK |
| 41 | EAST BEDROOM | ONE CAMO COLORED NYLON GUN CASE | ON FLOOR | KK |
| 42 | EAST BEDROOM | ONE BROWN COLORED NYLON CASE | ON FLOOR | KK |
|    |              |                                                 |          |     |

ITEMIZED DESCRIPTION OF EVIDENCE  (CONTINUED)

PLASTIC BAG CONTANING RED POWDER RESIDUE MARKED 16

PLASTIC BAG CONTAINING MULTIPLE COFFEE FILTER PAPERS WITH WHITE POWDER MARKED 18

BROWN GLASS BOTTLE CONTAINING MISC. PILLS

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

IN THE MATTER OF SEARCH WARRANT of )
THE RESIDENCE OF RANDY TURMAN )
LOCATED IN SEQUOYAH )
COUNTY, OKLAHOMA )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

SEP 0 4 2002

BERNELL EDWARDS, COURT CLERK
BY_____
_____DEPUTY

CASE NO SW-02-75

## AFFIDAVIT FOR SEARCH WARRANT

I, Kelly Karnes, being of lawful age, first being duly sworn, state as follows:

I am a Deputy with the Sequoyah County Sheriff's Department for the State of Oklahoma, and have been employed with the Sheriffs Department for the past seven years  During my employment as deputy, I have been involved in investigations of illegal possession, distribution and manufacturing of controlled dangerous substance as defined in title 63 of Oklahoma statutes.

I have probable cause to believe that the following property constitutes evidence of a crime as defined under Oklahoma statutes in title 63, to-wit: unlawful possession, distribution and/or manufacturing of controlled dangerous substance.

Methamphetamine and/or other controlled dangerous substance, a more particular description this affiant cannot give, and personal property consisting of that paraphernalia ordinary used in manufacturing, utilizing, administering or consuming said drugs together with books, records, receipts, telephone records, video-taped transactions, audio-taped transactions, plastic baggies, and equipment, chemicals, formulas, notes, and similar documents and materials and money used in the sale and distribution of said drugs and letters, utility bills and other documents showing proof of residency for the occupants of the residence.

I further state that the above described property may be found and is now being kept, possessed and/or concealed in the following described location, or upon or within certain vehicles, and/or house, building or premises, the curtilage thereof and appurtenances thereof belonging, in SEQUOYAH County, Oklahoma, described as follows:

The residence of Randy Turman which may be located by beginning at the intersection of State Highway 82 and State Highway 100 north of Vian, Sequoyah County, Oklahoma. From this intersection, proceed north on State Highway 82 for approximately six-tenths (0.6) mile; to where State Highway makes a curve to the north and intersects with an unmarked county road (known as Evening Shade Road) that continues on to the east. At this intersection travel east on the unmarked paved county road for approximately two and two-tenths mile (2.2) to the intersection of unmarked paved county road (known as Evening Shade Road) and gravel private driveway. At this

intersection, turn south (right) onto gravel driveway. Which leads to the residence to be searched.

The residence to be searched is described as being brown wood single story structure, with a wood porch attached to the residence, The residence sits in a east-west direction with the front door facing west.

As probable cause for believing that said property may be found at the location aforesaid, I allege and state as follows:

This affiant had a conversation with confidential informant (CI). The CI advised the following events have occurred within the last 72 hours;

1. The CI has been to the above mentioned residence, While at the above mentioned residence,
2. The CI observed a white powdery substance presented to the CI by a occupant of the residence as methamphetamine .
3. The CI observed a red powder known to the CI as red phosphorous
4. The CI observed a white powder substance presented to the CI by occupant of the residence to be ephederine

This affiant that he has received information from this informant on more than three occasions. Each time that this informant has provided information, the information proved to be true and accurate and resulted in confiscation of illegal substance.

Due to this affiant's experience and training red phosphorous and ephederine is commonly used in the manufacturing methamphetamine

I further state that I have been involved in numerous drug investigations and have attended schools in investigations and recognition of drugs and drug paraphernalia. Based on my knowledge, experience and training in investigations of dealers of drugs, especially methamphetamine, they commonly utilize various tools and articles, which are commonly referred to as "paraphernalia" to prepare, divide, weigh, and package their drugs for distribution and use vehicles for distribution; further, it is my experience that said dealers routinely keep records of their various drug transactions in the form of handwritten notes and electronic recordings, so that misunderstanding do not occur with their customers.

Wherefore, affiant asks that a search warrant issue according to law, directed to the Sheriff of SEQUOYAH County, Oklahoma, or any of his duly appointed and authorized deputies, or to any constable or policeman of SEQUOYAH County, or peace officer of the state of Oklahoma, including any Drug Task Force Officer/Investigator with the 27th Prosecutorial District, Trooper of Oklahoma Highway Patrol, Agent of the Oklahoma

State Bureau of Narcotics and Dangerous Drugs, Agent of the Oklahoma State Bureau of Investigations, or Special Agents and Task Force Officers of the Drug Enforcement Administration, Special Agent of the Bureau of Alcohol, Tobacco and Firearms, or any other state or federal peace officer, commanding that he search the residence described herein, vehicles, buildings, or premises the curtilage thereof and appurtenances thereto and to take possession of the property hereinbefore described and detain the same as provided by law, and make a written return thereof according to law.

