**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**REDACTED EXHIBIT 197**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

EDUCATION, IMMUNIZATION,
SANITATION IS HEALTH
CONSERVATION

Commissioner
G. F. MATHEWS, M. D.

## State Department of Health
### State of Oklahoma
3400 NORTH EASTERN
OKLAHOMA CITY 5, OKLAHOMA

DEPARTMENT OF COMMERCE
Bureau of the Census

**STANDARD CERTIFICATE OF LIVE BIRTH**  State File No.
State of Oklahoma  28656  Registrar's No. 157

1. PLACE OF BIRTH:
(a) County Sequoyah
(b) City or town Rural Vian
   IF OUTSIDE OF CITY OR TOWN LIMITS PUT RURAL.
(c) Name of hospital or institution:
   IF NOT IN HOSP. OR INST. GIVE ST. NO. AND LOCATION
(d) Mother's stay before delivery:
In hospital or institution ____ In this community 21 year
   SPECIFY WHETHER YRS., MO. OR DAYS

2. USUAL RESIDENCE OF MOTHER:
(a) State Oklahoma
(b) County Sequoyah
(c) City or town Rural
   IF OUTSIDE CITY LIMITS, WRITE RURAL
(d) Street No.
   IF RURAL, GIVE LOCATION

3. Full name of child Phyllis Jean Dotson
4. Date of birth [redacted] 42
   MO. DA. YR.

5. Sex Female
6. Twin or triplet ____ If so-born 1st, 2nd, or 3rd
7. No. months of pregnancy 9
8. Is mother married? Yes

FATHER OF CHILD
9. Full name Hugh Virgil Dotson 325
10. Color or Race White
11. Age at time of this birth 24 yrs.
12. Birthplace Sequoyah Co. Okla.
   CITY, TOWN, COUNTY, ST. OR FOREIGN COUNTRY
13. Usual occupation Farming
14. Industry or business

MOTHER OF CHILD
15. Full maiden name Hattie Gertrude Real
16. Color or race White
17. Age at time of this birth 21 yrs.
18. Birthplace Sequoyah Co. Okla.
   CITY, TOWN, COUNTY, ST. OR FOREIGN COUNTRY
19. Usual occupation Housewife
20. Industry or business

21.
(a) How many other children of this mother now living? One
(b) How many other children born alive but now dead? None
(c) How many children were born dead? None

22. Mother's mailing address for registration notice:
Mrs. H. V. Dotson
Vian, Oklahoma

23. (a) Was a solution of Silver Nitrate used in eyes? Yes
    (b) Was Blood test for syphilis made? No

24. I hereby certify that I attended the birth of this child who was born alive at the hour of 6:45 am. on the date above stated and
   DO NOT GIVE RESULT OF TEST
   Stillborn
that the information given was furnished by Mrs. Dotson
this child as ____ related to Father

25. Date received by local registrar
26. Registrar's own signature Jas. M. Leeper
27. Date given name added ____ by ____ REGISTRAR

Attendant's own signature M. W. Newblin
M.D., midwife or other M.D. Date signed 7-26-42
Address Sallisaw, Oklahoma

I do hereby certify the foregoing to be a true and correct copy, original of which is on file in this office.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and caused the official seal to be affixed, at Oklahoma City, Oklahoma, this ____ day of OCTOBER 1948

M. F. Shackelford
STATE REGISTRAR

KEB505519