**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

**REDACTED EXHIBIT 198**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

# CERTIFICATE OF LIVE BIRTH

State of Oklahoma - Department of Health

LOCAL REG. NO. 24

STATE FILE NO. 135 - 64 - 002446

**1. PLACE OF BIRTH**
a. COUNTY *Sequoyah*

**2. USUAL RESIDENCE OF MOTHER** (Where does mother live?)
a. STATE *OKLA.*  b. COUNTY *Sequoyah*

b. CITY, TOWN, OR LOCATION *Sallisaw, Oklahoma*

c. CITY, TOWN, OR LOCATION *Vian, Okla.*

c. NAME OF (If not in hospital, give street address)
HOSPITAL OR INSTITUTION *Sequoyah Memorial*

d. STREET ADDRESS ▮▮▮▮▮

d. IS PLACE OF BIRTH INSIDE CITY LIMITS?   Yes ☒   No ☐

e. IS RESIDENCE INSIDE CITY LIMITS?   YES ☐   NO ☒

f. IS RESIDENCE ON A FARM   YES ☒   NO ☐

**CHILD**

**3. CHILD'S NAME** (Type or print)
First *Travis*   Middle *Don*   Last *Crawford*

**4. SEX** *Male*

**5a. THIS BIRTH** SINGLE ☒   TWIN ☐   TRIPLET ☐

**5b. IF TWIN OR TRIPLET, WAS CHILD BORN** 1st ☐   2d ☐   3d ☐

**6. DATE OF BIRTH** Month ▮▮▮   Day ▮▮▮   Year *64*

**FATHER**

**7. FATHER'S NAME** First *Roger*   Middle *Lee*   Last *Crawford*

**8. COLOR OR RACE** *White*

**9. AGE** (At time of this birth) *27* YEARS

**10. BIRTHPLACE** (State or foreign country) *Illinois*

**11a. USUAL OCCUPATION** *Norge Plant*

**11b. KIND OF BUSINESS OR INDUSTRY**

**MOTHER**

**12. MOTHER'S MAIDEN NAME** First *Phyllis*   Middle *Jean*   Last *Dotson*

**13. COLOR OR RACE** *White*

**14. AGE** (At time of this birth) *21* YEARS

**15. BIRTHPLACE** (State or foreign country) *Oklahoma*

**16. PREVIOUS DELIVERIES TO MOTHER** (Do NOT include this birth)
a. How many OTHER children are now living? *1*
b. How many OTHER children were born alive but are now dead? *0*
c. How many fetal deaths (fetuses born dead at ANY time after conception)? *0*

**17. INFORMANT** *Mrs. Roger L. Crawford*

**18. MOTHER'S MAILING ADDRESS** ▮▮▮▮▮ *Vian, Oklahoma*

**19a. LENGTH OF PREGNANCY COMPLETED** *Term* WEEKS

**19b. WEIGHT OF CHILD AT BIRTH** *6* LB. *12* OZ.

**20. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES?**   YES ☒   NO ☐

**21a. WAS BLOOD OF THIS CHILD'S MOTHER TESTED FOR SYPHILIS?**   YES ☒   NO ☐

**21b. DATE TEST MADE** *Aug. 1963*

**21c. IF NO TEST, STATE REASON THEREFOR:**

I hereby certify that this child was born alive on the date stated above.

**22a. SIGNATURE** *Samuel A. Kirkland M.D.*

**22b. ATTENDANT AT BIRTH** M.D. ☒   D.O. ☐   D.C. ☐   MIDWIFE ☐   OTHER (Specify)

**22c. ADDRESS** *Sallisaw, Okla*

**22d. DATE SIGNED** *1-20-64*

**23a. DATE REC'D. BY LOCAL REG.** *2-4-64*

**23b. REGISTRAR'S SIGNATURE** *Elsie King*

**24. DATE RECEIVED BY STATE REGISTRAR** FEB 5 1964

THIS LINE FOR USE OF STATE REGISTRAR | DATE CORRECTIONS MADE | ITEMS CORRECTED | AUTHORITY | CLERK

VS 152   12-55

June 30, 2008

KEB505536

B00409769

This is true and correct copy of the official record on file in the Office of Vital Statistics, Oklahoma City, Oklahoma, certified on the date stamped.



James M. Crutcher
Commissioner of Health
Office of Vital Statistics
Department of Health

It is in violation of Oklahoma Statutes, Title 63, Section 1-324.1, to "prepare or issue any certificate which purports to be original, certified copy or copy of a certificate of birth, death or stillbirth, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

**VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW**

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND, EMBOSSED SEAL AND THERMOCHROMIC INK. THE BACK CONTAINS SPECIAL LINES WITH TEXT.

KEB505537