**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**REDACTED EXHIBIT 199**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**



# STATE OF ILLINOIS

### DEPARTMENT OF PUBLIC HEALTH - DIVISION OF VITAL RECORDS

STATE OF ILLINOIS

## CERTIFICATE OF LIVE BIRTH

**MATCHING IDC**

**CHILD'S BIRTH NUMBER** 112- 69 006462

REGISTRATION DISTRICT NO. 99.0

REGISTERED NUMBER 300

| | | | | |
|---|---|---|---|---|
| CHILD—NAME FIRST: Stephen | MIDDLE: Wayne | LAST: Barrett | 2a. DATE OF BIRTH (MONTH, DAY, YEAR): 1969 | 2b. HOUR: 3:17 A. M. |

1.

| SEX | THIS BIRTH—SINGLE, TWIN, TRIPLET, ETC. (SPECIFY) | IF NOT SINGLE BIRTH—BORN FIRST, SECOND, THIRD, ETC. (SPECIFY) | PLACE OF BIRTH (IF NOT IN HOSPITAL, GIVE STREET AND NUMBER) | COUNTY |
|---|---|---|---|---|
| 3. male | 4a. single | 4b. | 5a. | Will |

| CITY, TOWN, TWP. OR ROAD DISTRICT NO. | INSIDE CITY (YES/NO) | HOSPITAL—NAME |
|---|---|---|
| 5b. Joliet | 5c. yes | 5d. St. Joseph |

| MOTHER—MAIDEN NAME FIRST | MIDDLE | LAST | AGE (AT TIME OF THIS BIRTH) | BIRTHPLACE (STATE OR FOREIGN COUNTRY) |
|---|---|---|---|---|
| 6a. Sylvia | G. | Dotson | 6b. 28 | 6c. Oklahoma |

| RESIDENCE STATE | COUNTY | CITY, TOWN, TWP. OR ROAD DISTRICT NO. | INSIDE CITY (YES/NO) | STREET AND NUMBER |
|---|---|---|---|---|
| 7a. Illinois | 7b. Will | 7c. Wheatland | 7d. no | 7e. Scotch Church Road |

| MOTHER'S COMPLETE MAILING ADDRESS | STREET AND NUMBER OR R.F.D. | CITY OR TOWN | STATE | ZIP |
|---|---|---|---|---|
| 7f. | | Plainfield | Illinois | 60544 |

| FATHER—NAME FIRST | MIDDLE | LAST | AGE (AT TIME OF THIS BIRTH) | BIRTHPLACE (STATE OR FOREIGN COUNTRY) |
|---|---|---|---|---|
| 8a. Ernest | E. | Barrett | 8b. 30 | 8c. Oklahoma |

| INFORMANT'S SIGNATURE | RELATION TO CHILD |
|---|---|
| 9a. ▶ *Sylvia G. Barrett* | 9b. mother |

I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE.

| DATE SIGNED (MONTH, DAY, YEAR) | ATTENDANT—M.D., D.O., MIDWIFE, OTHER (SPECIFY) |
|---|---|
| 10b. Jan. 29, 1969 | 10c. M.D. |

| SIGNATURE | ILLINOIS LICENSE NUMBER |
|---|---|
| 10a. ▶ *T. C. Chudiaman M.D.* | 10d. 37809 |

| CERTIFIER'S COMPLETE MAILING ADDRESS | STREET AND NUMBER OR R.F.D. | CITY OR TOWN | STATE | ZIP |
|---|---|---|---|---|
| 10e. | 25 N. Ottawa Street | Joliet | Illinois | 60431 |

| LOCAL REGISTRAR'S SIGNATURE | DATE REC'D BY LOCAL REGISTRAR (MONTH, DAY, YEAR) |
|---|---|
| 11a. ▶ *Herbert S Mally M.D.* | 11b. February 3, 1969 |

VS 100 — (1968)      ILLINOIS DEPARTMENT OF PUBLIC HEALTH — BUREAU OF STATISTICS      (BASED ON 1968 U.S. STANDARD CERTIFICATE)

783593

This is to certify that this is a true and correct copy of the official record filed with the Illinois Department of Public Health.

DATE ISSUED

FEB 27 2009

*Damon T. Arnold, M.D., M.P.H.*

DAMON T. ARNOLD, M.D., M.P.H.
STATE REGISTRAR

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

American Bank Note Company

KEB505272