**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

―――――――――――――――――――

**REDACTED EXHIBIT 200**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

―――――――――――――――――――

# RECORD OF PUPILS ENROLLED

RECORD AGE AT BIRTHDAY NEAREST TO SEPTEMBER 1, 19 69

| NAMES OF BOYS GIRLS (CROSS OUT ONE) | GRADE | DATE OF BIRTH | | | AGE | RESIDENT DISTRICT | TUITION | CODE REF. | TRANSFERRED TO OR FROM | DA R |
|---|---|---|---|---|---|---|---|---|---|---|
| | | YR. | MO | DAY | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Amendola, Salvatore | 2 | | | | | Stanhope | | | | |
| Bell, Michael | 2 | | | | | 5050 | | | | |
| Coulter, Miquel | 2 | | | | | | | | | |
| Curran, Timothy | 2 | | | | | | | | | |
| DeAngelis, Francisco | 2 | | | | | | | | | |
| Edwards, William | 2 | | | | | | | | | |
| Fossati, Mark | 2 | | | | | | | | | |
| Irwin, Gary | 2 | | | | | | | | | |
| Sobussman, Kurt | 2 | | | | | | | | | |
| Stephens, Jonathan | 2 | | | | | | | | | |
| Stephens, Seth | 2 | | | | | | | | | |
| Stritch, Jody | 2 | | | | | | | | | |
| Urodzinski, David | 2 | | | | | | | | | |
| Zoll, Gregory | 2 | | | | | | | | | |
| Dash, Peter | 2 | | | | | | | | ent. 10-13-Staten Island | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Barrett, Kenneth | 3 | | | | 8 | | | | TH To Oklahoma. | 3- |
| Craig, Peter | 3 | | | | 8 | | | | | |
| Desimone, John | 3 | | | | 9 | | | | | |
| Donahue, John | 3 | | | | 8 | | | | | |
| Ehehalt, Robert | 3 | | | | 8 | | | | | |
| Fugger, John | 3 | | | | 8 | | | | | |
| Hargreaves, Kevin | 3 | | | | 8 | | | | | |
| Howell, William | 3 | | | | 9 | | | | | |
| Jimenez, Scott | 3 | | | | 8 | | | | | |
| Jozowski, Joe | 3 | | | | 10 | | | | | |
| Monachello, Vincent | 3 | | | | 8 | | | | | |
| Murdock, David | 3 | | | | 8 | | | | | |
| Quinn, John | 3 | | | | 9 | | | | | |
| Smith, Brian | 3 | | | | 9 | | | | | |
| Sofia, Carl | 3 | | | | 8 | | | | | |
| Wink, John | 3 | | | | 8 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| TOTAL DAYS COUNT | | | | | | | | | | |

KEB505534

| NAME OF PARENT OR GUARDIAN | ADDRESS | | TIMES TARDY (PER SESSION) | ADDITIONAL SPACES FO TRANSFERRED TO OR FR |
|---|---|---|---|---|
| | | | | |
| | | | | |
| Thomas Amendola | | Stanhope | | |
| Charles Bell | | Stanhope | 0 | |
| John Coulter | | Stanhope | 0 | |
| Arthur Curran | | Stanhope | 0 | |
| Dominick DeAngelis | | Stanhope | 0 | |
| Jacques. Edwards | | Stanhope | 0 | |
| Manlio Fossati | | Stanhope | 0 | |
| Thomas Irwin | | Stanhope | 0 | |
| Joseph Schussmann | | Stanhope | 0 | |
| Theodore Stephens | | Stanhope | 0 | |
| Theodore Stephens | | Stanhope | . | |
| Joseph Stritch | | Stanhope | 2 | |
| Joseph Urodzinski | | Stanhope | 1 | |
| Murray Zoll | | Stanhope | 2 | |
| David Dash | | Stanhope | 2 | |
| | | | 2 | |
| | | | | |
| Ernest Barrett | | Stanhope | | |
| Thomas Craig | | Lafayette | | |
| John Desimone | | Stanhope | 2 | |
| Patrick Donahue | | Stanhope | 2 | |
| Robert Ehehalt | | Stanhope | 5 | |
| Charles Fugger | | Stanhope | . | |
| Raymond Hargreaves | | Stanhope | 2 | |
| William Howell | | Stanhope | 2 | |
| Adolpho Jimenez | | Stanhope | 2 | |
| Joseph Jozowski | | Stanhope | 2 | |
| Vincent Monachello | | Stanhope | 2 | |
| David Murdock | | Stanhope | 2 | |
| Clyde Quinn | | Stanhope | 2 | |
| Ernest Smith | | Stanhope | . | |
| Joseph Sofia | | Stanhope | 2 | |
| Sarah Wink | | Stanhope | . | |
| | | | 2 | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DAYS ABSENT | | |

KEB505535

# OFFICIAL TRANSCRIPT
## SALLISAW HIGH SCHOOL
## SALLISAW, OKLAHOMA

| Barrett | Kenneth | | | ENTERED: | DATE 8-22-77 GRADE 10 |
|---|---|---|---|---|---|
| LAST NAME | FIRST | Middle | | | |

61
DATE OF BIRTH          PLACE OF BIRTH          FROM: Jay County High School, Indiana

SEX M    RACE W    MAILING ADDRESS _____    PHONE NUMBER _____

FATHER _____ OCCUPATION _____ MOTHER Gelene Barrett _____ OCCUPATION _____

| 9th Year 76—77 | | | 10th Year 77—78 | | | 11th Year ——— | | | 12th Year ——— | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBJECTS | Sem. Marks | | SUBJECTS | Sem. Marks | | SUBJECTS | Sem. Marks | | SUBJECTS | Sem. Marks | |
| | 1st | 2nd | | 1st | 2nd | | 1st | 2nd | | 1st | 2nd |
| English I | | | English II | | | English III | | | English IV | | |
| Civics | | | Biology | | | American History | | | | | |
| Oklahoma History | | | | | | | | | | | |
| Math | *A | *B | | | | | | | | | |
| LIFE General Science | *B | *C | | | | | | | | | |
| Comm. Arts | *C | *D | | | | | | | | | |
| I.E.S. | *B | *B | | | | | | | | | |

