# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

# REDACTED EXHIBIT 203

# TO KENNETH EUGENE BARRETT'S

# SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

---

# SOCIAL SECURITY ADMINISTRATION
Baltimore, Maryland 21290-0300

## CERTIFICATION OF EXTRACT FROM RECORDS

Pursuant to the provisions of Title 42, United States Code, Section 904, and the authority vested in me by 42 United States Code 902. I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed is a true extract from such records in my custody as aforesaid.

I further certify that all signatures of Social Security Administration annexed document(s) are genuine and made to the signers' official capacity.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this *25th* day of *February* , 2009

Kathryn E. Fox
Division Director
Division of Earnings Record Operations
Office of Central Operations

Form **SSA-473** (3-96)
Destroy Prior Edition

KEB505258

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS        JOB:
VERSION 1984.002 * * *      FOR SSN  ████ 5635      * * *
```

```
FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL OPERATIONS
        300 N. GREENE STREET
        BALTIMORE, MARYLAND  21290-0300

CCA                                   NUMBER HOLDER NAME:
                                      TRAVIS D CRAWFORD
1116 POWHATTEN AVE


SAN FRANCISCO          CA  94110
```

PERIOD REQUESTED    JANUARY 1978  THRU  DECEMBER 2007

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|

```
EMPLOYER NUMBER:  87-0212664
U S BUREAU OF RECLAMATION
PO BOX 11568
SALT LAKECITY UT 84147-0000
```

| 1980 | - | - | - | - | $ 582.66 |

```
EMPLOYER NUMBER:  34-1680390
FRANCES J NAGY
33325 ROCKFORD DR
SOLON  OH 44139-1934
```

| 1981 | - | - | - | - | $ 2,487.26 |

```
EMPLOYER NUMBER:  04-1680390
SAINT-GOBAIN ABRASIVES INC
2770 W WASHINGTON ST
STEPHENVILLE  TX 76401-3702
```

| 1982 | - | - | - | - | $ 4,412.25 |

PAGE 001

KEB505259

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS          JOB:
VERSION 1984.002 * * *        FOR SSN ████5635          * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|

```
EMPLOYER NUMBER:  35-9990000
DEPT OF THE ARMY SRD AC RC
ATTN DFAS ADIMB LAURA WICKS
% DFAS ATTN DFASIN ADIMB
8899 E 56TH ST
INDIANAPOLIS   IN 46249-0002
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 1983 | - | - | - | - | $ 5,434.59 |
| 1984 | - | - | - | - | $ 4,624.72 |
| 1985 | - | - | - | - | $ 100.76 |

```
EMPLOYER NUMBER:  73-1205422
JAMES STROUP & J L DEEN PTRS
LAWN CARE PROFESSIONALS
 JAMES STROUP GEN PTR
520 N HICKORY
SALLISAW   OK 74955-0000
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 1984 | - | - | - | - | $ 88.00 |

```
EMPLOYER NUMBER:  43-1251798
TRACKER OIL RECOVERY SERVICES INC &
 SUBS
% JOHN R BARSANTI JR
ONE METROPOLITAN SQUARE SUITE 2600
ST LOUIS MO 63102-2740
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 1985 | - | - | - | - | $ 693.75 |
| 1986 | - | - | - | - | $ 1,482.51 |

```
EMPLOYER NUMBER:  71-0520797
TEC THE EMPLOYMENT COMPANY
1825 N A ST
FORT SMITH AR 72901-3337
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 1985 | - | - | - | - | $ 15.75 |
| 1989 | - | - | - | - | $ 191.52 |
| 1990 | - | - | - | - | $ 88.88 |
| 1991 | - | - | - | - | $ 740.00 |

KEB505260

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS           JOB:
VERSION 1984.002 * * *      FOR SSN  ████  5635         * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

