# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

## REDACTED EXHIBIT 204

## TO KENNETH EUGENE BARRETT'S

## SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255

Sequoyah County
Warrant Clearance

Warrant Name: __MATTOX, CINdy LucAS__

Warrant Number: __CF 99-00645__

Date & Time Cleared: __04-13-06   16:13__

Warrant Cleared By:

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

Arrest _____ Serving Officer _____    Badge #: __APR 2 0 2006__

BERNELL EDWARDS, COURT CLERK

Agency: _____   BY _____ DEPUTY

Cancel: ✓  Authority: __Recall Robin Hickman__

Was Warrant Pulled from file?          (Yes)          No

If no Explain: _____

Was Warrant Marked Off Warrant Book and Data Base?    (Yes)          No

If no Explain: _____

Was Warrant Canceled from NCIC?     (Yes)          Not Entered

Was Warrant Removed From Holds Book?     Yes     (No Hold Placed)

Sheriff's Office Employee Signature: __Debbie Fauler__

Note: After completing this form, staple it to the back of cleared warrant and put it in the folder marked Court Clerk. Use this form only to clear Sequoyah County Warrants. Every warrant must be cleared on a separate form.

KEB502875

BENCH WARRANT-AFTER CONVICTION

THE STATE OF OKLAHOMA,                          )
                                                )
vs.                                             )    Case No. CF-99-00645
CINDY LUCAS MATTOX
███████████████████                                  NO BOND
SALLISAW, OK  74955
████████/1976    ███████2026

BENCH WARRANT

THE STATE OF OKLAHOMA,
        TO ANY SHERIFF, CONSTABLE, MARSHALL, OR POLICEMAN IN THIS STATE
GREETINGS:
CINDY LUCAS MATTOX having been on March 07, 2002, duly convicted in the
District Court of Sequoyah County, State of Oklahoma, of the crime of:
FAILURE TO APPEAR AND PAY MONIES DUE THE COURT IN THE AMOUNT OF $2651.30.
UNLAWFUL POSSESSION OF CONTROLLED DRUG

        YOU ARE THEREFORE COMMANDED FORTHWITH to arrest the above named
defendant, CINDY LUCAS MATTOX, and bring him/her before said Court for
judgement, or if said Court has adjourned for the term, deliver him/her to
the Sheriff of the County of Sequoyah; there to be detained by said Sheriff
until further order of the court;

        WITNESS my hand and seal of said Court this 12-27-2005.


                                        BERNELL EDWARDS
                                        COURT CLERK

                                        By: _Amanda Adams_
                                                Deputy

                WILL ONLY EXTRIDATE FROM SURROUNDING STATES

                        SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____, 20___, at
_____ o'clock ___.m., and executed on the _____ day of _____, 20___, at
_____ o'clock ___.m., by _____.

DATED this _____ day of _____, 20___.

                                        JOHNNY PHILPOT,
                                        SHERIFF, SEQUOYAH COUNTY

                                        BY:_____
                                                Deputy

dms

KEB502876

BENCH WARRANT-AFTER CONVICTION

THE STATE OF OKLAHOMA,                    )
                                          )
vs.                                       )    Case No. CF-99-00645
CINDY LUCAS MATTOX
███████████████████                            NO BOND
SALLISAW, OK   74955
█████████/1976  ████████2026

BENCH WARRANT

THE STATE OF OKLAHOMA,
        TO ANY SHERIFF, CONSTABLE, MARSHALL, OR POLICEMAN IN THIS STATE
GREETINGS:
CINDY LUCAS MATTOX having been on March 07, 2002, duly convicted in the
District Court of Sequoyah County, State of Oklahoma, of the crime of:
FAILURE TO APPEAR AND PAY MONIES DUE THE COURT IN THE AMOUNT OF $2651.30.
UNLAWFUL POSSESSION OF CONTROLLED DRUG

        YOU ARE THEREFORE COMMANDED FORTHWITH to arrest the above named
defendant, CINDY LUCAS MATTOX, and bring him/her before said Court for
judgement, or if said Court has adjourned for the term, deliver him/her to
the Sheriff of the County of Sequoyah; there to be detained by said Sheriff
until further order of the court;

        WITNESS my hand and seal of said Court this 12-27-2005.


                                    BERNELL EDWARDS
                                    COURT CLERK

                                    By: Amanda Adams
                                         Deputy

            WILL ONLY EXTRIDATE FROM SURROUNDING STATES

                        SHERIFF'S RETURN

RECEIVED the within Writ on the _____ day of _____, 20___, at
_____ o'clock ___.m., and executed on the _____ day of _____, 20___, at
_____ o'clock ___.m., by _____.

DATED this _____ day of _____, 20___.

                                    JOHNNY PHILPOT,
                                    SHERIFF, SEQUOYAH COUNTY

                                    BY:_____
                                         Deputy


dms

KEB502877

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 13 2006

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

Bernell Edwards
Sequoyah County Court Clerk
120 East Chickasaw
Sallisaw, OK 74955
15th Judicial District

Ph. 918-775-4444

M. Vann, deputy
B. Lockhart, deputy
K. Victory, deputy
R. Terhue, deputy.

Ph. 918-775-1223

E. Merrill, deputy
R. Mitchell, deputy
A. Adams, deputy
S. Huff, deputy

Date: 4-13-06

Re: CF-99-645

Name: Cindy Lucas Mattox

This office requests you to withdraw the outstanding warrant on the above individual. An order to withdraw will follow signed by the judge.

Thank You,

Robin Hickman
Deputy

KEB502878

# Order To Withdraw Warrant

THE STATE OF OKLAHOMA, )          IN THE DISTRICT COURT

COUNTY OF SEQUOYAH,        )        Before _Sprouse_____
                                                          Judge

To: The Sheriff of the County of Sequoyah:
    and                                            Case No. _CF-99-645_
The Court Clerk of the County of Sequoyah

An order having been made  by  the undersigned Judge to issue a Warrant for the arrest of the Defendant, _Cindy Lucas Mattox_ _____ , on the _27th_ Day of ___December___, _2005_.

This Court has determined that in the interest of justice said Warrant should be _withdrawn_ immediately.

IT IS ORDER, that the above mentioned _Warrant is withdrawn_ and all records are to immediately  reflect  that  the Warrant is no longer outstanding for service.

Dated at Sallisaw, Oklahoma this _13_ Day of _April_ _____ , _200 6_ .

_____
Judge of the District Court

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 1 3 2006

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

KEB502879