**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**REDACTED EXHIBIT 205**

**TO KENNETH EUGENE BARRETT'S**

**SECOND AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255**

---

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**MAY 2 9 2003**

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

Case No. JFP-03- 458

|  |  |
|---|---|
| CINDY CRAWFORD, | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
|  | ) |
| JEFFREY PAUL MATTOX and STACY | ) |
| LYNN MATTOX, Husband and Wife, and | ) |
| LARRY HERBERT SHELLY and BRENDA | ) |
| JEAN SHELLY, Husband and Wife, | ) |
| Defendants. | ) |

## PETITION

Plaintiff, Cindy Crawford, for her cause of action states as follows:

1.      Plaintiff is a resident of Sequoyah County, Oklahoma.

2.      The Defendants, Jeffrey Paul Mattox and Stacy Lynn Mattox, reside in Sequoyah County, Oklahoma.  Defendants, Larry Herbert Shelly and Brenda Jean Shelly, reside in Fort Smith, Sebastian County, Arkansas.

3.      The subject matter of this action is ███████████████████, whose date of birth is ██████████ 998, born in the City of Poteau, LeFlore County, State of Oklahoma.

4.      This court has jurisdiction over the parties and subject matter of this action pursuant to the applicable provisions of the Uniform Child Custody Jurisdiction and Enforcement Act, Parental Kidnapping Prevention Act, and the Uniform Interstate Family Support Act, and 10 O.S. § 89(C).

The Law Office of
Michael A. Daffin, Inc.
OBA #2128
131 E. Chickasaw
P.O. Box 1461
Sallisaw, OK 74955
(918) 775-7722
Fax (918) 775-7725

1

5.   Venue is proper with the court.

6.   The federal and state Indian Child Welfare Acts do not apply with the proceeding. Further, this court has the sole and exclusive jurisdiction in this matter pursuant to the Uniform Child Custody Jurisdiction Act for the following reasons:

A.   This court has exercised jurisdiction of the Minor Child pursuant to an Order Appointing Guardian in Sequoyah County Case No. PG-99-102.

B.   The Minor Child, ▮▮▮▮▮▮▮▮ is in the legal and physical custody of Larry Herbert Shelly and Brenda Jean Shelly pursuant to an Order Appointing Co-Guardians in Sequoyah County Case No. PG-99-102.  Said Minor Child has resided with Larry Herbert Shelly and Brenda Jean Shelly for a period of time in excess of six (6) months next preceding the filing of this Petition.

C.   Plaintiff has participated in previous litigation in Sequoyah County Case No. PG-99-102 and this Court has continuing jurisdiction of said Minor Child.

D.   Other than Sequoyah County Case No. PG-99-102, Plaintiff has no knowledge of any custody proceedings concerning the Minor Child pending in a court of this or any other state and she knows of no person who is not a party to these proceedings who claims custodial or visitation rights with respect to said Minor Child.

7.   On ▮▮▮▮▮▮ 1998, Plaintiff gave birth to the Minor Child.  Defendant, Jeffrey Paul Mattox, has claimed to be the biological father of said Minor Child, however, Plaintiff does not believe said Defendant to be the biological father.  Plaintiff requests that Defendant, Jeffrey Paul Mattox's paternity or non-paternity be judicially determined.  If Jeffrey Paul Mattox is the biological father of the Minor Child, Plaintiff prays for all ancillary relief associated with this determination including but not limited to, custody of the Minor Child and child support with the Defendant, Jeffrey Paul Mattox, having rights of visitation.

2

8.      Plaintiff moves the court to enter it's Order requiring Plaintiff and Defendant, Jeffrey Paul Mattox, and the Minor Child to appear for paternity testing.

