**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Petitioner,　　)
　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　)　　Case No. 09-CIV-105-JHP
　　　　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Respondent.　)

**ORDER re: MOTION TO SEAL**

On February 18, 2010, Petitioner filed an Unopposed Motion to File Exhibits under

Seal (Doc. 110). The basis for this motion is that the records Petitioner wishes to file are

medical records. The Court has carefully reviewed the exhibits which counsel requests to

be filed under seal. The records Petitioner seeks to seal consist of approximately 1,274 pages

not including the cover pages which have been attached to several of these records. The

Court recognizes that all of these exhibits are medical records. However, approximately 132

pages of these exhibits contain medical records which were created after the Petitioner's trial.

Others appear to have no relevance to the issues for which they are cited (*i.e.*, ineffective

assistance of counsel for failing to obtain these records), for instance, medical records dealing

with mammogram screenings, medical record releases, back pain, knee pain, hurt shoulder,

x-ray results, ear aches, etc. As a result, this Court would question how these records would

be relevant to any of the issues in this case. Due to the length of the medical records relating

to Kenneth Barrett, this Court did not review every page of those records. If, however, any

portion of Mr. Barrett's records were created after the trial herein or relate to issues other than his mental health, this Court would question whether those records are relevant to the matters raised herein. While counsel for Petitioner may have obtained certain records during the course of their investigation herein, it is up to counsel to review those records and ensure that items sought to be filed with this Court are relevant to the issues raised in the pleadings. Counsel for Petitioner shall have fourteen (14) days from the date of this order, or until March 12, 2010, to advise this Court as to each page of the exhibits which they wish to file under seal how the medical record is relevant to the issues contained within the motion to vacate.

It is therefore the Order of this Court that Petitioner shall have until March 12, 2010 to advise this Court, as to each page of the exhibits which they wish to file under seal, how the medical record is relevant to the issues contained within the motion to vacate.

It is so ordered on this 26th day of February, 2010.

James H. Payne
United States District Judge
Eastern District of Oklahoma

2