# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,            )
                                   )
                Petitioner,        )
                                   )
v.                                 )          Case No. 6:09-civ-00105-JHP
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                Respondent.        )

## ORDER

NOW on this ___ day of March, 2010, Petitioner and Respondent having stipulated and agreed that the Protective Order entered *ex parte* on January 12, 2010, should be modified to provide the following and the Court being fully apprised in the premises, good cause appearing,

IT IS HEREBY ORDERED:

1. The letter dated and submitted January 11, 2010 for *in camera* review (SEALED LETTER [Doc 101]) shall remain under seal. However subject to the provisions of this Order, the sealed letter [Doc 101] and any documents filed therewith shall be disclosed to counsel for Petitioner's counsel.

2. None of the information contained in the sealed letter shall be revealed to the Petitioner, or to any person other than counsel of record for the Petitioner and/or persons working for counsel for the Petitioner in connection with these § 2255 proceedings

without prior approval and order from this Court.

3.  Upon request by Petitioner's counsel and stipulation and consent by Respondent's counsel, Petitioner's counsel and/or persons working for counsel for Petitioner in connection with these § 2255 proceedings, may disclose the contents of the SEALED LETTER [Doc 101] to the following persons:  (a) the person who is the subject of that letter, (b) former counsel and investigators for Petitioner including John Echols, Roger Hilfiger, Brett Smith, (c) former Assistant United States Attorney Michael Littlefield, (d) former District 27 Drug Task Force Agent Clint Johnson, (e) current District 27 Drug Task Force personnel, including Larry Lane.

4.      Any person with whom Petitioner's counsel or person working with counsel for Petitioner discloses any matter related to the SEALED LETTER, [Doc 101], shall be served with and advised that the information disclosed is subject to this Protective Order.

5.      In future pleadings, motions, and other filings, the person who is the subject of the SEALED LETTER will be referred to as Witness A whenever reference to that person would reveal to an informed person the information.

DATED:   March ___, 2010.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma