IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Petitioner/Defendant,* | ) | |
| | ) | |
| v. | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Respondent/Plaintiff.* | ) | |

---

## APPENDIX A
### TO PETITIONER'S BRIEF IN SUPPORT OF
### SECOND AMENDED § 2255 MOTION
### AND IN SUPPORT OF
### PETITIONER'S MOTION FOR EVIDENTIARY HEARING
### AND MOTION FOR RECORD EXPANSION

---

DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

DANIEL J. BRODERICK
Federal Defender
JOAN M. FISHER, Idaho SB #2854
Assistant Federal Defender
TIVON SCHARDL, Fla. Bar No. 73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

Attorneys for Defendant
KENNETH EUGENE BARRETT

**INDEX**

**NON-SEALED EXHIBITS**
**PREVIOUSLY SUBMITTED IN SUPPORT OF**
**(FIRST) AMENDED MOTION TO VACATE, DOCKET NUMBER 70**

<u>**VOLUME I**</u>

Exhibit 1          Marriage Certificate for A.J. and Ada Barrett

Exhibit 2          Marriage Certificate for Abe and Minnie Dotson

Exhibit 3          Marriage Certificate for Allen and Ida Real

Exhibit 4          Marriage Certificate for David and Carolyn Joseph

Exhibit 5          Marriage Certificate for Ernest and Sylvia Gelene
                   Barrett

Exhibit 6          Declaration of Rodney Floyd

Exhibit 7          Marriage Certificate for Kenneth and Abigail Barrett

Exhibit 8          Marriage Certificate for Hugh and Hattie Dotson

Exhibit  9         Marriage Certificate for Sam and Ida Hatter

Exhibit 10         Marriage Certificate for Sam and Bessie Hatter

Exhibit 11         Marriage Certificate for Paul and Sylvia Gelene Dudley

Exhibit 12         Divorce File for Ernest and Sylvia Gelene Barrett

Exhibit 13         Declaration of Janesse Thomas

Exhibit 14         Declaration of Dale Anderson

Exhibit 15         Divorce File for Isaac and Marilyn Barrett

Exhibit 16         *State of Oklahoma vs. Abe Dotson*, dated December 14, 1917 and
                   December 15, 1917 (Commitment to Penitentiary)

Exhibit 17         *State of Oklahoma vs. Abe Dotson*, Record of Informations, dated
                   November 12, 1915 (Assault with the Intent to Kill)

| Exhibit 18 | *State of Oklahoma vs. Abe Dotson*, Criminal Docket, dated 1915 (Assault with the Intent to Kill) |
|---|---|
| Exhibit 19 | *State of Oklahoma vs. Abe Dotson,* Criminal Docket (Carrying Weapon) |
| Exhibit 20 | *State of Oklahoma vs. Abe Dotson*, Criminal Trial Docket (Drunk in a Public Place) |
| Exhibit 21 | *State of Oklahoma vs. Abe Dotson*, Criminal Docket (Drunk in a Public Place) |
| Exhibit 22 | *State of Oklahoma vs. Abe Dotson*, Criminal Docket (Larcenry) |
| Exhibit 23 | *State of Oklahoma vs. Abe Dotson*, Criminal Docket (Obtaining Money Under False Pretense) |
| Exhibit 24 | Declaration of David Autry |
| Exhibit 25 | *State of Oklahoma vs. Billy Dean Maxwell*, Case Number 1715 (Burglary) |
| Exhibit 26 | *In the Matter of Mental Illness of Billy Dean Maxwell*, Case Number MH-82-12, Record of Mental Health Proceeding, dated May 5, 1982 |
| Exhibit 27 | *In the Matter of the Sanity of A.J. Barrett*, Case Number 141, Lunacy Record, dated August 12, 1918 |
| Exhibit 28 | *In the Matter of the Sanity of A.J. Barrett*, Case Number 709, Mental Health Record and Petition for Order of Admission to State Hospital |
| Exhibit 29 | Declaration of Mark Henricksen |
| Exhibit 30 | *Ada Blount vs. Kathleen Blake*, Case Number 13026 |
| Exhibit 31 | Declaration of Leonard Post |
| Exhibit 32 | *In the Matter of the Sanity of Wallace Dotson*, Lunacy Record, Case Number 366, dated May 4, 1948 |
| Exhibit 33 | *In the Matter of Mental Illness of Kenneth Barrett*, Case Number 481, Record of Mental Health Proceeding |
| Exhibit 34 | Declaration of John Echols |
| Exhibit 35 | Excerpts from Kenneth Barrett's Baby Book |
| Exhibit 36 | Letter from Kenneth Barrett |

