## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,           )
                                  )
            Petitioner,           )
                                  )
v.                                )        Case No. 6:09-civ-00105-JHP
                                  )
UNITED STATES OF AMERICA,         )
                                  )
            Respondent.           )

### JOINT MOTION TO MODIFY PROTECTIVE ORDER

**COME NOW**, Petitioner and Respondent, by and through their respective counsel, and jointly move to modify the Protective Order [Doc. 102] previously entered on January 12, 2010. In support of this motion, the parties stipulate and agree that a modification of the Protective Order is warranted and proper. The parties further jointly request the Protective Order be modified as follows:

### [PROPOSED] MODIFIED PROTECTIVE ORDER

NOW on this ___ day of March, 2010, Petitioner and Respondent having jointly moved that the Protective Order entered *ex parte* on January 12, 2010, should be modified to provide the following:

1. The letter dated and submitted January 11, 2010 for *in camera* review (SEALED LETTER [Doc 101]) shall remain under seal. However subject to the provisions of this Order, the sealed letter [Doc 101] and any documents filed therewith shall be disclosed to counsel for Petitioner's counsel.

2.  None of the information contained in the sealed letter shall be revealed to the Petitioner, or to any person other than counsel of record for the Petitioner and/or persons working for counsel for the Petitioner in connection with these § 2255 proceedings without prior approval and order from this Court.

3.  Upon request by Petitioner's counsel and stipulation and consent by Respondent's counsel, Petitioner's counsel and/or persons working for counsel for Petitioner in connection with these § 2255 proceedings, may disclose the contents of the SEALED LETTER [Doc 101] to the following persons:  (a) the person who is the subject of that letter, (b) former counsel and investigators for Petitioner including John Echols, Roger Hilfiger, Brett Smith, (c) former Assistant United States Attorney Michael Littlefield, (d) former District 27 Drug Task Force Agent Clint Johnson, (e) current District 27 Drug Task Force personnel including Larry Lane.

4.     Any person with whom Petitioner's counsel or person working with counsel for Petitioner discloses any matter related to the SEALED LETTER, [Doc 101], shall be served with and advised that the information disclosed is subject to this Protective Order.

5.     In future pleadings, motions, and other filings, the person who is the subject of the SEALED LETTER will be referred to as Witness A whenever reference to that person would reveal to an informed person the information.

A proposed Order consistent with that set forth above will be submitted the Court.

**WHEREFORE**, the Petitioner and Respondent jointly respectfully request the

Protective Order [Doc. 102] be modified and for all other relief which the Court deems

proper.

Respectfully submitted,

SHELDON J. SPERLING
United States Attorney
Eastern District of Oklahoma

/s/ Christopher J Wilson
CHRISTOPHER J. WILSON, OBA #13810
Assistant United States Attorney
United States Attorney's Office
1200 West Okmulgee
Muskogee, OK          74401

/s/ Jeffrey B. Kahn
JEFFREY B. KAHN, PA Bar #93199
Trial Attorney
U.S. Department of Justice
1331 F Street, N.W., Rm. 345
Washington, D.C.
Tel:(202) 305-8910

/s/ David B. Autry
DAVID B. AUTRY, OBA #11600
Attorney at law
21 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

DANIEL J. BRODERICK
Federal Defender

/s/ Tivon Schardl
TIVON SCHARDL, Fla. Bar No. 73016
Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

/s/ Joan M. Fisher
JOAN M. FISHER, ID Bar No. 2854
Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

Attorneys for Plaintiff/Respondent
UNITED STATES OF AMERICA

Attorneys for Defendant/Petitioner
KENNETH EUGENE BARRETT