## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,                    )
                                           )
                        Petitioner,        )
                                           )
vs.                                        )        Case No. 09-CIV-105-JHP
                                           )
UNITED STATES OF AMERICA,                  )
                                           )
                        Respondent.        )

## ORDER

This matter comes on for consideration of Petitioner's Motion for Evidentiary Hearing (Doc. 150). The Government filed a Response objecting to Petitioner's request (Doc. 153).

Rule 8 of the Rules Governing Section 2255 Proceedings for the United States District Court governs evidentiary hearings. Prior to granting an evidentiary hearing, this Court ". . . .must review the answer, any transcripts and records of prior proceedings, and any materials submitted under Rule 7 to determine whether an evidentiary hearing is warranted." *Id.* Since an answer has not been filed, Petitioner's Motion is premature. Further, if after reviewing the records herein, this Court determines an evidentiary hearing is warranted on any of the issues raised herein, the Court will enter an appropriate order.

It is therefore, the Order of this Court that Petitioner's Motion for Evidentiary Hearing (Doc. 150) is hereby denied.

DATED this 29th day of March, 2010.

James H. Payne
United States District Judge
Eastern District of Oklahoma