**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,  )
           )
   *Petitioner,*    )
           )
v.          )  **Case No. CIV 09-105-JHP**
           )
UNITED STATES OF AMERICA,  )
           )
   *Respondent.*   )

**MOTION TO BE EXCUSED FROM ATTENDANCE OF**
**STATUS CONFERENCE AND FOR PERMISSION FOR SUBSTITUTE**
**COUNSEL TO APPEAR FOR THIS HEARING ONLY**

  **COMES NOW** the undersigned counsel and respectfully requests permission from the Court to be excused from attendance at the status conference.  In support of said request, counsel would submit the following:

  1. A Status Conference is currently scheduled for March 31, 2010 at 9:00 a.m. and, pursuant to a Minute Order (Doc. #108) entered on February 12, 2010, counsel are required to be present at this hearing.

  2. The undersigned counsel respectfully requests permission to be excused from attendance for the reason his wife will be undergoing a surgical procedure in Tulsa, Oklahoma  on March 31, 2010.  Although the surgery is scheduled as an outpatient procedure, it will require application of general anesthetic and counsel desires to be present to assist his spouse both prior to and after the surgery.

  3. Jeffrey B. Kahan, Trial Attorney - Department of Justice's Capital Case Unit, will be present for the United States of America at the status conference.

  4. In addition, the United States of America also requests that Assistant United States Attorney Douglas A. Horn be permitted to appear as substitute counsel for the undersigned counsel

for purposes of the status conference only.

5.      On March 29, 2010, undersigned counsel spoke with both Joan M. Fisher, counsel for Petitioner, and to David Autry, counsel for Petitioner, via telephone and they have no objection to undersigned counsel's to be excused from attendance and for substitute counsel to be permitted to appear for this hearing only.

**WHEREFORE**, for the foregoing reasons, the undersigned counsel respectfully requests permission to be excused from attendance of the status conference and for permission for Douglas A. Horn to appear as substitute counsel for the status conference only.

Respectfully submitted,

SHELDON J. SPERLING
United States Attorney

s/      Christopher J. Wilson
        CHRISTOPHER J. WILSON, OBA #13801
        Assistant United States Attorney
        1200 West Okmulgee
        Muskogee, OK  74401
        Telephone: (918) 684-5100
        FAX: (918) 684-5150

## CERTIFICATE OF SERVICE

I, hereby certify that on 29th day of March, 2010, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Autry, Attorney for Petitioner
Joan M. Fisher, Attorney for Petitioner
Tivon Schardl, Attorney for Petitioner

s/      Christopher J. Wilson
        Assistant United States Attorney