**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 09-CIV-105-JHP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**
**(Re: Exhibits to Second Amended Motion to Vacate)**

This matter comes on for consideration of Petitioner's Motion to Expand the Record (Doc. 151) and Motion to File Exhibits under Seal (Doc. 110). After consideration of said motions, as well as the Government's response, the Court finds Petitioner's Motion to Expand the Record (Doc. 151) is hereby granted as follows:

Exhibits 1 thru 57 and 59 thru 118 (filed as part of Doc. Nos. 70, 71 and 72) will be considered by this Court in support of the Second Amended Motion to Vacate (Doc. 96) even though this Court has stricken the First Amended Motion (Doc. 70).

Petitioner's Unopposed Motion to File Exhibits under Seal (Doc. 110) is granted despite Petitioner's failure to comply with the Court's Order (Doc. 147) entered on February 26, 2010. On March 16, 2009, the following exhibits were filed under seal:

Exhibits 139-143 (part of Doc. 13); Exhibits 144A, 144B, 145-146 (Doc. 14);

Exhibit 147A (Doc. 15, 16, and 17); Exhibit 147B (Doc. 18, 19, and 20); Exhibit 147C (Doc. 21 and 22); Exhibit 147D (Doc. 23); Exhibit 147E (Doc. 24 and 25) Exhibit 147F (Doc. 26); Exhibit 147G (Doc. 27). The Court will consider said exhibits in support of the Second Amended Motion to Vacate (Doc. 96) without refiling of the same.

Further, the Court Clerk is hereby ordered to file Exhibits 201 and 202, which have not been previously filed herein, under seal. It should be noted for the record herein that Appendix A to Petitioner's Brief in Support of the Second Amended Motion to Vacate (Doc. 149-2) contains an Index of **ALL** of the Exhibits filed in support of the Second Amended Motion to Vacate (Doc. 95), including the Redacted Exhibit Nos. 119 - 205 which are filed as Doc. Nos. 114 - 145 herein.

It is so ordered on this  30th  day of March, 2010.

James H. Payne
United States District Judge
Eastern District of Oklahoma