**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT )
)
*Petitioner*, )
)
v. )   Case No. CV-09-00105-JHP
)
UNITED STATES OF AMERICA )
)
*Respondent.* )

**UNOPPOSED MOTION TO FILE REDACTED ANSWER TO**
**PETITIONER'S SECOND AMENDED MOTION FOR COLLATERAL RELIEF**

**COMES NOW**, Respondent, United States of America, by and through undersigned counsel, and respectfully requests permission to file a Redacted Answer to Petitioner's Second Amended Motion for Collateral Relief. In support, Respondent would submit the following:

1) On December 5, 2009, Petitioner filed a 403-page Second Amended Motion, asserting 19 enumerated claims for relief. In support of his Motion, Petitioner references a number of exhibits which were filed under seal. In addition, Petitioner's Motion also references a number of additional documents which were previously filed under seal in the underlying criminal case, *United States v. Kenneth Eugene Barrett*, CR-04-115, and which are subject to a Protective Order issued October 7, 2009 (Doc. 82 herein). The Protective Order states in relevant part:

> None of the documents identified in Paragraph 1, and *no information contained*
>
> *therein or derived therefrom*, shall be revealed to any person other than counsel of
>
> record for the United States and/or persons working for the United States Department
>
> of Justice in connection with these Section 2255 proceedings without an order from
>
> this Court.

(emphasis added).

2)    In order to fully respond to all of the Petitioner's claims for relief, the Respondent must reference certain sealed documents, matters contained within sealed documents, and/or information derived from certain sealed documents, some of which are the subject of the above-referenced Protective Order.

3)    Consequently, as a matter of necessity, Respondent must seek authorization to file a redacted version of the Answer and authority to file a complete version under seal.

4)    On May 11-12, 2010, undersigned counsel consulted with Tivon Schardl, one of the attorneys representing Petitioner, via e-mail.  Mr. Schardl advised that Petitioner has no objection to the Court granting this Motion allowing Respondent to file a redacted Answer and a complete Answer under seal.

**WHEREFORE,** premises considered, the Respondent prays the Court grant the Respondent's motion to file a redacted Answer and a complete Answer under seal.

Respectfully submitted,

SHELDON J. SPERLING
United States Attorney

s/    Christopher J. Wilson
CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
United States Attorney's Office
1200 West Okmulgee
Muskogee, OK 74401
(918) 684-5100
Fax (918) 684-5150

## CERTIFICATE OF SERVICE

I, hereby certify that on 12th day of May, 2010, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Autry, Attorney for Petitioner
Tivon Schardl, Attorney for Petitioner
Joan Fisher, Attorney for Petitioner

s/      Christopher  J. Wilson
        Assistant United States Attorney