## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT )
)
*Petitioner*, )
)
v. ) Case No. CV-09-00105-JHP
)
UNITED STATES OF AMERICA )
)
*Respondent.* )

### ORDER GRANTING UNOPPOSED MOTION TO FILE REDACTED ANSWER TO PETITIONER'S SECOND AMENDED MOTION FOR COLLATERAL RELIEF

**NOW** on this 13th day of May, 2010, Respondent's Unopposed Motion to file a Redacted Answer to Petitioner's Second Amended Motion for Collateral Relief comes on for hearing. The Court, having been fully advised of the premises, hereby ORDERS as follows:

1)   The Respondent's Unopposed Motion File a Redacted Answer to Petitioner's Second Amended Motion for Collateral Relief should be and is hereby GRANTED.

2)   The Respondent is ordered to file a redacted version of the Answer to Petitioner's Second Amended Motion for Collateral Relief.

3)   The Respondent is furthered ordered to submit a complete, un-redacted version of the Answer to Petitioner's Second Amended Motion for Collateral Relief to the Clerk of the Court for filing under seal and to counsel for the Petitioner.

IT IS SO ORDERED.

James H. Payne
United States District Judge
Eastern District of Oklahoma