## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal**

Short Title: Barrett v. USA

District: Eastern District of Oklahoma

District Court Number: 09-civ-00105-JHP

Circuit Court Number:

Name of Attorney: Joan M. fisher

Name of Law Firm: Federal Defender's office

Address of Firm: 801 I Street, Third Floor

Telephone of Firm: 916-498-6666

Attorneys for: Kenneth Barrett

Name of Court Reporter: Brian P.Neil

Telephone of Reporter: 918-684-7915

**PART II - COMPLETE SECTION A OR SECTION B**

**SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**

[] A transcript is not necessary for this appeal, or

[] The necessary transcript is already on file in District Court

[] The necessary transcript was ordered previously in appeal number _____

*FILED*
*MAY 1 4 2010*
*WILLIAM B. GUTHRIE*
*Clerk, U.S. District Court*
*By _____ Deputy Clerk*

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**

(Specify the date and proceeding in the space below)

Voir dire: _____ ; Opening Statements: _____ ;

Trial proceedings: _____ ; Instruction Cnf: _____ ;

Jury Instructions: _____ ; Closing Arguments: _____ ;

Post Trial Motions: _____ ; Other Proceedings: Status and Scheduling Conference 03/31/10

(Attach additional pages if necessary)

**XX[] Appellant will pay the cost of the transcript.**

**My signature on this form is my agreement to pay for the transcript ordered on this form.**

**[] This case is proceeding under the Criminal Justice Act.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: _____ /s/ Joan Marie Fisher _____ Date: 05/10/10

**PART III - TO BE COMPLETED BY THE COURT REPORTER**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: 5/10/2010

Estimated completion date: 5/13/2010

Estimated number of pages: 46

I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____ Date: 5-14-10

A-8 Revised 12/09  Transcript Order Form

**Brian P. Neil, CSR-RPR, RMR, CRR**
**United States Court Reporter**
**P.O. Box 3403**
**Muskogee, OK 74402-3403**
**(918) 684-7915**

May 10, 2010

U.S. Court of Appeals - Tenth Circuit
Clerk of the Court
The Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: Barrett v. United States of America; Case No. CIV-09-00105-JHP
    United States District Court for the Eastern District of Oklahoma

Clerk:

Enclosed please find for filing the completed Transcript Order Form for the above-styled case which has a completion date of May 14, 2010.

Thank you for your assistance in this matter.

Sincerely,

Brian P. Neil, CSR-RPR, RMR, CRR
United States Court Reporter

Enclosure

cc:    Court Clerk
       Eastern District of Oklahoma