# DECLARATION OF JOHNNY PHILPOT

I, Johnny Philpot, declare the following:

1. I was the Sheriff of Sequoyah County, Oklahoma from November 12, 1996 to December 31, 2008.

2. On July 29, 1998, I responded with some of my deputies, Shelton Fair (#826), Larry Lane (#824) and Walter Ross, Undersheriff (#821), to the home of Kenneth Eugene Barrett. On that occasion, I spoke with Mr. Barrett, and some of my deputies inspected some rifles of Mr. Barrett's. Though Mr. Barrett had an outstanding Sequoyah County misdemeanor warrant at that time, I did not arrest him or cause him to be arrested.

3. Prior to Mr. Barrett's arrest in connection with the shooting death of David "Rocky" Eales, the July 29, 1998 incident described in paragraph 2, above, was the last occasion on which I visited Mr. Barrett's home in Mr. Barrett's presence.

4. In preparation of this declaration, I reviewed a Sequoyah County Sheriff's Department Radio Log dated July 29, 1998, which is attached as exhibit A. This radio log accurately reflects the date and activities of the event discussed in paragraph 2, above.

I have read this declaration carefully and it accurately reflects the matters discussed therein.

I declare under penalty of perjury that the above and foregoing 1 page declaration is true and correct to the best of my knowledge and belief.

Executed by me this 5-2th day of August, 2009, in Sequoyah County, Oklahoma.

Johnny Philpot

# EXHIBIT 1