DECLARATION OF JOEL-LYN MCCORMICK

I, Joel-lyn McCormick, hereby declare under penalty of perjury, pursuant to the laws of the State of Oklahoma and the United States of America, that the following is true and correct:

1.    I am currently employed as an Assistant U.S. Attorney for the Northern District of Oklahoma.

2.    Prior to my employment in the U.S. Attorney's office, I was employed in the Oklahoma Office of the Attorney General, where I served as the chief of the Multicounty Grand Jury Unit.

3.    During the course of my duties in the Multicounty Grand Jury Unit, I presented Clint Johnson as a witness in the 2008 case against former District 27 District Attorney Richard Gray.

4.    During my preparations for the trial in Mr. Gray's case, I investigated allegations of misconduct leveled against Mr. Johnson.

5.    Specifically, I directed Attorney General Investigator Fred Ellis to verify an allegation that Mr. Johnson had written checks to a merchant on insufficient funds in September 2005. As I understood the situation, the merchant had not perceived any fraudulent intent on Johnson's part. However, I recall that an investigator from the District 27 District Attorney's Office contacted the merchant and urged him to turn the checks over to the DA's office for prosecution.

6.    Investigator Fred Ellis made me aware of an audit of confidential informant funds used by Clint Johnson's former employer, the District 27 Drug Task Force. The auditor concluded there were deficiencies in the records. The auditor described the deficiencies as poor record keeping by multiple members of the Drug Task Force, including Johnson, and to poor management by the Task Force's administrators. The audit did not find Clint Johnson had misappropriated confidential informant funds.

Executed on this /2 th day of May, 2010, at Tulsa, Oklahoma:

Joel-lyn McCormick

1

# EXHIBIT 2