## Declaration of Janesse Lynelle Thomas

I, **Janesse Lynelle Thomas**, do hereby declare under penalty of perjury under the laws of Oklahoma and the United States of America that the following is true and correct:

1. I began using methamphetamine in the early 1990s, but discontinued my use in February 1998 when I found out I was pregnant. I began using methamphetamine again some time in 2001.

2. From 2001 onward, I was a daily methamphetamine user.

3. I have a son, Nathanial Dean Thomas, who was born on September 1, 1998.

4. Until October 2009, I publicly maintained that Steven London was Nathanial Thomas's father. In October 2009, I stated that Charles "Monk" Sanders was Nathanial Thomas's actual father and had impregnated me during non-consensual intercourse. I had never previously informed anyone other than Steven London that Charles "Monk" Sanders was Nathanial Thomas's biological father.

5. I was introduced to Kenneth Eugene Barrett by my former boyfriend, Donald Teague, in the mid-1990s.

6. I am aware that Kenneth Barrett was convicted in the homicide of an Oklahoma State Trooper.

7. I have used methamphetamine in Kenneth Barrett's company – I snorted it and observed Barrett injecting it.

8. Kenneth Barrett was a known distributor of methamphetamine in the 1990s.

9. While I have never purchased methamphetamine from Kenneth Barrett, I received the drug from him without charge.

10. On about five occasions, I visited Kenneth Barrett's property. I also socialized with Kenneth Barrett in Donald Teague's home, and in the trailer belonging to Barrett's mother. I last entered Barrett's home in early 1998.

11. I last saw Kenneth Barrett in late 1998. I parked in his mother's driveway. Barrett came out of his house and walked over to where I was parked. Barrett sat with me in my mom's pickup and we talked for about 10-15 minutes.

12. I never visited Kenneth Barrett's property in the company of Charles "Monk" Sanders. However, during two of my visits to Barrett's land in 1997, I saw Sanders there. On both those occasions, I believe Sanders purchased methamphetamine from Barrett. I have not seen nor had any communication with Charles "Monk" Sanders since the incident when he had non-consensual intercourse with me.

# EXHIBIT 3

13.   I am currently serving a 10-year prison sentence for Burglary II, Larceny From House, Knowingly Concealing Stolen Property, Conspiracy, Burglary II, and Larceny From House following my conviction by plea in Sequoyah County District Court case no. CF-2009-346. This sentence is running concurrent with Sequoyah County District Court case nos. CF-2008-324 (Identity Theft) and CF-2008-530 (Possession of Controlled Drug With Intent to Distribute).

     Executed at Taft, Oklahoma, this _2⁄_ day of March, 2010:

                                   Janesse Lynelle Thomas

# EXHIBIT 3