## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Ida Tompkins_ , attest under penalties of perjury

(or criminal punishment for false statement or false attestation) that I am employed by

_Muskogee County Sheriff's Office_ (business), and that my

official title is _Administrator_ . I am a custodian of records for such

business entity. I state that each of the records attached hereto is the original record or a true

duplicate of the original record in the custody of _Muskogee County Sheriffs Office/ Detention Center_

(name of business from which documents are produced), and that I am the custodian of the

attached records consisting of __1__ page(s).

I further state that:

A.      all records attached to this certificate were made at or near the time of the

occurrence of the matters set forth, by, or from information transmitted by, a person with

knowledge of those matters;

B.      such records were kept in the course of a regularly conducted business activity of

_Muskogee County S.O./ D.C_ (business); and

C.      such records were made by _Ida Tompkins_ (business) as a

regular practice.

I further state that this certification  is intended to satisfy Rule 902(11), Federal Rule of

Evidence.

___4/30/2010___
Date

___Ida___ (Signature)
Signature

# EXHIBIT 5

6:09-cv-00105-RAW   Document 174-6   Filed in ED/OK on 05/17/10

| DATE | TIME | ATTORNEY and/or BONDSMAN | SIGNATURE OF INMATE |
|------|------|--------------------------|---------------------|
| 10/11 | 0920 | Dodd, Kiann | atty |
| 10/11 | 0930 | Jack Manley | Minister |
| 10/11 | 1205 | Larry Bowles | att |
| 10/11 | 1400 | Vera Hooper | Housing Auth. |
| 10/11 | 1400 | Kathryn Christie | Housing Auth. |
| 10/12 | 0935 | Anita Kimball / Norena Gay | psychologist |
| 10/12 | 1400 | Rick Salley | minister |
| 10/12 | 1400 | Janice Purcell | atty |
| 10/12 | 1445 | Gina Cowley | atty |
| 10/12 | 1445 | Gina Cowley | atty |
| 10/12 | 1445 | Gina Cowley | atty |
| 10/12 | 1600 | Roger Hilfiger | atty |
| 10/12 | 1600 | Roger Hilfiger | atty |
| 10/13 | 12:35 | Albert Matthews | atty |
| 10/13 | 1315 | Ryan Neighbors | mccoys |
| 10/13 | 1330 | Jeff Winters | Minister |
| 10/13 | 1630 | Warren Gotcher | Warren Gotcher |
| 10-14 | 9:20 | Jeff Winters | minister |
| 10/14 | 0950 | Randall Price | Psychologist |
| 10/14 | 1045 | Thomas Fitch | minister |
| 10/15 | 1437 | Stewart Ericson | Att. |
| 10/16 | 1925 | Frank Baccellos / Scott Lofley / Steve Smith | Minister |
| 10/17 | 1030 | Jeff Winters | minister |

Kenneth Barrett

Kenneth Barrett

Kenneth Barrett