

# OKLAHOMA DEPARTMENT OF CORRECTIONS

Back to Previous Search   New Search

## Name

CHARLES E SANDERS
ODOC# 191483



image 1 of 11 >

7 Sep 2005

## Alias

Walter T Dotson

Monk

Charles E Mork

Charles E Sanders

Charles Sanders

Monk Sanders

Mork Sanders

## IDs

**ODOC#:** 191483

**Birth Date:** 01/11/1966

## Appearance

American Indian Male; 5 ft. 10 in. tall; 200 pounds; Brown hair; Brown eyes;

## Body Marks

BAK: TAT L UPP NO FEAR VG

CHE: SCAR L LOW 10"

CHE: TAT R UPP MUSKOGEE // PLAY BOY BUNNY // PLAY BOY

WRIST: SCAR L 6"

## Sentence

| CRF# | County | Offense | Conviction | Term | Term Code | Start | End |
|------|--------|---------|-----------|------|-----------|-------|-----|
| 86-604 | ARJR | Illegal Dist Of Controlled Substances | 04/13/1988 | 6Y 0M 0D | Int. Prob. In | 04/13/1988 | 05/27/1994 |
| 89-396 | SEQU | Uttering A Forged Instrument | 08/08/1990 | 1Y 0M 0D | Incarceration | 10/29/1992 | 12/12/1993 |
| 89-396 | SEQU | Uttering A Forged Instrument | 08/08/1990 | 2Y 0M 0D | Probation | 08/08/1990 | 08/07/1993 |
| 89-396 | SEQU | Uttering Forged Instruments | 08/08/1990 | 3Y 0M 0D | Probation | 04/13/1988 | 11/25/1996 |
| 90-144 | SEQU | Unlawful Poss Of Cds (Cocaine)Afcf | 08/08/1990 | 3Y 0M 0D | Incarceration | 10/29/1992 | 07/04/1995 |
| 90-144 | SEQU | Unlawful Poss Of Cds (Cocaine)Afcf | 08/08/1990 | 7Y 0M 0D | Probation | 08/08/1990 | 08/07/2000 |
| 90-144 | SEQU | Sexual Battery | 08/08/1990 | 3Y 0M 0D | Probation | 04/13/1988 | 11/25/1996 |
| 92-91 | SEQU | Unlawful Possession Of Cds (Cocaine) Afcf | 07/20/1992 | 3Y 0M 0D | Incarceration | 10/29/1992 | 07/04/1995 |
| 92-91 | SEQU | Unlawful Possession Of Cds (Cocaine) Afcf | 07/20/1992 | 7Y 0M 0D | Probation | 07/20/1992 | 07/19/2002 |
| 93-131 | MUSK | Carrying Weapon/Drugs/Alcohol Into Jail | 12/01/1994 | 3Y 0M 0D | Incarceration | 08/22/1995 | 07/28/1996 |
| 93-772 | MUSK | Escape From State Penitentiary | 12/01/1994 | 3Y 0M 0D | Incarceration | 12/01/1994 | 11/16/1995 |
| 95-486 | ARJR | Rec/Poss/Conc Stolen Property | 07/06/1995 | 3Y 0M 0D | Incarceration | 07/06/1995 | 05/25/1996 |
| 95-486 | ARJR | Forgery 2nd-Notes,Checks,Bills,Drafts | 07/06/1995 | 3Y 0M 0D | Incarceration | 07/06/1995 | 05/25/1996 |
| 98-346 | SEQU | Poss Of Controlled Drug (Rss) Bal Susp Upon Successful Comp Last Stop | 08/23/2001 | 0Y 0M 676D | Incarceration | 10/09/2001 | 03/09/2002 |
| 98-346 | SEQU | Poss Of Controlled Drug (Rss) Bal Susp Upon Successful Comp Last Stop | 08/23/2001 | 6556D | Probation | 08/23/2001 | 06/10/2021 |
| 98-363 | SEQU | Uttering A Forged Instrument (Rss) Bal Susp Upon Successful Comp Last Stop | 08/23/2001 | 0Y 0M 676D | Incarceration | 10/09/2001 | 03/09/2002 |
| 98-363 | SEQU | Uttering A Forged Instrument (Rss) Bal | 08/23/2001 | 6556D | Probation | 08/23/2001 | 06/10/2021 |

