6:09-cv-00105-RAW    Document 174-8    Filed in ED/OK on 05/17/10    Page 1 of 1



# OKLAHOMA DEPARTMENT OF CORRECTIONS

Back to Previous Search   New Search

| Name | |
|---|---|
| RICHARD A BARRETT | |
| ODOC# 278117 | |
| No photo available | |

| Appearance |
|---|
| White Male; 5 ft. 9 in. tall; 160 pounds; Brown hair; Blue eyes; |

| Body Marks |
|---|
| No data available |

| Alias |
|---|
| No data available |

| Sentence | | | | | | | |
|---|---|---|---|---|---|---|---|
| CRF# | County | Offense | Conviction | Term | Term Code | Start | End |
| 98-129 | OSAG | Assault W/Dangerous Weap | 07/30/1999 | 5Y 0M 0D | Probation | 07/30/1999 | 07/29/2001 |
| 98-129 | OSAG | Assault W/Dangerous Weapon | 07/30/1999 | 5Y 0M 0D | Probation | 07/30/1999 | 07/29/2001 |
| 98-129 | OSAG | Burg 1st | 07/30/1999 | 5Y 0M 0D | Probation | 07/30/1999 | 07/29/2001 |
| 99-103 | OSAG | Forfeiture Of Bail | 07/30/1999 | 2Y 0M 0D | Probation | 07/30/1999 | 07/29/2001 |
| 2001-302 | SEQU | Poss Of Controlled Substance | | 10 Y | SUSPENDED | 05/31/2001 | 05/30/2011 |
| 2001-302 | SEQU | Using Offensive Weapon In Felony | | 10 Y | SUSPENDED | 05/31/2001 | 05/30/2011 |
| 2001-302 | SEQU | Possess/Furnish Precurso Substance | | 10 Y | SUSPENDED | 05/31/2001 | 05/30/2011 |

| IDs | |
|---|---|
| ODOC#: | 278117 |
| Birth Date: | 06/24/1964 |

| Facility | | | | |
|---|---|---|---|---|
| Current Facility | Phone# | Reception Date | Discharge Date | Parole Hearing Date |
| INACTIVE | | 07/30/1999 | | |
| Address | | City | State | Zip | Contact |

# EXHIBIT 7

http://docapp065p.doc.state.ok.us/...e?_pageid=394&_dad=portal30&_schema=PORTAL30&doc_num=278117&offender_book_id=167886[5/17/2010 8:23:23 AM]