

# OKLAHOMA DEPARTMENT OF CORRECTIONS

Back to Previous Search   New Search

## Name

SHAWN A HILL
ODOC# 271366



image 1 of 8 >
24 Jun 2005

## Alias

Shawn A Hill

## IDs

**ODOC#:** 271366
**Birth Date:** 04/02/1974

## Appearance

White Male; 5 ft. 8 in. tall; 187 pounds; Brown hair; Brown eyes;

## Body Marks

BAK: TAT L UPP
BIC: SCAR R FRT 1" SCAR
BIC: TAT L BACK SS
CHE: TAT L BRANDY DESTINY
LEG: TAT L BACK BRANDY
LEG: TAT L FRT
SHL: TAT L FRT PEACE SIGN W/ FLAG
TRI: SCAR R TOP 3" SCAR

## Sentence

| CRF# | County | Offense | Conviction | Term | Term Code | Start | End |
|------|--------|---------|-----------|------|-----------|-------|-----|
| 1998-119 | SEQU | Possession Of Recursor Substance | 12/03/1998 | 10Y 0M 0D | Probation | 12/03/1998 | 12/02/2008 |
| 1998-119 | SEQU | Possession Of Controlled Drug | 12/03/1998 | 15Y 0M 0D | Probation | 12/03/1998 | 12/02/2013 |
| 1998-288 | SEQU | Unlawful Possession Of Controlled Drug | 12/03/1998 | 10Y 0M 0D | Probation | 12/03/1998 | 12/02/2008 |
| 1998-288 | SEQU | Driving Under Suspension | 12/03/1998 | 1Y 0M 0D | Probation | 12/03/1998 | 12/02/1999 |
| 1998-372 | SEQU | Unlawful Possession Of Marijuana | 12/03/1998 | 1Y 0M 0D | Probation | 12/03/1998 | 12/02/1999 |
| 1998-372 | SEQU | Unlawful Possession Of Controlled Drug | 12/03/1998 | 20Y 0M 0D | Probation | 12/03/1998 | 12/02/2018 |
| 98-372 | SEQU | Unlawful Possession Of Marihuana -Rss | 12/03/1998 | 1Y 0M 0D | Incarceration | 04/23/2004 | 09/21/2004 |
| 98-372 | SEQU | Unlawful Possession Of Controlled Drug -Rss | 12/03/1998 | 20Y 0M 0D | Incarceration | 04/23/2004 | 02/19/2022 |
| 98-119 | SEQU | Possession Of Precursor Material -Rss // Bal Susp Upon Compl Of Dowc | 10/09/2003 | 1197D | Incarceration | 04/23/2004 | 06/21/2005 |
| 98-119 | SEQU | Possession Of Controlled Drug With Intent To Distribute -Rss // Bal Susp Upon Compl Of Dowc | 10/09/2003 | 4281D | Probation | 03/22/2004 | 03/21/2019 |

# EXHIBIT 8

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 98-119 | SEQU | Possession Of Controlled Drug With Intent To Distribute -Rss // Bal Susp Upon Compl Of Dowc | 10/09/2003 | 1197D | | Incarceration | 04/23/2004 | 06/21/2005 |
| 98-119 | SEQU | Possession Of Precursor Material -Rss // Bal Susp Upon Compl Of Dowc | 10/09/2003 | 2455D | | Probation | 03/22/2004 | 03/21/2014 |
| 1998-119 | SEQU | Dist Of Cds/Poss W/Intent | | | 11.67 Y | SUSPENDED | 06/24/2005 | 02/19/2017 |
| 1998-119 | SEQU | Possess/Furnish Precurso Substance | | | 6.66 Y | SUSPENDED | 06/24/2005 | 02/19/2012 |
| 1998-288 | SEQU | Poss Of Controlled Substance | | | 6.66 Y | SUSPENDED | 06/24/2005 | 02/19/2012 |
| 1998-372 | SEQU | Poss Of Controlled Substance | | | 13.45 Y | SUSPENDED | 06/24/2005 | 12/02/2018 |
| 98-288 | SEQU | Unlawful Possession Of Controlled Drug (Rss) | | | 10Y | Incarceration | 04/23/2004 | 04/22/2012 |

## Facility

| Current Facility | Phone# | Reception Date | Discharge Date | Parole Hearing Date | |
|---|---|---|---|---|---|
| INACTIVE | | 04/23/2004 | | 09/9999 | |
| **Address** | | **City** | **State** | **Zip** | **Contact** |