DECLARATION OF BRET A. SMITH

I, BRET A. SMITH, declare under penalty of perjury, pursuant to the laws of the State of Oklahoma and the United States of America, that the following is true and correct:

1.    On May 5, 2005, I was appointed as Roger Hilfiger's co-counsel to Kenneth Eugene Barrett in the federal death penalty case *United States v. Barrett* (Eastern District of Oklahoma case no. 04-CR-115-JHP).

EXHIBIT 11

Executed at Muskogee, Oklahoma this 5th day of May, 2010:

_____
BRET A. SMITH