## DECLARATION OF ROGER HILFIGER

I, Roger Hilfiger, declare under penalty of perjury, pursuant to the laws of the State of Oklahoma and the United States of America, that the following is true and correct:

1.    I was an attorney for Kenneth Eugene Barrett in the federal death penalty case *United States v. Barrett* (Eastern District of Oklahoma case no. 04-CR-115-JHP).

# EXHIBIT 12

Executed at Muskogee, Oklahoma May 17, 2010.

_____

Roger Hilfiger