

EXHIBIT 16

