## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
    )
    Petitioner,    )
    )
v.    )    Case No. 6:09-cv-00105-JHP
    )
UNITED STATES OF AMERICA,    )
    )
    Respondent.    )

### PETITIONER'S UNOPPOSED MOTION FOR LEAVE
### TO FILE OVERSIZED BRIEF

COMES NOW Petitioner, Kenneth Eugene Barrett, by and through his undersigned counsel, and moves this Court for leave to file a reply to the Government's Answer that is in excess of twenty-five pages. Pursuant to Local Civil Rule 7.1(d) & (n) of the United States District Court for the Eastern District of Oklahoma, Petitioner states the following:

1.      On or about June 29, 2010, Petitioner's counsel consulted by e-mail with counsel for the Government, and advised counsel that the reply will be between 180 and 200 pages in length.  Counsel for the Government responded they have no objection to this motion. *See* LCvR 7.1(n).

2.      The issues presented in the Answer are complex. The Answer itself is over 280 pages in length. This Court is aware that the issues presented are of the most serious nature possible.  As stated in Petitioner's filing of December 4, 2009, it is routine for this Court to permit similarly situated capital habeas corpus petitioners to submit briefs in excess of 25 pages.

3.      The record in this case is voluminous. The principal trial record contains 27 volumes and 5457 pages as well as numerous volumes of exhibits, evidence and pretrial

**Petitioner's Motion for Leave**
**To File Oversized Brief**    1    *Barrett v. U.S.A.,*
*Case No. 6:09-cv-00105-JHP*

proceedings. In addition, there were two state court trials in this case, the records of which are relevant to this matter.

4.      The legal argument the Reply will serve to assist the Court in determining the resolution of the complex issues presented in the Amended Motion and Answer, including whether to conduct an evidentiary hearing, and if so, what material facts are in dispute.

5.      The Government will suffer no prejudice by Petitioner's request to file an oversized brief. On the contrary, the Reply may help narrow the issues for hearing.

6.      The interests of justice and due process require that a Petitioner facing a sentence of death be able to thoroughly and completely respond to the defenses raised in the Answer. A reply is specifically authorized by Rule 5(c) of the Rules Governing Section 2255 Proceedings.

For the foregoing reasons, this Court should grant leave to Petitioner to file an oversized reply brief of approximately 200 pages.

DATED:   June 30, 2010.

Respectfully submitted,
/s/ David B. Autry
DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

DANIEL J. BRODERICK
Federal Defender

/s/ Tivon Schardl
TIVON SCHARDL, Fla. Bar No. 73016
Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

/s/ Joan M. Fisher

**Petitioner's Motion for Leave**
**To File Oversized Brief**                          2                          *Barrett v. U.S.A.,*
                                                                                    **Case No. 6:09-cv-00105-JHP**

JOAN M. FISHER, ID Bar No. 2854
Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

Attorneys for Defendant
KENNETH EUGENE BARRETT

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion to file an oversized brief was served this 30th

day of June 2010 on all counsel of record for the United States via the CM/ECF system

/s/ Tivon Schardl
Tivon Schardl