# EXHIBIT   206

## <u>Supplemental Declaration of Ernest Eugene Barrett</u>

I, ERNEST EUGENE BARRETT, declare as follows:

I am the father of Kenneth Eugene Barrett.

The investigator who worked with me to get my first declaration done called me on the phone to ask some more questions. I am half deaf, likely more, so he talked to my wife Doris Barrett who relayed the questions to me. Then she repeated my answers, but I spoke loudly so he could likely hear, too. When he called back and read it out loud, he read it to her and she repeated back to me slowly, like I was taking an oath. Anyway, I read this over and he got it right.

I met with Roseann Shaye before the first state trial at my home. She wanted to get information to help Kenny. I had no idea how it would be used. I just assumed she was cooperating with John Echols. That was good enough for me. If she told me why she was asking those questions, I don't remember.

No one else ever asked me about raising Kenny, not one lawyer, state or federal. Sperling asked me more than anyone about it when I testified.

Nobody ever talked to me about how they would try to save Kenny's life if he was convicted, what kind of evidence was important for the jury to hear, nothing like that.

The only the strategy the lawyers ever talked to me about was after the prosecution put on their first state case, John Echols asked me and Doris and Kenny—Doris says a woman was there too, Joan Brown—whether we thought he needed to call any witnesses. We questioned that, but John said that he didn't think the state had presented enough evidence to convict. John never did call any witnesses in either trial.

I saw Kenny every other weekend after he was arrested until they sent him to

EEB

McAlester after he was convicted. That was while he was in Sallisaw *and* Muskogee. Doris came with me, but I saw Kenny alone except for the last time. Doris came in so she could say goodbye.

Kenny never once said he didn't want us to testify about mental health subjects or family history. He didn't say the lawyers wanted him to, and that he didn't, nothing like that.

Hilfiger and Smith talked to me about nothing except to be careful with Sperling, to answer questions "yes" or "no," because an open-ended answer could open a can of worms. He didn't tell me what the "can of worms" was. I had no idea.

Hilfiger and Smith did not tell me what they were going to ask me. They didn't even tell me why they were calling me. Sperling knew more about me than they did. Sperling knew where I worked, how long I had been there, how many people I had under me, and that people at work liked me. Hilfiger hardly asked me anything and Sperling went on and on.

When Sperling asked me how come my youngest son Steve and me were able to make it and Kenny wasn't, I really didn't know what to say. Kenny's lawyers never discussed that question with me. They didn't talk to me about nothing.

When we were driving to court the day I testified, Doris and I were talking about how ugly it might get for me on the witness stand. I was willing to talk about the family history of mental problems, about myself, my marriage to Gelene, and Kenny and me up until the day I testified, so the jury could understand the role I played in Kenny's life. I said what a sorry father I was in my first declaration and how sorry I was for it. I didn't care how I looked. I mean I cared, who wouldn't, but I was willing. When I say I was willing, what I mean by that is that is I wanted to. Doris and I assumed that was why they

Page 2 of 3

called me to testify, but it wasn't. I guess I'll never know what Kenny lawyer's had in mind when they called me.

The investigator said he was going to send this to me and that I should read it over carefully, and only to sign it if every word was truthful.

I declare, under penalty of perjury, that the foregoing 3-page declaration is true and correct.

Executed by me this /7 day of June 2010, in Creek County, Oklahoma.

Ernest Eugene Barrett

EEB