# EXHIBIT 207

## Supplemental Declaration of Doris Barrett

I, Doris Barrett, declare the following:

I am married to Kenny's father Ernie Barrett. While Kenny is not blood kin and I didn't raise him, I think of Kenny as one of my children.

This is my third declaration in Kenny's case. The same investigator who interviewed me to prepare the first two called me again recently to talk some more about the case. We talked about some things we talked about before, but a lot of new things too.

As I said in my first declaration, I attended both of Kenny's state trials and his federal trial, including all the hearings before the trials except one that was held in Stilwell. I missed one hour of one day in state court and a half a day in federal court, but I was there every day except that one. I got to know the lawyers and I made sure they got to know me.

Ernie visited Kenny in jail during the trials every other week, sometimes every week if Gelene, Kenny's mother, couldn't take her turn. I waited outside so that Kenny could have this private time with his dad. Every other night, Kenny would call the house and talk to one or both of us. You should have seen our phone bills. In state court, they let me sit right up next to Kenny and we would talk sometimes and share looks. Kenny and me got really close during the state trials. In the federal trial, they wouldn't let me near him in court, but we still talked most every other night.

Roseann Shaye interviewed both my husband and me before the state trial. It was at our house. She spent about an hour an a half just with me. It was the summer before the first state trial. She told me she was interviewing family because she wanted to make a plea of insanity. Yes, she used the word "insanity," I'm sure. I thought she was weird. She said it was Kenny's

DB

best bet based on what she had learned about his growing up. When I talked to John Echols about it, he said he wasn't going there.

John told me that if the jury convicted Kenny, it was important for the jury to see what kind of life Kenny had growing up because many jurors were sympathetic to people who had a rough childhood, that some of them might have been in the same shoes as Kenny. That was how John planned to save Kenny's life if he got convicted of murder, but he never really thought that would happen and it didn't.

That was a big difference between John and Roger Hilfiger. John had a strategy for winning the trial and he had a plan in case we didn't. Roger didn't have a plan that I could see and certainly none that he told me about. When I would tell him that prosecution witnesses, mainly cops and OHP, had testified different in state court, he would ignore me and tell me not to tell him what to do.

At least Bret Smith listened and told me he would bring it to Roger's attention whenever I told him a witness had said something different in state court. I don't know if Bret did tell Roger or not.

Neither Roger or Bret ever asked about what I had heard about Kenny's life growing up, or asked me anything about his family. I don't think they asked anyone, not Kenny's father for sure. They never talked to me about the importance of the jury getting to know Kenny and where he came from. They just asked me if I would miss him if he was executed.

When they sentenced Kenny to death, Roger didn't even turn around to say he was sorry or to say that he would keep fighting or anything like that. Maybe that's just on TV, but he never said one word to us—we left the courthouse thinking this was the end.

D.B.
_____
DB

Roger never told us that Kenny didn't want the family involved in his case, never. He did ask me if I would help him get Kenny to testify. That's the only thing he ever told me that him and Kenny disagreed about, Kenny testifying. I told him that I wouldn't help him do that, that I didn't want to be responsible for killing Kenny.

Kenny never told me he didn't want my help. He did say once that we shouldn't stress out over him, but never that he didn't want our help. In fact, he knew I was going to testify and he never said not to testify or not to talk about family, nothing like that. Of course, I had no idea what I was going to testify about because the lawyers never told me—I was so nervous, to this day I can't remember what he asked me or what I said.

Kenny also told me that Roger wouldn't call some witnesses he wanted him to, but for the life of me I can't remember who.

The investigator who called said he would write up what I said the way we did the last times, but this time he would call and read it to me. He did and it said what I had told him. He then told me he was going to FedEx it for me, to go over it and sign if it was accurate. He said he was going to send a prepaid return label to send it back to him.

I declare, under penalty of perjury, that the foregoing 4-page declaration is true and correct.

Executed by me this _17_ day of June 2010, in Creek County, Oklahoma.

_Doris J. Barrett_
Doris Barrett

D.B.
_____
DB                                                          Page 3 of 3