# EXHIBIT   208

## Supplemental Declaration of Issac Barrett

I, Issac Barrett, declare the following:

I am Kenneth Barrett's uncle on his father's side of the family. Ernie Barrett, Kenny's father, is my brother. I signed a declaration sometime in the early part of 2009 after meeting many times with an investigator. That investigator called me on June 4, 2010 to ask me some additional questions and to ask if I would be willing sign another declaration. I said that I would.

He asked me if I had ever talked to Roger Hilfiger, Bret Smith, John Echols or Jack Gordon about my nephew Kenny. I told him that I hadn't. He then asked me if I had spoken to Rosanne Schaye. I recalled speaking to a woman named Roseanne in regard to Kenny's state case, and the last name kind of rang a bell when he mentioned it. It was many years ago that I met her at Leslie's Café, which is no longer in business. I recall that we talked for a considerable amount of time. We met about 9:00 A.M. and I spent about three hours talking about my family with her. I don't know exactly when that was, but I think it was before Kenny's state trials. I'm just not positive.

I answered all her questions. She said she would call me again, but never did.

I had no idea why she was asking me about the family. I didn't know if she worked in Mr. Echols office or what her role was. If she explained it to me, I didn't comprehend it. I had no idea how she intended to use the information I gave her or why she was assembling information about the family. At that time, I didn't know how it could help Kenny, but I wanted to.

*ICB*

Page 1 of 2

I also met Steve Leedy, an investigator for Mr. Echols. We met in Sallisaw in the back parking lot of the Dinner Bell Restaurant that is now out of business. He came to see me before Kenny's first trial to talk to me about the circumstances of the way things are in Sallisaw. By that I mean who pulled the strings, who was the money behind the sheriff and the D.A, who the major players were in the drug business in town, none of whom were Kenny, that's for sure. I told him all I knew, which is common knowledge in this town. You'd have to be deaf and blind not to know. He didn't ask me anything about Kenny or our family that I can recall.

I saw Kenny when I attended his trial in state court. When they brought him in I said "hi." He welcomed whatever family came to the trial. He seemed grateful for the little we did.

No one ever told me that Kenny didn't want to get his family involved in his case or that he didn't want our help. No one ever told me he ever felt that way, not Mr. Leedy, not Ms. Schaye. None of the lawyers ever asked me to help. I would have if I knew how. Like I said, none of the lawyers ever talked to me.

The investigator called me again the following week and read this declaration to me. What he read is what I told him in our conversation, what is written here. He said he would FedEx it to me with a prepaid label to send it back to him. I have read this declaration carefully and it accurately says what I told him.

I declare, under penalty of perjury, that the foregoing 2-page declaration is true and correct.

Executed by me this _28_ day of June 2010, in Sequoyah County, Oklahoma.

Issac C. Barrett

ICB

Page 2 of 2