# EXHIBIT  209

## Supplemental Declaration of Phyllis Crawford

I, Phyllis Crawford, declare the following:

I am Kenneth Barrett's maternal aunt.  On June 4th, I received a phone call from an investigator who I had met with many times before I signed my previous declaration.  He asked me several questions.  In response, I told him that other than him and family, nobody had ever come out here to my house to talk to me about Kenny or about anything having to do with Kenny's state trials or his federal trial.  Then he asked me specifically about Roger Hilfiger, John Echols, a man named Smith, a man named Gordon and a woman named Schaye.  I told him again that nobody had come out here and that I didn't remember anyone calling.

Since it has been 10 years, I checked with my husband Roger to see if he remembered anyone calling or coming to our house.  He said no, that no one had come out here or called to talk about Kenny.

I did go over to my sister Gelene's shortly before Kenny's federal trial.  My sister Carolyn and my cousin Janice were there with Mr. Hilfiger and Mr. Smith, I think that was his name, a short heavy guy.  Mr. Hilfiger sat on the couch and Mr. Smith sat in a chair.  That's about all I can remember.

I didn't see Kenny when he was in jail.  I did see him when we went to court, but there was no chance to talk.  He never called to tell me, or ever told me, that he didn't want me or the family involved in his case.  I live next door to his mother.  She never told me that Kenny told her that he didn't want the family involved in his trial or that he didn't want our help or her help.

I recently got a really nice letter from Kenny and wrote him back.

PC

Page 1 of 2

This time the investigator interviewed me entirely over the telephone. He then wrote up what I said and called me again to read it to me. I told him what he read is what I had told him and that I would sign it. He mailed it to me and I read it. It says what I told the investigator.

I declare, under penalty of perjury, that the foregoing 2-page declaration is true and correct.

Executed by me this ___17th___ day of June 2010, in Sequoyah County, Oklahoma.

Phyllis Crawford

PC

Page 2 of 2