# EXHIBIT  210

**<u>Supplemental Declaration of Gelene Dotson</u>**

I, SYLVIA GELENE DOTSON, declare the following:

I am Kenneth Eugene Barrett's mother.

The investigator who met with me many times when drafting my last declaration in Kenny's case called me to ask me additional questions about my contact with various members of my son's legal teams.

The first one I met with was John Echols, his state lawyer. He came out to the house twice, I think. The first time he came out with Joan, who worked with him, and Traci Swearingen, a friend of Kenny's. John went over with me what happened that night, the night they came for Kenny and the shooting happened.

The second time John came over was mostly to go over to Kenny's place and look around. He really cared about Kenny. I feel like he did a good job. He sent over an investigator too. His name was Jim Allison. Jim talked to me about what happened the night of the incident. Mr. Echols also sent another investigator, Lisa, who spent time over at Kenny's place.

John also sent Roseann Schaye to see me. I saw her quite a few times, at least five. She asked me questions about Kenny, me, my marriage to Ernie and my family. That was before Kenny's first trial. I signed lots of forms, releases. She even tried to get my elementary school records from Albuquerque, but the school was gone. She went to Joliet, Illinois, where we lived when Kenny was a kid. She talked to my cousin Nelda and some of my friends.

Ms. Schaye was doing this to check out Kenny's background in case they needed to do the second phase of the trial. She explained it all to me. The last time I heard from her is when

SGD

she sent me copies of some newspaper articles about my grandfather when he was murdered. Anyway, there was no second phase in the state trials.

If I met Jack Gordon, I don't remember. His name sounds familiar. I went to some pre-trial hearings, but I was excluded from the trial because John Echols said he might call me as a witness.

Roger Hilfiger came to my house with Bret Smith once, and a second time with an investigator that used to be an agent with ATF. I can't remember when the first time was, but the second time was just before the trial. They talked about the incident, nothing else. Nobody ever talked to me about anything but the incident except for Roseann Schaye.

Roger Hilfiger did not impress me as someone who cared about Kenny. He and Mr. Smith called me to testify in the penalty phase of the trial. They didn't tell me why, but I knew from my dealings with Rosanne Schaye what was likely. When I got to Muskogee, they told me what they thought the prosecutor would ask me. Then they asked me if I loved Kenny and if I would miss him if he was executed, the same questions they asked me when I testified. They didn't ask about the things Ms. Schaye and I talked about.

After Kenny was arrested, I saw him once a week in the jail in Sallisaw and every other week when he was in jail in Muskogee. Kenny never told me he wanted to minimize the family's involvement in the case or that I shouldn't be discussing his mental health or anything like that. He would never tell us that. We're family. We stick together.

Kenny wasn't satisfied with Mr. Hilfiger and it wasn't just that he wasn't John Echols. It's because they wouldn't do what he wanted. Lots of things, but I can only remember one

SGD

specific example. For a jailer, Mr. Hilfiger called Robert Good, someone who didn't like Kenny much. Kenny had asked them to call a different jailer, Buck Locust or Christenberry. They both liked Kenny. Buck has already told me that he wanted to testify for Kenny and that he would do all for Kenny that he could.

Kenny really missed John Echols, but he wouldn't have missed him as much if he thought Hilfiger was doing right by him. Kenny liked Bret Smith, although I can't remember why exactly—I think Kenny liked the way Mr. Smith related to him, but Mr. Hilfiger made all the decisions as far as Kenny and me knew. Kenny just wasn't satisfied with Roger Hilfiger. None of us were.

Mr. Hilfiger and Mr. Smith never asked for my help in getting Kenny to do anything for them. I didn't know that there was anything they wanted Kenny to do that he wasn't doing. They never talked to me about what they hoped the second phase of the trial would be if there was one. If they had a plan, they didn't tell me or anyone that I know. They never talked to me about Kenny's family history of mental illness and alcoholism on both sides, or about Kenny's upbringing, or why he might live in a shack without water, electricity or even a drain, or why he might have shot himself in the chest with a shotgun—nothing like that. I would have shared all that to save my son's life.

No, Kenny's lawyers never told me that Kenny didn't want them to beg for his life or anything like that. I wonder who is saying that. I would have begged for his life.

The investigator who interviewed me for this declaration called me back and read it to me. It says what I told him. He said he would send it, and that I should read it over carefully to

SGD

Page 3 of 4

make sure it was accurate in every way. I did that and now I'll sign it like he asked and send it back to him.

I declare, under penalty of perjury, that the foregoing 4-page declaration is true and correct.

Executed by me this $\underline{2\ 3}$ day of June 2010, in Sequoyah County, Oklahoma.

Sylvia Gelene Dotson

SGD