# EXHIBIT   211

## Declaration of Mark Dotson

I, Mark Dotson, declare the following:

I am Kenneth Barrett's maternal uncle.

I signed a declaration for Kenny's case more than a year ago after speaking with an investigator. That same investigator called me on June 6, 2010 to review a couple of things, which he recalled accurately, that were not included in my first declaration. He also asked me a few new questions and asked if he could include my answers in a new declaration. I said that would be fine.

I told him again that I had never been contacted by anyone about Kenny's state or federal cases. Then he specifically asked if I had been contacted by Roger Hilfiger, Brett Smith, John Echols, Jack Gordon or Roseann Schaye. I have heard the name John Echols—one of Kenny's lawyers I think— but none of them or anybody working for them ever contacted me.

I also told him that Kenny had never told me he didn't want to trouble the family by having them involved in his case. I never heard from Kenny or anyone that Kenny didn't want the family's involvement for whatever reason. If any one of his lawyers had asked for my help, if they had showed me how I could help, I would have done my honest best.

The investigator called back and read this declaration to me after we talked. It says what we talked about. He sent it to me to read, sign if it was truthful, and send it back to him.

I have read it carefully and it says what I told him on the phone and what he read to me. I declare, under penalty of perjury, that this 2- page declaration is true and correct.

Executed by me this 21st day of June 2010, in Sequoyah County, Oklahoma.

_____ 6-21-10
Mark Dotson

MD

Page 1 of 1