# EXHIBIT  212

## Supplemental Declaration of Ruth Harris

I, Ruth Harris, declare as follows:

I am one of Kenneth Barrett's maternal aunts.

The investigator who I gave the information to for my first declaration called me on June 7, 2010, to ask me a few more questions. I felt bad because I didn't know anything about what he was asking even though I went to both state trials. I don't remember missing one day.

I met John Echols several times. He was an excellent lawyer. I had very high hopes. He cared about Kenny.

I didn't go to the federal trial and never met those lawyers or anybody working with them. They never tried to contact me. Where was the fairness when they took John Echols away from Kenny? It was like the government wanted to take control when they didn't like what happened in state court, so they even took Kenny's lawyer away.

Not even John Echols talked to me about how family testimony could be important. I didn't even know that there could be two parts of the trial. I thought if they convicted him of murder that was it. I don't know about those kinds of things.

The investigator who called me is the only one who ever talked to me about the need for a jury to understand Kenny's upbringing and his family's history. I never talked to Roseann Schaye or Bret Smith or Roger Hilfiger or Jack Gordon about anything.

I couldn't get very near Kenny at the trials, just near enough to tell him we love him. I know Kenny wanted us there because he sent word through his mother when his federal trial was going on, wondering where we were. It must have hurt him that we didn't go.

*R. H*
RH

Page 1 of 2

I never heard Kenny didn't want the family to participate in his trial. Nothing like that. Kenny never said that. Neither did the lawyers. If the lawyers had asked me, I would have done all that I could to help the jury understand Kenny and care for him like I do.

The investigator read this declaration over the phone and said he would send it for me to sign, but that I should read it over before I did. I have read it carefully and it says what I told the investigator.

I declare, under penalty of perjury, that the foregoing 2- page declaration is true and correct.

Executed by me this _17 th_ day of June 2010, in Le Flore County, Oklahoma.


_Ruth Harris_
Ruth Harris