# EXHIBIT  213

## Supplemental Declaration of Carolyn Joseph

I, Carolyn Joseph, declare the following:

I am a maternal aunt of Kenneth Barrett.

I signed a declaration in Kenny's case a while back. The investigator who questioned me for it called me a few days ago and asked me some more questions. He wanted some details of things we already talked about.

He started out by reading the following, which he said was in my first declaration:

Kenny's trial attorney only met me for a few minutes. He asked me about Kenny threatening to burn down Janice's house. I confirmed that I heard the threat, and the attorney did not ask me any other questions so he never learned that no one believed it for a second. He never gave me a chance to tell him. The attorney just told me my testimony would not be required. The attorney never asked whether Kenny had attempted to carry out the threat or whether anyone believed that he would. My answer would have been no. Kenny never had done anything to anyone. The attorney did not ask anything about what Kenny was like as a person, what kind of life he had growing up, or what kind of mental illness runs in our family. I would have answered any questions the attorneys asked and I would have answered them truthfully.

I told the investigator that was exactly right. He asked me when that conversation happened. I couldn't remember, but I remembered where it was. Gelene called to ask me to come over to her house, said Kenny's lawyers wanted to talk to me. It was me and Janice and Gelene, and I think Phyllis was there too, and the two lawyers. One was named Hilfiger, I think. I don't know the other lawyer's name.

They asked me what they asked me in front of everybody, wasn't even five minutes that they talked to me, and then never said another word to me. But I could hear what they asked my sisters and my cousin Janice. They asked Janice the same thing they asked me about. They talked to Gelene and Phyllis about the night of the raid on Kenny's, that's all. The lawyers never

CJ

Page 1 of 2

asked any of us about our family's history of mental illness or about Kenny's upbringing. The lawyers treated us cold.

The lawyers didn't say that Kenny told them he didn't want our help. I know the lawyers didn't want my help because they told me so, because I told the truth. I would have been willing to do anything for Kenny except lie. I still would do anything I could for him.

I never met Kenny's state lawyers. They sent a woman by to see me not too long after Kenny was arrested. I barely remember her. I don't recall her name, what she looked like, what she asked or what I told her. I couldn't even tell you why she came.

The investigator told me he was going to call and read this declaration to me, and that we could make changes if he got something wrong. It was exactly like I told him. He said he would send it, and that I should read it over carefully before I signed it, which I did.

I declare, under penalty of perjury, as provided in the laws of the United States of America, and the State of Oklahoma, that the foregoing 2-page declaration is true and correct.

Executed by me this *19th* day of June 2010, in Sequoyah County, Oklahoma.


*Carolyn Joseph*
Carolyn Joseph