# EXHIBIT  214

## Supplemental Declaration of Linda Riley

I, Linda B. Riley, declare the following:

I am Kenny Barrett's surviving paternal aunt. I provided a declaration in Kenny's case more than a year ago after long talks with an investigator. That same investigator called me last week. He said the government had responded to Kenny's legal papers and that he was calling on family members again to ask some questions.

No lawyer ever talked to me about Kenny or his case. Not ever. Roseann Schaye, who I talked to once, and the investigator who asked me to do these declarations are the only ones, outside of the family, that ever talked to me about Kenny's case.

Ms. Schaye just wanted to know things. I remember I told her about when Gelene, Kenny and Richie lived with my mom and dad.

I think I saw Ms. Schaye when Kenny was still in jail in Sallisaw, that's all I can remember about when. It was a long time ago. She came to the house. She didn't stay that long. She never told me how it could help Kenny; just collecting facts. She said she would come back again, but never did. I never saw her again.

Once before the first trial, my brother Ernie, Kenny's father, asked me if my husband Fred would cut Kenny's hair in jail—Fred was a barber. After Fred did it, he told me that he and Kenny had talked about cars and all kinds of things. Kenny never told him that he didn't want the family's help with his case. I'm sure Fred would have told me that.

The investigator I spoke to called me again and read this to me. It says what he read to me. He said he would send it to me to read over to make sure it was accurate. If it was, he

LBR

asked me date, sign and it send it back to him.

I declare, under penalty of perjury, that the foregoing 2-page declaration is true and correct.

Executed by me this 15 day of June 2010, in Sebastian County, Arkansas.

Linda Riley

LBR