# EXHIBIT  215

## Supplemental Declaration of Janice Sanders

I, Janice Sanders, declare as follows:

I am Kenneth Barrett's maternal cousin and was his neighbor.

This will be my second declaration in Kenny's case. The same investigator who helped me with my first one called me on June 13, 2010 and asked me some more questions for this one.

He first asked about whether I had met Kenny's state lawyers and investigators. Soon after Kenny got a lawyer appointed, Mr. Echols came around to my house—I think that's where I saw him—and asked questions about the gunshots I heard and some other questions about the raid on Kenny's. The first person who came was someone from OSBI and the second was John Echols. Then the prosecutors from the state case came out. Nobody had questions about our family history or about Kenny's life.

No one else came out until Kenny's lawyers from Muskogee came. I met them at Gelene's house. After I told the investigator this, he read me the following statement, which he said was in my first declaration:

"Mr. Hilfiger came to my house with a heavyset younger man whose name I do not know. I told him everything I am stating in this declaration except the part about Kenny being hyper. Mr. Hilfiger did not ask anything about Kenny's childhood or background. The man with Mr. Hilfiger said, "Aren't you going to put her on the stand?" He was referring to me. Mr. Hilfiger said, "No." The man with Mr. Hilfiger acted like he could not understand why Mr. Hilfiger felt that way."



JS

Page 1 of 2

The investigator asked me if that were true. I was mistaken when I said they came to my house. I met Kenny's lawyers from his third trial at Gelene's house. Carolyn and Phyllis were there too, along with Gelene. It was probably about two weeks before the trial started. The rest of what the investigator read me from my first declaration is exactly true.

None of Kenny lawyers ever talked to me about our family, or that they had disagreements with Kenny, or asked me for help with Kenny, or discussed plans they had for saving Kenny's life if he was convicted. I would have helped anyway I could if they had asked. Nobody in the family ever told me that they had heard that Kenny didn't want us to help save his life. The term "mental illness" never came up, or anything like it.

The investigator told me he was going to call and read this to me, and that we could make corrections if need be. He called me back and read this to me. It says what I told him. He said he was going to send it to me and that I should read it carefully to make sure that everything that was in it was true before I signed it. I did that and will send it back FedEx in a prepaid envelope.

I declare, under penalty of perjury, that this 2-page declaration is true and correct. Executed by me this _26_ day of June 2010, in Sequoyah County, Oklahoma.

Janice Sanders
Janice Sanders

JS