# EXHIBIT  216

## Supplemental Declaration of Abby Stites

I, Abby Stites, declare the following:

I was married to Kenneth Barrett. Toby Barrett is my son.

I was interviewed by an investigator several times more than a year ago. After that, I signed a declaration. That same investigator called me to ask me some more questions.

Becky Teague, a friend of mine called to tell me that Mr. Littlefield was going to subpoena me to testify against Kenny. She knew from her daughter Mandy who worked with those folks. That was about three weeks before I did testify. Soon after that, Mr. Littlefield came to my house and served me the papers himself. Mandy brought him to show him where I lived. I took his paper, but I didn't talk to him.

To the best of my recollection, maybe a week after that Roger Hilfiger phoned and told me that he wanted to call me as a witness. I told him that I had already been served a subpoena by Mr. Littlefield. He was mad the prosecution got to me first, but there was nothing he could do, he said. He didn't tell me why the government was calling me or why he had wanted to.

I told Mr. Hilfiger that I wasn't going to testify, that I didn't want any part of it, that I was not going to help them kill Kenny. Mr. Hilfiger said I didn't have a choice, but to testify.

The next time I spoke to Mr. Hilfiger was the day I testified. There might have been another lawyer there too, but I'm not sure. He prepared me by telling me not to be nervous, to tell the truth and if I didn't remember to say so. I knew the prosecution didn't call me to talk about Kenny's problems. I knew they only wanted to talk about the restraining orders.

AS                                                                                                    Page 1 of 2

That was all Mr. Hilfiger wanted to talk about too.  I wanted to talk to him about Kenny's problems, but he said he didn't want to hear about it.  I thought Kenny's problems were important to the case and I tried to tell him.  I tried to bring up Vinita, the mental hospital which I had pick up Kenny once because the doctor at Bill Willis thought Kenny might hurt himself.  They kept Kenny two weeks and would have kept him longer, but his mother came and got him.  If she had let him stay, he might have gotten better.  He was doing real good.

When I was testifying Mr. Sperling got so nasty the judge had to step in to protect me from him.  Mr. Sperling didn't like my answers to his questions.

I don't know the name Roseann Schaye, but I remember going to a motel to talk to a woman who worked on Kenny's side.  She was mostly asking me questions about my relationship with Kenny.  I don't remember that she said why.  I just answered her questions.  It was before Kenny's first state trial, that's all I can say for sure about when I saw her.

I never talked to Kenny's state lawyers or to Kenny.  No one told me that Kenny didn't want people to testify about how he was messed up in the head.

The investigator called me back and read this declaration to me.  I told him that it said what I said.  He said someone would send it to me and that I should read it again carefully before I signed it to make sure.

I declare, under penalty of perjury, that the foregoing 2-page declaration is true and correct.  Executed by me this _17_ day of June 2010, in Sequoyah County, Oklahoma.

Abby Stites

AS

Page 2 of 2