DANIEL J. BRODERICK, SB #89424
Federal Defender
JOAN M. FISHER, Idaho SB #2854
Assistant Federal Defender
TIVON SCHARDL, FL Bar No. 73016
Assistant Federal Defender
801 I Street, 3d Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | NO.  6:09-cv-00105-JHP |
| | ) | |
| Petitioner/Defendant, | ) | **DEATH PENALTY CASE** |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

**NOTICE OF FILING OF SIGNED
DECLARATION OF TOBY BARRETT**

NOTICE IS HEREBY GIVEN that Petitioner, KENNETH EUGENE BARRETT, files herewith

Exhibit 220,  the original declaration signed by Toby Barrett, the unsigned version of which was filed prior

hereto as Doc 178-14, Exhibit 218.

DATED: July 22, 2010                    Respectfully submitted,


                                        /s/ David B. Autry
                                        DAVID B. AUTRY, OBA #11600
                                        Attorney at law
                                        1021 N.W. 16th Street
                                        Oklahoma City, Oklahoma 73106-6405
                                        Telephone: 405-521-9600

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Tivon Schardl
                                        TIVON SCHARDL, Fla. Bar No. 73016
                                        Assistant Federal Defender
                                        801 I Street, 3rd Floor
                                        Sacramento, California 95814
                                        Telephone: 916-498-6666

                                        /s/ Joan M. Fisher
                                        JOAN M. FISHER, IDA Bar No. 2854
                                        Assistant Federal Defender
                                        801 I Street, 3rd Floor
                                        Sacramento, California 95814
                                        Telephone: 916-498-6666

                                        Attorneys for Defendant
                                        KENNETH EUGENE BARRETT