# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | <u>CAPITAL CASE</u> |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV-09-00105-JHP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | MOTION TO SEAL |
| | ) | |
| Respondent. | ) | |

Petitioner, Kenneth Eugene Barrett, by and through his undersigned counsel, and, pursuant to Local Rule 79.1 moves this Court for to SEAL the following documents:

1.  Petitioner's Motion to Vacate or Modify Protective Order and Request for Hearing; and,

2.  Brief in Support of Petitioner's Motion to Vacate or Modify Protective Order and Request for Hearing.

3.  Petitioner's Motion for Leave to Conduct Discovery;

4.  Petitioner's Brief in Support of Motion to Conduct Discovery;

In support of this Motion, Petitioner shows the Court the following:

The Motions and supporting briefs each rely upon and reference matters currently under the Court's Protective Order of January 12, 2010 (Doc 102) and SEALED documents including: Doc 101 (Sealed Letter); Doc 164 (Sealed Minutes), Doc 167 (SEALED Report to Court), Doc 168 (SEALED Order), Doc 169 (SEALED Status Report), and Doc 172 (Transcript of Sealed Hearing).

PETITIONER'S MOTION TO SEAL                                Case No. CV-09-00105-JHP

1

The undersigned have conferred with counsel for the Government by telephone and email to apprise the Court of the Government's position on this Motion.  Counsel did not confer in person because they are more than thirty (30) miles apart, the distance of which renders a personal conference infeasible.  The Government does not oppose the motion.

WHEREFORE, Petitioner respectfully requests this Court grant Petitioner's Motion to Seal the documents identified above and copies of which are concurrently sent to Court and Counsel by email and U.S. Mails, postage pre-paid.

DATED:   February 7, 2011

Respectfully submitted,

DAVID B. AUTRY, OBA #11600
Attorney at Law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

DANIEL J. BRODERICK
Federal Defender

 /s/ *Joan M. Fisher*
JOAN M. FISHER, ID Bar No. 2854
Assistant Federal Defender
TIVON SCHARDL, Fla. Bar No. 73016
Attorney for Federal Defender's Office
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

Attorneys for Kenneth Eugene Barrett

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that on the 7th day of February, 2011, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing. A copy will be served electronically to Christopher J. Wilson, AUSA, 1200 W. Okmulgee Street, Muskogee, OK 74401 and Jeffrey B. Kahan, U.S. Dept. Of Justice, 1331 F. Street, NW, Washington, DC 20530.

_/s/ Joan M. Fisher_
Joan M. Fisher