# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | **<u>CAPITAL CASE</u>** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CV-09-00105-JHP** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **[PROPOSED]** |
| | ) | **ORDER GRANTING** |
| **Respondent.** | ) | **MOTION TO SEAL** |

Petitioner has moved pursuant to Local Rule 79.1 for an ORDER to SEAL the following documents:

1.    Petitioner's Motion to Vacate or Modify Protective Order and Request for Hearing; and,

2.    Brief in Support of Petitioner's Motion to Vacate or Modify Protective Order and Request for Hearing.

3.    Petitioner's Motion for Leave to Conduct Discovery;

4.    Petitioner's Brief in Support of Motion to Conduct Discovery;

**[PROPOSED] ORDER GRANTING**                                   Case No. CV-09-00105-JHP
**PETITIONER'S MOTION TO SEAL**

2

Being fully apprised in the premises, the Court finds the motion is supported by GOOD

CAUSE and the Motion is GRANTED.

IT IS HEREBY ORDERED that Petitioner is authorized to file the above-referenced

documents UNDER SEAL.

DATED:  February _____, 2011.


_____
JAMES H. PAYNE
United States District Judge
Eastern District of Oklahoma


**[PROPOSED] ORDER GRANTING**                          **Case No. CV-09-00105-JHP**
**PETITIONER'S MOTION TO SEAL**