## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT    )
    )
    Petitioner,    )
    )
v.    )    Case No. 09-CV-105-JHP
    )
UNITED STATES OF AMERICA    )
    )
    Respondent.    )

### [PROPOSED] ORDER

Application to this Court by Respondent for a 14-day extension of time within which to file

a response to Petitioner's Motion to Conduct Discovery and Brief in support thereof (Docs. 186 &

187) is hereby granted.


**IT IS ORDERED**, the government's Response to Petitioner's Motion to Vacate or Modify

the Protective Orders and Brief is due on March 8, 2011.


_____
JAMES H. PAYNE
United States District Judge