# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT )
)
Petitioner, )
)
v. ) Case No. 09-CV-00105-JHP
)
UNITED STATES OF AMERICA )
)
Respondent. )

## UNOPPOSED REQUEST FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONER'S MOTION TO VACATE OR MODIFY PROTECTIVE ORDERS

COMES NOW Respondent, United States of America, by and through Mark F. Green, United States Attorney, Christopher J. Wilson, Assistant United States Attorney, and Jeffrey B. Kahan, Trial Attorney, and makes Application to this Honorable Court for a 14-day extension of time, to and including March 8, 2011, within which to file a response to Petitioner's Motion to Vacate or Modify the Protective Orders and Brief in support thereof (Docs. 184 & 185), filed February 8, 2011. Pursuant to the local rules of the United States District Court for the Eastern District of Oklahoma, Respondent states the following:

1.      The government's response to Petitioner's Motion is currently due March 22, 2011.

2.      Principal responsibility for preparing a response to Petitioner's Motion and Brief is assigned to Jeffrey B. Kahan, who has begun drafting the government's position.

3.      The Motion and Brief comprise 28 pages of argument, including six legal theories for modifying or vacating the protective order.

4.      During the week the Motion and Brief were filed, Mr. Kahan was on a four-day trip to assist with trial matters in the District of Colorado. Since returning to the District of Columbia,

1

Mr. Kahan has had continuing obligations to review documents and offer advice on the Colorado matters.

5.     Additionally, Mr. Kahan is assisting the death penalty protocol review process under U.S.A.M. § 9-10.000 et seq in six cases undergoing review by the Department of Justice.

6.     During the week of February 20, 2011, Mr. Kahan is scheduled to attend a two-day continuing legal education training session, which is necessary for him to maintain his Pennsylvania law license.

7.     Mr. Kahan has contacted counsel for Petitioner, who have no objection to the request for a 14-day extension for the filing of the government's response.

8.     No previous extension has been sought regarding the response to the motion.

9.     The proposed extension will not affect any existing deadline, apart from the time for Petitioner to reply to the government's response.

WHEREFORE, for the foregoing reasons, the government respectfully moves this Honorable Court to grant a 14-day extension, to and including March 8, 2011, within which to file a response to Petitioner's Motion to Vacate or Modify the Protective Orders and Brief in support thereof (Docs. 184 & 185).

Dated: February 17, 2011.

Respectfully submitted,

MARK F. GREEN
United States Attorney

s/   Christopher J. Wilson
CHRISTOPHER J. WILSON
Assistant United States Attorney
1200 West Okmulgee

2

Muskogee, OK  74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

s/    Jeffrey B. Kahan
JEFFREY B. KAHAN
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX:  (202) 353-9779

## CERTIFICATE OF SERVICE

I, hereby certify that on February 17, 2011, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Autry: dbautry44@hotmail.com

Tivon Schardl:  tim.schardl@fd.org, dianna.rosenberg@fd.org, hermida.diaz@fd.org, tschardl@sbcglobal.net

Joan M. Fisher joan.fisher@fd.org, Paul_Mann@fd.org, jmfisher@turbonet.com

s/    Christopher J. Wilson
Office of United States Attorney

3