# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT          )
                                )
    Petitioner,                  )
                                )
v.                              )          Case No. 09-CV-105-JHP
                                )
UNITED STATES OF AMERICA        )
                                )
    Respondent.                  )

## [PROPOSED] ORDER

Application to this Court by Respondent for a 14-day extension of time within which to file a response to Petitioner's Motion to Vacate or Modify the Protective Orders and Brief in support thereof (Docs. 184 & 185) is hereby granted.

**IT IS ORDERED**, the government's Response to Petitioner's Motion to Vacate or Modify the Protective Orders and Brief is due on March 8, 2011.

_____
JAMES H. PAYNE
United States District Judge