# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 09-CV-00105-JHP |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

**UNOPPOSED MOTION TO FILE SEALED OPPOSITIONS TO SEALED MOTIONS**

COMES NOW, Respondent, United States of America, by and through undersigned counsel, and respectfully requests permission under Local Civil Rule 79.1(b) to file, under seal, responses in opposition to four documents submitted under seal on Barrett's behalf: Petitioner's Motion to Vacate or Modify Protective Order and Request for Hearing (Doc. 184), Brief in Support of Petitioner's Motion to Vacate or Modify Protective Order and Request for Hearing (Doc. 185), Petitioner's Motion for Leave to Conduct Discovery (Doc. 186), and Petitioner's Brief in Support of Motion to Conduct Discovery (Doc. 187). In support of this request, counsel for respondent avers as follows:

1. To fully respond to Petitioner's sealed motions and supporting briefs, Respondent must necessarily reference sealed documents, matters contained within sealed documents, and/or information subject to this Court's protective order (Docs. 102 and 168).

2. On March 3, 2011, undersigned counsel consulted with Joan Fisher, one of the attorneys representing Petitioner, via e-mail. Ms. Fisher advised that Petitioner has no objection to the motion to file motion responses under seal.

1

WHEREFORE, in light of the foregoing reasoning, Respondent prays the Court grant Respondent's motion to file under seal responses to Petitioner's sealed motions and supporting briefs (Docs. 184-187).

Dated: March 4, 2011,

Respectfully submitted,

MARK F. GREEN
United States Attorney

CHRISTOPHER J. WILSON
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK  74401
Telephone: (918) 684-5100
FAX: (918) 684-5150


/S/ Jeffrey B. Kahan
JEFFREY B. KAHAN
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX:  (202) 353-9779

**CERTIFICATE OF SERVICE**

I, hereby certify that on March 4, 2011, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Autry: dbautry44@hotmail.com

Tivon Schardl:    tim.schardl@fd.org,  dianna.rosenberg@fd.org,  hermida.diaz@fd.org, tschardl@sbcglobal.net

Joan M. Fisher joan.fisher@fd.org, Paul_Mann@fd.org, jmfisher@turbonet.com

/S/ Jeffrey B. Kahan
Trial Attorney