# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,     )
               )     <u>CAPITAL CASE</u>
     Petitioner,     )
               )
v.     )     Case No. 6:09-CV-00105-JHP
               )
UNITED STATES OF AMERICA,     )     MOTION TO SEAL
               )
     Respondent.     )

Petitioner, Kenneth Eugene Barrett, by and through his undersigned counsel, and, pursuant to Local Rule 79.1 moves this Court for an ORDER to SEAL the following documents:

1.     Petitioner's Reply to Response in Opposition to Petitioner's Motion to Vacate or Modify Protective Order [Doc 193]; and,

2.     Petitioner's Reply to Response in Opposition to Petitioner's Motion for Leave to Conduct Discovery [Doc 194].

In support of this Motion, Petitioner shows the Court the following:

The Reply briefs rely upon and reference matters currently under the Court's Protective Order of January 12, 2010 (Doc 102) and SEALED documents including: Doc 101 (Sealed Letter); Doc 164 (Sealed Minutes), Doc 167 (SEALED Report to Court), Doc 168 (SEALED Order), Doc 169 (SEALED Status Report), Doc 172 (Transcript of Sealed Hearing), Doc 184 (SEALED Motion to Vacate or Modify Protective Order, Doc 185 (SEALED Brief in Support of Doc 184 Motion to Vacate or Modify Protective Order), Doc 186 (SEALED Motion for Leave to

Conduct Discovery) and Doc 187 (SEALED Brief in Support of Doc 186 Motion to Conduct Discovery).

The undersigned have conferred with counsel for the Government email to apprise the Court of the Government's position on this Motion.  Counsel did not confer in person because they are more than thirty (30) miles apart, the distance of which renders a personal conference infeasible.  On March 17, 2011, Assistant United States Attorney Christopher Wilson advised Petitioner's counsel David Autry by email that the Government does not oppose the motion.

WHEREFORE, Petitioner respectfully requests this Court grant Petitioner's Motion to Seal the documents identified above and copies of which are concurrently sent to Court and Counsel by email and U.S. Mails, postage pre-paid.

DATED:   March 18, 2011

Respectfully submitted,

/s/ *David B. Autry*
DAVID B. AUTRY, OBA #11600
Attorney at Law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

DANIEL J. BRODERICK
Federal Defender

/s/ *Joan M. Fisher*
JOAN M. FISHER, ID Bar No. 2854
Assistant Federal Defender
TIVON SCHARDL, Fla. Bar No. 73016
Attorney for Federal Defender's Office
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

Attorneys for Kenneth Eugene Barrett

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that on the 18th day of March, 2011, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing.  A copy will be served electronically to Christopher J. Wilson, AUSA, 1200 W. Okmulgee Street, Muskogee, OK 74401 and Jeffrey B. Kahan, U.S. Dept. Of Justice, 1331 F. Street, NW, Washington, DC 20530.

> /s/ Joan M. Fisher
> Joan M. Fisher