# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )

)      **CAPITAL CASE**

Petitioner,    )

)

v.    )      Case No. 6:09-CV-00105-JHP

)

UNITED STATES OF AMERICA,    )      **[PROPOSED]**

)      **ORDER GRANTING**

Respondent.    )      **MOTION TO SEAL**

Petitioner has moved pursuant to Local Rule 79.1 for an ORDER to SEAL the following documents:

1.    Petitioner's Reply to Response in Opposition to Petitioner's Motion to Vacate or Modify Protective Order [Doc 193]; and,

2.    Petitioner's Reply to Response in Opposition to Petitioner's Motion for Leave to Conduct Discovery [Doc 194].

Being fully apprised in the premises, the Court finds the motion is supported by GOOD CAUSE and the Motion is GRANTED.

2

IT IS HEREBY ORDERED that Petitioner is authorized to file the above-referenced documents UNDER SEAL.

DATED:  March _____, 2011.


_____
JAMES H. PAYNE
United States District Judge
Eastern District of Oklahoma