IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA


KENNETH EUGENE BARRETT,                  )
                                         )
            Movant/Defendant,            )       **DEATH PENALTY CASE**
      vs.                                )
                                         )
UNITED STATES OF AMERICA                 )       NO.  6:09-cv-00105-JHP
                                         )
            Respondent/Plaintiff.        )

--------------------------------------------------------

### NOTICE OF FILING OF DECLARATION OF PAUL D. GORDON

--------------------------------------------------------

NOTICE IS HEREBY GIVEN that Kenneth Eugene Barrett, Movant herein files herein

and herewith the Declaration of Paul D. Gordon.  Said Declaration is filed  in support of

Amended Section 2255 Motion to Vacate, Set Aside or Correct (Doc 95) , Motion to Supplement

Amended Section 2255 Motion to Vacate (Doc 95) and Supplemental Section 2255 Motion to

Vacate, Set Aside or Correct Judgment/Order and Sentence.

DATED:  March 16, 2012

Respectfully submitted,

_____/s/ David B. Autry_
DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone: 405-521-9600

DANIEL J. BRODERICK
Federal Defender

_____/s/ Joan M. Fisher_
JOAN M. FISHER, Idaho Bar No. 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: 916-498-6666

Attorneys for Defendant
KENNETH EUGENE BARRETT

## <u>CERTIFICATE OF SERVICE</u>

I declare that this Notice under 28 U.S.C. § 2255 was electronically filed on March 16,

2012 and served on:

**Christopher J. Wilson**
**United States Attorney**
**1200 W. Okmulgee**
**Muskogee, OK 74401**

**Jeffrey B. Kahan**
**U.S. Department of Justice**
**1331 F Street, N.W., Room 345**
**Washington, D.C. 20530**

   /s/ Joan M. Fisher   
Signature of Movant's Attorney
