# EXHIBIT 1

**RESUME**

**PAUL DONAHUE GORDON**
402 W. Highway 66
Wellston, Oklahoma  74881
Cell:  (405)306-9872
Bus:  (405)793-0869


**EDUCATION**

| | | |
|---|---|---|
| G.E.D.- | | McAlester Public Schools<br>McAlester, Oklahoma<br>November 16, 1974 |
| College | - | Tulsa Junior College,  Tulsa, Oklahoma<br>January 1981 to May 1983<br>Course of Study:    Law Enforcement<br>Degree Earned:    Associate of Arts |
| | - | Central State University, Edmond, Oklahoma<br>July 1984 to May 1987<br>Course of Study:    Criminal Justice<br>Degree Earned:    Bachelor of Arts |

**MILITARY EXPERIENCE**

United States Marine Corps        February 4, 1973 to November 9, 1979
Rank:                                          Staff  Sergeant, E-6
Discharge:                                  Honorable
Duties: Primary Marksmanship Instructor in the U.S.M.C. Marksmanship Program. This included heavy classroom contact and extensive practice with the M-16, M-14, and  .45 Semi-automatic pistol.

**EMPLOYMENT**

01/01/93 to Present   SECURITY OFFICER Re-QUALIFICATION
2339 N. Moore Ave., Bldg B
Moore, Oklahoma  73160

Senior instructor of a private security training school licensed by the State of Oklahoma Board of Private Vocational Schools and the Council on Law Enforcement  Education and Training (CLEET) for the State of Oklahoma.

06-01-2000 to 05-01-2001  DYN CORPS
International Police Task Force
Sarajevo, Bosnia

Primarily assigned as CO-locator and patrol officer in small villages, however Assignment was expanded to training and evaluation of tactical teams in Controlled force situations. Additional duties included hazardous material Response and training of national police officers in the Sarajevo Law Enforcement Academy.

02/01/84 to 2000    OKLAHOMA HIGHWAY PATROL, 2nd Lieutenant
3600  Martin Luther King Boulevard
Oklahoma City, Oklahoma  73111

Primary duties include Supervisor of Firearms and Defensive Tactics for the State of Oklahoma and the training of the Governor's protective detail in a 50 hour basic protection school and advanced protective efforts by solo officers.

01/01/90 to 12/01/91  PLATT COLLEGE
6105 West Reno
Oklahoma City, Oklahoma  73127

Duties included instruction of students in the field of private security and law enforcement.

06/30/83 to 02/01/84  OKLAHOMA CAPITOL PATROL
Oklahoma Department of Public Safety
3600 Martin Luther King Boulevard
Oklahoma City, Oklahoma  73111

Duties consisted of security related tasks with an emphasis of assisting the public  on state property.

VOCATIONAL SCHOOLS

Security Training Institute
Tulsa, Oklahoma
 07/01/80 to 08/01/80

State of Oklahoma, Basic Police School
Broken Arrow, Oklahoma
03/01/82 to 04/09/82

Street Survival School
Norman, Oklahoma
12/04/82 to 12/05/82

Uniform Crime Reporting School
Coweta, Oklahoma
03/23/83

**Armed Robbery Investigation School**
**Seminole, Oklahoma**
**04/28/83 to 04/29/83**

**Oklahoma Highway Patrol academy**
**Oklahoma City, Oklahoma**
**02/10/84 to 06/30/84**

**Booby Trap Devices Recognition**
**Oklahoma County Sheriff's Department**
**06/27/85**
**Oklahoma City, Oklahoma**

**Semi-Automatic Pistol Transition Course**
**Oklahoma Highway Patrol**
**08/21/89 to 08/23/89**
**Oklahoma City, Oklahoma**

**Standard Field Sobriety Testing**
**Oklahoma Highway Patrol**
**02/25/90 to 02/16/90**
**Oklahoma City, Oklahoma**

**Advanced Shooting Skills**
**Indian Meridian Vo-Tech**
**06/05/90**
**Stillwater, Oklahoma**

**Instructors Orientation Course**
**3600 North Martin Luther King Boulevard**
**10/15/90 to 10/19/90**
**Oklahoma City, Oklahoma**

**Hazardous Materials Awareness Training**
**Department of Public Safety**
**08/16/91**
**Oklahoma City, Oklahoma**

**Latent Fingerprint Development**
**Oklahoma State Bureau of Investigation**
**09/10/91**
**Oklahoma City, Oklahoma**

**Domestic Disturbance Seminar**
**Council on Law Enforcement Education & Training**
**11/19/91**
**Oklahoma City, Oklahoma**

CLEET Security Instructor Certification
Oklahoma Department of Vocational &
 10/25/92
 Technical Education
Oklahoma City, Oklahoma

