# EXHIBIT 2

(DEA Dangers of Drug Labs)

DVD- ROM labeled " DEA Dangers of Drug Labs" submitted under
separate cover for conventional filing