# EXHIBIT 3

(The Meth Lab)

DVD- ROM labeled "The Meth Lab" submitted under
separate cover for conventional filing