# EXHIBIT 4

(Kitchens of Death)

DVD-ROM labeled "Kitchens of Death" submitted under
Separate cover for conventional filing