# EXHIBIT 6

## DISCIPLINARY INTERVIEW ADVICE OF RIGHTS

I understand that I am being questioned as part of an official investigation of the Oklahoma Department of Public Safety and will be asked questions specifically directed and narrowly related to the performance of my official duties or fitness for office. I also understand I am entitled to all the rights and privileges guaranteed by the laws and the constitution of this state and the Constitution of the United States, including the right not to be compelled to incriminate myself. In addition, I understand if I refuse to testify or to answer questions relating to the performance of my official duties or fitness for duty, I will be subject to departmental charges which would result in my dismissal from the Oklahoma Department of Public Safety. If I do answer, neither my statements nor any information or evidence which is gained by reason of such statements can be used against me in any subsequent criminal proceeding. However, these statements may be used against me in relation to subsequent departmental charges.

_____
Signature of Affected Employee

STATE OF OKLAHOMA    )
                     )
COUNTY OF Oklahoma   )

Witnessed before me this 24 day of Sept , 19 99

_____
NOTARY PUBLIC

My commission expires:

12/18/2001



DEFENDANT'S EXHIBIT 16

1 1 1

00000917
00000917
KEB204618

STATE OF OKLAHOMA    )
                     )SS.
COUNTY OF OKLAHOMA   )

I, Robert Darst, of legal age, being first duly sworn upon oath, deposes and states.

That the facts, events and circumstances contained in the attached narrative statement are accurate, true and correct to the best of our recollection, knowledge, information and belief.

_____
ROBERT DARST

SUBSCRIBED AND SWORN  to before me, a Notary Public, this

_____ day of _____, 1999.

_____
Notary Public

My Commission expires:

_____

KEB204619

STATE OF OKLAHOMA        )                    ROBERT DARST
                         )SS                  TROOPER
COUNTY OF OKLAHOMA       )                    OHP

AFFIDAVIT

This is 2Lt Paul Gordon #67 of the Internal Affairs and Special Investigations Division of the Department of Public Safety, Oklahoma Highway Patrol. Today's date is 11-9-1999. The time is 10:25. I am at 3600 Martin Luther King, at the Internal Affairs Office of the Department of Public Safety. Present in the room with me is Trooper

DARST:    Darst

GORDON:   What's your first name?

DARST:    Robert.

GORDON:   Robert Darst #474.  Trooper, are you aware that our conversation is being recorded and may be reduced to a typed sworn affidavit for your signature at a later date?

DARST:    Yes I am.

GORDON:   Sir, is this recording being made with your permission?

DARST:    Yes.

GORDON:   Sir, I have handed you a Disciplinary Interview Advice of Rights which you have read and signed.  You understand what that Disciplinary Interview say sir?

1

KEB204620

STATE OF OKLAHOMA  )                    ROBERT DARST
                   )SS                  TROOPER
COUNTY OF OKLAHOMA )                    OHP

AFFIDAVIT

DARST:    Yes.

GORDON:   All right sir, so you are giving this interview freely.

DARST:    Yes.

GORDON:   All right sir, I need to cover a few basic questions with you, could you please state your complete name?

DARST:    Trooper Robert C Darst.

GORDON:   Could you spell your last name for me?

DARST:    D A R S T

GORDON:   What is your date of birth sir?

DARST:    █████████

GORDON:   And your social security number?

DARST:    █████████

GORDON:   How long you been on the patrol sir?

DARST:    Approximately five years.

2

KEB204621

STATE OF OKLAHOMA      )                     ROBERT DARST
                       )SS                   TROOPER
COUNTY OF OKLAHOMA     )                      OHP

AFFIDAVIT

GORDON:    Where are you currently assigned?

DARST:     Hugo, Choctaw County detachment.

GORDON:    What is your ah, are you a regular road Trooper?

DARST:     Yes.

GORDON:    Are you on the TAC Team?

DARST:     Yes sir.

GORDON:    Which team are you on, east or west?

DARST:     East.

GORDON:    What is your assigned position sir?

DARST:     Ah, we don't normally have assigned positions, I'm assigned to the tracking team, ah, but it varies with assignments what your job will be.

