# EXHIBIT 10

STATE OF OKLAHOMA    )
                     )SS.
COUNTY OF OKLAHOMA   )

I, Gene Hise, of legal age, being first duly sworn upon oath, deposes and states.

That the facts, events and circumstances contained in the attached narrative statement are accurate, true and correct to the best of our recollection, knowledge, information and belief.

_____
GENE HISE

SUBSCRIBED AND SWORN to before me, a Notary Public, this _____ day of _____, 1999.

_____
Notary Public

My Commission expires:

_____

KEB201703

STATE OF OKLAHOMA    )
                     ) SS
COUNTY OF OKLAHOMA   )

GENE HISE
TROOPER
OHP

AFFIDAVIT

This is 2Lt Paul Gordon #67 of the Internal Affairs and Special Investigations Division of the Department of Public Safety, Oklahoma Highway Patrol. Today's date is November 8, 1999. The time is 4:00. I am present in the Internal Affairs Office at 3600 Martin Luther King. Present in the room is Trooper Gene Hise.

GORDON:    Trooper, are you aware that our conversation is being recorded and may be reduced to a typed sworn affidavit for your signature at a later date?

HISE:    Yes.

GORDON:    Is this conversation being recorded with your permission?

HISE:    Yes sir.

GORDON:    Okay Gene, I've got some questions that I need to ask you sir, and we'll start out with ah, can you please state your complete name?

HISE:    Gene Andrew Hise, Jr.

GORDON:    Can you spell your last name for me.

HISE:    H I S E

1

KEB201704

STATE OF OKLAHOMA    )
                     ) SS
COUNTY OF OKLAHOMA   )

GENE HISE
TROOPER
OHP

### AFFIDAVIT

GORDON:  Ah, can you please give me your date of birth?

HISE:

GORDON:  And your social security number?

HISE:

GORDON:  How long have you been on the patrol?

HISE:  Approximately nine years.

GORDON:  Where are you currently assigned sir?

HISE:  Ah, Will Rogers Turnpike, Troop XA, Northeast Oklahoma.

GORDON:  Are you on the Tac Team?

HISE:  Yes sir, I am.

GORDON:  What is your position on the Tac Team?

HISE:  Entry team.

GORDON:  Entry team.  How long have you been on the Tac Team?

2

KEB201705

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA   )

GENE HISE
TROOPER
OHP

AFFIDAVIT

HISE:    Ah, approximately 2 years come February of 2000.

GORDON:    Okay, can you tell me what happened on September 24th, at 0038 and start from when you got off of the, of I-40.

HISE:    East Divisional Tactical Team was serving a warrant at a known location on ah Dwight Mission Road from Interstate 40. Approximate time was ah, 0035 or 38 hours when we arrived at the location. My assignment this date was ah security, to provide to keep the suspect or suspects from entering the Mother's residence which is directly west of his place of residence. Subject was a Kenny Barrett. Myself and Doc Darst and Billy Poe were in my unit ah, we would of been the fourth unit in the ah, you can call it a motorcade en route the ah residence. At the time I mentioned a while ago, I pulled up to the ah gate which was my assignment ah, exited my vehicle, went over the fence that was chained ah, started up through the front yard ah between two pickups ahem, a gentleman appeared right in front of me, I didn't know who it was at that time, ah, my weapon was drawn, I told him to get on the ground. At that time as I came between two pickups, and this person appeared there and like I say have anything in their hands yelling them to get on the ground, see no weapon, no threat, the person out there yelling, two or three times yelling, finally went to the ground ah, a barrage of gunfire broke out, I was trying to cover this person and duck, I yelled at ah, Doc to cover me, Doc was behind me, leaned over a pickup truck to support him and after approximately

3

KEB201706

STATE OF OKLAHOMA    )
                     )SS                    GENE HISE
COUNTY OF OKLAHOMA   )                      TROOPER
                                            OHP

AFFIDAVIT

what I feel was about 11 to 12 second ah gun battle, sounded like automatic gunfire and I heard a shift in fire, remember a flash bang going off and there was a light ah, got the last cuff on I ran, well before I took off running ah, I remember looking straight would be back to the east and I remember someone yelling "man down", it sounded like Ricky Manion, I looked over saw someone face down at the rear of a Blazer, er, I'm sorry, a Bronco, I ah, immediately went to ah train vehicle extraction, knew that we needed a vehicle to remove man down. I ran to my unit, jumped the fence, I drove through the, busted through the gate, drove through the gate ah, pulled my vehicle tactically in front, unaware if we still had another suspect or if we were still gonna be in a long drawn out gun battle or what we're gonna be. I come out of my unit, went over saw that, at the same time I heard Manion yelling Rocky's name, Rocky Eales, they rolled Rocky over and ah, started to remove Rocky's clothes, vests as quickly as possible to, to assess the damage and ah, cause he was shot, ah, remember being yelled at to get a trauma kit so I went to my car, I ran back to my car popped the trunk lid and grabbed my tactical gear and got my trauma, my trauma dressings out, pulled a trauma dressing out, by that time ah, he was free of his shirt and his vest, I'm talking about Rocky ah, there was blood coming from his sides and from ah Rocky's mouth and ah, he was trying to breath and ah, Ricky was losing pulse and ah, Ricky started to, he said "we have to start CPR", I agreed. Trooper Manion started compressions and I started breathing for Rocky, understand it's hard for me and ah, between

