# EXHIBIT 11

STATE OF OKLAHOMA    )
                     )SS.
COUNTY OF OKLAHOMA   )

I, Jim McBride, of legal age, being first duly sworn upon oath, deposes and states.

That the facts, events and circumstances contained in the attached narrative statement are accurate, true and correct to the best of our recollection, knowledge, information and belief.

_____
JIM McBRIDE


SUBSCRIBED AND SWORN to before me, a Notary Public, this _____ day of _____, 2000.


_____
Notary Public

My Commission expires:


_____

KEB017465

STATE OF OKLAHOMA )
)SS
COUNTY OF OKLAHOMA )

JIM MCBRIDE
2LT
OHP

AFFIDAVIT

This is 2Lt Paul Gordon #67 of the Internal Affairs and Special Investigations Division of the Department of Public Safety, Oklahoma Highway Patrol. Today's date is November 1, 1999. The time is approximately 1:15 PM. I am present in the Internal Affairs Office in Oklahoma City. Present in the room with me is 2LT Jim McBride.

GORDON: Lt McBride, are you aware that our conversation is being recorded and may be reduced to a typed sworn affidavit for your signature at a later date?

McBRIDE: Yes I am.

GORDON: Sir, is this recording being made with your permission?

McBRIDE: Yes it is.

GORDON: Sir, if you could would you please state your complete name and spell your last for me.

McBRIDE: Jim L McBride, #109, last name is M c B R I D E.

GORDON: Could you give me your date of birth sir?

McBRIDE: ████████

KEB017464

STATE OF OKLAHOMA   )
                    ) SS
COUNTY OF OKLAHOMA  )

JIM MCBRIDE
2LT
OHP

AFFIDAVIT

GORDON:    Could you give me your social security number?

McBRIDE: ████████████

GORDON:    Sir, how long have you been on the patrol?

McBRIDE:   Ah, almost, it will be 22 years in January, 22 years and two months.

GORDON:    Which Academy did you come out of?

McBRIDE:   37th.

GORDON:    Where are you currently assigned at?

McBRIDE:   Ah, Special Operations as a, currently serving as the Acting Troop Commander in Special Operations, but my normal position is supervisor over criminal interdiction.

GORDON:    What all does Special Operations entail?

McBRIDE:   It had Criminal Interdiction Troopers, ah, Asset Forfeiture and Auto and Marine Theft Troopers.

GORDON:    Okay.   Are you a member of the Tac Team?

2

KEB017467

STATE OF OKLAHOMA      )
                       ) SS
COUNTY OF OKLAHOMA     )

JIM MCBRIDE
2LT
OHP

AFFIDAVIT

McBRIDE:  Yes I am.

GORDON:    Ah, which Tac Team, and know it's divided into two separate Tac Teams, can you elaborate on the Tac Team division.

McBRIDE:  Yeah, the Tac Team is divided into two, somewhat geographic divisions, East and West, primarily divided by I-35.

GORDON:   Which team are you assigned to sir?

McBRIDE:  Neither, I'm the Assistant Tac Team Commander, Lt Pettingill's assistant and respond with either team ah, as directed by Lt Pettingill.

GORDON:   Okay, in that position is there ever a time that you would possibly have to direct the Tac Team yourself, on a mission.

McBRIDE:  In Lt Pettingill's absence ah, step into the role as the Tac Team Commander.

GORDON:   Okay.  How long have you been in your assigned position with the Tac Team?

McBRIDE:  In my assigned position?

GORDON:   Yes sir, as the ah

3

KEB017468

STATE OF OKLAHOMA )
)SS
COUNTY OF OKLAHOMA )

JIM MCBRIDE
2LT
OHP

AFFIDAVIT

McBRIDE: Nine months, maybe.

GORDON: Nine months, before that were you just a regular Tac Team member or how did that work?

McBRIDE: I was the team leader for the west Tac Team.

GORDON: Okay, as the team leader ah, what were your responsibilities there sir?

McBRIDE: Ah, the team leader ah, does the ah, if the patrol had a Sergeant, that would be the Sergeant, he's the one that runs the respective Tac Team, Tac Team has ten members assigned and then the team leader makes up the eleventh, ah, so he's the overseer of training, ah, put the plan in motion and, and is the one that the Tac Team Commander gives the orders to, to be carried out.

