# EXHIBIT 12

STATE OF OKLAHOMA      )
                       )SS.
COUNTY OF OKLAHOMA     )

I, Ricky Manion, of legal age, being first duly sworn upon oath, deposes and states.

That the facts, events and circumstances contained in the attached narrative statement are accurate, true and correct to the best of our recollection, knowledge, information and belief.

_____
RICKY MANION

SUBSCRIBED AND SWORN to before me, a Notary Public, this _____ day of _____, 1999.

_____
Notary Public

My Commission expires:

_____

KEB202098

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA   )

RICK MANION
TROOPER
OHP

AFFIDAVIT

This is 2Lt Paul Gordon #67 of the Internal Affairs and Special Investigations Division of the Department of Public Safety, Oklahoma Highway Patrol. Today's date is November 9, 1999. The time is approximately 9:25. I am at the Internal Affairs office located at 3600 Martin Luther King. Present in the room with me Trooper Rick Manion.

GORDON:    Trooper Manion, are you aware that our conversation is being recorded and may be reduced to a typed sworn affidavit for your signature at a later date?

MANION:    Yes I am.

GORDON:    Sir, is this conversation being recorded with your permission?

MANION:    Yes.

GORDON:    Sir, at this time I'm going to hand you a Disciplinary Interview Advice of Rights also known as the Garrity Form, if you would please read it out loud for me sir.

MANION:    I understand that I am being questioned as
           part of an official investigation of the
           Oklahoma Department of Public Safety and will
           be asked questions specifically directed and

1

KEB202099

STATE OF OKLAHOMA )
                  )SS
COUNTY OF OKLAHOMA )

RICK MANION
TROOPER
OHP

AFFIDAVIT

narrowly related to the performance of my official duties or fitness for office. I also understand I am entitled to all the rights and privileges guaranteed by the laws and the constitution of this state and the Constitution of the United State, including the right not to be compelled to incriminate myself. In addition, I understand if I refuse to testify or to answer questions relating to the performance of my official duties or fitness for duty, I will be subject to departmental charges which would result in my dismissal from the Oklahoma Department of Public Safety. If I do answer, neither my statements nor any information or evidence which is gained by reason of such statements can be used against me in any subsequent criminal proceeding. However, these statements may be used against me in relation to subsequent departmental charges.

GORDON: Okay sir, can you please sign that for me?

MANION: (writing sounds)

GORDON: Thank you sir. All right sir, I've got some questions I

2

KEB202100

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA   )

RICK MANION
TROOPER
OHP

AFFIDAVIT

need to ask you in reference ah to the events that took place in Sallisaw on September 24th at approximately 0038. Ah, but we need to start out with just some basic questions, sir, could you please state your full name for me.

MANION:    Ricky Manion.

GORDON:    Could you ah spell your last name?

MANION:    M A N I O N

GORDON:    Could you please give me your date of birth?

MANION:    ▇▇▇▇▇▇▇▇▇

GORDON:    And your social security number sir.

MANION:    ▇▇▇▇▇▇▇

GORDON:    Sir ah, what is your current position?

MANION:    State Trooper of the Oklahoma Department of Public Safety, Oklahoma Highway Patrol stationed in Troop E, Madill.

GORDON:    How long have you been on the patrol sir?

3

KEB202101

STATE OF OKLAHOMA    )
                     ) SS
COUNTY OF OKLAHOMA   )

RICK MANION
TROOPER
OHP

AFFIDAVIT

MANION:   Seventeen and a half years.

GORDON:   Are you ah currently on the Tac Team?

MANION:   Yes.

GORDON:   Which Tac Team are you on sir?

MANION:   I'm on the east side Tac Team.

GORDON:   What is your designated position?

MANION:   I'm currently designated as a sniper.

GORDON:   Okay.  Ah, sir, did you participate in the activities that occurred on September 24, 1999, at approximately 0038 in the morning.

MANION:   Yes I did.

GORDON:   Sir, could you please relate to me what happened at that time on that date starting with when you got off the Interstate at I-40 and Dwight Mission Road.

