# EXHIBIT 13

## DISCIPLINARY INTERVIEW ADVICE OF RIGHTS

I understand that I am being questioned as part of an official investigation of the Oklahoma Department of Public Safety and will be asked questions specifically directed and narrowly related to the performance of my official duties or fitness for office. I also understand I am entitled to all the rights and privileges guaranteed by the laws and the constitution of this state and the Constitution of the United States, including the right not to be compelled to incriminate myself. In addition, I understand if I refuse to testify or to answer questions relating to the performance of my official duties or fitness for duty, I will be subject to departmental charges which would result in my dismissal from the Oklahoma Department of Public Safety. If I do answer, neither my statements nor any information or evidence which is gained by reason of such statements can be used against me in any subsequent criminal proceeding. However, these statements may be used against me in relation to subsequent departmental charges.

*TRP. BCFORD #830*
_____
Signature of Affected Employee

STATE OF OKLAHOMA )

COUNTY OF _OKLAHoma_ )

Witnessed before me this _24_ day of _SEPT_ , 19 _99_

*GDKam*
_____
NOTARY PUBLIC

My commission expires:

_SEPT 15, 1999 2002_



110

00000919
00000919
KEB201600

STATE OF OKLAHOMA      )
                       ) SS.
COUNTY OF OKLAHOMA     )

I, Billy C Poe, of legal age, being first duly sworn upon oath, deposes and states.

That the facts, events and circumstances contained in the attached narrative statement are accurate, true and correct to the best of our recollection, knowledge, information and belief.

_____
BILLY C POE

SUBSCRIBED AND SWORN to before me, a Notary Public, this _____ day of _____, 1999.

_____
Notary Public

My Commission expires:

_____

KEB201601

STATE OF OKLAHOMA    )                    BILLY C POE
                     )SS                  TROOPER
COUNTY OF OKLAHOMA   )                    OHP

AFFIDAVIT

GORDON: This is 2Lt Paul Gordon #67 of the Internal Affairs and Special Investigations Division of the Department of Public Safety, Oklahoma Highway Patrol. Today's date is 11-09-1999. The time is 10:02 AM. I am present at 3600 Martin Luther King, at the Internal Affairs Office. Present in the room with me is Trooper Billy Poe.

GORDON: Trooper Poe, are you aware that our conversation is being recorded and may be reduced to a typed sworn affidavit for your signature at a later date?

POE: I do.

GORDON: Ah, sir are you aware, is this recording being made with your permission?

POE: Yes.

GORDON: Okay sir, can you please state your complete name for me?

POE: It's Billy Carrol Poe

GORDON: Could you spell your last name?

POE: P O E

GORDON: Sir, what is your social security number?

1

KEB201602

STATE OF OKLAHOMA        )                          BILLY C POE
                         )SS                        TROOPER
COUNTY OF OKLAHOMA       )                          OHP

### AFFIDAVIT

POE:

GORDON:    And your date of birth sir.

POE:

GORDON:    How long have you been on the patrol?

POE:       Ah, about 13½ years.

GORDON:    Where you currently assigned?

POE:       Ah, Pushmataha County, Troop S

GORDON:    Are you currently on the Tac Team?

POE:       Yes.

GORDON:    What is your designated position on the Tac Team?

POE:       I'm a counter sniper.

GORDON:    How long you been a sniper sir?

POE:       Around, going on two years I guess.

2

KEB201603

STATE OF OKLAHOMA    )                    BILLY C POE
                     )SS                  TROOPER
COUNTY OF OKLAHOMA   )                    OHP

## AFFIDAVIT

GORDON:    Sir, can you tell me what happened, did you participate in the events that occurred in Sallisaw?

POE:    Yes.

GORDON:    Can you please relate to me what happened at Sallisaw from the time that you got off the Interstate, off of I-40 and drove onto Dwight Mission Road.

POE:    Okay, you want the whole trip down the road or just from the time we drove up to the residence (inaudible)

GORDON:    Ah, that's fine, from the time you rolled up to the residence.

