# EXHIBIT 14

## DISCIPLINARY INTERVIEW ADVICE OF RIGHTS

I understand that I am being questioned as part of an official investigation of the Oklahoma Department of Public Safety and will be asked questions specifically directed and narrowly related to the performance of my official duties or fitness for office. I also understand I am entitled to all the rights and privileges guaranteed by the laws and the constitution of this state and the Constitution of the United States, including the right not to be compelled to incriminate myself. In addition, I understand if I refuse to testify or to answer questions relating to the performance of my official duties or fitness for duty, I will be subject to departmental charges which would result in my dismissal from the Oklahoma Department of Public Safety. If I do answer, neither my statements nor any information or evidence which is gained by reason of such statements can be used against me in any subsequent criminal proceeding. However, these statements may be used against me in relation to subsequent departmental charges.

Signature of Affected Employee

STATE OF OKLAHOMA    )
                     )
COUNTY OF _Oklahoma_ )

Witnessed before me this _2nd_ day of _Sept_ , 19 _99_

NOTARY PUBLIC

My commission expires:

_12/18/2001_

105



DEFENDANT'S EXHIBIT 8

00000910
00000910
KEB203641

STATE OF OKLAHOMA    )
                     )SS.
COUNTY OF OKLAHOMA   )

I, Kerry Pettingill, of legal age, being first duly sworn upon oath, deposes and states.

That the facts, events and circumstances contained in the attached narrative statement are accurate, true and correct to the best of our recollection, knowledge, information and belief.

_____
KERRY PETTINGILL

SUBSCRIBED AND SWORN to before me, a Notary Public, this

_____ day of _____, 1999.

_____
Notary Public

My Commission expires:

_____

KEB203642

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA   )

KERRY PETTINGILL
1LT
OHP

AFFIDAVIT

This is 2Lt Paul Gordon #67 of the Internal Affairs and Special Investigations Division of the Department of Public Safety, Oklahoma Highway Patrol. Today's date is 11-02-1999. The time is 2:55. I am at the Internal Affairs office, 3600 Martin Luther King at the Department of Public Safety. Present in the room with me is 1LT Kerry Pettingill.

GORDON:    Lt Pettingill, are you aware that our conversation is being recorded and may be reduced to a typed sworn affidavit for your signature at a later date?

PETTINGILL:    Yes I am.

GORDON:    Is this conversation being recorded with your permission?

PETTINGILL:    Yes it is.

GORDON:    Sir, I have handed you the Disciplinary Interview Advice of Rights, ah, could you please read that out loud for me?

PETTINGILL:    I understand that I am being questioned as part of an official investigation of the Oklahoma Department of Public Safety and will be asked questions specifically directed and narrowly related to the performance of my official duties or

1

KEB203643

STATE OF OKLAHOMA )
)SS
COUNTY OF OKLAHOMA )

KERRY PETTINGILL
1LT
OHP

AFFIDAVIT

fitness for office. I also understand I am entitled to all the rights and privileges guaranteed by the laws and the constitution of this state and the Constitution of the United States, including the right not to be compelled to incriminate myself. In addition, I understand if I refuse to testify or to answer questions relating to the performance of my official duties or fitness for duty, I will be subject to departmental charges which would result in my dismissal from the Oklahoma Department of Public Safety. If I do answer, neither my statements nor any information or evidence which is gained by reason of such statements can be used against me in any subsequent criminal proceeding. However, these statements may be used against me in relation to subsequent departmental charges.

GORDON: Okay sir, would you please sign where it says signature of affected employee and date it for me sir. Thank you sir. Sir, can you please state your complete name?

PETTINGILL: Kerry Lee Pettingill.

GORDON: Can you please spell you last name for me.

2

KEB203644



STATE OF OKLAHOMA )  
)SS  
COUNTY OF OKLAHOMA )

KERRY PETTINGILL  
1LT  
OHP

AFFIDAVIT

PETTINGILL:   P E T T I N G I L L

GORDON:   Can you give me your date of birth sir?

PETTINGILL:   ███████████

GORDON:   And your social security number?

