# EXHIBIT 15

STATE OF OKLAHOMA    )
                     )SS.
COUNTY OF OKLAHOMA   )

I, Danny Oliver, of legal age, being first duly sworn upon oath, deposes and states.

That the facts, events and circumstances contained in the attached narrative statement are accurate, true and correct to the best of our recollection, knowledge, information and belief.

_____
DANNY OLIVER

SUBSCRIBED AND SWORN to before me, a Notary Public, this

_____ day of _____, 1999.

_____
Notary Public

My Commission expires:

_____

KEB203541

STATE OF OKLAHOMA    )
                     )SS          DANNY OLIVER
COUNTY OF OKLAHOMA   )             DEA

AFFIDAVIT

This is 2Lt Paul Gordon #67 of the Internal Affairs and Special Investigations Division of the Department of Public Safety, Oklahoma Highway Patrol.  Today's date is 11-08-1999.  The time is 10:45 AM.  I am at the Internal Affairs Office at 3600 Martin Luther King.  Present in the room with me is Mr Danny Oliver with the DEA.

GORDON:   Mr Oliver, are you aware that our conversation is being recorded and may be  reduced to a typed sworn affidavit for your signature at a later date?

OLIVER:   Yes sir, I am.

GORDON:   Is it being recorded with your permission sir?

OLIVER:   Yes sir, it is.

GORDON:   Thank you.  Ah, Mr Oliver could you please state your complete name for me.

OLIVER:   Danny L. Oliver.

GORDON:   Sir, could you ah, spell your last name?

OLIVER:   O L I V E R

1

KEB203542

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA    )

DANNY OLIVER
DEA

AFFIDAVIT

GORDON:    Could you give me your date of birth?

OLIVER:    ████████

GORDON:    And your social security number.

OLIVER:    ████████

GORDON:    Sir, what is your current job, where are you currently employed at?

OLIVER:    I work out of the DEA office out of McAlester.

GORDON:    Now do you work directly for the DEA or are you on a Task Force sir?

OLIVER:    I'm a DEA Task Force Officer,

GORDON:    Okay

OLIVER:    employed through the Cherokee County Sheriff's office.

GORDON:    Cherokee, and then the DEA pays your salary?

OLIVER:    Partial.

2

KEB203543

STATE OF OKLAHOMA    )                              DANNY OLIVER
                     )SS                            DEA
COUNTY OF OKLAHOMA   )

AFFIDAVIT

GORDON:  What are your specific duties associated with the Task Force?

OLIVER:  I'm a Drug Task Force Officer, I work mainly drugs in the McAlester District, 20 plus counties and ah, mostly it's drug interdiction cases ah, and warrants.

GORDON:  And warrants, ah, have you ever had an opportunity to work with the ah East Tac Team sir, of the Oklahoma Highway Patrol?

OLIVER:  Yes sir, I have.

GORDON:  You used to be on the Oklahoma Highway Patrol, weren't you sir?

OLIVER:  Yes sir, retired April of '99.

GORDON:  How many years did you spend on the Patrol sir?

OLIVER:  Twenty-eight.

GORDON:  Twenty-eight years.  Did you have any association with the Tactical Team at that time?

OLIVER:  Yes sir, I was a Tactical Team member for a period of 15 years.

3

KEB203544

STATE OF OKLAHOMA  )                         DANNY OLIVER
                   )SS                       DEA
COUNTY OF OKLAHOMA )

AFFIDAVIT

GORDON:   Which team were you on sir?

OLIVER:   East Team.

GORDON:   East Team.   Ah, sir since you've retired from the Patrol have you had any association with the East Tac Team?

OLIVER:   Yes sir, I have.

GORDON:   How about, I should say, official contact with the East Tac Team?

OLIVER:   Yes sir.

GORDON:   Okay, can you tell me what kind of contact that was?

OLIVER:   Ah, yes I ah, in different times I've assisted with training at one time I assisted in the running of a felony drug warrant.

GORDON:   Would that of occurred on September 24th, at approximately 0038 in the morning sir?

OLIVER:   Yes sir.

GORDON:   Could you please tell me what happened ah at 0038 on

4

KEB203545

STATE OF OKLAHOMA    )                          DANNY OLIVER
                     ) SS                       DEA
COUNTY OF OKLAHOMA   )

                            AFFIDAVIT

September 24, 1999 and where it was at, where this took place at.

