IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,                )
                                       )
            Movant/Defendant,          )   **DEATH PENALTY CASE**
      vs.                              )
                                       )
UNITED STATES OF AMERICA               )   NO.  6:09-cv-00105-JHP
                                       )
            Respondent/Plaintiff.      )
_____)

_____

### NOTICE OF FILING OF DECLARATION OF LEONARD POST
_____

NOTICE IS HEREBY GIVEN that Kenneth Eugene Barrett, Movant herein files herein

and herewith the Declaration of Leonard Post.  Said Declaration is filed  in support of Amended

Section 2255 Motion to Vacate, Set Aside or Correct (Doc 95), Motion to Supplement Amended

Section 2255 Motion to Vacate (Doc 95) and Supplemental Section 2255 Motion to Vacate, Set

Aside or Correct Judgment/Order and Sentence.

DATED:   March 16, 2012

Notice of Filing of
Declaration of Leonard Post                    1                    Barrett v. USA
                                                                     OKED Case No. 6:09-cv-00105- JHP

Respectfully submitted,


     /s/ David B. Autry
DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600


DANIEL J. BRODERICK
Federal Defender


     /s/ Joan M. Fisher
JOAN M. FISHER, Idaho Bar No. 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666


Attorneys for Defendant
KENNETH EUGENE BARRETT

## CERTIFICATE OF SERVICE

I declare that this Motion under 28 U.S.C. § 2255 was electronically filed on March 16, 2012 and served on:

**Christopher J. Wilson**
**United States Attorney**
**1200 W. Okmulgee**
**Muskogee, OK 74401**

**Jeffrey B. Kahan**
**U.S. Department of Justice**
**1331 F Street, N.W., Room 345**
**Washington, D.C. 20530**

$\underline{\hspace{1cm}\text{/s/ Joan M. Fisher}\hspace{1cm}}$
Signature of Movant's Attorney