# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,　　　)
　　　　　　　　　　　　　　　　)　　**DEATH PENALTY CASE**
　　　　Movant,　　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　Case No. 09-CIV-105-JHP
　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)
　　　　Respondent.　　　　　　 )

## DECLARATION OF LEONARD POST IN SUPPORT OF SUPPLEMENTAL SECTION 2255 MOTION TO VACATE

I, Leonard Post, a person over the age of eighteen (18) and competent to testify and mindful of the penalties of perjury, declares as follows:

1.　　　I am an investigator retained by the Federal Defenders Office of the Eastern District of California to assist in the postconviction investigation in the above-numbered and styled matter.

2.　　　David Autry, counsel for Kenneth Eugene Barrett and I interviewed the Hon. John Garrett at the Adair County courthouse in Courtroom One, which was otherwise unoccupied, on July 1, 2011.

3. The following is a true and correct accounting of Judge Garrett's statements to us.

A.　　Re Judge Garrett:

　　　1.　　Judge Garrett presided over two state trials brought by the state of Oklahoma against Kenneth Barrett for capital

murder in the shooting death of Trooper Rocky Eales.

2. Publicly available information shows Judge John Garrett to now be seventy (70) years of age.

2. Judge Garrett retired approximately five years ago.

B. Re: Monk Sanders

1. Judge Garrett told Clint Johnson he did not want to know who the Confidential Informant [CI] for the warrant was. At the time of the interview, Judge Garrett still didn't know who the CI was.

2. When Judge Garrett was advised that the CI was Monk Sanders, he said, "Hell you say." When asked if he knew Monk, he said that he did and that "No, I would not believe anything he told me."

C. Re: Clint Johnson

1. Judge Garrett said that Clint Johnson "was not a truthful guy and not to be trusted. We have an Oklahoma expression for someone like him. 'He'd slap you on the back and piss in your boots at the same time.' He did lots of shaky things....slime around and finagle a lot of stuff....various and sundry things...people were afraid of him, because of what he had the power to do—I like to think I wasn't—the black gown will always prevail—but other people were afraid of him and had reason to because of what he held over your head....I was always suspect of him."

2. "Johnny Philpot had been out there [Kenny's] the week before [the raid] and talked to him [Kenny]." Judge Garrett believes that Philpot testified to that. "The warrant was already good at that time.

C. Re: OHP:

1. "I wouldn't let them bring their firearms into the courtroom. They would argue that that it offered the court protection. I told them that I had two armed deputies...." He finally had to tell them "You're not going to wear your . . . guns."

DECLARATION OF LEONARD POST IN SUPPORT OF
SUPPLEMENTAL SECTION 2255 MOTION TO VACATE -2

2.    OHP officers "filled the courtroom. They were trying to intimidate a lot of people. I think they thought they were going to intimidate me."

D.    Re Kenneth Barrett:

1.    Judge Garrett advised that while presiding over the trial, he never thought Mr. Barrett was a danger. "We'd have lots of hearings. He was never anything but a gentleman in all respects. He showed me the greatest of respect[.]"

2.    Judge Garrett also said that Mr. Barrett had treated his secretary, Audrey, with the same degree of respect.

E.    Re: Echols:  Judge Garrett thinks that John Echols is the best lawyer who ever tried a case in front of him.

I declared under penalty of perjury that this three page declaration is true and correct.

Executed by me on this _15th_ day of March, 2012 in New Yourk County, New York.

_____
Leonard Post
NYS Investigator's License
#110001455413

DECLARATION OF LEONARD POST IN SUPPORT OF
SUPPLEMENTAL SECTION 2255 MOTION TO VACATE -3