# Appendix A

(Audio Tape at Crime Scene by Paul Gordon on September 24, 1999)

CD-ROM labeled "Audio Tape at Crime Scene by Paul Gordon on September 24, 1999"
submitted under separate cover for conventional filing.