# Appendix B

(Crime Scene Videotape by Paul Gordon on September 24, 1999)

DVD- ROM labeled "Crime Scene Videotape by Paul Gordon on September 24, 1999 "
submitted under separate cover for conventional filing