### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| *Defendant.* | ) | |
| | ) | |

I, the undersigned hereby declare:

I am over the age of eighteen years and am not a party to the within-entitled action. My business address is Federal Public Defender, 801 I Street, Third Floor, Sacramento, CA 95814.

On March 16, 2012, I served the within DVD-ROMs, filed as **EXHIBITS** in support of the Declaration of Paul D. Gordon pursuant to the **NOTICE OF FILING OF DECLARATION OF PAUL D. GORDON,** (Docs. 199, 199-1) to wit:

1.　　Exhibit 2, DEA Dangers of Drug Labs - Training Video (Doc. 199-3)

2.　　Exhibit 3, The Meth Lab - Training Video (Doc. 199-4)

3.　　Exhibit 4, Kitchens of Death - Training Video (Doc. 199-5)

by placing a copy in an envelope and delivering the copy addressed in the manner set forth as follows:

**Christopher J. Wilson**
**United States Attorney**
**1200 W. Okmulgee**
**Muskogee, OK 74401**

**Jeffrey B. Kahan**
**U.S. Department of Justice**
**1331 F Street, N.W., Room 345**
**Washington, D.C. 20530**

  I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th

day of March, 2012.

             _____
             Lizeth Ortiz-Sanchez