# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No. 6:09-cv-00105-JHP** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| *Defendant.* | ) | |
| | ) | |

I, the undersigned hereby declare:

I am over the age of eighteen years and am not a party to the within-entitled action. My business address is Federal Public Defender, 801 I Street, Third Floor, Sacramento, CA 95814.

On March 16, 2012, I served the within DVD-ROM and CD, filed as **APPENDICES** to the **SUPPLEMENTAL MOTION TO VACATE, SET ASIDE OR CORRECT A JUDGMENT, ORDER AND/OR SENTENCE UNDER 28 U.S.C. § 2255** (Doc. 201-1) to wit:

1.  Appendix A - Audio Tape at Crime Scene by Paul Gordon on September 24, 1999 (Doc. 201-2)

2.  Appendix B - Crime Scene Videotape by Paul Gordon on September 24, 1999 (Doc. 201-3)

by placing a copy in an envelope and delivering the copy addressed in the manner set forth as follows:

Christopher J. Wilson
United States Attorney
1200 W. Okmulgee
Muskogee, OK 74401

Jeffrey B. Kahan
U.S. Department of Justice
1331 F Street, N.W., Room 345
Washington, D.C. 20530

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th

day of March, 2012.

Lizeth Ortiz-Sanchez