# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT                )
                                       )
    Petitioner,                    )
                                       )
v.                                     )          Case No. 09-CV-00105-JHP
                                       )
UNITED STATES OF AMERICA               )
                                       )
    Respondent.                    )

**UNOPPOSED REQUEST FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONER'S MOTION TO SUPPLEMENT THE PENDING MOTION TO VACATE, SET ASIDE OR CORRECT A JUDGMENT, ORDER AND/OR SENTENCE UNDER 28 U.S.C. § 2255**

COMES NOW Respondent, United States of America, by and through Mark F. Green, United States Attorney, Christopher J. Wilson, Assistant United States Attorney, and Jeffrey B. Kahan, Trial Attorney, and makes Application to this Honorable Court for a 30-day extension of time, to and including April 29, 2012, within which to file a response to Petitioner's Motion to Supplement the Pending Motion to Vacate, Set Aside or Correct a Judgment, Order And/or Sentence under 28 U.S.C. § 2255, filed March 16, 2012 (Doc. 201). Pursuant to the local rules of the United States District Court for the Eastern District of Oklahoma, Respondent states the following:

1.    The government's response to Petitioner's Motion is currently due March 31, 2012.

2.    Principal responsibility for preparing a response to Petitioner's Motion is assigned to Jeffrey B. Kahan.

1

3.      The Motion and Brief comprise nine pages of requests and argument, concerning Petitioner's desire to file a 34-page supplement to his 401-page Second Amended Motion for § 2255 Relief (Doc. 95), which is in turn supported by a 249-page brief (Doc. 149).  Petitioner's proposed Supplement was filed alongside two supporting documents: a three-page Declaration from an investigator (Doc. 200) and a 32-page Declaration from a purported law enforcement expert, which in turn presents 213 pages of exhibits (Doc. 199).

4.      Since the Motion and supporting documents were filed, Mr. Kahan has drafted and filed a Motion for Reconsideration of the Court's Order Regarding Discovery of Records Relating to Stabbings in BOP Facilities (*United States v. Watland*, D. Colo. case no. 11-CR-38-JLK-CBS) and drafted a soon-to-be-filed Response in Opposition to Defendant Rivera's Motion to Suppress (*United States v. Santiago and Rivera*, D. Colo. case no. 10-CR-164-REB).  Mr. Kahan also reviewed documents and conferred with United States Department of State attorneys who were preparing for an appearance before the Inter American Commission on Human Rights in response to a Petition filed by Virgilio Maldonado.  All of three of these cases are capital matters.

5.      Additionally, Mr. Kahan traveled to the District of Colorado for two days of meetings with a witness in *United States v. Watland*.

6.      As of March 28, 2012, Mr. Kahan is on a six-day pre-paid vacation to California.

7.      During the week of April 9, 2011, Mr. Kahan is scheduled to attend a four-day continuing legal education training session at the National Advocacy Center in South Carolina, which is necessary for him to maintain his Pennsylvania law license.

7.      Mr. Kahan has contacted counsel for Petitioner, who have no objection to the

request for a 30-day extension for the filing of the government's response.

8.      No previous extension has been sought regarding the response to the motion.

9.      The proposed extension will not affect any existing deadline, apart from the time for Petitioner to reply to the government's response.

WHEREFORE, for the foregoing reasons, the government respectfully moves this Honorable Court to grant a 30-day extension, to and including April 29, 2012, within which to file a response to Petitioner's Motion to Supplement.

Dated: March 29, 2012,

Respectfully submitted,

MARK F. GREEN
United States Attorney

CHRISTOPHER J. WILSON
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK  74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/S. Jeffrey B. Kahan
JEFFREY B. KAHAN
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX:  (202) 353-9779

## CERTIFICATE OF SERVICE

I, hereby certify that on March 29, 2012, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Autry: dbautry44@hotmail.com

Tivon Schardl:  tim.schardl@fd.org, dianna.rosenberg@fd.org, hermida.diaz@fd.org, tschardl@sbcglobal.net

Joan M. Fisher joan.fisher@fd.org, Paul_Mann@fd.org, jmfisher@turbonet.com


/S. Christopher Wilson
Assistant United States Attorney