# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT    )
                          )
    Petitioner,           )
                          )
v.                        )    Case No. 09-CV-105-JHP
                          )
UNITED STATES OF AMERICA  )
                          )
    Respondent.           )

## [PROPOSED] ORDER

Application to this Court by Respondent for a 30-day extension of time within which to file a response to Petitioner's Motion to Supplement the Pending Motion to Vacate, Set Aside or Correct a Judgment, Order And/or Sentence under 28 U.S.C. § 2255 (Doc. 201) is hereby granted.

**IT IS ORDERED**, the government's Response to Petitioner's Motion is due on April. 29, 2012.

_____
JAMES H. PAYNE
United States District Judge