## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA, MUSKOGEE

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | **DEATH PENALTY CASE** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **No. 6:09**-CIV-00105-JHP |
| **vs.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Respondent.** | ) | |
| | ) | |

### MOTION TO PRESERVE TESTIMONY OF
### JUDGE JOHN GARRETT, RETIRED, WITHOUT FURTHER DELAY

Petitioner Kenneth Eugene Barrett, through his counsel, respectfully requests that the Court enter an Order and allow the testimony of a material witness, namely, the Hon. John J. Garrett to be taken by deposition as soon as practicable to preserve the testimony thereof. The perpetuation of that testimony will "prevent a failure or delay of justice." Fed. R. Civ. P. 27(a)(3).

In support of this Motion, Mr. Barrett shows the Court the following:

1. The testimony of the witness is critical, material and relevant to the claims pending before the Court;

2. The testimony of the witness is at risk of being lost or unavailable as a result of the advanced age of the witness and the lengthy delay between the events and matters to which the witness will testify and the hearing in this matter.

3.      On June 11, 2012, the undersigned counsel, Joan M. Fisher, contacted opposing counsel, Messrs. Chris Wilson and Jeffrey Kahan, requesting of each their position on the instant motion by telephone and email communications.  That same day, counsel received an email from Mr. Wilson advising counsel of the Goverment's opposition to the Motion.

Wherefore, Mr. Barrett respectfully requests an Order Granting  permission  to take and preserve the testimony of Hon. John Garrett, out of court as soon as practicable for consideration herein.

This Motion is based on the pleadings and files herein and the Brief in Support hereof, filed herewith.

Dated this 18th day of June, 2012.

Respectfully submitted,

/s/ David B. Autry
DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

DANIEL J. BRODERICK
Federal Defender
/s/ Joan M. Fisher
JOAN M. FISHER, ID Bar No. 2854
Assistant Federal Defender

TIVON SCHARDL, Fla. Bar No. 73016
Trial and Habeas Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

Attorneys for KENNETH EUGENE BARRETT

**Certificate of Electronic Filing and Service**

I hereby certify that on this 18th day of June, 2012, I caused the foregoing Motion for Extension of Time to be filed with the Clerk of the Court using the ECF System for filing. A copy will be served electronically to Christopher J. Wilson, AUSA, 1200 W. Okmulgee Street, Muskogee, OK 74401, and Jeffrey B. Kahan, U.S. Dept. of Justice, 1331 F Street, NW, Washington, DC 20530.

Jeffrey B. Kahan: jeffrey.kahan@usdoj.gov

Christopher Wilson: Chris.Wilson@usdoj.gov

/s/ *Joan M. Fisher*
Joan M. Fisher