**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBITS IN SUPPORT OF**

**PETITIONER'S MOTION TO ALTER OR AMEND JUDGMENT**
**(Doc. Nos. 214, 216) and BRIEF IN SUPPORT**

---

DANIEL J. BRODERICK, #89424
Federal Defender
TIVON SCHARDL, Fla. Bar No. 73016
Assistant Federal Defender
JOAN M. FISHER, Idaho Bar No. 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

DAVID B. AUTRY, OBA #11600
Attorney at Law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone: (405) 521-9600

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## INDEX OF EXHIBITS

Exhibit A    Opinion Letter from Monroe H. Freedman, September 7, 2012

Appendix A - Curriculum Vitae

Appendix B - Qualifications

Exhibit B    Declaration of Counsel in Support of Petitioner's Notice Regarding Amended Petition Filed Pursuant to Court Order

Appendix A -  Capital Habeas Cases Filed in the Eastern District of Oklahoma Between January 1, 1998 and March 2009

Exhibit C    Declaration of Scott E. Sundby, September 13, 2012

Appendix A - Publications of Scott E. Sundby

Exhibits in Support of Petitioner's Motion to Alter
or Amend Judgment (Doc. Nos. 214, 216) and
Brief in Support                                     i                          Barrett v. United States
Case No. 6:09-cv-00105-JHP