# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT           )
                                 )
    Petitioner,                  )
                                 )
v.                               )          Case No. 09-CV-00105-JHP
                                 )
UNITED STATES OF AMERICA         )
                                 )
    Respondent.                  )

## UNOPPOSED REQUEST FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONER'S MOTION TO ALTER OR AMEND JUDGMENT

COMES NOW Respondent, United States of America, by and through Mark F. Green, United States Attorney, Christopher J. Wilson, Assistant United States Attorney, and Jeffrey B. Kahan, Trial Attorney, and makes Application to this Honorable Court for a 30-day extension of time, to and including October 27, 2012, within which to file a response to Petitioner's Motion to Alter or Amend Judgment, filed September 13, 2012 (Doc. 217). Pursuant to the local rules of the United States District Court for the Eastern District of Oklahoma, Respondent states the following:

1.      The government's response to the Motion is currently due September 27, 2012.

2.      Principal responsibility for preparing a response to Petitioner's Motion is assigned to Jeffrey B. Kahan.

3.      The Motion and Brief comprise 24 pages of argument and 53 pages of exhibits.

4.      Mr. Kahan has been in Puerto Rico, participating in a penalty phase jury trial since September 4, 2012. United States v. Edison Burgos-Montes (D.P.R. no. 06-009-JAG) The jury

was instructed on the morning of September 24, 2012, and the matter was argued that afternoon.

4.     Mr. Kahan has contacted counsel for Petitioner, who have no objection to the request for a 30-day extension for the filing of the government's response.

5.     No previous extension has been sought regarding the response to the motion.

6.     The proposed extension will not affect any existing deadline, apart from the time for Petitioner to reply to the government's response.

WHEREFORE, for the foregoing reasons, the government respectfully moves this Honorable Court to grant a 30-day extension, to and including October 27, 2012, within which to file a response to Petitioner's Motion to Alter or Amend Judgment.

Dated: September 27, 2012,

Respectfully submitted,

MARK F. GREEN
United States Attorney

CHRISTOPHER J. WILSON
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK  74401
Telephone: (918) 684-5100
FAX: (918) 684-5150


/S. Jeffrey B. Kahan
JEFFREY B. KAHAN
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX:  (202) 353-9779

## CERTIFICATE OF SERVICE

I, hereby certify that on September 27, 2012, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Autry: dbautry44@hotmail.com

Tivon Schardl: tim.schardl@fd.org, dianna.rosenberg@fd.org, hermida.diaz@fd.org, tschardl@sbcglobal.net

Joan M. Fisher joan.fisher@fd.org, Paul_Mann@fd.org, jmfisher@turbonet.com


/S. Christopher Wilson
Assistant United States Attorney