# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT            )
                                  )
    Petitioner,                   )
                                  )
v.                                )    Case No. 09-CV-105-JHP
                                  )
UNITED STATES OF AMERICA          )
                                  )
    Respondent.                   )

## ORDER

Application to this Court by Respondent for a 30-day extension of time within which to file a response to Petitioner's Motion to Alter or Amend Judgment (Doc. 217) is hereby granted.

**IT IS ORDERED**, the government's Response to Petitioner's Motion is due on October 29, 2012.

DATED this 27th day of September, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma