Westlaw.

--- S.Ct. ----, 2012 WL 4475543 (U.S.), 81 USLW 3161
**(Cite as: 2012 WL 4475543 (U.S.))**

Only the Westlaw citation is currently available.

Supreme Court of the United States
JACKSON, RICHARD A. V. UNITED STATES.

No. 11-6315.
Oct. 1, 2012.

**\*1** The petition for writ of certiorari is denied.

U.S.,2012
Jackson v. U.S.
--- S.Ct. ----, 2012 WL 4475543 (U.S.), 81 USLW 3161

END OF DOCUMENT

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

ATTACHMENT FOUR