# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,        )<br>                                                         )<br>           Petitioner/Defendant,   )<br>                                                         )<br>vs.                                                    )     Case No. 09-CIV-105-JHP<br>                                                         )<br>UNITED STATES OF AMERICA,  )<br>                                                         )<br>           Respondent/Plaintiff.       ) | |

## OPINION AND ORDER

This matter comes before the court on the petitioner's motion to alter or amend judgment (Doc. # 217) filed on September 13, 2012. The government filed its response opposing said motion on October 29, 2012 (Doc. # 220). The government urges this court to deny the motion for two reasons: 1) the first two claims in the petitioner's motion constitute a second or successive petition for relief; and 2) the petitioner has failed to identify any error meriting reconsideration.

Petitioner's motion indicates it is brought pursuant to Fed.R.Civ.P. 59(e)[1] and it is styled "Motion to Alter or Amend Judgment" which is the terminology utilized in Fed.R.Civ.P. 59(e). In reality, the petitioner is requesting this court to "reconsider" its opinion regarding judicial bias, failure to grant an evidentiary hearing, and the denial of a certificate of appealability. To be entitled to relief under Rule 59(e), Petitioner must demonstrate that there has been an intervening change in the controlling law or that there is

---

[1] *See*, Doc. # 217, at p. 6.

new evidence previously unavailable or that there is the need to correct clear error. *See Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). Upon careful review of the petitioner's motion and record in this matter, the court finds no basis for reconsidering the Opinion and Order denying the amended § 2255 motion. Contrary to the petitioner's allegations, the court carefully considered the trial record and the petitioner's legal arguments in denying his amended motion to vacate. Nothing provided by the petitioner in his motion to alter or amend judgment persuades the Court that the rulings were clearly erroneous or that there is a need to prevent manifest injustice. Finding no clear error or any other reason to alter or amend the judgment, the Court finds Petitioner's Rule 59(e) motion to alter or amend judgment should be denied.

Insofar as Petitioner also requests reconsideration of the denial of a certificate of appealability, the Court finds that request should be denied. Other than claiming that the length of the court's opinion and the nature of the penalty imposed establishes that the issues are "certainly debatable," the petitioner makes no attempt to establish a "substantial showing of the denial of a constitutional right," *i.e.*, he has not shown that "reasonable jurists would find [this court's] assessment of the constitutional claim debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

**ACCORDINGLY, IT IS HEREBY ORDERED** that the petitioner's motion to alter or amend judgment (Doc. # 217) is denied.

DATED THIS 30th day of October, 2012.

James H. Payne
United States District Judge
Eastern District of Oklahoma