**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,     )
                                    )
       Movant/Defendant,     )
                                    )
v.                                     )     Case Nos.     CIV-09-105-JHP
                                    )                       CR-04-115-JHP
UNITED STATES OF AMERICA,     )                       (underlying criminal
                                    )                       case)
       Respondent/Plaintiff.     )

**NOTICE OF APPEAL**

Movant/Defendant, Kenneth Eugene Barrett, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment and Opinion and Order entered on August 16, 2012 (Docs. 214, 215, 216) denying his motions to vacate, set aside, and correct sentence pursuant to 28 U.S.C. § 2255 (Docs. 1, 2, 95), and the Opinion and Order entered on October 30, 2012 denying Mr. Barrett's motion to alter order and judgment filed pursuant to Fed.R.Civ.P. 59(e). (Docs. 217, 221) Counsel are appointed under the Criminal Justice Act.

Dated this 26th day of December, 2012

1

Respectfully submitted,

/s/ _David B. Autry_
DAVID B. AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone: (405) 521-9600

DANIEL J. BRODERICK, Cal. Bar No. 89424
Federal Defender

by /s/ _Joan M. Fisher_
JOAN M. FISHER, Idaho Bar No. 2854
Assistant Federal Defender

TIVON SCHARDL FL Bar No. 73016
801 I Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Lawyers for Kenneth Eugene Barrett

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

This is to certify that on this 26th day of December, 2012, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with service to be made electronically on the following ECF registrants: Jeffrey B. Kahan, United States Department of Justice, jeffrey.kahan@usdoj.gov, and Christopher J. Wilson, Assistant United States Attorney, Chris.Wilson@usdoj.gov.  To the undersigned's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ David Autry