# UNITED STATES DISTRICT COURT
### for the
# EASTERN DISTRICT OF OKLAHOMA
TRANSMITTAL SHEET

(Notice of Appellate Action)

| | | |
|---|---|---|
| (12/26/2012) | Notice of Appeal | **Style of case: Kenneth Eugene Barrett v. United States of America** |
| ( ) | Amended NOA | |
| ( ) | Cross Appeal | **District Court Case No: 09-CV-105-JHP** |
| ( ) | Interlocutory Appeal | |
| ( ) | Update Item | **Tenth Circuit Case No:** |

**Part 1**

**Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court order and CJA 20 (if applicable) are enclosed 10 10CCA.**

1. District Judge:      James H. Payne

2. Official Court Reporter(s):      Ken Sidwell, Brian Neil

3. Fees:
   USA:      ( ) Fees waived
   $455.00 filing fee:      ( ) Paid   ( ) Due
   Pauper Status:      (X) IFP GRANTED
        ( ) IFP DENIED
        ( ) IFP PENDING

4. State habeas cases:      **CPC STATUS    ( ) DENIED**
   **ORIGINAL FILE SENT:**

5. Transcript:
   ( ) ordered      ( ) not ordered
   ( ) not required      ( ) no in-court hearing
   ( ) CJA pending      ( ) CJA furnished
   ( ) pur. order furn.      ( ) docket stmt. furn.

**PART 2**      **TRANSMITTAL OF RECORD TO COURT OF APPEALS**
     **ORIGINAL RECORD**      **SUPPLEMENT TO RECORD-SUPPLEMENT #**

| ORIGINAL RECORD | SUPPLEMENT TO RECORD |
|---|---|
| Pleadings: Vols. | Pleadings: Vols. |
| Transcript: Vols. | Transcript: Vols. |
| Exhibits: Vols. | Exhibits: Vols. |
| Depositions: Vols. | Depositions: Vols. |
| State Crt. Record: Vols. | State Crt. Record: Vols. |
| Sealed: Vols. | Sealed: Vols. |
| No. of Boxes: | No. of Boxes: |

/s/ Jeanne Brown

Signature Clerk or Deputy Clerk      Phone(918)684-7920      Date:   December 27, 2012

     cc: All parties notified through CM/ECF