**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

December 27, 2012

Douglas E. Cressler
Chief Deputy Clerk

Mr. David B. Autry
1021 N.W. 16th Street
Oklahoma City, OK 73106-0000

Mr. Daniel J. Broderick
Ms. Joan M. Fisher
Mr. Tivon Schardl
Office of Federal Defender for Eastern District of California
Capital Habeas Unit
801 "I" Street
Sacramento, CA 95814-0000

RE:    **12-7086, United States of America v. Kenneth Barrett**
       Dist/Ag docket: 6:04-CR-00115-JHP-1

Dear Counsel:

The court has received and docketed your appeal. Please note your case number above.
Copies of the Tenth Circuit Rules, effective January 1, 2012, and the Federal Rules of
Appellate Procedure, effective December 1, 2011, may be obtained by contacting this
office or by visiting our website at http://www.ca10.uscourts.gov. In addition, please note
all counsel are required to file pleadings via the court's Electronic Case Filing (ECF)
system. You will find information regarding registering for and using ECF on the court's
website. We invite you to contact us with any questions you may have about our
operating procedures. Please note that all court forms are now available on the court's
web site. Outlined below are some of the requirements for prosecuting this appeal.

Attorneys must complete and file an entry of appearance form within 14 days of the date
of this letter. *See* 10th Cir. R. 46.1(A). Pro se parties must complete and file the form
within thirty days of the date of this letter. Appellant's failure to enter an appearance may
cause the appeal to be dismissed. An appellee who fails to enter an appearance may not
receive notice or service of orders.

Although attorneys who file a notice of appeal have technically entered an appearance,
and may not withdraw without the court's permission, counsel must still file a separate

entry of appearance form. For criminal appeals, please note the court will require trial counsel to continue the representation whether retained or appointed, even if you did not sign the notice of appeal. *See* 10th Cir. R. 46.3(A). This continuity of counsel ensures that any criminal defendant who wishes to appeal has that appeal perfected.

Generally, the court will not allow counsel to withdraw until an entry of appearance form and the docketing statement are filed. *See* 10th Cir. R. 46.3(A). If there is an issue regarding the defendant's eligibility for the appointment of counsel, an appropriate motion must be filed in the district court. *See* 10th Cir. R. 46.4(A).

You are required to file a docketing statement within 14 days of filing the notice of appeal. If you have not yet filed that pleading, you should do so within 14 days of the date of this letter. Please note that under local rule 3.4(C), the appellant is not limited to the issues identified in his docketing statement and may raise other appropriate issues in the opening brief. In addition to the docketing statement, all transcripts must be ordered within 14 days of the date of this letter. If no transcript is necessary, you must file a statement to that effect.

As appointed counsel, you are required to file a designation of record with the district court. You must also file a copy with this court. Under 10th Cir. R. 10.2(A)(1), that designation must be filed within 14 days of filing the notice of appeal. If you have not done so already, you should file the designation immediately.

Under local rule 10.2(A)(2), the government may file an additional designation within 14 days after service of appellant's designation. Once that time passes, the district court will complete assembly of the record. The district court clerk will transmit the record to this court and will notify the parties. *See* Fed. R. App. P. 11(b); 10th Cir. R. 11.2(A).

An order setting the case management conference for this appeal will be entered in the near future. You will be notified by email when that happens. Counsel for the parties are encouraged to contact one another prior to the conference to discuss appropriate briefing lengths and deadlines for this appeal. The purpose of the case management conference is to discuss Certificate of Appealability concerns (if applicable), establish briefing word limitations and set filing deadlines for the briefs. At that time, the Circuit will also formally appoint you to the case under the Criminal Justice Act. This ensures that you will receive compensation for your efforts in this appeal.

With regard to briefing, please note that you must satisfy all the requirements of Fed. R. App. P. 28 and 32. In addition, please review Tenth Circuit local rules 28.1, 28.2, 32.1 and 31.3. Seven hard copies of briefs must be provided to the court within two days of filing via the court's Electronic Case Filing system. *See* 10th Cir. R. 31.5 and the court's CM/ECF User's Manual. Motions for extension of time to file briefs must comply with 10th Cir. R. 27.3, 27.4(B), 27.4(E), where applicable, and 27.4(F). These motions are not favored.

Thank you very much for your service to the court in your role as appointed counsel. If you are unfamiliar with the court's procedures or have questions, please call this office. In

2

addition, you might also call the Appellate Division, created by the court to handle appeals circuit-wide, of the Office of the Federal Public Defender in Denver. That number is 303-294-7002. One of the appellate assistants will be happy to help you.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc:      Jeffrey Bradford Kahan
         Sheldon J. Sperling
         Christopher Wilson


EAS/pdw