**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | DEATH PENALTY CASE |
| | ) | |
| vs. | ) | Case No. 6:09-cv-00105 JHP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Court of Appeals No. 12-7086 |
| | ) | |
| Respondent/Plaintiff. | ) | |

## DESIGNATION OF RECORD ON APPEAL

Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1.  Any and all records and filings in US District Court, Eastern District of Oklahoma, Case # 6:09-cv-00105-JHP, not otherwise designated, including but not limited to notes, memoranda, correspondence filed with the court but not made a matter of public record.

2.  Any and all records and filings in US District Court, Eastern District of Oklahoma, Case # 6:04-cr-00115-JHP, not otherwise designated, .including but not limited to notes, memoranda, correspondence filed with the court but not made a matter of public record.

Signature: /s/ Joan M. Fisher

Counsel for: Kenneth Eugene Barrett

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

This is to certify that on this 9th day of January, 2013 I caused the foregoing **DESIGNATION OF RECORD ON APPEAL** to be filed with the Clerk of the District Court and the Clerk of the Court of Appeals using the ECF System for filing and with service to be made electronically on the following ECF registrants: Jeffrey B. Kahan, United States Department of Justice, jeffrey.kahan@usdoj.gov, and Christopher J. Wilson, Assistant United States Attorney, United State Department of Justice, Eastern District of Oklahoma, Chris.Wilson@usdoj.gov.  To the undersigned's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ Joan M. Fisher
Joan M. Fisher, Idaho State Bar No. 2854
Assistant Federal Defender
Office of the Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814