# UNITED STATES DISTRICT COURT
### for the
# EASTERN DISTRICT OF OKLAHOMA
TRANSMITTAL SHEET

(Notice of Appellate Action)

| | | |
|---|---|---|
| (12/26/2012) | Notice of Appeal | **Style of case: Kenneth Eugene Barrett v. United States of America** |
| ( ) | Amended NOA | |
| ( ) | Cross Appeal | **District Court Case No: 09-CV-105-JHP** |
| ( ) | Interlocutory Appeal | |
| (02/26/2014) | Update Item | **Tenth Circuit Case No:  12-7086** |

**Part 1**

**Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court order and CJA 20 (if applicable) are enclosed 10 10CCA.**

1.  District Judge:                     James H. Payne

2.  Official Court Reporter(s):       Ken Sidwell, Brian Neil

3.  <u>Fees:</u>
    USA:                          ( ) Fees waived
    $455.00 filing fee:           ( ) Paid   ( ) Due
    Pauper Status:                (X) IFP GRANTED
                                  ( ) IFP DENIED
                                  ( ) IFP PENDING

4.  State habeas cases:          **CPC STATUS      ( ) DENIED**
                                 **ORIGINAL FILE SENT:**

5.  Transcript:
    ( ) ordered                   ( ) not ordered
    ( ) not required              ( ) no in-court hearing
    ( ) CJA pending               ( ) CJA furnished
    ( ) pur. order furn.          ( ) docket stmt. furn.

**PART 2**            **TRANSMITTAL OF RECORD TO COURT OF APPEALS**
**ORIGINAL RECORD**       **SUPPLEMENT TO RECORD-SUPPLEMENT #**

| ORIGINAL RECORD | SUPPLEMENT TO RECORD | |
|---|---|---|
| Pleadings: Vols. | Pleadings: Vols. | PER 10TH CIRCUIT COURT ORDER |
| Transcript: Vols. | Transcript: Vols. | FILED 2/21/04 [228] |
| Exhibits: Vols. | Exhibits: Vols.      1 | |
| Depositions: Vols. | Depositions: Vols. | |
| State Crt. Record: Vols. | State Crt. Record: Vols. | |
| Sealed: Vols. | Sealed: Vols. | |
| No. of Boxes: | No. of Boxes: | |

/s/ Jeanne Brown

Signature Clerk or Deputy Clerk        Phone(918)684-7920            Date:  February 26, 2014

cc: All parties notified through CM/ECF