**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**August 19, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

————————————————

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

     Defendant - Appellant.

No. 12-7086
(D.C. Nos.  6:09-CV-00105-JHP &
6:04-CR-00115-JHP-1)
(E.D. Okla.)

————————————————

## JUDGMENT

————————————————

Before **KELLY**, **HARTZ**, and **MATHESON**, Circuit Judges.

————————————————

This case originated in the Eastern District of Oklahoma and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part.  The case is remanded to the United States District Court for the Eastern District of Oklahoma for further proceedings in accordance with the opinion of this court.


Entered for the Court


ELISABETH A. SHUMAKER, Clerk