IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | **<u>CAPITAL CASE</u>** |
| | ) | |
| Petitioner/Defendant, | ) | Case No. CV-09-105-JHP |
| | ) | |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

**PETITIONER'S RESPONSE TO GOVERNMENT'S UNOPPOSED
MOTION TO PERMIT INSPECTION OF THE EXPANDED RECORD**

Petitioner, Kenneth Eugene Barrett, submits this response to the Government's

Unopposed Motion to Permit Inspection of the Expanded Record.  (Doc. 234)  By

previous order of the Court, Petitioner was directed to file a response to the government's

motion on or before December 15, 2015.  (Doc. 235)

1.  The government has moved to formally expand the record to include the

psychological evaluation/risk assessment report of Dr. J. Randall Price, Ph.D., and to

make this report available to counsel for the parties to inspect and copy.  (Doc. 234, pp.

1-5).  Dr. Price's report is currently under seal.

2.  Petitioner does not object to this request.

3.  In its motion, the government notes that Petitioner did not file a motion to stay

the mandate in the United States Supreme Court.  (Doc. 234, pp. 2-4, and n. 2)  No

motion to stay the mandate in the Supreme Court was filed because the mandate issued on the same day Petitioner's motion to stay the mandate was denied.

4.  Petitioner does not join in the government's assertion that the validity of Mr. Barrett's convictions is now a settled matter, (Doc. 234, p. 4 and n.2) because Petitioner contemplates filing a timely petition for writ of certiorari challenging and seeking review of the Tenth Circuit's disposition of his Section 2255 appeal with respect to guilt/innocence stage issues.  The petition for writ of certiorari is currently due on January 15, 2016 and Petitioner is seeking a 60-day extension of time to file the same.

Respectfully submitted this 14th day of December, 2015.

/s/ *David Autry*
DAVID AUTRY, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com


HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
Eastern District of California

/s/ *Joan M. Fisher*
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
(916) 498-5700
(916) 498-5710 [fax]
Joan Fisher@fd.org

Attorneys for Petitioner Kenneth Eugene Barrett

2

## <u>CERTIFICATE OF ELECTRONIC FILING AND SERVICE</u>

This is to certify that on December 14, 2015, I caused the foregoing instrument to be filed with the Clerk of Court using the ECF System for filing, with electronic service to be made via CM/ECF to the following counsel of record for the Respondent/Plaintiff:

Mr. Jeffrey B. Kahan at jeffrey_kahan@usdoj.gov

Mr. Christopher J. Wilson at Chris.Wilson@usdoj.gov

*/s/ Joan M. Fisher*
JOAN M. FISHER