**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,            )
                                   )
            Petitioner/Defendant,  )
                                   )
vs.                                )        Case No. 09-CIV-105-JHP
                                   )
UNITED STATES OF AMERICA,          )
                                   )
            Respondent/Plaintiff.  )

**ORDER**

This matter comes before the court on the Government's Unopposed Motion to Permit Inspection of the Expanded Record (Dkt. # 234) in which the government requests this court to formally expand the record in this § 2255 case to include the mental health evaluation report by Dr. J. Randall Price, Ph.D. and to make this report available to counsel for the parties to inspect and copy. On December 14, 2015, Petitioner filed a response (Dkt. # 236) in which he states he has no objection to formal expansion of the record to include the psychological evaluation/risk assessment report of Dr. Randall Price, Ph.D., and to making this report available to counsel for the parties to inspect and copy. Petitioner advises the court, however, that he contemplates filing a timely petition for certiorari challenging and seeking review of the Tenth Circuit's disposition of his Section 2255 appeal with respect to guilt/innocence stage issues.

After review of this matter, this court has decided to strike the Order Setting Hearing (Dkt. # 233) herein, including all of the deadlines set in said order, until after the Supreme

Court has had an opportunity to consider this matter. Petitioner shall advise this court, no later than January 20, 2016, if a petition for certiorari has been filed or if an application to extend the deadline for sixty days has been granted. Additionally, Government's Unopposed Motion to Permit Inspection of the Expanded Record (Dkt. # 234) is hereby DENIED, subject to refiling after a decision has been made regarding the filing of a petition for certiorari and/or ruling thereon.

It is so ordered on this 17th day of December, 2015.

James H. Payne
United States District Judge
Eastern District of Oklahoma