**DAVID AUTRY**, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

**HEATHER E. WILLIAMS,** CA Bar #122664
Federal Defender
Eastern District of California
**JOAN M. FISHER,** ID Bar #2854
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
(916) 498-5700
(916) 498-5710 [fax]
Joan_Fisher@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | **<u>CAPITAL CASE</u>** |
| | ) | |
| Petitioner/Defendant, | ) | Case No. CV-09-105-JHP |
| | ) | |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

**NOTICE OF EXTENSION OF TIME TO FILE PETITION FOR CERTIORARI**

Petitioner Kenneth E. Barrett, pursuant to the Court's Order of December 17, 2015

[Doc.237], through his counsel, advises the Court that his application for an extension of

time within which to file a petition for writ of certiorari in Kenneth Eugene Barrett v.

United States, Application No. 15A644, was presented to Justice Sotomayor of the

1

United States Supreme Court, who on January 4, 2016 extended the time to and including

March 14, 2016.  A copy of the notice thereof is attached hereto.

DATED this 11th day of January, 2016.

/s/ *David Autry*
DAVID AUTRY, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com


HEATHER E. WILLIAMS  CA Bar #122664
Federal Defender
Eastern District of California

/s/ *Joan M. Fisher*
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
(916) 498-5700
(916) 498-5710 [fax]
Joan Fisher@fd.org

Attorneys for Petitioner Kenneth Eugene Barrett

2

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

This is to certify that on January 11, 2016, I caused the foregoing instrument to be filed with the Clerk of Court using the ECF System for filing, with electronic service to be made via CM/ECF to the following counsel of record for the Respondent/Plaintiff:

Mr. Jeffrey B. Kahan at jeffrey_kahan@usdoj.gov

Mr. Christopher J. Wilson at Chris.Wilson@usdoj.gov


/s/ Joan M. Fisher
JOAN M. FISHER

# **ATTACHMENT**

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 4, 2016

Ms. Joan Marie Fisher
Assistant Federal Defender
Federal Defender Office
801 I Street, 3rd Floor
Sacramento, CA  95818


     Re:  Kenneth Eugene Barrett
           v. United States
           Application No. 15A644


Dear Ms. Fisher:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Sotomayor, who on January 4, 2016, extended the time to and including March 14, 2016.

This letter has been sent to those designated on the attached notification list.


Sincerely,

Scott S. Harris, Clerk

by

Jacob C. Travers
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Ms. Joan Marie Fisher
Assistant Federal Defender
Federal Defender Office
801 I Street, 3rd Floor
Sacramento, CA  95818

Mr. Donald B. Verrilli, Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257