**DAVID AUTRY**, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

**HEATHER E. WILLIAMS,** CA Bar #122664
Federal Defender
Eastern District of California
**JOAN M. FISHER,** ID Bar #2854
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
(916) 498-5700
(916) 498-5710 [fax]
Joan Fisher@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | **CAPITAL CASE** |
| | ) | |
| Petitioner/Defendant, | ) | Case No. CV-09-105-JHP |
| | ) | |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |
| _____ | ) | |

**NOTICE OF FILING OF PETITION FOR CERTIORARI**

Petitioner Kenneth E. Barrett, pursuant to the Court's Order of December 17, 2015

[Doc.237], through his counsel, advises the Court that his PETITION FOR WRIT OF

CERTIORARI TO THE TENTH CIRCUIT COURT OF APPEALS was timely sent for

1

filing in the United States Supreme Court on March 14, 2016 by submitting the same for

delivery, pre-paid, to the Court by Federal Express, and received by the Court this date.

DATED this 16th day of March, 2016.

DAVID AUTRY, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com


HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
Eastern District of California

/s/ *Joan M. Fisher*
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
(916) 498-5700
(916) 498-5710 [fax]
Joan_Fisher@fd.org

Attorneys for Petitioner Kenneth Eugene Barrett

2

## <u>CERTIFICATE OF ELECTRONIC FILING AND SERVICE</u>

This is to certify that on March 16, 2016, I caused the foregoing instrument to be filed with the Clerk of Court using the ECF System for filing, with electronic service to be made via CM/ECF to the following counsel of record for the Respondent/Plaintiff:

Mr. Jeffrey B. Kahan at jeffrey_kahan@usdoj.gov

Mr. Christopher J. Wilson at Chris.Wilson@usdoj.gov

<u>/s/ Joan M. Fisher</u>
JOAN M. FISHER