# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

March 16, 2016

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

     Re:  Kenneth Eugene Barrett
          v. United States
          No. 15-8565
          (Your No. 12-7086)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on March 14, 2016 and placed on the docket March 16, 2016 as No. 15-8565.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst