FILED
United States Court of Appeals
Tenth Circuit

**June 24, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

| | |
|---|---|
| In re: KENNETH EUGENE BARRETT, | No. 16-7039 |
| | (D.C. No. 09-CV-00105-JHP) |
| Movant. | (E.D. Okla.) |

_____

**ORDER**
_____

Kenneth Eugene Barrett filed, on May 23, 2016, a motion for authorization to file a second or successive motion pursuant to 28 U.S.C. §2255. This matter is abated pending further order of this court.


Entered for the Court


ELISABETH A. SHUMAKER, Clerk