# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,                )
                                       )
        Petitioner/Defendant,          )
                                       )
vs.                                    )      Case No. 09-CIV-105-JHP
                                       )
UNITED STATES OF AMERICA,              )
                                       )
        Respondent/Plaintiff.          )

## ORDER SETTING HEARING

On August 19, 2015, the Tenth Circuit issued its order reversing and remanding this matter for an evidentiary hearing on "whether the performance of trial counsel was deficient in not investigating Defendant's background and mental health and whether the Defendant suffered prejudice from any deficiency *during the penalty phase of his trial.*"  Dkt. # 230. Following a petition for rehearing and rehearing en banc, an order was issued on October 16, 2015, denying rehearing and rehearing en banc and the mandate issued on October 26, 2015. Thereafter, this Court entered a scheduling order for an evidentiary hearing.  Dkt. # 233.

After setting the evidentiary hearing, the Court was advised that Petitioner was filing a petition for certiorari challenging and seeking review of the Tenth circuit's disposition of his Section 2255 appeal with respect to guilt/innocence stage issues.  As a result, this Court entered an order striking the evidentiary hearing until after the Supreme Court had an opportunity to consider this matter.  On May 23, 2016, Petitioner filed, in the Tenth Circuit, a motion for authorization to file a second or successive motion to vacate and on June 24,

2016, the Tenth Circuit entered an order abating this matter until further order.  Dkt. # 242. On October 3, 2016, the Supreme Court denied certiorari.  Dkt. # 243.  Thereafter, the Tenth Circuit entered an order denying Petitioner's request to file a second or successive § 2255 motion.  Dkt. # 244.

In accordance with the Tenth Circuit's earlier order, an evidentiary hearing is set for **February 16, 2017 at 9:00 a.m.** on these issues.  The Court expects to hear live testimony from trial counsel whose conduct is at issue but otherwise encourages the submission of written exhibits in lieu of live testimony.

The parties shall exchange the name and contact information for any potential witness no later than December 8, 2016.  The parties shall exchange proposed exhibits no later than January 7, 2017.

No formal discovery under the Federal Rules of Civil Procedure shall be permitted, except as authorized, in advance, pursuant to Rule 6 of the Rules Governing Section 2255 Cases.  Any motions for authorization to conduct discovery pursuant to Rule 6(a) of the Rules Governing Section 2255 Cases and the Federal Rules of Civil Procedure shall be filed no later than November 18, 2016.  Opposition, if any, shall be filed within one week of the date that such motion for discovery is filed.  No reply will be allowed.

Any request for Petitioner to attend the evidentiary hearing in person or to participate via video conference shall be filed no later than January 3, 2017.

On or before January 17, 2016, the parties shall file a joint pre-hearing statement, which shall:

a.  Identify counsel who will appear at the hearing;

b.  Identify any stipulated and uncontested facts;

c.  Identify the contested issues of fact and law;

d.  Identify the witnesses to be called at the hearing, including a brief description of their anticipated testimony; and

e. Identify the exhibits to be presented at the evidentiary hearing, noting any objection by any party against whom the exhibit is to be offered.

Proposed Findings of Fact and Conclusions of Law shall be filed separately by each party on the same date as the joint pre-hearing statement.

Any party seeking to extend any deadline set out in this Order shall file a motion setting forth good cause at least one week before the expiration of the deadline sought to be extended.

**IT IS SO ORDERED** this 7th day of November, 2016.

James H. Payne
United States District Judge
Eastern District of Oklahoma