**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,    )

                                      )    **CAPITAL CASE**

     Movant,                    )

                                      )

v.                                    )    Case No. 6:09-cv-00105-JHP

                                      )

UNITED STATES OF AMERICA,             )

                                      )

     Respondant.                )

**UNOPPOSED MOTION
TO MODIFY SCHEDULING ORDER**

_____

Petitioner, Kenneth Eugene Barrett, moves this Court to modify and to extend the deadlines and date for the evidentiary hearing set forth in the Court's scheduling Order of November 7, 2016.  (Doc. 246)

As grounds for this motion, Petitioner shows the following:

1.  In its order, the Court sets the evidentiary hearing ordered by the Tenth Circuit for February 16, 2017.  Motions for authorization to conduct discovery under the applicable rules are to be filed by November 18, 2016.  The parties are to exchange the names and contact information for any potential witnesses by December 8, 2016.  Motions requesting Petitioner's presence at the evidentiary hearing, either in person or through teleconference, are to be filed by January 3, 2017.  Proposed exhibits are to be exchanged by January 7, 2017.  A joint pre-

1

hearing statement addressing certain matters specified in the Order is to be filed by January 17, 2016.  (Doc. 246, pp. 2-3)

2.  Petitioner requests that these deadlines and the date for the evidentiary hearing be extended as follows:

a. May 16, 2017:  Evidentiary Hearing;

b. January 6, 2017:  Request for authorization to conduct discovery and other motions;

c.  February 5, 2017:  Witness contact information to be exchanged, or to be exchanged within 30 days of discovery compliance, if the disclosures made in discovery make additional witnesses necessary;

d. March 4, 2017:  Exhibits to be exchanged, or to be exchanged within 30 days of discovery compliance, if discovery compels additional exhibits;

e. April 14, 2017:  Additional prehearing motions as suggested by discovery and as suggested by other issues that may have arisen pending the evidentiary hearing;

f. April 18, 2017:  Joint pre-hearing statement.

3.  The dates requested in this motion encompass a period of time of approximately 6 months, which is about half as long as is typically given in these types of cases for pre-hearing litigation and conducting the evidentiary hearing itself.  The time-frames requested in this motion are consistent with the Court's

Unopposed Motion to Modify Scheduling Order *Barrett v. USA*
OKED Case No. 6:09-cv-00105-JHP

original scheduling order, which was stricken pending further action in the Supreme Court (and, relatedly, until the Tenth Circuit could rule on Petitioner's request to file a successor § 2255 motion).  (Doc. 246, p. 1)

4.  This motion is being filed in conformance with the Court's current order (Doc. 246, p. 3), which requires any motion for extension of any deadlines to be filed "at least one week before the expiration of the deadline sought to be extended."  The first deadline set forth in the Court's order, relating to requests to conduct discovery, is November 18, 2016.  Petitioner is filing this motion to extend all deadlines, and the date for the evidentiary hearing, so as not to burden the Court with piecemeal requests for extension.

5.  Petitioner is requesting extensions of deadlines and the evidentiary hearing for good cause.  At a minimum counsel must complete the following prior to the hearing and/or relevant disclosure dates:

- Additional evaluation of Mr. Barrett by Dr. George Woods, M.D. will be required to prepare for the evidentiary hearing.

- Additional time is also needed because the neuropsychologist who evaluated Mr. Barrett in connection with his § 2255 petition, Dr. Myla Young, is now deceased.

- A new expert will have to evaluate Mr. Barrett or undertake a thorough review of Dr. Young's work.

3

- A court order is required to permit access of the experts to conduct the necessary evaluations.

- Numerous potential witnesses will have to be contacted and re-interviewed, assuming stipulations to their testimony are not reached.

Moreover, it is very likely that Mr. Barrett will be seeking executive clemency from the president in the very near future, which, if granted, would moot the necessity for an evidentiary hearing.

Counsel for Mr. Barrett do not wish to speak for the government, but it is counsel's understanding that it will be requesting the unsealing of certain documents and making its own request to conduct extensive discovery.

6. Additional time beyond that set forth in the Court's order is also necessary because of counsels' work in other cases. Among other ongoing matters, David Autry is involved in ongoing litigation in a complex federal criminal matter, *United States v. Hudson, et al.,* W.D. Okl. No. CR 16-119-R. *Hudson* involves 28 defendants, 5 of whom were incarcerated at the Oklahoma State Penitentiary, who are allegedly members or associates of the Irish Mob Gang. The defendants are charged in a 90-plus page indictment alleging a sweeping drug conspiracy, with numerous related charges. The discovery released thus far amounts to approximately 14,000 pages and hundreds of hours of wiretap recordings. In total, the discovery in this case will consist of 50,000 pages of

documents, the hundreds of hours of wiretap recordings, consensual recordings, and hundreds of hours of "pole cam" videos and FLIR videos, among other categories.

Joan M. Fisher has other capital litigation matters currently due and pending in the Eastern District of California, including in other Death Penalty Cases pending in the Eastern District of California: Brief on the Merits and Motion for Evidentiary Hearing in the United States District Court in *People v. Gordon,* Case No. Civ. 2:91-0882-MCE-EFB (USDC CA-ED), due on December 4, 2016; completion of a factual work-up and filing of ineligibility under *Atkins v. Virginia, Hall v. Florida* and *Hurst v. Florida* related to a 2254 Habeas Petition in *Lewis v. Chappell*, Case No. 1:03-cv-06775-LJO-SAB (USDC CA-ED).

7.  Counsel for Petitioner has consulted with Christopher J. Wilson, AUSA, and Jeffrey B. Kahan, U.S. Department of Justice, regarding this motion and these suggested deadlines and date for the evidentiary hearing.  The government does not object to Mr. Barrett's motion.

8.  This motion is not made for purposes of delay and is made in good faith for the reasons stated herein and in the furtherance of justice.

////

////

Unopposed Motion to Modify Scheduling Order                                      *Barrett v. USA*
                                                          OKED Case No. 6:09-cv-00105-JHP

WHEREFORE, Petitioner asks that this motion be granted and the scheduling order be modified as requested hereinabove.

DATED:  November 10, 2016

Respectfully submitted,

/s/ *Joan M. Fisher*
Joan M. Fisher, Idaho Bar No. 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700
(916) 498-5710 [fax]
Joan_Fisher@fd.org


/s/ *David Autry*
David Autry, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com


Attorneys for Petitioner,
KENNETH EUGENE BARRETT

6

## Certificate of Electronic Service and Delivery

This is to certify that on this 10th day of November, 2016, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffey B. Kahan, U.S. Department of Justice, and to all counsel of record.  To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

DATED:  November 10, 2016

/s/ Joan M. Fisher
JOAN M. FISHER

Unopposed Motion to Modify Scheduling Order

*Barrett v. USA*
OKED Case No. 6:09-cv-00105-JHP