## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

**KENNETH EUGENE BARRETT**,        )
                                   )
    Petitioner/Defendant,          )
                                   )
  v.                               )        Case No. CV-09-00105-JHP
                                   )
**UNITED STATES OF AMERICA**,      )
                                   )
    Respondent/Plaintiff.          )

### GOVERNMENT'S [PROPOSED] ORDER RE: MOTION TO SECURE TRIAL COUNSEL'S FILES

The Government's Motion for Barrett to disclose his trial attorneys' files and records or, in the alternative, for it to propound subpoenas duces tecum to former counsel is hereby granted.

**IT IS ORDERED THAT** within 15 days, Barrett shall disclose trial counsel's complete files relating to their representation of him during the penalty phase of his trial.  To the extent Barrett denies custody of the requested records, the government may serve subpoenas duces tecum on John Echols, Roger Hilfiger and Brett Smith to secure the necessary documents.

 

_____
**JAMES H. PAYNE**
United States District Judge