## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT**, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | |
| v. | ) | Case No. CV-09-00105-JHP |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

## GOVERNMENT'S [PROPOSED] ORDER RE: MOTION TO OBTAIN CIVIL RULE 26 DISCOVERY FROM DEFENSE EXPERTS

The government's motion for written reports from and depositions of Barrett's mental health experts is hereby granted.

**IT IS ORDERED THAT** within 30 days, Barrett shall provide the written reports of any previously-retained expert. Barrett shall provide any report on behalf of a newly-retained expert within 30 days of his or her evaluation of the defendant. The government shall have 30 days from the receipt of any such report to conduct a deposition of the authoring witness.

_____
**JAMES H. PAYNE**
United States District Judge