### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
       )
    Petitioner/Defendant,    )
       )
   v.    )    Case No. CV-09-00105-JHP
       )
UNITED STATES OF AMERICA,    )
       )
    Respondent/Plaintiff.    )

### GOVERNMENT'S [PROPOSED] ORDER RE: MOTION TO PROPOUND INTERROGATORIES

The government's motion to propound interrogatories is hereby granted.

**IT IS ORDERED THAT** within the 30 days the government may serve upon Barrett interrogatories to identity any medical or mental health professional who has diagnosed or treated him for: a) any mental health condition, b) any drug abuse, c) any physical condition that may have impacted his mental health, and d) any genetic condition that may have impacted his mental health; to identify schools he has attended; to identify employers for whom he has worked; to identify relatives he believes suffer from conditions pertinent to his claims of mental illness; to identify medical or mental health professionals who has diagnosed or treated each named relative for: a) any mental health condition, b) any drug abuse, c) any physical condition that may have impacted the defendant's mental health, and d) any genetic condition that may have impacted the defendant's mental health; and to identify all documents transmitted to his expert witnesses to substantiate any claimed mental health condition

_____
**JAMES H. PAYNE**
United States District Judge