## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT**, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | |
| v. | ) | Case No. CV-09-00105-JHP |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

## GOVERNMENT'S [PROPOSED] ORDER RE: MOTION FOR PSYCHIATRIC EVALUATION OF DEFENDANT

The government's motion for psychiatric evaluation of the defendant is hereby granted.

**IT IS ORDERED THAT** within 60 days, Barrett will submit to an evaluation of his psychiatric health conducted by Steven Pitt, D.O. at the Special Confinement Unit in Terre Haute. Dr. Pitt may bring electronic audio and video recording equipment into the facility and use it to record his meeting with Barrett. No representative of the defense shall be permitted in the room in which Dr. Pitt conducts the evaluation, which will be electronically recorded (audio and visual) for the benefit of all counsel.

_____
**JAMES H. PAYNE**
United States District Judge