**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT**, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | |
| v. | ) | Case No. CV-09-00105-JHP |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

**GOVERNMENT'S [PROPOSED] ORDER RE: MOTION TO SERVE DISCOVERY ON THIRD PARTIES RELATED TO DEFENDANT'S MENTAL HEALTH AND SOCIAL HISTORY**

The government's motion to serve discovery on third parties related to the defendant's mental health and social history is hereby granted.

**IT IS ORDERED THAT** within the government may serve subpoenas duces tecum on the health care providers of Barrett's relatives whom he claims to have suffered from mental and physical health conditions relevant to his own mental state. Additionally, the government may conduct depositions of those relatives.

_____
**JAMES H. PAYNE**
United States District Judge