## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

**KENNETH EUGENE BARRETT**,                )
                                            )
    Petitioner/Defendant,        )
                                            )
  v.                                    )     Case No. CV-09-00105-JHP
                                            )
**UNITED STATES OF AMERICA**,              )
                                            )
    Respondent/Plaintiff.        )

### GOVERNMENT'S [PROPOSED] ORDER RE: MOTION TO SERVE SUBPOENAS DUCES TECUM REGARDING RECORDS RELATED TO DEFENDANT'S MENTAL HEALTH

The government's motion to serve subpoenas duces tecum regarding records related to the defendant's mental health is hereby granted.

**IT IS ORDERED THAT** the government may subpoena records from the following third parties: the U.S. Social Security Administration (for all records of Barrett's benefits and paid employment), all organizations and individuals who employed Barrett in a paid or unpaid capacity (for all records of his employment); all schools that Barrett attended (for all of his academic, administrative, behavioral and counseling records); all judicial and administrative courts in which Barrett has been a litigant or witness (for any sealed transcripts of his testimony or any non-public records related to litigation in which he was a party or witness); all penal and detention facilities in which Barrett has been an inmate (for all records of his custody), all medical professionals who have treated or diagnosed Barrett (for all of medical records related to his mental health), all mental health professionals who have treated or diagnosed Barrett (for all of his mental health records).

1

To the extent any such records are privileged under state or federal law, Barrett must execute an authorization to allow the government to obtain copies of the documents from their custodians.

_____
**JAMES H. PAYNE**
United States District Judge