## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT**, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | |
| v. | ) | Case No. CV-09-00105-JHP |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

### GOVERNMENT'S [PROPOSED] ORDER RE: MOTION TO PERMIT INSPECTION OF THE EXPANDED RECORD

The government's motion to permit inspection of the expanded record is hereby granted.

**IT IS ORDERED THAT** the Court hereby expands the record of this case to include the Psychological Evaluation/Risk Assessment was prepared during the underlying trial by J. Randall Price, Ph.D., ABPP, ABPN and currently in the custody of firewalled counsel in the Northern District of Oklahoma.  Counsel for both parties may inspect and copy the report.

_____
**JAMES H. PAYNE**
United States District Judge