# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

**KENNETH EUGENE BARRETT**,           )
                                                                  )
    Petitioner/Defendant,                 )
                                                                  )          Case No. CV-09-00105-JHP
  v.                                                        )
                                                                  )
**UNITED STATES OF AMERICA**,          )
                                                                  )
    Respondent/Plaintiff.                   )


### GOVERNMENT'S [PROPOSED] ORDER RE: MOTION TO UNSEAL DOCUMENTS AND PROVIDE THEM TO A POTENTIAL EXPERT WITNESS SUBJECT TO A PROTECTIVE ORDER

The government's motion to unseal documents and provide them to a potential expert witness subject to a protective order is hereby granted.

**IT IS ORDERED THAT** the Court unseals to the extent that the government may provide to Steven Pitt, D.O., the following exhibits to Barrett's § 2255 motion (Doc. 95): Exhibits 119 through 134 (birth and death certificates); Exhibit 135 (Brandon Smith Social Security Records, Itemized Statement of Earnings); Exhibit 136 (Education Records for Kenneth Barrett); Exhibit 137; (Education Records for Gwendolyn Barrett); Exhibit 138 (Education Records for Ernest Barrett); Exhibit 139 (Medical Records for Carolyn Joseph); Exhibit 140 (Medical Records for Kathy Trotter); Exhibit 141 (Medical Records for Brandie Hill); Exhibit 142 (Medical Records for Toby Barrett); Exhibit 143 (Medical Records for Travis Crawford); Exhibit 145 (Medical Records for Linda Riley);Exhibit 146 (Medical Records for A.J. Barrett); Exhibit 147A-G (Medical Records for Kenneth Barrett); Exhibit 148 (Report of Interview with Kenneth Barrett by OSBI); Exhibit 149 (Marriage Certificate for Ernest and Diana Barrett);

Exhibit 150 (Divorce File for Eugene and Sylvia Gelene Dudley); Exhibit 151 (Divorce File for Kenneth Barrett and Abigail Barrett); Exhibit 152 (*Kimberly Pulice v. Richard Barrett*, Case No. JFP-2004-17); Exhibit 153 (*In the Matter of Guardianship of Brandon Leroy Smith*, Case Number PG);  Exhibit 154 (*In re: Sale of Inherited Lands of Lewis Dotson*, Case Number 481); Exhibit 155 (Sylvia Gelene Dotson's Genealogy Memorandum); Exhibit 182 (Bill Ed Rogers's File); Exhibit 195 (*State of Oklahoma vs. Randy Turman*, Case Number CF-02-477); Exhibit 196 (Military Records for Travis Crawford); Exhibits 197-99 (birth certificates); Exhibit 200 (Education Records for Kenneth Barrett); Exhibit 201 (Medical Records for Gwen Crawford); Exhibit 202 (Medical Records for Carolyn Joseph); Exhibit 203 (Social Security Records for Travis Crawford).

The Court further orders that Dr. Pitt is directed to maintain the privacy and confidentiality of such records and the information contained therein.  Dr. Pitt may not (without prior authorization of this Court) disseminate such records or information to any person, apart from his own staff, who is not directly involved in the preparation of the government's presentation of this case.  At the conclusion of these proceedings, he will destroy all copies of the sealed records, whether held in physical or electronic form.

_____
**JAMES H. PAYNE**
United States District Judge

2