**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar # 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   (916) 498-6666
Facsimile:   (916) 498-6656
Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | **CAPITAL CASE** |
| | ) | |
| Movant/Petitioner, | ) | CASE NO. CV-09-00105-JHP |
| | ) | |
| vs. | ) | PETITIONER'S RESPONSE |
| | ) | TO GOVERNMENT'S |
| United States of America | ) | MOTION TO PROPOUND |
| | ) | INTERROGATORIES |
| Respondent. | ) | (Doc. 252) |
| _____ | ) | |

Petitioner, Kenneth Eugene Barrett, submits the following as his response to

the government's motion to propound interrogatories.  (Doc. 252)

1.  The government seeks to submit interrogatories to Petitioner and his family members regarding their physical and mental health.  (Doc. 252, p. 1) This request is based on the fact Petitioner has claimed his trial counsel were ineffective for failing to investigate, develop, and introduce evidence regarding his mental illnesses and organic impairments.  The government contends that such interrogatories are necessary so it can "determine the scope and sources of Barrett's medical treatment in the community, as the information is necessary for the government to efficiently investigate Barrett's claim that his trial attorneys ineffectively failed to present evidence concerning his mental health."  (Doc. 252, p. 2) The same request is made with respect to Mr. Barrett's relatives who provided declarations in support of his § 2255 motion, because "Barrett's relatives have likewise placed their mental health at issue [.]" (Doc. 252, p. 3)

2.  Petitioner objects to government interrogatories being propounded to Mr. Barrett's relatives regarding their physical and mental health.  This far-ranging request is too burdensome to comply with and smacks of a fishing expedition.  It is certainly too far-reaching and burdensome to comply with given the Court's scheduling order.  Mr. Barrett's relatives' declarations, and any supporting documentation filed with the § 2255 petition, speak for themselves.  Petitioner has no objection to making available to the government Mr. Barrett's relatives personal

records that form the basis of the claim.  The government has no right to more and certainly is not permitted to delve into every aspect of their lives at will.

3.  Petitioner objects to interrogatories being propounded to Mr. Barrett with respect to every aspect of his physical and mental health.  Again, this request is too burdensome in light of the time constraints imposed by the Court's scheduling order.  The best evidence on these matters consists of Mr. Barrett's mental health and other health records which were filed as exhibits with the § 2255 motion, to which the government has or will have access, as well as the reports of the experts who examined him in support of his § 2255 motion.  Again, these records and reports speak for themselves.  Propounding interrogatories to Mr. Barrett personally would be redundant and time consuming.

WHEREFORE, Petitioner requests that the government's request to propound interrogatories be denied consistent with the above objections.

DATED:  November 23, 2016            Respectfully submitted,

/s/ Joan M. Fisher
JOAN M. FISHER

/s/ David Autry
DAVID AUTRY

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

# CERTIFICATE OF ELECTRONIC FILING AND SERVICE

This is to certify that on this 23rd day of November, 2016, I caused the foregoing Petitioner's Response to Government's Motion to Propound Interrogatories (Doc. 252) to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, United States Department of Justice, and to all counsel of record.  To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ Joan M. Fisher
JOAN M. FISHER