**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar # 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone:  (916) 498-6666
Facsimile:  (916) 498-6656
Joan_Fisher@fd.org

Attorneys for Movant/Petitioner,
KENNETH E. BARRETT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | **CAPITAL CASE** |
| | ) | |
| Movant/Petitioner, | ) | CASE NO. CV-09-00105-JHP |
| | ) | |
| vs. | ) | PETITIONER'S RESPONSE |
| | ) | TO GOVERNMENT'S MOTION |
| United States of America, | ) | TO PERMIT INSPECTION OF |
| | ) | THE EXPANDED RECORD |
| Respondent. | ) | |
| _____ | ) | |

Kenneth Eugene Barrett, Movant/Petitioner, through his attorneys files his

Notice of Non-Opposition to the government's Unopposed Motion to Permit

Inspection of the Expanded Record filed on November 18, 2016, wherein the

government seeks "to formally expand the record in this § 2255 case to include a

mental health evaluation report and that was sealed before trial (Trl. Doc. 238)".
(Doc 256.)

By this Notice, Mr. Barrett has no objection to the unsealing and disclosure of the mental health evaluation report and all related documentary evidence of the examination including but not limited to rough notes and other notes, testing, the testing protocols, memoranda, communications between the government and Dr. Price, and any and all video and audio recordings of the same or related thereto that are in the possession of Dr. Price, the Court, or the government. We also request access to all records reviewed by Dr. Price in formulating his diagnosis or conclusions.  We do not object to the unsealing of these materials provided they cannot be used in the event of retrial in order to secure conviction(s).

DATED:  November 23, 2016          Respectfully submitted,

                                   /s/  David Autry
                                   DAVID AUTRY
                                   Attorney at Law

                                   /s/ Joan M. Fisher
                                   JOAN M. FISHER
                                   Assistant Federal Defender

                                   Attorneys for Petitioner,
                                   KENNETH EUGENE BARRETT

PETITIONER'S RESPONSE TO GOVERNMENT'S                *Barrett v. United States*
MOTION TO PERMIT INSPECTION OF THE          OKED Case No. CV-09-00105-JHP
EXPANDED RECORD                2

## CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY

This is to certify that on this 23rd day of November, 2016, I caused the foregoing Petitioner's Response to the Government's Motion to Permit Inspection of the Expanded Record to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ *Joan M. Fisher*
JOAN M. FISHER