**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar # 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   (916) 498-6666
Facsimile:   (916) 498-6656
Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH E. BARRETT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | **CAPITAL CASE** |
| | ) | |
| Movant/Petitioner, | ) | CASE NO. CV-09-00105-JHP |
| | ) | |
| vs. | ) | PETITIONER'S RESPONSE |
| | ) | TO GOVERNMENT'S |
| | ) | MOTION TO UNSEAL |
| United States of America | ) | DOCUMENTS AND |
| | ) | POTENTIAL EXPERT |
| | ) | SUBJECT TO PROTECTIVE |
| Respondent. | ) | ORDER |
| _____ | ) | |

PETITIONER'S RESPONSE TO GOVERNMENT'S              *Barrett v. United States*
MOTION TO UNSEAL DOCUMENTS AND                     OKED Case No. 6:09-cv-00105-JHP
PROVIDE THEM TO A POTENTIAL EXPERT
WITNESS SUBJECT TO A PROTECTIVE ORDER.     1

Kenneth Eugene Barrett, Movant/Petitioner, through his attorneys files his Notice of Non-Opposition to the government's Unopposed Motion to Unseal Documents and Provide them to a Potential Expert Witness Subject to a Protective Order filed on November 18, 2016, wherein the government seeks "to provide a psychiatrist who may testify as an expert witness in the ordered evidentiary hearing with access to sealed material submitted by [Mr.] Barrett."  (Doc 257 at 1, 2).

As the government has advised the Court, Mr. Barrett objects to the examination (Brief in Opposition filed herewith.)  If Dr. Pitt is allowed to conduct an evaluation over Petitioner's objection, Petitioner has no objection to unsealing the documents identified provided that all documents of whatever form or nature are used for purposes of the evaluation only, are preserved, and are kept confidential throughout.  Petitioner's counsel requests to be present to make introductions before the exam, be allowed to consult with Mr. Barrett as needed, and be allowed to visit Mr. Barrett upon the conclusion of the examination."

DATED:  November 23, 2016          Respectfully submitted,

/s/ *David Autry*
DAVID AUTRY
Attorney at Law

/s/ *Joan M. Fisher*
JOAN M. FISHER
Assistant Federal Defender

## CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY

This is to certify that on this 23rd day of November, 2016, I caused the foregoing Petitioner's Response to the Government's Motion to Unseal Documents and Potential Expert Subject to Protective Order to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ *Joan M. Fisher*
JOAN M. FISHER

PETITIONER'S RESPONSE TO GOVERNMENT'S
MOTION TO UNSEAL DOCUMENTS AND
PROVIDE THEM TO A POTENTIAL EXPERT
WITNESS SUBJECT TO A PROTECTIVE ORDER.   3

*Barrett v. United States*
OKED Case No. 6:09-cv-00105-JHP