**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,    )
        )
    Petitioner/Defendant,    )
        )
vs.    )    Case No. 09-CIV-105-JHP
        )
UNITED STATES OF AMERICA,    )
        )
    Respondent/Plaintiff.    )

## SCHEDULING ORDER

December 13, 2016    Exchange name and contact information for potential witnesses

December 21, 2016    Petitioner shall deliver defense counsel's files to government

January 3, 2017    Request Petitioner's presence at evidentiary hearing in person or to participate via video conference and Petitioner's written summary of mental health experts to be called at evidentiary hearing

January 6, 2017    Exchange proposed exhibits

January 20, 2017    Examination of Petitioner completed

February 1, 2017    Motions in Limine and Daubert issues filed

February 8, 2017    Responses to Motions in Limine and Daubert issues filed

February 15, 2017    Replies to Motions in Limine and Daubert issues filed

February 16, 2017    Parties shall file a joint pre-hearing statement, which shall:

        a. Identify counsel who will appear at evidentiary hearing;

        b. Identify any stipulated or uncontested facts;

        c. Identify the contested issues of fact and law;

d.  Identify the witnesses to be called at the hearing, including a brief description of their anticipated testimony;

e.  Identify all exhibits to be presented at the evidentiary hearing, noting any objection by any party against whom the exhibit is to be offered;

f.  Advise the Court as to the anticipated length of the evidentiary hearing.

February 16, 2017    Proposed Finding of Fact and Conclusions of Law

March 3, 2017    Expert report(s) exchanged

March 13, 2017
 at 9:30 a.m    Evidentiary hearing in Courtroom 1

DATED this 6th day of December, 2016.

_____

James H. Payne
United States District Judge
Eastern District of Oklahoma