**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | Case No. 09-CV-00105-JHP |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## UNOPPOSED MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING

**COMES NOW** Respondent, United States of America, by and through undersigned counsel, and moves this Court for a continuance of 28 days in which to commence the previously-ordered evidentiary hearing in this case.  Pursuant to the local rules of the United States District Court for the Eastern District of Oklahoma, Respondent states the following:

1.  The Tenth Circuit Court of Appeals ordered an evidentiary hearing in this case to determine whether trial counsel provided ineffective assistance of counsel in the investigation and presentation of evidence concerning Barrett's mental health and personal history.  Doc. 230.

2.  On December 6, 2016, this Court calendared the ordered evidentiary hearing to commence on March 13, 2017.

3.  At present, the government intends to present four witnesses at the hearing –two trial attorneys, Roger Hilfiger and Bret Smith, and two retained mental health experts, Steven Pitt, D.O., and J. Randall Price, Ph.D.

4.  Mr. Hilfiger has advised government counsel that he has prepaid international travel plans from March 13, 2017 to March 28, 2017.  He will, thereafter, be available to appear at the hearing.

5.  Counsel for the government contacted its remaining witnesses to determine their availability.  Dr. Price does not report any present conflicts during the month of April.  Mr. Smith has stated that he does not have any conflicts until the end of April, 2017.  Dr. Pitt reports has existing conflicts, but is available from April 10 through April 18.

6.  No previous continuance has been sought regarding this evidentiary hearing date, and the request is made to accommodate the schedules of the witnesses, not for delay.

7.  On December 13, 2016, counsel for Mr. Barrett, David Autry, stated by telephone that he does not object to this request.

**WHEREFORE**, for the foregoing reasons, the government respectfully moves this

Honorable Court to grant a 28-day continuance of the previously-ordered evidentiary hearing.

Dated: December 13, 2016,

Respectfully submitted,

MARK F. GREEN
United States Attorney

CHRISTOPHER J. WILSON
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK  74401
Telephone: (918) 684-5100
FAX: (918) 684-5150
chris.wilson@usdoj.gov


*/S. Jeffrey B. Kahan*
JEFFREY B. KAHAN
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX:  (202) 353-9779
Jeffrey.kahan@usdoj.gov

**CERTIFICATE OF SERVICE**

I, hereby certify that on December 13, 2016, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Autry: dbautry44@hotmail.com

Joan M. Fisher joan.fisher@fd.org, Paul_Mann@fd.org, jmfisher@turbonet.com


/S. *Jeffrey B. Kahan*
JEFFREY B. KAHAN
Trial Attorney

4