## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| **KENNETH EUGENE BARRETT** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | Case No. 09-CV-00105-JHP |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### [PROPSOSED] ORDER RE: CONTINUANCE OF EVIDENTIARY HEARING TO ACCOMMODATE WITNESS SCHEDULES

The government's motion for a continuance of 28 days in which to commence the previously-ordered evidentiary hearing in this case is hereby granted.

IT IS ORDERED THAT the evidentiary hearing previously scheduled to begin on March 13, 2017, shall commence on April 10, 2017 at 9:30 a.m.

_____

**HON. JAMES H. PAYNE**
U.S. District Court Judge