# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,            )
                                   )
      Petitioner/Defendant,        )
                                   )
vs.                                )    Case No. 09-CIV-105-JHP
                                   )
UNITED STATES OF AMERICA,          )
                                   )
      Respondent/Plaintiff.        )

## ORDER

This matter comes before the Court on Respondent's Unopposed Motion for Continuance of Evidentiary Hearing (Dkt. # 273). According to the motion, Mr. Hilfiger has advised the government that he has prepaid international travel plans from March 13, 2017 to March 28, 2017. He will, thereafter, be available to appear at the hearing. This Court will hold the hearing as scheduled on March 13, 2017. If either party believes that Mr. Hilfiger's testimony is essential after hearing the remaining witnesses, the Court will continue the hearing to March 31, 2017, for the sole purpose of hearing Mr. Hilfiger's testimony. For the foregoing reasons, this Court hereby **denies** respondent's motion to continue the evidentiary hearing.

It is so ordered on this 14th day of December, 2016.

James H. Payne
United States District Judge
Eastern District of Oklahoma