**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Petitioner/Defendant,　　　)
　　　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　　)　　　Case No. 09-CIV-105-JHP
　　　　　　　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Respondent/Plaintiff.　　　)

**ORDER**

This matter comes before the Court on Petitioner's Motion for Order of Access to

Petitioner by Mental Health Expert (Dkt. # 271).  The government filed a response on

December 15, 2016 (Dkt. # 275).

Petitioner asks the Court to allow another licensed psychiatrist, "whose expertise

involves a variety of psychiatric, forensic, substance abuse and organizational issues at the

Federal Correctional Institute at Terre Haute, Indiana" to conduct an interview with him "to

address potentially mitigating aspects of Mr. Barrett's mental health at the time of the offense

for which he stands convicted with an emphasis on the substance abuse both long term and

as it affected Mr. Barrett on the (sic) September 24, 1999."  Dkt. # 271.  Although the

government's response indicates that "Barrett may have a statutory right to conduct a mental

health evaluation ahead of the scheduled evidentiary hearing. . . .," this Court is not aware

of any such statutory right and neither of the parties have referenced such a statute.  Further,

while government indicates this Court has "exercised its discretion to permit the retention

of Dr. Stewart as a mental health expert," this Court has not previously ruled on the retention of Dr. Stewart.

As this Court has indicated previously, Petitioner's motion to vacate contains documents, declarations and assessments of three experts: Dr. Bill Sharp, who examined the Defendant in 2002; Dr. Myla Young, a clinical neuropsychologist who examined Defendant in 2009 and reviewed his records; and Dr. George Woods, a psychiatrist who reviewed Defendant's records and examined him in 2009. Dkt. # 248. *See also*, *United States v. Barrett*, 797 F.3d 1207, 1229 (10th Cir. 2015). This Court believes the testing and examination of Petitioner which has occurred over the past fourteen (14) years is more than sufficient to adequately address the issues in the upcoming evidentiary hearing. Therefore, Petitioner's motion is **denied**.

It is so ordered on the 15th day of December, 2016.

James H. Payne
United States District Judge
Eastern District of Oklahoma