**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:   (405) 521-9600
Facsimile:   (405) 521-9669
E-mail:      dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar # 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   (916) 498-6666
Facsimile:   (916) 498-6656
E-mail:      Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH E. BARRETT,** | ) | **CAPITAL CASE** |
| | ) | |
| **Movant/Petitioner,** | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| **v.** | ) | **NOTICE OF PETITIONER'S** |
| | ) | **WRITTEN SUMMARIES OF** |
| **UNITED STATES OF AMERICA,** | ) | **ANTICIPATED TESTIMONY** |
| | ) | **OF EXPERTS** |
| **Respondent.** | ) | |
| | ) | |

Movant/Petitioner KENNETH E, BARRETT, through counsel and pursuant to the

Scheduling Order of December 6, 2016 files the summaries of the testimony of currently

anticipated experts. (Docs. 270). [1]

---

[1]   Petitioner's counsel notes that the Scheduling Order requires only the summaries of mental health experts but to assure full compliance summaries of the testimony of all anticipated experts is included.

NOTICE OF PETITIONER'S WRITTEN                          *Barrett v. United States,*
SUMMARIES OF ANTICIPATED TESTIMONY                      *6:09*-cv-09-00105-JHP
OF EXPERTS                          1

**ERIN BIGLER, Ph.D.**

Mr. Barrett intends to present testimony from Erin Bigler, Ph.D. who is the Susa Young Gates Professor of Psychology and Neuroscience at Brigham Young University and the former President of the International Neuropsychological Society. Dr. Bigler is board-certified in clinical neuropsychology by the American Board of Professional Psychology. He is an expert in neuropsychology-neurophysiology, neuropsychological diagnostics, neuroimaging, and traumatic brain injury. Dr. Bigler will testify to his review of Mr. Barrett's neurospsychological, psychological, psychiatric, and medical histories. Dr. Bigler will review prior neuropsychological testing, psychological and psychiatric evaluations of Mr. Barrett. Mr. Barrett intends to present Dr. Bigler's opinions on Mr. Barrett's neuropsychological functioning, cognitive impairment, history of head trauma, and/or brain damage. Dr. Bigler may opine on the possible etiologies of Mr. Barrett's brain damage. In addition, Mr. Barrett may present Dr. Bigler in rebuttal to the government's case on issues that may include the evaluations and opinions offered from Dr. Randall Price or Dr. Steven Pitt.

**RICHARD BURR**

Mr. Burr is an attorney licensed to practice law who has represented over one hundred capital clients in state and federal courts at all stages of litigation including trial, appeal, and post-conviction and at every court level including the United States Supreme Court. He was trial counsel in three capital cases including *United States v. Timothy James McVeigh*, and is well familiar with the prevailing professional norms for capital representation at the time of Mr. Barrett's trial.  Mr. Burr will testify to factual matters concerning his consultation and advice in the matter of Mr. Barrett's defense as set out in his Declaration (Doc. 95, Exh. 118) and supplemental Declaration (Doc. 178, Exh. 219).   Mr. Burr will also testify to his familiarity with

the community standards of prevailing professional norms in the defense of capital clients at the time of Mr. Barrett's trial.  He will render his professional opinion of appointed counsel's failures in performing in a manner consistent with those norms.  Mr. Burr may also be called to rebut the government's evidence.

**GEORGE KIRKHAM, Ph.D.**

Dr. Kirkham is a well-renowned Police Standards and Procedures Expert who has served as consultant and expert witness in police litigation in over 1500 cases in nearly every state in the country.  He has testified extensively in federal and state courts in behalf of both plaintiffs and defendants in civil actions, as well as in criminal cases for prosecution and defense.  Dr. Kirkham has previously proffered a report in this matter.  Doc. 95, Exh. 44.  We will call him to testify to the contents of the report, as well as, to address the mitigating circumstance of law enforcement's failure to adequately consider the emotional instability of a known meth user with other evident mental health issues in the planned execution of the search warrant. Dr. Kirkham may also be called to rebut the government's evidence.

