IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,              )
                                     )
            Petitioner/Defendant,    )
                                     )
vs.                                  )    Case No. 09-CIV-105-JHP
                                     )
UNITED STATES OF AMERICA,            )
                                     )
            Respondent/Plaintiff.    )

## ORDER

This matter comes before the Court on Petitioner's Motion for Reconsideration of the Court's Order Denying the Government's Unopposed Motion for Continuance (Dkt. # 281). On December 6, 2016, this Court entered a scheduling order setting an evidentiary hearing for March 13, 2017 (Dkt. # 270). The earlier motion for continuance requested this Court continue the evidentiary hearing for twenty-eight days because one witness, Roger Hilfiger, had prepaid international travel plans beginning March 13, 2017 to March 28, 2017. *See*, Dkt. # 273. No other conflicts were reported to the Court for March 13, 2017. The motion did, however, indicate that one government witness had no conflicts in April, one government witness had no conflicts until the end of April and another government witness had existing conflicts but was available from April 10 through April 18. *Id*., at p. 2, ¶ 5. Additionally, the Court was aware that counsel for Petitioner had previously requested a continuance of the evidentiary hearing which was originally set on February 16, 2017, due to his counsel's heavy caseload. *See*, Dkt. # 247.

Unfortunately, it is next to impossible to schedule court hearings with as many counsel and potential witnesses as are involved in this case without running into scheduling conflicts. This Court also has an extremely busy court schedule. As a result, the Court decided to bifurcate the hearing and allow all testimony to be put on beginning on March 13, 2017 and indicated that the hearing would be continued to March 31, 2017 for the sole purpose of hearing Mr. Hilfiger's testimony (Dkt. # 274).

Petitioner claims in his motion for reconsideration that a bifurcated hearing is prejudicial to him because: 1) the Court has not addressed his right to rebuttal witnesses after Mr. Hilfiger's testimony and it is unlikely that Mr. Hilfiger's testimony and Petitioner's rebuttal can be completed in one day, thus compounding the expense and delay, as well as, disrupting the orderly presentation of evidence; 2) the parties' legal teams will have to incur additional travel expenses for the team and relevant rebuttal witnesses; and 3) while admitting an order of sequestration could be entered, Petitioner still claims Mr. Hilfiger will have an opportunity to confer with Bret Smith and other witnesses who have previously testified. While this Court does not believe that a bifurcated hearing would be prejudicial to Petitioner, the Court has decided to move Mr. Hilfiger's testimony to March 30, 2017. In the event Mr. Hilfiger's testimony and any rebuttal testimony can not be completed by March 31, 2017, the Court will hear testimony on Saturday, April 1, 2017. This will hopefully reduce the amount of travel time and expenses required for this evidentiary hearing. If the case can not be completed on April 1, 2017, however, the Court will continue the evidentiary hearing until Monday, April 3, 2017. This adjustment to the Order entered on December 14,

2016, should accommodate all of the conflicts which were reported to the Court in the Government's Unopposed Motion for Continuance of Evidentiary Hearing as well as the Court's busy schedule.

For the reasons stated, this Court reconsiders its earlier Order setting Mr. Hilfiger's testimony for March 31, 2017 and moves his testimony to March 30, 2017.

It is so ordered on this 11th day of January, 2017.

James H. Payne
United States District Judge
Eastern District of Oklahoma