## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,              )
                                     )
    Petitioner/Defendant,        )
                                     )    Case No. CV-09-00105-JHP
v.                                   )
                                     )
UNITED STATES OF AMERICA,            )
                                     )
    Respondent/Plaintiff.        )

## [PROPOSED] ORDER TO EXCLUDE PROPOSED WITNESSES

The government's motion to exclude witnesses is hereby granted.

**IT IS ORDERED THAT** in regard to the evidentiary hearing scheduled to commence on March 13, 2017, in the above-captioned case, the Court hereby excludes the testimony of Paul Gordon, Edward Hueske, George Kirkham, Charles Sanders, Janesse Thomas, Mike Mackey, Billy Poindexter, Dewey Padgett, Hon. John Garrett, Erin Bigler, Thomas Kosten, Deborah Miora, Thomas Reidy, Pablo Stewart, Gaylan Warren, Richard Burr, Julia O'Connell, Susan Otto, Gary Philpot, John Philpot, Amanda Grizzle and Christine Calbert.

Additionally, the Court orders counsel for Petitioner Barrett to provide, within seven days of this order, a written offer of proof as to the planned testimony of Dale Anderson, Isaac Barrett, Tamara Bedwell, Faust Bianco, Courtney Burke, Cindy Crawford, Martin Daggs, Sharon Greenfeather, Robert Gude, Scharlette Holdeman, Judy House, Gary Nelson, Steven Sinyard, Geoffrey Standing Bear, Ellen Stovell, Jan Walkingstick and Randy Weaver.

                                            _____

                                            **HON. JAMES H PAYNE**
                                            U.S. District Court Judge