## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT**, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | Case No. CV-09-00105-JHP |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

### [PROPOSED] ORDER TO EXCLUDE A PROPOSED WITNESS

The government's motion to exclude witnesses is hereby granted.

**IT IS ORDERED THAT** in regard to the evidentiary hearing scheduled to commence on March 13, 2017, in the above-captioned case, the Court hereby excludes the testimony of Dale Anderson.

_____
**HON. JAMES H PAYNE**
U.S. District Court Judge