

**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California
801 I Street, 3rd Floor
Sacramento, California 95814-2510
(916) 498.6666   FAX (916) 498.6656

**HEATHER E. WILLIAMS**
Federal Defender

**LINDA C. ALLISON**
Chief Assistant Defender

**JOAN M. FISHER**
Assistant Federal Defender

December 13, 2016

Mr. Christopher Wilson
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401

Mr. Jeffrey B. Kahan
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F. Street, NW, 6th Fl.
Washington DC  20530

> Re:   United States v. Barrett
>        OK–ED Nos. 6:04-cr-115-JHP, 6:09-CV-00105-JHP, Tenth Cir. No. 12-7086

Messrs. Kahan and Wilson:

Pursuant to the Court's Scheduling Order, please find the names and addresses of Mr. Barrett's potential witnesses for the evidentiary hearing currently scheduled for March 13, 2017.

Sincerely,

Joan M. Fisher
Assistant Federal Defender

Petitioner's Witnesses for Evidentiary Hearing
Kenneth Barrett v. United States of America, Case No. 09-CIV-105-JHP

Anderson, Dale
P.O. Box 926
Oklahoma City, OK 73070

Barrett, Doris
11260 W. 61st St.
Sapulpa, OK 74066

Barrett, Ernest
By Declaration, Deceased

Barrett, Isaac
PO Box 911
Sallisaw, OK 74955

Barrett, Steve
704 Parkwoods Dr.
Noble, OK 73068

Barrett, Toby
103 588 South 4690 Road
Sallisaw, OK 74955

Bedwell, Tamara
406 S. Poplar St.
Sallisaw, OK 74955

Bianco, Faust, Ph.D.
7146 S. Braden Ave. #500
Tulsa, OK 74136

Bigler, Erin, Ph.D.
Psychology Department
1001 SWKT Brigham Young University
Provo, Utah 84602

Blount, Ada
By Declaration, Deceased

Burke, Courtney
2030 Aspen Dr.
Tahlequah, OK 74464

1

Richard H. Burr
PO Box 525
Leggett, Texas  77350

Calbert, Christine
926 Clifton Ct.
Fort Smith, AR 72903

Cook, Carl
By Declaration, Deceased

Crawford, Cindy
1001 SE 10th Street
Muldrow, OK 74948

Crawford, Gwendolyn
RR 2, Box 92-8
Vian, OK

Crawford, Phyllis
RR 2, Box 92-8
Vian, OK

Crawford, Roger
RR 2, Box 92-8
Vian, OK

Crawford, Travis
800 East Creek, #10
Colonial Square Apts
Sallisaw, OK 74955

Daggs, Martin
RR 3, Box 338
Sallisaw, OK 74955-9527

Dotson, Gelene
PO Box 926
Vian, OK 74962

Dotson, Mark
Rt 2, Box 91-0
Vian, OK 74962

Dotson, Warren
By Declaration, Deceased

2

Echols, John
PO Box 701196
Tulsa, OK 74170

Garrett, John
504 W. Maple St.
Stilwell, OK 74960

Gordon, Jack
111 S. Muskogee Avenue
Claremore, OK

Gordon, Paul
1000 NW 19th St.
Moore, OK  73160

Greenfeather, Sharon
106 10th Street NE, Apt. 202
Auburn, WA 98002

Grizzle, Amanda
108 S. 7th Street
Tecumseh, OK

Gude, Robert
1400 Pond St.
Muldrow, OK 74948

Harris, Ruth
1528 Cherokee Trail
Van Buren, AK 72956

Henricksen, Mark
600 N Walker Avenue, Ste. 201
Oklahoma City, OK 73102-3035

Hilfiger, Roger
620 W. Broadway St.
Muskogee, OK 74401

Hill, Brandy
404 5th Avenue
Warner, OK 74469

Hill, Shawn
308 Adysen Ln.
Roland, OK 74954-5303

3

Holdeman, Scharlette, Ph.D.
1116 Powhattan Avenue
San Francisco, CA 94110

House, Judy
17041 S. Maple
Kellyville, OK  74039

Hueske, Edward
300 Anderson County Rd. 3582
Palestine, TX

Joseph, Carolyn
406 E. Ruth #546
Sallisaw, OK 74955

Kirkham, George
1402 James Bay Rd.
Palm Beach Gardens, FL 22410

Kosten, Thomas, M. D.
2002 Holcombe Blvd.
Research (151), Building 110, Rm. 229
Houston Texas  77030

