**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:    dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:    Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | **CAPITAL CASE** |
| | ) | |
| | ) | CASE NO. 6:09-cv-00105-JHP |
| Petitioner, | ) | |
| | ) | **PETITIONER'S MOTION FOR** |
| v. | ) | **ADDITIONAL TIME TO FILE** |
| | ) | **MOTION IN LIMINE REGARDING** |
| UNITED STATES OF AMERICA, | ) | **DR. STEVEN PITT, D.O.** |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner, Kenneth Eugene Barrett, asks the court to grant him ten (10) days following

the disclosure of any psychiatric report by Dr. Steven Pitt, D.O., within which to file appropriate

motions in limine respecting his testimony.

Petitioner's Motion for Additional Time
To File Motion in Limine re Dr. Steven Pitt, D.O.    1    *Barrett v. United States*,
OK-ED No. 6:09-cv-00105-JHP

Over objection, the court granted the government's motion to allow Dr. Pitt to conduct a psychiatric examination of Mr. Barrett.  (Doc. 269, pp. 12-15)  Although Dr. Pitt has completed his evaluation, counsel for Petitioner have not yet received his report.   The court's scheduling order directs that motions in limine be filed by February 1, 2017.  (Doc. 270)

Petitioner has filed legal objections to Dr. Pitt's testimony, but obviously cannot frame a motion in limine with respect to the specifics of his proposed testimony without having reviewed his report.  Mr. Barrett therefore requests that he be given ten (10) days from the time Dr. Pitt's report is disclosed to counsel to file any appropriate motions in limine.

### Certificate of Conference

Mr. Barrett's counsel conferred with opposing counsel in an effort to resolve this issue.  The government is opposed to this motion.

DATED this 1st day of February, 2017

RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY

/s/ *Joan M. Fisher*
JOAN M. FISHER

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

Petitioner's Motion for Additional Time
To File Motion in Limine re Dr. Steven Pitt, D.O.          2                    *Barrett v. United States*,
OK-ED No. 6:09-cv-00105-JHP

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

This is to certify that on this 1st day of February 2017, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ *Joan M. Fisher*
JOAN M. FISHER

Petitioner's Motion for Additional Time
To File Motion in Limine re Dr. Steven Pitt, D.O.          3          *Barrett v. United States*,
OK-ED No. 6:09-cv-00105-JHP