**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:        dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | **CAPITAL CASE** |
| | ) | |
| Petitioner, | ) | CASE NO. 6:09-cv-00105-JHP |
| | ) | |
| v. | ) | **PETITIONER'S OBJECTION TO** |
| | ) | **SUBMITTING PROPOSED FINDINGS** |
| UNITED STATES OF AMERICA, | ) | **OF FACT AND CONCLUSIONS OF** |
| | ) | **LAW IN ADVANCE OF HEARING** |
| Respondent. | ) | |
| | ) | |

The court's scheduling order directs counsel for the parties to submit proposed findings

of fact and conclusions of law on February 16, 2017, in advance of the evidentiary hearing,

which is to commence on March 13, 2017.  (Doc. 270)

Petitioner's Objection to Submitting
Proposed Findings of Fact and Conclusions
Of Law in Advance of Hearing                    1                    *Barrett v. United States*,
                                                                    OK-ED 6:09-cv-00105-JHP

Petitioner objects.  This is not a typical civil case in which all the witnesses have been deposed, interrogatories and requests for admission answered, demurs and summary judgment motions heard. Therefore, it makes no sense to submit proposed findings of fact and conclusions of law at this time,  since we don't know what  witnesses will be heard, what they will say and what exhibits will be  introduced.  Nor do we have any idea what if, any declarations, this court intends to permit despite the fact, for example, that the Government  has filed no counter-declarations re Mr. Barrett's family history contained in numerous declarations, including that of Mr. Barrett's deceased father.

The findings of fact and conclusions of law that the court will ultimately make will be dependent on the evidence introduced at the hearing, not what counsel might anticipate the evidence will be, or hopes it will be.  Therefore, the court should take the reasonable step of requiring the parties to submit their proposed findings and conclusions *after* the hearing, not *before* it.

Petitioner asks the court to modify its scheduling order to require submission of proposed findings of fact and conclusions of law at some reasonable time after the evidentiary hearing concludes.

**Certificate of Conference**

Mr. Barrett's counsel conferred with opposing counsel in an effort to resolve this issue. The government objects to this motion.

Petitioner's Objection to Submitting
Proposed Findings of Fact and Conclusions
Of Law in Advance of Hearing                           2                           *Barrett v. United States*,
                                                                                OK-ED 6:09-cv-00105-JHP

DATED this 1st day of February, 2017

RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY

/s/ *Joan M. Fisher*
JOAN M. FISHER

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

Petitioner's Objection to Submitting
Proposed Findings of Fact and Conclusions
Of Law in Advance of Hearing          3          *Barrett v. United States*,
OK-ED 6:09-cv-00105-JHP

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

This is to certify that on this 1st day of February 2017, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ *Joan M. Fisher*
JOAN M. FISHER

Petitioner's Objection to Submitting
Proposed Findings of Fact and Conclusions
Of Law in Advance of Hearing                    4                    *Barrett v. United States*,
                                                                     OK-ED 6:09-cv-00105-JHP