# Exhibit C

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. CV-09-00105-JHP<br><br>**DECLARATION OF DEBORAH S. MIORA, Ph.D.** |

I, Deborah S. Miora, declare the following:

I am a licensed psychologist practicing in Beverly Hills, California. I earned my Masters and PhD degrees at the California School of Professional Psychology in 1982 and 1987, respectively. My doctoral research evaluated circumscribed personality factors in convicted child molesters and rapists, as compared to a group of non-offenders. I was licensed as a psychologist in the state of California in 1990. My first pre-doctoral internship was at the Center for Legal Psychiatry (formerly the UCLA Section on Legal Psychiatry). There I worked with mentally disordered offenders (NGI and MDSO) being released from state hospitals who were still considered dangerous and in need of intensive outpatient treatment and monitoring. I wrote quarterly progress reports for the courts assessing risk factors present at the time of evaluation periods and tracking progress in treatment administered two to four times per week. I worked with the severely mentally ill and in cases of trauma in emergency services, crisis intervention, and day treatment settings at a community mental health clinic throughout my graduate education at CSPP. I trained in pediatrics and undertook a two-year post-doctoral program in neuropsychology in order to update the skills and knowledge base I had developed during my graduate education. I

have been trained in both psychodiagnostic and neurocognitive assessment. I developed a neuropsychological assessment program at a satellite community mental health clinic for children, and I have been extensively involved in pediatric outpatient and adult neurocognitive assessment at federal capital, habeas, and state levels for at least 10 years. I have specialized in juvenile justice and capital matters. I have written, lectured, and steered doctoral research in areas of competency; intellectual disability, age, and culpability; effects of race, age, and diagnosis on fitness and sentencing recommendations, and I have sat on committees of students developing built-in tools for assessment of feigned neurocognitive impairment.

I am on panels for the Los Angeles Superior Court as an expert in both juvenile justice and neuropsychology. I have conducted over 350-400 criminal cases at various phases in legal proceeding, have consulted to the California Appellate Project on issues pertaining to neurocognitive assessment for 13 years, and have taught in both clinical and forensic capacities at the graduate level over the past 25 years. I have presented on the value of neurocognitive data at conferences and to attorneys and educators. I have testified before both state and federal courts over the past ten years. I maintain an active private practice treating couples, adults, and children in psychoanalytic psychotherapy with particular emphasis on longstanding effects of trauma.

Lawyers representing Kenneth Barrett have asked me to advise the court on the following questions: (1) what types of tests did Dr. Myla Young administered to Kenneth Barrett in 2009? (2) Is the Personality Assessment Inventory (PAI), the Minnesota Multiphasic Personality Inventory-2 (MMPI-2), or the Psychopathy Checklist-Revised (PCL-R) the same kind of test that Dr. Young administered? (3) Do the tests administered by Dr. Young measure the same things as the PAI, MMPI-2 or PCL-R? (4) Is there a scientific basis for considering results obtained through the use of the PAI, MMPI-2, or PCL-R when evaluating the reliability of results obtained through the types of tests Dr. Young administered?

I have reviewed Dr. Young's declaration and her raw test data. Dr. Young administered the following tests:

- Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV)
- Wechsler Memory Scale – Fourth Edition (WMS-IV)
- California Verbal Learning Test – Second Edition (CVLT-II)
- Rey Complex Figure Test and Recognition Trials (Meyers & Meyers edition)
- Wisconsin Card Sorting Test (WCST)
- Test of Memory Malingering (TOMM Trials 1 and 2)
- Short Categories Test
- PASAT
- Delis-Kaplan Executive Function System (D-KEFS)
- Wide Range Achievement Test (WRAT-3)

Dr. Young administered tests designed for specific purposes that differ markedly from the PAI, MMPI-2, and PCL-R. Dr. Young administered a battery of neuropsychological tests. These are quantitative tests developed, standardized, and normed for the purpose of assessing brain functioning, also called neurocognitive functioning. Neurocognitive functioning is inferred from performances on tests tapping different areas of brain function on reliable and valid measures relative to reference and normative samples. The PAI, MMPI-2, and PCL-R are personality tests and not neuropsychological test instruments. Personality tests are not valid or reliable measures of neurocognitive functioning. Neither the PAI, MMPI-2, nor the PCL-R has been shown to predict, measure or represent neurocognitive functioning. Thus, there is no scientific basis for an examiner to use results obtained using the PAI, MMPI-2 or PCL-R to question or explain the results obtained using the neuropsychological tests administered by Dr. Young. Further, personality measures in no way are able to replicate or be used to compare and contrast findings from said instruments to neurocognitive test results.

I declare, under penalty of perjury, as provided in the laws of the United States, that

the foregoing is true and correct and based on my personal knowledge.

Subscribed to by me this 1st day of February in Los Angeles County, California.

_/s/ Deborah S. Miora_
DEBORAH S. MIORA