**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT**, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | Case No. CV-09-00105-JHP |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

**UNOPPOSED MOTION TO FILE SEALED OPPOSITION TO MOTION IN LIMINE**
**TO EXCLUDE TESTIMONY FROM OR EVIDENCE RELATED TO PROPOSED**
**EXPERT J. RANDALL PRICE**

**COMES NOW** the United States of America, by and through undersigned counsel and respectfully requests permission under Local Civil Rule 79.1(b) to file, under seal, a response in opposition to Barrett's motion to exclude testimony from or evidence related to Dr. Price (Doc 305). In support of this request, government counsel avers as follows:

1. To fully respond to Petitioner's motion in limine regarding Dr. Price, Respondent must refer to and rely upon the contents of the psychologist's sealed report. *See* Doc. 269 at 17 (maintaining the confidentiality of the report).

2. On March 3, 2011, undersigned counsel consulted with Barrett's attorney David Autry, via phone and e-mail. Mr. Autry stated that defense counsel did not object to this request to file the motion response under seal.

1

## CONCLUSION

Respondent respectfully urges this Court to permit respondent to file an under seal response to Petitioner's motion in limine to exclude testimony from or evidence related to proposed expert J. Randall Price.

Dated: February 8, 2017:

Respectfully submitted,

MARK F. GREEN
United States Attorney
Eastern District of Oklahoma

/S/ *Christopher J. Wilson*
CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/S/ *Jeffrey B. Kahan*
JEFFREY B. KAHAN, PaBN #93199
Trial Attorney, Capital Case Section
U.S. Dept. of Justice
1331 F Street, NW; 6th Fl.
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

## CERTIFICATE OF ECF FILING AND DELIVERY

I, hereby certify that on February 8, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  A Notice of Electronic Filing will be sent via the Court's ECF system to the following counsel of record for the Petitioner/Appellant:

Mr. David B. Autry dbautry44@hotmail.com
Ms. Joan M. Fisher Joan_Fisher@fd.org
Mr. Tivon Schardl Tim_Schardl@fd.org

/S/ *Jeffrey B. Kahan*
JEFFREY B. KAHAN, PaBN #93199
Trial Attorney, Capital Case Section