## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT**, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | Case No. CV-09-00105-JHP |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

### [PROPOSED] ORDER SEALING OPPOSITION TO MOTION IN LIMINE TO EXCLUDE TESTIMONY FROM OR EVIDENCE RELATED TO PROPOSED EXPERT J. RANDALL PRICE

The government's motion to file, under seal, a response in opposition to Barrett's motion

to exclude testimony from or evidence related to Dr. Price (Doc 305) is hereby **granted**.


_____
**HON. JAMES H PAYNE**
U.S. District Court Judge