# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH E. BARRETT,** | ) | **CAPITAL CASE** |
| | ) | |
| **Movant/Petitioner,** | ) | Case No. 6:09-cv-00105-JHP |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

## PETITIONER'S LIST OF PROPOSED EXHIBITS

**Exhibits for Evidentiary Hearing**
**Kenneth Barrett v. US, Case No. 09-CIV-105-JHP**

Notice: The following documents are proposed exhibits. The actual exhibits to be used will be made known when we have had the
opportunity to fully interview trial counsel and narrow evidentiary concerns.

|  | **Exhibit** | **Where in Record** |
|---|---|---|
| 1. | Marriage Certificate for A.J. and Ada Barrett | Exhibit 1 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 2. | Marriage Certificate for Abe and Minnie Dotson | Exhibit 2 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 3. | Marriage Certificate for Allen and Ida Real | Exhibit 3 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 4. | Marriage Certificate for David and Carolyn Joseph | Exhibit 4 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 5. | Marriage Certificate for Ernest and Sylvia Gelene Barrett | Exhibit 5 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 6. | Declaration of Rodney Floyd | Exhibit 6 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 7. | Marriage Certificate for Kenneth and Abigail Barrett | Exhibit 7 From Doc 70  - Amended Motion for Collateral Relief  6:09-cv-00105-JHP.  9/25/2009 |
| 8. | Marriage Certificate for Hugh and Hattie Dotson | Exhibit 8 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 9. | Marriage Certificate for Sam and Ida Hatter | Exhibit 9 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 10. | Marriage Certificate for Sam and Bessie Hatter | Exhibit 10 From Doc 70  - Amended Motion for Collateral Relief |

| | Exhibit | Where in Record |
|---|---|---|
| | | 6:09-cv-00105-JHP.  9/25/2009 |
| 11. | Marriage Certificate for Paul and Sylvia Gelene Dudley | Exhibit 11 From Doc 70  - Amended Motion for Collateral Relief  6:09-cv-00105-JHP.  9/25/2009 |
| 12. | Divorce File for Ernest and Sylvia Gelene Barrett | Exhibit 12 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 13. | Declaration of Janesse Thomas | Exhibit 13 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 14. | Declaration of Dale Anderson | Exhibit 14 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 15. | Divorce File for Isaac and Marilyn Barrett | Exhibit 15 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 16. | State of Oklahoma vs. Abe Dotson, dated December 14, 1917 and December 15, 1917 (Commitment to Penitentiary) | Exhibit 16 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 17. | State of Oklahoma vs. Abe Dotson, Record of Information, dated November 12, 1915 (Assault with the Intent to Kill) | Exhibit 17 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 18. | *State of Oklahoma vs. Abe Dotson*, Criminal Docket, dated 1915 (Assault with the Intent to Kill) | Exhibit 18 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 19. | *State of Oklahoma vs. Abe Dotson,* Criminal Docket (Carrying Weapon) | Exhibit 19 From Doc 70  - Amended Motion for Collateral Relief |

| | Exhibit | Where in Record |
|---|---|---|
| | | 6:09-cv-00105-JHP.  9/25/2009 |
| 20. | *State of Oklahoma vs. Abe Dotson*, Criminal Trial Docket (Drunk in a Public Place) | Exhibit 20 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 21. | *State of Oklahoma vs. Abe Dotson*, Criminal Docket (Drunk in a Public Place) | Exhibit 21 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 22. | *State of Oklahoma vs. Abe Dotson*, Criminal Docket (Larcenry) | Exhibit 22 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 23. | *State of Oklahoma vs. Abe Dotson*, Criminal Docket (Obtaining Money Under False Pretense) | Exhibit 23 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 24. | Declaration of David Autry | Exhibit 24 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 25. | *State of Oklahoma vs. Billy Dean Maxwell*, Case Number 1715 (Burglary) | Exhibit 25 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 26. | In the Matter of Mental Illness of Billy Dean Maxwell, Case Number MH-82-12, Record of Mental Health Proceeding, dated May 5, 1982 | Exhibit 26 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 27. | In the Matter of the Sanity of A.J. Barrett, Case Number 141, Lunacy Record, dated August 12, 1918 | Exhibit 27 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 28. | In the Matter of the Sanity of A.J. Barrett, Case Number 709, Mental Health Record and | Exhibit 28 From Doc 70  - Amended Motion for Collateral Relief |

