**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **v.** | ) | Case No. 09-CV-00105-JHP |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**GOVERNMENT'S RESPONSE TO MOTION FOR ADDITIONAL TIME TO FILE
MOTION IN LIMINE REGARDING DR. STEVEN PITT, D.O.**

COMES NOW Respondent, United States of America, by and through undersigned counsel and files this response to Movant's motion for additional time to file motion in limine regarding Dr. Steven Pitt, D.O. (Doc. 296).

**PRELIMINARY STATEMENT**

Following the affirmance of his convictions for three homicide crimes and the imposition of a death sentence, Barrett sought collateral relief under 28 U.S.C. § 2255. Docs. 1, 2, 70 & 95. This Court denied relief (Docs. 214 & 215), and Barrett appealed (Doc. 222). The Tenth Circuit Court of Appeals affirmed in part, but remanded the case for an evidentiary hearing regarding an allegation that trial counsel ineffectively investigated and presented evidence of Barrett's mental health and personal history. Doc. 230. This Court has scheduled the hearing to commence March 13, 2017. Docs. 246 & 270. On December 6, 2016, the Court granted the Government's Motion for Psychiatric Evaluation of Defendant (Doc. 253) and ordered the evaluation to be completed within forty-five (45) days. Doc. 269. On January 18, 2017, the Court granted Barrett's Motion for Access to Petitioner by George Woods, M.D. (Doc. 285) and ordered the re-evaluation be

1

completed prior to February 10, 2017.  (Doc 288).  Pursuant to the Scheduling Order herein (Doc. 270), the parties are required to exchange Expert reports on March 3, 2017.  On February 1, 2017, Barrett filed the instant motion and an expedited answer was ordered to be submitted by February 8, 2017. Doc. 306.

## ARGUMENT

Barrett is requesting ten (10) days following the disclosure of Dr. Pitt's report to file a motion in limine as to Dr. Pitt's proposed testimony.  After further consideration, the Government would inform the Court it has no objection to Barrett's motion inasmuch as the same courtesy is extended to the Government.  The Government would also request ten (10) days from receipt of Dr. Woods' report of his re-evaluation of Barrett to file any and all appropriate motions in limine regarding the testimony of George Woods, M.D.

Dated: February 8, 2017.

Respectfully submitted,

MARK F. GREEN
United States Attorney

s/ Christopher J. Wilson
CHRISTOPHER J. WILSON
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK  74401
Telephone: (918) 684-5100
FAX: (918) 684-5150
chris.wilson@usdoj.gov

/S. Jeffrey B. Kahan
JEFFREY B. KAHAN
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910

FAX:  (202) 353-9779
Jeffrey.kahan@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I, hereby certify that on February 8, 2017, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Autry: dbautry44@hotmail.com

Joan M. Fisher joan.fisher@fd.org, Paul_Mann@fd.org, jmfisher@turbonet.com

/s *Christopher J. Wilson*
CHRISTOPHER J. WILSON
Assistant United States Attorney

4