**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT )
)
    **Movant,** )
)
**v.** )        Case No. 09-CV-00105-JHP
)
**UNITED STATES OF AMERICA,** )
)
    **Respondent.** )

**GOVERNMENT'S RESPONSE TO SUPPLEMENTAL MOTION
TO EXPAND THE RECORD**

---

**COMES NOW** Respondent, United States of America, by and through undersigned counsel and files this response to Movant's supplemental motion to expand the record (Doc. 299).

**PRELIMINARY STATEMENT**

Following the affirmance of his convictions for three homicide crimes and the imposition of a death sentence, Barrett sought collateral relief under 28 U.S.C. § 2255. Docs. 1, 2, 70 & 95. This Court denied relief (Docs. 214 & 215), and Barrett appealed (Doc. 222). The Tenth Circuit Court of Appeals affirmed in part, but remanded the case for an evidentiary hearing regarding an allegation that trial counsel ineffectively investigated and presented evidence of Barrett's mental health and personal history. Doc. 230. This Court has scheduled the hearing to commence March 13, 2017. Docs. 246 & 270. On February 1, 2017, Barrett filed the instant motion and an expedited answer was ordered to be submitted by February 8, 2017. Doc. 306.

**ARGUMENT**

Petitioner is requesting to expand the record to include supplemental declarations which were submitted in support of his Second Amended Motion for §2255 Relief. After further

1

consideration the Government would advise the Court it has no objection to Petitioner's requested relief to the extent the Government maintains the right to interpose objections to the admissibility of certain contents of the exhibits should they be offered as evidence in the evidentiary hearing.

Dated: February 8, 2017.

Respectfully submitted,

MARK F. GREEN
United States Attorney

s/ Christopher J. Wilson
CHRISTOPHER J. WILSON
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK  74401
Telephone: (918) 684-5100
FAX: (918) 684-5150
chris.wilson@usdoj.gov


/S. Jeffrey B. Kahan
JEFFREY B. KAHAN
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX:  (202) 353-9779
Jeffrey.kahan@usdoj.gov

**CERTIFICATE OF SERVICE**

I, hereby certify that on February 8, 2017, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Autry: dbautry44@hotmail.com

Joan M. Fisher joan.fisher@fd.org, Paul_Mann@fd.org, jmfisher@turbonet.com


/s *Christopher J. Wilson*
CHRISTOPHER J. WILSON
Assistant United States Attorney

3