**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:        dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | CASE NO. CV-09-00105-JHP |
| Petitioner, | ) | |
| | ) | **PETITIONER'S REPLY TO** |
| v. | ) | **GOVERNMENT'S RESPONSE** |
| | ) | **TO OBJECTION TO SUBMITTING** |
| UNITED STATES OF AMERICA, | ) | **FINDINGS OF FACT AND** |
| | ) | **CONCLUSIONS OF LAW PRE-** |
| Respondent. | ) | **HEARING** |
| _____ | ) | |

Petitioner, Kenneth Eugene Barrett, submits the following as his reply to the

government's response to his objection to having to submit proposed findings of fact and

conclusions of law in advance of the evidentiary hearing.  (Docs. 301, 312)

Stated briefly, the government argues that based on the post-conviction filings and

exhibits, counsel should know with precision what evidence will actually be presented at the

Petitioner's Reply to Government's Response                                          *Barrett v. United States*,
To Objection to Submitting Findings of Fact And                          OK-ED No. 6:09-cv-00105-JHP
Conclusions of Law Pre-Hearing

evidentiary hearing. (Doc. 312, pp. 2-3) Therefore, counsel should have no difficulty in submitting proposed findings of fact and conclusions of law.

This overlooks that the findings and conclusions which will actually be entered by the court at some point will be based in very large part on what the evidence at the hearing shows. Counsel can anticipate, but not predict, what the evidence and testimony at the hearing will actually consist of. Mr. Barrett's proposed findings and conclusions, as well as any offered by the government, should await the actual evidence. To submit proposed findings and conclusions beforehand is premature. At a minimum, should Petitioner's objection be denied, he would ask the court to permit the submission of amended findings and conclusions after the hearing, based on the testimony and evidence presented.

It should also be pointed out that in its response, the government misstates the law as to the legal burden placed on Petitioner. According to the government, "[t]o prevail, a § 2255 petitioner must establish the existence of a defect that resulted in a 'complete miscarriage of justice.'" *Davis v. United States,* 417 U.S. 333, 346 (1974). (Doc. 312, p. 2) Rather, the standard is whether 1) counsel's errors and omissions were professionally unreasonable, and 2) there is a reasonable probability that but for those errors and omissions, at least one juror would have declined to impose the death penalty. *Wiggins v. Smith,* 539 U.S. 510, 537 (2003).

DATED this 15th day of February, 2017

RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY

/s/ *Joan M. Fisher*
JOAN M. FISHER

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

Petitioner's Reply to Government's Response                                        *Barrett v. United States*,
To Objection to Submitting Findings of Fact And                               OK-ED No. 6:09-cv-00105-JHP
Conclusions of Law Pre-Hearing

2

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

This is to certify that on this 15th day of February 2017, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ *Joan M. Fisher*
JOAN M. FISHER

Petitioner's Reply to Government's Response                          *Barrett v. United States*,
To Objection to Submitting Findings of Fact And                    OK-ED No. 6:09-cv-00105-JHP
Conclusions of Law Pre-Hearing

3