**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:     (405) 521-9600
Facsimile:     (405) 521-9669
E-mail:        dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:     (916) 498-6666
Facsimile:     (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | **CAPITAL CASE** |
| | ) | |
| Movant/Petitioner, | ) | CASE NO. 6:09-cv-00105-JHP |
| | ) | |
| v. | ) | **REPLY TO GOVERNMENT** |
| | ) | **RESPONSE TO PETITIONER'S** |
| UNITED STATES OF AMERICA, | ) | **MOTION TO RECONSIDER** |
| | ) | **ORDER DENYING MOTION** |
| Respondent, | ) | **TO DEPOSE ROGER HILFIGER** |
| _____ | ) | |

Petitioner, Kenneth Eugene Barrett, replies to the government's response in opposition

(Doc 319) to petitioner's motion to reconsider the order denying the request to depose trial

counsel Roger Hilfiger (Doc. 302).

Reply to Response to Motion To Reconsider Order                    *Barrett v. United States*
Denying Request to Depose Roger Hilfiger                           OK-ED No. 6:09-cv-00105-JHP

1

The government's concern that Mr. Barrett's motion is not sufficient under Federal Rule of Civil Procedure 59(e) is misplaced. Though denominated a motion to reconsider, the motion more closely resembles a renewed motion of discovery, called a reconsideration only because the Court previously denied a similar request. (Docs. 246, 269). The reasons for the request rest in the change of circumstance occasioned by the court's denial of the government's motion to continue the hearing to permit trial counsel Hilfiger to testify. (Doc. 274, 283). The arguments now made did not exist at the time of the original request for discovery and thus make reconsideration of the prior denial appropriate.

The government asserts that "[a] deposition of Mr. Hilfiger for 'additional exploration of the facts' is unnecessary, especially given that Mr. Hilfiger outlined his views of the case in a sworn declaration attached to the government's answer. Doc 174, Ex. 11." The government's representations of its intended offer of proof suggest otherwise. *See e.g.* Doc.304. Nonetheless, if the government does not elicit, and the court does not permit, Mr. Hilfiger to go beyond the four corners of his sworn declaration, no deposition is necessary. If the government intends otherwise as its pleadings suggest, then its rationale, urged on this court to deny Mr. Barrett an opportunity to depose Mr. Hifiger, is both misleading and disingenuous.

The interests of justice and judicial economy will be best served by granting this motion. DATED this 15th day of February, 2017

RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY

/s/ *Joan M. Fisher*
JOAN M. FISHER

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

Reply to Response to Motion To Reconsider Order                    *Barrett v. United States*
Denying Request to Depose Roger Hilfiger                         OK-ED No. 6:09-cv-00105-JHP

2

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

This is to certify that on this 15th day of February 2017, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ *Joan M. Fisher*
JOAN M.FISHER