## DECLARATION OF SHARON MAXWELL GREENFEATHER

I, Sharon Maxwell Greenfeather, a person over the age of eighteen (18) and competent to testify, deposes and says as follows:

I was a mortgage banker for 40 years.

My father Howard Albert Maxwell was the brother of Mary Ellen Maxwell who was married to Isaac Barrett. Ernie Barrett was my nephew and his son Kenneth Barrett is my great nephew.

My father Howard was an alcoholic. I was too until thirteen years ago.

There is a lot of mental illness and alcoholism in my family.

Both my daughter Melanie Lynn Greenfeather and I are severely manic depressive. My daughter has occasional psychotic episodes that the doctors say are a symptom of her manic depression.

My late sister Linda Jean Maxwell was psychotic. My other sister Connie Sue Maxwell is severely manic depressive and was an alcoholic. She has been on disability most of her life.

My brother Billy Dean Maxwell, who committed suicide in 1999, was schizophrenic.

I declare under penalty of perjury that, to the best of my recollection, the foregoing is true and correct.

Executed this 25 day of January, 2017, in Auburn, King County, Washington.

Sharon Maxwell Greenfeather