**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT, | **CAPITAL CASE** |
| Petitioner, | CASE NO. CV-09-00105-JHP |
| vs. | **PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE EXPERT REPORT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Comes Now Petitioner, KENNETH EUGENE BARRETT, by and through his undersigned counsel, who, pursuant to Fed. R. Civ. P. 16(b)(4), moves this Court for an order extending by five (5) calendar days the time for submitting an expert report from Richard Burr so that the report will be due March 8, 2017. This Motion is based on the files and records in this case, the points and authorities cited herein and the attached declaration of counsel. Mr. Barrett states the following as good cause for granting this Motion.

Pet'r's Mot. EOT Atty Expert Rpt.                    *Barrett v. U.S.A.*, No. CV-09-00105-JHP

> Good cause may be found to exist where the moving party shows that it diligently assisted the court with creating a workable scheduling order, that it is unable to comply with the scheduling order's deadlines due to matters that could not have reasonably been foreseen at the time of the issuance of the scheduling order, and that it was diligent in seeking an amendment once it became apparent that the party could not comply with the scheduling order.

*Kuschner v. Nationwide Credit, Inc.*, 256 F.R.D. 684, 687 (E.D. Ca. 2008).

This Court has scheduled an evidentiary hearing to begin on March 13, 2017. Mr. Barrett has complied with this Court's scheduling order wherever possible.

Mr. Barrett has given notice that he intends to present expert testimony from attorney Richard Burr. Mr. Barrett has notified the government that Mr. Burr will give testimony consistent with the four declarations he submitted to this court pre-trial and the two declarations he submitted to this Court during these post-conviction proceedings. Mr. Burr's declarations include statements of his qualifications, the opinions he has rendered to date, the reasons and bases therefor. These declarations demonstrate Mr. Barrett's diligence in giving this Court and the government notice of Mr. Burr's testimony.

Mr. Barrett intends to ask Mr. Burr to opine further regarding the records of trial counsel's work, and their testimony at the hearing. As to the former, Mr. Burr has been working on a report. Mr. Barrett's counsel have provided Mr. Burr the necessary background materials and have been monitoring his progress. Decl. Tivon Schardl dated Feb. 21, 2017.

The circumstances giving rise to this Motion were beyond Mr. Barrett's control. On Friday, February 17, 2017, Mr. Burr was advised that he likely has a blockage or blockages in one or more arteries around his heart. On February 21, 2017, Mr. Burr gave Mr. Barrett's counsel notice of his condition. Mr. Burr told counsel that on February 21, 2017, he would undergoing a procedure to address the blockage(s). Although Mr. Burr expressed uncertainty

about his condition, he told counsel that, at best, he will be unable to work for a couple of days. He estimated that he would need until at least March 6, 2017, to produce his report.

Out of caution, and in order to avoid repeated applications to the Court for relief, Mr. Barrett respectfully requests this Court extend by five calendar days, to March 8, 2017, the time for Mr. Burr to submit his report.

By making this Motion on the same day counsel learned of Mr. Burr's procedure, Mr. Barrett is demonstrating his diligence in preparing for the hearing.

The government will suffer no prejudice if this Court grants Mr. Barrett's motion. The government has had many years to review Mr. Burr's declarations and to confer with trial counsel. Mr. Barrett has submitted extensive findings of fact and conclusions of law based on Mr. Burr's declarations. The government is well aware of the prevailing professional norms that underlie Mr. Burr's findings in this case. Mr. Burr would not be among Mr. Barrett's first witnesses. In the absence of prejudice to the opposing party, a court may abuse its discretion by denying a motion to modify a scheduling order. *Rimbert v. Eli Lilly & Co.*, 647 F.3d 1247, 1254-55 (10th Cir. 2011).

Undersigned counsel has conferred by email with counsel for the government in an effort to resolve the matter raised in this Motion. Undersigned counsel are authorized to state that the government does not oppose this Motion.

## CONCLUSION

For the foregoing reasons, Mr. Barrett respectfully requests this Court enter an order extending to March 8, 2017, the time for submitting a report from attorney Richard Burr.

///

///

DATED this 21st day of February, 2017

RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY

HEATHER E. WILLIAMS
Federal Defender

/s/ *Joan M. Fisher*
JOAN M. FISHER
Assistant Federal Defender

/s/ *Tivon Schardl*
TIVON SCHARDL
Capital Trial & Habeas Attorney

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

**CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY**

This is to certify that on this 21st day of February 2017, I caused the foregoing

Petitioner's Motion for Extension of Time to File Expert Report to be filed with the Clerk of the

Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J.

Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record.  To

counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

*/s/ Tivon Schardl*
TIVON SCHARDL
