**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>        Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | **CAPITAL CASE**<br><br>CASE NO. CV-09-00105-JHP<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE EXPERT REPORT** |

I, Tivon Schardl, declare the following:

1.    I am an attorney licensed to practice law by the State of Florida. Since 2000 I have been employed by the Federal Defender for the Eastern District of California. In 2008, the Defender assigned me the case of Kenneth Eugene Barrett. Although I ceased regular work on the case in 2010, I have been assigned responsibilities for the upcoming evidentiary hearing in Mr. Barrett's case. One of those responsibilities is presenting the testimony of attorney Richard

Decl. Counsel re EOT Atty Expert Rpt.                    *Barrett v. U.S.A.*, CV-09-00105-JHP

H. Burr.

2.    In October 2016, co-counsel Assistant Federal Defender Joan Fisher prepared a contract for Mr. Burr to serve as an expert at the evidentiary hearing. She subsequently provided Mr. Burr with background materials on the case.

3.    In January and February 2017, I conferred with Mr. Burr about his work on the case. We discussed his ability to provide a report by March 3, 2017. On February 16, 2017, I spoke with Mr. Burr and he advised that he would provide a draft of his report by March 1, 2017.

4.    Upon my arrival at work on February 21, 2017, I opened an email Mr. Burr sent a few minutes earlier. The email stated that on February 17, 2017, Mr. Burr learned that he had one or more blockages in one or more arteries around his heart. Mr. Burr said that he was going into hospital on February 21, 2017, for a procedure intended to correct the problem. Although he expressed uncertainty about his time for returning to work, he advised that at best he would be out for two days. Mr. Burr said he would need until at least March 6, 2017, to complete his report.

5.    The same day I drafted a motion for extension of time to file Mr. Burr's report. Lead counsel David Autry forwarded the draft to counsel for the government. Later that afternoon, Mr. Autry forwarded to me an email from counsel for the government stating that there was no opposition to the motion.

I declare, under penalty of perjury, as provided in the laws of the United States of America, that the foregoing is true and correct and based on my personal knowledge.

Subscribed to by me this 21st day of February 2017 in Sacramento County, California.

*/s/ Tivon Schardl*
TIVON SCHARDL