**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT**, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | Case No. CV-09-00105-JHP |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

**[PROPOSED]  ORDER SEALING GOVERNMENT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT**

The government's motion to file under seal a motion for partial summary judgment under

seal is hereby **granted**.

_____
**HON. JAMES H PAYNE**
U.S. District Court Judge