**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:       Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>        Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CASE NO. CV-09-00105-JHP<br><br>**PETITIONER'S UNOPPOSED MOTION TO AMEND JOINT STATEMENT** |

Comes Now Petitioner, KENNETH EUGENE BARRETT, by and through his undersigned counsel, who moves this Court for leave to amend his portion of the Joint Statement filed February 16, 2017 (Doc. 340). This Motion is based on the files and records in this case, the points and authorities cited herein. Mr. Barrett states the following as good cause for granting this Motion.

After submitting Mr. Barrett's portion of the Joint Statement undersigned counsel learned

Pet'r's Mot. Amend Jt. Stmt                           *Barrett v. U.S.A.*, No. CV-09-00105-JHP

that witness Ron Lax died in 2013. Thus, Mr. Barrett should have listed him with an asterisk among those witnesses on whose prior letters or declarations Mr. Barrett intends to rely. Counsel regrets the error and any inconvenience it may have caused.

This Court will recall that John Echols sought authorization to hire Mr. Lax and his firm, Inquisitor, Inc., to serve as Mr. Barrett's mitigation specialist. This Court granted the request in part and denied it in part.

On March 30, 2010, this Court granted Mr. Barrett's Motion to Expand the Record (Doc. 151) with exhibits including Exhibit 66, a letter dated September 24, 2008, from Mr. Lax to Mr. Barrett's post-conviction counsel. Order (Doc. 161). Mr. Barrett intends to rely upon that letter in support of his showing of deficient performance by trial counsel.

Undersigned counsel have conferred by email with counsel for the government in an effort to resolve this matter. Counsel for the government have advised the undersigned that the government does not oppose this Motion.

WHEREFORE, Mr. Barrett respectfully requests this Court enter an order deeming the Joint Statement amended with the foregoing information.

DATED this 23rd day of February 2017.

RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY

HEATHER E. WILLIAMS
Federal Defender
/s/ *Joan M. Fisher*
JOAN M. FISHER
Assistant Federal Defender
*/s/ Tivon Schardl*
TIVON SCHARDL
Capital Trial & Habeas Attorney
Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY

This is to certify that on this 23rd day of February 2017, I caused the foregoing

Petitioner's Motion to Amend Joint Statement to be filed with the Clerk of the Court using the

ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA,

Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record.  To counsel's

knowledge, there are no non-ECF registrants who are counsel in this case.

*/s/ Tivon Schardl*
TIVON SCHARDL
