**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:       Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>        Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CASE NO. CV-09-00105-JHP<br><br>**PETITIONER'S UNOPPOSED MOTION FOR AUTHORIZATION TO USE COMPUTERS IN THE COURTHOUSE DURING THE EVIDENTIARY HEARING** |

        Comes Now Petitioner, KENNETH EUGENE BARRETT, by and through his undersigned counsel, who moves this Court for authorization to have his attorneys bring computers such as laptops and iPads into the courtroom during the evidentiary hearing. This Motion is based on the files and records in this case and the points and authorities cited herein. Mr. Barrett states the following as good cause for granting this Motion.

        Throughout their representation of Mr. Barrett counsel have collaborated through the use

of computers. They have scanned and stored documents in digital form and created a database enabling quick access to relevant documents. Counsel also rely upon computers to take notes and manage the tasks associated with a trial or hearing.

Counsel have read and understood the Court's policies regarding the use of recording devices in the courthouse. Counsel will not use any recording devices that are part of their computers or iPads inside the courthouse.

Undersigned counsel have conferred by email with counsel for the government in an effort to resolve this matter. Counsel for the government have stated that they do not oppose this Motion.

WHEREFORE, Mr. Barrett and his counsel respectfully request this Court enter an order authorizing them to use their laptops and iPads during the evidentiary hearing provided that no recording is done.

DATED this 23rd day of February 2017.

RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY

HEATHER E. WILLIAMS
Federal Defender

/s/ *Joan M. Fisher*
JOAN M. FISHER
Assistant Federal Defender

/s/ *Tivon Schardl*
TIVON SCHARDL
Capital Trial & Habeas Attorney

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY

This is to certify that on this 23rd day of February 2017, I caused the foregoing

Petitioner's Motion for Authorization to Use Computers in the Courthouse During the

Evidentiary Hearing to be filed with the Clerk of the Court using the ECF System for filing, with

service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S.

Department of Justice, and to all counsel of record.  To counsel's knowledge, there are no non-

ECF registrants who are counsel in this case.

*/s/ Tivon Schardl*
TIVON SCHARDL