**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:     (405) 521-9600
Facsimile:     (405) 521-9669
E-mail:dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:     (916) 498-6666
Facsimile:     (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO. CV-09-00105-JHP<br><br>**PETITIONER'S UNOPPOSED MOTION FOR AUTHORIZATION TO SERVE SUBPOENAS WITHOUT TENDERING FEES AND MILEAGE** |

Comes Now Petitioner, KENNETH EUGENE BARRETT, by and through his undersigned counsel, who, pursuant to 28 U.S.C. § 1815(b), and the remand issued in *United States v. Barrett*, 279 F.3d 1207 (10th Cir. 2015), moves this Court for authorization to subpoena witnesses without tendering fees and mileage. This Motion is based on the files and records in this case and the points and authorities cited herein. Mr. Barrett states the following as good cause for granting this Motion.

Rule 45(b) of the Federal Rules of Civil Procedure requires that a party serving a subpoena for attendance at a hearing must tender "the fees for 1 day's service and the mileage allowed by law." Section 18(c) of the Judicial Code creates an exception to that requirement for a defendant represented by a Federal public defender or any other "party authorized to proceed in forma pauperis, if the payment of such fees and mileage is to be made by the United States marshal under this section." Section 18(b) provides for the marshal to pay witness fees and mileage for witnesses, "other than experts, appearing pursuant to subpoenas issued upon approval of the court . . . ." Hence, this Motion seeking the Court's approval so that Mr. Barrett may properly serve subpoenas commanding the attendance of his witnesses without tendering fees and mileage.

Pursuant to the Tenth Circuit's decision this Court has scheduled an evidentiary hearing on Mr. Barrett's claim that his trial attorneys were ineffective in preparing for and presenting evidence during the penalty phase of trial on Count 3. As set forth in Doc. 340, Mr. Barrett has identified the following lay witnesses whose testimony he intends to present:

1. John Echols

2. Jack Gordon

3. Julia O'Connell

4. Susan Otto

5. Jeanne Russell

6. Steve Leedy

7. Roseann Schaye

8. Mark Henricksen

9. Gelene Dotson Barrett

10. Steve Barrett

11. Issac Barret

12. Abby Stites

13. Roger Crawford

14. Kathy Trotter

15. Janice Sanders

16. Carolyn Joseph

17. Brandi Hill

18. Gwendolyn Crawford

19. Sharon Greenfeather

20. Linda Riley

21. Toby Barrett

22. Mark Dotson

23. Judy House

24. Nona Reich

25. Gary Nelson

26. Paul Gordon

27. Janesse Thomas

28. Iva Hines

29. Gary Philpot

30. Rick Lunsford

31. Billy Poindexter

32. Marty Daggs

33. Doris Barrett

34. Roger Hilfiger

35. Bret Smith

In an effort to resolve this matter, undersigned counsel conferred by email with counsel for the government. Counsel for the government state that they do not oppose this Motion.

## CONCLUSION

For the foregoing reasons, Mr. Barrett respectfully requests this Court enter an order authorizing him to issue and serve subpoenas to the above-listed witnesses without tendering fees and mileage.

DATED this 23rd day of February 2017.

RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY

HEATHER E. WILLIAMS
Federal Defender

/s/ *Joan M. Fisher*
JOAN M. FISHER
Assistant Federal Defender

/s/ *Tivon Schardl*
TIVON SCHARDL
Capital Trial & Habeas Attorney


Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY

This is to certify that on this 23rd day of February 2017, I caused the foregoing Petitioner's Motion for Authorization to Serve Subpoenas without Tendering Fees and Mileage to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

*/s/ Tivon Schardl*
TIVON SCHARDL
