**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:      (405) 521-9600
Facsimile:      (405) 521-9669
E-mail:          dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar # 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone:      (916) 498-6666
Facsimile:      (916) 498-6656
E-mail:          Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CASE NO. CV-09-00105-JHP |

**EXHIBIT D TO
PETITIONER'S COMBINED
RESPONSE IN OPPOSITION
TO THE GOVERNMENT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT
AND BRIEF IN SUPPORT OF OPPOSITION**

App. Pet'r's Resp. Opp. Govt. MSJ                         *U.S. v. Barrett*, CV-09-00105-JHP

COPY FOR THE COURT

Case 2:05-cr-00107   Document 814   Filed 05/29/2007   Page 2 of 13

FILED

MAY 2 9 2007

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 2:05-00107-02

VALERIE FRIEND

## SPECIAL VERDICT FORM
## AS TO DEFENDANT VALERIE FRIEND

### MURDER OF CARLA COLLINS BY DEFENDANT VALERIE FRIEND

#### AGE REQUIREMENT

#### COUNTS ELEVEN AND TWELVE CONSIDERED SEPARATELY

We, the jury, unanimously find that the defendant was more than 18 years of age at the time of the offense.

Yes
_____
YES or NO

### SECTION I.   THRESHOLD INTENT FACTORS

**General Instructions for Section I:**   For each of the following, indicate "YES" or "NO" after the appropriate finding by the jury.

#### COUNTS ELEVEN AND TWELVE CONSIDERED SEPARATELY

**First Threshold Intent Factor:**

1.   Do you unanimously find that the United States has established beyond a reasonable doubt that defendant VALERIE FRIEND intentionally killed Carla Collins?

Yes
_____
YES or NO

**Second Threshold Intent Factor:**

2.    Do you unanimously find that the United States has established beyond a reasonable doubt that the defendant VALERIE FRIEND intentionally inflicted serious bodily injury which resulted in the death of Carla Collins?

<u>   *Yes*   </u>
**YES or NO**

**Third Threshold Intent Factor:**

3.    Do you unanimously find that the United States has established beyond a reasonable doubt that the defendant VALERIE FRIEND intentionally participated in an act, contemplating that the life of a person would be taken and/or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim Carla Collins died as a direct result of the act?

<u>   *Yes*   </u>
**YES or NO**

**Fourth Threshold Intent Factor:**

4.    Do you unanimously find that the United States has established beyond a reasonable doubt that the defendant VALERIE FRIEND intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim Carla Collins died as a direct result of the act?

<u>   *Yes*   </u>
**YES or NO**

5.    As to your separate deliberations on Counts Eleven and Twelve, do you make the foregoing findings as to both Counts?

<u>   *Yes*   </u>
**YES or NO**

If you responded "NO" to question 5, please explain below:

_____

_____

2

<u>**General Instructions for Section I:**</u>

If you indicated that the United States has not established at least one of the Threshold Intent Factors in this Section I, then stop your deliberations and proceed to Section VI. Each juror should carefully read the statement in Section VI, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the court that you have reached a decision.

If you indicated that the United States has established at least one of the Threshold Intent Factors in this Section I, proceed to Section II which follows.

<u>**SECTION II. STATUTORY AGGRAVATING FACTORS**</u>

<u>**General Instructions for Section II:**</u> For each of the following, indicate "YES" or "NO" after the appropriate finding by the jury.

<u>**COUNTS ELEVEN AND TWELVE CONSIDERED SEPARATELY**</u>

1. Do you unanimously find that the United States has established beyond a reasonable doubt that defendant VALERIE FRIEND killed Carla Collins in an especially heinous, cruel, or depraved manner?

<u>Yes</u>
**YES or NO**

2. Do you unanimously find that the United States has established beyond a reasonable doubt that defendant VALERIE FRIEND killed Carla Collins as consideration for the receipt or in the expectation of the receipt of anything of pecuniary value?

<u>Yes</u>
**YES or NO**

3. Do you unanimously find that the United States has established beyond a reasonable doubt that defendant VALERIE FRIEND killed Carla Collins after substantial planning and premeditation to cause the death of Carla Collins?

