**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:    dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar # 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:    Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

CASE NO. CV-09-00105-JHP

**EXHIBIT F TO
PETITIONER'S COMBINED
RESPONSE IN OPPOSITION
TO THE GOVERNMENT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT
AND BRIEF IN SUPPORT OF OPPOSITION**

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 2 3 2014
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 06-00079 JMS |
| | ) | |
| Plaintiff, | ) | SPECIAL FINDINGS FORM |
| | ) | REGARDING ELIGIBILITY |
| vs. | ) | |
| | ) | |
| NAEEM WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SPECIAL FINDINGS FORM REGARDING ELIGIBILITY

**QUESTION 1** (Defendant's Age at Time of the Offense): Do you unanimously find that the government has proven beyond a reasonable doubt that the Defendant was eighteen (18) years of age or older at the time of the Offense?

YES ✔        NO ____

If you answer YES, proceed to QUESTION 2. If you answer NO, proceed to the CERTIFICATION at the end of this form.

**QUESTION 2** (Intent Factor Number 1): In committing the Offense, do you unanimously find that the government has proven beyond a reasonable doubt that the Defendant intentionally inflicted serious bodily injury that resulted in the death of Talia Williams?

YES ✔        NO ____

If you answer YES, skip QUESTION 3 and proceed to QUESTION 4. If you answer NO, proceed to QUESTION 3.

**QUESTION 3** (Intent Factor Number 2): In committing the Offense, do you unanimously find that the government has proven beyond a reasonable doubt that the Defendant intentionally and specifically engaged in an act of violence, knowing that the act of violence created a grave risk of death to Talia Williams, such that participation in the act of violence constituted a reckless disregard for human life and Talia Williams died as a direct result of the act of violence?

YES _____          NO _____

If you answer YES, proceed to QUESTION 4. If you answer NO, proceed to the CERTIFICATION at the end of the form.

**QUESTION 4** (Aggravating Factor Number 1): Do you unanimously find that the government has proven beyond a reasonable doubt that the Defendant committed the Offense in an especially heinous, cruel, or depraved manner that involved torture or serious physical abuse to Talia Williams?

YES __✓__          NO _____

Proceed to QUESTION 5.

**QUESTION 5** (Aggravating Factor Number 2): Do you unanimously find that the government has proven beyond a reasonable doubt that the Defendant committed the Offense upon Talia Williams, who was particularly vulnerable due to youth?

YES __✓__          NO _____

Proceed to the CERTIFICATION at the end of the form.

6:09-cr-00105-RAW   Document 366-6   Filed in ED/OK on 02/27/17   Page 4 of 45

███████████████

_____
FOREPERSON'S SIGNATURE

DATED: _MAy 2̶5, 2014_

Case 6:09-cr-00105-RAW Document 366-6 Filed in ED/OK on 02/27/17 Page 5 of 45

## CERTIFICATION

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or gender of the Defendant or Talia Williams was not involved in reaching his or her individual decision, and that the individual juror would have made the same decision regarding the Defendant's eligibility for consideration of a death sentence no matter what the race, color, religious beliefs, national origin, or gender of the Defendant or Talia Williams.



1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

3

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 27 2014

at 9 o'clock and 40 min A M.
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 06-00079 JMS |
| | ) | |
| Plaintiff, | ) | SPECIAL FINDINGS FORM |
| | ) | REGARDING PENALTY |
| vs. | ) | SELECTION |
| | ) | |
| NAEEM WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SPECIAL FINDINGS FORM REGARDING PENALTY SELECTION

### I.  Findings Regarding Justification for a Death Sentence

#### A.  Non-Statutory Aggravating Factors

The government has alleged that the following non-statutory aggravating factors are present in this case.  For each factor listed below, answer "yes" or "no" as to whether you unanimously find that the government proved the existence of the factor beyond a reasonable doubt:

1.  After committing the final act of physical abuse against Talia Williams, the Defendant intentionally waited before seeking medical attention for Talia Williams, with such delay reducing the possibility that Talia Williams could have been medically treated and saved.

     YES  ✓       NO  _____

2.  The Defendant intentionally endeavored to impede the investigation into the murder of Talia Williams by washing her blood from her bedroom wall as charged in Count 4 of the Indictment.

