## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT**, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | Case No. CV-09-00105-JHP |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

## UNOPPOSED MOTION TO FILE SEALED REPLY IN SUPPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

**COMES NOW** the United States of America, by and through undersigned counsel and respectfully requests permission under Local Civil Rule 79.1(b) to file, under seal, a motion for partial summary judgment.  In support of this request, government counsel avers as follows:

1. Pursuant to this Court's order, the government has prepared a reply in support of its motion for partial summary judgment.  Like the underlying sealed motion, the reply relies upon and quotes mental health reports authored by Bill Sharp and Jeanne Russell.  Those reports are sealed, but their contents are integral to the government's position.

2. On March 1, 2017, undersigned counsel consulted with Barrett's attorney David Autry, via e-mail.  Mr. Autry stated that defense counsel did not oppose this request to file the reply under seal.

## CONCLUSION

Respondent respectfully urges this Court to permit respondent to file an under seal reply in support of its motion for partial summary judgment.

Dated: March 1, 2017:

Respectfully submitted,

MARK F. GREEN
United States Attorney
Eastern District of Oklahoma

/S/ *Christopher J. Wilson*
CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150


/S/ *Jeffrey B. Kahan*
JEFFREY B. KAHAN, PaBN #93199
Trial Attorney, Capital Case Section
U.S. Dept. of Justice
1331 F Street, NW; 6th Fl.
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

2

## CERTIFICATE OF ECF FILING AND DELIVERY

I, hereby certify that on March 1, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  A Notice of Electronic Filing will be sent via the Court's ECF system to the following counsel of record for the Petitioner/Appellant:

Mr. David B. Autry dbautry44@hotmail.com
Ms. Joan M. Fisher Joan_Fisher@fd.org
Mr. Tivon Schardl Tim_Schardl@fd.org

/S/ *Jeffrey B. Kahan*
JEFFREY B. KAHAN, PaBN #93199
Trial Attorney, Capital Case Section