**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. CV-09-00105-JHP<br><br>**PETITIONER'S MOTION TO SUPPLEMENT RESPONSE IN OPPOSITION TO GOVERNMENT MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Comes Now Petitioner, KENNETH EUGENE BARRETT, by and through his undersigned counsel, who, pursuant to Fed. R. Civ. P. 56(d), moves this Court for leave to supplement his Response in Opposition to the Government's Motion for Partial Summary Judgment (Doc. 366). This Motion is based on the files and records in this case, the attached declaration of counsel, and points and authorities cited herein. Mr. Barrett states the following as good cause for granting this Motion.

Pet'r's Mot. Suppl. Resp. MSJ                                      *Barrett v. U.S.A.*, No. CV-09-00105-JHP

On February 23, 2017, the Government filed under seal a Motion for Partial Summary Judgment. Doc. 347. The government contends, *inter alia*, that state-court counsel John "Echols had investigated mental health, apart from his receipt of Sharp's findings, and received reports that Barrett did not have brain damage or any other mitigating condition." Doc. 347 at 5. The government claims its assertion is supported by the affidavit of Faust Bianco. *Ibid.*

Mr. Barrett's counsel have had Dr. Erin Bigler, Ph.D., review Dr. Bianco's testing. On March 1, 2017, Dr. Bigler advised Mr. Barrett's counsel that Dr. Bianco failed to perform a complete test of Mr. Barrett's executive functioning, the general area of brain function that is most pertinent to a murder case like this one. Executive functions include decision-making, impulse control and changing a course of action in response to new information. Due to Dr. Bianco's failure to complete the tests of executive functioning, there was no basis for him to state in his affidavit that "further neurological testing is unwarranted," Mot. Ex. 5 at ¶ 3, and that "[f]urther testing . . . would not be indicative of significant deficits in Mr. Barrett's functioning," *id.* at ¶ 4. Dr. Bigler's testimony would show that Dr. Bianco's statement that "[f]urther testing will not provide evidence that is inconsistent with Mr. Barrett's neuropsychological test results," *ibid.*, is meaningless because (a) Dr. Bianco did not perform a complete test for impaired executive functioning, (b) tests he did perform indicated brain dysfunction, and (c) his test results were consistent with the evidence of organic brain syndrome that Dr. Bill Sharp found two years later. Decl. Tivon Schardl dated Mar. 2, 2017, at ¶ 2.

Mr. Barrett's counsel had previously retained Dr. Deborah Miora, Ph.D., for the purpose of reviewing the testing done by Dr. Myla Young, Ph.D., and Dr. Bianco. On March 2, 2017, while conferring with Dr. Miora about her report, Mr. Barrett's counsel asked her opinion regarding Dr. Bianco's testing of executive functioning and his affidavit. Dr. Miora informed

counsel that she agreed with Dr. Bigler's assessment and she would include that information in her report. *Id.* at ¶ 3.

The pretrial record shows, contrary to the government's averment, that Mr. Echols received conflicting information about Dr. Bianco's conclusions, Doc. 95 Ex. 64 at 2 & 3, and that Mr. Echols concluded that federal defense counsel needed to hire an "expert on diagnosing organic brain disorders[] affecting [Mr. Barrett's] judgment and ability to respond cognitively in a crisis setting." Case No. CR-04-115-P, Doc. 50 at 8. *See also* Doc. 95 Ex. 34 (Decl. John Echols) at 4, 8. Post-conviction counsel hired such an expert, Dr. Young then, after her death, Dr. Bigler and Dr. Miora, and Mr. Barrett would have presented their findings, but the Court excluded them. Doc. 361 at 10-11.

As previously noted, although by operation of the local rules Mr. Barrett's response would have been due on March 8, 2017, five days after the date for submitting Dr. Bigler's report, this Court ordered Mr. Barrett to respond by February 27, 2017, four days before the report was due. Mr. Barrett had no control over the timing of the government's motion or the Court's order. That order deprived Mr. Barrett the opportunity to gather and present evidence with in support of his response. However, Dr. Bigler's report will be ready by noon on March 3, 2017.

Mr. Barrett's counsel conferred vial email with counsel for the government in an effort to resolve this matter. Counsel for the government advised Mr. Barrett's counsel that they oppose this motion.

WHEREFORE, Mr. Barrett respectfully requests this Court enter an order authorizing him to supplement his Response in Opposition to the Government's Motion for Partial Summary Judgment.

DATED this 2nd day of March 2017.

RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY

HEATHER E. WILLIAMS
Federal Defender
/s/ *Joan M. Fisher*
JOAN M. FISHER
Assistant Federal Defender
*/s/ Tivon Schardl*
TIVON SCHARDL
Capital Trial & Habeas Attorney

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY

This is to certify that on this 2nd day of March 2017, I caused the foregoing Petitioner's Motion to Supplement Response in Opposition to Government Motion for Partial Summary Judgment to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

*/s/ Tivon Schardl*
TIVON SCHARDL