DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:      (405) 521-9600
Facsimile:      (405) 521-9669
E-mail:         dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:      (916) 498-6666
Facsimile:      (916) 498-6656
E-mail:         Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | CASE NO. CV-09-00105-JHP |

## PETITIONER'S PROFFER OF EXPERT TESTIMONY

## FROM DEBORAH S. MIORA Ph.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | CASE NO. CV-09-00105-JHP |
| Petitioner, | ) | |
| | ) | **DECLARATION OF DEBORAH S.** |
| vs. | ) | **MIORA, Ph.D.** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

I, Deborah S. Miora, declare the following:

I am a licensed psychologist practicing in Beverly Hills, California. I earned my Masters and PhD degrees at the California School of Professional Psychology in 1982 and 1987, respectively.   My doctoral research evaluated circumscribed personality factors in convicted child molesters and rapists, as compared to a group of non-offenders. I was licensed as a psychologist in the state of California in 1990.  My first pre-doctoral internship was at the Center for Legal Psychiatry (formerly the UCLA Section on Legal Psychiatry).  There I worked with mentally disordered offenders (NGI and MDSO) being released from state hospitals who were still considered dangerous and in need of intensive outpatient treatment and monitoring. I wrote quarterly progress reports for the courts assessing

1

risk factors present at the time of evaluation periods and tracking progress in treatment administered two to four times per week. I worked with the severely mentally ill and in cases of trauma in emergency services, crisis intervention, and day treatment settings at a community mental health clinic throughout my graduate education at CSPP. I underwent didactic neuropsychology training while in graduate school, worked on an NIMH-funded grant assessing the relationship between juvenile delinquency and learning disorders, and was trained in the administration of the Halstead-Reitan neuropsychological test battery and the Luria for children. I trained in pediatrics and later undertook a two-year post-doctoral program in neuropsychology in order to update the skills and knowledge base I had developed during my graduate education. I have been trained in both psychodiagnostic and neurocognitive assessment. I developed a neuropsychological assessment program at a satellite community mental health clinic for children in 2005, and I have been extensively involved in pediatric outpatient and adult neurocognitive assessment at federal capital, habeas, and state levels for the past 10 years. I have specialized in juvenile justice and capital matters. I have written, lectured, and steered doctoral research in areas of competency; intellectual disability, age, and culpability; effects of race, age, and diagnosis on fitness and sentencing recommendations, and I have sat on committees of students developing built-in tools for assessment of feigned neurocognitive impairment.

I am on panels for the Los Angeles Superior Court as an expert in both juvenile justice and neuropsychology. I have conducted over 350-400 criminal cases

2

at various phases in legal proceeding, have consulted to the California Appellate Project on issues pertaining to neurocognitive assessment for 13 years, and have taught in both clinical and forensic capacities at the graduate level over the past 25 years. I have presented on the value of neurocognitive data at conferences and to attorneys and educators. I have testified before both state and federal courts over the past ten years. I maintain an active private practice treating couples, adults, and children in psychoanalytic psychotherapy with particular emphasis on longstanding effects of trauma and how different brain-based cognitive and psychiatric conditions affect the processing and organizing of experience. Further information about my background and qualifications can be found in the curriculum vitae appended to this declaration.

Lawyers representing petitioner Kenneth Barrett asked that I evaluate the reliability and validity of Dr. Myla Young's testing protocol, test data, results and the interpretations contained in her declaration, and on that basis, whether I would be able to testify her assessment. I was told that Dr. Young died in 2013. I was provided Dr. Young's raw test data and declaration related to her assessment of Mr. Barrett in 2009. I was also provided the raw data and declaration of Dr. Faust Bianco who evaluated Mr. Barrett at he time of his initial trial proceedings. I reviewed the declarations of Drs. George Woods and Bill Sharp. Finally, I was provided the declarations of a number of persons who knew Mr. Barrett throughout the course of his life and were able to provide more intimate accounts of their perceptions and experiences relevant to his person and functioning. A complete list

3

of the materials I considered is appended to this declaration. In summary, the set of records I was provided mirrored that Dr. Young was offered and on which she opined in order that my assessment of her data be comparably suited.

Neuropsychologists customarily review each other's work in clinical and forensic contexts whether called upon to do so because a patient seeks a second opinion, because a clinician is unavailable, as in this case, or due to the adversarial nature of legal proceedings. My methodology for reviewing the work of another neuropsychologist includes consideration of the following variables: (1) was the battery of tests appropriate to address the referral question; (2) were the tests robust as to their reliability and validity as measures of brain function; (3) were the tests selected normatively appropriate to the individual being assessed; (4) was the scoring and were interpretations generated consistent with the data; (5) were the conclusions reached scientifically derived and consistent with the data and interpretations relative to the individual (ipsative analysis), normative populations (compared to matched peers), and were they an accurate representation of that individual's abilities and functions (was effort properly assessed and considered); (6) was the literature relied upon current and relevant to the referral questions and conclusions.

I determined that Dr. Young's battery of tests amply covered the major brain functions considered necessary to establish presence or absence of organic brain dysfunction. I determined that the tests she used were supported by research, sound test development protocol, and were normatively appropriate to the individual being assessed, in this case Mr. Kenneth Barrett.

4

I reviewed Dr. Young's scoring, and where unavailable, produced scoring protocols myself that are generated from computer programs (WAIS-IV and WMS-IV). Minor errors were noted but did not affect overall interpretations Dr. Young generated or opinions she reached that were detailed in her declaration. My scoring sheets are appended to this declaration.

Evaluations of effort and feigned cognitive impairment are essential to any assessment to establish the validity and reliability of interpretations of the test data. Dr. Young administered both stand-alone measures of effort and tests with built-in measures of effort, measures that serve double-duty in assessing neurocognitive functions and effort. She surmised, and I concur, that Mr. Barrett made a strong effort on the tests, and that, therefore, they could be considered a valid representation of his neurocognitive status and functioning. Her procedures were consistent with recommendations and aspirations generated by the leading neuropsychological bodies at the time (including the INS, the AACN, and NAN). Her methods and procedures also reflected those that were available at the time of Mr. Barrett's trial in 2005.

Dr. Young's selection of tests allowed for assessing Mr. Barrett's performances across different measures and brain functions, relative to himself and others, as well as within the context of the offenses with which he was charged. Test results are meaningful as applied to real world situations where their ecological validity has meaningful implications. For example, the capacity to inhibit unwanted responses, to attend selectively to material, and to quickly switch and alternate one's

5

attention and responses requires thought and the ability to move smoothly back and forth while keeping in mind the objectives. The ability to think on one's feet or to work on ideas in one's head and in the moment is another key aspect of everyday functioning that is required in other than rote and well-learned functioning.

Dr. Young's data showed Mr. Barrett's areas of weakness and brain dysfunction particularly in the areas of processing information quickly (particularly visual information), working with information deftly "on-line" or in the moment, and being able to use rapidly changing information to inform weighing alternatives, making decisions, inhibiting or initiating a response, and essentially thinking about one's behavior rather than simply reacting impulsively and quickly in the moment. These executive functions are essential to conducting oneself in a reasoned and measured manner in a variety of novel situations.

Having reviewed and scrutinized Dr. Young's data and her declaration, I can and do concur with her findings, interpretations of the data, the opinions she developed, and the conclusions she drew about Mr. Barrett's neurocognitive deficits and relative strengths. I concur with Dr. Young's findings and conclusions to a reasonable degree of neuropsychological certainty. Her comprehensive description of brain-based functions and evaluation of the roles they serve in processing, perceiving, organizing, and responding to incoming stimuli and generating or inhibiting behavioral responses were consistent with how I was taught and my way of conceptualizing brain-behavior relationships. Her assessment also was consistent with the neuropsychological literature and normative standards in operation in 2005

6

and in 2009.

By contrast, Dr. Faust Bianco's data, while in some ways reflecting an effort to assess all relevant areas of brain function, were limited to the extent that he did not fully assess the vital areas of attention and executive function that have to do with the processing or registering of information, verifying and organizing what is registered, and making informed and thought-based decisions about whether and how to respond to the information. Specifically, Dr. Bianco did not complete the Delis-Kaplan Executive Functioning Test nor tests that were available that cover this array of executive functions. His raw data on the card-sorting test is partial and contains initials, the meaning of which is incomprehensible. A full assessment of executive functioning would have been essential to a meaningful forensic assessment given the nature of Mr. Barrett's legal charges at that time.

I am unable to state whether Dr. Bianco's interpretations of the data and his conclusion is reliable and whether it reflected the norming standards of the time because Dr. Bianco neglected to provide the sources of norms he used in analyzing his data set, excepting tests for which he provided computer printouts (WAIS-III and WMS-III) and aspects of the Halstead-Reitan battery he administered. This omission would have left Dr. Bianco vulnerable on cross-examination because he would have been unable to back up his conclusions by reference to normative standards or comparison groups used to classify his data that may or may not have been appropriate sources at the time of his evaluation.

I noted some disparities between the conclusion that Dr. Bianco drew in his

affidavit stating that no further assessment was necessary as his battery of tests revealed no neurocognitive deficits and the raw data he provided. There were a number of physical renderings of material by Mr. Barrett that showed tremor and problems with stopping or inhibiting himself that would have warranted further investigation. Thus, it is my opinion that his work was not complete, especially in light of the nature of the charges and the forensic context in general.

Dr. Bianco also administered the MMPI, which is a well-researched and respected longstanding measure of personality. The test revealed depressive and anxiety trends as well as other features relevant to Mr. Barrett's personality and brain-based style and status at that time. That is, the MMPI added perspective to the neurocognitive evidence that Mr. Barrett had what some clinicians would call organic brain syndrome, brain-based dysfunction that affected motor, neurocognitive, and emotional processes.

Having reviewed the declaration and test data of Dr. Myla Young, I am prepared to testify that her test data, results, and conclusions about Mr. Barrett's neurocognitive status and areas of dysfunction were sound and accurate. Had I been requested at the time of his trial proceedings to perform a neurocognitive assessment of Mr. Barrett for an evaluation of possible organic brain disorders affecting his judgment and ability to respond with cognitive clarity in a crisis setting, I would have performed an assessment like Dr. Young's and could have testified to the conclusions she presented in her declaration. Accordingly, I am incorporating her declaration, which is appended to this declaration, as a reflection of the opinions

8

I would render in this case, the reasons and bases therefor.

I have been paid $250 per hour for my work on this case. If I had been permitted to testify, I anticipated being paid approximately $28,500 for the total of my time.

I declare under penalty of perjury that the statements made and opinions presented in this declaration are a true and accurate representation of my conclusions and were generated by myself.

Subscribed to by me this 3rd day of March 2017 in Los Angeles County, California.

/s/ Deborah S. Miora
DEBORAH S. MIORA, Ph.D.

9

# *Deborah S. Miora, Ph.D.*
### *Clinical, Forensic and Neuropsychology*
### *CA License # PSY11599*

435 North Roxbury Drive, Suite 406
Beverly Hills, California 90210
Tel and Fax: (310) 550-8443

## CURRICULUM VITAE

## EDUCATION

Analytic candidate at PCC

Certificate One-Year
Program in Psychoanalytic
Psychotherapy (2013)
Certificate Second-Year
Program in Psychoanalytic
Psychotherapy (2015)
*Psychoanalytic Center of
California*
Los Angeles, CA

Ph.D., Clinical Psychology (1987)
M.A., Clinical Psychology (1981)
*California School of Professional
Psychology*
Los Angeles, CA

Postdoctoral Certificate in
Neuropsychology (2006)
*Fielding Graduate Institute*
Santa Barbara, CA

B.A., with honors
Psychology and Sociology
(1979)
*Ithaca College*
Ithaca, New York

## PROFESSIONAL AFFILIATIONS & EXPERIENCE

*American Psychological Association, Member*
*-Division 39 (Division of Psychoanalysis)*
*-Division 40 (Division of Neuropsychology)*
*-Division 41(American Psychology-Law Society)*

*National Register of Health Service Providers in Psychology, Provider*

*National Academy of Neuropsychology, Member*

*International Neuropsychological Society, Member*

*Qualified Medical Examiner (QME), State of California*

*Los Angeles Superior Court Panel, Expert in Neuropsychology*

*Los Angeles Superior Court Panel, Expert in Juvenile Justice*

*Psychotherapy:* Pediatric and adult in individual and family modalities.

*Neuropsychological Assessment:* Pediatric and adult, clinical and forensic

*Forensic Evaluation:* Capital and other criminal psychosocial, sentencing, competency, fitness and neuropsychological evaluations, civil evaluations, medico-legal evaluations, deposition and testimony

*Academic Work:* Graduate level teaching, chair and committee member for dissertations, quality assurance assessment at practicum and internship training sites, student advisement

*Curriculum Vitae for Deborah S. Miora, Ph.D.* **Page 2 of 8**

*Indirect Services:* Consultation to teachers and staff in educational setting, mental health and health professionals, attorneys regarding mental health issues, invited speaker and lecturer, presentations at internship training sites and professional organizations

*Specialties:* Psychoanalytic and cognitively-oriented psychotherapy with children and adults, evaluation and intervention in cases of attachment and trauma, forensic neuropsychological and psychosocial evaluations with emphasis on competency and capital cases, pediatric clinical and juvenile justice neuropsychological evaluation of complex neurocognitive and neuropsychiatric cases of developmentally, intellectually, and psychiatrically challenged persons[1]

## PROFESSIONAL HISTORY

*2012-2015*     **Associate Professor, California School of Forensic Studies, Alliant International University at Los Angeles, CA**
Teach core clinical and forensic coursework in developmental bases of behavior, psychopathology, assessment, multicultural perspectives, juvenile and adult assessment of competencies, doctoral dissertation development and execution of research in areas of juvenile justice, multicultural issues and neuropsychology; mentorship of students matriculating through program.

*2010-2012*     **Assistant Professor, California School of Forensic Studies, Alliant International University at Los Angeles, CA**
Teach core forensically oriented coursework in developmental bases of behavior, psychopathology, multicultural perspectives, juvenile and adult assessment of legal competencies, doctoral dissertation development; chair dissertations and membership on committees in juvenile justice, multicultural issues and neuropsychology; participate in review of applicants and mentorship of students in program.

*2008-2009*     **Assistant Professor & Program Director, California School of Forensic Studies, Alliant International University at Los Angeles, CA**
Graduate level course work, dissertation committee work, and administrative direction of faculty, students and staff, admissions interviews, assessment of compliance for accreditation, program development

---

[1] I was trained in pediatrics for two years in my Ph.D. Program; and in forensics at one-year internship treating MDSO's and NGRI's, a number of whom were developmentally and psychiatrically disabled. I undertook an additional two-year post-graduate training in neuropsychology and was supervised by a pediatric neuropsychologist on cases of developmental and intellectual abilities.

I developed a neuropsychological component to a satellite clinic of a large mental health clinic in a disadvantaged area of Los Angeles. There I evaluated MR/ID, low birth weight, in utero substance exposed, learning disabled, and other developmentally challenged youth. I am on a Los Angeles Juvenile Justice panel as an expert in evaluating difficult to place youth who present with complex clinical pictures. I evaluate MR in adult and youth defendants using neurocognitive, adaptive functioning, and other assessment tools. My application and work sample have been accepted to sit for boards in pediatric neuropsychology (ABPdN).

*Curriculum Vitae for Deborah S. Miora, Ph.D.*                                    **Page 3 of 8**

*2006-present*    ***Adjunct Faculty,*** **Center for Forensic Studies, Alliant International University at Los Angeles, CA**
Graduate level coursework in mental health assessment of legal competencies and dissertation development consultation

*1990-present*    ***Private Practice,*** **Beverly Hills, CA**
Individual and family treatment, clinical and forensic psychosocial and neuropsychological evaluation, supervision and consultation, neuropsychological consultation to attorneys, educators, physicians and mental health professionals

*1990-1997*    ***Adjunct Clinical Professor,*** **California School of Professional Psychology, Alhambra, CA**
Graduate level coursework and dissertation and Psy.D project committee member

*1993-1995*    ***Director of Counseling,*** **Hollywood Sunset Community Clinic, Los Angeles, CA**
Administered provision of mental health services by 15-17 interns, training provided by volunteer staff of seven supervisors, and daily operation of department

*1993-1994*    ***Independent Contractor,*** **Beverly Hills Psychological Services, Beverly Hills, CA**
Comprehensive evaluation in criminal, civil and worker's compensation cases

*1992-1993*    ***Supervisor,*** **Leeway School for Educational Therapy, Alhambra, CA**
Supervision of six therapists who provided mental health services to children with significant neurocognitive, neuropsychiatric and environmental challenges

*1990-1992*    ***Evaluator,*** **Barrington Psychiatric Center, Los Angeles, CA**
Full evaluation and written report in Workers' Compensation cases

*1988-1990*    ***Staff Psychologist,*** **California School of Professional Psychology, Clinical Field Training Office, Los Angeles, CA**
Graduate level teaching and clinical field training site development and liaison

*1984-1990*    ***Psychological Assistant,*** **Beverly Hills and Los Angeles, CA**
Psychodiagnostic assessment in Workers' Compensation cases and individual and couples psychotherapy

*1986*    ***Case Worker,*** **Didi Hirsch Community Mental Health Center, Culver City, CA**
Comprehensive intake interviews, intensive group, family, and individual therapy in adult day treatment program serving severely mentally ill population

*1980-1986*    ***Emergency Services Crisis Consultant,*** **Didi Hirsch Community Mental Health Center, Culver City, CA**
Consultant to individuals, families, social service agencies, and professionals; community outreach; 5150 evaluations coordinated with other agencies; liaison to medical and legal system in trauma cases; six-week crisis intervention

## SPECIALIZED FORENSIC WORK

*2000-present*       ***Testimony and Deposition***
Provide expert opinion, testimony and deposition in criminal and civil matters most often based on direct examination of individuals undergoing capital and competency cases, juvenile competency and fitness, and other matters in which court seeks education

*2004-present*       ***Consultant,*** **California Appellate Project, San Francisco, CA**
Review neuropsychological and other relevant data; consult about analysis and recommended additional evaluation in capital case appeals at guilt and penalty phases

*2003-present*       ***Competency and Neuropsychological Evaluation,*** **State and Federal Levels**
Competency evaluation and neuropsychological assessment in pretrial, sentencing and post-conviction habeas phases of capital and other criminal cases

