DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:        dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT, | |
| Petitioner, | CASE NO. CV-09-00105-JHP |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## PETITIONER'S PROFFER OF EXPERT TESTIMONY

## FROM ERIN BIGLER, Ph.D.

## DECLARATION OF ERIN D. BIGLER, PH.D.

I, Erin D. Bigler, declare as follows:

1.      I am the Susa Young Gates Professor of Psychology and Neuroscience at Brigham Young University (BYU) in Utah. I was formerly a Professor of Psychology and Psychiatry at the University of Texas. In 1990, I established BYU's Brain Imaging and Behavior Laboratory, which studies the role of neuroimaging variables in cognitive and neurobehavioral disorders such as traumatic brain injuries, neurodevelopmental disorders such as autism and learning disabilities, anoxic brain injuries and other acquired injuries of the brain, as well as aging and Alzheimer's disease. I also helped establish the Magnetic Resonance Imaging Research Facility at BYU and was the founding director of that research center.

2.      In 1999, I received the Distinguished Clinical Neuropsychologist Award from the National Academy of Neuropsychology. I am former President of that organization as well as the International Neuropsychological Society. I am a licensed psychologist in the states of California, Utah, Texas, and Hawaii. I am a Diplomate from the American Board of Professional Psychology, with special competence in neuropsychology. I am the author of over ten books, including multiple works on traumatic brain injury, clinical neuropsychology, and neuroimaging. I am co-author of the textbook *Neuropsychological Assessment*. I am the sole author or co-author of over one-hundred book chapters. I am also the sole author or co-author of hundreds of peer-reviewed journal articles. I have previously qualified as an expert in traumatic brain injury, neuropsychology, and/or neuroimaging in many federal and state

court proceedings. My curriculum vitae summarizing my qualifications follows as Appendix I.

3.     Federal post-conviction counsel have asked me to review the records of Mr. Barrett, with particular focus on his neuropsychological test findings and history of multiple head trauma and other adverse conditions that could affect his brain. Specifically I have been asked to address the following: (1) whether there were any errors or omissions in the work done previously; (2) whether any additional neuropsychological testing, neuroimaging studies, or other methods of evaluation that were available in 2005 would have led to reliable conclusions in Mr. Barrett's case; (3) whether Mr. Barrett has brain damage or any clinically significant cognitive impairment; (4) the likely etiologies of that brain damage or cognitive impairment; and (5) the effects of that damage or impairment on Mr. Barrett.

4.     I have reviewed background materials on Mr. Barrett to form my opinions; such materials are delineated in Appendix II.  These materials include prior psychological and psychiatric evaluations of Mr. Barrett, lay witness declarations regarding Mr. Barrett's history, select educational and medical records, and other background information.

### A.  Assessments of Mr. Barrett by Dr. Faust Bianco, Dr. Bill Sharp, and Dr. J. Randall Price

5.     With regards to the psychological and neuropsychological assessment by Faust Bianco, Ph.D. (evaluation of August 9 and 11, 2000) and by Bill Sharp, Ph.D. (September 28, 2002), I have reviewed all of the materials supplied. I will mention Dr. Sharp's assessment first since he generated a report. In Dr. Sharp's assessment, Mr. Barrett stated that he experienced a "… loud, 'buzzing' sound" apparently in both ears. Within the structured

assessment setting, Dr. Sharp reported that Mr. Barrett's "attention, concentration, and ability to calculate seemed only minimally impaired" and that he experienced "… greater difficulty in correctly reporting his life history regarding time frames and events" and "demonstrating some difficulty in his long-term recall of time frame and events…." He also demonstrated a "slight tremor in both of his hands while participating on tasks which required manual dexterity and coordination." While intellectual assessment with the Wechsler Abbreviated Scale of Intelligence (WASI) revealed a full-scale score of 96, testing of academic ability revealed Standard Scores of 85, 64 and 86 in Reading, Spelling and Arithmetic on the Wide Range Achievement Test (WRAT-3). The results of the Bender Visual Motor Gestalt (BVMG) test were interpreted as potentially indicating "… presence of depression, inadequacy, organicity, and paranoia." The BVMG was first developed in the 1930s as a standardized psychological test sensitive in detecting visomotor impairments related to brain damage. The original Diagnostic and Statistical Manual (DSM) formulations by the American Psychiatric Association initially classified mental health problems related to brain pathology as an "organic brain syndrome," and "organicity" was the term used to indicate that some type of brain impairment was present either in the psychological test data or clinical presentation of the individual. The presence of Mr. Barrett's three standardized errors may be further interpreted to reflect the presence of a much younger visual motor age and ability. Three of Dr. Sharp's "rule-outs" in his diagnostic impression section were:  (1) Learning Disability, (2) Attention-deficit /Hyperactivity Disorder, Predominantly Hyperactive-Impulsive Type and (3) Organic Impairment relative to tremor and long-term

memory difficulty. It is my opinion that these were deemed "rule-outs" because Dr. Sharp only conducted a screening assessment and not a full battery of neuropsychological tests.

6.      It is my understanding that Dr. Bianco's assessment in 2000 was never formalized into a report. However, the conclusions of Dr. Bianco's later affidavit memorialized in 2003—i.e., that "further neurological testing is unwarranted" given his initial test results, and that further testing "would not be indicative of significant deficits in Mr. Barrett's functioning"—are not supported by his limited neuropsychological testing in 2000 or by Mr. Barrett's clinical history.  To the contrary, Dr. Bianco's test results are broadly consistent with Dr. Sharp's, in that both evaluations reveal evidence of organic brain damage in Mr. Barrett.

7.      I have been provided with some of the raw test data from Dr. Bianco's assessment, and I have reviewed this in detail.  Part of the nature of neuropsychological assessment is to establish what may be an estimate of premorbid ability and to then use that as a reference point as well as using the obtained measures of intellectual functioning.  This is referred to as a "discrepancy analysis" and that is what is typically done in attempting to interpret neuropsychological test findings.  Where either there is a discrepancy between a normative standard or the individual's estimated premorbid ability level, that is where one makes a determination about potential differences/abnormalities.  Part of the discrepancy analysis also depends on the normative standard that one is using to make a comparison and this has a major influence on the clinical distinction on whether something is a problem/deficit or not.

8.      First off, Dr. Bianco administered symptoms/performance validity tests, which Mr. Barrett passed.  In fact, his scores on one of the validity measures was actually a perfect score. Dr. Sharp concluded based on his testing that malingering was not suspected (i.e., "[Barrett] was cooperative with the testing protocol"; "[e]ndorsement provided by the client … reflected that the client provided a valid assessment"; and his MMPI findings "likely presented with a valid assessment"). This was also reflected in the testing performed by Dr. Bianco. All of the test results appeared to be a valid assessment of Mr. Barrett's abilities, given the tests that were administered. In other words, the symptom/performance validity tests indicate that Mr. Barrett put forth full effort on the instruments administered, and he was not malingering to benefit his legal case. This measure of validity does not mean all conclusions drawn from the testing are valid, only that the testing is an accurate measure of Mr. Barrett's functioning at the time.

9.      In review of Dr. Bianco's assessment, there are a number of summary scores that are presented.  On page twenty-one, there is a form completed that indicates this sheet to be the "Neuropsychological Assessment Profile".  This form is a deficit-scale form where "0" is no impairment and "5" is reflective of the most substantial impairment rating possible. The completion of this form is all dependent upon the normative reference being used, which is not indicated whatsoever in the document. There are suggestions in Dr. Bianco's data that he relied upon a normative reference from the Halstead-Reitan normative data from 1950s, which if the case would raise concerns about the validity of any conclusions he drew. Without knowing his normative reference, one cannot ascertain the population to whom he compares Mr. Barrett for prospective abnormalities. The earliest normative

database for the Halstead-Reitan Neuropsychological Test Battery, which Dr. Bianco partially administered, goes back to 1950s—i.e., some four decades before Mr. Barrett's trial, as our understanding of neuropsychological impairments was still evolving. Much of the published work using the Halstead-Reitan Battery in the 1970s through the time when Mr. Barrett was assessed scrutinized the normative standards. Without knowing what standard is being used—since there was no report or statement of such in Dr. Bianco's declaration—the basis for Dr. Bianco's conclusions is unknown. In sum, Dr. Bianco's lack of any normative reference undermines his conclusions as to Mr. Barrett's lack of significant deficits.

10.     As can been seen, a "1" was given to Tactual Performance Test-Memory, Rhythm Errors and Speech Errors. A "2" was given for finger tapping speed for either hand. On the Wechsler Adult Intelligence Scale (3rd Edition), the full-version, he obtained a verbal IQ score of 91, Performance IQ score of 90 and a Full Scale IQ score of 90.   In terms of the range of subtest scores, they were from a low of 6 on Picture Completion and Matrix Reasoning to a high of 13 on Picture Arrangement.  The difference between these two scores is greater than two standard deviations. A difference that large is a classic sign of pathology. It is my understanding from reading about his background that he would be considered a skilled laborer but was able to do manual skills quite well when he was younger. In terms of index scores, I see that his lowest index score is on Perceptual Organization (Index Score = 82), in contrast to his highest score, which is in the area of Verbal Functioning, with a score of 91. The low perceptual index score would also be consistent with what Dr. Sharp observed on the BVMG. The low index scores on Perceptual Organization, Picture Completion, and Matrix Reasoning indicate clear impairment in Mr.

Barrett's neuropsychological functioning in this areas, notwithstanding Dr. Bianco's summary conclusions to the contrary. Theses low scores are what is typically interpreted in neuropsychology as reflecting an impairment in brain function.

11.     With regards to the Wide Range Achievement Test results, a standard score of 79 (8th percentile) was obtained in Reading, 75 (5th percentile) in Spelling and 81 (10th percentile) in Arithmetic. The discrepancy between his overall level of intellectual functioning reported as a standard score of 90 on the WAIS-III administered by Dr. Bianco, compared to his Spelling composite which was 75 is one standard deviation different. (Note that Dr. Sharp's assessment found a Spelling Standard score of 64 which is ~1.5 standard deviations below a FSIQ score of 90). The low academic achievement scores in Spelling are at or greater than 1.5 standard deviations from an average standard score of 100, which is the standardization sample mean or average. These are significant discrepancies and can be the basis for identifying presence of longstanding learning disability. This is probably also supported by the school and academic records that are alluded to in the above-mentioned documents.

12.     In regards to his ability to carry out graphomotor functioning, it is noted that there is some difficulty in copying of the Rey Complex Figure (31/36), although the overall gestalt is adequate. His performance on the Rey Complex Figure, depending on which scoring system is used, reflects potentially mild problems with immediate (21.5/36) and delayed memory (23/36). This would also be consistent with what Dr. Sharp viewed on the BVMG. Such results on the Rey Complex Figure test are consequential: the health and integrity of Mr. Barrett's frontal lobe—partly evaluated by this measure—appear

compromised. As correctly stated by Dr. Sharp when interpreting the BVMG findings, "[t]he client's brief involvement, as well as attempts of simplification are sometimes interpreted as indicators of impulsivity and impatience." The frontal lobe regions of the brain are involved in regulating emotional output, controlling impulses and processing the social context of any situation. As such, inferences of frontal lobe dysfunction from graphomotor tests have implications for these processes. The copy of the Rey Complex Figure drawing by Mr. Barrett in Dr. Bianco's testing shows that Mr. Barrett's graphomtor abilities are poor and there is a size distortion from the stimulus figure presented, consistent with what Dr. Sharp reports in the BVMG results. Problems with complex figure performance as administered by Dr. Bianco also have implications for Mr. Barrett's executive functioning, including impairments to decision-making and planning, an inability to withhold impulses, and difficulty in processing information and executing appropriate responses. His fluency was adequate as was comprehension on other measures.

13.    He was only given apparently one subtest on the Delis-Kaplan Executive Functioning Test by Dr. Bianco, which he was able to pass, but was not administered the Halstead Category Test and therefore Halstead-Reitan Impairment Index could not be calculated. Dr. Bianco's failure to administer a complete Delis-Kaplan Functioning Test is remarkable for a couple of reasons. First, a full assessment of executive functioning is the most obvious purpose of a forensic evaluation in this case. One would want to know whether Mr. Barrett's ability to inhibit impulses, for example the fight-or-flight impulse, was impaired, and one would want to know whether he was otherwise impaired in his decision making and in his ability to shift sets, to discontinue a course of action in response to new

information. Second, without completing the Delis-Kaplan, Dr. Bianco could not score Mr. Barrett's executive functioning and therefore he could not say whether Mr. Barrett showed impairment that could mitigate his culpability or whether further testing was in order. Additionally, there were other executive function measures that were available then and these could have been administered.

14.    Based on Dr. Bianco's elliptical annotations, one cannot ascertain whether the Wisconsin Card Sort Test was validly administered. On the Trailmaking Test, Trails A time was 30 seconds and his Trails B time was apparently 76 seconds (score is only written on the summary sheet and not on the actual test) with 2 errors, which again, depending on the normative database used, is reflective of mild impairment. The Trail Making Test is a well known neuropsychological measure that has implications for assessing executive function, especially Trails B. On Trails A he overshot on "14" and made what appears to be an impulsive error of jumping from #23 to #25. On Trails B there is clearly "overshooting" suggestive of motor impairment. However, without a full report from Dr. Bianco there is no explanation of what his actual observations were during testing. Motor examination indicate right handedness and footedness, but with left ocular dominance. Mr. Barrett's impairment on the Trailmaking Test, alone, should have signaled to Dr. Bianco that additional executive functioning tests were essential: without additional measures, Dr. Bianco possessed an incomplete and inaccurate portrait of Mr. Barrett's functioning.

15.    The notes accompanying Dr. Bianco's clinical history are similarly misleading, and critical facets of Mr. Barrett's background are not mentioned. In Dr. Bianco's handwritten notes, under "History of Childhood Trauma" he has a written symbol indicating

"nothing," which proves inconsistent with several accounts of physical and emotional violence in Mr. Barrett's childhood that were afforded by his family members. Dr. Bianco also failed to note the import of his own notations on Mr. Barrett's history of head trauma: he chronicles Mr. Barrett's loss of consciousness in childhood when struck with a steel ball, as "child hit [with] steel ball woke up in doc. ~15 min . . . ." Without any additional details, this loss of consciousness alone meets accepted diagnostic criteria for a mild traumatic brain injury at the time of trial: accordingly, Dr. Bianco simply neglected that Mr. Barrett suffered from a probable mild traumatic brain injury, and he further failed to probe for any attendant behavioral and cognitive consequences.

16.     Mr. Barrett was next seen by J. Randall Price, Ph.D., the final report dated October 26, 2005. There was no raw data for review.  It should be pointed out that Dr. Price also administered measures to assess the potential for symptom and/or test performance exaggeration and malingering, and found that "Mr. Barrett's responses were not indicative of malingering of neurological, depressive, psychotic, or amnesia symptoms or of low intelligence."  Dr. Price's Axis 1 diagnostic conclusions were for: 1) Learning Disorder, NOS; 2) Polysubstance dependence, in remission secondary to incarceration; and 3) Dysthymic Disorder. As for actual test results on the Reynolds Intellectual Assessment System (RIAS) he obtained a Verbal IQ score of 97, Non-Verbal IQ score of 91 and a Composite IQ Score of 92. He was also administered the Repeatable Battery for the Assessment of Neuropsychological Status (RBANS) with a low Index Score of 75 (5th percentile) on the "Attention" component.  Dr. Price interpreted the discrepancy from his high "Visuospatial/Constructional Ability" subtest score of 126 (96th) percentile to his low

attention score as being "… entirely consistent with his history of mechanical aptitude and hyperactivity." Although Dr. Price makes the statement in reference to the RBANS that "… Mr. Barrett's neurocognitive functioning is within normal limits," he also contradicts that statement when he notes, "Deficits in these areas are suggestive of brain dysfunction due to a traumatic brain injury, substance abuse, or neurological disease. The records in this case suggested that Mr. Barrett had experienced two concussions secondary to head injuries. Also, his long history of polysubstance abuse is a risk factor for brain dysfunction. Significant neurocognitive dysfunction can affect an individual's risk of committing acts of aggression."

17.     Dr. Price's treatment of the RBANS as indicative of "normal" neurocognitive functioning proves misleading. The RBANS is merely a screening battery, and it does not evaluate neuropsychological functioning in any comprehensive way. Moreover, the findings of Mr. Barrett's low index score on the Attention Index, which is close to three standard deviations from the Visuospatial/Constructional Ability Index score, alone proves consistent with several conditions, including attention deficit disorder associated with a learning disorder identified by Dr. Price; Mr. Barrett's history of mild traumatic brain injuries alluded to by Dr. Price; attention deficit disorder indicated by Dr. Sharp; post-traumatic stress disorder diagnosed by Dr. Woods; and other conditions. Accordingly, Dr. Price's conclusion as to Mr. Barrett's "normal" neurocognitive functioning, based on a simple screening instrument like the RBANS, defies the reality of his own administration and test findings as well as prior and later assessments.  Dr. Price's low index score on Attention reflects significant impairment in Mr. Barrett, with multiple possible etiologies, and further

neuropsychological testing was required to accurately sketch his mental health conditions and cognitive deficits.

## B. Neuropsychological Assessment of Mr. Barrett by Dr. Myla Young Performed During Post-conviction Proceedings

18.     I am also in receipt of the more recent assessment that was done by Myla H. Young, Ph.D. (February 9 – 11, 2009).  For this assessment, I have the advantage of her declaration, as there was no declaration by Dr. Bianco.  I have reviewed Dr. Young's declaration and consider it to be an accurate and appropriate interpretation of Mr. Barrett's test findings. Once again, Mr. Barrett passed all symptom and performance validity measures and the test results can be considered to reflect an accurate description of his neuropsychological test findings.

## C. Conclusions

19.     From the above psychological and neuropsychological assessments that have been done involving Mr. Barrett, there are several straightforward conclusions that can be made. He meets criteria for learning disability and attention deficit disorder. The basis of both of these disorders reflect an underlying disorder of brain function.

20.     Furthermore, as reflected in the various records and declarations, there is other evidence of brain injury. In the mother's declaration, she indicated that her son was born with a "lump on the top of his head", that he was a very difficult infant and toddler to manage where one time "… he pulled a bag of groceries off the table and a large can fell on his head, busting his head open and raising a big knot."   As reflected in the various

documents, in particular detailed in Dr. Young's declaration when 8 or 9 years of age, Mr. Barrett sustained a head injury when he was struck in the head with some type of a "steel ball." Mr. Barrett has reported that he believes that he lost consciousness in that incident. Apparently there are no additional details related to that incident, but there are for an incident when he was 16 or 17 as described by his mother where as part of an arrest for "squealing his tires" that her son's face was "broken" as well as his "collarbone." Also, a motorcycle accident that was witnessed by his wife at the time, where he did sustain a loss of consciousness (LOC) as per Abby Stites declaration. In this accident, he was apparently going very fast and was not wearing a helmet. As detailed in the Sequoyah Records, he was seen for complaints of "Car wreck last week complains of chest pain –ribs". In that document they assess him with "Contusion right per—orbital region" and diagnose him with "Head Trauma" and provide information about "Blunt Head Trauma."

21.    It is my opinion, to a reasonable degree of neuropsychological certainty, that Mr. Barrett has suffered probable mild traumatic brain injury based on his clinical history. Several of the above incidents of head trauma satisfy accepted diagnostic criteria for a mild traumatic brain injury used at the time of Mr. Barrett's trial. See, e.g., 1995 American Congress of Rehabilitation Medicine (ACRM) diagnostic criteria for mild traumatic brain injury, enumerating several factors: i) any loss of consciousness, or ii) any loss of memory for events immediately before or after the accident, or iii) any alteration in mental state at the time of the accident, such as feeling dazed, disoriented or confused, or iv) focal neurological deficits that may be transient. Both the steel ball incident described by Mr. Barrett and the motor cycle accident chronicled by his ex-wife indicate a loss of consciousness, reflecting

probable mild traumatic brain injuries. While I was not able to evaluate Mr. Barrett in person, additional details likely could be gleaned about other past incidents in a clinical interview setting; accordingly, the other incidents of head trauma may also meet diagnostic criteria for traumatic brain injury, subject to further confirmation. Prior to trial, any competent neuropsychologist acting in accord with professional standards at the time should have attempted to rule out or confirm such incidents, through clinical interview, as significant mild traumatic brain injuries that Mr. Barrett may have suffered.

22.    In 1988, Mr. Barrett made a suicide attempt wherein he shot himself in the chest and had an extensive hospitalization with a follow-up psychiatric hospitalization. In review of those records, it is apparent the focus was on his acute treatment for the chest wound, but it should be noted that the blast effects of a shotgun chest wound are sufficient to induce a blast-related closed head injury (concussion). Furthermore, the acute effects of loss of blood and pulmonary function may exacerbate the concussion related to the biochemical cascade occurring in the brain from the blast. There is well-established literature on the adverse effects of blast injury to the brain, made even worse when there is prior history of traumatic brain injury, as was the case in Mr. Barrett. Furthermore, the effects of this type of injury when it occurs in a heightened state of emotionality, as was the case when he attempted this suicide, compounds the effects of the brain injury with emotional control and regulation. These kinds of concussive brain injuries further damage frontal and temporal lobe functions.

23.    As outlined in Dr. Woods' declaration as well as all other mental health assessments, Mr. Barrett's family history was chaotic and problematic. There is potential for

in utero adverse effects because of the mother's history of alcohol and substance abuse, all of which could affect brain development, including fetal alcohol syndrome. Likewise, there are now established epigenetic effects that may influence offspring in parents who abuse alcohol and other chemical substances, even before conception. There are major adverse consequences of low socioeconomic status on brain development that may also play a role. Any brain injuries occurring during developmental periods, given that the brain does not reach full maturation until the mid-20s may adversely affect all subsequent development, where brain injuries from any source have the potential to lead to major neuropsychiatric conditions.

24.    Lastly, as documented in all of these records, Mr. Barrett as a young adolescent began to abuse drugs and alcohol. All of this abuse occurred within a timeframe that would adversely affect brain function and development.

25.    Taking all of this information into consideration, there are several straightforward conclusions, the first of which is that Mr. Barrett has an abnormal brain. As already stated, he meets criteria for learning disability and attention deficit disorder. Without debate, he meets criteria for having sustained concussive brain injuries, where multiple concussive injuries have additive effects. Presence of loss of consciousness (LOC) by definition means that a brain injury occurred and criteria met for diagnosis of traumatic brain injury (TBI). Residual symptoms of poor attention, memory, reduced motor functioning, poor mood/emotional regulation, tinnitus along with poor impulse control may all be a manifestation of residual effects of a TBI.  Also, it should be noted that acquired brain injury adversely affects the symptoms/problems associated with any existing developmental

disorder like learning disabilities and ADHD, especially in the domains of attention regulation. Polysubstance abuse has had an adverse influence on brain function. The motor deficits noted by both Drs. Sharp and Bianco, as well as the frontal lobe assessments performed by Dr. Young, in conjunction with the learning disability and ADHD all point to damaged frontal regulatory systems within Mr. Barrett's brain.

26.    In response to the questions I have been asked to respond to, I will address them in order:

(1)    **Whether there were any errors or omissions in the work done previously:** As indicated in my review, Dr. Bianco's affidavit is inconsistent with his test data, and my opinion is that Mr. Barrett met criteria for a variety of neurological and neuropsychiatric conditions as described above. These conditions include traumatic brain injury, neurodevelopmental disorders expressed as learning disorders and disorders of attention and hyperactivity, as well as psychiatric illnesses within the spectrum of mood and anxiety disorders, which were all established conditions at the time that Dr. Bianco evaluated Mr. Barrett. Everything that I have reviewed above was known about the conditions that Mr. Barrett had at the time of his trial and could have been discussed with defense counsel.

(2)    **Whether any additional neuropsychological testing, neuroimaging studies, or other methods of evaluation that were available in 2005 would have led to reliable conclusions in Mr. Barrett's case:** As shown by Dr. Young's assessment a more comprehensive neuropsychological assessment than performed by Dr. Bianco would have aided defense counsel in better understanding Mr. Barrett's neuropsychological impairments.

(3)      **Whether Mr. Barrett has brain damage or any clinically significant cognitive impairment:** My discussion in this report straightforwardly answers this question – yes, Mr. Barrett has a clinical history consistent with having a damaged brain.

(4)      **The likely etiologies of that brain damage or cognitive impairment:** The factors that have resulted in Mr. Barrett's neuropsychological impairments are multifactorial but include epigenetic, potential adverse effects in utero, including maternal substance abuse and fetal alcohol syndrome, neurodevelopmental disorders including learning disabilities and ADHD and multiple traumatic brain injuries. Based on record review alone, I conclude to a reasonable degree to scientific certainty that Mr. Barrett suffered from probable mild traumatic brain injuries. It should also be stated that at their core affective disorders are brain disorders.

(5)      **The effects of that damage or impairment on Mr. Barrett:** The type of compromised brain function experienced by Mr. Barrett has considerable implications for impaired impulse control, decision making and conforming behavior to societal norms, all of which may have played a role during the offense of his conviction.

27.      I have not directly examined Mr. Barrett and these conclusions are based on my review of the records and neuropsychological testing performed by other licensed psychologists, and where available, the direct review of their test data. My conclusions are based on acceptable standards in the field of neuropsychological assessment and are to a reasonable degree of scientific certainty. I hold the foregoing opinions to a reasonable degree of psychiatric certainty. The methods and source material I relied on were available at the time of Mr. Barrett's trial in 2005.

28.    I was available to testify at the time of Mr. Barrett's federal trial. If called to do so, I would have testified consistent with the foregoing.

29.    I am being paid at the rate of $275.00 per hour for my work on this case. My contract caps my compensation at $27,550 without further approval of the Federal Defender.

I declare, under the penalty of perjury, of the laws of the United States of America and the State of California, that this declaration is true and correct and based on my personal review of the information referenced here.

Executed by me this second day of March 2017 in El Dorado County, California.

/s/ Erin D. Bigler_____
ERIN D. BIGLER, PH.D.

# Appendix I

## Curriculum Vitae of Dr. Erin Bigler

January 2016

# VITA

NAME:              **Erin D. Bigler, Ph.D.**

OFFICE ADDRESS:    Psychology Department
                   1001 SWKT
                   Brigham Young University
                   Provo, Utah  84602

                   Phone:  (801) 422-4287
                   Fax:     (801) 422-0602
                   E-mail: erin_bigler@byu.edu

DATE OF BIRTH:     July 9, 1949

MARITAL STATUS:    Married
                   Two Children / Two Grandchildren

## EDUCATION:

Diploma            Vista High School
                   Vista, California
                   June 1967

B.S.               Psychology
                   Brigham Young University
                   May 1971

Ph.D.              Experimental-Physiological Psychology
                   Brigham Young University
                   December 1974

Post-Doctorate     National Institute of Health
                   Post-Doctoral Fellow in Neurophysiology-Neuropsychology
                   Barrow Neurological Institute
                   St. Joseph's Hospital and Medical Center
                   Phoenix, Arizona
                   January 1975 to June 1977

Major Areas of     Neuropsychology-Neurophysiology
Training and Expertise    Neuropsychological Diagnostics and Consultation
                   Neuroimaging

**EXPERIENCE:**

| | |
|---|---|
| 2003-Present | Susa Young Gates Professor of Psychology and Neuroscience<br>Brigham Young University<br>Provo, Utah |
| 2006-2010 | Visiting Scholar<br>Department of Psychiatry<br>University of California at San Diego<br>San Diego, California |
| 2006-2013 | Faculty<br>The Brain Institute of Utah<br>University of Utah<br>Salt Lake City, Utah |
| 2000-Present | Adjunct Professor of Psychiatry<br>Department of Psychiatry<br>University of Utah<br>Salt Lake City, Utah |
| 2000-2006 | Adjunct Professor of Radiology<br>Department of Radiology<br>University of Utah<br>Salt Lake City, Utah |
| 1996- 2002 | Department Chair<br>Psychology Department<br>Brigham Young University<br>Provo, Utah |
| 1990-Present | Professor of Psychology and Neuroscience<br>Department of Psychology<br>Brigham Young University<br>Provo, Utah |
| 1991-2003 | Steven V. and Georgia A. White<br>Professor of Psychology<br>Brigham Young University |
| 1989-1990 | Adjunct Professor of Psychology<br>Department of Psychology<br>University of Texas at Austin<br>Austin, Texas |
| 1978-1990 | Private Practice/Full Partner<br>Austin Neurological Clinic & EEG Laboratory<br>Austin, Texas |
| 1989-1990 | Adjunct Professor of Psychiatry<br>Department of Psychiatry<br>University of Texas Health Science Center at San Antonio<br>San Antonio, Texas |

Bigler, E. D.        2

| | |
|---|---|
| 1982-1989 | Adjunct Associate Professor of Psychology<br>Department of Psychology<br>University of Texas at Austin<br>Austin, Texas |
| 1986-1989 | Adjunct Associate Professor of Psychiatry<br>Department of Psychiatry<br>University of Texas Health Science Center at San Antonio<br><br>Director of Neuropsychology Service at Austin State Hospital<br>Austin, Texas |
| 1978-1982 | Adjunct Assistant Professor of Psychology<br>Department of Psychology<br>University of Texas at Austin<br>Austin, Texas |
| 1977-1978 | Chief Psychologist-Program Director<br>Adolescent Unit<br>Austin State Hospital<br>Austin, Texas |
| 1975-1977 | Research Associate and NIH Post-Doctoral Fellow<br>Division of Neurobiology<br>Barrow Neurological Institute<br>St. Joseph's Hospital and Medical Center<br>Phoenix, Arizona |
| 1975-1977 | Consulting Psychologist, Outreach Services<br>Diagnostic and Evaluation Center<br>Mesa, Arizona |
| 1976-1977 | Visiting Instructor<br>Department of Psychology<br>Glendale College<br>Glendale, Arizona |
| 1972-1974 | Student Instructor<br>Department of Psychology<br>Brigham Young University<br>Provo, Utah |
| 1972-1974 | Research Assistant<br>Department of Psychology<br>Brigham Young University<br>Provo, Utah |

**PSYCHOLOGY LICENSURE:**

State of Utah, License 116117-2501 (1990 – Present)
State of California, License 27509 (2015 - Present)
State of Texas, License 21600 (1977 – Present)
State of Arizona,  License 453 (1975 – 2013, retired)
State of Hawaii, License PSY 1019 (2008 – Present)
National Register of Health Service Providers in Psychology, Certificate 20639

**BOARD CERTIFICATION:**

Diplomate, American Board of Professional Psychology
(Clinical Neuropsychology), Awarded 1985, Diploma 3722

**NEUROPSYCHOLOGICAL TESTS AUTHORED:**

Reynolds, C.R.    & **Bigler, E.D.** (2001).  Test de memoria y aprendizaje. Adaptación española: (Edurne Goikoetxea). Madrid, Spain: Publicaciones de Psicología Aplicada, (TEA Ediciones).

Reynolds, C.R.    & **Bigler, E.D.** (2001). Clinical assessment scales for the elderly (CASE). Florida: Psychological Assessment Resources (PAR).

Reynolds, C.R.    & **Bigler, E.D.** (1994). Test of memory and learning. Austin, Texas: PRO-ED.

Stanton, H.C.,    Smith, E.C., Reynolds, C.R. & **Bigler, E.D.** (1994).  Test of memory and learning: Computer scoring program (IBM Version 1.0).  Austin, Texas: PRO-ED.

**BOOKS:**

**Bigler, E.D.**    (1996). Neuroimaging I. Basic science. New York: Plenum Press.

**Bigler, E.D.**    (1996). Neuroimaging II. Clinical applications. New York:  Plenum Press.

**Bigler, E.D.**    (1990). Traumatic brain injury: Mechanisms of damage, assessment, intervention, & outcome. Austin, Texas: PRO-ED.

**Bigler, E.D.**    (1988). Diagnostic clinical neuropsychology, (2nd edition). Austin, Texas: University of Texas Press.

**Bigler, E.D.**    (1984). Diagnostic clinical neuropsychology. Austin, Texas: University of Texas Press.

**Bigler, E.D.**,    Clark, E. & Farmer, J.E. (1997). Childhood traumatic brain injury: Diagnosis, assessment and intervention. Austin, Texas: Pro-ED.

**Bigler, E.D.**    & Clement, P. (1997). Diagnostic clinical neuropsychology, (3rd edition). Austin, Texas: University of Texas Press.

**Bigler, E.D.**,    Yeo, R. & Turkheimer, E. (1989). Neuropsychological function and brain imaging. New York: Plenum Press.

Bigler, E. D.        4

Lezak, M.D.,          Howieson, D.B., **Bigler, E.D.,** Tranel, D. (2012). Neuropsychological Assessment. Oxford University Press, USA.

Naugle, R.,          Cullum, C.M. & **Bigler, E.D.** (1998). Introduction to Clinical Neuropsychology. Austin, Texas: PRO-ED.

Nussbaum, N.L.          & **Bigler, E.D.** (1990). Identification and treatment of ADD: Child guidance mental health series. Austin, Texas: PRO-ED.

**BOOK CHAPTERS:**

**Bigler, E.D.,**          (2015). Neuropathology of Mild Traumatic Brain Injury: Correlation to Neurocognitive and Neurobehavioral Findings. (pp. 433-50) In Brain Neurotrauma: Molecular, Neuropsychological, and Rehabilitation Aspects. (697 pp.) CRC Press. Boca Raton, FL.

**Bigler, E.D.,**          (2013). Overview of Traumatic Brain Injury (pp. 3-32). In Management of Adults with Traumatic Brain Injury (587 pp.). American Psychiatric Publishing. Washington D.C.

**Bigler, E.D.,**          (2012). Structural Neuroimaging (pp. 189-207). In Neuropsychology: Science and Practice, I (320 pp.). Oxford University Press.  N.Y.

**Bigler, E.D.,**          (2012). Theoretical Approaches to Understanding Social Function in Childhood Brain Insults (pp. 207-30). In Vicki Anderson & Miriam H. Beauchamp (Eds) Developmental Social Neuroscience and Childhood Brain Insult: Theory and Practice (398 pp.). Guilford Press. N.Y.

**Bigler, E.D.,**          (2012). Understanding Mild Traumatic Brain Injury: Neuropathology and Neuroimaging. In Jennifer J. Vasterling, Richard A. Bryant, & Terence M. Keane (Eds) PTSD and Mild Traumatic Brain Injury (308 pp.). Guilford Press. N.Y.

**Bigler, E.D.,**          (2011). Structural Imaging (pp. 73-90). In J.M. Silver, T.W. McAllister and S.C. Yudofsky, (Eds) Textbook of Traumatic Brain Injury (686 pp). Washington, DC: American Psychiatric Publishing, Inc.

**Bigler, E.D.,**          (2009). Traumatic Brain Injury (pp. 233-56). In M.F. Weiner & A.M. Lipton (Eds) Textbook of Alzheimer Disease and Other Dementias (557 pp.). Washington, D.C.: American Psychiatric Publishing, Inc.

**Bigler, E.D.,**          (2009). Neuroimaging (pp. 441-74). In R.G. Frank, M. Rosenthal, & B. Caplan (Eds) Handbook of Rehabilitation Psychology – 2nd Edition (504 pp.). Washington D.C.: American Psychological Association.

**Bigler, E.D.,**          (2008). Anoxic Brain Injury:  Daubert Challenge, Fixed versus Flexible Battery (pp. 149-69). In Robert L. Heilbronner (Ed) Neuropsychology in the Courtroom: Expert Analysis of Reports and Testimony (273 pp). New York: The Guilford Press.

**Bigler, E.D.,**          (2007). Cognitive Disorders.  In M.S. Williams, Belnap, D., & Livingston, J.P. Matters of the Mind: Latter-day Saint Helps for Mental Health (448 pp.).  Salt Lake City: Deseret Book.

**Bigler, E.D.,**       (2007). Neuroimaging and Its Role in Developing Interventions.  In S.J. Hunter & J. Donders (Eds) (pp.415-443) <u>Pediatric Neuropsychological Intervention</u> (508 pp.). New York: Cambridge University Press.

**Bigler, E.D.**       (2007). Brain Imaging and Function. In S. Ayers, A. Baum, C. Mc Manus, S. Newman, K. Wallston, J. Weinmand & R. West (Eds)(pp.239-241). <u>Cambridge Handbook of Psychology, Health and Medicine (2nd Edition)(968 pp.)</u>. Cambridge, U.K.:  Cambridge University Press.

**Bigler, E.D.**       (2007). Head Injury. In S. Ayers, A. Baum, C. Mc Manus, S. Newman, K. Wallston, J. Weinmand & R. West (Eds)(pp.720-724). <u>Cambridge Handbook of Psychology, Health and Medicine (2nd Edition)(968 pp.)</u>. Cambridge, U.K.: Cambridge University Press.

**Bigler, E.D.**       (2007). Traumatic brain injury and cognitive reserve (pp. 85-116). In Y. Stern (Ed). <u>Cognitive Reserve Theory and Applications (344 pp).</u> New York: Taylor and Francis Group.

**Bigler, E.D.**       (2006). Mild Traumatic Brain Injury (mTBI):  Causality Considerations from a Neuroimaging and Neuropathology Perspective (pp.302-334). In Young, G., Kane, A., & Nicholson, K. (Eds.) <u>Psychological Knowledge in Court:  PTSD, Pain, and TBI (pp.391)</u>. New York: Springer Science+Business Media, Inc.

**Bigler, E.D.**       (2006). Neuroimaging correlates in functional outcome (pp.201-224). In Zasler, N.D., Katz, D.I., and Zafonte, R.D. (Eds.), <u>Brain Injury Medicine:  Principles and Practice (pp.1275)</u>. New York: Demos Medical Publishing, Inc.

**Bigler, E.D.**       (2005). Structural imaging. (pp. 79-105).  In J.M. Silver, T.W. McAllister and S.C. Yudofsky, (Eds): <u>Textbook of Traumatic Brain Injury, 2nd Edition (pp.771)</u> Washington, D.C.: American Psychiatric Publishing, Inc.

**Bigler, E.D.**       (2004). Neuroimaging and the ROCF. In Knight, J.A. and Kaplan, E. (Eds.). <u>The Handbook of Rey-Osterrieth Complex Figure Usage: Clinical and Research Applications</u>. (Ch. 10; pp.323-334) Lutz, Fl: Psychological Assessment Resources Inc. (P.A.R.).

**Bigler, E.D.**       (2003). Neuroimaging in forensic neuropsychology. In Horton, A.M. Jr., and Hartlage, L.C. (Eds.). <u>Handbook of Forensic Neuropsychology</u> (pp.195-213). New York, NY: Springer Publishing Co.

**Bigler, E. D.**       (2002). Neuroimaging and neuropsychologic studies in reading disabilities. In  I. Arcolini & G. Zardini (Eds.), <u>I disturbi di apprendimento della lettura e della scrittura </u>(pp. 36-64`). Milano, Italy: FrancoAngeli.

**Bigler, E.D.,**       (2002). Neuroimaging and the ROCF. In, Rey-Osterrieth Handbook.  Edited by Jeffery Knight and Edith Kaplan. (Chapter 10, pp.67-78) Lutz, Fl:  Psychological Assessment Resources, Inc. (PAR).

**Bigler, E.D.**       (2001). Structural and functional neuroimaging of traumatic brain injury.  In J.T. McDeavitt (Ed.), <u>Physical Medicine and Rehabilitation: State of the Art Reviews,</u> <u>15</u>(2) (pp. 349-361). Philadelphia: Hanley & Belfus, Inc.

**Bigler, E.D.**          (2000). Neuroimaging and rehabilitation outcome. In R.G. Frank & T.R. Elliott (Eds.), <u>Handbook of Rehabilitation Psychology</u>, Washington, D.C.: American Psychological Association.

**Bigler, E.D.**          (1999).  Neuroimaging in mild TBI.  In N.R. Varney & R.J. Roberts (Eds.), <u>The Evaluation and Treatment of Mild Traumatic Brain Injury</u>.  Mahwah, New Jersey: Lawrence Erlbaum Associates.

**Bigler, E.D.**          (1999).  Neuroimaging in mild traumatic brain injury.  In M.J. Raymond, T.L. Bennet, L.C. Hartlage & C.M. Cullum (Eds.), <u>Mild Traumatic Brain Injury.  A Clinician's Guide (pp. 11-29)</u>.   Austin, Texas: Pro-ED.

**Bigler, E.D.**          (1997).  Brain injury and behavioral outcome in traumatic brain injury.  In **Bigler, E.D.**, Clark, E., & Farmer, J.E. (Eds.),  <u>Childhood traumatic brain injury: Diagnosis, assessment, and intervention</u>.  Austin, Texas: Pro-ED.

**Bigler, E.D.**          (1997). Neuroimaging in aging and dementia.  In P.D. Nussbaum (Ed.), <u>Handbook of Neuropsychology and Aging</u>  (pp. 409-421).  New York:  Plenum Press.

**Bigler, E.D.**          (1996). Introduction.  In E.D. Bigler, (Ed.), <u>Neuroimaging I: Basic science</u>, and <u>Neuroimaging II: Clinical applications.</u>   New York and London: Plenum Press.

**Bigler, E.D.**          (1996). Bridging the gap between psychology and neurology: Future trends in pediatric neuropsychology.  In Batchelor, E.S. & Dean R.S. (Eds.), <u>Pediatric neuropsychology</u>  (pp. 27-54).   Boston: Allyn & Bacon.

**Bigler, E.D.**          (1996). Neuroimaging and traumatic brain injury.  In E.D. Bigler (Ed.), <u>Neuroimaging II: Clinical applications</u>. N.Y.:  Plenum Press.

**Bigler, E.D.**          (1995). Advances in brain imaging with children and adolescents.  In Tramontana, M.G. & S.R. Hooper (Eds.), <u>Advances in child neuropsychology</u>. New York: Springer-Verlag.

**Bigler, E.D.**          (1995). The neurobiology and neuropsychology of adult learning disorders.  In Patton, J.R. & Polloway, E.A. (Eds.), <u>Learning disabilities: The challenge of adulthood</u> (pp. 205-233).  Austin, Texas: PRO-ED.

**Bigler, E.D.**          (1994). Neuroimaging in neuropsychology.  In R.E.  Kelly (Ed.), <u>Functional neuroimaging</u>. (ch.7, pp.121-137)  Armonk, New York:  Futura Publishing Company, Inc.

**Bigler, E.D.**          (1994). Brain structure and cognitive function.  In C.R. Reynolds (Ed.), <u>Cognitive assessment: A multidisciplinary perspective.</u> New York: Plenum Press.

**Bigler, E.D.**          (1994). Neuroimaging and neuropsychological assessment.  In C.R. Reynolds (Ed.), <u>Cognitive assessment: A multidisciplinary perspective</u>. New York: Plenum Press.

**Bigler, E.D.**          (1992). Neuroimaging and neuropsychological assessment. In C.R. Reynolds (Ed.), <u>Cognitive assessment</u>. New York: Plenum Press.

**Bigler, E.D.**          (1992). Utilization of brain imaging techniques in neuropsychology. In D. Tucker (Ed.), <u>Physical medicine and rehabilitation: State of the art reviews</u>. Philadelphia: Hanley & Belfus.

**Bigler, E.D.**          (1990). Conclusion/Synthesis to traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**          (1990). Introduction to traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**          (1990). Neuropathology of traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**          (1990). Preface to traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**          (1989). Radiologic techniques in neuropsychological assessment. In C.R. Reynolds & E. Fletcher-Janzen (Eds.), <u>Child neuropsychology: Techniques of assessment and treatment</u> (pp. 247-264). New York: Plenum Press.

**Bigler, E.D.**          (1989). Remediating nonverbal problems associated with learning disabilities. In P.I. Myers & D.D. Hammill (Eds.), <u>Learning disabilities</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**          (1988). Neuropsychological and CT identification in dementia. In H.A. Whitaker (Ed.), <u>Neuropsychological studies of non-focal brain damage: Dementia and trauma</u> (pp. 61-85). New York: Springer-Verlag.

**Bigler, E.D.**          (1988). The role of neuropsychological assessment in relation to other types of assessment with children. In M.G. Tramontana & S.F. Hooper (Eds.), <u>Assessment issues in child neuropsychology</u> (pp. 67-91). New York: Plenum Press.

**Bigler, E.D.**          (1987). Assessment of cortical function. In L.C. Hartlage, M.J. Asken, & J.L. Horsby (Eds.), <u>Essentials of neuropsychological assessment</u> (pp. 46-70). New York: Springer.

**Bigler, E.D.**          (1987). CAT scan. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of Special Education</u> (Vol. 1, pp. 279-280). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**          (1987). Dendrites. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 1, pp. 471-473). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**          (1987). Glial cells. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 2, pp. 724-725). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**          (1987). Nuclear magnetic resonance (NMR) or magnetic resonance imaging (MRI). In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 2, pp. 1110-1111). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**        (1987). Putamen. In C.R. Reynolds & L. Mann (Eds.), Encyclopedia of special education (Vol. 3, p. 1288). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**        (1987). Substantia nigra. In C.R. Reynolds & L. Mann (Eds.), Encyclopedia of special education (Vol. 3, p. 1515). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**        (1987). X-ray scanning techniques. In C.R. Reynolds & L. Mann (Eds.), Encyclopedia of special education (Vol. 3, p. 1685). John Wiley & Sons Publishers.

**Bigler, E.D.**        (1986). Forensic neuropsychology. In D. Wedding, A.M. Horton, & J. Webster (Eds.), The Neuropsychology Handbook (pp. 526-547). New York: Springer.

**Bigler, E.D.**        (1982). Clinical assessment of cognitive deficit in traumatic and degenerative disorders: Brain scan and neuropsychologic findings. In R.N. Malathesa & L. Hartlage (Eds.), Neuropsychology and Cognition (Vol. 2, pp. 165-182). The Hague: Martinus Nijhoff Publishers.

**Bigler, E.D.**        (1980). Child and adolescent neuropsychology. In J.E. Gilliam (Ed.), Emotional Disturbance (pp. 63-82). Austin, Texas: University of Texas.

**Bigler, E.D.,**        & Petrie, J. (2011). Anencephaly. In B. Caplan, J. DeLuca, J.S. Kreutzer (Eds.), Encyclopedia of Clinical Neuropsychology (Neuroanatomy), New York: Springer Science + Business Media.

**Bigler, E.D.,**        & Petrie, J. (2011). Megalencephaly. In B. Caplan, J. DeLuca, J.S. Kreutzer (Eds.), Encyclopedia of Clinical Neuropsychology (Neuroanatomy), New York: Springer Science + Business Media.

**Bigler, E.D.,**        & Petrie, J. (2011). Microcephaly. In B. Caplan, J. DeLuca, J.S. Kreutzer (Eds.), Encyclopedia of Clinical Neuropsychology (Neuroanatomy), New York: Springer Science + Business Media.

**Bigler, E.D.,**        & Petrie, J. (2011). Minimal Brain Dysfunction . In B. Caplan, J. DeLuca, J.S. Kreutzer (Eds.), Encyclopedia of Clinical Neuropsychology (Neuroanatomy), New York: Springer Science + Business Media.

**Bigler, E.D.,**        & Orrison, Jr., W. W. (2004). Neuroimaging in sports-related brain injury. In Lovell, M.R., Echemendia, R.J., Barth, J.T. and Collins, M.W.(Eds.), Traumatic Brain Injury in Sports: An International and Neuropsychological Perspective. (pp.71-93). Lisse, The Netherlands: Swets & Zeitlinger Publishers.

**Bigler, E.D.**        & Adams, W.V. (2001).  Clinical neuropsychological assessment of child and adolescent memory with the Wide Range Assessment of Memory and Learning, the Test of Memory and Learning, and the California Verbal Learning Test–Children's Version.  In A. Kaufman & N. Kaufman (Eds.), Specific Learning Disabilities and Difficulties in Children and Adolescents: Psychological Assessment and Evaluation.(pp. 387-429). Cambridge, UK:  Cambridge University Press.

**Bigler, E.D.**,        Nielsen, D., Wilde, E., Bartholomew, J., Brooks, M. & Bradford, L.W. (1999). Neuroimaging and genetic disorders.   In S. Goldstein & C.R. Reynolds (Eds.),

Handbook of Neurodevelopmental and Genetic Disorders in Children (pp. 61-83).  New York: Guilford Press.

**Bigler, E.D.**,    Clark, E., & Farmer, J.E. (1997). Traumatic brain injury: 1990's update.  In **Bigler, E.D.**, Clark, E., & Farmer, J.E. (Eds.), Childhood Traumatic Brain Injury: Diagnosis, Assessment, and Intervention.  Austin, Texas: PRO-ED.

**Bigler, E.D.**,    Lowry, C.M., & Porter, S.S. (1997). Neuroimaging in clinical neuropsychology.  In Horton A.M. Jr., Wedding, D., & Webster, J.  (Eds.) The Neuropsychological Handbook (Vol. 2, 2nd ed.).  New York, NY: Springer Publishing Co.

**Bigler, E.D.**,    Nilsson, D.E., Burr, R.B., & Boyer, R.S. (1997). Neuroimaging in pediatric neuropsychology.  In Reynolds, C.R. & Fletcher-Janzen, E.  (Eds.), Handbook of Clinical Child Neuropsychology.  New York and London: Plenum Press.

**Bigler, E.D.**,    Nussbaum, N.L., & Foley, H.A.  (1997). Child neuropsychology in the private medical practice.  In Reynolds, C.R. & Fletcher-Janzen, E.  (Eds.), Handbook of Clinical Child Neuropsychology.  New York and London: Plenum Press.

**Bigler, E.D.**,    Blatter, D.D. & Ryser, D. (1996).  Neuroimaging and traumatic brain injury.  In J. Ponsford, P. Snow & V. Anderson (Eds.), International Perspective in Traumatic Brain Injury (pp. 84-89). Bowen Hills: Australian Academic Press.

**Bigler, E.D.**,    Porter, S.S., & Lowry, C.M.  (1996). Neuroimaging:  Interface with clinical neuropsychology.  In M.E. Maruish & J.A. Moses (Eds.), Clinical Neuropsychology: Theoretical Foundations for Practitioners.  New York: Lawrence Erlbaum Associates.

**Bigler, E.D.**,    Lowe, J., & Yeo, R. (1989). Structural anomalies and neuropsychological function. In E.D. Bigler, et al. (Eds.), Neuropsychological Functions and Brain Imaging. New York: Plenum Press.

**Bigler, E.D.**,    & Nussbaum, N.L. (1989). The child neuropsychology in the private medical practice. In C.R. Reynolds & E. Fletcher-Janzen (Eds.), Handbook of Child Clinical Neuropsychology (pp. 557-572). New York: Plenum Press.

**Bigler, E.D.**,    Yeo, R., & Turkheimer, E. (1989). Neuropsychological function and brain imaging: Introduction and overview.  In E.D. Bigler, et al. (Eds.), Neuropsychological functions and brain imaging. New York: Plenum Press.

**Bigler, E.D.**,    Yeo, R., & Turkheimer, E. (1988). Neuropsychological function and brain imaging: Synthesis and future directions. In E.D. Bigler, et al. (Eds.), Neuropsychological Functions and Brain Imaging. New York: Plenum Press.

Yeates, K.O.,    **Bigler, E.D.,** Dennis, M., Gerhardt, C.A., Rubin, K.H., Stancin, T., Taylor, H.G., & Vannatta, K. (2012). Theoretical approaches to understanding social function in childhood brain insults: Toward the integration of social neuroscience and developmental psychology (Chapter 10, pp. 207-230). In Anderson, V. and Beauchamp, M. (Eds.), Developmental social neuroscience and childhood brain insult: Implications for theory and practice (398 pp). New York: Guilford Press.

Bigler, E. D.     10

Hopkins, R.O.,  & **Bigler, E.D.**, (2008). Hypoxic and anoxic conditions of the CNS (Chapter 27, pp. 522-535). In Morgan, J.E. and Ricker, J.H., (Eds.), Textbook of Clinical Neuropsychology (1027 pp.). New York:  Taylor & Francis Group.

Kurth, S.,  & **Bigler, E.D.**, (2008). Structural neuroimaging in clinical neuropsychology. (Chapter 40 – pp. 783-839). In Morgan, J.E. and Ricker, J.H., (Editors), Textbook of Clinical Neuropsychology (1027pp). Lisse, The Netherlands: Swets & Zeitlinger Publishers.

Wolkowitz, O.M.,  Lupien, S.J., **Bigler, E.D.,** Reus. V.L. (2008). Steroid encephalopathy:  Steroid psychosis and dementia (pp. 323-362). In G.P. Sechi (Ed) Drug Related Encephalopathy's (508 pp). New York:  Nova Science Publishers, Inc.

Lainhart, J.E.,  Lazar, M., Alexander, A., & **Bigler, E.D.** (2005).  The brain during life in Autism:  Advances in neuroimaging research (pp. 57-107). In Casanova, M.F. (ed.). Recent Developments in Autism Research. Hauppauge, New York:  NOVA Science Publishers, Inc.

Provencal, S.,  & **Bigler, E.D.** (2005). Behavioral neuroimaging:  What is it and what does it tell us?  (pp. 327-361).  In D'Amato, R. C., Fletcher-Janzen, E., & Reynolds, C.R. (Eds.). The Handbook of School Neuropsychology. Hoboken, New Jersey: John Wiley & Sons, Inc.

Provencal, S.,  & **Bigler, E.D.** (2005). Neuroimaging and genetic disorders in adults. (pp.58-88). In Reynolds, C.R. and Goldstein, S. (Eds.), Handbook of Neurodevelopmental and Genetic Disorders in Adults. New York, New York: Guilford Publications, Inc.

Miller, M.J.,  Petrie, J., **Bigler, E.D.,** & Adams, W.V. (2003). Neuropsychological assessment of child and adolescent memory:  The Wide Range Assessment of Memory and Learning, the Test of Memory and Learning, and the California Verbal learning Test – Children's Version. In Hersen, M., Goldstein, G., and Beers, S.R. (Eds.) The Comprehensive Handbook of Psychological Assessment, Volume I: Intellectual and Neuropsychological Assessment. (ch. 15, pp. 237-261). Hoboken, New Jersey:  John Wiley & Sons, Inc.

Miller, M.J.,  **Bigler, E.D.,** & Adams, W.V. (2003).  Comprehensive assessment of child and adolescent memory:  The Wide Range Assessment of Memory and Learning, the Test of Memory and Learning, and the California Verbal learning Test – Children's Version. In Reynolds, G., & Kamphaus, R. (Eds.) Handbook of Psychological and Educational Assessment of Children 2nd Edition, Volume 1: Intelligence, Aptitude and Achievement. (Ch. 12, pp. 275-304). New York: Guilford Press, Inc.

Hopkins, R.O.  & **Bigler, E.D.** (2001).  Pulmonary disorders. In R. Tarter et al. (Eds.), Medical Neuropsychology (2nd ed.) (pp.25-50). New York: Plenum Publishers.

Weight, D.G.  & **Bigler, E.D.** (1998).  Neuroimaging in psychiatry.  In D.A. Tomb (Guest Ed.), The Psychiatric Clinics of North America.  Diagnostic Dilemmas, Part II. Philadelphia, London, Toronto, Montreal, Sydney & Tokyo: W.B. Saunders Company.

Nussbaum, N.L.    **& Bigler, E.D.** (1997). Halstead-Reitan neuropsychological test batteries for children. In Reynolds, C.R. & Fletcher-Janzen, E. Handbook of Clinical Child Neuropsychology. New York and London: Plenum Press.

Reynolds, C.R.    **& Bigler, E.D.** (1997). Clinical neuropsychological assessment of child and adolescent memory with the test of memory and learning. In C.R. Reynolds, & E. Fletcher-Janzen (Eds.), Handbook of clinical child neuropsychology. New York and London: Plenum Press.

Blatter, D.D.,    **Bigler, E.D.**, Johnson, C.S., Anderson, C., Gale, S.D. (1996). A normative database from magnetic resonance imaging. In E.D. Bigler, Neuroimaging I: Basic Science. New York and London: Plenum Press.

Ryser, D.K.,    **Bigler, E.D.** & Blatter, D. (1996). Clinical and neuroimaging predictors of post TBI outcome. In J. Ponsford, P. Snow & V. Anderson (Eds.), International Perspectives in Traumatic Brain Injury (pp. 79-83). Bowen Hills QLD: Australian Academic Press.

Steed, M.    **& Bigler, E.D.** (1996). Appendix MRI brain atlas. In E.D. Bigler (Ed.), Neuroimaging I: Basic Science. New York and London: Plenum Press.

Lilliquist, M.W.    **& Bigler, E.D.** (1992). Neurological and neuropsychological consequences of drug abuse. In L. Hartlage, D. Templer, & W.G. Cannon (Eds.), Preventable Brain Damage: Brain Vulnerability and Brain Health. New York: Springer.

Willerman, L.,    Schultz, R., Rutledge, J.N., & **Bigler, E.D.** (1992). Brain structure and cognitive function. In C.R. Reynolds (Ed.), Cognitive Assessment. New York: Plenum Press.

Naugle, R.I.    **& Bigler, E.D.** (1989). Brain imaging and neuropsychological identification in dementia of the Alzheimer's type. In E.D. Bigler, et al. (Eds.), Neuropsychological function and brain imaging. New York: Plenum Press.

Nussbaum, N.L.    **& Bigler, E.D.** (1989). Halstead-Reitan neuropsychological test batteries for children. In C.R. Reynolds & E. Fletcher (Eds.), Handbook of Child Clinical Neuropsychology (pp. 181-191). New York: Plenum Press.

**PUBLICATIONS:**

**Bigler, E.D.**    (2015) Neuroimaging as a biomarker in symptom validity and performance validity testing. *Brain Imaging and behavior, 2015 Sep;9(3):421-44. doi: 10.1007/s11682-015-9409-1.*

**Bigler, E.D.**    (2015) Structural Image Analysis of the Brain in Neuropsychology Using Magnetic Resonance Imaging (MRI) Techniques. *Neuropsychology Review. 2015 Sep;25(3):224-49.* doi: 10.1007/s11065-015-9290-0. Epub 2015 Aug 18.

**Bigler, E.D.**    (2014). Effort, symptom validity testing, performance validity testing and traumatic brain injury. *Brain Injury, Sep;12:1-16. 2014;28(13-14):1623-38. doi: 10.3109/02699052.2014.947627. Epub 2014 Sep 12.*

**Bigler, E.D.**    (2014). Magnetic resonance imaging in the evaluation of cognitive function. *Pediatric Blood & Cancer, Oct;61(10):1724-8.*

**Bigler, E.D.**                    (2014). Comment: importance of cognitive reserve in traumatic brain injury. *Neurology, May 6;82(18):1641.*

**Bigler, E.D.**                    (2013). Neuroimaging Biomarkers in Mild Traumatic Brain Injury (mTBI). *Neuropsychology Review, Sep;23(3):169-209.*

**Bigler, E.D.**                    (2013). Traumatic brain injury, neuroimaging, and neurodegeneration. *Frontiers in Human Neuroscience, Aug 6;7:395.*

**Bigler, E.D.**                    (2013). Neuroinflammation and the dynamic lesion in traumatic brain injury. *Brain: a journal of neurology, Jan;136(Pt 1):9-11.*

**Bigler, E.D.**                    (2012). Response to Larrabee. *Journal of the International Neuropsychological Society, Jul 18(4):640-2.*

**Bigler, E.D.**                    (2012). Symptom validity testing, effort, and neuropsychological assessment. *Journal of the International Neuropsychological Society, Jul;18(4):632-40.*

**Bigler, E.D.**                    (2012). Mild traumatic brain injury: The elusive timing of "recovery". *Neuroscience Letters, Feb 10;509(1):1-4.*

**Bigler, E.D.**                    (2011). Effort – What is it, How Should it be Measured? *Journal of the International Neuropsychological Society, 17, 751-2.*

**Bigler, E.D.**                    (2010). Neuropsychology's future. Psychological critiques.

**Bigler, E.D.**                    (2010). Neuroimaging in mild traumatic brain injury. *Psychological Injury and Law, 3:36-49.*

**Bigler, E.D.**                    (2009). Hans-Lukas Teuber and 'The riddle of frontal lobe function in man' as published in *The Frontal Granular Cortex and Behavior* (1964). Historical Feature, commentary by Erin D. Bigler. *Neuropsychology Review, 19(1):9-24.*

**Bigler, E.D.**                    (2009). Letters to the Editor. *Journal of Head Trauma Rehabilitation, 24(5):414-8.*

**Bigler, E.D.**                    (2009). Letters to the Editor. Response to Ruff's (2009) "Best practice guidelines for forensic neuropsychological examinations of patients with traumatic brain injury". *Journal of Head Trauma and Rehabilitation, 24(5):1-7.*

**Bigler, E.D.**                    (2008). Response to Russell's (2007) and Hom's (2008) commentary on "A motion to exclude and the 'fixed' versus 'flexible' battery in 'forensic' neuropsychology. *Archives of Clinical Neuropsychology, 23(7-8):755-61.*

**Bigler, E.D.**                    (2008) Neuropsychology and clinical neuroscience of persistent post-concussive syndrome. *Journal of the International Neuropsychological Society, Jan;14(1):1-22.*

**Bigler, E.D.**                    (2007). Anterior and middle cranial fossa in traumatic brain injury (TBI): Relevant neuroanatomy and neuropathology in the study of neuropsychological outcome. *Neuropsychology, Sep;21(5):515-31.*

**Bigler, E.D.**     (2007). A motion to exclude and the 'fixed' versus 'flexible' battery in 'forensic' neuropsychology: Challenges to the practice of clinical neuropsychology. *Archives of Clinical Neuropsychology, Jan;22(1):45-51. [Epub 2006 Dec 27].*

**Bigler, E.D.**     (2007) Neuropsychology and clinical neuroscience of persistent post-concussive syndrome. *Journal of International Neuropsychological Society, Jan 14(1):1-22.*

**Bigler, E.D.**     (2006). Letter to the Editor:  Can author bias be determined in forensic neuropsychology research published in Archives of Clinical Neuropsychology? *Archives of Clinical Neuropsychology, Aug;21(5):503-8. [Epub 2006 Jul 17].*

**Bigler, E.D.**     (2006) An Open Letter to the Editors of Brain Injury Professional. *Brain Injury Professional, 3(4):8-9.*

**Bigler, E.D.**     (2004). Neuropsychological results and neuropathological findings at autopsy in a case of mild traumatic brain injury. *Journal of the International Neuropsychological Society, Sep;10(5):794-806.*

**Bigler, E.D.**     (2003). Neurobiology and neuropathology underlie the neuropsychological deficits associated with traumatic brain injury. *Archives of Clinical Neuropsychology, Aug;18(6):595-621; discussion 623-7.*

**Bigler, E.D.**     (2001). Frontal lobe pathology and antisocial personality disorder. *Archives of General Psychiatry, Jun;58(6):609-11.*

**Bigler, E.D.**     (2001). Premorbid brain volume and dementia.  *Archives of Neurology, May;58(5):831-3.*

**Bigler, E.D.**     (2001). Neuropsychological testing defines the neurobehavioral significance of neuroimaging-identified abnormalities.  *Archives of Clinical Neuropsychology, Apr;16(3):227-36*

**Bigler, E.D.**     (2001). Distinguished Neuropsychologist Award Lecture 1999. The lesion(s) in traumatic brain injury: Implications for clinical neuropsychology.  *Archives of Clinical Neuropsychology, Feb;16(2):95-131.*

**Bigler, E.D.**     (2001). Quantitative magnetic resonance imaging in traumatic brain injury. *Journal of Head Trauma Rehabilitation, Apr;16(2):117-34.*

**Bigler, E.D.**     (2001). Neuropsychological testing defines the neurobehavioral significance of neuroimaging-identified abnormalities. *Archives of Clinical Neuropsychology, 2001 Apr;16(3):227-36.*

**Bigler, E.D.**     (2001). Structural and Functional Neuroimaging of Traumatic Brain Injury. *Physical Medicine and Rehabilitation, 15(2):349-61.*

**Bigler, E.D.**     (1999). Neuroimaging in pediatric traumatic head injury: Diagnostic considerations and relationships to neurobehavioral outcome. *Journal of Head Trauma Rehabilitation, Aug;14(4):406-23.*

**Bigler, E.D.**     (1998). Brain anomaly and plasticity: Hydrocephalus.  *In F. J. Vattano, T.C. Bennett & M. Butler (Eds.), The Brain: Teaching Modules (2nd Edition). From*

*The Annenberg/CPB Multimedia Collection. NY, NY: Worth Publishers. (Videotape).*

**Bigler, E.D.**    (1998). Living with amnesia: the hippocampus and memory. *In F. J. Vattano, T.C. Bennett & M. Butler (Eds.), The Brain: Teaching Modules (2nd Edition). From The Annenberg/CPB Multimedia Collection. NY, NY: Worth Publishers. (Videotape).*

**Bigler, E.D.**    (1998). Neuroimaging: Revealing the brain. *Recovery, 9(3):17-21.*

**Bigler, E.D.**    (1998). Magnetic resonance imaging of the brain: Relationship between structure and function. *Medical and Pediatric Oncology, Suppl 1:17-24.*

**Bigler, E.D.**    (1996). Brain imaging and behavioral outcome in traumatic brain injury. *Journal of Learning Disabilities, Sep;29(5):515-30.*

**Bigler, E.D.**    (1995). Brain morphology and intelligence. *Developmental Neuropsychology, 11(4):377-403.*

**Bigler, E.D.**    (1995). Design fluency in dementia of Alzheimer's type, multi-infarct dementia and dementia associated with alcoholism. *Applied Neuropsychology, Feb;2(1):7-14.*

**Bigler, E.D.**    (1992). Neurobiology and neuropsychology of adult learning disorders. *Journal of Learning Disabilities, 25:488-506.*

**Bigler, E.D.**    (1992). Three-dimensional image analysis of trauma induced degenerative changes: An aid to neuropsychological assessment. *Archives of Clinical Neuropsychology, Oct;7(5):449-56.*

**Bigler, E.D.**    (1991). Neuropsychological assessment, neuroimaging, and clinical neuropsychology: A synthesis. *Archives of Clinical Neuropsychology, 6(3):113-32.*

**Bigler, E.D.**    (1991). Theophylline neurotoxicity resulting in diffuse brain damage. *Developmental Medicine and Child Neurology, Feb;33(2):179-81.*

**Bigler, E.D.**    (1990). Neuropsychology and malingering: Comment on Faust, Hart, and Guilmette (1988). *Journal of Consulting and Clinical Psychology, Apr;58(2):244-7.*

**Bigler, E.D.**    (1989). On the neuropsychology of suicide. *Journal of Learning Disabilities, Mar;22:180-5.*

**Bigler, E.D.**    (1989). Behavioral and cognitive changes in traumatic brain injury: A spouse's perspective. *Brain Injury, Jan-Mar;3(1):73-8.*

**Bigler, E.D.**    (1988). Acquired cerebral trauma: Attention, memory and language disorders. *Journal of Learning Disabilities, Jun-Jul;21(6):325-6.*

**Bigler, E.D.**    (1988). Acquired cerebral trauma: Epilogue. *Journal of Learning Disabilities, Oct;21(8):476-85.*

**Bigler, E.D.**          (1988). Frontal lobe damage and neuropsychological assessment. *Archives of Clinical Neuropsychology, 3(3):279-97.*

**Bigler, E.D.**          (1988). Good outcome associated with cerebral reconstitution in hydrocephalus. *Journal of Child Neurology, Oct;3(4):297-8.*

**Bigler, E.D.**          (1988). The neuropsychology of hydrocephalus. *Archives of Clinical Neuropsychology, 3(1):81-100.*

**Bigler, E.D.**          (1987). Acquired cerebral trauma: Behavioral, neuropsychiatric, psycho-educational assessment and cognitive retraining issues. *Journal of Learning Disabilities, Dec;20(10):579-80.*

**Bigler, E.D.**          (1987). Acquired cerebral trauma: Epidemiology, neuropsychological assessment, and academic/educational deficits. *Journal of Learning Disabilities, Nov;20(9):516-7.*

**Bigler, E.D.**          (1987). Acquired cerebral trauma: Introduction to a special series. *Journal of Learning Disabilities, 20:454-6.*

**Bigler, E.D.**          (1987). The clinical significance of cerebral atrophy in dementia. *Archives of Clinical Neuropsychology, 2(2):177-90.*

**Bigler, E.D.**          (1987). The clinical significance of cerebral atrophy in traumatic brain injury`. *Archives of Clinical Neuropsychology, 2(3):293-304.*

**Bigler, E.D.**          (1987). The clinical significance of cortical atrophy and ventricular enlargement in schizophrenia. *Archives of Clinical Neuropsychology, 2(4):385-92.*

**Bigler, E.D.**          (1987). Grand Rounds. *Archives of Clinical Neuropsychology, 2(2):175-6.*

**Bigler, E.D.**          (1987). Neuropathology of acquired cerebral atrophy in traumatic brain injury. *Archives of Clinical Neuropsychology, 2:293-304.*

**Bigler, E.D.**          (1987). Neuropathology of acquired cerebral trauma. *Journal of Learning Disabilities, Oct;20(8):458-73.*

**Bigler, E.D.**          (1983). Workshops in neuropsychological assessment. *Professional Psychology, 14:155.*

**Bigler, E.D.**          (1980). Forensic neuropsychology: A case example. *Texas Psychologist, 32:7-9.*

**Bigler, E.D.**          (1980). Neuropsychological assessment and brain scan results: A case study approach. *Clinical Neuropsychology, 2:13-24.*

**Bigler, E.D.**          (1979). Neuropsychological evaluation of adolescent patients hospitalized with chronic inhalant abuse. *Clinical Neuropsychology, 1:8-12.*

**Bigler, E.D.**          (1979). Visually evoked potentials: Neuropharmacologic interactions. *Gesellschaft fur Pharmakologie and Toxikologie der DDR, 20:12.*

**Bigler, E.D.**          (1978). Limitations of neuropsychological interpretations based on Bender-Gestalt and WAIS results. *Texas Psychologist, 30:5-8.*

**Bigler, E.D.**          (1977). Bicuculline potentiation of the photically evoked after-discharges. *Proceedings of the Western Pharmacology Society, 20:191-4.*

**Bigler, E.D.**          (1977). Comparison of effects of bicuculline, strychnine and picrotoxin with pentylenetetrazol on photically evoked after-discharges. *Epilepsia, Dec;18(4):465-70.*

**Bigler, E.D.**          (1977). Neurophysiology, neuropharmacology and behavioral relations of visual system evoked after-discharges: A review. *Biobehavioral Review, 1:95-112.*

**Bigler, E.D.**          (1976). Diazepam modification of evoked and spontaneous lateral geniculate activity. *Electroencephalography and Clinical Neurophysiology, Oct;41(4):428-33.*

**Bigler, E.D.**          (1976). Childhood and adolescent inhalant abuse: Where's the behavioral research? *Behavioral Disorders, 2:250-1.*

**Bigler, E.D.**          (1975). Lateral geniculate multiple-unit activity related to Metrazol potentiated after-discharges. *Electroencephalography and Clinical Neurophysiology, Nov;39(5):491-7.*

**Bigler, E.D.**          Jantz, P. B., Farrer, T. J., Abildskov, T. J., Dennis, M., Gerhardt, C. A., Rubin, K. H., Stancin, T., Taylor, H. G., Vannatta, K., & Yeates, K. O. (2015). Day of injury CT and late MRI findings: Cognitive outcome in a pediatric sample with complicated mild traumatic brain injury. *Brain Injury, 2015;29(9):1062-70.* doi: 10.3109/02699052.2015.1011234. Epub 2015 Jul 17

**Bigler, E.D.**          & Stern, Y. (2015). Traumatic brain injury and reserve. *Handbook of clinical neurology, 128:691-710.*

**Bigler, E.D.**          & Deibert, E. (2014). Lesion analysis in mild traumatic brain injury: Old school goes high tech. *Neurology, Sept 30; 83(14):1226-7.*

**Bigler, E.D.,**         Yeates, K.O., Dennis, M., Gerhardt, C.A., Rubin, K.H., Stancin, T., Gerry, T.H., & Vannatta, K. (2013). Neuroimaging and social behavior in children after traumatic brain injury: findings from the Social Outcomes of Brain Injury in Kids (SOBIK) study. *NeuroRehabilitation, 32(4):707-20.*

**Bigler, E.D.,**         Abildskov TJ, Petrie J, Farrer TJ, Dennis M, Simic N, Taylor HG, Rubin KH, Vannatta K, Gerhardt CA, Stancin T, & Owen Yeates K. (2013). Heterogeneity of brain lesions in pediatric traumatic brain injury. *Neuropsychology, Jul 27(4):438-51.*

**Bigler, E.D.,**         Deibert, E., & Filley, M. (2013). When is a concussion no longer a concussion? *Neurology, Jul 2 81(1):14-5.*

**Bigler, E.D.,**         Farrer, T.J., Pertab, J.L., James, K., Petrie, J.A., & Hedges, D.W. (2013). Reaffirmed limitations of meta-analytic methods in the study of mild traumatic brain injury: a response to Rohling et al. *Clinical Neuropsychology, 27(2):176-214.*

Bigler, E. D.     17

**Bigler, E.D.,**    & Maxwell, W.L. (2012). Neuropathology of mild traumatic brain injury: relationship to neuroimaging findings. *Brain Imaging Behavior, Jun 6(2):108-36.*

**Bigler, E.D.,**    & Karlawish, J. (2012). Expanding the understanding of disability in persons with traumatic brain injury. *Neurology, May 8, 78(19):1454-5*

**Bigler, E.D.,**    & Maxwell, W.L. (2011). Neuroimaging and neuropathology of TBI. *NeuroRehabilitation, 28(2):63-74.*

**Bigler, E.D.,**    & Wilde, E.A. (2010). Quantitative neuroimaging and the prediction of rehabilitation outcome following traumatic brain injury. *Frontiers in Human Neuroscience, 4:228.*

**Bigler, E.D.,**    & Bazarian, J.J. (2010). Diffusion tensor imaging: a biomarker for mild traumatic brain injury? *Neurology, Feb 23: 74(8):626-7.*

**Bigler, E.D.,**    & Wilde, E.A. (2010). Quantitative neuroimaging and the prediction of rehabilitation outcome following traumatic brain injury. *Frontiers in Human Neuroscience, Dec 23: 4:228.*

**Bigler, E.D.,**    Abildskov, T.J., Wilde, E.A., McCauley, S.R., Li, X., Merkley, T.L., Fearing, M.A., Newsome, M.R., Scheibel, R.S., Hunter, J.V., Chu, Z., & Levin, H.S. (2010). Diffuse damage in pediatric traumatic brain injury: A comparison of automated versus operator-controlled quantification methods. *NeuroImage, Apr 15;50(3): 1017-26.*

**Bigler, E.D.,**    McCauley, S.R., Wu, T.C., Yallampalli, R., Shah, S., Macleod, M., Chu, Z., Hunter, J.V., Clifton, G.L., Levin, H.S., & Wilde, E.A. (2010). The temporal stem in traumatic brain injury: preliminary findings. *Brain Imaging Behavior, Dec; 4(3-4):270-82.*

**Bigler, E.D.,**    Abildskov, T.A., Petrie, J.A., Johnson, M., Lange, Chipman, J., Lu, J., McMahon, W., & Lainhart, J.E. (2010). Volumetric and voxel-based orphometry findings in autism subjects with and without macrocephaly. *Developmental Neuropsychology, 35 (3), 278-95.*

**Bigler, E.D.,**    Green, R.R., Farrer, T.J., Roper, J.C. & Millward, J.B., (2009). The rigor of research design and 'forensic' publications in neuropsychological research. *Psychological Injury and Law, 2:43-52.*

**Bigler, E.D.,**    & Brooks, M. (2009). Traumatic brain injury and forensic neuropsychology. *Journal of Head Trauma Rehabilitation, Mar-Apr; 24(2):76-87. Review.*

**Bigler, E.D.,**    Mortensen, S., Neeley, E.S., Ozonoff, S., Krasny, L., Johnson, M., Lu, J., Provencal, S.L., McMahon, W., & Lainhart, J.E . (2007). Superior temporal gyrus, language function, and autism. *Developmental Psychology, 31(2):217-38.*

**Bigler, E.D.,**    Ryser, D. K., Gandhi, P., Kimball, J., & Wilde, E.A., (2006) Day-of-injury computerized tomography, rehabilitation status, and development of cerebral atrophy in traumatic brain injury. *American Journal of Physical Medicine and Rehabilitation, Oct;85(10):793-806.*

**Bigler, E.D.,**    Neeley, E.S., Miller, M.J., Tate, D.F., Rice, S.A., Cleavinger, H., Wolfson, L., Tschanz, J., & Welsh-Bohmer, K., (2004). Cerebral volume loss, cognitive deficit and neuropsychological performance: Comparative measures of brain atrophy: I. Dementia. *Journal of the International Neuropsychological Society, May;10:442-52.*

**Bigler, E.D.,**    Lowry, C. M., Kerr, B., Tate, D. F., Hessel, C. D., Earl, H. D., Miller, M.J., Rice, S. A., Smith, K. H., Tschanz, J. T., Welsh-Bohmer, K., Plassman, B., & Victoroff, J., (2003). Role of white matter lesions, cerebral atrophy, and APOE on cognition in older persons with and without dementia: The Cache County, Utah, study of memory and aging. *Neuropsychology, Jul;17(3):339-52.*

**Bigler, E.D.,**    Tate, D.F., Neeley, E.S., Wolfson, L. J., Miller, M.J., Rice, S.A., Cleavinger, H., Anderson, C., Coon, H., Ozonoff, S., Johnson, M., Dinh, E., Lu, J., Mc Mahon, W., & Lainhart, J.E. (2003). Temporal lobe, autism, and macrocephaly. *American Journal of Neuroradiology, Nov-Dec;24(10):2066-76.*

**Bigler, E.D.,**    Kerr, B., Victoroff, J., Tate, D.F., & Breitner, J.C. (2002). White matter lesions, quantitative magnetic resonance imaging, and dementia. *Alzheimer Disease and Associated Disorders, Jul-Sep;16(3):161-70.*

**Bigler, E.D.**    Anderson, C.V., & Blatter, D.D. (2002). Temporal lobe morphology in normal aging and traumatic brain injury. *American Journal of Neuroradiology, Feb;23(2):255-66.*

**Bigler, E.D.,**    Tate, D.F., Miller, M.J., Rice, S.A., Hessel, C.D., Earl, H.D., Tschanz, J.T., Plassman, B., & Welsh-Bohmer, K.A. (2002). Dementia, asymmetry of temporal lobe structures, and apolipoprotein E genotype: Relationships to cerebral atrophy and neuropsychological impairment. *Journal of the International Neuropsychological Society, Nov;8(7):925-33.*

**Bigler, E.D.**    & Tate, D.F. (2001). Brain volume, intracranial volume and dementia. *Investigative Radiology, Sep;36(9):539-46.*

**Bigler, E.D.**    Lowry, S.M., Anderson, C.V., Johnson, S.C., Terry, J. & Steed, M. (2000). Dementia, quantitative neuroimaging, and apolipoprotein E genotype. *American Journal of Neuroradiology, Nov-Dec;21(10):1857-68.*

**Bigler, E.D.**    Johnson, S.C. & Blatter, D.D. (1999). Head trauma and intellectual status: Relation to quantitative magnetic resonance imaging findings. *Applied Neuropsychology, 6(4):217-25.*

**Bigler, E.D.**    Lajiness-O'Neill, R. & Howes, N.L. (1998). Technology in the assessment of learning disability. *Journal of Learning Disabilities, Jan-Feb;31(1):67-82.*

**Bigler, E.D.**,    Blatter, D.D., Anderson, C.V., Johnson, S.C., Gale, S.D., Hopkins, R.O., & Burnett, B. (1997). Hippocampal Volume in Normal Aging and Traumatic Brain Injury. *AJNR. American Journal of Neuroradiology, Jan;18(1):11-23.*

**Bigler, E.D.**    & Dodrill, C.B. (1997). Assessment of neuropsychological testing. *Neurology, Oct;49(4):1180-2; author reply 1183-5.*

**Bigler, E.D.**,    Blatter, D.D., Johnson, S.C., Anderson, C.V., Russo, A.A., Gale, S.D., Ryser, D.K., Macnamara, S.E., & Bailey, B.J. (1996). Traumatic brain injury, alcohol and quantitative neuroimaging: preliminary findings. *Brain Injury, Mar;10(3):197-206.*

**Bigler, E.D.**,    Johnson, S.C., Anderson, C.V., Blatter, D.D., Gale, S.D., Russo, A.A., Ryser D.K., Macnamara, S.E., Bailey, B.J., Hopkins, R.O., & Abildskov, T.J. (1996). Traumatic brain injury and memory: The role of hippocampal atrophy. *Neuropsychology, 10:333-42.*

**Bigler, E.D.**,    Clark, E., & Farmer, J. (1996). Traumatic Brain Injury:  1990s Update- Introduction to the Special Series. *Journal of Learning Disabilities, Sep;29(5):512-3.*

**Bigler, E.D.**,    & Snyder, J.L. (1995). Neuropsychological outcome and quantitative neuroimaging in mild head injury. *Archives of Clinical Neuropsychology, Mar;10(2):159-74.*

**Bigler, E.D.**,    Johnson, S.C., Jackson, C., & Blatter, D.D. (1995).  Aging, brain size, and IQ. *Intelligence, 21(1):109-19.*

**Bigler, E.D.**,    Burr, R., Gale, S., Norman, M., Kurth, S., Blatter, D., & Abildskov, T. (1994). Day of injury CT scan as an index to pre-injury brain morphology. *Brain Injury, Apr;8(3):231-8.*

**Bigler, E.D.**,    Kurth, S., Blatter, D., & Abildskov, T.J. (1993). Day-of-injury CT as an index to pre-injury brain morphology: Degree of post-injury degenerative changes identified by CT and MR neuroimaging. *Brain Injury, Mar-Apr;7(2):125-34.*

**Bigler, E.D.**,    Kurth, S., Blatter, D., & Abildskov, T.J. (1992). Degenerative changes in traumatic brain injury: Post-injury magnetic resonance identified ventricular expansion compared to pre-injury levels. *Brain Research Bulletin, Apr;28(4):651-3.*

**Bigler, E.D.**,    Nelson, J.E., & Schmidt, R.D. (1989). Identification of mamillary body atrophy in Korsakoff's syndrome using magnetic resonance imaging. *The Journal of Neuropsychiatry and Clinical Neurosciences, Summer;1(3):341-2.*

**Bigler, E.D.**,    Nelson, J.E., & Schmidt, R.D. (1989). Mamillary body atrophy identified by magnetic resonance imaging in alcoholic amnestic (Korsakoff's) syndrome: Neuropsychological correlates. *Neuropsychiatry, Neuropsychology and Behavioral Neurology, 2:189-201.*

Bigler, E. D.    20

**Bigler, E.D.**,     Rosa, L., Schultz, F., Hall, S., & Harris, J. (1989). Rey-Auditory verbal learning and Rey-Osterrieth complex figure design test for performance in Alzheimer's Disease and closed head injury. *Journal of Clinical Psychology, Mar;45(2):277-80.*

**Bigler, E.D.**,     Schultz, F., Hall, S., Rosa, L., & Harns, J. (1989). Performance on the Raven Colored Progressive Matrices in patients with closed head injury and dementia of the Alzheimer's type: Clinical considerations. *Archives of Clinical Neuropsychology, 4:111-2.*

**Bigler, E.D.**     & Alfano, M. (1988). Anoxic encephalopathy: Neuroradiological and neuropsychological findings. *Archives of Clinical Neuropsychology, 3(4):383-96.*

**Bigler, E.D.**,     Rosenstein, L.D., Roman, M., & Nussbaum, N.L. (1988). The clinical significance of congenital agenesis of the corpus callosum. *Archives of Clinical Neuropsychology, 3(2):189-200.*

**Bigler, E.D.**,     Schultz, R., Grant, M., Knight, G., Lucas, J., Roman, M., Hall, S., & Sullivan, M. (1988). Design fluency in dementia of the Alzheimer's type. *Neuropsychology, 2:127-33.*

**Bigler, E.D.**     & Naugle, R.I. (1985).  Case studies in cerebral plasticity.  *The International Journal of Clinical Neuropsychology, 8:12-23.*

**Bigler, E.D.**,     Hubler, D.W., Cullum, C.M., & Turkheimer, E. (1985). Intellectual and memory impairment in dementia: Computerized axial tomography volume correlations. *Journal of Nervous and Mental Disease, Jun;173(6):347-52.*

**Bigler, E.D.**     & Naugle, R.I. (1985). Case studies in cerebral plasticity. *Clinical Neuropsychology, 7:12-23.*

**Bigler, E.D.**,     Cullum, M.C., Paver, S., Turkheimer, E., & Yeo, R. (1984). Neuropsychological and computerized tomographic correlates in post traumatic head injury. *The International Journal of Clinical Neuropsychology, 6:83.*

**Bigler, E.D.**,     Hubler, D.W., Cullum, C.M., Turkheimer, E., & Yeo, R. (1984). Neuropsychological performance and volumetric CT scan measures in degenerative diseases. *The International Journal of Clinical Neuropsychology, 6:77.*

**Bigler, E.D.**,     Hubler, D.W., Turkheimer, E., Cullum, C.M., Paver, S., & Yeo, R. (1984). Volumetric CAT measures and neuropsychological performance in Alzheimer's disease. *International Journal of Neuroscience, 24:291-4.*

**Bigler, E.D.**,     Paver, S., Cullum, C.M., Turkheimer, E., Hubler, D.W., & Yeo, R. (1984). Ventricular enlargement, cortical atrophy and neuropsychological performance following head injury. *International Journal of Neuroscience, 24:295-8.*

**Bigler, E.D.**,     Bennet, J., & Newton, J.S. (1983). The hyperlexic syndrome: A case study. *Clinical Neuropsychology, 5:95-6.*

**Bigler, E.D.**    & Ehrfurth, J.W. (1981). The continued inappropriate singular use of the Bender Visual Motor Gestalt Test. *Professional Psychology, 12(5):562-9.*

**Bigler, E.D.**    & Steinman, D.R. (1981). Neuropsychology and computerized axial tomography: Further comments. *Professional Psychology, 12:195-7.*

**Bigler, E.D.**    & Tucker, D.M. (1981). Comparison of verbal IQ, tactual performance, seashore rhythm, and finger oscillation tests in the blind and brain damaged. *Journal of Clinical Psychology, Oct;37(4):849-51.*

**Bigler, E.D.**,    Steinman, D.R., & Newton, J.S. (1981). Clinical assessment of cognitive deficit in neurologic disorder, I: Effects of age and degenerative disease. *Clinical Neuropsychology, 3:5-13.*

**Bigler, E.D.**,    Steinman, D.R., & Newton, J.S. (1981). Clinical assessment of cognitive deficit in neurologic disorder, II: Cerebral trauma. *Clinical Neuropsychology, 3:13-18.*

**Bigler, E.D.**    & Ehrfurth, J.W. (1980). Critical limitations of the Bender-Gestalt test in clinical neuropsychology: Response to lacks. *Clinical Neuropsychology, 2:88-90.*

**Bigler, E.D.**    & Tucker, D.M. (1979). The Quality Extinction Test: Results with psychiatric patients. *Clinical Neuropsychology, 1(4):8-12.*

**Bigler, E.D.**,    Tucker, D.M., & Piran, N. (1979). Neuropsychological differentiation in a psychiatric late adolescent-young adult population: Preliminary report. *Clinical Neuropsychology, 1:9-14.*

**Bigler, E.D.**,    Shearer, D.E., Dustman, R.E., & Fleming, D.E. (1978). Differential effects of convulsants on visually evoked responses in the albino rat. *Pharmacology, Biochemistry, and Behavior, Jun;8(6):727-33.*

**Bigler, E.D.**    & Fleming, D.E. (1977). Food-deprivation induced arousal: Evidence against "behavioral inhibition" in electrocortical hypersynchrony. *Psychological Reports, Apr;40(2):527-31.*

**Bigler, E.D.**,    Fleming, D.E., & Shearer, D.E. (1977). Comparison of ethanol consumption by methods of schedule-induced polydipsia and water deprivation. *Psychological Record, 3:577-80.*

**Bigler, E.D.**    & Eidelberg, E. (1976). Diazepam suppression of evoked after-discharges in rat lateral geniculate nucleus and visual cortex. *Proceedings of the Western Pharmacology Society, 19:435-8.*

**Bigler, E.D.**    & Eidelberg, E. (1976). Nigrostriatal effects of morphine in two mouse strains. *Life Sciences, Nov 1;19(9):1399-406.*

**Bigler, E.D.**    & Eidelberg, E. (1976). Principal cells in lateral geniculate: Effects of Metrazol on capacity to after-discharge. *Brain Research Bulletin, Sep-Oct;1(5):485-7.*

**Bigler, E.D.**    & Fleming, D.E. (1976). Effects of shock induced arousal on the elicitation and waveform elaboration of photically evoked after-discharges. *Physiological Psychology, 4:86-90.*

Bigler, E. D.    22

**Bigler, E.D.**  & Fleming, D.E. (1976). Frequency of intermittent photic stimulation: Effect on photic after-discharges, photic driving and behavioral activity. *Bulletin of the Psychonomic Society, 8:596-7.*

**Bigler, E.D.**  & Fleming, D.E. (1976). Pharmacological suppression of photically evoked after-discharges in rats: Incremental dose, hippocampal EEG and behavioral activity correlates. *Psychopharmacologia, 46(1):73-82.*

**Bigler, E.D.**,  Fleming, D.E., & Shearer, D.E. (1976). Metrazol potentiated after-discharges: Dose-response relationships and effects of selective lesions. *Pharmacology, Biochemistry, and Behavior, Oct;5(4):423-9.*

**Bigler, E.D.**,  Fleming, D.E., & Shearer, D.E. (1976). Stabilization of photically evoked after-discharge activity: Control procedures and effects of classical trace conditioning. *Behavioral Biology, Apr;16(4):425-37.*

**Bigler, E.D.**  & Fleming, D.E. (1974). Habituation and occurrence of photically evoked after-discharges in the albino rat. *Bulletin of the Psychonomic Society, 4(4A):275-7.*

**Bigler, E.D.**,  Fleming, D.E., & Shearer, D.E. (1974). Pharmacological modulation of photically evoked after-discharge patterns in hooded Long-Evans rats. *Bulletin of the Psychonomic Society, 4:179-81.*

**Bigler, E.D.**,  Fleming, D.E., & Shearer, D.E. (1974). Schedule-induced polydipsia and neocortic lesions in the rat. *Psychological Reports, Oct;35(2):935-41.*

Root, A.E.,  Wimsatt, M., Rubin, K., **Bigler, E.D.**, Dennis, M., Gerhardt, C.A., Stancin, T., Taylor, H.G., Vannatta, K., Yeates, K.O. (2016). Children with Traumatic Brain Injury: Associations Between Parenting and Social Adjustment. *Journal of Applied Developmental Psychology. 2016 Jan-Feb; 42:1-7.*

Moran, L. M.,  **Bigler, E.**, Dennis, M., Gerhardt, G. A., Rubin, K. H., Stancin, T., Taylor, H. G., Vannatta, K. A., & Yeates, K. O. (2015). Social problem-solving and social adjustment in paediatric traumatic brain injury. *Brain Injury. 2015 Dec;29(13-14):1682-90. doi: 10.3109/02699052.2015.1075140. Epub 2015 Sep 17.*

Max, J.E.,  Lopez, A., Wilde, E.A., **Bigler, E.D.**, Schachar, R.J., Saunders, A., Ewing-Cobbs., L., Chapman, S.B., Yang, T.T., Levin, H.S. (2015). Anxiety disorders in children and adolescents in the second six months after trauamatic brain injury. *Journal of Pediatric Rehabilitation Medicine, 2015 Dec 1; 8(4):345-55.*

Koerte, I.K,  Lin, A.P., Willems, A., Muehlmann, M., Hufschmidt, J., Coleman, M.J., Green, I., Tate, D., Wilde, E., Pasternak, O., Bouix, S., Rathi, Y., **Bigler, E.D.**, Stern, R.A., Shenton, M.E. (2015). A review of neuroimaging findings in repetitive brain trauma. *Brain Pathology, 2015 May;25(3):318-49. doi: 10.1111/bpa.12249.*

Heverly-Fitt, S.,  Rubin, K. H., Dennis, M., Taylor, H. G., Stancin, T., Gerhardt, C. A., Vannatta, K., **Bigler, E. D.**, & Yeates, K. O. (2015). Investigating a proposed model of social competence in children with traumatic brain injury. *Journal of Pediatric Psychology. 2015 Sep 15. pii: jsv085. [Epub ahead of print]*

Clark, A.L.,          Sorg, S.F., Schiehser, D.M., **Bigler, E.D.**, Bondi, M.W., Luc, N., Kim, R.,
                      Jacobson, M.W., Jak, A.J., & Delano-Wood, L. (2015, in press). White matter
                      associations with Performance Validity Testing in veterans with mild traumatic
                      brain injury (mTBI): The utility of biomarkers in complicated assessment.
                      *Journal of Head Trauma Rehabilitation. 2015 Sep 10.* [Epub ahead of print]

Delano-Wood, L.,      Bangen, K.J., Sorg, S.F., Clark, A.L., Schiehser, D.M., Luc, N., Bondi, M.W.,
                      Werhane, M., Kim, R.T., **Bigler, E.D.**, (2015). Brainstem white matter integrity
                      is related to loss of consciousness and postconcussive symptomatology in
                      veterans with chronic mild to moderate traumatic brain injury. *Brain Imaging
                      and Behavior. 2015 Sep; 9(3):500-512.*

Travers, B.G.,        **Bigler, E.D.**, Tromp do, P.M., Adluru, N., Destiche, D., Samsin, D., Froehlich,
                      A., Prigge, M.D., Duffield, T.C., Lange, N., Alexander, A.L., Lainhart, J.E.
                      (2015) Brainstem White Matter Predicts Individual Differences in Manual Motor
                      Difficulties and Symptom Severity in Autism. *Journal of autism and
                      developmental disorders. 2015 Sep;45(9):3030-40. doi: 10.1007/s10803-015-
                      2467-9.*

Green, R.R.,          **Bigler, E.D.**, Froehlich, A., Prigge, M.B., Travers, B.G., Cariello, A.N.,
                      Anderson, J.S., Zielinski, B.A., Alexander, A., Lange, N., Lainhart, J.E., (2015)
                      Beery VMI performance in autism spectrum disorder. *Child Neuropsychology.
                      2015 Aug 21:1-23.* [Epub ahead of print]

Sullivan, E.V.,       **Bigler, E.D.**, (2015) Neuroimaging's Role in Neuropsychology: Introduction to
                      the Special Issue of Neuropsychology Review on Neuroimaging in
                      Neuropsychology. *Neuropsychology Review. 2015 Sep;25(3):221-3.* doi:
                      10.1007/s11065-015-9296-7. Epub 2015 Aug 15.

Max, J.E.,            Wilde, E.A., **Bigler, E.D.**, Hanten, G., Dennis, M., Schachar, R.J., Sauders, A.E.,
                      Ewing-Cobbs, L., Chapman, S.B., Thompson, W.K., Yang, T.T., Levin, H.S.
                      (2015) Personality Change Due to Traumatic Brain Injury in Children and
                      Adolescents: Neurocognitive Correlates. *The Journal of Neuropsychiatry and
                      clinical neurosciences, 2015 Jul 17:appineuropsych15030073. [Epub ahead of
                      print]*

Jantz, P.B.,          **Bigler, E.D.**, Froehlich, A.L., Prigge, M.B., Cariello, A.N., Travers, B.G.,
                      Anderson, J., Zielinski, B.A., Alexander, A.L., Lange, N., Lainhart, J.E. (2015)
                      Wide Range Achievement Test in Autism Spectrum Disorder: Test-Retest
                      Stability. *Psychological reports. 2015 Jun;116(3):674-84. doi:
                      10.2466/03.15.PR0.116k24w8. Epub 2015 Apr 14.*

Max, J.E.,            Friedman, K., Wilde, E.A., **Bigler, E.D.**, Hanten, G., Schachar, R.J., Saunders,
                      A.E., Dennis, M., Ewing-Cobbs, L., Chapman, S.B., Yang, T.T., Levin, H.S.
                      (2015). Psychiatric disorders in children and adolescents 24 months after mild
                      traumatic brain injury. *The Journal of neuropsychiatry and clinical
                      neurosciences. 2015 Spring;27(2):112-20. doi:
                      10.1176/appi.neuropsych.13080190.*

Wolfe, K.R.,          **Bigler, E. D.**, Dennis, M., Gerhardt, C., Rubin, K., Taylor, H.G., Vannatta, K., & Yeates, K.O. (2015). Self-awareness of peer-rated social attributes in children with traumatic brain injury. *Journal of Pediatric Psychology, Apr;40(3):272-84*

Travers, B.G.,          Tromp do, P.M., Adluru, N., Lange, N., Destriche, D., Ennis, C., Nielsen, J.A., Froechlich, A.L., Prigge, M.B., Fletcher, P.T., Anderson, J.S., Zielinski, B.A., **Bigler, E.D.**, Lainhart, J.E., Alexander, A.L. (2015). Atypical development of white matter microstructure of the corpus callosum in males with autism: A longitudinal investigation. *Molecular Autism, Mar 11;6:15.*

Ochs, A.L.,          Ross, D.E., Zannoni, M.D., Abildskov, T.J., **Bigler, E.D.** (2015). Comparison of automated brain volume measures obtained with Neuroquant® and FreeSurfer. *J Neuroimaging, Feb 26; doi: 10.1111/jon.12229 [Epub ahead of print].*

Lange, N.,          Travers, B.G., **Bigler, E.D.**, Prigge, M.B., Froechlich, A.L., Nielsen, J.A., Cariello, A.N., Zielinski, B.A., Anderson, J.S., Fletcher, P.T., Alexander, A.A., & Lainhart, J.E. (2015). Longitudinal volumetric brain changes in autism spectrum disorder ages 6-35 years. *Autism Research: official journal of the International Society for Autism Research, Feb;8(1):82-93. doi: 10.1002/aur.1427. Epub 2014 Nov 7.*

Trontel, H.G.,          Duffield, T.C., **Bigler, E.D.**, Abildskov, T.J., Froechlich, A., Prigge, M.B., Travers, B.G., Anderson, J.S., Zielinski, B.A., Alexander, A.L., Lange, N., Lainhart, J.E. (2015). Mesial temporal lobe and memory function in autism spectrum disorder: An exploration of volumetric findings. *Journal of clinical and expimental neuropsychology;37(2):178-92.*

Dennis, M.          Spiegler, B.J., Simic, N., Sinopoli, K.J., Wilkinson, A., Yeates, K.O., Taylor, H.G., **Bigler, E.D.**, & Fletcher, J.M. (2014). Functional plasticity in childhood brain disorders: When, what, how, and whom to assess. *Neuropsychology Review, Dec;24(4):389-408.*

Chuang, Y.F.,          Breitner, J.C., Chiu, Y.L., Khachaturian, A., Hayden, K., Corcoran, C., Tschanz, J., Norton, M., Munger, R., Welsh-Bohmer, K., Zandi, P.P., & **Cache County Investigators** (2014). Use of diuretics is associated with reduced risk of Alzheimer's disease: the Cache County Study. *Neurobiology of Aging, Nov;35(11):2429-35.*

Heverly-Fitt, S.          Wimsatt, M.A., Menzer, M.M., Rubin, K.H., Dennis, M., Taylor, H.G., Stancin, T., Gerhardt, C.A., Vannatta, K., **Bigler, E.D.**, & Yeates, K.O. (2014). Friendship quality and psychosocial outcomes among children with traumatic brain injury. *Journal of the International Neuropsychological Society, Aug;20(7):684-93.*

Jantz, P.B.          & **Bigler, E.D.** (2014). Neuroimaging and the school-based assessment of traumatic brain injury. *NeuroRehabilitation; 34(3):479-92.*

Lipton, M.L.          & **Bigler, E.D.** (2014). Clarifying the Robust Foundation for and appropriate use of DTI in mTBI patients. *AJOB (American Journal of Bioethics) Neuroscience, 5(2):41-3.*

Mathias, J.L.,    Harman-Smith, Y., Bowden, S.C., Rosenfeld, J.V., & **Bigler, E.D.** (2014) Contribution of Psychological Trauma to Outcomes after Traumatic Brain Injury: Assaults versus Sporting Injuries. *Journal of Neurotrauma, Apr 1;31(7):658-69.*

Nielsen, J.A.,    Zielinski, B.A., Fletcher, P.T., Alexander, A.L., Lange, N., **Bigler, E.D.**, Lainhart, J.E., & Anderson, J.S. (2014). Abnormal lateralization of functional connectivity between language and default mode regions in autism. *Molecular Autism, Feb 6; 5(1):8.*

Robinson, K.E.    Fountain-Zaragoza, S., Dennis, M., Taylor, H.G., **Bigler, E.D.**, Rubin, K., Vannatta, K., Gerhardt, C.A., Stancin, T., & Yeates, K.O. (2014). Executive Functions and Theory of Mind as Predictors of Social Adjustment in Childhood Traumatic Brain Injury. *Journal of Neurotrauma, Nov 15;31(22):1835-42.*

Slobounov, S.,    Bazarian, J., **Bigler, E.D.**, Cantu, R., Hallett, M., Harbaugh, r., Hovda, D., Mayer, A.R., Nuwer, M.R., Kou, Z., Lazzarino, G., Papa, L., & Vagnozzi, R. (2014). Sports-related concussion: ongoing debate. *British Journal of Sports Medicine, Jan; 48(2):75-6.*

Travers, B.G.,    **Bigler, E.D.**, Tromp, D.P., Adluru, N., Froehlich, A.L., Ennis, C., Lange, N., Nielsen, J.A., Prigge, M.B., Alexander, A.L., & Lainhart, J.E. (2014) Longitudinal processing speed impairments in males with autism and the effects of white matter microstructure. *Neuropsychologia, Jan 53:137-145.*

Wolfe, K.R.    **Bigler, E.D.**, Dennis, M., Gerhardt, C.A., Rubin, K., Taylor, H.G., Vannatta, K., & Yeates, K.O. (2014). Self-awareness of peer-rated social attributes in children with traumatic brain injury. *Journal of Pediatric Psychology, Apr;40(3):272-84.*

Yeates, K.O.,    **Bigler, E.D.**, Abildskov, T., Dennis, M., Gerhardt, C.A., Vannatta, K., Rubin, K.H., Stancin, T., & Taylor, H.G. (2014). Social Competence in Pediatric Traumatic Brain Injury: From Brain to Behavior. *Clinical Psychological Science, 2(1):97-107.*

Zielinski, B.A.    Prigge, M.B., Nielsen, J.A., Froechlich, A.L., Abildskov, T.J., Anderson, J.S., Fletcher, P.T., Zygmunt, K.M., Travers, B.G., Lange, N., Alexander, A.L., **Bigler, E.D.**, & Lainhart, J.E. (2014). Longitudinal changes in cortical thickness in autism and typical development. *Brain: A Journal of Neurology, Jun;137(Pt 6):1799-812.*

Clawson, A.,    Clayson, P.E., South, M., **Bigler, E.D.**, & Larson, M.J. (2013). An electrophysiological investigation of interhemispheric transfer time in children and adolescents with high-functioning autism spectrum disorders. *Journal of Autism and Developmental Disorders, Feb;45(2):363-75.*

Dennis, M.,    Spiegler, B.J., Juranek, J.J., **Bigler, E.D.**, Snead, O.C., & Fletcher, J.M. (2013) Age, plasticity, and homeostasis in childhood brain disorders. *Neuroscience & Biobehavioral Reviews, Dec;37(10 Pt 2):2760-73).*

Dennis, M.,    Simic, N., **Bigler, E.D.**, Abildskov, T., Agostino, A., Taylor, H.G., Rubin, K., Vannatta, K., Gerhardt, C.A., Stancin, T., & Yeates, K.O. (2013) Cognitive, affective, and conative theory of mind (ToM) in children with traumatic brain injury. *Developmental Cognitive Neuroscience, Jul; 5:25-39.*

Dennis, M.,     Simic, N., Agostino, A., Taylor, H.G., **Bigler, E.D.**, Rubin, K., Vannatta, K., Gerhardt, C.A., Stancin, T., & Yeates, K.O. (2013). Irony and empathy in children with traumatic brain injury. *Journal of the International Neuropsychological Society, Mar; 19(3):338-48.*

Dennis, M.,     Agostino, A., Taylor, H.G., **Bigler, E.D.,** Rubin, K., Vannatta, K., Gerhardt, C.A., Stancin, T., & Yeates, K.O. (2013). Emotional expression and socially modulated emotive communication in children with traumatic brain injury. *Journal of the International Neuropsychological Society, Jan 19(1):34-43.*

Duffield, T.C.,     Trontel, H.G., **Bigler, E.D.**, Froehlich, A., Prigge, M.B., Travers, B., Green, R.R., Cariello, A.N., Cooperrider, J., Nielsen, J., Alexander, A., Anderson, J., Fletcher, P.T., Lange, N., Zielinski, B., & Lainhart, J. (2013) Neuropsychological investigation of motor impairments in autism. *Journal of Clinical and Experimental Neuropsychology, Oct; 35(8):867-881.*

Harman-Smith, Y.E.,     Mathias, J.L., Bowden, S.C., Rosenfeld, J.V., & **Bigler, E.D.** (2013) Wechsler Adult Intelligence Scale-Third Edition profiles and their relationship to self-reported outcome following traumatic brain injury. *Journal of Clinical and Experimental Neuropsychology, Oct; 35(8):785-798.*

Kourtidou, P.,     McCauley, S.R., **Bigler, E.D.,** Traipe, E., Wu, T.C., Chu, Z.D., Hunter, J.V., Li, X., Levin, H.S., Wilde, E.A. (2013). Centrum Semiovale and Corpus Callosum Integrity in Relation to Information Processing Speed in Patients With Severe Traumatic Brain Injury. *Journal of Head Trauma Rehabilitation, Nov-Dec;28(6):433-41.*

Mathias, J.L.,     Dennington, V., Bowden, S.C., & **Bigler, E.D.** (2013) Community versus orthopaedic controls in traumatic brain injury research: how comparable are they? *Brain Injury, 27(7-8):887-95.*

Max, J.E.     Pardo, D., Hanten, G., Schachar, R.J., Saunders, A.E., Ewing-Cobbs, L., Chapman, S.B., Dennis, M., Wilde, E.A., **Bigler, E.D.**, Thompson, W.K., Yang, T.T., & Levin, H.S. (2013). Psychiatric disorders in children and adolescents six-to-twelve months after mild traumatic brain injury. *Journal of Neuropsychiatry and Clinical Neurosciences, Fall 25(4):272-82.*

Max, J.E.     Schachar, R.J., Landis, J., **Bigler, E.D.**, Wilde, E.A., Saunders, A.E., Ewing-Cobbs, L., Chapman, S.B., Dennis, M., Hanten, G., & Levin, H.S. (2013). Psychiatric disorders in children and adolescents in the first six months after mild traumatic brain injury. *Journal of Neuropsychiatry and Clinical Neurosciences, Jul 1 25(3):187-97.*

Merkley, T.L.,     Larson, M.J., **Bigler, E.D.**, Good, D.A., & Perlstein, W.M. (2013). Structural and Functional Changes of the Cingulate Gyrus following Traumatic Brain Injury: Relation to Attention and Executive Skills. *Journal of the International Neuropsychological Society, Sep 19(8):899-910.*

Nielsen, J.A.,     Zielinski, B.A., Fletcher, P.T., Alexander, A.L., Lange, N., **Bigler, E.D.**, Lainhart, J.E., & Anderson, J.S. (2013). Multisite functional connectivity MRI classification of autism: ABIDE results. *Frontiers in Human Neuroscience, Sep 25; 7:599.*

Prigge, M.D.,    Lange, N., **Bigler, E.D.,** Merkley, T.L., Neeley, E.S., Abildskov, T.J., Froehlich, A.L., Nielsen, J.A., Cooperrider, J.R., Cariello, A.N., Ravichandran, C., Alexander, A.L., & Lainhart, J.E. (2013). Corpus Callosum Area in Children and Adults with Autism. *Research in Autism Spectrum Disorders, 7(2):221-234.*

Prigge, M.D.,    **Bigler, E.D.**, Fletcher, P.T., Zielinski, B.A., Ravichandran, C., Anderson, J., Froehlich, A., Abildskov, T., Papadopolous, E., Maasberg, K., Nielsen, J.A., Alexander, A.L., Lange, N., & Lainhart, J. (2013). Longitudinal Heschl's gyrus growth during childhood and adolescence in typical development and autism. *Autism Research, Apr; 6(2):78-90.*

Spitz, G.,    **Bigler, E.D.**, Abildskov, T., Maller, J.J., O'Sullivan, R., & Ponsford, J.L. (2013) Regional cortical volume and cognitive functioning following traumatic brain injury. *Brain and Cognition, Oct; 8, 3(1):34-44.*

Trontel, H.G.    Duffield, T.C., **Bigler, E.D.**, Froechlich, A., Prigge, M.B., Nielsen, J.A., Cooperrider, J.R., Cariello, A.N., Travers, B.G., Anderson, J.S., Zielinski, B.A., Alexander, A., Lange, N., Lainhart, J.E. (2013). Fusiform Correlates of Facial Memory in Autism. *Behavioral Sciences, 3(3): 348-71.*

Wilde, E.A.,    Merkley TL, **Bigler E.D.**, Max JE, Schmidt AT, Ayoub KW, McCauley SR, Hunter JV, Hanten G, Li X, Chu ZD, & Levin HS. (2013). Longitudinal changes in cortical thickness in children after traumatic brain injury and their relation to behavioral regulation and emotional control. *International Journal of Developmental Neuroscience, May 30(3):267-76.*

Yallampalli R.,    Wilde, E.A., **Bigler, E.D.,** McCauley, S.R., Hanten, G., Troyanskaya, M., Hunter, J.V., Chu, Z., Li, X., Levin, H.S. (2013). Acute White Matter Differences in the Fornix Following Mild Traumatic Brain Injury Using Diffusion Tensor Imaging. *Journal of Neuroimaging, Apr;23(2):224-7.*

Yeates, K.O.,    Gerhardt, C.A., **Bigler, E.D.**, Abildskov, T., Dennis, M., Rubin, K.H., Stancin, T., Taylor, H.G., & Vannatta, K. (2013) Peer relationships of children with traumatic brain injury. *Journal of the International Neuropsychological Society, May;19(5):518-27.*

Cho, Y.,    Seong, J.K., Jeong, Y., Shin, S.Y., & **Alzheimer's Disease Neuroimaging Initiative\*\*** (2012). Individual subject classification for Alzheimer's disease based on incremental learning using a spatial frequency representation of cortical thickness data. *NeuroImage, Feb 1; 59(3):2217-30.*

Dennis, M.,    Simic, N., Gerry, Taylor H., **Bigler, E.D.,** Rubin, K., Vannatta, K., Gerhardt, C.A., Stancin, T., Roncadin, C., & Yeates, K.O. (2012). Theory of mind in children with traumatic brain injury. *Journal of the International Neuropsychological Society, Sep; 18(5):908-16.*

Eskildsen, S.F.,    Coupe, P., Fonov, V., Manjon, J.V., Leung, K.K., Guizard, N., Wassef, S.N., Ostergaard, L.R., Collins, D.L., & **Alzheimer's Disease Neuroimaging Initiative\*\*** (2012). BEaST: brain extraction based on nonlocal segmentation technique. *NeuroImage, Feb 1; 59(3):2362-73.*

Froehlich A.L.,    Anderson JS, **Bigler ED**, Miller JS, Lange NT, Dubray MB, Cooperrider JR, Cariello A, Nielsen JA, & Lainhart JE. (2012). Intact Prototype Formation but

*Impaired Generalization in Autism*. *Research in Autism Spectrum Disorders, 6(2):921-930.*

Hopkins, R.O.,   & **Bigler, E.D.** (2012). Neuroimaging of anoxic injury: implications for neurorehabilitation. *NeuroRehabilitation, 31(3):319-29.*

Max, J.E.   Wilde, E.A., **Bigler, E.D.,** Thompson, W.K., MacLeod, M., Vasquez, A.C., Merkley, T.L., Hunter, J.V., Chu, Z.D., Yallampalli, R., Hotz, G., Chapman, S.B., Yang, T.T., Levin, H.S. (2012) Neuroimaging correlates of novel psychiatric disorders after pediatric traumatic brain injury. *Journal of the American Academy of Child and Adolescent Psychiatry, Nov 51(11):1208-17.*

Max, J.E.   Wilde, E.A., **Bigler, E.D.**, MacLeod, M., Vasquez, A.C., Schmidt, A.T., Chapman, S.B., Hotz, G., Yang, T.T., Levin, H.S. (2012). Psychiatric disorders after pediatric traumatic brain injury: a prospective, longitudinal, controlled study. *The Journal of Neuropsychiatry and Clinical Neurosciences, Fall 24(4):427-36.*

Max, J.E.   Keatley, E., Wilde, E.A., **Bigler, E.D.,** Schachar, R.J., Saunders, A.E., Ewing-Cobbs, L., Chapman, S.B., Dennis, M., Yang, T.T., Levin, H.S. (2012). Depression in children and adolescents in the first 6 months after traumatic brain injury. *International Journal of Developmental Neuroscience, 17 May 30(3):239-45.*

Norton, M.C.,   Dew, J., Smith, H., Fauth, E., Piercy, K.W., Breitner, J.C., Tschanz, J., Wengreen, H., Welsh-Bohmer, K., & **Cache County Investigators\*** (2012). Lifestyle behavior pattern is associated with different levels of risk for incident demetia and Alzheimer's disease: the Cache County Study. *Journal of the American Geriatrics Society, Mar; 60(3):405-12.*

Shah, S.,   Yallampalli, R., Merkley, T., McCauley, S.R., **Bigler, E.D.,** MacLeod, M., Chu, Z., Xiaoqi, L., Troyanskaya, M., Hunter, J.V., Levin, H.S., Clifton, G.L., Wilde, E.A. (2012). Diffusion tensor imaging and volumetric analysis of the ventral striatum in adults with traumatic brain injury. *Brain Injury, 26(3):201-10.*

Shen, K.K.,   Fripp, J., Meriaudeau, F., Chetelat, G., Salvado, O., Bourgeat, P., & **Alzheimer's Disease Neuroimaging Initiative\*\*** (2012). Detecting global and local hippocampal shape changes in Alzheimer's disease using statistical shape models. *NeuroImage, Feb 1; 59(3):2155-66.*

Skoog, I.,   Olesen, P.J., Blennow, K., Palmertz, B., Johnson, S.C., **Bigler, E.D.** (2012). Head size may modify the impact of white matter lesions on dementia. *Neurobiological Aging, Jul; 33(7):1186-93.*

Tate, D.F.,   Shenton ME, & **Bigler ED**., (2012). Introduction to the brain imaging and behavior special issue on neuroimaging findings in mild traumatic brain injury. *Brain Imaging Behavior, Jun 6(2):103-7.*

Travers, B.G.,   Adluru N, Ennis C, Tromp DP, Destiche D, Doran S, **Bigler ED**, Lange N, Lainhart JE, Alexander AL. (2012). Diffusion Tensor Imaging in Autism Spectrum Disorder: A Review. *Autism Research, Oct;5(5):289-313.*

Wilde, E.A. Hunter, J.V., & **Bigler, E.D.** (2012). Pediatric traumatic brain injury: neuroimaging and neurorehabilitation outcome. *NeuroRehabilitation, 31(3):245-60.*

Wilde, E.A. Hunter, J.V., & **Bigler, E.D.** (2012). Neuroimaging in neurorehabilitation. *NeuroRehabilitation, 31(3):223-6.*

Wilde, E.A., Ayoub K.W., & **Bigler E.D.,** Chu ZD, Hunter JV, Wu TC, McCauley SR, Levin HS. (2012). Diffusion tensor imaging in moderate-to-severe pediatric traumatic brain injury: changes within an 18 month post-injury interval. *Brain Imaging Behavior, Sept;6(3):404-16.*

Wilde, E.A., McCauley SR, Barnes A, Wu TC, Chu Z, Hunter JV, **Bigler ED.** (2012). Serial measurement of memory and diffusion tensor imaging changes within the first week following uncomplicated mild traumatic brain injury. *Brain Imaging Behavior, Jun 6(2):319-28.*

Wilde, E.A. Hunter, J.V., & **Bigler, E.D.** (2012). A primer of neuroimaging analysis in neurorehabilitation outcome research. *NeuroRehabilitation, 31(3):227-42.*

Zielinski, B.A., Anderson, J.S., Froehlich, A.L., Prigge, M.B., Nielsen, J.A., Cooperrider, J.R., Cariello, A.N., Fletcher, P.T., Alexander, A.L., Lange, N., **Bigler, E.D.,** Lainhart, J.E. (2012). scMRI reveals large-scale brain network abnormalities in autism. *PLoS One, 7(11):e49172.*

Anderson, J.S., Druzgal, T.J., Froehlich, A., DuBray, M.B., Lange, N., Alexander, A.L., Abildskov, T., Nielson, J.A., Cariello, A.N., Cooperrider, J.R., **Bigler, E.D.,** Lainhart, J.E. (2011). Decreased interhemispheric functional connectivity in autism. *Cerebral Cortex, May; 21(5); 1134-46.*

Anderson, J.S., Nielson, J.A., Froehlich, A.L., Dubray, M.B., Druzgal, T.J., Cariello, A.N., Cooperrider, J.R., Zielinski, B.A., Ravichandran, C., Fletcher, P.T., Alexander, A.L., **Bigler, E.D.**, Lange, N., & Lainhart, J.E. (2011). Functional connectivity magnetic resonance imaging classification of autism. *Brain, Oct. 17. Dec;134(Pt 12):3742-54.*

Christidi, F., **Bigler, E.D.,** McCauley, S.R., Schnelle, K.P., Merkley, T.L., Mors, M.B., Li, X., Macleod, M., Chu, Z., Hunter, J.V., Levin, H.S., Clifton, G.L., Wilde, E.A. (2011). Diffusion tensor imaging of the perforant pathway zone and its relation to memory function in patients with severe traumatic brain injury. *Journal of Neurotrauma, May; 28(5):711-25.*

Di Paola, M., Moscatelli, A., **Bigler, E.D.,** Caltagirone, C., Carlesimo, G.A. (2011). White matter changes in patients with hypoxic amnesia. *Neurocase, Feb; 17(1):46-56.*

Kauwe, J.S., Cruchaga, C., Karch, C.M., Sadler, B., Lee, M., Mayo, K., Latu, W., Su'a, M., Fagan, A.M., Holtzman, D.M., Morris, J.C., **Alzheimer's Disease Neuroimaging Initiative\*\***, & Goate, A.M. (2011). Fine mapping of genetic variants in BIN1, CLU, CR1 and PICALM for association with cerebrospinal fluid biomarkers for Alzheimer's disease. *PLoS One, Feb 9; 6(2):e15918.*

Lajiness-O'Neill, R,    Erdodi, L., **Bigler, E.D.,** (2011). Demographic and Injury-Related Moderators of Memory and Achievement Outcome in Pediatric TBI. *Applied Neuropsychology, Oct; 18(4):298-308.*

Max, J.E.,    Keatley, E., Wilde, E.A., **Bigler, E.D.,** Levin, H.S., Schachar, R.J., Saunders, A., Ewing-Cobbs, L., Chapman, S.B., Dennis, M., Yang, T.T. (2011). Anxiety disorders in children and adolescents in the first six months after traumatic brain injury. *Journal of Neuropsychiatry and Clinical Neuroscience, 23(1):29-39.*

McCauley, S.R.,    Wilde, E.A., **Bigler, E.D.,** Chu, Z., Yallampalli, R., Oni, M.B., Wu, T.C., Ramos, M.A., Pedroza, C., Vasquez, A.C., Hunter, J.V., Levin, H.S. (2011). Diffusion tensor imaging of incentive effects in prospective memory after pediatric traumatic brain injury. *Journal of Neurotrauma, Apr; 28(4): 503-16.*

McEvoy, L.K.,    Holland, D., Hagler, D.J. Jr., Fennema-Notestine, C., Brewer, J.B., Dale, A.M., **& Alzheimer's Disease Neuroimaging Initiative\*\*** (2011). Mild cognitive impairment: baseline and longitudinal structural MR imaging measures improve predictive prognosis. *Radiology, Jun; 259(3):834-43.*

Olesen, P.J.,    Guo, X., Gustafson, D., Borjesson-Hanson, A., Sacuiu, S., Eckerstrom, C., **Bigler, E.D.,** Skoog, I. (2011) A population-based study on the influence of brain atrophy on 20-year survival after age 85. *Neurology, 76(10): 879-86.*

Pannek, K,    Mathias, J.L., **Bigler, E.D.,** Brown, G., Taylor, J.D., Rose, S.E. (2011). The average pathlength map: a diffusion MRI tractography-derived index for studying brain pathology. *NeuroImage, Mar 1; 55(1): 133-41.*

Southwick, J.S.,    **Bigler, E.D.,** Froehlich, A., Dubray, M.B., Alexander, A.L., Lange, N., Lainhart, J.E. (2011). Memory functioning in children and adolescents with autism. *Neuropsychology, Nov, 25 (6): 702-10.*

Tate, D.F.,    Neeley, E.S., Norton, M.C., Tschanz, J.T., Miller, M.J., Wolfson, L., Hulette, C., Leslie, C., Welsh-Bohmer, K.A., Plassman, B., **Bigler, E.D.** (2011). Intracranial volume and dementia: some evidence in support of the cerebral reserve hypothesis. *Brain Research, Apr 18; 1385: 151-62.*

Tate, D.F.,    Khedraki, R., Neeley, E.S., Ryser, D.K., **Bigler, E.D.** (2011). Cerebral volume loss, cognitive deficit, and neuropsychological performance: comparative measures of brain atrophy: II. Traumatic brain injury. *Journal of International Neuropsychological Society, Mar 17(2):308-16.*

Tate, D.F.,    Sampat, M., Harezlak, J., Fiecas, M., Hogan, J., Dewey, J., McCaffrey, D., Branson, D., Russell, T., Conley, J., Taylor, M., Schifitto, G., Zhong, J., Daar, E.S., Alger, J., Brown, M., Singer, E., Campbell, T., McMahon, D., Tso, Y., Matesan, J., Letendre, S., Paulose, S., Gaugh, M., Tripoli, C., Yiannoutsos, C., **Bigler E.D.,** Cohen, R.A., Guttmann, C.R., Navia, B.; HIV Neuroimaging Consortium (2011). Regional areas and widths of the midsagittal corpus callosum among HIV-infected patients on stable antiretroviral therapies. *Journal of Neurovirology, Aug; 17(4):368-79.*

Tosun, D.,    Schuff, N., Mathis, C.A., Jagust, W., Weiner, M.W., **& Alzheimer's Disease Neuroimaging Initiative\*\*** (2011). Spatial patterns of brain amyloid-beta

burden and atrophy rate associations in mild cognitive impairment. *Brain, Apr; 134(Pt 4):1077-88.*

Vos, P.E.,            & **Bigler, E.D.** (2011). White matter in traumatic brain injury: Dis- or disconnection? *Neurology, Aug 30; 77(9): 810-1.*

Wilde, E.A.,          Newsome, M.R., **Bigler, E.D.,** Pertab, J., Merkley, T.L., Hanten, G., Scheibel, R.S., Li, X., Chu, Z., Yallampalli, R., Hunter, J.V., Levin, H.S. (2011). Brain imaging correlates of verbal working memory in children following traumatic brain injury. *International Journal of Psychophysiology, Oct. 8, 2 (1), 86-96.*

Willis, P.F.,         & **Bigler, E.D.** (2011).  Are effort measures sensitive to cognitive impairment? *Military Medicine, Dec 176(12):1426-31.*

Anderson, J.S.,       Lange, N., Froehlich, A., DuBray. M.B., Druzgal, T.J., Froimowitz, M.P. Alexander, A.L., **Bigler, E.D.**, & Lainhart, J.E. (2010).  Decreased left posterior insular activity during auditory language in autism. *American Journal of Neuroradiology, Jan; 31(1).131-139.*

Chu, Z.,              Wilde, E.A., Hunter, J.V., McCauley, S.R., **Bigler, E.D.**, Troyanskaya, M., Yallampalli, R., Chia, J.M., & Levin, H.S. (2010). Voxel-based analysis of diffusion tensor imaging in mild traumatic brain injury in adolescents. *American Journal of Neuroradiology, Feb; 31(2):340-6.*

Fletcher, P.T.,       Whitaker, R.T., Tao, R., Dubray, M.B., Froehlich, A., Ravichandran, C., Alexander, A.L. **Bigler, E.D.**, Langue, N., & Lainhart, J.E. (2010). Microstructural connectivity of the arcuate fasciculus in adolescents with high-functioning autism.  *NeuroImage, Jul 1; 51(3):1117-25.*

Lajiness-O'Neill, R,  Erdodi, L., **Bigler, E.D.** (2010). Memory and learning in pediatric traumatic brain injury: a review and examination of moderators of outcome. *Applied Neuropsychology, Apr; 17 (2): 83-92.*

Lange, N.,            Dubray, M.B., Lee, J.E., Froimowitz, M.P., Froehlich, A., Adluru, N., Wright, B., Ravichandran, C., Fletcher, P.T., **Bigler, E.D.,** Alexander, A.L., Lainhart, J.E. (2010). Atypical diffusion tensor hemispheric asymmetry in autism. *Autism Research, Dec; 3(6):350-8.*

Lange, N.,            Froimowitz, M.P., **Bigler, E.D.,** Lainhart, J.E.; Brain Development Cooperative Group (2010). Associations between IQ, total and regional brain volumes, and demography in a large normative sample of healthy children and adolescents. *Developmental Neuropsychology, May; 35(3):295-317.*

Larsen, J.D.,         Allen, M.D., **Bigler, E.D.,** Goodrich-Hunsaker, N.J., Hopkins, R.O. (2010). Different patterns of cerebral activation in genuine and malingered cognitive effort during performance on the Word Memory Test. *Brain Injury, Feb 24(2):89-99.*

McCauley, S.R.,       Wilde, E.A., Merkley, T.L., Schnelle, K.P., **Bigler, E.D.,** Hunter, J.V., Chu, Z., Vasquez, A.C., Levin, H.S. (2010). Patterns of cortical thinning in relation to event-based prospective memory performance three months after moderate to severe traumatic brain injury in children. *Developmental Neuropsychology, May; 35(3):318-32.*

Olesen, P.J.,          Guo, X., Gustafson, D., Borjesson-Hanson, A., Sacuiu, S., Eckerstrom, C., **Bigler, E.D.**, Palmertz, B., Skoog, I. (2010). Brain atrophy at age 85 associated with mortality after up to 14 years (in review).

Oni, M.B.,             Wilde, E.A., **Bigler, E.D.,** Wu, T., Yallampalli, Y., McCauley, S.R., Chu, Z., Hunter, J.V., Vasquez, A.C., Levin, H.S. (2010). Diffusion tensor imaging analysis of frontal lobes in pediatric traumatic brain injury. *Journal of Child Neurology, Aug; 25(8):976-84.*

Pannek K,             Mathias, J.L., **Bigler, E.D.,** Brown, G., Taylor, J.D., Rose, S. (2010). An automated strategy for the delineation and parcellation of commissural pathways suitable for clinical populations utilising high angular resolution diffusion imaging tractography. *NeuroImage, Apr 15;50(3):1044-53.*

Schober, M.E.,        Block, B., Hsu, E., **Bigler, E.D.**, Abildskov, T., Beachy, J.C., Statler, K., Lane, R.H. (2010). Temporal pattern of brain neurotrophin expression in a rat model of pediatric traumatic brain injury, in preparation.

Wilde, E.A.,          Ramos, M.A., Yallampalli, R., **Bigler, E.D.,** McCauley, S.R., Chu, Z., Wu, T.C., Hanten, G., Scheibel, R.S., Li, X., Vasquez, A.C., Hunter, J.V., Levin, H.S. (2010). Diffusion tensor imaging of the cingulum bundle in children after traumatic brain injury. *Developmental Neuropsychology, May; 35(3):333-51.*

Wu, T.C.,             Wilde, E.A., **Bigler, E.D.,** Li, X., Merkley, T.L., Yallampalli, R., McCauley, S.R., Schnelle, K.P., Vasquez, A.C., Chu, Z., Hanten, G., Hunter, J.V., Levin, H.S. (2010). Longitudinal changes in the corpus callosum following pediatric traumatic brain injury. *Developmental Neuroscience, 32(5-6):362-73.*

Wu, T.C.,             Wilde, E.A., **Bigler, E.D.**, Yallampalli, R., McCauley, S.R., Troyanskaya, M., Chu, Z., Li, X., Hanten, G., Hunter, J.V., Levin, H.S. (2010). Evaluating the relation between memory functioning and cingulum bundles in acute mild traumatic brain injury using diffusion tensor imaging**.** *Journal of Neurotrauma, Feb; 27(2):303-7.*

Adluru, N.,           Hinrichs, C., Chung, M.K., Lee, J.E., Singh, V., **Bigler, E.D.,** Lange, N., Lainhart, J.E., & Alexander, A.L. (2009). Classification in DTI using shapes of white matter tracts. *Conference Proceedings of the IEEE Engineering in Medicine and Biology Society, 1:2719-22.*

Ghosh, A.,            Wilde, E.A., Hunter, J.V., **Bigler, E.D.,** Chu, Z., Li, X., Vasquez, A.C., Menefee, D., Yallampalli, R., Levin, H.S. (2009). The relation between Glasgow Coma Scale score and later cerebral atrophy in paediatric traumatic brain injury. *Brain Injury, Mar;23(3):228-33.*

Hayden, K.M.,         Zandi, P.P., West, N.A., Tschanz, J.T., Norton, M.C., Corcoran, C., Breitner, J.C., Welsh-Bohmer, K.A.; **Cache County Investigators\*.** (2009). Effects of family history and apolipoprotein E epsilon4 status on cognitive decline in the absence of Alzheimer dementia: the Cache County Study. *Archives of Neurology, Nov;66(11):1378-83.*

Jacobson, M.W.,    Delis, D.C, Peavy, G.M., Wetter, S.R., **Bigler, E.D.,** Abildskov, T.J., Bondi, M.W., Salmon, D.P. (2009). The emergence of cognitive discrepancies in preclinical Alzheimer's disease: A six-year case study. *Neurocase, Aug;15(4):278-93.*

Lajiness-O'Neill, R.,    Erdodi, L., **Bigler, E.D.,** (2010). Memory and learning in pediatric traumatic brain injury:  a review and examination of moderators of outcome. *Applied Neuropsychology, 2010 Apr;17(2):83-92. doi: 10.1080/09084281003708837.*

Lange, N.,    DuBray, M.B., Alexander, A.L., Lee, J.E., Wright, B., Froehlich, A., Froimowitz, M.P., Ravichandran, C., Chipman, J., **Bigler, E.D.,** Lainart, J.E. (2009). Assymetry of white matter microstructure and volume in autism: Superior temporal gyrus and temporal stem (in preparation).

Lee, J.E.,    Chung, M.K., Lazar, M., DuBray, M., Kim, J., **Bigler, E.D.,** Lainhart, J.E., Alexander, A.L. (2009). A study of diffusion tensor imaging by tissue-specific, smoothing-compensated voxel-based analysis. *NeuroImage, Feb;44(3):870-83. [Epub 2008 Oct 11].*

Pertab, J.,    James, K.M., & **Bigler, E.D.** (2009).  Limitations of mild traumatic brain injury meta-analyses. *Brain Injury, Jun; 23(6):498-508.*

Welsh-Bohmer, K.A.,    Ostbye, T., Sanders, L., Pieper, C.F., Hayden, K.M., Tschanz, J.T., Nortonn, M.C., for the Cache Country[sic] Study Group (2009).  Neuropsychological performance in advanced age:  Influences of demographic factors and apolipoprotein E:  Findings from the **Cache County Memory Study**. *The Clinical Neuropsychologist, Jan;23(1):77-99. [Epub 2008 Jun 10].*

Wilde, E.A.,    McCauley, S.R., Chu, Z., Hunter, J.V., **Bigler, E.D.**, Yallampalli, R., Wang. Z.J., Hanten, G., Li, X., Ramos, M.A., Sabir, S.H., Vasquez, A.C., Menefee, D., Levin, H.S. (2009) Diffusion tensor imaging of hemispheric asymmetries in the developing brain. *Journal of Clinical & Experimental Neuropsychology. Feb;31(2):205-18. [Epub 2008 Dec 3].*

Cleavinger, H. B.,    **Bigler, E. D.,** Johnson, J.L., Lu, J., Lainhart, J. E. (2008). Quantitative magnetic resonance image analysis of the cerebellum in macrocephalic and normocephalic children and adults with autism. *Journal of the International Neuropsychological Society, May;14(3):401-13.*

Fearing, M.A.,    **Bigler, E.D.,** Wilde, E.A., Johnson, J.L., Hunter, J.V., Xiaoqui, Li., Hanten, G., Levin, H.S. (2008).  Morphometric MRI findings in the thalamus and brainstem in children after moderate to severe traumatic brain injury.  *Journal of Child Neurology, Jul;23(7):729-37.*

Hallam, B.J.,    Brown, W.S., Ross C., Buckwalter, J.G., **Bigler, E.D.,** Tschanz, J.T., Norton, M.C., Welsh-Bohmer, K.A., Breitner, J.C.S. (2008) Regional atrophy of the corpus callosum in dementia.  *The Journal of the International Neuropsychological Society, May;14(3):414-23.*

Kilian, S.,    Brown, W.S., Hallam, B.J., McMahon, W., Johnson, M., **Bigler, E.D.,** Lainhart, J.E., (2008) Regional callosal morphology in autism and macrocephaly. *Developmental Neuropsychology, 33(1):74-99.*

Lee, J.E.    Hsu, D., Hsu, M., Alexander, A., DuBray, M., Froehlich, A., Lu, J., **Bigler, E.D.**, Lainhart, J.E. (2008). Structural underconnectivity in autism: A neural network method for diffusion tensor tractography. *Neurology, 70 (11):Suppl 1, A2.*

Merkley, T.K.,    **Bigler, E.D.,** Wilde, E. A., McCauley, S.R., Hunter, J.V., Levin, H.S. (2008). Diffuse changes in cortical thickness in pediatric moderate-to-severe traumatic brain injury. *Journal of Neurotrauma, Nov;25(11):1343-5.*

Norton, M.C.,    Singh, A., Skoog, I., Corcoran, C., Tschanz, J.T., Zandi, P.P., Breitner, J.C., Welsh-Bohmer, K.A., Steffens, D.C.; **Cache County Investigators*.** (2008). Church attendance and new episodes of major depression in a community study of older adults: The Cache County Study. *The Journals of Gerontology. Series B, Psychological Sciences and Social Sciences, 63(3):129-137.*

Steinberg, M.,    Shao, H., Zandi, P., Lyketsos, C.G., Welsh-Bohmer, K.A., Norton, M.C., Breitner, J.C., Steffens, D.C., Tschanz, J.T., **Cache County Investigators*** (2008). Point and 5-year period prevalence of neuropsychiatric symptoms in dementia: The Cache County Study. *International Journal of Geriatric Psychiatry, 23(2):170-7.*

Statler, K.D.,    Swank, S., Abildskov, R., **Bigler, E.D.**, White, H.S. (2008). Traumatic brain injury during development reduces minimal clonic seizure thresholds at maturity. *Epilepsy Research, Aug;80(2-3),163-70.*

Wilde, E.,A.,    McCauley, S.R., Hunter, J.V., **Bigler, E.D.,** Chu, Z., Wang, Z.I., Hanten, G.R., Troyanskaya, M., Yallampalli, R., Li, X., Chia, J., Levin, H.S. (2008). Diffusion tensor imaging of acute mild traumatic brain injury in adolescents. *Neurology, Mar;70(12):948-55.*

Lee, J.E.,    **Bigler, E.D.,** Alexander, A.L., Lazar, M., Dubray, M.B., Chung, M.K., Johnson, M., Morgan, J., Miller, J.N., McMahon, W.M., Lu, J., Jeong E.K., Lainhart, J.E. (2007). Diffusion tensor imaging of white matter in the superior temporal gyrus and temporal stem in autism. *Neuroscience Letters, 2007 Sep 7;424(2):127-32. Epub 2007 Aug 6.*

Alexander, A.L.,    Lee, J.E., Lazar, M., Boudos, R.M., Dubray, M.B., Oakes, T.R., Miller, J.N., Lu, J., Jeong, E-K., McMahon, W.M., **Bigler, E.D.,** Lainhart, J.E. (2007) Diffusion tensor imaging of the corpus callosum in Autism. *NeuroImage, Jan 1;34(1):61-73. [Epub 2006 Oct 4].*

Allen, M.D.,    **Bigler ED,** Larsen J, Goodrich-Hunsaker NJ, Hopkins RO. (2007). Functional neuroimaging evidence for high cognitive effort on the Word Memory Test in the absence of external incentives. *Brain Injury, Dec;21(13-14):1425-8.*

Fearing, M.A.,    **Bigler, E.D.,** Norton, M., Tschanz, J., Hulette, C., Leslie, C., Welsh-Bohmer, K., and the Cache County Investigators**. (2007). Autopsy-confirmed Alzheimer's disease versus clinically-diagnosed Alzheimer's disease in the Cache County Study on Memory and Aging: A comparison of quantitative MRI and neuropsychological findings. *Journal of Clinical and Experimental Neuropsychology, Jul;29(5):553-60.*

Hedges, D.W.,    Thatcher, G.W., Bennett, P. J., Sood, S., Paulson, D., Creem-Regehr, S., Brown, B.L., Allen, S., Johnson, J., Froelich. B., **Bigler, E.D.** (2007). Brain integrity and

cerebral atrophy in Vietnam combat veterans with and without posttraumatic stress disorder. *Neurocase, Oct;13(5):402-10.*

Heilbronner, R.L.,       Taylor, G.T., Lamberty, G., Schmidt, M., Wills, K.E., Artiola y Fortuny, L., **Bigler, E.D.**, Boone, K.B., Kaplan, R.F., Pliskin, N.H. (2007). American Academy of Clinical Neuropsychology (AACN) Practice Guidelines for Neuropsychological Assessment. *The Clinical Neuropsychologist,* 2007 Mar;21(2):209-31.

Hobbs, K.,       Kennedy, A., Dubray, M., **Bigler, E.D.,** Petersen, B., McMahon, W., Lainhart, J.E. (2007). A retrospective fetal ultrasound study of brain size in autism. *Biological Psychiatry, Nov;62(9):1048-55.*

Lee, J.E.,       **Bigler, E.D.,** Alexander, A.L., Lazar, M., DuBray, M.B., Chung, M.K., Johnson, M., Morgan, J., Miller, J.N., McMahon, W.M., Lu, J., Jeong, E-K, Lainhart, J.E. (2007). Diffusion tensor imaging of white matter in the superior temporal gyrus and temporal stem in autism. *Neuroscience Letters, Sep 7;424(2):127-32. [Epub 2007 Aug 6].*

Lewine, J.D.,       Davis, J.T., **Bigler, E.D.**, Hartshorne, M., Thoma, R., Hill, D., Funke, M., Sloan, J.H., Hall, S., and Orrison, W.E. (2007). Objective documentation of traumatic brain injury subsequent to mild head trauma:  Multimodal brain imaging with MEG, SPECT, and MRI. *The Journal of Head Trauma Rehabilitation, May-Jun;22(3):141-55.*

Mathias, J.L.,       Bowden, S.C., **Bigler, E.D.** (2007). Is performance on the Wechsler Test of Adult Reading affected by traumatic brain injury? *British Journal of Clinical Psychology, Nov;46(Pt 4):457-66.*

Neeley, E.S.,       **Bigler, E.D.**, Krasny, L., Ozanoff, S., McMahon, W., & Lainhart, J.E. (2007). Quantitative temporal lobe differences: Autism distinguished from controls using Classification and Regression Tree Analysis. *Brain & Development, Aug;29(7)389-99.*

Spanos, G.K.,       Wilde, E.A., **Bigler, E.D.,** Cleavinger, H.B., Fearing, M.A., Levin, H.S., Li, X., Hunter, J.V. (2007). Cerebellar atrophy after moderate-to-severe pediatric traumatic brain injury. *American Journal of Neuroradiology. Mar;28(3):537-42.*

Sumner, J.M.,       Carpenter, B.N., **Bigler, E.D.**, (2007). Subsyndromal posttraumatic stress disorder and cognitive functioning in war-exposed school teachers (in review).

Tate, D. F.,       **Bigler, E.D.,** McMahon, W. Lainhart, J. (2007). The relative contributions of brain, cerebrospinal fluid-filled structures and non-neural tissue volumes to occipital-frontal head circumference in subjects with autism. *Neuropediatrics, Feb;38(1):18-24.*

Wilde, E.A.       **Bigler, E.D.,** Hunter, J. V., Fearing, M.A., Scheibel, R.S., Newsome, M.R., Johnson, J.L., Bachevalier, j., Li, X., Levin, H.S. (2007). Hippocampus, amygdala, and basal ganglia morphometrics in children after moderate-to-severe traumatic brain injury. *Developmental Medicine and Child Neurology, Apr;49(4):294-9.*

Wolkowitz, O.M.,     Lupien, S.J., & **Bigler, E.D.** (2007). The "Steroid Dementia Syndrome": a possible model of human glucocorticoid neurotoxicity. *Neurocase, Jun;13(3):189-200.*

Yeates, K.O.,     **Bigler, E.D.**, Dennis, M., Gerhardt, C.A., Rubin, K.H., Stancin, T., Taylor, H.G., Vannatta, K. (2007). Social outcomes in childhood brain disorder: A heuristic integration of social neuroscience and developmental psychology. *Psychological Bulletin, May;133(3):535-56.*

Hopkins, R.O.,     Beck, C.J., Burnett, D.L., Weaver, L.K., Victoroff, J., **Bigler, E.D.** (2006). Prevalence of white matter hyperintensities in a young healthy population. *Journal of Neuroimaging, Jul;16(3):243-51.*

Lainhart, J.E.,     **Bigler, E.D.**, Bocian, M., Coon, H., Dinh, E., Dawson, G., Deutsch, C.K., Dunn, M., Estes, A., Tager-Flusberg, H., Folstein, S., Hepburn, S., Hyman, S., McMahon, W., Minshew, N., Munson, J., Osan, K., Ozonoff, S., Rodier, P., Rogers, S., Sigman, M., Spence, M.A., Stodgell, C.J., Volkmar, F. (2006). Head circumference and height in autism: A study by the Collaborative Program of Excellence in Autism. *American Journal of the American Genetics, Nov 1;140(21):2257-74.*

Norton, M.C.,     Skoog, I., Franklin, L.M., Corcoran, C., Tschanz, J.T., Zandi, P.P., Breitner, J.C., Welsh-Bohmer, K,A., Steffens, D.C.; **Cache County Investigators\*.** (2006). Gender differences in the association between religious involvement and depression: The Cache County (Utah) Study. *The Journals of Gerontology. Series B, Psychological Sciences and Social Sciences, 2006 May;61(3):P129-36.*

Norton, M.C.,     Skoog, I., Toone, L., Corcoran, C., Tschanz, J.T., Lisota, R.D., Hart, A.D., Zandi, P.P., Breitner, J.C., Welsh-Bohmer, K,A., Steffens, D.C.; **Cache County Investigators\*.** (2006). Three-year incidence of first-onset depressive syndrome in a population sample of older adults: the Cache County Study. *American Journal of Geriatric Psychiatry, 2006 Mar;14(3):237-45.*

Wilde, E.A.,     **Bigler, E.D.,** Haider, J.M., Chu, Z., Levin, H.S., Li, X.., Hunter, J.V. (2006). Vulnerability of the anterior commissure in moderate to severe pediatric traumatic brain injury. *Journal of Child Neurology, Sep;21(9):769-76.*

Wilde, E.A.,     **Bigler, E.D.,** Pedroza, C., & Ryser, D.K. (2006). Post-traumatic amnesia predicts long-term cerebral atrophy in traumatic brain injury. *Brain Injury, Jun;20(7):695-9.*

Wilde, E.A.,     Chu, Z., & **Bigler, E.D.** (2006). Diffusion tensor imaging in the corpus callosum in children after moderate to severe traumatic brain injury. *Journal of Neurotrauma, Oct;23(10):1412-26.*

Hopkins, R.O.,     Tate, D.F., & **Bigler, E.D.** (2005). Anoxia versus traumatic brain injury: Amount of tissue loss, not etiology, alters cognitive and emotional function. *Neuropsychology, Mar;19(2):233-42.*

Lajiness-O'Neill, R.,     Beaulieu, I., Titus, J.B., Asamoah, A., **Bigler, E.D.**, Bawle, E.V., Pollack, R. (2005). Memory and learning in children with 22q11.2 Deletion Syndrome: Evidence for ventral and dorsal stream disruption? *Child Neuropsychology, Feb;11(1):55-71.*

Bigler, E. D.      37

Lyketsos, C.G.,     Toone, L., Tschanz, J., Rabins, P.V., Steinberg, M., Onyike, C.U., Corcoran, C., Norton, M., Zandi, P., Breitner, J.C., Welsh-Bohmer, K., Anthony, J., Ostbye, T., **Bigler, E.D.,** Pieper, C., Burke, J., Plassman, B., Green, R.C., Steffens, D.C., Klein, L., Leslie, C., Townsend, J.J., Wyse, B.W., Munger, R., Williams, M.; Cache County Study Group**\***. (2005). Population-based study of medical comorbidity in early dementia and "cognitive impairment, no dementia (CIND)": Association with functional and cognitive impairment: The Cache County Study. *American Journal of Geriatric Psychiatry, 13:656-6.*

Porter, C.       Lawson, J., & **Bigler, E.D.** (2005). Neurobehavioral sequelae of child sexual abuse. *Child Neuropsychology, Apr;11(2), 1-18.*

Rice, S.A.,      **Bigler, E.D.,** Cleavinger, H.B., Tate, D.F., Sayer, J., McMahon, W., Ozonoff, S., Lu, J., Lainhart, J.E. (2005). Macrocephaly, corpus callosum morphology, and autism. *Journal of Child Neurology, Jan;20(1):34-41.*

Ryser, D.K.,     Egger, M.J., Horn, S., Handrahan, D., Gandhi, P., & **Bigler, E.D.** (2005). Measuring medical complexity during inpatient rehabilitation following traumatic brain injury. *Archives of Physical Medicine & Rehabilitation, Jun;86(6):1108-17.*

Wilde, E.A.,     Hunter, J.V., Newsome, M.R., Scheibel, R.S., **Bigler, E.D.**, Johnson, J.L., Fearing, M.A., Cleavinger, H.B., Li, X., Swank, P.R., Pedroza, C., Roberson, G.S., Bachevalier, J., Levin, H.S.. (2005). Frontal and temporal morphometric findings on MRI in children after moderate to severe traumatic brain injury. *Journal of Neurotrauma, Mar;22(3):333-44.*

Bergeson, A.G.,  Lundin, R., Parkinson, R.B., Tate, D.F., Victoroff, J., Hopkins, R.O., **Bigler, E.D.** (2004). Clinical rating of cortical atrophy and cognitive correlates following traumatic brain injury. *The Clinical Neuropsychologist, Dec;18(4):509-20.*

Cato, M.,        Delis, D., Abildskov, T.J., & **Bigler, E.D.** (2004). Assessing the elusive cognitive deficits associated with ventromedial prefrontal damage:  A case study of a modern-day Phineas Gage.  *Journal of the International Neuropsychological Society, 10:453-65.*

Mathias, J. L.,  Beall, J. A., **Bigler, E. D.** (2004).  Neuropsychological and information processing deficits following mild traumatic brain injury. *Journal of the International Neuropsychological Society, Mar;10(2):286-97.*

Mathias, J.L.,   **Bigler, E.D.**, Jones, N.R., Bowden, S.C., Barrett-Woodbridge, M., Brown, G. C., Taylor, D.J. (2004). Neuropsychological and information processing performance and its relationship to white matter changes following moderate and severe traumatic brain injury: A preliminary study. *Applied Neuropsychology, 11(3):135-52.*

Wilde, E.A.,     **Bigler, E.D.**, Gandhi, P.V., Lowry, C.M., Ryser, D.K., Blatter, D.D., Brooks, J. (2004).  Alcohol abuse and traumatic brain injury:  Quantitative magnetic resonance imaging and neuropsychological outcome. *Journal of Neurotrauma, Feb;21(2):137-47.*

Wolkowitz, O.M.,    Lupien, S.J., **Bigler, E.D.,** Levin, R.B., & Canick, J. (2004). The "steroid dementia syndrome": an unrecognized complication of glucocorticoid treatment. *Annals of the New York Academy of Sciences, 1032:191-4.*

Hedges, D.W.,    Allen, S., Tate, D.F., Thatcher, G.W., Miller, M.J., Rice, S.A., Cleavinger, H.B., Sood, S., **Bigler, E.D.** (2003). Reduced hippocampal volume in alcohol and substance naïve Vietnam combat veterans with posttraumatic stress disorder. *Cognitive & Behavioral Neurology, Dec;16(4):219-24.*

Howes, N.L.,    **Bigler, E.D.**, Burlingame, G.M., & Lawson, J.S. (2003). Memory performance of children with dyslexia: A comparative analysis of theoretical perspectives. *Journal of Learning Disabilities, May;36 (3):230-46.*

Kesler, S.R.,    Adams, H.F., Blasey, C.M., **Bigler, E.D.** (2003). Premorbid intellectual functioning, education, and brain size in traumatic brain injury: An investigation of the cognitive reserve hypothesis. *Applied Neuropsychology, 10(3):153-62.*

Hughes, S.K.,    Nilsson, D.E., Boyer, R.S., Bolte, R.G., Hoffman, R.O., Lewine, J.D., & **Bigler, E.D.** (2002). Neurodevelopmental outcome for extended cold water drowning: A longitudinal case study. *Journal of the International Neuropsychological Society, May;8(4):588-95.*

Lu, L.,    & **Bigler, E.D.** (2002). Normative data on Trail Making test for neurologically normal, Chinese-speaking adults. *Applied Neuropsychology, 9(4):219-25.*

Parkinson, R.B.,    Hopkins, R.O., Cleavinger, H.B., Weaver, L.K., Victoroff, J., Foley, J.F., & **Bigler, E.D.** (2002). White matter hyperintensities and neuropsychological outcome following carbon monoxide poisoning. *Neurology, May 28;58(10):1525-32.*

Porter, S.S.,    Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, & Blatter, D.D. (2002). Corpus callosum atrophy and neuropsychological outcome following carbon monoxide poisoning. *Archives of Clinical Neuropsychology, Feb;17(2):195-204.*

Yount, R.,    Raschke, K.A., Biru, M., Tate, D.F., Miller, M. J., Abildskov, T., Gandhi P., Ryser, D., Hopkins, R.O. & **Bigler, E.D.** (2002). Traumatic brain injury and atrophy of the cingulate gyrus. *The Journal of Neuropsychiatry and Clinical Neurosciences, Fall;14(4):416-23.*

Hopkins, R.O.,    & **Bigler, E.D.**, (2001). Pulmonary Disorders. In R. Tarter et al. (Eds.), Medical Neuropsychology (2nd ed.) p. 25-50.

Hurley, R.A.,    Hopkins, R.O., **Bigler, E.D.**, & Taber, K.H. (2001). Applications of functional imaging to carbon monoxide poisoning. *Journal of Neuropsychiatry and Clinical Neuroscience, Spring;13(2):157-60.*

Kesler, S.R.,    Hopkins, R.O., Weaver, L.K., Blatter, D.D., Edge-Booth, H., & **Bigler, E.D.** (2001). Verbal memory deficits associated with fornix atrophy in carbon monoxide poisoning. *Journal of the International Neuropsychological Society, Jul;7(5):640-6.*

Kesler, S.R.,          Adams, H.F., **Bigler, E.D.** (2000). SPECT, MR and quantitative MR Imaging: Correlates with neuropsychological and psychological outcome in traumatic brain injury. *Brain Injury, Oct;14(10):851-7.*

Lu, L.,          & **Bigler, E.D.** (2000). Performance on original and a Chinese version of Trail Making Test Part B: A normative bilingual sample. *Applied Neuropsychology, 7(4):243-6.*

Tate, D.F.,          & **Bigler, E.D.** (2000). Fornix and hippocampal atrophy in traumatic brain injury. *Learning and Memory, Nov-Dec;7(6):442-6.*

Barker, L.H.,          **Bigler, E.D.**, Johnson, S.C., Anderson, C.V., Russo, A.A., Boineau, B. & Blatter, D.D. (1999). Polysubstance abuse and traumatic brain injury: Quantitative magnetic resonance imaging and neuropsychological outcome in older adolescents and young adults. *Journal of the International Neuropsychological Society, Nov;5(7):593-608.*

Gale, S.D.,          Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, Booth, E.J., & Blatter, D.D. (1999). MRI, Quantitative MRI, SPECT, and neuropsychological findings following carbon monoxide poisoning. *Brain Injury, Apr;13(4):229-43.*

Hopkins, R.O.,          Weaver, L.K., Pope, D., Orme, J.F. Jr., **Bigler, E.D.**, & Larson-Lohr, V. (1999). Neuropsychological sequelae and impaired health status in survivors of severe acute respiratory distress syndrome. *American Journal of Respiratory Critical Care Medicine, Jul;160(1):50-6.*

Howes, N.L,          **Bigler, E.D.**, Lawson, J.S. & Burlingame, G.M. (1999). Reading disability subtypes and the Test of Memory and Learning. *Archives of Clinical Neuropsychology, Apr;14(3):317-39.*

Reynolds, C.R.          Hopkins, R.O. & **Bigler, E.D.** (1999). Continuing decline of memory skills with significant recovery of intellectual function following severe carbon monoxide exposure: Clinical, psychometric, and neuroimaging findings. *Archives of Clinical Neuropsychology, Feb;14(2):235-49.*

Yeates, K.O.,          Luria, J., Bartkowski, H., Rusin, J., Martin, L., **Bigler, E.D.**, Johnson, S.C. & Anderson, C. (1999). Post-concussive symptoms in children with mild closed-head injuries. *Journal of Head Trauma Rehabilitation, 1999 Aug;14(4):337-50.*

Hopkins, R.O.,          Larson-Lohr, V., Weaver, L.K., & **Bigler, E.D.** (1998). Neuropsychological impairments following hantavirus pulmonary syndrome. *Journal of the International Neuropsychological Society, Mar;4(2):190-6.*

Kozora, E.,          West, S.G., Kotzin, B.L., Julian, L., Porter, S. & **Bigler, E.D.** (1998). MRI abnormalities and cognitive deficits in Systemic Lupus Erythematosus patients without Overt Central Nervous System Disease. *Arthritis & Rheumatism, 41(1):41-7.*

Weight, D.G.,          & **Bigler, E.D.** (1998). Diagnostic dilemmas, Part I. *The Psychiatric Clinics of North America, September.*

Weight, D.G.          & **Bigler, E.D.** (1998). Neuroimaging in psychiatry. *Psychiatric Clinics of North America, Dec;21(4):725-59.*

Bigler, E. D.      40

Blatter, D.D.,          **Bigler, E.D.**, Gale, S.D., Johnson, S.C., Anderson, C.V., Burnett, B.M., Ryser, D., Macnamara, S.E., & Bailey, B.J.  (1997). MR-based brain and cerebrospinal fluid measurement after traumatic brain injury: Correlation with neuropsychological outcome.  *American Journal of Neuroradiology, Jan;18(1):1-10.*

Bowen, J. M.,          Clark, E., **Bigler, E.D.**, Gardner, M., Nilsson, D., Gooch, J., Pompa, J. (1997). Childhood traumatic brain injury: Neuropsychological status at the time of hospital discharge. *Developmental Medicine and Child Neurology, Jan;39(1):17-25.*

Hopkins, R.O.,          Abildskov, T.J., **Bigler, E.D.**, & Weaver, L.K.  (1997). Three dimensional image reconstruction of neuroanatomical structures: Methods for isolation of the cortex, ventricular system, hippocampus, and fornix.  *Neuropsychology Review, Jun;7(2):87-104.*

Plassman, B.L.,          Welsh, K.A., **Bigler, E.D.**, Johnson, S.C., Anderson, C.V., Helms, M.J., Saunders, A.M., Breitner, J.C.S.  (1997). Apolipoprotein E epsilon 4 allele and hippocampal volume in twins with normal cognition.  *Neurology, Apr;48(4):985-9.*

Primus, E.A.,          **Bigler, E.D.**, Anderson, C.V., Johnson, S.C., Mueller, R.M. & Blatter, D. (1997). Corpus striatum and traumatic brain injury.  *Brain Injury, Aug;11(8), 577-86.*

Anderson, C.V.,          Woods, D.M., **Bigler, E.D.**, & Blatter, D.D. (1996).  Lesion volume, injury severity, and thalamic integrity following head injury.  *Journal of Neurotrauma, Feb; 13(2), 59-65.*

Johnson, S.C.,          Pinkston, J.B., **Bigler, E.D.** & Blatter, D.D. (1996).  Corpus callosum morphology in normal controls and traumatic brain injury.  Sex differences, mechanisms of injury, and neuropsychological correlates.  *Neuropsychology, 10, 408-15.*

Reynolds, C.R.,          & **Bigler, E.D.** (1996).  Factor structure, factor indexes, and other useful statistics for interpretation of the Test of Memory and Learning (TOMAL).  *Archives of Clinical Neuropsychology, 11, 29-43.*  doi:10.1093/arclin/11.1.29

Anderson, C.V.          & **Bigler, E.D.** (1995).  Ventricular dilation, cortical atrophy, and neuropsychological outcome following traumatic brain injury.  *Journal of Neuropsychiatry and Clinical Neurosciences, Winter;7(1), 42-8.*

Anderson, C.V.,          **Bigler, E.D.**, & Blatter, D.D. (1995).  Frontal lobe lesions, diffuse damage, and neuropsychological functioning in traumatic brain-injured patients. *Journal of Clinical and Experimental Neuropsychology, Dec;17(6), 900-8.*

Blatter, D.D.,          **Bigler, E.D.**, Gale, S.D., Johnson, S.C., Anderson, C., Burnett, B.M., Parker, N., Kurth, S. & Horn, S. (1995). Quantitative volumetric analysis of brain MR: Normative database spanning 5 decades of life. *American Journal of Neuroradiology, Feb;16(2), 241-51.*

Gale, S.D.,          Johnson, S.J., **Bigler, E.D.** & Blatter, D. (1995). Trauma induced temporal horn dilation: Neuropsychologic correlates. *Journal of the International Neuropsychological Society, 1 (4), 369-70.*

Gale, S.D.,          Johnson, S.C., **Bigler, E.D.** & Blatter, D. (1995). Nonspecific white matter degeneration following traumatic brain injury. *Journal of the International Neuropsychological Society, Jan;1(1):17-28.*

Gale, S.D.,          Johnson, S.C., **Bigler, E.D.** & Blatter, D. (1995). Trauma-induced degenerative changes in brain injury: A morphometric analysis of three patients with pre-injury and post-injury MR scans. *Journal of Neurotrauma, Apr;12(2), 151-8.*

Hopkins, R.O.,       Gale, S.D., Johnson, S.C., Anderson, C.V., **Bigler, E.D.**, Blatter, D.D. & Weaver, L.K. (1995). Severe anoxia with and without concomitant brain atrophy and neuropsychological impairments. *Journal of the International Neuropsychological Society, Sep;1(5), 501-9.*

Johnstone, B.,       Frank, R.G., Belar, C., Belk, S., Bieliauskas, L.A., **Bigler, E.D.**, Caplan, B., Elliott, T.R., Glueckauf, R.L., Kaplan, R.M., Kreutzer, J.S., Mateer, C.A., Patterson, D., Puente, A.E., Richards, J.S., Rosenthal, M., Sherer, M., Shewchuk, R., Sigel, L.J., Sweet, J.J. (1995). Psychology in health care: Future directions. *Professional Psychology: Research and Practice, 26(4), 341-65.*

Wood, D.G.,          & **Bigler, E.D.** (1995). Diencephalic changes in traumatic brain injury: Relationship to sensory perceptual function. *Brain Research Bulletin, 38(6), 545-9.*

Anderson, C.V.       & **Bigler, E.D.** (1994). The role of caudate nucleus and corpus callosum atrophy in trauma-induced anterior horn dilation. *Brain Injury, Aug-Sep;8(6), 565-9.*

Gale, S.D.,          Johnson, S.C., **Bigler, E.D.** & Blatter, D.D. (1994). Traumatic brain injury and temporal horn enlargement correlates with tests of intelligence and memory. *Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 7(3), 160-5.*

Johnson, S.C.,       **Bigler, E.D.**, Burr, R.B., & Blatter, D.D. (1994). White matter atrophy, ventricular dilation, and intellectual functioning following traumatic brain injury. *Neuropsychology, 8, 307-15.*

Johnson, S.C.,       Farnsworth, T., Pinkston, J.B., **Bigler, E.D.**, & Blatter, D. (1994). Corpus callosum surface area across the human adult life span: Effect of age and gender. *Brain Research Bulletin, 35(4), 373-7.*

Kurth, S.M.,         **Bigler, E.D.** & Blatter, D.D. (1994). Neuropsychological outcome and quantitative image analysis of acute hemorrhage in traumatic brain injury: preliminary findings. *Brain Injury, Aug-Sep;8(6), 489-500.*

Gale, S.D.,          Burr, R.B., **Bigler, E.D.**, & Blatter, D. (1993). Fornix degeneration and memory in traumatic brain injury. *Brain Research Bulletin, 32(4), 345-9.*

Heaton, T.B.        & **Bigler, E.D.** (1993). Neuroimaging techniques in neuropsychological research. *Bulletin of the National Academy of Neuropsychology, 9, 14-7.*

Bigler, E. D.      42

Massman, P.J.         & **Bigler, E.D.** (1993). A quantitative review of the diagnostic utility of the WAIS-R field profile. *Archives of Clinical Neuropsychology, Oct;8(5), 417-28.*

Turkheimer, E.,       Farace, E., Yeo, R.A., & **Bigler, E.D.** (1993).  Quantitative analysis of gender differences in the effects of lateralized lesions on verbal and performance IQ. *Intelligence, 17, 461-74.*

Macnamara, S.E.,      **Bigler, E.D.**, Blatter, D., Pompa, J., Ryser, D., & Kurth, S. (1992). Magnetic resonance identified ventricular dilation in traumatic brain injury: Comparison of pre- and post-injury scan results. *Archives of Clinical Neuropsychology, 7(3), 275-284.*

Norman, M.A.,         & **Bigler, E.D.** (1992). Grand Rounds: Neuropsychological assessment and neuroimaging in traumatic brain injury. *Bulletin of The National Academy of Neuropsychology, 9, 11-16.*

Willerman, L.,        Schultz, R., Rutledge, J.N., & **Bigler, E.D.** (1992). Hemisphere size asymmetry predicts relative verbal and non-verbal intelligence differently in the sexes: An MRI study of structure-function relations. *Intelligence, 16, 315-328.*

Cullum, C.M.,         & **Bigler, E.D.** (1991). Short- and long-term psychological status following cerebrovascular accidents: Short-form MMPI findings. *Journal of Nervous and Mental Disease, May;179(5), 274-8.*

Lucas, J.A.          Telch, M.J., & **Bigler, E.D.** (1991). Memory functioning in panic disorder: A neuropsychological perspective. *Journal of Anxiety Disorders, 5, 1-20.*

Willerman, L.,        Schultz, R., Rutledge, J.N., & **Bigler, E.D.** (1991). In vivo brain size and intelligence. *Intelligence, 15, 223-228.  Reviewed in Science, 254, 1584, 1991.*

Grant, M.L.,          Ilai, D., Nussbaum, N.L., & **Bigler, E.D.** (1990). The relationship between continuous performance tasks and neuropsychological tests in children with attention-deficit hyperactivity disorder. *Perceptual and Motor Skills, Apr;70(2), 435-445.*

Naugle, R.I.,         Cullum, C.M. & **Bigler, E.D.** (1990). Evaluation of intellectual and memory function among dementia patients who were intellectually superior.  *The Clinical Neuropsychologist, 4, 355-374.*

Nussbaum, N.L.,       Grant, M.L., Roman, M.J., Poole, J.H., & **Bigler, E.D.** (1990). Attention deficit disorder and the mediating effect of age on academic and behavioral variables. *Journal of Developmental and Behavioral Pediatrics, Feb;11(1), 22-26.*

Turkheimer, E.,       Yeo, R.A., & **Bigler, E.D.** (1990). Basic relations among lesion laterality, lesion volume and neuropsychological performance. *Neuropsychologia, 28(10), 1011-9.*

Turkheimer, E.,       Yeo, R.A., Jones, C.L., & **Bigler, E.D.** (1990). Quantitative assessment of covariation between neuropsychological function and location of naturally occurring lesions in humans. *Journal of Clinical and Experimental Neuropsychology, Aug;12(4), 549-65.*

Yeo, R.A.,    Turkheimer, E., & **Bigler, E.D.** (1990). Neuropsychological methods of localizing brain dysfunctions: Clinical versus empirical approaches. *Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 3, 290-303.*

Hall, S.,    **Bigler, E.D.**, & Rutledge, J.N. (1989). Depression preceding choreiform movements in Huntington's Disease: A case study. *Archives of Clinical Neuropsychology, 4(1), 79-92.*

Lucas, J.A.    Rosenstein, L.D., & **Bigler, E.D.** (1989). Handedness and language among the mentally retarded: implications for the model of pathological left-handedness and gender differences in hemispheric specialization. *Neuropsychologia, 27(5), 713-23.*

Tucker, D.M.,    & **Bigler, E.D.** (1989). Clinical assessment of tactile extinction: Traditional double simultaneous stimulation versus quality extinction test. *Archives of Clinical Neuropsychology, 4(3), 283-96.*

Cullum, C.M.,    & **Bigler, E.D.** (1988). Short-form MMPI findings in patients with redominately lateralized cerebral dysfunction: Neuropsychological and CT-derived parameters. *Journal of Nervous and Mental Diseases, Jun;176(6), 332-42.*

Massman, P.J.,    Nussbaum, N.L., & **Bigler, E.D.** (1988). The mediating effect of age on the relationship between Child Behavior Checklist hyperactivity scores and neuropsychological test performance. *Journal of Abnormal Child Psychology, Feb;16(1), 89-95.*

Nussbaum, N.L.,    **Bigler, E.D.**, Ingram, J.W., Rosa, L., & Massman, P. (1988). Anterior/Posterior functional cerebral asymmetry and personality/behavioral characteristics in children. *Archives of Clinical Neurology, 3, 127-135.*

Nussbaum, N.L.,    **Bigler, E.D.**, Koch, W.R., Ingram, J.W., Rosa, L., Massman, P. (1988). Personality/behavioral characteristics in children: differential effects of putative anterior versus posterior cerebral asymmetry. *Archives of Clinical Neuropsychology, 3(2):127-35.*

Raz, N.,    Raz, S., & **Bigler, E.D.** (1988). Ventriculomegaly in schizophrenia: the role of control groups and the perils of dichotomous thinking (a reply to Smith and Iacono). *Psychiatry Research, Nov;26(2), 245-8.*

Raz, S.,    Raz, N., & **Bigler, E.D.** (1988). Ventriculomegaly in schizophrenia: Is the choice of controls important? *Psychiatry Research, Apr;24(1), 71-7.*

Craft, S.,    Willerman, L., & **Bigler, E.D.** (1987). Callosal dysfunction in schizophrenia and schizoaffective disorder. *Journal of Abnormal Psychology, Aug;96(3), 205-13.*

Morris, J.M.,    & **Bigler, E.D.** (1987). Hemispheric functioning and the K-ABC: Results in neurologically impaired children. *Developmental Neuropsychology, 3, 67-69.*

Naugle, R.I.,    **Bigler, E.D.**, Cullum, C.M., & Massman, P.J. (1987). Handedness and dementia. *Perceptual and Motor Skills, 65(1), 207-10.*

Raz, N.,                    Raz, S., Yeo, R.A., Turkheimer, E.N., **Bigler, E.D.**, & Cullum, C.M. (1987). Relationship between cognitive and morphological asymmetry in dementia of the Alzheimers type: A CT scan study. *International Journal of Neuroscience, Aug;35(3-4), 225-32.*

Raz, S.,                    Raz, N., Weinberger, D.R., Boronow, J., Pickar, D., **Bigler, E.D.**, & Turkheimer, E. (1987). Morphological brain abnormalities in schizophrenia determined by computerized tomography: A problem of measurement? *Psychiatry Research, Oct;22(2), 91-8.*

Rosenstein, L.D.,           & **Bigler, E.D.** (1987). No relationship between handedness and sexual preference. *Psychological Reports, Jun;60(3 Pt 1), 704-6.*

Sands, D.,                  McCary, R.C., **Bigler, E.D.**, Becker, H.A., & Walker, P.R. (1987). Understanding ECT. *Journal of Psychosocial Nursing, Aug;25(8), 27-30.*

Yeo, R.A.,                  Turkheimer, E., Raz, N., & **Bigler, E.D.** (1987). Volumetric asymmetries of the human brain: Intellectual correlates. *Brain and Cognition, Jan;6(1), 15-23.*

Cullum, C.M.,               & **Bigler, E.D.** (1986). Ventricle size, cortical atrophy and the relationship with neuropsychological status in closed head injury: A quantitative analysis. *Journal of Clinical and Experimental Neuropsychology, Aug;8(4), 437-52.*

Massman, P.J.,              **Bigler, E.D.**, Cullum, C.M., & Naugle, R.I. (1986). The relationship between cortical atrophy and ventricular volume in Alzheimer's disease and closed head injury. *International Journal of Neuroscience, Aug;30(1-2), 87-99.*

Naugle, R.I.,               Cullum, C.M., **Bigler, E.D.**, & Massman, P. (1986). Neuropsychological characteristics and atrophic brain changes in senile and presenile dementia. *Archives of Clinical Neuropsychology, 1(3), 219-30.*

Nussbaum, N.L.,             & **Bigler, E.D.** (1986). Neuropsychological & behavioral profiles of empirically derived subgroups of learning disabled children. *International Journal of Clinical Neuropsychology, 8 (2), 82-89.*

Nussbaum, N.L.,             **Bigler, E.D.**, & Kich, W. (1986). Neuropsychologically derived subgroups of learning disabled children: Personality/behavioral dimensions. *Journal of Research and Development in Education, 19, 57-67.*

Pugh, M.,                   & **Bigler, E.D.** (1986). Schizophrenia and prior history of "MBD": Neuropsychological findings. *The International Journal of Clinical Neuropsychology, 8, 22-26.*

Steinman, D.R.,             & **Bigler, E.D.** (1986). Neuropsychological sequelae of ruptured anterior communicating artery aneurysm. *International Journal of Clinical Neuropsychology, 8, 135-140.*

Cullum, C.M.,               & **Bigler, E.D.** (1985). Late effects of hematoma on brain morphology and memory in closed head injury. *International Journal of Neuroscience, Dec;28(3-4), 279-83.*

Naugle, R.I.,        Cullum, C.M., **Bigler, E.D.**, & Massman, P.J. (1985). Neuropsychological and computerized axial tomography volume characteristics of empirically derived dementia subgroups. *Journal of Nervous and Mental Disease, Oct;173(10), 596-604.*

Skenazy, J.A.,        & **Bigler, E.D.** (1985). Psychological adjustment and neuropsychological performance in diabetic patients. *Journal of Clinical Psychology, May;41 (3), 391-396.*

Cullum, C.M.,        Steinman, D.R., & **Bigler, E.D.** (1984). Relationship between fluid and crystallized cognitive function using Category Test and WAIS test scores. *The International Journal of Clinical Neuropsychology, 6, 172-174.*

Skenazy, J.A.,        & **Bigler, E.D.** (1984). Neuropsychological findings in Diabetes Mellitus. *Journal of Clinical Psychology, Jan;40 (1), 246-58.*

Turkheimer, E.,        Cullum, C.M., Hubler, D., Paver, S., Yeo, R.A., & **Bigler, E.D.** (1984). Quantifying cortical atrophy. *Journal of Neurology, Neurosurgery, & Psychiatry, Dec;47(12), 1314-8.*

Yeo, R.A.,        Turkheimer, E., & **Bigler, E.D.** (1984). The influence of sex and age on unilateral cerebral lesion sequelae. *International Journal of Neuroscience, 24, 299-301.*

Turkheimer, E.,        Yeo, R.A., & **Bigler, E.D.** (1983). Digital planimetry in APLSF. *Behavior Research Methods & Instrumentation, 15 (4), 471-473.*

Miller, V.S.,        & **Bigler, E.D.** (1982). Neuropsychological aspects of tuberous sclerosis. *Clinical Neuropsychology, 4 (1), 26-34.*

Piran, N.,        & **Bigler, E.D.** (1982). A neuropsychological contribution to the theory of schizophrenia. *Technical Report, Hogg Foundation, 83.*

Ehrfurth, J.W.,        Phelan, C., & **Bigler, E.D.** (1981). The utility of a short, modified WAIS with a neurological patient population. *Clinical Neuropsychology, 3, 42-43.*

Standage, C.P.,        Fleming, D.E., & **Bigler, E.D.** (1981). Thalamocortical coupling and component properties of visually evoked after-discharges. *Brain Research Bulletin, Jul;7(1), 89-92.*

Tucker, D.M.,        **Bigler, E.D.**, & Chelune, G.J. (1981). Reliability of the Halstead-Reitan Battery in individuals displaying acutely psychotic behavior. *Journal of Behavioral Assessment, 3 (4), 311-319.*

Shearer, D.E.,        Fleming, D.E., & **Bigler, E.D.** (1976). The photically evoked after-discharge: A model for the study of drugs useful in the treatment of petit mal epilepsy. *Epilepsia, Dec;17(4), 429-35.*

Fleming, D.E.,        & **Bigler, E.D.** (1974). Relationship between photically evoked after-discharge occurrence and hippocampal EEG rhythms in restrained and unrestrained albino rats. *Physiology and Behavior, Dec;13(6), 757-61.*

Shearer, D.E.,          Fleming, D.E., **Bigler, E.D.**, & Wilson, C.E. (1974). Suppression of photically evoked after-discharge bursting following administration of anticonvulsants in waking rats. *Pharmacology, Biochemistry and Behavior, Nov-Dec;2(6), 839-42.*

**\*Cache County Investigators:** Collaborators (36):  Anthony, J., **Bigler, E.D.,** Brookmeyer, R., Burke, J., Carlson, M., Christopher, E., Gagliardi, J., Green, R., Hart, A., Hayden, K., Hulette, C., Klein, L. Leslie, C., Lyketsos, C.,Miech, R.A., Morris, J., Munger, R., Onyike, C., Ostbye, T., Petersen, R., Pfister, R., Pieper, C., Piercy, K., Plassman, B., Rabins, P., Raj, P., Sanders, L., Steinberg, M., Toohill, M., Toone, L., Townsend, J.J., Wengreen H., West, N., Williams, M., Wyse, B.W.

**\*\*Alzheimer's Disease Neuroimaging Initiative:** Collaborators (1136); info at www.adni-info.org/

Lewine, J.D.,          Davis, J.T., Toma, R., **Bigler, E.D.,** Sloan, J.H., Funke, M., Moore, K.R., Orrison, W.W. (in press).  Long-term psychological consequences of mild and moderate head trauma:  A magnetoencephalographic investigation.  *Brain Injury.*

## PUBLISHED BOOK REVIEWS:

**Bigler, E.D.,**          (2010). Clinical neuropsychology's future.  [Review of Jagaroo, V. Neuroinformatics for neuropsychology. New York: Springer Science & Business Media, 124 pp.].

**Bigler, E.D.,**          (2000). [Review of Yeates, K.O., Ris, M.D., & Taylor, G.E. (Eds.), Pediatric Neuropsychology:  Research Theory, and Practice (Science and Practice of Neuropsychology). Guilford Publications: New York, 485 pp.].

**Bigler, E.D.**          (1997). A practical neuropsychology primer. [Review of R.E. Cytowic's The neurological side of neuropsychology, Cambridge, MA: MIT Press, 1996]. *Contemporary Psychology Journal of Review, 8, 529.*

**Bigler, E.D.**          (1997). Neuroimaging from two different angles. [Review of A. Kertesz Localization and neuroimaging in neuropsychology.  New York: Academic Press, 1994 and review of R. Thatcher, M. Hallett, T. Zeffiro, E. R. John, and M. Heurta. Functional neuroimaging: Technical foundations.  New York: Academic Press, 1994.] *Journal of International Neuropsychological Society, 3, 201-202.*

**Bigler, E.D.**          (1996). [Review of L. Cermak.  Neuropsychology explorations of memory and cognition:  Essays in honor of Nelson Butters.  New York: Plenum Press, 1994.] *Archives of Clinical Neuropsychology, 11 (4), 355-356.*

**Bigler, E.D.**          (1993). Brain and behavior. [Review of A. Ardila and F. Ostrosky-Solis Brain organization of language and cognitive processes, New York: Plenum Press, 1989.] *Contemporary Psychology, 38 (4), 356-357.*

**Bigler, E.D.**          (1992). Suicide intervention in the schools. [Review of S. Poland. Suicide intervention in the schools. New York: Guilford Press.] *Journal of Psychoeducational Assessment, 3, 302-304.*

**Bigler, E.D.**          (1992). Premorbid factors are critical in brain injury research. [Review of J. Schulkin (Ed.) Preoperative events: Their effects on behavior following brain

damage. New York: Lawrence Erlbaum, 1989.] *Contemporary Psychology, 37, 370-371.*

**Bigler, E.D.**    (1991). Neurobiology of higher cognitive function. [Review of A.B. Scheibel & A.F. Wechsler (Eds.), Neurobiology of higher cognitive function. New York: Guilford Press, 1990.] *Bulletin of The National Academy of Neuropsychology, 8, 14-15.*

**Bigler, E.D.**    [Review of Neurobehavioral recovery from head injury. H.S. Levin, J. Grafman, & H.M. Eisenberg (Eds.), New York: Oxford University Press, 1989.] *Archives of Clinical Neuropsychology, 4, 93-99.*

**Bigler, E.D.**    (1989). Brain organization of language and cognitive processes. [Review of A. Ardilg & F. Ostrosky-Solix (Eds.), Brain organization of language and cognitive processes. New York: Plenum Press.]

**Bigler, E.D.**    (1984). The loss of a mind. [Review of R. Mayeux & W.G. Rosen (Eds.), Advances in neurology: The dementias. New York: Raven Press, 1982.] *Contemporary Psychology, 29, 420-421.*

**Bigler, E.D.**    (1984). The silent epidemic: Cerebral trauma. [Review of M. Rosenthal, E.R. Griffith, M.R. Bond, & J.D. Miller (1983). Rehabilitation of the head injured adult. Philadelphia: F.A. Davis.] *Contemporary Psychology, 29, 643-644.*

**Bigler, E.D.**    (1982). [Review of M.L. Albert, H. Goodglass, N.A. Helm, A.B. Rubens, & M.P. Alexander (Eds.), Clinical aspects of dysphasia. New York: Springer-Verlag, 1981.] *Clinical Neuropsychology, 4, 94.*

**Bigler, E.D.**    (1981). Functional disorders of memory. [Review of J.F. Kihlstrom & F.J. Evans (Eds.) Functional disorders of memory. Lawrence Erlbaum Associates, Hillside, NJ, 1979.] *Clinical Neuropsychology, 3, 39-40.*

Russo, A.A.,    & **Bigler, E.D.** (1996). [Review of D.C. Delis, J.H. Kramer, E. Kaplan, & B.A. Ober, The California Verbal Learning Test--Children's version (CVLT-C). San Antonio, TX: The Psychological Corporation, 1994 and T. Boll, Children's Category Test (CCT). San Antonio, TX: The Psychological Corporation, 1993.] *Archives of Clinical Neuropsychology, 11(2), 171-173.*

**PUBLISHED ABSTRACTS/POSTERS:**

**Bigler, E.D.,**    (2006, December) Traumatic Brain Injury Model [Report]. *The Utah Addiction Center Report, 2(2), p.5.*

**Bigler, E.D.,**    (2005, June 16-18). Fine structural MRI analysis in traumatic brain injury: Relationship to neuropsychological outcome [Abstract]. *The Clinical Neuropsychologist, 19(2), 146. Abstract and Poster presented at the 2005 Annual Meeting of the American Academy of Clinical Neuropsychology (AACN) Scientific Program at the Minneapolis Marriott  Center in Minneapolis, MN.*

**Bigler, E.D.,**    (2005, May 5-8). Neuroimaging and neurocognitive outcome in traumatic brain injury – status report 2005 [Abstract]. *Brain Injury, Abstracts of the 6th World Congress on Brain Injury, Melbourne, 19 (Suppl.1) p.28.*

**Bigler, E.D.,**    (2004, February 4-7).  Volumetric analysis of the basal ganglia in autism with macrocephaly [Abstract]. *Symposium at the 32nd Annual Meeting of the International Neuropsychological Society in Baltimore, Maryland.*

**Bigler, E.D.,**    (2004, February 4-7).  Morphology of the Corpus Callosum in Autism and Macrocephaly [Abstract]. *Symposium at the 32nd Annual Meeting of the International Neuropsychological Society in Baltimore, Maryland, USA February 4-7, 2004.*

**Bigler, E.D.,**    (2004, February 4-7).  Neuropsychological assessment in less common medical disorders [Abstract]. *Symposium at the 32nd Annual Meeting of the International Neuropsychological Society in Baltimore, Maryland, USA February 4-7, 2004.*

**Bigler, E.D.,**    (2003, July 16-20).  Neuropsychological findings in a case of autopsy confirmed neuropathology in mild traumatic brain injury. [Abstract]. *Journal of the International Neuropsychological Society, 9 (4), p. 541.  Poster presented at the twenty-sixth annual mid-year international Neuropsychological Society, July 16-20, 2003, Berlin, Germany.*

**Bigler, E.D.,**    (2003). Traumatic brain injury, normal aging, and dementia: Hippocampal atrophy as the putative basis for a relationship [Abstract]. *Journal of the International Neuropsychological Society, 9 (4), p. 565.  Poster presented at the twenty-sixth annual mid-year international Neuropsychological Society, July 16-20, 2003, Berlin, Germany.*

**Bigler, E.D.,**    (2003). Functional brain imaging after acquired brain injury (ABI) [Abstract]. *Brain Injury, 17 (Supplement 1), p.16.*

**Bigler, E.D.**    (2001). 3-D and quantitative neuroimaging and neuropsychological outcome in traumatic brain injury [Abstract]. *Journal of the International Neuropsychological Society, 7 (2), 259.*

**Bigler, E.D.**    (1998). Quantitative neuroimaging in neuropsychology [Abstract].  *The Clinical Neuropsychologist, 12 (2), 284.*

**Bigler, E.D.**    (1997).  Neuroimaging correlates of APOE 04 [Abstract].  *Journal of the International Neuropsychological Society,  3 (1), 138.*

**Bigler, E.D.**    (1994). Day-of-injury CT as an index to pre-injury brain morphology [Abstract]. *Journal of Neurotrauma, 11, (2), 219.*

**Bigler, E.D.**    & Snyder, J.L. (1993). Pre- and Post-injury neuroimaging: Comparison with neuropsychological outcome in mild head injury [Abstract]. *Archives of Clinical Neuropsychology, 8, 214.*

**Bigler, E.D.**    & Naugle, R.I. (1985). Neuropsychological consequences of chloride deficiency during infancy [Abstract]. *International Journal of Neuropsychology, 7, 68.*

**Bigler, E.D.,**    Black, G., Abildskov, T., Dennis, M., Gerhardt, C., Rubin, K., Stancin, T., Vannatta, K., Taylor, G., Yeates, K. (November 5, 2015). Relation of Cortical Volume to Intellectual Function in Pediatric Traumatic Brain Injury [Poster]. *National Academy of Neuropsychology (NAN) Conference, Austin, Texas, USA.*

**Bigler, E.D.,**    Black, G., Abildskov, T., Wilde, E., Max, J. (November 5, 2015). The Relation of Cortical Thickness to Post-Concussive Symptoms in Mild Traumatic Brain Injury or Orthopedic Injury in a Pediatric Sample [Poster]. *National Academy of Neuropsychology (NAN) Conference, Austin, Texas, USA.*

**Bigler, E.D.,**    Abildskov, T.J., Wilde, E.A., Hunter, J.V., Scheibel, R., Newsome, M.R., Hanten, G.R., Li, X., Levin, H.S., (2007).  How diffuse is brain damage in moderate-to-severe pediatric traumatic brain injury? [Abstract].  *Developmental Rehabilitation, 10(4), 271-310(P35).*

**Bigler, E.D.,**    Provencal, S., Mortensen, S., Fearing M.A., McMahon, W., & Lainhart, J.E. (2005 February 2-5). Relationship between superior temporal gyrus and IQ in autism. [Poster]. *33rd Annual Meeting of International Neuropsychological Society, Adam's Mark Hotel, St. Louis, MI, USA, p.16.*

**Bigler, E.D.,**    McMahon, W., Lainhart, J.E. (2004).  Regional brain morphometry in autism [Abstract].  *Proceedings of CPEA/STAART Annual Meeting, May 17-20, 2004. Bethesda, MD.*

**Bigler, E.D.,**    Neeley, E.S., Ozonoff, S., Coon, H., McMahon, W, Lainhart, J.E. (2004). Superior temporal gyrus and autism [Abstract].  *Brain Impairment, 5, 105-106.*

**Bigler, E.D.,**    Provencal, S.L., McMahon, W., Lainhart, J.E. (2004).  White and gray matter differences in autism using voxel-based morphometry [Abstract].  *Proceedings of International meeting for Autism Research. May 7-8, 2004; Sacramento, California.  IMFAR Abstracts P1.1.13 and P2.3.9.*

**Bigler, E.D.,**    Ryser, D.K., Gandhi, P., Kimball, J., Wilde, E.A. (2004).  Day-of-injury computerized tomography, rehabilitation status, and long-term outcome as they relate to magnetic resonance imaging findings after traumatic brain injury [Abstract].  *Brain Impairment, 5, 122-123.*

**Bigler, E.D.**,    Blatter, D.D., Johnson, S.C., & Pinkston, J.B. (1997).  Effects of handedness and gender of the surface area of the human corpus callosum: A preliminary study using magnetic resonance imaging [Abstract]. *Archives of Clinical Neuropsychology, 12(4), 386.*

**Bigler, E.D.**,    Lowry, C.M., Anderson, C.V., Johnson, S.C., Plassman, B.L., Tschantz, T., Welsh-Bohmer, K.A., Saunders, A.M., & Breitner, J.C.S. (1997).  A population-based study of APOE, Alzheimer's disease and quantitative magnetic resonance imaging [Abstract].  *Journal of the International Neuropsychological Society.  3 (3), 214.*

**Bigler, E.D.**,    Johnson, S.C., Anderson, C.V., Gale, S.D., & Blatter, D.D. (1996).  Brain morphology and neuropsychological relationships:  Time post injury [Abstract]. *Journal of the International Neuropsychological Society, 2(1), 16.*

**Bigler, E.D.**,    Burr, R.B., Abildskov, T.J., Norman, M.A., Gale, S.D., Kurth, S.M., & Blatter, D. (1993). Quantitative day of injury CT scan analysis in traumatic brain injury: A method for a within subjects design to estimate pre-injury brain morphology [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 15, 71.*

**Bigler, E.D.**,    Snyder, J.L., & Abildskov, T.J. (1992). PC-based three dimensional neuroimaging of MRI in cerebral trauma: An aid to neuropsychological assessment [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 14, 78.*

**Bigler, E.D.**,    Rosa, L., Schultz, F., Hall, S., & Harris, J. (1989). Rey-Auditory verbal learning and Rey-Osterrieth complex figure design test for performance in Alzheimer's disease and closed head injury. [Abstract]. *Clinical Digest Series, 1990.*

**Bigler, E.D.**,    Paver, S., Cullum, C.M., Turkheimer, E., Hubler, D., & Yeo, R. (1984). Ventricular enlargement, cortical atrophy, and neuropsychological performance following head injury. [Abstract]. *INS Bulletin, October, 1983, p. 36.*

**Bigler, E.D.**,    Hubler, D., Turkheimer, E.A., Cullum, C.M., Paver, S., & Yeo, R. (1983). Volumetric CT Measures and Neuropsychological Performance in Alzheimer's Disease. [Abstract]. *INS Bulletin, October 1983, pp. 40-41.*

Tsui-Caldwell, Y.,    Christensen, Z., Oleson D., Leete, R., Gonzales, J., Skiles, M., Smith, A., Schmidt, M., Neves, W., **Bigler, E.D.**, (November 5, 2015). Schelten et al. Ratings for Mesial Temporal Lobe Atrophy in the Social Outsomes of Brain Injury in Kids [Poster]. *National Academy of Neuropsychology (NAN) Conference, Austin, Texas, USA.*

Dean, D.C.,    Travers, B.G., **Bigler, E.D.**, Prigge, M.D., Froehlich, A., Lange, N., Alexander, A., Lainhart, J.E. (May13-16, 2015). Microstructural Covariance of White Matter in Autism Spectrum Disorder [Poster]. *Proceedings of the International Meeting for Autism Research (IMFAR), Grand America Hotel, Salt Lake City, Utah, USA.*

Prigge, M.D.,    Lange, N., **Bigler, E.D.**, Zygmunt, K., Travers, B.G., Abildskov, T., Froehlich, A., Fletcher, P.T., Alexander, A., Zielinski, B.A., Lainhart, J.E. (May 13-16, 2015). Longitudinal Cortical Thickness Development in Relation to Changes in SRS Scores over Time in Autism [Poster]. *Proceedings of the International Meeting for Autism Research (IMFAR), Grand America Hotel, Salt Lake City, Utah, USA.*

Tass, S.N.,    Stephenson, K., Prigge, M.D., Lundwall, R., Cox, J.C., South, M., Maisel, M.E., Kellems, R., Hansen, B.D., **Bigler, E.D.**, Gabrielsen, T.P. (May 13-16, 2015). Brain Volumes Associated with High Levels of Aggression in ASD [Poster]. *Proceedings of the International Meeting for Autism Research (IMFAR), Grand America Hotel, Salt Lake City, Utah, USA.*

Travers, B.G.,    **Bigler, E.D.**, Prigge, M.D., Froehlich, A., Lange, N., Alexander, A., Lainhart, J.E. (May 13-16, 2015). Longitudinal Development of Manual Motor Performance in Autism Spectrum Disorder from Childhood to Mid-Adulthood and Predictions of Adaptive Daily Living Skills [Published Abstract]. *Proceedings of the International Meeting for Autism Research (IMFAR), Grand America Hotel, Salt Lake City, Utah, USA.*

Zielinski, B.A.,    Prigge, M.D., Lainhart, J.E., Alexander, A., **Bigler, E.D.**, Lange, N., Gerig, G. (May 13-16, 2015). Abnormalities in Large-Scale Brain Network Architecture in Autism [Published Abstract]. *Proceedings of the International Meeting for Autism Research (IMFAR), Grand America Hotel, Salt Lake City, Utah, USA.*

Alexander, A.L.,    Lee, J.E., Chung, M., DuBray, M., Froelich, A., Fletcher, P.T., **Bigler, E.D.**, Lange, N., Lainhart, J.E. (May 7-9, 2009). Relationships between diffusion tensor imaging and the social responsiveness scale [Abstract]. *Proceedings of the International Meeting for Autism Research (IMFAR), Chicago, Illinois, USA.*

McCauley, S.,    Wilde, E., Merkley, T., Schnelle, K., **Bigler, E.D.,** Vasquez, A., Hunter, J., Chu, Z., Chapman, S., Levin, H. (2009). Neural Correlates of Event-Based Prospective Memory in Children 3 Months After Moderate to Severe Traumatic Brain Injury: A Volumetric Study. [Published Abstract]. *The Journal of Head Trauma Rehabilitation, 24:5.*

McCauley, S.,    Merkley, T., Wilde, E., Schnelle, K., **Bigler, E.D.,** Vasquez, A., Hunter, J., Chu, Z., Chapman, S., Levin, H. (2009). Patterns of Cortical Thinning in Relation to Event-Based Prospective Memory Performance of Children with Traumatic Brain Injury. [Abstract]. *The Journal of Head Trauma Rehabilitation, 24:5.*

Merkley, T.L.,    Wilde, E.A., **Bigler, E.D.**, Li, X., Hunter, J.V., Hanten, G., Levin, H.S. (2009). Cortical thinning with age progression for traumatically brain injured and typically developing children [Abstract]. *Journal of the International Neuropsychological Society, 15(SS1), 192.*

Nielsen, J.,    Lange, N., Alexander, A., Lee, J.E., Dubray, M., Froehlich, A., **Bigler, E.D.** & Lainhart, J.E. (2009).  Subtypes of autism based on corpus callosum microstructure:  A diffusion tensor imaging and neuropsychological study [Abstract]. *Journal of the Neuropsychological Society, 15 (SS1); 169.*

Ngo, C.T.,    Wilde, E.A., Li, X., **Bigler, E.D.**, Yedururi, S., Hanten, G., Hunter, J.V., Chu, Z., Vasquez, A.C., and Levin, H.S. (2009). Amygdala volumes facilitate emotion identification in children with TBI during recovery [Abstract]. *Journal of the International Neuropsychological Society, 15(SS1), 192.*

Oni, M.B.,    Wilde, E.A., Yallampalli, R., Wu, T.C., Chu, Z., Li, X., Hunter, J.V., **Bigler, E.D.,** Vasquez, A.C., and Levin, H.S. (2009). Diffusion tensor imaging analysis of the frontal lobes in pediatric traumatic brain injury [Abstract]. *Journal of the International Neuropsychological Society, 15(SS1), 153.*

Wu, T.,                 Wilde, E.A., Yallampalli, R., **Bigler, E.D.,** Chu, Z., Li, X., Hunter, J.V., Vasquez, A.C., and Levin, H.S. (2009). Longitudinal changes of the corpus callosum pathways subsequent to traumatic brain injury [Abstract]. *Journal of the International Neuropsychological Society, 15(SS1), 194.*

Wu, T.,                 Wilde, E., Yallampalli, R., **Bigler, E.D.,** McCauley, S., Troyanskaya, M., Chu, Z., Li, Xiaoqi, Merkley, T., Hunter, J., Levin, H. (2009). Changes in the Cingulate in Acute Mild TBI Detectable with Diffusion Tensor Imaging and Their Relation to Memory Function. [Published Abstract]. *The Journal of Head Trauma Rehabilitation, 24:5.*

Yallampalli, R.,        Wilde, E.A., Merkley, T.L., **Bigler, E.D.,** Chu, Z., Hanten, G., Troyanskaya, M., Hunter, J.V., Li, X., and Levin, H.S. (2009). Relation of amygdala volume and processing of visually-based emotional stimuli using the face-emotion recognition task in pediatric traumatic brain injury. [Abstract]. *Journal of the International Neuropsychological Society, 15(SS1), 148.*

Yallampalli, R.,        Wilde, E.A., Merkley, T.L., **Bigler, E.D.,** Chu, Z., Hanten, G., Troyanskaya, M., Hunter, J.V., Li, X., and Levin, H.S. (2009). Effects of pediatric traumatic brain injury on short term memory processing and hippocampal volume. [Abstract]. *Journal of the International Neuropsychological Society, 15(SS1), 148.*

Alexander, A.L.,        Lee, J.E. Ardekani, B, Chung, M., **Bigler, E.D.**, Lainhart, J.E., (May 15 – 17, 2008). Evaluation of DTI image analysis using nonlinear spatial normalization and tissue-specific, smoothing-compensated voxel based analysis application in autism. [Abstract]. *Proceedings of the International Meeting for Autism Research (IMFAR), London, England.*

Lee, J.N.,              Lainhart, J.E., **Bigler, E.D.,** Dubray, M.,  Froelich, A.,  Lange, N., Fletcher, T., Chung, M.K., Alexander, A.L. (2008). White Matter is Diffusely Affected in Autism [Abstract].

Lee, J.N.,              Hsu, D., Alexander, A.L., Lazar, M., **Bigler, E. D.,** Lainhart, J.E. (May 3-9, 2008).  A study of underconnectivity in autism using DTI: W-Matrix Tractography. [Abstract] *Presented at the International Society for Magnetic Resonance in Medicine (ISMRM) 16th Scientific Meeting and Exhibition in Toronto, Ontario, Canada.*

Lee, J.N.,              Hsu, D., Hsu, M., Alexander, A., DuBray, M., Froehlich, A., Lu, J.K., **Bigler, E.D.,** Lainhart, J.E.  (April 12-16, 2008). Structural underconnectivity in autism: A neural network method for diffusion tensor tractography. [Abstract]. *Presented at 2008 Annual American Academy of Neurology (AAN), Chicago, Illinois.*

Allen M.D.,             **Bigler E.D.,** Larsen J., Goodrich-Hunsaker N.J., Hopkins R.O. (November 9, 2007). Functional magnetic resonance imaging (fMRI) evidence for high cognitive effort on the Word Memory Test in the absence of external incentives. [Abstract]. *Developmental Neurorehabilitation, 10(4), 2007, 271 - 310.*

Allen, M.D.,            **Bigler, E.D.,** Larsen, J., Goodrich-Hunsaker, & Hopkins, R.O. (2007). Functional magnetic resonance imaging (fMRI) evidence for high cognitive effort on the Word Memory Test in the absence of external incentives [Abstract]. *Developmental Neurorehabilitation, 10(4): 296-297.*

Bigler, E. D.     53

Cleavinger, H.B.,    **Bigler, E.D.,** Wilde, E.A., Hunter, J.V., Li, X., Levin, H. S. (2007).  Traumatic brain injury, atrophy of the entorhinal cortex and neuropsychological outcome in children [Abstract].  *Archives of Clinical Neuropsychology, 22(7), 898.*

Cramond, A.,    Woon, F.M., Wu, C., Cannon, P.C., **Bigler, E.D.**, Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (2007). Intellectual function and thalamic volume in autism [Abstract]. *Archives of Clinical Neuropsychology 22(7), 828.*

Hanten, G.,    Wilde, E.A., Yallampalli, R., Chu, A., Ramons, M.A., **Bigler, E.D.**, Menefee, D., Vasquez, Li, X., Hunter, J.V., Levin, H.S. (2007).  The relation between white matter disruption measured by diffusion tensor imaging and decision-making following childhood TBI [Abstract]. *Developmental Neurorehabilitation, 10(4), 271-310(P61).*

James, K.,    Pertab, J., **Bigler, E.D.** (2007).  Questionable generalizability for mild traumatic brain injury meta-analysis [Abstract]. *Archives of Clinical Neuropsychology, 22(7), 835.*

Lee, J.N.,    Alexander, A.L., Lazar, M., **Bigler, E.D.,** Lainhart, J.E. (May 3-9, 2007). Evaluation of voxel-based analysis methods for DTI studies [Abstract]. *Abstract presented at the International Society for Magnetic Resonance in Medicine (ISMRM) 16th Scientific Meeting and Exhibition in Toronto, Ontario, Canada.*

Wolkowitz, O.,    Lupien, S., **Bigler, E.D.** (2007).  The "Post-Steroid Dementia Syndrome":  An unrecognized complication of glucocorticoid treatment [Abstract]. *Annals of the New York Academy of Sciences.*

Woon, F.M.,    Cramond, A.C., Wu, C., Cannon, P.C., **Bigler, E.D.,** Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (2007). Intelligence scores and amygdala volume in individuals with autism. [Abstract]. *Archives of Clinical Neuropsychology, 22(7), 805.*

Wu, C.,    Cramond, S., Woon, F.m., Cannon, P.C., **Bigler, E.D.,** Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (2007). Fusiform gyral volume, intellectual ability and autism. [Abstract].  *Archives of Clinical Neuropsychology, 22(7), 804-805.*

Alexander, A.L.,    Lee, J.E., Lazar, M., Boudos, R., DuBray, M., Oakes, T.R., Miller, J.N., Lu, J., Jeong, E-K., McMahon, W.M., **Bigler, E.D.,** Lainhart, J.E. (2006). A diffuse tensor study of the corpus callosum in autism. [Poster].  *12th Annual Meeting of the Organization for Human Brain Mapping, Florence, Italy, June 11- 15, 2006.*

Alexander, A.L.    Lee, J.E., Lazar, M., Boudos, R., DuBray, M., Lu, J., Jeong, E.K., **Bigler, E.D.,** Lainhart, J.E. (2006) Diffusion Tensor Study of Corpus Callosum in Autism [Abstract]. *Human Brain Mapping, January 6, 2006.*

Beck, C.J.    Hopkins, R.O., Weaver, L.K., & **Bigler, E.D.** (February 1-4, 2006). Prevalence of white matter hyperintensities in a healthy normal population. [Poster]. *34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, MA, USA.*

Elison, J. T.,    **Bigler, E.D.,** Miller, J., Lu, J., McMahon, W.M., Lainhart, J.E. (July 1-3 2006). A case-control 3.0 Tesla MRI morphometric analysis of autism with and without

attention-deficit/hyperactivity disorder [Poster]. *5th International Meeting for Autism Research (IMFAR) Montreal, Canada.*

Fearing, M.A.    Hopkins, R.O., & **Bigler, E.D.** (February 1-4, 2006). Variability in basal ganglia lesions following anoxic brain injury. [Poster]. *34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place, Boston, MA, USA.*

Fearing, M.,    Hopkins, R.O., Weaver, L.K., & **Bigler, E.D.**, (February 1-4, 2006). Neuropsychological and Neuroimaging Outcomes Following Group Carbon Monoxide Poisoning. [Abstract]. *34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place, Boston, MA, USA.*

Fearing, M.A.    **Bigler, E.D.,** Wilde, E.A., Hunter, J.V., & Levin, H.S. (February 1-4, 2006). Morphometric findings in the thalamus and brainstem in children after moderate to severe traumatic brain injury. [Poster]. *34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place, Boston, MA, USA.*

Lazar, M.    Baxter, B., Alexander, A.L., Oakes, T., Lu, J., McMahon, W., **Bigler, E.D.**, Lainhart, J.,  (2006). A Diffusion Tensor Imaging Study of the Thalamus in Autism [Abstract]. *Human Brain Mapping; January 8 2006.*

Levin, H.S.    Moeller, G., Wilde, E., Sullivan, E.V., **Bigler, E.D.,** Ranjeva, J.P., Mori, S., & Grant, E. (2006, February 1-4). Diffusion tensor imaging: Application to neuropsychological research. [Poster]. *34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, MA, USA, February 1-4, 2006.*

Mathias, J.L.,    Bowden, S.C., **Bigler, E.D.,** (2006) Is performance on the Wechsler Test of Adult Reading affected by traumatic brain injury? [Abstract]. *Proceedings of the International Neuropsychological Society (INS)/ German Neuropsychological Society (GNP) and the Swiss Neuropsychological Association (SVNP) Meeting July 26 -30, 2006, p.100.*

Fearing, M.    Hopkins, R.O., Weaver, L.K., & **Bigler, E.D.** (February 2-5, 2005). Basal ganglia lesions following carbon monoxide (CO) Poisoning. [Poster]. *33rd Annual Meeting of the International Neuropsychological Society, Adam's Mark Hotel, St. Louis, Missouri, USA, p.183.*

Hopkins, R.O.,    Tate, D.F., & **Bigler, E.D.** (2005).  Hippocampal volume following carbon monoxide poisoning:  Predictors and neuropsychological correlates [Abstract]. *International Neuropsychological Society, Division of the Neuropsychology of the British Psychological Society, British Neuropsychological Society, Joint Mid-Year Meeting, Dublin, Ireland, Program & Abstract Book, p.18.*

Miller, M.,    **Bigler, E.D.,** Neeley, S.L., Provencal, S., McMahon, W., & Lainhart, J.E. (2005, February 2-5,).  Frontal lobe development in autism relative to head size. [Poster] *Proceedings of the 33rd Annual Meeting of the International Neuropsychological Society, St. Lois, MI, 2005, p.111.*

Provencal, S.,    Fearing, M.A., Johnson, J.L., Mortensen, S., Heidelberger, C., **Bigler, E.D.,** McMahon, W., & Lainhart, J.E. (February 2-5, 2005).  Basal ganglia morphometry in autism with and without Attention Deficit/Hyperactivity Disorder [Poster]. *Proceedings of the 33rd Annual Meeting of the International Neuropsychological Society, Adam's Mark Hotel, St. Lois, MI, Program & Abstracts, USA, p.111.*

Yeates, K. O.,    Taylor, G., Dennis, M., Vannatta, K., Gerhardt, C., Rubin, K., **Bigler, E.D.**, (2005) Social outcomes in pediatric traumatic brain injury: Toward an integrative, multi-level model [Abstract]. *Brain Injury, Abstracts of the 6th World Congress on Brain Injury, Melbourne, 5-8 May, 19 (Suppl.1) p.21.*

Alexander, A.L.,    Lazar, M., **Bigler, E.D.**, Jeong, E.K., Coon, H., McMahon, W., Lainhart, J.E. (2004).  Diffusion tensor imaging of white matter in autism [Abstract]. *Proceedings of CPEA/STAART Annual Meeting, May 17-20, 2004.  Bethesda, MD.*

Fearing, M. A.,    Larson, M.L., Hopkins, R.O., & **Bigler, E.D.** (2004, February 4-7).  Generalized vs. focal atrophy in dementia:  Their relationship to neuropsychological function [Abstract]. *32nd Annual Meeting of International Neuropsychological Society, Journal of the International Neuropsychological Society, Programs & Abstracts, 16.*

Jackson, J.,    Hopkins, R.O., Gale, S.D., & **Bigler, E.D.** (2004).  Neuropsychological assessment in less common medical disorders [Abstract]. *Journal of the International Neuropsychological Society, INS 32nd Annual Meeting Program & Abstracts, 98.*

Lainhart, J.E.,    **Bigler, E.D.**, Coon, H., McMahon, W. (2004).  Head and brain growth in autism: advances and implications for neuroimaging research [Abstract]. *Proceedings of CPEA/STAART Annual Meeting, May 17-20, 2004.  Bethesda, MD.*

Lainhart, J.E.,    Dinh, E., Coon, H., **Bigler, E.D.**, McMahon, W. (2004).  Head circumference in autism spectrum disorders: A CPEA network study [Abstract].  *Proceedings of International meeting for Autism Research. May 7-8, 2004; Sacramento, California.  IMFAR Abstracts S1.5.2.*

Lee, J.N.,    **Bigler, E.D.,** Provencal, S.L., McMahon, W., Lainhart, J.E. (2004).  Autism severity correlated with reduced brain activation during a face processing task [Abstract].  *Proceedings of International meeting for Autism Research. May 7-8, 2004; Sacramento, California.  IMFAR Abstracts P1.2.3.*

Provencal, S.    & **Bigler, E.D.** (February 4-7, 2004). The Delis-Kaplan executive function system (D-KEFS) compared to traditional tests of executive dysfunction in patients with frontal lesions. *International Neuropsychological Society 32nd Annual Conference, Baltimore, Maryland. Journal of the International Neuropsychological Society, Program & Abstracts, p. 113.*

Sanders, A.D.,    Neeley, E.S., & **Bigler, E.D.** (2004).  Memory performance in autism [Abstract]. *Brain Impairment, 5,112-113.*

Sayer, J.,    Fearing, M.A., **Bigler, E.D.,** McMahon, W.M., & Lainhart, J.E. (2004).  Volumetric analysis of the basal ganglia in autism with macrocephaly [Abstract].

*International Neuropsychological Society 32nd Annual Conference, February 4-7, 2004, Baltimore, Maryland. Journal of the International Neuropsychological Society, Volume 10 (Supplement S1), Program & Abstracts, 133-134.*

Bergeson, A.G., Lundin, R., Parkinson, R. B., Tate, D.F., Victoroff, J., Hopkins, R.O., **Bigler, E.D.** (spring 2003). Clinical rating of cortical atrophy and cognitive correlates following traumatic brain injury [Abstract]. *Journal of Neuropsychiatry and Clinical Neuroscience 15(2), 276-277. Poster presented at the 14th Annual meeting of the American Neuropsychiatric Association, Honolulu, Hawaii, February 1-4, 2003.*

Cato, M., Delis, D., Abildskov, T., & **Bigler, E.D.** (2003). Assessing the elusive cognitive deficits associated with orbitofrontal cortex damage: Case study of a modern-day Phineas Gage [Abstract]. *Journal of the International Neuropsychological Society, 9(2), 183.*

Cleavinger, H., Sayer, J., Rice, S.A., McMahon, W., Lainhart, J., **Bigler, E.D.** (2003). Volumetric analysis of the mesencephalon and metencephalon in autism with macrocephaly [Abstract]. *Journal of the International Neuropsychological Society, 9 (4), p. 549. Poster presented at the Twenty-Sixth Annual Mid-year International Neuropsychological Society, July 16-20, 2003, Berlin, Germany.*

Fearing, M.A., **Bigler, E.D.,** Garrett, K.D., Tschanz, J., Welsh-Bohmer, K.A. (spring 2003). Relationship between cerebral atrophy and informant-based ratings of dementia participants in the Cache County study* [Abstract]. *Journal of Neuropsychiatry and Clinical Neuroscience, 15(2), 269.*

Fearing, M., Hannan, C.R., White, J., Mortensen, J., Rice, S., Tate, D., and **Bigler, E.D.** (2003, Feb. 5-8). Dementia, cerebral atrophy, and neuropsychological performance: Relationship to APOE-є 4 [Abstract]. *Journal of the International Neuropsychological Society, 9 (2), 317.*

Hopkins, R.O., Tate, D., **Bigler, E.D.** (spring 2003). Acquired brain injury: amount of tissue loss, not etiology, alters cognitive and emotional function [Abstract]. *Journal of Neuropsychiatry and Clinical Neuroscience, 15(2), 261-262.*

Hopkins, R.O., McCourt, A., Cleavinger, H., Parkinson, R.B., Victoroff, J., **Bigler, E.D.** (2003). White matter hyperintensities and neuropsychological outcome following traumatic brain injury [Abstract]. *Journal of the International Neuropsychological Society, 9(2), 234. Paper presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.*

Mathias, J.L., **Bigler, E.D.,** Jones, N.R., Barrett-Woodbridge, M.P., Brown, G.C., Taylor, D.J. (2003). Information processing speed and its relationship to quantitative neuroimaging following moderate and severe traumatic brain injury. [Abstract]. *Brain Injury, 17, supplement 1, p.136. Presented in the international TBI meeting, Stockholm.*

Mortensen, J., Hannan, C.R., White, J., Fearing, M., Tate, D., **Bigler, E.D.** (2003, February). The Boston Naming Test, Dementia, and Temporal Lobe Pathology. [Abstract]. *Journal of the International Neuropsychological Society, 9(2), 306. Poster*

*presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.*

Parish, R.V.,    Carpenter, B.N., **Bigler, E.D.,** (2003). Posttraumatic stress, mild traumatic brain injury, and memory function. [Abstract]. *Archives of Clinical Neuropsychology, 18, 687.*

Rice, S.A.,    **Bigler, E.D.,** Lainhart, J., McMahon, W. (2003). Corpus callosal differences in autism. [Abstract]. *Journal of the International Neuropsychological Society, 9(4), 551. Poster presented at the Twenty-Sixth Annual Mid-year International Neuropsychological Society, July 16-20, 2003, Berlin, Germany.*

Rice, S.A,    **Bigler, E.D.,** Lainhart, J., McMahon, W., Coon, H., Ozonoff, S. (2003, February 5-8). Corpus callosum morphology in autism. [Abstract]. *Journal of the International Neuropsychological Society, 9(2), 270.*

Ross, C.,    Hallam, B., Buckwalter, J.G., **Bigler, E.D.** (2003, Feb 5-8). Regional callosal changes in three forms of dementia. [Abstract]. *Journal of the International Neuropsychological Society, 9(2), 317. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.*

Skoog, I.,    **Bigler, E.D.,** (2003, August 17-22). The Gothenburg Longitudinal Study on Aging: Early life risk factors for dementia. [Abstract]. *Eleventh International Congress: International Psychogeriatric Association, Chicago, Illinois.*

White, J.,    Mortensen, J., Hannan, C. R., Fearing, M., Tate, D., and **Bigler, E.D.** (Feb 5-8, 2003).Performance on the logical memory measure and temporal lobe atrophy [Abstract]. *Journal of the International Neuropsychological Society, 9(2), 317.*

Hallam, B.J.,    Brown, W.S., Buckwalter, J.G., Ross, C., & **Bigler, E.D.** (2002).  Functional Channels of the Corpus Callosum:  Evidence from Alzheimer's Disease Patients [Abstract]. *Journal of the International Neuropsychological Society, 8(2), 266.*

Mathias, J.L.    **Bigler, E.D.**, Jones, N.R., Brown, G.C., & Taylor, D.J. (2002). Information processing deficits and their relationship to neuroimaging following moderate and severe traumatic brain injury. [Abstract]. *Journal of Neurotrauma, 19(10), 1293.*

Mortensen J.,    White J., Hannan C.R., Fearing M., Tate D., **Bigler, E.D.** (2002, October). The Benton Visual Retention Test, dementia, and temporal lobe pathology. *Poster accepted for presentation at the 22nd Annual Conference of the National Academy of Neuropsychology, Miami, FL.*

Gandhi, P.V.,    **Bigler, E.D.**, Wilde, E., Ryser, D.K, & Johnson, S. (2001). Quantitative lesion analysis, FIM, and neuropsychology test performance in TBI [Abstract]. *Journal of the International Neuropsychological Society, 7(2), 180.*

Hedges, D.,    Tate, D.F., Miller, M.J., Cleavinger, H.B., Rice, S.A., Thatcher, W., Allen, S., Sood, S., **Bigler, E.D.** (2001).Brain morphology in non-substance-abusing male Vietnam veterans with Posttraumatic Stress Disorder [Abstract].  *Archives of Clinical Neuropsychology, 16 (2001), 796-797.*

Bigler, E. D.    58

Hopkins, R.O.,    Weaver, L.K., Hessel, C., Tate, D., **Bigler, E.D.**, & Blatter, D.  (2001).  Hippocampal atrophy following carbon monoxide poisoning:  Gender differences [Abstract].  *Journal of the International Neuropsychological Society, 7(2), 232.*

Parkinson, R.B.,    Hopkins, R.O., Cleavinger, H.B., Weaver, L.K., Victoroff, J., **Bigler, E.D.** (2001).  White matter hyperintensities in carbon-monoxide-poisoned subjects. [Abstract].  *Archives of Clinical Neuropsychology, 16, 731-732.*

Parish, R.V.,    Tate, D.F., & **Bigler, E.D.** (2001).  Estimation of intelligence with the Wechsler Abbreviated Scale of Intelligence (WASI) in an adult neuropsychological patient population:  are the two- and four-subtest forms of the WASI equivalent? [Abstract].  *Archives of Clinical Neuropsychology, 16 (8), 836.*

Ruger, J.,    Hopkins, R., Weaver, L., Johnson, S., Tate, D., **Bigler, E.D.**, & Blatter, D. (2001).  MR-based temporal horn enlargement following carbon monoxide poisoning [Abstract].  *Journal of the International Neuropsychological Society, 7 (2), 190.*

Gale, S.,    Hopkins, R., Weaver, L., Walker, J., **Bigler, E.D.**, & Cloward, T.  (2000).  Hippocampal atrophy following sleep apnea and carbon monoxide poisoning: Similarities and differences [Abstract].  *Journal of the International Neuropsychological Society, 6 (2), 154.*

Hopkins, R.O.,    Gale, S.D., Pope, D., Weaver, L.K., & **Bigler, E.D.**  (2000). Ventricular enlargement in patients with acute respiratory distress syndrome [Abstract].  *Journal of the International Neuropsychological Society, 6(2), 229.*

Hopkins, R.O.,    Weaver, L.K. & **Bigler, E.D.**  (2000). Longitudinal outcome following carbon monoxide poisoning: Psychological changes [Abstract]. *Journal of the International Neuropsychological Society, 6(4), 393.*

Tate, D.F.,    Gilbert-Tate, J.J., & **Bigler, E.D.**  (2000).  Neurologic tests and their predictive value among children in India: Correlations between motor skills, VMI, and TONI-2 Scores [Abstract].  *Journal of the International Neuropsychological Society, 6(2), 133.*

Earl, H.D.,    Olsen, J., & **Bigler, E.D.** (1999).  Neuropsychological and anatomical correlates of $\epsilon$4 in Alzheimer's disease [Abstract].  *Archives of Clinical Neuropsychology, 14(8), 619-620.*

Gandhi, P.V.,    Wilde, E., **Bigler, E.D.**, Ryser, D.K., & Blatter, D.D. (1999).  QMRI correlates with neuropsychological indicators of general impairment in TBI patients [Abstract].  *Archives of Clinical Neuropsychology, 14(8), 773.*

Kesler, S.R.,    Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, Blatter, D.D., & Edge-Booth, H. (1999).  Fornix and mammillary body atrophy and verbal memory deficit in carbon monoxide (CO) poisoned humans [Abstract].  *Archives of Clinical Neuropsychology, 14(8), 660-661.*

Porter, S.,    Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, & Blatter, D.D. (1999).  White matter atrophy and neuropsychological outcome following carbon monoxide exposure [Abstract].  *Archives of Clinical Neuropsychology, 14 (8), 659-660.*

Tate, D.F.,          **Bigler, E.D.**, & Wolfson, L.J. (1999).  Fornix area and hippocampal volume in traumatic brain injury: Relationships to memory function [Abstract].  *Archives of Clinical Neuropsychology, 14(8), 776-777.*

Yeates, K.O.,          Luria, J., Bartkowski, H., Rusin, J., Martin, L., **Bigler, E.D.**, Johnson, S.C. & Anderson, C. (1999). Postconcussive symptoms in children with mild closed-head injuries.  *The Journal of Head Trauma Rehabilitation, Aug;14(4)337-50.*

Foley, H.A.,          Kesler, S. & **Bigler, E.D.** (1998).  The relationship of SPECT and MRI to neuropsychological outcome, intelligence quotients, and traumatic brain injury [Abstract].  *Archives of Clinical Neuropsychology, 13 (1), 132.*

Hopkins, R.O.,          Weaver, L.K., Gale, S.D. & **Bigler, E.D.**  (1998). Neuropsychological outcome, brain perfusion defects and quantitative magnetic brain resonance imaging following carbon monoxide (CO) poisoning [Abstract].  *Undersea and Hyperbaric Medicine, 25, 47-48.*

Hopkins, R.O.,          **Bigler, E.D.**, Weaver, L., Gale, S., & Brooth, E.  (1998). Neuropsychological outcome and brain perfusion defects following carbon monoxide poisoning [Abstract].  *The Clinical Neuropsychologist, 12 (2), 284.*

Kesler, S.R.,          Foley, H.A. & **Bigler, E.D.**  (1998). Relationships between brain abnormalities and cognitive-neurobehavioral symptoms in traumatic brain injury (TBI) using single photon mission computed tomography (SPECT), clinical (MRI) and quantitative (QMR) magnetic resonance [Abstract].  *Journal of the International Neuropsychological Society, 4(1), 8.*

Norman, M.A.,          Delis, D.C., Salmon, D. & **Bigler, E.D.** (1998).  Differential rates of cognitive decline in subgroups of Alzheimer's patients [Abstract].  *Journal of the International Neuropsychological Society, 4 (1), 31.*

Orme, S.F.,          Clark, E., **Bigler, E.D.**, Pompa, J., Kircher, J.C., & Gardner, M.K.  [1998]. Agreement of ratings and behavioral measures of attention and concentration (Abstract).  *The Clinical Neuropsychologist, 12 (2), 277.*

Tate, D.F.,          Gilbert-Tate, J.J. & **Bigler, E.D.** (1998).  Berry's Test of Visual-motor integration and the Test of Nonverbal Intelligence: A comparison among school children in India [Abstract].  *Journal of the International Neuropsychological Society, 4(1), 58.*

Wilde, E.A.,          Bartholomew, J., **Bigler, E.D.**, Nielsen, D., Brooks, M.,  Lowry, C., Foley, H.A., Ryser, D., & Blatter, D.  (1998).  PTA and QMRI outcome in TBI patients with positive blood alcohol levels at time of injury [Abstract].  *Journal of the International Neuropsychological Society, 4 (1), 9.*

Yeates, K.O.,          Luria, J., Bartkowski, H., Rusin, J., Martin, L., **Bigler, E.D.**, Johnson, S.C. & Anderson, C.  (1998). Postconcussive symptoms in children with mild closed-head injuries [Abstract].  *Journal of the International Neuropsychological Society, 4(1), 63.*

Barker, L.H.,          **Bigler, E.D.**, Blatter, D.D., Boineau, B., & Johnson, S. (1997).  Polysubstance abuse and traumatic brain injury: A quantitative study of magnetic resonance

imaging and neuropsychological assessment [Abstract]. *Archives of Clinical Neuropsychology, 12 (4), 284-285.*

Barker, L.H.,     **Bigler, E.D.**, Gale, S.D., Russo, A.A., & Stenroos, J.F. (1997). Affective disturbance following traumatic brain injury: Severity of injury and the symptom-checklist-90-R [Abstract]. *Archives of Clinical Neuropsychology, 12(4), 399.*

Gale, S.D.,     Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, Booth, E.J., & Blatter, D.D. (1997). Brain Perfusion Defects Following Carbon Monoxide Poisoning: Relationship to MRI, Quantitative MRI, and Neuropsychological Findings [Abstract]. *Archives of Clinical Neuropsychology, 12 (4), 321.*

Hopkins, R.O.,     Weaver, L.K. & **Bigler, E.D.** (1997). Psychological/Emotional changes following carbon monoxide poisoning [Abstract]. *Undersea & Hyperbaric Medicine, 24 (20).*

Johnson, S.C.,     Anderson, C.V., **Bigler, E.D.** & Blatter, D.D. (1997). Logical memory *versus* verbal paired associate learning and hippocampal volume in a sample of male closed head injury patients [Abstract]. *Journal of the International Neuropsychological Society, 3 (1), 54.*

Pinkston, J.B.,     Johnson, S.C., **Bigler E.D.,** & Blatter D.D. (1997). Effects of handedness and gender on the surface area of the human corpus callosum: A preliminary study using magnetic resonance imaging [Abstract]. *Archives of Clinical Neuropsychology, 12 (4), 386.*

Plassman, B.L.,     Welsh, K.A., **Bigler, E.D.**, Johnson, S.C., Anderson, C.V., Simons, M.E., Helms, M.J., & Breitner, J.C.S. (1997). Similarity in brain volumes of aging monozygotic twins [Abstract]. *JINS, 3(1), 68-69.*

Porter, S.S.,     Kozora, E., & **Bigler, E.D.** (1997). Corpus callosum and cognitive performance in patients with systemic Lupus Erythematosis [Abstract]. *Archives of Clinical Neuropsychology. 12 (4), 388.*

Primus, E.A.,     **Bigler, E.D.**, Anderson, C.V., Johnson, S.C., & Mueller, R.M. (1997). Subcortical dementia symptoms and corpus striatum degeneration following traumatic brain injury (TBI): a quantitative analysis of magnetic resonance imaging (MRI) and neuropsychological assessment [Abstract]. *JINS, 3(1), p.3.*

Russo, A.A.,     **Bigler, E.D.**, Gale, S.D., Barker, L.H., & Stenroos, J.F. (1997). Affective disturbance following traumatic brain injury: Severity of injury and the symptom-checklist-90-R [Abstract]. *Archives of Clinical Neuropsychology. 12 (4), 399.*

Tate, D.F.,     Tate, J.J., Johnson, S., & **Bigler, E.D.** (1997). Ethnic and socioeconomic differences on the developmental test of visual-motor integration: A study of South Indian school children [Abstract]. *Journal of the International Neuropsychological Society, 3, 26.*

Grant, M.L.,     Nussbaum, N.L., & **Bigler, E.D.** (1996). Electrophysiological components in children with ADD or ADHD [Abstract]. *Journal of the International Neuropsychological Society, 2(1), 58.*

Hopkins, R.O.,    Abildskov, T.J., **Bigler, E.D.**, Gale, S.D., Johnson, S.C., Anderson, C.V., Blatter, D.D., & Weaver, L.K.  (1996). Three-dimensional image analysis of hippocampal atrophy and neuropathological changes following anoxia and traumatic brain injury [Abstract]. *Journal of the International Neuropsychological Society, 2(1), 34.*

Hopkins, R.O.,    Weaver, L.K., Pope, D., Orme, J.F., **Bigler, E.D.**, Larson-Lohr, V. (1996).  One year quality of life (AOL) and neuropsychological outcome following adult respiratory distress syndrome (ARDS) [Abstract]. *Chest, 110, 58S.*

Hopkins, R.O.,    Weaver, L.K., Gale, S.D., Johnson, S.C., **Bigler, E.D.**, Blatter, D.D. & Abildskov, T.J. (1996).  Three dimensional and quantitative image analysis of neuropathological changes following carbon monoxide poisoning [Abstract]. *Undersea & Hyperbaric Medicine, 23, 9.*

Johnson, S.C.,    Pinkston, J.B., **Bigler, E.D.** & Blatter, D.D. (1996).  A regional analysis of the corpus callosum in TBI patients and normal controls: Neuropsychological correlates [Abstract].  *Archives of Clinical Neuropsychology, 11 (5), 404.*

Anderson, C.V.,    Wood, D.M. & **Bigler, E.D.** (1995).  Lesion localization and executive functioning in traumatic brain injured patients [Abstract].  *Archives of Clinical Neuropsychology, 10, 290.*

Barker, L.H.,    Mueller, R.M., Russo, A.A., Lajiness-O'Neill, R., Johnson, S., Anderson, C., Norman, M.A., Sephton, S., Primus, E., **Bigler, E.D.**, & Reynolds, C.R. (1995). The word selective reminding subtest of the Test of Memory and Learning (TOMAL): A concurrent and construct validity study using the Rey Auditory Verbal Learning Test (RAVLT) and the Wechsler Memory Scale-Revised (WMS-R) [Abstract].  *Archives of Clinical Neuropsychology, 10, 295-296.*

Connor, P.D.,    Gale, S.D., Johnson, S.C., Anderson, C.V., **Bigler, E.D.** & Blatter, D.D. (1995). Cingulate degeneration following traumatic brain injury: Quantitative neuroimaging, memory and executive functions [Abstract]. *Journal of the International Neuropsychological Society, 1 (2), 174.*

Gale, S.D.,    **Bigler, E.D.**, Johnson, S.C. & Blatter, D.D. (1995).  Global degeneration following traumatic brain injury:  Anatomic and neuropsychologic correlates [Abstract]. *Journal of the International Neuropsychological Society, 1 (2), 162.*

Gale, S.D.,    Johnson, S.C., **Bigler, E.D.** & Blatter, D.D. (1995).  Trauma induced cerebral peduncle degeneration:  Correlative relationships with tests of motor function [Abstract].  *Archives of Clinical Neuropsychology, 10(4), 328-329.*

Mueller, R.M.,    Russo, A.A., Barker, L.H., Lajiness-O'Neil, R., Johnson, S., Anderson, C., Norman, M.A., Sephton, S., Primus, E., **Bigler, E.D.**, & Reynolds, C.R. (1995). Memory testing and memory for sentences: Concurrent and construct validity of the Test of Memory and Learning (TOMAL) Utilizing the Wechsler Memory Scale-Revised (WMS-R) [Abstract].  *Archives of Clinical Neuropsychology, 10, 369-370.*

Plassman, B.L.,    Welsh, K.A., Abildskov, T., Johnson, S.C., Anderson, C.V., **Bigler, E.D.**, & Breitner, J.C. (1995).  Merging methods: MRI volumetric studies in twin pairs

Bigler, E. D.    62

discordant for Alzheimer's Disease [Abstract]. *Archives of Clinical Neuropsychology, 10, 377.*

Porter, S.S.,    Anderson, C.V., & **Bigler, E.D.** (1995).  Changes in medial temporal lobe and neuropsychological outcome of thirty-five traumatically brain-injured patients [Abstract]. *Archives of Clinical Neuropsychology, 10, 377-378.*

Russo, A.A.,    Barker, L.H., Mueller, R.M., Lajiness-O'Neil, R., Johnson, S., Anderson, C., Norman, M.A., Sephton, S., Primus, E., **Bigler, E.D.** & Reynolds, C.R. (1995). Memory and digit span: Concurrent and construct validity of the Test of Memory and Learning (TOMAL) utilizing the Wechsler Memory Scale-Revised (WMS-R) [Abstract].  *Archives of Clinical Neuropsychology, 10, 386.*

Russo, A.A.,    Johnson, S.C., Ryser, D., MacNamara, S., Bailey, B., Icke, W., Blatter, D., Gale, S., Anderson, C. & **Bigler, E.D.** (1995).  Functional assessment following traumatic brain injury: Correlations of the DRS, FIM, and MRI [Abstract]. *Journal of the International Neuropsychological Society, 1, 121.*

Reynolds, C.R.,    & **Bigler, E.D.** (1995).  Standardized factor scores for use with the Test of Memory and Learning (TOMAL) [Abstract].  *Archives of Clinical Neuropsychology, 10, 382-383.*

Anderson, C.V.    & **Bigler, E.D.** (1994).  Ventricular dilation as a predictor of cognitive outcome [Abstract].  *Archives of Clinical Neuropsychology, 9, 106-107.*

Gale, S.D.,    Johnson, S., **Bigler, E.D.**, & Blatter D.D. (1994).  Degenerative changes secondary to traumatic brain injury:  A morphometric analysis of three patients with pre- and post-injury MR scans and neuropsychological outcome [Abstract]. *Archives of Clinical Neuropsychology, 9, 129.*

Johnson, S.C.,    **Bigler, E.D.**, & Burr R.B. (1994).  Magnetic resonance imaging predictors of cognitive outcome in traumatic brain injury [Abstract].  *Archives of Clinical Neuropsychology, 9 (2), 144.*

Norman, M.A.,    Lajiness-O'Neill, R.R., Nilsson, D.E., Walker, M.L., Boyer, R.S., Connor, P.D., & **Bigler, E.D.** (1994).  Quantitative neuroimaging in neuropsychological outcome in benign hydrocephalous [Abstract].  *Archives of Clinical Neuropsychology, 9, 168-169.*

Reynolds, C.R.,    & **Bigler, E.D.** (1994). Factor structure of the Test of Memory and Learning (TOMAL) [Abstract]. *Archives of Clinical Neuropsychology, 9, 176.*

Weight, D.G.,    & **Bigler, E.D.** (1994).  The discrepancy between clinical history, ventricle/brain ratios and neurobehavioral test findings: Two case studies [Abstract].  *Archives of Clinical Neuropsychology, 9, 200.*

Burr, R.,    Gale, S., Johnson, S., & **Bigler, E.D.**, (1993). Corpus Callosum morphology and neuropsychological function following traumatic brain injury [Abstract]. *Archives of Clinical Neuropsychology, 8, 217.*

Gale, S.D.,    Burr, R.B., **Bigler, E.D.**, & Blatter, D.D. (1993). Neuropsychological outcome and morphological changes in the fornix as a result of traumatic brain injury [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 15, 104.*

Kurth, S.,    **Bigler, E.D.** & Blatter, D.D. (1993). The effects of petechial hemorrhages lesion volume and lesion location on clinical outcome in traumatic brain injury [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 15(1), 104.*

Sephton, S.E.,    Bloch, G.J., Burlingame, G.M., Steffen, P.R., Johnson,   S.C., Tuttle, K.C. & **Bigler, E.D.** (1993).  A structured interview to define and measure chronic stress in humans [Abstract].  *Society for Neuroscience Abstracts, 19, p.170.*

Blatter, D.D.,    Kurth, S.M., **Bigler, E.D.**, Pompa, J., & Ryser, D.K. (1992, August). MRI and CT in traumatic brain injury (TBI): Correlations with quantitative measures of cognitive outcomes [Abstract].  *Proceedings of the 11th Annual Scientific Meeting, 1992, Abstract No. 738, p.71.*

Gale, S.D.,    Norman, M.A., & **Bigler, E.D.** (1992). A comparison of performance on the Raven Coloured Progressive Matrices in patients with closed head injury (CHI) and dementia of the Alzheimer's type [Abstract]. *Archives of Clinical Neuropsychology, 7, 327-328.*

Grant, M.L.,    McNelly, M., Stavinoha, P.L., Nussbaum, N.L., & **Bigler, E.D.** (1992). A comparison of response behaviors on a continuous performance task in children with attention-deficit disorder with and without hyperactivity [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 14, 109-110.*

Macnamara, S.E.,    **Bigler, E.D.**, Blatter, D., Pompa, J., Ryser, D., & Kurth, S. (1992). Structural MRI changes in traumatic brain injury: Comparison of pre- and post-injury scan results [Abstract]. *Archives of Clinical Neuropsychology, 7, 346.*

Massman, P.J.,    & **Bigler, E.D.** (1992). A critical appraisal of the formulation and validity of the WAIS-R "cholinergic deficit" profile [Abstract]. *Archives of Clinical Neuropsychology, 7, 348-349.*

Norman, M.A.,    Gale, S.D., & **Bigler, E.D.** (1992). A comparison of performance on the raven coloured progressive matrices in patients with closed head injury (CHI), left cerebrovascular accidents (LCVA), and right cerebrovascular accidents (RCVA) [Abstract]. *Archives of Clinical Neuropsychology, 7, 352.*

Roman, M.J.,    Grant, M.L., & **Bigler, E.D.** (1992). Performance of boys with attention-deficit hyperactivity disorder and learning disabilities on the core and diagnostic subtests of the differential abilities scales [Abstract]. *Journal of Clinical and Experimental Psychology, 14, 108.*

Schultz, R.,    Willerman, L., Rutledge, J.N., & **Bigler, E.D.** (1992). The relationship between intelligence, gray-white matter image contrast, and brain size: An MRI study of healthy college students [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 14, 32.*

Turkheimer, E.,    Farace, E., Yeo, R.A., & **Bigler, E.D.** (1992). A closer look at gender differences in verbal and performance IQ following unilateral lesions [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 14, 88.*

Lucas, J.A.    **Bigler, E.D.** & Telch, M.J. (1991). Memory functioning in panic disorder [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 13, 31.*

Massman, P.J.,      & **Bigler, E.D.** (1991). Neuropsychological differentiation of depression pseudodementia from Alzheimer's disease [Abstract]. *Archives of Clinical Neuropsychology, 6, 205-206.*

Yeo, R.A.,      & **Bigler, E.D.** (1991). Callosal morphology in closed head injury patients [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 13, 63.*

Grant, M.L.,      Ilai, D., Nussbaum, N.L., & **Bigler, E.D.** (1990). The concurrent validity of continuous performance and traditional neuropsychological measures in attention deficit hyperactivity disorder and learning disabilities [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 12, 101.*

Lucas, J.A.      **Bigler, E.D.**, & Telch, M.J. (1990). Neuropsychological memory functioning in patients with panic disorder [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 12, 50.*

Roman, M.J.,      Nussbaum, N.L., Grant, M.L., & **Bigler, E.D.** (1990). A comparison of neuropsychological test performance in boys and girls with attention-deficit hyperactivity disorder [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 12, 101-102.*

Schultz, R.,      Willerman, L., Rutledge, J.N., & **Bigler, E.D.** (1989). MRI contrast and intelligence [Abstract]. *Archives of Clinical Neuropsychology, 5, 12.*

Cullum, C.M.,      & **Bigler, E.D.** (1988). Psychological adjustment following stroke: The effects of time and lesion size [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 10, 31.*

Nussbaum, N.L.,      Roman, M., Grant, M., & **Bigler, E.D.** (1988). ADD and the mediating effect of age on academic and behavioral variables [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 10, 29.*

Roman, M.J.,      Nussbaum, N.L., & **Bigler, E.D.** (1988). Neuropsychological findings in a case of occipital encephalocele [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 10, 44.*

Cullum, C.M.,      & **Bigler, E.D.** (1987). Lateralized cerebral dysfunction and the MMPI revisited [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 9, 61.*

Naugle, R.I.,      Cullum, C.M., **Bigler, E.D.**, & Massman, P. (1985). Senile and presenile dementia: Neuropsychological and CT brain morphology characteristics [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 7, 616.*

Nussbaum, N.L.,      & **Bigler, E.D.** (1985). Neuropsychological and Personality/Behavioral profiles in learning disabled children derived from cluster analysis [Abstract]. *International Journal of Clinical Neuropsychology, 7, 67-68.*

Raz, S.,      Raz, N., **Bigler, E.D.**, & Turkheimer, E.T. (1985). Volumetric assessment of CT abnormalities in schizophrenia [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 7, 630.*

Cullum, C.M.,          & **Bigler, E.D.** (1984). The effects of prior hematoma on brain morphology and neuropsychological functioning following closed head injury [Abstract]. *The INS Bulletin, 1, 1-12.*

Morris, J.M.,          & **Bigler, E.D.** (1984). An investigation of the Kaufman Assessment Battery for Children (K-ABC) with neurologically impaired children [Abstract]. *The INS Bulletin.  November, 1984, 27-28.*

Steinman, D.R.,        & **Bigler, E.D.** (1984). Neuropsychological sequelae of ruptured anterior communicating artery aneurysm [Abstract]. *The International Journal of Clinical Neuropsychology, 6, 83.*

Yeo, R.A.,             Turkheimer, E., & **Bigler E.D.** (1984). The influence of sex and age on unilateral cerebral lesion sequelae. [Abstract]. *INS Bulletin, October, 1983, p. 40.*

Yeo, R.A.,             Turkheimer, E., Raz, N., & **Bigler, E.D.** (1984). Volumetric parameters of the normal human brain: Intellectual correlates [Abstract]. *The INS Bulletin, November, 1984, 45.*

Yeo, R.A.,             Turkheimer, E., & **Bigler, E.D.** (1983). Computer analysis of lesion volume: Reliability, utility and neuropsychological applications [Abstract]. *Clinical Neuropsychology, 1, 45.*

Piran, N.,             **Bigler, E.D.**, & Cohen, D. (1982). Motoric laterality and eye dominance suggest a unique pattern of cerebral organization in schizophrenia. *Archives of General Psychiatry, 39(9), 1006-10. Digest of Neurology and Psychiatry, December 1982, 460.*

Schnelle, K.,          Wilde, E., Troyanskaya, M., Merkley, T., Scheibel, R., Newsome, M., **Bigler, E.D.,** Chu, Z., Li, Xiaoqi, Levin, H. [Published Abstract]. MR Volumetry in Blast-Injury Traumatic Brain Injury. *The Journal of Head Trauma Rehabilitation, 24:5.*

## ACADEMIC COURSES TAUGHT:

Psychobiology/Behavioral Neurobiology
Human Neuropsychology
Clinical Neuropsychology
Seminar in Clinical Neuropsychology
Experimental Psychology: Research Design
Neuropsychology Case Conference
Neuroimaging Analysis in Psychological Science

## PAPERS, SPECIAL LECTURES, ABSTRACT & POSTER PRESENTATIONS, TRAINING SEMINARS, VIDEO SERIES & STUDY GUIDES:

**Bigler, E.D.,**       (2015, Novmeber 12). Recent brain injury research findings and the implications for people with a brain injury, family caregivers, and professionals in the field. Invited Presenter, Brain Injury Alliance "Lunch and Learn' program, Salt Lake City, Utah.

**Bigler, E.D.,**          (2015, November 5). <u>The relation of cortical thickness to post-concussive symptoms in mild TBI or orthopedic injury in a pediatric sample</u>. Invited Presenter, National Academy of Neuropsychology (NAN) Conference, Austin, Texas.

**Bigler, E.D.**          (2015, August 27).  <u>Imaging or Imaginery in TBI – The Possibilities and Limitations of Current Structural Imaging in TBI</u>.  Invited Presenter, The 2nd Turku Traumatic Brain Injury Symposium in Turku, Finland.

**Bigler, E.D.**          (2015, August 28).  <u>Between unconsciousness and recovery – imaging correlates of cognitive deficits.</u>  Invited Presenter, The 2nd Turku Traumatic Brain Injury Symposium in Turku, Finland.

**Bigler, E.D.**          (2015, May 1).  <u>Using Advanced Neuroimaging Techniques to Predict Functional Outcome in TBI</u>.  Invited Presenter, Menninger Clinic/Department of Psychiatry in Houston, Texas.

**Bigler, E.D.**          (2015, April 23).  <u>Integrating Neuroimaging in the Practice of Clinical Psychology and Neuropsychology: Contemporary Methods of Analysis</u>.  Invited Presenter, California Psychological Association in San Diego, California.

**Bigler, E.D.**          (2015, April 16).  <u>Malingering</u>. Invited Lecturer, Scottsdale, Arizona.

**Bigler, E.D.**          (2015, April 11).  <u>Networks, Connectivity, and Neuropsychology</u>.  Distinguished Lecturer, Rocky Mountain Psychology Association Conference in Boise, Idaho.

**Bigler, E.D.**          (2015, March 14). <u>Neuroimaging Networks</u>. Invited presenter at the 10th Annual Brain Injury Rehabilitation Conference in San Diego, California.

**Bigler, E.D.**          (2015, March 4). <u>Neuroimaging Update in Mental Health</u>. Invited presenter at Utah State Hospital in Provo, Utah.

**Bigler, E.D.**          (2015, March 4). <u>Wada (Intracarotid Amobarbital) Procedure: Clinical Applications</u>. Invited presenter for the NAN DistanCE Live Webinar.

**Bigler, E.D.**          (2015, February 6). <u>Networks, Neural Connectivity and Neuropsychology</u>. Presidential Address given at The International Neuropsychological Society Conference in Denver, Colorado.

**Bigler, E.D.**          (2015, February 5). <u>Using neuroimaging and connectivity modeling to understand network plasticity after brain injury: Advancing theory and methods</u>. Symposium Participant for the International Neuropsychological Society in Denver, Colorado.

**Bigler, E.D.**          (2015, January 17). <u>Understanding the Latest Developments in Neuroimaging of Sports Concussion</u>. Lecturer at the 3rd Annual Research on the Concussion Spectrum of Disorders Symposium in Toronto, Canada.

**Bigler, E.D.**          (2014, November 8). <u>Neuroimaging: Latest Advances in Assessment of TBI</u>. Presenter in both the basic and advance course sessions at the Braintree Neurorehab Conference in Boston, Massachusetts.

**Bigler, E.D.**          (2014, November 1). <u>Advances in Neuroradiology</u>. Presenter at the Scripps Neuro-Restorative Care Conference in San Diego, California.

**Bigler, E.D.**          (2014, October 23). <u>Imaging Brain Damage</u>. Presenter in the Bristol Neurotraining Course Lecture via web.

**Bigler, E.D.**          (2014, October 2). <u>Networks, Connectivity and Neuropsychology: Latest in Understanding TBI</u>. Invited Presenter at the Children's Specialized Hospital in Newark, New Jersey.

**Bigler, E.D.**          (2014, August 11). Invited Panel Member advising the Institutes of Medicine on the use of symptom validity testing for Social Security Administration Disability Determination in Washington, D.C.

**Bigler, E.D.**          (2014, July 9). <u>Neuropsychology, Networks & Connectivity.</u> Presidential Address in the International Neuropsychological Society mid-year meeting in Jerusalem, Israel.

**Bigler, E.D.**          (2014, June 26). <u>Current Controversies in Neuropsychology: The nature of the "I" in mTBI.</u> Invited Presenter in the AACN Meetings in New York, New York.

**Bigler, E.D.**          (2014, June 25). <u>Overview of Symptom Validity Testing and Performance Validity Testing in the Context of Psychological Testing.</u> Invited Participant of the SVT On-line Workshop.

**Bigler, E.D.**          (2014, May 19). <u>Clinical applications of DTI in Traumatic Brain Injury.</u> Invited Presenter in the American Society of Neuroradiology's Special Session on TBI in Montreal, Canada.

**Bigler, E.D.**          (2014, May 16). <u>Neuroimaging correlates of functioning outcome.</u> Invited Presenter at the Brain Injuury Rehab Conference in San Diego, California.

**Bigler, E.D.**          (2014, April 26). <u>The Future of Neuroimaging in Sports Neuropsychology.</u> Invited Keynote Speaker for the Sports Neuropsychology Society Conference in Dallas, Texas.

**Bigler, E.D.**          (2014, April 16). <u>Neuroimaging for Neuropsychologists.</u> Presenter, online NAN DistanCE Webinar.

**Bigler, E.D.**          (2014, March 26). <u>Neuroimaging and Traumatic Brain Injury.</u> Guest Lecturer, Utah State Hospital, Provo, Utah.

**Bigler, E.D.**          (2014, March 23). <u>Child Neuropsychology and Neuroimaging of Developmental Neural Networks</u>. Invited speaker for 22nd Annual Butters-Kaplan West Coast Neuropsychology Conference, Sponsored by University of California, San Diego School of Medicine, San Diego, California.

**Bigler, E.D.**          (2014, March 21). <u>Neuroimaging of TBI: How focal lesions disrupt brain networks</u>. Keynote Speaker for the Tenth World Conference in Brain Injury, International Brain Injury Association, San Francisco, California.

| | |
|---|---|
| **Bigler, E.D.** | (2014, March 20). <u>Advances in Neuroimaging</u>. Invited speaker for North American Brain Injury Society's 27th Annual Conference on Legal Issues in Brain Injury, San Francisco, California. |
| **Bigler, E.D.** | (2014, March 6). Presenter for Utah Valley Stroke and Brain Injury Support Group, Provo, Utah. |
| **Bigler, E.D.** | & Bauer, R. **(**2014, February 12). <u>Function and Anatomy of the Temporal Lobe Memory System.</u> Presenter, Student Workshop, International Neuropsychological Society, Seattle, Washington. |
| **Bigler, E.D.** | (2014, February 21). <u>Traumatic Brain Injury, Neuroimaging and Neurocognitivity</u>. Presenter for Utah Attorney's Brain Injury Conference, Sponsored by Utah Association for Justice and the Brain Injury Alliance of Utah, Law and Justice Center, Salt Lake City, Utah. |
| **Bigler, E.D.** | (2013, November 8). <u>Neuroimaging of Network Damage in Traumatic Brain Injury.</u> Invited Presenter for Annual Neuroscience of Brain Injury Conference, Long Beach Memorial Medical Center and Brain Injury Association of California, Napa, California. |
| **Bigler, E.D.** | **(**2013, October 24). <u>Autism and neurodevelopmental disorders.</u> Invited Distance Lecturer, University of Bristol, Bristol, England. |
| **Bigler, E.D.** | **(**2013, October 23). <u>Neuropsychology and neuroimaging findings in the relation of concussion, mild traumatic brain injury, aging and dementia.</u> Invited Lecturer, Carl Zimet Lectureship: Division of Clinical Psychology, Psychiatry Grand Rounds, University of Colorado School of Medicine, Denver, Colorado. |
| **Bigler, E.D.** | **(**2013, October 3). <u>Neuroimaging of TBI.</u> Invited Lecturer, Traumatic Brain Injury Seminar Series, McCausland Center for Brain Imaging, University of South Carolina, Columbia, South Carolina. |
| **Bigler, E.D.** | **(**2013, September 13). <u>Traumatic Brain Injury - Neuropathology, memory and outcome.</u> International Neuropsychological Society Sponsored Symposium. Federation of the European Societies of Neuropsychology, Free University Berlin, Berlin, Germany. |
| **Bigler, E.D.** | (2013, September 4). <u>Latest in the Neuroimaging and Neuropsychology of Autism.</u> Speaker, Kids on the Move, Orem, Utah. |
| **Bigler, E.D.** | (2013, August 3). <u>Neuropsychological Assessment, Neuroimaging, Neural Pathways and Networks: Cognitive and Brain.</u> Presenter. American Psychological Association meetings, Honolulu, Hawaii. |
| **Bigler, E.D.** | **(**2013, August 3). <u>Speed Mentoring: Building research careers in geropsychology and neuropsychology</u>. Mentor. Divisions 20 and 40, American Psychological Association, Honolulu, Hawaii |
| **Bigler, E.D.** | (2013, June 14). <u>Neuroimaging of Traumatic Brain Injury: Neuropathological Correlates of Neurobehavioral Outcome</u>. Speaker. Wayne State University, Detroit, MI |

Bigler, E. D.    69

**Bigler, E.D.**  (2013, May 24). <u>Mechanisms of degeneration in moderate-severe TBI.</u> Presenter. Symposium 9: Traumatic brain injury as a neurodegenerative disorder? 7th Annual Canadian Neuroscience Meeting 2013, Toronto, Canada

**Bigler, E.D.**  (2013, May 15**)**. <u>Through a Scanner Darkly: Functional Neuroimaging as Evidence of Mental Status</u>. Speaker, 2013 Appellate Court Conference, Salt Lake City, UT

**Bigler, E.D.**  (2013, March 28). <u>Role of neuroimaging in neuropsychology.</u> Presenter, Utah State Hospital, Provo, Utah.

**Bigler, E.D.**  (2013, March 23). <u>Correlates of neuroimaging and neuropsychology in traumatic brain injury</u>. Presenter, Scripps 8th Annual Brain Injury Rehabilitation Conference, San Diego, California.

**Bigler, E.D.**  (2013, March 7). <u>Neuroimaging and rehabilitation outcome.</u> Presenter via videoteleconferencing to International Conference on Recent Advances in Neurorehabilitation 2013; Conference, Valencia, Spain.

**Bigler, E.D.**  (2013, March 1). <u>Neuroimaging, networks and pediatric traumatic brain injury: Identifying the elusive lesion.</u> Presenter, Neurosciences & Mental Health Program Symposium, The Hospital for Sick Children; Toronto, Canada.

**Bigler, E.D.**  (2013, February 7). <u>Brain and Cognitive Reserve in Traumatic Brain Injury</u>. Presenter, International Neuropsychological Society Conference, Waikoloa, Hawaii.

**Bigler, E.D.**  (2013, February 7). <u>How to image the social brain in pediatric traumatic brain injury.</u> Presenter, International Neuropsychological Society Conference, Waikoloa, Hawaii.

**Bigler, E.D.**  (2012, December 6). <u>TBI for families.</u> Speaker, Utah Valley Traumatic Brain Injury and Stroke Support Group, Provo, Utah.

**Bigler, E.D.**  (2012, November 28). Participant: Scientific Advisory Board Member, San Diego, California.

**Bigler, E.D.**  (2012, November 4). <u>How to fulfill the TBI education requirement in the medical school curriculum</u>. Speaker, Association of American Medical Colleges," San Francisco, California

**Bigler, E.D.**  (2012, October 27). <u>Neuropsychology 2012.</u> Speaker, Houston Neuropsychological Society, Houston, Texas

**Bigler, E.D.**  (2012, October 11). <u>Neuropathology of mild traumatic brain injury: Relationship to neuroimaging findings.</u> Speaker, Controversy in Concussion: From Brain to Behavior Conference, Penn State, College Station, Pennsylvania

**Bigler, E.D.,**  (2012, July 26). Participant: USMA/USAMRMC-TATRC Sponsored Research Workshop on Mild/Moderate Brain Injury, West Point, New York..

**Bigler, E.D.,**  (2012, June 21). Participant: Scientific Advisory Board, San Diego, California.

Bigler, E. D.      70

**Bigler, E.D.,**   (2012, June 9). Speaker: 12th International Conference on Long-Term Complications of Treatment of Children and Adolescents for Cancer, Williamsburg, Virginia.

**Bigler, E.D.,**   (2012, May 4). Neuroimaging analysis and behavioral outcomes in neurological disease, aging and traumatic brain injury. Speaker. Core Health Presentation, Austin, Texas.

**Bigler, E.D.,**   (2012, April 26). Mild TBI: What is it? What can be done? What can imaging bring to the table? Speaker. ASNR Conference, New York, New York.

**Bigler, E.D.,**   (2012, April 20). Speaker: Utah Valley University Annual Autism Conference, Orem, Utah.

**Bigler, E.D.,**   (2012, April 13).  State of the Art Developments in Brain Imaging that Objectively Demonstrate Brain Injury: The Future is Now. Invited Speaker, UAJ/BIAU Brain Injury Conference Program. Utah Law and Justice Center

**Bigler, E.D.,**   (2012, March 28). The Role of Functional Neuroimaging in Clinical Neuropsychology. Invited Speaker Utah State Hospital, Provo, Utah.

**Bigler, E.D.,**   (2012, March 22-25). Neuroimaging the Brain's Connectivity in Childhood Neuropsychiatric Disorders. Speaker. 21st Annual Butters-Kaplan West Coast Neuropsychology Conference, San Diego, California

**Bigler, E.D.,**   (2012, Feb 16). Applied Memory and Hippocampal Functioning: Effects of Age and Disease. Attendee, International Neuropsychological Society Conference, Montreal, Canada

**Bigler, E.D.,**   (2012, Feb 9). Participant, Scientific Advisory Board Member San Diego, California

**Bigler, E.D.,**   (2011, Nov 8). Visual Rehabilitation. Invited Speaker. 15th Annual Yale Glaucoma Symposium. Orange, CT

**Bigler, E.D.,**   (2011, Oct 17). Neuroimaging, neural connectivity, and clinical neuropsychology. Speaker. Fuller Research Colloquium, Pasadena, California

**Bigler, E.D.,**   (2011, Oct 5). Autism: Neuroscience update. Speaker, Kids on the Move, Orem, Utah

**Bigler, E.D.,**   (2011, Aug 17). Neuropsychological consultation and assessment: Diagnostic clinical neuropsychology, rehabilitation and treatment outcome. Speaker. Utah Case Managers Association, Salt Lake City, Utah

**Bigler, E.D.,**   (2011, July 9).  Neuroimaging, Neural Connectivity, and Neuropsychology. Invited Speaker. Sponsored by Neurological Foundation of NZ. INS/ASSBI 4th Pacific Rim Conference. Mid-Year Meeting of the International Neuropsychological Society 34th Annual Conference for the Australian Society for the Study of Brain Impairment. Australia.

**Bigler, E.D.,**   (2011, June 29). Television Appearance, Insights with Jon DuPre, Brain Injury and Healing. Brigham Young University Broadcasting, Provo, Utah

**Bigler, E.D.,**    (2011, May 6). Practical and Emerging Techniques for Imaging Sport-Induced Concussion. Invited Speaker. Sports Concussion Institute 5th Annual National Summit on Sports Concussion and Other Athletic Injuries. Los Angeles, CA.

**Bigler, E.D.,**    (2011, April 29). Speaker: Clinical Neuropsychology, Neuroimaging and Brain Connectivity. Colorado Neuropsychological Society, Denver, Colorado

**Bigler, E.D.,**    (2011, April 7). Speaker: Brain Injury Group, Provo, Utah

**Bigler, E.D.,**    (2011, March 9). Speaker, Grand Rounds Presentation, Utah State Hospital, Provo, Utah

**Bigler, E.D.,**    (2011, March 3). When Brain Injury Strikes a Professional. Invited Panel Member. Brain Injury Conference. Radisson Hotel Downtown, Salt Lake City, Utah.

**Bigler, E.D.,**    (2010, June 10).  Key Note Address: Putting the Brain Back into Mild TBI – Current Science and Future Directions.  Invited Speaker, Sunnybrook Health Sciences Centre: Advances in the Management of Early Traumatic Brain Injury Conference, Toronto, Canada.

**Bigler, E.D.,**    (2010, April 29).  Advances in Neuroimaging. Invited speaker, Brain Injury Litigation Series, Las Vegas, Nevada.

**Bigler, E.D.,**    (2010, March 12).  Windows to the Brain: Updates in TBI neuroimaging. Chairperson for plenary session.  International Brain Injury Association, Washington, D.C.

**Bigler, E.D.,**    (2010, March 11).  Mild TBI: Current science and future directions.  Invited speaker with James Kelly, M.D.  International Brain Injury Association, Washington, D.C.

**Bigler, E.D.,**    (2010, March 4).  Traumatic brain injury update. Invited speaker, Utah Association for Justice Conference, Radisson Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**    (2010, March 3).  Functional neuroimaging in clinical neuropsychology. Invited speaker, Utah State Hospital, Provo, Utah.

**Bigler, E.D.,**    (2010, February 18-19). Distinguished Visiting Professor (DVP) of Psychology. Invited Speaker to the Department of Psychology at Wilford Hall Medical Center, Lackland Air Force Base, San Antonio, Texas.

**Bigler, E.D.**    (2010, February 5).  The profile of memory impairment in autism [poster session]. Presented at the Annual Conference of the International Neuropsychological Society, Acapulco, Mexico.

**Bigler, E.D.**    (2010, February 5).  Prominent recency effect in a list-learning task in autism [poster session].  Presented at the Annual Conference of the International Neuropsychological Society, Acapulco, Mexico.

**Bigler, E.D.**    (2010, February 4). Inconsistent recall on a verbal selective reminding task in autism [paper presentation].  Annual Conference of the International

Bigler, E. D.     72

Neuropsychological Society, Acapulco, Mexico.

**Bigler, E.D.**  (2010, February 4).  Stability of brain volume from mid-childhood through adolescence and early adulthood in autism. [paper presentation].  Annual Conference of the International Neuropsychological Society, Acapulco, Mexico.

**Bigler, E.D.**  (2010, February 4).  Cognitive reserve in pediatric traumatic brain injury. Symposium #4: The cognitive reserve hypothesis: Clinical expression of neurologic diseases across the lifespan. Presented at the annual conference of the International Neuropsychological Society, Acapulco, Mexico.

**Bigler, E.D.,**  (2010, February 3).  Admissibility and appropriate use of symptom validity science in forensic consulting (with Paul Kaufmann and Glenn Larrabee). Invited speaker, Annual Conference of the International Neuropsychological Society, Acapulco, Mexico.

**Bigler, E.D.,**  (2010, February 3).  Neurologic sequelae of medical illness: Neuroimaging predictors of cognitive outcomes (with Max Gunther).  Invited symposiast, Annual Conference of the International Neuropsychological Society, Acapulco, Mexico.

**Bigler, E.D.,**  (2009, December 8).  Neuroimaging: State-of-the-art neuroimaging of traumatic brain injury from acute injury to chronic abnormalities.  Invited speaker. Department of Veteran Affairs National VHA/DOH Conference: Sensory Impairment Issues in Traumatic Brain Injury, Chicago, Illinois.

**Bigler, E.D.,**  (2009, October 16).  Neuroimaging methods that define structural and functional pathology in traumatic brain injury.  Invited speaker, 22nd Annual Conference on Legal Issues in Brain Injury, Austin, Texas.

**Bigler, E.D.,**  (2009, October 16).  The limits of forensic neuropsychology: Legal and clinical perspectives.  Invited speaker, 22nd Annual Conference on Legal Issues in Brain Injury, Austin, Texas.

**Bigler, E.D.,**  (2009, October 8).  Neuroimaging Investigations of the Mind and Behavior. Graduate CS Department Colloquium Series, Brigham Young University, Provo, Utah.

**Bigler, E.D.**  (2009, September 24-25).  Neuroimaging Advances and Clinical Neuropsychology.  Invited speaker, Walter Reed Institute for Post-Graduate Study in Neuropsychology – Fall 2009 Conference, Walter Reed Hospital, Washington, D.C.

**Bigler, E.D.,**  (2009, August 14).  Persistent Post Concussion Syndrome.  Keynote Speaker, MTBI 2009 Conference, First International multidisciplinary conference on Mild Traumatic Brain Injury, Fairmont Hotel Vancouver, Vancouver, British Columbia, Canada.

**Bigler, E.D.,**  (2009, July 26).  Neuroimaging Today in Traumatic Brain Damage Cases. Invited speaker, American Association for Justice, San Francisco, California.

**Bigler, E.D.,**  (2009, June 19).  Mock Depositions and Cross Examinations of Experienced

Neuropsychologal Experts. Invited Speaker, American Academy of Clinical Neuropsychologists (AACN), San Diego, California.

**Bigler, E.D.,**    (2009, June 3).  Participant, External Advisory Board (EAB) for the Department of Defense Post-Traumatic Stress Disorder and Traumatic Brain Injury Clinical Consortium (INTRuST), San Diego, California.

**Bigler, E.D.,**    (2009, May 6). Neuroscience Grand Rounds. Department of Neuroscience, University of Portland, Portland, Oregon, USA.

**Bigler, E.D.,**    (2009, April 9). Contemporary Neuropsychological and Neuroimaging of Acquired Brain Injury. Invited Featured Presenter for the Brain Injury Association of Utah and the Utah Association for Justice, 25th Annual Conference, Salt Lake City, Utah, USA.

**Bigler, E.D.,**    (2009, April 8).  Mitch Rosenthal Webinar:  Model Systems TBI, May issue, *Archives of Physical Medicine and Rehabilitation*.  Mitch Rosenthal Lecture Series of the Academy of Certified Brain Injury Specialists (ACBIS). A special issue of the *Journal of Head Trauma Rehabilitation*.  Continuing Education Webinar for the Mitch Rosenthal Memorial Lecture Series.

**Bigler, E.D.,**    (2009, April 6).  Advances in Neuroimaging.  Keynote Speaker, 25th Annual Statewide Conference – Brain Storm!, Brain Injury Association of Texas (BIATX), 25th Annual Statewide Conference, AT&T Executive Education and Conference Center, Austin, Texas.

**Bigler, E.D.,**    (2009, April 6).  Brain Imaging and Traumatic Brain Injury (TBI).  Keynote Speaker, Austin Neuropsychological Society Quarterly Conference, Austin State Hospital, Austin, Texas.

**Bigler, E.D.,**    (2009, April 4).  How to Use Contemporary Neuroimaging Findings to Guide Neuropsychological Therapies in Child Clinical Populations. Faculty speaker: 19th Annual Nelson Butters' West Coast Neuropsychology Conference: Advances in the Neuropsychological Assessment and Treatment of School-Aged Children with Cognitive Disorders, San Diego Hilton Resort, California.

**Bigler, E.D.,**    (2009, March 26).  The Enchanted Loom:  MRI, The Developing Brain and Autism.  Invited lecturer, 16th Annual Martin B. Hickman Outstanding Scholar Lecture, College of Family, Home and Social Sciences, Brigham Young University, Provo, Utah, USA.

**Bigler, E.D.,**    (2009, March 4).  The Importance of Neuroimaging in Understanding Mental Health.  Invited Speaker, Utah State Hospital, Provo, Utah, USA.

**Bigler, E.D.,**    (2009, January 16) Grand Rounds Lecture, New Mexico State University, Las Cruces, New Mexico.

**Bigler, E.D.,**    (2008, November 14) Grand Rounds Lecture:  TBI: Neuroimaging Predictors of Cognitive and Rehabilitation Outcome.  Invited lecture, the Rush Presbyterian Hospital, Rush University, Chicago, Illinois.

**Bigler, E.D.,**    (2008, November 14) A Practical Guide to Neuroimaging Methods for Rehabilitation Prognosis in Traumatic Brain Injury.  Invited lecturer for

Bigler, E. D.    74

resident students, the Rush Presbyterian Hospital, Rush University, Chicago, Illinois.

**Bigler, E.D.,**  (2008, November 1) Using Neuroimaging to Guide and Direct Therapies and Predict Outcome from TBI.  Invited speaker/presenter, Braintree Rehabilitation, Boston, Massachusetts.

**Bigler, E.D.,**  (2008, November 1) Advanced Neuroimaging Techniques in the Detection of Traumatic Brain Injury.  Invited speaker/presenter, Braintree Rehabilitation, Boston, Massachusetts.

**Bigler, E.D.,**  (2008, October 30) The Role of Structural MRI in the Assessment of TBI.  Invited speaker:  The Advanced Imaging Modalities Related to TBI, at the Cleveland Clinic Annual Neuroimaging in Traumatic Brain Injury Conference, Intercontinental Hotel & Bank of America Conference Center, Cleveland, Ohio.

**Bigler, E.D.,**  (2008, October) The Conversation Series:  Traumatic Brain Injury Companion Series: Traumatic Brain Injury:  Interviews With Experts.  Invited presenter for ". . . a series of videotaped discussions on topics of professional importance by leaders in the field . . . starters for training seminars, or to meet continuing professional development (CPD) requirements for the Nationally Certified School Psychology (NCSP) credential." Published by the Publications Committee of Division 16 Division of School Psychology, of the American Psychological Association (APA).

**Bigler, E.D.,**  (2008, October 2) Traumatic Brain Injury: From Concussion to Severe Injury.  Invited speaker, The Utah Valley Regional Medical Center, Emergency Medicine/Critical Care Symposia.

**Bigler, E.D.,**  (2008, October 2)  Neuroimaging and Cognitive and Neurobehavioral Assessment.  Invited speaker, The Utah Valley Regional Medical Center, Emergency Medicine/Critical Care Symposia and Outcome.

**Bigler, E.D.,**  (2008, September 11-12) Advanced Neuroimaging Techniques in Detecting the Sequelae of Traumatic Brain Injury.  Sole, invited speaker/presenter, for Traumatic Brain Injury Litigation Group, Las Vegas, Nevada.

**Bigler, E.D.,**  (2008, July 21) Cognitive and Behavioral Sequelae Found in Traumatic Brain Injury. Invited speaker, Wasatch Mental Health, Provo, Utah.

**Bigler, E.D.,**  (2008, June 12-13) Neuroimaging in Traumatic Brain Injury:  A Better Understanding of Cognitive and Behavioral Effects. Invited speaker, Tripler Medical Facility, Honolulu, Hawaii.

**Bigler, E.D.,**  (2008, June 2) Grand Rounds (Rehab): "Cognitive and Behavioral Effects in Brain Injury," Rehabilitation Hospital of the Pacific, Honolulu, Hawaii.

**Bigler, E.D.,**  (2008, June 2) Cognitive and Behavioral Effects in Brain Injury. Invited speaker, Queens Medical Center, Honolulu, Hawaii.

**Bigler, E.D.,**  (2008, April 17). Neuroimaging in Understanding Disabilities.  Invited lecture for the Utah Chapter of the Association on Higher Education and Disability

(Utah AHEAD) Conference, Salt Lake City Community College, Salt Lake City, Utah.

**Bigler, E.D.,**    (2008, April 4-5). Neuropsychological Assessment in the Next Decade:  The Integration of Structural and Functional Neuroimaging. Invited presenter for the 18th Annual Nelson Butter's West Coast Neuropsychology Conference – Innovations in Assessment, held at the University of California at San Diego. Hilton San Diego Resort, San Diego, CA.

**Bigler, E.D.,**    (2008, March 20) Symptom-Validity Testing:  Its Proper Role in Neuropsychological Assessment.  Invited presenter for the 2008 Brain Injury Conference of The Brain Association of Utah and the Utah Association for Justice.  The Radisson Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**    (2008, March 20) A Panel of Doctors Answer Questions on Pediatric Brain Injury.  Invited panel member for the 2008 Brain Injury Conference of TheBrain Association of Utah and the Utah Association for Justice. The Radisson Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**    (2008, March 20) State of the Art Developments in Brain Imaging that Objectively Demonstrate Brain Injury:  The Future is Now.  Invited presenter for the 2008 Brain Injury Conference of The Brain Association of Utah and the Utah Association for Justice.  The Radisson Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**    (2008, February) Neuroimaging in Neurobehavioral Research. Invited speaker for the Journal Club, HIV Neurobehavioral Research Center, HNRC, University of California, San Diego, California.

**Bigler, E.D.,**    (2008, January 30) Traumatic Brain Injury:  The Role of Quantitative Neuroimaging in Identifying Structural Abnormalities for Neuropsychological Outcomes Studies.  Invited presentation given for the Neuroimaging at Utah Symposium at The Brain Institute at the University of Utah, Utah.

**Bigler, E.D.,**    (2007, December 4) State-of-the-Art Neuroimaging of Traumatic Brain Injury from Acute Injury to Chronic Abnormalities. Invited presenter for Visual Consequences of Acquired Brain Injury Conference presented by the Department of Veterans Affairs Employee Education system and Department of Defense and Rehabilitation Strategic Healthcare Group, Course#.08.ST.PT.VCOTBICONF.A, Crowne Plaza San Antonio, Riverwalk, San Antonio, Texas.

**Bigler, E.D.,**    (2007, November 17) Useful Clinical Ratings of CT and MRI in the Clinical Practice of Neuropsychology.  Invited Speaker, 27th Annual Conference of the National Academy of Neuropsychology, Westin Kierland Resort & Spa in Scottsdale, Arizona, USA.

**Bigler, E.D.,**    (2007, November 8) Neuroimaging in Pediatric TBI.  Discussant. New Frontiers in Pediatric Traumatic Brain Injury International Conference held at the Westin San Diego at Emerald Plaza, San Diego, California, USA.

**Bigler, E.D.,**    (2007, June 2) Update on Neuroimaging and Clinical Neuropsychology in Children and Adults. Conference Speaker (CE provider) for 16th Annual conference on Neuropsychology of the Northern California Neuropsychology

Bigler, E. D.    76

Forum held at School of Nursing Auditorium, University of California San Francisco (UCSF), San Francisco, California, USA.

**Bigler, E.D,**    (2007, April 30) Neuroimaging and the Practice of Clinical Neuropsychology. Invited speaker for the Houston Neuropsychology Society, Westheimer Medical Center, Manvel, Texas, USA.

**Bigler, E.D.**    (2007, March 22)  Neuroanatomy for Health Care Professionals: BYOL (Bring Your own Laptop). Invited pre-conference workshop, 17th annual Nelson Butters' West Coast Conference: Advances in the Neuropsychological Assessment and Treatment of School-Aged Children with Cognitive Deficits., University of California at San Diego (UCSD). San Diego, CA, USA.

**Bigler, E.D**    (2007, March 8) The Aging Brain: Implications for TBI Victims. Featured Presentation. The 2007 Brain Injury Conference of The Brain Injury Association of Utah and The Utah Trial Lawyers Association, Salt Palace Convention Center, Salt Lake City, Utah, USA.

**Bigler, E.D**    (2007, March 8) Proving Brain Injury Objectively:  Major Conceptual and Technological Advances. Featured Presentation. The 2007 Brain Injury Conference of The Brain Injury Association of Utah and The Utah Trial Lawyers Association, Salt Palace Convention Center, Salt Lake City, Utah, USA.

**Bigler, E.D.**    (2007, March) Distinguished Visiting Professor (DVP) of Psychology. Invited Speaker to the Department of Psychology at Wilford Hall Medical Center, Lackland Air Force Base, San Antonio, Texas 78236, USA.

**Bigler, E.D.**    (2007, January 11)  Neuroimaging and Biomedical Engineering. Invited Presentation given to BYU Biomedical Engineering Club, Clyde Building, Brigham Young University, Provo, Utah, USA.

**Bigler, E.D.,**    (2006, October 19) Neuroimaging & Neurocognitive Outcome in TBI:  A Lifespan Perspective. Keynote Speaker: 17th Annual Family & Professionals Conference, The Brain Injury Association of Utah (BIAU). Davis Conference Center, Layton, Utah, USA.

**Bigler, E.D.,**    (2006, October 17)  Neuroimaging and Cognitive Neuroscience: Contemporary Methods for Studying Brain-Behavior Relationships. Invited speaker:  Seminar for the Department of Statistics, Brigham Young University. Provo, Utah, USA.

**Bigler, E.D.,**    (2006, October 6) Neuroimaging and Neurocognitive Outcome in Mild Traumatic Brain Injury (TBI) – Status Update 2006.  Invited Speaker:  California Pacific Medical Center 5th Annual Brain Injury Conference for Health Care Professionals:  Mild Traumatic Brain Injury: Theory assessment & Practice. Cathedral Hill Hotel, San Francisco, California.

**Bigler, E.D.,**    (2006, September 29)  Cognitive Neuroscience & Neuroimaging Findings in Pediatric Acquired Brain Injury & Developmental Disorders. Invited Keynote presentation:  2006 Health and Wellness Forum: Developmental Disabilities: Innovations in diagnosis, Treatment & Service Delivery (September 27-29, 2006). Catamaran Resort Hotel, San Diego, California.

**Bigler, E.D.,**     (2006, September 14) <u>Recent Advances in Neuroimaging.</u>  Invited Speaker. North American Brain Injury Society (NABIS) 2006 Brain Injury Conference of the Americas (September 14-16, 2006). Eden Rock Hotel, Miami Beach, Miami, Florida.

**Bigler, E. D.,**     (2006, September 1) <u>Neuroimaging and Neurocognitive Outcome in Traumatic Brain Injury.</u>  Invited Speaker: California Brain Injury Association Conference (CALBIA) (September, 1- 3, 2006).  State of the Art Medical and Rehabilitative Care in Brain Injury:  Clinical and Legal Implications. Silverado Resort, Napa, California.

**Bigler, E.D.,**     (2006, July 26- 30)  <u>Emerging Neuroimaging Techniques in TBI:  Relationships to Neuropsychological Outcome</u>.  Invited Speaker:  International Neuropsychological Society Continuing Education Program:  From Plasticity to Rehabilitation, INS/SVNP/GNP Meeting, University of Zurich, Mid-Year Meeting. Zurich, Switzerland.

**Bigler, E.D.,**     (2006, May 22)  <u>Clinical Neuropsychology in the Era of cognitive Neuroscience and Neuroimaging</u>. Grand Rounds: University of Alabama at Birmingham, School of Medicine and Department of Psychiatry & Behavioral Neurobiology. Birmingham, Alabama.

**Bigler, E.D.,**     (2006, April 29 – May 5)  <u>Morphometric and Spectroscopic Imaging in Autism</u>. Invited Speaker: Neuroradiology Education and Research (NER) Foundation Symposium 2006:  Neuroimaging:  State of the Art and Beyond and American Society of Neuroradiology (ASNR) 44th Annual Meeting.  In session: The Brain – Basis of Autism:  Recent Neurobiological and Neuroimaging Research (Moderators: Gary L. Hedlund, D.O.; Santiago, Medino, M.D.). San Diego Convention Center, San Diego, California.

**Bigler, E.D.,**     (2006, March 23-26) Integrity <u>of the Medial Temporal Lobes in Childhood Disorders</u>. Invited Speaker: Nelson Butter's Annual Conference for Advances in Pediatric Neuropsychology: From Toddlers Through School-Aged Children. Wyndham San Diego at Emerald Plaza, San Diego, California.

**Bigler, E.D.,**     (2006, March 9)  <u>21st Century Technology that Demonstrates Brain Injury.</u> Invited Speaker:  2006 Utah Lawyer's Association & Brain Injury Association of Utah (UTLA/BIAU): 2006 Attorney's Brain Injury Conference Program. Little American Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**     (2006, March 3)  <u>Advances in Neuroimaging and Traumatic Brain Injury.</u> Keynote Speaker: Leonard Diller Lecture, 8th Annual Conference of the American Board of Rehabilitation Psychology, Inc. (ABRP) and the American Psychological Association (APA) Division of Rehabilitation Psychology (Div 22). J.A. Nugget Hotel, Reno, Nevada.

**Bigler, E.D.,**     (2005, October 13-16) <u>Diffusion Tensor Imaging of TBI</u>.  Invited Presenter: the Conemaugh International Symposium: Group II – Acute Care; International Brain Injury Association. International symposium held in conjunction with the Conemaugh Health System, the John P Murtha Neuroscience and Pain Institute, and the National Brain Injury Research, treatment and Training foundation, in association with the Brain Injury Association of America:  Finding a "Cure" for Brain Injury, Improving Quality of Life.  Holiday Inn Downtown,

Johnstown, Pennsylvania.  This symposium was the basis of a Report to Congress of the United States of America: A Call for Action. Conemaugh International Symposium: Toward Successful Recovery from Traumatic Brain Injury: Improving Outcomes – submitted April 6, 2006.

**Bigler, E.D.,**   (2005, September 30) <u>Clinical Neuroscience:  Neuroimaging and Mental Health</u>. Invited speaker at the Association of Mormon Counselors and Psychotherapists (AMCAP) Fall Convention 2005; Perspectives in Mental Health:  30 Years of AMCAP, Joseph Smith Memorial Building, Salt Lake City, Utah.

**Bigler, E.D.,**   **(**2005, September 29). <u>Neuroimaging and Neurocognitive Outcome in Traumatic Brain Injury,</u>  Invited Speaker, Brain Injury Association of Michigan 25th Annual Conference "Our Mission Continues", Radisson Hotel, Lansing, Michigan.

**Bigler, E.D.,**   (2005, September 22) <u>Structural and 3D Neuroimaging.</u> Invited Speaker, (Plenary III) 2005 North American Brain Injury Society (NABIS) Conference Brain Injury: New Science, Best Practices and Future Innovations. Ritz Carlton Resort, Jacksonville, Amelia Island, Florida.

**Bigler, E.D.,**   (2005, August 18-21).  <u>MRI & the future of the relevance of neuropsychology.</u> Invited Address, 2005 American Psychological Association (APA) Division 40 Convention. Renaissance Hotel, Washington, D.C.

**Bigler, E.D.,**   (2005, June 16-18). <u>Fine Structural MRI Analysis in Traumatic Brain Injury: Relationship to Neuropsychological Outcome</u>.  Abstract presented at the 2005 American Academy of Clinical Neuropsychology (AACN) Scientific Program, Workshops & Second Annual Meeting, Minneapolis Marriot Center. Minneapolis, Minnesota.

**Bigler, E.D.,**   (2005, May 23-24). Invited Reviewer of Department of Clinical and Health Psychology, College of Public Health and Health Professions, University of Florida. Gainesville, Florida.

**Bigler, E.D.,**   (2005, May 6).  <u>Neuroimaging and Neurocognitive Outcome in Traumatic Brain Injury – Status Report 2005</u>.  International Invited Speaker: 6th World Congress on Brain Injury, Presented by the International Brain Injury Association (IBIA). Melbourne, Australia.

**Bigler, E.D.,**   (2005, May 3).  <u>High Resolution 3T Imaging of the Fine Structure of the Ventral Striatum and Limbic System:  Relationship to Neuropsychological Outcome Following TBI</u>.  Invited Speaker: Australian Psychological Society (APS) College of Clinical Neuropsychologists, Victorian Section & St Vincent's Hospital, Neuropsychology Unit, Education Seminar. Melbourne, Australia.

**Bigler, E.D.,**   (2005, April 22).  <u>Traumatic Brain Injury and Postconcussion Syndrome.</u>  Invited Presentation: 2005 American Bar Association/American Psychological Association (ABA/APA) National Institute on "Psychological and Neuropsychological Evidence in Personal Injury and Medical Malpractice Cases", ABA Center for Continuing Legal Education. Chicago, Illinois, USA.

**Bigler, E.D.,**   (2005, April 22). <u>Carbon Monoxide Poisoning</u>.  Invited Presentation: 2005 American Bar Association/American Psychological Association (ABA/APA) National Institute on "Psychological and Neuropsychological Evidence in

Personal Injury and Medical Malpractice Cases", ABA Center for Continuing Legal Education. Chicago, Illinois, USA.

**Bigler, E.D.,** (2005, April 20).  Neuroimaging, Cognitive Neuroscience and Clinical Neuropsychology:  Practice Challenges of the 21st Century. Invited Speaker: Rosalind Franklin Colloquium, Rosalind Franklin University School of Medicine-formerly Finch School of Health Sciences/The Chicago Medical School. Chicago, Illinois, USA.

**Bigler, E.D.,** (2005, April 2).  Frontotemporal Pathology:  Neuropsychological and Neuroimaging Findings Across Disorders. Invited Presentation: 15th Annual Nelson Butter's West Coast Neuropsychology Conference "Advances in Neuropsychological Assessment in the Differentiation of Neurobehavioral Syndromes." In conjunction with University of California, San Diego, School of Medicine, Department of Psychiatry. Wyndham San Diego Hotel, Emerald Plaza, San Diego California, USA.

**Bigler, E.D.,** (2005, March 30). The Neuropsychology TBI and Anoxia. Presentation for Wasatch Mental Healthcare Providers. Provo, Utah.

**Bigler, E.D.,** (2005, March 3).  Premature Aging. Presentation given at 2005 Conference on Brain Injury, Presented by Brain Injury Association of Utah and the Utah Trial Lawyers Association. Red Lion Hotel, Salt Lake City, Utah.

**Bigler, E.D.,** (2005, March 3).  Breakthroughs in 21st Century Neuroscience. Presentation given at 2005 Conference on Brain Injury, presented by Brain Injury Association of Utah and the Utah Trial Lawyers Association. Red Lion Hotel, Salt Lake City, Utah.

**Bigler, E.D.,** (2005, February 25) Neuroimaging as a Research Tool in Cognitive Neuroscience, Visiting Professor, Class Lecture, Florida Atlantic University, Davie, FL.

**Bigler, E.D.** (2005, February 24) Cognitive Neuroscience and Human Behavior, Keynote Lecture: Broward Psychology Fair, Florida Atlantic University. Davie, FL.

**Bigler, E.D.,** (2005, February 19).  Neuropsychology and Neuroimaging in Criminal Defense or Underdeveloped Brains and Damaged Brains and Why Does it Matter? Presentation, CACJ/CPDA Capital Case Defense Seminar. Monterey Conference Center, Monterey, CA.

**Bigler, E.D.,** Rex Jung (2005 February 2-5) Biological Mechanisms Underlying General Intelligence ("g"). International Neuropsychological Society 33rd Annual Meeting, Discussant.  Adam's Mark Hotel, St. Louis, MI.

**Bigler, E.D.,** (2005, January 27). Neuropsychology Seminar for Southern Utah University, Invited Speaker:  General University Assembly, Cedar City, Utah.

**Bigler, E.D.,** (2005, January 27). Brain, Behavior and Mental Health.  Guest Lecturer for Southern Utah University's (SUU) Convocation Lecture Series.  Cedar City, Utah.

**Bigler, E.D.,**  (2004, December 9).  Advances in Neuroimaging and Implications for Treatment and Prognosis.  Invited Speaker for Brain Injury Association of America (BIAA) Winter Symposium "Rehabilitation of Traumatic Brain Injury: The State of the Art". Hotel Washington, Washington, D.C.

**Bigler, E.D.**  (2004, November 4-5).  Neuropsychology.  Invited Speaker for Texas Association of Defense Council "2004 TADC Contemporary Issues In Personal Injury Litigation Seminar."  Westin City Center, Dallas, Texas, USA.

**Bigler, E.D.**  (2004, October 5). Neuroimaging in Neuropsychology, Psychiatry Grand Rounds, Dartmouth Medical School. Hannover, New Hampshire.

**Bigler, E.D.**  (2004, October 7). New Techniques in Imaging in Neuropsychology: Psychiatry Grand Rounds,  Brown Medical School, Providence, Rhode Island.

**Bigler, E.D.**  (2004, September 20). Neuroimaging, Creative Methods of Visualizing Brain Injury. New Scientific Methods. Invited Presentation: The 17th Annual Conference on Medical & Legal Issues in Brain Injury, The North American Brain Injury Society and the International Brain Injury Association (NABIS/IBIA) Medical Legal Conference> Ritz Carlton, Bachelor Gulch, Beaver  Creek, Colorado.

**Bigler, E.D.**  (2004, July 13). Anoxic Brain injury: Neuroimaging and Neuropsychological Assessment.  Special Seminar at the Hampstead Rehabilitation Centre, Northfield, Australia.

**Bigler, E.D.**  (2004, July 12).  Traumatic brain injury: Neuroimaging and neuropsychological assessment.  Special Seminar at the University of Adelaide, Australia.

**Bigler, E.D.**  (2004, May 21).  Neuroimaging and neuropsychology of cognitive and emotional disorders.  Presentation at 'The Neuropsychology of Emotion' Utah Psychological Association seminar, University of Utah Museum of Fine Arts, Salt Lake City, Utah.

**Bigler, E.D.,**  (2004, May 13). Grand Rounds-Neuropsychology: Invited Speaker for Charles Matthews Neuropsychology Lab Annual Lecture, Madison, Wisconsin.

**Bigler, E.D.**  (2004, March 25-28).  The Interface of Neuroimaging with Neuropsychological Assessment in Autism and Other Neurodevelopmental Disorders.  Invited Presentation: 14th annual Nelson Butters' West Coast Neuropsychology Conference.  Hilton San Diego Del Mar, Del Mar, California.

**Bigler, E.D.**  (2004, March 12). Justifying Brain Imaging in Clinical Practice. Invited presentation: The Brain Imaging in Clinical Practice-2004 conference. Ellen Eccles Conference Center, Utah State University, Logan, Utah.

**Bigler, E.D.,**  (2003, October 23-24).  Adverse Effects of Substance Abuse on Brain Injury Outcome.  Invited presentation: 10th Annual Conference Program & Errata On Behavior, Clinical Neuroscience, Substance Abuse and Culture. Radisson Hotel, Los Angeles, California.

**Bigler, E.D.,**  (2003, September 18-20)  Structural and 3D Neuroimaging. Invited presentation: Chairs:  R. D. Vogt, M.D., B. H. Stern, JD; G. O'Shanick, M.D., 16th Annual

|  |  |
|---|---|
| | Conference on Medical & Legal Issues in Brain Injury, The North American Brain Injury Society (NABIS), The Brain Association of America, and the International Brain Injury Association. Ritz-Carlton Resort, Amelia Island, Florida. |
| **Bigler, E.D.,** | (2003, September 8-12). Invited speaker: The Co-Occuring Disorders Institute Conference on the Effects of Traumatic Brain Injury. Palmer, Alaska. |
| **Bigler, E.D.,** | (2003, July 10-15). Invited Speaker: Sixth IBRO World Congress of Neuroscience.  Prague, Czech Republic. |
| **Bigler, E.D.,** | (2003, May 25). Functional Brain Imaging After Acquired Brain Injury (ABI). Invited Presentation: Parallel Session – Functional Imaging and Plasticity after ABI: Chairs: M. Hallet, USA & B. Johansson, Sweden. International Brain Injury Association, 5th World Congress on Brain Injury. Stockholm, Sweden. |
| **Bigler, E.D.,** | (2003, March 27). Breaking Developments in the Treatment and Trial of Brain Injury Cases. Invited speaker at Utah Lawyers' Association, Annual meeting. Red Lion Hotel, Salt Lake City, Utah. |
| **Bigler, E.D.,** | (2003, March 20-23).  Neuroimaging and Neuropsychological Correlates of Neurodevelopmental Disorders.  UCSD School of Medicine, Department of Psychiatry, La Jolla, California, 13th Annual Nelson Butter's West Coast Neuropsychology Conference (CE accredited for APA, MCEP, AMA, BRN, and MFCC/LCSW). Doubletree Hotel, San Diego, California. |
| **Bigler, E.D.,** | (2003, February 2-4). Neurodevelopmental and Neuroimaging Predictors of Neuropsychiatric Outcome in Child Traumatic Brain Injury.  American Neuropsychiatric Association 14th Annual Meeting. Honolulu, Hawaii. |
| **Bigler, E.D.,** | (2003, January 15). Keynote Speaker, University Forum, BYU-Idaho University, Rexburg, Idaho. |
| **Bigler, E.D.,** | (2002, December 6).  Psychiatry Grand Rounds—Invited Lecture.  University of Texas Southwestern Medical Center, Dallas, Texas. |
| **Bigler, E.D.,** | (2002, October 25).  Keynote Speaker.  Society for Neuroscience: Intermountain Chapter Fall Meeting. Thanksgiving Point, Lehi, Utah. |
| **Bigler, E.D.,** | (2002, October 24-25). Negative Effects of Substance Abuse on Brain Injury Outcome. Invited Presentation: The Ninth Annual Conference on Behavior, Clinical Neuroscience, Substance Abuse and Culture. The Radisson Hotel Los Angeles International Airport, Los Angeles, CA. |
| **Bigler, E.D.,** | (2002, August 22-25) Relationship of Neuroimaging and APOE Genotype to Neuropsychologic Performance. Invited Symposium Presentation: Genetics, Imaging, and Neuropsychological Contributions to the Prediction of Dementia. Chair: Bondi, M. & Haaland, K. Division 40 APA Annual Convention. McCormick Place, Chicago, IL. |
| **Bigler, E.D.**, | (2002, April 25-28).  Forensic Neuropsychology with Adults:  Assessment and Interpretation.  University of California, San Diego (UCSD) Department of |

Bigler, E. D.      82

Psychiatry's "Nelson Butters' West Coast Neuropsychology Conference".  Hyatt Hotel, La Jolla, California.

**Bigler, E.D.**,    (2002, March 9).  Structural, Functional, and Three-Dimensional Neuroimaging In Evaluating Traumatic Brain Injury:  Relationships with Neuropsychological Outcome. Pacific Northwest Neuropsychological Society, 15th Annual Conference. University of Washington Faculty Center: Seattle, Washington.

**Bigler, E.D.**    (2002, February 1).  Structural and Developmental Neuroimaging Findings in Autism. (Session III)  Annual Meeting, Psychiatric Research Society. Park City, Utah.

**Bigler, E.D.**    (2002, January 18) Contemporary Neuroimaging in Assessment of Brain Injury. Keynote Speaker, Hilltop Treatment Program--Building Dedication and Presentation.  Dripping Springs, Texas

**Bigler, E.D.**    (2001, October 4-6).  Contemporary Neuroimaging Methods in the Evaluation of Traumatic Brain Injury, (Keynote Address). 19th Annual Conference, Brain Injury Association of Colorado.  Vail, Colorado.

**Bigler, E.D.**    (2001, May 23).  Forensics and Neuroimaging.  35th Semi-annual Forensic Symposium; Neurobiology in the Courtroom:  A New Frontier.  Institute of Law, Psychiatry and Public Policy, University of Virginia, Richmond, Virginia.

**Bigler, E.D.**    (2001, April 30-May 2).  Volumetric MRI Studies of Autism.  Collaborative Programs of Excellence in Autism (CPEA) Annual Meeting, Yale University, New Haven, Connecticut.

**Bigler, E.D.**    (2000). Neuropsychology and neuroimaging. Distinguished Visiting Professors to Wilford Hall Medical Center.  San Antonio, Texas.

**Bigler, E.D.**    (2000, October 19-20). Brain volumetric changes in substance abuse and traumatic brain injury.  7th Annual Conference on Behavior, Clinical Neuroscience, Substance Abuse, and Culture. Los Angeles, California.

**Bigler, E.D.**    (2000, October 12-15). Neuroimaging or neuropsychologists. Frontiers in Brain-Behaviour Research and Clinical Practice:  Neuropsychology's Challenge for the 21st Century. Kirkton Park Hunter Valley NSW.

**Bigler, E.D.**    (2000, September 14-16). Neuro-imaging:  Creative methods for visualizing brain injury.  Brain Injury Association 14th Annual Conference for Attorneys. Palm Beach, Florida.

**Bigler, E.D.**    (2000, August 25-26). Neuroimaging:  Rehabilitation Outcome in TBI. Brain Injury Association of Texas 18th Annual Conference. Austin, Texas.

**Bigler, E.D.**    (2000, July 29-Aug 1). Neuroimaging of TBI:  Correlates with Neuropsychological Outcome. Brain Injury Association 19th Annual Symposium. Chicago, Illinois.

**Bigler, E.D.**    (2000, June 9).  Neuroimaging and Neuropsychology of Traumatic Brain Injury. Annual Brain Injury Symposium.  Ohio Brain Injury Association. Ohio State University, Columbus, Ohio.

**Bigler, E.D.**          (2000, May 15).  Imaging Studies and Their Impact on Cognitive Function. Hydrocephalus Conference.  Phoenix, Arizona.

**Bigler, E.D.**          (2000, March 22-24).  Neuroimaging and neurophysiological studies in reading disabilities. Rapallo, Italy.

**Bigler, E.D.**          (1999, November 23).  The Brain, Mind and Behavior: Clinical Neuroscience in the New Millennium.  Distinguished Faculty Forum. Brigham Young University, Provo, UT.

**Bigler, E.D.**          (1999, November 19).  Functional Brain Injury–Impact and Treatment.  Mild Brain Injury: The Issues and Controversies.  The Rehabilitation Institute, Kansas City, MO.

**Bigler, E.D.**          (1999, November 12).  The Lesions in Traumatic Brain Injury: Implications for the Practice of neuropsychology.  Distinguished Neuropsychologist Award for Career Contributions.  National Academy of Neuropsychology, San Antonio, TX.

**Bigler, E.D.**          (1999, November 4-5).  Neuroimaging of Traumatic Brain Injury: Relationship to Substance Abuse.  Sixth Annual Conference on Behavior, Clinical Neuroscience, Substance Abuse and Culture.  Crown Plaza Hotel, Los Angeles, CA.

**Bigler, E.D.**          (1999, September 17-19).  Three Dimensional Neuroimaging of the Brain: Relationship to Cognition and Behavior.  NeuroHealth for the New Millennium. The Key to Independence.  An interactive conference focusing on brain injury, presented by Bancroft NeuroHelath.  Wyndham Franklin Plaza, Philadelphia, PA.

**Bigler, E.D.**          (1999, September 16-18).  NeuroImaging–Creative Methods for Visualizing Brain Injury.  Winning Brain Injury Cases: Legal and Medical Issues.  13th Annual Conference for Attorneys.  Arizona Biltmore Resort and Spa, Phoenix, AZ.

**Bigler, E.D.**          (1999, June, 23-26).  Neuropsychology and Neuroimaging: Quantitative and 3-D Analysis, Continuing Education Program.  The International Neuropsychological Society and the South African Clinical Neuropsychology Association 22nd International Conference, "Neuropsychology: Toward the Millennium". Holiday Inn, Durban, South Africa.

**Bigler, E.D.**          (1999, June, 11).  Neuropsychology Aspects of the Mild to Sever Brain Injury. Idaho Trial Lawyer's Association Annual Meeting Seminar.  Elkhorn Resort, Sun Valley, Idaho.

**Bigler, E.D.**          (1999, May 22).  Visualizing the Brain: Health and Disorders.  The Third Annual Claremont Conference on Applied Developmental Psychology: Issues in Development and the Neurosciences.  Claremont Graduate University, Claremont, California.

**Bigler, E.D.**          (1999, August).  Interview with Experts:  Traumatic Brain Injury.  APA Division 16 1998 Conversation Series videotape presentation. Toronto, Canada.

Bigler, E. D.     84

**Bigler, E.D.**          (1998, September 23-24).  Neuro-Imaging and Clinical Outcomes in Childhood Traumatic Brain Injury.  Critical Issues in Child & Adolescent Mental Health: Mood Disorders, Learning Disabilities, & Substance Abuse.  Jointly sponsored by The Center for Pediatric Continuing Education and The Children's Mental Health Institute (CMHI).  DoubleTree Hotel, Salt Lake City, Utah.

**Bigler, E.D.**          (1998, September 18).  General Session: Traumatic Brain Injury Update.  IHC Rehabilitation Services Conference.  Salt Lake City, Utah.

**Bigler, E.D.**          (July, 1998) Quantitative Neuroimaging and Neuropsychological Outcome in Dementia, Traumatic Brain Injury, and Anoxia. Invited Symposium; Annual Meeting of the International Neurological Society (INS). Hotel Atrium Hyatt, Budapest, Hungary.

**Bigler, E.D.**          (1998, June 4-7).  Imaging and Brain Function.  The 22nd Annual Williamsburg Conference.  Cognitive, Neuromedical and Behavioral Aspects of Brain Injury. Williamsburg, Virginia.

**Bigler, E.D.**          (1998, June 4-7).  Brain Imaging, Quantitative Analysis, and Outcomes.  The 22nd Annual Williamsburg Conference.  Cognitive, Neuromedical and Behavioral Aspects of Brain Injury.  Williamsburg, Virginia.

**Bigler, E.D.**          (1998, May 14 & 15).  Neuroimaging and Neuropsychological Outcome.  Walter Reed Army Medical Center Neuropsychology Service Department of Psychology.  Walter Reed Army Medical Center, Washington D.C.

**Bigler, E.D.**          (1998, April 25).  What is dementia?  Neurology Section of the Texas Medical Association '98.  Austin, Texas.

**Bigler, E.D.**          (1998, April 25).  Alzheimer's disease: Epidemiology/collaborative study. Neurology Section of the Texas Medical Association '98.  Austin, Texas.

**Bigler, E.D.**          (1997, November 10).  The interface of diagnostic neuroimaging with neuropsychological assessment: The role of quantitative MRI.  Seventeenth Annual National Academy of Neuropsychology Conference.  The Riviera Hotel and Casino, Las Vegas, Nevada.

**Bigler, E.D.**          (1997, October 26).  Neuroimaging: Quantitative analysis.   Braintree Hospital Rehabilitation Network in conjunction with HEALTHSOUTH Neurorehabilitation Conference.  Royal Sonesta Hotel, Cambridge, Massachusetts.

**Bigler, E.D.**          (1997, October 26).  Neuroimaging and outcome.  Braintree Hospital Rehabilitation Network in conjunction with HEALTHSOUTH Neurorehabilitation Conference.  Royal Sonesta Hotel, Cambridge, Massachusetts.

**Bigler, E.D.**          (1997, October 17).  Substance abuse and traumatic brain injury: Neuroimaging. Fifth Annual Conference on Behavior, Neurobiology, Substance Abuse, and Culture.  Los Angeles, California.

**Bigler, E.D.**          (1997, October).  Brain Injury without the loss of consciousness: Fact or Fiction?.  Park City, UT.

Bigler, E. D.      85

**Bigler, E.D.**          (1997, September 18).  Clinical Correlations and Neurobehavioral Profiles and Recovery.  Shepherd Center Acquired Brain Injury Conference.  Atlanta, Georgia.

**Bigler, E.D.**          (1997, September 18).  Forensic Neuropsychology: The Role of Neuroimaging. Shepher Center Acquired Brain Injury Conference. Atlanta, Georgia.

**Bigler, E.D.**          (1997, May).  Brain Imaging.  Brain Damage Institute.  Seattle, Washington.

**Bigler, E.D.**          (1997, May).  Brain Imaging in Traumatic Brain Injury.  An Educator's Guide for Children with Acquired Brain Injury:  Creating a Collaborative Community of Care.  Buffalo, NY.

**Bigler, E.D.**          (1997, May).  Neuroimaging and Neuropsychological Correlates of Language Disorders.  Utah Speech and Hearing Association.  Salt Lake City, UT.

**Bigler, E.D.**          (1997, April).  Test of Memory and Learning (TOMAL) in Evaluating Child and Adolescent Memory.  Nelson Butter's West Coast Neuropsychology Conference. San Diego, CA.

**Bigler, E.D.**          (1996, November 16).  Chair, Neuropathology of TBI.  Annual Conference of the International Association for the Study of Traumatic Brain Injury, Melbourne, Australia

**Bigler, E.D.**          (1996, November 16).  Chair: Paper Session 5, Neuroimaging, Evoked Potentials and Outcome.  Annual Conference of the International Association for the Study of Traumatic Brain Injury, Melbourne, Australia.

**Bigler, E.D.**          (1996, October 31).  Neuroimaging and Neuropsychological Assessment Update. 16th Annual Meeting, National Academy of Neuropsychology, Inc., New Orleans, LA.

**Bigler, E.D.**          (1996, October 19).  Neuroimaging and Neuropsychological Assessment. Annual Fall Symposium, Philadelphia Neuropsychology Society.  Philadelphia, PA.

**Bigler, E.D.**          (1996, October 18).  Neuroimaging, Neuropsychology and Dementia.  Grand Rounds lecture, Allegheny University of the Health Sciences, Department of Neurology.  Philadelphia, PA.

**Bigler, E.D.**          (1996, October 13).  Meet the Expert:  Erin D. Bigler, Ph.D..  Invited address, American Academy of Physical Medicine and Rehabilitation.  Chicago, IL.

**Bigler, E.D.**          (1996, October 13).  TBI Expert Testimony:  Neuromedical and Neuropsychological Caveats.  Invited address, American Academy of Physical Medicine and Rehabilitation.  Chicago, IL.

**Bigler, E.D.**          (1996, October 12).  Neuroimaging in TBI: Clinical Correlations with Neurobehavior Profiles and Recovery.  Invited address, American Academy of Physical Medicine and Rehabilitation.  Chicago, IL.

Bigler, E. D.      86

**Bigler, E.D.**          (1996, September 20).  Neuropsychology and Neuroimaging.  Invited lecture, UND School of Medicine.  Fargo, ND.

**Bigler, E.D.**          (1996, August 12).  Quantitative Neuroimaging Findings, Traumatic Brain Injury, and Substance Abuse.  Symposium: Neurobehavioral and Neuropsychological Assessment of Drug Abuse, American Psychological Association Convention.

**Bigler, E.D.**          (1996, June).  Magnetic Resonance Imaging of the Brain:  Relationship Between Structure and Functions.  Invited lecture, 4th International Conference on Long-Term Complications of Treatment of Children and Adolescents for Cancer.

**Bigler, E.D.**          (1995). Kronheim Lecture.  Invited lecture, Undersea and Hyperbaric Medical Society's Annual Scientific Symposium.

**Bigler, E.D.**          (1995, November).  Current Status of Neuroimaging and Neuropsychological Assessment.  Invited lecture, National Academy of Neuropsychology.  San Francisco, CA.

**Bigler, E.D.**          (1995, November).  Neuropsychological Assessment, Neuroimaging and Learning Disabilities.  Learning Disabilities Association of Utah Conference.

**Bigler, E.D.**          (1995, August).  New Directions in Brain Injury Diagnosis Using Imaging Technology.  Texas Head Injury Association, 14th Annual State Conference.

**Bigler, E.D.**          (1995, August).  Long-Term Outcomes.  Texas Head Injury Association, 14th Annual State Conference.

**Bigler, E.D.**          (1994, January).  Damage to Executive Function.  The Mild Brain Injury Case, The Utah Head Injury Association, Salt Lake City, UT.

**Bigler, E.D.**          (1993, October).  National Academy of Neuropsychology.

**Bigler, E.D.**          (1993, August).  Chair, Symposium:  Biological revolution-neuroimaging and neuropsychology.  American Psychological Association, Toronto, Canada.

**Bigler, E.D.**          (1993, August).  Quantitative magnetic resonance imaging and neuropsychological assessment.  Paper presented at the annual conference of the American Psychological Association, Toronto, Canada.

**Bigler, E.D.**          (1993, May).  Neuropsychological assessment and neuroimaging:  A synthesis. Psychology Grand Rands presented at the University of Missouri.

**Bigler, E.D.**          (1992, November). Learning disabilities in children and evaluation and behavior management of ADHD. Lectures presented at The Child's Brain Conference. Austin, TX.

**Bigler, E.D.**          (1992, October).  National Academy of Neuropsychology, Pittsburgh, PA.

**Bigler, E.D.**          (1992, September). Neuropsychological function and brainimaging invited address given at the annual Brain Function and Learning Conference at the University of North Texas, Denton, TX.

**Bigler, E.D.**          (1992, May). <u>Neuropsychology of Parkinson's disease</u>. Lecture presented at the Parkinson's Support Group, VA Medical Center, Salt Lake City, UT.

**Bigler, E.D.**          (1992, May). <u>Traumatic brain injury</u>. Invited lecture presented at the Seventh Annual Conference of the Missouri Head Injury Advisory Council, Missouri Division of Special Education, Jefferson City, MO.

**Bigler, E.D.**          (1992, March). <u>Neuroimaging and Neuropsychology</u>. Presidential Address, National Academy of Neuropsychology, November 1, 1990.  Presented again at Neurology/Psychiatry Grand Rounds, University of Texas at San Antonio, February 14, 1991; at the 1991 National Academy of Neuropsychology, Dallas, Texas, November 1, 1991; at The University of Utah Seminar Series, November 18, 1991; and at Rancho Los Amigos Medical Center, University of Southern California, March 11-13, 1992.

**Bigler, E.D.**          (1991, November). <u>Neuroimaging and Electrophysical Techniques</u>. Invited address presented at the Mild to Moderate Head Injury Conference sponsored by the Utah Head Injury Association and Utah State Bar. (1992, November). New dimensions in neuropsychology: strengths and limitations of neuropsychological assessment.

**Bigler, E.D.**          (1991, October). <u>Neuroimaging and Neuropsychological Assessment</u>. Invited keynote at invitational conference, "Cognitive assessment: An interdisciplinary dialogue" sponsored by Dean Jane Stallings' Enhancing Excellence in Education Fund—Chair:  Ernie Goetz, Department of Educational Psychology, Texas A&M University, presented at College of Education, Texas A&M University, College Station, TX.

**Bigler, E.D.**          (1991, August). <u>Neuroimaging and Neuropsychological Assessment in Traumatic Brain Injury in School-aged Children</u>. Invited address presented at The Utah State Office of Education Conference on "Serving students with traumatic brain injury in our schools." Salt Lake City, UT.

**Bigler, E.D.**          (1991, July). <u>The Divine Brain</u>. Brigham Young University Forum address, Provo, UT.

**Bigler, E.D.**          (1989, March). <u>Memory Disorders: Neuropsychological and Anatomical Correlates</u>. Grand Rounds Lecture. University of Texas Health Science Center in San Antonio, Dept. of Psychiatry.

**Bigler, E.D.**          (1988, November). <u>Applications of Brain Imaging Techniques to Clinical Neuropsychology</u>. Invited address/Workshop. National Academy of Neuropsychologists, Orlando, FL.

**Bigler, E.D.**          (1988, October). <u>Current Status of Brain Imaging and Clinical Neuropsychology</u>. Guest lecturer/Invited address at the Eighth Julie McGee Lamberth Conference, Baylor College of Medicine.

**Bigler, E.D.**          (1988, September). <u>Alzheimers Assessment</u>. Texas Department of Mental Health and Mental Retardation - Nursing Education Teleseries.

**Bigler, E.D.**    (1988, September). Visiting Professor, Texas A&M University, Department of Psychiatry. Neuropsychology update Lecture, Scott & White Hospital, Temple, TX.

**Bigler, E.D.**    (1987, April). Neuropsychology of Depression. Fourth Annual update in Psychiatry sponsored by the Department of Psychiatry, University of Texas Health Science Center at San Antonio, November 22, 1986. Colloquium Lecture, Brigham Young University, April 2, 1987.

**Bigler, E.D.**    (1987, March). Neuropsychology of Dementia. Invited lecture series, Edmonton Hospital and University of Alberta, Alberta, Canada.

**Bigler, E.D.**    (1986, December). Neuropsychology of Cerebral Trauma. Invited address/Workshop, Florida State Psychological Association Conference, Fort Lauderdale, FL.

**Bigler, E.D.**    (1985, October). Brain Imaging: Relationship to Clinical Neuropsychological Assessment. Invited address at the National Academy of Neuropsychologists, Philadelphia, PA.

**Bigler, E.D.**    (1983, November). Neuropsychological Diagnosis of Learning Disabilities. Invited address at the 19th Annual Conference of the Texas Association of Children with Learning Disability, Waco, TX.

**Bigler, E.D.**    (1983, October). Neuropsychology and Computerized Tomography. Invited address at The National Academy of Neuropsychologists, Houston, TX.

**Bigler, E.D.**    (1983, May). Neuropsychology Update. Invited address at the Barrow Neurological Institute of St. Joseph's Hospital & Medical Center, Phoenix, AZ.

**Bigler, E.D.**    (1983, May). Neuropsychology Workshop. Brigham Young University, Provo, UT.

**Bigler, E.D.**    (1982). Neuroanatomy and Neuropathology. Invited address at The National Academy of Neuropsychologists Annual Meeting, Atlanta, GA.

**Bigler, E.D.**    (1981). Assessment in Clinical Neuropsychology. Invited address and workshop presented at the annual meeting of the National Association of School Psychologists, Houston, TX.

**Bigler, E.D.**    (1981). Clinical Neuropsychology. Training seminar presented to Psychology Doctoral Interns, Austin State Hospital, 1977, 1978, 1979, 1980, 1981.

**Bigler, E.D.**    (1981). Neuropsychological Evaluation of the Learning Disabled Child. Workshop presented to Region XIII Educational district, Austin, TX, Summer 1979, and Spring 1981.

**Bigler, E.D.**    (1980, November). Current Developments in Neuropsychology of Learning Disabilities. Paper presented as part of symposium on Learning Disability at the annual Texas Psychological Association Meetings, Austin, TX.

**Bigler, E.D.**    (1980, September). Clinical Assessment of Cognitive Deficit in Traumatic and Degenerative Disorders: Brain Scan and Neuropsychologic Findings. Paper read

at the NATO conference on Neuropsychology and Cognition, Medical College of Georgia, Augusta, GA.

**Bigler, E.D.**  (1979, November). <u>Visually Evoked Potentials: Neuropharmacologic Interactions</u>. Invited address read at the 20th annual meeting of the German Democratic Republic Society for Pharmacology and Toxicology, Leipzig, East Germany.

**Bigler, E.D.**  (1977). <u>Bicuculline Potentiation of Photically Evoked After-discharges</u>. Paper read at the Western Pharmacology Society, Victoria, British Columbia, Canada.

**Bigler, E.D.**  (1977). Chairman, Section on Neuropharmacology, Western Pharmacology Society, Victoria, British Columbia, Canada.

**Bigler, E.D.**  (1977). <u>Clinical Neuropsychology</u>. Seminar presented at the Psychologist's meeting of the Texas Department of Mental Health and Mental Retardation, Houston, TX.

**Bigler, E.D.**  (1976). <u>A Reinterpretation of Lateral Geniculate Function in the Rat</u>. Paper read at the Rocky Mountain Psychological Association, Phoenix, AZ.

**Bigler, E.D.**  (1975). <u>Lateral Geniculate Multiple Unit Activity during Metrazol Potentiated Photically Evoked After-discharges in Rats</u>. Paper read at the Society for Neurosciences (Arizona Chapter), Scottsdale, AZ.

**Bigler, E.D.**  (1972). <u>Personalized System of Instruction (PSI): Two Perspectives</u>. Paper read at the Rocky Mountain Psychological Association, Albuquerque, NM.

**Bigler, E.D.**  (1971). <u>Errorless Auditory Discrimination in the Pigeon</u>. Paper read at the Rocky Mountain Psychological Association, Denver, CO.

**Bigler, E.D.,**  & Abildskov, T.J. (2015, August 16). Lecture on Quantitative Image Analysis. Invited Presentation at the Annual Meeting of the Chronic Effects of Neurotrauma Consortium (CENC), Embassy Suites in Fort Lauderdale, Florida.

**Bigler, E. D.,**  Abildskov, T. J., Farrer, T. J., Finuf, C. S., Dennis, M., Taylor, H. G., Rubin, K. H., Gerhardt, C. A., Stancin, T., Vannatta, K., & Yeates, K. O. (2013, February). <u>Voxel-based morphometry of gray and white matter correlates of WASI IQ and WISC-III Processing Speed Index in pediatric traumatic brain injury and orthopedic injury.</u> Poster presented at the annual meeting of the International Neuropsychological Society, Waikiloa, HI.

**Bigler, E.D.,**          Adams, K.M., Stephen, B., Petrauskas, V.M. Gregg, N. (February 7-10, 2007). Testing Neuropsychological Models Across Patient Populations: The Advantages of Examining Measurement Equivalence. Symposium Discussant : 35th Annual Meeting of the International Neuropsychological Society, Hilton Portland & Executive Tower, Portland, Oregon.

**Bigler, E.D.,**          & Robinson, D.N. (1998, September 29). Mind and Brain. Psychology 390R Forum. Brigham Young University, Provo, UT.

**Bigler, E.D.,**          Alexander, A.L., Lainhart, J., & Lazar, M. (February 1-4, 2006) Diffusion tensor, structural and volumetric MRI analyses in autism. [Poster]. 34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, MA, USA, February 1-4, 2006.

**Bigler, E.D.,**          Neeley, E.S., Ozonoff, S., Coon, H., McMahon, W., Lainhart, J.E. (2004, July 7-10). "Superior temporal gyrus and autism". Australian Society for the Study of Brain Impairment (ASSBI) & International Neuropsychological Society (INS) Annual meeting 2004. Brisbane, Australia

**Bigler, E.D.,**          Ryser, D.K., Gandhi, P., Kimball, J., Wilde, E.A. (2004, July 7-10). Day-of-Injury computerized tomography, rehabilitation status, and long-term outcome as they relate to magnetic resonance imaging findings after traumatic brain injury. Australian Society for the Study of Brain Impairment (ASSBI) & International Neuropsychological Society (INS) Annual meeting 2004. Brisbane, Australia.

**Bigler, E.D.,**          Sanders, A.D., Neeley, E.S. (2004, July 7-10). Memory performance in Autism. Australian Society for the Study of Brain Impairment (ASSBI) & International Neuropsychological Society (INS) Annual meeting 2004. Brisbane, Australia.

**Bigler, E.D.,**          Lai, E.C., Meyer, C. & Winston, J.L. (1998, April 25). Panel discussion/Questions and answers. Neurology Section of the Texas Medical Association's Tex Med '98. Austin, Texas.

**Bigler, E.D.,**          Lowry, C.M., Anderson, C.V., Johnson, S.C., Plassman, B., Brietner, J.C.S., Tschantz, J., Welsh-Bohmer, K.A., & Saunders, A.M. (1997, August). Quantitative Neuroimaging and Dementia. Chicago, IL.

**Bigler, E.D.**          et al. (1997, June). Dementia and aging: A population based study of APOE, Alzheimer's disease and quantitative magnetic resonance imaging. International Neuropsychological Society. Bergen, Norway.

**Bigler, E.D.,**          Alexander, A.L., Lainhart, J., Lazar, M. (2006, February 1-6). Diffuse Tensor, Structural and Volumetric MRI Analyses in Autism. [Abstract] International Neuropsychological Society, 34th Annual Meeting Program & Abstracts, p.201. Presented at the 34th Annual meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, Massachusetts, USA.

**Bigler, E.D.,**          Blatter, D.D., & Ryser, D. (1996, November 16). Clinical and neuroimaging predictors of neurobehavioral outcome following traumatic brain injury. Paper presented at International Perspectives in Traumatic Brain Injury, Melbourne, Australia

**Bigler, E.D.**,    Hubler, D., Turkheimer, E.A., Cullum, C.M., Paver, S., & Yeo, R. (1984). Volumetric CT Measures and Neuropsychological Performance in Alzheimer's Disease. Paper presented at the XII Annual Meeting of the International Neuropsychological Society (INS), Houston, TX.

**Bigler, E.D.**,    Paver, S., Cullum, C.M., Turkheimer, E., Hubler, D., & Yeo, R. (1984). Ventricular Enlargement, Cortical Atrophy, and Neuropsychological Performance Following Head Injury. Paper presented at the XII Annual Meeting of the International Neuropsychological Society (INS), Houston, TX.

**Bigler, E.D.**    & Eidelberg, E. (1976). Diazepam Suppression of Evoked After-discharges in Rat Lateral Geniculate Nucleus and Visual Cortex. Paper read at the Western Pharmacology Society Meetings, San Francisco, CA.

**Bigler, E.D.**,    Millett, R.L. & Fleming, D.E. (1973). Dorsal Hippocampal Lesions and Unimpaired or Facilitated Conditioned Emotional Response Suppression in the Rat.  Paper read at the Western Psychological Association, Anaheim, CA.

**Bigler, E.D.,**    Abildskov, T.A., Wilde, E.A., Hunter, J.V., Scheibel, R., Newsome, M.R., Hanten, G.R., Li, X., Levin, H.S., (November 8-10, 2007).  How diffuse is brain damage in moderate-to-severe paediatric traumatic brain injury? [Abstract presentation] University of California, San Diego: New Frontiers in Pediatric Brain Injury Conference, November 8- 10, Westin San Diego at Emerald Plaza, San Diego, California.

Adluru, N.,    Hinrichs, C., Chung, M.K., Lee, J.E., Singh, V., **Bigler, E.D.,** Lange, E.D., Lainhart, J.E., Alexander, A.L. (September 4, 2009).  Classification in DTI using shapes of white matter tracts. [Poster/Paper presentation].  31st Annual International IEEE EMBS Conference, Hilton Minneapolis, Minnesota, USA.

Agostino, A.,    Yeates, K.O., Taylor, G.H., **Bigler, E.D**., Rubin, K.H., Vannatta, K., Gerhardt, C.A., Stancin, T., & Dennis, M. (2001, July). Understanding emotional expression and emotive communication in children with traumatic brain injury. Poster presented at the 2nd Annual Symposium on Brain Injury in Children, SickKids Centre for Brain and Behaviour, Toronto.

Allen M.D.,    **Bigler E.D.,** Larsen J., Goodrich-Hunsaker N.J., Hopkins R.O. (November 9, 2007). Functional magnetic resonance imaging (fMRI) evidence for high cognitive effort on the Word Memory Test in the absence of external incentives. [Abstract presentation] University of California, San Diego: New Frontiers in Pediatric Brain Injury Conference, November 8- 10, Westin San Diego at Emerald Plaza, San Diego, California.

Anderson, C.    & **Bigler, E.D.** (1993, October).  Ventricular dilation, cortical atrophy in neuropsychological outcome following traumatic brain injury.  Intermountain Neuroscience Chapter Meeting of the Society for Neuroscience, University of Utah, UT.

Anderson, J.S.,    Druzgal, T.J., Froelich, A., Lange, N., DuBray, M., **Bigler, E.D.,** Lainhart, J.E., Reduced resting state sensorimotor interhemispheric connectivity in autism [Abstract]. Presented at Human Brain Mapping satellite conference, 2009.

Baca, L.                    & **Bigler, E.D.** (1996, January).  Violent Assault Resulting in Head Injuries. Domestic Violence: Health Care's Role & Responsibility.  Salt Lake City, UT.

Bartholomew, J.,            Wilde, E.A., Hessel, C.D., Gandhi, P.V., **Bigler, E.D.**, Lowry, C., Ryser, D.K., & Blatter, D.D.  (1998, August 14-18).  Poster Session: Neuropsychology of Head Injury, Medical Disorders, and Psychiatric Disorders.  QMRI of Corpus Callosum in TBI Males: Alcohol Use and Time Postinjury.  106th Annual Convention of the American Psychological Association.  Moscone Center, San Francisco, California, USA.

Blatter, D.D.,              **Bigler, E.D.**, Ryser, D.K., Gale, S.D., Johnson, S.C., Anderson, C.V., Burnett, B.M., McNamara, S., & Bailey, B. (1994, May).  Correlation of The Functional Outcome Measure (FIM) with Quantitative and Semi-quantitative Analysis of MRI Following Traumatic Brain Injury (TBI). American Society of Neuroradiology.

Blatter, D.D.,              Kurth, S.M., **Bigler, E.D.**, Pompa, J., & Ryser, D.K. (1992, August). MRI and CT in traumatic brain injury (TBI): Correlations with quantitative measures of cognitive outcomes. Presented at the meeting of the American Society of Neuroradiology, St. Louis, MO, June, 1992. Presented at the meeting of the Society of Magnetic Resonance in Medicine, Berlin, Germany, August, 1992.

Brickman, A.,               Sullivan, E.D., Jefferson, A., Wilde, E.A., Butters, M., **Bigler, E.D.,** (2007, February)  Not all that matters is gray: The importance of white matter in neuropsychology.  Symposium presentation (E.D. Bigler: Discussant) at 35th Annual Meeting of the International Neuropsychological Society, Portland, Oregon, February 7-10, 2007.

Cato, M.,                   Delis, D., Abildskov, T., & **Bigler, E.D.** (2003). Assessing the elusive cognitive deficits associated with orbitofrontal cortex damage:  Case study of a modern-day Phineas Gage [Poster Presentation]. 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, Honolulu, Hawaii.

Ciccia, A.,                 Taylor, H.G., Rubin, K.H., Dennis, M. **Bigler, E.**, Gerhardt, C., Vannatta, K. & Yeates, K.  (2012, November). Discourse patterns after traumatic brain injury in school-age children. Paper presented at the annual meeting of the American Speech-Language-Hearing Association, Atlanta.

Cleavinger, H.B.,           **Bigler, E.D.,** Wilde, E.A., Hunter, J.V., Li, X., Levin, H. S. (November 15, 2007). Traumatic brain injury, atrophy of the entorhinal cortex and neuropsychological outcome in children [Poster Presentation]. 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ.

Cramond, A.,                Woon, F.M., Wu, C., Cannon, P.C., **Bigler, E.D.**, Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (November15, 2007).  Intellectual function and thalamic volume in autism.  Poster Presentation: 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ.

Cullum, C.M.,               & **Bigler, E.D.** (1987, February). Cerebral Lateralization and The MMPI. Paper presented at The International Neuropsychological Society Meetings, Washington D.C.

Delis, D.C.          & **Bigler, E.D.** (2004, March 25-28).  Orbital prefrontal damage: comparison of adult and pediatric cognitive profiles.  Invited Presentation: 14th annual Nelson Butters' West Coast Neuropsychology Conference.  Hilton San Diego Del Mar, Del Mar, California.

Dubray, M.,          Alexander, A., Lee, J.E., Lazar, M.,  Lu, J., Miller, J., McMahon, W., **Bigler, E.D.**, Lainhart, J.E. (2007, May) White matter organization and asymmetry of the superior temporal gyrus and temporal stem in autism. Invited abstract and poster presentation at 6th International Meeting for Autism Research (IMFAR 2007), University of California at Davis, USA.

Farrer, T. J.,          Jivani, S., **Bigler, E. D.**, Dennis, M., Taylor, H. G., Rubin, K., Vannatta, K., Gerhardt, C., Stancin, T., & Yeates, K. O. (2015, February). Chronic MRI findings, ventromedial prefrontal cortex (vmPFC) volume, and behavioral functioning in a pediatric sample with complicated mild traumatic brain injury. Poster presented at the annual meeting of the International Neuropsychological Society, Denver.

Farrer, T. J.,          Jantz, P. B., **Bigler, E. D**., Dennis, M., Taylor, H. G., Rubin, K., Vannatta, K., Gerhardt, C., Stancin, T., & Yeates, K. O. (2014, February). Corpus callosum pathology and processing speed in pediatric traumatic brain injury. Poster presented at the annual meeting of the International Neuropsychological Society, Seattle.

Fearing, M.A.          **Bigler, E.D.,** Norton, M.C., Tschanz, J.T. Hulette, C.M., Leslie, C., Welsh-Bohmer, K.A. (February 7 – 10, 2007).  Confirmed Alzheimer's Disease versus Clinically-Diagnosed Alzheimer's Disease in the Cache County Study on Memory Health and Aging: A Comparison of Quantitative MRI and Neuropsychological Findings. Abstract Presentation: 35th Annual Meeting of the International Neuropsychological Society, Hilton Portland & Executive Tower, Portland, Oregon.

Fearing, M.A.          **Bigler, E.D.,** Norton, M.C., Tschanz, J.T. Hulette, C.M., . Leslie, C., Welsh-Bohmer, K.A. (February 7 - 10, 2007).  Neuroimaging Correlates of the IQCODE in Autopsy-Confirmed Alzheimer's Disease versus Clinically-Diagnosed Alzheimer's Disease: The Cache County Study on Memory Health and Aging. Abstract Presentation: 35th Annual Meeting of the International Neuropsychological Society, Hilton & Executive tower, Portland, Oregon.

Fearing, M.,          Hannan, C.R., White, J., Mortensen, J., Rice, S., Tate, D., and **Bigler, E.D.** (February 5 – 8, 2003).  Dementia, cerebral atrophy, and neuropsychological performance:  Relationship to APOE-$\epsilon$ 4. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

Fleming, D.E.,          & **Bigler, E.D.** (1975). Electroencephalographic Correlates of Sidman Avoidance Responding. Paper read at the Rocky Mountain Psychological Association, Salt Lake City, UT.

Hannan, C.R.,          Fearing M., White J., Mortensen J., Tate D.F, **Bigler, E.D.** (October, 2002).The Mini-Mental State Examination, Temporal Lobe Morphology and Alzheimer's

Bigler, E. D.      94

Disease. Poster accepted for presentation at the 22nd Annual Conference of the National Academy of Neuropsychology, Miami, FL.

Hanten, G.,    Wilde, E.A., Yallampalli, R., Chu, A., Ramons, M.A., **Bigler, E.D.**, Menefee, D., Vasquez, Li, X., Hunter, J.V., Levin, H.S. (November 7, 2007). The relation between white matter disruption measured by diffusion tensor imaging and decision-making following childhood TBI. Abstract Presentation: University of California, San Diego, New Frontiers in Pediatric Traumatic Brain Injury International Conference, Westin San Diego at Emerald Plaza, San Diego, California

Heverly-Fitt, S.,    Rubin, K., Ellison, K., Taylor, H. G., Stancin, T., Gerhardt, C., Vannatta, K., **Bigler, E.**, & Yeates, K. O. (2015, March). Examining the relations between social initiations and self-perceptions of social behaviors in children with a TBI. Poster presented as the Biennial Meeting of the Society for Research in Child Development, Philadelphia.

Heverly-Fitt, S.,    Rubin, K., **Bigler, E.**, Dennis, M., Taylor, H. G., Vannatta, K., Gerhardt, C., Stancin, T., & Yeates, K. O. (2014, February). Investigating a proposed model of social competence in children with traumatic brain injuries. Poster presented at the annual meeting of the International Neuropsychological Society, Seattle.

Hopkins, R.O.,    McCourt, A., Cleavinger, H., Parkinson, R.B., Victoroff, J., **Bigler, E.D.** (2003, February 5-8). White matter hyperintensities and neuropsychological outcome following traumatic brain injury. Poster presented at the International Neuropsychological Society Thirty-First Annual Meeting, February 5-8, 2003, Sheraton Waikiki: Honolulu, Hawaii.

Hopkins, R.O.,    Gale, S.D., Pope, D., Weaver, L.K. & **Bigler, E.D.** (2000, February). Ventricular Enlargement in Patients with Acute Respiratory Distress Syndrome. International Neuropsychological Society Twenty-Eighth Annual Meeting. Adam's Mark Hotel, Denver, Colorado.

Hopkins, R.O.,    Weaver, L.K., Gale, S.D. & **Bigler, E.D.** (1998, May). Neuropsychological Outcome, Brain Perfusion Defects and Quantitative Magnetic Brain Resonance Imaging Following Carbon Monoxide (CO) Poisoning. Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Salt Lake City, UT.

Hopkins, R.O.,    Weaver, L.K., Gale, S.D., Johnson, S.C., **Bigler, E.D.**, Blatter, D.D., Abildskov, T.J. (1996). Three Dimensional and Quantitative Image Analysis of Neuropathological Changes Following Carbon Monoxide Poisoning. 1996 Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Salt Lake City, UT.

Hopkins, R.O.,          Weaver, L.K., Gale, S.D., Johnson, S.C., **Bigler, E.D.**, Blatter, D.D., Abildskov, T.J. (1996).  Three Dimensional and Quantitative Image Analysis of Neuropathological Changes Following Carbon Monoxide Poisoning.  1996 Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Salt Lake City, UT.

James, K.,              Pertab, J., **Bigler, E.D** (November 6, 2007). Questionable generalizability for mild traumatic brain injury meta-analysis.  Poster Presentation: 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ

Kesler, S.R.,           Foley, H.A. & **Bigler, E.D.** (1998).  Relationships Between Brain Abnormalities and Cognitive-Neurobehavioral Symptoms in Traumatic Brain Injury (TBI) Using Single Photon Emission Computed Tomography  (SPECT), Clinical (MRI) and Quantitative (QMR) Magnetic Resonance.  Twenty-Sixth Annual International Neuropsychological Society Conference, Honolulu, HI.

Kim, J.,                Alexander, A.L., Lainhart, J., McMahon, W., Johnson, M., Lu, J., Jeong, E.K., Lazar, M., **Bigler, E.D.** (June 12 -15, 2005) White matter abnormalities in autistic brain: Diffusion tensor MRI in adolescents and young adults. Abstract Presentation given at Human Brain Mapping Convention, Toronto, Ontario, Canada.

Laatsch, L.K.,          Varney, N.R., Wu, J.C., Hopkins, R.O., & **Bigler, E.D.**  (1998, August 14-18). Symposium: Functional Brain Imaging in Neuropsychology and Rehabilitation. 106th Annual Convention of the American Psychological Association.  Moscone Center, San Francisco, CA.

Lainhart, J.E.          **Bigler, E.D.,** & Alexander, A. (2004, February 11-14).  Neuroimaging in autism: advanced applications and ongoing challenges.  Abstract presented at the Psychiatric Research Society, Park City, UT.

Lainhart, J.,           Johnson, M., Coon, H., McMahon, B., **Bigler, E.D.** &  Tate, D. (2001, February 14-17).  Megalencephaly in autism: A quantitative magnetic resonance imaging study.  Paper presented at Psychiatric Research Society, Park City, UT.

Lee, J.N.,              Alexander, A.L., Lazar, M., **Bigler, E.D.,** Lainhart, J.E. (2008, May) Evaluation of voxel-based analysis methods for DTI studies. Abstract presented at the International Society for Magnetic Resonance in Medicine (ISMRM) 16th Scientific Meeting and Exhibition, Toronto, Ontario, Canada.

Lu, L.,                 **Bigler, E.D.** (December, 2000).  Performance of Chinese stroke survivors on Chinese version of Trails B.  Poster session presented at the annual meeting of the National Academy of Neuropsychology, Orlando, Florida.

Merkley, T.,            **Bigler, E.D.** (2009, February 12). Cortical thinning with age progression for traumatically brain injured and typically developing children. [Poster presentation]. Annual Conference of The International Neuropsychological Society, Atlanta Marriott Marquis, Atlanta, Georgia.

Miller, M.J.,           Tate, D.F., Cleavinger, H.B., Rice, S.A., **Bigler, E.D.**, & Victoroff, J. (August 24, 2001).  Exploratory Analyses of Neuroimaging, APOE, and Neuropsychological Performance of Dementia [Abstract].  The Clinical

Bigler, E. D.     96

Neuropsychologist.  Science poster presented at the Annual Meeting Science Program, Division of Clinical Neuropsychology (40) of the American Psychological Association, San Francisco, CA.

Moran, L. M.,    **Bigler, E.**, Dennis, M., Gerhardt, C., Rubin, K., Stancin T., Taylor, H. G., & Vannatta, K. L.., & Yeates, K. O. (2012, February). Relationship between social information processing and perceived social competence in pediatric traumatic brain injury. Paper presented at the annual meeting of the International Neuropsychological Society, Montreal.

Mortensen, J.,    Hannan, C.R., White, J., Fearing M., Tate, D., **Bigler, E.D.** (2003, February 5-8). The Boston Naming Test, dementia, and temporal lobe pathology.  Poster presented at the International Neuropsychological Society Thirty-First Annual Meeting, February 5-8, 2003, Sheraton Waikiki: Honolulu, Hawaii.

Nielson, J.,    **Bigler, E.D.** (2009, February 12).  Subtypes of autism based on corpus callosum microstructure:  A diffusion tensor imaging and neuropsychological study. [Poster presentation]. Annual Conference of The International Neuropsychological Society, Atlanta Marriott Marquis, Atlanta, Georgia.

Orme, S.,    Clark, E., **Bigler, E.D.**, Pompa, J., & Kircher, J.  (1998, August 14-18). Session: Neuropsychological Assessment, Methodological Consideration in Pediatric Traumatic Brain Injury Research.  106th Annual Convention of the American Psychological Association.  Moscone Center, San Francisco, CA.

Piran, N.,    & **Bigler, E.D.** (1981). A Neuropsychological Investigation of the Theory of Schizophrenia. Paper read at the American Psychological Association Meetings, Los Angeles, CA.

Porter, S.,    Anderson, C.V. & **Bigler, E.D.** (1993, October).  A serial study of hippocampal atrophy in neuropsychological outcome of 35 traumatically brain injured patients. Intermountain Neuroscience Chapter Meeting of the Society for Neuroscience, University of Utah, UT.

Ramos, M.A.,    Yallampalli, R., **Bigler, E.D.,** Chu, Z., Hunter, J., Menefee, D., McCauley, S., Levin, H., Wilde, E. (2007, March 29-April 1).  A diffusion tensor imaging study of the cingulate gyrus following traumatic brain injury. Poster presented at the 2007 Biennial Meeting of the Society for Research in Child Development (SRCD), The Sheraton Hotel, Boston, Massachusetts.

Reichman, M.V.,    **Bigler, E.D.**, & Blatter, D.D. (1994, October).  Biomechanics of Cerebral Concussions and Radiographic Considerations.  Medicine in the Intermountain West:  Update 1994, LDS Hospital, Salt Lake City, UT.

Reynolds, C.R.,    **Bigler, E.D.** (1994).  Factor structure, factor indexes, and other useful statistics for interpretation of the Test of Memory and learning (TOMAL). Paper presented at the 1994 annual meeting of the National Academy of Neuropsychology, November, Orlando, Florida.

Rice, S.A,    **Bigler, E.D.**, Lainhart, J., McMahon, W., Coon, H., Ozonoff, S. (2003, February 5-8).  Corpus callosum morphology in autism. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

Bigler, E. D.    97

Rice, S.A.,          **Bigler, E.D.**, Lainhart, J. Tate, D.F., McMahon, W., Coon, H., & Ozonoff, S. (2002, July24-27).  Corpus Callosal Differences in Macrocephalic Autism and Relationship to IQ.  Abstract presented at the International Neuropsychological Society Twenty-Fourth Mid-Year Meeting, July 24-27, 2002, Stockholm City Conference Center: Stockholm, Sweden.

Robinson, K. E.,     **Bigler, E. D.**, Dennis, M., Taylor, H. G., Rubin, K., Vannatta, K., Gerhardt, C., Stancin, T., & Yeates, K. O. (2015, February). Executive function and theory of mind as predictors of social adjustment in childhood TBI: Regional brain injury as a moderator. Paper presented at the annual meeting of the International Neuropsychological Society, Denver.

Robinson, K. E.,     Fountain-Zaragoza, S., Dennis, M., Simic, N., Agostino, A., Taylor, H. G., **Bigler, E.**, Rubin, K., Vannatta, K., Gerhardt, C. A., Stancin, T., & Yeates, K. O. (2013, April).  Cognitive and social-cognitive predictors of social outcome in childhood traumatic brain injury. Poster presented at the National Conference on Child Health Psychology, New Orleans, LA.

Ross, C.,            Hallam, B., Buckwalter, J.G., **Bigler, E.D.**, Brown, W.S. (2003, February 5-8). Regional callosal changes in three forms of dementia.  Poster presented at the International Neuropsychological Society Thirty-First Annual Meeting, February 5-8, 2003, Sheraton Waikiki: Honolulu, Hawaii.

Ryser, D.K.,         Egger, M.J., Horn, S., Handrahan, D., Gandhi, P., & **Bigler, E.D.** (November, 2002).  Predicting changes and length of stay for inpatient rehabilitation after traumatic brain injury. Poster presented at the Annual Meeting of the Academy of Physical Medicine and Rehabilitation in Orlando, Fl. Poster 11, Archives of Physical Medicine and Rehabilitation, 83, p.1647-1648.

Ryser, D.K.,         Johnson, S.C.., Blatter, D.D., Russo, A.A., Barker, L.H., Primus, E., **Bigler, E.D.** (1994, September 25).  Quantitative Analysis of Magnetic Resonance Imaging post TBI: Correlation with the Functional Independence Measure (FIM) on admission and discharge from Rehabilitation.  International Association for the study of Traumatic Brain Injury, St. Louis, MO.

Ryser, D.K.,         & **Bigler, E.D.** (1994, January).  Usefulness of Subjective and Semi-Quantitative Analysis of CT & MR Neuroimaging for Predicting TBI Outcome.  Sheldon Berrol, M.D. Brain Injury Symposium, Salt Lake City, UT.

Shultz, E. L.,       Robinson, K. E., Dennis, M., Taylor, H. G., **Bigler, E. D.**, Rubin, K., Vannatta, K., Gerhardt, C. A., Stancin, T., & Yeates, K. O. (2015, April). The impact of cognitive factors on the relationship between pediatric traumatic brain injury and adaptive functioning outcomes. Poster presented at the annual conference of the Society of Pediatric Psychology, San Diego, CA.

Skoog, I.            **Bigler, E.D.,** (August 18, 2003). The Gothenberg Longitudinal Study on Aging. Early life risk factors for dementia. [Abstract Presentation]. 11th Congress of the International Psychogeriatric Association (IPA), Chicago, IL.

Sweet, J.J,                  Millis, S.R., Connor, D.J., Hasker, P.D., & **Bigler, E.D.** (1998, August 14-18). Symposium: Detection of Feigned Cognitive Impairments–Current Issues and Future Approaches. 106th Annual Convention of the American Psychological Association. Moscone Center, San Francisco, California.

Tate, D.F.,                  Miller, M.J., Rice, S.A., Cleavinger, H.B., & **Bigler, E.D.** (August 24, 2001). Clinical Significance of Hippocampal Asymmetry in Alzheimer's Disease [Abstract]. The Clinical Neuropsychologist. Science poster presented at the Annual Meeting Scientific Program, Division of Clinical Neuropsychology (40) of the American Psychological Association, San Francisco, CA.

Tate, D.F.,                  Gilbert-Tate, J.J., & **Bigler, E.D.** (February 1998). Berry's Test of Visual-Motor Integration and the Test of Nonverbal Intelligence: A Comparison Among School Children in India. Twenty-sixth Annual International Neuropsychological Society Conference, Honolulu, Hawaii.

Taylor, H. G.,               **Bigler, E.**, Dennis, M., Gerhardt, C., Rubin, K., Stancin T., Vannatta, K., & Yeates, K. O. (2012, February). Friendships, acceptance, and social characteristics among children with traumatic brain injury. Symposium paper presented at the annual meeting of the International Neuropsychological Society, Montreal.

Turkheimer, E.              Farace, E., Yeo, R.A., & **Bigler, E.D.** (February 1992). A closer look at gender differences in verbal and performance IQ following unilateral lesions [Abstract]. Journal of Clinical and Experimental Neuropsychology. Poster presented at the annual meeting of the International Neuropsychological Society, San Diego, California.

Weaver, L.K.,                Deru, K., Fearing, M.A., Hopkins, R.O., Foley, J.F., Orrison, W.W., **Bigler, E.D.** (June, 2005) Carbon Monoxide (CO) Poisoning in 12 Young, College-Educated Skiers. Abstract presented at the Annual Undersea and Hyperbaric Society Meeting, Orlando, Florida.

White, J.,                   Mortensen, J., Hannan, C. R., Fearing, M., Tate, D., and **Bigler, E.D.** (Feb 5-8, 2003).Performance on the Logical Memory Measure and Temporal Lobe Atrophy. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

White J.,                    Mortensen J., Hannan C.R., Fearing M., Tate D., **Bigler, E.D.** (October, 2002) The Controlled Oral Word Association Measure and Animal Fluency Test and Temporal Lobe Atrophy. Poster accepted for presentation at the 22nd Annual Conference of the National Academy of Neuropsychology, Miami, Florida.

Wilde, E.A.,                 **Bigler, E.D.**, (September 27-29, 2007) "Relation of a Composite Fractional Anisotropy Score Using Diffusion Tensor Imaging Tractography to Outcome in Traumatic Brain Injury" Abstract presentation given at NABIS 5th Annual Brain Injury Conference, Westin Riverwalk Hotel, San Antonio, Texas.

Wilde, E.S.,                 **Bigler, E.D.**, (September 27-29, 2007). "Glasgow Coma Score Predicts Long-term Cerebral Atrophy in Pediatric Traumatic Brain Injury." Abstract given as an oral presentation at North American Brain Injury Society (NABIS) 5th Annual Brain Injury Conference, Westin Riverwalk Hotel, San Antonio, Texas.

Wilde, E.A.,    Hunter, J.V., Chu, Z., **Bigler, E.D.,** Fearing, M.A., Hanten, G., Li, X., Newsome, M., Scheibel, R., & Levin, H.S., (February 1- 4, 2006) "Diffusion Tensor Imaging in Relation to Cognitive Control in Children Following Moderate to Severe Traumatic Brain Injury".[Abstract] International Neuropsychological Society, 34th Annual Meeting Program & Abstracts, p.201.  Presented at the 34th Annual meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, Massachusetts, USA.

Wilde, E.A.,    Bartholomew, J., Lowry, C., Ryser, D.K., **Bigler, E.D.**, Gandhi, P.V., Hessel, C.D., Brooks, M., Nielsen, D., & Blatter, D.D.  (1998, August 14-18).  QMRI Correlates With Acute Cognitive and Functional Measures in TBI.  Paper Session: Neuroimaging and Cognition in Traumatic Brain Injury.  106th Annual Convention of the American Psychological Association.  Moscone Center, San Francisco, California.

Wilde, E.A.,    Bartholomew, J., **Bigler, E.D.**, Meyer, K.J., Ryser, D.K., Blatter, D.D., Lowry, C., Brooks, M.P., & Nielsen, D.L.  (1997, August). QMRI and FIM Outcome in Substance-Abusing TBI patients.  Chicago, Illinois.

Wolkowitz, O.M.,    Lupien, S.J., **Bigler, E.D.** (September 8, 2003) The "Post-Steroid Dementia Syndrome":  An Unrecognized Complication of Glucocorticoid Treatment. Poster and Abstract Presentation to be given at the 34th annual congress meeting of The International Society of Psychoneuroendochrinology (ISPNE), Rockefeller University, New York, NY.

Woon, F.M.,    Cramond, A.C., Wu, C., Cannon, P.C., **Bigler, E.D.**, Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (November 6, 2007). Intelligence scores and amygdala volume in individuals with Autism. [Poster Presentation]. 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ.

Wu, C.    **Bigler, E.D.**, Halsey, S., Yallampalli, R., Chu, Z., Li, X, Hunter, J.V., Vasquez, A.C., Levin, H.S., Wilde, E.A.  (2010, February).  Alterations of the cerebral peduncle following severe traumatic brain injury [Poster Presentation]. Annual Conference of The International Neuropsychological Society, Acapulco, Mexico.

Wu, C.,    **Bigler, E.D.,** (2009, February). Longitudinal changes of the corpus callosum pathways subsequent to traumatic brain injury [Poster presentation]. Annual Conference of The International Neuropsychological Society, Atlanta Marriott Marquis, Atlanta, Georgia.

Wu, C.,    Cramond, S., Woon, F.M., Cannon, P.C., **Bigler, E.D.**, Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (November 6, 2007).  Fusiform gyral volume, intellectual ability and autism [Poster Presentation]. 27th Annual meeting of the National Academy of Neuropsychology, Scottsdale, AZ.

Yallampalli. R.,    Wilde, E.A., **Bigler, E.D.** (September 27-29, 2007). The Relation of Temporal Diffusion Tensor Imaging (DTI) to the Behavior Assessment System for Children (BASC-2) in Traumatic Brain Injury." Poster presentation given at NABIS 5th Annual Brain Injury Conference, Westin Riverwalk Hotel, San Antonio, Texas.

Yeates, K. O.    **Bigler, E.**, Dennis, M., Gerhardt, C., Rubin, K., Stancin T., Taylor, H. G., & Vannatta, K. (2012, February). A heuristic model for the study of social outcomes

in childhood traumatic brain injury. Symposium paper presented at the annual meeting of the International Neuropsychological Society, Montreal.


Yeo, R.A.,                    Turkheimer, E., & **Bigler E.D.** (1984). The Influence of Sex and Age on Unilateral Cerebral Lesion Sequelae. Paper presented at the XII annual meeting of the International Neuropsychological Society (INS), Houston, Texas.

## PROFESSIONAL AND HONORARY SOCIETIES:

American Psychological Association
Society for Neuroscience
New York Academy of Sciences
National Academy of Neuropsychologists
Sigma Xi, the Research Society of North America
International Brain Injury Association
International Neuropsychological Society
American Academy of Neurology

## AWARDS AND SCHOLARSHIPS:

Henry Stonnington Award (2015). Award presented by Brain Injury for 1st Place Winner for best review paper in 2014.

President of the International Neuropsychological Society, 2014.

Incoming President of the International Neuropsychological Society, 2013.

Hickman Outstanding Scholar Award:  (2009).  Award presented by Brigham Young University's College of Family Home and Social Sciences to the outstanding scholar of the year.  Award received March 26, 2009 at the 16th Annual Martin B. Hickman Outstanding Scholar Lecture: "The Enchanted Loom: MRI, The Developing Brain and Autism."

Morita Distinguished Fellow (2008).  Presented by the Rehabilitation Hospital of the Pacific, May 21, 2008. "Awarded to international experts in the field of medical rehabilitation and seeks to provide the highest levels of clinical education and training in furthering rehabilitation expertise, primarily for health care providers in REHAB Hospital and in Hawaii."

Award for Scientific Research (2006). North American Brain Injury Society (NABIS), September 15.

Donnette Rachelle White Memorial Award (2006). Brain Injury Association of Utah, October 19, 2006. "for outstanding, dedicated service, and exemplary leadership to the Brain Injury Association of Utah."

Board of Governors, International Brain Injury Association, 2004 – 2006.

Anna Veneri Scientific Award (2003). 5th World Congress, International Brain Injury Association, May 23-26, 2003. Award given for the best scientific poster presentation.  Presented in City Hall, Stockholm, Sweden.  Awarded for the study entitled: "Information processing speed and its relationship to quantitative neuroimaging following moderate and severe traumatic brain injury [Abstract]." by Mathias, J.L., **Bigler, E.D.,** Jones, N.R., Barrett-Woodbridge, M.P., Brown, G.C., Taylor, D.J. Brain Injury, 17, p.136.

Bigler, E. D.      101

President, Intermountain Chapter of Neuroscience, 2002 – 2004.

Treasurer, International Neuropsychological Society, 2001 – 2008.

Karl G. Maeser Distinguished Faculty Lecturer, Brigham Young University, 1999.

Distinguished Clinical Neuropsychologist Award for Career Contributions, National Academy of Neuropsychology, 1999.

Teacher of the Year Award, Department of Psychology, Brigham Young University, 1991-1992.

President, National Academy of Neuropsychologists, 1989-1990.

Outstanding Texas Neuropsychologist: Texas Psychological Association, Healthcare Rehabilitation Center, 1989.

Outstanding Service Award: Texas Association for Education and Rehabilitation of the Blind and Visually Impaired, 1985.

Hogg Foundation Grant (A Neuropsychological contribution to the theory of schizophrenia), 1980-1981.

Dissertation of the Year Award, Department of Psychology, Brigham Young University, 1974-1975.


**EDITORSHIPS, BOARD POSITIONS, ETC.:**

Incoming President of the International Neuropsychological Society

Chair, APA Division 40 Executive Committee, 2006 – 2009

Editorial Board, Neuropsychology, the APA Journal, 2006 – present

Assoc. Editor, Brain Imaging and Behavior Journal, 2006 – present

Treasurer, International Neuropsychological Society, 2001 – 2008

Editor, Texas Psychologist,1978 – 1980

Associate Editor, Journal of the International Neuropsychological Society, 1990 – 2005

Associate Editor: Archives of Clinical Neuropsychology, 1987 – 1998

Consulting Editor, Journal of Clinical and Experimental Neuropsychology, 2000 – Present

Consulting Editor, International Journal of Clinical Neuropsychology, 1978 – 1990

Consulting Editor, Critical Issues in Neuropsychology, Plenum Press, New York, 1984 – 1999

Consulting Editor, Archives of Clinical Neuropsychology, 1986 – 1987

Consulting Editor, Journal of Learning Disabilities, 1986 – 2005

Bigler, E. D.     102

Editorial Board, <u>Neuropsychology Review</u>, 1988 – Present

Consulting Editor, <u>Psychological Assessment,</u> 1990 – 2000

Consulting Editor: <u>Journal of Consulting and Clinical Psychology</u>, 1990 – 1993

Consulting Editor, <u>Neuropsychology,</u> 1993 – Present

Editorial Board, <u>Journal of Psychopathology and Behavioral Assessment</u>, 1998 – Present

Subcommittee Member, (2007). American Academy of Clinical Neuropsychology (AACN) Practice Guidelines for Neuropsychological Assessment and Consultation, <u>The Clinical Neuropsychologist,</u> <u>21</u>(2), 209-231.

Expert Reviewer (2006). Neuroplasticity and brain imaging research: Implications for rehabilitation, <u>Archives of Physical Medicine and Rehabilitation</u>, <u>87</u>(12), Suppl. 2, S1-S93. (This issue sponsored by American Congress of Rehabilitation Medicine.)


## GRANTS (Current and Last 5 years):

**R01 HD042974 (Tony Simon, Ph.D.)**                      **10/15/14 – 5/14/15**
NIH/NICHHD                                                ($16,269)
"Visuospatial Cognitive Deficit in Del22q11.2 Syndrome"
The goals of this grant are to identify dysfunctions I the interaction of spatial and temporal processing and masure the resolution of spatiotemporal attentional selection and identify neural substrates of spatiotemporal dysfunction and of hyptergranularity.
Role:  Co-investigator

**1R01HD76885-01 (Keith O. Yeates, Ph.D.)**              **8/23/13 – 5/31/18**
NICHHD                              (Yr 1: $22,180/yr; Yrs 2-5: $66,276/yr)
"Predicting Outcomes in Pediatric Mild Traumatic Brain Injury"
The overall goal of the proposed project is to influence clinical care and extend scientific knowledge of mild TBI in children and adolescents by examining the utility of diagnostic methods commonly used in clinical settings in the prediction of persistent PCS and functional impairments.
Role:  Co-investigator

**W81XWH-13-20095DoD (David Cifu, M.D.)**               **10/01/13 – 09/30/18**
Virginia Commonwealth University        (Yrs 1-2: $77,679/yr; Yrs 3-5: $174,000/yr)
"Chronic Effects of Neurotrauma Consortium (CENC)"
The Consortium will be focused on basic and preclinical studies to determine the anatomic, molecular, and physiological mechanisms issues with a heavy emphasis on clinical studies to address the comorbidities issues of mild traumatic brain injury (mTBI) sustained by warriors.
Role:  Co-investigator

**1R01HD068432-01A1 (Jeffrey E. Max, MBBC)**            **09/01/11 – 06/30/16**
DHHS/NIH/Eunice Kennedy Shriver NICHHD                    ($85,585/yr)
"A Psychiatric and Imaging Study of Pediatric Mild Traumatic Brain Injury"
Max, Hesselink, Thompson, Wilde, Bigler
The major goals of this study are to examine the natural history, prediction, and consequences of new-onset psychiatric disorder after mTBI.
Role:  Co-investigator

**Past Research Support**

**R01NS21889 (Harvey Levin, Ph.D.)**      **02/15/10 – 01/31/14**
NINDS/NIH      (Yrs 1-2: $8,324; Yr 3: $8.574; Yr 4: $8.831)
"Neurobehavioral Outcome of Head Injury in Children"
Levin, Wilde, Bigler
The major goals of this project are studying changes in cognitive control, motivation, and social cognition in relation to brain regional volumes.
Role:  Co-investigator

**1R01MH080826 (Bigler, Erin D.)**      **08/01/07 – 07/31/12**
DHHS/NIH/NIMH      ($23,010/yr)
"Neuroimaging Analysis of Atypical Neurodevelopment in Autism"
Lainhart, Bigler, Alexander, Lange
The major goal of this longitudinal project is to understand and to identify atypical neurodevelopmental subtypes of autism without associated mental retardation.
Role:  Co-investigator

**1R01HD048946-01A2 (Bigler, Erin D.)**      **06/01/06 – 05/31/12**
DHHS/PHS      ($80,315/yr)
"Neuroimaging Analysis of Pediatric Traumatic Brain Injury"
Yeates, Bigler, Taylor
The major goal is to do an integrative, multi-level study of the social outcomes of childhood traumatic brain injury.
Role:  Co-investigator 15% (1.8 CM)

# Appendix II

Background Materials sent to Dr. Erin Bigler

BACKGROUND MATERIALS FOR ERIN BIGLER

Barrett v. USA, US District Court,
Eastern District of Oklahoma Case Nos.
6:04-cr-00115 JHP
6:09-cv-00105 JHP

Federal Defender's Office

January 13, 2017

*These materials were prepared by legal counsel for Kenneth E. Barrett in anticipation of litigation and to facilitate a confidential evaluation by Erin Bigler. These materials are CONFIDENTIAL and are PRIVILEGED as attorney-client confidential communications and/or attorney work product. They may not be divulged without the written prior consent of counsel for Mr. Barrett.*

Joan M. Fisher
Karl Saddlemire
Tivon Schardl
Federal Defender's Office
801 I Street, Third Floor
Sacramento, California 95814
(916) 498-6666

**Index to Materials Provided on CD**

**Pleadings**
1. Tenth Circuit Court of Appeals Remand Order Setting an Evidentiary Hearing on Our Ineffective Assistance of Counsel Claim Due to Failure to Investigate and Present Mitigating Evidence, *U.S. v. Barrett*, 797 F.3d 1207, 1223-31 (10th Cir. 2015)
2. Excerpt from December 4, 2009 Amended 2255 Motion (Social history excerpt from the ineffective assistance of counsel mitigation claim.)

**March 16, 2009 2255 Motion – Exhibits**
3. Declaration of Ada Blount, Exhibit 74
4. Declaration of Brandy Hill, Exhibit 77
5. Declaration of Carl Cook, Exhibit 102
6. Declaration of Carolyn Joseph, Exhibit 78
7. Declaration of Doris Barrett, Exhibit 80
8. Declaration of Ernest Barrett, Exhibit 81
9. Declaration of Gelene Dotson, Exhibit 97
10. Declaration of Gwen Crawford, Exhibit 83
11. Declaration of Issac Barrett, Exhibit 84
12. Declaration of Janice Sanders, Exhibit 85
13. Declaration of Kathy Trotter, Exhibit 86
14. Declaration of Linda Riley, Exhibit 87
15. Declaration of Mark Dotson, Exhibit 98
16. Declaration of Nona Reich, Exhibit 101
17. Declaration of Phyllis Crawford, Exhibit 91
18. Declaration of Roger Crawford, Exhibit 92
19. Declaration of Ruth Harris, Exhibit 93
20. Declaration of Shawn Hill, Exhibit 95
21. Declaration of Steve Barrett, Exhibit 99
22. Declaration of Travis Crawford, Exhibit 45
23. Declaration of Toby Barrett, Exhibit 96
24. Declaration of Warren Dotson, Exhibit 100

**September 25, 2009 Amended 2255 Motion – Select Exhibits**
25. Declaration of Alvin Hahn, Exhibit 75
26. Declaration of Paul Lunsford, Exhibit 90
27. Declaration of Abby Stites, Exhibit 103

**School Records**
28. Tommie Spear Junior High School & Jay County High School

**Medical Records**
29. Sequoyah Memorial Hospital

30. Eastern State Hospital
31. Saint Francis Hospital
32. Wagoner Community Hospital
33. Bill Willis Community Mental Health Center
34. Miscellaneous Hospital Records
35. State of Oklahoma Disability Determination Unit

**Additional Documents**
36. 2000 Faust Bianco testing
37. 2002 Psychological Evaluation of Bill Sharp, Ph.D.
38. 2003 Faust Bianco's affidavit
39. 2009 Declaration of Bill Sharp, Ph.D.
40. 2009 Declaration of George Woods, M.D.
41. 2009 Declaration of Myla Young, Ph.D.
42. Raw Data from Dr. Young's testing
43. Rescoring of Dr. Young's testing by Dr. Deborah Miora
44. 2005 Psychological Evaluation / Risk Assessment by Dr. J. Randall Price

# Appendix III

## Rule 26 Case List

DEPOSITIONS OF ERIN D. BIGLER, Ph.D. (Last 4 years, updated January 31, 2017)

| Date of Deposition | Name of Case | Case # | Attorney Name & Law Firm |
|---|---|---|---|
| January 30, 2017 | Eduardo Narciso v Front Line Concrete Pumping | 14-0406158 | C. Ryan Christensen<br>Siegfried & Jense |
| January 20, 2017 | Robert and Tyanne Crook, as the parents, natural guardians and conservators of Alexander Crook, a Minor; and Alexander Crook, a Minor Child v Scheels All Sports, Inc. | 140400694 | Lynn C. Harris<br>Jones Waldo Holbrook & McDonough |
| November 8, 2016 | Goff v Mountain States et al. | 160500012 | Lloyd R. Jones<br>Petersen & Associates |
| September 20, 2016 | Webb v United Surgical Partners Intl | D-202-CV-2012-04942 | Elicia Montoya<br>McGrinn, Carpenter, Montoya… |
| July 18, 2016 | Feria v Sun City Amusements, Christian Serrano and Joe Reyes | 2014DCV3765 | James Kennedy<br>James Kennedy PLLC |
| July 14, 2016 | McKeen v Schaneman | 110402763 | Gregory Hoole<br>Hoole & King |
| May 12, 2016 | A Legrand Richards and Cindy Richards v Richard Frost and Joann Frost, individually and as Trustees of the Frostwood Family Revocable Trust, Aspen Ridge Management… | 140401719 | Randall K. Spencer<br>Fillmore Spencer |
| April 29, 2016 | Jones v Nichols | C2014-5526 | Patrick E. Broom<br>Russo Russo & Slania, PC |
| March 23, 2016 | Jeff and Amber Lefler v Bloom Recyclers LLC | 110907765<br>Second District Court of Weber County, Utah | Erik M. Ward<br>Gridley Ward & Hamilton |
| March 4, 2016 | Brandon Tueller, an individual and Hope Tueller, an individual and conservator for T.R., on behalf of their minor children, J.T., a minor child, and R.T., a minor child | 140100131 | Tyler Young<br>Young and Kester |
| February 9, 2016 | Cordle v Santos et al. | A-14-701816-C | David A. Cutt<br>Eisenberg Gilchrist & Cutt |
| October 27, 2015 | State of Florida v Jon Herb | 13-1958-CF | Jerry Berry<br>Law Offices of Jerry Berry, PA |
| September 24, 2015 | Kelvin Carr and Krystle Carr v Taylor Industries LLC | 14-5162 | Carson R. Runge |
| September 22, 2015<br>October 28, 2015 | Lance and Lindsay Affleck et al v Hang Time Midvale LLC et al | 140400055 | Rodger M. Burge<br>Parr Brown Gee & Loveless |
| September 16, 2015 | Baudino v Pacificorp et al | 120408020 P1 | Rick Rose<br>Ray Quinney & Nebeker |
| June 29, 2015 | Joe v ANI | D-101-CV-2014-00058 | Scott Borg<br>Barber & Borg |

## DEPOSITIONS OF ERIN D. BIGLER, Ph.D. (Last 4 years, updated January 31, 2017)

| Date of Deposition | Name of Case | Case # | Attorney Name & Law Firm |
|---|---|---|---|
| April 29, 2015 | Rivera v VW and Audi | 2013-CI-00118 | Burgain Hayes<br>Law Offices of Burgain G. Hayes |
| April 27, 2015 | Sindy Leiva, Individually and as Next Friend of Sheila Castillo v Bruce Family Trust, Bruce Robert Booth d/b/a Rundberg West Apartments, Stonewall Property Group, LLC and O'Connor Properties, Inc. | File #8630-43476<br>353rd Judicial District Court of Travis County, Texas | Stephen W. Shoultz<br>Law office of Stephen Shoultz |
| December 10, 2014 | Hoskins v Ogden Auto | 130904254 | Ryan Christensen<br>Siegried & Jensen |
| December 9, 2014 | Romero v Segura | D820-CV-2012-00071 | Nancy Franchini<br>Gallagher Casados & Mann, PC<br>and<br>Pat Shea<br>Rodey Law Firm |
| October 16, 2014 | Albino v Mettler-Toledo LLC | UWY-CV-12-6015169-S | William J. Ronalter<br>Shipman & Goodwin |
| August 14, 2014 | Michael T. Owens v Express B. Trucking aka Express B. Truck aka Express B. an Illinois corporation Nurulla Suleymanov | 14 CV 01 | Don Sullivan<br>Sullivan Law Firm |
| June 19, 2014 | Mychele Reed, as next friend of Tyler Reed, a minor v Jerry Wayne Squire and Strike, LLC, f/k/a Strike Construction LLC | 2013-44914 | John Sloan<br>Sloan Bagley Hatcher & Perry Law Firm |
| April 30, 2014 | Chavez et al v Southern New Mexico Speedway | 04349/0069 | Paul Bishop<br>Butt Thornton & Baehr, PC |
| April 29, 2014 | Elizabeth L. Baker, Mark D. Baker and Jennifer Cannon v Beverly H. Broadbent | 120400664 | Greg Owen<br>Owen Patterson & Owen |
| March 27, 2014 | Gary Bradford Cone v Wayne Carpenter | 97-2312-JPM | Paul Bottei<br>Federal Defenders Office |
| March 11, 2014 | Abdikadir A. Ahmed and Asha Abdi v Gloria Munoz, Nurto S. Osman and Yellow Cab Company | 110409984 | John Holt<br>Winder & Counsel |
| January 14, 2014 and May 27, 2014 | Thomas v Mitsubishi Motors Corp | 110918768 | Jeff Eisenberg<br>Eisenberg Gilchrist & Cutt |
| October 8, 2013 | Jessica S. Sanders, Individually and as Mother, Natural Guardian, and Next Friend of her infant Daughter, Emma Grace Sanders v Eduardo De Los Reyes, M.D.; Larry Patrick Moss, CRNA;; Anesthesia & Pain Specialists of Bowling Green, PLC | 12-CI-00104 | David B. Gazak Ph.D., J.D.<br>Darby & Gazak, PSC |
| August 22, 2013 | Cheryl Ashike; Latanya Yazzie v Mullen Crane and Transport, Inc., Brock Farnworth | 2:12-cv-0011 | Paul Barber<br>Barber & Borg |

DEPOSITIONS OF ERIN D. BIGLER, Ph.D. (Last 4 years, updated January 31, 2017)

| Date of Deposition | Name of Case | Case # | Attorney Name & Law Firm |
|---|---|---|---|
| July 3, 2013 | James F. Ebel and Patty Ann Ebel v Joe F. Apache, Turner Enterprises, Inc. a Delaware Foreign Profit Company, Vermejo Park, LLC, a Georgia Limited Liability Company, and Joe Does I through V, inclusive | D-101-CV-2012-01210 | Dan Carvalho
Rogers Mastrangelo Carvalho & Mitchell |
| June 24, 2013 | Dylan A. Burrus, by and through his next friend, Hiesha Burrus, et al. v Lear Corporation | 12SL CC00005 | Burgain G. Hayes
Hayes, Murphy & Brown |
| June 17, 2013 | Kirkbride v Terex et al | 2:10-cv-660 TC | David R. Olsen
Dewsnup King & Olsen |
| March 5, 2013 | Brown v Highland Care Center | 110919494 | George Tait
Larson Law |

**TRIAL TESTIMONY OF ERIN D. BIGLER, Ph.D. (Last 4 years, updated January 31, 2017)**

| Date Testified | Name of Case | Case # | Attorney Name & Law Firm | Court Location |
|---|---|---|---|---|
| August 17, 2016 | McKeen v Schaneman | 110402763 | Gregory Hoole<br>Hoole & King | Salt Lake City, UT |
| July 25, 2016<br>and December 6, 2016 | Gary Sampson | | Michael Burt<br>Law Office of Michael Burt | Boston, MA |
| January 13, 2015 | United States v AIC Andrew J. Carroll | Military Court | Capt Roger S. Higgs | Layton, UT |
| September 19, 2013 | Kirkbride v Terex et al | 2:10-cv-660 TC | David R. Olsen<br>Dewsnup King & Olsen | Salt Lake City, UT |