DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:       dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:       Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | CASE NO. CV-09-00105-JHP |

## PETITIONER'S PROFFER OF EXPERT TESTIMONY

## FROM DR. GEORGE KIRKHAM



**The Florida State University**
Tallahassee, Florida 32306-1127

*College of Criminology and Criminal Justice*

June 8, 2009

Mr. Tivon Scharld
Assistant Federal Defender
Federal Defender's Office
801 1 Street, 3rd Floor
Sacramento, CA  95814

RE: *United States v. Kenneth Eugene Barrett*

Dear Mr. Scharld:

Pursuant to your request, I would like at this time to submit the following report relative to the above styled matter.

Let me state at the outset that my analysis of the extensive file provided by your office concerning this case discloses extremely serious violations of well established standards and procedures of the law enforcement profession on the part of the Cherokee County Drug Task Force officers who planned and executed the raid on Mr. Barrett's residence which resulted in the shooting death of Oklahoma State Trooper David Eales.

It is my professional opinion as a criminologist and police standards specialist who has evaluated over three hundred law enforcement shooting incidents throughout the nation, and who has also instructed officers and authored widely used training material on police use of force and the handling of critical incidents, that the procedural violations in question resulted in a tragedy which was both foreseeable and preventable. I would like to emphasize that this conclusion remains even if one hypothetically construes all facts in a light most favorable to the Drug Task Force officers who planned and participated in the raid which was conducted just after midnight on September 24, 1999.

In the vast majority of arrest situations, officers know little or nothing in advance about the persons they are seeking to take into custody and usually have no real opportunity to control the circumstances surrounding the encounter. The instant case was very different in this regard. Drug Task Force officers knew well in advance the following important things about Kenneth Barrett which should have resulted in a very different tactical arrest plan than the one which was utilized:

(1) Barrett was thought by officers to be routinely armed and to have often discharged weapons "wildly" on his property during the nighttime hours. One of the firearms in his possession at the time of the raid was believed to be an AR-15 assault rifle, a formidable long range weapon which posed a foreseeable risk of potential harm to officers as well as residents in the immediate area.

(2)

(2) Barrett had a history of antagonistic encounters with law enforcement officers and had reportedly verbalized homicidal threats against the police, including a determination not to be taken alive. He reported "guarded" his residence at all times.

(3) Barrett had a known serious history of methamphetamine use. Individuals under the influence of this substance commonly exhibit paranoid ideation, sleeplessness, high anxiety and mental confusion. They are often fearful of being attacked by others, including rival drug dealers and police. Their potential for violence is accordingly high.

(4) The terrain surrounding Barrett's cabin was extremely exposed and afforded officers poor cover and concealment during an approach. The seemingly arbitrary decision to conduct this operation under conditions of darkness greatly compounded the danger involved.

Despite knowledge of the aforementioned dangerous circumstances, and a realization that the arrest plan was inherently "high risk" in nature, Drug Task Force officers inexplicably orchestrated and executed what can only be characterized as a chaotic midnight raid on Barrett's armed residence, led by a white unmarked Ford Bronco containing the decedent Trooper Eales and Trooper Hamilton, who cut across a field and rapidly drove toward the cabin with their high beams on—an act which elicited a hail of gunfire from Mr. Barrett's AR-15 rifle and an ensuing firefight.

The case record reveals *absolutely no exigent circumstance* which would have justified such an extremely reckless course of police conduct, given the availability of alternative safe methods for taking a person such as Mr. Barrett into custody.

I have personally examined many situations over the years in which police officers shot other officers simply because they didn't realize they were police (indeed, one such fatal incident occurred earlier this week in New York), as well as incidents where offenders discharged weapons at persons they didn't realize were police officers. I have also examined tragic instances involving nighttime gunfire exchanges between law abiding home owners and police officers which resulted in injury or death because residents mistook police for intruders.

It is obviously imperative that law enforcement officers make their purpose and presence clearly known, unless concerns over the destruction of evidence or imminent danger to themselves or others dictate otherwise. Despite the fact that Task Force members were in possession of a "no-knock warrant," any concern about loss of evidence should have been eclipsed by the issue of officer safety, given what was known about Mr. Barrett's possession of firearms and personal instability.

The precipitous decision by the Cherokee County Drug Task Force to rush Kenneth Barrett's house unannounced, under conditions of darkness, using unmarked vehicles in the lead was a grossly reckless action and one foreseeably likely to evoke a violent response from Kenneth Barrett. *The manner in which this arrest operation was conducted renders unanswerable the important question of whether Barrett realized he was under*

(3)

*siege from law enforcement officers, as opposed to narcotics dealers or others whom he believed might do him harm.* Concern for the safety of all involved, including the arresting officers, *should have mandated making every reasonable effort to assure that Mr. Barrett realized this was a law enforcement operation.*

From a tactical standpoint, the arrest plan should have involved *consideration of the potential for a barricaded gunman situation.* This very real possibility would indicate initial establishment of a safe perimeter around the property by members of the O.H.P. tactical team, including snipers, as well as the presence of trained crisis negotiators at the scene prior to any attempt to initiate communication with Barrett. Plans should also have been made to bring to the location resource persons who could be of assistance in persuading Mr. Barrett to surrender should he refuse to do so (e.g., family members, mental health counselors, clergy-- anyone whose presence might be helpful should a crisis situation develop).

Let me represent to you that from a professional police standards and procedures standpoint, the accepted tactical sequence in this type of situation (absent imminent danger to another person) is always: (1) Talk them out; (2) Force them out (e.g., by cutting power to the residence, use of tear gas projectiles, etc.); (3) Take them out; It should be noted that entry and confrontation are regarded as a *last resort* because of the obvious danger involved and should be attempted only when negotiations to persuade the person to surrender have clearly been exhausted.

In the case at hand, communication with Mr. Barrett should and could have been initiated from sufficient distance and cover to afford Task Force officers a reasonable degree of safety. Marked patrol cars with their overhead emergency lights operating should have been positioned outside the gate to Barrett's property in a highly visible position. Service of the warrant under daylight conditions would have afforded officers better visibility of the cabin and the area immediately surrounding it, as well as resolving any question as to Barrett's awareness of the presence of law enforcement. Given the fact that Barrett ostensibly had neither a land line nor a cell phone, a patrol car P.A. or bullhorn could have been utilized from a position of cover to announce that officers were there to execute a warrant for his arrest, and to order him to exit the cabin with his hands empty and in view. In this kind of widely employed apprehension scenario, Task Force members would not have needlessly exposed themselves to potential gunfire or risked misidentification, and all communications by police negotiators seeking to persuade Kenneth Barrett to surrender would have been conducted from a safe position. After reviewing the circumstances surrounding this incident, one is led inexorably to ask why the Cherokee County Drug Task Force would not have opted to use a vastly safer method of apprehension.