FURTHER AFFIANT SAYETH NOT.

_Kelly Karner_
AFFIANT

SUBSCRIBED AND SWORN to before me this 23rd day of August ,200 2

JUDGE OF THE DISTRICT COURT

, Bernell Edwards, Court Clerk, for Sequoyah County
Oklahoma, hereby certify that the foregoing is a true,
correct, and full copy of the instrument herewith set
out as appears of record in the Court Clerk's office
of Sequoyah County, Oklahoma, and said instrument
is now in full force and effect.
Dated this ____ day of ____
20__
Bernell Edwards, Court Clerk
Deputy

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**SHERIFF'S RETURN**
State of Oklahoma, County of Sequoyah

SEP 0 6 2003

Case # CF-02-477

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

I certify that I received the foregoing summons on the _5th_ day of _September_, 20_03_, and that I delivered, or attempted delivery of the said summons as shown below to each party named for service request.

| Name of person to be served | Service address | Served? Yes or No | Date & Time of service or attempt |
|---|---|---|---|
| Travis Gabbert | 120 E. Chickasaw Sallisaw, OK | Yes | 9/5/03 @ 13:30 hrs. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that on _____, I served _____ by leaving a copy of said summons with a copy of the petition attached at

_____

which is his/her usual place of residence.

I certify that on _____, I served_____ by leaving a copy of said summons with a copy of the petition attached at

_____

with _____, a member of his family over fifteen (15) years of age.

Dated on the _5th_ day of _September_, 20_03_

J.W. Philpot, Sheriff of Sequoyah County

By _Pamela L. Crutchfield_, Deputy Sheriff

Sequoyah County, Oklahoma

SUBPOENA

IN THE DISTRICT COURT OF SEQUOYAH COUNTY, STATE OF OKLAHOMA
STATE OF OKLAHOMA,
            Plaintiff,

vs.

No. CF-02-477

RANDY OWEN TURMAN
            Defendant.

**TO: DEPUTY TRAVIS GABBERT S.C.S.O.**
~~KELLY KARNES C/O ARKOMA P.D.~~

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **11TH day of SEPTEMBER, 2003, at the hour of 9:00 o'clock A. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **RANDY OWEN TURMAN,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

HEREOF FAIL NOT, under penalty of law.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the District Court of said County, this 4TH day of SEPTEMBER, 2003.

BERNELL EDWARDS, COURT CLERK

By _Robin Hickman_
            Deputy

=========================================================================

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE AND PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

=========================================================================

SHERIFF'S RETURN

Received this Writ this_____day of_____,
20____,_____
o'clock____M.,_____, 20_____, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the ____ day of_____,
19____,; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____By_____

find the within named_____20_____, I cannot
_____in my county.


JOHNNY PHILPOT, SHERIFF

By_____
            Deputy

Mileage_____miles

**SUBPOENA**
IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
       Plaintiff,

VS.                                                                    No. CF-02-477

RANDY OWEN TURMAN,
       Defendant,

TO: TROOPER CODY HYDE, C/O OHP HEADQUARTERS, OKLA. CITY, OK; KEVIN STOUT, SEQ. COUNTY JAIL, SALLISAW, OK; KENNETH WILSON, S. C. S. O., SALLISAW, OK; DR. MICHAEL CALLERY, 1109 E. CHEROKEE, SALLISAW, OK  ;

GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **3rd day of November, 2003, at the hour of 9:00 o'clock A. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **DALE SUMMERLIN,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

HEREOF FAIL NOT, under penalty of law.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 27ᵀᴴ day of October, 2003.

BERNELL EDWARDS, COURT CLERK

By _Robin Hickman_
                    Deputy

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE **AND** PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

**SHERIFF'S RETURN**

Received this Writ this _____ day of _____, 20___, _____ o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____By_____

_____ 20_____ . I cannot find the within named _____ in my county.

JOHNNY PHILPOT, SHERIFF

By_____
                    Deputy

Mileage_____miles

## SUBPOENA
IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
    Plaintiff,

VS.         :                          No. CF-02-477

RANDY OWEN TURMAN,
    Defendant,

TO:   KELLY KARNES, VIAN, OK; DEP. TRAVIS GABBERT, S. C. S. O., SALLISAW, OK;

             GREETINGS: You are hereby commanded to appear before the District Court of Sequoyah County, at the Courthouse therein on the **3rd day of November, 2003, at the hour of 9:00 o'clock A. M.** to testify as a witness in a certain action pending in said Court wherein the State of Oklahoma is Plaintiff, and **RANDY OWEN TURMAN,** is defendant; on the part of the State of Oklahoma and not depart without leave of the Court.