*Grades from Jay County High School, Indiana

### RECORD OF TEST DATA

| CREDITS SENT TO: | |
|---|---|
| School | Date |
| School | Date |
| | Date |
| Passing Marks    A B C D | |
| Rank in Class _____ | |
| Periods Per Week _____ | |
| Length of Periods _____ | |

Graduated X    Dropped _____    Withdrew _____

Date of Graduation May 1? 19__

Course: College Prep. _____ General _____

_____ Principal

Transcript Certified _____ Registrar

Sandra Hoove 1-9-09

Number in Class: Boys_____ Girls_____ Total_____

NAME _____ AGE _____ SEX _Male_ DATE OF BIRTH _____ *1961*

| | | | |
|---|---|---|---|
| | | MONTH | DAY | YEAR |

ADDRESS ▮▮▮▮▮▮▮▮▮, _Lake Hopatcong_

FATHER _Ernest_   MOTHER _Sylvia_   TELEPHONE _663-1302_

FAMILY PHYSICIAN _Dr Alinte_   TELEPHONE _366-0773_

| DISEASE HISTORY | YEAR | | YEAR | | YEAR | OPERATIONS OR INJURIES | YE |
|---|---|---|---|---|---|---|---|
| GERMAN MEASLES | | STREP. INFECTION | | ALLERGIES | | | |
| MEASLES | 1962 | POLIOMYELITIS | | ASTHMA | | | |
| MUMPS | | RHEUMATIC FEVER | | DIABETES | | | |
| OTITIS MEDIA | | WHOOPING COUGH | | CONVULSIVE DISORDER | | | |
| c. pox | 1966 | | | EMOTIONAL | | | |

| TEST AND IMMUNIZATIONS: | DATE | RESULT | DATE | RESULT | DATE | RESULT | DATE | RESULT | DATE | RESUL |
|---|---|---|---|---|---|---|---|---|---|---|
| SMALL POX VACCINATION | 8/22/66 Sun | | | | | | | | | |
| D. P. T. | 1961 | — | 62 | — | B. 8/22/66 | | B 1969 | | | |
| TETANUS | | | | | | | | | | |
| POLIO | Sabin 1964 | | 1964 | | 1964 | | B 8/22/66 | | | |
| MEASLES | | | | | | | | | | |
| OTHER | | | | | | | | | | |
| TBC. TEST & TYPE | Tine 9/69 | neg. | 10/71 | neg | | | | | | |
| CHEST X-RAY | | | | | | | | | | |
| SCHOOL | Stan. | ETB | ETB | M.S. | | | | | | |
| GRADE | 3 | 4 | 5 | 6 | 7 | 8 | | | | |
| AGE | 8 | 9 | 10 | 11 | 12 | 13 | | | | |
| YEAR | 69/70 | 70/71 | 71/72 | 72/73 | 73/74 | 74/75 | | | | |
| HEIGHT | 50 | 51" | 54 | 54 | | | | | | |
| WEIGHT | 54 | 55 | 63 | 64 | | | | | | |

## HEALTH APPRAISAL
Code:   R — See Reverse Side   N — Normal

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE OF EXAMINATION | 69/70 | | 6-72 | | | | | | | |
| GENERAL APPEARANCE | ave. | | ✓ | | | | | | | |
| BEHAVIOR | ave. | | ✓ | | | | | | | |
| GROOMING | ave. | | ✓ | | | | | | | |
| NUTRITION | ave. | | ✓ | | | | | | | |
| DEVELOPMENT | N. | | ✓ | | | | | | | |
| SPEECH | N. | | ✓ | | | | | | | |
| PHYSICAL FINDINGS | | | | | | | | | | |
| DISABILITIES | | | | | | | | | | |
| SCHOOL PHYSICIAN | | | W.T. | | | | | | | |
| FAMILY PHYSICIAN | | | | | | | | | | |
| DENTAL EXAM | | | | | | | | | | |
| SCHOOL DENTIST | | | | | | | | | | |
| FAMILY DENTIST | | | | | | | | | | |
| VISION   R | 20/25 | | N | | | | | | | |
| L | 1/25 | | | | | | | | | |
| HEARING   R | N | | N | | | | | | | |
| L | N | | | | | | | | | |

A-45

KEB505711



JOLIET PUBLIC SCHOOLS
# ANNUAL RECORD
Grades Kdg., One, Two, Three, Four, Five, and Six

Record of pupil's age, attendance and scholarship for _1966-1967_ year.

Grade _Kdg_ Date _6-9-67_ Teacher _Ardis Corp_ School _Culbertson_

Arrange names alphabetically, last name first. Number consecutively. Write numbers inside margin. Mark habits, Satisfactory or Unsatisfactory.

| PUPIL'S NAME STREET & NUMBER | BIRTH DATE | Days Present | Days Absent | Conduct | Effort | Reading | Lang. & Comm. | Spelling | Writing | Listening | Mathematics | Social Studies | Science | Art | Physical Education | Music | Foreign Language | Health & Safety Rules | Accepts Resp. | Has Sch. Material | Neatness | Promotion (Yes or No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5. Barrett, Kenneth ███ | ██ 61 | 54.5 | 33.5 | S | S | | | | S | | | | | | | | | | S | S | S | S | Yes |