```
EMPLOYER NUMBER:  73-1097674
RACE HORSES INC
BLUE RIBBON DOWNS
500 ONEOK PLZA 100 W FIFTH ST
TULSA  OK 74103-0000
```

| 1986 | - | - | - | - | $ 205.63 |

```
EMPLOYER NUMBER:  73-1268160
J L DEEN
LAWNCARE PROFESSIONALS
RT 2 BOX 148C
SALLISAW  OK 74955-9643
```

| 1986 | - | - | - | - | $ 726.25 |
| 1987 | - | - | - | - | $ 1,115.50 |
| 1988 | - | - | - | - | $ 77.50 |
| 1990 | - | - | - | - | $ 27.50 |

```
EMPLOYER NUMBER:  43-0308250
HAMMOND SHEET METAL CO
BARRINGTON MANUFACTURING CO
PO BOX 220910
SAINT LOUIS MO 63122-0910
```

| 1987 | - | - | - | - | $ 3,620.41 |
| 1988 | - | - | - | - | $ 8,148.14 |
| 1991 | - | - | - | - | $ 1,024.50 |

```
EMPLOYER NUMBER:  71-0515657
HOLLAND & NOWOTNY INC
H & N FOODS
PO DRAWER V
VAN BUREN AR 72956-1943
```

| 1987 | - | - | - | - | $ 1,472.22 |

PAGE 003

KEB505261

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS           JOB:
VERSION 1984.002 * * *      FOR SSN  ████ 5635        * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|---|-------|

```
EMPLOYER NUMBER:  84-0909680
EXPRESS SERVICES INC
8516 NW EXPRESSWAY
OKLAHOMA CITY OK 73162-6010
```

| 1987 | - | - | - | - | $ | 135.00 |
|------|---|---|---|---|---|--------|
| 1994 | - | - | - | - | $ | 406.00 |

```
EMPLOYER NUMBER:  71-0636933
CLARK INTERIORS INC
1635 HIGHWAY 282
VAN BUREN AR 72956-7516
```

| 1989 | - | - | - | - | $ | 180.00 |
|------|---|---|---|---|---|--------|

```
EMPLOYER NUMBER:  73-1112277
ROLAND LUMBER & HARDWARE LLC
GARY M PEARSON & RICKY L RIGGS PTR
PO BOX 326
ROLAND  OK 74954-0326
```

| 1989 | - | - | - | - | $ | 1,786.25 |
|------|---|---|---|---|---|----------|

```
EMPLOYER NUMBER:  74-2152396
KCI USA INC
KCI
% MICHAEL PARKMAN TAX DEPT
PO BOX 659508
SAN ANTONIO TX 78265-9508
```

| 1989 | - | - | - | - | $ | 7,974.46 |
|------|---|---|---|---|---|----------|
| 1990 | - | - | - | - | $ | 5,193.56 |

```
EMPLOYER NUMBER:  71-0675099
PROFESSIONAL TEMPORARY SERVICES INC
1115 S WALDRON RD 204
FORT SMITH AR 72903-2588
```

| 1990 | - | - | - | - | $ | 2,056.26 |
|------|---|---|---|---|---|----------|

PAGE 004

KEB505262

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS           JOB:
VERSION 1984.002 * * *       FOR SSN        -5635        * * *
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|
| 1991 | - | - | - | - | $ | 997.07 |

```
EMPLOYER NUMBER:  73-0657570
MID-AMERICA CHEMICAL INC
PO BOX 25882
OKLAHOMA CITY OK 73125-0000
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|
| 1990 | - | - | - | - | $ | 269.25 |

```
EMPLOYER NUMBER:  73-1092582
A A PERSONNEL INC
2709 NW 39TH EXPY
OKLAHOMA CITY OK 73112-3702
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|
| 1990 | - | - | - | - | $ | 32.00 |