9.      Defendants, Larry Herbert Shelly and Brenda Jean Shelly, are named as Defendants in this matter because they claim some custodial or visitation rights with said Minor Child and are the appointed co-guardians in Sequoyah County Case No. PG-99-102. Defendant, Stacy Lynn Mattox, is named as a Defendant in this action because there is pending in PG-99-102 an application to transfer guardianship to Jeffrey Paul Mattox and Stacy Lynn Mattox and therefore said Defendant may claim some custodial or visitation interest with said Minor Child.

**WHEREFORE,** Plaintiff prays this court determine whether Defendant, Jeffrey Paul Mattox, is the biological father of the Minor Child, Halie Suzanne Mattox, and for such other and further relief which this Court deems just and proper.

Respectfully submitted,
CINDY CRAWFORD, Plaintiff

*The Law Office of*
*MICHAEL A. DAFFIN, INC.*

By: _____
MICHAEL A. DAFFIN  (OBA #2128)
Attorney at Law
131 East Chickasaw
P.O. Box 1461
Sallisaw, OK   74955
(918) 775-7722
FAX:  (918) 775-7725

## VERIFICATION

STATE OF OKLAHOMA )
                  ) ss.
COUNTY OF SEQUOYAH )

CINDY CRAWFORD, being of lawful age and being first duly sworn upon oath, deposes and states:

That she is the Plaintiff in the above and foregoing instrument; that she has read the contents contained therein, and further states that the same are true and correct as she verily believes.

_____
CINDY CRAWFORD

SUBSCRIBED AND SWORN to before me this 29th day of May, 2003.

{SEAL}

_____
NOTARY PUBLIC, Commission No. 00006715

4

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

CINDY CRAWFORD,                 )
                      Plaintiff,    )

vs.                               )                 Case No. JFP-03-458
                               )

JEFFREY PAUL MATTOX and STACY   )
LYNN MATTOX, Husband and Wife, and   )
LARRY HERBERT SHELLY and BRENDA   )
JEAN SHELLY, Husband and Wife,      )
                     Defendants.  )

## RETURN OF PERSONAL SERVICE

I, the undersigned, hereby certify that I received the foregoing Summons and Petition on the 10th day of June, 2003 and that I delivered a copy of said instrument(s) to the following at the address and on the date and time set forth opposite their name, to-wit:

| NAME/ADDRESS | DATE SERVED: | TIME: |
|---|---|---|
| **BRENDA JEAN SHELLY** ▮▮▮▮▮▮▮▮▮▮ *Ft. Smith* | *6-11-03* | *11:25 am* |

**AFFIDAVIT**

STATE OF OKLAHOMA        )
                             ) ss.
COUNTY OF SEQUOYAH     )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 12 2003

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

I, the undersigned, do under oath, say that I personally served the aforementioned instrument(s) to the person above named and made the Return thereon, according to law and that I am now and was at the time of this a duly authorized Process Server licensed to make this Affidavit, so help me God.

_____
TERRY FRANKLIN  PS #0301

SUBSCRIBED AND SWORN to before me this 11th day of June, 2003

{SEAL}



_____
NOTARY PUBLIC

*Terry Franklin*
PS #0301
P.O. Box 1086
Sallisaw, OK 74955
(918) 775-0067

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

CINDY CRAWFORD,             )
          Plaintiff,      )
vs.                              )        Case No. JFP-03-458
                                 )
JEFFREY PAUL MATTOX and STACY    )
LYNN MATTOX, Husband and Wife, and   )
LARRY HERBERT SHELLY and BRENDA   )
JEAN SHELLY, Husband and Wife,      )
                    Defendants.   )

## RETURN OF PERSONAL SERVICE

I, the undersigned, hereby certify that I received the foregoing Summons and Petition on the 10th day of June, 2003 and that I delivered a copy of said instrument(s) to the following at the address and on the date and time set forth opposite their name, to-wit:

| NAME/ADDRESS | DATE SERVED: | TIME: |
|---|---|---|
| **LARRY HERBERT SHELLY** ███████████ _FE Smith Ave._ | _6-11-03_ | _11:25 Am_ |

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JUN 12 2003

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

**AFFIDAVIT**

STATE OF OKLAHOMA       )
                           ) ss.
COUNTY OF SEQUOYAH    )

I, the undersigned, do under oath, say that I personally served the aforementioned instrument(s) to the person above named and made the Return thereon, according to law and that I am now and was at the time of this a duly authorized Process Server licensed to make this Affidavit, so help me God.