Exhibit 37            Declaration of Robert Thompson

Exhibit 38            Declaration of Randy Weaver

Exhibit 39            Declaration of Vickie Beaty

Exhibit 40            Declaration of Amanda Grizzle

Exhibit 41            Declaration of Ellen Stovall

Exhibit 42            Declaration of Christine Calbert

Exhibit 43            Supplemental Declaration of Leonard Post

Exhibit 44            Report of George Kirkham, Ph.D.

Exhibit 45            Declaration of Travis Crawford

Exhibit 46            *Diana Barrett vs. Ernest Barrett*, Case No. JFD-79-3274

Exhibit 47            *State of Oklahoma vs. Karen Real*, Case No. CF-99-00018, Docket Sheet

Exhibit 48            *State of Oklahoma vs. Karen Real*, Case No. CM-99-00040, Docket Sheet

Exhibit 49            *State of Oklahoma vs. Karen Real*, Case No. CF-99-00250A, Docket Sheet

Exhibit 50            *State of Oklahoma vs. Karen Real*, Case No. CF-99-00251, Docket Sheet

Exhibit 51            *State of Oklahoma vs. Karen Real*, Case No. CF-98-00264A, Docket Sheet

Exhibit 52            *State of Oklahoma vs. Karen Real*, Case No. CF-97-00445A, Docket Sheet

Exhibit 53            *State of Oklahoma vs. David Littlefield*, Case No. OBAD No. 1729 and SCBD No. 5338, Order dated September 14, 2009

Exhibit 54            Declaration of Susan Otto

Exhibit 55            Declaration of Bill Sharp, Ph.D.

Exhibit 56            Declaration of Jeanne Russell, Ed.D.

Exhibits 57           *State of Oklahoma vs. Charles Sanders*, Case Number CF-98-111, Docket Sheet

Exhibit  58           Intentionally Left Blank, No Exhibit.

Exhibit 59            *State of Oklahoma vs. Henry Edwards* (Manslaughter)

Exhibit 60            *State of Oklahoma vs. Marilyn Crawford*, Case Number 3005, Criminal
                      Docket (Cultivation of Mari)

Exhibit 61            *State of Oklahoma vs. Kenneth Barrett*, Docket Sheet, Case Number
                      CF-97-00086

Exhibit 62            *State of Oklahoma vs. Tom Dotson*, Case Number 3005, Criminal Docket
                      (Disposing of Mortgaged Property)

Exhibit 63            *State of Oklahoma vs. Tom Dotson*, Case Number 2763, Criminal Docket
                      (Manslaughter in the First Degree)

Exhibit 64            Letter from John Echols to Honorable James H. Payne, dated February 28,
                      2005

Exhibit 65            Letter from Honorable James H. Payne to John Echols, dated February 22,
                      2005

Exhibit 66            Letter from Ronald Lax to Tivon Schardl, dated September 24, 2008

Exhibit 67            Declaration of Julia O'Connell

Exhibit 68            *United States of America vs. Karen Real*, Case Number, Case Number
                      CR-00-21-FHS

Exhibit 69            *Barrett Death Sentence Upheld*, Tahlequah Daily Press, dated July 27,
                      2007

Exhibit 70            *Drug Offender Receives Break*, Times Record

Exhibit 71            Letter to the Editor, *She Questions Sheriff's Department*, dated October
                      17, 1999

Exhibit 72            *State of Oklahoma vs. Charles Sanders*, Case Number CF-1998-00022