# EXHIBIT 6

| Case | Type | Offense | Date | Term | Status | Start | End |
|---|---|---|---|---|---|---|---|
| | | Susp Upon Successful Comp Last Stop | | | | | |
| 99-562 | SEQU | Knowingly Conceal Stolen Property (Rss) Bal Susp Upon Successful Comp Last Stop | 08/23/2001 | 0Y 0M 676D | Incarceration | 10/09/2001 | 03/09/2002 |
| 99-562 | SEQU | Knowingly Conceal Stolen Property (Rss) Bal Susp Upon Successful Comp Last Stop | 08/23/2001 | 6556D | Probation | 08/23/2001 | 06/10/2021 |
| 2003-124 | SEQU | Felony Running Roadblock, Afc6f (Split) [Bal Susp On Completion Of Key To Life Or Similar Program] | 11/18/2004 | 5Y 0M 0D | Incarceration | 12/10/2004 | 06/05/2008 |
| 2003-124 | SEQU | Felony Running Roadblock, Afc6f (Split) [Bal Susp On Completion Of Key To Life Or Similar Program] | 11/18/2004 | 20Y 0M 0D | Probation | 11/18/2004 | 11/17/2029 |
| 2003-124 | SEQU | Felony Running Roadblock, Afc6f (Split) [Bal Susp On Completion Of Key To Life Or Similar Program] | 11/18/2004 | 5Y 0M 0D | Incarceration | 12/10/2004 | 06/05/2008 |
| 2003-124 | SEQU | Felony Running Roadblock, Afc6f (Split) [Bal Susp On Completion Of Key To Life Or Similar Program] | 11/18/2004 | 20Y 0M 0D | Probation | 11/18/2004 | 11/17/2029 |
| 2004-19 | SEQU | Knowingly Concealing Stolen Property [Bal Susp On Completion Of Key To Life Or Similary] (Split) | 11/18/2004 | 5Y 0M 0D | Incarceration | 12/10/2004 | 06/05/2008 |
| 2004-19 | SEQU | Arson, 2nd Degree (Bal Susp Upon Completion Of Key To Life Or Similary) (Split) | 11/18/2004 | 5Y 0M 0D | Incarceration | 12/10/2004 | 06/05/2008 |
| 2004-19 | SEQU | Burglary 2nd Degree, Afc6f [Bal Susp On Completion Of Key To Life Or Similary] (Split) | 11/18/2004 | 5Y 0M 0D | Incarceration | 12/10/2004 | 06/05/2008 |
| 2004-19 | SEQU | Burglary 2nd Degree, Afc6f [Bal Susp On Completion Of Key To Life Or Similary] (Split) | 11/18/2004 | 20Y 0M 0D | Probation | 11/18/2004 | 11/17/2029 |
| 2004-19 | SEQU | Arson, 2nd Degree (Bal Susp Upon Completion Of Key To Life Or Similary) (Split) | 11/18/2004 | 20Y 0M 0D | Probation | 11/18/2004 | 11/17/2029 |
| 2004-19 | SEQU | Knowingly Concealing Stolen Property [Bal Susp On Completion Of Key To Life Or Similary] (Split) | 11/18/2004 | 20Y 0M 0D | Probation | 11/18/2004 | 11/17/2029 |
| 1998-346 | SEQU | Poss Of Controlled Substance | | 17.33 Y | SUSPENDED | 08/12/2002 | 12/08/2019 |

Offender Lookup - Detail

| 1998-363 | SEQU | Uttering Forged Instruments | 17.33 Y | SUSPENDED | 08/12/2002 | 12/08/2019 |
| 1999-562 | SEQU | Rec/Poss/Conc Stolen Property | 17.33 Y | SUSPENDED | 08/12/2002 | 12/08/2019 |

## Facility

| Current Facility | Phone# | Reception Date | Discharge Date | Parole Hearing Date |
|---|---|---|---|---|
| INACTIVE | | 12/10/2004 | | 09/9999 |

| Address | City | State | Zip | Contact |
|---|---|---|---|---|