NRA Police Firearms Instructor Development School
Mesa Police and Mesa PPC
03/01/92 to 03/06/92
Mesa, Arizona

Monadnock PR-24 Police Baton Instructors Course
Oklahoma Highway Patrol
 03/15/92 to 03/17/92
Oklahoma City, Oklahoma

Criminal Investigation Academy
Council on Law Enforcement Education & Training
 05/03/92 to 05/22/92
Oklahoma City, Oklahoma

Police Survival Course
Chapman Academy
10/11/92 to 10/16/92
Columbia, Missouri

Aerosol Subject Restraint Instructor's Course
Police Training Consultants
02/24/93
Midlothian, Texas

ASP - Tactical Baton Instructor's  Course
Oklahoma Highway Patrol
 04/10/93 to 10/13/93
Oklahoma City, Oklahoma

CLEET Firearms Instructor School
Council on Law Enforcement Education & Training
 07/10/92 to 03/29/93
Oklahoma City, Oklahoma

Protective Security Operations Training Program
Federal Law Enforcement Training Center
08/05/94 to 08/19/94
Glynco, Georgia

Bomb Threat Management
Oklahoma Highway Patrol
10/27/94
Oklahoma City, Oklahoma

Executive Protection and Security
Vance International
06/23/95 to 06/27/95
West Virginia

Street Survival '95 Tactical Edge Seminar
Oklahoma County Sheriff's Department
10/23/95 to 10/24/95
Oklahoma City, Oklahoma

Hostage Negotiation Training
Oklahoma Highway Patrol
05/13/96 to 05/17/96
Oklahoma City, Oklahoma

Executive and Dignitary Protection
Texas A&M Law Enforcement & Security
05/27/96 to 05/31/96
Training Division
College Station, Texas

Interviews and Interrogations Training, Reid Technique
Council on Law Enforcement Education & Training
06/24/96 to 06/28/96
Oklahoma City, Oklahoma

Narco-Terrorism Executive Protection Course
USA Army - Military Police School
01/06/97 to 01/10/97
Fort Mc-Clellan, Alabama

Incident Management Training
FEMA
04/28/98 to 04/29/98
Port of Catoosa, Oklahoma

Defensive Tactics Instructor Training
PPCT Defensive Tactics School
06/14/98 to 06/19/98
McKenny, Texas

C.E.R.T.  Training TTT
Oklahoma City FEMA
06/30/98 to 07/01/98
Oklahoma City, Oklahoma

Sniper School
07/21/99 to 07/23/99
McKenny, Texas

**Basic Terrorism Awareness**
**08/10/98 to 08/11/98**
**Oklahoma City, Oklahoma**

**Terrorism  Awareness - Train the Trainer**
**08/23/98 to 08/14/98**
**Oklahoma City, Oklahoma**

**Hazardous Material Awareness**
**08/26/98**
**Oklahoma City, Oklahoma**

**Hazardous Material Awareness - Train the Trainer**
**08/27/98**
**Oklahoma City, Oklahoma**

**Advanced Hazardous  Materials -**
**09/15/98 to 09/18/98**
**Incident Commander**
**San Antonio, Texas**

**Hazardous Materials - Operations**
**09/21/98 to 09/25/98**
**Oklahoma City, Oklahoma**

**Electronic Counter Measures I**
**10/12/98 to 10/16/98**
**Jarvis International**
**Tulsa, Oklahoma**

**Electronic Counter Measures II**
**10/19/98 to 10/23/98**
**Jarvis International**
**Tulsa, Oklahoma**

**Hazardous Materials - Incident Commander**
**11/16/98 to 11/21/98**
**Oklahoma City, Oklahoma**

**Physical Security Specialist Training Program**
**Federal Law Enforcement Training Center**
**02/01/99 to 02/12/99**
**Glynco, Georgia**

**Fugitive Investigator Training Program**
**05-05-2000 to 05-15-2000**
**Federal Law Enforcement Training Center**
**Glynco, Georgia**

**Introduction to Search and Rescue**
**10-15-2005 to 11-20-05**
**National Assoc. of Search and Rescue**
**Houston, Texas**

**Search and Rescue Technician Two**
**11-15-2005 to  01-22-2006**
**National Assoc. of Search and Rescue**
**Houston Texas**

**Asp  Handcuff Instructor School**
**06- 09- 2006**
**St. Louis Police Department**
**St. Louis, Missouri**

**DUI Detection and Standardized Field Sobriety Testing (NHTSA)**
**06-24 thru 26-2010**
**Atlanta, Georgia**

**DUI Detection and Standardized Field Sobriety Testing Instructor**
**09-23 thru 26-2010**
**Atlanta, Georgia**

**Understanding, Attacking, and Winning DUI Cases**
**September, 2011**
**Wichita, Kansas**