GORDON:    Sir, did you participate in the events that occurred at ah, 0038 Hrs on September 24, 1999, near Sallisaw, Oklahoma sir?

DARST:     Yes.

3

KEB204622

STATE OF OKLAHOMA     )                         ROBERT DARST
                      )SS                       TROOPER
COUNTY OF OKLAHOMA    )                         OHP

AFFIDAVIT

GORDON:    Could you please tell me what happened from the time that you got off I-40 and were in route to Dwight Mission Road to include the events that took place at the residence.

DARST:    Ah, Trooper Gene Hise was driving the vehicle I was riding in, I was the front seat passenger, ah, Trooper Billy Poe was the rear seat passenger, ah, we were in a convoy of five vehicles, we were the fourth vehicle ah, we were in route to serve a search warrant, felony arrest misdemeanor arrest warrant at a location that was determined by the Attorney Task Force in that area ah, we had, I had seen the warrants, they looked like good warrants to me, we had done some planning earlier in the day in order to effect these warrants in service and ah turned northbound of of Interstate 40 on to Dwight Mission Road approximately four miles west of Sallisaw, and approximately a half a mile north of the interstate we came to a crossing, I'm not sure what the highway number is, I believe it's Highway 64, ah, intersection then just north of that intersection we met members of the Drug Task Force for that district. We stopped for a few moments, no one got out of our vehicle, there's some OHP personnel that were on the team that met with some of the people that were there, outside the vehicle, I'm not sure who those people were. Not sure who it was that talked with them. After a few minutes we proceeded northbound in route to the location which was about three miles, approximately three miles north of where we had stopped and then back a mile east. Ah, we were, like I said we were the fourth vehicle in the

4

KEB204623

STATE OF OKLAHOMA )                        ROBERT DARST
                  ) SS                      TROOPER
COUNTY OF OKLAHOMA )                        OHP

AFFIDAVIT

convoy, ah, Lt's Pettingill and McBride were in the fifth vehicle which was behind us, ah, the three vehicles in front of us were to enter a driveway just past the residence that we were serving the warrant on and approach it from that driveway. We were to stop in front of the residence, the suspects residence in our vehicle and Trooper Hise and I were to ah scale the fence at the gate and proceed northbound from the county road ah to a point just west of the suspect residence in order that we might be the chase team so that if we had some suspects flee the residence that we might be able to take them into custody. Ah, we made a little distance, we slowed down a little bit, made a little distance between our unit, Trooper Hise made a little bit of distance between our unit and the third unit in the convoy so that they might be able to get in position without us ah, being there too soon, maybe tipping off the people in the residence. As we, as we pulled up and stopped in front of the gate, it seems that the third vehicle was approaching the gate where they were entering which was a few, oh possibly two hundred yards down the road from where we stopped. Ah, Trooper Hise and I got out of the patrol vehicle and went over the gate, I'm not sure if he went over in front of me or behind me, I don't really remember, ah, I went over the gate, I started running northbound across the yards, kind of in a driveway area and I made probably 30 or 40 feet, approximately that much ah, north of the gate in the yard area and I saw a person directly in front of me, north of my location, ah, almost in the area of where I was running to, and standing in the yard ah, looking back toward the residence

5

KEB204624

STATE OF OKLAHOMA    )                    ROBERT DARST
                     )SS                  TROOPER
COUNTY OF OKLAHOMA   )                    OHP

AFFIDAVIT

it was like he's moving away from the residence, but he's looking back walking backwards maybe. I didn't see any weapons on that subject ah, I could see red and blue lights flashing on that subjects from the units that were coming in from the other side of the yard, which would of been Trooper Hamilton, Trooper Grinenger and Trooper Hash's units and ah, I drew my sidearm because that was all the weapon I had on my person, due to my assignment, and started ordering that person that I saw in the yard, to the ground and I'm not positive, but it was something to the effect of "police, get on the ground" and ah, I think I said it twice, but that person never responded to me, never even looked at me, like he hadn't even heard what I said and about the time I said those commands, I had stopped and dropped to one knee and was directing my weapon in the direction of this person I saw and about the time I got those commands out, I heard gunfire that sounded like automatic gunfire to my right in the area of the residence that we were serving the warrants on, and as I turned to my right to address that I was looking for a target on the porch, I could see the porch was real well lit because I could see ah, white Bronco that I later I knew was Trooper Hamilton's Bronco approaching the residence, moving almost straight towards it, ah, and his headlights were lighting up the porch area and I could see a lot of smoke right in front of the front door, but I couldn't see anyone on the ground or anyone, I could not see any, any target, any person, ah, I saw the glass coming off the windshield of Trooper Hamilton's vehicle ah, I kept looking for a target and I couldn't,