4

STATE OF OKLAHOMA    )                    GENE HISE
                     )SS                  TROOPER
COUNTY OF OKLAHOMA   )                    OHP

AFFIDAVIT

the spitting up blood and breathing for Rock, compressions we done that for, it seemed like a while, it wasn't very long, ah, we got ah, I guess Trooper Greninger's vehicle, ah, we got the tailgate down on the Bronco, we got Rocky loaded up on the Bronco and ah, at that time I drove while a deputy and a registered nurse was on the back and they were taking turns, I drove out to, I left the scene immediately through the gate, Dwight Mission Road to Interstate 40, told Muskogee "man shot", had a man down, which I think they, from later I think they already knew, Lt Pettingill, Lt McBride had already contacted them, but at that time I didn't know, ah, got out to Interstate 40 and ah I told them to get a bird in the air and got to Interstate 40 immediately went to the rear where they were and ah, for ah, oh, five, ten, fifteen minutes we took turns ah, doing CPR for Rocky, took turns breathing, check compressions ah, never could get, never could get a pulse.  (Inaudible) later an ambulance come in from Sallisaw and ah, took over, we ah, got Rocky on a gurney and ah, got him to the back of the ambulance, putting him in the ambulance and moving the equipment around Rocky, his eyes were still open, I choked and I closed Rocky's eyes, I thought it was too bad at that point, I, from the wound I saw on the back of the Bronco tailgate, ah, I ran interference in front of the ambulance into the Sallisaw City Hospital, I looked at my watch at it was 0105 Hrs, when we pulled into the emergency room, they got Rocky inside ah, trauma team waiting standby immediately went to work on Rocky ah, I go through the doors and looked over and I saw Buddy Hamilton sitting on the gurney and ah, he had, he was

5

KEB201708

STATE OF OKLAHOMA        )                        GENE HISE
                        )SS                       TROOPER
COUNTY OF OKLAHOMA       )                        OHP

## AFFIDAVIT

bleeding from his head and shoulder, obviously he'd been shot, ah, I didn't know, I didn't even know Buddy had been shot. I stayed there with Buddy, they worked on Rocky in the next room over until ah, 0138 hours, they pronounced Rocky, by then the Lifeflight had made it in from Tulsa, I ah, I went with ah Buddy, I stayed with Buddy and we flew to Tulsa and ah, I'd say I was, from the time my unit arrived to execute the warrant and the time I left the scene, couldn't of been two minutes, minute and a half to two minutes.

GORDON:    Did you fire any rounds during the confrontation?

HISE:    No sir, I didn't.

GORDON:    Did you assist in taking the suspect Kenneth Barrett into custody?

HISE:    No sir, I did not.

GORDON:    Did you know what the suspect looked like before the forced entry was attempted?

HISE:    No sir.

GORDON:    Did they give you a physical description?

HISE:    Yes sir.

6

KEB201709

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA   )

GENE HISE
TROOPER
OHP

AFFIDAVIT

GORDON:   Have you had an opportunity to see Kenneth Barrett later?

HISE:     Yes sir, I did.

GORDON:   Was the physical description they gave you good enough to identify Kenneth Barrett?

HISE:     Yes sir.

GORDON:   The reason I ask that is this CI, confidential informant, all I'm trying to determine is if they gave you guys good information or not, if it was good enough you know, because they kind of threw you into it there, when I say "they" I'm talking about the confidential informant, was his information good enough to assist the Tac Team once you got in there.

HISE:     I would say with the knowledge that we had of the ah, the intel from the Task Force because he had been arrested before and that was part of the intel we did know, he had been arrested before but there was no photograph taken of him when he was arrested, I guess he had turned himself in with his attorney and they came in to the courthouse, but was never officially booked in where they took a photograph, so we had to go on a physical description.

GORDON:   You know how many suspects were in the house or on the property at the time of the forced entry?

7

KEB201710

STATE OF OKLAHOMA    )                    GENE HISE
                     )SS                  TROOPER
COUNTY OF OKLAHOMA   )                    OHP

AFFIDAVIT

HISE:     Ah, what I found out after the person that I handcuffed and took to the ground was apparently the son because I remember him yelling in the barrage of gunfire I remember him yelling "Dad, Dad" so I took it as I was cuffing, that this must be the son.