GORDON: How often does the Tac Team train sir?

McBRIDE: Two days every month, and then two - one week periods each year usually in April and September.

GORDON: Can you tell me what happened of September 24, 1999.

McBRIDE: Ah, yes.

4

KEB017469

STATE OF OKLAHOMA   )
                    )SS
COUNTY OF OKLAHOMA  )

JIM MCBRIDE
2LT
OHP

### AFFIDAVIT

GORDON:   Can you elaborate on that please.

McBRIDE:   Ah, Lt Pettingill, how much detail do you want, from the time we were notified, the time we arrived

GORDON:   From the time that you left I-40

McBRIDE:   And executing the mission?

GORDON:   Yes sir.

McBRIDE:   We were given a mission, prior to leaving I-40 we made a plan for the mission and we were in the processing executing the mission, ah, we exited off of I-40 on to a memorial road that I don't remember the name of en route to execute a high risk, no knock, day or night, search warrant and arrest warrant to be served. I was ah, the passenger in Lt Pettingill's vehicle, ah, as he exited, goes under I-40, the first thing out of the ordinary was the number of people that were gathered there, ah, we had been told in our briefing that there was only three people, an investigator from the D.A.'s office, the Sheriff and a Task Force member, I believe and I don't know the positions of, I do know the Sheriff investigator and there was someone else, there were only three people that knew about this, however when we arrived there was a large number of people there, I would estimate a minimum of 15 people there on the north side of I-40 where we met em, we stopped

5

KEB017470

STATE OF OKLAHOMA    )
                     ) SS
COUNTY OF OKLAHOMA   )

JIM MCBRIDE
2LT
OHP

AFFIDAVIT

there ah, didn't deviate from our plan, briefed them very briefly on what our plan was, I heard Lt Pettingill tell them as he topped the hill crest wait a period of time, and, and I believe it's two minutes, I'm not sure on the amount of time, but I think it's two minutes he said, we were the last vehicle in the group, ah, when our tail lights went below the hill there, they were to wait a period of time then they would come in, then by that time we would have, planned on having the search warrant executed, people in custody, turn the searching for the narcotics and other contraband over to the investigators. Ah, we left that location, and preceded in a group of five vehicles ah, (inaudible) the rear, Lt Pettingill and myself being at the rear in his Suburban, first four vehicles ah, proceeded uneventfully to the location, ah, I saw one of the four vehicles stop at the entrance to the location as to the plan while the other three vehicles went down the road make a left turn they were then out of my sight, we pulled in to the west of the residence into the trailer house that we described as mother's trailer house, our mission, Lt Pettingill and my mission was to head off somebody if they ran over there, if we could do it easily, but we weren't to chase people, that the Troopers at the gate were the chase personnel. Our main function was if someone ran from the house, (inaudible) search warrant for the trailer houses, was to observe them go in the trailer and then set up a hasty perimeter around the trailer house to preclude them from exiting. Obviously if we have a felony arrest warrant we can say the persons inside the trailer house were (inaudible) without a search warrant. In

6

KEB017471

STATE OF OKLAHOMA    )
                     )ss
COUNTY OF OKLAHOMA   )

JIM MCBRIDE
2LT
OHP

AFFIDAVIT

our briefing we had been told that in prior cases when they tried to arrest him that he'd take off to his mother's trailer house, they believe that's what happened, however since they didn't see him physically go in there couldn't enter it and she wouldn't allow them in.  That was our mission to kind of observe if he went in there and set up a hasty perimeter to preclude him from coming out bring the team over and then go in there and arrest him on the felony warrant.  We got into position, ah, well actually before we got in position, we were rolling to a stop because someone on the west side of the residence running to the west of the, (inaudible) the chase team ah, stopped by the road coming up at about the same time that I heard, well, I believed at the time and still believe that it was full automatic M-16 rifle fire, I looked to the, to my right, faced kind of to the north over to the east and saw flames, muzzle flash, flames coming from the front porch area of the residence ahem, I was hoping in my mind, I knew that Danny Oliver who was a Task Force member over there had a M-16, I had no doubt in my mind it was an M-16 fired, hoping it was Danny that was firing ah, then it became confusing, over the radio it said "we have a man down", we tried to verify if the man down was one of us or one of them ah, there was another shots fired at about the same time that the radio call, when the radio call first came out someone else got on the radio, not (inaudible) and said "who's down" and they said "we don't know", again, we don't know whether it's a good guy or bad guy when they say "we have a man down" ah, there was some confusion (inaudible) a little while, I don't know