MANION:   I was riding as a passenger with Trooper Ray Greninger in his state issue Bronco, we exited off the Interstate and met with

4

KEB202102

STATE OF OKLAHOMA      )                              RICK MANION
                       ) SS                          TROOPER
COUNTY OF OKLAHOMA     )                              OHP

AFFIDAVIT

the ah, drug task force people there at that location ah, I did not personally talk to any of the drug task force people, I stayed mostly over by the unit, got back in the unit after ah, team leaders and Lieutenants talked to the drug task force people and then we proceeded on to the target house that we had the warrant for. We were to second car in line. When we turned east on ah, the county road off a blacktop road and proceeded on down, I think it's just over a mile when ah, we drove by the residence on the county road we could see that the lights was on at the house ah, we drove by it and entered at the east driveway. As we entered the east driveway I could hear gunfire, directed at the first unit that was in front of us, another Bronco, driver by Trooper John Hamilton and ah, Trooper Rocky Eales as a passenger. I also heard someone on the radio, which turned out to be Lt Pettingill say "there's someone in the yard" or "out in the yard", something to effect. I'm looking for the subject in the yard, also hear the gunshots and see that Buddy and Rocky was taking fire ah, as we had turned into the yard, I had turned the lights on, Greninger's vehicle has red and blue lights, ah, as we come up behind em, Hamilton and Eales, I had my door open and getting ready to exit the vehicle ah, I could see smoke coming out of the house and a large amount of gunfire directed into the windshield and front area of Trooper Hamilton's vehicle. As I was getting out, I never saw anybody on the ground, any suspects ah, at all, never saw anyone on the ground, as I got out I was Rocky get out of his vehicle and start back to the rear of the Bronco, ah, I could tell by the way he was

5

KEB202103

STATE OF OKLAHOMA    )
                     )SS      RICK MANION
COUNTY OF OKLAHOMA   )        TROOPER
                              OHP

**AFFIDAVIT**

moving that he was injured, I went directly to Rocky, as I got to the back of the Bronco, that's where Rocky was, I met him about the same time he got to the back I got to the back, ah, Rocky went to his knees and I grabbed him by the back of the shirt and he went all the way to the ground, face down. I ask Rocky, "are you hit, are you hurt", he says "I'm hit bad" ah, same time I heard a flash bang go off that ah, Trooper Hamilton had thrown ah, it was about this same time period I looked to my left, I heard a commotion, I looked to my left I could see that some of the other team members had a white male down on the ground handcuffing just a few yards from us, but we're still taking gunfire so I know that someone is still in the house. Buddy comes to the back of the vehicle, all at the same time this is going on, I can see blood on Buddy's face, I can see blood and where his shirt is kind of puffed up where it hit the shoulder and I said "Buddy, you been hit" he say "hit twice, but I'm okay, I'm all right" or something to that effect. Ah, there was some shots coming out of the house directed toward us and I looked around the back of the Bronco, peep around it, I see a white male carrying a rifle step from, step in a sideways motion ah what would be the living room area to a room on the east end of this small house. I've already yelled "Rocky's down, get us some help, Rocky's hit" ah, (inaudible) is on the radio trying to get us some help, I see the man step into the east room, I leave the rear of the Bronco and go to the east side of the house and there's an old blue pickup sitting there close to the house, there's also a window there with blinds on it, ah, took a position of cover behind

6

KEB202104

STATE OF OKLAHOMA     )
                      ) SS          RICK MANION
COUNTY OF OKLAHOMA    )             TROOPER
                                    OHP

AFFIDAVIT

this pickup, I don't know if he looked out the window or if his movement just caused the blinds to move or what, but I saw some movement in the blinds, I fired ah two short bursts, state issue MP5, ah, I heard, I thought I fired about six rounds, (inaudible) so, I fire, immediately fire again, take the window out and Greninger yelled at me, well first of all I heard the man yell in the house, don't know what he yelled, I just heard him yell, ah, then Greninger yells at me "Rick don't shoot, Buddy's going in the house" so I leave my position and I run around to the front of the house, Trooper Hamilton is pulling the subject out of the house ah, he's yelling that his legs are hurt, and shot, he dropped kind of on his knees I guess, pulls him off the porch and there's someone else standing there, another Trooper, but I'm not sure, I think it was Steve Hash, ah, I grab the guy, we handcuff him and I take a weapon and sniff, semiautomatic pistol from ah, his shirt was out it wasn't tucked in, his raised his shirt up and he had a pistol directly in front of his stomach tucked into his pants, I took it away, laid it off on the ground finished searching him, Steve is maintaining cover on the house, ah, I ask the guy who he was and he tells me he's Kenny Barrett and ah, I ask him if there was anybody else in the house and he said "no, there's no one else in there" so I immediately leave him and go to Rocky ah, I yelled to get a vehicle, I yelled sometime during this period that we needed a vehicle, ah, I roll Rocky over, rip his shirt open, take out my pocket knife, cut his vest off of him, he wore two vests, regular second chance vest and ceramic (inaudible) vest. I cut those off

7

KEB202105

STATE OF OKLAHOMA    )
                    ) SS
COUNTY OF OKLAHOMA    )