POE:    Okay. Ah, I was in a car with Trooper Darst, Trooper Hise. I was in the backseat on the right hand side of the car. We pulled up to the gate in front of the house along the road, Trooper Darst, Trooper Hise were going to act as chase men, in case somebody left the residence, I was supposed to act as a cover man while the team was assembling to make entry. As we pulled up, we get out of the car, I let Trooper Darst get out get a start, then I get out. As I'm approaching, there's a big fence post there by the gate, the gates (inaudible) I guess, ah I intended to get a better position, I hear gunfire. To my knowledge we're the only two at this point (inaudible) so I thought maybe the fire was

3

KEB201604

STATE OF OKLAHOMA     )                    BILLY C POE
                      )SS                  TROOPER
COUNTY OF OKLAHOMA    )                    OHP

### AFFIDAVIT

coming in our direction so I got down low, got behind my cover and come up to see if I could find a target, as I get along the post ah, I see ah, Trooper Hamilton's Bronco come into the picture, (inaudible) they can shoot at which, so I go around and go through the fence so I can stay low and I run up to Trooper Hamilton take the cover position up, I can see inside the residence, Trooper Hamilton's up on the porch ah, hollering at a subject that's laying in the floor inside the house, plainly see his head ah, sticking out of the doorway. Trooper Hamilton told him to come out ah, I'd seen that we got a man down as I was approaching, ah, (inaudible) was taking cover position, Buddy's hollering at the guy "come out, come out" and the guy tells Buddy to the effect that he can't walk because he's been shot in the legs. Buddy entered the residence pulled the guy out, they pulled him off the porch, I maintain my position because I don't know if there's anybody in the house or not so I just stay over near the Bronco, ah, I can hear them working on Rocky, ah, load him up, I maintain my position, soon as they get him loaded up, I go up on the porch with Ray Grinenger, we make entry, clear the lower part of the house, it don't take, small as the house was it don't take long and ah, I clear the back room and I look around and ah, Rick Manion, Danny Oliver, and ah, Buddy Hamilton was also there, but Rick had went up the stairway to the loft, inside the room I observed this when we was clearing it was ah, AR15, M16 style rifle laying and then over by the window was a double barrel shotgun. Rick had climbed up on the ladder to the loft and Danny Oliver and I were (inaudible) I was doing it,

4

KEB201605

STATE OF OKLAHOMA    )
                       )SS
COUNTY OF OKLAHOMA   )

BILLY C POE
TROOPER
OHP

### AFFIDAVIT

maintained a cover position on the ceiling.  Rick said he needed a mirror, and I said, told them that Rick needs a mirror and ah, Buddy went out, Hamilton went out to the vehicle and got a mirror, come back in, er Raymond said Buddy had been hit, or were you hit, that's when I glanced at Buddy  to see if he'd been hit, so Raymond takes Buddy back out, Rick does the mirror, him and Danny go up and clear the top, we back out, seal it off and that's about it.

GORDON:    Did you fire any rounds during the confrontation?

POE:    No.

GORDON:    Did you assist in taking the suspect, Kenneth Barrett, in custody, did you ever lay your hands on him?

POE:    No sir.  I maintained just a cover position on the house, I didn't know if he was the only one, I didn't know if he was the one that did the shooting, I didn't, at this point I didn't know, so I just maintained my, I knew that was being taken care of and I felt the best thing I could do was cover the house.

GORDON:    Did you know how many suspects were in the house or on the property?

POE:    No.

5

KEB201606

STATE OF OKLAHOMA )
                  ) SS
COUNTY OF OKLAHOMA )

BILLY C POE
TROOPER
OHP

AFFIDAVIT

GORDON: Could I get you to sign that please. Thank you. Ah, so you didn't know how many suspects were in the house at all, was there a briefing, did they ever brief you guys?

POE: Well, they said, you know, there was a possibility of, well the bad guy of course, and then possibly his son, but in these dope deals you never know how many people's gonna be in the house or anything like that, so I felt that that was an area, still a threat area that hadn't been cleared that needed to be covered, so that's why I just maintained cover.

GORDON: Did they tell you what kind of weapons Kenneth Barrett was carrying or may have in his possession?

POE: I don't recall, ah, firearms were mentioned, I can't remember as to the type they told us, exact types or anything to that effect.

GORDON: Did they tell you anything about his threats against law enforcement?

POE: Yes.

GORDON: What did they say about that?

POE: Ah, they said he'd always scared off the deputies, you

6

KEB201607

STATE OF OKLAHOMA    )                        BILLY C POE
                     )SS                      TROOPER
COUNTY OF OKLAHOMA   )                        OHP

AFFIDAVIT

know, he was just a real bad guy everybody is scared of him, that's what we was told in the briefing.