PETTINGILL:   ███████████

GORDON:   How long you been on the patrol?

PETTINGILL:   Ah, 17 ½ years.

GORDON:   Where are you currently assigned?

PETTINGILL:   Ah, I'm currently commander of tactical teams and bomb squad.

GORDON:   Ah, is that here in Oklahoma City sir?

PETTINGILL:   Yes it is.

GORDON:   Are you on the Tac Team itself sir?

PETTINGILL:   I'm commander of the team, yes.

3

KEB203645

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA   )

KERRY PETTINGILL
1LT
OHP

AFFIDAVIT

GORDON:    And so your assigned position would be the Commander and can you tell me what the Commanders duties are.

PETTINGILL:    Overseeing any and all operations or potential operations to ah, decide, assist the Chief's office in deciding whether or not activation should take place.  To oversee training, and make sure training takes place as well as procuring equipment and ah, other items that may be necessary for the tactical units to carry out their duties.

GORDON:    You have anybody that assists you with that?

PETTINGILL:    Ah, in addition to the Commander there are two assistant commanders.

GORDON:    And who are they?

PETTINGILL:    2LT Jim McBride and 2LT Mike Holloway.

GORDON:    Okay now, any one of the assistant commanders in your absence could they step into your position?

PETTINGILL:    Yes.

GORDON:    Can you tell me what happened at 0038 on September 24, 1999, from the time that you got off the Interstate.

4

KEB203646

STATE OF OKLAHOMA    )
                     ) SS
COUNTY OF OKLAHOMA    )

KERRY PETTINGILL
1LT
OHP

**AFFIDAVIT**

PETTINGILL:    Ahem, we got off the Interstate at Dwight Mission Road, went probably quarter to half a mile north of the Interstate and met with several members of the Task Force, DEA's Task Force and also the District Attorney's, District 27 ah Drug Task Force. Ah, I met specifically with Clint Johnson and ah, Frank Lloyd with D.A.'s Task Force and Diane Barker-Harrold, who is the District Attorney for District 27. They ask how they wanted, how I wanted them to proceed in following us to the residence of Kenneth Barrett who we had a day or night no knock search warrant that we were there to execute. Because there were so many people there, I anticipated probably half a dozen, no more than eight individuals ahem when I got off the Interstate, I counted as I drove by 12 individuals and that was just as I was driving by, what I could count, I didn't get a full head count as far as who all was there, but because there was so many people and so many different vehicles I told them that I would prefer for the Tactical Team to go ahead and for them to delay in following us for two minutes. Ah, my thoughts on that were in the past we ah, we served many of these warrants ah, search warrants, usually we don't have arrest warrants but we go ahead and secure everybody in the residence for our safety and theirs and the longest that it's ever taken us was 20 seconds to clear a house and secure everyone inside and ah, my thoughts were we'd have everybody secured and ah in the front yard by the time they got there, and we could turn those people over to them and we could be on with our business, so I ask for a two minute delay. Ah, we got back in our vehicles and ah started

5

KEB203647

STATE OF OKLAHOMA )           KERRY PETTINGILL
                 )SS                   1LT
COUNTY OF OKLAHOMA )           OHP

### AFFIDAVIT

toward the house, they agreed to that, that that's what they would do. We ah, the way we were approaching was ah Trooper Hamilton, who is an assistant team leader, I had designated him as the team leader for this operation due to the fact that the East Team leader, Trooper Roger Lee, was out of state on vacation. And because it was Buddy's area and he had been doing some preliminary on this deal for us, ah, I told him he'd be the team leader so he was in the lead vehicle with Trooper Eales, followed by second vehicle, Trooper Greninger and Trooper Manion and then the third vehicle was ah Trooper Hash, who had a DEA Task Force officer ah, Danny Oliver with him and then ah, Trooper Hise was in his vehicle and he had ah, Trooper Poe and Trooper Darst in the vehicle with him and them I was the fifth vehicle with ah, 2LT McBride in the vehicle with me. As we made our approach to the residence, ahem, the gate to the ah house that we were going to execute the warrant on, we knew that it was double chained so we wouldn't be able to take time to cut it so the plan was for the front three vehicles to go past that residence and ah go through a wash-out, we thought it was a wash-out, ah, and then over to the side of the residence where they would exit their vehicles and make the entry. The fourth vehicle was to stop at the gate ah, and I was to pull into the driveway at the house immediately to the ah, west of Barrett's residence so that if, if he were to run from the residence to his Mother's house, which was the first house ah, west, we would either one, be able to intercept him or we knew that we had a ah, felony arrest warrant for him and if we could identify him going into the