OLIVER:    Yes, ah, going back just a few hours before the issuance or execution of a warrant I arrived at Camp Gruber, Braggs, Oklahoma, with the East Tac Team, ah, we was at that point and that's where they were actually staying, the staging point for this for this mission.  I hooked up with them there, I had been tied up the three days before teaching a rifle, long range rifle school for Adair County.  I had known about the, a warrant was going to be served I was called Sunday night prior to that late by ah, Task Force Officer Johnson out of ah LeFlore County and ask to assist in ah tactical operation in issue of this drug warrant.  I told him at the time I couldn't because I was already obligated on this three day rifle school, me and Trooper Barry Clay, teaching it.  And I ah, one person couldn't teach it so I had to help him, which I did, I arrived at Gruber approximately 1600 hrs on that Thursday, the 23rd, I believe it was.  When I arrived ah, part of the Tac Team was there, course I talked to them, part of them were doing their drive by surveillance on the target we were gonna hit, they got back we all went to eat, ah most of us, I think a few of them didn't go eat, we went over to a cafe close there, south end (inaudible) come back caught the at 1930 hrs had a briefing ah, I listened to the briefing of about what was to take place, listened to the operations order ah, listened to, (inaudible) residence we were taking, listen to information got by recon.  Trooper Buddy Hamilton

5

KEB203546

STATE OF OKLAHOMA    )                    DANNY OLIVER
                     )SS                  DEA
COUNTY OF OKLAHOMA   )

AFFIDAVIT

was ah as team leader, he was assistant, is an assistant team leader on East Tactical Team, Trooper Roger Lee was ah, not present for that mission so Trooper Hamilton was acting team leader at that time, and he was doing the briefing. Ah tactics were discussed ah, I overheard the whole conversation being familiar with tactics and tactical, seeing the experience I had I didn't ah circumstances the best tactic were discussed, planned and we were going to be put forth in an operation that were available at that time. Ah, few of them laid down ah, got a little rest, most of us just stayed up and talked, talked about old times and what was going on and how everybody was doing. We left Camp Gruber area approximately 12:00. Trooper Hamilton had called Officer Johnson, think Johnson was Task Force, DA's Task Force him and the Sheriff's Department, Sequoyah County Sheriff's Department were to meet us under the ah bridge overpass bridge at I-40 and Dwight Mission Road at 12, or at 0030 on the 24th; we were to meet there and from that location we would go forth and ah, do the warrant. We pulled off the interstate, I looked at my watch it was approximately ah, 0020, first thought to hit my mind was you know, we're early and I'm, I'm worried about sitting there waiting on someone (inaudible) marked unit in that area, all of Sequoyah County has a lot of drug traffic, and I didn't know, one of my biggest worries sitting there in that marked unit was somebody come by maybe know this person, go up and have a leak there. Fortunately when we pulled in everybody was there, District Attorney's office was there ah, Sheriff was there, Sequoyah County, Cherokee County Sheriff was there, bunch of

6

KEB203547

STATE OF OKLAHOMA    )                    DANNY OLIVER
                     )SS                  DEA
COUNTY OF OKLAHOMA   )

AFFIDAVIT

deputies, ah, was there from Sequoyah County also, I don't know how many but there was quite a few people there.  We pulled up and stopped and waited for approximately, got out and talked approximately 30 seconds to a minute, ah, there were going to, that group of people was going to give us two minute lead time and then they were gonna come as backup.   The lead vehicle, the first one was Trooper Hamilton and Trooper Eales in a white Bronco, full size Bronco; second vehicle was Trooper Manion, Trooper Greninger in a white full size Bronco; and third vehicle was myself and Trooper Steve Hash.   We were gonna be the entry team and ah I don't remember how the other vehicles lines up, but the rest of the team including Lt Pettingill ah was behind the first three vehicles and their job was outside (inaudible).   Ahem, from that location approximately two miles to the target, the house we were gonna hit, we left out, didn't have not problems en route as far as any vehicle problems or traffic problems, dark of course at that time of night ah, I don't believe it was overcast, it was not raining, it was dry, temperature was probably 60 degrees.  We got close to the residence, I'd never been there, I hadn't even done a drive by recon, and I live in Sequoyah County but I've never been up that far off Dwight Mission Road, the only thing I knew was what the house looked like on, you know, the photos that had been taken. But we come up ah, I don't remember the direction but we come up, the house I believe is facing, if I'm not mistaken, facing east ah, we come up basically going north, I could be completely wrong in these directions, to the side of the house which would be the right

7

KEB203548

STATE OF OKLAHOMA    )
                     ) SS                    DANNY OLIVER
COUNTY OF OKLAHOMA   )                       DEA