**THOMAS KOSTEN, M.D.**

Mr. Barrett intends to present testimony from Thomas Kosten, M.D., who is the Jay H. Waggoner Endowed Chair and Professor of Psychiatry, Neuroscience, Pharmacology, Immunology & Pathology at Baylor College of Medicine, Michael E. DeBakey VAMC, in Houston, Texas. Dr. Kosten is also Director, Dan Duncan Institute for Clinical and Translational Research; Vice Chair, Psychiatry for Research; and Director, Division of Alcohol and Addiction Psychiatry at Baylor. He is an expert in substance abuse, pharmacology, and addiction psychiatry. As relevant to his testimony in this case, Dr. Kosten's areas of expertise include genetic and environmental factors in explaining drug and alcohol use; psychiatric co-morbidities;

potential association with violence, paranoia, and/or psychosis; and treatment and rehabilitation outcomes. Dr. Kosten will testify to his review of Mr. Barrett's psychiatric, medical, and substance abuse histories; his social history; his review of prior evaluations of Mr. Barrett; and/or his own clinical evaluation of Mr. Barrett. Mr. Barrett may present Dr. Kosten in rebuttal to the government's case, including but not limited to the psychological evaluations by Dr. Randall Price and Dr. Steven Pitt.

## DEBORAH S. MIORA, Ph.D.

Mr. Barrett intends to present testimony from Deborah S. Miora, Ph.D., a licensed clinical psychologist who is board-certified in neuropsychology. If called, Dr. Miora will testify about Mr. Barrett's psychological and neuropsychological functioning at the time of the offense. Her testimony will be based on the methods and opinions described in the declarations of Myla Young, Ph.D., Bill Sharp, Ph.D., and George Woods, M.D. Dr. Miora may testify about whether and how testing methods and results other than neuropsychological tests bear on an assessment of Mr. Barrett's psychological or neuropsychological functioning at the time of the offense. If necessary, Mr. Barrett may call Dr. Miora as a rebuttal witness to respond to testimony offered by any witness called by the government.

## THOMAS J. REIDY, Ph.D.

Mr. Barrett intends to present testimony from Thomas J. Reidy, Ph.D., a clinical psychologist in private practice. Dr. Reidy is board-certified in Forensic Psychology by the American Board of Professional Psychology (ABPP), and he is an expert in violence risk assessment with numerous peer-reviewed publications related to prison violence. Dr. Reidy will testify to his review of Mr. Barrett's psychiatric, psychological, medical histories, and testify to Mr. Barrett's conduct during incarceration. Dr. Reidy may testify to the violence risk

assessments previously performed by Dr. Jeanne Russell and Dr. Randall Price, and he will assess and testify to the evidence the government has indicated it intends to present in opposition of Petitioner's claim of ineffective assistance of counsel. Dr. Reidy may testify to his opinions regarding Mr. Barrett's potential risk for committing violent criminal offenses in prison. He will opine on the validity of various measures and techniques used in violence risk assessment as related to predicting "future dangerousness" in a prison context. Mr. Barrett may call Dr. Reidy to critique the use of antisocial personality disorder and psychopathy as diagnostic considerations in risk assessment for prison violence.

**PABLO STEWART, M.D.**

Dr. Pablo Stewart, a physician licensed to practice medicine in California and Hawaii who is board certified in psychiatry by the American Board of Psychiatry and Neurology. Dr. Stewart completed his medical and psychiatric training at the University of California in 1986 and has practiced in a number of settings, including jails, jail psychiatric hospitals, and Veterans' Administration hospitals. Dr. Stewart has qualified as an expert in seven federal courts and several state courts.