Lunsford, Paul Rickie
811 Meadow Lark Dr.
Sallisaw, OK 74955

Mackey, Mike
42204 Jefferson Rd.
Alva, OK 73717

Miora, Deborah S., Ph.D.
435 North Roxbury Dr., Suite 406
Beverly Hills, CA  90210

Nelson, Gary
17071 S. Maple
Kellyville, OK  74039

O'Connell, Julia
423 S. Boulder, Suite 300
Tulsa, OK 74103

4

Otto, Susan
Federal Public Defender
215 Dean A. McGee, Suite 707
Oklahoma City, OK 73102

Padgett, Dewey
PO Box 336
Sallisaw, OK 74955-0336

Philpot, Gary
112980 S. 4632 Rd.
Gans, OK 74936-5033

Philpot, John
469847 Highway 101
Sallisaw, OK
74955-8518

Poindexter, Billy
5301 E. 47th Pl. Apt. 1A
Tulsa, OK 74135-6627

Post, Leonard
262 Moss Street
New York, NY 10012

Reich, Nona
1941 Scott Street
Sapulpa, OK 74066

Riley, Linda
1312 Meadow Lane
Fort Smith, AK 72908

Russell, Jeanne, Ed. D.
3314 E. 51st Ste. 204F
Tulsa, OK 74135

Sanders, Charles
3365 Deer Trl.
Oologah, OK 74053

Sanders, Janice
PO Box 92-3
Vian, OK 74962

5

Schaye, Roseann
PO Box 86914
Tucson, AZ 85754-6914

Sharp, Bill, Ph. D.
1300 McGee Drive, Ste. 104
Norman, OK 73072

Sinyard, Steven
1901 W. Ruth Avenue # 73
Sallisaw, OK 94955

Smith, Bret
533 W. Broadway St.
Muskogee, OK 74401

Standing Bear, Geoffrey
110 E. 6th St.
Pawhuska OK

Stewart, Pablo, M.D.
824 Ashbury Street
San Francisco, CA  94117

Stovell, Ellen
935 S. Ross Road
Sallisaw, OK 74955

Thomas, Janesse
109 E. Vine Street
Sallisaw, OK 74955

Trotter, Kathy
PO Box 1178
Sallisaw, OK 74955

Jan Walkingstick
4585 W. Marge St.
Tucson, AZ 85741-1832

Gaylan Warren
202 Casey Court
Newport, WA 99156-9363

Weaver, Randy
474176  E. 1140 Rd.
Muldrow, OK 74948

6

Woods, George, M. D.
1633 N. Mountain Avenue
Upland, CA  91784

Young, Myla, Ph. D.
By Declaration, Deceased

**And Custodians of the Records from the following agencies or offices:**

 Bureau of Prisons, North Central Region
 Clerk of the Court for all courts in Cherokee County
 Clerk of the Court for all courts in Sequoyah County
 Clerk of the Court for U.S. District Court, Eastern District of Oklahoma
 Clerk of the Court for U.S. District Court, Western District of Oklahoma
 Cooper Clinic
 Drug Enforcement Agency, McAlester
 District 27 Drug Task Force Office
 Dr. Murray Crow's Office
 Eastern State Hospital
 Federal Bureau of Investigation
 Harbor View Mercy Hospital
 Illinois Department of Health – Division of Vital Records
 Jefferson Township High School
 Joliet Public School District
 National Personnel Records Center
 Oklahoma State Department of Health – Division of Vital Records
 Oklahoma State Penitentiary
 Plainfield Elementary School
 Sallisaw High School
 Sallisaw Police Department
 Sequoyah Memorial Hospital
 Social Security Administration
 Sparks Medical Center
 St Edwards Mercy Medical Center
 St Francis Hospital, Tulsa
 Stanhope Schools, New Jersey
 Wagoner Community Hospital
 Wood Family Medical Center