|  | Exhibit | Where in Record |
|---|---|---|
|  | Petition for Order of Admission to State Hospital | 6:09-cv-00105-JHP.  9/25/2009 |
| 29. | Declaration of Mark Henricksen | Exhibit 29 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 30. | Ada Blount vs. Kathleen Blake, Case Number 13026 | Exhibit 30 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 31. | In the Matter of the Sanity of Wallace Dotson, Lunacy Record, Case Number 366, dated May 4, 1948 | Exhibit 32 From Doc 70  - Amended Motion for Collateral Relief  6:09-cv-00105-JHP.  9/25/2009 |
| 32. | *In the Matter of Mental Illness of Kenneth Barrett*, Case Number 481, Record of Mental Health Proceeding | Exhibit 33 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 33. | Declaration of John Echols | Exhibit 34 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 34. | Excerpts from Kenneth Barrett's Baby Book | Exhibit 35 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 35. | Letter from Kenneth Barrett | Exhibit 36 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 36. | Declaration of Robert Thompson | Exhibit 37 From Doc 70  - Amended Motion for Collateral Relief  6:09-cv-00105-JHP.  9/25/2009 |
| 37. | Declaration of Randy Weaver | Exhibit 38 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

|  | **Exhibit** | **Where in Record** |
|---|---|---|
|  |  |  |
| 38. | Declaration of Vickie Beaty | Exhibit 39 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 39. | Declaration of Amanda Grizzle | Exhibit 40 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 40. | Declaration of Ellen Stovall | Exhibit 41 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 41. | Declaration of Christine Calbert | Exhibit 42 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 42. | Supplemental Declaration of Leonard Post | Exhibit 43 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 43. | Report of George Kirkham, Ph.D. | Exhibit 44 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 44. | Declaration of Travis Crawford | Exhibit 45 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 45. | *Diana Barrett vs. Ernest Barrett*, Case No. JFD-79-3274 | Exhibit 46 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 46. | *State of Oklahoma vs. Karen Real*, Case No. CF-99-00018, Docket Sheet | Exhibit 47 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

|  | **Exhibit** | **Where in Record** |
|---|---|---|
| 47. | *State of Oklahoma vs. Karen Real*, Case No. CM-99-00040, Docket Sheet | Exhibit 48 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 48. | *State of Oklahoma vs. Karen Real*, Case No. CF-99-00250A, Docket Sheet | Exhibit 49 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 49. | *State of Oklahoma vs. Karen Real*, Case No. CF-99-00251, Docket Sheet | Exhibit 50 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 50. | *State of Oklahoma vs. Karen Real*, Case No. CF-98-00264A, Docket Sheet | Exhibit 51 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 51. | *State of Oklahoma vs. Karen Real*, Case No. CF-97-00445A, Docket Sheet | Exhibit 52 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 52. | State of Oklahoma vs. David Littlefield, Case No. OBAD No. 1729 and SCBD No. 5338, Order dated September 14, 2009 | Exhibit 53 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 53. | Declaration of Susan Otto | Exhibit 54 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 54. | Declaration of Bill Sharp, Ph.D. | Exhibit 55 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 55. | Declaration of Jeanne Russell, Ed.D. | Exhibit 56 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

|  | Exhibit | Where in Record |
|---|---|---|
| 56. | *State of Oklahoma vs. Charles Sanders*, Case Number CF-98-111, Docket Sheet | Exhibit 57 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 57. | *State of Oklahoma vs. Henry Edwards* (Manslaughter) | Exhibit 59 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 58. | State of Oklahoma vs. Marilyn Crawford, Case Number 3005, Criminal Docket (Cultivation of Mari) | Exhibit 60 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 59. | *State of Oklahoma vs. Kenneth Barrett*, Docket Sheet, Case Number CF-97-00086 | Exhibit 61 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 60. | *State of Oklahoma vs. Tom Dotson*, Case Number 3005, Criminal Docket (Disposing of Mortgaged Property) | Exhibit 62 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 61. | *State of Oklahoma vs. Tom Dotson*, Case Number 2763, Criminal Docket (Manslaughter in the First Degree) | Exhibit 63 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 62. | Letter from John Echols to Honorable James H. Payne, dated February 28, 2005 | Exhibit 64 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 63. | Letter from Honorable James H. Payne to John Echols, dated February 22, 2005 | Exhibit 65 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 64. | Letter from Ronald Lax to Tivon Schardl, dated September 24, 2008 | Exhibit 66 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