<u>Yes</u>
**YES or NO**

3

Case 2:05-cr-00107 Document 814 Filed 05/29/2007 Page 4 of 12

4.   As to your separate deliberations on Counts Eleven and Twelve, do you make the foregoing findings as to both Counts?

$$\underline{\text{Yes}}$$

**YES or NO**

If you responded "NO" to question 4, please explain below:

_____

_____

**General Instructions for Section II:**  If you indicated that the United States has not established at least one of the Statutory Aggravating Factors in this Section II, then stop your deliberations, and proceed to Section VI of this form. Each juror should then carefully read the statement in Section VI, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision.  You should then advise the court that you have reached a decision.

If you indicated that the United States has established at least one or more of the Threshold Intent Factor(s) in Section I, and indicated that the United States has established at least one or more of the Statutory Aggravating Factors in this Section II as to the same count, proceed to Section III which follows.

**SECTION III.   NON-STATUTORY AGGRAVATING FACTORS**

**General Instructions for Section III:**  For each of the following, indicate "YES" or "NO" after the appropriate finding by the jury.

**COUNTS ELEVEN AND TWELVE CONSIDERED SEPARATELY**

1.   Do you unanimously find that the United States has established beyond a reasonable doubt that defendant VALERIE FRIEND caused injury, harm, and loss to Carla Collins' family and friends as demonstrated by the impact of death upon the victim's family and friends, and that this factor tends to support imposition of the death penalty?

$$\underline{\text{Yes}}$$

**YES or NO**

4

2.    Do you unanimously find that the United States has established beyond a reasonable doubt that defendant VALERIE FRIEND murdered Carla Collins to prevent Carla Collins from providing any additional information and assistance to law enforcement authorities regarding a federal criminal investigation, to retaliate against the victim for having provided assistance to law enforcement authorities with information regarding defendant's criminal activity, or both, and that this factor tends to support imposition of the death penalty.

_Yes_
**YES or NO**

3.    As to your separate deliberations on Counts Eleven and Twelve, do you make the foregoing findings as to both Counts?

_Yes_
**YES or NO**

If you responded "NO" to question 3, please explain below:

_____

_____

**General Instruction for Section III**:  Regardless of whether you found that the government has established one or more of the Non-Statutory Aggravating Factors in this Section III, proceed to Section IV, which follows.

**SECTION IV.   MITIGATING FACTORS**

**General Instructions for Section IV:**  For each of the following mitigating factors, please indicate, in the space provided, the number of jurors who have found the existence of that mitigating factor to be proven by a preponderance of the evidence.

Your vote with respect to a mitigating factor need not be unanimous.  A finding with respect to a mitigating factor may be made by one or more of the members of the jury, and any member of the jury who finds the existence of a mitigating factor may consider such a factor established in considering whether or not a sentence of death shall be imposed, regardless of the number of other jurors who agree that the factor has been established.

5

1.  If she is not sentenced to death, Valeri Friend will spend the rest of her life in a federal prison without the possibility of release.

    NUMBER OF JURORS WHO SO FIND ___12___

2.  Patricia Burton is equally culpable in the death of Carla Collins, and will not be executed and may receive a sentence of less than life imprisonment.

    NUMBER OF JURORS WHO SO FIND ___7___

3.  Carmella Blankenship was involved in the death of Carla Collins, but she has not been prosecuted.

    NUMBER OF JURORS WHO SO FIND ___12___

4.  At the time of Carla Collins' death, Valeri Friend was acting under severe mental or emotional disturbance, although it was not sufficient to constitute a defense to murder or excuse for her actions.

    NUMBER OF JURORS WHO SO FIND ___0___

5.  Valeri Friend has never before been convicted of a crime.

    NUMBER OF JURORS WHO SO FIND ___12___

6.  Valeri Friend has no significant prior history of other criminal conduct.

    NUMBER OF JURORS WHO SO FIND ___0___

7.  At the time of Carla Collins' death Valeri Friend was under the influence of alcohol and cocaine.

    NUMBER OF JURORS WHO SO FIND ___12___

8.  Valeri Friend is the mother of five children who will be emotionally harmed by her execution.

    NUMBER OF JURORS WHO SO FIND ___12___

9.  The family and friends of Valeri Friend will suffer grief and loss if she is executed.

    NUMBER OF JURORS WHO SO FIND ___12___

6

10. Valeri Friend was a victim of sexual assault or rape.

    NUMBER OF JURORS WHO SO FIND ___11___

11. The men in Valeri Friend's life subjected her to physical and emotional abuse.

    NUMBER OF JURORS WHO SO FIND ___12___

12. Valeri Friend has suffered traumatic events including the deaths of friends and loved ones.

    NUMBER OF JURORS WHO SO FIND ___12___

13. Valeri Friend struggled under difficult circumstances to raise five sons with little assistance from their fathers.

    NUMBER OF JURORS WHO SO FIND ___12___

14. Valeri Friend suffered from depression and anxiety.

    NUMBER OF JURORS WHO SO FIND ___11___

15. Valeri Friend's abuse of alcohol, prescription pills and cocaine was, in part, caused by her depression, anxiety and the stress of raising five sons alone.