     YES  ✓       NO  _____

3.   The Defendant knowingly and willfully made a false material statement to law enforcement officers to conceal the true cause of Talia Williams' death, as charged in Count 5 of the Indictment.

YES  ✓          NO  _____

4.   The Defendant endeavored to obstruct justice by instructing his wife, Delilah S. Williams, to give a false statement to law enforcement officers, that is, that Talia Williams fell in the bathtub, in order to conceal the true cause of Talia Williams' death.

YES  ✓          NO  _____

5.   The Defendant caused injury, harm, and loss to Tarshia Williams, by causing the death of her daughter, Talia Williams.

YES  ✓          NO  _____

6.   The Defendant retained custody of Talia Williams and continued to abuse, assault, and torture her while knowing that others were willing to accept custody of Talia Williams and raise her without physical abuse, assault, or torture.

YES  _____          NO  ✓

7.   The Defendant committed the offense against Talia Williams, who was particularly vulnerable due to her special needs, including her developmental delays and her asthma.

YES  _____          NO  ✓

Proceed to the next section (I-B) of this Form.

2

## B. Mitigating Factors

The Defendant has alleged that the following mitigating factors are present in this case. For each of these factors, answer "yes" or "no" as to whether any juror (or jurors) finds that the Defendant has proved the existence of the factor by a preponderance of the evidence, and indicate the number of jurors who so find:

1. Naeem Williams was born to a single mother who was serving in the Army when Naeem Williams was an infant.

   YES __✓__          NO _____

   Number of jurors who so find __12__

2. Naeem Williams' mother, Rosalyn Muse, concentrated on her performance and advancement in the military, which resulted in Naeem Williams living with relatives away from home for extended periods of time while he was growing up.

   YES _____          NO __✓__

   Number of jurors who so find _____

3. Uyless Muse, Naeem Williams' stepfather, felt that Naeem Williams was treated too gently by Rosalyn Muse, and was openly critical of Rosalyn Muse because of it.

   YES __✓__          NO _____

   Number of jurors who so find __8__

4. From an early age, Naeem Williams was exposed to verbal and sometimes physical altercations between Rosalyn and Uyless Muse.

YES ✓   NO _____

Number of jurors who so find ___11___

5. Naeem Williams never knew, and never received guidance from, his biological father.

YES ✓   NO _____

Number of jurors who so find ___12___

6. Naeem Williams was raised in a system of corporal punishment from an early age.

YES ✓   NO _____

Number of jurors who so find ___11___

7. Naeem Williams was verbally abused by Uyless Muse as a child.

YES ✓   NO _____

Number of jurors who so find ___4___

8. Uyless Muse regularly disciplined Naeem Williams using corporal punishment until Naeem Williams was a teenager.

YES ✓   NO _____

Number of jurors who so find ___12___

4

9.  Naeem Williams witnessed his sisters, especially his sister Astin Muse, being emotionally and physically abused as children.

   YES  ✓                         NO  _____

   Number of jurors who so find ___1___

10. Uyless Muse treated Naeem Williams more harshly than he treated his daughters.

   YES  ✓                         NO  _____

   Number of jurors who so find ___12___

11. Uyless Muse made it clear to Naeem Williams that Naeem Williams was a disappointment to him.

   YES  ✓                         NO  _____

   Number of jurors who so find ___1___

12. Uyless Muse sometimes treated Naeem Williams as though he hated him.

   YES  ✓                         NO  _____

   Number of jurors who so find ___6___

13. Naeem Williams was never accepted by Uyless Muse.

   YES  _____                     NO  ✓

   Number of jurors who so find _____

14. Naeem Williams worked around 20 hours a week while he was in high school because his parents thought that he should be working during the school year.

YES _✓_                     NO _____

Number of jurors who so find _8_

15. Uyless Muse charged Naeem Williams rent while Naeem Williams was still in high school.

YES _✓_                     NO _____

Number of jurors who so find _9_

16. Naeem Williams served overseas during on-going military operations.

YES _✓_                     NO _____

Number of jurors who so find _12_

17. Naeem Williams re-enlisted while the United States was involved in military operations overseas.

YES _✓_                     NO _____

Number of jurors who so find _12_

18. While not involved in combat operations, Naeem Williams served with distinction and was decorated for his military service.