*1994-present*       ***Psychosocial and Sentencing Evaluation,*** **State and Federal Levels**
Development of psychosocial histories in context of charges and convictions to be presented as evidence in mitigation

*1990-present*       ***Psychosocial and Neuropsychological Evaluation of Medico-Legal Cases***
Evaluation, deposition, and testimony in variety of civil matters

## SPECIALIZED PEDIATRIC WORK

*2003-present*       ***Juvenile Forensic Neuropsychological Evaluation,*** **Beverly Hills, CA**
Assessment of competency, fitness and related psycholegal questions

*2005*               ***Director of Neuropsychology,*** **Bright Minds Institute, Los Angeles, CA**
Neuropsychological consultation to pediatric neurologist, parents and educators

*2004-2006*          ***Neuropsychological Consultation,*** **Didi Hirsch Community Mental Health Center, Inglewood, CA**
Development and provision of neuropsychological evaluation service to ethnically and clinically diverse pediatric cases; consultation to therapists, social service agencies, educators and psychiatrists

*2003-present*       ***Neuropsychological Consultation,*** **Maple Center, Beverly Hills, CA**
Provision of consultation to clinicians, in-service training to staff on working with families and parents and neuropsychological assessment

## INTERNSHIP AND PRACTICUM EXPERIENCES

*1982-1983*          ***Pomona Valley Mental Health Authority, Pomona, CA***
Psychological Intern: Individual and family therapist to children and adults, PET evaluation for 5150, exposure to adult HRNB

*Curriculum Vitae for Deborah S. Miora, Ph.D.*                              **Page 5 of 8**

*1981-1982*          ***Center for Legal Psychiatry (formerly UCLA Section on Legal Psychiatry),* Santa Monica, CA**
Psychological Intern: Individual and group therapist to MDSO and NGI patients released from inpatient psychiatric programs, prepared and submitted quarterly progress reports to courts with emphasis on risk assessment of current biopsychosocial stressors and status of offenders

*1980-1981*          ***Intercommunity Child Guidance Clinic, Whittier, CA***
Practicum Student:  Intake interviews; individual, group and family systems therapist to community population of self-referred, school and court ordered children, adults and families

*1980*               ***Mid-Valley Diagnostic Center,* West Covina, CA**
Practicum Student: Data collection for NIMH-funded grant assessing relationship between juvenile delinquency and learning disorders, administered neuropsychological assessment instruments including the LNNB for Children, portions of the children's version of the HRNB and adjunctive measures, scored and analyzed protocols, wrote reports, provided parent feedback

*1979-1980*          ***Portals House, Inc, Los Angeles, CA***
Practicum Student: Intake interview, case management and therapy with seriously and chronically mentally disordered adults in transition from hospital to community assisted living

---

## SELECTED LECTURES AND IN-SERVICES

*1991*               *Body as Waste Receptacle for Unwanted Contents*. Original Paper presented at SPEAR conference, Los Angeles, CA

*2003-2004*          *Invited Lectures in Assessment Issues*. California Graduate Institute, Los Angeles, CA

*2004*               *Pediatric Neuropsychological Evaluation*. Invited Presentation to Interns and Staff at Maple Counseling Center, Beverly Hills, CA

*2005*               *How to Talk to Parents*. Invited Presentation to Interns and Staff at Maple Counseling Center, Beverly Hills, CA

*2005*               *Pediatric Neuropsychological Evaluation*. Presentation to team of interns and staff, Didi Hirsch Community Mental Health Center, Inglewood, CA

*2005*               *Pediatric Neuropsychological Evaluation*. Invited Presentation to Interns and Staff at Maple Counseling Center, Beverly Hills, CA

*2005*               *Neuropsychological Evaluation in IME Cases*. Presentation at annual meeting of the American College of Forensic Psychiatry, San Francisco, CA

*Curriculum Vitae for Deborah S. Miora, Ph.D.*                    **Page 6 of 8**

*2006*          *Neuropsychological Evaluation of Capital Defendants*. Presentation at annual meeting of International Society of Traumatic Stress Studies, Hollywood, CA

*2007*          *How to Talk to Parents*. Invited Presentation to Interns and Staff at Maple Counseling Center, Beverly Hills, CA

*2007*          *Value of Neuropsychological Assessment in Post-conviction Cases*. Invited Lecturer to the California Appellate Project (CAP), San Francisco, CA

*2007*          *Neuropsychological Assessment: Instruments and what they Measure.* Invited Lecturer to the California Appellate Project (CAP), San Francisco, CA

*2008*          *Value of Neuropsychological Evaluation in Capital Cases*. Presentation at Annual Meetings of American College of Forensic Psychiatry, San Francisco, CA

*2009*          *Frontal Lobes and Executive Function*. Presentation at Annual Capital Case Defense Conference, Monterey, CA

*2009*          *Juvenile Brain and Neuropsychological Functioning*, Invited Speaker. Los Angeles County Public Defender, Los Angeles, CA

*2009*          *Neuropsychological Assessment with Juveniles – Utility and Reliability*. Invited Speaker, Los Angeles County Public Defender, Los Angeles, CA

*2010*          *Competency and Fitness in Juveniles: Relationship between Neurocognitive Evaluation of Fixed and Dynamic Factors and Dispositional Decisions*. Paper delivered at International Association of Forensic Mental Health, Vancouver, British Columbia.

*2013*          *Invited Speaker, Airtalk, KPCC*, discussant on issue of knowing right from wrong in California youth case of 10-year old who murdered his father.

Accepted Posters and Papers at Peer-Reviewed Conferences

Bendimez, L., Miora, D. S., Holt, S., & Slavin, T. J (2011). *Does sexual orientation of couple influence psychologists' perceptions of intimate partner violence?* Paper accepted for presentation at the 2012 International Congress of Psychology Conference, Cape Town, South Africa.

Caffero-Tolemy, A., Fass, T., Miora, D.S., Wolff, M. Intelligence as a mediator in the relationship between Asperger's traits and juvenile offending. Poster presented at 2012 Annual American Psychology-Law Society Conference, San Juan, Puerto Rico.

Inomaa-Bustillos, E., Miora, D. S., LaCarra, Robert, & Murphy, L. (2011). *Probation officers' conceptualizations of externalizing behavior in juvenile offenders*. Poster accepted for presentation at the 2012 International Congress of Psychology Conference, Cape Town, South Africa.

Lance, D., Ermshar, A., Boone, K., & Miora, D. S. (2011). *Evaluating executive functioning in individuals with bipolar spectrum disorder using selected subtests from the D-KEFS.* Paper accepted for presentation at the 2012 California Psychological Association Conference, Monterey, CA.

*Curriculum Vitae for Deborah S. Miora, Ph.D.*                                    **Page 7 of 8**

Sobel, N. K., Boone, K., Ermshar, A., Miora, D., & Cottingham, M. (2013, March). *Bridging the gap between test versions: WAIS-III/IV Matrix Reasoning as an embedded performance validity indicator.* Paper presented at the 2013 Annual Conference of the American Psychology-Law Society.

Tross, R., Ermshar, A., Dixon, D., & Miora, D. S. (2011). *Assessing community and mental health perspectives on the use and effectiveness of sexual offender policies with juvenile sexual offenders.* Paper presented at the 2012 AP-LS Conference in San Juan, Puerto Rico.

Baumgart, M., Skidmore, S., Leark, R., & Miora, D. S. (2011). *Assessing response style in criminal forensic evaluations: A survey of current practices among professionals*. Paper presented at the 2011 American Psychology-Law Society Conference, Miami, FL.

Baumgart, M., Skidmore, S., Leark, R., & Miora, D. S. (2011). *Common practices in competency and criminal responsibility evaluations among psychologists with varying professional credentials*. Poster presented at the 2011 American Psychology-Law Society Conference, Miami, FL.

Geshti, S. N., Miora, D. S., Fass, T., & Dixon, D.  (2011). *Juvenile sexual offending*. Paper presented at the 2011 American Psychology-Law Society Conference. Miami, FL.

## RESEARCH INTERESTS AND ACTIVTIES

*2010 –*                CSFS representative to IRB committee on Los Angeles campus.  Duties include review of Masters level, doctoral research, and faculty grant proposals; make recommendations for clarification, revision, decisions for acceptance; counsel students about revisions; provide guidance to CSFS on policy and procedures relating to research with human participants

*2008 –*                CSFS chair and committee person for doctoral dissertations in forensic psychology; areas of juvenile justice, competency, Miranda rights, neuropsychology of intellectually and developmentally challenged youth, effort testing in executive function measures and IQ testing

*2009 – 2011*        CSFS involvement in I-MERIT academic implementation of diversity and international perspectives, evaluation of faculty candidates for Mexico immersion scholarship; participation in preparation of FIPSIE grant for diversity training of faculty and students

Neuropsychological underpinnings of functional abilities relevant to competency to stand trial, waive Miranda Rights and juvenile fitness issues

Juvenile competency and neuropsychological underpinnings; immature brain development as related to juvenile and capital matters

Executive functions as measures of reasoning, judgment and impulse control in capital cases

Development of test battery to measure subcortical functions related to higher-order cognition

## RESEARCH PUBLICATIONS

Participant in Proceedings: Romero, Heather R., Lageman, Sarah K., Kamath (Vidyulata), Vidya, Irani, Farzin, Sim, Anita, Suarez, Paola, Manly, Jennifer J., Attix, Deborah K. and the Summit participants (2009). Challenges in the Neuropsychological Assessment of Ethnic Minorities: Summit Proceedings. *The Clinical Neuropsychologist*, 23:5, 761 – 779.

Salseda, L. M., Fass, T. M., Miora, D. S., & Leark, R.  (2010). An evaluation of *Miranda* rights and interrogation in autism spectrum disorders.  *Research in Autism Spectrum Disorders* (2010), doi: 10.1016/j.rasd.2010.06.014

Solomon, R. E., Boone, K. B., Miora, D., Skidmore, S., Cottingham, M., Victor, T., Ziegler, E., & Zeller, M.  (2010). Use of the WAIS-III Picture Completion subtest as an embedded measure of response bias.  *The Clinical Neuropsychologist*, *24*(7), 1243-1256.

Bell-Sprinkel, T. L., Boone, K. B., Miora, D., Cottingham, M. E., Victor, T., Ziegler, E., Zeller, M., & Wright, M. (2013). Cross-validation of the Rey Word Recognition Symptom Validity Test. *The Clinical Neuropsychologist*.

Roberson, C., Boone, K. B., Goldberg, H., Miora, D., Cottingham, M. E., Victor, T., Ziegler, E., Zeller, M., & Wright, M. (2013). Cross validation of the b Test in a large known groups sample. *The Clinical Neuropsychologist*.

Cornett, K. A.; Miora, D. S.; Fass, T.; & Dixon, D. (2013). Memory functioning for personally experienced and witnessed events in children with autism and the implications for educators, mental health professionals, and the law. Journal of Applied Research on Children: Informing Policy for Children at Risk, 4(2).

Smith, K., Boone, K., Victor, T., Miora, D., Cottingham, M., Ziegler, E., Zeller, M., & Wright, M. (2014). Comparison of credible patients of low intelligence and non-credible patients on neurocognitive performance validity indicators. *The Clinical Neuropsychologist*. DOI: 10.1080/13854046.2014.931465

Fass, T. L., Miora, D. S., & Vaccarella, S. (2014). Adult consequences for juvenile behavior: Does sentencing policy aimed at serious adult behavior cast too wide a net? In M.K. Miller, J.A. Blumenthal, & J. Chamberlain (Eds.). *Handbook of Community Sentiment*. Springer.

*References furnished upon request*

## Deborah S. Miora, Ph.D.
### Clinical, Forensic and Neuropsychology
### CA License # PSY11599

435 North Roxbury Drive, Suite 406
Beverly Hills, California 90210
(310) 550-8443

| Testimony Name | Type | Date | Appointment |
|---|---|---|---|
| State of CA v Richard Alvarez | Criminal | 2010 | PD |
| State of CA v Steve Champion | State Habeas | 2007 | PD |
| USA v Jeffrey Choi | Criminal | 2014 | Agreed/Court |
| State of CA v Giovanni Gallardo | Criminal | 2013 | APD |
| Gardner v Tropicana Las Vegas | Deposition | 2016 | Plaintiff |
| State of CA v Luis Gomez | Criminal | 2012 | APD |
| USA v John McCluskey | Criminal | 2014 | Defense |
| State of CA v Collin McGlaughlin | Criminal | 2014 | PD |
| State of CA v Barry Mosley | Criminal | 2012 | Defense |
| State of CA v BN | Juvenile | 2012 | PD |
| City of Hemut v. Chad Peters | Deposition | 2013 | Plaintiff |
| State of CA v IS | Juvenile | 2013 | PD |
| State of CA v EW | Juvenile | 2013 | PD |
| State of CA v Jose Martinez | Criminal | 2016 | PD |

Many appointments led to disposition without testimony (between 250-300 cases)

Case 6:09-cv-00105-JHP Document 53-3 Filed 05/16/09 Page 49 of 53

## DECLARATION OF MYLA H. YOUNG, Ph.D.

I, Myla H. Young, declare as follows:

1.     I am a clinical psychologist licensed to practice in the State of California, specializing in neuropsychology and neuropsychological assessments.    I am Board Certified in Neuropsychology by the American Board of Professional Neuropsychology (ABN).    I am a member in good standing of the American Psychological Association and its subspecialty divisions in Clinical Neuropsychology and Forensic Psychology; the National Academy of Neuropsychology; the International Neuropsychological Society; and the Society of Personality Assessment.

2.     I am currently in private practice and conduct neuropsychological evaluations of criminal offenders, medical patients, psychiatric patients, and medical-legal patients.    I have conducted neuropsychological evaluations of children, adolescents, and adults.    I am an instructor of continuing education courses in the Neuropsychological Evaluation of Criminal Offenders and Introduction to Neuropsychology at the University of California, Berkeley, and at Alliant University.

3.     I hold a doctorate in Clinical Psychology from Alliant University, formally known as the California School of Professional Psychology in San Francisco, California.    I received my Masters Degree in Experimental Psychology from Towson State University in Baltimore, Maryland, in 1977.    I earned my Bachelor of Arts Degree in 1975 with a major in Psychology from the University of Guam.

4.     From 1984 to 1985, I completed a pre-doctoral internship at Garfield Geropsychiatric Hospital in Oakland, California.    During this internship, I performed neuropsychological and psychological evaluations of geriatric patients who were hospitalized for medical, neurological, or psychiatric disorders.

5.     I completed a pre-doctoral internship at the McAuley Neuropsychiatric Institute at St. Mary's Hospital in San Francisco, California, from 1985 to 1987.    While at St. Mary's Hospital I conducted neuropsychological and psychological evaluations of children, adolescents, and adults

1

who were hospitalized for psychiatric treatment, and provided treatment to these same individuals. I also conducted neuropsychological evaluations of adults who were hospitalized for medical treatment or who were recovering from neurosurgery, neurological and other medical disorders.

6. In 1989, I completed a post-doctoral fellowship in neuropsychology at San Francisco General Hospital/University of California, San Francisco. During this time I conducted neuropsychological and psychological evaluations of patients hospitalized for medical, neurological, and psychiatric disorders. I conducted neuropsychological and psychological evaluations of children and adolescents who had been referred to the Child and Adolescent Sexual Abuse Resource Center. In addition, I participated in research that evaluated the neuropsychological, neurophysiological (evoked potential), and psychological functioning of men and women who tested positive and negative for the human immunodeficiency virus (HIV).

7. From 1990 to 2005, I was employed by the California Department of Mental Health at the Correctional Medical Facility, a California State Prison, in Vacaville, California. During this period I served as a staff psychologist, providing neuropsychological and psychological assessments of individuals who had been admitted for acute and sub-acute psychiatric treatment while confined in the California Department of Corrections. I was part of an interdisciplinary treatment team and served as the clinical coordinator responsible for the development, implementation, and evaluation of a behavioral milieu treatment program. I provided staff training in neuropsychological assessment and behavioral treatment and psycho-diagnostic evaluation, and supervised pre-licensed Ph.D. candidates. I also trained and supervised pre-doctoral psychology interns and conducted seminars in neuropsychological and personality assessment of children at Oakes Children's Center in San Francisco, California. I trained and supervised pre- and post-doctoral psychology interns and conducted seminars in neuropsychological and personality assessment of children, adolescents and adults at the McAuley Institute of St. Mary's Hospital in San Francisco, California.

8. From 1995 to 2000, I served as the Program Consultant for Psychology for the California Department of Mental Health facility located within the Correctional Medical Facility at

Vacaville, California, and served from 2000 to 2005 as the Senior Supervising Psychologist in the same prison's psychiatric treatment program. In these positions, I was the psychology consultant to the Executive Director, Medical Director, and Program Directors, was responsible for research and program evaluation, provided clinical supervision and consultation, and provided direct inmate/patient care. I was also the principal investigator for research, program evaluation, and treatment outcome measurement. I developed, accomplished accreditation of, and served as the director for an American Psychological Association accredited psychology intern training program, provided seminars in neuropsychological assessment, and provided individual and group supervision to psychology pre-doctoral interns and post-doctoral fellows.

9.     From January 1990 to June 2004, I served on the Adjunct Faculty at Alliant International University/California School of Professional Psychology where I taught courses on neuropsychological assessment. I was the dissertation chairperson for several doctoral students and served on the dissertation committees of numerous other doctoral students. The students pursued varied and wide-ranging areas of investigation involving both children and adults, psychotic and non-psychotic individuals, and persons confined in penal institutions as well as persons not so confined. I am the primary author of several studies which have appeared in peer-reviewed publications involving the prison population and the secondary author of several additional peer-reviewed publications.

10.     I have been the principal presenter at several professional conferences including: Asilomar Forensic Mental Health Conference; Patton State Hospital Forensic Mental Health Conference; California Psychological Association; American Correctional Mental Health Services Association; Behavioral Health Institute Conference; and the International Organization of Psychophysiology. I have been qualified as an expert witness in criminal cases in state and federal criminal courts in California, Nevada, Washington and Hawaii and in civil cases in California state courts. Further description of my education and professional experiences is included as Addendum A.

3

6:09-cv-00105-RAW Document 376-1 Filed in ED/OK on 03/03/17 Page 23 of 88
Case 6:09-cv-00105-JHP Document 5-3 Filed 05/16/09 Page 52 of 153
Appellate Case: 12-7086     Document: 01019016694     Date Filed: 03/11/2013     Page: 1085

11.     I was asked by the current post-conviction attorneys for Kenneth Barrett to complete a neuropsychological evaluation of Mr. Barrett to determine if he experiences brain damage and, if brain damage exists, the nature, severity and functional impact of that brain damage.