Caution, patience and a prioritizing of safety are essential elements in the handling of such a potentially dangerous arrest. The passage of time usually works to the advantage of officers, with most such encounters eventually being resolved without serious injury or loss of life to anyone. Unfortunately, the Cherokee County Task Force officers who participated in this raid, including Tactical Team Commander Kerry Pettingill, evidently lacked essential training and experience in the planning and execution of such arrests.

(4)

In conclusion, it is my considered professional opinion that the violations of well established standards and procedures of the police profession discussed in this report were a significant cause of the preventable violence which occurred at Kenneth Barrett's residence on September 24, 1999.

Please do not hesitate to contact me further at this time should you require any additional information or clarification of any of the points made in this report.


Very truly yours,

George L. Kirkham
Professor Emeritus

# Appendix A

## Curriculum Vitae of Dr. George Kirkham

*Dr. George Kirkham and Associates, Inc.*
_____
**Criminal Justice Consultants**

# Professional Vita

## Education

B.A. Criminology, California State University at San Jose
("With Distinction" and "Departmental Honors in Criminology")

M.S. Criminology, California State University at San Jose

D. Crim., University of California at Berkeley

## Present Occupation

Professor Emeritus, College of Criminology and Criminal Justice, Florida State University, Tallahassee, Florida.

## Law Enforcement Consultation

Experience as a private consultant and expert witness for both plaintiff and defense in over 1,500 cases of civil litigation arising from police actions, private security operations and jail and confinement conditions in nearly every state.

Executive Director and Certification Board Member of the National Academy of Police Specialists (N.A.P.S)

Former Associate Member: International Association of Chiefs of Police (l.A.C.P)

Former Member: Police Benevolent Association (P.B.A.)

Certified Police Officer, State of Florida (1973-1992)

Author, with Professor James D. White, of a series of police civil liability training videos and instructional manuals currently in use throughout the United States (See "Publications") in the training of both line officers and administrators.

Past Member, Board of Directors, Americans for Effective Law Enforcement;
A.E.L.E. is a non-profit legal research organization founded by Fred lnbau, John Henry Wigmore Professor of Law Emeritus at Northwestern University; it serves the law enforcement profession through amicus curiae briefs, publications, workshops and research programs.

Member, Board of Directors, International Law Enforcement Stress Association (ILESA).

Director, National Conference on Stress in Policing (Orlando, Florida).

**Served as an instructor, lecturer, or consultant to the following agencies and organizations:**

Callahan Commission, Massachusetts Police Training Council

British Metropolitan Police, Peel Centre

New York City Police Department, Police Benevolent Association

NBC News, for proposed documentary on convicted mass-murderer Theodore Bundy

Detroit Police Officers' Association

Philadelphia Police Department

Pennsylvania State Police

Virginia State Police

Maine State Police

Yonkers, New York, Police Department

Police Officers Association of Michigan

Albuquerque, New Mexico Police Department

Cincinnati, Ohio Police Department

Dayton, Ohio Police Department

Roanoke, Virginia Police Department

Toronto Metropolitan Police

United States Military Police Training Center, Fort McLellan, Alabama

United States Treasury Department, Consolidated Federal Law Enforcement Training Center

Federal Bureau of Investigation, Quantico, Virginia

Northwestern Traffic Institute

International Association of Women Police

North Carolina Law Enforcement Officer's Association

Advisory Council on Sheriff Affairs, Lorain, Ohio

Florida Sheriff's Association

Florida Peace Officer's Association

State of Indiana, Fraternal Order of Police

Southern Police Institute

Law Enforcement Assistance Administration (L.E.A.A.)

Kenosha, Wisconsin Professional Police Association

Ohio Association of Police Chiefs

Western Colorado Peace Officers Association

National Association of State Directors of Law Enforcement Training (N.A.S.D.L.E.T.)

Florida Police Standards and Training Commission

Jacksonville, Florida Police Department

St. Petersburg, Florida Police Department

Tallahassee, Florida Police Department

Office of the State Attorney, 16th Judicial Circuit of Florida (for investigative evaluation of organizational and personnel problems within the Key West, Florida Police Department)

Office of the State Attorney, 15th Judicial Circuit of Florida, Palm Beach County, Florida

Office of the State Attorney, Miami, Florida

Member, Selection Board for Chief of Police for Fort Walton Beach, Florida

New Port Richey, Florida Police Department

National Institute for Occupational Health and Safety, U.S. Department of Health,

Education and Welfare (for police stress research)

Leon County Sheriff's Department

Florida Highway Patrol

National College of District Attorneys

California District Attorneys' Association

Florida Criminal Justice Educators Association

Americans for Effective Law Enforcement (A.E.L.E.), Evanston, Illinois, Past Board Member

Florida Public Defenders Association

Florida Professional Practices Council

State of Utah Peace Officers Association

Columbia, South Carolina Criminal Justice Academy

Wisconsin Department of Justice

Florida Police Task Force, Governor's Committee on Criminal Justice Standards and Goals

Utah League of Cities

**Other Professional Experience**

Research Criminologist, Systems Analysis Division, Stanford Research Institute, Menlo Park, California.

Project Director and Research Associate,The Center for Interdisciplinary Studies, California State University at San Jose

Consulting Editor, Journal of Police Science and Administration

Editorial Consultant, Harper and Row Publishers, Media Division

Graduate, Florida Police Standards and Training Academy

Police Patrolman, City-County of Jacksonville, Florida

Police Officer, City of Tallahassee, Florida

Deputy Sheriff, Leon County, Florida

Agent, Organized Crime Division, Broward County Sheriff's Department under U.S. Department of Justice Grant

Correctional Counselor, California Department of Corrections, Soledad State Prison

Director, National Study of Jail Inmates on Work Release, Santa Clara County Jail, Elmwood Rehabilitation Facility

Doctoral level counseling under supervision of psychoanalyst Bernard L. Diamond, M.D., at Langley Porter Neuropsychiatric Clinic and Mount Zion Hospital Outpatient Psychiatric Clinic

## Published Works:

**Books**

George Kirkham & Leonard Territo, Ivory Tower Cop (Durham: Carolina Academic Press, 2009).

George Kirkham & Leonard Territo, Criminal Investigation Instructor's Manual for Ivory Tower Cop
(Durham: Carolina Academic Press, 2009).

Leonard Territo & George Kirkham, International Sex Trafficking of Women and Children: Understanding the Global Epidemic (New York: Looseleaf Law Publications, 2010).