             HEREOF FAIL NOT, under penalty of law.

             IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal or the District Court or said County, this 28TH day of October, 2003.

                                    BERNELL EDWARDS, COURT CLERK

                                 By _____
                                        Deputy

PLEASE CONTACT DISTRICT ATTORNEY'S OFFICE AT 918/775-9132 24 HOURS PRIOR TO HEARING TO FIND OUT IF ANY CHANGE IN THE HEARING HAS TAKEN PLACE WHICH MIGHT EXCUSE YOUR APPEARANCE <u>AND</u> PLEASE LEAVE A PHONE NUMBER AT WHICH A MESSAGE CAN BE GIVEN FROM US TO CANCEL YOUR APPEARANCE SHOULD A CHANGE IN THE HEARING TAKE PLACE AFTER YOU CALL.

### SHERIFF'S RETURN

             Received this Writ this _____ day of _____, 20___, _____ o'clock ___.M., _____, 20___, served the same by delivering a copy thereof, with the endorsements thereon, duly certified to the within named on the _____ day of _____, 20___; served the same by leaving a copy thereof with the endorsements thereon, duly certified at the usual place of residence of the within named witness:_____

_____By_____

_____            20_____. I cannot find the within
named _____in my county.

                              JOHNNY PHILPOT, SHERIFF

                            By_____
                                       Deputy

                          Mileage_____miles

# In the District Court in and for Sequoyah County
## State of Oklahoma

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

State of Oklahoma,           )

  Plaintiff,                 )

vs.                          )    NOV 0 4 2003
                             )    BERNELL EDWARDS, COURT CLERK
Randy Owen Turman            )    BY_____DEPUTY
                             )    Case No. CF- 02 477
  Defendant                  )

## WAIVER OF PRELIMINARY HEARING

Now on this ___3___ day of _November_, 19 2003, the above styled case comes on for preliminary hearing. The defendant appears in person and represented by his attorney of record, Donn Baker by TKB , the State of Oklahoma appears by its Assistant District Attorney. Thereupon the defendant herein acknowledges having been advised of the right to a preliminary hearing. That in said hearing the State of Oklahoma must prove to the satisfaction of the Court that the crime as alleged in the information was, in fact, committed and there is probable cause to believe that the defendant committed said crime. That if said burden was not met then the case would be dismissed and the bond exonerated.

The defendant is further advised that at said hearing that he/she has the right to cross examine any of the State's witnesses and to call witnesses on his/her own behalf. And further, the defendant is advised of the right at the hearing to limited discovery of the State's case in chief.

Having these rights in mind, the defendant herein, waives all the above rights with respect to a preliminary hearing in this matter.

_____
Defendant

_____
Attorney for Defendant

## WAIVER OF JURISDICTION OF EXAMINING MAGISTRATE

The defendant is further advised that neither the examining magistrate nor the Special Judge has the jurisdiction to proceed further with the case unless affirmatively waived. Having these rights in mind, the defendant hereby waives his/her rights to object to any jurisdictional defects of the Court.

_____
Defendant

_____
Attorney for Defendant

## COURT MINUTE OF PRELIMINARY HEARING

The defendant in the above styled case having knowingly and intelligently waived his/her rights to the preliminary hearing and there being no objection by the State of Oklahoma, the Court accepts the defendant's waiver and hereby binds the defendant over to stand trial in the District Court of Sequoyah County, State of Oklahoma, on the charges as set out in the information as filed in this case.

DCA/Plea

Dec 18, 2003
@ 1:30 pm

J. Garrett

_____
JUDGE OF THE DISTRICT COURT

**IN THE DISTRICT COURT OF SEQUOYAH COUNTY**
**STATE OF OKLAHOMA**

STATE OF OKLAHOMA )
         Plaintiff, )
          )
          )
vs. )     Case No.  CF-02-477
          )
RANDY OWEN TURMAN )
         Defendant. )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAY 0 9 2007

MAUDEEN VANN, COURT CLERK
BY _____ DEPUTY

## MOTION TO DISMISS

**COMES NOW** JERRY S. MOORE, District Attorney, in and for Sequoyah County, State of Oklahoma, and moves the Court to dismiss above styled case now pending against the above named defendant,  in the best interest of justice ,

WHEREFORE, movant prays that this matter be dismissed for the above named reason.

                 **JERRY S. MOORE**
                 **DISTRICT ATTORNEY**

BY:  _____
       ASSISTANT DISTRICT ATTORNEY

## ORDER

**NOW** on this _____ day of  May, 2007, this matter comes before the Court upon the Motion of the District Attorney, Jerry S. Moore, and by his assistant moving the Court to dismiss the  above pending case for the reason stated above.

IT IS THEREFORE ORDERED BY THE COURT that the above styled case against said defendant is hereby dismissed .

IT IS SO ORDERED.

              _____
              **JUDGE OF THE DISTRICT COURT**