```
EMPLOYER NUMBER:  71-0309661
O K FOODS INC
PO BOX 1787
FORT SMITH AR 72902-1787
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|
| 1991 | - | - | - | - | $ | 140.25 |
| 1992 | - | - | - | - | $ | 1,452.58 |

```
EMPLOYER NUMBER:  73-1343198
BEST VALUE MOBILE HOMES INC
DONS MOBILE HOMES
3020 WEST CHEROKEE
SALLISAW  OK 74955-2543
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|
| 1991 | - | - | - | - | $ | 175.68 |

```
EMPLOYER NUMBER:  71-0649173
EMPLOYMENT CONNECTION INC
9300 JENNY LIND RD
FORT SMITH AR 72908-9145
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|
| 1992 | - | - | - | - | $ | 823.73 |

PAGE 005

KEB505263

```
SSA-1826                 ITEMIZED STATEMENT OF EARNINGS         JOB:
VERSION 1984.002 * * *      FOR SSN    ████ -5635      * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|

```
EMPLOYER NUMBER:  71-0668937
C & N ELECTRIC POWER CONTRACTORS
 INC
106 S 2ND ST
OZARK  AR 72949-3226
```

| 1992 | - | - | - | - | $ 1,916.75 |
|---|---|---|---|---|---|

```
EMPLOYER NUMBER:  73-0934497
JONESBORO ADVERTISING CORPORATION
PO BOX 428
WICHITA  KS 67201-0428
```

| 1992 | - | - | - | - | $ 21.99 |
|---|---|---|---|---|---|

```
EMPLOYER NUMBER:  71-0415188
WAL-MART STORES INC
702 SW 8TH ST DEPT 8686 0555
BENTONVILLE  AR 72716-6209
```

| 1993 | - | - | - | - | $ 169.97 |
|---|---|---|---|---|---|

```
EMPLOYER NUMBER:  71-0726285
CFSI TEMPORARY SERVICES INC
522 S 22ND ST
FORT SMITH AR 72901-3916
```

| 1993 | - | - | - | - | $ 7,056.80 |
|---|---|---|---|---|---|

```
EMPLOYER NUMBER:  71-0445587
FORT SMITH AVIONICS INC
522 S 22ND ST
FORT SMITH AR 72901-3916
```

| 1994 | - | - | - | - | $ 941.50 |
|---|---|---|---|---|---|

PAGE 006

KEB505264

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS          JOB:
VERSION 1984.002 * * *        FOR SSN ███████5635        * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

```
EMPLOYER NUMBER:  71-0504534
AIR SYSTEMS INC
PO BOX 10953
FORT SMITH AR 72917-0953
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1994 | - | - | - | - | $ 2,181.75 |
| 1995 | - | - | - | - | $ 4,515.97 |

```
EMPLOYER NUMBER:  73-0797029
IDEAL INC
1401 BEACON ST
MUSKOGEE  OK 74403-2147
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1996 | - | - | - | - | $ 1,275.00 |

```
EMPLOYER NUMBER:  83-0317231
ROD A KNOWLTON
KNOWLTON CONSTRUCTION
3800 HAWTHORNE AVE
CASPER  WY 82604-4919
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1996 | - | - | - | - | $ 680.00 |

```
EMPLOYER NUMBER:  87-0325362
BROWN-FOUTZ COMPANY
PO BOX 71055
SALT LAKECTY UT 84171-0055
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1996 | - | - | - | - | $ 422.50 |

```
EMPLOYER NUMBER:  04-2810774
NORTON PROPPANTS INC
1 NEW BOND ST
WORCESTER  MA 01606-2614
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 2002 | - | - | - | - | $ 331.65 |

PAGE 007

KEB505265

SSA-1826                     ITEMIZED STATEMENT OF EARNINGS          JOB:
VERSION 1984.002 * * *      FOR SSN ████5635          * * *


YEAR   JAN - MARCH  APRIL -JUNE  JULY - SEPT    OCT - DEC      TOTAL


THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER   2007 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

                              PAGE 008 END

KEB505266