_P503-01_

**TERRY FRANKLIN  PS #0301**

SUBSCRIBED AND SWORN to before me this 11th day of June, 2003

{SEAL}

_Betty Jo McCoy_
NOTARY PUBLIC

{SEAL: BETTY JO McCOY NOTARY PUBLIC COMMISSION NO. 00006715 COMM. EXP. MAY 10, 2004 IN AND FOR STATE OF OKLAHOMA SEQUOYAH COUNTY}

*Terry Franklin*
PS #0301
P.O. Box 1086
Sallisaw, OK 74955
(918) 775-0067

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

CINDY CRAWFORD, )
                    Plaintiff, )
)
vs. )       Case No. JFP-03-458
)
)
JEFFREY PAUL MATTOX and STACY )
LYNN MATTOX, Husband and Wife, and )
LARRY HERBERT SHELLY and BRENDA )
JEAN SHELLY, Husband and Wife, )
                  Defendants. )

## RETURN OF PERSONAL SERVICE

I, the undersigned, hereby certify that I received the foregoing Summons and Petition on the 10th day of June, 2003 and that I delivered a copy of said instrument(s) to the following at the address and on the date and time set forth opposite their name, to-wit:

| NAME/ADDRESS | DATE SERVED: | TIME: |
|---|---|---|
| **JEFFREY PAUL MATTOX** ▮▮▮▮▮▮ Sallisaw Ok 74955 | 6-11-03 | 12:15pm |

**AFFIDAVIT**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

STATE OF OKLAHOMA )
               ) ss.
COUNTY OF SEQUOYAH )

JUN 1 2 2003

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

I, the undersigned, do under oath, say that I personally served the aforementioned instrument(s) to the person above named and made the Return thereon, according to law and that I am now and was at the time of this a duly authorized Process Server licensed to make this Affidavit, so help me God.

TERRY FRANKLIN  PS #0301

SUBSCRIBED AND SWORN to before me this 11th day of June, 2003

{SEAL}

BETTY JO McCOY
NOTARY PUBLIC
COMMISSION NO. 00006715
COMM. EXP. MAY 10, 2004
IN AND FOR STATE OF
SEQUOYAH COUNTY STATE OF OKLAHOMA

Betty Jo McCoy
NOTARY PUBLIC

*Terry Franklin*
PS #0301
P.O. Box 1086
Sallisaw, OK 74955
(918) 775-0067

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

CINDY CRAWFORD, )
                  Plaintiff, )
            )
vs. )          Case No. JFP-03-458
            )
JEFFREY PAUL MATTOX and STACY )
LYNN MATTOX, Husband and Wife, and )
LARRY HERBERT SHELLY and BRENDA )
JEAN SHELLY, Husband and Wife, )
              Defendants. )

## RETURN OF PERSONAL SERVICE

    I, the undersigned, hereby certify that I received the foregoing Summons and Petition on the 10th day of June, 2003 and that I delivered a copy of said instrument(s) to the following at the address and on the date and time set forth opposite their name, to-wit:

| NAME/ADDRESS | DATE SERVED: | TIME: |
|---|---|---|
| **STACY LYNN MATTOX** ▮▮▮▮▮▮▮ Sallisaw OK | 6-11-03 | 12:05PM |

### AFFIDAVIT

STATE OF OKLAHOMA    )
                  ) ss.
COUNTY OF SEQUOYAH  )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**JUN 1 2 2003**

BERNELL EDWARDS, COURT CLERK
BY_____ DEPUTY

    I, the undersigned, do under oath, say that I personally served the aforementioned instrument(s) to the person above named and made the Return thereon, according to law and that I am now and was at the time of this a duly authorized Process Server licensed to make this Affidavit, so help me God.