Exhibit 73            Photographs of Kenneth Barrett's shack

Exhibit 74            Declaration of Ada Blout

Exhibit 75            Declaration of Alvin Hahn

Exhibit 76            Declaration of Billy Poindexter

Exhibit 77          Declaration of Brandie Hill

Exhibit 78          Declaration of Carolyn Joseph

Exhibit 79          Declaration of Dewey Padgett

Exhibit 80          Declaration of Doris Barrett, dated February 10, 2009

Exhibit 81          Declaration of Ernest Barrett

Exhibit 82          Declaration of Frank Gordon

Exhibit 83          Declaration of Gwendolyn Crawford

Exhibit 84          Declaration of Issac Barrett

Exhibit 85          Declaration of Janice Sanders

Exhibit 86          Declaration of Kathy Trotter

Exhibit 87          Declaration of Linda Riley


**VOLUME II**

Exhibit 88          Declaration of Mike Mackey

Exhibit 89          Declaration of Dr. Myla Young

Exhibit 90          Declaration of Paul Rickie Lunsford

Exhibit 91          Declaration of Phyllis Crawford

Exhibit 92          Declaration of Roger Crawford

Exhibit 93          Declaration of Ruth Harris

Exhibit 94          Declaration of Sally Davis Johnson

Exhibit 95          Declaration of Shawn Hill

Exhibit 96          Declaration of Toby Barrett (resubmitted)

Exhibit 97          Declaration of Sylvia Gelene Dotson

Exhibit 98          Declaration of Mark Dotson

Exhibit 99          Declaration of Steve Barrett (resubmitted)

Exhibit 100         Declaration of Warren Barrett (resubmitted)

Exhibit 101         Declaration of Nona Reich (resubmitted)

Exhibit 102         Declaration of Carl Cook

Exhibit 103         Declaration of Abby Stites

Exhibit 104         Declaration of Richard Barrett

Exhibit 105         Declaration of Doris Barrett, March 5, 2009

Exhibit 106         New Articles from Vian American and Sequoyah County Democrat
                    Regarding Abe Dotson

Exhibit 107         Description Narrative, Written by Trooper Glen Smithson, dated
                    September 29, 1999

Exhibit 108         Excerpt from the Deposition of John Philpot

Exhibit 109         Report by Edward E. Hueske

Exhibit 110         Curriculum Vitae of Edward E. Hueske

Exhibit 111         Declaration of Steve Leedy

Exhibit 112         Declaration of Lauren Cohen Bell

Exhibit 113         2008 Declaration of Kevin McNally

Exhibit 114         Declaration of Rodney Floyd

Exhibit 115         Memo Regarding DOJ Report on the Federal Death Penalty System, dated
                    June 11, 2001

Exhibit 116         2007 Declaration of Kevin McNally

Exhibit 117         Declaration of Dr. George Woods

Exhibit 118         Declaration of Richard H. Burr

**INDEX**

**REDACTED EXHIBITS
IN SUPPORT OF PETITIONER'S
(SECOND) AMENDED MOTION TO VACATE SET ASIDE,
OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY
(MOTION UNDER 28 U.S.C. § 2255), DOCKET NUMBER 95
FILED AT DOCKET NUMBERS 114 THROUGH 145**

**VOLUME I**

Exhibit 119          Birth Certificate of Kenneth Barrett

Exhibit 120          Birth Certificate of Sylvia Gelene Dotson

Exhibit 121          Birth Certificate of Richard Barrett

Exhibit 122          Birth Certificate of Toby Barrett

Exhibit 123          Birth Certificate of Stephen Barrett

Exhibit 124          Death Certificates of Allen M. Real and Allen
                     Cleveland Real

Exhibit 125          Death Certificate of A.J. Barrett

Exhibit 126          Death Certificate of Ada Melton Barrett

Exhibit 127          Death Certificate of Albert Maxwell

Exhibit 128          Death Certificate of Billy Maxwell

Exhibit 129          Death Certificate of Hattie Dotson

Exhibit 130          Death Certificate of Hugh Dotson

Exhibit 131          Death Certificate of Ida Melton

Exhibit 132          Death Certificate of Isaac Barrett

Exhibit 133          Death Certificate of Mary Barrett

Exhibit 134          Death Certificate of Minnie Andrews

Exhibit 135          Brandon Smith Social Security Records, Itemized Statement of Earnings