6

KEB204625

STATE OF OKLAHOMA    )
                        ) SS
COUNTY OF OKLAHOMA   )

ROBERT DARST
TROOPER
OHP

### AFFIDAVIT

I couldn't see anyone, so I moved on up to the position where I was supposed to be it was a vehicle parked kind of, oh, approximately 20 yards west of the residence and just in front of it maybe five yards, in front of the residence and it was like a '63 Chevrolet Pickup, blue in color, '60's model Chevrolet pickup, and I moved up on the drivers side of it, keeping it between me and the residence, maintaining cover on the residence, and as I moved up on the driver's side of it, I saw that Trooper Hise had a subject on the ground that looked to be the subject that I had seen as I crossed the fence and stopped in the yard and I know now that that was who it was and he was handcuffing that subject. So I moved between Trooper Hise and the residence maintaining cover on residence as he handcuffed that subject. Ah, after he had advised he had him secured, had the subject secured so he and I both moved back behind the fender, front fender of this pickup that was sitting there and approximately at that time, there was still shots being fired, sounded like automatic gunfire to me, ah, I could see, I could see someone on the ground on the other side of the Bronco, cause it appeared silhouetted with the lights from the other patrol vehicles that were on the other side of the residence. Ah, I kept looking through a window, or looking at a window there on the west edge, er west side of the residence and looking at the back of the residence what I could see of the back of the residence ah looking for a target, and I couldn't find a target and about that time was when the ah we heard someone come over our radio, our TAC radio, and said they needed some help, we had a man down, they needed a

7

KEB204626

STATE OF OKLAHOMA )                          ROBERT DARST
                 ) SS                        TROOPER
COUNTY OF OKLAHOMA )                          OHP

AFFIDAVIT

vehicle, Trooper Hise said at that point and time, "I'm gonna crash the gate with my car and get my car in there and get them out". So he left and I maintained cover in that position as I was assigned to do and I grabbed the individual that had been handcuffed, he was laying prone on the ground, ah, I grabbed him by the foot and drug him back, I grabbed him by his right foot, I drug him back to where I could maintain cover behind the front fender of the pickup and still maintain control of him and I stood on his right lower leg so he couldn't move and I maintained cover at that point until ah, I hadn't heard any shots for a few moments, I don't know how long of time it was and I called out directly not over radio, I called out directly to ah, the other members that I could see in front of the residence, and ask if the residence was secured, one of them advised, and I don't know who that was, called back to me directly and said "no, the residence had not been secured" so I maintained my position, at some point in there Lt Pettingill ah came through that area en route to where that person was on the ground, he ask me if I was okay and I said "yes sir" he went on and ah, few moments later after some of our team members had entered the residence and they exited again, I ask them again directly if the residence had been secured and one of them, I don't know again who it was, advised that "yes, the residence was secured" there were no other people in there other than the one they had already taken out. And at that point, I ah, escorted this prisoner that I was in custody of to a gate that Trooper Hise had crashed with his unit and turned him over to some of the drug task force, or Sheriff's

8

STATE OF OKLAHOMA    )                          ROBERT DARST
                     )SS                        TROOPER
COUNTY OF OKLAHOMA   )                          OHP

AFFIDAVIT

office people that were waiting outside (inaudible) and then I returned back to the scene to assist however I needed.

GORDON:    Okay.  Did you fire any rounds?

DARST:     No sir, I didn't.

GORDON:    Do you know if Buddy Hamilton fired any rounds?

DARST:     I don't know.

GORDON:    Did you assist in the taking of the suspect Kenneth Barrett into custody.

DARST:     No, I did not.