GORDON:   Did you know that he was in the house before you attempted the entry or the team got there?

HISE:     No sir, I did not.

GORDON:   Okay.  Ah, did you know if anybody else was in there besides Kenneth Barrett at all girl friend?

HISE:     No sir, I did not.

GORDON:   Ah, do you know, or did they discuss how many and what type of weapons were in the house?  Did anybody during the briefing (inaudible) did anybody pass any kind of information through the CI or any anything else as to what type of weapons Kenneth Barrett may of had on his person or in the house.

HISE:     I don't recall that sir.

GORDON:   Did ah, they go into the criminal history of Kenneth Barrett when you all were briefed?

8

KEB201711

STATE OF OKLAHOMA    )                    GENE HISE
                     ) SS                 TROOPER
COUNTY OF OKLAHOMA   )                    OHP

AFFIDAVIT

HISE:    Ah, yes sir, I believe they did.

GORDON:    Okay, did they tell you about his threats against law enforcement officials?

HISE:    Ah, there was something mentioned about that and you know we hear those types of statements made before in the past and several other warrants we've done, and you know people say, you know, that's hearsay I'm saying but you know "I won't be taken alive" and things like that, ah, I don't remember any exact statement that this guy may of made or anything like that.

GORDON:    Did ah, okay there was a sensormatic listening device on the back of the house, okay. Did the confidential informant advise the team of that, was the team ever advised that there was any kind of listening devices in or around the house?

HISE:    I heard about it a later date, after everything had taken place, I didn't know that before.

GORDON:    Okay, prior to the event itself, you did not know that?

HISE:    No sir, did not.

GORDON:    Do you know who provided the intelligence for the mission for the Tac Team?

9

KEB201712

STATE OF OKLAHOMA   )
                )SS
COUNTY OF OKLAHOMA  )

GENE HISE
TROOPER
OHP

### AFFIDAVIT

HISE: Prior to executing the warrant?

GORDON: Yes sir.

HISE: Ah, I do know that ah two of our Troopers, Trooper Greninger and Trooper Hamilton had flow in an OHP aircraft, they done aerial photos, aerial video tapes of the residence to provide some intel of the location and ah, of the surroundings, any residences that may be around, any hazzards that we may have, ah, I don't recall, I'm sure there was, I don't recall anything from ah, the Task Force, I do remember them saying this person stayed at home, never left, pretty much as a hermit, you know, just stayed right there at the residence, he was very seldom ever seen out.

GORDON: You know how the Tac Team did, you said, you mentioned the air plane, you know if the Tac Team did any other surveillance in preparation for the mission?

HISE: Ah, yes sir, there was a drive by of the residence done, ah, yes sir, there was a drive by of the residence done.

GORDON: Do you know who did it?

HISE: I want to say it was Trooper Hamilton, Trooper Manion and Trooper Greninger. I believe that was the three.

10

KEB201713

STATE OF OKLAHOMA    )                              GENE HISE
                     ) SS                           TROOPER
COUNTY OF OKLAHOMA   )                              OHP

AFFIDAVIT

GORDON:    Did they say

HISE:      I'm not quite for sure, but I believe that was the three?

GORDON:    Did they say anything about, did you, were you able to hear later about what their surveillance ah

HISE:      They said there was ah, remember them saying something, there was someone standing in the front yard, there was two people standing in the front yard, but unsure if it was the suspect or not.

GORDON:    You know what type of vehicles were used to conduct the surveillance drive by?

HISE:      I believe it was one of the Ford Broncos from the Bomb, one of the Bomb Tech's on the team.

GORDON:    Looking back on it now, and of course it's easy to Monday night quarterback, it's easy to second guess, do you think the intelligence was adequate for the mission?

HISE:      I feel it was for what we had, it would of probably been nice to have a photograph of the person, ah, looking back on it, had to do it over again with the intel that we had, I would of, we would of done it the same way, I feel I would of done it the same

11

KEB201714

STATE OF OKLAHOMA     )          GENE HISE
                      )SS        TROOPER
COUNTY OF OKLAHOMA    )          OHP

AFFIDAVIT

way, I would of done my assignment that evening the same way, I wouldn't of deviated different from it, ah, far as changing some things, I would like to change some things, knowing what I know now, Lieutenant, but

GORDON:   You know how the Tac Team arrived at the time of 12:30 to conduct the entrance?

HISE:   That was ah, the time that the team had chosen to execute the warrant, ah, Lieutenant Pettingill and the team, it's a time that we all arrived with and agreed with that that would be the time that we would execute the ah, warrant.

GORDON:   Did you see any lights on in the house when you all rolled up?

HISE:   Ah, yes sir, there was lights coming from in the house, in the target residence

GORDON:   Now at the residence, did you, you got this guy out in the yard, did you see him when you rolled up?