7

STATE OF OKLAHOMA   )
                    )SS
COUNTY OF OKLAHOMA  )

JIM MCBRIDE
2LT
OHP

AFFIDAVIT

how long, second, could of been as much as a minute, but I don't think so, to identify that we did have a Trooper down, I got on the radio, called Muskogee and had emergency traffic, that we need an ambulance and Med-Evac started, our directions, told them the Sheriff's office would be setting up a landing strip location at I-40, Lt Pettingill came back, told me it was Rocky that was down, ahem, they, that's the same time I was calling on the radio, the marked unit that was providing security at the gate, busted through the gate and drove up there, they opened the trunk of it and then moved Rocky into a second Bronco, ah, the one Bronco that was up there that appeared to be real close to the porch, Rocky was behind it, they loaded him into the second bronco and I saw Rocky laying on the back with two people that were not with us. Ah, it was the Sheriff Department people ah, back there working on Rocky as they exited. Ah, kind of brief and sketchy, two or three point I probably need to make for sure, is the first time that I saw the muzzle flash coming off the porch, when I looked over there I do not know where Steve Hash's unit was, but I could see ah, lights off of the rotating light, not flashing light, but a rotating light across the porch area, the way a rotating light does you hit one side of the porch then go across it and then (inaudible). I do not ever, I'm not saying they weren't on, I did not look, I don't recall seeing any emergency lights flashing on the white Bronco.

GORDON:   Either white Bronco or just the that was there.

8

STATE OF OKLAHOMA    )                          JIM MCBRIDE
                     )SS                        2LT
COUNTY OF OKLAHOMA   )                          OHP

AFFIDAVIT

McBRIDE: Either, either white Bronco. But by the same token I didn't, until I looked, Steve Hash's car was also blocked from my view, but in my mind I believe it was his lights that I was seeing reflecting and going across the front porch, it could of been flashing lights, but if they would of had a Kojak light on the back of the Bronco it could of been that type of light, it appeared to me to be brighter than that. The first time I heard the shot and saw that, the lights were going across. (Inaudible) the lights came on exactly the same split second the first round was fired or they were on before the round was fired, I believe they were on before the round was fired, but I didn't specifically look in that direction and I heard a shot and looked that way and seen the muzzle flash, light, lights washing across the

GORDON: You said (inaudible) you saw the three vehicles go down the road and turn to the left, were there any emergency lights on then?

McBRIDE: No there was not. Ah,

GORDON: You referred to him in you statement sir, do you know who he was, who the suspect was?

McBRIDE: Ah, the person that shot Rocky, the older guy, ah, another (inaudible) that obvious before this, and I don't recall his name, he was the father and the person we had the arrest

9

KEB017474

STATE OF OKLAHOMA )                        JIM MCBRIDE
                  )SS                      2LT
COUNTY OF OKLAHOMA )                       OHP

AFFIDAVIT

warrant for.

GORDON:    Would his name be Kenneth Barrett?

McBRIDE:   Kenneth Barrett is it, yes.

GORDON:    Ah, in your ah, any of the information received prior to this event, did you have a picture of Kenneth Barrett?

McBRIDE:   No, we did not.

GORDON:    Okay, you did not know, or to your knowledge nobody on the team knew exactly what Kenneth Barrett looked like.

McBRIDE:   We had a physical description of him, I think they described him as 5'8", skinny, shoulder length hair and he had a big scar on his stomach where he shot himself in the stomach.

GORDON:    Okay. Did ah, did the Tac Team have any information in reference to what type of weapons that Kenneth Barrett might be armed with?

McBRIDE:   Yes, ah, I don't to say it was routine, but, but, the typical stuff on these, somebody said that somebody else said that somebody said that he had a machine gun, and that he always carried the gun on his person and that he's got guns all over the house.