RICK MANION
TROOPER
OHP

**AFFIDAVIT**

of him and removed his ah, protective helmet ah, trying to get him to talk to me, he's not responding, feel for a pulse at that time he had a pulse, I lost it, myself and Gene Hise start giving him CPR ah, continue that for just a second or two feel again, Rocky has a pulse, he's breathing and then he stops again, we're still giving CPR and ah, Lt Pettingill tells us "let's load him up, get him out of here" so we grab him and load him up in the back of Greninger's Bronco, I go to get in and ah, the Sheriff of Cherokee County, she's there by them, Task Force and she is an RN so she jumps in the back with another member of the Task Force, EMT or Paramedic, they continue giving CPR and Gene Hise drives and leaves. At that time we ah, go in and secure the house, ah, myself and Greninger, Danny Oliver DEA Task Force and maybe one or two more. I clear the upstairs, what would be the loft area where he sleeps, I cleared that, didn't find anybody, came out then we secured the residence, Lt Pettingill and Lt McBride taped it off and we stayed out of it, I didn't enter it again until the next day and we was asked to go out and help recreate some things for the OSBI and Internal Affairs investigation.

GORDON:   Ah, you said you fired approximately six rounds?

MANION:   I thought at the time I did.

GORDON:   Did your weapon malfunction?

8

KEB202106

STATE OF OKLAHOMA )
)SS
COUNTY OF OKLAHOMA )

RICK MANION
TROOPER
OHP

AFFIDAVIT

MANION:   Not that I'm aware of.

GORDON:   Okay.  The reason I ask that is because in the trunk of the car your weapon had (inaudible) when we looked at it in the car it was just laying in the car, course we didn't touch it because we didn't want to taint anything but Ron Jones over at OSBI had made a notation that your weapon had malfunctioned, that it had double loaded off the magazine, so

MANION:   I wasn't aware, it would of had to of done it with the last shot, because I fired, I intentionally fired two bursts and as I was getting ready to take the window completely out ah Raymond hollered at me "Rick don't shoot, Buddy's goin in the house" so I didn't want to shoot while Buddy was in there.

GORDON:   Okay.  You say when you looked into the house you could see him moving, you could see Barrett?

MANION:   Yes, I saw him facing, he was inside the house facing out, ah, he stepped in a sideways motion into the east room and he had a rifle in his hand.

GORDON:   And you fired through the window could you absolutely identify Kenneth Barrett?

MANION:   At that time, no.

9

KEB202107

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA   )

RICK MANION
TROOPER
OHP

AFFIDAVIT

GORDON:   Okay.   Why did you fire, if you could not identify Barrett and not somebody else, what I'm getting out, could you identify him as the aggressor, whoever it was?

MANION:   Oh, yes, I, I, he had a rifle that I took to be an AR15,

GORDON:   I mean, when your looking through the window, when your on the side of the house

MANION:   When I looked through the window, no I did not, I knew that the person that was doing the shooting had stepped into that room.   My initial thought was I knew Rocky was hit bad and I knew he could not survive if we had a sustained fire fight there.   That was the first thing went through my mind, we got to stop this cause Rocky can't survive this.

GORDON:   Ah, you said that you actively participated in the arrest of Kenneth Barrett, getting him in cuffs and everything.

MANION:   Yes,.

GORDON:   You know if Buddy Hamilton fired any rounds?

MANION:   I'm not aware that he did.

GORDON:   You didn't see him shoot any.

10

KEB202108

STATE OF OKLAHOMA      )                                RICK MANION
                       )SS                              TROOPER
COUNTY OF OKLAHOMA     )                                OHP

AFFIDAVIT

MANION:    I didn't see him shoot, the only thing ah, that I knew for sure that he had thrown a flash bang.

GORDON:    Ah, did you all have any idea, did any member of the Tac Team know what Kenneth Barrett looked like before you got there, did you have pictures of him?

MANION:    We did not have pictures, we had a general description, you know, white male, tall, somewhat slender and told that he weighed a lot less then he appeared to be, long scraggly blond hair

GORDON:    Did that ah, ah, did the confidential informant advise you all or did anybody advise you as to the type of weapons that Kenneth Barrett was armed with?

MANION:    The only thing I can remember is he said that, we was told that at one time he had had some ah, ah, he always had guns in the house and he may of had some automatic weapons.  But the Sheriff's office had taken some of his bullets and some automatic gunfire out there sometime in the past.

GORDON:    Had you all been advised of ah, his threats against law enforcement?

MANION:    Yes.

11

KEB202109

STATE OF OKLAHOMA     )
                      ) SS
COUNTY OF OKLAHOMA    )

RICK MANION
TROOPER
OHP

AFFIDAVIT

GORDON:    You remember what those threats were?