GORDON:    You know who provided the intelligence for this mission?

POE:    No, not really.  I just know ah, I can assume but I don't know, don't recall who they told us brought the information.

GORDON:    Did they tell you about the listening device on the back of the house?

POE:    No.  I didn't find out about that until way later, ah, I guess Lt Pettingill told us or something the next few days or something.

GORDON:    You think the intelligence was okay for this mission?

POE:    It could of been better, I guess, I don't you know, it's just, sometimes you go with what you got and it's hard to second guess.

GORDON:    Did you all have a picture of Barrett?

POE:    Nope.

GORDON:    Okay.

7

KEB201608

STATE OF OKLAHOMA        )                    BILLY C POE
                         )SS                  TROOPER
COUNTY OF OKLAHOMA       )                    OHP

                         AFFIDAVIT

POE:      They told us er, ah, we were told to, we had a sketch description of what he looked like, that's all, they said they didn't have a picture of him.

GORDON:   Ah, do you know how surveillance was conducted?

POE:      No.

GORDON:   You said you been on the Tac Team for two years, er you been a sniper for two years?

POE:      Yes.

GORDON:   Have you ever done any creeps?

POE:      Yes.

GORDON:   Based on your experience as both a counter sniper and you ability to do creeps, do you think you could of got close to the house and conducted surveillance on it?

POE:      Well, I think we could of got in, there's so many dog in the area, we originally planned, me and Rick Manion as we go in to (inaudible) along the ditch line or across the road from the house, but they did a drive by on the residence, Rick and ah Raymond, Buddy I believe and there was I don't know how many dogs, small

8

KEB201609

STATE OF OKLAHOMA    )
                     ) SS
COUNTY OF OKLAHOMA   )

BILLY C POE
TROOPER
OHP

AFFIDAVIT

dogs running loose and plus the close proximity of the residence, which I think, if it wasn't for the dog factor we could of got in, around the residence we was afraid we would be compromised by the dogs coming to us.

GORDON:    This ah, assault went at 12:30 at night,

POE:    Approximately

GORDON:    0038, why was that time picked?

POE:    It was a, any time a warrant and I'm not for certain why we come up with this time, I mean, it, say we'll do it at 12:30 or whatever, originally we planned on getting there at 1:30 with me and Rick laying on surveillance for a while, but, but we've done several deals over there and they all been daylight only warrants, you know, we always hit them just a little after 6:00, so we thought we'd change it up some and instead of being like our routine the time we always hit, (inaudible) anytime warrant to go ahead and hit them early in the morning instead of in daylight.

GORDON:    Based on your previous experience with drug houses cause obviously you've hit a few, do you think 12:30 at night is a pretty good time to hit a drug persons house.

POE:    It's just as good as any other time.

9

KEB201610

STATE OF OKLAHOMA      )
                       )SS
COUNTY OF OKLAHOMA     )

BILLY C POE
TROOPER
OHP

AFFIDAVIT

GORDON:    Ah, did you all see any lights on in the house, when you, as you rolled up?

POE:    I think, I think I remember seeing lights when we pulled up.

GORDON:    You know what type of vehicles they used to conduct surveillance.

POE:    No.  The only surveillance I know ah that was, know how it was conducted was ah, ah, I guess Buddy and Raymond maybe, one or the other or both in the airplane, (inaudible) pictures and that's what we were shown, this (inaudible).

GORDON:    You know if Buddy Hamilton ever fired any rounds?

POE:    No, not that I know of.

GORDON:    You ever see his gun in his hands?

POE:    Yes.  He had his gun in his hand when I went on the porch, then Raymond when he was taking him out, Buddy still had his gun, Raymond took his gun from him, took him out.

GORDON:    Trooper Poe, can you think of anything else that might help me conclude my investigation of the events in Sallisaw on

10

KEB201611

STATE OF OKLAHOMA    )                    BILLY C POE
                     ) SS                 TROOPER
COUNTY OF OKLAHOMA   )                    OHP

AFFIDAVIT

September 24th?


POE:      No.  Not right off hand.


GORDON:   Sir,  with  your  permission,  we'll  turn  off  the  tape.

11

KEB201612