6

KEB203648

STATE OF OKLAHOMA )
                  )SS
COUNTY OF OKLAHOMA )

KERRY PETTINGILL
1LT
OHP

**AFFIDAVIT**

residence then we could pursue him into that residence and apprehend him. As, so there was a separation between the first three vehicles, the fourth vehicle and my vehicle so that we would all arrive at the same time, having vehicles parking in the front as the other vehicles were still on their approach. So as the other vehicles started across the creek area, which I called it a wash-out earlier, it turned into be more of a creek but as they were crossing it we were arriving at the gate and the driveway. The vehicle directly in front of me, Trooper Hise stopped at the gate, I pulled into the driveway, as I was pulling into the driveway ah, Lt McBride was, strobe lights on the visor, he was initiating those and I was supposed to hit the panel to turn the other hidden lights on my vehicle on, however I saw someone walking across the yard. On the west side of the house, ahem, there were some lights on in the house so I saw their head as they walked by on the exterior. So, I was driving with my left hand instead of hitting the light, I grabbed, I have a lapel mike for my tac radio, I ah keyed it up with my right hand and started calling out to the units that there was, there was movement in the yard, that I have a suspect in the yard. Ahem, probably before I ever got off the air shots were being fired, ahem I exited my vehicle and went to the front of it and by the time I got there I was, ah Trooper Greninger was on the air saying that we had a Trooper down, I went to a line of cars that was on the west side where I saw a Trooper and it turned out to be Trooper Darst, I went to him because there was somebody down on the ground in front of him, it turned out to

7

KEB203649

STATE OF OKLAHOMA )
)SS
COUNTY OF OKLAHOMA )

KERRY PETTINGILL
1LT
OHP

AFFIDAVIT

be the person that was in the yard, which was later identified as Toby Barrett. Ahem, so I left him and went to the back of the vehicles where I saw one of the Trooper laying down, face down on the ground, went to him and ah, tried to identify who it was and ah, recognized that it was Trooper Eales and he had considerable amount of bright red frothy blood and it looked like other particles were in it probably lung and ah, he was having difficulty breathing, I rolled him on his side and attempted to clear his mouth, I was unable to do that ahem, I wanted to make sure that Troo, ah, 2LT McBride was on the air calling for assistance so I made my way, someone else, I think it was Trooper Greninger showed up at the back of the vehicle and then I went ahead and left cause there was somebody there with Rocky, I went ahead and went back toward my vehicle ah, McBride was on the air, on the radio talking to Muskogee Headquarters advising them that we did have a Trooper down and requesting net 10-63 to us and ah, also requesting a Mediflight Helicopter. I, for whatever reason, I ah, got in on the driver's side of my vehicle and drove it around because I saw Trooper Hise crash the gate, so I drove my car through and the, my thought process at the time was I knew I was gonna be over there and not in that yard and I did not want to leave that vehicle unattended. And that the other residences around, the house where I was parked was a Barrett and the house directly west of it was a Barrett and I just didn't want to leave the vehicle there unattended I had other weapons and things in the vehicle that I just couldn't feel safe leaving it there. So I went ahead and

8

KEB203650

STATE OF OKLAHOMA    )                          KERRY PETTINGILL
                     )SS                        1LT
COUNTY OF OKLAHOMA   )                          OHP