**AFFIDAVIT**

side if your looking out of the front door and the entrance to the house or the driveway to the house is, was discussed in the briefing, had a steel gate across it, it had a chain wrapped around the gate and a lock.  Because of the dogs in the vicinity and so closeness of the residences around it ah, they had decided not to cut the lock, unwrap the chain (inaudible) go in there because they would be detected.  We turned left in front of the house which was a little driveway type road and as soon as we got where we could see the house, I saw that the lights was on.  Ah, we turned left, 10 or 15 yards turned left again across an entrance we had been driving across, across (inaudible) gate.  When the first vehicle cross I seen it have a little bit of problem cause I think the right rear bumper guard (inaudible) ditch which was fairly deep, course we were in a marked Ford patrol unit and I told Steve, I said "we're gonna have to gun it good, give it a lot of gas to get across there or we're gonna be stuck in that ditch.  Approximately the time the first vehicle went through the ditch I started hearing gunfire, semi-automatic, ah, rifle fire, the second one come across the ditch, I'm still hearing rifle fire and about the time we were coming across the ditch it turned to semi-automatic, I'm sorry fully automatic fire.  The first vehicle pulled up approximately to the left, if your looking out the front door to the left of the front door, the second vehicle pulled up to the ah driver's side to the right of that one and we pulled up to the right of the second vehicle, pointing to the side of the house.  We exited the car at this time, the gunfire was real heavy, first thing that hit my mind

8

STATE OF OKLAHOMA    )                    DANNY OLIVER
                     )SS                  DEA
COUNTY OF OKLAHOMA   )

                        AFFIDAVIT

at this point was someone in these front two vehicles was shooting with automatic fire instead (inaudible). I go out by the right front fender of the patrol car and I'm looking at the porch, smoke everywhere and it suddenly dawns on me the gunfire is coming out of the doorway, the smoke is still coming out. Whoever was shooting was shooting three to five round bursts, fully automatic ah, as we drove in the yard, I seen a male approximately six foot tall, I don't know what age, what color of hair, I could tell by the stature it was a male not a female, run from the, into the house which would be the right if your looking out the front door or off into the yard. Understand later it was Barrett's son (inaudible). Ah, I saw him as soon as, before we crossed the ditch, I didn't see any weapons in his hand, I didn't see anybody outside the house other than that (inaudible) before the capture. Getting back, after I exited the patrol car I seen the gunfire coming out of the house, I dove to the second vehicle as you come in, got cover on the back left corner just (inaudible) I look over to the next vehicle, which were just a few yards apart and I see a camouflage body to the right rear corner of the vehicle on the ground, face down. Ah, had camouflage on (inaudible), gunfire was still going heavy. I'd seen it was one of the Tac Team member, I didn't know who at the time. I run to him, and I seen it was Trooper Eales, Rocky wore two vests, we always (inaudible) Tac Team policy was to issue, body armor were issued and he also had a ah, I don't know where he got it, he purchased it I'm sure hisself, I know he got it some while back, probably from a arms surplus, I don't know where

9

KEB203550

STATE OF OKLAHOMA    )                           DANNY OLIVER
                     ) SS                         DEA
COUNTY OF OKLAHOMA   )

AFFIDAVIT

he got it from, it was a green (inaudible) vest and he always zipped it up twice. And when I was, (inaudible) I seen Rocky (inaudible) I looked down, I leaned over him, I grabbed him by the right shoulder cause I was gonna turn him face up, he was on his elbows, hands out in front of him, I couldn't see any blood at the time, I grabbed him and he let out a painful scream, and I said "Buddy, help's on the way, hang on", the gunfire stopped somewhat now, I turned around Trooper Hash and I believe, I'm not positive on this, Greninger was dragging Mr Barrett outside, had him by the arms, about the time I had turned around and got a good look, Trooper Hash was ah, was in a semi, handcuffing the victim (inaudible). At this time Trooper Manion had run over to Rocky, had run over to me and Trooper Hash was still on Mr Barrett and ah, he run over to me and was talking to Rocky and telling him to hold on. Trooper Greninger had went inside the Bronco and was hollering for help and I was, I was screaming, "get us some help, Rocky's down, Rocky's down" ah, seemed like it was forever , we didn't hear any response back on the radio, so I jumped out of the vehicle and I was hollering as loud as I can, "get some help, we got a man down, get some help". I got out of the vehicle, I was out of the vehicle and I turned around Greninger and Manion were working on Rocky giving him CPR and had ah, his vest back and his shirt pulled back to where his chest was visible and Rocky had blood all over is (inaudible) top of his chest and I went over to him and I cupped my hand, I wiped the blood away looking for a hole. I couldn't see any holes, I looked his head and neck over, cause I knew the blood