Dr. Stewart will testify to his review of Mr. Barrett's psychiatric, medical and substance abuse history, as well as his social history. He will then address specifically the how the substance abuse may have impacted Mr. Barrett's previous psychiatric disorders or medical condition at the time of the offense. Based on that information and assessment, he will offer a number of opinions Mr. Barrett's ability to perceive, understand, assess or evaluate and make judgments under the conditions at issue. The standard of practice in evaluating the issues at hand includes a face to face interview with Mr. Barrett, however, Dr. Stewart will be able to render a number of opinions based solely on chart and/or record review but those opinions are qualified

due to the lack of face to face interview time with Mr. Barrett. Dr. Stewart may also be called to rebut the government's evidence.

## GAYLAN WARREN

Mr. Warren is a criminologist in private practice in Newport, Washington, qualified as an expert in crime forensics and has testified in numerous police shootings on matters related to self-defenses, police procedures, crime scene reconstruction, firearms and ballistics.  He may be called to testify to relevant matters in mitigation regarding perception and response time in shooting incidents, inconsistent testimony presented in the purported execution of a nighttime search warrant as it relates to the reasonable likelihood that such a warrant would be executed with notice and whether or not emergency lights as described by some of the witnesses would have, in fact, served as notice to the emotionally unstable target of the search warrant.  He may also be called to testify to the mitigating impact of the observations similar in kind and nature that were proffered by Mr. Barrett in this 2255 proceeding through criminalist, Ed Hueske.  See Doc. 95, Exh. 109.  Mr. Warren may also be called to rebut the government's evidence.

## GEORGE W. WOODS, M.D.

Dr. Woods is a licensed physician specializing in psychiatry and neuropsychiatry who maintains a private practice in Oakland, California, focusing on neuropsychiatry, psycho-pharmacology, workplace safety, and forensic consultations. He is board-certified in Psychiatry and has testified as an expert in in numerous civil and criminal cases in state and federal courts.

In 2009, Dr. Woods performed a neuropsychiatric evaluation of Mr. Barrett, including conducting a structured clinical interview, at the federal prison in Terre Haute, Indiana, over the course of two full days on February 17 and 18, 2009. Dr. Woods reviewed and considered the declaration of neuropsychologist, Myla Young, PhD; Mr. Barrett's institutional records, to

include available academic, medical and custodial records; declarations and/or medical and social records of various family members, all of which is the type of data customarily relied upon by qualified mental health professions to perform an accurate and reliable neuropsychiatric assessment. Dr. Woods will testify to his observations and medical and psychiatric conclusions set out in his declaration dated March 14, 2009, Doc. 95, Exh. 117. Because the evaluation was conducted over seven years ago, it is consistent with standard medical practice and with forensic evaluations to re-interview Mr. Barrett prior to testifying at the evidentiary currently set for the week of March 13, 2017.  Further and additional testimony may result from that interview. Dr. Woods may also be called to rebut the government's evidence.

DATED:  January 3, 2017                          Respectfully submitted,


                                                 */s/ Joan M. Fisher*
                                                 JOAN M. FISHER, Idaho Bar #2854
                                                 Assistant Federal Defender
                                                 801 I Street, 3rd Floor
                                                 Sacramento, CA 95814
                                                 Telephone:     (916) 498-6666
                                                 Facsimile:     (916) 498-6656

                                                 */s/ David Autry*
                                                 DAVID AUTRY, OBA #11600
                                                 1021 N.W. 16th Street
                                                 Oklahoma City, OK 73106
                                                 Telephone:     (405) 521-9600
                                                 Facsimile:     (405) 521-9669

                                                 Attorneys for Petitioner,
                                                 KENNETH EUGENE BARRETT

## CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY

This is to certify that on this 3rd day of January, 2017, I caused the foregoing Notice of

Petitioner's Written Summaries of Anticipated Testimony of Experts to be filed with the Clerk of

the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher

J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record.  To

counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

DATED:  January 3, 2017

/s/ Joan M. Fisher
JOAN M. FISHER