|  | **Exhibit** | **Where in Record** |
|---|---|---|
| 65. | Declaration of Julia O'Connell | Exhibit 67 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 66. | *United States of America vs. Karen Real*, Case Number, Case Number  CR-00-21-FHS | Exhibit 68 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 67. | *Barrett Death Sentence Upheld*, Tahlequah Daily Press, dated July 27, 2007 | Exhibit 69 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 68. | *Drug Offender Receives Break*, Times Record | Exhibit 70 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 69. | Letter to the Editor, *She Questions Sheriff's Department*, dated October 17, 1999 | Exhibit 71 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 70. | *State of Oklahoma vs. Charles Sanders*, Case Number CF-1998-00022 | Exhibit 72 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 71. | Photographs of Kenneth Barrett's shack | Exhibit 73 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 72. | Declaration of Ada Blount | Exhibit 74 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 73. | Declaration of Alvin Hahn | Exhibit 75 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

|  | Exhibit | Where in Record |
|---|---|---|
| 74. | Declaration of Billy Poindexter | Exhibit 76 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 75. | Declaration of Brandie Hill | Exhibit 77 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 76. | Declaration of Carolyn Joseph | Exhibit 78 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 77. | Declaration of Dewey Padgett | Exhibit 79 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 78. | Declaration of Doris Barrett | Exhibit 80 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 79. | Declaration of Ernest Barrett | Exhibit 81 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 80. | Declaration of Frank Gordon | Exhibit 82 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 81. | Declaration of Gwendolyn Crawford | Exhibit 83 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 82. | Declaration of Issac Barrett | Exhibit 84 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |

|  | Exhibit | Where in Record |
|---|---|---|
| 83. | Declaration of Janice Sanders | Exhibit 85 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 84. | Declaration of Kathy Trotter | Exhibit 86 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 85. | Declaration of Linda Riley | Exhibit 87 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 86. | Declaration of Mike Mackey | Exhibit 88 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 87. | Declaration of Dr. Myla Young | Exhibit 89 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 88. | Declaration of Paul Rickie Lunsford | Exhibit 90 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 89. | Declaration of Phyllis Crawford | Exhibit 91 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 90. | Declaration of Roger Crawford | Exhibit 92 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 91. | Declaration of Ruth Harris | Exhibit 93 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

|  | **Exhibit** | **Where in Record** |
|---|---|---|
| 92. | Declaration of Shawn Hill | Exhibit 95 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 93. | Declaration of Toby Barrett | Exhibit 96 From Doc 70  - Amended Motion for Collateral Relief  6:09-cv-00105-JHP.  9/25/2009 |
| 94. | Declaration of Sylvia Gelene Dotson | Exhibit 97 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 95. | Declaration of Mark Dotson | Exhibit 98 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 96. | Declaration of Steve Barrett | Exhibit 99 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 97. | Declaration of Warren Barrett | Exhibit 100 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 98. | Declaration of Nona Reich | Exhibit 101 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 99. | Declaration of Carl Cook | Exhibit 102 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 100. | Declaration of Abby Stites | Exhibit 103 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

| | Exhibit | Where in Record |
|---|---|---|
| 101. | Declaration of Doris Barrett | Exhibit 105 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 102. | New Articles from Vian American and Sequoyah County Democrat Regarding Abe Dotson | Exhibit 106 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 103. | Description Narrative, Written by Trooper Glen Smithson, dated September 29, 1999 | Exhibit 107 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 104. | Excerpt from the Deposition of John Philpot | Exhibit 108 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 105. | Report by Edward E. Hueske | Exhibit 109 From Doc 70 - Amended Motion for Collateral Relief  6:09-cv-00105-JHP.  9/25/2009 |
| 106. | Curriculum Vitae of Edward E. Hueske | Exhibit 110 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 107. | Declaration of Steve Leedy | Exhibit 111 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 108. | Declaration of Lauren Cohen Bell | Exhibit 112 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 109. | 2008 Declaration of Kevin McNally | Exhibit 113 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