    NUMBER OF JURORS WHO SO FIND ___9___

16. At the time of Carla Collins death, Valeri Friend was suffering from Post-Traumatic Stress Disorder.

    NUMBER OF JURORS WHO SO FIND ___6___

17. Valeri Friend was suffering from mental and emotional problems which contributed to her substance abuse and involvement with persons related to the offenses.

    NUMBER OF JURORS WHO SO FIND ___11___

18. Valeri Friend cooperated with Social Services, worked to improve her parenting skills and sought services for her children.

    NUMBER OF JURORS WHO SO FIND ___12___

19. Valeri Friend grew up in a family in which men were controlling.

     NUMBER OF JURORS WHO SO FIND __0__

20. Valeri Friend grew up in a family in which harsh physical discipline was the norm.

     NUMBER OF JURORS WHO SO FIND __0__

21. Valeri Friend's family history pre-disposed her to substance abuse and mental illness.

     NUMBER OF JURORS WHO SO FIND __8__

22. Valeri Friend was a reliable and hard-working employee.

     NUMBER OF JURORS WHO SO FIND __12__

23. Valeri Friend has demonstrated her ability to make a positive adjustment to incarceration.

     NUMBER OF JURORS WHO SO FIND __12__

24. Valeri Friend has made positive contributions to others during her incarceration.

     NUMBER OF JURORS WHO SO FIND __12__

The following extra spaces are provided to write in additional mitigating factors, if any, found by any one or more jurors. If none, write "NONE" and line out the extra spaces with a large "X." If more space is needed, write "CONTINUED" and use the reverse side of this page.

25. __None__

     NUMBER OF JURORS WHO SO FIND __X__

26. __None__

     NUMBER OF JURORS WHO SO FIND __X__

27. As to your separate deliberations on Counts Eleven and Twelve, do you make the foregoing findings as to both Counts?

<u>Yes</u>
**YES or NO**

If you responded "NO" to question 27, please explain below:

_____

_____

**General Instructions for Section IV:** When you have completed Section IV above, proceed to Section V **and** Section VI which follow.

**V. DETERMINATION OF SENTENCE**

**General Instructions for Section V:** Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factor or factors found to exist -- or in the absence of any mitigating factors, whether the aggravating factor(s) so found are themselves sufficient to justify a sentence of death -- we choose as follows between Option A and Option B below:

**Option A.    Death Sentence**

We the jury determine, by unanimous vote, that a sentence of death shall be imposed as to Count Eleven.

_____Yes_____
**YES or NO**

We the jury determine, by unanimous vote, that a sentence of death shall be imposed as to Count Twelve.

_____Yes_____
**YES or NO**

If you indicate "YES,"  sign your names here, and then proceed to Section VI.  If you do not indicate "YES," the foreperson alone should sign, and you should proceed to Option B:

Date: _____5-29-07_____

Case 2:05-cr-00107 Document 814 Filed 05/29/2007 Page 11 of 12

**Option B.  Sentence of Life in Prison Without Possibility of Release**

We the jury determine, by unanimous vote, that a sentence of life  imprisonment without possibility of release shall be imposed as to Count Eleven.

_____

**YES or NO**

We the jury determine, by unanimous vote, that a sentence of life  imprisonment without possibility of release shall be imposed as to Count Twelve.

_____

**YES or NO**

If you answer "YES,"  sign your names here, and then proceed to Section VI.

_____          _____          _____
FOREPERSON

_____          _____          _____


_____          _____          _____


_____          _____          _____

Date:  _____

11

## VI. CERTIFICATION

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or sex of the defendant, the defendant's children, or the victim was not involved in reaching his or her individual decision, and that the individual juror would have made the same recommendation regarding a sentence for the crime or crimes in question regardless of the race, color, religious beliefs, national origin, or sex of the defendant, the defendant's children, or the victim(s).



Date: ___5-29-07___