YES _✓_                     NO _____

Number of jurors who so find _12_

6:09-cv-00105-RAW   Document 366-6   Filed in ED/OK on 02/27/17   Page 12 of 45

19. Naeem Williams was viewed as a soldier who would be a good non-commissioned officer.

YES ____✓____                    NO ____

Number of jurors who so find ____10____

20. Notwithstanding some of his cognitive deficits and mental condition issues, Naeem Williams sought to advance while he was in the military.

YES ____✓____                    NO ____

Number of jurors who so find ____1____

21. Naeem Williams was recommended for promotion by his immediate supervisor, Sgt Eugene Grace.

YES ____✓____                    NO ____

Number of jurors who so find ____12____

22. Naeem Williams was well liked by fellow members of the military.

YES ____✓____                    NO ____

Number of jurors who so find ____11____

23. Naeem Williams was viewed as a positive presence in the military units that he served in.

YES ____✓____                    NO ____

Number of jurors who so find ____7____

24. Naeem Williams respected his chain of command.

YES √           NO _____

Number of jurors who so find __2___

25. Naeem Williams' parents did not realize that Naeem Williams had learning disabilities.

YES √           NO _____

Number of jurors who so find __3___

26. Naeem Williams was never diagnosed as having learning disabilities even though he clearly was unable to do basic math.

YES √           NO _____

Number of jurors who so find __2___

27. Naeem Williams has a mathematical disorder resulting in impaired reasoning abilities.

YES _____           NO √

Number of jurors who so find _____

28. Naeem Williams has an intellectual disability (formerly known as mental retardation) under current diagnostic criteria.

YES √           NO _____

Number of jurors who so find __1___

29. Naeem Williams' intellectual abilities are in the borderline intellectual functioning range.

YES  ✓                              NO  _____

Number of jurors who so find ___1___

30. Naeem Williams has frontal lobe impairments which affect his every day functioning.

YES  ✓                              NO  _____

Number of jurors who so find ___1___

31. Naeem Williams has a long standing learning disability.

YES  ✓                              NO  _____

Number of jurors who so find ___2___

32. Naeem Williams has difficulties in efficiently taking in, processing, and weighing information.

YES  ✓                              NO  _____

Number of jurors who so find ___3___

33. Naeem Williams does not have an antisocial personality disorder.

YES  ✓                              NO  _____

Number of jurors who so find ___12___

34. Naeem Williams is dependent on other people, particularly women with whom he has emotional ties including his mother and his partners.

YES ✓          NO ____

Number of jurors who so find ___6___

35. Naeem Williams' underlying deficits affect his ability to understand and solve problems.

YES ____          NO ✓

Number of jurors who so find _____

36. Naeem Williams has difficulties functioning independently in the manner that an adult of his age who is without deficits can.

YES ✓          NO ____

Number of jurors who so find ___1___

37. Naeem Williams functions best when he is in a highly structured situation in which he has a supervisor who directs him.

YES ✓          NO ____

Number of jurors who so find ___5___

38. Naeem Williams' performance gets worse when he is placed under stress.

YES ✓          NO ____

Number of jurors who so find ___1___

39. Naeem Williams' abilities to solve problems, regulate his actions, and be mentally flexible deteriorate when he is under stress.

YES  √        NO  _____

Number of jurors who so find __7__

40. Naeem Williams has difficulties understanding the context of a situation or event, which makes it difficult for him to figure out the best way to respond to that situation or event.

YES  √        NO  _____

Number of jurors who so find __1__

41. Naeem Williams has difficulties in the area of functional academics, and those difficulties affect his ability to solve real world problems.

YES  _____        NO  √

Number of jurors who so find _____

42. Naeem Williams has difficulties in the conceptual area of adaptive functioning, and those difficulties affect his ability to plan, problem solve, and think abstractly.

YES  _____        NO  √

Number of jurors who so find _____

43. Naeem Williams' impairments made it difficult for him to do well in complex social relationships.

YES  _____        NO  √

Number of jurors who so find _____

44.  Naeem Williams has difficulties understanding and responding appropriately to situational cues.

YES _____          NO ___✓___

Number of jurors who so find _____

45.  Naeem Williams has personality traits that interfere with his ability to reach out to others when he faces problems he cannot resolve appropriately himself.