## A.     Introduction: Brain Functioning and Neuropsychological Assessment

12.     The science of clinical neuropsychology studies the relationship between the brain and behavior. Because the brain is the human organ that drives behavior, any injury or insult has the potential to adversely affect a person's actions, thought processes, cognitive abilities and psychological functioning. Conversely, observable behavioral deficits, including failure to meet developmental milestones and impaired scholastic, occupational and/or social functioning may suggest compromised brain anatomy or neurophysiology. Consequently, historical, academic, vocational, medical/psychiatric, family, and social history information may provide reasons to suspect brain dysfunction or damage and make a comprehensive neuropsychological evaluation appropriate and/or medically indicated.

13.     A competent evaluation of neuropsychological functioning requires administration of a full battery of standardized neuropsychological tests, review of information from documents that are available, interviews or reports of interviews of those who have knowledge of the individual's history, and interviews with the individual being evaluated. Focus of information sought includes family, medical, psychiatric, and social histories, circumstances of prenatal development, circumstances of childhood and adolescent development, educational, work, offense information, and description of current functioning.

14.     A comprehensive neuropsychological testing battery also includes measures of different aspects of brain functioning, including general mental ability (intelligence), sensory perception, motor functions, attention and concentration, verbal and visual memory and learning, expressive and receptive language, psychomotor and executive functioning (abilities to think, organize, reason, plan, inhibit impulses, think and act flexibly). Based on knowledge of brain anatomy, brain functioning, and neurological disorders, instruments used in a neuropsychological evaluation are developed to identify and measure cognitive deficits caused by brain dysfunction,

4

6:09-cv-00105-RAW Document 376-1 Filed in ED/OK on 03/03/17 Page 24 of 88
Case 6:09-cv-00105-JHP Document 5-3 Filed 05/16/09 Page 53 of 153
Appellate Case: 12-7086    Document: 01019016694    Date Filed: 03/11/2013    Page: 1086

and, if impairment is demonstrated, to provide an indication of the potential cognitive and behavioral consequences of disrupted brain functioning for the individual.

15.    Neuropsychological testing is guided by understanding of the phylogenetic structure of brain structures and brain connecting systems. One such developmental understanding was proposed by Ivan Yakovlev in 1967 and is supported and relied upon by contemporary neuroscientists in understanding brain function and dysfunction.

16.    Yakovlev described the brain as organized in three separate but related systems, with three primary connecting systems. There is a primitive nuclear core of the brain, the allocortex, which includes the brain stem, reticular activating system, pons, medulla and cranial nerves, and functions to maintain consciousness, metabolism, respiration, and circulation and to filter stimuli received from the environment. The middle system, the neocortex, includes limbic system structures including the hypothalamus, hippocampus, thalamus, basal ganglia and amygdala, serves primary functions of motivation, memory, arousal, emotion and mood. The outer layer, the isocortex, includes the sensory and motor cortices, corpus callosum, cerebrum (occipital, parietal, temporal, and frontal lobes) and cerebellum. Orbitofrontal-paralimbic, hippocampal-paralimbic and subcortical-limbic connection circuits provide a "flow" of information throughout the brain (Yakovlev & Lacours, 1964/1967; Bear, Connors & Paradiso, 2001).

17.    In addition to knowledge of the phylogenetic development of the brain, neuroscientists have known for many years that the normal brain develops in a predictable and unchangeable sequence. Brain regions responsible for arousal, filtering information, auditory, visual, and tactile/kinesthetic abilities develop first; brain regions responsible for analyzing and integrating information sequentially develop next; and brain regions responsible for simultaneously analyzing and integrating information develop last, with the brain continuing to develop through adolescence and into young adulthood.

18.    In early childhood, the primary portions of the brain that function for motor, sensory, attention filtering, visual dimension and color, and analyzing language sounds undergo the greatest maturation. In middle childhood, the secondary portions of the brain that function to develop abilities for reading, writing, spelling, arithmetic and other secondary language

academic skills undergo the greatest maturation. In adolescence and into young adulthood, the tertiary portions of the cerebrum, particularly the temporal and frontal cortices undergo the greatest maturation (Luria, 1966/1973/1986).

19.    As the brain develops, those brain regions that are maturing the most are also those brain regions that are most vulnerable to brain damage, identified as the "vulnerability hypothesis." Consequently, the child who experiences brain trauma between the ages of approximately 8 – 12 years is most vulnerable to subsequent severe leaning disabilities. The adolescent who experiences brain injury between the ages of 12 and 16 years is most vulnerable to subsequently impaired executive functions. Additionally, brain insult(s) as a child interferes with further development of all other brain systems and structures (Pfefferhan, 1994; Gied, 1999; Sowell, 2000/2001/2003; Adelman, 2002; Casey, 2000/2005; Durston, 2001; Gogtay, 2004).

## B. Risk Factors and Indications of Neuropsychological Dysfunction

20.    Social and medical history data obtained in interviews with Mr. Barrett and contained in records that reportedly were available at the time of his trial indicated the existence of several risk factors and potential etiologies for congenital and/or acquired brain dysfunction. The pertinent information I reviewed included excerpts of academic records from Tommie Spear Junior High School, Sallisaw, Oklahoma and Jan County High School, Portland Indiana; Universal Cumulative Record, Plainfield Community Consolidated School District, Plainfield, Illinois; medical records from Sequoyah Memorial Hospital, Sallisaw, Oklahoma, St. Francis Hospital, Tulsa, Oklahoma, Wagoner Community Hospital, Wagoner, Oklahoma, and Bill Willis Community Mental Health Center, Sallisaw, Oklahoma; and a Disability Determination Unit Record, Sallisaw, Oklahoma. I also reviewed psychological evaluation test data obtained by Faust Bianco, Ph.D., Tulsa, Oklahoma, in August 2000 and psychological evaluation test data and a report prepared by Bill Sharp, Ph.D., Norman, Oklahoma, in October 2002. These data suggested potential insults to Mr. Barrett's brain functioning resulting from head trauma(s), both in childhood and as an adult; possible prenatal insult and brain development abnormality; and adolescent and adult abuse of alcohol and other drugs. Documented symptoms of possible

6

Case 6:09-cv-00105-JHP Document 5-3 Filed 05/16/05 Page 55 of 153

psychiatric disorders were also indicative of neurological brain substrate abnormality and consequent brain dysfunction.

21.     Mr. Barrett's history of potential head trauma(s) include a childhood injury, at age eight or nine years when he was struck in the head with some type of "steel ball" on the school yard. Mr. Barrett's description of the incident ("I just remember waking up and them picking me up") suggests loss of consciousness as a result of this incident, and as an adult, Mr. Barrett has a skull indentation which he attributes to this childhood injury.   At the approximate age of 22, Mr. Barrett also may have suffered a head injury, with consequent loss of consciousness, in a motorcycle accident.   He was treated at Sequoyah Memorial Hospital, Sallisaw, Oklahoma, and the Emergency Room Records describe "treatment for MVA," right periorbital area pain, edema, and possible head trauma. Immediately following his arrest in 1999 for his current commitment offense, Mr. Barrett was treated at St. Francis Hospital, Tulsa, Oklahoma, for multiple gunshot wounds and "bruising to the left eye and superficial abrasions to forehead…superficial blunt head trauma").

22.     Head traumas may cause damage to the cellular units of the brain (neurons), which transmit and store information.  The blood vessels transmitting oxygen and nutrients through the brain are also damaged.  Multiple small, and/or single large bleeds (hematomas) within the brain can occur.  The brain swells, pressing against the rigid bony skull, causing further damage to the brain.  Extensive research describing the damaging effects of head trauma as a child and head trauma as an adult is currently known and was well established in 1999.  Two sources which provide a representative description of this historical and current research are found in Kolb & Wishaw (2003) and  Silver, McAllister, & Yudofsky (2005).

23.     Mr. Barrett also may have been exposed to dysgenic disorder as the result of teratogenic effects of substance use by his mother during her pregnancy with him, as well as secondary to his mother's psychopharmacological treatment for depression during her pregnancy.  These factors are known to be associated with brain development abnormality, brain dysfunction and abnormal development of the fetal brain (Rasansen, 1999; Steissguth 1990; Tizabi, 1997; Cornelius, 2001; DiPietro; 2002, Ernst; 2001; Huizink, 2004; Weizman, 2002).  Mr. Barrett reports childhood

7

exposure to alcohol beginning at age seven, when his father provided alcohol to him and his brother, resulting in his severe intoxication and subsequent emesis. He indicates that he then consumed alcohol and other drugs "on a regular basis" beginning at approximately the age of 14 years, with particularly severe drug abuse between the ages of 16 and 18. Drug use was then reportedly intermittent until age 32 when it again became severe until the time of the offense for which he was incarcerated. The research describing the damaging neurocognitive effects of alcohol and drug abuse is currently known, and was well known in 1999. Two resources which provide a representative description of this past and current research include Tapert (1999) and Heimer (2003), as well as Kolb & Wishaw, 2003 and Adams, 2009.

24.     Medical records dating from several years before Mr. Barrett's arrest documented his hospitalization for a suicide attempt, as well as medically indicated need for psychopharmacological treatment with antidepressant and with antipsychotic medications. Brain abnormalities and consequent neuropsychological impairments associated with  major psychiatric disorders have been known for more than a decade. There is substantial research describing the neurological bases of psychiatric disorders, particularly the neurological bases of depression, bipolar, and psychotic disorders, and there is substantial research describing the neuropsychological patterns of impairment associated with these psychiatric disorders (Heaton, 1998; McIntosh, 2005; Savitz, 2008) to site a few sources of this extensive literature.

25.     This information about Mr. Barrett's history indicated the appropriateness of conducting a comprehensive neuropsychological assessment both in 1999 and currently.

### C. Nature and Circumstances of the Neuropsychological Evaluation

26.     I conducted approximately 16 hours of neuropsychological evaluation of Kenneth Barrett over the course of three days on February 9 - 11, 2009. Mr. Barrett is a 47 year old White male. The evaluation was conducted at the United States Penitentiary, Terra Haute, Indiana in a confidential room without distraction or interruption. The examination room was reasonably quiet, reasonably private and with adequate ventilation and climate control. Mr. Barrett was not physically restrained during the evaluation and the evaluation proceeded uninterrupted. Multiple breaks in testing were taken, and Mr. Barrett was provided drink and snack. Mr. Barrett's

8

clinical presentation, which I observed during the evaluation, was consistent with the results of neuropsychological testing.

27. Mr. Barrett completed 9 years of formal education, and school records for his 8th and 9th grade school experiences, as well as cumulative record from his 1st and 2nd grades were available at the time of this evaluation. It is unclear from these school records, but Mr. Barrett reports that he repeated the 8th grade of school and that he participated in special education for learning disability. He has attempted to complete a General Education Degree (GED) at several points in time, but has not been able to pass the required test. Mr. Barrett indicated that he is currently studying to take the GED examination again. He reports that he has taken several "pre-tests," but has not been able to successfully pass these pre-examinations.

28. From the results of testing measures and from my own observations, Mr. Barrett fully cooperated with the evaluation, gave his best effort on all tests, and made no attempt to manipulate, fake or exaggerate his neurological dysfunction. Specific evaluation of Mr. Barrett's effort on and attitude toward the assessment was obtained through administration of tests that were specifically developed to determine the validity of the individual's effort on and attitude towards testing, including the 15 Item Test, the Test of Malingering Memory (TOMM), Green's Word Memory Test (WMT) and the Forced Choice Subtest of the California Verbal Learning Test (CVLT-II). These tests have demonstrated validity and reliability in distinguishing between individuals who are known to be attempting to manipulate their test ability and those who are not, with as high as 93% accuracy (Lee, 1992; Millis, 1995; Rees, 1998) for some of these tests. Mr. Barrett's abilities on these tests indicate that he was expending his best efforts in this evaluation and was not attempting to feign or exaggerate any deficits in his abilities.

29. Mr. Barrett's attitude towards and effort on testing was also evaluated considering the expected consistency of his test ability within each test, across different measures of the same test, and across different neuropsychological tests that are known to be measuring the same brain region and functions. Mr. Barrett's attitude and effort on testing were further evaluated considering events in his personal history, what is known about potential brain damage

9

associated with those events of his personal history, and the consistency of Mr. Barrett's history, his brain function/dysfunction, and his neuropsychological testing abilities/disabilities.

30.    In addition to these validity testing measures, my own clinical observations of Mr. Barrett confirmed that he was cooperating and putting forth exceptional effort on testing.    He worked consistently, attempted all tasks that were requested of him and persisted until tasks were completed or terminated.    He was intent on completing the tasks asked of him and was particularly intent on trying to accomplish tasks that were difficult for him.  On several occasions Mr. Barrett asked me if he could re-attempt a previously administered test which was difficult for him. These observations were consistent indications that Mr. Barrett was marshalling all of his resources to complete neuropsychological testing and was putting forth an earnest effort to perform well.

31.    Consideration of all of these elements indicates that Mr. Barrett was putting forth substantial effort to complete neuropsychological testing, was cooperating with testing, and was not attempting to manipulate his abilities.  This evaluation is considered to be a valid measure of Mr. Barrett's neuropsychological profile, and can be relied upon in establishing conclusions about his brain functioning.

32.    Although he reported a history of what he identified as migraine headache, Mr. Barrett reported that he was not experiencing headache nor was he experiencing any other unusual pain on the days of testing.  On each day of testing he indicated that his sleep and eating were no different from his usual patterns.  He indicated that he did not require glasses and was able to see all information that was presented to him.  He was not experiencing any peripheral numbness in his hands or fingers.  Mr. Barrett reported a history of tinnitus, but indicated that he was not experiencing tinnitus on the days of testing, and that he was able to hear all information that was given to him.  Although he reported several serious medical disorders (Hepitis A, Hepitis C, prostate disorder, persisting staph infection and consequent eczema, and chronic ulcers) he indicated that he was not experiencing any unusual pain or discomfort on days of testing.  Mr. Barrett reported that although he has been prescribed both antidepressant and antipsychotic medications in the past that he was not currently prescribed and was not currently taking any

psychotropic medications. Although he has a history of past suicide attempt and psychiatric treatment, Mr. Barrett reported that his mood was reasonably stable, that he was not experiencing perceptual alternations such as hallucination, was not experiencing other psychotic symptoms and did not experience suicidal ideation or plan.

33.   Mr. Barrett reported that he was taking an anti-inflammatory medication but did not know the name or dosage, and that he was taking Prilosec for treatment of ulcers. He reported that he had not experienced any additional medical disorders of note since his incarceration at United States Penitentiary, Terra Haute, Indiana (USP Terra Haute, Indiana) for this offense. Mr. Barrett has an extensive past drug use history. Although he acknowledged availability of drugs in incarcerations facilities, he reported that he had not used any drug or alcohol since his incarceration at USP Terra Haute, Indiana. Mr. Barrett has a history of prior tobacco use. He indicated, however, that his last tobacco use was in 2005.

34.   Kenneth Barrett expressed his willingness to participate in this evaluation. He was advised of, understood and agreed to limits to his confidentiality. Although testing conditions were quite adequate, functional manifestation of Mr. Barrett's neuropsychological deficits made evaluation challenging at times. He presented as mildly hypomanic. His speech was rapid, he often started to respond to a question before the question was completed, at times was tangential, and often arbitrarily changed the focus of his discussion without warning indicating likely racing thought ("sometimes I just think too fast"). When attempting to provide information, Mr. Barrett often exhibited circumstantial speech, describing extensive, often irrelevant details. He responded to all requests, but often "talked around" the topic, rather than providing a direct response. He was not able to provide a simple "yes" or "no" response to questions that clearly called for only such a response. Although he provided many details, Mr. Barrett's thinking often was overly concrete and he often did not appear to fully understand testing instructions, often requiring test instructions to be presented several times, and in several different ways. Mr. Barrett appeared to be somewhat aware of his presentation, at times acknowledging that he sometimes "talked too much" and at times apologized for beginning to answer a question or provide a response before I had completed my question. Mr. Barrett responded positively to

11

appropriate clinical interventions, however, further assuring that all information obtained is valid and reliable.

35.    All neuropsychological tests administered have appropriate and documented standardization, reliability and validity. All tests administered are often used and are generally accepted in the neuropsychology community. In addition to the previously described validity tests (15 Item Test, Test of Malingering Memory (TOMM), Green Word Memory Test, CVLT II Forced Choice Subtest), the neuropsychological tests administered to Mr. Barrett included the following instruments: Wechsler Adult Scale of Intelligence Test (WAIS IV); Wide Range Achievement Test – Third Edition (WRAT-III); Smell Identification Test, Reitan-Klove Sensory Perception Examination, Finger Tapping Test, Grooved Pegboard, Seashore Rhythm, Speech Perception Test, California Verbal Learning Test (CVLT-II), Wechsler Memory Test (WMS IV), Rey Complex Figure Test; Executive Functioning Test (EFT), Wisconsin Card Sorting Test, and Short Category Test (SCT). Attempt was made to administer the Paced Auditory Serial Addition Test (PASAT). Mr. Barrett was quite cooperative with his attempts to complete this test, but he was simply unable to understand the instructions. Instructions were provided in the standardized format. Instructions were then also repeated several times, paraphrased several different ways, and demonstrated with examples. The PASAT was discontinued after the third trial. The administered neuropsychological battery consists of the most sensitive and reliable standardized tests currently available for measuring neuropsychological functioning that are also compatible with the testing conditions at USP Terra Haute, Indiana. All of these tests – or their predecessor editions – the methodology, and the research on which I based my conclusions were available and accepted in the neuropsychological community, and valid at the time of Mr. Barrett's arrest and trial in 1999.