George L. Kirkham & Laurin Wollan, Introduction to Law Enforcement (New York: Harper and Row, 1979). George L. Kirkham, Signal Zero: The True Story of a Professor Who Became a Cop (New York: J.B. Lippincott, 1976). Selected by Book-of-the- Month Club as November 1976 Alternate. (Motion picture options sold to David Hartman of ABC)

George L. Kirkham, Signal Zero: The True Story of a Professor Who Became a Cop, (New York: J.B. Lippincott, 1976). Selected by Book-of-the-Month Club as alternate.

**Educational Films & Video Tapes**

George L. Kirkham and James D. White, Police Human Relations: Non-Verbal Communication, Parts I, II, & III (Tallahassee, Florida: The Florida State University and the Tallahassee Police Department, Freestyle Productions,(1989)

George L. Kirkham and James D. White, Police Civil Liability: Negligent Operation of Police Motor Vehicles (New York: Harper and Row, 1978)

George L. Kirkham and James D. White, Negligent Use of Police Firearms (New York: Harper and Row, 1978).

George L. Kirkham and James D. White, Police Use of Deadly Force (New York: Harper and Row, 1979).

George L. Kirkham and James D. White, Excessive Force and the Police (New York: Harper and Row, 1979).

George L. Kirkham and James D. White, Police Supervisory Liability (New York: Harper and Row, 1979).

George L. Kirkham and James D. White, Police Officers and the Federal Civil Rights Act (New York: Harper and Row, 1979)

George L. Kirkham, Police: The Human Dimension: "Stress" (New York: Harper and Row, 1976)

George L. Kirkham, Officer Stress Awareness (New York: Harper and Row, 1976)

George L. Kirkham, Internal Adaptations to Stress in Modern Law Enforcement New York: Harper and Row, 1976)

George L. Kirkham, External Reactions to Stress in Policing (New York: Harper and Row, 1976).

George L. Kirkham, The Police Marriage: Personal Issues (New York: Harper and Row, 1976).

George L. Kirkham, Police Children: Issues and Problems (New York: Harper and Row, 1976).

George L. Kirkham, The Police Marriage: Social Pressures Affecting It (New York: Harper and Row, 1976).

George L. Kirkham, Police Authority and Informal Discretion, Part I (New York: Harper and Row, 1976).

George L. Kirkham, Police Authority and Informal Discretion, Part II (New York:Harper and Row, 1976).

George L. Kirkham, Minorities and the Police (New York: Harper and Row, 1976).

* Recipient of the Golden Eagle Award, Council on International Non-Theatrical
* Events: selected to represent the United States in motion picture events abroad.  Also awarded The Chris Plaque, Columbus Film Festival (1976).

George L. Kirkham, Police Ethics: Part I (New York: Harper and Row, 1976).

George L. Kirkham, Police Ethics: Part II (New York: Harper and Row, 1976).

George L. Kirkham, The Police Officer in the Community Part I (New York: Harper and Row, 1976).

George L. Kirkham, The Police Officer in the Community: Part II (New York: Harper and Row, 1976).

**Articles and Professional Papers**

George L. Kirkham, "Police Firearms Accidents," Police (May, 1989), Vol. 12, No.3.

George L. Kirkham and James D. White, "Body Language and Policing: A Training Series," Parts I, II, & Ill  (Tallahassee, Florida: The Florida State University,1990)
George L. Kirkham, Convener, "Death Behind Bars," (Panel Presentation on the problem of suicide in Jails and Prisons), Southern Conference on Corrections, (February, 1989).

George L. Kirkham and James D. White, "A Police Civil Liability Handbook," Harper and Row, 1976).

George L. Kirkham, "The Policeman and the Law: A Changing Perspective," Barrister (December, 1976).

George L. Kirkham, "The Criminologist as Police Officer; A Participant-Observation Study," paper presented to the American Society of Criminology; subsequently published in Donal E.J. MacNamara and Frank Reidel, Police: Problems and Prospects  (New York: Praeger, 1975)

George L. Kirkham, "On the Etiology of Police Aggression in Black Communities," paper presented to the American Society of Criminology (1974).

George L. Kirkham, "Doc Cop," Human Behavior (May, 1975).

George L. Kirkham, "A Professor's Street Lessons," F.B.I. Law Enforcement Bulletin (March, 1974); reprinted as "From Professor to Patrolman: A Fresh  Perspective on the Police," The Journal of Police Science and Administration  (May, 1974): also reprinted by numerous law enforcement journals throughout the world, including Interpol.

George L. Kirkham, "Jail Inmates on Work Furlough," with T. Conway Esselstyn, Ph.D., et. al., Criminologica (November, 1969). Also presented by Dr. Kirkham at the joint annual meeting of the American Society of Criminology and the American Association for the Advancement of Science (1968).

George L. Kirkham, "Evaluating Work Furlough," with Alvin Rudoff, Ph. D., et. al., Federal Probation (March, 1971).

George L. Kirkham, "The Potential Rehabilitative Role of Work Release Programs for Jail and Prison Inmates," paper presented at the First Inter-American Congress on Criminology, San Juan,  Puerto Rico, 1971

George L. Kirkham, "The Utility of lnternships as an Educational Device in the Field of

Criminology," paper  presented (in absentia) at the Second Inter-American Congress of Criminology, Caracas, Venezuela (1971)

"Work Release Programs for Jail Inmates: Their Economic and Rehabilitative Value" with T. Conway Esselstyn, Ph.D. and Alvin Rudoff, Ph.D.

**Research Grants**

"Model Police Interpersonal Communications Training Project," Law Enforcement Assistance Administration

"Training Municipal Police in Community Relations and Emotional Control Skills," Law Enforcement Assistance Administration

"Enrichment of the Criminology Curriculum at Florida State University"

"Training Correctional Personnel in Stress Management Techniques," National Institute of Corrections and Florida Division of Corrections (with Professor James D. White)

**National Recognition and Community Service Awards**

Innovative research and work in the field of law enforcement have been the subject of numerous national media programs and publications, including:

CBS "60 Minutes"

NBC "Tomorrow Show"

ABC "Good Morning America"

Newsweek

U.S. News & World Report

People Magazine

Reader's Digest

J. Edgar Hoover Award ". . . for outstanding contributions to effective law enforcement" (Miami Beach, 1976)

Distinguished Service Award, Reserve Law Officers Association of America

26th Annual Freedom's Foundation at Valley Forge Award for the 1975 article, "What a Professor Learned When He Became A Cop"

"Award of Appreciation in Recognition of Outstanding Service on Behalf of Municipal Police in the State of Ohio," Ohio Association of Chiefs of Police

"Award of Recognition," Toronto Metropolitan Police

Optimist International Award for Outstanding Service to Law Enforcement"

"Award in Recognition of Outstanding Service to Law Enforcement Nationwide," Florida Peace Officers Association

"Award for Outstanding Contributions to Law Enforcement Education and the American Justice System," California Association of Justice Educators

"Award of Recognition," Southern Police Institute, University of Louisville

Listed in "Who's Who in Law Enforcement"

Founder, Officer Ernest Ponce de Leon Memorial Law Enforcement Scholarship at Florida State University College of Criminology and Criminal Justice

# Appendix B

## Rule 26 Case List

# Rule 26 Case List for Dr. George Kirkham

## 2016

ALAIN WILLIAM LOPEZ-CAZORLA V. C & L ENTERPRISES DBA OAKRIDGE CENTER & DON ASHER & ASSOC., INC

ATTY: MELISSA CROWLEY


KEOMANIVONG, ET AL V. THE HOLDER GROUP RED GARTER LLC, ET AL.