**TERRY FRANKLIN  PS #0301**

SUBSCRIBED AND SWORN to before me this 11th day of June, 2003

{S E A L}

BETTY JO McCOY
NOTARY PUBLIC
COMMISSION NO.
00006715
COMM. EXP. MAY 10, 2004
IN AND FOR
STATE OF
SEQUOYAH COUNTY
STATE OF OKLAHOMA

_____
NOTARY PUBLIC

*Terry Franklin*
PS #0301
P.O. Box 1086
Sallisaw, OK 74955
(918) 775-0067

# IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY
## STATE OF OKLAHOMA

CINDY CRAWFORD,                          )
                    Plaintiff,        )
                                 )
vs.                                      )          Case No. JFP-03-458
                                 )
                                 )
JEFFREY PAUL MATTOX and STACY            )
LYNN MATTOX, Husband and Wife, and       )
LARRY HERBERT SHELLY and BRENDA          )
JEAN SHELLY, Husband and Wife,           )
                    Defendants.       )

## DISMISSAL

**COMES NOW** Cindy Crawford, Plaintiff herein, and hereby dismisses the above entitled and numbered cause.

*Cindy Crawford*
_____
CINDY CRAWFORD, Plaintiff

w Office of
:hael A. Daffin,
Inc.
)BA #2128
E. Chickasaw
P.O. Box 1461
saw, OK 74955
18) 775-7722
(918) 775-7725

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**AUG 1 7 2005**

BERNELL EDWARDS, COURT CLERK

BY_____DEPUTY

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

CINDY CRAWFORD,                          )
                  Plaintiff,          )
                             )
vs.                                      )          Case No. JFP-03-458
                             )
JEFFREY PAUL MATTOX AND STACY )
LYNN MATTOX, HUSBAND AND WIFE )
AND LARRY HERBERT SHELLY AND    )
JEAN SHELLY, HUSBAND AND WIFE,  )
                Defendants.        )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**AUG 2 5 2005**

BERNELL EDWARDS, COURT CLERK
BY_____DEPUTY

### ORDER OF DISMISSAL

**THIS CAUSE** comes on for hearing on the Court's regularly scheduled dispositional docket of August 18, 2005, regarding inactive cases. The Court hereby finds that no activity has occurred in this cause for more than one (1) year and therefore this cause is hereby dismissed with prejudice. The Court further finds that the Plaintiff, Cindy Crawford, filed her Dismissal in this cause on August 17, 2005, by and through her attorney, Michael A. Daffin.

**IT IS ORDERED, ADJUDGED, AND DECREED BY THE COURT** that this cause numbered JFP-03-458 wherein Cindy Crawford is Plaintiff and Jeffrey Paul Mattox and Stacy Lynn Mattox, husband and wife, and Larry Herbert Shelly and Brenda Jean Shelly, husband and wife, are Defendants is hereby dismissed with prejudice.

_____
JUDGE OF THE DISTRICT COURT

# Larry and Brenda Shelly

3705 SOUTHRIDGE EST. • FORT SMITH, AR 72916 • (479) 648-8672|

June 17, 2003

The Honorable John Garrett
District Judge
District Court for Sequoyah County
120 E. Chickasaw
Sallisaw, OK  74955

RE:  Case No. JFP-03-458.
     Cindy Crawford, Plainti
     vs.
     Jeffrey Paul Mattox an(
     Stacy Lynn Mattox, Hus:
     Larry Herbert Shelly a
     Jean Shelly, Husband a

Dear Judge Garrett:

*Place in File full*

Larry and I received a Sum                              se is for both
Larry and myself. I have k                              years and we
have had many conversation                              aughter. If I
may indulge you, your Hon(                              ory on this
situation.  I will try to                               ble.