Exhibit 136        Educational Records for Kenneth Barrett

Exhibit 137        Educational Records for Gwendolyn Barrett

Exhibit 138        Educational Records for Ernest Barrett

Exhibit 148        Report of Interview with Kenneth Barrett by the Oklahoma State Bureau of Investigation, dated October 11, 1999

Exhibit 149        Marriage Certificate for Ernest and Diana Barrett

Exhibit 150        Divorce File for Eugene and Sylvia Gelene Dudley

Exhibit 151        Divorce File for Kenneth and Abigail Barrett

Exhibit 152        *Kimberly Pulice vs. Richard Barrett*, Case Number JFP-2004-17

Exhibit 153        *In the Matter of Guardianship of Brandon Leroy Smith*, Case Number PG

Exhibit 154        *In re: Sale of Inherited Lands of Lewis Dotson*, Case Number 481

Exhibit 155        Sylvia Gelene Dotson's Genealogy Memorandum

Exhibit 156        *State of Oklahoma vs. David Littlefield*, Case Number SCBD-5338

**VOLUME II**

Exhibit 157        *State of Oklahoma vs. Charles Sanders,* Case Number CF-97-9

Exhibit 158        *State of Oklahoma vs. Charles Sanders*, Case Number CF-97-75

Exhibit 159        *State of Oklahoma vs. Charles Sanders*, Case Number CF-98-128

Exhibit 160        *State of Oklahoma vs. Charles Sanders*, Case Number  CF-98-346

**VOLUME III**

Exhibit 161          *State of Oklahoma vs. Charles Sanders*, Case Number  CF-98-363

Exhibit 162          *State of Oklahoma vs. Charles Sanders*, Case Number  CF-99-562

Exhibit 163          *State of Oklahoma vs. Charles Sanders*, Case Number  CF-2001-314

Exhibit 164          *State of Oklahoma vs. Charles Sanders*, Case Number  CF-2003-124

Exhibit 165          *State of Oklahoma vs. Charles Sanders*, Case Number  CF-2004-19

Exhibit 166          *State of Oklahoma vs. Charles Sanders*, Case Number  CM-03-365

Exhibit 167          *State of Oklahoma vs. Charles Sanders*, Case Number  CM-96-0444


**VOLUME IV**

Exhibit 168          *State of Oklahoma vs. Charles Sanders*, Case Number  CRF-92-91

Exhibit 169          *State of Oklahoma vs. Cindy Crawford*, Case Number  CF-08-224

Exhibit 170          *State of Oklahoma vs. Cindy Crawford*, Case Number  CF-2004-613

Exhibit 171          *State of Oklahoma vs. Cindy Crawford Mattox*, Case Number  CM-2001-885

Exhibit 172          *State Oklahoma vs. Brandie Price*, Case Number  CF-99-549

Exhibit 173          *State Oklahoma vs. Brandie Price*, Case Number  CM-00-900

Exhibit 174          *United States of America vs. Brandie Price*, Case Number  CR-07-16-RAW

Exhibit 175          *State Oklahoma vs. Charles Sanders*, Case Number  CF-97-140

Exhibit 176          *Michael Mackey vs. Cindy Crawford*, Case Number  PO-03-390

**VOLUME V**

Exhibit 177          *State Oklahoma vs. Aubrey Jacobs, Joseph Jacobs, James Jacobs, Brandie Price*, Case Number CF-98-481

Exhibit 178          *State of Oklahoma vs. Travis Crawford*, Case Number  CM-08-655

Exhibit 179          *State of Oklahoma vs. Randy Weaver*, Case Number  CF-00-668

Exhibit 180          Letter from Larry and Brenda Sell to Honorable John Garrett


**VOLUME VI**

Exhibit 181 A        Background Materials on Clint Johnson:  Testimony of Clint Johnson in *State of Oklahoma vs. Richard Loy Gray* and Exhibits

Exhibit 181 B        Background Materials on Clint Johnson:  Testimony of Clint Johnson in *State of Oklahoma vs. Richard Loy Gray* and Exhibits (Continuation of Exhibit 181A)