GORDON:    Did you know what the suspect looked like before the forced entry was attempted?

DARST:     I had a verbal description of the suspect.

GORDON:    Do you remember what the verbal description was?

DARST:     I don't remember exact heights, somewhere around 5'7" - 5'8", something like that, slight built, skinny, with long stringy blondish hair.

9

KEB204628

STATE OF OKLAHOMA    )
                     ) SS                    ROBERT DARST
COUNTY OF OKLAHOMA   )                       TROOPER
                                             OHP

AFFIDAVIT

GORDON:  The individual that you took into custody, you and Hise,

DARST:   Yes sir.

GORDON:  Would he of fit that description?

DARST:   Ah, no they also gave us an age, they did have an age on this suspect of Kenneth Barrett of being approximately 38 years old, if I remember correctly, I don't know right off hand how old he was.
And I don't remember if I ever did know exactly how old he was, but it was in that area, and the subject that we took into custody was obviously or less, approximately 20 years old.

GORDON:  But physically would he of looked the same?

DARST:   He could have, yes sir.

GORDON:  Did you know how many weapon and, how many and what type weapons that were inside the house?

DARST:   Ah, we had some intelligence that there might possibly be an automatic weapon in the house and that this subject, Kenneth Barrett, was known to carry a handgun on his person at all times.

GORDON:  Did ah, was his criminal history and his ah, threats

10

KEB204629

STATE OF OKLAHOMA    )                          ROBERT DARST
                     )SS                        TROOPER
COUNTY OF OKLAHOMA   )                          OHP

AFFIDAVIT

against law enforcement related to you?

DARST:    Excuse me?

GORDON:    Ah, was his criminal history and his threats against law enforcement related to the TAC Team?

DARST:    Yes sir, in the earlier briefing ah, we had been told that at some point prior to this ah, he had been in a stand-off with some law enforcement officers, I believe they were local law enforcement, and ah, he had attempted suicide by shooting himself in the abdomen with a long gun, I believe.

GORDON:    Do you know who provided the intelligence for this mission?

DARST:    Ahem, there were two drug task force agents ah, I'm not sure what their names are.    I've heard their names a number of times but I just can't recall them right off hand.

GORDON:    Were you all told about the sensormatic listening device on the back of the house?

DARST:    I wasn't aware of it, no.    I don't know if anyone else on the team was.

11

KEB204630

STATE OF OKLAHOMA     )                     ROBERT DARST
                      )SS                   TROOPER
COUNTY OF OKLAHOMA    )                     OHP

AFFIDAVIT

GORDON:    Did you think the intelligence was okay for this mission?

DARST:    Ah, for my part of the mission, I had, I had ah, I personally had enough knowledge to perform the job that I was assigned.

GORDON:    You think it was, it was adequate for the overall mission?

DARST:    I'm not for sure about that, ah, it would be ah, I, I don't feel like I have the ability to judge that since I was not on the entry team on this particular ah, operation, ah, and I'm not sure if the, I'm sure there people that might say there was enough intelligence, ah, looking back, maybe we did need to know a little bit more, I don't know.  I don't know if there could of been more intelligence.

GORDON:    You know how the TAC Team conducted surveillance for the mission?

DARST:    Yes sir.  I, I was told by some members that did some surveillance on the mission as to what they did, but that's all I have, I don't have any direct knowledge of it.

GORDON:    What did they tell you they did?

12

KEB204631

STATE OF OKLAHOMA     )
                      )SS
COUNTY OF OKLAHOMA    )

ROBERT DARST
TROOPER
OHP

AFFIDAVIT

DARST:   Ah, I believe Trooper Hamilton and Trooper Grinenger and ah, Trooper Manion did a drive by earlier in the evening in Trooper Hamilton's white Bronco.  I believe that's the Bronco they used earlier in the evening ah, so that they might put eyes on this particular residence so that they might know a little bit more about it, rather than just the ah ariel photographs that we had, ariel video tape

GORDON:   Okay.

DARST:   and officers descriptions that had been their prior.

GORDON:   Do you ah, you think of anything else, ah, one last question do you know how you all arrived at 0030 to hit the hours as far as time frame?