HISE:   No sir, I didn't, I ah, I was going up like I said when I went over the fence I was going up between the vehicles, next thing I know (hands hit together) there's someone standing in front of me and I knew that was not a team member because I only had one

12

STATE OF OKLAHOMA    )                    GENE HISE
                     )SS                  TROOPER
COUNTY OF OKLAHOMA   )                    OHP

AFFIDAVIT

other man go with me and there isn't no way he beat me over the fence.

GORDON:    Do you know how long, and this is an estimation, and this is an estimation 30 days after the fact, do you have any idea how long it was from the time that you got there, stopped, went over the fence, met up with this individual where you had to take him into custody, before the shooting started.

HISE:    I could of been 10 to 12 seconds

GORDON:    Just out, boom, it's going.

HISE:    Yeah.

GORDON:    Trooper Hise can you think of anything else that might help me conclude my investigation of the events that occurred in Sallisaw on September 24, 1999?

HISE:    No sir, I just, like to ask you a question if I could?

GORDON:    Sure,

HISE:    When this was going down and you could hear the gunfire, nobody could tell exactly where it was coming from, (inaudible) coming from the front of the house but, with the shooter standing

13

KEB201716

STATE OF OKLAHOMA    )
                     ) SS
COUNTY OF OKLAHOMA   )

GENE HISE
TROOPER
OHP

AFFIDAVIT

back in the doorway, has that ever been determined yet?

GORDON:    We believe from the cases, he came out on the front porch, but quickly retreated back into the house,

HISE:    For cover,

GORDON:    we know that there was approximately, he had three 30 round magazines taped together, there was one magazine, OSBI has been able to account for all 30 rounds that was in that magazine.

HISE:    I'm still having a little bit of a problem with, you know, I was, I was right there and never saw a target to engage and could see glass blowing off the Bronco and you know, at the same time I'm doing this and looking, so he, if he shot from outside on the porch he must of busted a (inaudible) and went back into the doorway, cause I never had a target

GORDON:    Yeah, and that's what we're getting ah, through everything so far, and OSBI believes that he came out on the front porch, fired a few rounds and then went back inside the house where most of his, and probably you may of been able to see his, ah, maybe the powder coming off the, you know, from the muzzle flash, but we believe he was that far back inside the house shooting.

HISE:    I distinctly remember after cuffing, I guess it was his

14

KEB201717

STATE OF OKLAHOMA )          GENE HISE
                     ) SS        TROOPER
COUNTY OF OKLAHOMA )         OHP

**AFFIDAVIT**

son, and retreating back to my car the smell of gunfire was heavy.

GORDON:  Do you know if

HISE:  Cause that cloud was coming over toward

GORDON:  Sure.

HISE:  the way the wind was that evening, out of the north.

GORDON:  You know if Trooper Buddy Hamilton fired his weapon?  You don't know or he

HISE:  No he didn't fire his weapon, he told me he didn't fire his weapon

GORDON:  Okay, that is

HISE:  After talking, after the team talking the only person that fired their weapon would of been Trooper Manion.

GORDON:  That's, you know, like I said we can account for approximately 18 rounds going through the cab of the vehicle.  You know, OSBI with their wooden dowels?

HISE:  Um hum.

15

KEB201718

STATE OF OKLAHOMA    )                    GENE HISE
                     )SS                  TROOPER
COUNTY OF OKLAHOMA   )                    OHP

AFFIDAVIT

GORDON:    on the trajectory of the rounds that we could account for all 30 rounds and ah, so we do know that Kenneth Barrett was standing up when he was firing his rounds

HISE:    (inaudible) kneeling, he would of

GORDON:    Based on what OSBI is telling us about the trajectory of the rounds, the way, this guy standing up, he had, he had to of been in an elevated position to get the rounds to go where he was wanting them to go, ah, which, what that does it affects the idea that ah, one of his defenses is that he was shot by the Tac Team and the Tac Team rolled up and this guy, he's now laying on the ground fighting for his life, OSBI says that in fact is not at all what happened, he was standing up shooting into the cab of the vehicle. So,

HISE:    I'm just, somewhat grateful, I'm very grateful that ah, Trooper Hamilton got off the flash bang because it seems liked when the flash bang went I don't remember hearing but one to two rounds after that and he had fire superiority and the element of surprise for us tactically was lost. It was overcome with the flash bang and he, I guess, retreated deeper into the house, I don't know, and ah, that I think glad he didn't get another magazine in,

GORDON:    Yeah, because he was definitely loaded up. Well Trooper, I'm gonna turn off the tape recorder with your permission sir.

16

KEB201719

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA   )

GENE HISE
TROOPER
OHP

AFFIDAVIT

HISE:    Yeah.

17

KEB201720