10

KEB017475

STATE OF OKLAHOMA      )
                       ) SS
COUNTY OF OKLAHOMA     )

JIM MCBRIDE
2LT
OHP

AFFIDAVIT

Now, looking back on it, that sounds pretty ah, traumatic and pretty severe statement, but those same statements are probably made on 90% of the people we arrest and we execute (inaudible) if that scenario of information wasn't given we probably wouldn't of been there, I mean, or we normally try to reserve our commitment to high risk type stuff and had they just said this guy is just a pussy cat, all you got to do is walk up there and he'll stick his wrist out and you can handcuff him, we probably wouldn't of been there. Yes we did hear that the rumor is that he has a machine gun, rumor is he always has a gun on him, rumor is he's not gonna be taken alive and and those things were heard, but their also heard in 90% of the ones I've been on.

GORDON:   Ah, could the vehicle that was assigned to the gate for security (inaudible), you said they had to crash through the gate, why did they have to crash through the gate, do you recall?

McBRIDE:   Yeah, the gate had a heavy chain and heavy lock on it, that's why we didn't make an entrance at that point, they elected to go further east, turn in to a neighbors yard and then drive through a path that was visible from the air, from the neighbors trailer house up to Barrett's house and that was the plan, rather than, we had bolt cutters but ah, it was determined that there was a possibility, as big as the chain was that our bolt cutter may not even cut it. Had they cut it we would certainly of drawn attention to the (inaudible).

11

KEB017476

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA   )

JIM MCBRIDE
2LT
OHP

AFFIDAVIT

GORDON:    Did the Troopers have, at the gate did they have the bolt cutters?

McBRIDE:   I don't know.  Ah, the bolt cutters were present at the briefing, they identified where they were ah, the assigned, they, Buddy Lambert was the acting team leader for the operation, I mean Buddy Hamilton was the acting team leader for this and they assigned the equipment to include the bolt cutters.  I don't have any first hand knowledge that they were there, I would assume that they were there, but I do not know.

GORDON:    Did you fire any rounds during the confrontation?

McBRIDE:   No I didn't.

GORDON:    You know who did fire rounds?

McBRIDE:   I know who told me they fired rounds.

GORDON:    Who said they fired rounds.

McBRIDE:   Rick Manion said he did, and I've been told that that's been substantiated by ah, ballistic test, but I did not see him fire a round.

GORDON:    Okay.  You know if Buddy Hamilton fired a round?

12

KEB017477

STATE OF OKLAHOMA )
) SS
COUNTY OF OKLAHOMA )

JIM MCBRIDE
2LT
OHP

AFFIDAVIT

McBRIDE: Ah, no, I don't think he did, but I don't know that.

GORDON: Do you have any idea, and this is just, just, you, ahem, in your opinion, you have any idea why the internal lights of the Bronco, why they were left operational?

McBRIDE: Ah, when I came on the patrol, it was unheard of to have internal light operation, my first patrol car, first thing they do, on my newest patrol car they say they can't wire over those and all kinds of stuff, til I pulled the bulb out of my new ford that was issued to me, has a dome light that not only comes on but slowly goes off, I think the patrol for some reason does not look at that the same as they did 20 years ago and I see a lot of Troopers that the dome light come on when they get out of the car ah, I don't believe, and it's my opinion, the reconstruction I did in my mind, and that's all it is, I don't think the dome light had anything to do with it, I believe that Rocky and Buddy were fired upon long before Rocky opened the door.

GORDON: Okay. Did you assist in the actual taking of ah, Kenneth Barrett into custody?

McBRIDE: No I didn't.

GORDON: Do you know which Troopers did take Kenneth Barrett into custody?

13

KEB017478

STATE OF OKLAHOMA    )
                     ) SS
COUNTY OF OKLAHOMA   )

JIM MCBRIDE
2LT
OHP

## AFFIDAVIT

MCBRIDE: Ah, (inaudible) Buddy went in and got him, Raymond Greninger assisted in it and I know Ricky Manion, I know for a fact Buddy and Rick were there and I think Raymond Greninger was, ah kept him on the ground, handcuffed him then turned him over to the Sheriff's office when they arrived from (inaudible)

GORDON: Lieutenant can you think of anything else that I would need to know in this statement ah, in retrospect to what you thought about with the situation, ah, that I could use to complete my investigation, sir.

MCBRIDE: I can't think of (inaudible), I can't think of anything.

GORDON: Okay sir, the time approximately 1:38. I'm gonna turn off the tape recorder with your permission.

MCBRIDE: Okay.

14

KEB017479