MANION:    That, that he would ah, that he would mainly run from law enforcement and also that nearly everybody in the community ah, and even the people in the drug community was scared of him.  They didn't like to go out there, that he would shoot you if you came on to his property and he didn't know you.

GORDON:    Okay, you said that earlier, that when you turned into the driveway on the east side of the house, when you all turned in, you were taking fire at that time.

MANION:    When we turned into the driveway and started, the driveway goes up to the other house, we turned off that driveway on to his property, crossed a small ditch there ah, we started taking fire.

GORDON:    Now was that when you heard the fire

MANION:    That's when I heard the fire.

GORDON:    How far were you behind Buddy's Bronco

MANION:    Directly behind him.

GORDON:    Ah, you know what kind of surveillance was conducted in

12

STATE OF OKLAHOMA     )                              RICK MANION
                      )SS                            TROOPER
COUNTY OF OKLAHOMA    )                              OHP

AFFIDAVIT

preparation for the assault?

MANION:    As far as the Task Force or

GORDON:    County, OHP, anybody.

MANION:    I know that Raymond Greninger and Buddy Hamilton along with one of our aircrafts taking pictures from the air and video, we had those in our initial planning ah, as far as the surveillance on the residence ah, before and up to the raid there was none.   It was our initial plan to sit the two snipers, myself and Billy Poe, ah out just across the road by the gate, we knew he always kept his gate locked or usually kept his gate locked ah, the chain, the initial plan was he and I would go in ahead of time and as surveillance, approximately hour and a half and we would, just before the raid that I would cross the road with bolt cutters, cut the locks and chains, ah off the gate and open the gate so the raid team could drive through, we did do a drive by in an unmarked vehicle, ah, the small little neighborhood that's there, houses ah, and due to the gate being very close to Barrett's Mother's house very close to his house, ah, and the fact that houses were a lot closer than they appeared from the aerial photographs and there was a lot of loose animals, dog running in that neighborhood, ah we felt that a sniper would be compromised and that that wasn't a feasible plan, we'd do a vehicle assault.    As far as setting up surveillance at that time, that's what we usually do, the snipers

13

STATE OF OKLAHOMA    )
                     )SS                    RICK MANION
COUNTY OF OKLAHOMA   )                      TROOPER
                                            OHP

AFFIDAVIT

will go in a couple of hours ahead of time and set up surveillance and watch for movement such as that, but ah, we didn't do that because the houses were so close, the animals and we felt like we would compromise it.

GORDON: Based on your skills as a sni, how long you been a sniper?

MANION: Three years

GORDON: Okay, based on your still, have you done very many creeps?

MANION: Yes.

GORDON: Based on your skills as a sniper and having done creeps before do you think you could of got inside that ah grass line which had the trees and stuff like that along the fence, could you have got there and established a surveillance post yourself?

MANION: I could of, I could of got in there but I think it would of been compromised by the amount of dogs that were running loose around there, it's always a problem. Ah, the reason, one of the other reasons we didn't, anytime you put people on the ground you have to have a reaction team, say you want to get them out in case things go wrong, or they need backup (inaudible) more than likely

14

KEB202112

STATE OF OKLAHOMA    )
                     ) SS
COUNTY OF OKLAHOMA   )

RICK MANION
TROOPER
OHP

AFFIDAVIT

the radio communications if nothing else. That would of put another strange car in what we consider a hostile environment because we was told that everyone that's down there was dopers, and related or friends with Barrett, so that would put a strange vehicle in a very small neighborhood, hour and a half or two hours would raise suspicion. Always feel like I can get into most places but it's not always feasible simply due to the fact that you never know if you've been compromised or not, ah, due to animals, traffic stuff like that. I don't know that ah, I'm sure we could of got into the south side ah, I feel, but I don't think that snipers would of been effective surveillance there due to the fact (inaudible)

GORDON: Based on your previous experience as a sniper and the fact your a sniper now, do you think if you would of been on the glass at the time that the vehicular assault took place, if Barrett had of came to the door with his rifle, do you think you could of surgically removed him?

MANION: If I would of been on the

GORDON: If you'd been on the rifle, on the scope

MANION: If I had been on the north side of the road, our plan was to be on the south side cause that offered the best cover, there's a small rise there

15

KEB202113

STATE OF OKLAHOMA    )
                     ) SS
COUNTY OF OKLAHOMA   )

RICK MANION
TROOPER
OHP

AFFIDAVIT

GORDON:   So a sniper wouldn't of made a difference in the final outcome?

MANION:   No.

GORDON:   Can you think of anything else that would help me conclude my investigation?

MANION:   That's everything I know.

GORDON:   Sir, with your permission I'm gonna turn off the tape recorder.

MANION:   Fine.

KEB202114