AFFIDAVIT

moved the vehicle around into the driveway of Kenny Barrett's where the gate had been opened by ah Trooper Hise driving his vehicle through it. Ah, at ah, some point and time, I got back over to where Rocky was and this is the second time, I have to go back, prior to going back to my vehicle I had told ah, Greninger to get Rocky loaded. We have a (inaudible) officer down rescue plan that we use one of the vehicles and we had two Broncos there and they had both been designated as ah rescue vehicles, so if somebody was down we would load them in it and go with them. Ahem, told him to go ahead, told him to load em, get him out of there, by the time I got back, he was still there, they were still working on him and I told them again to get a vehicle over here and get him loaded and get him out of here ah, that's when I noticed that the deputies and the task force people were arriving and there were numerous vehicles and they were blocking the road, so I ran out to the road and told them to clear the road because we had an officer down. I went back to where Rocky was and ah Clint Johnson, who's an EMT and ah, Sheriff Doss from ah Cherokee County, she's a registered nurse and both of them arrived with me right about the same time back up to where Rocky was. Then Gene Hise, Manion, Sheriff Doss, and Clint Johnson grabbed Rocky and got him in the back of Trooper Greninger's vehicle, Trooper Hise got in the front and started driving off. Ahem as they were leaving, Troopers Greninger, Manion and Poe, Poe had moved up from the gate area whenever they moved the vehicle up and he was, he was covering the front of the house while we were at the back of this vehicle. Once Greninger's

9

KEB203651

STATE OF OKLAHOMA        )
                         )SS
COUNTY OF OKLAHOMA       )

KERRY PETTINGILL
1LT
OHP

AFFIDAVIT

vehicle left, I believe this is how it happened, once the vehicle with Rocky left then Manion, and Greninger, Poe and ah, task force officer Oliver went into the residence to clear the residence and secure it and to be sure that there was no one else inside. I started back to my vehicle to ah, to start making, I think was going back over there to make a phone call to ensure that the duty officer was being notified and that Captain Harris was being notified, my Captain. Ahem, that's, before I got back over to my vehicle Greninger called on the radio again and said that Trooper Hamilton had been shot, so I turned and went to them and met them as they were coming off the porch, Trooper Hamilton had blood on his face and on his around his left eye and shoulder, left shoulder area and ah, Trooper Greninger had Trooper Hamilton's weapon in his hand, his handgun in his hand, he said "this is his gun, what do you want me to do with it", I said "just lay it on the porch", I said "has it been fired", "I don't know", said "just lay it on the porch, leave it there" and of by this time the other guys had come out of the house and said it was secure, that's how come I said to go ahead and leave the gun on the porch. Ah, we started back toward the vehicles and ah they were out in the roadway with Buddy and I told Raymond, somebody said something about an ambulance, I said "forget the ambulance" I probably didn't say those words, but I said "forget the ambulance", I said "just get him in a car and get him out of here and so he was, Raymond took him, Greninger took him to one of the Sheriff's deputies cars and loaded him and the deputy transported him to the hospital. By this time I was again

10

KEB203652

STATE OF OKLAHOMA ) )SS COUNTY OF OKLAHOMA )

KERRY PETTINGILL
1LT
OHP

AFFIDAVIT

on my way back to my vehicle when I noticed somebody started to pick something up in the yard, cause everything was really had settled down quite a bit at that time. At that moment it was very quiet for whatever reason and I noticed somebody bent over starting to pick something up I called out to them not to pick anything up, not to load any magazines, to secure all their weapons to leave everything where it was at, went to my vehicle retrieved some crime scene tape and Lt McBride and I, McBride actually took the crime scene tape from my hand and went over and tied it over on the porch and he and I walked together as he lied out the line and then as we made it back to our vehicle the ah, McBride got a sheet of paper and signed off on the crime screen saying what time he had roped it off and signed off on it. Kenneth Barrett was on the east side of the house, two deputies and the Sheriff were with him maintaining him, ah, there had been an ambulance called already, actually one was already responding decision was made that they would go ahead and have it come to the scene to ah, transport him. Ah, I made my notification to Captain Harris, and that's about it, I mean, there's a lot in there and I think, I start thinking back there's probably a lot I left out and as, like as we were pulling up I saw the guy in the yard and before I got off the radio there was gunfire and ah, it sounded like to me automatic gunfire because it was so rapid, but I recall looking at towards where the gunfire was coming from, it was coming from the front of the house and there was a porch area there, but I couldn't see anybody, there was just a great deal of smoke and ah, I could see muzzle flashes ah coming