10

KEB203551

STATE OF OKLAHOMA   )                          DANNY OLIVER
                    ) SS                       DEA
COUNTY OF OKLAHOMA  )

AFFIDAVIT

was coming from somewhere, but I didn't think about him being shot anywhere else because he had two vests on, I figured you know, I'm looking for holes cause I know he's all right because he's got two vests on, can't be hurt with vests protecting him. I, you couldn't see no holes, about this time ah, Trooper Greninger was trying to get the back tailgate down from the first vehicle, he knocked the window out trying to open it and it wouldn't open. Ah, then he got into the second vehicle and got the tailgate down and we laid Rocky up on the tailgate, about this time ah, (inaudible) she's the Cherokee County Sheriff and she was an RN before she became Sheriff, many years as a RN in the emergency room, so she just jumped up on top of Rocky on the tailgate and started giving him CPR, Raymond told me that to drive him to the hospital, I go around and Clint Johnson, who's a Task Force Officer is in the driver's seat and by this time Trooper Hise comes around and jerks Johnson out and gets in, says he knows where the hospital is. Johnson then climbs in the back and I'm yelling at them, please don't fall off that tailgate, cause they ain't got nothing to hold. They take off, in the mean time, prior to this, ah, Trooper Hise has his patrol car run through the gate, you could tell it was a patrol car because of the lights, I turn back around Barrett, Hash is still on top of Barrett, I told Raymond and Manion, I said "we need to clear this house, don't know many people been in it" so me and him, us three go inside and clear the house. We clear the bottom floor, inside the house, you go in and it's a very small building, (inaudible) to your right as you go in there a little room and use

11

COPY

STATE OF OKLAHOMA  )
                   )SS
COUNTY OF OKLAHOMA )

DANNY OLIVER
DEA

AFFIDAVIT

the doorway to the right. Inside this doorway was a 405 full length barrel ah, Colt, looked like a Colt, could of been another brand, AR15 looking weapon. Three magazines, one in the weapon, two taped down in the weapon, and either on top, I don't remember, or underneath, they were kind of crossed, there was a 12-gauge double barrel shotgun. Ah, as I went by Barrett, there was a Smith and Wesson pistol thrown over on the ground that I understand he had in his belt, I didn't see, but I understand it. We clear the house, the bottom floor and I hollered to Raymond, I said "we need a mirror, there's an upstairs" I said "we need a mirror" so Buddy Hamilton comes in with a mirror, Buddy's bloody, his left eye, (inaudible) hanging out, there's blood all over his face and all over his left shoulder and some on his right shoulder, I didn't, first time I'd saw Buddy, you know, since we left down at Dwight Mission Road and I told Raymond, I said "get him some help, get him to the doctor now", Raymond took him out and I was standing as they put him in the car, sent him to the hospital. At this time me and Manion cleared the, the top floor, which there's nobody in it and that time we didn't see any guns up there. Once the house was clear we come back out, course by this time the Sheriff's Department, everybody was there at the house. The Sheriff's at that time took custody of this Barrett and ah, moved him from the house to the side of the house, your looking out the front door it would be the left side of the house, over by our (inaudible) course at that time ah, we got, we had gotten all the injured out and started taping off the crime scene, telling everybody, everybody

12

KEB203553

STATE OF OKLAHOMA )                          DANNY OLIVER
                  )SS                        DEA
COUNTY OF OKLAHOMA )

**AFFIDAVIT**

was telling everybody else "don't touch nothing in the crime scene, don't go back in the house, it's all clear" and then the Tactical Team kind of gathered over there in the corner and they, I don't know, probably, seemed like a long time, probably 30 minutes after the shooting they called back and said Rocky was dead and ah, we ah, we kind of hung there together till the D.A. got there and ah, I don't know how long a time it was, but they took us to ah, I think the Child Support Office there at the Sallisaw D.A.'s office and at that point in time we stayed until the next morning, we went back out to the scene and that's basically what happened.

GORDON:    Did you fire any rounds during the confrontation?

OLIVER:    No sir.

GORDON:    Ah, did you ever actually touch Kenneth Barrett during the taking when you were taking him into custody or was it just the other Troopers that were doing it?

OLIVER:    I bent down I think one and put my hand on his back.

GORDON:    Did you all know what the suspect looked like, did you have a picture of him before the forced entry was attempted?

OLIVER:    I never did see one, no.

13

KEB203554

STATE OF OKLAHOMA    )
                     ) SS
COUNTY OF OKLAHOMA   )

DANNY OLIVER
DEA

AFFIDAVIT

GORDON:   Okay.  You know how many suspects were in the house, or on the property prior to you arriving at the house?