|  | **Exhibit** | **Where in Record** |
|---|---|---|
| 110. | Declaration of Rodney Floyd | Exhibit 114 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 111. | Memo Regarding DOJ Report on the Federal Death Penalty System, dated June 11, 2001 | Exhibit 115 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 112. | 2007 Declaration of Kevin McNally | Exhibit 116 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 113. | Declaration of Dr. George Woods | Exhibit 117 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 114. | Declaration of Richard H. Burr | Exhibit 118 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 115. | Birth Certificate of Kenneth Barrett | Exhibit 119 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 116. | Birth Certificate of Sylvia Gelene Dotson | Exhibit 120 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 117. | Birth Certificate of Richard Barrett | Exhibit 121 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 118. | Birth Certificate of Toby Barrett | Exhibit 122 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

|  | Exhibit | Where in Record |
|---|---|---|
| 119. | Birth Certificate of Stephen Barrett | Exhibit 123 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 120. | Death Certificates of Allen M. Real and Allen Cleveland Real | Exhibit 124 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 121. | Death Certificate of A.J. Barrett | Exhibit 125 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 122. | Death Certificate of Ada Melton Barrett | Exhibit 126 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 123. | Death Certificate of Albert Maxwell | Exhibit 127 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 124. | Death Certificate of Billy Maxwell | Exhibit 128 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 125. | Death Certificate of Hattie Dotson | Exhibit 129 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 126. | Death Certificate of Hugh Dotson | Exhibit 130 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 127. | Death Certificate of Ida Melton | Exhibit 131 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

|  | Exhibit | Where in Record |
|---|---|---|
| 128. | Death Certificate of Isaac Barrett | Exhibit 132 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 129. | Death Certificate of Mary Barrett | Exhibit 133 From Doc 70 - Amended Motion for Collateral Relief  6:09-cv-00105-JHP. 9/25/2009 |
| 130. | Death Certificate of Minnie Andrews | Exhibit 134 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 131. | Brandon Smith Social Security Records, Itemized Statement of Earnings | Exhibit 135 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 132. | Educational Records for Kenneth Barrett | Exhibit 136 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 133. | Educational Records for Gwendolyn Barrett | Exhibit 137 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 134. | Educational Records for Ernest Barrett | Exhibit 138 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 135. | Medical Records for Carolyn Joseph | Exhibit 139 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 136. | Medical Records for Kathy Trotter | Exhibit 140 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |

|  | Exhibit | Where in Record |
|---|---|---|
| 137. | Medical Records for Brandie Hill | Exhibit 141 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 138. | Medical Records for Toby Barrett | Exhibit 142 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 139. | Medical Records for Travis Crawford | Exhibit 143 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 140. | Medical Records for Cynthia Crawford | Exhibit 144 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 141. | Medical Records for Linda Riley | Exhibit 145 From Doc 70 - Amended Motion for Collateral Relief  6:09-cv-00105-JHP.  9/25/2009 |
| 142. | Medical Records for A.J. Barrett | Exhibit 146 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 143. | Medical Records for Kenneth Barrett | Exhibit 147 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 144. | Report of Interview with Kenneth Barrett by the Oklahoma State Bureau of Investigation, dated October 11, 1999 | Exhibit 148 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 145. | Marriage Certificate for Ernest and Diana Barrett | Exhibit 149 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