YES _____          NO ___✓___

Number of jurors who so find _____

46.  From an early age, Naeem Williams was exposed to his parents' drinking of alcohol.

YES ___✓___          NO _____

Number of jurors who so find ___12___

47.  Naeem Williams began drinking alcohol at an early age.

YES ___✓___          NO _____

Number of jurors who so find ___11___

48.  Naeem Williams drank alcohol regularly in his teen years.

YES ___✓___          NO _____

Number of jurors who so find ___3___

49. Naeem Williams was affected by his alcohol usage beginning in his teenage years.

YES ✓    NO _____

Number of jurors who so find __4__

50. The Bureau of Prisons diagnosed Naeem Williams with an alcohol abuse disorder.

YES _____    NO ✓

Number of jurors who so find _____

51. Naeem Williams' chronic alcohol use is an illness.

YES _____    NO ✓

Number of jurors who so find _____

52. Naeem Williams committed the offense under some degree of mental or emotional disturbance.

YES ✓    NO _____

Number of jurors who so find __2__

53. Naeem Williams was under duress, regardless whether such duress was of such a degree to as to constitute a defense to the charge.

YES _____    NO ✓

Number of jurors who so find _____

13

54. Naeem Williams' capacity to appreciate the wrongfulness of his conduct was impaired, regardless of whether his capacity was so impaired as to constitute a defense to the charge.

YES _____          NO __✓__

Number of jurors who so find _____

55. Naeem Williams' capacity to conform his conduct to the requirements of the law was impaired, regardless of whether his capacity was so impaired as to constitute a defense to the charge.

YES _____          NO __✓__

Number of jurors who so find _____

56. During the period December 2004 through July 16, 2005, Naeem Williams suffered from impairments in his executive functioning (ability to solve problems, make decisions, and be mentally flexible).

YES __✓__          NO _____

Number of jurors who so find __2__

57. During the period December 2004 through July 16, 2005, Naeem Williams' suffered from impaired intellectual functioning.

YES _____          NO __✓__

Number of jurors who so find _____

58. During the period December 2004 through July 16, 2005, Naeem Williams' intellectual and executive functioning abilities were worsened by alcohol abuse.

YES ✓          NO ____

Number of jurors who so find ___1___

59. During the period December 2004 through July 16, 2005, Naeem Williams was under stress because Delilah Williams suffered from a depressive disorder.

YES ✓          NO ____

Number of jurors who so find ___1___

60. During the period December 2004 through July 16, 2005, Naeem Williams was under stress from the effect his marital problems were having on his employment.

YES ✓          NO ____

Number of jurors who so find __12___

61. During the period December 2004 through July 16, 2005, Naeem Williams was under stress because he did not understand Talia's developmental delays.

YES ✓          NO ✓

Number of jurors who so find _____

62. During the period December 2004 through July 16, 2005, Naeem Williams was under stress due to the expectation and delivery of a new infant in his home.

YES __✓__       NO _____

Number of jurors who so find __6__

63. During the period December 2004 through July 16, 2005, Naeem Williams' life was chaotic due to his domestic situation.

YES __✓__       NO _____

Number of jurors who so find __10__

64. Naeem Williams' impairments contributed to his inability to ask for help in parenting Talia.

YES __✓__       NO _____

Number of jurors who so find __1__

65. Naeem Williams' emotional numbing, a reaction to the physical abuse he suffered as a child, impaired his ability to recognize the harm he was causing Talia.

YES __✓__       NO _____

Number of jurors who so find __1__

66. Naeem Williams did not have the kind of emotional braking system that other people may have that would have prevented more extreme abuse from occurring.

YES _____       NO __✓__

Number of jurors who so find _____

67. Naeem Williams had temperament qualities which impacted his ability to have insight into his behavior.

YES _____          NO __✓__

Number of jurors who so find _____

68. During the period December 2004 through July 16, 2005, Naeem Williams was under considerable pressure, and as with many people under pressure, he didn't think of alternatives but instead relied on those tried and trued ways that had worked in the past.

YES __✓__          NO _____

Number of jurors who so find __2___

69. Naeem Williams was exposed to seven of the 32 risk factors that are identified as predictors for youth violence by the United States Department of Justice.

YES __✓__          NO _____

Number of jurors who so find __6___

70. Naeem Williams was exposed to all of the risk factors for family violence identified by the Armed Forces Center for Child Protection.