### D.    Results of Testing

36.    Overview: For Mr. Barrett, understanding of his brain dysfunction is particularly dependent on understanding the functions associated with the frontal cortex, temporal cortex, and interconnecting systems between these brain cortices. The frontal cortex is comprised of three general cortices—motor cortex, premotor cortex, and prefrontal cortex. The motor cortex

12

provides a mechanism to control execution of movement of limbs, hands, feet and fingers. The pre-motor cortex selects and carries out the movements to be executed including repetitive movements and actions in response to external cues. The pre-motor cortex also primarily mediates information that is communicated by the parietal cortex, cingulated cortex, and basal ganglia. The prefrontal cortex allows the individual to accommodate complexity and accommodate stress, and is responsible for thinking and acting, referred to as "executive functioning." Executive functioning is the ability to organize, think, reason, problem solve, initiate actions, monitor actions and change actions as needed based on information received. More specifically, executive functioning is the ability to organize and understand, deliberate, reason through a problem, apply that reasoning in making a decision, choose an action, recognize if the decision and actions are not effective, understand why the decision and choice of action is working or not working, and inhibit and/or change thinking and actions as needed by the situation. Damage to the prefrontal cortex is known to be specifically associated with multiple neurological and psychiatric disorders. The prefrontal cortex is particularly vulnerable to damage by multiple causes, and specific to Mr. Barrett's history, to possible prenatal developmental abnormality, drug use/abuse and traumatic brain injuries.

37.    The temporal cortex encompasses the primary auditory cortex, secondary visual cortex, and structures of the limbic system. Primary functions of the temporal cortex are both verbal and visual memory and learning, processing speech sounds and speech emotional tones, and interpreting speech sounds, tones and emotional meaning. The temporal cortex is also responsible for processing visual information and the ability to recognize facial expressions, and interpret facial emotions. Significant impact of temporal cortex dysfunction is particularly implicated in amnesia, hyper-religiosity, hypergraphia, fear, paranoia, impulsiveness and aggressive outbursts in addition to the previously described cognitive disabilities. Brain functioning associated with frontal and temporal cortices has been known, is described and is documented in multiple sources for many years. Two resources which provide a representative description of frontal and temporal brain functioning are Kolb & Wishaw, 2003 and Grant & Adams, 2009.

13

6:09-cv-00105-RAW Document 376-1 Filed in ED/OK on 03/03/17 Page 33 of 88
Case 6:09-cv-00105-JHP Document 5-3 Filed 05/16/09 Page 62 of 153
Appellate Case: 12-7086    Document: 01019016694    Date Filed: 03/11/2013    Page: 1095

38.    The hallmark of Mr. Barrett's neuropsychological profile is strongly indicated dysfunction of prefrontal, temporal, and limbic system cortices, with the greatest impairment occurring in the orbitofrontal and dorsolateral regions of the prefrontal cortex. The impairment of cognitive functioning produced by these deficits is manifested in a pattern of ability and disability indicating that although Mr. Barrett is generally able to reasonably access and provide information that is long-standing and that he has rehearsed and learned, his ability to actively attend to, take in, and learn and recall new information is significantly impaired.    While his previously learned information remains reasonably stable and accessible, Mr. Barrett's ability to actively process and comprehend new information in the "here and now" is significantly compromised. Indicative of extensive dysfunction in Mr. Barrett's prefrontal cortex regions, his test performance was significantly impaired on executive functioning tasks which primarily required cognitive flexibility, particularly the ability to flexibly inhibit and change his thinking and actions in response to requirements of the task or situation (perseveration). Also typical of individuals with significant prefrontal cortex impairment, Mr. Barrett exhibited multiple instances of confabulation, where he unknowingly provided information that had no real relationship to the problem at hand.  He presented that information in a self-assured way, seemingly not recognizing the errors—at time even absurdity —in his thinking. Mr. Barrett was not purposefully "making up" information but, as is typical in prefrontal cortex damage, he reported information that was inaccurate, at times illogical.

39.    Intellectual Functioning:  Mr. Barrett's general mental ability was evaluated using the most recent revision of the Wechsler Adult Intelligence Scale (WAIS IV), which was published in January 2009. WAIS-IV consists of 15 subtests, 10 of which are required. Four Composite Indexes are developed (Verbal Comprehension Index (Vocabulary, Similarities, Information); Perceptual Reasoning Index (Block Design, Matrix Reasoning, Visual Puzzles); Working Memory Index (Digit Span Arithmetic Letter-Number Sequencing); and Processing Speed Index (Symbol Search, Coding).

40.    Mr. Barrett's abilities on this test demonstrate overall intellectual functioning in the low average range. His full scale intelligence quotient (FSIQ) is 84 (95% Confidence Index = 80 –

14

88), placing him in the 14th %ile. His acquired knowledge, verbal reasoning, and attention to verbal material is in the average range (VCI = 95, 37th %ile) (95% Confidence Index = 90 – 101).    His fluid reasoning, spatial processing, attentiveness to detail, and visual-motor integration is in the low average – average range (Perceptual Reasoning Index = 92, 30th %ile) (95% Confidence Index = 86 – 99).    His ability to actively receive, organize and recall information (Working Memory Index) was, however, significantly lower and in the borderline - low average range (WMI = 83, 13th %ile) (95% Confidence Index = 77 – 91).  His ability to attend and concentrate, recall information, and reproduce the information that he recalls (Processing Speed Index) was even lower and in the borderline range (PS = 76, 5th %ile) (95% Confidence Index = 70 – 87).

41.    Significantly lower abilities to actively receive, attend and concentrate, organize, recall and reproduce information as measured on the WAIS-IV Working Memory and Processing Speed indexes, are particularly relevant to understanding Mr. Barrett's brain dysfunction, including the pronounced disparity between his ability to access his stable fund of knowledge and his significant inability to appreciate and make sense of new information.

42.    Compromised prefrontal, temporal, and connecting systems (Orbitofrontal Paralimbic Connection; Hippocampal Paralimbic Connection; Frontal Subcortical Connection) relaying information from the frontal cortex to all other brain regions is particularly indicated.    This pattern of brain function and dysfunction provides explanation as to why Mr. Barrett's overall intellectual quotient can be in the low average range even in the face of significant current brain dysfunction.    This pattern also explains why at some point in time his overall intellectual quotient may have been measured as higher.

43.    Sensory and Motor Functioning: Mr. Barrett's sensory functioning was evaluated using the Smell Identification Test (SIT) and the Reitan-Klove Sensory-Perceptual Examination (SPE). His olfactory sensory abilities on the SIT were in the normal range (4 errors, 49th %).  His abilities to accurately receive bilateral simultaneous auditory, visual, and tactile stimulation were normal. His tactile-finger recognition was normal.  Mr. Barrett's finger-tip number writing perception, however, was significantly bilaterally impaired.  He had 10 errors for his right hand

15

(T = 34, mild-moderate impairment) and 8 errors for his left hand (T = 32, mild-moderate impairment). Whereas other sensory-perceptual abilities in this examination represent simple sensory perception, finger-tip number writing perception is more complex. This ability requires more concentrated attention and more communication of information from the sensory strip in the posterior area of the frontal cortex through the frontal-hippocampal-limbic connection to and from the parietal cortex. This sensory perceptual ability also requires more complex communication across the corpus callosum to and from the right and left brain hemispheres. Dysfunction of the sensory cortex and communication of the sensory cortex to other brain regions is indicated for Mr. Barrett.

44.    Mr. Barrett's motor coordination and repetition were evaluated using the Finger Tapping and Grooved Pegboard tests. He experienced mild-moderate bilateral impairment on both of these measures (Finger Tapping Right T-34; L T=32; Grooved Pegboard Right SS = -1; Left SS = -1). Dysfunction within the frontal motor cortex and communication of information from the frontal motor cortex to other brain regions is indicated.

45.    Attention and Concentration: Mr. Barrett's attention and concentration were evaluated using Seashore Rhythm and Speech Sounds Perception tests. As has been previously described, Mr. Barrett was not able to comprehend and carry out instructions to complete the Paced Auditory Serial Addition Test (PASAT) and this test was discontinued after the third trial.

46.    There are multiple indications that Mr. Barrett experiences impaired attention and concentration. During testing he frequently had to be re-directed to the task at hand and when he was not able to sustain his attention, frequent breaks on tests which had multiple subtests were needed. Additionally, his abilities on several neuropsychological tests which are strongly weighted to the ability to attend and concentrate (WAIS IV Digit Span, Letter-Number Sequencing, Symbol Search, Coding; Executive Functioning Trail Making Tests) were particularly impaired. Attention and concentration is primarily mediated by the prefrontal cortex, subcortical reticular activating system, and communication between these two brain regions through the frontal-subcortical connecting system, indicating dysfunction of these brain structures and connections for Mr. Barrett.

16

47.    <u>Memory and Learning:</u>  Multiple aspects of Mr. Barrett's memory and learning were evaluated assessing his ability to learn and recall information that was presented both verbally and visually and—in both of these modalities—assessing his immediate, delayed, free recall, interference, recognition and forced choice recall of information.    Memory and learning were evaluated using the California Verbal Learning Test (CVLT II), Wechsler Memory Scale (WMS IV), memory trials of the Rey Complex Figure Test (Rey), and Working Memory Index of the WAIS IV.    Mr. Barrett's abilities across these measures of memory and learning portray a distinct pattern of memory function and dysfunction.    On several measures his memory was within or above the normal range (Rey Complex Figure Immediate Recall T = 59, 82%; Rey Complex Figure Delayed Recall T = 59, 82%; Rey Recognition T = 51, 54%; WMS IV Auditory Memory = 95, 37th %ile; Immediate Memory = 108, 70th %ile; Delayed Memory = 100, 50th%; On CVLT II, his standard scores ranged from normal to mild-moderate impairment = +1.5 to -1.5).   On other measures of memory and learning, however, his ability was significantly impaired.    Mr. Barrett's ability to actively receive, organize and recall information (WAIS IV working memory) and his ability to concentrate, recall and reproduce information (WAIS IV processing speed) were within the borderline-low average range.    On the Wechsler Memory Scale (WMS IV) his Visual Working Memory (VWMI) was in the extremely low to borderline range (VWMI = 70, 2nd %ile), his delayed recall of word pairs was in the borderline range (WMS IV Paired Associates Delay = SS 8, 25th %ile ), his ability to store, manipulate, and ignore irrelevant or competing information was in the mildly impaired range  (Spatial Addition = SS 6, 9th%ile), and his ability to keep a mental image of a design in mind and to recall the relative spatial position of this information was in the moderately impaired range (Symbol Span SS = 4, 2nd%ile ).    Also of note, Mr. Barrett had a significant number of repetition errors indicating perseverative thinking (CVLT repetition errors = -1, mild impairment).  This same impairment of his ability to flexibly shift his thinking and acting was demonstrated across multiple tests of executive functioning, as described below.   Memory and learning is primarily mediated by the limbic system hippocampus, temporal cortex, prefrontal cortex and connecting systems among

17

these brain structures (Frontal-subcortical connecting system; Orbitofrontal Connecting System; Frontal-hippocampal Connecting System).

48.    Language:    Mr. Barrett's secondary language was evaluated using the Wide Range Achievement Test (WRAT3). This test measures academic achievement in three areas: Reading Word Recognition, Spelling, and Arithmetic Skills. Mr. Barrett's abilities on the WRAT3 placed him in the 25th percentile in reading recognition (high school equivalent), but in the 5th percentile (6th grade equivalent) in spelling, and the 7th percentile in arithmetic (7th grade equivalent).

49.    Executive Functioning:    As previously described, executive functioning is an umbrella construct, which encompasses abilities to think, reason, problem solve, make reasoned decisions, anticipate consequences of decisions and actions, and modify actions in response to information received from the environment. Executive functioning includes abilities to initiate, monitor and change actions depending on needs of the situation. Executive functioning also includes abilities to inhibit thinking and actions, understand and develop ways to accommodate complex situations, and inhibit thinking and actions as required by the situation. Executive functioning is mediated by the frontal cortex, predominantly by the prefrontal cortex, and through connections from the frontal cortex to all other brain regions. Intact executive functions are necessary for managing a wide range of experiences in daily living. Accommodating stressful situations, understanding complex constructs and situations, being able to plan and deliberate potential ways of solving a problem or situation, being able to describe why actions are selected or not selected for action, anticipating the consequences of those decisions, and changing decisions and actions based on understanding of the problem or situation are all examples of executive functioning abilities. Adequate executive functioning is demanded when a situation or problem is complex and/or stressful and requires the ability to understand, as well as to act thoughtfully. More specifically, executive functioning requires the individual to incorporate feedback concerning the effect of each piece of information and then consider how the new information affects subsequent actions or choices or requires the individual to modify his thinking and actions or change a course of action as needed by the problem or situation. The executive

18

functioning process is dynamic in that it requires continuous attention to, evaluation of, and incorporation of new information and inhibits thinking and actions as needed to solve the problem or situation (Delis, Kaplan & Kramer, 2001; Gioia, Isquith, Guy & Kenworthy, 1996/1998/2000). Mr. Barrett was significantly impaired across multiple tests of executive functioning, with his impairment ranging from mild to severe.

50. The frontal cortex is the largest brain structure in the human brain, comprising 20-25% of all brain tissue. The frontal cortex is divided into four regions--motor, mesial, dorsolateral and orbitofrontal. Each of these regions mediates executive functioning, but each of these regions also is predominantly responsible for different aspects of executive functioning. For example, the motor region primarily regulates motor coordination and integration and repetition of motor abilities. The mesial region primarily regulates emotion, motivation, drive, spontaneity, motor aspects of speech, and the ability to monitor actions. The dorsolateral lateral region primarily regulates organization, initiation, planning, flexible thinking, problem solving, the ability to categorize and organize information and memory, and—in combination with the mesial region— the ability to monitor and change actions. The orbitofrontal region primarily regulates judgment, insight into deficits, irritability and emotional lability, olfaction, disinhibition, and control of actions. The orbitofrontal region also plays a particularly interactive role with the limbic system, assessing and altering emotional responsivity and inhibition of thought and actions. Knowledge of executive functioning and the role of executive functioning has been known by neuroscientists for many years, since and prior to 1996 (Benson, 1996; Casey, 1997; Constantine, 2004; Frank, 2006; Hinson, 2003; Janowsky, 1989; Kritchevsky, 1989; Lyketsos, 2004; Nagahama, 2005).

51. Mr. Barrett's executive functioning was evaluated using tests that make up the Executive Functioning Test (EFT) (Trail Making Tests, Verbal Fluency Tests, Design Fluency Tests, Color-Word Interference Tests, Sorting Tests, Twenty Questions, and Tower Test), Wisconsin Card Sorting Test (WCST), and Short Category Test (SCT). Across EFT subtests, Mr. Barrett was able to accurately complete some tasks. He was, however, significantly impaired in his abilities on other tasks of executive functioning, with his impairment ranging from mild to

19

severe. A distinct pattern in the nature of Mr. Barrett's impairment on EFT measures was apparent.

52.     With the exception of his ability to complete the Twenty Questions subtest of the EFT, Mr. Barrett had some significant impairment on each of the EFT subtests.    Trail Making Test is a series of four individual tests which primarily evaluate visual-scanning, attention, motor and the ability to flexibly switch thinking and actions. Mr. Barrett's ability to quickly scan the task was moderately impaired (SS = 4); his ability to sequentially process numbers was in the borderline range (SS = 8); his ability to sequentially process letters was mildly impaired (SS = 7) and his ability to flexibly shift his thinking and actions was mildly impaired (SS = 7). Of particular note, Mr. Barrett made multiple errors of several types on Trail Making. He had a significant number of errors where he was not able to effectively scan information, focusing on the relevant and ignoring the irrelevant (Omission Errors = 13%th, mild impairment); he had a significant number of errors correctly moving information in the expected order (Sequencing Errors = 16th ile – below average); and he had a significant number of errors where he could not order numbers and letters of the alphabet while sequentially and flexibly switching from number to letter (Set Loss Errors = 22% - below average). Overall, the number of errors that Mr. Barrett had on Trail Making Tests was impaired (SS = 7, mild impairment).

53.     Verbal Fluency Tests evaluate the ability to initiate and report verbal information, and this was a relative strength for Mr. Barrett. He was successfully able to retrieve and report letters and words and he was able to switch his verbal descriptions (Letter Fluency SS = 8; Category Fluency = 10; Category Switching SS = 10). Mr. Barrett again, however, had a significant number of errors in this process (Switching Accuracy SS = 5, mild impairment; Percent Switching Accuracy SS = 4, moderate impairment).

54.     On tests which evaluate fluency of visual information, Mr. Barrett's abilities were similar to his fluency with verbal information. Design Fluency was a relative strength for him (Filled Stimuli SS = 12; Empty Stimuli SS = 10; Design Switching SS = 10). Mr. Barrett's accuracy in carrying out these tasks was, however, significantly impaired (Percent Switching Accuracy SS = 8, borderline impairment).

55.    A similar pattern of ability/disability was demonstrated on EFT tests of the ability to name colors and words and his ability to withhold the familiar while reporting the accurate but less familiar (Color-Word Interference Tests (Color Naming SS = 10, average range; Word naming = SS 7, mild impairment; Inhibition = SS = 9, average range; Inhibition Switching SS = 10, average range).   Again, despite his ability to simultaneously process this information was significantly impaired (Inhibition Errors = SS 6, mild impairment; Inhibition/Switching Errors SS = 7, mild impairment).

56.    On tests of concept formation and conceptual knowledge (Sorting Tests) Mr. Barrett was successfully able to develop concepts (Free Sorting SS = 8 and 9, below average - average range).   His ability to transfer his skills to understand and describe concepts presented to him, however, was significantly impaired (Recognition Description SS = 3, moderate-severe impairment).

57.    Mr. Barrett's ability to view a problem and, using his hands, to manipulate objects (Tower Test) was within the normal range (SS = 11, average range).   In the process, however, Mr. Barrett's ability to accomplish this task while inhibiting his thinking and action was severely impaired.   Mr. Barrett reports substantial work history as an automobile mechanic.   He reports with pride that he could approach a difficult automobile mechanical problem and fix it but he could not explain *how* he went about fixing the problem, *why* he did what he did to fix the problem, or to *replicate* the process at another time on another vehicle.   Completing the EFT Tower Test is somewhat similar to completing an automotive repair project.   Completion of the Tower Test has two simple rules…move one piece at a time and always put a small object on top of a larger object.   Mr. Barrett was not able to inhibit his responding and he broke the "rule" a significant number of times ((Move Accuracy Ratio SS = 3-severe, moderate impairment; Rule Violations SS = 7, mild impairment).   Persistent errors on tests of executive functioning, as well as on tests of memory and learning, represent significant perseverative thinking and acting (tendency to rigidly repeat the same thought and action even though the situation or problem has changed) and tendency towards confabulation (the recitation of inaccurate often absurd experiences to unknowingly fill in gaps of memory) for Mr. Barrett.