CASE # CV-C-13.888

ATTY: PRIYA NAVARATNASINGHAM


JESSE STRONG V. 2825 CENTRAL LLC DBA SUNRISE TOWER APTS & TRIUMPH HOUSING MGMT.

ATTY: DANIELLE BALCZON


MALIKA WEST, ET AL V. EAGLES CRESTE HOUSING PARTNERS, L.P., ET AL.

ATTY: JOHN BEY


JASMINE LANDERS, ET AL V. HIGHLANDS AT EAST ATLANTA, L.P., ET AL.

ATTY: JOHN BEY


ESTATE OF AARON BRUCE CADMAN V. STEPHEN DENNIS POLICE OFFICER, TOWN OF HENNIKER POLICE DEPT. & TOWN OF HENNIKER

CASE # 1:16-CV-00202

ATTY: GEORGE T. CAMPBELL, III


LAWRENCE FAULKENBERRY V. CALDWELL COUNTY, ET AL.

U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

CASE # 1:15-CV-01089

ATTY: TREK DOYLE

2

ESTATE OF BILLY COLLINS, JR. V. LOUISA POLICE DEPT.

U.S. DISTRICT COURT

CASE # 16-CV-00068-HR W

ATTY: MICHAEL J. CURTIS


STATE OF FLORIDA V. JASEN WILLIAMS

CASE # 2015CFR009567AXX

ATTY: MARC SHINER


STATE OF FLORIDA V. RICHARD LUCIBELLA

ATTY: MARC SHINER


MARTINEZ V. CITY OF BUDA & WALMART

ATTY: ROBERT L. RANCO


TERRY, BRIEANNE V. AFFINITY AT WINTER PARK APT. HOMES

ATTY: JAMES T. LYNCH


ESTATE OF KEVIN MATTHEWS

U.S. DISTRICT COURT

CASE # 2:16-CV-13763-GCS-SDD

ATTY: MILTON H. GREENMAN/ERIK L. PROULX


VELAZQUEZ V. BENITES

ATTY: ALEXANDER LANGMO OF ADAM/COOGLER

3

GRAYSON, EDDIE V. FORREST PARK SOUTH

CASE # 2013-CA-024226

ATTY: CHRISTOPHER CURRY


DAWN A. DONIGAN V. PUBLIX SUPER MARKETS, INC.

CASE # 12-000079

ATTY: MATTHEW D. WEISSING


BREAION KING

ATTY: BROADUS A. SPIVEY


CRISP V. CITY OF AUSTIN

ATTY: BROADUS A. SPIVEY


CHERRIE OSBORNE V. BRECK BULLOCK, MCDONALD'S USA, LLC, & VALDES ENTERPRISES, LLC.

CASE # 2015-CP-26-848

ATTY: KEITH GIESE/DAVID SCOTT


DALMATA V. WALMART

ATTY: JOHN K. LAWLOR


BETTY J. ALEXANDER V. CORINE FINKEL GOODSTEIN FKA CORINE FINKEL, AS TRUSTEE, ET AL.

CASE # 2014-CA-011386-0

ATTY: BARRY S. BALMUTH


JAVIER VILA & MARY ISABEL VILA CSC BRAZILIAN, LP – DBA BRAZILIAN COURT HOTEL

CASE # 0326-0072-00

ATTY: DAX DIETIKER

4

MARIA GOMEZ V. EL PALACIO DELA COMIDA, LLC

CASE # GL-15701

ATTY: JAY KELL/HOWARD A. KRIGSMAN


JAMES SIZER V. CITY OF AUSTIN

CASE # 1:15-CV-01143-SS

ATTY: BOBBY R. TAYLOR


ESTATE OF MELFORD J. LITTLE V. TOWN PARK PLAZA NORTH CONDOMINIUM ASSN., INC. ET AL.

CASE # 1:15-006573-CA-01 (21)

ATTY: PHILLIP J. MITCHELL, JR.


ALEXIS DIXON

ATTY: JASON NEUFELD/DAVID KLEINBERG


CHRISTOPHER FRANCOIS V. YOUTH SERVICES INTERNATIONAL, INC.

CASE # 14505.1 DMK

ATTY: DAVID M. KERNER


JOHN MARTIN CRIST V. YOUTH SERVICES INTERNATIONAL, INC.

CASE # 14592.1 DMK

ATTY: DAVID M. KERNER


AREZOUMANDIFAR, ALI E/O V. BOYNTON SHOPPES, LLC, ET AL.

CASE # 20151068

ATTY: EDWARD V. RICCI

GILL, RYAN E/O V. THE BACKYARD BOYNTON BEACH

CASE # 20130600

ATTY: ADAM S. HECHT


COREY PATERNOSTER V. TOWN OF STRATFORD, ET AL.

ATTY: TIMOTHY M. RAMSEY


NEILLY, THEODORE V. CITGO

ATTY: LOUIS A. DEFREITAS, JR.


OLOF MARCUS KANGRO

ATTY: WILLIAM R. PONSOLDT, JR.


STEWART/CHAPMAN V. HAMPTON COURT

BROWARD COUNTY COURT

CASE # 502014CA013917XXXXMB

ATTY: JOHN K. LAWLOR


ANDREW TONY V. PIZZA HUT OF AMERICA, INC.