During the course of Jeff                               nity Faith
Mattox, was born.  Cindy                                Jeff stayed
home to take care of her a...  ...                      she could do
something to the baby and get away with it ....         n in Harbor
View".  I quit my job the next day to help with Trinity. When Trinity was a
couple of weeks old she came to live with us.  When she was three and a half,
she went to live with Jeff full time in Sallisaw.  Jeff was an active
participant in her life all along, Cindy was not. Cindy stayed away for longer
and longer periods of time and, finally, Jeff divorced her.

In the early part of March 1998, Cindy called asking for Jeff.  She was very
excited and said she had something to tell him.  I asked if I could take a
message and she said no because she wanted to talk to him.  When he got home,
I asked him if he had been having sex with Cindy.  He said he had and I
congratulated him because he was going to be a father again.  When he talked
to Cindy, she told him the same thing.  Shortly after that, Cindy and I
talked.  She told me they had sex the day they were divorced and many times
during the following months.  She was upset because she wanted to get back
together but he told her it was just sex.  Still she held out hope.

███████ was born on ████████████1998.  Cindy was living with her mother at the
time.  I started watching her in January 1999 for short visits.  When Cindy
moved to Sallisaw, the visits became longer and longer.  During this time,
Cindy was involved with drugs and that became all consuming to her.  On
November 18, 1999, we became ███████ guardians and Cindy was ordered to pay
$30.00 a week in Child support.  As of this writing, she has paid $127.00 and
owes $5,453.00.

As I have already stated, Cindy and I have had lengthy conversations about

The Honorable John Garrett
Page 2
June 17, 2003

▮▮▮ and Jeff.  Cindy has always said that she does not want her children full time but she "wants to be a part of their lives", as she should be.  She will go for long periods of time without a call or seeing them.  Then one day she will call demanding to see them right now.  You set a time and maybe she will show up and maybe she will not.  Whenever she has had the girls, two days is her limit.

Another conversation we had was about the birth certificate.  I asked why she did not put Jeff's name on it.  She said because she did not want him to get custody of ▮▮▮ like he did Trinity.  I told her she was doing Halie a disservice by not having her father's name on the birth certificate.

Jeff became an active participant in ▮▮▮ life when she was two.  He remarried shortly after that and there was an immediate problem between Cindy and Stacy.  Both resented the other one.  Cindy would call with an attitude and they would answer back with an attitude.  Both sides were at fault.  So instead of working together, they cause each other problems.  If Cindy and her family make arraignments to get the kids from Jeff's, there is no guarantee they will get them.  The plans change upon their arrival.  I think some counseling probably would not hurt them all.

The oldest daughter, Trinity, had a terrible time with Halie living here and visiting there.  She was not kind to her and nothing we did seemed to help.  Jeff and Stacy had a son in February and ▮▮▮ spent some time over there bonding with him and Trinity.  It worked and now the relationship between the two sisters is a good one.  Which brings us to the matter at hand.

In my humble opinion, I think the girls should be raised together with Jeff.  Cindy should be allowed to have an active part in their lives.  Cindy does not understand the emotional damage she will cause both girls if they are separated.  ▮▮▮ loves going over to Jeff and Stacy's house.  She adores her sister and brother and to take that away from her would be sad.

As far as any financial responsibility on our part to pay for her court expenses, I feel she should be responsible for all expenses since she owes us $5,453.00.

Finally, should you find in Cindy's favor, your Honor, I pray you will give us reasonable visitation.  Halie has been a part of our lives since she was an infant.  It would do her great emotional harm to be separated from us.

According to the instructions in the summons, a copy of this letter has been sent to Michael A. Daffin, Cindy's attorney.  A courtesy copy has also been sent to David Gean, III, Jeff and Stacy's attorney.

Thank you for considering this matter.

Sincerely,

*Brenda Shelly*

Larry and Brenda Shelly



Larry H. Shelly

Fort Smith, AR 72916



The Honorable John Garrett
District Judge
District Court for Sequoyah County
120 E. Chickasaw
Sallisaw, OK 74955

612