**VOLUME VII**

Exhibit 182          Bill Ed Rogers's File

Exhibit 183          *State of Oklahoma vs. Charles Sanders*, Case Numbers CM-08-1525 and CF-98-111

Exhibit 184          *State of Oklahoma vs. Charles Sanders*, Case Number CF-94-1503

Exhibit 185          *State of Oklahoma vs. Charles Sanders*, Case Number CM-03-6603

Exhibit 186          *State of Oklahoma vs. Charles Sanders*, Case Number CM-04- 1187

**VOLUME VIII**

Exhibit 187          *State of Oklahoma vs. Charles Sanders*, Case Number CM-00-389

Exhibit 188          *State of Oklahoma vs. David Littlefield*, Case Number TRC-02-04186

Exhibit 189          *State of Oklahoma vs. David Littlefield*, Case Number CF-2007-369

Exhibit 190          *State of Oklahoma vs. Dawn Littlefield*, Case Number TRC-08-00774

Exhibit 191          *State of Oklahoma vs. Dawn Littlefield*, Case Number CF-2006-244

Exhibit 192          *Pam Littlefield vs. Mike Littlefield*, Case Number CJ-05-572

Exhibit 193          *Bank of Oklahoma vs. Jennifer and David Littlefield*, Case Number CJ-03-988

Exhibit 194          Affidavit for Search Warrant signed by Clint Johnson and Search Warrant, dated September 20, 1999

Exhibit 195          *State of Oklahoma vs. Randy Turman*, Case Number CF-02-477


**VOLUME IX**

Exhibit 196          Military Records for Travis Crawford


**VOLUME X**

Exhibit 197          Birth Certificate of Phyllis Dotson

Exhibit 198          Birth Certificate of Travis Crawford

Exhibit 199          Birth Certificate of Stephen Barrett

Exhibit 200          Educational Records for Kenneth Barrett

Exhibit 203          Social Security Records for Travis Crawford

Exhibit 204          *State of Oklahoma vs. Cindy Crawford*, Case Number CF-99-645

Exhibit 205          *Cindy Crawford v. Jeffrey and Stacy Mattox, and Larry and Brenda Shelly*, Case Number JFP-09-458

**INDEX**

**UNREDACTED VERSION PURSUANT TO LOCAL RULE: FILE UNDER SEAL**

**SEALED EXHIBITS**
**IN SUPPORT OF PETITIONER'S**
**(SECOND) AMENDED MOTION TO VACATE, DOCKET NUMBER 95**
**AND RELATED TO PETITIONER'S UNOPPOSED**
**MOTION TO FILE EXHIBITS UNDER SEAL, DOCKET NUMBER 110**
**LODGED WITH THE COURT ON FEBRUARY 18, 2010**

**VOLUME I**

Exhibit 139          Medical Records for Carolyn Joseph

Exhibit 140          Medical Records for Kathy Trotter

Exhibit 141          Medical Records for Brandie Hill

Exhibit 142          Medical Records for Toby Barrett

Exhibit 143          Medical Records for Travis Crawford

**VOLUME II**

Exhibit 144A          Medical Records for Cynthia Crawford

Exhibit 144B          Medical Records for Cynthia Crawford

Exhibit 145          Medical Records for Linda Riley

Exhibit 146          Medical Records for A.J. Barrett

**VOLUME III**

Exhibit 147 A          Medical Records for Kenneth Barrett

Exhibit 147 B          Medical Records for Kenneth Barrett (Continuation)

Exhibit 147 C          Medical Records for Kenneth Barrett (Continuation)

**VOLUME IV**

Exhibit 147 D          Medical Records for Kenneth Barrett (Continuation)

Exhibit 147 E          Medical Records for Kenneth Barrett (Continuation)

Exhibit 147 F          Medical Records for Kenneth Barrett (Continuation)


**VOLUME V**

Exhibit 147 G          Medical Records for Kenneth Barrett (Continuation)

Exhibit 201            Medical Records for Gwen Crawford

Exhibit 202            Medical Records for Carolyn Joseph