DARST:   We discussed it as a team ah, we didn't want to go too early, we had a no knock day or night search warrant which I'm sure your aware of is a good thing to have gives you a lot of options that you don't normally have on a daytime search warrant and ah, I do believe that in many of the members mind and I know in my mind that I felt like it was better to do it at some point during regular sleeping hours since we were unable to, it was decided by the team and that we were unable to put forward snipers for (inaudible) ah, (inaudible) that we felt more comfortable going at a time that would be an abnormal time for people to be out of bed

13

KEB204632

STATE OF OKLAHOMA )
)SS
COUNTY OF OKLAHOMA )

ROBERT DARST
TROOPER
OHP

AFFIDAVIT

when ah, one might expect that ah, even in my mind I would think you'd be more likely to have a ah, a drug dealer or drug user would be more likely to be in bed and not as as alert somewhere after 12:00, between 12:00 and 4:00 or 5:00 in the morning. Ah, I know that was part of what I was thinking, I can't say what anybody else was thinking.

GORDON: When you all rolled up did you see lights on in the house?

DARST: I wasn't looking to see if there were lights on in the house, I had a particular mission ah, like I say Trooper Hise and I were assigned to the chase team and we had a particular area that we wanted to get to, a particular location that would provide us with some cover, it would also put us in the proper location so that anybody jetted out of the back of the house or out of the front of the house we would be able to take them in custody with the least amount of effort on our part because we weren't as familiar with the area and what not, the dangers in that there was a lot of vehicles and ah scrap iron, there was a lot of trip hazards and things that might get you injured in the dark, in a dark chase if you weren't aware of them so we wanted to put ourselves in the best location we could, so I wasn't really concentrating that closely on the house and wouldn't have at all had the shots not opened up, had there not been gunfire prior to me even reaching my post.

14

KEB204633

STATE OF OKLAHOMA    )                    ROBERT DARST
                     ) SS                 TROOPER
COUNTY OF OKLAHOMA   )                    OHP

AFFIDAVIT

GORDON:    Sure.

DARST:    Ah, but I can't say if there were lights on in the house or not the lights I saw were the lights, what I see in my mind I believe were the lights of Trooper Hamilton's Bronco reflecting off the front porch and it was it was well on it because as I say, Trooper Hamilton's Bronco was pointed was right towards the front of the house and even rolled up very close to the house

GORDON:    How far did he get, do you know.  How far did Hamilton's vehicle get to the house.

DARST:    I'm not sure it didn't touch the front porch.

GORDON:    I mean was it like six feet, ten feet,

DARST:    At some point I think it touched the front porch.

GORDON:    Okay.

DARST:    I think it rolled up in front of the actual flooring on the porch (inaudible).  Ah, at some point while I was maintaining control of this prisoner that Trooper Hise and I had ah, affected the arrest on (inaudible) some point after Trooper Hise left me and, and I walked that prisoner out, there were some attempts being made by some of our team members to ah, load Trooper Eales into a

15

KEB204634

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA   )

ROBERT DARST
TROOPER
OHP

**AFFIDAVIT**

vehicle and they, they tried to use Trooper Hamilton's vehicle for that and I believe it was actually pushed backward approximately 10 or 15 feet away from the residence so that when your people and the OSBI got there to do the investigation that that's not an actual representation of where that vehicle stopped.

GORDON:    Okay.  Who pushed the vehicle back?

DARST:    I'm not sure, some of our team members I think.

GORDON:    Okay.

DARST:    But I'm not sure who did it, and I'm not even sure if they know who did it.  Ah, but I believe that vehicle was pushed backward and it never was put into park

GORDON:    Okay.

DARST:    until maybe after it was pushed backward.

GORDON:    Okay.  Can you think of anything else Trooper that might help me conclude my investigation on the events that occurred in Sallisaw on September 24, 1999?

DARST:    Ah, I don't know of anything else, (inaudible).

16

KEB204635

STATE OF OKLAHOMA    )                      ROBERT DARST
                     )SS                    TROOPER
COUNTY OF OKLAHOMA   )                      OHP

AFFIDAVIT

GORDON:    Sir, with your permission, I'm gonna turn off the tape recorder at this time.

17

KEB204636