11

KEB203653

STATE OF OKLAHOMA )                          KERRY PETTINGILL
                  ) SS                       1LT
COUNTY OF OKLAHOMA )                         OHP

AFFIDAVIT

from, first I thought the fire was coming from out people, but then I saw the muzzle flash and could see that it was coming from the residence or porch area and then occasionally I could see either glass or brass, I don't know what it was that was flying and ah that was as I was making my way towards ah where Trooper Darst was and I can't tell you when the weapons fire stopped.

GORDON:       On the ah, where the suspect Kenny Barrett was at, was he elevated up above the vehicle?

PETTINGILL:   Yes.

GORDON:       So, do you know if he was standing or laying down?

PETTINGILL:   I never saw Kenneth Barrett until he was secured.

GORDON:       You never actually saw the person shooting

PETTINGILL:   There was so much smoke, I couldn't even see a silhouette of a person.

GORDON:       Did you fire any rounds during the confrontation yourself?

PETTINGILL:   I did not.

12

KEB203654

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA   )

KERRY PETTINGILL
1LT
OHP

AFFIDAVIT

GORDON:        Did you assist in taking the suspect Kenny Barrett into custody?

PETTINGILL:    No.

GORDON:        Okay, so that was out Troopers

PETTINGILL:    Physically, Trooper, once he was shot in the house Trooper Hamilton saw him fall to the, to the floor, Trooper Hamilton ran up on the porch and into the residence and grabbed Barrett and drug him onto the porch from the inside of the residence, that's when two of three other Troopers grabbed, grabbed him and drug him into the yard, ah, they handcuffed him there and ah, did a pat down search and Trooper Manion found a handgun in Barrett's waistband and pulled it from his waistband and just kind of threw it away from his body and we left it laying in the yard, ah, I mean, our guys physically took him into custody but once the other deputies and everybody started arriving, the deputies, the Sheriff and two deputies took over maintaining control of Kenneth Barrett, Trooper Darst maintained control over Toby Barrett, ah until we had people there and I think he actually took him to the road area where he turned Toby Barrett over to a deputy. Ahem, I, I don't know, I, I, I believe in my mind that the Sheriff and them were there taking custody of Kenneth Barrett just prior to the team members going into the residence to secure it and ensure nobody else was there, and then he was drug from that area by the

13

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA   )

KERRY PETTINGILL
1LT
OHP

AFFIDAVIT

Sheriff's deputies, I think, cause he was in the front, just in front of the vehi, not in front of the vehicle, but to the, between the porch area and the first Bronco, which was the Bronco they out at, he was between the porch and that Bronco lying face down on the ground, handcuffed and ah, and then the next time I saw him he was on the east side of the house, that's when 2LT McBride and I were laying out the crime scene tape and the Sheriff and two deputies were with him at that time.

GORDON:    Did you know what the suspect looked like prior to the forced entry.

PETTINGILL:    No.

GORDON:    Did they not have any pictures of him?

PETTINGILL:    Nope. Ahem, Kenneth Barrett had been arrested prior to this, we checked with Sequoyah County, they had no photographs even though he had been arrested and was ah, had a felony warrant for failure to appear for a jury trial, or ah, unlawful distribution or unlawful deliver of a controlled dangerous substance, ah, they had no photographs and we received a story that ah it was a different Sheriff back when that occurred and it was a backdoor type deal he was brought in, his lawyer came up and got him out before he was ever really processed into the jail, I can't verify that, that's just the story that was related to me.

14

KEB203656

STATE OF OKLAHOMA      )                          KERRY PETTINGILL
                       ) SS                       1LT
COUNTY OF OKLAHOMA     )                          OHP

                              AFFIDAVIT

GORDON:        Did you know how many suspects were in the house or on the property at the time of the forced entry?

PETTINGILL:    Well, we really never did a forced entry ahem, as the vehicles were rolling up they started receiving the gunfire.