OLIVER:   Prior information I got in briefing was one, Mr Barrett.

GORDON:   Okay, was that hard intelligence or was that just

OLIVER:   That information I got, the information (inaudible) briefing, this comes from an informant and the informant had been in there recently, and said that Mr Barrett had lived alone, and was usually there by himself, or there could of possibly been several other people there at different times.  On the drive by, surveillance, I believe the Trooper said there were two people out in the yard.

GORDON:   Did the ah, informant advise you how many and what type of weapons were in the house?

OLIVER:   Course I never did talk to the informant and the informant never did talk to us, never did talk to the Tactical Team is my understanding from information they got, but the informant talked to the D.A.'s Task Force, ah, the information that come to us from D.A.'s Task Force was that this man always had weapons.

GORDON:   Did, did they advise you about his criminal history?

14

STATE OF OKLAHOMA    )                    DANNY OLIVER
                     ) SS                 DEA
COUNTY OF OKLAHOMA   )

AFFIDAVIT

OLIVER:    Yes.

GORDON:    And about his threats against law enforcement?

OLIVER:    Yes.

GORDON:    Did they ever, I know you said the CI, but did they ever take and say ah, anything about the CI, his credibility?

OLIVER:    The only thing, ah, they said they had run several warrants off this CI and (inaudible)

GORDON:    There was an alarm, a sensormatic alarm on the back of the house, you know if the informant er did that pass during the ah ah, briefing about the alarm on the back of the house.

OLIVER:    I did not hear if it was.

GORDON:    You think the intelligence was okay for this mission?

OLIVER:    As far as intelligence (inaudible) Trooper job, ah, and the warrants that we usually do, ah, I think we, I think the Troopers, the team acted on all the intelligence they had, I don't think the intelligence was correct,.

GORDON:    Okay. During the, you were driving down the road with a

15

KEB203556

STATE OF OKLAHOMA    )                    DANNY OLIVER
                     )SS                  DEA
COUNTY OF OKLAHOMA   )

COPY

AFFIDAVIT

set of lights on, is, do you, how was the decision reached that this take place at 12:30 instead of, at night, instead of early in the morning.

OLIVER:   I don't know, that was my understanding that intelligence was left, was made ah through the Tactical Team and the Task Force.

GORDON:   Did you hear anybody voice an opinion one way or the other when they said they were gonna do it at 12:30, good or bad.

OLIVER:   Rocky said "well, let's just do it now".

GORDON:   You mean as far as "just go out and do it at 12:30".

OLIVER:   No, it was 7:30 when we did the briefing.

GORDON:   Okay, he said "just go ahead and do it"

OLIVER:   "Let's just go ahead and do it now and get it over with".

GORDON:   You know how the Tac Team conducted surveillance for this mission?

OLIVER:   My understanding they did a drive by with an unmarked vehicle, (inaudible) would be the Bronco, it may of been another vehicle, I know we had already gone to eat and they come met us, I

16

KEB203557

STATE OF OKLAHOMA    )                          DANNY OLIVER
                     )SS                        DEA
COUNTY OF OKLAHOMA   )

AFFIDAVIT

don't know exactly what, if they had ah vehicle from the Task Force or, that's something that I really don't know.

GORDON:   Based on your experience, you know being on the Tac Team 15 years obviously you've been on some deals, you think the surveillance was adequate for this particular mission?

OLIVER:   Yes.

GORDON:   Okay.  Ah, you think you all should of had a picture of Barrett?

OLIVER:   Yes.

GORDON:   Ah, been my understanding, I've never been on the Tac Team, but it's been my understanding that ordinarily the Tac Team will run surveillance for an hour or two prior to an event occurring.

OLIVER:   Yes.

GORDON:   Ah, is there any reason why that did not occur at this time?

OLIVER:   Yes, that was ah, Mr Barrett's house, you've been there cause I saw you there, Mr Barrett's house is so closely surrounded

17

KEB203558

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA    )

DANNY OLIVER
DEA

AFFIDAVIT

by residences that are kin to him, very close, his mother's house (inaudible), ah, in the Tactical Teams opinion ah, that a surveillance team couldn't (inaudible),

GORDON:    Do you hold that same opinion?

OLIVER:    Yes I do.

GORDON:    Can you think of anything else that might help me to conclude my investigation of the events that occurred in Sallisaw on September 24, 1999?

OLIVER:    No.

GORDON:    Sir, with your permission I'm gonna turn the tape recorder off at this time.

OLIVER:    Yes sir.

18

KEB203559