|      | **Exhibit** | **Where in Record** |
|------|-------------|---------------------|
| 146. | Divorce File for Eugene and Sylvia Gelene Dudley | Exhibit 150 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 147. | Divorce File for Kenneth and Abigail Barrett | Exhibit 151 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 148. | *Kimberly Pulice vs. Richard Barrett*, Case Number JFP-2004-17 | Exhibit 152 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 149. | *In the Matter of Guardianship of Brandon Leroy Smith*, Case Number PG | Exhibit 153 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 150. | *In re: Sale of Inherited Lands of Lewis Dotson*, Case Number 481 | Exhibit 154 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 151. | Sylvia Gelene Dotson's Genealogy Memorandum | Exhibit 155 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 152. | *State of Oklahoma vs. David Littlefield*, Case Number SCBD-5338 | Exhibit 156 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 153. | *State of Oklahoma vs. Charles Sanders*, Case Number CF-97-9 | Exhibit 157 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 154. | *State of Oklahoma vs. Charles Sanders*, Case Number CF-97-75 | Exhibit 158 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

|     | Exhibit | Where in Record |
| --- | --- | --- |
| 155. | *State of Oklahoma vs. Charles Sanders*, Case Number CF-98-128 | Exhibit 159 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 156. | *State of Oklahoma vs. Charles Sanders*, Case Number  CF-98-346 | Exhibit 160 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 157. | *State of Oklahoma vs. Charles Sanders*, Case Number  CF-98-363 | Exhibit 161 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 158. | *State of Oklahoma vs. Charles Sanders*, Case Number  CF-99-562 | Exhibit 162 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 159. | *State of Oklahoma vs. Charles Sanders*, Case Number  CF-2001-314 | Exhibit 163 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 160. | *State of Oklahoma vs. Charles Sanders*, Case Number  CF-2003-124 | Exhibit 164 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 161. | *State of Oklahoma vs. Charles Sanders*, Case Number  CF-2004-19 | Exhibit 165 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 162. | *State of Oklahoma vs. Charles Sanders*, Case Number  CM-03-365 | Exhibit 166 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 163. | *State of Oklahoma vs. Charles Sanders*, Case Number  CM-96-0444 | Exhibit 167 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

|  | Exhibit | Where in Record |
|---|---|---|
| 164. | *State of Oklahoma vs. Charles Sanders*, Case Number  CRF-92-91 | Exhibit 168 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 165. | *State of Oklahoma vs. Cindy Crawford*, Case Number  CF-08-224 | Exhibit 169 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 166. | *State of Oklahoma vs. Cindy Crawford*, Case Number  CF-2004-613 | Exhibit 170 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 167. | *State of Oklahoma vs. Cindy Crawford Mattox*, Case Number  CM-2001-885 | Exhibit 171 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 168. | *State Oklahoma vs. Brandie Price*, Case Number  CF-99-549 | Exhibit 172 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 169. | *State Oklahoma vs. Brandie Price*, Case Number  CM-00-900 | Exhibit 173 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 170. | *United States of America vs. Brandie Price*, Case Number CR-07-16-RAW | Exhibit 174 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 171. | *State Oklahoma vs. Charles Sanders*, Case Number CF-97-140 | Exhibit 175 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 172. | *Michael Mackey vs. Cindy Crawford*, Case Number PO-03-390 | Exhibit 176 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

|  | **Exhibit** | **Where in Record** |
|---|---|---|
| 173. | *State Oklahoma vs. Aubrey Jacobs, Joseph Jacobs, James Jacobs, Brandie Price*, Case Number CF-98-481 | Exhibit 177 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 174. | *State of Oklahoma vs. Travis Crawford*, Case Number CM-08-655 | Exhibit 178 From Doc 70  - Amended Motion for Collateral Relief  6:09-cv-00105-JHP.  9/25/2009 |
| 175. | *State of Oklahoma vs. Randy Weaver*, Case Number CF-00-668 | Exhibit 179 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 176. | Letter from Larry and Brenda Sell to Honorable John Garrett | Exhibit 180 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 177. | Background Materials on Clint Johnson: Testimony of Clint Johnson in *State of Oklahoma vs. Richard Loy Gray* and Exhibits | Exhibit 181 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 178. | Bill Ed Rogers's File | Exhibit 182 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 179. | *State of Oklahoma vs. Charles Sanders*, Case Numbers CM-08-1525 and CF-98-111 | Exhibit 183 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 180. | *State of Oklahoma vs. Charles Sanders*, Case Number CF-94-1503 | Exhibit 184 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 181. | *State of Oklahoma vs. Charles Sanders*, Case Number CM-03-6603 | Exhibit 185 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