YES _____          NO __✓__

Number of jurors who so find _____

71. The Williams' family possessed most of the risk factors identified as predictors for child abuse in 2005 when Talia was abused.

YES _____          NO __✓__

Number of jurors who so find _____

17

72. When Naeem Williams got physical custody of Talia, he was excited about having her with him.

YES __✓__                    NO _____

Number of jurors who so find __12__

73. Naeem Williams did not obtain custody of Talia with the expectation or intent to harm her.

YES __✓__                    NO _____

Number of jurors who so find __12__

74. Naeem Williams took custody of Talia because he felt obligated to do so.

YES __✓__                    NO _____

Number of jurors who so find __12__

75. Naeem Williams had a fixed belief system that Talia's behavior was voluntary.

YES _____                    NO __✓__

Number of jurors who so find _____

76. Naeem Williams had a fixed belief system that Talia's problems could be corrected through physical punishment.

YES __✓__                    NO _____

Number of jurors who so find __3__

77. Naeem Williams had a fixed belief system that, if his physical punishment of Talia wasn't working, it was because he had not administered a sufficient amount of punishment.

YES \_\_\_\_\_  NO  ✓

Number of jurors who so find _____

78. Naeem Williams' belief system is the product of his upbringing and development.

YES \_\_\_\_\_  NO  ✓

Number of jurors who so find _____

79. For Naeem Williams, Talia's soiling became a sign of her disobedience, and not a recognition of her biologically or psychologically based disorder.

YES  ✓  NO \_\_\_\_\_

Number of jurors who so find  3

80. Naeem Williams believed, through his method of discipline learned from his family, that some forms of discipline would eventually result in the desired impact; that is, Talia would stop soiling herself.

YES  ✓  NO \_\_\_\_\_

Number of jurors who so find  10

81. Naeem Williams' belief about the use of corporal punishment with Talia is related to his relatively low intellectual functioning.

YES \_\_\_\_\_  NO  ✓

Number of jurors who so find _____

82. Naeem Williams' use of corporal punishment with Talia is related to his executive functioning impairments.

YES √          NO _____

Number of jurors who so find __1__

83. Naeem Williams' belief that his daughter Talia could control her bowel and bladder functions if she was physically disciplined was encouraged by Delilah Williams.

YES √          NO _____

Number of jurors who so find __3__

84. Naeem Williams' striking of Talia was influenced and encouraged by Delilah Williams.

YES √          NO _____

Number of jurors who so find __12__

85. Naeem Williams was dependent on Delilah Williams.

YES √          NO _____

Number of jurors who so find __4__

86. Delilah Williams influenced Naeem Williams to use force and violence against Talia.

YES √          NO _____

Number of jurors who so find __12__

87. It was primarily Delilah Williams' decision not to allow Talia to speak to her mother, Tarshia Williams, because she did not like Tarshia Williams.

YES ✓                          NO _____

Number of jurors who so find __9__

88. It was primarily Delilah Williams' decision to change the way Talia was dressed, and she never discussed this decision with Naeem Williams.

YES _____                      NO ✓

Number of jurors who so find _____

89. On July 16, 2005 Naeem Williams told Delilah Williams to call 911 and, in response, she discouraged him from doing so until her cousin could come and take the baby, Azrah.

YES ✓                          NO _____

Number of jurors who so find __11__

90. Delilah Williams inflicted serious bodily injury on Talia.

YES ✓                          NO _____

Number of jurors who so find __12__

91. Delilah Williams stomped on Talia.

YES ✓                          NO _____

Number of jurors who so find __12__

92. Delilah Williams verbally abused Talia.

YES √          NO _____

Number of jurors who so find __12__

93. Delilah Williams inflicted torture, including mental distress, on Talia.

YES √          NO _____

Number of jurors who so find __12__

94. Delilah Williams was responsible for injuries that contributed to the death of Talia.

YES √          NO _____

Number of jurors who so find __1__

95. Although Delilah Williams worked for Child and Youth Services, she failed to seek assistance for Talia.

YES √          NO _____

Number of jurors who so find __12__

96. Delilah Williams understood better than did Naeem Williams how Talia was being harmed by her continuing to live in the Williams household in Hawaii.