21

58.    The entire frontal cortex system is required to complete these tests on the EFT. The pattern of Mr. Barrett's success and failures across the tests, however, indicate that the greatest prefrontal cortex impairment for him is within the dorsolateral and orbitofrontal regions, with relative sparing of structures within the mesial prefrontal system.

59.    The Wisconsin Card Sorting Test (WCST) is one of the oldest, most researched, and most utilized tests of executive functioning available to neuropsychologists (Buros, 2009).  It requires the individual to place cards with different symbols, numbers of symbols printed in various colors in piles under four key cards according to a pattern that the individual must deduce from the examiner's feedback to the individual's decisions for placement of the cards.  Although the entire frontal cortex system is involved in successfully completing this test, current neuroimaging research demonstrates particular involvement of the dorsolateral prefrontal region (Nagahama, Okina, Suzuki, Nabatame & Matsuda, 2005).  Mr. Barrett's ability to complete the WCST is significantly impaired, with Mr. Barrett experiencing impairment on 67% of the WCST measures, with impairment severity ranging from mild to severe.  The total number of errors made by Mr. Barrett on the WCST places him equal to or below the 1st %ile. The number of perseverative errors made by Mr. Barrett was impaired (Perseverative Errors = 42nd%ile); and the number of nonperseverative errors was severely impaired $\leq 1^{st}$ %ile).

60.    One of several abilities measured by the WCS is the ability to develop a simple concept and then to carry out that simple concept.  Mr. Barrett experienced significant difficulty developing the concept required by this test (Conceptual Level Responses = $\leq 1^{st}$ %).  Of particular concern, Mr. Barrett frequently repeated out loud the "rule" he was using to solve this problem.  Nevertheless, he was unable to carry out the "rule" he had stated (Categories Completed = 0).  When impaired, his impairment was consistently in the severe range.  Current research demonstrates a significant relationship between ability/inability to grasp and to consistently carry out the demands of the WCST and daily functioning such as driving an automobile or successfully returning to work after a closed head trauma (Macklin, Horner, Harvey, & Stevens, 2005).

61.     Again, the WCS requires the entire prefrontal system to successfully complete. Dorsolateral and orbitolateral prefrontal regions are, however, primarily involved in completing this test (Nagahama, Okina, Suziki, Nambatome, & Matsuda, 2006).

62.     Category Test is another well-known and respected measure of functioning of the prefrontal cortex.  Category Test was developed by Halstead in 1979, and one of the first standardizations of the Category Test was in 1985 (Reitan & Wolfson,). The Short Category Test (SCT, 1989) is a current revision of the Category Test.  Using stimuli from the original Category Test, the SCT was developed as an instrument that could be more easily transported, more easily administered, and requires less time to accomplish the same goal.  SCT and Category Test are significantly related (discriminate validity = .93) and reliable (reliability co-efficient = .81).  SCT also has good sensitivity, correctly classifying 83% of individuals who do/do not experience brain damage.  This indicates that these two tests are measuring the same construct and same brain region.  Category Test and SCT are highly related (.93 to .80), providing confidence in substituting SCT for the longer, more demanding Category Test. (Buros, 2009).

63.     Similar to the WCST, the Category Test assesses an individual's ability to solve problems which require abstract concept formation, use abstract principles, and understand complex information.   Whereas neuroimaging has demonstrated the WCST to be primarily mediated by the dorsolateral region of the frontal cortex, the Category Test appears to be primarily mediated by the posterior frontal cortex, anterior parietal cortex, and connecting systems between these brain regions.

64.     Like his abilities on the WCST, Mr. Barrett's abilities on the SCT were also severely impaired.  SCT requires the individual to develop a concept to solve a problem, carry out the actions needed to accomplish the concept they developed, and flexibly change their thinking and acting in response to information that is actively provided to the individual by the neuropsychologist who is administering the test.  The test requires that the neuropsychologist to verbally respond to each choice as being "right" or "wrong" while the test is actively being taken.  The objective is for the individual to be able to develop a concept, try the concept out, and if their concept is accurate ("right") continue applying the concept, but if the concept is

23

6:09-cv-00105-RAW Document 376-1 Filed in ED/OK on 03/03/17 Page 43 of 88
Case 6:09-cv-00105-JHP Document 5-3 Filed 05/16/09 Page 72 of 153
Appellate Case: 12-7086 Document: 01019016694 Date Filed: 03/11/2013 Page: 1105

inaccurate ("wrong") to change the concept and try out a different concept. Out of 100 possible responses, Mr. Barrett was wrong 64% of the time, making 64 errors. The measured significant impairment on this test means that I had to say to Mr. Barrett 64 times that he was "wrong."

65. Mr. Barrett was not able to learn from the information he was being provided and his abilities on this test were severely impaired (T = <24, <1st%ile). Again, Mr. Barrett often stated the concept or "rule" he had developed, but then did not carry out that rule that he had just stated. The SCT assesses an individual's capacity for abstract reasoning and complex concept formation, as well as the individual's ability to flexibly change their thinking and actions considering information that they are provided. SCT is a measure of functioning of the entire prefrontal cortex system, evaluating abilities that are similar to those measured by the WCST.

66. In summary, Mr. Barrett's abilities and disabilities on neuropsychological testing portray the picture of an individual who, despite reasonably adequate general mental ability, nevertheless experiences significant brain damage and consequent brain dysfunction primarily of prefrontal and temporal cortices, which are necessary for the brain to effectively communicate information and function effectively. The nature and severity of brain dysfunction would negatively impact all aspects of Mr. Barrett's daily functioning, and would particularly impair his abilities to organize, think, reason, plan, anticipate consequences of actions, and change actions as needed based on information he receives from the environment. His disabilities would be further exacerbated under conditions of complexity and/or highly stressful situations.

67. I hold each one of the observations, findings, and conclusions I have reached above to a reasonable degree of scientific certainty and would have advised trial counsel and testified in accordance with them if called as a witness during Mr. Barrett's trial.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States and the State of California on March 5, 2009.

_Myla N. Young, Ph.D_
Myla H. Young, Ph.D.

24

Addendum A

Myla H. Young, Ph.D., ABN

MYLA H. YOUNG, Ph.D., ABPN
Diplomate - American Board of Professional Neuropsychology
PSY 11916

RESUME

*Office:*
1475 North Broadway # 335
Walnut Creek, CA 94596

*Mailing:*
1630 North Main Street #357
Walnut Creek, CA 94596

(925) 952-4350
925  945-8991 (FAX)
mylayoung@sbcglobal.net

**LICENSE-Psychology**

California        August, 1990        PSY 11916

**CERTIFICATION**

Board Certification in Neuropsychology - American Board of
    Professional Neuropsychology (ABPN)

Certification in Hare Psychopathy Checklist-#99-20
    Robert Hare, Ph.D.

**EDUCATION**

Ph.D.            Alliant International University
                 (Formerly California School of Professional
                 Psychology)
                     San Francisco, California
                     Doctor of Philosophy/Clinical Psychology
                     January, 1988

M.A.             Towson State University
                     Baltimore, Maryland
                     Master of Arts/Experimental Psychology
                     June, 1977

B.A.             University of Guam
                     Agana, Guam
                     Bachelor of Arts/Psychology
                     June, 1975

1

**POST-DOCTORAL FELLOWSHIP**

   University of California/San Francisco General Hospital
     San Francisco, California

          January 1988 – January 1990

**PRE-DOCTORAL INTERNSHIPS**

McAuley Neuropsychiatric Institute of St. Mary's Hospital
     San Francisco, California

         July 1985 - July 1987

Garfield Geropsychiatric Hospital
     Oakland, California

        October 1984 - July 1985

**PROFESSIONAL WORK EXPERIENCE - Current**

| | |
|---|---|
| Private<br>Practice | Neuropsychological Assessment<br>  Child, Adolescent and Adult<br>    Forensic, Medical, Psychiatric, Medico-<br>     Legal, Educational |
| | March 1992 – Present |
| Continuing<br>Education<br>Faculty | Alliant International University<br>Neuropsychological Evaluation of Criminal<br>    Offenders |
| | 2000 - Present |
| Continuing<br>Education<br>Faculty | University of California-Berkeley<br>Neuropsychological Evaluation of Criminal<br>  Offenders<br>Introduction to Neuropsychological<br>  Assessment |
| | 2005 – Present |

2

6:09-cv-00105-RAW Document 376.1 Filed in ED/OK on 03/03/17 Page 47 of 88
Case 6:09-cv-00105-JHP Document 5-3 Filed 05/16/09 Page 76 of 153
Appellate Case: 12-7086 Document: 01019016694 Date Filed: 03/11/2013 Page: 1109

**PROFESSIONAL WORK EXPERIENCE - Prior**

Senior              California Department of Mental Health
Supervising         Correctional Medical Facility
Psychologist        Vacaville, California

                    Psychology Consultant to Executive Director,
                      Medical Director and Program Directors
                     Principal Investigator for Research Project
                     Program Evaluation, Program Development,
                       Treatment Outcome Measurement
                     Director-American Psychological Association
                      (APA) Psychology Intern Training Program
                     Director-Psychology Fellowship Training
                       Program
                      Standards of Practice/Quality Assurance
                      -Psychology Service
                      Staff Selection/Evaluation - Psychology
                       Service
                      Clinical Supervision and Consultation -
                      Psychology Service

            Staff Psychologist — January 1990 — June 1995
            Program Consultant — June 1995 — January 2000
           Senior Psychologist — January 2000 — July 2005


Adjunct             Alliant University - Berkeley/Alameda
Faculty                 Instructor: Neuropsychological Assessment
                                    Cognitive Bases of Behavior

                    Dissertation Chairperson:
                            -Neuropsychological Assessment of
                                Psychotic and Non-Psychotic
                                Inmate/Patients
                            -Neuropsychiatric Description of
                                Children in Day Treatment
                            -HIV/AIDS-Affected Children:  A
                             Study Utilizing the Rorschach To
                                Identify Depression
                            -Self Mutilation:  Analysis of
                                a Psychiatric Forensic
                                Population
                             -Relationships of Rorschach and
                                MMPI2 to the PCL-R among
                                Mentally Ill Felons

3

6:09-cv-00105-RAW Document 376.1 Filed in ED/OK on 03/03/17 Page 48 of 88
Case 6:09-cv-00105-JHP Document 5-3 Filed 05/16/09 Page 77 of 153
Appellate Case: 12-7086    Document: 01019016694    Date Filed: 03/11/2013    Page: 1110

```
                        Dissertation Committee:
                           -Development of Special
                              Aggression Content Scales for
                              Rorschach Test Administration
                              within a Prison Population
                           -Neuropsychological and Cognitive
                              Correlates of Academic
                              Achievement in a Child
                              Psychiatric Sample
                           -Emotional Descriptors of
                              Adolescents Who Have
                              Committed Homicide
                           -Rorschach Responses/Piagetian
                              Cognitive Development in Eight
                              to Twelve Year Old Children
                           -Understanding Malingering:
                              Theory and Treatment

                        1990 - 2005
```

| | |
|---|---|
| Training, Assessment, Consultation | Oaks Children's Center San Francisco, California Training and Supervision of Pre-Doctoral Psychology Intern Seminars in Neuropsychological and Personality Assessment of Children 1992 - 1995 |
| Training, Assessment, Consultation | McAuley Institute of St. Mary's Hospital San Francisco, California Training and Supervision of Pre/Post-Doctoral Psychology Interns/Fellows Seminars in Neuropsychological Assessment Of Children, Adolescents, Adults |

```
                        1992 - 1995
```

| | |
|---|---|
| Research Training | University of California-San Francisco NIDA Research Grant:  Longitudinal Study of HIV Related Cognitive Impairment in Groups of Gay Men and IV Drug Users |

```
                        1988 - 1990
```

4

6:09-cv-00105-RAW    Document 376.1    Filed in ED/OK on 03/03/17    Page 49 of 88
Case 6:09-cv-00105-JHP    Document 5-3    Filed 05/16/09    Page 78 of 153
Appellate Case: 12-7086    Document: 01019016694    Date Filed: 03/11/2013    Page: 1111

```
Child &          Florida United Methodist Children's Home
Family             Enterprise, Florida
Counselor        Child & Family Counselor at a Residential
                   Treatment Facility for Children/Adolescents
                 Individual and Group Counseling
                 Parent Education
                 Court Liaison
                 Consultation to Residential Group Home
                 Consultation to Children in Foster Care

                     1978 - 1980

Adjunct          University of Central Florida
Faculty          Valencia Community College
                 Seminole Community College
                 Lake-Sumter Community College
                  Orlando, Florida
                     General Psychology
                     Developmental Psychology
                     Child & Adolescent Psychology
                     Research Methods
                     Learning Theory and Animal Behavioral
                       Training Laboratory

                     1980 - 1984
```

**RESEARCH EXPERIENCE**

```
Principal        California Department of Mental Health
Investigator       Correctional Medical Facility-Vacaville
                   Prospective description of demographic,
                   neuropsychological and emotional
                   functioning in psychiatrically hospitalized
                   males

                 1994 - 2005 (Project Completed)

Principal        California Department of Mental Health
Investigator       Correctional Medical Facility-Vacaville
                       Multimethod description of inmates
                       referred for psychiatric treatment from
                       Pelican Bay State Prison

                 1994 - 1997 (Project Completed)
```

5

| | |
|---|---|
| Principal Investigator | California Department of Mental Health Correctional Medical Facility-Vacaville Development and Evaluation of a Behavioral Milieu Program in a Forensic Psychiatric Treatment Program<br><br>1990 – 1993 (Project Completed) |
| Participant | Spine Institute of San Francisco – Medtronic Spinal Cord Stimulator Project Principal Investigator: J. Schofferman, M.D.<br><br>1996 – 1998 (Project Completed) |
| Post Doctoral Research Assistant | University of California-San Francisco Psychiatric Aspects of AIDS Dementia in Gay Men and IV Drug Abusers Principal Investigators: Alicia Boccellari, Ph.D. J. Dilley, M.D.<br><br>1988 – 1990 (Project Completed) |
| Post Doctoral Research Assistant | McAuley Neuropsychiatric Institute of St. Mary's Hospital Longitudinal Study of Infant Attachment Principal Investigators: H. Massey, M.D. J. Afterman, M.D.<br><br>1988 –1990 (Project Completed) |
| Doctoral Dissertation | Neuropsychological and Piagetian Cognitive Development:  A comparison of children's responses to the Luria-Nebraska Neuropsychological Battery-Children's Revision, Piagetian Tasks, and the WISC-R |
| Master's Thesis | Piagetian Moral Development:  A comparison of children's responses to Piagetian Moral Intentionally stories presented in both verbal and videotaped versions |
| Graduate Research Assistant | Towson State University Piagetian Cognitive Development Behavioral Treatment |

6

**PROFESSIONAL PRESENTATIONS**

Contra Costa Department of Defense Seminar Martinez,
        California.  *When juvenile offenders become adult
        offenders:  A prospective look* (July, 2006)

California Psychological Association Conference San Jose,
        California. *The sexual offender in prison psychiatric
        treatment: A multimethod description* (April, 2003)

Forensic Mental Health Association of California Conference
        Asilomar, California. *The sexual offender in prison
        psychiatric treatment: A multimethod description*
        (March, 2003)

International Organization of Psychophysiology Montreal,
        Canada  *Profiles of Violent Mentally Ill Incarcerated
        Males: Neuropsychology and Psychophysiology* (August,
        2002)

California Psychological Association Conference Pasadena,
        California *Research in Prison Psychiatric Treatment*
        (May, 2002)

American Correctional Health Services Association
        Conference Costa Mesa, California *Profiles in Violence*
        (September, 2001)

Forensic Mental Health Association of California Conference
        Asilomar, California *Profiles in Violence* (March,
        2001)

Behavioral Health Institute Conference – Los Angeles, CA.
        *Latinos is Forensic Psychiatric Treatment* (September,
        2000)

Forensic Social Work Conference – Palm Springs, California
        *The Violent Psychopath in Treatment* (May, 2000)

Forensic Mental Health Association of California Conference
        Asilomar, California *Danger to Self and Danger to
        Others:  A description of Inmates Who Harm Themselves
        or Harm Others* (March, 2000)

California Psychological Association Conference, San Jose,
        California
        *Neuropsychological and Psychological Evaluations in
        A Forensic Psychiatric Setting* (March, 2000)

7

Forensic Mental Health Association of California Conference Asilomar, California  *The Violent Psychopath in Psychiatric Treatment* (March, 1999)

Patton State Hospital Mental Health Conference, Patton, California *The Violent Psychopath in Psychiatric Treatment* (September, 1999)

Patton State Hospital Mental Health Conference, Patton, California *Psychopathy in a Forensic Psychiatric Population*(September, 1998)

Forensic Mental Health Association of California Conference Asilomar, California *A Multimethod Approach to Understanding Psychopathy* (March, 1998)

Patton State Hospital Mental Health Conference, Patton, California *Violence in the Community and Assaut in Prison:  A Multimethod Approach*(September, 1997)

Forensic Mental Health Association of California Conference Asilomar, California *Patterns of Violence: Demographic, neurocognitive, diagnostic, and emotional descriptions of inmates with high and low violence histories.* (April, 1997)

California Department of Corrections-Pelican Bay-Pelican Bay, California *Description of Inmate/Patient Populations Demographic, Cognitive, Neuropsychological, and Psychological Correlates with Violence* (July, 1996)

California Department of Corrections-Preston School for Boys – Ione, California *Demographic, Cognitive, Neuropsychological, and Psychological Correlates with Age of Offense* (July, 1996)

California Department of Corrections-Director's Cabinet Meeting – Sacramento, California *Description of Inmate/Patient Population* (July, 1996)

California Department of Corrections-Northern Regional Warden's Meeting – Folsom State Prison *Description of Inmate/Patient Population* (July, 1996)

8

California Department of Corrections-Warden's Meeting – CMF
Vacaville, California *Description of Inmate/Patient
Population* (June, 1996)

Patton State Hospital Forensic Mental Health Conference.
*Development of a Forensic Psychiatric Treatment
Program Based on Empirical Description of the
Population* (October, 1995)

Patton State Hospital Forensic Mental Health Conference.
*Opening Address – The Changing Face of Forensic Mental
Health:  The Challenge Described* (October, 1994)

**PUBLICATIONS**

Young, M. H., Justice, J., & Erdberg, P. (2008). *The
Rorschach Test in a prison population.* (Manuscript in
press).