CASE # 16-2014-CA-003210

ATTY: MICHAEL P. MORAN


HENDERSON V. VILLAGE OF TEQUESTA

CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN PALM BEACH COUNTY

CASE # 50-2114-CA001124-XXXXMB

ATTY: BARRY BALMUTH


FERGUSON, GLENN V. UNIVERSAL STUDIOS

ATTY: VINCENT M. D'ASSARO


6

DAVIS, CHRIS V. ESTERLINE CONSTRUCTION & EDMONSTON

CASE # 2014-CA-003392

ATTY: RONALD L. HARROP


RONALD HARRISON V. ROBERT BAKER & STATE FARM CLAIM #005404225

ATTY: LAURIE PRIMUS


**2015**


SHAMONI GIBBS ADMINISTRATOR OF THE ESTATE OF WILLIAM C. GIBBS III V. WAFFLE HOUSE STORE1919, LENIOR COUNTY, CHRIS HILL LENOIR COUNTY SHERIFF, DEPUTY JOSEPH HECK, DEPUTY WILLIAM AARON SHAMBEAU

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NORTH CAROLINA

CASE # 5:15-CV-00008-BO

ATTY: SEAN WILLIAMS


THOMAS MCCRODEN V. COUNTY OF VOLUSIA, JOEL V. BRESSETT, DENNIS D. PAINTER

FLORIDA MIDDLE DISTRICT COURT

CASE # 6:14-CV01139-GKS-KRS

ATTY: DAVID A. VUKELJA


HOLLY MULVEY, DONALD D. CLARK V. CONTINENTAL PROPERTY SERVICES, INC. D/B/A GOLFVIEW APARTMENT

7TH JUDICIAL CIRCUIT COURT, VOLUSIA COUNTY, FLORIDA

CASE # 2015-3038-CI-CI

ATTY: THOMAS E.N. SHEA


CALVON REID, ET AL. V. COCONUT CREEK POLICE DEPARTMENT

U.S. DISTRICT COURT – COUTHER DISTRICT OF FLORIDA

CASE # 0115-CV62116-FAM

7

ATTY: PATRICK A. QUINLAN


PETE HERNANDEZ V. CITY OF AUSTIN, ET AL.

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

CASE # 1:14-CV-00492LY

ATTY: ROBERT L RANCO


ESTATE OF ARTHUR GREEN V. TAMPA POLICE DEPARTMENT

CASE # 8:15CV226-T-35MHP

ATTY: PAUL W. REBEIN


MECKLER V. OCDC

COURT OF COMMON PLEAS – STATE OF S.C. COUNTY OF ORANGEBURG

CASE # 2011-CP-3862

ATTY: ANDREW J. BROWN


JULIO ISMAEL ORTEGON V. HIS MAJESTY VICTOR SAINT ADAM, TEXAS HILLTOP, LLC D/B/A CLUB MAJESTY

11TH DISTRICT COURT, WEBB COUNTY, TEXAS

CASE # 2013-CVT-001876-D2

ATTY: MALORIE J. PEACOCK


LOUIS MESSINGER, ET AL V. ESTATE OF MICHAEL, ET AL

CASE # 13-001834-CI (SETTLED)

ATTY: GEORGE H. FEATHERSTONE


DIETER HARSTER V. OFF THE HOOKAH

CASE # 2014-CA-006247AI

15TH JUDICIAL CIRCUIT – PALM BEACH COUNTY

ATTY: ADAM S. HECHT


JOHN PHARR V. CHRISTOPHER WILLE, ET AL

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

CASE # 1:14-CV-762-LY

ATTY: PAUL A. BATRICE


KING V. CITY OF ATLANTA

CASE # (SETTLED)

ATTY: JAMES D. MCGUIRE


GLENN & SHARON MEADOWS, AS PARENTS AND NATURAL GUARDIANS OF ALLISON LYNN MEADOWS, AND SHARON MEADOWS IN HER OWN RIGHT V. TARGET CORPORATION

CASE # GD-13-017250

ATTY: MICHAEL T. COLLIS


ROSEMARY SULLIVAN V. THE CITY OF ROUND ROCK, TEXAS, RCI HOSPITALITY HOLDINGS, INC F/K/A RICK'S CABARET INTERNATIONAL, INC.

UNITED STATED DISTRICT COURT, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

CASE # 1:14-CV-0039-LY

ATTY: BROADUS A SPIVEY


ESTATE OF WENDY LAWRENCE V. CHAD LAVOIE

CASE # 1:14-CV-00570-PB

ATTY: CHARLES G. DOUGLAS, III


MCKENZIE COCHRAN V. NORTHLAND CENTER

CASE # 2014-139084-NI (SETTLED)

ATTY: MILTON H. GREENMAN

ANTONIO ADAMS V. KWIK STOP
STATE OF FLORIDA DISTRICT COURT
CASE # 247-3293
ATTY: MICHAEL F. SUTTON

JOHN BRAGDON, EASTPORT PLAZA
STATE OF FLORIDA DISTRICT COURT
CASE #2013-CA-002528
ATTY: ADAM S. DONER

LAIDLAW V. ABFZ, LLC D/B/A/ MIDWAY ARCADE
STATE OF FLORIDA DISTRICT COURT
CASE # 562013-CA-002613
ATTY: STEVEN A MESSER

STATE OF FLORIDA V. LUIS ESTEVANELL
STATE OF FLORIDA DISTRICT COURT
CASE # F12-19150
ATTY: JAMES MCGUIRK

MOSHE V. BERGER
PALM BEACH COUNTY DISTRICT COURT
CASE # C0075313-01
ATTY: JOHN B. MARION, IV

MOHAMED V. DAVID MORGAN, ET AL.
CASE # SETTLED
ATTY: MARIA BOGOMAZ & KATHRYN HEFFNER

10

LILLIE ASHON V. FLORIDA CITY

STATE OF FL – DIV. OF ADMIN HEARINGS – OFFICE OF THE JUDGE OF COMPENSATION CLAIMS – MIAMI DIST OFFICE

CASE # 14-016-37SMS

ATTY: BARRY A PEMSLER


RODNESHA SPARKS V. SUN-BEACH INVESTMENT COMPANY, ET AL.

EIGHTEENTH JUDICIAL CIRCUIT – BREVARD COUNTY

CASE # 05-2012-CA-066337C

ATTY: IAN L. KOVEN


MIRIAM NELIDA GIGENA, INDIVIDUALLY AND AS REP. OF ESTATE OF CRISTHIAN EDUARO CARDOZO, AND AS FRIEND OF CHRISHIAN GEANNY CARDOZO, AND LEANNE PARLA CARDOZO, MINORS V. WAL- MART STORES TEXAS, LLC, ANTONIO DE LA CRUEZ