GORDON:        Right, I mean, okay, prior to the attempt

PETTINGILL:    and the front door was open, we didn't kick a door, we didn't do, there was no forceful, so, I mean, we never know how many people is gonna be in a house, we always go on the assumption there could be ah, one or there could be twenty,

GORDON:        Right, I mean was there any intelligence indicating how many there was?

PETTINGILL:    No.  We we told occasionally his son is there, ah, we were told that Barrett was a recluse and never left the residence, ahem that he would probably be there, there were times when other dopers would show up cause he was supposed to be a distributor of drugs, he wasn't supposed to be a cooker, ahem, it was more like he had, everybody was afraid of Barrett so, they would take their, they would cook the dope and take it to him and he'd sell it because nobody would go up there and mess with him and ah, so we didn't know at the time that we hit the house whether Barrett would be alone or whether a carload of people had brought

15

STATE OF OKLAHOMA    )
                     ) SS
COUNTY OF OKLAHOMA   )

KERRY PETTINGILL
1LT
OHP

AFFIDAVIT

some stuff over, I mean anything was possible.

GORDON:    Did you know how many and what type of weapons were in the house?

PETTINGILL:    No, just, actual I don't, I don't know. Ah, we were told prior to this that Ken Barrett had numerous handguns, that he had a handgun in almost every room and he generally had a handgun on him. Ah, there had been talk about ah, a rifle but the CI that was working with the Task Force ah, said he had not seen one, so all we were going on was there was a possibility of more, we, we understood there were handguns there according to the confidential informant, but ah, the actual types or how many we didn't have a sure number.

GORDON:    Did you ever get an opportunity to talk with the CI?

PETTINGILL:    No.

GORDON:    Were you advised of the suspects threats against law enforcement officials?

PETTINGILL:    Yeah, I'd been told that he was ah, a bad ass and that he had threatened to kill law enforcement officers before, that there was an incident a few years back, or several years back where ah, he had an incident where he was ah, ended up barricading

16

KEB203658

STATE OF OKLAHOMA )                 KERRY PETTINGILL
                )SS            1LT
COUNTY OF OKLAHOMA )               OHP

## AFFIDAVIT

himself or something and ended up shooting himself. Ah, so, you know, deals like that you have to weigh it from, you know, from past actions, he was a big talker, had an opportunity at that time, ended up shooting himself, so his past actions were that, maybe he would shoot, but who's he gonna shoot, is he gonna shoot at us or is he gonna shoot himself, or what's he gonna do, so it was one of those situation where we knew there was a strong potential for some kind of violence.

GORDON:    Did you know who provided the intelligence for the mission to the Tac Team?

PETTINGILL:    Yes, ah, Clint Johnson and ah, Floyd,

GORDON:    Frank Floyd

PETTINGILL:    Yeah, whatever his name is, that ah, task force, supposed to be the District Attorney's Task Force, supposed to be District Attorney's Task Force officer.  We'd worked with them on numerous occasions ah serving warrants and most times they provide reliable information ah, this time, it was just very limited information.

GORDON:    Did you think the intelligence was okay for this mission?

17

KEB203659

STATE OF OKLAHOMA    )
                     )SS                    KERRY PETTINGILL
COUNTY OF OKLAHOMA   )                      1LT
                                            OHP

AFFIDAVIT

PETTINGILL:    Yes.  We knew that he was a bad guy and ah, they had a ah, no knock, day or night search warrant for the residence, there was a potential for the drugs to be at the residence and they had to be, they had secured the warrant on Monday, we had ah, done a fly over on Wednesday, we arrived on Thursday hitting early Friday morning ah, I felt that ah, with the information we had yeah, I mean, we didn't have the information that he ah, had been out a couple of weeks before driving around and gotten in a chase, we didn't have that information, still the same, we've done it the same way just for the fact that it was we weren't there after Kenny Barrett, we were there to execute a search warrant, and if Kenny Barrett was there we could arrest him because we had an arrest warrant for him, if he wasn't there, no big deal, we were there to serve a search warrant.

GORDON:    Ah, did the Tac Team conduct surveillance?