|  | Exhibit | Where in Record |
|---|---|---|
| 182. | *State of Oklahoma vs. Charles Sanders*, Case Number CM-04- 1187 | Exhibit 186 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 183. | *State of Oklahoma vs. Charles Sanders*, Case Number CM-00-389 | Exhibit 187 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 184. | *State of Oklahoma vs. David Littlefield*, Case Number TRC-02-04186 | Exhibit 188 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 185. | *State of Oklahoma vs. David Littlefield*, Case Number CF-2007-369 | Exhibit 189 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 186. | *State of Oklahoma vs. Dawn Littlefield*, Case Number TRC-08-00774 | Exhibit 190 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 187. | *State of Oklahoma vs. Dawn Littlefield*, Case Number CF-2006-244 | Exhibit 191 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 188. | *Pam Littlefield vs. Mike Littlefield*, Case Number CJ-05-572 | Exhibit 192 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 189. | *Bank of Oklahoma vs. Jennifer and David Littlefield*, Case Number CJ-03-988 | Exhibit 193 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 190. | Affidavit for Search Warrant signed by Clint Johnson and Search Warrant, dated September 20, 1999 | Exhibit 194 From Doc 70  - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

| | Exhibit | Where in Record |
|---|---|---|
| 191. | *State of Oklahoma vs. Randy Turman*, Case Number CF-02-477 | Exhibit 195 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 192. | Military Records for Travis Crawford | Exhibit 196 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 193. | Birth Certificate of Phyllis Dotson | Exhibit 197 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 194. | Birth Certificate of Travis Crawford | Exhibit 198 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 195. | Birth Certificate of Stephen Barrett | Exhibit 199 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 196. | Educational Records for Kenneth Barrett | Exhibit 200 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 197. | Medical Records for Gwen Crawford | Exhibit 201 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 198. | Medical Records for Carolyn Joseph | Exhibit 202 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 199. | Social Security Records for Travis Crawford | Exhibit 203 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |

|  | Exhibit | Where in Record |
|---|---|---|
| 200. | *State of Oklahoma vs. Cindy Crawford*, Case Number CF-99-645 | Exhibit 204 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP.  9/25/2009 |
| 201. | *Cindy Crawford v. Jeffrey and Stacy Mattox and Larry and Brenda Shelley,* Case No. JFP-09-458 | Exhibit 205 – Doc 2 – Corrected Motion to Vacate, 6:09-cv-00105-JHP.  9/25/2009 |
| 202. | Supplemental Declaration of Ernie Barrett | Exhibit 206 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 203. | Supplemental Declaration of Doris Barrett | Exhibit 207 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 204. | Supplemental Declaration of Issac Barrett | Exhibit 208 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 205. | Supplemental Declaration of Phyllis Crawford | Exhibit 209 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 206. | Supplemental Declaration of Gelene Dotson | Exhibit 210From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 207. | Supplemental Declaration of Mark Dotson | Exhibit 211 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 208. | Supplemental Declaration of Ruth Harris | Exhibit 212 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 209. | Supplemental Declaration of Carolyn Joseph | Exhibit 213 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 210. | Supplemental Declaration of Linda Riley | Exhibit 214 From Doc 178 – Reply to Amended Motion  6:09-cv-00105-JHP. 7/1/2010 |

|  | **Exhibit** | **Where in Record** |
|---|---|---|
| 211. | Supplemental Declaration of Janice Sanders | Exhibit 215 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 212. | Supplemental Declaration of Abbie Stites | Exhibit 216 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 213. | Supplemental Declaration of Kathy Trotter | Exhibit 217 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 214. | Supplemental Declaration of Toby Barrett | Exhibit 218 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 215. | Supplemental Declaration of Richard Burr | Exhibit 219 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 216. | Supplemental Declaration of Toby Barrett | Exhibit 220 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 217. | UNDER SEAL: US Attorney's Letter to Federal Defender's Office regarding Janesse Thomas | Attachment A - Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP |
| 218. | UNDER SEAL: Billing Records of Roger Hilfiger and Bret Smith | Appendix A - Doc No. 01019206246, 10th Circuit Case No. 12-7086 |
| 219. | US Attorney Wilson's Report to Court | Doc 167, 6:09-cv-00105-JHP, 4/5/2010 |
| 220. | Declaration of Paul Gordon | Doc 199-1, 6:09-cv-00105-JHP, 3/16/2012 |
| 221. | Paul Gordon Resume | Doc 199-2, 6:09-cv-00105-JHP, 3/16/2012 |
| 222. | DEA Dangers of Drug Labs - Training Video | Doc 199-3, 6:09-cv-00105-JHP, 3/16/2012 |
| 223. | The Meth Lab - Training Video | Doc 199-4, 6:09-cv-00105-JHP, 3/16/2012 |