YES _____          NO √

Number of jurors who so find _____

97. Another defendant, Delilah Williams, equally culpable in the offense, will not be punished by death.

YES _____          NO __✓__

Number of jurors who so find _____

98. Naeem Williams did not have the intent to kill Talia.

YES __✓__          NO _____

Number of jurors who so find ___9___

99. Naeem Williams did not commit the offense after substantial planning.

YES __✓__          NO _____

Number of jurors who so find ___11___

100. Naeem Williams did not knowingly create a grave risk of death to one or more persons in addition to Talia.

YES _____          NO __✓__

Number of jurors who so find _____

101. There are lingering doubts as to Naeem Williams' guilt as to the offense and/or eligibility for the death penalty, even though those doubts do not rise to the level of "reasonable doubt" under the instructions given to you during the guilt and eligibility phases of trial.

YES _____          NO __✓__

Number of jurors who so find _____

23

102. Prior to trial, Naeem Williams met with counsel for the Government and CID Investigator Al Hazzard and answered their questions over a period of two days.

YES _√_          NO _____

Number of jurors who so find _12_

103. Naeem Williams admitted both before and during trial that he committed acts of assault against Talia.

YES _√_          NO _____

Number of jurors who so find _12_

104. Naeem Williams has accepted responsibility for injuring Talia and causing her death.

YES _√_          NO _____

Number of jurors who so find _4_

105. Naeem Williams is remorseful for injuring Talia and causing her death.

YES _√_          NO _____

Number of jurors who so find _3_

106. Naeem Williams is kind to other people.

YES _√_          NO _____

Number of jurors who so find _9_

107.  Naeem Williams was kind to his friends' and relatives' younger children.

YES  √          NO  _____

Number of jurors who so find  2

108.  Naeem Williams is kind to his daughter, Azrah.

YES  √          NO  _____

Number of jurors who so find  12

109.  Naeem Williams' daughter, Azrah, loves him dearly.

YES  √          NO  _____

Number of jurors who so find  5

110.  Naeem Williams is a loving father to his daughter, Azrah.

YES  √          NO  _____

Number of jurors who so find  6

111.  Naeem Williams is kind to his son, Khaleif.

YES  √          NO  _____

Number of jurors who so find  12

112.  Naeem Williams is a loving father to his son, Khaleif.

YES  √          NO  _____

Number of jurors who so find  7

113. Naeem Williams' son, Khaleif, loves him dearly.

YES  √            NO  _____

Number of jurors who so find  12

114. Naeem Williams' life has value to his son, Khaleif.

YES  √            NO  _____

Number of jurors who so find  12

115. Naeem Williams' life has value to his daughter, Azrah.

YES  √            NO  _____

Number of jurors who so find  11

116. Naeem Williams' life has value to his friends.

YES  √            NO  _____

Number of jurors who so find  12

117. Naeem Williams' life has value to members of his family.

YES  √            NO  _____

Number of jurors who so find  12

118. Naeem Williams continues to communicate with members of his family and continues to have a place within his family.

YES  √            NO  _____

Number of jurors who so find  12

Case 6:09-cr-00105-RAW    Document 366-6   Filed in ED/OK on 02/27/17   Page 32 of 45   PageID #:
Case 1:06-cr-00079-JMS-KSC   Document 2860   Filed 06/27/14   Page 27 of 40   PageID #:
66208

119.  In the future, Naeem Williams' life will have value to others.

YES __✓__                          NO _____

Number of jurors who so find __4____

120.  Naeem Williams is a good brother to his sister, Lisa Muse, and continues to provide her with guidance and support even though he is incarcerated.

YES __✓__                          NO _____

Number of jurors who so find __10____

121.  Naeem Williams has been, and continues to be, his sister, Astin Muse's, best friend.

YES __✓__                          NO _____

Number of jurors who so find __4____

122.  Naeem Williams has no arrests or convictions for violent or assaultive conduct other than his arrest and convictions in this case.

YES __✓__                          NO _____

Number of jurors who so find __12____

123.  Naeem Williams has no record of violent or assaultive conduct either prior to December 2004 or after July 16, 2005.

YES __✓__                          NO _____

Number of jurors who so find __12____

124. Naeem Williams had a reputation for being peaceful prior to his conviction in this case.

YES _____          NO __✓__

Number of jurors who so find _____

125. Naeem Williams has not been previously convicted of any other offense besides driving under the influence of alcohol.