Young, M. H., Justice, J., & Erdberg P. (2008). *Sex
offenders in prison psychiatric treatment: A
biopsychosocial description.*  International Journal of
Offender Therapy and Comparative Criminology. (in
press).

Young, M. H., Justice J., & Erdberg, P. (2007). *A
comparison of rape and molest offenders in prison
psychiatric treatment.* (Manuscript in review).

Schofferman, J. & Young, M. H.  (2007).  *Previously
unrecognized cognitive and psychological disorders in
patients with chronic neck pain due to whiplash and
other forms of cervical trauma.* Pain Medicine,
(Manuscript in revision).

Young, M. H.,Justice, J., & Erdberg, P. (2006).  Risk of
harm:  Inmates who harm themselves while in prison
psychiatric treatment.  *Journal of Forensic Sciences,
51*(1), 154-162.

Young, M. H., & Justice, J. (2003). Risk Factors for
assault while in Prison Psychiatric Treatment. *Journal
of Forensic Sciences, 49*(1), 141-149.

Justice, J. & Young, M. H. (2002).  *Managing violence in a
Supermax facility:  A discussion of research findings
and their application to reducing violence in supermax*

9

*institutions and beyond.* In D. Neal (ed.) Supermax Prisons (pp. 99 - 118). Lanham, MD. American Correctional Association.

Young, M. H., Siemsen, R., & Roman, T. (2000). Neuro-psychological and personality assessment in a forensic psychiatric setting. *California Psychological Association Convention Abstracts.*

Young, M.H., Justice, J., & Erdberg, P. (2000). A multi-method description of psychopathy among forensic psychiatric inmates. In C. Gacono(Ed.) *The Clinical Forensic Assessment of Psychopathy: A Practitioner's Guide* (pp. 313-332). Mahwah, New Jersey, Erlbaum.

Young, M.H., Justice, J., & Erdberg, P. (1999). Risk factors for violence among incarcerated male psychiatric patients: A multimethod approach. *Assessment, 6,* 243-258.

Young, M. H. & Justice, J. (1997). Neuropsychological functioning of inmates referred for psychiatric treatment. *Archives of Clinical Neuropsychology, 13,* 303 - 318.

Dilley, J., Boccellari, A., Davis, A., Young, M., & Bacchetti, P. (1989). Relationships between neuro-psychological and immune variables in HIV positive asymptomatic men. *IV International Conference on AIDS. Montreal, Canada.*

Dilley, J., Boccellari, A., Davis, A., Young, M. & Bacchetti, P. (1989). Relationships between neuro-psychological and immune variables in HIV positive asymptomatic men. *Abstract and oral presentation. American Psychiatric Association, May 11, 1989. San Francisco, CA.*

Young, M.H. (1977). Visual Modality as a Preferred Mode presentation for Piagetian Moral Intentionally. *Monographs of Lida Lee Tall Learning Research Center.* Towson State University

10

## PROFESSIONAL AWARDS

University of Guam                    Graduation – Magna Cum Laude
                                        June, 1975

Towson State                         Graduation – Magna Cum Laude
University                             June, 1978


California School of                 Superior Accomplishment Award
Professional Psychology               Dissertation
                                      June, 1988

State of California                  Superior Accomplishment Award

Department of Mental Health          Exceptional Job Performance
Correctional Medical                 April, 1993
Facility

State of California                  Superior Accomplishment Award
Department of Mental Health           Exceptional Job Performance
Correctional Medical                  April, 1995

State of California                  Outstanding Accomplishment
Award
Department of Mental Health             Exceptional Job Performance
Correctional Medical                    September, 1999
Facility


## PROFESSIONAL ASSOCIATIONS

-American Board of Professional Neuropsychology (ABPN)
-American Psychological Association (APA)
    Division 40:  Clinical Neuropsychology
    Division 42:  Forensic Psychology
-California Psychological Association (CPA)
-National Academy of Neuropsychology (NAN)
-International Neuropsychological Society (INS)
-Society for Personality Assessment (SPA)


April, 2008


11

**SCORE SUMMARY SHEET**

NAME: Kenneth Barrett
DOB: 29 June 1961
DOE: 09 February 2009 and 10 February 2009

## INTELLECTUAL FUNCTIONING

**Wechsler Adult Intelligence Scale—~~Third~~ Fourth Edition (WAIS-IV)**

**Verbal**

| | | |
|---|---|---|
| Vocabulary | 08 | ( 25 %ile) |
| Similarities | 69 | (37 %ile) |
| Arithmetic | 07 | (16 %ile) |
| Digit Span | 07 | ( 16 %ile) |
| # digits forward | 6 | |
| # digits backward | 3 | |
| # digits arranged | 5 | |
| Information | 10 | ( 50 %ile) |
| Comprehen | | ( %ile) |
| L-N Sequen | 08 | (25 %ile) |

**Performance**

| | | |
|---|---|---|
| Picture Completion | | ( %ile) |
| Coding | # 04 | (2nd %ile) |
| Block Design | 10 | (50 %ile) |
| Matrix Reasoning | 07 | (16th %ile) |
| Picture Arrange | | ( %ile) |
| Figure Weights | | ( %ile) |
| Symbol Search | # 03 | (01st %ile) |
| Visual Puzzles | 09 | (37th %ile) |

95% conf. interval

**Full Scale IQ**        * 82  (12 %ile)  78–86  Low Average

| | | | |
|---|---|---|---|
| Verbal Comprehension | 95 | (37 %ile) | 90–107 Average |
| Perceptual Organization | 92 | (30 %ile) | 86–99 Average |
| Working Memory Index | 83 | (13 %ile) | 77–91 Low Average |
| Processing Speed | * 65 | (01 %ile) | 60–77 Extremely low |

## ATTENTION/CONCENTRATION

### ENCODING

| | | | |
|---|---|---|---|
| **\*WAIS Digit Span forwards** | longest = | 6 | ( %ile) |
| **\*WAIS L-N Sequence** | | 4 | Z Score |
| **\*CVLT Trial 1** | words | 7 | ( 0 %ile) |
| **\*CVLT List B** | words | 3 | (1.5 %ile) * |
| **\*WMS LM Story A** | /25 | | |
| **\*WMS LM Story B 1st** | /25 | > see output SS 13 84th %ile | |
| **\*Sentence Repetition** | | | ( %ile) |
| **\*WMS Faces** | /48 | | ( %ile) |

ADULT SCORE SHEET
Page 2 of 6

<u>FOCUS-EXECUTE</u>                                                                       SC

   **\*WAIS Coding**                         D-KEFS              04   (2nd %ile)
   **\*WAIS Symbol Search**                                     03   (1st %ile)
   \*Trails A _____ seconds. Visual Scanning                  04   (   %ile)
   Letter Sequencing           D-KEFS                           07

<u>SHIFTING</u>          Conceptual level Rs 03%               < 1st %ile T-Score of 20

   \*WCST Perseverative Errors 11%                             68th %ile T-Score of 52
   \*Trails B _____ seconds                                  _____ (   %ile)


<u>SUSTAINING</u>

   **\*CPT**
   **\*WCST** set losses                                         0    (>16 %ile)


**EXECUTIVE FUNCTIONS**

<u>PLANNING</u>  See D-KEFS output

| \*Tower of London | SS | Percentile Rank |
|---|---|---|
| Total Move Score | _____ | (   %ile) |
| Total Correct Score | _____ | (   %ile) |
| Total Rule Violation | _____ | (   %ile) |
| Total Time Violation | _____ | (   %ile) |
| Total Initiation Time | _____ | (   %ile) |
| Total Execution Time | _____ | (   %ile) |
| Total Problem-Solving Time | _____ | (   %ile) |

<u>INHIBITION</u>   See D-KEFS output.
           Where inhibition + switching are deficits
   **\*CPT**
   **\*Stroop**                                                  _____ (   %ile)
        Word _____
        Color _____
        CW _____
   Interference _____

<u>SHIFTING</u>

   **\*WCST** conceptualization and perseveration scores

Short Category Test (SCT)   Raw Score   T-Score   %ile
                              64          < 24      < 1st

ADULT SCORE SHEET
Page 3 of 6

## IDEA GENERATION

55
08

**\*Verbal Fluency** *letter fluency d-KEFS*

    F (   ) A (   ) S (   ) = _____    _____    (     %ile)

    Animals       = _____    _____    (     %ile)

**\*D-KEFS**

    Category Fluency    55

    Category Switch    10 / 10

    Switch Accuracy    05

**\*Ruff Figural Fluency**    _____    (     %ile)

    Designs _____

    PSV    _____

**\*Design Fluency (D-KEFS)**

    Filled Dots    12

    Empty Dots    10

    Switch    10

## WORKING MEMORY    *PASAT discontinued b/c of problems comprehending instructions*

**\*WAIS Digit Span** backward longest: _____    _3_    (     %ile)

**\*WAIS Arithmetic**    _____    (     %ile)

**\*WAIS Arithmetic** Addend.    (     %ile)

*Visual working memory Index on WMS-IV SS70  2nd %ile*

## MEMORY AND LEARNING

**\*CVLT**

**\*Rey Osterrieth Complex Figure and Recognition**    *<1st*

    Copy    _29_ /36    _____    (~~40~~%ile) *Time to copy*

    Immediate Recall    _21_ /36    T51    (54 %ile) *273" >16th*

    Delayed Recall    _26_ /36    T62    (88 %ile)

    Percent retained: _____

    Recognition    _21_    /24    T51    (54 %ile)

    False Positives    _0_    /12    _____    (     %ile)

    False Negatives    _3_    /12    _____    (     %ile)

**\*Wechsler Memory Scales**

    **Logical Memory I**    _____    (84th %ile)

        Story A    _____ /25

        Story B1    _____ /25    *> degradat.*

        Story B2    _____ /25

    **Logical Memory II**    _____    (37 %ile)

ADULT SCORE SHEET
Page 4 of 6

Story A _____ /25
Story B _____ /25
**LM Recognition**                                           (    %ile)
Story A _____ /15 (___ false +; ___ false -) ⟩ 26/30    ⟩75th percentile
Story B _____ /15 (___ false +; ___ false -)
~~Faces Immediate~~          /48         _____         (    %ile)
~~Faces Delayed~~            /48         _____         (    %ile)
VPA II recognition                                      10-16th percentile

## LANGUAGE

## COMPREHENSION

## REPETITION

## PHONOLOGICAL AWARENESSS
errors on WRAT Spelling phonetically correct

## NAMING

*Boston Naming Test     _____         (    %ile)
*Verbal Fluency
    F (  )+A(  )+S(  ) = _____  _____   (    %ile)
    Animals              _____  _____   (    %ile)

## SENSORIMOTOR  fingertip # writing 10 errors on Rt. hand reported *

*Benton Finger Localization (pref'd)  ____  _____   (    %ile)
*Benton Finger Localization (nonpref'd) ____  _____  (    %ile)

*Grooved Pegboard
    Right _____ sec        _____       (    %ile)
    Left  _____ sec        _____       (    %ile)

*Fingertapper
    Right _____            _____       (    %ile)
    Left  _____            _____       (    %ile)

*Hand Dynamometer
    Right ____ ____ M ____ _____         (    %ile)
    Left  ____ ____ M ____ _____         (    %ile)

# Finger tip # writing reported as impaired in Dr. Young's
declaration - no data available for review + peripheral injury
status unknown

ADULT SCORE SHEET
Page 5 of 6

## VISUAL SPATIAL/VISUAL PERCEPTUAL

| | | |
|---|---|---|
| *Benton JOLO | ____ | ( ___ %ile) |
| *WAIS Block Design | 10 | (50 %ile) |
| *WAIS Object Assembly | ____ | ( ___ %ile) |
| *WAIS Matrix Reasoning | 07 | ( ___ %ile) |
| *Rey Osterrieth copy 29 /36 | ____ | (≤10 %ile) |

## ACHIEVEMENT

WRAT 3
~~WIAT~~ (see score summary sheets)

| Composites | SS | Percentile Rank |
|---|---|---|
| *Reading | 90 | 25th |
| *Mathematics | 87 | 19th |
| *~~Written Language~~ Spelling | 76 | 5th |
| *Oral Language | ____ | ____ |

## PERSONALITY/SOCIAL/EMOTIONAL n/a

PAI  (see scale and subscale sheets)

ICN =
INF =
NIM =
PIM =
SOM =
ANX =
ARD =
DEP =
MAN =
PAR =
SCZ =
BOR =
ANT =
ALC =
DRG =
AGG =
SUI =
STR =
NON =
RXR =
DOM =

ADULT SCORE SHEET
Page 6 of 6

WRM =

ASSESSMENT OF MALINGERING:   no evidence for feigned cognitive impairment or poor effort on either Bisnio or Young's data

RDS :   ϕ

RMI RCFT :   ϕ

RMI LM :   ϕ   26/30

CT :

VDS Vocabulary versus Digit Span :   ϕ

CVLT :   ϕ

WCST :   ϕ FTMS or 0 responses

Tomm   Trial 1: 49
        Trial 2: 50

Client: Kenneth Barrett
Client ID:

Test Date: 02/11/2009
Page 2 of 4

## Test Results

| WCST scores | Raw scores | Age & Education Demographically Corrected | | | U.S. Census Age-matched | | |
|---|---|---|---|---|---|---|---|
| | | Standard scores | T scores | %iles | Standard scores | T scores | %iles |
| Trials Administered | 128 | | | | | | |
| Total Correct | 33 | | | | | | |
| | | | | | | | |
| Total Errors | 95 | < 55 | < 20 | < 1% | < 55 | < 20 | < 1% |
| % Errors | 74% | 56 | 21 | < 1% | < 55 | < 20 | < 1% |
| | | | | | | | |
| Perseverative Responses | 14 | 100 | 50 | 50% | 96 | 47 | 39% |
| % Perseverative Responses | 11% | 107 | 55 | 68% | 99 | 49 | 47% |
| | | | | | | | |
| Perseverative Errors | 14 | 97 | 48 | 42% | 95 | 47 | 37% |
| % Perseverative Errors | 11% | 103 | 52 | 58% | 98 | 49 | 45% |
| | | | | | | | |
| Nonperseverative Errors | 81 | < 55 | < 20 | < 1% | < 55 | < 20 | < 1% |
| % Nonperseverative Errors | 63% | < 55 | < 20 | < 1% | < 55 | < 20 | < 1% |
| | | | | | | | |
| Conceptual Level Responses | 4 | | | | | | |
| % Conceptual Level Responses | 3% | 55 | 20 | < 1% | < 55 | < 20 | < 1% |
| | | | | | | | |
| Categories Completed | 0 | | | ≤ 1 | | | ≤ 1 |
| Trials to Complete 1st Category | 129 | | | 2 - 5% | | | 2 - 5% |
| Failure to Maintain Set | 0 | | | > 16% | | | > 16% |
| Learning to Learn | N/A | | | | | | |



# Wide Range Achievement Test Revision 3 (WRAT3)
## Summary Report

by

Gary S. Wilkinson, PhD, and PAR Staff

### General Information

| | | | |
|---|---|---|---|
| Client Name | : Kenneth Barrett | Age | : 47-07 |
| ID Number | : | Gender | : Male |
| Referred By | : | Education | : 9 |
| School | : | Test Date | : 02/10/09 |
| Prepared For | : Myla H Young Ph.D. | Birth Date | : 06/29/61 |

## Tan Test Results

| | Raw Score | Standard Score | Percentile | Grade Score | Absolute Score |
|---|---|---|---|---|---|
| Reading | | | | | |
| Spelling | | | | | |
| Arithmetic | | | | | |

## Blue Test Results

| | Raw Score | Standard Score | Percentile | Grade Score | Absolute Score |
|---|---|---|---|---|---|
| Reading | 44 | 90 | 25 | High School | 517 |
| Spelling | 32 | (76) | (5) | 6 | 506 |
| Arithmetic | 37 | 87 | 19 | 7 | 513 |

*(handwritten note: phonetically correct even when misspelled)*

## Combined Test Results

| | Raw Score | Standard Score | Percentile | Grade Score | Absolute Score |
|---|---|---|---|---|---|
| Reading | | | | | |
| Spelling | | | | | |
| Arithmetic | | | | | |

WRAT3 Copyright © 1993 by Wide Range, Inc.
WRAT3 Scoring Program Copyright © 1996 by PAR, Inc.
All rights are reserved.