268TH JUDICIAL DISTRICT COURT OF FORT BEND COUNTY, TEXAS

CASE # 14-DCV-219810

ATTY: ROBERT S. KWOK


TOBY HAMPTON V. MOTEL 6

ATTY: ALEX J BROWN


SHELLEY V. S.C. HIGHWAY CONTROL

RICHLAND COUNTY COURT HOUSE – COLUMBIA, SC

CASE # 2014-CP-3202557

ATTY: LAUREN V. KNIGHT


GIRALDO V. CITY OF HOLLYWOOD, FLORIDA, ET AL

U.S. DISTRICT COURT – SOUTHERN DISTRICT OF FLORIDA

CASE # 2014-6178-CIV

11

ATTY: ANGELA BARBOSA

KELLY DUFAULT V. OAK PARK

9TH JUDICIAL COURT IN OSCEOLA COUNTY, FL

CASE # 2013-CA-002176-ON

ATTY: CAREY N. BOS

DOE V. CATALINA VILLAGE APARTMENTS

165TH DISTRICT COURT OF TEXAS

CASE # 2014-16896-I

ATTY: JARED LEVINTHAL

STATE OF FLORIDA V. NOEL

STATE OF FLORIDA DISTRICT COURT

CASE # 2015-CF-007576-A-O

ATTY: PATRICK LAWLOR

CHRISTIAN BURGWALD V. DONOVAN'S REEF

CIRCUIT COURT – 14TH JUIDICIAL CIRCUIT IN BAY COUNTY, FLORIDA

CASE # 14-368-CA

ATTY: MICHAEL P. DICKEY

## 2014

ESTATE OF MARIO BLANCO V. CARIBBEAN ISLES VILLAS CONDOMINIUM

MIAMI-DADE COUNTY COURT

CASE #: 10-49453CA10

ATTY: BRETT YONON

AMY RACHEL VS CITY OF MOBILE, AL AND MICHAEL T. WILLIAMS, ET AL

USDC, SOUTHERN DISTRICT, SOUTHERN DIVISION

CIVIL ACTION NO. 13-522

ATTY: ERIK S. HENINGER


RAMON AND SUSAN TORRES V. HOOTERS OF JACKSONVILLE, LLC

DUVAL COUNTY COURT

CASE #: 098-98-001

ATTY: LINDSAY L. TYGART


JEAN NESCA

PALM BEACH COUNTY SUPERIOR COURT

CASE #: SETTLED

ATTY: BYRNES GUILLAUME


JONATHAN FERRELL V. THE CITY OF CHARLOTTE, COUNTY OF MECKLENBURG

SUPERIOR COURT OF MECKLENBURG COUNTY

ATTY: CHRISTOPHER CHESTNUT


MASTRATA V. WALGREENS

MIAMI-DADE COUNTY SUPERIOR COURT

ATTY: J. P. GONZALEZ-SIRGO


SCOTT ROWE V. BP&P OF NORTHEAST FLORIDA, INC. D/B/A BREWSTER'S PUB & PIT

DUVALL COUNTY SUPERIOR COURT

CASE #: 460-130036

ATTY: HOWARD C COKER AND DANIEL A. IRACKI


SCOTT JONES VS. JAGUARS GOLD CLUB

13

TAYLOR COUNTY SUPERIOR COURT

CASE #: 9837-D

ATTY: GREG ALLEN


JASON CHESSHER V CRESTVIEW POLICE DEPARTMENT

THE CIRCUIT COURT IN OKALOOSA COUNTY, FLORIDA

CASE #: 2011-CF-002248

ATTY: GILLIS E. POWELL, JR


ESTATE OF TORRES V. PELICAN ISLES LIMITED PARTNERSHIP, ET AL.

BREVARD COUNTY SUPERIOR COURT

ATTY: DOUGLAS R BEAM


GREER V. BREVARD COUNTY SHERIFF'S OFFICE, INDIALANTIC POLICE DEPARTMENT

BREVARD COUNTY SUPERIOR COURT

ATTY: DOUGLAS R BEAM


JOHN DOE V. JEFFREY MARK, PROFESSIONAL BOWLERS ASSOCIATION AND STORM

BREVARD COUNTY SUPERIOR COURT

ATTY: DOUGLAS R BEAM


TREAVOR EIMERS VS CITY OF KEY WEST, A FLORIDA MUNICIPALITY, ET AL

COURT: MIAMI-DADE COUNTY

CASE #: SETTLED

ATTY: DAVID W. BRILL


PRINGLE V. CHARLESTON COUNTY, ET AL.

CHARLESTON COUNTY SUPERIOR COURT

14

CASE #: 2013-CP-31-322

ATTY: ROBERT V. PHILLIPS


## 2013


DOUGLAS HOWARD V. MONKEY'S UNCLE TAVERN

24TH JUDICIAL CIRCUIT – DUVALL COUNTY DIVISION CV-G

CASE # 16-2012-CA-0011208

ATTY: DANIEL IRACKI


RUSSELL BUDDIE V. SAVOY

BROWARD COUNTY COURT

CASE # 12-21324

ATTY: AARON FINESILVER


TASHEEN DYER V. CITY OF NEW YORK, ET AL

SOUTHERN DISTRICT FEDERAL COURT, NEW YORK

CASE # 11-CIV-7051 (TPG)

ATTY: JARED R. COOPER


CARLOS CHACON V CITY OF AUSTIN TEXAS, OFFICER ERIC COPELAND AND
OFFICER RUSSELL ROSE

U.S. WESTERN DISTRICT COURT – AUSTIN DIVISION

CASE # 1:12-CV-226-SS

ATTY: ERICA L. GRIGG


BUTLER V SCHIRALLI, ET AL

U.S. DISTRICT CURT, NORTHERN DISTRICT OF GEORGIA

CASE # 1:12-CV-0872

ATTY: MICHAEL P CARVALHO

15

ESTATE OF ROBERT LAMBLE V CHARLESTON COUNTY, ET AL

COUNTY OF CHARLESTON, SC

CASE # 2012-CP-10-0983

ATTY: C. CARTER ELLIOTT, JR


ESTATE OF ROBERT LAMBLE V ALBERT BING, ET AL

FEDERAL COURT OF CHARLESTON, SC

CASE # 0:12-CV-02772-SB-PJG

ATTY: C. CARTER ELLIOTT, JR


CENTO V. BRITTANY OF ROSEMONT

CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

CASE # 2011-CA-012037-0

ATTY: DANIEL P. OSTERNDORF


GEORGE AND MICHAEL HYMAN V. THE GEORGETOWN COUNTY SHERIFF DEPARTMENT

COURT - CURRENTLY AVAILABLE

CASE # 08-CP-22-1413

ATTY: MARION C. FAIREY, JR


NGA PHAM, THUC HUYNH AND TRUC HUYNH, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF HAO HUYNH,

DECEASED VS. ST DEL RIO HOLDINGS, L.P. D/B/A CATALINA VILLAGE APARTMENTS, ET AL

281ST JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

CASE # 2012-16150

ATTY: BA M. NGUYEN

16

JANE DOE VS. CARNIVAL CRUISE LINES

U.S. DISTRICT COURT – SOUTHERN DISTRICT OF FLORIDA (MIAMI DIVISION)