PETTINGILL:    No, well, I say no, yeah we did.  We did a fly over, aerial reconnaissance on ah, Wednesday and Thursday, I sent ah, Hamilton, Greninger and Manion into the area in an unmarked vehicle to see if they could tell anything from the ground, what type of differences, aerial stuff is a lot different from actually being on the ground and ah, they came back and said it was nothing like the aerial photographs, what we were thinking it was, that ah, the ah, we had talked at first about putting ah an observation, listening type team on the ground, ah, and serving them and putting them in

18

KEB203660

STATE OF OKLAHOMA    )
                     ) SS
COUNTY OF OKLAHOMA   )

KERRY PETTINGILL
1LT
OHP

AFFIDAVIT

a couple of hours before our arrival ah, but once they did their drive around in the area, they came back and said there's no way they were gonna be able to put them in, it's just gonna be too dangerous with the number of people that live in the area. The intelligence that we received was that all the people in that immediate area are either related to Kenneth Barrett or they are friendly with Kenneth Barrett and ah, if we put two people on the ground we were gonna have to stay in the area, we'd have to have another vehicle in the area and to have a strange vehicle in that small of an area with that many people living there, for a two hour time period would draw too much attention to us and ah, we just felt that it was, it was more of a risk to put them in than it would be for us not to have the people in place for that time period.

GORDON:        You know what type of vehicles were used to conduct surveillance on the residence, wither by the Tac Team or by the County?

PETTINGILL:    I don't know what the County used if they did any, as far as whenever they were in there in that immediate area, ah, the vehicle that we used was a, '95 Ford Bronco and ah, solid white, tinted windows and ah, they took the antennas off of it whenever they went through so it wouldn't draw attention to the antennas.

19

KEB203661

STATE OF OKLAHOMA    )
                     ) SS                    KERRY PETTINGILL
COUNTY OF OKLAHOMA   )                       1LT
                                             OHP

AFFIDAVIT

GORDON:    Do you know if when they ran surveillance did they in fact see anybody in or around the

PETTINGILL:    They saw two people, if I remember correctly, but because we didn't have any information or a picture of Barrett, they didn't know if it was Barrett or not.

GORDON:    Ah, do you know why, on Hamilton's vehicle, why the interior lights we activated or not deactivated?

PETTINGILL:    No.    I mean, see he started shooting at em as he was coming through on the approach, so he'd of had headlights facing him and only time the lights would of been on would of been when they were getting out of the vehicle and that was after, Hamilton had a flash bang in his left hand as they were on their approach and cause as he was getting out he was gonna do this, be the distraction while the other team members got on the porch, ah, he found a moment in time to pull the pin throw it out of the vehicle towards the residence, it went off and that's when he was able to exit the vehicle, ahem, and it wouldn't of been until one of the doors opened that the light inside the vehicle would of come on, but ah, I mean I don't know, that's not our deal, you know I guess the garage does that or whatever, I don't know.

GORDON:    Can you think of anything else that might help me conclude my investigation of the events that occurred in Sallisaw

20

KEB203662

STATE OF OKLAHOMA    )                        KERRY PETTINGILL
                     )SS                      1LT
COUNTY OF OKLAHOMA   )                        OHP

AFFIDAVIT

on September 24, 1999?

PETTINGILL:    I can't think of anything, I know I'm probably leaving some things out, you know, it not, it's just that so many things happened in a short amount of time, I couldn't tell you how long the whole thing transpired, ah, I, I think I covered a lot of specific points but there could be small things that you know, I'm not recalling right now, but ah, like I said a lot of things happened in a very short amount of time and I think we covered most of it, our planning as far as the ah, the raid was concerned, we had a ah, we had a small makeshift models that one of the task force agents had made of the residence and ah, we spent two to three house at Camp Gruber in a building over there, we had the floor plan laid out, walls built with tables and chairs, those type of things, practicing entry where everybody was gonna go, and what everybody was gonna do, it got to the point we weren't able to execute our plan because he started shooting before we ever got there,

GORDON:        Sir, it's approximately 3:33, with your permission, I'll turn off the tape sir.

21

KEB203663