|  | Exhibit | Where in Record |
|---|---|---|
| 224. | Kitchens of Death - Training Video | Doc 199-5, 6:09-cv-00105-JHP, 3/16/2012 |
| 225. | Multi- County Grand Jury, Partial Report SC-99-56 | Doc 199-6, 6:09-cv-00105-JHP, 3/16/2012 |
| 226. | Transcript of Interview with Robert Darst | Doc 199-7, 6:09-cv-00105-JHP, 3/16/2012 |
| 227. | Transcript of Interview with Raymond Greninger | Doc 199-8, 6:09-cv-00105-JHP, 3/16/2012 |
| 228. | Transcript of Interview with John Hamilton | Doc 199-9, 6:09-cv-00105-JHP, 3/16/2012 |
| 229. | Transcript of Interview with Steve Hash | Doc 199-10, 6:09-cv-00105-JHP, 3/16/2012 |
| 230. | Transcript of Interview with Gene Hise | Doc 199-11, 6:09-cv-00105-JHP, 3/16/2012 |
| 231. | Transcript of Interview with Jim McBride | Doc 199-12, 6:09-cv-00105-JHP, 3/16/2012 |
| 232. | Transcript of Interview with Rick Manion | Doc 199-13, 6:09-cv-00105-JHP, 3/16/2012 |
| 233. | Transcript of Interview with Bill Poe | Doc 199-14, 6:09-cv-00105-JHP, 3/16/2012 |
| 234. | Transcript of Interview with Kerry Pettingill | Doc 199-15, 6:09-cv-00105-JHP, 3/16/2012 |
| 235. | Transcript of Interview with Danny Oliver | Doc 199-16, 6:09-cv-00105-JHP, 3/16/2012 |
| 236. | Audio Tape at Crime Scene by Paul Gordon | Appendix A, Doc 201-2, 6:09-cv-00105-JHP, 3/16/2012 (Stored in file cabinet in vault on 2nd floor of Clerk's Office) |
| 237. | Crime Scene Videotape by Paul Gordon | Appendix A, Doc 201-2, 6:09-cv-00105-JHP, 3/16/2012 (Stored in file cabinet in vault on 2nd floor of Clerk's Office) |

| | Exhibit | Where in Record |
|---|---|---|
| 238. | Transcripts of 1st and 2nd State Trials* | *Petitioner Kenneth Barrett will be filing a Motion to Take Judicial Notice of these Transcripts. See letter from AUSA Michael Littlefield to Hon. James H. Payne dated September 29, 2005. |
| 239. | OSBI Report dated 11/23/1999 | Exh. S-72, Case No. CF 99-493 Preliminary Hearing Volume 3 |
| 240. | OSBI Report dated 1/20/2000 | Exh. S-73, Case No. CF 99-493 Preliminary Hearing Volume 3 |
| 241. | Declaration of John Garrett | Exh. 2, Doc. 432, 6:04-cr-00115-JHP, 5/11/2016 |
| 242. | Declaration of Gary Philpot | Exh. 8, Doc. 432, 6:04-cr-00115-JHP, 5/11/2016 |
| 243. | Declaration of John Philpot | Exh. 7, Doc. 432, 6:04-cr-00115-JHP, 5/11/2016 |
| 244. | Declaration of Geoffrey Standing Bear | Exh. 44, Doc. 432, 6:04-cr-00115-JHP, 5/11/2016 |
| 245. | Declaration of Jack Stringer | Exh. 45, Doc. 432, 6:04-cr-00115-JHP, 5/11/2016 |
| 246. | Declaration of Ron Sullivan | Exh. 52, Doc. 432, 6:04-cr-00115-JHP, 5/11/2016 |
| 247. | Declaration of William Tobin | Exh. 55, Doc. 432, 6:04-cr-00115-JHP, 5/11/2016 |
| 248. | Additional Education Records for Kenneth Barrett | N/A, Attached to email of 1/6/2017 |
| 249. | Declaration of Judy House | N/A, Attached to email of 1/6/2017 |
| 250. | All Documents turned over to US Attorney on 12/21/2016 in Compliance with Discovery Order | Submitted to US Attorney on Disc. Specific documents within may be identified as separate exhibits at the appropriate time. |
| 251. | Medical Records of Kelly Cochran | To be procured. Release of records signed January 4, 2017. |
| 252. | Sealed Budget Conference Minutes | 6:04-cr-00115-JHP, 12/9/2004 |