YES __✓__          NO _____

Number of jurors who so find __12__

126. Naeem Williams helped Jammorius Briscoe while they were inmates together at FDC Honolulu.

YES __✓__          NO _____

Number of jurors who so find __12__

127. Naeem Williams was kind to Noel Viyar while they were inmates together at FDC Honolulu.

YES __✓__          NO _____

Number of jurors who so find __12__

128. Naeem Williams has had a calming influence with others while he has been in custody.

YES __✓__          NO _____

Number of jurors who so find __12__

Case 6:09-cr-00105-RAW   Document 366-6   Filed in ED/OK on 02/27/17   Page 34 of 45 #:

129. Naeem Williams has been respectful to Correctional Officers and Correctional Administrators during his incarceration.

YES  √          NO  _____

Number of jurors who so find  12

130. Naeem Williams is liked by his fellow inmates.

YES  √          NO  _____

Number of jurors who so find  6

131. Naeem Williams is a model inmate.

YES  √          NO  _____

Number of jurors who so find  11

132. Naeem Williams has had only two minor write-ups in his nine years in custody.

YES  √          NO  _____

Number of jurors who so find  12

133. Naeem Williams has never been in any fights or involved in any assaults during his nine years in custody.

YES  √          NO  _____

Number of jurors who so find  12

134. Even though other inmates at FDC Honolulu are aware of Naeem Williams' offense, he has not been targeted or victimized because he has been respectful to those around him.

YES _____          NO __✓__

Number of jurors who so find _____

135. Naeem Williams developed Type 1 Diabetes at the age of 29.

YES __✓__          NO _____

Number of jurors who so find ___12___

136. Naeem Williams, having been convicted of an offense against a child, may be targeted by other inmates.

YES __✓__          NO _____

Number of jurors who so find ___12___

137. Naeem Williams has demonstrated his willingness to be productive and work at an assigned job while in the BOP since his incarceration at FDC Honolulu.

YES __✓__          NO _____

Number of jurors who so find ___10___

138. Naeem Williams has been rule abiding, and complies with staff directions and work assignments while in custody, and as such he is considered to be a good prospect for peaceful and productive adjustment while in custody.

YES __✓__          NO _____

Number of jurors who so find ___3___

139. If sentenced to life in prison without the possibility of release, Naeem Williams' conduct during his years of pre-trial incarceration indicates that he will not be a danger to staff or to other inmates while in custody.

YES __✓__                    NO _____

Number of jurors who so find __12__

140. Naeem Williams is likely to succeed in a prison environment because that is a highly structured situation that involves supervision.

YES __✓__                    NO _____

Number of jurors who so find __10__

141. Naeem Williams has pursued religious studies while incarcerated at FDC Honolulu.

YES __✓__                    NO _____

Number of jurors who so find __12__

142. Naeem Williams has taken advantage of all available programs while incarcerated at FDC Honolulu.

YES __✓__                    NO _____

Number of jurors who so find __8__

143. Naeem Williams has been respectful to the Court and counsel during trial.

YES __✓__                    NO _____

Number of jurors who so find __12__

144. Naeem Williams accepts and understands the jury's verdicts from the guilt trial.

YES ✓                   NO _____

Number of jurors who so find  11

145. Delilah Williams was guaranteed less than a life sentence before the Government knew the complete story about her role in the offense.

YES _____          NO ✓

Number of jurors who so find _____

146. Delilah Williams lied to authorities even after she had a plea agreement with the U.S. Attorney, and her plea agreement has not been revoked.

YES ✓                   NO _____

Number of jurors who so find  3

147. Delilah Williams was permitted to continue her cooperation agreement with the government even though she has assaulted people and disobeyed prison regulations while in custody.

YES ✓                   NO _____

Number of jurors who so find  5

148. Delilah Williams has admitted, by her plea agreement, that she shares responsibility for the death of Talia.

YES ✓                   NO _____

Number of jurors who so find  12

149. Under all the facts and circumstances, the jury wishes to show mercy.

YES _____          NO __✓__

Number of jurors who so find _____

As explained in the court's instructions, the law permits you to consider any other relevant mitigating information, in addition to the specific mitigating factors alleged by the Defendant listed above, so long as you find that it was proved by a preponderance of the evidence. As with the specific mitigating factors listed above, your findings in this regard need not be unanimous.