**CVLT-II**
**Comprehensive Scoring System**

Standard Form - Core Report

Name : Kenneth Barrett

Test Date :    2/9/2009

## Level of Recall

### Level of Immediate Recall

| | Raw | Standard Score |
|---|---|---|
| Trial 1 | 7 | 0 |
| Trial 5 | 12 | 0.5 |
| Trials 1-5 Total | 49 | 55 (T-Score) |
| Trial B | 3 | (-1.5) |

### Level of Delayed Recall

| | Raw | Standard Score |
|---|---|---|
| Short Delay Free Recall | 11.0 | 0.5 |
| Short Delay Cued Recall | 14.0 | 1.5 |
| Long Delay Free Recall | 12.0 | 1 |
| Long Delay Cued Recall | 14.0 | 1 |

## Learning Characteristics, Trials 1-5 Total

| | Raw | Standard Score |
|---|---|---|
| Semantic Clustering (Chance Adjusted) | 3 | (2.5) |
| Serial Clustering Bidirectional (Chance Adjusted) | 0.5 | 0 |
| Subjective Clustering Bidirectional (Chance Adjusted) | 0.7 | 0 |
| % Recall from Primacy | 31% | 0 |
| % Recall from Middle | 47% | 0.5 |
| % Recall from Recency | 22% | (-1) |
| Total Learning Slope Trials 1-5 | 1.5 | 0.5 |
| Across-Trial Recall Consistency | 78 | 0 |

02/16/2009

Page 2 of 4



**CVLT-II**
**Comprehensive Scoring System**

**Standard Form - Core Report**

Name : Kenneth Barrett

Test Date :     2/9/2009

## Recall Contrast Measures*

| | | Percent Change | Z-Score Difference |
|---|---|---|---|
| *Proactive Interference* | | | |
| List B vs. Trial 1 | | -57.1% | -1.5 |
| *Short-Delay Retention/Retroactive Interference* | | | |
| Short Delay Free Recall vs. Trial 5 | | -8.3% | 0 |
| *Long-Delay Retention* | | | |
| Long Delay Free Recall vs. Short Delay Free Recall | | 9.1% | 0.5 |

*\* Norms derived from Z-Scores differences.*

## Recall Errors

| | Raw | Standard Score |
|---|---|---|
| Total Repetitions (All Recall Trials) | 1 | -1 |
| Total Intrusions (All Recall Trials, All Types) | 3 | 0 |
| Total Recall Discriminability (List A, All Trials vs. Total Intrusions) | 2.2 | 0.5 |

## Delayed Recognition Trials

| | Yes/No Recognition | | | Forced Choice Recognition | | |
|---|---|---|---|---|---|---|
| | Raw | Standard Score | | Raw | Age Group Freq. % with this score | Cum. % w/better score |
| Total Hits | 15 | 0.5 | % Total Accuracy (Hits [16]/16)*100 | 100 | 94.7% | 0.0% |
| Total False Positives | 2 | 0 | | | | |
| Total Recognition Discriminability (d') (Hits vs. Total False Positives) | 3.1 | 0.5 | | | | |
| Total Response Bias (C)* * positive raw scores are in 'NO' response-bias direction, negative raw scores are in the 'YES' response-bias direction. | 0 | -0.5 | | | | |

*embedded effort (handwritten annotation)

02/16/2009

Page 3 of 4



CVLT-II
Comprehensive Scoring System

Standard Form - Core Report

Name : Kenneth Barrett

Test Date :    2/9/2009

### Recall/Recognition Contrast Measures*

| | Percent Change | Z-Score Difference |
|---|---|---|
| Total Recognition Discriminability vs. Long Delay Free Recall* | — | -0.5 |

*\* Norms derived from Z-Scores differences.*

### Raw Score Graph—Correct, Instrusions, Hits, and False Positives





## Score Report

Name: Kenneth Barrett

Test Date: 2/9/2009

### Trail Making Test

| | Raw Score | Scaled Score |
|---|---|---|
| **Primary Measure: Completion Times** | | |
| Condition 1: Visual Scanning | 38 | (4) |
| Condition 2: Number Sequencing | 40 | 8 |
| Condition 3: Letter Sequencing | 43 | (7) |
| Condition 4: Number-Letter Switching | 96 | 9 |
| Condition 5: Motor Speed | | |

| | Sum of Scaled Scores | Composite Scaled Score |
|---|---|---|
| **Primary Combined Measure: Completion Times** | | |
| Combined Number + Letter Sequencing | 15 | (8) |

| | Scaled Score Difference | Contrast Scaled Score* |
|---|---|---|
| **Primary Contrast Measures: Completion Times** | | |
| Switching vs Visual Scanning | 5 | 14 |
| Switching vs Number Sequencing | 1 | 11 |
| Switching vs Letter Sequencing | 2 | 12 |
| Switching vs Combined Number + Letter Sequencing | 1 | 11 |
| Switching vs Motor Speed | | |

*A low or high contrast scaled score may reflect different cognitive problems; see examiner's manual.



Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company. All rights reserved. Printed in the United States of America.

Page 2 of 12



DELIS · KAPLAN
D·K
Executive Function System

**Score Report**

Name: Kenneth Barrett

Test Date: 2/9/2009

**Trail Making Test (cont.)**

|  | Raw Score | Cumulative %ile Rank |
|---|---|---|
| **Optional Measures: Error Analysis** | | |
| Omission Errors: Condition 1 (Visual Scanning) | 1 | 13 |
| Commission Errors: Condition 1 (Visual Scanning) | 0 | 100 |
| Sequencing Errors: Condition 2 (Number Sequencing) | 0 | 100 |
| Sequencing Errors: Condition 3 (Letter Sequencing) | 1 | (10) |
| Sequencing Errors: Condition 4 (Number-Letter Switching) | 2 | 16 |
| Set-Loss Errors Condition 2 (Number Sequencing) | 0 | 100 |
| Set-Loss Errors Condition 3 (Letter Sequencing) | 0 | 100 |
| Set-Loss Errors Condition 4 (Number-Letter Switching) | 1 | 22 |
| Time Discontinue Errors: Condition 2 (Number Sequencing) | 0 | 100 |
| Time Discontinue Errors: Condition 3 (Letter Sequencing) | 0 | 100 |
| Time Discontinue Errors: Condition 4 (Number-Letter Switching) | 0 | 100 |
| Time Discontinue Errors: Condition 5 (Motor Speed) | | |
| All Error Types: Condition 4 (Number-Letter Switching) | 3 | (7*) |

*Scaled Score.

THE PSYCHOLOGICAL CORPORATION
A Harcourt Assessment Company

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.



# Score Report

Name: Kenneth Barrett

Test Date: 2/9/2009

## Verbal Fluency Test: Standard Form

| Primary Measures | Raw Score | Scaled Score |
|---|---|---|
| Letter Fluency: Total Correct | 32 | 8 |
| Category Fluency: Total Correct | 39 | 10 |
| Category Switching: Total Correct Responses | 14 | 10 |
| Category Switching: Total Switching Accuracy | 7 | 5 |

| Primary Contrast Measures | Scaled Score Difference | Contrast Scaled Score* |
|---|---|---|
| Letter Fluency vs. Category Fluency | -2 | 8 |
| Category Switching vs. Category Fluency | 0 | 10 |

*A low or a high contrast scaled score may reflect different cognitive problems; see examiner's manual.

| Optional Measures: Conditions 1-3 Combined | Letter Fluency Raw Score | Category Fluency Raw Score | Category Switching Raw Score | Total Raw Score | Scaled Score |
|---|---|---|---|---|---|
| First Interval: Total Correct | 14 | 10 | 2 | 26 | 5 |
| Second Interval: Total Correct | 7 | 13 | 4 | 24 | 10 |
| Third Interval: Total Correct | 8 | 8 | 6 | 22 | 13 |
| Fourth Interval: Total Correct | 3 | 8 | 2 | 13 | 8 |
| Set-Loss Errors | 1 | 0 | 0 | 1 | 11 |
| Repetition Errors | 0 | 2 | 0 | 2 | 10 |
| Total Responses (Correct + Incorrect)* | 33 | 41 | 14 | 88 | — |

*Note: Some Repetition Errors are coded also as Set-Loss Errors; each double-coded error counts as only one response for the Total Responses Measure.

| | Percent Raw Score | Scaled Score |
|---|---|---|
| Percent Set-Loss Errors | 1.1 | 11 |
| Percent Repetition Errors | 2.3 | 10 |
| Category Switching: Percent Switching Accuracy | 57 | 4 |



A Harcourt Assessment Company

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company. All rights reserved. Printed in the United States of America.



**DELIS · KAPLAN**
**D·K**
*Executive Function System*

**Score Report**

Name: Kenneth Barrett

Test Date: 2/9/2009

**Design Fluency Test**

| | Raw Score | Scaled Score |
|---|---|---|
| **Primary Measures** | | |
| Condition 1 Filled Dots: Total Correct | 12 | 12 |
| Condition 2 Empty Dots Only: Total Correct | 11 | 10 |
| Condition 3 Switching: Total Correct | 7 | 10 |
| | **Sum of Scaled Scores** | **Composite Scaled Score** |
| Design Fluency Total Correct: | 32 | 11 |

| | Sum of Scaled Scores | Composite Scaled Score |
|---|---|---|
| **Primary Combined Filled + Empty Dots Measure** | | |
| Combined Filled + Empty Dots: Total Correct | 22 | 11 |

| | Scaled Score Difference | Contrast Scaled Score* |
|---|---|---|
| **Primary Contrast Measure** | | |
| Switching vs Combined Filled + Empty Dots | -1 | 9 |

*A low or a high contrast scaled score may reflect different cognitive problems; see examiner's manual.

| | Condition 1 Filled Dots | Condition 2 Empty Dots Only | Condition 3 Switching | Total Raw Score | Total Scaled Score |
|---|---|---|---|---|---|
| **Optional Measures** | | | | | |
| Total Set-Loss Designs | 0 | 1 | 2 | 3 | 10 |
| Total Repeated Designs | 1 | 3 | 0 | 4 | 11 |
| Total Attempted Designs* | 13 | 15 | 9 | 37 | 12 |

*Note: Some Repetition Errors are coded also as Set-Loss Errors; each double-coded error counts as only one response for the Total Attempted Design Measure.

| | Percent Raw Score | Scaled Score |
|---|---|---|
| Percent Design Accuracy | 81 | 8 |



**THE PSYCHOLOGICAL CORPORATION**
A Harcourt Assessment Company

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company. All rights reserved. Printed in the United States of America.

Page 5 of 12



**Score Report**

Name: Kenneth Barrett

Test Date: 2/9/2009

## Color-Word Interference Test

| | Raw Score | Scaled Score |
|---|---|---|
| **Primary Measures: Completion Times** | | |
| Condition 1: Color Naming | 29 | 10 |
| Condition 2: Word Reading | 27 | 7 |
| Condition 3: Inhibition | 59 | 9 |
| Condition 4: Inhibition/Switching | 62 | 10 |

| | Sum of Scaled Scores | Composite Scaled Score |
|---|---|---|
| **Primary Combined Measure: Completion Times** | | |
| Combined Naming + Reading | 17 | 9 |

| | Scaled Score Difference | Contrast Scaled Score* |
|---|---|---|
| **Primary Contrast Measures: Completion Times** | | |
| Inhibition vs. Color Naming | -1 | 9 |
| Inhibition/Switching vs. Combined Naming + Reading | 1 | 11 |
| Inhibition/Switching vs. Inhibition | 1 | 11 |

*A low or a high contrast scaled score may reflect different cognitive problems; see examiner's manual.

| | Scaled Score Difference | Contrast Scaled Score* |
|---|---|---|
| **Optional Contrast Measures: Completion Times** | | |
| Inhibition/Switching vs. Color Naming | 0 | 10 |
| Inhibition/Switching vs. Word Reading | 3 | 13 |

*A low or a high contrast scaled score may reflect different cognitive problems; see examiner's manual.

| | Cor. Errors Raw Score | Cor. Errors Cum. Freq. Rank | Uncor. Errors Raw Score | Uncor. Errors Cum. Freq. Rank | Total Errors Raw Score | Total Errors Scaled Score |
|---|---|---|---|---|---|---|
| **Optional Measures: Error Analysis** | | | | | | |
| Cond. 1: Color Naming | 0 | — | 0 | — | 0 | 100* |
| Cond. 2: Word Reading | 0 | — | 0 | — | 0 | 100* |
| Cond. 3: Inhibition | 0 | 100 | 4 | 5 | 4 | 6 |
| Cond. 4: Inhibition/Switching | 2 | 8 | 3 | 14 | 5 | 7 |

*Cumulative Percentile Rank



THE PSYCHOLOGICAL CORPORATION
A Harcourt Assessment Company

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company. All rights reserved. Printed in the United States of America.

Page 6 of 12



**Sorting Test: Standard Form**

| Primary Measures | Card Set 1 Raw Score | Card Set 2 Raw Score | Total Raw Score | Scaled Score |
|---|---|---|---|---|
| **Condition 1: Free Sorting** | | | | |
| Confirmed Correct Sorts | 4 | 4 | 8 | 9 |
| Free Sorting Description Score | 12 | 16 | 28 | 8 |
| **Condition 2: Sort Recognition** | | | | |
| Sort Recognition Description Score | 8 | 4 | 12 | 3 |

| | Sum of Scaled Scores | Composite Scaled Score |
|---|---|---|
| **Combined Conditions 1 + 2** | | |
| Combined Description Score | 11 | 5 |

| | Scaled Score Difference | Contrast Scaled Score* |
|---|---|---|
| **Contrast Measure: Sort Recognition Versus Free Sorting Description Score** | | |
| Sort Recognition versus Free Sorting | -5 | 4 |

\* A Low or high contrast scaled score may reflect different cognitive problems; see examiner's manual.

| Optional Measures | Raw Score | Cum. %ile Rank |
|---|---|---|
| **Screening Pretest** | | |
| Word Reading Errors | 0 | 100 |
| Word Comprehension Errors | 0 | 100 |

THE PSYCHOLOGICAL CORPORATION
A Harcourt Assessment Company

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.



## Score Report

Name: Kenneth Barrett

Test Date: 2/9/2009

### Sorting Test: Standard Form (cont.)

| | Card Set 1 Raw Score | Card Set 2 Raw Score | Total Raw Score | Scaled Score |
|---|---|---|---|---|
| **Condition 1: Free Sorting Sorting Measures (Optional)** | | | | |
| Confirmed Correct Sorts: Card Set 1 | 4 | – | – | 9 |
| Confirmed Correct Sorts: Card Set 2 | – | 4 | – | 9 |
| Confirmed Correct Verbal Sorts | | | | |
| Confirmed Correct Perceptual Sorts | | | | |
| Confirmed/Unconfirmed Target Sorts | | | | |
| Repeated Sorts | | | | |
| Set-Loss Sorts | | | | * |
| Nontarget Even Sorts | | | | * |
| Attempted Sorts | | | | |

*Cumulative Percentile Rank

| | | Percent Raw Score | Scaled Score |
|---|---|---|---|
| Percent Sorting Accuracy | | | |

| | Cum. Sort Time: Both Sets Total Raw Score | Attempted Sorts Total Raw Score | Ratio Raw Score | Scaled Score* |
|---|---|---|---|---|
| Time-Per-Sort Ratio | | | | |

* A Low or high ratio scaled score may reflect different cognitive problems; see examiner's manual.

| | Card Set 1 Raw Score | Card Set 2 Raw Score | Total Raw Score | Scaled Score |
|---|---|---|---|---|
| **Condition 1: Free Sorting Description Measures (Optional)** | | | | |
| Free Sorting Description Score: Card Set 1 | 12 | – | – | 7 |
| Free Sorting Description Score: Card Set 2 | – | 16 | – | 10 |
| Free Sorting Incorrect Descriptions | | | | |
| Free Sorting Repeated Descriptions | | | | * |
| Percent Description Accuracy | | | | |

*Cumulative Percentile Rank

| | Card Set 1 Raw Score | Card Set 2 Raw Score | Total Raw Score | Scaled Score |
|---|---|---|---|---|
| **Condition 2: Sort Recognition Description Measures (Optional)** | | | | |
| Sort Recognition Description Score: Card Set 1 | 8 | – | – | 6 |
| Sort Recognition Description Score: Card Set 2 | – | 4 | – | 4 |
| Sort Recognition Incorrect Descriptions | | | | |
| Sort Recognition Repeated Descriptions | | | | * |

*Cumulative Percentile Rank



Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company. All rights reserved. Printed in the United States of America.



**Score Report**

Name: Kenneth Barrett

Test Date: 2/9/2009

Sorting Test: Standard Form (cont.)

| | Condition 1: Free Sorting Total | Condition 2: Sort Recog. Total | Combined Raw Score | Scaled Score |
|---|---|---|---|---|
| **Combined Conditions 1 + 2: Description Measures (Optional)** | | | | |
| Combined Description Score: Verbal Rules | | | | |
| Combined Description Score: Perceptual Rules | | | | |
| Combined No/Don't Know Responses | | | | |
| Combined Noncredit Descriptions | | | | * |
| Combined Overly Abstract Descriptions | | | | * |

*Cumulative Percentile Rank

| | Sum of Scaled Scores | Composite Scaled Score |
|---|---|---|
| Combined Incorrect Descriptions | | |

| | Total Raw Score | Cum. %ile Rank |
|---|---|---|
| Combined Repeated Descriptions | | |

THE PSYCHOLOGICAL CORPORATION
A Harcourt Assessment Company

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.

Page 9 of 12



## Score Report

Name: Kenneth Barrett

Test Date: 2/9/2009

### Twenty Questions Test: Standard Form

| | Item 1 Raw Score | Item 2 Raw Score | Item 3 Raw Score | Item 4 Raw Score | Total Raw Score | Scaled Score |
|---|---|---|---|---|---|---|
| **Primary Measures** | | | | | | |
| Initial Abstraction Score* | 8 | 2 | 8 | 7 | 25 | 9 |
| *Minimum number of objects that can be eliminated by the first question asked regardless of the yes or no answer. | | | | | | |
| Total Questions Asked | 6 | 10 | 6 | 5 | 27 | 11 |
| Total Weighted Achievement Score | 4 | 3 | 4 | 5 | 16 | 12 |

| | Item 1 Raw Score | Item 2 Raw Score | Item 3 Raw Score | Item 4 Raw Score | Total Raw Score | Cum. %ile Rank |
|---|---|---|---|---|---|---|
| **Optional Measures** | | | | | | |
| Spatial Questions | | | | | | |
| Repeated Questions | | | | | | |
| Set-Loss Questions | | | | | | |

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.

THE PSYCHOLOGICAL CORPORATION

A Harcourt Assessment Company



**Score Report**

Name: Kenneth Barrett

Test Date: 2/9/2009

## Tower Test

| | Total Raw Score | Scaled Score |
|---|---|---|
| **Primary Measure** | | |
| Total Achievement Score | 18 | 11 |

| | Total Raw Score | Cum. %ile Rank |
|---|---|---|
| **Optional Measures** | | |
| Total Rule Violations | 6 | 9 |
| | Ratio Score | Scaled Score |
| Mean First-Move Time* | 6.2 | 9 |
| Time-Per-Move-Ratio* | 3.1 | 11 |
| Move Accuracy Ratio* | 2.8 | 3 |
| Rule-Violations-Per-Item Ratio | 0.7 | 7 |

*A low or a high ratio scaled score may reflect different cognitive problems; see examiner's manual.



Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.



# Score Report

Name: Kenneth Barrett

Test Date: 2/9/2009

## Proverb Test

| Primary Measures | Raw Score | Scaled Score |
|---|---|---|
| Total Achievement Score: Free Inquiry | 23 | 10 |
| Total Achievement Score: Multiple Choice | 30 | 29* |

*Cumulative Percentile Rank

| Optional Measures: Free Inquiry | Total Raw | Scaled Score |
|---|---|---|
| Common Proverb Achievement Score: Free Inquiry | 19 | 12 |
| Uncommon Proverb Achievement Score: Free Inquiry | 4 | 8 |
| Accuracy Only Score | 9 | 8 |
| Abstraction Only Score | 2 | (1) 4 |
| No/Don't Know Responses | 0 | 100* |
| Repeated Responses | 0 | 100* |

*Cumulative Percentile Rank

| Optional Measures: Multiple Choice | Total Raw | Cum. %ile Rank |
|---|---|---|
| Common Proverb Achievement Score: Multiple Choice | 18 | 20 |
| Uncommon Proverb Achievement Score: Multiple Choice | 12 | 100 |
| Total Correct Abstract Choices | 7 | 30 |
| Total Correct Concrete Choices | 1 | (<1) 4 |
| Total Incorrect Phonemic Choices | | |
| Total Incorrect Unrelated Choices | | |
| Total Incorrect Phonemic + Unrelated Choices | | |



Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company. All rights reserved. Printed in the United States of America.