CASE # 1:12-CV-22241-CMA

ATTY: JOSEPH RINALDI


RADER V. ESTATE OF MELBOURNE POLICE DEPT

COURT: CURRENTLY AVAILABLE

CASE # ME-27-0051

ATTY: RAYMOND BODIFORD


COBB-SUTHERLAND VS LAURENS COUNTY SHERIFF'S OFFICE

STATE OF SC COUNTY OF GREENWOOD

CASE # 2011-CP-30-903

ATTY: ALBERT V. SMITH


BRENDA MASON, ET AL VS. CITY OF LAFAYETTE, ET AL

U.S. DISTRICT COURT – WESTERN DISTRICT OF LOUISIANA – LAFAYETTE DIVISION

CASE # 6:12-CV-02939

ATTY: LABORDE / SPEER


JAMES RYAN SINGLETARY V. BREVARD COUNTY SHERIFF'S OFFICE

IN THE CIRCUIT COURT OF THE 18TH JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA

CASE # 052012-CF-054361-AXXX

ATTY: HANK HORNSBY


AGUAYO, ET AL V. TRUJILLO, ET AL

COURT: CURRENTLY AVAILABLE

CASE # D-101-CV-2012-1489

17

ATTY: MATTHEW L. GARCIA


STATE OF FLORIDA V. BURTSCHIN

SUPERIOR COURT OF PALM BEACH COUNTY

CASE # 2010CF012773A

ATTY: MITCHELL J. BEERS


OBIE DEAN V. CITY OF PRICHARD, ET. AL.

UNITED STATES DISTRICT COURT

CASE # 12-0596

ATTY: THOMAS R. BOLLER


MACK NEIL MYERS V. PAULA RECTOR JACKSON, ET AL

FEDERAL COURT OF CHARLESTON, SC

CASE # 0:12-CV-02526-TMC-PJG

ATTY: C. CARTER ELLIOTT, JR


TYLER V. COMMUNITY FOOD STORES, INC

CASE: SETTLED PRE-SUIT

ATTY: JOSEPH T. KISSANE


PERRATTO V. SHORE RESTAURANTS

MARTIN COUNTY 19TH JUDICIAL CIRCUIT

CASE # 12-CA-1942

ATTY: MARK DICOWDEN


THOMAS EASTERLING V. BURGER KING, ET AL

COURT: CHARLESTON COUNTY

CASE # 2011-CP-10-4348

ATTY: D. ELLIS ROBERTS

18

LAFRETTA WATKINS V. MRB, INC. DBA 50 YARD LINE SPORTS BAR & GRILL

FULTON COUNTY STATE COURT

CASE # 13-EV-017647Y

ATTY: KEENAN R. S. NIX


CAMPBELL V. CITY OF PENSACOLA

UNITED STATES DISTRICT COURT

CASE # 3:13-CV-161

ATTY: CLIFFORD HIGBY


FRANK KISER, II VS. ASHLAND HOSPITAL CORPORATION, ET AL

BOYD CIRCUIT COURT

CASE # 13-CI-407

ATTY: MICHAEL J. CURTIS


MATTHEW TALLEY

COURT: BROWARD COUNTY

CASE # CURRENTLY AVAILABLE

ATTY: TODD MIDDLEBROOKS


STEVEN AGUANNO VS. NOB HILL CONNECTION CORP

15TH JUDICIAL CIRCUIT, BROWARD COUNTY

CASE # CACE-11-031310 (04)

ATTY: PETER A DYSON


MODICA, JONATHAN; MODICA, CHARLES; HILLS, FREDERIC V. JUPITER TIKI D/B/A THE CORNERS, MICHAEL (KRACKER ) WHITE AND DANIEL BERG

COURT: PALM BEACH COUNTY COURT

CASE # 502012CA019732XXXXMB

19

ATTY: RICHARD D. SCHULER


SHAWANA NEWSON V. STIRLING APTS, ASSOC LTD, ET AL

COURT: PALM BEACH COUNTY

CASE # CURRENTLY AVAILABLE

ATTY: JOHN PATTERSON


TAUNYA LOU STEPHENS JETER, ET AL VS. SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL

COURT - SETTLED

CASE # 2012-CP-18-1661

ATTY: C. CARTER ELLIOTT, JR


LACY LAMB

COURT: CURRENTLY AVAILABLE

CASE #: CURRENTLY AVAILABLE

ATTY: T. RYAN LANGLEY


EPHRAIM SLATON AND GWENDOLYN TOLLIVER OBO MATTHEW GREEN V. TYRONE JENKINS, ET AL

COURT: CURRENTLY AVAILABLE

CASE #: CURRENTLY AVAILABLE

ATTY: GINO BROGDON, JR


WILKERSON, STEVE VS. KNIGHT'S PUB

COURT: CURRENTLY AVAILABLE

CASE #: CURRENTLY AVAILABLE

ATTY: JOSEPH H. SHAUGHNESSY


DARLENE HERBERT AS REPRESENTATIVE OF THE ESTATE OF JOHN TORRE V. PELICAN ISLES, ET AL

COURT: CURRENTLY AVAILABLE

CASE #: CURRENTLY AVAILABLE

ATTY: DOUGLAS R. BEAM


ESTATE OF CHRISTOPHER GREER V. BREVARD COUNTY S. O., ET AL

COURT: CURRENTLY AVAILABLE

CASE # CURRENTLY AVAILABLE

ATTY: DOUGLAS R. BEAM


BROPHY – MILLER V. PROFESSIONAL BOWLERS ASSN V. JEFFREY MARK

COURT: CURRENTLY AVAILABLE

CASE # CURRENTLY AVAILABLE

ATTY: DOUGLAS R. BEAM


REYNOSO V. BUDDHA ENTERTAINMENT ET AL

CLARK COUNTY DISTRICT COURT

CASE # A-13-682896-C

ATTY: BENJAMIN P. CLOWARD


ANGELO KALLAS V. SCOTT YODER, ET AL

COURT: CURRENTLY AVAILABLE

CASE # 13-CV-80979

ATTY: STUART N KAPLAN


KAREN PEREZ VS. 1ST AND 10 SPORTS BAR & GRILL, DEVELOPERS DIVERSIFIED
REALTY CORP, PALM BEACH COUNTY SHERIFF'S OFFICE, SHERIFF RICH
BRADSHAW, AND DEPUTY MICHAEL SUSZSCYNSKI

COURT: CURRENTLY AVAILABLE

CASE # CURRENTLY AVAILABLE

ATTY: MATTHEW D LEVY

21

BARNEY GILBERT VS. TRIA ADELFI, LLC; OAK KNOLL RENAISSANCE, INC; OAK KNOLL RENAISSANCE LIMITED PARTNERSHIP; AARON SCOTT; ANDRE SCOTT, ANTOINE LYONS

COURT: CURRENTLY AVAILABLE

CASE # 45D11-1105-CT-00108

ATTY: DONALD W WRUCK

BRIAN SIMONS VS WALMART AND BANK OF AMERICA

COURT: CURRENTLY AVAILABLE

CASE # 8:11 CV 03180

ATTY: AARON S. JOPHLIN

SCOTT V. LAKE COUNTY S. O.