|  | Exhibit | Where in Record |
|---|---|---|
| 253. | SEALED ORDER by Mag. Judge Steven P. Shreder re: defendant's Ex Parte Motion for Approval of "Pre-Authorization" Budget for the Defense | Doc 38, 6:04-cr-00115-JHP, 1/19/2005 |
| 254. | SEALED LETTER (copy) from Hon. James H. Payne to defense counsel John David Echols regarding the eight ex parte budget requests | 2/22/2005, 6:04-cr-00115-JHP, |
| 255. | SEALED LETTER from John David Echols to Hon. James H. Payne in answer to the 2/22/05 letter of Judge Payne regarding ex parte litigation budget requests. | 2/28/2005, 6:04-cr-00115-JHP, |
| 256. | Minutes: SEALED HEARING: Defense counsel John D. Echols and Roger Hilfiger present. Before Hon. James H. Payne. …Discussion held regarding the Court's order on the budget. | 3/22/2005, 6:04-cr-00115-JHP, |
| 257. | SEALED ORDER by District Judge James H. Payne adopting the U.S. Magistrate's SEALED REPORT AND RECOMMENDATION on interim requests for attorneys' fees and costs [106-1], DENYING defendant's NINTH EXPARTE (SEALED) Motion [107-1], GRANTING defendant's motion TENTH EXPARTE (SEALED) and allowing John Echols to withdraw [113-1], DENYING defendant's EXPARTE (SEALED) ELEVENTH Motion [118-1], DENYING defendant's motion for ex parte conference on defense budget and funding [116-1] and [126-1] | Doc 128, 6:04-cr-00115-JHP, 5/5/2005 |
| 258. | SEALED BUDGET HEARING MINUTES before Honorable James H. Payne | 10/3/2005, 6:04-cr-00115-JHP, |
| 259. | MINUTES: Further Sealed Hearing regarding budget matters. | 10/20/2005, 6:04-cr-00115-JHP, |
| 260. | SEALED MINUTE ORDER before District Judge James H. Payne GRANTING defendant's motion to modify order approving budget of 3/18/05 | Doc. 244, 6:04-cr-00115-JHP, 11/4/2005 |
| 261. | SEALED MINUTE ORDER before District Judge James H. Payne regarding Defendant's Ex Parte Litigation Budget (Henricksen) | Doc 275, 6:04-cr-00115-JHP, 12/15/2005 |
| 262. | Childhood photos of Kenneth Barrett | N/A, Attached to email of 1/6/2017 |
| 263. | Defendant's Pro Se Motion for Change of Appointed Counsel | Doc 135, 6:04-cr-00115-JHP, 5/23/2005 |

|      | Exhibit | Where in Record |
|------|---------|-----------------|
| 264. | ORDER by District Judge James H. Payne denying defendant Barrett's pro se motion for Change of Appointed Counsel | Doc 137, 6:04-cr-00115-JHP, 5/24/2005 |
| 265. | Declaration of Bret Smith | Doc 175, Exh. 11, 6:04-cr-00115-JHP, 5/17/2010 |
| 266. | Declaration of Roger Hilfiger | Doc 175, Exh. 12, 6:04-cr-00115-JHP, 5/17/2010 |