Did one or more jurors find that other relevant mitigating information was proved?

YES __✓__          NO _____

If you answered "yes," list separately each additional mitigating factor you found to be present and for each factor, the number of jurors who so found in the space provided immediately below:

150. Uyless Muse was a primary influence on Naeem Williams' use of corporal punishment on Talia Williams

YES ✓          NO

Number of jurors who so find - 8

151. Naeem Williams has received salvation

YES ✓          NO

Number of jurors who so find - 6

33

152. Naeem Williams has apologized to his family and children

YES ✓        NO

Number of jurors who so find-    1

153 Naeem Williams has asked for forgiveness from Talia Williams

YES ✓        NO

Number of jurors who so find- 7

154. Naeem Williams has apologized to Tarshia Williams

YES ✓        NO

Number of jurors who so find - 6

155. Naeem Williams and Delilah Williams had conflicts about their finances.

YES ✓        NO

Number of jurors who so find - 10

156. After his marriage to Delilah Williams and/or their move to Hawaii, Naeem Williams lacked the support system he previously had.

Proceed to the next section (I-C) of this Form.

YES ✓        NO

Number of jurors who so find- 7

## C. Weighing Process

To determine that the death sentence is appropriate, you must be in unanimous agreement that the proved aggravating factors sufficiently outweigh the proved mitigating factors to justify a sentence of death (or, in the absence of any mitigating factors, that the proved aggravating factors alone justify a sentence of death). Answer each question below.

### 1. Death Sentence

We determine, by unanimous vote, that a sentence of death shall be imposed.

YES _____          NO __✓__

### 2. Sentence of Life in Prison Without Possibility of Release

We determine, by unanimous vote, that a sentence of life imprisonment without possibility of release shall be imposed.

YES _____          NO __✓__

### 3. Unable to Come to Unanimous Decision

After due deliberation, we are unable to come to unanimous agreement on the issues of punishment. We understand that the court will impose a sentence of life imprisonment without the possibility of release.

YES __✓__          NO _____

Proceed to the next section (II) of this Form.

35

## II. Imposition of Sentence

This is the last step in your deliberations. You must record your verdict.

If you have unanimously concluded that a sentence of death is justified and therefore should be imposed on the Defendant (that is, in Section I-C, question 1, the jury answered "YES"), record your decision in Section II-A, Verdict -- Sentence of Death below, sign the verdict, read and sign the certification that follows in Section III, and notify the court that you have reached a decision.

If you have unanimously concluded that a sentence of life imprisonment without the possibility of release is justified and therefore should be imposed on the Defendant (that is, in Section I-C, question 2, the jury answered "YES"), record your decision in Section II-B, Verdict -- Life Imprisonment below, sign the verdict, read and sign the certification that follows in Section III, and notify the court that you have reached a decision.

If you were unable to reach a unanimous determination as to the Defendant's sentence (that is, in Section I-C, question 3, the jury answered "YES"), record your decision in Section II-C, Verdict -- Unable to Reach Unanimous Verdict below, sign the verdict, read and sign the certification in Section III, and notify the court that you have reached a decision.

## II-A. VERDICT -- SENTENCE OF DEATH

Based upon our consideration of the evidence and in accordance with the court's instructions, we find by unanimous vote that a sentence of death shall be imposed on the Defendant.

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____
                              Foreperson

                              Date: _____

## II-B.  VERDICT -- LIFE IMPRISONMENT

Based upon our consideration of the evidence and in accordance with the court's instructions, we unanimously find that a sentence of life imprisonment without release should be imposed on the Defendant.

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____
                                                    Foreperson

                                                    Date: _____

## II-C. VERDICT -- UNABLE TO REACH UNANIMOUS VERDICT

Based upon our consideration of the evidence and in accordance with the court's instructions, all twelve members of the jury were unable to reach a unanimous verdict. We understand that in this event, the court will impose the mandatory sentence of life imprisonment without release.

## REDACTED

Foreperson

Date: 06-26-2014

## III. Certification

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or gender of the Defendant or Talia Williams was not involved in reaching his or her individual decision, and that the individual juror would have made the same decision regarding the appropriate sentence for the offense in question no matter what the race, color, religious beliefs, national origin, or gender of the Defendant or Talia Williams.

**REDACTED**

Foreperson

Date: 06-26-2014

40