Page 12 of 12


**WAIS-IV**

## Score Report

| Examinee Name | KB B |
|---|---|
| Examinee ID | |
| Date of Birth | 6/29/1961 |
| Gender | Male |
| Race/Ethnicity | White not Hispanic Origin |

| Date of Report | 2/11/2017 |
|---|---|
| Grade | 9 |
| Home Language | English |
| Handedness | Right |
| Examiner Name | Deborah Miora |

Test Administered  WAIS-IV (2/10/2009)    Age at Testing  47 years 7 months    Retest?  No

WAIS–IV Comments

### Composite Score Summary

| Scale | Sum of Scaled Scores | Composite Score | | Percentile Rank | 95% Confidence Interval | Qualitative Description |
|---|---|---|---|---|---|---|
| Verbal Comprehension | 27 | VCI | 95 | 37 | 90-101 | Average |
| Perceptual Reasoning | 26 | PRI | 92 | 30 | 86-99 | Average |
| Working Memory | 14 | WMI | 83 | 13 | 77-91 | Low Average |
| Processing Speed | 7 | PSI | 65 | 1 | 60-77 | Extremely Low |
| Full Scale | 74 | FSIQ | 82 | 12 | 78-86 | Low Average |
| General Ability | 53 | GAI | 93 | 32 | 88-98 | Average |

Confidence Intervals are based on the Overall Average SEMs. Values reported in the SEM column are based on the examinee's age.

The GAI is an optional composite summary score that is less sensitive to the influence of working memory and processing speed. Because working memory and processing speed are vital to a comprehensive evaluation of cognitive ability, it should be noted that the GAI does not have the breadth of construct coverage as the FSIQ.

Scores based on U.S. normative data copyright © 2008 by NCS Pearson, Inc.
All rights reserved. Produced in the United States of America.

 **WAIS-IV**

## Composite Score Profile



The vertical bars represent the standard error of measurement (*SEM*).



### Composite Scores and Standard Error of Measurement

| Composite | Score | SEM |
|-----------|-------|------|
| VCI | 95 | 2.6 |
| PRI | 92 | 3 |
| WMI | 83 | 3.35 |
| PSI | 65 | 5.41 |
| FSIQ | 82 | 2.12 |
| GAI | 93 | 2.12 |

## Analysis

### Index Level Discrepancy Comparisons

| Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate Overall Sample |
|------------|---------|---------|------------|--------------------|------------------------------|--------------------------|
| VCI - PRI | 95 | 92 | 3 | 7.78 | N | 42.9 |
| VCI - WMI | 95 | 83 | 12 | 8.31 | Y | 17.7 |
| VCI - PSI | 95 | 65 | 30 | 11.76 | Y | 3.5 |
| PRI - WMI | 92 | 83 | 9 | 8.81 | Y | 25.7 |
| PRI - PSI | 92 | 65 | 27 | 12.12 | Y | 4 |
| WMI - PSI | 83 | 65 | 18 | 12.47 | Y | 11.8 |
| FSIQ - GAI | 82 | 93 | -11 | 3.29 | Y | 1.5 |

Base rate by overall sample.
Statistical significance (critical value) at the .05 level.

Scores based on U.S. normative data copyright © 2008 by NCS Pearson, Inc.
All rights reserved. Produced in the United States of America.

KB B
Page 2 of 5

 **WAIS-IV**

## Verbal Comprehension Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Similarities | 24 | 9 | 37 | 10 | 1.04 |
| Vocabulary | 29 | 8 | 25 | 8 | 0.73 |
| Information | 15 | 10 | 50 | 11 | 0.73 |

## Perceptual Reasoning Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Block Design | 40 | 10 | 50 | 9 | 0.95 |
| Matrix Reasoning | 11 | (7) | 16 | 6 | 0.95 |
| Visual Puzzles | 13 | 9 | 37 | 8 | 0.85 |

## Working Memory Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Digit Span | 22 | 7 | 16 | 7 | 0.73 |
| Arithmetic | 11 | 7 | 16 | 8 | 0.9 |
| (Letter-Number Seq.) | 16 | 8 | 25 | 7 | 1.04 |

*(handwritten margin note: "consistent" bracketing the Working Memory rows)*

## Processing Speed Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Symbol Search | 12 | 3 | 1 | 3 | 1.56 |
| Coding | 30 | 4 | 2 | 3 | 1.2 |

## Subtest Level Discrepancy Comparisons

| Subtest Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate |
|---|---|---|---|---|---|---|
| Digit Span - Arithmetic | 7 | 7 | 0 | 2.57 | N | |
| Symbol Search - Coding | 3 | 4 | -1 | 3.41 | N | 40.1 |

Statistical significance (critical value) at the .05 level.

Scores based on U.S. normative data copyright © 2008 by NCS Pearson, Inc.
All rights reserved. Produced in the United States of America.



## WAIS-IV

**Subtest Scaled Score Profile**



The vertical bars represent the standard error of measurement (*SEM*)

# Determining Strengths and Weaknesses

## Differences Between Subtest and Overall Mean of Subtest Scores

| Subtest | Subtest Scaled Score | Mean Scaled Score | Difference | Critical Value .05 | Strength or Weakness | Base Rate |
|---|---|---|---|---|---|---|
| Block Design | 10 | 7.40 | 2.6 | 2.85 | | 15-25% |
| Similarities | 9 | 7.40 | 1.6 | 2.82 | | >25% |
| Digit Span | 7 | 7.40 | -0.4 | 2.22 | | >25% |
| Matrix Reasoning | 7 | 7.40 | -0.4 | 2.54 | | >25% |
| Vocabulary | 8 | 7.40 | 0.6 | 2.03 | | >25% |
| Arithmetic | 7 | 7.40 | -0.4 | 2.73 | | >25% |
| Symbol Search | 3 | 7.40 | -4.4 | 3.42 | W | 5-10% |
| Visual Puzzles | 9 | 7.40 | 1.6 | 2.71 | | >25% |
| Information | 10 | 7.40 | 2.6 | 2.19 | S | 15-25% |
| Coding | 4 | 7.40 | -3.4 | 2.97 | W | 10-15% |

Overall: Mean = 7.4, Scatter = 7, Base rate = 48.9.
Base Rate for Intersubtest Scatter is reported for 10 Full Scale Subtests.
Statistical significance (critical value) at the .05 level.

Scores based on U.S. normative data copyright © 2008 by NCS Pearson, Inc.
All rights reserved. Produced in the United States of America.

**WAIS-IV**

## Process Analysis

### Working Memory Process Score Summary

| Process Score | Raw Score | Scaled Score | Percentile Rank | Base Rate | SEM |
|---|---|---|---|---|---|
| Digit Span Forward | 8 | 7 | 16 | -- | 1.24 |
| Digit Span Backward | 6 | 7 | 16 | -- | 1.12 |
| Digit Span Sequencing | 8 | 9 | 37 | -- | 1.27 |
| Longest Digit Span Forward | 6 | -- | -- | 79 | -- |
| Longest Digit Span Backward | 3 | -- | -- | 96 | -- |
| Longest Digit Span Sequence | 5 | -- | -- | 82 | -- |
| Longest Letter-Number Sequence | 4 | -- | -- | 93 | -- |

### Process Level Discrepancy Comparisons

| Process Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate |
|---|---|---|---|---|---|---|
| Digit Span Forward - Digit Span Backward | 7 | 7 | 0 | 3.65 | N | |
| Digit Span Forward - Digit Span Sequencing | 7 | 9 | -2 | 3.6 | N | 31.7 |
| Digit Span Backward - Digit Span Sequencing | 7 | 9 | -2 | 3.56 | N | 28 |
| Longest DS Forward - Longest DS Backward | 6 | 3 | 3 | -- | -- | 33.5 |
| Longest DS Forward - Longest DS Sequence | 6 | 5 | 1 | -- | -- | 67 |
| Longest DS Backward - Longest DS Sequence | 3 | 5 | -2 | -- | -- | 37.5 |

Statistical significance (critical value) at the .05 level.

Scores based on U.S. normative data copyright © 2008 by NCS Pearson, Inc.
All rights reserved. Produced in the United States of America.

KB B
Page 5 of 5

 **WMS-IV**

## Score Report

| Examinee Name | KB B | Date of Report | 2/11/2017 |
|---|---|---|---|
| Examinee ID | | Education | 9 |
| Date of Birth | 6/29/1961 | Home Language | English |
| Gender | Male | Handedness | Right |
| Race/Ethnicity | White not Hispanic Origin | Examiner Name | Deborah Miora |

Test Administered  WMS-IV (2/10/2009)    Age at Testing  47 years 7 months    Retest?  No

WMS–IV Comments

### Index Score Summary

| Index | Sum of Scaled Scores | Index Score | | Percentile Rank | 95% Confidence Interval | Qualitative Description |
|---|---|---|---|---|---|---|
| Auditory Memory | 34 | AMI | 91 | 27 | 85-98 | Average |
| Visual Memory | 58 | VMI | 130 | 98 | 123-134 | Very Superior |
| Visual Working Memory | 10 | VWMI | 70 | 2 | 65-79 | Borderline |
| Immediate Memory | 42 | IMI | 103 | 58 | 97-109 | Average |
| Delayed Memory | 50 | DMI | 118 | 88 | 110-124 | High Average |

Copyright © 2009 by NCS Pearson, Inc.
Normative data copyright © 2008 by NCS Pearson, Inc.
All rights reserved.



## Index Score Profile

### Index Scores and Standard Error of Measurement

| Index | Score | SEM |
|---|---|---|
| AMI | 91 | 3.35 |
| VMI | 130 | 3.35 |
| VWMI | 70 | 3.97 |
| IMI | 103 | 3.67 |
| DMI | 118 | 3.67 |

The vertical bars represent the standard error of measurement (*SEM*).

## Primary Subtest Scaled Score Summary

| Subtest | Domain | Raw Score | Scaled Score | Percentile Rank |
|---|---|---|---|---|
| Logical Memory I | AM | 34 | 13 | 84 |
| Logical Memory II | AM | 19 | 9 | 37 |
| Verbal Paired Associates I | AM | 12 | 4 | 2 |
| Verbal Paired Associates II | AM | 8 | 8 | 25 |
| Designs I | VM | 89 | 14 | 91 |
| Designs II | VM | 73 | 14 | 91 |
| Visual Reproduction I | VM | 37 | 11 | 63 |
| Visual Reproduction II | VM | 43 | 19 | 99.9 |
| Spatial Addition | VWM | 7 | 6 | 9 |
| Symbol Span | VWM | 9 | 4 | 2 |

Copyright © 2009 by NCS Pearson, Inc.
Normative data copyright © 2008 by NCS Pearson, Inc.
All rights reserved.



**WMS-IV**

## Primary Subtest Scaled Score Profile



## Process Score Conversions

### Auditory Memory Process Score Summary

| Process Score | Raw Score | Scaled Score | Percentile Rank | Cumulative Percentage (Base Rate) |
|---|---|---|---|---|
| LM II Recognition | 26 | - | - | >75% |
| VPA II Recognition | 35 | - | - | 10-16% |

### Visual Memory Process Score Summary

| Process Score | Raw Score | Scaled Score | Percentile Rank | Cumulative Percentage (Base Rate) |
|---|---|---|---|---|
| DE I Content | 38 | 11 | 63 | - |
| DE I Spatial | 17 | 10 | 50 | - |
| DE II Content | 34 | 10 | 50 | - |
| DE II Spatial | 15 | 12 | 75 | - |
| DE II Recognition | 9 | - | - | 3-9% |
| VR II Recognition | 4 | - | - | 17-25% |

Copyright © 2009 by NCS Pearson, Inc.
Normative data copyright © 2008 by NCS Pearson, Inc.
All rights reserved.

 WMS-IV

## Subtest-Level Differences Within Indexes

### Auditory Memory Index

| Subtest | Scaled Score | AMI Mean Score | Difference from Mean | Critical Value | Base Rate |
|---|---|---|---|---|---|
| Logical Memory I | 13 | 8.50 | 4.50 | 2.64 | <1% |
| Logical Memory II | 9 | 8.50 | 0.50 | 2.48 | >25% |
| Verbal Paired Associates I | 4 | 8.50 | -4.50 | 1.90 | 1% |
| Verbal Paired Associates II | 8 | 8.50 | -0.50 | 2.48 | >25% |

Statistical significance (critical value) at the .05 level.

### Visual Memory Index

| Subtest | Scaled Score | VMI Mean Score | Difference from Mean | Critical Value | Base Rate |
|---|---|---|---|---|---|
| Designs I | 14 | 14.50 | -0.50 | 2.38 | >25% |
| Designs II | 14 | 14.50 | -0.50 | 2.38 | >25% |
| Visual Reproduction I | 11 | 14.50 | -3.50 | 1.86 | 5-10% |
| Visual Reproduction II | 19 | 14.50 | 4.50 | 1.48 | 2-5% |

Statistical significance (critical value) at the .05 level.

### Immediate Memory Index

| Subtest | Scaled Score | IMI Mean Score | Difference from Mean | Critical Value | Base Rate |
|---|---|---|---|---|---|
| Logical Memory I | 13 | 10.50 | 2.50 | 2.59 | 25% |
| Verbal Paired Associates I | 4 | 10.50 | -6.50 | 1.82 | <1% |
| Designs I | 14 | 10.50 | 3.50 | 2.42 | 10% |
| Visual Reproduction I | 11 | 10.50 | 0.50 | 1.91 | >25% |

Statistical significance (critical value) at the .05 level.

### Delayed Memory Index

| Subtest | Scaled Score | DMI Mean Score | Difference from Mean | Critical Value | Base Rate |
|---|---|---|---|---|---|
| Logical Memory II | 9 | 12.50 | -3.50 | 2.44 | 10% |
| Verbal Paired Associates II | 8 | 12.50 | -4.50 | 2.44 | 2-5% |
| Designs II | 14 | 12.50 | 1.50 | 2.44 | >25% |
| Visual Reproduction II | 19 | 12.50 | 6.50 | 1.57 | <1% |

Statistical significance (critical value) at the .05 level.

## Subtest Discrepancy Comparison

| Comparison | Score 1 | Score 2 | Difference | Critical Value | Base Rate |
|---|---|---|---|---|---|
| Spatial Addition – Symbol Span | 6 | 4 | 2 | 2.74 | 62.1 |

Copyright © 2009 by NCS Pearson, Inc.
Normative data copyright © 2008 by NCS Pearson, Inc.
All rights reserved.

KB B
Page 4 of 6



Statistical significance (critical value) at the .05 level.

## Subtest-Level Contrast Scaled Scores

### Logical Memory

| Score | Score 1 | Score 2 | Contrast Scaled Score |
|---|---|---|---|
| LM II Recognition vs. Delayed Recall | >75% | 9 | 7 |
| LM Immediate Recall vs. Delayed Recall | 13 | 9 | 3 |

### Verbal Paired Associates

| Score | Score 1 | Score 2 | Contrast Scaled Score |
|---|---|---|---|
| VPA II Recognition vs. Delayed Recall | 10-16% | 8 | 10 |
| VPA Immediate Recall vs. Delayed Recall | 4 | 8 | 17 |

### Designs

| Score | Score 1 | Score 2 | Contrast Scaled Score |
|---|---|---|---|
| DE I Spatial vs. Content | 10 | 11 | 11 |
| DE II Spatial vs. Content | 12 | 10 | 9 |
| DE II Recognition vs. Delayed Recall | 3-9% | 14 | 19 |
| DE Immediate Recall vs. Delayed Recall | 14 | 14 | 11 |

### Visual Reproduction

| Score | Score 1 | Score 2 | Contrast Scaled Score |
|---|---|---|---|
| VR II Recognition vs. Delayed Recall | 17-25% | 19 | 19 |
| VR Immediate Recall vs. Delayed Recall | 11 | 19 | 19 |

## Index-Level Contrast Scaled Scores

### WMS—IV Indexes

| Score | Score 1 | Score 2 | Contrast Scaled Score |
|---|---|---|---|
| Auditory Memory Index vs. Visual Memory Index | 91 | 130 | 17 |
| Visual Working Memory Index vs. Visual Memory Index | 70 | 130 | 19 |
| Immediate Memory Index vs. Delayed Memory Index | 103 | 118 | 17 |

Copyright © 2009 by NCS Pearson, Inc.
Normative data copyright © 2008 by NCS Pearson, Inc.
All rights reserved.



## Raw Scores

| Subtest | Score Range Adult | Score Range Older Adult | Raw Score |
|---|---|---|---|
| Brief Cognitive Status Exam | 0–58 | 0–58 | |
| Logical Memory I | 0–50 | 0–53 | 34 |
| Logical Memory II | 0–50 | 0–39 | 19 |
| Verbal Paired Associates I | 0–56 | 0–40 | 12 |
| Verbal Paired Associates II | 0–14 | 0–10 | 8 |
| CVLT–II Trials 1–5 | 5–95 | 5–95 | 55 |
| CVLT–II Long-Delay | -5–5 | -5–5 | 1.0 |
| Designs I | 0–120 | | 89 |
| Designs II | 0–120 | | 73 |
| Visual Reproduction I | 0–43 | 0–43 | 37 |
| Visual Reproduction II | 0–43 | 0–43 | 43 |
| Spatial Addition | 0–24 | | 7 |
| Symbol Span | 0–50 | 0–50 | 9 |

| Process | Score Range Adult | Score Range Older Adult | Raw Score |
|---|---|---|---|
| LM II Recognition | 0–30 | 0–23 | 26 |
| VPA II Recognition | 0–40 | 0–30 | 35 |
| VPA II Word Recall | 0–28 | 0–20 | |
| DE I Content | 0–48 | | 38 |
| DE I Spatial | 0–24 | | 17 |
| DE II Content | 0–48 | | 34 |
| DE II Spatial | 0–24 | | 15 |
| DE II Recognition | 0–24 | | 9 |
| VR II Recognition | 0–7 | 0–7 | 4 |
| VR II Copy | 0–43 | 0–43 | |

Copyright © 2009 by NCS Pearson, Inc.
Normative data copyright © 2008 by NCS Pearson, Inc.
All rights reserved.