COURT: CURRENTLY AVAILABLE

CASE # CURRENTLY AVAILABLE

ATTY: JASON RECKSEIDLER

DAVIS/JOHNSON V. DR. VISTASP KARBHARI, ET AL

COURT: CURRENTLY AVAILABLE

CASE # CURRENTLY AVAILABLE

ATTY: DOUGLAS FIERBERG

ANTHONY NASTROFILIPPO V. BOROUGH OF LITTLE FERRY, ET AL

COURT: CURRENTLY AVAILABLE

CASE # CURRENTLY AVAILABLE

ATTY: LOUIS ZAYAS

WOROSZ V. HELNIA, LLC

COURT: CURRENTLY AVAILABLE

22

CASE # CURRENTLY AVAILABLE

ATTY: MICHELLE ZEIGER

# Appendix C

## Fee Policies of Dr. George Kirkham

*Dr. George Kirkham and Associates, Inc.*

_____

**Criminal Justice Consultants**

# Fees & Expense Policies
## Case Preparation

I utilize a flat fee formula for each of my professional services. It is my practice once I have been requested to participate in a case and have agreed to do so to require remittance of a $7,500 retainer. This retainer fee covers in its entirety whatever research and analysis I may have to engage in to effectively evaluate your case and prepare for trial. Specifically, it encompasses the following: my personal analysis and evaluation of all relevant case documents; any specialized research which I may conduct or direct my research assistants to conduct; all conference calls which you may wish to schedule for purposes of discussing the case or obtaining guidance throughout the discovery process, as well as the preparation of any requested written reports, affidavits, or response to expert interrogatories. I encourage you to contact me as often as you wish throughout the development of your case. All telephonic and written communications with regard to substantive issues in your case will always be with me personally. The retainer is non-refundable.


## Other Professional Services

In cases involving premises liability issues, at your request my office will obtain and compile relevant computer assisted dispatch (CAD) records regarding police calls for service on the property in question, as well as law enforcement reports concerning crime at and around the location. My crime statistician will then develop a concise graphic presentation using this data-- including appropriate tables, graphs, pie charts and explanatory narrative to facilitate my analysis as a criminologist and for your use as an attorney. This service is included as part of my flat case preparation fee.

For many years I have utilized the off-duty assistance of currently employed and highly experienced police command officers to conduct specialized research at my direction, as well as to keep me apprised of the most recent developments in law enforcement technology and procedures. Each of my police research assistants has a special area of expertise: e.g., security and crime prevention measures; use of force, including firearms and intermediate weapons such as the Taser, ASP and OC spray; SWAT and hostage negotiation; handling crisis calls involving emotionally disturbed persons(EDPs); personnel selection and training standards; criminal investigation protocols; arrest and jail custodial procedures.

My professional resources also include the following:

- A licensed private investigator with extensive experience as a police detective.

- A crime prevention/private security specialist certified to conduct lighting measurements with a calibrated instrument and to diagram the spatial distribution of illumination.

- A certified senior police crime data analyst and statistician.

**Video Teleconferencing**

My office is equipped with a state-of-the-art high definition Polycom HDX 9002 video teleconference system. This enables me to have "face to face" meetings with attorney clients anywhere in the nation at their convenience to discuss case related issues.

**Discovery Depositions**

The Polycom video teleconference system gives attorneys the option of deposing me from their location without incurring the time and expense of traveling to mine. There is no additional charge to either side should you elect to do a video deposition from your location or locations (the HDX 9002 has the capability of tying my office conference site to three other locations simultaneously). I am pleased if requested to make a video recording of any discovery deposition taken at my location and to provide copies of it to all participating attorneys at no charge. If your office does not currently have a VTC capability, you can easily add one to your existing computer or laptop with readily available software; alternatively, you can attend a video deposition either through a VTC equipped law office or Polycom compatible rental site in your area.

In the event that opposing counsel wish to depose me in person, they have the option of doing so at my Palm Beach Gardens office or having me travel to another location. I charge a flat fee of $3,000 for discovery depositions conducted in Palm Beach Gardens. Depositions conducted beyond Palm Beach Gardens involve a flat fee of $6,000 plus travel and per diem expenses. I require that all deposition fees and expenses be paid in full at the time a deposition is taken. I rely upon the firm with which I am working to communicate my Fee & Expense Policies to opposing counsel.

**De Bene Esse Depositions**

It is my practice to charge a flat fee of $6,000 for any video-taped deposition which is intended for use at trial in lieu of my personal appearance.

**Trial Testimony**

In the event that a case is not settled and proceeds to the stage of trial, my fee for expert witness testimony is $6,000 plus whatever travel and per diem expenses are associated with my court appearance. I will provide your firm with a detailed written invoice reflecting this sum. The full invoice amount must be paid prior to my actual courtroom testimony.

ANY OFFICIAL LISTING OR DESIGNATION OF ME AS AN EXPERT IN A CASE WITHOUT MY EXPRESS PERMISSION AND FORMAL RETENTION IS STRICTLY PROHIBITED.

# Appendix D

Background Materials sent to Dr. George Kirkham

# BACKGROUND MATERIALS FOR DR. GEORGE KIRKHAM

Barrett v. USA, US District Court,
Eastern District of Oklahoma Case Nos.
6:04-cr-00115 JHP
6:09-cv-00105 JHP

Federal Defender's Office

January 11, 2017

*These materials were prepared by legal counsel for Kenneth E. Barrett in anticipation of litigation and to facilitate a confidential evaluation by Dr. George Kirkham. These materials are CONFIDENTIAL and are PRIVILEGED as attorney-client confidential communications and/or attorney work product. They may not be divulged without the written prior consent of counsel for Mr. Barrett.*

Joan M. Fisher
Karl Saddlemire
Assistant Federal Defenders
Federal Defender's Office
801 I Street, Third Floor
Sacramento, California 95814
(916) 498-6666

**Index to Materials Provided on CD**

1. **Records Sent to Dr. Kirkham in 2009**
   - Photographs
   - Trial Testimony
         Bill Poe
         Chuck Choney
         Clint Johnson
         Daniel Oliver
         Gene Hise
         George Randolph
         John Hamilton
         Kerry Pettingill
         Raymond Greninger
         Rick Manion
         Robert Darst
         Steven Hash
         Terence Higgs
         Toby Barrett
   - Witness Declarations
         Alvin Hahn
         Phyllis Crawford
         Rodney Floyd
         Sylvia Gelene Dotson
         Toby Barrett
   - Affidavit and Search Warrant
   - OSBI Report

2. **Medical Records**

   - Bill Willis Community Mental Health Center
   - Eastern State Hospital
   - Misc Hospital Records
   - Saint Francis Hospital
   - Sequoyah Memorial Hospital
   - State of Oklahoma Disability Determination Unit
   - Wagoner Community Hospital