DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:    dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:    Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT, | |
| Petitioner, | CASE NO. CV-09-00105-JHP |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## PETITIONER'S PROFFER OF EXPERT TESTIMONY

## FROM THOMAS KOSTEN, M.D.

Pet'r's Proffer Expert Testimony                    *Barrett v. U.S.*, CV-09-00105-JHP

## DECLARATION OF THOMAS KOSTEN, M.D.

I, Thomas Kosten, declare as follows:

1. My credentials for this review include training as a medical doctor with board certification from the American Board of Psychiatry and Neurology.  I am presently a professor in the Departments of Psychiatry, Pharmacology and Neuroscience at Baylor College of Medicine, Vice-Chair of Psychiatry and founding Director of the Division of Addictive Disorders and Alcoholism. I was previously Professor of Psychiatry and Medicine at Yale University and Chief of Psychiatry for the VA Connecticut Healthcare System.  I am also the past national Director for the VA substance use disorders Quality Enhancement Research Initiative Center, which monitors and sets standards for the quality of VA substance abuse care, and Past President of both the American Academy of Addiction Psychiatry and the College on the Problems of Drug Dependence.  Other credentials include founding Vice-Chair of the Addictions Qualifications Board of the American Board of Psychiatry and Neurology, and Vice-chair of the DSM-3, 4 and 5 addictions committees for deciding the DSM criteria for diagnosing substance use disorders.  I have also edited the most recent textbook for the American Psychiatric Association on amphetamine and methamphetamine pharmacology, abuse and treatment.  A copy of my curriculum vitae is attached hereto as Appendix I.  In it are detailed my internationally recognized credentials as an expert in the diagnosis and treatment of drug dependency, with licensing in both Connecticut and Texas.  In my practice, I have had numerous opportunities to diagnose and treat addicted patients in outpatient, residential, forensic and inpatient settings.  Because of

my education, training and experience, I can provide an expert review of Mr. Barrett's records and that includes, but is not limited to, the diagnosis and effects of amphetamine use disorder.

2.    Over the past several weeks I have been reviewing the materials related to Kenneth Eugene Barrett and his conviction and sentencing to death for his episode with police and possession of amphetamine on September 23, 1999. The list of materials I have reviewed is attached hereto as Appendix II. Post-conviction counsel requested that I address Mr. Barrett's substance abuse as a mitigating factor in determining his sentence after conviction on murder and the amphetamine charges. In particular, I was asked what are the effects of chronic and acute amphetamine (or methamphetamine) use in a person with an underlying severe mental illness. Furthermore, I was asked to address what effects might amphetamine have on a person, when undergoing a covert police confrontation in the middle of the night.

3.    Briefly, my review and opinion of Mr. Barrett's mental state at the time of his arrest depends on three factors:  1. His underlying mental illness of untreated bipolar disorder and learning disability/ADHD from untreated attention deficit hyperactivity disorder (ADHD), 2. The effects of chronic amphetamine and other drug use on his judgement and cognitive abilities, 3. The acute effects of amphetamine.

4.    First, his underlying mental illnesses of untreated bipolar disorder and learning disability/ADHD are evident from the time of his childhood, which occurred in a very disorganized and disruptive environment with an alcoholic and irresponsible mother as a single parent. Furthermore, his family history strongly suggests a genetic linkage of his

bipolar disorder and substance use disorder (SUD) through his father, mother and other relatives. Bipolar disorder as well as SUD have a strong genetic association within families of over 60% likelihood for inheriting these disorders through affected relatives with bipolar disorder and independently through relatives with SUD. Thus, he was at high risk for SUD based on inheritance of bipolar with SUD and of SUD alone in other relatives. The widespread prevalence of SUD in his immediate and extended family was quite clear from the records. SUD is a brain disease that is not a simple matter of choice or failure of will power, and Mr. Barrett was a very sad victim of this biological disorder of SUD.

5.      Statements from several of his relatives and his two psychiatric hospitalizations support Mr. Barrett's manic and depressive behavior over his lifetime. When he was depressed and suicidal in 1986, he was hospitalized and treated with the antidepressants Elavil and Ascendin. While he did not have sustained compliance as an outpatient, the failure of these medications probably also reflects a miss-diagnosis of primary depression rather than bipolar disorder. The treatment of bipolar patients with antidepressants will make them worse by precipitating a manic, irritable state that may have triggered a worsening in his ongoing cycles of depression and manic agitation possibly contributing to a second hospitalization and treatment with Haldol, an antipsychotic agent, in 1995. Again, this treatment with Haldol rather than the indicated medications for bipolar disorder such as lithium, valproate or topiramate was a diagnostic and therapeutic mistake on the part of his treaters. This mistake was further compounded by his mother removing Mr. Barrett from the hospital after only a few days, when inpatient management and stabilization of bipolar patients typically requires 10 to 14 days. She also did not appear to arrange that

Mr. Barrett outpatient care and continuation of medication adjustments. Thus, he had two clearly insufficient episodes of care for his underlying bipolar disorder and these insufficient attempts at rehabilitation were through no fault of Mr. Barrett. In the declaration of Dr. Woods, further evidence of psychotic perceptions are evident in Mr. Barrett's reporting "dirigibles in the sky" spying on his behavior. These psychotic symptoms also may have been enhanced by amphetamine use, as I will address below.

6.    The neuropsychological testing that Mr. Barrett later completed confirmed these mental illnesses and learning disability/ADHD. The testing by Myla Young and its rescoring by Dr. Miora confirmed severe impairments in the areas of cognition necessary for making accurate judgements when under stressful conditions and that are essential for inhibiting strong provoked responses such as self-defense during an attack. Because this testing was done many years after any substance abuse, there is no question that these results reflect inherited psychiatric disorders not the effects of acute or chronic drug abuse. While I later refer to the chronic effects of amphetamine on damaging brain function, these drug-induced deficits have also been show to resolve after several years of abstinence.

7.    Testing by Randall Price similarly showed substantial inherited limitations in self-control that could result in violent responses, particularly under the influence of drugs or alcohol. Mr. Price's interpretation of the PCL-R and his use of the term "psychopathy" are inaccurate and incorrect, however. First, psychopathy is not a psychiatric diagnosis. Second, these tests he was using do not predict violence or inability to control violent impulses. A deficit in executive brain functioning, on which all the various tests and testers agree, does

not correlate with predicting or accounting for past or future violence. Thus, I found his conclusions misleading and incorrect.

8.     A critical point is that these two mental illnesses – bipolar disorder and learning disability/ADHD – can respond to rehabilitation. Mr. Barrett was not previously afforded adequate rehabilitation by means of appropriate pharmacological treatment prior to his incarceration. Appropriate rehabilitation can indeed compensate and lead to recovery from the associated behavioral deficits when this type of patient is placed in an appropriate setting. One of those settings has been his stay in prison where he has not used drugs nor been provoked by violent encounters. His behavior in prison has shown minimal problems with impulse control. He appears to have had one episode in the past 10 years when he painted walls on the range and threw a paint can on the floor in frustration. However, he has not had any assaults on prison staff or had any indications of interpersonal violence. One of the testing experts, government psychologist J. Randall Price, predicted that such "cyclic violence" would characterize Mr. Barrett as a psychopathic individual. Instead, Mr. Barrett behavior has demonstrated coping quietly with his mental illnesses and learning disabilities/ADHD even without pharmacological treatment. This relatively calm acceptance does not characterize a "psychopathic" individual, who is beyond rehabilitation. Furthermore, continuing in a structured institutional environment even with substantially more contact with fellow prisoners rather than just prison guards would be a humane and acceptable disposition for Mr. Barrett rather than execution.

9.     Second, the chronic use of amphetamine can produce significant damage to pre-frontal areas of the brain thereby impairing judgement and rational reactions to what

might be considered life-threatening situations such as occurred on that night of September 23, 1999.  This drug induced brain damage would compound Mr. Barrett's impairments from his substantial and significant mental illnesses, as described above.  Amphetamine damage to brain cells or neurons is well documented in animal and human studies and specifically damages dopamine neurons and decreases N-acetyl-aspartate.  This neuronal damage is similar to many severe brain diseases such as Alzheimer's disease and other dementias, epilepsy, multiple sclerosis, brain tumors and stroke.  These diseases also consistently show decreased N-acetyl-aspartate, and this decrease in the drug users' brains supports neuronal loss or damage as a result of long-term methamphetamine use. The mechanism for amphetamines causing such damage is by releasing large quantities of dopamine in the brain, which is converted by the brain into a neurotoxin – 6 hydroxy-dopamine. The brain forms this toxin in order to kill the neurons that are over-stimulating the other neurons by releasing these vast amounts of dopamine. These brain changes from killing dopamine neurons can take many years to recover.  Animal studies show brain abnormalities persisting four years after amphetamine use stops. In humans, heavy, regular use can cause hallucinations, delusions and feelings of paranoia, which were evident in Mr. Barrett back in September 1999 and appeared to have resolved by the time of his examination in 2009, as might be expected.  Overall, as indicated above, at the times of his multiple examinations in prison he showed no evidence of ongoing paranoia or psychotic effects of his past amphetamine abuse or of violence associated in the literature with SUD.

10.    Third, acute amphetamine use produces paranoia as described in the Woods declaration with the specific example of Mr. Barrett seeing "dirigibles over his house" spying

on him. This self-report is consistent with Mr. Lundsford's evidence for Mr. Barrett using amphetamine a few hours before the police incident and shooting on the night of September 23-24, 1999. This acute amphetamine use and paranoia at that time would further impair Mr. Barrett's ability to act rationally. Furthermore, his inherited disability in executive brain functioning would then seriously interfere with his ability to stop firing his gun, when surrounded and attacked by the police in unmarked cars at night. His perception of defending himself and his son from attack could not be properly modulated due to these dual inherited disorders of bipolar and ADHD and would be very likely to continue even in the face of police later identifying themselves during that night's police assault. Ironically, amphetamine is also the most effective treatment for ADHD, and Mr. Barrett may have discovered this on his own earlier in life. This self-medication requires relatively modest dose of amphetamine, but most abusers take substantially greater doses than required to ameliorate ADHD and amphetamine will also aggravate bipolar manic disorder, so it is typically not used in these difficult to treat patients with both bipolar and ADHD disorders. Other medications are available for those patients with both disorders, and I might suggest that these other treatment options be considered for Mr. Barrett to help his mental health and the concentration problems that he still has.

11.    In summary, Kenneth Barrett has bipolar disorder and a learning disability/ADHD that both produce behavioral deficits in judgement and on a person's ability to inhibit strong or impulsive behavioral responses once initiated. These two brain disorders have been worsened by an amphetamine use disorder of severe intensity that has further damaged his brain in regions essential for emotional control and judgement. Finally,

amphetamine use at the time of Mr. Barrett's police assault on his home would severely increase his paranoia and inability to rationally respond to the situation and not respond by firing his guns at the police, who were not clearly identified due to their unmarked vehicles and arriving late at night. All three of these conditions can respond to rehabilitation and have shown evidence of responding in the 10 years of his incarceration. Thus, his potential for rehabilitation is real and deserves consideration in sentencing him to a typical prison environment where he would interact with other prisoners and be expected to exercise the same level of self-control that he has manifested over this extended period of time with the prison staff. Furthermore, one of his inherited disorders – ADHD – is typically treated with amphetamines in children and adults with excellent resolution of the behavioral problems that are part of ADHD. Thus, medications might be very appropriately used in his rehabilitation and even include other non-amphetamine medications for managing ADHD, especially given Mr. Barrett's bipolar disorder which complicates his course of treatment as previously discussed. In my opinion, these three conditions at the time of this incident and his subsequent rehabilitation should serve as mitigating factors in determining the punishment for Mr. Barrett.

12. I was available to consult with defense counsel and to testify at the time of Mr. Barrett's federal trial. If called to do so, I would have testified consistent with the foregoing.

13. I am being paid at the rate of $350 per hour for my work on Mr. Barrett's case. My contract caps my compensation at $33,700 without further approval of the Federal Defender's Office.

I declare, under the penalty of perjury, of the laws of the United States of America and the States of Texas and Oklahoma, that this declaration is true and correct and based on my personal review of the information referenced here.

Executed by me this third day of March 2017 in Harris County, Texas.

/s/ Thomas Kosten
THOMAS KOSTEN, M.D.

# Appendix I

## Curriculum Vitae of Dr. Thomas Kosten

# Thomas R. Kosten, MD
## Curriculum Vitae

**I. General Biographical Information**

    **A. Personal**

        1. Thomas R. Kosten, M.D.

            Michael E. DeBakey VAMC

            2002 Holcombe Blvd.

            Research (151), Bldg 110, Rm 229

            Houston, Texas 77030

            Phone: (713) 794-7032

            Fax: (713) 794-8679

            Email: kosten@bcm.edu

        2. USA Citizen by Birth

        3. Education:

           a. B.S. Biophysics, Rensselaer Polytechnic Institute/Troy, NY, 1973

           b. M.A., Yale University/New Haven, CT, 1995

              M.D., Cornell University Medical College/New York, NY, 1977

           c. Postgraduate Training: Medicine Intern at Greenwich Hospital, Greenwich, CT, dates of attendance 1977-1978, Psychiatry Resident at Yale University School of Medicine, New Haven, CT, date of attendance 1979-1981, Robert Wood Johnson Clinical Scholar, Yale University School of Medicine, New Haven, CT, date of attendance 1981-1983

    **B. Academic Appointments**

        1. Current faculty position:

- Jay H. Waggoner Endowed Chair; July 2006-Present
- Vice-Chair, Psychiatry for Research; July 2006-Present
- Director, Division of Alcohol and Addiction Psychiatry; July 2006-Present
- Co-Director, Institute for Clinical & Translational Research; 2010-Present
- Professor, Psychiatry; July 2006-Present
- Professor, Neuroscience; July 2006-Present
- Professor, Pharmacology; July 2007-Present
- Professor, Immunology and Rheumatology: July 2012-Present

        2. Previous:

- Associate Vice President for Research; Baylor College of Medicine, July 2009-Sept 2011
- Research Director, VA National Substance Use Disorders Quality Enhancement Research Initiative (QUERI) July 2006-Sept 2011
- Professor, Psychiatry and Medicine, Yale University, 1995-2006
- Professor, Graduate Program for Clinical Investigation, Yale, 2000-2006
- Chief of Psychiatry, VA Connecticut, 1996-2000
- Director, Division of Substance Abuse, Yale; 1992-1996
- Associate Director, Substance Abuse Treatment Unit, Yale, 1984-1992
- Assistant to Associate Professor of Psychiatry, Yale SOM, 1983-95

Thomas R. Kosten, MD
CV

    3.  Current courtesy faculty appointments at other institutions:
- Distinguished Professor of Psychiatry, Peking University, 2007-Present
- Professor, Chinese National Institute on Drug Dependence, 2008-Present
- Adjunct Professor of Psychiatry, University of Texas at Houston Medical Center, 2008-Present
- Adjunct Professor of Epidemiology, UTMD Anderson Cancer Center, 2009–Present

## C.  Other advanced training/experience

    1.  Formal Sabbatical leave:
- Baylor College of Medicine, Houston, TX, July 2005-Dec 2005
- Congressional Fellow, US House of Representatives, House Subcommittee on Human Resources for NIH, FDA, CDC, (C. Shays. Chair), Washington, DC, 1998-1999

    2.  Other specialized training following academic appointment:
- Congressional Fellow, US House of Representatives, House of Subcommittee on Human Resources,1998-1999

## D.  Other Information

    1.  **Honors or Awards**

| | |
|---|---|
| 2002-on | America's Top Doctors, 1st – Current Edition |
| 2005-on | 60th Diamond Edition of Who's Who in America |
| May 2014 | Distinguished Life Fellow, American Psychiatric Association (APA) |
| 1996-2014 | Distinguished Fellow, American Psychiatric Association (APA) |
| October 2011 | Research Career Award, American Psychiatric Association (APA) for developing addiction vaccines, San Fransisco, California |
| September 2011 | Research Career Award from the Spanish Psychiatric Association (SPA) for developing addiction vaccines, Barcelona, Spain |
| 2000-2011 | Senior Scientist Award, National Institute on Drug Abuse (NIDA) |
| 2008-2013 | Best Doctors in America |
| 2009-2010 | Best Doctors in America, Addiction Psychiatry |
| December 2008 | Founder's Award, American Academy of Addiction Psychiatry, Coronado, CA, |
| 2001-2005 | Top Doctors, New York Metro Area 5th-9th Editions |
| 2000 | Nyswander Award for Research in Opiate Dependence, American Methadone Treatment Association |
| 1987-1996 | Research Scientist Development Award, NIDA |
| 1993 | Joel Elkes International Award for Outstanding Contributions to Psychopharmacology, American College of Neuropsychopharmacology (ACNP) |

Thomas R. Kosten, MD
CV

| | |
|---|---|
| 1990 | Joseph Cochin Award, Research in Substance Abuse, Committee on Problems of Drug Dependence (CPDD), ReChartered Committee of National Academy of Science (NAS) |
| 1985 | Travel Fellowship, Committee on Problems of Drug Dependence (CPDD) |
| 1977 | Deithelem Prize for Excellence in Psychiatry, Cornell |
| 1972 | Fellow, in Biophysics, National Science Foundation, Rensselaer |

2. **Board Eligibility/Certifications**

| | |
|---|---|
| 2008-on | Texas medical license M8094 |
| 1984-current | Diplomate, American Board of Psychiatry and Neurology, |
| 1991-current | Diplomate, Added Qualifications in Addiction Psychiatry & American Bd of Psychiatry and Neurology |
| 1978-current | Connecticut Medical License 021140. |

DEA: XAK9572959
DCP Connecticut: 16939

3. **Other non-academic positions**

FDA Advisory Boards for:
   Drug Safety and Risk Management
   Anesthetics and Addiction Medications
   Rheumatology (ad hoc)

## II. Research Information
### A. Current Research Support
1. Current Support

a. Technical Title of Project: Alcohol and Substance Abuse Research Program (ASARP) Consortium Award
b. Name of Funding Agency:  Department of Defense, CDMRP, through a Prime award to RTI (Rick Williams, PI/PD)
c. Investigator Relationship: Site PI
d. Dates of Funding: 09/2015 through 09/2020
e. Annual Direct Costs for Overall Period: $810,162.00
f. Specify Grant or Contract: Contract

a. Technical Title of Project: A Phase III study in Opiate Dependent Patients
b. Name of Funding Agency: Alkermes
c. Investigator Relationship: Site PI
d. Dates of Funding: 10/2015-03/2017
e. Annual Direct Costs for Overall Period: $500,000
f. Specify Grant or Contract: Contract

Thomas R. Kosten, MD
CV

    a.  Technical Title of Project: Initiative for Neuroscience Discovery (MB-MIND)
    b.  Name of Funding Agency: Menninger-BCM-McNair
    c.  Investigator Relationship: Co-PI
    d.  Dates of Funding: 07/2013-06/2016
    e.  Annual Direct Costs for Overall Period: $238,000
    f.  Specify Grant or Contract: Contract

    a.  Technical Title of Project: Doxazosin, Phase II Clinical Trial
    b.  Name of Funding Agency: Baylor College of Medicine
    c.  Investigator Relationship: PI
    d.  Dates of Funding: 07/2014-08/2016
    e.  Annual Direct Costs for Overall Period: $100,000
    f.  Specify Grant or Contract: Contract

    a.  Technical Title of Project: Toomim Fund for Psychiatric Genetics
    b.  Name of Funding Agency: Baylor College of Medicine
    c.  Investigator Relationship: PI
    d.  Dates of Funding: 07/2012-12/2016
    e.  Annual Direct Costs for Overall Period: $100,000
    f.  Specify Grant or Contract: Contract

    a.  Technical Title of Project: Daniel L. Duncan Institute for Clinical and Translational Research (ICTR)
    b.  Name of Funding Agency: Daniel L. Duncan Foundation
    c.  Investigator Relationship: Co-PI
    d.  Dates of Funding: 01/01/2011-12/31/2016
    e.  Annual Direct Costs for Overall Period: $3.4 million
    f.  Specify Grant or Contract: Grant

    a.  Technical Title of Project: 1DP1DA033502 Human Methamphetamine Vaccine: Translational Avante Garde Award
    b.  Name of Funding Agency: NIH/NIDA
    c.  Investigator Relationship: PI
    d.  Dates of Funding: 9/1/2011-8/31/2016
    e.  Annual Direct Costs for Overall Period: $500,000
    f.  Specify Grant or Contract: Grant

2.  **Previous Support** (partial listing of over 40 grants)
    a.  Technical Title of Project: P50DA018197 Stimulant pharmacotherapy: Noradrenergic Targets
    b.  Name of Funding Agency: NIH/NIDA
    c.  Investigator Relationship: PI
    d.  Dates of Funding: 7/1/2004-6/30/2015
    e.  Annual Direct Costs for Overall Period: $1,613,804

Thomas R. Kosten, MD
CV

    f.   Specify Grant or Contract: Grant

    a.   Technical Title of Project: Phase 2, Double-Blind, Placebo-Controlled, Parallel-Group, Multi-Center Trial Of Nepicastat For Cocaine Dependence
    b.   Name of Funding Agency: NIH/NIDA
    c.   Investigator Relationship: PI
    d.   Dates of Funding:09/01/2012-08/31/2014
    e.   Annual Direct Costs for Overall Period: $232,299
    f.   Specify Grant or Contract: Grant

    a.   Technical Title of Project: R01-DA025223 Collaborative Clinical Trials in Drug Abuse: Cocaine Vaccine
    b.   Name of Funding Agency: NIH/NIDA
    c.   Investigator Relationship: PI
    d.   Dates of Funding:6/1/2008-5/31/2015
    e.   Annual Direct Costs for Overall Period: $335,067
    f.   Specify Grant or Contract: Grant

    a.   Technical Title of Project: Genomic, Neural, Preclinical Analyses for Smoking Cessation
    b.   Name of Funding Agency: Helis Medical Research Foundation
    c.   Investigator Relationship: Co-PI
    d.   Dates of Funding: 04/01/2011-09/30/2014
    e.   Annual Direct Costs for Overall Period:  $330,000
    f.   Specify Grant or Contract: Grant

    a.   Technical Title of Project: 5U01DA023898-02 Developing Immunotherapeutics for Methamphetamine Abuse
    b.   Name of Funding Agency: NIH/NIDA
    c.   Investigator Relationship: PI
    d.   Dates of Funding: 8/1/2009-7/31/2011
    e.   Annual Direct Costs for Overall Period: $449,529
    f.   Specify Grant or Contract: Grant

    a.   Technical Title of Project: PT074384-1 PTSD Intramural Investigator Initiated Research Award: Nepicastat for the treatment of PTSD in OIF/OEF Veterans
    b.   Name of Funding Agency: DOD
    c.   Investigator Relationship: PI/PD
    d.   Dates of Funding: 10/1/2008-9/30/2011
    e.   Annual Direct Costs for Overall Period: $375,000
    f.   Specify Grant or Contract: Research Award

Thomas R. Kosten, MD
CV

a. Technical Title of Project: 5U01MH79639-02 Tropisetron with Risperidone for Schizophrenia
b. Name of Funding Agency: NIH/NIMH
c. Investigator Relationship: PI
d. Dates of Funding:3/1/2007-2/28/2011
e. Annual Direct Costs for Overall Period: $227,271
   (Concurrent with K05 award)
f. Specify Grant or Contract: Grant

a. Technical Title of Project: 7K05DA000454 Comorbidity in Cocaine and Opioid Pharmacotherapy
b. Name of Funding Agency: NIH/NIDA
c. Investigator Relationship: PI
d. Dates of Funding: 9/1/2005-2/28/2011
e. Annual Direct Costs for Overall Period: $117,000
f. Specify Grant or Contract: Grant

a. Technical Title of Project: U19DA021002 Kappa Opioid Antagonist for Cocaine Addiction
b. Name of Funding Agency: NIH/NIDA
c. Investigator Relationship: PI
d. Dates of Funding:9/1/2005-8/31/2010
e. Annual Direct Costs for Overall Period: $312,925
   (Concurrent with K05 award)
f. Specify Grant or Contract: Grant

a. Technical Title of Project: 5R01DA018863 Heroin Addiction Treatment Naltrexone and Adrenergic Agents
b. Name of Funding Agency: NIH/NIDA
c. Investigator Relationship: PI
d. Dates of Funding: 6/10/2005-5/31/2008
e. Annual Direct Costs for Overall Period:$142,227
   (Concurrent with K05 award)
f. Specify Grant or Contract: Grant

a. Technical Title of Project: VA Merit Grant
b. Name of Funding Agency: Biomedical Laboratory, R&D Service Prog. 821
c. Investigator Relationship: PI
d. Dates of Funding: 06/2002-06/2006
e. Annual Direct Costs for Overall Period: $123,000
f. Specify grant or contract: Grant

a. Technical Title of Project: R01DA05626 Pharmacotherapy for Opioid and Cocaine Dependence
b. Name of Funding Agency: NIH/NIDA

Thomas R. Kosten, MD
CV

    c.   Investigator Relationship: PI
    d.   Dates of Funding: 8/1/1988-5/31/2006
    e.   Annual Direct Costs for Overall Period: $319,312
    f.    Specify Grant or Contract: Grant

    a.   Technical Title of Project: R01DA15477 Cocaine Vaccine for Methadone Maintained Patients
    b.   Name of Funding Agency: NIH/NIDA
    c.   Investigator Relationship: PI
    d.   Dates of Funding: 9/27/2002-6/30/2006
    e.   Annual Direct Costs for Overall Period: $350,590
    f.    Specify Grant or Contract: Grant

    a.   Technical Title of Project: U19DA13326 Novel Pharmacotherapy for treatment of Cocaine Addiction
    b.   Name of Funding Agency: NIH/NIDA
    c.   Investigator Relationship: PI
    d.   Dates of Funding: 10/1/2000-9/30/2005
    e.   Annual Direct Costs for Overall Period: $301,527
    f.    Specify Grant or Contract: Grant

    a.   Technical Title of Project: P50-DA12762 Cocaine Pharmacotherapies for Comorbid Populations
    b.   Name of Funding Agency: NIH/NIDA
    c.   Investigator Relationship: PI
    d.   Dates of Funding: 9/30/1999-2/29/2005
    e.   Annual Direct Costs for Overall Period: $688,001
    f.    Specify Grant or Contract: Grant

**B.  National Scientific Participation:**
   1.  **Journal editorial boards, etc.**

| | |
|---|---|
| 2012-Present | Editor, The American Journal on Addictions |
| 2008-Present | Editorial Board, Brain Pharmacology |
| 2002-Present | Editorial Board, Journal on Studies on Alcohol |
| 2006–2011 | Editor-in-Chief, The American Journal of Drug and Alcohol Abuse |
| 2000-2010 | Editorial Board, Science and Practice Perspectives |
| 1988-2008 | Co-Editor, Substance Abuse Guilford Press |
| 1996-2006 | Founding and Senior Deputy Editor, American Journal on Addictions |
| 1990-2006 | Editorial Board, Journal of Nervous and Mental Disease |
| 1988-2006 | Deputy Editor, The American Journal of Drug and Alcohol Abuse |
| 1996-2002 | Editorial Board, Neuropsychopharmacology |
| 1996-2000 | Editorial Board, American Journal of Psychiatry |

Thomas R. Kosten, MD
CV

| | |
|---|---|
| 1992-2000 | Editorial Board, Drug and Alcohol Dependence |
| 1990-1996 | Consulting Editor, Clinical Advances in the Treatment of Psychiatric Disorders |

2. **Review panels, Advisory Boards, etc.**

| | |
|---|---|
| 2015-Present | Expert Opinion – Federal Trade Commission (FTC). Retained as an expert in the evaluation of the efficacy claims of Elimidrol for opiate withdrawal and opiate addiction. |
| 2015-Present | Advisory Board Member – UHDARDP II (R24) External Advisory Board, University of   Houston, TX. |
| 2012-Present | Advisory Board Member – K12 DAHRS External Advisory Board, Yale College of Medicine, CT. |
| 2010-Present | Advisory Board Member – NIDA T32 Advisory Board, UT Health Science Center, San Antonio, TX. |
| 2014 | Expert Member – Roundtable Discussion of the United States House Energy and Commerce Committee with United States Congressmen Pete Olson and Gene Green – Convened meeting to ensure the United States' continued preeminence in research. Oct 30, 2014. Houston, TX. |
| 2014 | Health Services Research and Development (HSR&D) Expert Member – Scientific Merit Review Panel, Department of Veterans' Affairs.  Aug 26-27, 2014. Washington, DC. |
| 2014 | Expert Member – Advisory Panel: Anesthetic and Analgesic Drug Products Advisory Committee (AADPAC). Food and Drug Administration, FDA/CDER/Office of Drug Evaluation II/Division of Anesthesia, Analgesia and Addiction Products. June 11-12, 2014.Silver Spring, MD. |
| 2014 | Expert Member – Advisory Panel, National Institute on Drug Abuse, Division of Pharmacologies and Medical Consequences of Drug Abuse (DPMCDA). April 10-13, 2014. Orlando, FL. |
| 1998-2014 | Advisory Board Member – VA National Substance Abuse Advisory Group-QUERI |
| 2011-2012 | Expert Member – Committee on Prevention, Diagnosis, Treatment, and Management of Substance Use Disorders in the U.S. Armed Forces – Congressionally Mandated Panel convened by the Institute of Medicine (IOM) |
| 2008-2012 | Expert Member – Medication Development Research Subcommittee, NIDA Initial Review Group |
| 2008 | Expert Member – Internal Steering Committee, VA Rural Health Research Center |
| 2007 | DSMB Member – VA National Cooperative Studies DSMB for Prazosin for PTSD |
| 2007 | Expert Member – U.S. FDA, Drug Safety and Risk Management Advisory Committee |
| 2007 | DSMB Chair – Probuphine Data Safety Monitoring Board. Titan Pharmaceuticals |
| 2006 | Expert Member – The World Federation of Societies of Biological Psychiatry |

Thomas R. Kosten, MD
CV

| | |
|---|---|
| 2005 | Expert Member – Advisory Panel, VHA/DOD Clinical Practice Guidelines for Bipolar and Substance Abuse Disorders |
| 2005 | Advisory Panel – National Institute on Drug Abuse Council, Subcommittee on Grant Funding |
| 2004-2005 | Expert Member – NIDA Council, Subcommittee on Medications Development |
| 2004-2005 | Expert Member – NIH Task Force on Clinical Research Training of National Psychiatry Council |
| 2003 | Chair – SAMSHA, Center for Substance Abuse Treatment, National Task Force on Physician Training for Office Based Buprenorphine |
| 2003 | Expert Member – Advisory Group for VA National Center for Education in Substance Abuse Treatment |
| 2003 | Expert Member – American Society of Addiction Medicine-Dual Diagnosis Practice Guidelines and Placement Criteria |
| 2002-2003 | Expert Member – Institute of Medicine, National Academy of Sciences, Committee on Vaccines and Depot Medications for Substance Abuse |
| 2002 | Advisory Board Member – VA VISN 4 Mental Illness Research Educations and Clinical Center |
| 2002 | Expert Member – NIDA Council, Task force on Clinical Trials Network |
| 1999-2002 | Expert Member – Medication Development Initial Review Group, NIDA |
| 2000 | Expert Member – Board of Scientific Counselors, NIDA Intramural |
| 1999 | Chairman – VA National Cooperative Studies Data Safety monitoring Board for Substance Abuse Studies, (#1018, 1019, 1020, 1021) |
| 1999 | Chairman – National Task Force on Physician Training for Office Based Buprenorphine |
| 1998-2000 | Expert Member – VA National Clinical Practice Guidelines for Schizophrenia, Depression, and Substance Abuse |
| 1998 | Advisory Board Member – APA-NIDA Drug Abuse Research Scholars Program in Psychiatry (DARSPP) |
| 1997 | Ad Hoc Reviewer – NIDA Treatment Research IRG |
| 1997 | Consultant – The White House National Drug Control Strategy |
| 1995-1996 | Expert Member – Connecticut Governor's Blue Ribbon Task Force on Addiction Services |
| 1989-1996 | Scientific Advisory Group – Harvard University, Alcohol and Drug Abuse Research Center |
| 1994 | Expert Reviewer – The Wellcome Trust, London, England |
| 1994 | Advisory Member – Advisory Council, NIDA Extramural Programs |
| 1993-1995 | Chairman – Special Review IRG on Neuro-imaging, NIDA |
| 1993-1994 | Consultant – Medical Research Council, Neuroscience and Mental Health Board, Great Britain |

Thomas R. Kosten, MD
CV

| | |
|---|---|
| 1992-1994 | Examiner – American Board Psychiatry and Neurology, Part II |
| 1991-2002 | Expert Member – Committee on Certification for Added Qualifications in Addiction Psychiatry, American Board of Psychiatry and Neurology |
| 1991-1993 | Expert Member – Scientific Advisory Group, University of Pennsylvania, Substance Abuse Research Center |
| 1991 | Ad Hoc Reviewer – Clinical and Treatment IRG, NIAAA |
| 1991 | Ad Hoc Reviewer – Epidemiology and Prevention IRG, National Institute of Mental Health |
| 1990-1993 | Member –Board of Scientific Counselors, NIDA Intramural Program, Baltimore |
| 1986-1993 | Reviewer – VHA Research Advisory Group, MERIT Reviews, Fellowship Programs |
| 1986-1992 | Expert Member – Sports Medicine Committee, Drug Testing, US Olympic Committee |
| 1986-1992 | Expert Member – Clinical and Behavioral Research IRG, NIDA |
| 1989-1991 | Consultant – US Senate Committee on Labor and Human Resources, Addiction Pharmacotherapy |
| 1989 | Consultant – Washington, DC, Federal Aviation Administration on Drug Testing for Pilots |
| 1989 | Consultant – Florida State Substance Abuse Services, Cocaine Pharmacotherapy |
| 1987 | Invited Lecturer – International Conference on Drug Abuse, Italian Association of Judges, Naples, Italy, Treatment of Opioid Dependence |
| 1986 | Consultant – Treatment of Drug Dependent Prisoners, Atlanta, GA |
| 1986 | Consultant – Treatment of Drug Dependent Prisoners, Connecticut  Civil Liberties Union |
| 1986 | Ad Hoc Reviewer – Epidemiology and Prevention IRG, NIDA |
| 1986 | Chairman – Epidemiology of Acquired Immunodeficiency Syndrome IRG, NIDA |

**Professional societies, Elected positions, etc.**

| | |
|---|---|
| 2007-2011 | CPDD representative – The Physician Clinical Support System Steering Committee |
| 2005-2011 | Member – Human Research Committee, American College of Neuropsychopharmacology (ACNP) |
| 1991-1994 & | Member – Board of Directors, College on Problems of Drug Dependence (CPDD) |
| 2006-Present | Member – Advisory Board Waggoner Alcoholism Research Center, UT Austin |
| 2006-Present & | Fellow – American College of Neuropsychopharmacology (ACNP) |
| 2006 | President –College on Problems of Drug Dependence |
| 2000-2006 | Dependence (CPDD) |
| 2000-Present | Fellow – College on Problems of Drug Dependence (CPDD) |

Thomas R. Kosten, MD
CV

| 2000-Present | Fellow – American Academy of Addiction Psychiatry (AAAP) |
| 1996-Present | Fellow – Collegium Internationale Neuro-Psychopharmacologicum. |
| 1994-Present | Founding Member – American Academy of Addiction Psychiatry (AAAP) |
| 1994-2002 | Board of Directors – American Academy of Addiction Psychiatry (AAAP) |
| 1998-2002 | Vice Chair – Committee on Certification for Addiction Psychiatry, American Board of Psychiatry And Neurology (ABPN) |
| 1998-2000. | President – American Academy of Addiction Psychiatry (AAAP) |
| 1998 | Program Chair – American College of Neuropsychopharmacology (ACNP) |
| 1991-1994 | Vice Chair – Council on Addictions, American Psychiatric Association (APA). |

3. **Invited lectures, presentations, research seminars:**

Select Congressional Testimony:

| 2009 | U.S. Senate Judiciary Committee – Drug Abuse Criminal Sentencing for Crack Cocaine. |
| 2008 | U.S. Congressional Testimony – Vaccines for Addiction. |
| 2006 | U.S. Senate testimony – Buprenorphine for opiate dependence. |
| 1999 | US Congressional testimony – Commerce, Committee; Opiate Regulation of Buprenorphine |
| 1993 | US Congressional testimony – College on Problems of Drug Dependence. |
| 1992 | US Congressional testimony – APA & National Alliance for Mentally Ill, Substance Abuse. |
| 1990 | US Congressional testimony – Bambury Center; Drug Legalization. |
| 1990 | US Congressional testimony – House Committee on Government Operations; Drug Abuse. |
| 1989 | US Senate Judiciary Committee testimony – Applying Medical Research to Drug Abuse. |
| 1985 | US Congressional testimony – House Select Committee on Narcotics Abuse and Control. |

Select National and Local Presentations & Workshops

| 2015 | Evolving Strategies for Substance Use Disorders – Oral Presentation. North American Center for Continuing Medical Education (NACCME), Nov 7 and 14, 2015, San Antonio, TX and Chicago, IL. |
| 2015 | Cocaine Addictions Vaccine – Oral Presentation. Thematic Meeting on Addictions, Oct 28, 2016. Rice University, Houston, TX. |
| 2015 | New Anti-Addiction Medications: Pharmacogenetics and Immunotherapies – Oral Presentation. North American Center for Continuing Medical Education (NACCME). Sep 12, 2015. San Diego, CA. |

Thomas R. Kosten, MD
CV

| | |
|---|---|
| 2015 | Addictions – Oral Presentation. American Society of Clinical Psychopharmacology, Mar 22, 2016. San Diego, CA. |
| 2014 | Pharmacogenetics of Cocaine: Disulfiram and Vaccines – Oral Presentation. American Academy of Addiction Psychiatry Annual Meeting, Dec 5, 2014. Aventura, FL. |
| 2014 | Internet Addiction: Compulsive Internet Use. Advances in Clinical Psychiatry 2014: Addictive Behaviors. Oral  Presentation. Oct 10, 2014. Houston, TX. |
| 2014 | New Anti-Addiction Medications: Pharmacogenetics and Immunotherapies. 27th Annual U.S. Psychiatric & Mental Health Congress Conference, Oral Presentation. Sep 20-23, 2014. Orlando, FL. |
| 2014 | Menninger Mindscape Podcast, "When is Internet Use and Gaming Addictive?" (http://www.youtube.com/watch?v=VB952PxJ11M&feature=youtu.be). Sep 29, 2014. Houston, TX. |
| 2014 | Cocaine and Methamphetamine: Pharmacology to Pipeline Treatments. California Society of Addiction Medicine (CSAM), Oral Presentation. Anaheim, CA. Sep 03-07, 2014. |
| 2013 | Vaccines for Addictions. Fourth Annual UT Psychiatry Update. Oral Presentation. Feb 09, 2013. Houston, TX. |
| 2013 | Ethical Issues Related to Agonist Therapy for Opoid Addictions. Fourth Annual UT Psychiatry Update. Oral Presentation. Feb 09, 2013. Houston, TX. |
| 2012 | Vaccine and Behavioral Approaches to U.S. Health Disparities: Sexually Transmitted Infections (STI) and Addiction. 2012 NIH Science of Eliminating Health Disparities Summit. Oral Panel Presentation. Dec 17-19, 2012. National Harbor, MD. |
| 2012 | Genetic & Immunological Predictors of Treatment Response: Alcohol and Cocaine. Texas Society of Psychiatric Physicians. November 11, 2012. Oral Presentation. Galveston, TX. |
| 2012 | Vaccines for Cocaine and Methamphetamine Addictions, Mass Biologics at the University of Massachusettes Medical School. Oral Presentation. October 17, 2012. Boston, MA. |
| 2012 | Medication Development for Stimulant Dependence. International Society for Clinical Trials Methods (ISCTM). Oral Presentation. October 01-03, 2012, Marina Del Rey, CA. |
| 2012 | Stimulant Addiction; TR Kosten. California Society of Addiction Medicine (CSAM). Oral Presentation.  Sep 5-08, 2012. San Francisco, CA. |
| 2012 | Cocaine Vaccine: Genetic Predictors of Treatment Response; TR Kosten and D Nielsen. College on Problems of Drug Dependence (CPDD). Oral Presentation. June 09-11, 2012. Palm Springs, CA. |
| 2012 | Biologics for Addictions Treatment: Vaccines and Enzymes. Panel Presentation; TR Kosten, Chair. NIH Clinical Drug Evaluation Unit (NCDEU).  Oral Presentation. May 29-June 01, 2012. Phoenix, AZ. |
| 2012 | Addictions Pharmacotherapy. Texas Research to Practice Conference. April 30, 2012.  Oral Presentation.  Dallas, TX. |
| 2012 | Addiction Vaccines. Menninger Symposium: An Agenda for Psychiatry and Neuroscience. Oral Presentation.  April 12, 2012. Houston, TX. |

Thomas R. Kosten, MD
CV

Select International Presentations & Workshops

2012    Pharmacogenetics of Cocaine Vaccine. Summit on Addictions Conference.  September 17-24, 2012, Beijing, China.

2011    Genetics and Biological Markers in Addictions and Dual Disorders. II International Congress on Dual Disorders: Spanish Society of Addictions Meeting, October 05-08, 2011. Barcelona, Spain.

2011    Genetics of the Cocaine Vaccine Response.  NIDA's Biennial Congress, October 27-November 6, 2011. Beijing, China.

2011    3rd Annual World Vaccine Congress.  Advances in Vaccines for Treating Substance Dependence, March 21-27, 2011. Beijing, China.

2010    NIDA's International Society of Addiction Medicine (ISAM), October 04-07, 2010. Milan, Italy.

2010    Pharmacogenitics of Cocaine. October 16-26, 2010. Beijing, China.

2010    Pharmacogenetics of Cocaine Addiction.  Pavlov Institute, International Conference on Psychiatry, June 10-16, St Petersburg, Russia.

2007    Vaccines and other pharmacological alternatives in the treatment of cocaine  addiction: Spanish Society of Addictions Meeting, Feb 23, 2007. Barcelona, Spain.

2007    Innovations in Pharmacotherapy of alcoholism and the treatment of alcohol dependence: United Arab Emitgrates International Conference on Addiction. March 10-14, 2007. Abu Dhabi.

2007    Addressing depression in opioid-maintained patients: Plenary session presented at Safer Options in the Treatment of Opioid Dependence. April 16-19, 2007. Prague, Czech Republic.

2007    Affective dysfunction in substance abuse: Neuroimaging Chaired Symposium at College on Problems of Drug Dependence, June 17-20, 2007. Quebec, Canada.

2007    Cocaine vaccination – a new strategy: The European Association of Addiction Therapy Conference. Sept 10, 2007. Vienna, Austria.

2007    Opioid addiction and pain; common features, receptors and treatment: Chair, session VI: The European Association of Addiction Therapy Conference,  September 10, 2007. Vienna, Austria.

2007    The psychopathology and treatment of addiction; Preclinical and clinical aspects of vaccination for addiction: World Psychiatric Association and Chinese Society of Psychiatry. September 20, 2007. Shanghai, China.

Select Media Interviews

2016    Black Box Warning and Pain Killers. Fox News, Channel 26 News Interview, Houston, TX,  Black Box Warnings. March 24, 2016.

2016    Alcohol Use Disorders. Video Interview by Indivior Pharmaceuticals. March 01, 2016, NYC, NY.

2015    NIDA Notes: Vaccines to Treat Addiction. Video Interview: https://www.drugabuse.gov/news-events/nida-notes/2015/06/dr-thomas-kosten-q-vaccines-to-treat-addiction. June 11, 2015.

Thomas R. Kosten, MD
CV

| | |
|---|---|
| 2015 | NIDA Notes: How Will Anti-Drug Vaccines be Used. Video Interview: https://www.drugabuse.gov/news-events/nida-notes/podcasts/2015/05/dr-thomas-kosten. May 29, 2015. |
| 2015 | A "Hands-On" Guide to Using Naltrexone in Alcohol Addictions. Psychiatric Times Video Interview: http://r.search.yahoo.com/_ylt=A0SO8zi2fORWh84A9JVXNyoA;_ylu=X3oDMTEycTJlODhxBGNvbG8DZ3ExBHBvcwMyBHZ0aWQDQjE3MjVfMQRzZWMDc3I-/RV=2/RE=1457843511/RO=10/RU=http%3a%2f%2fwww.psychiatrictimes.com%2fprintpdf%2f203288/RK=0/RS=Dun8PGY6_faxklGuzpf0YIPXZ6g-. January 12, 2015. |
| 2015 | Personalized Medicine Is Coming to Addiction Treatment. Interview for Substance.com – The Stuff that Hooks Us by Jeanene Swanson. http://www.substance.com/personalized-medicine-is-coming-to-addiction-treatment/18824/. January 15, 2015. |
| 2014 | Pharmacogenetics to Predict Treatment Outcome in Substance Use Disorders. American Academy of Addiction Psychiatry meeting overview by Hussam Jefee-Bahloul, MD. Psychiatric Times. http://www.psychiatrictimes.com/AAAP2014/pharmacogenetics-predict-treatment-outcome-substance-use-disorders#sthash.h2XlzG7k.dpuf. December 04, 2014. |
| 2014 | Substance Abuse. Radio Interview with Garland Robinette with "The Think Tank" on WWL 870AM/105.3FM. http://media.wwl.com/a/94548946/7-16-14-12-10pm-garland-on-substance-abuse.htm?q=kosten. July 16, 2014. |
| 2014 | How a Vaccine Could Halt Heroine Addiction. Radio Interview with Kerri Miller of "The Daily Circuit", Minnesotta Public Radio (MPR). http://www.mprnews.org/story/2014/06/02/daily-circuit-heroin-vaccine. June 02, 2014. |
| 2014 | Cocaine Vaccine Reaches Therapeutic Levels, Improves Treatment Retention And Abstinence Rates, But Does Not Decrease Overall Cocaine Use. Press Release on results of the NIDA-funded cocaine vaccine study. Released by Baylor College of Medicine. April 2014. |
| 2013 | Study Pits BP Meds Against Cocaine Addiction. Television Interview by Christi Myers for HealthCheck, KTRK-13. http://abclocal.go.com/ktrk/story?section=news/health&id=8980325. February 05, 2013. |
| 2013 | High Blood Pressure Drug May Help Cocaine Dependence.  Press Release by MED Houston VA Medical Center. January 23, 2013. |
| 2012 | Avoiding Addiction When It's In Your DNA.  Television Interview by PBS News Hour. http://www.pbs.org/newshour/updates/science/july-dec12/milesaddiction.html. December 13, 2012. |
| 2012 | A Vaccine to Curb Addicts' Highs. Wall Street Journal. Newspaper Interview by Keith Humphreys. November 23, 2012. http://online.wsj.com/article/SB10001424127887324352004578130963934871462.html |
| 2012 | Stimulating Big Pharma to Invest in Medications for Stimulant Addiction. Interview for SameFacts.com by Keith Humphreys. November 26, 2012. |

Thomas R. Kosten, MD
CV

2012    http://www.samefacts.com/2012/11/drug-policy/stimulating-big-pharma-to-invest-in-medications-for-stimulant-addiction/

2012    Unregulated Bath Salts Drugs Becoming More Dangerous. NBC, Channel 2-Houston. Television Interview. June 04, 2012. http://www.click2houston.com/news/Unregulated-bath-salts-drug-becoming-more-dangerous/-/1735978/14470270/-/e1lu03/-/index.html.

2011    Antidrug Vaccines. Psychiatric Times. http://www.psychiatrictimes.com/articles/antidrug-vaccines. April 19, 2011.

2011    A Vaccine for Cocaine Addiction? Rx in the City. http://houston.culturemap.com/newsdetail/07-07-11-a-vaccine-for-cocaine-addiction-baylor-college-of-medicines-dr-thomas-kosten-is-almost-there/. July 07, 2011.

2011    Quest for Vaccines to Treat Addictions. Wallstreet Journal. Newspaper Interview by Mark Long. May 03, 2011. http://online.wsj.com/article/SB10001424052748704436004576298980739463392.html

2011    High on Cocaine. National Geographic. Television Interview by Harriet Matthews. January 16, 2011. http://channel.nationalgeographic.com/channel/drugged/galleries/episode-high-on-cocaine/

2009    Shots Help Fight Cocaine Addiction. Associated Press. http://abclocal.go.com/ktrk/story?section=news/health&id=7049306. October 05, 2009.

2008    A Drug to End Drug Addiction. Time, Health and Family section, Interview by Hilary Hylton. January 09, 2008. http://www.time.com/time/health/article/0,8599,1701864,00.html

2007    Methamphetamine Nicotine Cocaine Vaccine. BCM Solutions, vol 3, issue 2, Summer 2007. Interview by Laura Madden-Fuentes. http://www.bcm.edu/solutions/v3i2/cocaine.html

**C. Publications:**

1. **Full papers:**
   a. **Published in peer review journals**
      1. **Kosten TR**, Astrachan BM. Planning for crisis on a psychiatric research ward: a task analysis. Compr Psychiatry. 1981 May-Jun;22(3):306-11. PubMed PMID: 7238004.
      2. **Kosten TR**, Jalali B, Kleber HD. Complementary marital roles of male heroin addicts: evolution and intervention tactics. Am J Drug Alcohol Abuse. 1982-1983;9(2):155-69. PubMed PMID: 7171079.
      3. **Kosten TR**, Rounsaville BJ, Kleber HD. DSM-III personality disorders in opiate addicts. Compr Psychiatry. 1982 Nov-Dec;23(6):572-81. PubMed PMID: 7160176.
      4. **Kosten TR**, Astrachan, BM, Riordan CE, Kleber HD. The organization of a methadone maintenance program. J Drug Issues. 1982; 12(4): 333-342.
      5. **Kosten TR**, Rounsaville BJ, Kleber HD. Relationship of depression to psychosocial stressors in heroin addicts. J Nerv Ment Dis. 1983 Feb;171(2):97-104. PubMed PMID: 6822825.

Thomas R. Kosten, MD
CV

6. **Kosten TR**, Rounsaville BJ, Kleber HD. Concurrent validity of the addiction severity index. J Nerv Ment Dis. 1983 Oct;171(10):606-10. PubMed PMID: 6619823.

7. **Kosten TR**, Jalali B, Hogan I, Kleber HD. Family denial as a prognostic factor in opiate addict treatment outcome. J Nerv Ment Dis. 1983 Oct;171(10):611-6. PubMed PMID: 6619824.

8. **Kosten TR**, Rounsaville BJ, Merikangas KR, Prusoff BA, Kleber HD. The relationship of the Maudsley Personality Inventory to depression in addicts. Compr Psychiatry. 1983 Nov-Dec;24(6):535-42. PubMed PMID: 6653096.

9. Jacobs S, **Kosten TR**. Depressive syndromes during acute bereavement: Indications for professional intervention. Yale Psychiatric Quarterly.1983; 6: 4-13.

10. **Kosten TR**, Jacobs S, Mason J, Wahby V, Atkins S. Psychological correlates of growth hormone response to stress. Psychosom Med. 1984 Jan-Feb;46(1):49-58. PubMed PMID: 6701254.

11. **Kosten TR**, Novak P, Kleber HD. Perceived marital and family environment of opiate addicts. Am J Drug Alcohol Abuse. 1984;10(4):491-501. PubMed PMID: 6534181.

12. **Kosten TR**, Kleber HD. Strategies to improve compliance with narcotic antagonists. Am J Drug Alcohol Abuse. 1984;10(2):249-66. PubMed PMID: 6475891.

13. Jacobs S, Mason J, **Kosten T**, Brown S, Ostfeld A. Urinary-free cortisol excretion in relation to age in acutely stressed persons with depressive symptoms. Psychosom Med. 1984 May-Jun;46(3):213-21. PubMed PMID: 6739681.

14. **Kosten TR**, Jacobs S, Mason JW. The dexamethasone suppression test during bereavement. J Nerv Ment Dis. 1984 Jun;172(6):359-60. PubMed PMID: 6544808.

15. Kleber HD, **Kosten TR**. Naltrexone induction: psychologic and pharmacologic strategies. J Clin Psychiatry. 1984 Sep;45(9 Pt 2):29-38. PubMed PMID: 6469934.

16. **Kosten TR**, Rounsaville BJ, Kleber HD. Relationship of depression to clonidine detoxification of opiate addicts. Compr Psychiatry. 1984 Sep-Oct;25(5):503-8. PubMed PMID: 6488761.

17. Jacobs S, Mason J, **Kosten T**, Kasl S, Ostfeld A, Atkins S, Gardner C, Schreiber S. Acute bereavement, threatened loss, ego defenses and adrenocortical function. Psychother Psychosom. 1985;44(3):151-9. PubMed PMID: 3832148.

18. **Kosten TR**, Rounsaville BJ, Kleber HD. Comparison of clinician ratings to self reports of withdrawal during clonidine detoxification of opiate addicts. Am J Drug Alcohol Abuse. 1985;11(1-2):1-10. PubMed PMID: 3904410.

19. Kleber HD, **Kosten TR**, Gaspari J, Topazian M. Nontolerance to the opioid antagonism of naltrexone. Biol Psychiatry. 1985 Jan;20(1):66-72. PubMed PMID: 2981129.

20. Rounsaville BJ, **Kosten T**, Kleber H. Success and failure at outpatient opioid detoxification. Evaluating the process of clonidine- and methadone-assisted withdrawal. J Nerv Ment Dis. 1985 Feb;173(2):103-10. PubMed PMID: 3881558.

Thomas R. Kosten, MD
CV

21. Kleber HD, Riordan CE, Rounsaville B, **Kosten T**, Charney D, Gaspari J, Hogan I, O'Connor C. Clonidine in outpatient detoxification from methadone maintenance. JAMA Psych (Arch Gen Psychiatry). 1985 Apr;42(4):391-4. PubMed PMID: 3977557.

22. **Kosten TR**, Rounsaville BJ, Kleber HD. Ethnic and gender differences among opiate addicts. Int J Addict. 1985 Aug;20(8):1143-62. PubMed PMID: 4077316.

23. **Kosten TR**, Rounsaville BJ, Kleber HD. Parental alcoholism in opioid addicts. J Nerv Ment Dis. 1985 Aug;173(8):461-9. PubMed PMID: 4020363.

24. Jacobs SC, Mason JW, **Kosten TR**, Wahby V, Kasl SV, Ostfeld AM. Bereavement and catecholamines. J Psychosom Res. 1986;30(4):489-96. PubMed PMID: 3761233.

25. **Kosten TR**, Rounsaville BJ, Kleber HD. A 2.5 year follow-up of treatment retention and reentry among opioid addicts. J Subst Abuse Treat. 1986;3(3):181-9. PubMed PMID: 3806731.

26. **Kosten TR**, Gawin FH, Rounsaville BJ, Kleber HD. Cocaine abuse among opioid addicts: demographic and diagnostic factors in treatment. Am J Drug Alcohol Abuse. 1986;12(1-2):1-16. PubMed PMID: 3788892.

27. Jacobs SC, Kasl SV, Ostfeld AM, Berkman L, **Kosten TR**, Charpentier P. The measurement of grief: bereaved versus non-bereaved. Hosp J. 1986 Winter;2(4):21-36. PubMed PMID: 3647919.

28. **Kosten TR**. Diagnosing depression with the DST and TRH in cocaine and opioid abusers. J Subst Abuse Treat. 1986;3(1):47-9. PubMed PMID: 3090273.

29. **Kosten TR**, Kreek MJ, Ragunath J, Kleber HD. Cortisol levels during chronic naltrexone maintenance treatment in ex-opiate addicts. Biol Psychiatry. 1986 Feb;21(2):217-20. PubMed PMID: 3947698.

30. Mason JW, Giller EL, **Kosten TR**, Ostroff RB, Podd L. Urinary free-cortisol levels in posttraumatic stress disorder patients. J Nerv Ment Dis. 1986 Mar; 174(3):145-9. PubMed PMID: 3950596.

31. **Kosten TR**, Hogan I, Jalali B, Steidl J, Kleber HD. The effect of multiple family therapy on addict family functioning: a pilot study. Adv Alcohol Subst Abuse. 1986 Spring; 5(3):51-62. PubMed PMID: 3728193.

32. Rounsaville BJ, **Kosten TR**, Weissmann MM, Kleber HD. A 2.5-year follow-up of short-term interpersonal psychotherapy in methadone-maintained opiate addicts. Compr Psychiatry. 1986 May-Jun; 27(3):201-10. PubMed PMID: 3709134.

33. **Kosten TR**, Kreek MJ, Ragunath J, Kleber HD. A preliminary study of beta endorphin during chronic naltrexone maintenance treatment in ex-opiate addicts. Life Sci. 1986 Jul 7; 39(1):55-9. PubMed PMID: 2941636.

34. Rounsaville BJ, **Kosten TR**, Weissman MM, Kleber HD. Prognostic significance of psychopathology in treated opiate addicts. A 2.5-year follow-up study. JAMA Psych (Arch Gen Psychiatry). 1986 Aug;43(8):739-45. PubMed PMID: 3729668.

35. **Kosten TR**, Rounsaville BJ, Kleber HD. A 2.5-year follow-up of depression, life crises, and treatment effects on abstinence among

Thomas R. Kosten, MD
CV

opioid addicts. JAMA Psych (Arch Gen Psychiatry). 1986 Aug;43(8):733-8. PubMed PMID: 3729667.

36. **Kosten TR**, Rounsaville BJ. Psychopathology in opioid addicts. Psychiatr Clin North Am. 1986 Sep;9(3):515-32. PubMed PMID: 3774603.

37. Rounsaville BJ, **Kosten TR**, Kleber HD. Long-term changes in current psychiatric diagnoses of treated opiate addicts. Compr Psychiatry. 1986 Sep-Oct;27(5):480-98. PubMed PMID: 3757496.

38. **Kosten TR**, Forrest JN. Treatment of severe lithium-induced polyuria with amiloride. Am J Psychiatry. 1986 Dec;143(12):1563-8. PubMed PMID: 3538913

39. **Kosten TR**. Combining family therapy with pharmacotherapy in opioid addicts: Use of naltrexone. International Journal of Family Psychiatry. 1986; 7: 143-153.

40. Rounsaville BJ, **Kosten TR**, Kleber HD. The antecedents and benefits of achieving abstinence in opioid addicts: a 2.5-year follow-up study. Am J Drug Alcohol Abuse. 1987;13(3):213-29. PubMed PMID: 3687888.

41. **Kosten TR**, Rounsaville BJ, Kleber HD. Predictors of 2.5-year outcome in opioid addicts: pretreatment source of income. Am J Drug Alcohol Abuse. 1987;13(1-2):19-32. PubMed PMID: 3687883.

42. **Kosten TR**, Jalali B, Steidl JH, Kleber HD. Relationship of marital structure and interactions to opiate abuse relapse. Am J Drug Alcohol Abuse. 1987;13(4):387-99. PubMed PMID: 3687898.

43. **Kosten TR**, Mason JW, Giller EL, Ostroff RB, Harkness L. Sustained urinary norepinephrine and epinephrine elevation in post-traumatic stress disorder. Psychoneuroendocrinology. 1987;12(1):13-20. PubMed PMID: 3588809.

44. Kleber HD, Topazian M, Gaspari J, Riordan CE, **Kosten T**. Clonidine and naltrexone in the outpatient treatment of heroin withdrawal. Am J Drug Alcohol Abuse. 1987;13(1-2):1-17. PubMed PMID: 3687878.

45. **Kosten TR**, Rounsaville BJ, Kleber HD. Multidimensionality and prediction of treatment outcome in opioid addicts: 2.5-year follow-up. Compr Psychiatry. 1987 Jan-Feb;28(1):3-13. PubMed PMID: 3802797.

46. Jacobs SC, Mason J, **Kosten TR**, Kasl SV, Ostfeld AM, Wahby V. Urinary free cortisol and separation anxiety early in the course of bereavement and threatened loss. Biol Psychiatry. 1987 Feb; 22(2):148-52. PubMed PMID: 3814667.

47. **Kosten TR**, Rounsaville BJ, Kleber HD. A 2.5-year follow-up of cocaine use among treated opioid addicts. Have our treatments helped? JAMA Psych (Arch Gen Psychiatry). 1987 Mar;44(3):281-4. PubMed PMID: 3827521.

48. Rounsaville BJ, **Kosten TR**, Williams JB, Spitzer RL. A field trial of DSM-III-R psychoactive substance dependence disorders. Am J Psychiatry. 1987 Mar; 144(3):351-5. PubMed PMID: 3826436.

49. **Kosten TR**, Kreek MJ, Swift C, Carney MK, Ferdinands L. Beta endorphin levels in CSF during methadone maintenance. Life Sci. 1987 Aug 31;41(9):1071-6. Erratum in: Life Sci 1987 Oct 5;41(14):1761. PubMed PMID: 2956475.

Thomas R. Kosten, MD
CV

50. **Kosten TR**, Schumann B, Wright D, Carney MK, Gawin FH. A preliminary study of desipramine in the treatment of cocaine abuse in methadone maintenance patients. J Clin Psychiatry. 1987 Nov;48(11):442-4. PubMed PMID: 3680185.

51. **Kosten TR**, Rounsaville BJ, Babor TF, Spitzer RL, Williams JB. Substance-use disorders in DSM-III-R. Evidence for the dependence syndrome across different psychoactive substances. Br J Psychiatry. 1987 Dec;151:834-43. PubMed PMID: 2901887.

52. **Kosten TR**, Kleber HD. Differential diagnosis of psychiatric comorbidity in substance abusers. J Subst Abuse Treat. 1988;5(4):201-6. PubMed PMID: 3216436.

53. **Kosten TR**, Rounsaville BJ. Suicidality among opioid addicts: 2.5 year follow-up. Am J Drug Alcohol Abuse. 1988;14(3):357-69. PubMed PMID: 3189257.

54. **Kosten TR**, Kleber HD. Rapid death during cocaine abuse: a variant of the neuroleptic malignant syndrome? Am J Drug Alcohol Abuse. 1988;14(3):335-46. Review. PubMed PMID: 3055940.

55. **Kosten TR**, Krystal J. Biological mechanisms in posttraumatic stress disorder. Relevance for substance abuse. Recent Dev Alcohol. 1988;6:49-68. Review. PubMed PMID: 3283864.

56. **Kosten TR**, Kleber HD. Buprenorphine detoxification from opioid dependence: a pilot study. Life Sci. 1988;42(6):635-41. PubMed PMID: 3276999.

57. Mason JW, Giller EL, **Kosten TR**. Serum testosterone differences between patients with schizophrenia and those with affective disorder. Biol Psychiatry. 1988 Feb 15;23(4):357-66. PubMed PMID: 3342266.

58. **Kosten TR**, Rounsaville BJ, Kleber HD. Antecedents and consequences of cocaine abuse among opioid addicts. A 2.5-year follow-up. J Nerv Ment Dis. 1988 Mar;176(3):176-81. PubMed PMID: 3343591.

59. Vining E, **Kosten TR**, Kleber HD. Clinical utility of rapid clonidine-naltrexone detoxification for opioid abusers. Br J Addict. 1988 May;83(5):567-75. PubMed PMID: 3382815.

60. Mason JW, Giller EL, **Kosten TR**, Harkness L. Elevation of urinary norepinephrine/cortisol ratio in posttraumatic stress disorder. J Nerv Ment Dis. 1988 Aug;176(8):498-502. PubMed PMID: 3404142.

61. Frank JB, **Kosten TR**, Giller EL Jr, Dan E. A randomized clinical trial of phenelzine and imipramine for posttraumatic stress disorder. Am J Psychiatry. 1988 Oct;145(10):1289-91. PubMed PMID: 3048121.

62. Jacobs SC, **Kosten TR**, Kasl SV, Ostfeld AM, Berkman I, Charpentier P. Attachment theory and multiple dimensions of grief. Omega: J Death Dying. 1988; 18: 41-52.

63. Wahby V, Ibrahim G, Friedenthal S, Giller E, **Kosten T**, Mason J. Serum concentrations of circulating thyroid hormones in a group of depressed men. Neuropsychobiology. 1989;22(1):8-10. PubMed PMID: 2639287.

64. Kosten TA, **Kosten TR**, Rounsaville BJ. Personality disorders in opiate addicts show prognostic specificity. J Subst Abuse Treat. 1989;6(3):163-8. PubMed PMID: 2795705.

Thomas R. Kosten, MD
CV

65. Gawin FH, Morgan C, **Kosten TR**, Kleber HD. Double-blind evaluation of the effect of acute amantadine on cocaine craving. Psychopharmacology (Berl). 1989;97(3):402-3. PubMed PMID: 2497490.

66. Kosten TA, Jacobsen LK, **Kosten TR**. Severity of precipitated opiate withdrawal predicts drug dependence by DSM-III-R criteria. Am J Drug Alcohol Abuse. 1989;15(3):237-50. PubMed PMID: 2763981.

67. **Kosten TR**, Rounsaville BJ, Foley SH. Inpatient vs. outpatient cocaine abuse treatments. NIDA Res Monogr. 1989;95:312-3. PubMed PMID: 2640976.

68. Jacobsen LK, **Kosten TR**. Naloxone challenge as a biological predictor of treatment outcome in opiate addicts. Am J Drug Alcohol Abuse. 1989;15(4):355-66. PubMed PMID: 2596440.

69. **Kosten TR**. Advances in clinical research on drug addiction: Opioids and cocaine. Substance Abuse. 1989; 10: 35-42.

70. **Kosten TR**, Morgan CJ, Kleber HD. Buprenorphine treatment of cocaine abuse. NIDA Res Monogr. 1989;95:461. PubMed PMID: 2641031.

71. **Kosten TR**, Kleber HD, Morgan C. Role of opioid antagonists in treating intravenous cocaine abuse. Life Sci. 1989;44(13):887-92. PubMed PMID: 2927249.

72. Southwick S, Mason JW, Giller EL, **Kosten TR**. Serum thyroxine change and clinical recovery in psychiatric inpatients. Biol Psychiatry. 1989 Jan;25(1):67-74. PubMed PMID: 2912510.

73. Gawin FH, Kleber HD, Byck R, Rounsaville BJ, **Kosten TR**, Jatlow PI, Morgan C. Desipramine facilitation of initial cocaine abstinence. JAMA Psych (Arch Gen Psychiatry). 1989 Feb;46(2):117-21. PubMed PMID: 2492422.

74. Mason JW, Kennedy JL, **Kosten TR**, Giller EL Jr. Serum thyroxine levels in schizophrenic and affective disorder diagnostic subgroups. J Nerv Ment Dis. 1989 Jun;177(6):351-8. PubMed PMID: 2723624.

75. Kosten TA, **Kosten TR**. Cocaine abuse and opioid withdrawal. Lancet. 1989 Jul 15;2(8655):165-6. PubMed PMID: 2567937.

76. **Kosten TR**. Pharmacotherapeutic interventions for cocaine abuse. Matching patients to treatments. J Nerv Ment Dis. 1989 Jul;177(7):379-89. Review. PubMed PMID: 2664072.

77. **Kosten TR**, Kleber HD, Morgan C. Treatment of cocaine abuse with buprenorphine. Biol Psychiatry. 1989 Oct;26(6):637-9. PubMed PMID: 2790101.

78. **Kosten TR**, Krystal JH, Charney DS, Price LH, Morgan CH, Kleber HD. Rapid detoxification from opioid dependence. Am J Psychiatry. 1989 Oct;146(10):1349. PubMed PMID: 2675644.

79. Krystal J, **Kosten TR**, Perry B, Southwick S, Mason JW, Giller EL. Neurobiological aspects of post traumatic stress disorder: Review of clinical and pre-clinical studies. Behavior Therapy. 1989; 20: 177-198.

80. Diakogiannis IA, Steinberg M, **Kosten TR**. Mazindol treatment of cocaine abuse. A double-blind investigation. NIDA Res Monogr. 1990; 105:514. PubMed PMID: 1876105.

81. **Kosten TR**, Gawin FH, Morgan C, Nelson JC, Jatlow P. Evidence for altered desipramine disposition in methadone-maintained patients

Thomas R. Kosten, MD
CV

treated for cocaine abuse. Am J Drug Alcohol Abuse. 1990;16(3-4):329-36. PubMed PMID: 2288330.

82. Kosten TA, **Kosten TR**, Rounsaville BJ. Cocaine symptoms are predicted by familial psychopathology. NIDA Res Monogr. 1990;105:603-4. PubMed PMID: 1876139.

83. **Kosten TR**. Current pharmacotherapies for opioid dependence. Psychopharmacol Bull. 1990;26(1):69-74. Review. PubMed PMID: 2196628.

84. **Kosten TR**, Morgan C, Kosten TA. Depressive symptoms during buprenorphine treatment of opioid abusers. J Subst Abuse Treat. 1990;7(1):51-4. PubMed PMID: 2313769.

85. **Kosten TR**, Krystal JH, Charney DS, Price LH, Morgan CH, Kleber HD. Opioid antagonist challenges in buprenorphine maintained patients. Drug Alcohol Depend. 1990 Feb;25(1):73-8. PubMed PMID: 2323312.

86. **Kosten TR**. Neurobiology of abused drugs. Opioids and stimulants. J Nerv Ment Dis. 1990 Apr;178(4):217-27. Review. PubMed PMID: 2156952.

87. **Kosten TR**, Gawin FH, Morgan C, Nelson JC, Jatlow P. Desipramine and its 2-hydroxy metabolite in patients taking or not taking methadone. Am J Psychiatry. 1990 Oct;147(10):1379-80. PubMed PMID: 2400009.

88. **Kosten TR**, Wahby V, Giller E Jr, Mason J. The dexamethasone suppression test and thyrotropin-releasing hormone stimulation test in posttraumatic stress disorder. Biol Psychiatry. 1990 Oct 15;28(8):657-64. PubMed PMID: 2122916.

89. **Kosten TR**, Margolin A. New developments in opioid abuse treatment. Annals Clinical Psychiatry. 1990; 2(4): 245-250.

90. Mason JW, Giller El, **Kosten TR**, Wahby VS. Serum testosterone levels in post traumatic stress disorder inpatients. J Traumatic Stress. 1990; 3: 449-457.

91. Mason JW, **Kosten TR**, Southwick SM, Giller EL. The use of hormonal profile strategies in post-traumatic stress disorder. J Applied Social Psychology. 1990; 20: 1822-1846.

92. Woods SW, O'Malley SS, Martini BL, McDougle CJ, Price LH, Krystal JH, Hoffer PB, **Kosten TR**. SPECT regional cerebral blood flow and neuropsychological testing in non-demented HIV-positive drug abusers: preliminary results. Prog Neuropsychopharmacol Biol Psychiatry. 1991;15(5):649-62. PubMed PMID: 1956993.

93. Ziedonis DM, **Kosten TR**. Depression as a prognostic factor for pharmacological treatment of cocaine dependence. Psychopharmacol Bull. 1991;27(3):337-43. PubMed PMID: 1775608.

94. Rounsaville BJ, **Kosten TR**, Weissman MM, Prusoff B, Pauls D, Anton SF, Merikangas K. Psychiatric disorders in relatives of probands with opiate addiction. JAMA Psych (Arch Gen Psychiatry). 1991 Jan;48(1):33-42. PubMed PMID: 1984760.

95. Satel SL, **Kosten TR**. Designing drug efficacy trials in the treatment of cocaine abuse. J Nerv Ment Dis. 1991 Feb;179(2):89-96. PubMed PMID: 1990076.

Thomas R. Kosten, MD
CV

96. Mason JW, **Kosten TR**, Giller EL. Multidimensional hormonal discrimination of paranoid schizophrenic from bipolar manic patients. Biol Psychiatry. 1991 Mar 1; 29(5):457-66. PubMed PMID: 2018819.

97. Rosen MI, **Kosten TR**. Buprenorphine: beyond methadone? Hosp Community Psychiatry. 1991 Apr; 42(4):347-9. Review. PubMed PMID: 2050347.

98. **Kosten TR**, Frank JB, Dan E, McDougle CJ, Giller EL Jr. Pharmacotherapy for posttraumatic stress disorder using phenelzine or imipramine. J Nerv Ment Dis. 1991 Jun; 179(6):366-70. PubMed PMID: 2051152.

99. **Kosten TR**, Morgan C, Kleber HD. Treatment of heroin addicts using buprenorphine. Am J Drug Alcohol Abuse. 1991 Jun; 17(2):119-28. PubMed PMID: 1862786.

100. **Kosten TR**, Rounsaville BJ, Kosten TA, Merikangas K. Gender differences in the specificity of alcoholism transmission among the relatives of opioid addicts. J Nerv Ment Dis. 1991 Jul; 179(7):392-400. PubMed PMID: 1869867.

101. Ziedonis DM, **Kosten TR**. Pharmacotherapy improves treatment outcome in depressed cocaine addicts. J Psychoactive Drugs. 1991 Oct-Dec; 23(4):417-25. PubMed PMID: 1813613.

102. Kosten TA, **Kosten TR**. Pharmacological blocking agents for treating substance abuse. J Nerv Ment Dis. 1991 Oct; 179(10):583-92. Review. PubMed PMID: 1919542.

103. **Kosten TR**, Kosten TA, Rounsaville BJ. Alcoholism and depressive disorders in opioid addicts and their family members. Compr Psychiatry. 1991 Nov-Dec; 32(6):521-7. PubMed PMID: 1778079.

104. **Kosten TR**. Medications development and the war on drugs: victims of the Gulf war? Biol Psychiatry. 1991 Mar 15; 29(6):521-3. PubMed PMID: 2054428.

105. Ziedonis D, Richardson T, Lee E, Petrakis I, **Kosten T**. Adjunctive desipramine in the treatment of cocaine abusing schizophrenics. Psychopharmacol Bull. 1992;28(3):309-14. PubMed PMID: 1480735.

106. Krystal JH, McDougle CJ, **Kosten TR**, Price LH, Aghajanian GK, Charney DS. Baclofen-assisted detoxification from opiates. A pilot study. J Subst Abuse Treat. 1992;9(2):139-42. PubMed PMID: 1324986.

107. **Kosten TR**, Rosen MI, Schottenfeld R, Ziedonis D. Buprenorphine for cocaine and opiate dependence. Psychopharmacol Bull. 1992;28(1):15-9. Review. PubMed PMID: 1609037.

108. Kosten TA, Bianchi MS, **Kosten TR**. The predictive validity of the dependence syndrome in opiate abusers. Am J Drug Alcohol Abuse. 1992;18(2):145-56. PubMed PMID: 1562012.

109. Rosen MI, **Kosten T**. Cocaine-associated panic attacks in methadone-maintained patients. Am J Drug Alcohol Abuse. 1992;18(1):57-62. PubMed PMID: 1314016.

110. Stine SM, **Kosten TR**. Use of drug combinations in treatment of opioid withdrawal. J Clin Psychopharmacol. 1992 Jun;12(3):203-9. Review. PubMed PMID: 1629388.

111. McDougle CJ, Price LH, Palumbo JM, **Kosten TR**, Heninger GR, Kleber HD. Dopaminergic responsivity during cocaine abstinence: a

Thomas R. Kosten, MD
CV

pilot study. Psychiatry Res. 1992 Jul;43(1):77-85. PubMed PMID: 1359594.

112. **Kosten T**, Silverman DG, Fleming J, Kosten TA, Gawin FH, Compton M, Jatlow P, Byck R. Intravenous cocaine challenges during naltrexone maintenance: a preliminary study. Biol Psychiatry. 1992 Sep 15;32(6):543-8. PubMed PMID: 1445971.

113. **Kosten TR**, Morgan C, Kreek MJ. Beta endorphin levels during heroin, methadone, buprenorphine, and naloxone challenges: preliminary findings. Biol Psychiatry. 1992 Sep 15;32(6):523-8. PubMed PMID: 1445968.

114. Nigam R, Schottenfeld R, **Kosten TR**. Treatment of dual diagnosis patients: a relapse prevention group approach. J Subst Abuse Treat. 1992 Fall;9(4):305-9. PubMed PMID: 1362227.

115. Chang G, Carroll KM, Behr HM, **Kosten TR**. Improving treatment outcome in pregnant opiate-dependent women. J Subst Abuse Treat. 1992 Fall;9(4):327-30. PubMed PMID: 1479630; PubMed Central PMCID: PMC3677856.

116. **Kosten TR**, Morgan CM, Falcione J, Schottenfeld RS. Pharmacotherapy for cocaine-abusing methadone-maintained patients using amantadine or desipramine. JAMA Psych (Arch Gen Psychiatry). 1992 Nov;49(11):894-8. PubMed PMID: 1444728.

117. **Kosten T**, Gawin FH, Silverman DG, Fleming J, Compton M, Jatlow P, Byck R. Intravenous cocaine challenges during desipramine maintenance. Neuropsychopharmacology. 1992 Nov;7(3):169-76. PubMed PMID: 1388643.

118. **Kosten TR**, Gawin FH, Kosten TA, Morgan C, Rounsaville BJ, Schottenfeld RS, Kleber HD. Six month follow-up of short term pharmacotherapy for cocaine dependence. Am J Addictions. 1992; 1: 40-49.

119. **Kosten TR**, Krystal JH, Giller EL, Frank J, Dan E. Alexithymia as a predictor of treatment response in posttraumatic stress disorder. J Traumatic Stress. 1992; 5: 41-51.

120. **Kosten TR**. Can cocaine craving be a medication development outcome: drug craving and relapse in opioid and cocaine dependence. Am J Addictions. 1992; 1(3): 230-239.

121. Rosen MI, Bridge TP, O'Malley SS, Pearsall HR, Maritini B, O'Connor PG, Brett-Smith H, Thomas HM, van Dyke CH, Woods SW, **Kosten TR**. Peptide T treatment of cognitive impairment in HIV positive intravenous drug users. Am J Addictions. 1992; 1; 332-338.

122. Stine SM, Freeman M, Burns B, Charney DS, **Kosten TR**. The effect of methadone dose on cocaine abuse in a methadone program. Am J Addictions. 1992; 1(4): 294-303.

123. Kosten TA, **Kosten TR**, Gawin FH, Gordon LT, Hogan I, Kleber HD. An open trial of sertraline for cocaine abuse. Am J Addictions. 1992; 1(4): 349-353.

124. **Kosten TR**, Price LH. Commentary on: Phenomenology and sequelae of MDMA use. J Nervous Mental Dis. 1992; 180: 353-354.

Thomas R. Kosten, MD
CV

125. **Kosten TR**. Pharmacological approaches to cocaine dependence. Clin Neuropharmacol. 1992;15 Suppl 1 Pt A:70A-71A. PubMed PMID: 1498999.

126. Margolin A, Chang P, Avants SK, **Kosten TR**. Effects of sham and real auricular needling: implications for trials of acupuncture for cocaine addiction. Am J Chin Med. 1993;21(2):103-11. PubMed PMID: 8237887.

127. Rosen MI, Pearsall HR, McDougle CJ, Price LH, Woods SW, **Kosten TR**. Effects of acute buprenorphine on responses to intranasal cocaine: a pilot study. Am J Drug Alcohol Abuse. 1993;19(4):451-64. PubMed PMID: 8273766.

128. McCance-Katz EF, Price LH, McDougle CJ, **Kosten TR**, Black JE, Jatlow PI. Concurrent cocaine-ethanol ingestion in humans: pharmacology, physiology, behavior, and the role of cocaethylene. Psychopharmacology (Berl). 1993;111(1):39-46. PubMed PMID: 7870932.

129. Kosten TA, Gawin FH, **Kosten TR**, Rounsaville BJ. Gender differences in cocaine use and treatment response. J Subst Abuse Treat. 1993 Jan-Feb;10(1):63-6. PubMed PMID: 8450576.

130. Satel SL, **Kosten TR**, Schuckit MA, Fischman MW. Should protracted withdrawal from drugs be included in DSM-IV? Am J Psychiatry. 1993 May;150(5):695-704. Review. PubMed PMID: 8097618.

131. **Kosten TR**, Schottenfeld R, Ziedonis D, Falcioni J. Buprenorphine versus methadone maintenance for opioid dependence. J Nerv Ment Dis. 1993 Jun;181(6):358-64. PubMed PMID: 8501457.

132. Schottenfeld RS, Pakes J, Ziedonis D, **Kosten TR**. Buprenorphine: dose-related effects on cocaine and opioid use in cocaine-abusing opioid-dependent humans. Biol Psychiatry. 1993 Jul 1-15;34(1-2):66-74. PubMed PMID: 8373940.

133. Sellers EM, Ciraulo DA, DuPont RL, Griffiths RR, **Kosten TR**, Romach MK, Woody GE. Alprazolam and benzodiazepine dependence. J Clin Psychiatry. 1993 Oct;54 Suppl:64-75; discussion 76-7. Review. PubMed PMID: 8262891.

134. Avants SK, Margolin A, **Kosten TR**, Singer JL. Changes concurrent with initiation of abstinence from cocaine abuse. J Subst Abuse Treat. 1993 Nov-Dec;10(6):577-83. PubMed PMID: 8308943.

135. **Kosten TR**, Steinberg M, Diakogiannis IA. A cross-over trail of mazindol for cocaine dependence. Am J Addictions. 1993; 2: 161-164.

136. Rosen MI, Pearsall HR, Price LH, McDougle CJ, Woods SW, **Kosten TR**. Carbamazepine vs. oxazepam for benzodiazepine detoxification in methadone maintained patients. Am J Addictions.1993; 3: 165-168.

137. Stine SM, Satel S, **Kosten TR**. Cocaine precipitation of patient identified opiate withdrawal. Am J Addictions. 1993; 2: 255-258.

138. Leal J, Ziedonis D, **Kosten T**. Antisocial personality disorder as a prognostic factor for pharmacotherapy of cocaine dependence. Drug Alcohol Depend. 1994 Mar;35(1):31-5. PubMed PMID: 8082553.

Thomas R. Kosten, MD
CV

139. Ziedonis DM, **Kosten TR**, Glazer WM, Frances RJ. Nicotine dependence and schizophrenia. Hosp Community Psychiatry. 1994 Mar;45(3):204-6. Review. PubMed PMID: 7910577.

140. Avants SK, Margolin A, **Kosten TR**. Cocaine abuse in methadone maintenance programs: integrating pharmacotherapy with psychosocial interventions. J Psychoactive Drugs. 1994 Apr-Jun;26(2):137-46. Review. PubMed PMID: 7931858.

141. Rosen MI, Wallace EA, McMahon TJ, Pearsall HR, Woods SW, Price LH, **Kosten TR**. Buprenorphine: duration of blockade of effects of intramuscular hydromorphone. Drug Alcohol Depend. 1994 Apr; 35(2):141-9. PubMed PMID: 7519977.

142. McDougle CJ, Black JE, Malison RT, Zimmermann RC, **Kosten TR**, Heninger GR, Price LH. Noradrenergic dysregulation during discontinuation of cocaine use in addicts. JAMA Psych (Arch Gen Psychiatry). 1994 Sep; 51(9):713-9. PubMed PMID: 8080348.

143. Rinder HM, Ault KA, Jatlow PI, **Kosten TR**, Smith BR. Platelet alpha-granule release in cocaine users. Circulation. 1994 Sep; 90(3):1162-7. PubMed PMID: 7522132.

144. Meandzija B, O'Connor PG, Fitzgerald B, Rounsaville BJ, **Kosten TR**. HIV infection and cocaine use in methadone maintained and untreated intravenous drug users. Drug Alcohol Depend. 1994 Oct; 36(2):109-13. PubMed PMID: 7851277.

145. Margolin A, Avants SK, **Kosten TR**. Cue-elicited cocaine craving and autogenic relaxation. Association with treatment outcome. J Subst Abuse Treat. 1994 Nov-Dec;11(6):549-52. PubMed PMID: 7884838.

146. Lago JA, **Kosten TR**. Stimulant withdrawal. Addiction. 1994 Nov; 89(11):1477-81. Review. PubMed PMID: 7841859.

147. Stine SM, **Kosten TR**. Reduction of opiate withdrawal-like symptoms by cocaine abuse during methadone and buprenorphine maintenance. Am J Drug Alcohol Abuse. 1994 Nov; 20(4):445-58. PubMed PMID: 7832179.

148. Oliveto AH, **Kosten TR**, Schottenfeld RS, Ziedonis D, Falcioni J. Cocaine use in buprenorphine vs. methadone maintained cocaine users. Am J Addictions. 1994; 3: 43-48.

149. **Kosten TR**. For Council on Addictions of American Psychiatry Association. Policy—statement on methadone maintenance treatment. Am J Psychiatry. 1994; 151: 792-794.

150. Margolin A, Avants SK, Chang P, Birch S, **Kosten TR**. A single-blind investigation of four auricular needle puncture configurations. Am J Chin Med. 1995;23(2):105-14. PubMed PMID: 7572770.

151. Oliveto AH, Rosen MI, Woods SW, **Kosten TR**. Discriminative stimulus, self-reported and cardiovascular effects of orally administered cocaine in humans. J Pharmacol Exp Ther. 1995 Jan; 272(1):231-41. PubMed PMID: 7815337.

152. Krystal JH, Woods SW, **Kosten TR**, Rosen MI, Seibyl JP, van Dyck CC, Price LH, Zubal IG, Hoffer PB, Charney DS. Opiate dependence and withdrawal: preliminary assessment using single photon emission computerized tomography (SPECT). Am J Drug Alcohol Abuse. 1995 Feb; 21(1):47-63. PubMed PMID: 7762544.

Thomas R. Kosten, MD
CV

153. **Kosten TR**, Rayford BS. Effects of ethnicity on low-dose opiate stabilization. J Subst Abuse Treat. 1995 Mar-Apr; 12(2):111-6. PubMed PMID: 7623388.

154. Avants SK, Margolin A, **Kosten TR**, Cooney NL. Differences between responders and nonresponders to cocaine cues in the laboratory. Addict Behav. 1995 Mar-Apr;20(2):215-24. PubMed PMID: 7484315.

155. Hameedi FA, Rosen MI, McCance-Katz EF, McMahon TJ, Price LH, Jatlow PI, Woods SW, **Kosten TR**. Behavioral, physiological, and pharmacological interaction of cocaine and disulfiram in humans. Biol Psychiatry. 1995 Apr 15;37(8):560-3. PubMed PMID: 7619981.

156. Aronson SC, Black JE, McDougle CJ, Scanley BE, Jatlow P, **Kosten TR**, Heninger GR, Price LH. Serotonergic mechanisms of cocaine effects in humans. Psychopharmacology (Berl). 1995 May; 119(2):179-85. PubMed PMID: 7659765.

157. Avants SK, Margolin A, Chang P, **Kosten TR**, Birch S. Acupuncture for the treatment of cocaine addiction. Investigation of a needle puncture control. J Subst Abuse Treat. 1995 May-Jun; 12(3):195-205. PubMed PMID: 7474027.

158. Satel SL, Krystal JH, Delgado PL, **Kosten TR**, Charney DS. Tryptophan depletion and attenuation of cue-induced craving for cocaine. Am J Psychiatry. 1995 May; 152(5):778-83. PubMed PMID: 7726319.

159. McCance EF, Price LH, **Kosten TR**, Jatlow PI. Cocaethylene: pharmacology, physiology and behavioral effects in humans. J Pharmacol Exp Ther. 1995 Jul; 274(1):215-23. PubMed PMID: 7616402.

160. Stine SM, Krystal JH, **Kosten TR**, Charney DS. Mazindol treatment for cocaine dependence. Drug Alcohol Depend. 1995 Oct; 39(3):245-52. PubMed PMID: 8556974.

161. Oliveto A, **Kosten TR**, Schottenfeld R, Falcioni J, Ziedonis D. Desipramine, amantadine, or fluoxetine in buprenorphine-maintained cocaine users. J Subst Abuse Treat. 1995 Nov-Dec;12(6):423-8. PubMed PMID: 8749726.

162. Margolin A, Avants SK, **Kosten TR**. Mazindol for relapse prevention to cocaine abuse in methadone-maintained patients. Am J Drug Alcohol Abuse. 1995 Nov; 21(4):469-81. PubMed PMID: 8561098.

163. Rosen MI, McMahon TJ, Margolin A, Gill TS, Woods SW, Pearsall HR, Kreek MJ, **Kosten TR**. Reliability of sequential naloxone challenge tests. Am J Drug Alcohol Abuse. 1995 Nov; 21(4):453-67. PubMed PMID: 8561097.

164. Margolin A, **Kosten TR**, Avants SK, Wilkins J, Ling W, Beckson M, Arndt IO, Cornish J, Ascher JA, Li SH, et al. A multicenter trial of bupropion for cocaine dependence in methadone-maintained patients. Drug Alcohol Depend. 1995 Dec; 40(2):125-31. PubMed PMID: 8745134.

165. Carroll KM, Chang G, Behr H, Clinton B, **Kosten TR**. Improving treatment outcome in pregnant methadone maintained women; Results from a randomized clinical trial. Am J Addictions. 1995; 4: 56-59.

Thomas R. Kosten, MD
CV

166. Rao S, Ziedonis DM, **Kosten TR**. The pharmacotherapy of cocaine dependence. Psychiatric Annals. 1995; 25(6): 363-368.

167. O'Connor PG, Meandzija B, Poling J, **Kosten TR**, Fitzgerald B, Rounsaville BJ. HIV vaccine preparedness trials in injection-drug users: Are we prepared? Substance Abuse. 1995; 16(4): 453-467.

168. McCance EF, **Kosten TR**. The role of the human laboratory in drug abuse research. Psychiatric Annals. 1995; 25(11): 689-692.

169. **Kosten TR**, Kosten TA, McDougle CJ, Hameedi FA, McCance EF, Rosen MI, Oliveto AH, Price LH. Gender differences in response to intranasal cocaine administration to humans. Biol Psychiatry. 1996 Jan 15;39(2):147-8. PubMed PMID: 8717615.

170. Rosen MI, McMahon TJ, Hameedi FA, Pearsall HR, Woods SW, Kreek MJ, **Kosten TR**. Effect of clonidine pretreatment on naloxone-precipitated opiate withdrawal. J Pharmacol Exp Ther. 1996 Mar;276(3):1128-35. PubMed PMID: 8786543.

171. Margolin A, Avants SK, **Kosten TR**. Pemoline for the treatment of cocaine dependence in methadone-maintained patients. J Psychoactive Drugs. 1996 Jul-Sep;28(3):301-4. PubMed PMID: 8895115.

172. Rosen MI, McMahon TJ, Woods SW, Pearsall HR, **Kosten TR**. A pilot study of dextromethorphan in naloxone-precipitated opiate withdrawal. Eur J Pharmacol. 1996 Jul 4;307(3):251-7. PubMed PMID: 8836612.

173. Margolin A, Avants SK, **Kosten TR**. Abstinence symptomatology associated with cessation of chronic cocaine abuse among methadone-maintained patients. Am J Drug Alcohol Abuse. 1996 Aug;22(3):377-88. PubMed PMID: 8841686.

174. O'Connor PG, Oliveto AH, Shi JM, Triffleman E, Carroll KM, **Kosten TR**, Rounsaville BJ. A pilot study of primary-care-based buprenorphine maintenance for heroin dependence. Am J Drug Alcohol Abuse. 1996 Nov;22(4):523-31. PubMed PMID: 8911590.

175. Wallace EA, Wisniewski G, Zubal G, vanDyck CH, Pfau SE, Smith EO, Rosen MI, Sullivan MC, Woods SW, **Kosten TR**. Acute cocaine effects on absolute cerebral blood flow. Psychopharmacology (Berl). 1996 Nov; 128(1):17-20. PubMed PMID: 8944401.

176. **Kosten TR**, McCance E. A review of pharmacotherapies for substance abuse. The American Journal on Addictions. 1996; 5(1): 58-59.

177. Avants SK, Margolin A, **Kosten TR**. Influence of treatment readiness on outcomes of two pharmacotherapy trials for cocaine abuse among methadone-maintained patients. Psychology Addictive Behaviors. 1996; 10(3): 147-156.

178. Best SE, Oliveto AH, **Kosten TR**. Opioid addiction: Recent advances in detoxification and maintenance therapy. CNS Drugs. 1996; 6(4): 301-314.

179. Ziedonis DM, **Kosten TR**. Aggiornamento: Dipendenza da nicotina e schizofrenia.1996; anno IV, numero 2-3 (11-12): 44-47.

Thomas R. Kosten, MD
CV

180. Petrakis IL, Satel SL, Stine S, **Kosten TR**, Normanworth SN, Charney DS, Krystal JH. AMPT effects on cue-induced craving for cocaine. The American Journal of Addictions. 1996; 5(4): 313-320.

181. **Kosten TR**, Ziedonis DM. Substance abuse and schizophrenia: editors' introduction. Schizophr Bull. 1997; 23(2):181-6. PubMed PMID: 9165628.

182. van Dyck CH, McMahon TJ, Rosen MI, O'Malley SS, O'Connor PG, Lin CH, Pearsall HR, Woods SW, **Kosten TR**. Sustained-release methylphenidate for cognitive impairment in HIV-1-infected drug abusers: a pilot study. J Neuropsychiatry Clin Neurosci. 1997 Winter; 9(1):29-36. PubMed PMID: 9017526.

183. Silverman DG, **Kosten TR**, Jatlow PI, Gutter V, Fleming J, O'Connor TZ, Byck R. Decreased digital flow persists after the abatement of cocaine-induced hemodynamic stimulation. Anesth Analg. 1997 Jan; 84(1):46-50. PubMed PMID: 8988997.

184. Manji H, Chen G, Potter W, **Kosten TR**. Guanine nucleotide binding proteins in opioid-dependent patients. Biol Psychiatry. 1997 Jan 15; 41(2):130-4. PubMed PMID: 9018382.

185. Rosen MI, Pearsall HR, Woods SW, **Kosten TR**. Effects of gamma-hydroxybutyric acid (GHB) in opioid-dependent patients. J Subst Abuse Treat. 1997 Mar-Apr; 14(2):149-54. PubMed PMID: 9258859.

186. Margolin A, Avants SK, Rounsaville B, **Kosten TR**, Schottenfeld RS. Motivational factors in cocaine pharmacotherapy trials with methadone-maintained patients: problems and paradoxes. J Psychoactive Drugs. 1997 Apr-Jun; 29(2):205-12. Review. PubMed PMID: 9250948.

187. Hameedi FA, Woods SW, Rosen MI, Pearsall HR, **Kosten TR**. Dose dependent effects of yohimbine on methadone maintained patients. Am J Drug Alcohol Abuse. 1997 May; 23(2):327-33. PubMed PMID: 9143642.

188. Warner EA, **Kosten TR**, O'Connor PG. Pharmacotherapy for opioid and cocaine abuse. Med Clin North Am. 1997 Jul;81(4):909-25. Review. PubMed PMID: 9222260.

189. Schottenfeld RS, Pakes JR, Oliveto A, Ziedonis D, **Kosten TR**. Buprenorphine vs methadone maintenance treatment for concurrent opioid dependence and cocaine abuse. JAMA Psych (Arch Gen Psychiatry). 1997 Aug; 54(8):713-20. PubMed PMID: 9283506.

190. Stine SM, Krystal JH, Petrakis IL, Jatlow PI, Heninger GR, **Kosten TR**, Charney DS. Effect of alpha-methyl-para-tyrosine on response to cocaine challenge. Biol Psychiatry. 1997 Aug 1;42(3):181-90. PubMed PMID: 9232210.

191. Avants SK, Margolin A, McMahon TJ, **Kosten TR**. Association between self-report of cognitive impairment, HIV status, and cocaine use in a sample of cocaine-dependent methadone-maintained patients. Addict Behav. 1997 Sep-Oct;22(5):599-611. PubMed PMID: 9347062.

192. O'Connor PG, Carroll KM, Shi JM, Schottenfeld RS, **Kosten TR**, Rounsaville BJ. Three methods of opioid detoxification in a primary care setting. A randomized trial. Ann Intern Med. 1997 Oct 1; 127(7):526-30. PubMed PMID: 9313020.

Thomas R. Kosten, MD
CV

193. **Kosten TR**, Rosen MI, McMahon TL, Bridge TP, O'Malley SS, Pearsall R, O'Connor PG. Treatment of early AIDS dementia in intravenous drug users: high versus low dose peptide T. Am J Drug Alcohol Abuse. 1997 Nov; 23(4):543-53. PubMed PMID: 9366972.

194. **Kosten TR**, McCance E. Una revision de tratamientos farmacologicos para el abuso de substancias. RET, Revista de Toxicomanias. 1997; 11: 5-11.

195. Margolin A, Avants SK, Malison RT, **Kosten TR**. High-and low-dose mazindol for cocaine dependence in methadone-maintained patients: A preliminary evaluation. Substance Abuse. 1997; 18(3): 125-131.

196. Stine SM, **Kosten TR**. Methadone dose in the treatment of opiate dependence. Medscape Mental Health. 1997; 2(11).

197. **Kosten TR**. Pharmacotherapy of cerebral ischemia in cocaine dependence. Drug Alcohol Depend. 1998 Jan 1;49(2):133-44. Review. PubMed PMID: 9543650.

198. Schottenfeld RS, Pakes JR, **Kosten TR**. Prognostic factors in Buprenorphine- versus methadone-maintained patients. J Nerv Ment Dis. 1998 Jan; 186(1):35-43. PubMed PMID: 9457145.

199. O'Connor PG, **Kosten TR**. Rapid and ultrarapid opioid detoxification techniques. JAMA. 1998 Jan 21; 279(3):229-34. Review. PubMed PMID: 9438745.

200. Margolin A, Avants SK, DePhilippis D, **Kosten TR**. A preliminary investigation of lamotrigine for cocaine abuse in HIV-seropositive patients. Am J Drug Alcohol Abuse. 1998 Feb; 24(1):85-101. PubMed PMID: 9513631.

201. Bowers MB Jr, Malison RT, Seibyl JP, **Kosten TR**. Plasma homovanillic acid and the dopamine transporter during cocaine withdrawal. Biol Psychiatry. 1998 Feb 15; 43(4):278-81. PubMed PMID: 9513737.

202. Markou A, **Kosten TR**, Koob GF. Neurobiological similarities in depression and drug dependence: a self-medication hypothesis. Neuropsychopharmacology. 1998 Mar;18(3):135-74. Review. PubMed PMID: 9471114.

203. McCance-Katz EF, **Kosten TR**, Jatlow P. Chronic disulfiram treatment effects on intranasal cocaine administration: initial results. Biol Psychiatry. 1998 Apr 1;43(7):540-3. PubMed PMID: 9547934.

204. Avants SK, Margolin A, DePhilippis D, **Kosten TR**. A comprehensive pharmacologic-psychosocial treatment program for HIV-seropositive cocaine- and opioid-dependent patients. Preliminary findings. J Subst Abuse Treat. 1998 May-Jun;15(3):261-5. PubMed PMID: 9633038.

205. Petrakis I, Carroll KM, Nich C, Gordon L, **Kosten T**, Rounsaville B. Fluoxetine treatment of depressive disorders in methadone-maintained opioid addicts. Drug Alcohol Depend. 1998 May 1;50(3):221-6. PubMed PMID: 9649975.

206. **Kosten TR**, Cheeves C, Palumbo J, Seibyl JP, Price LH, Woods SW. Regional cerebral blood flow during acute and chronic abstinence from combined cocaine-alcohol abuse. Drug Alcohol Depend. 1998 May 1;50(3):187-95. PubMed PMID: 9649971.

Thomas R. Kosten, MD
CV

207. Oliveto AH, McCance-Katz E, Singha A, Hameedi F, **Kosten TR**. Effects of d-amphetamine and caffeine in humans under a cocaine discrimination procedure. Behav Pharmacol. 1998 May;9(3):207-17. PubMed PMID: 9832935.

208. Oliveto AH, Rosen MI, Kosten TA, Hameedi FA, Woods SW, **Kosten TR**. Hydromorphone-naloxone combinations in opioid-dependent humans under a naloxone novel-response discrimination procedure. Exp Clin Psychopharmacol. 1998 May;6(2):169-78. PubMed PMID: 9608349.

209. Malison RT, Best SE, van Dyck CH, McCance EF, Wallace EA, Laruelle M, Baldwin RM, Seibyl JP, Price LH, **Kosten TR**, Innis RB. Elevated striatal dopamine transporters during acute cocaine abstinence as measured by [123I] beta-CIT SPECT. Am J Psychiatry. 1998 Jun; 155(6):832-4. PubMed PMID: 9619159.

210. Malison RT, McCance E, Carpenter LL, Baldwin RM, Seibyl JP, Price LH, **Kosten TR**, Innis RB. [123I]beta-CIT SPECT imaging of dopamine transporter availability after mazindol administration in human cocaine addicts. Psychopharmacology (Berl). 1998 Jun;137(4):321-5. PubMed PMID: 9676890.

211. **Kosten TR**. Addiction as a brain disease. Am J Psychiatry. 1998 Jun;155(6):711-3. PubMed PMID: 9619141.

212. **Kosten TR**. The pharmacotherapy of relapse prevention using anticonvulsants. Am J Addict. 1998 Summer;7(3):205-9. Review. PubMed PMID: 9702288.

213. O'Connor PG, Oliveto AH, Shi JM, Triffleman EG, Carroll KM, **Kosten TR**, Rounsaville BJ, Pakes JA, Schottenfeld RS. A randomized trial of buprenorphine maintenance for heroin dependence in a primary care clinic for substance users versus a methadone clinic. Am J Med. 1998 Aug;105(2):100-5. PubMed PMID: 9727815.

214. McCance-Katz EF, **Kosten TR**, Jatlow P. Concurrent use of cocaine and alcohol is more potent and potentially more toxic than use of either alone--a multiple-dose study. Biol Psychiatry. 1998 Aug 15;44(4):250-9. PubMed PMID: 9715356.

215. McCance-Katz EF, **Kosten TR**, Jatlow P. Disulfiram effects on acute cocaine administration. Drug Alcohol Depend. 1998 Sep 1;52(1):27-39. PubMed PMID: 9788003.

216. Oliveto AH, Farren C, **Kosten TR**. Effect of LAAM dose on opiate use in opioid-dependent patients. A pilot study. Am J Addict. 1998 Fall;7(4):272-82. PubMed PMID: 9809131.

217. Rosenheck R, Harkness L, Johnson B, Sweeney C, Buck N, Deegan D, **Kosten T**. Intensive community-focused treatment of veterans with dual diagnoses. Am J Psychiatry. 1998 Oct;155(10):1429-33. PubMed PMID: 9766776.

218. Rosen MI, Pearsall HR, **Kosten TR**. The effect of lamotrigine on naloxone-precipitated opiate withdrawal. Drug Alcohol Depend. 1998 Oct 1;52(2):173-6. PubMed PMID: 9800147.

219. Druss BG, Rohrbaugh R, **Kosten T**, Hoff R, Rosenheck RA. Use of alternative medicine in major depression. Psychiatr Serv. 1998 Nov;49(11):1397. PubMed PMID: 9826237.

Thomas R. Kosten, MD
CV

220. Avants SK, Margolin A, **Kosten TR**, Rounsaville BJ, Schottenfeld RS. When is less treatment better? The role of social anxiety in matching methadone patients to psychosocial treatments. J Consult Clin Psychol. 1998 Dec;66(6):924-31. PubMed PMID: 9874905.

221. **Kosten TR**. Images in psychiatry. Marie Nyswander, 1919-1986. Am J Psychiatry. 1998 Dec;155(12):1766. PubMed PMID: 9842790.

222. **Kosten TR**, Markou A, Koob GF. Depression and stimulant dependence: neurobiology and pharmacotherapy. J Nerv Ment Dis. 1998 Dec;186(12):737-45. Review. PubMed PMID: 9865811.

223. **Kosten TR**. Images in Psychiatry: Abraham Winkler, MD: 1910-1981. American Journal of Psychiatry. 1998; 155(8): 1109.

224. Avants SK, Margolin A, Sindelar JL, Rounsaville BJ, Schottenfeld R, Stine S, Cooney NL, Rosenheck RA, Li SH, **Kosten TR**. Day treatment versus enhanced standard methadone services for opioid-dependent patients: a comparison of clinical efficacy and cost. Am J Psychiatry. 1999 Jan;156(1):27-33. PubMed PMID: 9892294.

225. **Kosten TR**, Woods SW, Rosen MI, Pearsall HR. Interactions of cocaine with nimodipine: a brief report. Am J Addict. 1999 Winter;8(1):77-81. PubMed PMID: 10189518.

226. Rosen MI, **Kosten TR**, Kreek MJ. The effects of naltrexone maintenance on the response to yohimbine in healthy volunteers. Biol Psychiatry. 1999 Jun 15;45(12):1636-45. PubMed PMID: 10376126.

227. Oliveto AH, Feingold A, Schottenfeld R, Jatlow P, **Kosten TR**. Desipramine in opioid-dependent cocaine abusers maintained on buprenorphine vs methadone. JAMA Psych (Arch Gen Psychiatry). 1999 Sep;56(9):812-20. PubMed PMID: 12884887.

228. McCance-Katz E, Sevarino K, Gottschalk PC, **Kosten T.** Pharmacotherapy of stimulant dependence: one of Japan's greatest public health challenges. Nihon Shinkei Seishin Yakurigaku Zasshi. 1999 Oct;19(4):159-86. Review. PubMed PMID: 10637824.

229. Singha AK, McCance-Katz EF, Heck SA, **Kosten TR**, Oliveto A. Individual differences in humans responding under a cocaine discrimination procedure: discriminators versus nondiscriminators. Exp Clin Psychopharmacol. 1999 Nov;7(4):391-8. PubMed PMID: 10609974.

230. **Kosten TR**. Update on addiction medicine in the State of Connecticut. Connecticut Medicine. 1999; 63(3): 160-161.

231. Gottchalk PCH, Jacobsen LK, **Kosten TR**. Current concepts in pharmacotherapy of substance abuse-the dawn of a new era. Current Psychiatry Reports. 1999; 1(2): 172-178.

232. Winther LC, Saleem R, McCance-Katz EF, Rosen MI, Hameedi FA, Pearsall HR, Jatlow PI, **Kosten TR**, Woods SW. Effects of lamotrigine on behavioral and cardiovascular responses to cocaine in human subjects. Am J Drug Alcohol Abuse. 2000 Feb;26(1):47-59. PubMed PMID: 10718163.

233. Rounsaville BJ, **Kosten TR**. Treatment for opioid dependence: quality and access. JAMA. 2000 Mar 8;283(10):1337-9. PubMed PMID: 10714736.

Thomas R. Kosten, MD
CV

234. Farren CK, Hameedi FA, Rosen MA, Woods S, Jatlow P, **Kosten TR**. Significant interaction between clozapine and cocaine in cocaine addicts. Drug Alcohol Depend. 2000 May 1;59(2):153-63. PubMed PMID: 10891628.

235. Schottenfeld RS, Pakes J, O'Connor P, Chawarski M, Oliveto A, **Kosten TR**. Thrice-weekly versus daily buprenorphine maintenance. Biol Psychiatry. 2000 Jun 15;47(12):1072-9. PubMed PMID: 10862807.

236. George TP, Chawarski MC, Pakes J, Carroll KM, **Kosten TR**, Schottenfeld RS. Disulfiram versus placebo for cocaine dependence in buprenorphine-maintained subjects: a preliminary trial. Biol Psychiatry. 2000 Jun 15;47(12):1080-6. PubMed PMID: 10862808.

237. Jacobsen LK, Staley JK, Malison RT, Zoghbi SS, Seibyl JP, **Kosten TR**, Innis RB. Elevated central serotonin transporter binding availability in acutely abstinent cocaine-dependent patients. Am J Psychiatry. 2000 Jul;157(7):1134-40. PubMed PMID: 10873923.

238. **Kosten TR**, Fontana A, Sernyak MJ, Rosenheck R. Benzodiazepine use in posttraumatic stress disorder among veterans with substance abuse. J Nerv Ment Dis. 2000 Jul;188(7):454-9. PubMed PMID: 10919705.

239. Avants SK, Margolin A, Holford TR, **Kosten TR**. A randomized controlled trial of auricular acupuncture for cocaine dependence. Arch Intern Med. 2000 Aug 14-28;160(15):2305-12. PubMed PMID: 10927727.

240. Jacobsen LK, Staley JK, Zoghbi SS, Seibyl JP, **Kosten TR**, Innis RB, Gelernter J. Prediction of dopamine transporter binding availability by genotype: a preliminary report. Am J Psychiatry. 2000 Oct;157(10):1700-3. PubMed PMID: 11007732.

241. Singha AK, McCance-Katz EF, Petrakis I, **Kosten TR**, Oliveto A. Sex differences in self-reported and physiological response to oral cocaine and placebo in humans. Am J Drug Alcohol Abuse. 2000 Nov;26(4):643-57. PubMed PMID: 11097197.

242. George TP, Ziedonis DM, Feingold A, Pepper WT, Satterburg CA, Winkel J, Rounsaville BJ, **Kosten TR**. Nicotine transdermal patch and atypical antipsychotic medications for smoking cessation in schizophrenia. Am J Psychiatry. 2000 Nov;157(11):1835-42. PubMed PMID: 11058482.

243. Jacobsen LK, Giedd JN, Kreek MJ, Gottschalk C, **Kosten TR**. Quantitative medial temporal lobe brain morphology and hypothalamic-pituitary-adrenal axis function in cocaine dependence: a preliminary report. Drug Alcohol Depend. 2001 Mar 1;62(1):49-56. PubMed PMID: 11173167.

244. Jacobsen LK, Giedd JN, Gottschalk C, **Kosten TR**, Krystal JH. Quantitative morphology of the caudate and putamen in patients with cocaine dependence. Am J Psychiatry. 2001 Mar;158(3):486-9. PubMed PMID: 11229995.

245. Stine SM, Grillon CG, Morgan CA 3rd, **Kosten TR**, Charney DS, Krystal JH. Methadone patients exhibit increased startle and cortisol response after intravenous yohimbine. Psychopharmacology (Berl). 2001 Mar;154(3):274-81. PubMed PMID: 11351934.

Thomas R. Kosten, MD
CV

246. Gottschalk C, Beauvais J, Hart R, **Kosten T.** Cognitive function and cerebral perfusion during cocaine abstinence. Am J Psychiatry. 2001 Apr;158(4):540-5. PubMed PMID: 11282686.

247. D'Souza DC, **Kosten TR**. Cannabinoid antagonists: a treatment in search of an illness. JAMA Psych (Arch Gen Psychiatry). 2001 Apr;58(4):330-1. PubMed PMID: 11296092.

248. Petry NM, Petrakis I, Trevisan L, Wiredu G, Boutros NN, Martin B, **Kosten TR**. Contingency management interventions: from research to practice. Am J Psychiatry. 2001 May;158(5):694-702. PubMed PMID: 11329388.

249. McCance-Katz EF, Kosten TA, **Kosten TR**. Going from the bedside back to the bench with ecopipam: a new strategy for cocaine pharmacotherapy development. Psychopharmacology (Berl). 2001 Jun;155(4):327-9. PubMed PMID: 11441421.

250. Oliveto A, McCance-Katz FE, Singha A, Petrakis I, Hameedi F, **Kosten TR**. Effects of cocaine prior to and during bupropion maintenance in cocaine-abusing volunteers. Drug Alcohol Depend. 2001 Jul 1;63(2):155-67. PubMed PMID: 11376920.

251. Potenza MN, **Kosten TR**, Rounsaville BJ. Pathological gambling. JAMA. 2001 Jul 11;286(2):141-4. PubMed PMID: 11448261.

252. Jacobsen LK, Southwick SM, **Kosten TR**. Substance use disorders in patients with posttraumatic stress disorder: a review of the literature. Am J Psychiatry. 2001 Aug;158(8):1184-90. Review. PubMed PMID: 11481147.

253. Fiellin DA, Rosenheck RA, **Kosten TR**. Office-based treatment for opioid dependence: reaching new patient populations. Am J Psychiatry. 2001 Aug;158(8):1200-4. PubMed PMID: 11481150.

254. Rosenheck R, **Kosten T**. Buprenorphine for opiate addiction: potential economic impact. Drug Alcohol Depend. 2001 Aug 1;63(3):253-62. PubMed PMID: 11418229.

255. McCance-Katz EF, Rainey PM, Friedland G, **Kosten TR**, Jatlow P. Effect of opioid dependence pharmacotherapies on zidovudine disposition. Am J Addict. 2001 Fall;10(4):296-307. PubMed PMID: 11783744.

256. Sernyak MJ, **Kosten TR**, Fontana A, Rosenheck R. Neuroleptic use in the treatment of Post-Traumatic Stress Disorder. Psychiatr Q. 2001 Fall;72(3):197-213. PubMed PMID: 11467155.

257. Gonzalez G, Oliveto A, **Kosten TR**. Treatment of heroin (diamorphine) addiction: current approaches and future prospects. Drugs. 2002;62(9):1331-43. Review. PubMed PMID: 12076182.

258. George TP, Vessicchio JC, Termine A, Sahady DM, Head CA, Pepper WT, **Kosten TR**, Wexler BE. Effects of smoking abstinence on visuospatial working memory function in schizophrenia. Neuropsychopharmacology. 2002 Jan;26(1):75-85. PubMed PMID: 11751034.

259. **Kosten TR**, Rosen M, Bond J, Settles M, Roberts JS, Shields J, Jack L, Fox B. Human therapeutic cocaine vaccine: safety and immunogenicity. Vaccine. 2002 Jan 15;20(7-8):1196-204. PubMed PMID: 11803082.

Thomas R. Kosten, MD
CV

260. **Kosten TR**, George TP, Kosten TA. The potential of dopamine agonists in drug addiction. Expert Opin Investig Drugs. 2002 Apr;11(4):491-9. Review. PubMed PMID: 11922858.

261. **Kosten TR**, Oliveto A, Sevarino KA, Gonsai K, Feingold A. Ketoconazole increases cocaine and opioid use in methadone maintained patients. Drug Alcohol Depend. 2002 Apr 1;66(2):173-80. PubMed PMID: 11906804.

262. Feingold A, Oliveto A, Schottenfeld R, **Kosten TR**. Utility of crossover designs in clinical trials: efficacy of desipramine vs. placebo in opioid-dependent cocaine abusers. Am J Addict. 2002 Spring; 11(2):111-23. PubMed PMID: 12028741.

263. Boutros NN, Gelernter J, Gooding DC, Cubells J, Young A, Krystal JH, **Kosten T**. Sensory gating and psychosis vulnerability in cocaine-dependent individuals: preliminary data. Biol Psychiatry. 2002 Apr 15; 51(8):683-6. PubMed PMID: 11955469.

264. Stine SM, Southwick SM, Petrakis IL, **Kosten TR**, Charney DS, Krystal JH. Yohimbine-induced withdrawal and anxiety symptoms in opioid-dependent patients. Biol Psychiatry. 2002 Apr 15;51(8):642-51. PubMed PMID: 11955464.

265. Gottschalk PC, **Kosten TR**. Isradipine enhancement of cerebral blood flow in abstinent cocaine abusers with and without chronic perfusion deficits. Am J Addict. 2002 Summer;11(3):200-8. PubMed PMID: 12202012.

266. **Kosten TR**, George TP. The neurobiology of opioid dependence: implications for treatment. Sci Pract Perspect. 2002 Jul;1(1):13-20. Review. PubMed PMID: 18567959; PubMed Central PMCID: PMC2851054.

267. George TP, Vessicchio JC, Termine A, Bregartner TA, Feingold A, Rounsaville BJ, **Kosten TR**. A placebo controlled trial of bupropion for smoking cessation in schizophrenia. Biol Psychiatry. 2002 Jul 1;52(1):53-61. PubMed PMID: 12079730.

268. Gottschalk PC, **Kosten TR**. Cerebral perfusion defects in combined cocaine and alcohol dependence. Drug Alcohol Depend. 2002 Sep 1;68(1):95-104. PubMed PMID: 12167555.

269. **Kosten TR**, Biegel D. Therapeutic vaccines for substance dependence. Expert Rev Vaccines. 2002 Oct;1(3):363-71. Review. PubMed PMID: 12901575.

270. **Kosten TR**, Gorelick DA. The Lexington narcotic farm. Am J Psychiatry. 2002 Jan;159(1):22. Erratum in: Am J Psychiatry 2002 Mar;159(3):514. PubMed PMID: 11772684.

271. **Kosten TR**. Commentary: Commitment for substance abuse-Current judicial interventions. The Journal of the American Academy of Psychiatry and the Law. 2002; 30(1): 46-48.

272. Sofuoglu M, Gonzalez G, Poling J, **Kosten TR**. Prediction of treatment outcome by baseline urine cocaine results and self-reported cocaine use for cocaine and opioid dependence. Am J Drug Alcohol Abuse. 2003;29(4):713-27. PubMed PMID: 14713135.

273. George TP, Vessicchio JC, Termine A, Jatlow PI, **Kosten TR**, O'Malley SS. A preliminary placebo-controlled trial of selegiline hydrochloride for smoking cessation. Biol Psychiatry. 2003 Jan 15; 53(2):136-43. PubMed PMID: 12547469.

Thomas R. Kosten, MD
CV

274. Fiellin DA, Rosenheck RA, **Kosten TR**. Coordination of medical care and opioid dependence treatment in primary care: a case report. Subst Abus. 2003 Mar; 24(1):43-6. PubMed PMID: 12652094.

275. **Kosten TR**, O'Connor PG. Management of drug and alcohol withdrawal. N Engl J Med. 2003 May 1; 348(18):1786-95. Review. PubMed PMID: 12724485.

276. Reid MC, Tinetti ME, O'Connor PG, **Kosten TR**, Concato J. Measuring alcohol consumption among older adults: a comparison of available methods. Am J Addict. 2003 May-Jun; 12(3):211-9. PubMed PMID: 12851017.

277. **Kosten T**, Poling J, Oliveto A. Effects of reducing contingency management values on heroin and cocaine use for buprenorphine- and desipramine-treated patients. Addiction. 2003 May;98(5):665-71. PubMed PMID: 12751984.

278. **Kosten T**, Oliveto A, Feingold A, Poling J, Sevarino K, McCance-Katz E, Stine S, Gonzalez G, Gonsai K. Desipramine and contingency management for cocaine and opiate dependence in buprenorphine maintained patients. Drug Alcohol Depend. 2003 Jun 5;70(3):315-25. PubMed PMID: 12757969.

279. Sofuoglu M, Singha A, **Kosten TR**, McCance-Katz FE, Petrakis I, Oliveto A. Effects of naltrexone and isradipine, alone or in combination, on cocaine responses in humans. Pharmacol Biochem Behav. 2003 Jul;75(4):801-8. PubMed PMID: 12957222.

280. Oliveto A, Benios T, Gonsai K, Feingold A, Poling J, **Kosten TR**. D-cycloserine-Naloxone interactions in opioid-dependent humans under a novel-response naloxone discrimination procedure. Exp Clin Psychopharmacol. 2003 Aug;11(3):237-46. PubMed PMID: 12940503.

281. Gonzalez G, Feingold A, Oliveto A, Gonsai K, **Kosten TR**. Comorbid major depressive disorder as a prognostic factor in cocaine-abusing buprenorphine-maintained patients treated with desipramine and contingency management. Am J Drug Alcohol Abuse. 2003 Aug;29(3):497-514. PubMed PMID: 14510037.

282. **Kosten TR**, Gottschalk PC, Tucker K, Rinder CS, Dey HM, Rinder HM. Aspirin or amiloride for cerebral perfusion defects in cocaine dependence. Drug Alcohol Depend. 2003 Aug 20;71(2):187-94. PubMed PMID: 12927657.

283. Haile CN, During MJ, Jatlow PI, **Kosten TR**, Kosten TA. Disulfiram facilitates the development and expression of locomotor sensitization to cocaine in rats. Biol Psychiatry. 2003 Nov 1;54(9):915-21. PubMed PMID: 14573319.

284. Gonzalez G, Sevarino K, Sofuoglu M, Poling J, Oliveto A, Gonsai K, George TP, **Kosten TR**. Tiagabine increases cocaine-free urines in cocaine-dependent methadone-treated patients: results of a randomized pilot study. Addiction. 2003 Nov;98(11):1625-32. PubMed PMID: 14616189.

285. Streltzer J, **Kosten TR**. Methadone maintenance therapy and chronic pain. JAMA. 2003 Nov 12;290(18):2403; author reply 2403-4. PubMed PMID: 14612466.

Thomas R. Kosten, MD
CV

286. **Kosten TR**, O'Connor PG. Current concepts-management of drug withdrawal. New England Journal of Medicine. 2003; 348: 1786-1795.

287. **Kosten TR**. Buprenorphine for opioid detoxification: A brief review. Addictive Disorders & Their Treatment. 2003; 2(4): 107-112.

288. West JC, **Kosten TR**, Wilk J, Svikis D, Triffleman E, Rae DS, Narrow WE, Duffy FF, Regier DA. Challenges in increasing access to buprenorphine treatment for opiate addiction. Am J Addict. 2004;13 Suppl 1:S8-16. PubMed PMID: 15204672

289. **Kosten TR**, Fiellin DA; U.S. National Buprenorphine Implementation Program. Buprenorphine for office-based practice: consensus conference overview. Am J Addict. 2004;13 Suppl 1:S1-7. Review. PubMed PMID: 15204671.

290. **Kosten TR**. Mandatory drug testing needs controlled evaluation. Am J Bioeth. 2004 Winter;4(1):32. PubMed PMID: 15035939.

291. **Kosten TR**, Tucker K, Gottschalk PC, Rinder CS, Rinder HM. Platelet abnormalities associated with cerebral perfusion defects in cocaine dependence. Biol Psychiatry. 2004 Jan 1;55(1):91-7. PubMed PMID: 14706430.

292. Haney M, **Kosten TR**. Therapeutic vaccines for substance dependence. Expert Rev Vaccines. 2004 Feb;3(1):11-8. Review. PubMed PMID: 14761239.

293. **Kosten T,** Falcioni J, Oliveto A, Feingold A. Depression predicts higher rates of heroin use on desipramine with buprenorphine than with methadone. Am J Addict. 2004 Mar-Apr;13(2):191-201. PubMed PMID: 15204669.

294. Gonzalez G, Oliveto A, **Kosten TR**. Combating opiate dependence: a comparison among the available pharmacological options. Expert Opin Pharmacother. 2004 Apr;5(4):713-25. Review. PubMed PMID: 15102558.

295. Browndyke JN, Tucker KA, Woods SP, Beauvals J, Cohen RA, Gottschalk PC, **Kosten TR**. Examining the effect of cerebral perfusion abnormality magnitude on cognitive performance in recently abstinent chronic cocaine abusers. J Neuroimaging. 2004 Apr;14(2):162-9. PubMed PMID: 15095563.

296. Tucker KA, Browndyke JN, Gottschalk PC, Cofrancesco AT, **Kosten TR**. Gender-specific vulnerability for rCBF abnormalities among cocaine abusers. Neuroreport. 2004 Apr 9;15(5):797-801. PubMed PMID: 15073517.

297. Oliveto A, Poling J, **Kosten TR**, Gonsai K. Isradipine and dextromethorphan in methadone-maintained humans under a naloxone discrimination procedure. Eur J Pharmacol. 2004 May 3;491(2-3):157-68. PubMed PMID: 15140632.

298. Sofuoglu M, Mitchell E, **Kosten TR**. Effects of progesterone treatment on cocaine responses in male and female cocaine users. Pharmacol Biochem Behav. 2004 Aug;78(4):699-705. PubMed PMID: 15301924.

299. Carroll KM, **Kosten TR**, Rounsaville BJ. Choosing a behavioral therapy platform for pharmacotherapy of substance users. Drug

Thomas R. Kosten, MD
CV

Alcohol Depend. 2004 Aug 16;75(2):123-34. Review. PubMed PMID: 15276217; PubMed Central PMCID: PMC3668430.

300. Fiellin DA, Kleber H, Trumble-Hejduk JG, McLellan AT, **Kosten TR**. Consensus statement on office-based treatment of opioid dependence using buprenorphine. J Subst Abuse Treat. 2004 Sep;27(2):153-9. Review. PubMed PMID: 15450648.

301. Tucker KA, Potenza MN, Beauvais JE, Browndyke JN, Gottschalk PC, **Kosten TR**. Perfusion abnormalities and decision making in cocaine dependence. Biol Psychiatry. 2004 Oct 1;56(7):527-30. PubMed PMID: 15450790.

302. O'Brien CP, Charney DS, Lewis L, Cornish JW, Post RM, Woody GE, Zubieta JK, Anthony JC, Blaine JD, Bowden CL, Calabrese JR, Carroll K, **Kosten T**, Rounsaville B, Childress AR, Oslin DW, Pettinati HM, Davis MA, Demartino R, Drake RE, Fleming MF, Fricks L, Glassman AH, Levin FR, Nunes EV, Johnson RL, Jordan C, Kessler RC, Laden SK, Regier DA, Renner JA Jr, Ries RK, Sklar-Blake T, Weisner C. Priority actions to improve the care of persons with co-occurring substance abuse and other mental disorders: a call to action. Biol Psychiatry. 2004 Nov 15;56(10):703-13. PubMed PMID: 15556110.

303. **Kosten TR**, Kosten TA. New medication strategies for comorbid substance use and bipolar affective disorders. Biol Psychiatry. 2004 Nov 15;56(10):771-7. PubMed PMID: 15556122.

304. Sofuoglu M, **Kosten TR**. Pharmacologic management of relapse prevention in addictive disorders. Psychiatr Clin North Am. 2004 Dec;27(4):627-48. Review. PubMed PMID: 15550284.

305. McCance-Katz EF, Hart CL, Boyarsky B, **Kosten T**, Jatlow P. Gender effects following repeated administration of cocaine and alcohol in humans. Subst Use Misuse. 2005;40(4):511-28. PubMed PMID: 15830733.

306. Sofuoglu M, **Kosten TR**. Novel approaches to the treatment of cocaine addiction. CNS Drugs. 2005;19(1):13-25. Review. PubMed PMID: 15651902.

307. **Kosten T**, Sofuoglu M, Poling J, Gonsai K, Oliveto A. Desipramine treatment for cocaine dependence in buprenorphine- or methadone-treated patients: baseline urine results as predictor of response. Am J Addict. 2005 Jan-Feb;14(1):8-17. PubMed PMID: 15804873.

308. **Kosten TR**. Future of anti-addiction vaccines. Stud Health Technol Inform. 2005;118:177-85. PubMed PMID: 16301778.

309. Schottenfeld RS, Chawarski MC, Pakes JR, Pantalon MV, Carroll KM, **Kosten TR**. Methadone versus buprenorphine with contingency management or performance feedback for cocaine and opioid dependence. Am J Psychiatry. 2005 Feb;162(2):340-9. PubMed PMID: 15677600.

310. Abi-Saab D, Beauvais J, Mehm J, Brody M, Gottschalk C, **Kosten TR**. The effect of alcohol on the neuropsychological functioning of recently abstinent cocaine-dependent subjects. Am J Addict. 2005 Mar-Apr;14(2):166-78. PubMed PMID: 16019965.

311. Li CS, **Kosten TR**, Sinha R. Sex differences in brain activation during stress imagery in abstinent cocaine users: a functional

Thomas R. Kosten, MD
CV

magnetic resonance imaging study. Biol Psychiatry. 2005 Mar 1;57(5):487-94. PubMed PMID: 15737663

312. Boutros NN, Lisanby SH, McClain-Furmanski D, Oliwa G, Gooding D, **Kosten TR**. Cortical excitability in cocaine-dependent patients: a replication and extension of TMS findings. J Psychiatr Res. 2005 May;39(3):295-302. PubMed PMID: 15725428.

313. **Kosten TR**. What are America's opportunities for harm reduction strategies in opiate dependence? Am J Addict. 2005 Jul-Sep;14(4):307-10. PubMed PMID: 16188710.

314. Martell BA, Mitchell E, Poling J, Gonsai K, **Kosten TR**. Vaccine pharmacotherapy for the treatment of cocaine dependence. Biol Psychiatry. 2005 Jul 15;58(2):158-64. PubMed PMID: 16038686.

315. Oliveto A, Poling J, Sevarino KA, Gonsai KR, McCance-Katz EF, Stine SM, **Kosten TR**. Efficacy of dose and contingency management procedures in LAAM-maintained cocaine-dependent patients. Drug Alcohol Depend. 2005 Aug 1;79(2):157-65. PubMed PMID: 16002025.

316. Sofuoglu M, Mouratidis M, Yoo S, Culligan K, **Kosten T**. Effects of tiagabine in combination with intravenous nicotine in overnight abstinent smokers. Psychopharmacology (Berl). 2005 Sep;181(3):504-10. Epub 2005 Oct 12. PubMed PMID: 15983800.

317. **Kosten T**, Owens SM. Immunotherapy for the treatment of drug abuse. Pharmacol Ther. 2005 Oct;108(1):76-85. Review. PubMed PMID: 16023218.

318. Sofuoglu M, Poling J, Mitchell E, **Kosten TR**. Tiagabine affects the subjective responses to cocaine in humans. Pharmacol Biochem Behav. 2005 Nov;82(3):569-73. Epub 2005 Dec 5. PubMed PMID: 16332385.

319. Sinha R, Lacadie C, Skudlarski P, Fulbright RK, Rounsaville BJ, **Kosten TR**, Wexler BE. Neural activity associated with stress-induced cocaine craving: a functional magnetic resonance imaging study. Psychopharmacology (Berl). 2005 Dec;183(2):171-80. Epub 2005 Nov 9. PubMed PMID: 16163517.

320. Poling J, **Kosten TR**. Risperidone for substance dependent psychotic patients. Addictive Disorders and their Treatment, 2005. 4(1): 1-3.

321. **Kosten TR**. Update on addiction medicine in Connecticut- Getting new treatments into the community. Connecticut Medicine. 2005; 69(4): 222-223.

322. **Kosten TR**. Advances in pharmacotherapy of stimulant dependence: From alcohol antagonists to Xenova vaccines. Clinical Neuroscience Research. 2005; 5: 169-173.

323. Sofuoglu M, Poling J, Gonzalez G, Gonsai K, **Kosten T**. Cocaine withdrawal symptoms predict medication response in cocaine users. Am J Drug Alcohol Abuse. 2006;32(4):617-27. PubMed PMID: 17127550.

324. Poling J, Oliveto A, Petry N, Sofuoglu M, Gonsai K, Gonzalez G, Martell B, **Kosten TR**. Six-month trial of bupropion with contingency management for cocaine dependence in a methadone-maintained

Thomas R. Kosten, MD
CV

population. JAMA Psych (Arch Gen Psychiatry). 2006 Feb;63(2):219-28. PubMed PMID: 16461866.

325. Li CS, **Kosten TR**, Sinha R. Antisocial personality and stress-induced brain activation in cocaine-dependent patients. Neuroreport. 2006 Feb 27;17(3):243-7. PubMed PMID: 16462591.

326. **Kosten TR**, Scanley BE, Tucker KA, Oliveto A, Prince C, Sinha R, Potenza MN, Skudlarski P, Wexler BE. Cue-induced brain activity changes and relapse in cocaine-dependent patients. Neuropsychopharmacology. 2006 Mar;31(3):644-50. PubMed PMID: 16123763.

327. Sofuoglu M, **Kosten TR**. Emerging pharmacological strategies in the fight against cocaine addiction. Expert Opin Emerg Drugs. 2006 Mar;11(1):91-8. Review. PubMed PMID: 16503828.

328. Sofuoglu M, Poling J, Mouratidis M, **Kosten T**. Effects of topiramate in combination with intravenous nicotine in overnight abstinent smokers. Psychopharmacology (Berl). 2006 Mar;184(3-4):645-51. Epub 2006 Jan 24. PubMed PMID: 16432681.

329. Work Group on Substance Use Disorders, Kleber HD, Weiss RD, Anton RF, Rounsaville BJ, George TP, Strain EC, Greenfield SF, Ziedonis DM, **Kosten TR**, Hennessy G, O'Brien CP, Connery HS; American Psychiatric Association Steering Committee on Practice Guidelines, McIntyre JS, Charles SC, Anzia DJ, Nininger JE, Cook IA, Summergrad P, Finnerty MT, Woods SM, Johnson BR, Yager J, Pyles R, Lurie L, Cross CD, Walker RD, Peele R, Barnovitz MA, Gray SH, Shemo JP, Saxena S, Tonnu T, Kunkle R, Albert AB, Fochtmann LJ, Hart C, Regier D. Treatment of patients with substance use disorders, second edition. American Psychiatic Association. Am J Psychiatry. 2006 Aug;163(8 Suppl):5-82. Erratum in: Am J Psychiatry. 2006 Oct;163(10):1843. PubMed PMID: 16981488.

330. Sofuoglu M, Mouratidis M, Yoo S, **Kosten T**. Adrenergic blocker carvedilol attenuates the cardiovascular and aversive effects of nicotine in abstinent smokers. Behav Pharmacol. 2006 Dec;17(8):731-5. PubMed PMID: 17110799.

331. **Kosten TR**, Scanley BE, Tucker K, Oliveto A, Prince C, Sinha R, Potenza MN, Skudlarski P, Wexler BE. Cue-induced brain activity changes and treatment outcome in depressed cocaine dependent patients. Neuropsychopharmacology. 2006; 31: 644-650.

332. Gardner TJ, **Kosten TR**. Therapeutic options and challenges for substances of abuse. Dialogues Clin Neurosci. 2007;9(4):431-45. Review. PubMed PMID: 18286802; PubMed Central PMCID: PMC3202509.

333. Lane SD, Moeller FG, Steinberg JL, Buzby M, **Kosten TR**. Performance of cocaine dependent individuals and controls on a response inhibition task with varying levels of difficulty. Am J Drug Alcohol Abuse. 2007;33(5):717-26. PubMed PMID: 17891664.

334. Haile CN, **Kosten TR**, Kosten TA. Genetics of dopamine and its contribution to cocaine addiction. Behav Genet. 2007 Jan;37(1):119-45. Epub 2006 Oct 25. Review. PubMed PMID: 17063402.

335. J, **Kosten TR**, Sofuoglu M. Treatment outcome predictors for cocaine dependence. Am J Drug Alcohol Abuse. 2007;33(2):191-206. Review. PubMed PMID: 17497542.

Thomas R. Kosten, MD
CV

336. **Kosten TR**. Pharmacotherapy for addictions: partnering with contingency management. Am J Drug Alcohol Abuse. 2007;33(3):341-2. PubMed PMID: 17613962.

337. Brown AE, Pavlik VN, Shegog R, Whitney SN, Friedman LC, Romero C, Davis GC, Cech I, **Kosten TR**, Volk RJ. Association of spirituality and sobriety during a behavioral spirituality intervention for Twelve Step (TS) recovery. Am J Drug Alcohol Abuse. 2007;33(4):611-7. PubMed PMID: 17668347.

338. Calhoun P, Najavits LM, **Kosten T**, Kivlahan D. Substance Use in OIF/OEF Veterans. Substance Use Disorder (SUD) QUERI Initiatives. VA Health Services Research & Devlopment Forum. 2007; 6.

339. Martell BA, O'Connor PG, Kerns RD, Becker WC, Morales KH, **Kosten TR**, Fiellin DA. Systematic review: opioid treatment for chronic back pain: prevalence, efficacy, and association with addiction. Ann Intern Med. 2007 Jan 16;146(2):116-27. Review. PubMed PMID: 17227935.

340. González G, Desai R, Sofuoglu M, Poling J, Oliveto A, Gonsai K, **Kosten TR**. Clinical efficacy of gabapentin versus tiagabine for reducing cocaine use among cocaine dependent methadone-treated patients. Drug Alcohol Depend. 2007 Feb 23;87(1):1-9. Epub 2006 Aug 22. PubMed PMID: 16930857.

341. Guo S, Chen da F, Zhou DF, Sun HQ, Wu GY, Haile CN, Kosten TA, **Kosten TR**, Zhang XY. Association of functional catechol O-methyl transferase (COMT) Val108Met polymorphism with smoking severity and age of smoking initiation in Chinese male smokers. Psychopharmacology (Berl). 2007 Mar;190(4):449-56. Epub 2007 Jan 6. PubMed PMID: 17206495.

342. Sinha R, Kimmerling A, Doebrick C, **Kosten TR**. Effects of lofexidine on stress-induced and cue-induced opioid craving and opioid abstinence rates: preliminary findings. Psychopharmacology (Berl). 2007 Mar;190(4):569-74. Epub 2006 Nov 29. PubMed PMID: 17136399.

343. Kleber HD, Weiss RD, Anton RF Jr, George TP, Greenfield SF, **Kosten TR**, O'Brien CP, Rounsaville BJ, Strain EC, Ziedonis DM, Hennessy G, Connery HS, McIntyre JS, Charles SC, Anzia DJ, Cook IA, Finnerty MT, Johnson BR, Nininger JE, Summergrad P, Woods SM, Yager J, Pyles R, Cross CD, Peele R, Shemo JP, Lurie L, Walker RD, Barnovitz MA, Gray SH, Saxena S, Tonnu T, Kunkle R, Albert AB, Fochtmann LJ, Hart C, Regier D; Work Group on Substance Use Disorders; American Psychiatric Association; Steering Committee on Practice Guidelines. Treatment of patients with substance use disorders, second edition. American Psychiatric Association. Am J Psychiatry. 2007 Apr;164(4 Suppl):5-123. Review. PubMed PMID: 17569411.

344. Zhang XY, Tan YL, Zhou DF, Cao LY, Wu GY, Haile CN, Kosten TA, **Kosten TR**. Disrupted antioxidant enzyme activity and elevated lipid peroxidation products in schizophrenic patients with tardive dyskinesia. J Clin Psychiatry. 2007 May;68(5):754-60. PubMed PMID: 17503985.

Thomas R. Kosten, MD
CV

345. Poling J, Pruzinsky R, **Kosten TR**, Gonsai K, Sofuoglu M, Gonzalez G, Oliveto A. Clinical efficacy of citalopram alone or augmented with bupropion in methadone-stabilized patients. Am J Addict. 2007 May-Jun;16(3):187-94. PubMed PMID: 17612822.

346. Zhang XY, Tan YL, Zhou DF, Haile CN, Cao LY, Xu Q, Shen Y, Kosten TA, **Kosten TR**. Association of clozapine-induced weight gain with a polymorphism in the leptin promoter region in patients with chronic schizophrenia in a Chinese population. J Clin Psychopharmacol. 2007 Jun;27(3):246-51. PubMed PMID: 17502770.

347. Gardner T, **Kosten T**. Dual dependency on cocaine and alcohol in opiate addicts: treatment options. J Clin Psychiatry. 2007 Jul;68(7):1142-3. PubMed PMID: 17685754.

348. Zhang XY, Tan YL, Zhou DF, Haile CN, Wu GY, Cao LY, Kosten TA, **Kosten TR**. Nicotine dependence, symptoms and oxidative stress in male patients with schizophrenia. Neuropsychopharmacology. 2007 Sep;32(9):2020-4. Epub 2007 Jan 17. PubMed PMID: 17228336.

349. Sofuoglu M, Poling J, Gonzalez G, Gonsai K, Oliveto A, **Kosten TR**. Progesterone effects on cocaine use in male cocaine users maintained on methadone: a randomized, double-blind, pilot study. Exp Clin Psychopharmacol. 2007 Oct;15(5):453-60. PubMed PMID: 17924779.

350. Orson FM, Kinsey BM, Singh RA, Wu Y, Gardner T, **Kosten TR**. The future of vaccines in the management of addictive disorders. Curr Psychiatry Rep. 2007 Oct;9(5):381-7. Review. PubMed PMID: 17915077.

351. Hirunsatit R, Ilomäki R, Malison R, Räsänen P, Ilomäki E, Kranzler HR, **Kosten T**, Sughondhabirom A, Thavichachart N, Tangwongchai S, Listman J, Mutirangura A, Gelernter J, Lappalainen J. Sequence variation and linkage disequilibrium in the GABA transporter-1 gene (SLC6A1) in five populations: implications for pharmacogenetic research. BMC Genet. 2007 Oct 17;8:71. PubMed PMID: 17941974; PubMed Central PMCID: PMC2175509.

352. Zhang XY, Tan YL, Zhou DF, Cao LY, Wu GY, Xu Q, Shen Y, Haile CN, Kosten TA, **Kosten TR**. Serum BDNF levels and weight gain in schizophrenic patients on long-term treatment with antipsychotics. J Psychiatr Res. 2007 Dec;41(12):997-1004. Epub 2006 Nov 13. PubMed PMID: 17095017.

353. Wang ZR, Zhou DF, Cao LY, Tan YL, Zhang XY, Li J, Lu L, Wu GY, Kosten TA, **Kosten TR**. Brain-derived neurotrophic factor polymorphisms and smoking in schizophrenia. Schizophr Res. 2007 Dec;97(1-3):299-301. Epub 2007 Sep 14. PubMed PMID: 17869486.

354. Li W, Wei J, Zhou DF, Tan YL, Cao YL, Zhang XY, Wu G, Kosten TA, **Kosten TR**. Lack of association between the BDNF C270T polymorphism and schizophrenia in a Chinese Han population. Schizophr Res. 2007 Dec;97(1-3):297-8. Epub 2007 Jul 31. PubMed PMID: 17669628.

355. Haile CN, Kosten TA, **Kosten TR**. Pharmacogenetic treatments for drug addiction: alcohol and opiates. Am J Drug Alcohol Abuse.

Thomas R. Kosten, MD
CV

2008;34(4):355-81. doi: 10.1080/00952990802122564. Review. PubMed PMID: 18584566.

356. Li SX, Li J, Epstein DH, Zhang XY, **Kosten TR**, Lu L. Serum cortisol secretion during heroin abstinence is elevated only nocturnally. Am J Drug Alcohol Abuse. 2008;34(3):321-8. doi: 10.1080/00952990802013664. PubMed PMID: 18428074; PubMed Central PMCID: PMC3686295.

357. Sofuoglu M, Waters AJ, Mooney M, **Kosten T**. Riluzole and D-amphetamine interactions in humans. Prog Neuropsychopharmacol Biol Psychiatry. 2008 Jan 1;32(1):16-22. Epub 2007 May 18. PubMed PMID: 17714844; PubMed Central PMCID: PMC2259272.

358. Li YQ, Wang XY, Zhai HF, Zhang XY, **Kosten T**, Lu L. Sex- and age-dependent effects of early postnatal sibling deprivation on spatial learning and memory in adult rats. Behav Brain Res. 2008 Jan 10;186(1):138-42. Epub 2007 Jul 27. PubMed PMID: 17765982.

359. Wang F, Xiu MH, Zhou DF, Cao LY, Wu GY, Kosten TA, **Kosten TR**, Zhang XY. The CCR5 32-bp deletion allele is rare in a Chinese population. Schizophr Res. 2008 Apr;101(1-3):341-3. doi: 10.1016/j.schres.2008.01.015. Epub 2008 Mar 4. PubMed PMID: 18295459.

360. Mooney ME, Poling J, Gonzalez G, Gonsai K, **Kosten T**, Sofuoglu M. Preliminary study of buprenorphine and bupropion for opioid-dependent smokers. Am J Addict. 2008 Jul-Aug;17(4):287-92. doi: 10.1080/10550490802138814. PubMed PMID: 18612883; PubMed Central PMCID: h.

361. Sun S, Wang F, Wei J, Cao LY, Qi LY, Xiu MH, Chen S, Li XH, Kosten TA, **Kosten TR**, Zhang XY. Association between interleukin-6 receptor polymorphism and patients with schizophrenia. Schizophr Res. 2008 Jul;102(1-3):346-7. doi: 10.1016/j.schres.2008.04.018. Epub 2008 May 27. PubMed PMID: 18508242.

362. Sun S, Wang F, Wei J, Cao LY, Wu GY, Lu L, Kosten TA, **Kosten TR**, Zhang XY. Association between interleukin-3 receptor alpha polymorphism and schizophrenia in the Chinese population. Neurosci Lett. 2008 Jul 25;440(1):35-7. doi: 10.1016/j.neulet.2008.05.029. Epub 2008 May 15. PubMed PMID: 18547720.

363. Zhang XY, Zhou DF, Wu GY, Cao LY, Tan YL, Haile CN, Li J, Lu L, Kosten TA, **Kosten TR**. BDNF levels and genotype are associated with antipsychotic-induced weight gain in patients with chronic schizophrenia. Neuropsychopharmacology. 2008 Aug;33(9):2200-5. Epub 2007 Nov 7. PubMed PMID: 17987059.

364. Sofuoglu M, Poling J, Waters A, Sewell A, Hill K, **Kosten T**. Disulfiram enhances subjective effects of dextroamphetamine in humans. Pharmacol Biochem Behav. 2008 Sep;90(3):394-8. doi: 10.1016/j.pbb.2008.03.021. Epub 2008 Apr 4. PubMed PMID: 18474395; PubMed Central PMCID: PMC2467515.

365. Orson FM, Kinsey BM, Singh RA, Wu Y, Gardner T, **Kosten TR**. Substance abuse vaccines. Ann N Y Acad Sci. 2008 Oct;1141:257-69. doi: 10.1196/annals.1441.027. Review. PubMed PMID: 18991962; PubMed Central PMCID: PMC2587140.

366. Chen da C, Qi LY, Xiu MH, Cao LY, Wang F, Chen S, Wu GY, Kosten TA, **Kosten TR**, Zhang XY. Elevated serum levels of tumor

Thomas R. Kosten, MD
CV

necrosis factor-alpha in clozapine-associated obesity in chronic schizophrenia. Schizophr Res. 2008 Dec;106(2-3):367-8. doi: 10.1016/j.schres.2008.08.030. Epub 2008 Oct 2. PubMed PMID: 18835132.

367. Xiu MH, Chen S, Wang F, Cao LY, Qi LY, Chen da C, Wu GY, Lu L, Kosten TA, **Kosten TR**, Zhang XY. Altered interleukin-3 serum levels in drug-naïve and neuroleptic-treated schizophrenic patients. Schizophr Res. 2008 Dec;106(2-3):369-70. doi: 10.1016/j.schres.2008.09.001. Epub 2008 Oct 5. PubMed PMID: 18838250.

368. Zhang XY, Cao LY, Song C, Wu GY, Chen da C, Qi LY, Wang F, Xiu MH, Chen S, Zhang Y, Lu L, Kosten TA, **Kosten TR**. Lower serum cytokine levels in smokers than nonsmokers with chronic schizophrenia on long-term treatment with antipsychotics. Psychopharmacology (Berl). 2008 Dec;201(3):383-9. doi: 10.1007/s00213-008-1295-4. Epub 2008 Aug 22. PubMed PMID: 18719893.

369. Castells X, **Kosten TR**, Capellà D, Vidal X, Colom J, Casas M. Efficacy of opiate maintenance therapy and adjunctive interventions for opioid dependence with comorbid cocaine use disorders: A systematic review and meta-analysis of controlled clinical trials. Am J Drug Alcohol Abuse. 2009;35(5):339-49. doi: 10.1080/00952990903108215. PubMed PMID: 20180662.

370. Ren ZY, Zhang XL, Liu Y, Zhao LY, Shi J, Bao Y, Zhang XY, **Kosten TR**, Lu L. Diurnal variation in cue-induced responses among protracted abstinent heroin users. Pharmacol Biochem Behav. 2009 Jan;91(3):468-72. doi: 10.1016/j.pbb.2008.08.023. Epub 2008 Sep 9. PubMed PMID: 18809427.

371. Rohrbaugh RM, Felker B, **Kosten T**. The VA psychiatry-primary care education initiative. Acad Psychiatry. 2009 Jan-Feb;33(1):31-6. doi: 10.1176/appi.ap.33.1.31. PubMed PMID: 19349441.

372. Haile CN, **Kosten TR**, Kosten TA. Pharmacogenetic treatments for drug addiction: cocaine, amphetamine and methamphetamine. Am J Drug Alcohol Abuse. 2009;35(3):161-77. doi: 10.1080/00952990902825447. Review. PubMed PMID: 19462300; PubMed Central PMCID: PMC2754046.

373. Sun HQ, Guo S, Chen DF, Jiang ZN, Liu Y, Di XL, Yang FD, Zhang XY, **Kosten TR**, Lu L. Family support and employment as predictors of smoking cessation success: a randomized, double-blind, placebo-controlled trial of nicotine sublingual tablets in chinese smokers. Am J Drug Alcohol Abuse. 2009;35(3):183-8. doi: 10.1080/00952990902839794. PubMed PMID: 19462302.

374. Shi J, Li SX, Zhang XL, Wang X, Le Foll B, Zhang XY, **Kosten TR**, Lu L. Time-dependent neuroendocrine alterations and drug craving during the first month of abstinence in heroin addicts. Am J Drug Alcohol Abuse. 2009;35(5):267-72. doi: 10.1080/00952990902933878. PubMed PMID: 19591065.

375. Lu L, Wang X, **Kosten TR**. Stereotactic neurosurgical treatment of drug addiction. Am J Drug Alcohol Abuse. 2009;35(6):391-3. doi: 10.3109/00952990903312478. Review. PubMed PMID: 20014906.

Thomas R. Kosten, MD
CV

376. Sofuoglu M, Poling J, Hill K, **Kosten T**. Atomoxetine attenuates dextroamphetamine effects in humans. Am J Drug Alcohol Abuse. 2009;35(6):412-6. doi: 10.3109/00952990903383961. PubMed PMID: 20014909; PubMed Central PMCID: PMC2796580.

377. Lu L, Liu Y, Zhu W, Shi J, Liu Y, Ling W, **Kosten TR**. Traditional medicine in the treatment of drug addiction. Am J Drug Alcohol Abuse. 2009;35(1):1-11. doi: 10.1080/00952990802455469. Review. PubMed PMID: 19152199.

378. Orson FM, Kinsey BM, Singh RA, Wu Y, **Kosten TR**. Vaccines for cocaine abuse. Hum Vaccin. 2009 Apr;5(4):194-9. Epub 2009 Apr 20. Review. PubMed PMID: 19276665; PubMed Central PMCID: PMC2878138.

379. Zhang XY, Zhou DF, Qi LY, Chen S, Cao LY, Chen da C, Xiu MH, Wang F, Wu GY, Lu L, Kosten TA, **Kosten TR**. Superoxide dismutase and cytokines in chronic patients with schizophrenia: association with psychopathology and response to antipsychotics. Psychopharmacology (Berl). 2009 May;204(1):177-84. doi: 10.1007/s00213-008-1447-6. Epub 2009 Jan 13. PubMed PMID: 19139851.

380. Li SX, Shi J, Epstein DH, Wang X, Zhang XL, Bao YP, Zhang D, Zhang XY, **Kosten TR**, Lu L. Circadian alteration in neurobiology during 30 days of abstinence in heroin users. Biol Psychiatry. 2009 May 15;65(10):905-12. doi: 10.1016/j.biopsych.2008.11.025. Epub 2009 Jan 9. PubMed PMID: 19135652.

381. Chen JX, Su YA, Wang SL, Bian QT, Liu YH, Wang N, Yang FD, Haile C, **Kosten TR**, Zhang XY. Aripiprazole treatment of risperidone-induced hyperprolactinemia. J Clin Psychiatry. 2009 Jul;70(7):1058-9. PubMed PMID: 19653986.

382. Shi J, Jun W, Zhao LY, Xue YX, Zhang XY, **Kosten TR**, Lu L. Effect of rapamycin on cue-induced drug craving in abstinent heroin addicts. Eur J Pharmacol. 2009 Aug 1;615(1-3):108-12. doi: 10.1016/j.ejphar.2009.05.011. Epub 2009 May 23. PubMed PMID: 19470385.

383. Stotts AL, Dodrill CL, **Kosten TR**. Opioid dependence treatment: options in pharmacotherapy. Expert Opin Pharmacother. 2009 Aug;10(11):1727-40. doi: 10.1517/14656560903037168. Review. PubMed PMID: 19538000; PubMed Central PMCID: PMC2874458.

384. Zhang XY, Chen da C, Qi LY, Wang F, Xiu MH, Chen S, Wu GY, Kosten TA, **Kosten TR**. Gender differences in the prevalence, risk and clinical correlates of tardive dyskinesia in Chinese schizophrenia. Psychopharmacology (Berl). 2009 Sep;205(4):647-54. doi: 10.1007/s00213-009-1590-8. Epub 2009 Jun 16. PubMed PMID: 19529921.

385. Zhang XY, Chen da C, Xiu MH, Wang F, Qi LY, Sun HQ, Chen S, He SC, Wu GY, Haile CN, Kosten TA, Lu L, **Kosten TR**. The novel oxidative stress marker thioredoxin is increased in first-episode schizophrenic patients. Schizophr Res. 2009 Sep;113(2-3):151-7. doi: 10.1016/j.schres.2009.05.016. Epub 2009 Jun 21. PubMed PMID: 19540723.

386. Qiu HT, Meng HQ, Song C, Xiu MH, Chen da C, Zhu FY, Wu GY, Kosten TA, **Kosten TR**, Zhang XY. Association between monoamine

Thomas R. Kosten, MD
CV

oxidase (MAO)-A gene variants and schizophrenia in a Chinese population. Brain Res. 2009 Sep 1;1287:67-73. doi: 10.1016/j.brainres.2009.06.072. Epub 2009 Jun 30. PubMed PMID: 19573521.

387. Qi LY, Xiu MH, Chen da C, Wang F, Kosten TA, **Kosten TR**, Zhang XY. Increased serum S100B levels in chronic schizophrenic patients on long-term clozapine or typical antipsychotics. Neurosci Lett. 2009 Sep 22;462(2):113-7. doi: 10.1016/j.neulet.2009.06.019. Epub 2009 Jun 17. PubMed PMID: 19539717.

388. Martell BA, Orson FM, Poling J, Mitchell E, Rossen RD, Gardner T, **Kosten TR**. Cocaine vaccine for the treatment of cocaine dependence in methadone-maintained patients: a randomized, double-blind, placebo-controlled efficacy trial. JAMA Psych (Arch Gen Psychiatry). 2009 Oct;66(10):1116-23. doi: 10.1001/archgenpsychiatry.2009.128. PubMed PMID: 19805702; PubMed Central PMCID: PMC2878137.

389. Xiu MH, Hui L, Dang YF, Hou TD, Zhang CX, Zheng YL, Chen da C, **Kosten TR**, Zhang XY. Decreased serum BDNF levels in chronic institutionalized schizophrenia on long-term treatment with typical and atypical antipsychotics. Prog Neuropsychopharmacol Biol Psychiatry. 2009 Nov 13;33(8):1508-12. doi: 10.1016/j.pnpbp.2009.08.011. Epub 2009 Aug 29. PubMed PMID: 19720106.

390. Chen da C, Wang J, Wang B, Yang SC, Zhang CX, Zheng YL, Li YL, Wang N, Yang KB, Xiu MH, **Kosten TR**, Zhang XY. Decreased levels of serum brain-derived neurotrophic factor in drug-naïve first-episode schizophrenia: relationship to clinical phenotypes. Psychopharmacology (Berl). 2009 Dec;207(3):375-80. doi: 10.1007/s00213-009-1665-6. Epub 2009 Sep 29. PubMed PMID: 19787338.

391. Haile CN, **Kosten TR**. The potential of pharmacogenomics to treat drug addiction. Pharmacogenomics. 2009 Dec;10(12):1883-6. doi: 10.2217/pgs.09.146. PubMed PMID: 19958085.

392. Zhao LY, Shi J, Zhang XL, Epstein DH, Zhang XY, Liu Y, **Kosten TR**, Lu L. Stress enhances retrieval of drug-related memories in abstinent heroin addicts. Neuropsychopharmacology. 2010 Feb;35(3):720-6. doi: 10.1038/npp.2009.179. Epub 2009 Nov 4. PubMed PMID: 19890257; PubMed Central PMCID: PMC3055613.

393. Stitzer ML, Polk T, Bowles S, **Kosten T**. Drug users' adherence to a 6-month vaccination protocol: effects of motivational incentives. Drug Alcohol Depend. 2010 Feb 1;107(1):76-9. doi: 10.1016/j.drugalcdep.2009.09.006. Epub 2009 Oct 13. PubMed PMID: 19828264; PubMed Central PMCID: PMC2815120.

394. Kinsey BM, **Kosten TR**, Orson FM. Active immunotherapy for the Treatment of Cocaine Dependence. Drugs Future. 2010 Apr 1;35(4):301-306. PubMed PMID: 21796226; PubMed Central PMCID: PMC3142961.

395. Najavits LM, Norman SB, Kivlahan D, **Kosten TR**. Improving PTSD/substance abuse treatment in the VA: a survey of providers. Am J Addict. 2010 May-Jun;19(3):257-63. doi: 10.1111/j.1521-0391.2010.00039.x. PubMed PMID: 20525033.

Thomas R. Kosten, MD
CV

396. Zhang XY, Xiu MH, Chen da C, Zhu FY, Wu GY, Haile CN, Lu L, Kosten TA, **Kosten TR**. Increased S100B serum levels in schizophrenic patients with tardive dyskinesia: association with dyskinetic movements. J Psychiatr Res. 2010 May;44(7):429-33. doi: 10.1016/j.jpsychires.2009.10.012. Epub 2009 Nov 22. PubMed PMID: 19932492.

397. Liu H, Wang C, Chen PH, Zhang BS, Zheng YL, Zhang CX, Meng HQ, Wang Y, Chen da C, Xiu MH, **Kosten TR**, Zhang XY. Association of the manganese superoxide dismutase gene Ala-9Val polymorphism with clinical phenotypes and tardive dyskinesia in schizophrenic patients. Prog Neuropsychopharmacol Biol Psychiatry. 2010 May 30;34(4):692-6. doi: 10.1016/j.pnpbp.2010.03.026. Epub 2010 Mar 25. PubMed PMID: 20346996.

398. Zhang XY, Li CB, Li M, Zheng YL, Zhang CX, Yan QZ, Liu WZ, Kang YM, Wang F, Chen da C, Xiu MH, **Kosten TR**. Smoking initiation and schizophrenia: a replication study in a Chinese Han population. Schizophr Res. 2010 Jun;119(1-3):110-4. doi: 10.1016/j.schres.2009.11.012. PubMed PMID: 20022218.

399. Oliveto A, Gentry WB, Pruzinsky R, Gonsai K, **Kosten TR**, Martell B, Poling J. Behavioral effects of gamma-hydroxybutyrate in humans. Behav Pharmacol. 2010 Jul;21(4):332-42. doi: 10.1097/FBP.0b013e32833b3397. PubMed PMID: 20526195; PudMed Central PMCID: PMC2911496.

400. Wang Y, Wang JD, Wu HR, Zhang BS, Fang H, Ma QM, Liu H, Chen da C, Xiu MH, Hail CN, **Kosten TR**, Zhang XY. The Val66Met polymorphism of the brain-derived neurotrophic factor gene is not associated with risk for schizophrenia and tardive dyskinesia in Han Chinese population. Schizophr Res. 2010 Jul;120(1-3):240-2. doi: 10.1016/j.schres.2010.03.020. Epub 2010 Apr 14. PubMed PMID: 20395113.

401. Zhou DH, Yan QZ, Yan XM, Li CB, Fang H, Zheng YL, Zhang CX, Yao HJ, Chen da C, Xiu MH, **Kosten TR**, Zhang XY. The study of BDNF Val66Met polymorphism in Chinese schizophrenic patients. Prog Neuropsychopharmacol Biol Psychiatry. 2010 Aug 16;34(6):930-3. doi: 10.1016/j.pnpbp.2010.04.019. Epub 2010 Apr 24. PubMed PMID: 20420877.

402. Kinsey BM, **Kosten TR**, Orson FM. Anti-cocaine vaccine development. Expert Rev Vaccines. 2010 Sep;9(9):1109-14. doi: 10.1586/erv.10.102. Review. PubMed PMID: 20822352; PubMed Central PMCID: PMC2936703.

403. Gao Y, Orson FM, Kinsey B, **Kosten T**, Brimijoin S. The concept of pharmacologic cocaine interception as a treatment for drug abuse. Chem Biol Interact. 2010 Sep 6;187(1-3):421-4. doi: 10.1016/j.cbi.2010.02.036. Epub 2010 Feb 26. PubMed PMID: 20219449; PubMed Central PMCID: PMC2895017.

404. Li SX, Liu LJ, Jiang WG, Sun LL, Zhou SJ, Le Foll B, Zhang XY, **Kosten TR**, Lu L. Circadian alteration in neurobiology during protracted opiate withdrawal in rats. J Neurochem. 2010 Oct;115(2):353-62. doi: 10.1111/j.1471-4159.2010.06941.x. Epub 2010 Aug 25. PubMed PMID: 20738730.

Thomas R. Kosten, MD
CV

405. Zhang XY, Zhang RL, Pan M, Chen da C, Xiu MH, **Kosten TR**. Sex difference in the prevalence of smoking in Chinese schizophrenia. J Psychiatr Res. 2010 Oct;44(14):986-8. doi: 10.1016/j.jpsychires.2010.02.015. Epub 2010 Mar 23. PubMed PMID: 20334878.

406. Zhang XY, Xiu MH, Chen da C, Yang FD, Wu GY, Lu L, Kosten TA, **Kosten TR**. Nicotine dependence and serum BDNF levels in male patients with schizophrenia. Psychopharmacology (Berl). 2010 Oct;212(3):301-7. doi: 10.1007/s00213-010-1956-y. Epub 2010 Jul 27. PubMed PMID: 20661552.

407. Chen da C, Xiu MH, Liu H, Zhang BS, Wang Y, **Kosten TR**, Zhang XY. Reduced status of plasma total antioxidant capacity in schizophrenia with tardive dyskinesia. J Psychiatr Res. 2010 Nov;44(15):1111-2. doi: 10.1016/j.jpsychires.2010.03.008. Epub 2010 Apr 15. PubMed PMID: 20398909.

408. Zhang XY, Xiu MH, Song C, Chen da C, Wu GY, Haile CN, Kosten TA, **Kosten TR**. Increased serum S100B in never-medicated and medicated schizophrenic patients. J Psychiatr Res. 2010 Dec;44(16):1236-40. doi: 10.1016/j.jpsychires.2010.04.023. Epub 2010 May 26. PubMed PMID: 20510426.

409. Shen X, Orson FM, **Kosten TR**. Anti-addiction vaccines. F1000 Med Rep. 2011;3:20. doi: 10.3410/M3-20. Epub 2011 Oct 3. PubMed PMID: 22003367; PubMed Central PMCID: PMC3186043.

410. Oliveto A, Poling J, Mancino MJ, Feldman Z, Cubells JF, Pruzinsky R, Gonsai K, Cargile C, Sofuoglu M, Chopra MP, Gonzalez-Haddad G, Carroll KM, **Kosten TR**. Randomized, double blind, placebo-controlled trial of disulfiram for the treatment of cocaine dependence in methadone-stabilized patients. Drug Alcohol Depend. 2011 Jan 15;113(2-3):184-91. doi: 10.1016/j.drugalcdep.2010.07.022. Epub 2010 Sep 15. PubMed PMID: 20828943; PubMed Central PMCID: PMC3005977.

411. Cao JX, Hu J, Ye XM, Xia Y, Haile CA, **Kosten TR**, Zhang XY. Association between the 5-HTR1B gene polymorphisms and alcohol dependence in a Han Chinese population. Brain Res. 2011 Feb 28;1376:1-9. doi: 10.1016/j.brainres.2010.12.039. Epub 2010 Dec 21. PubMed PMID: 21172311.

412. Chen da C, Zhou MA, Zhou DH, Xiu MH, Wu GY, **Kosten TR**, Zhang XY. Gender differences in the prevalence of diabetes mellitus in chronic hospitalized patients with schizophrenia on long-term antipsychotics. Psychiatry Res. 2011 Apr 30;186(2-3):451-3. doi: 10.1016/j.psychres.2010.07.054. Epub 2010 Aug 24. PubMed PMID: 20797801.

413. Najavits LM, Kivlahan D, **Kosten T**. A national survey of clinicians' views of evidence-based therapies for PTSD and substance abuse. Addiction Research & Theory. 2011; 19(2): 138-147.

414. Dodrill CL, Helmer DA, **Kosten TR**. Prescription pain medication dependence. Am J Psychiatry. 2011 May;168(5):466-71. doi: 10.1176/appi.ajp.2010.10020260. Review. PubMed PMID: 21536702.

415. Li XF, Zheng YL, Xiu MH, Chen da C, **Kosten TR**, Zhang XY. Reduced plasma total antioxidant status in first-episode drug-naive

Thomas R. Kosten, MD
CV

patients with schizophrenia. Prog Neuropsychopharmacol Biol Psychiatry. 2011 Jun 1;35(4):1064-7. doi: 10.1016/j.pnpbp.2011.03.001. Epub 2011 Mar 15. PubMed PMID: 21392552.

416. **Kosten TR**. Stress and addiction. Am J Psychiatry. 2011 Jun;168(6):566-8. doi: 10.1176/appi.ajp.2011.11020180. PubMed PMID: 21642477.

417. Yang FD, Wang XQ, Liu XP, Zhao KX, Fu WH, Hao XR, Zhang XL, Huang GS, Qu SC, Bai JS, Huang XF, **Kosten TR**, Zhang XY. Sex difference in QTc prolongation in chronic institutionalized patients with schizophrenia on long-term treatment with typical and atypical antipsychotics. Psychopharmacology (Berl). 2011 Jul;216(1):9-16. doi: 10.1007/s00213-011-2188-5. Epub 2011 Feb 9. PubMed PMID: 21301815.

418. McIntosh BJ, Zhang XY, **Kosten T**, Tan SP, Xiu MH, Rakofsky J, Harvey PD. Performance-based assessment of functional skills in severe mental illness: results of a large-scale study in China. J Psychiatr Res. 2011 Aug;45(8):1089-94. doi: 10.1016/j.jpsychires.2011.01.012. Epub 2011 Mar 2. PubMed PMID: 21300378; PubMed Central PMCID: PMC3112265.

419. Zhang R, Hao W, Pan M, Wang C, Zhang X, Chen da C, Xiu MH, Yang FD, **Kosten TR**, Zhang XY. The prevalence and clinical-demographic correlates of diabetes mellitus in chronic schizophrenic patients receiving clozapine. Hum Psychopharmacol. 2011 Aug;26(6):392-6. doi: 10.1002/hup.1220. Epub 2011 Aug 8. PubMed PMID: 21826737.

420. Zhang XY, Yu YQ, Sun S, Zhang X, Li W, Xiu MH, Chen da C, Yang FD, Zhu F, Kosten TA, **Kosten TR**. Smoking and tardive dyskinesia in male patients with chronic schizophrenia. Prog Neuropsychopharmacol Biol Psychiatry. 2011 Aug 15;35(7):1765-9. doi: 10.1016/j.pnpbp.2011.06.006. Epub 2011 Jun 23. PubMed PMID: 21723906.

421. Wisner KL, Conley RR, Taylor SF, **Kosten T**, Rapaport MH, Brown LS. Researcher experiences with IRBs: a survey of members of the American College of Neuropsychopharmacology. IRB. 2011 Sep-Oct;33(5):14-20. PubMed PMID: 22043746.

422. Yang YQ, Sun S, Yu YQ, Li WJ, Zhang X, Xiu MH, Chen da C, De Yang F, Liu H, Li C, **Kosten TR**, Zhang XY. Decreased serum brain-derived neurotrophic factor levels in schizophrenic patients with tardive dyskinesia. Neurosci Lett. 2011 Sep 8;502(1):37-40. doi: 10.1016/j.neulet.2011.07.020. Epub 2011 Jul 20. PubMed PMID: 21798311.

423. Shorter D, **Kosten TR**. Novel pharmacotherapeutic treatments for cocaine addiction. BMC Med. 2011 Nov 3;9:119. doi: 10.1186/1741-7015-9-119. Review. PubMed PMID: 22047090; PubMed Central PMCID: PMC3216852.

424. Shen X, **Kosten TR**. Immunotherapy for drug abuse. CNS Neurol Disord Drug Targets. 2011 Dec;10(8):876-9. Review. PubMed PMID: 22229313; PubMed Central PMCID: PMC3634568.

Thomas R. Kosten, MD
CV

425. Shorter D, **Kosten TR**. Vaccines in the Treatment of Substance Abuse. Focus (Am Psychiatr Publ). 2011 Dec 1;2011(9):25-30. PubMed PMID: 23472050; PubMed Central PMCID: PMC3587968.

426. Zhang XY, Chen da C, Xiu MH, Luo X, Zuo L, Haile CN, Kosten TA, **Kosten TR**. BDNF Val66Met variant and smoking in a Chinese population. PLoS One. 2012;7(12):e53295. doi: 10.1371/journal.pone.0053295. Epub 2012 Dec 28. PubMed PMID: 23285275; PubMed Central PMCID: PMC3532294.

427. Haile CN, De La Garza R 2nd, Mahoney JJ 3rd, Nielsen DA, **Kosten TR**, Newton TF. The impact of disulfiram treatment on the reinforcing effects of cocaine: a randomized clinical trial. PLoS One. 2012;7(11):e47702. doi: 10.1371/journal.pone.0047702. Epub 2012 Nov 8. PubMed PMID: 23144826; PubMed Central PMCID: PMC3493584.

428. Zhang XY, Liang J, Chen da C, Xiu MH, He J, Cheng W, Wu Z, Yang FD, Haile CN, Sun H, Lu L, Kosten TA, **Kosten TR**. Cigarette smoking in male patients with chronic schizophrenia in a Chinese population: prevalence and relationship to clinical phenotypes. PLoS One. 2012;7(2):e30937. doi: 10.1371/journal.pone.0030937. Epub 2012 Feb 7. PubMed PMID: 22347412; PubMed Central PMCID: PMC3274516.

429. Ramakrishnan M, Alves De Melo F, Kinsey BM, Ladbury JE, **Kosten TR**, Orson FM. Probing cocaine-antibody interactions in buffer and human serum. PLoS One. 2012;7(7):e40518. doi: 10.1371/journal.pone.0040518. Epub 2012 Jul 10. PubMed PMID: 22859949; PubMed Central PMCID: PMC3409241.

430. Carroll ME, Zlebnik NE, Anker JJ, **Kosten TR**, Orson FM, Shen X, Kinsey B, Parks RJ, Gao Y, Brimijoin S. Combined cocaine hydrolase gene transfer and anti-cocaine vaccine synergistically block cocaine-induced locomotion. PLoS One. 2012;7(8):e43536. doi: 10.1371/journal.pone.0043536. Epub 2012 Aug 17. PubMed PMID: 22912888; PubMed Central PMCID: PMC3422258.

431. Newton TF, De La Garza R 2nd, Brown G, **Kosten TR**, Mahoney JJ 3rd, Haile CN. Noradrenergic $\alpha_1$ receptor antagonist treatment attenuates positive subjective effects of cocaine in humans: a randomized trial. PLoS One. 2012;7(2):e30854. doi: 10.1371/journal.pone.0030854. Epub 2012 Feb 3. PubMed PMID: 22319592; PubMed Central PMCID: PMC3272014.

432. Zhang XY, Chen da C, Xiu MH, Haile CN, Sun H, Lu L, Kosten TA, **Kosten TR**. Cigarette smoking and cognitive function in Chinese male schizophrenia: a case-control study. PLoS One. 2012;7(5):e36563. doi: 10.1371/journal.pone.0036563. Epub 2012 May 3. PubMed PMID: 22570726; PubMed Central PMCID: PMC3343009.

433. Shen XY, Orson FM, **Kosten TR**. Vaccines against drug abuse. Clin Pharmacol Ther. 2012 Jan;91(1):60-70. doi: 10.1038/clpt.2011.281. Epub 2011 Nov 30. Review. PubMed PMID: 22130115; PubMed Central PMCID: PMC3345810.

434. Spellicy CJ, **Kosten TR**, Hamon SC, Harding MJ, Nielsen DA. The MTHFR C677T Variant is Associated with Responsiveness to Disulfiram Treatment for Cocaine Dependency. Front Psychiatry.

Thomas R. Kosten, MD
CV

2013 Jan 14;3:109. doi: 10.3389/fpsyt.2012.00109. eCollection 2012. PubMed PMID: 23335901; PubMed Central PMCID: PMC3544007.

435. Anton RF, Litten RZ, Falk DE, Palumbo JM, Bartus RT, Robinson RL, Kranzler HR, **Kosten TR**, Meyer RE, O'Brien CP, Mann K, Meulien D. The Alcohol Clinical Trials Initiative (ACTIVE): purpose and goals for assessing important and salient issues for medications development in alcohol use disorders. Neuropsychopharmacology. 2012 Jan;37(2):402-11. doi: 10.1038/npp.2011.182. Epub 2011 Sep 7. PubMed PMID: 21900883; PubMed Central PMCID: PMC3242301.

436. Oliveto A, Poling J, Mancino MJ, Williams DK, Thostenson J, Pruzinsky R, Gonsai K, Sofuoglu M, Gonzalez G, Tripathi S, **Kosten TR**. Sertraline delays relapse in recently abstinent cocaine-dependent patients with depressive symptoms. Addiction. 2012 Jan;107(1):131-41. doi: 10.1111/j.1360-0443.2011.03552.x. Epub 2011 Oct 10. PubMed PMID: 21707811; PubMed Central PMCID: PMC3237722.

437. Wu Z, Zhang XY, Wang H, Tang W, Xia Y, Zhang F, Liu J, Fu Y, Hu J, Chen Y, Liu L, Chen da C, Xiu MH, **Kosten TR**, He J. Elevated plasma superoxide dismutase in first-episode and drug naive patients with schizophrenia: inverse association with positive symptoms. Prog Neuropsychopharmacol Biol Psychiatry. 2012 Jan 10;36(1):34-8. doi: 10.1016/j.pnpbp.2011.08.018. Epub 2011 Aug 30. PubMed PMID: 21896300.

438. Zhang XY, Zhou DF, Shen YC, Zhang PY, Zhang WF, Liang J, Chen da C, Xiu MH, Kosten TA, **Kosten TR**. Effects of risperidone and haloperidol on superoxide dismutase and nitric oxide in schizophrenia. Neuropharmacology. 2012 Apr;62(5-6):1928-34. doi: 10.1016/j.neuropharm.2011.12.014. Epub 2011 Dec 30. PubMed PMID: 22227558.

439. Wang F, Fan H, Sun H, Yang F, Luo Y, Liu H, **Kosten TR**, Lu L, Zhang XY. Association between TNF-α promoter -308A/G polymorphism and tardive dyskinesian Chinese Han patients with schizophrenia. Prog Neuropsychopharmacol Biol Psychiatry. 2012 Apr 27;37(1):106-10. doi: 10.1016/j.pnpbp.2011.12.007. Epub 2011 Dec 29. PubMed PMID: 22227290.

440. Sigmon SC, Bisaga A, Nunes EV, O'Connor PG, **Kosten T**, Woody G. Opioid detoxification and naltrexone induction strategies: recommendations for clinical practice. Am J Drug Alcohol Abuse. 2012 May;38(3):187-99. doi: 10.3109/00952990.2011.653426. Epub 2012 Mar 12. Review. PubMed PMID: 22404717.

441. Li WJ, Kou CG, Yu Y, Sun S, Zhang X, **Kosten TR**, Zhang XY. Association of catechol-O-methyltransferase gene polymorphisms with schizophrenia and negative symptoms in a Chinese population. Am J Med Genet B Neuropsychiatr Genet. 2012 Jun;159B(4):370-5. doi: 10.1002/ajmg.b.32038. Epub 2012 Feb 21. PubMed PMID: 22354729.

442. Hui L, Zhang X, Huang XF, Han M, Fernandez F, Yu Y, Sun S, Li W, Chen da C, Xiu MH, **Kosten TR**, Zhang XY. The dopamine b-hydroxylase 19 bp insertion/deletion polymorphism was associated with first-episode but not medicated chronic schizophrenia. J

Thomas R. Kosten, MD
CV

Psychiatr Res. 2012 Jun;46(6):733-7. doi: 10.1016/j.jpsychires.2012.02.016. Epub 2012 Mar 24. PubMed PMID: 22445279.

443. Zhang X, Guan SL, Wang ZQ, You Y, Sun SL, Hui L, Miao LN, Yu Y, **Kosten TR**, Zhang XY. No association between the type 2 diabetes mellitus susceptibility gene, SLC30A8 and schizophrenia in a Chinese population. Hum Psychopharmacol. 2012 Jul;27(4):392-6. doi: 10.1002/hup.2239. Epub 2012 Jul 9. PubMed PMID: 22778022.

444. Nielsen DA, Utrankar A, Reyes JA, Simons DD, **Kosten TR**. Epigenetics of drug abuse: predisposition or response. Pharmacogenomics. 2012 Jul;13(10):1149-60. doi: 10.2217/pgs.12.94. Review. PubMed PMID: 22909205; PubMed Central PMCID: PMC3463407.

445. Zhang XY, Chen da C, Xiu MH, Yang FD, Haile CN, Kosten TA, **Kosten TR**. Gender differences in never-medicated first-episode schizophrenia and medicated chronic schizophrenia patients. J Clin Psychiatry. 2012 Jul;73(7):1025-33. doi: 10.4088/JCP.11m07422. PubMed PMID: 22901352.

446. Zhang XY, Chen da C, Xiu MH, Haile CN, Luo X, Xu K, Zhang HP, Zuo L, Zhang Z, Zhang X, Kosten TA, **Kosten TR**. Cognitive and serum BDNF correlates of BDNF Val66Met gene polymorphism in patients with schizophrenia and normal controls. Hum Genet. 2012 Jul;131(7):1187-95. doi: 10.1007/s00439-012-1150-x. Epub 2012 Feb 24. PubMed PMID: 22362486; PubMed Central PMCID: PMC3671849.

447. Zhang XY, Liang J, Chen da C, Xiu MH, Yang FD, Kosten TA, **Kosten TR**. Low BDNF is associated with cognitive impairment in chronic patients with schizophrenia. Psychopharmacology (Berl). 2012 Jul;222(2):277-84. doi: 10.1007/s00213-012-2643-y. Epub 2012 Jan 26. PubMed PMID: 22274000.

448. Liu H, Kang Y, Liang J, Li C, Xiu M, Chen D, Yang F, Wang F, Wu G, Haile CN, Kosten TA, **Kosten TR**, Zhang XY. Lower serum interleukin-2 levels in schizophrenic patients with tardive dyskinesia. Psychiatry Res. 2012 Jul 30;198(2):329-31. doi: 10.1016/j.psychres.2012.01.002. Epub 2012 Mar 13. PubMed PMID: 22417931.

449. Xiu MH, Chen da C, Wang D, Zhang K, Dong A, Tang W, Zhang F, Liu LJ, Liu JH, Liu HB, Yang FD, **Kosten TR**, Zhang XY. Elevated interleukin-18 serum levels in chronic schizophrenia: Association with psychopathology. J Psychiatr Res. 2012 Aug;46(8):1093-8. doi: 10.1016/j.jpsychires.2012.04.026. Epub 2012 May 28. PubMed PMID: 22647522.

450. Zhang XY, Chen da C, Xiu MH, Tang W, Zhang F, Liu L, Chen Y, Liu J, Yao JK, Kosten TA, **Kosten TR**. Plasma total antioxidant status and cognitive impairments in schizophrenia. Schizophr Res. 2012 Aug;139(1-3):66-72. doi: 10.1016/j.schres.2012.04.009. Epub 2012 May 1. PubMed PMID: 22555016.

451. Cui Y, Robinson JD, Versace F, Lam CY, Minnix JA, Karam-Hage M, Dani JA, **Kosten TR**, Wetter DW, Brown VL, Cinciripini PM. Differential cigarette-related startle cue reactivity among light, moderate, and heavy smokers. Addict Behav. 2012 Aug;37(8):885-9.

Thomas R. Kosten, MD
CV

doi: 10.1016/j.addbeh.2012.02.003. Epub 2012 Feb 15. PubMed PMID: 22571920; PubMed Central PMCID: PMC3358408.

452. Nielsen DA, Harding MJ, Hamon SC, Huang W, **Kosten TR**. Modifying the role of serotonergic 5-HTTLPR and TPH2 variants on disulfiram treatment of cocaine addiction: a preliminary study. Genes Brain Behav. 2012 Aug 23. doi: 10.1111/j.1601-183X.2012.00839.x. [Epub ahead of print] PubMed PMID: 22925276; PubMed Central PMCID: PMC3521860.

453. Zhang XY, Liu L, Liu S, Hong X, Chen da C, Xiu MH, Yang FD, Zhang Z, Zhang X, Kosten TA, **Kosten TR**. Short-term tropisetron treatment and cognitive and P50 auditory gating deficits in schizophrenia. Am J Psychiatry. 2012 Sep;169(9):974-81. doi: 10.1176/appi.ajp.2012.11081289. PubMed PMID: 22952075.

454. Zhang XY, Chen da C, Xiu MH, Hui L, Liu H, Luo X, Zuo L, Zhang H, Kosten TA, **Kosten TR**. Association of functional dopamine-beta-hydroxylase (DBH) 19 bp insertion/deletion polymorphism with smoking severity in male schizophrenic smokers. Schizophr Res. 2012 Oct;141(1):48-53. doi: 10.1016/j.schres.2012.07.011. Epub 2012 Aug 4. PubMed PMID: 22871345.

455. Zhang XY, Zhang WF, Zhou DF, Chen da C, Xiu MH, Wu HR, Haile CN, Kosten TA, **Kosten TR**. Brain-derived neurotrophic factor levels and its Val66Met gene polymorphism predict tardive dyskinesia treatment response to Ginkgo biloba. Biol Psychiatry. 2012 Oct 15;72(8):700-6. doi: 10.1016/j.biopsych.2012.04.032. Epub 2012 Jun 12. PubMed PMID: 22695185.

456. Sun H, Guo S, Chen D, Yang F, Zou Y, Di X, Cao Y, **Kosten T**, Lu L, Zhang XY. Association of functional COMT Val108/Met polymorphism with smoking cessation in a nicotine replacement therapy. J Neural Transm. 2012 Dec;119(12):1491-8. doi: 10.1007/s00702-012-0841-8. Epub 2012 Jun 14. PubMed PMID: 22695756.

457. Singh RA, Kosten TA, Kinsey BM, Shen X, Lopez AY, **Kosten TR**, Orson FM. Dose-dependent changes in the locomotor responses to methamphetamine in BALB/c mice: low doses induce hypolocomotion. Pharmacol Biochem Behav. 2012 Dec;103(2):230-6. doi: 10.1016/j.pbb.2012.08.013. Epub 2012 Aug 28. PubMed PMID: 23010423; PubMed Central PMCID: PMC3494772.

458. Han M, Huang XF, Chen da C, Xiu MH, Hui L, Liu H, **Kosten TR**, Zhang XY. Gender differences in cognitive function of patients with chronic schizophrenia. Prog Neuropsychopharmacol Biol Psychiatry. 2012 Dec 3;39(2):358-63. doi: 10.1016/j.pnpbp.2012.07.010. Epub 2012 Jul 20. PubMed PMID: 22820676.

459. Sun H, Wang F, Fan H, Yan Q, Cui K, Yuan W, Zhao F, Zhao L, Yuan J, Yang F, **Kosten TR**, Zhang XY. The interaction of polymorphisms of IL10 and DBH was associated with general symptoms of PANSS with TD in Chinese Han schizophrenic patients. PLoS One. 2013 Aug 7;8(8):e70963. doi: 10.1371/journal.pone.0070963. eCollection 2013. PubMed PMID: 23951054; PubMed Central PMCID: PMC3737228.

460. Han M, Huang XF, Chen da C, Xiu M, **Kosten TR**, Zhang XY. Diabetes and cognitive deficits in chronic schizophrenia: a case-

Thomas R. Kosten, MD
CV

control study. PLoS One. 2013 Jun 20;8(6):e66299. doi: 10.1371/journal.pone.0066299. Print 2013. PubMed PMID: 23840437; PubMed Central PMCID: PMC3688788.

461. Zhang XY, Chen da C, Xiu MH, Yang FD, Tan YL, He S, Kosten TA, **Kosten TR**. Thioredoxin, a novel oxidative stress marker and cognitive performance in chronic and medicated schizophrenia versus healthy controls. Schizophr Res. 2013 Feb;143(2-3):301-6. doi: 10.1016/j.schres.2012.11.017. Epub 2012 Dec 11. PubMed PMID: 23238053.

462. **Kosten TR**, Wu G, Huang W, Harding MJ, Hamon SC, Lappalainen J, Nielsen DA. Pharmacogenetic randomized trial for cocaine abuse: disulfiram and dopamine β-hydroxylase. Biol Psychiatry. 2013 Feb 1;73(3):219-24. doi: 10.1016/j.biopsych.2012.07.011. Epub 2012 Aug 18. PubMed PMID: 22906516; PubMed Central PMCID: PMC3514624.

463. Brown AE, Tonigan JS, Pavlik VN, **Kosten TR**, Volk RJ. Spirituality and confidence to resist substance use among celebrate recovery participants. J Relig Health. 2013 Mar;52(1):107-13. doi: 10.1007/s10943-011-9456-x. PubMed PMID: 21246280.

464. Orson FM, Rossen RD, Shen X, Lopez AY, Wu Y, **Kosten TR**. Spontaneous development of IgM anti-cocaine antibodies in habitual cocaine users: effect on IgG antibody responses to a cocaine cholera toxin B conjugate vaccine. Am J Addict. 2013 Mar-Apr;22(2):169-74. doi: 10.1111/j.1521-0391.2013.00314.x. Epub 2013 Feb 1. PubMed PMID: 23414504.

465. Brimijoin S, Orson F, **Kosten TR**, Kinsey B, Shen XY, White SJ, Gao Y. Anti-cocaine antibody and butyrylcholinesterase-derived cocaine hydrolase exert cooperative effects on cocaine pharmacokinetics and cocaine-induced locomotor activity in mice. Chem Biol Interact. 2013 Mar 25;203(1):212-6. doi: 10.1016/j.cbi.2012.08.015. Epub 2012 Aug 31. PubMed PMID: 22960160; PubMed Central PMCID: PMC3572300.

466. Gao Y, Geng L, Orson F, Kinsey B, **Kosten TR**, Shen X, Brimijoin S. Effects of anti-cocaine vaccine and viral gene transfer of cocaine hydrolase in mice on cocaine toxicity including motor strength and liver damage. Chem Biol Interact. 2013 Mar 25;203(1):208-11. doi: 10.1016/j.cbi.2012.08.006. Epub 2012 Aug 23. PubMed PMID: 22935511; PubMed Central PMCID: PMC3537841.

467. Zhang X, Hui L, Liu Y, Wang ZQ, You Y, Miao LN, Sun SL, Guan SL, Xiang Y, **Kosten TR**, Zhang XY. The type 2 diabetes mellitus susceptibility gene IGF2BP2 is associated with schizophrenia in a Han Chinese population. J Clin Psychiatry. 2013 Apr;74(4):e287-92. doi: 10.4088/JCP.12m07846. PubMed PMID: 23656854.

468. Shen XY, Kosten TA, Lopez AY, Kinsey BM, **Kosten TR**, Orson FM. A vaccine against methamphetamine attenuates its behavioral effects in mice. Drug Alcohol Depend. 2013 Apr 1;129(1-2):41-8. doi: 10.1016/j.drugalcdep.2012.09.007. Epub 2012 Sep 28. PubMed PMID: 23022610; PubMed Central PMCID: PMC3563850.

469. **Kosten TR**, Domingo CB, Hamon SC, Nielsen DA. DBH gene as predictor of response in a cocaine vaccine clinical trial. Neurosci Lett. 2013 Apr 29;541:29-33. doi: 10.1016/j.neulet.2013.02.037. Epub

Thomas R. Kosten, MD
CV

2013 Feb 28. PubMed PMID: 23458673; PubMed Central PMCID: PMC3631430.

470. Zhou N, Yu Q, Li X, Yu Y, Kou C, Li W, Xu H, Luo X, Zuo L, **Kosten TR**, Zhang XY. Association of the dopamine β-hydroxylase 19 bp insertion/deletion polymorphism with positive symptoms but not tardive dyskinesia in schizophrenia. Hum Psychopharmacol. 2013 May;28(3):230-7. doi: 10.1002/hup.2311. Epub 2013 Apr 5. PubMed PMID: 23559427.

471. Zhen YF, Zhang J, Liu XY, Fang H, Tian LB, Zhou DH, **Kosten TR**, Zhang XY. Low BDNF is associated with cognitive deficits in patients with type 2 diabetes. Psychopharmacology (Berl). 2013 May;227(1):93-100. doi: 10.1007/s00213-012-2942-3. Epub 2012 Dec 22. PubMed PMID: 23263460.

472. Cui Y, Versace F, Engelmann JM, Minnix JA, Robinson JD, Lam CY, Karam-Hage M, Brown VL, Wetter DW, Dani JA, **Kosten TR**, Cinciripini PM. Alpha oscillations in response to affective and cigarette-related stimuli in smokers. Nicotine Tob Res. 2013 May;15(5):917-24. doi: 10.1093/ntr/nts209. Epub 2012 Oct 11. PubMed PMID: 23060019; PubMed Central PMCID: PMC3621581.

473. Graham DP, Helmer DA, Harding MJ, **Kosten TR**, Petersen NJ, Nielsen DA. Serotonin transporter genotype and mild traumatic brain injury independently influence resilience and perception of limitations in veterans. J Psychiatr Res. 2013 Jun;47(6):835-42. doi: 10.1016/j.jpsychires.2013.02.006. Epub 2013 Mar 8. PubMed PMID: 23478049; PubMed Central PMCID: PMC3643301.

474. He J, Xie Y, Tao J, Su H, Wu W, Zou S, Zhang J, Zhang J, Zhang H, Yang X, Guo J, Tang W, Zhang F, Liu J, Liu L, Chen Y, Wen N, **Kosten TR**, Zhang XY. Gender differences in socio-demographic and clinical characteristics of methamphetamine inpatients in a Chinese population. Drug Alcohol Depend. 2013 Jun 1;130(1-3):94-100. doi: 10.1016/j.drugalcdep.2012.10.014. Epub 2012 Nov 11. PubMed PMID: 23149112.

475. Shorter D, Lindsay JA, **Kosten TR**. The alpha-1 adrenergic antagonist doxazosin for treatment of cocaine dependence: A pilot study. Drug Alcohol Depend. 2013 Jul 1;131(1-2):66-70. doi: 10.1016/j.drugalcdep.2012.11.021. Epub 2013 Jan 8. PubMed PMID: 23306096; PubMed Central PMCID: PMC3655111.

476. Hui L, Zhang X, Yu YQ, Han M, Huang XF, Chen da C, Wang ZR, Du WL, Kou CG, Yu Q, **Kosten TR**, Zhang XY. Association between DBH 19 bp insertion/deletion polymorphism and cognition in first-episode schizophrenic patients. Schizophr Res. 2013 Jul;147(2-3):236-40. doi: 10.1016/j.schres.2013.04.035. Epub 2013 May 23. PubMed PMID: 23707643.

477. Spellicy CJ, **Kosten TR**, Hamon SC, Harding MJ, Nielsen DA. ANKK1 and DRD2 pharmacogenetics of disulfiram treatment for cocaine abuse. Pharmacogenet Genomics. 2013 Jul; 23(7):333-40. doi: 10.1097/FPC.0b013e328361c39d. PubMed PMID: 23635803.

478. Zhang XY, Chen da C, Xiu MH, Tan YL, Yang FD, Zhang LY, Zhang LY, Haile CN, **Kosten TR**. Clinical symptoms and cognitive impairment associated with male schizophrenia relate to plasma manganese superoxide dismutase activity: a case-control study. J

Thomas R. Kosten, MD
CV

Psychiatr Res. 2013 Aug; 47(8):1049-53. doi: 10.1016/j.jpsychires.2013.03.014. Epub 2013 Apr 20. PubMed PMID: 23611682.

479. **Kosten TR**, Domingo CB. Can you vaccinate against substance abuse? Expert Opin Biol Ther. 2013 Aug;13(8):1093-7. doi: 10.1517/14712598.2013.791278. Epub 2013 Apr 18. Review. PubMed PMID: 23594123.

480. Kosten TA, Shen XY, O'Malley PW, Kinsey BM, Lykissa ED, Orson FM, **Kosten TR**. A morphine conjugate vaccine attenuates the behavioral effects of morphine in rats. Prog Neuropsychopharmacol Biol Psychiatry. 2013 Aug 1;45: 223-9. doi: 10.1016/j.pnpbp.2013.05.012. Epub 2013 Jun 2. PubMed PMID: 23739535; PubMed Central PMCID: PMC3773503.

481. Zhang XY, Tang W, Xiu MH, Chen da C, Yang FD, Tan YL, Wang ZR, Zhang F, Liu J, Liu L, Chen Y, Wen N, **Kosten TR**. Interleukin 18 and cognitive impairment in first episode and drug naïve schizophrenia versus healthy controls. Brain Behav Immun. 2013 Aug; 32:105-11. doi: 10.1016/j.bbi.2013.03.001. Epub 2013 Mar 14. PubMed PMID: 23499732.

482. Zhang XY, Chen DC, Xiu MH, Haile CN, He SC, Luo X, Zuo L, Rosenheck R, Kosten TA, **Kosten TR**. Cigarette smoking, psychopathology and cognitive function in first-episode drug-naive patients with schizophrenia: a case-control study. Psychol Med. 2013 Aug;43(8):1651-60. doi: 10.1017/S0033291712002590. Epub 2012 Nov 13. PubMed PMID: 23149169.

483. Brimijoin S, Shen X, Orson F, **Kosten T**. Prospects, promise and problems on the road to effective vaccines and related therapies for substance abuse. Expert Rev Vaccines. 2013 Mar;12(3):323-32. doi: 10.1586/erv.13.1. Review. PubMed PMID: 23496671; PubMed Central PMCID: PMC3738206.

484. An HM, Tan YL, Shi J, Wang ZR, Li J, Wang YC, **Kosten TR**, Zhou DF, Yang FD, Zhang XY. Extract of Ginkgo biloba is equivalent to vitamin E in attenuating and preventing vacuous chewing movements in a rat model of tardive dyskinesia. Behav Pharmacol. 2013 Aug 29. [Epub ahead of print] PubMed PMID: 23994817.

485. Li W, Zhou N, Yu Q, Li X, Yu Y, Sun S, Kou C, Chen da C, Xiu MH, **Kosten TR**, Zhang XY. Association of BDNF gene polymorphisms with schizophrenia and clinical symptoms in a Chinese population. Am J Med Genet B Neuropsychiatr Genet. 2013 Sep; 162B(6):538-45. doi: 10.1002/ajmg.b.32183. Epub 2013 Jul 7. PubMed PMID: 23832605.

486. Zhang XY, Al Jurdi RK, Zoghbi AW, Chen da C, Xiu MH, Tan YL, Yang FD, **Kosten TR**. Prevalence, demographic and clinical correlates of suicide attempts in Chinese medicated chronic inpatients with schizophrenia. J Psychiatr Res. 2013 Oct; 47(10):1370-5. doi: 10.1016/j.jpsychires.2013.05.024. Epub 2013 Jun 20. PubMed PMID: 23791457.

487. An HM, Tan YL, Shi J, Wang ZR, Li J, Wang YC, Kosten TR, Zhou DF, Yang FD, Zhang XY. Extract of Ginkgo biloba is equivalent to vitamin E in attenuating and preventing vacuous chewing movements in a rat model of tardive dyskinesia. Behav Pharmacol. 2013 Oct;

Thomas R. Kosten, MD
CV

24(7):610-6. doi: 10.1097/FBP.0b013e3283656d87. PubMed PMID: 23994817.

488. Wu JQ, **Kosten TR**, Zhang XY. Free radicals, antioxidant defense systems, and schizophrenia. Prog Neuropsychopharmacol Biol Psychiatry. 2013 Oct 1;46:200-6. doi: 10.1016/j.pnpbp.2013.02.015. Epub 2013 Mar 5. Review. PubMed PMID: 23470289.

489. Krupitsky E, Zvartau E, Blokhina E, Verbitskaya E, Tsoy M, Wahlgren V, Burakov A, Masalov D, Romanova TN, Palatkin V, Tyurina A, Yaroslavtseva T, Sinha R, **Kosten TR**. Naltrexone with or without guanfacine for preventing relapse to opiate addiction in St.-Petersburg, Russia. Drug Alcohol Depend. 2013 Oct 1; 132(3):674-80. doi: 10.1016/j.drugalcdep.2013.04.021. Epub 2013 May 15. PubMed PMID: 23683793; PubMed Central PMCID: PMC3971535.

490. Shorter D, Nielsen DA, Huang W, Harding MJ, Hamon SC, **Kosten TR**. Pharmacogenetic randomized trial for cocaine abuse: disulfiram and α1A-adrenoceptor gene variation. Eur Neuropsychopharmacol. 2013 Nov; 23(11):1401-7. doi: 10.1016/j.euroneuro.2013.05.014. Epub 2013 Jul 10. PubMed PMID: 23849431; PubMed Central PMCID: PMC3818518.

491. Haile CN, **Kosten TR**. Pharmacotherapy for stimulant-related disorders. Curr Psychiatry Rep. 2013 Nov;15(11):415. doi: 10.1007/s11920-013-0415-y. Review. PubMed PMID: 24142188; PubMed Central PMCID: PMC3858902.

492. Nielsen DA, Hamon SC, **Kosten TR**. The κ-opioid receptor gene as a predictor of response in a cocaine vaccine clinical trial. Psychiatr Genet. 2013 Dec; 23(6):225-32. doi: 10.1097/YPG.0000000000000008. PubMed PMID: 23995774; PubMed Central PMCID: PMC3885873.

493. Verrico CD, Haile CN, Newton TF, **Kosten TR**, De La Garza R. Pharmacotherapeutics for substance-use disorders: a focus on dopaminergic medications. Expert Opin Investig Drugs. 2013 Dec;22(12):1549-68. doi: 10.1517/13543784.2013.836488. Epub 2013 Sep 14. Review. PubMed PMID: 24033127.

494. Zhang XY, Chen da C, Tan YL, Xiu MH, Cui J, Hui L, De Yang F, **Kosten TR**. Socio-demographic and clinical characteristics of heavy and non-heavy smokers among schizophrenia inpatients in a Chinese Han population. Psychopharmacology (Berl). 2014 Jan; 231(1):305-14. doi: 10.1007/s00213-013-3239-x. Epub 2013 Aug 21. PubMed PMID: 23963531.

495. Schottenfeld RS, Chawarski MC, Cubells JF, George TP, Lappalainen J, **Kosten TR**. Randomized clinical trial of disulfiram for cocaine dependence or abuse during buprenorphine treatment. Drug Alcohol Depend. 2014 Mar 1; 136:36-42. doi: 10.1016/j.drugalcdep.2013.12.007. Epub 2013 Dec 25. PubMed PMID: 24462581.

496. **Kosten T**, Domingo C, Orson F, Kinsey B. Vaccines against stimulants: cocaine and MA. Br J Clin Pharmacol. 2014 Feb; 77(2):368-74. doi: 10.1111/bcp.12115. PubMed PMID: 23509915; PubMed Central PMCID: PMC4014030.

497. Mancino MJ, McGaugh J, Chopra MP, Guise JB, Cargile C, Williams DK, Thostenson J, **Kosten TR**, Sanders N, Oliveto A.

Thomas R. Kosten, MD
CV

Clinical efficacy of sertraline alone and augmented with gabapentin in recently abstinent cocaine-dependent patients with depressive symptoms. J Clin Psychopharmacol. 2014 Apr; 34(2):234-9. doi: 10.1097/JCP.0000000000000062. PubMed PMID: 24525654; PubMed Central PMCID: PMC4068618.

498. Sun HQ, Chen HM, Yang FD, Lu L, **Kosten TR**. Epidemiological trends and the advances of treatments of amphetamine-type stimulants (ATS) in China. Am J Addict. 2014 May-Jun;23(3):313-7. doi: 10.1111/j.1521-0391.2014.12116.x. PubMed PMID: 24724890.

499. Zhang XY, Chen da C, Xiu MH, Yang FD, Tan Y, Luo X, Zuo L, Kosten TA, **Kosten TR**. Cognitive function, plasma MnSOD activity, and MnSOD Ala-9Val polymorphism in patients with schizophrenia and normal controls. Schizophr Bull. 2014 May; 40(3):592-601. doi: 10.1093/schbul/sbt045. Epub 2013 Apr 15. PubMed PMID: 23588476; PubMed Central PMCID: PMC3984504.

500. Ramakrishnan M, Kinsey BM, Singh RA, **Kosten TR**, Orson FM. Hapten Optimization for Cocaine Vaccine with Improved Cocaine Recognition. Chem Biol Drug Des. 2014 May 6. doi: 10.1111/cbdd.12326. [Epub ahead of print] PubMed PMID: 24803171.

501. Orson FM, Wang R, Brimijoin S, Kinsey BM, Singh RA, Ramakrishnan M, Wang HY, **Kosten TR**. The future potential for cocaine vaccines. Expert Opin Biol Ther. 2014 May 16:1-13. [Epub ahead of print] PubMed PMID: 24835496.

502. **Kosten TR**, Domingo CB, Shorter D, Orson F, Green C, Somoza E, Sekerka R, Levin FR, Mariani JJ, Stitzer M, Tompkins DA, Rotrosen J, Thakkar V, Smoak B, Kampman K. Vaccine for cocaine dependence: a randomized double-blind placebo-controlled efficacy trial. Drug Alcohol Depend. 2014 Jul 1; 140:42-7. doi: 10.1016/j.drugalcdep.2014.04.003. Epub 2014 Apr 16. PubMed PMID: 24793366; PubMed Central PMCID: PMC4073297.

503. Liu S, Green CE, Lane SD, **Kosten TR**, Moeller FG, Nielsen DA, Schmitz JM. The influence of dopamine β-hydroxylase gene polymorphism rs1611115 on levodopa/carbidopa treatment for cocaine dependence: a preliminary study. Pharmacogenet Genomics. 2014 Jul;24(7):370-3. doi: 10.1097/FPC.0000000000000055. PubMed PMID: 24809448

504. Graham DP, Nielsen DA, **Kosten TR**, Davis LL, Hamner MB, Makotkine I, Yehuda R. Examining the utility of using genotype and functional biology in a clinical pharmacology trial: pilot testing dopamine β-hydroxylase, norepinephrine, and post-traumatic stress disorder. Psychiatr Genet. 2014 Aug; 24(4):181-2. doi: 10.1097/YPG.0000000000000039. PubMed PMID: 24983834; PubMed Central PMCID: PMC4080201.

505. Ma L, Steinberg JL, Cunningham KA, Lane SD, Kramer LA, Narayana PA, **Kosten TR**, Bechara A, Moeller FG. Inhibitory Behavioral Control: A Stochastic Dynamic Causal Modeling Study Using Network Discovery Analysis. Brain Connect. 2014 Nov 19. [Epub ahead of print] PubMed PMID: 25336321.

506. Shorter D, Domingo CB, **Kosten TR**. Emerging drugs for the treatment of cocaine use disorder: a review of neurobiological targets

Thomas R. Kosten, MD
CV

and pharmacotherapy. Expert Opin Emerg Drugs. 2014 Nov 26:1-15. [Epub ahead of print] PubMed PMID: 25425416.

507. Ma L, Steinberg JL, Cunningham KA, Lane SD, Bjork JM, Neelakantan H, Price AE, Narayana PA, Kosten TR, Bechara A, Moeller FG. Inhibitory behavioral control: A stochastic dynamic causal modeling study comparing cocaine dependent subjects and controls. Neuroimage Clin. 2015 Mar 24;7:837-47. doi: 10.1016/j.nicl.2015.03.015. eCollection 2015. PubMed PMID: 26082893; PubMed Central PMCID: PMC4459041.

508. Zhang XY, Chen DC, Fan FM, Tan YL, Tan SP, Hu K, Salas R, **Kosten TR**, Zunta-Soares G, Soares JC. Extensive white matter abnormalities and clinical symptoms in first episode and drug-naive schizophrenia: a voxel-based diffusion tensor imaging study. Journal of Clinical Psychiatry. 2015 Jan 8

509. Buda JJ, Ivy Carroll F, **Kosten TR**, Swearingen D, Walters BB. A Double-Blind, Placebo-Controlled Trial to Evaluate the Safety, Tolerability, and Pharmacokinetics of Single, Escalating Oral Doses of JDTic. Neuropsychopharmacology. 2015 Jan 23. doi: 10.1038/npp.2015.27.PubMed PMID: 25628006.

510. Cui Y, Robinson JD, Engelmann JM, Lam CY, Minnix JA, Karam-Hage M, Wetter DW, Dani JA, **Kosten TR**, Cinciripini PM. Reinforcement Sensitivity Underlying Treatment-Seeking Smokers' Affect, Smoking Reinforcement Motives, and Affective Responses. Psychol Addict Behav. 2015 Jan 26. [Epub ahead of print] PubMed PMID: 25621416.

511. Sun Y, Zhao LY, Wang GB, Yue WH, He Y, Shu N, Lin QX, Wang F, Li JL, Chen N, Wang HM, Kosten TR, Feng JJ, Wang J, Tang Y, Liu SX, Deng GF, Diao GH, Tan YL, Han HB, Lin L, Shi J. ZNF804A variants confer risk for heroin addiction and affect decision making and gray matter volume in heroin abusers. Addict Biol. 2015 Feb 24. doi: 10.1111/adb.12233. [Epub ahead of print] PubMed PMID: 25708696.

512. Brewer AJ 3rd, Nielsen DA, Spellicy CJ, Hamon SC, Gingrich J, Thompson-Lake DG, Nielsen EM, Mahoney JJ 3rd, Kosten TR, Newton TF, De La Garza R 2nd. Genetic variation of the dopamine transporter (DAT1) influences the acute subjective responses to cocaine in volunteers with cocaine use disorders. Pharmacogenet Genomics. 2015 Apr 2. [Epub ahead of print] PubMed PMID: 25850966.

513. Christodoulides N, De La Garza R 2nd, Simmons GW, McRae MP, Wong J, Newton TF, Smith R, Mahoney Iii JJ, Hohenstein J, Gomez S, Floriano PN, Talavera H, Sloan DJ, Moody DE, Andrenyak DM, Kosten TR, Haque A, McDevitt JT. Application of programmable bio-nano-chip system for the quantitative detection of drugs of abuse in oral fluids. Drug Alcohol Depend. 2015 May 22. pii: S0376-8716(15)00235-5. doi: 10.1016/j.drugalcdep.2015.04.026.Epub. PubMed PMID: 26048639.

514. Newton TF, Haile CN, Mahoney JJ 3rd, Shah R, Verrico CD, De La Garza R 2nd, Kosten TR. Dopamine D3 receptor-preferring agonist enhances the subjective effects of cocaine in humans. Psychiatry

Thomas R. Kosten, MD
CV

Res. 2015 Jul 29. pii: S0165-1781(15)00533-8. doi: 10.1016/j.psychres.2015.07.073.Epub.PubMed PMID: 26239766.

515. Krupitskiĭ EM, Kibitov AO, Blokhina EA, Verbitskaia EV, Brodianskiĭ VM, Alekseeva NP, Bushara NM, Iaroslavtseva TS, Palatkin VI, Masalov DV, Burakov AM, Romanova TN, Sulimov GI, Kosten T, Nielsen D, Zvartau ÉÉ, Vudi D. [Stabilization of remission in patients with opioid dependence with naltrexone implant: a pharmacogenetic approach]. Zh Nevrol Psikhiatr Im S S Korsakova. 2015;115(4 Vypusk 2 Addiktivnye rasstroistva):14-23. Russian. PubMed PMID: 26288297.

516. Zhang XY, Tan YL, Chen DC, Tan SP, Yang FD, Wu HE, Zunta-Soares GB, Huang XF, Kosten TR, Soares JC. Interaction of BDNF with cytokines in chronic schizophrenia. Brain Behav Immun. 2016 Jan;51:169-75. doi: 10.1016/j.bbi.2015.09.014. Epub 2015 Sep 25. PubMed PMID: 26407757

517. An HM, Tan YL, Shi J, Wang ZR, Li J, Wang YC, Lv MH, Zhou DF, Soares JC, Kosten TR, Yang FD, Zhang XY. Beneficial effects of EGb761 and vitamin E on haloperidol-induced vacuous chewing movements in rats: Possible involvement of S100B mechanisms. Behav Brain Res. 2016 Jan 15;297:124-30. doi: 10.1016/j.bbr.2015.10.004. Epub 2015 Oct 9. PubMed PMID: 26455874.

518. Zhang XY, Fan FM, Chen DC, Tan YL, Tan SP, Hu K, Salas R, Kosten TR, Zunta-Soares G, Soares JC. Extensive white matter abnormalities and clinical symptoms in drug-naive patients with first-episode schizophrenia: a voxel-based diffusion tensor imaging study. J Clin Psychiatry. 2016 Feb; 77(2):205-211. PubMed PMID: 26761708.

519. Zhang XY, Tan YL, Chen DC, Tan SP, Malouta M, Bernard JD, Combs JL, Bhatti S, Davis MC, **Kosten TR**, Soares JC. Serum IL-18 level, clinical symptoms and IL-18-607A/C polymorphism among chronic patients with schizophrenia in a Chinese Han population. Psychoneuroendocrinology. 2016. 68; 140–147

b. **Accepted or In Press**

1. **Kosten TR**. An Opioid for Depression? American Journal of Psychiatry, 173(5), pp. 446–447. 2016. In Press

2. Sharp C, Fowler C, Salas R, Nielsen C, Allen J, Oldham J, **Kosten T**, Matthew S, Madan A, Frueh C, & Fonagy P. Operationalizing NIMH Research Domain Criteria (RDoC) in naturalistic clinical settings. Bulletin of the Menninger Clinic 2016. In Press

3. Verrico C, Haile C, De La Garza R, Grasing K, **Kosten TR**, Newton T. Subjective and Cardiovascular Effects of Intravenous Methamphetamine during Perindopril Maintenance: A Randomized, Double-Blind, Placebo-Controlled Human Laboratory Study. International J of Neuropsychopharmacology 2016. In Press

Thomas R. Kosten, MD
CV

4. An HM, Tan YL, Tan SP, Shi J, Wang ZR, Yang FD, Huang XF, Soares JC, **Kosten TR**, Zhang XY. Smoking and serum lipid profiles in schizophrenia. Neuroscience Bulletin 2016. In Press

5. **Kosten, TR**. An Opiod for Depression. The American Journal of Psychiatry. 2016. In Press

6. Li, X, Shorter, D, **Kosten, TR**. Buprenorphine prescribing: to expand or not to expand. Journal of Psychiatric Press. 2016. In Press.

2. **Other full papers:**
   a. Published without review by peer group:
   1. **Kosten, TR**: Welcome to a New Editorial Generation. *American Journal of Drugs and Alcohol Abuse*. 2006; 32: 487-489.

   2. Gardner TG, **Kosten TR**. Pharmacotherapeutic Environments for Substance Use Disorders. *American Journal of Drugs and Alcohol Abus*e. 2007; 33:627-629.

   3. **Kosten, Thomas R**. Anti-addiction vaccines. *Contrastes*. 2007; No. 50: 141-147.

   4. Gardner TJ, **Kosten TR**. Human laboratory and neuroimaging studies in substance use disorders: developing new treatment approaches. *Am J Drug Alcohol Abuse*. 2007; 33 (6):765-7.

   5. **Kosten TR**, Gardner TJ. New hot topics sections: 1. China's new march forward in addiction treatment: methadone for the masses. 2. Issues in formulating DSM V. *Am J Drug Alcohol Abuse*. 2008; 34 (2):123-6.

   6. **Kosten T**, Bruce J. Rounsaville MD: 1949-2011. *Drug and Alcohol Dependence*. May 2011; 115 (1-2):159. Doi: 10.1016/j.drugalcdep.2011.02.018

3. **Books**:
   a. Complete books written
   1. Stine S, **Kosten TR**, et al., eds. New Treatments for opiate dependence. Substance Abuse Series. New York, NY: The Guilford Press; 1997.

   2. McCance-Katz E, **Kosten TR**, eds., New treatments for chemical addictions. Washington DC/London, England: American Psychiatric Press Inc: 1998.

   3. **Kosten TR**. Office based treatment of opiate dependent patients with buprenorphine. Web-based training course for American Psychiatric Association; 2002.

Thomas R. Kosten, MD
CV

4. **Thomas R. Kosten**, Thomas F. Newton, Richard De La Garza II, Colin N. Haile. Cocaine and Methamphetamine Dependence: Advances in Treatment. Arlington, VA: American Psychiatric Publishing. 2012.

b. Books edited

1. Blane HT, **Kosten TR**, (Series Editors). Collins RL, Leonard KE, Searles JS, eds. Alcohol and the family; Research and Clinical Perspectives. New York, NY; Guilford Press; 1990.

2. Blane HT, **Kosten TR**, (Series Editors). Windle M, Searles JS, eds. Children of Alcoholics; Critical Perspectives. New York, NY; Guilford Press; 1990.

3. Blane HT, **Kosten TR**, (Series Editors). Khantzian EJ, Haliday KS, McAuliffe WE. Addiction and the Vulnerable self. New York, NY: Guilford Press; 1990.

4. Blane HT, **Kosten TR**, (Series Editors). Wilson RJ, Mann RE, eds. Drinking and Driving. New York, NY: Guildford Press; 1990.

5. Blane HT, **Kosten TR**, (Series editors) Frances J, Miller SI, eds. Clinical Textbook of Addictive Disorders. New York, NY: Guilford Press; 1991.

6. Blane HT, **Kosten TR**, (Series Editors). Sorenson JL, et al., eds. Preventing AIDS with Drug Users and their sexual partners. New York, NY: Guilford Press; 1991.

7. **Kosten TR**, Kleber HD, eds. Clinician's guide to cocaine addiction: Theory, Research and Treatment. New York, NY: Guilford Press; 1992.

8. Blane HT, **Kosten TR**, (Series Editors). Vogel-Sprott M. Alcohol Tolerance and Social Drinking: Learning the Consequences. New, NY: Guilford Press; 1992.

9. Blane HT, **Kosten TR**, (Series Editors). McAuliffe WE, Albert J. Clean Start: An outpatient program for initiating cocaine recovery. New York, NY: Guilford Press; 1992.

10. Blane HT, **Kosten TR**, (Series Editors). Vannicelli M. Removing the roadblocks: Group psychotherapy with substance abusers and family members. New, NY: Guilford Press; 1992.

11. Blane HT, **Kosten TR**, (Series Editors). Straussner SLA. Clinical work with substance abusing clients. New York, NY: Guilford Press; 1992.

Thomas R. Kosten, MD
CV

12. Blane HT, **Kosten TR**, (Series Editors). O'Farrell TJ. Treating alcohol problems: Marital and Family Interventions. New York, NY: Guilford Press: 1993.

13. Blane HT, **Kosten TR**, (Series Editors). Thombs DL. Introduction to Addictive Behaviors. New York, NY: Guilford Press 1994.

14. **Kosten TR**, Blane HT (Series Editors). Meyers RJ, Smith JE. Clinical guide to alcohol treatment: The community reinforcement approach. New York, NY: Guilford Press; 1995

15. Blane HT, **Kosten TR**, (Series Editors). Rogers F, Keller DS and Morgenstern J. Treating substance abuse: Theory and Technique. New York, NY: The Guilford Press; 1996.

16. Blane HT, **Kosten TR**, (Series Editors). Introduction and Overview, (Chapter 1). In: Stine SM and **Kosten TR**, eds., New Treatments for opiate dependence. The Guilford Substance Abuse Series. New York, NY: Guilford Press: 1997 pp. 1-12.

17. Blane HT, **Kosten TR**, (Series Editors). Conclusions and future directions in treatment matching (Chapter 14). **Kosten TR**, Stine S, eds 8. Substance abuse series. New York, NY: The Guilford Press 1997: 269-275.

18. Blane HT, **Kosten TR**, (Series Editors). Connors GJ, Donovan DM, DiClemente CC: Substance abuse treatment and the stages of change: Selecting and planning interventions. New York, NY: Guilford Press, 2001.

19. Blane HT, **Kosten TR**, (Series Editors). Clinical work with substance – abusing clients. Second edition (Straussner SLA, ed). Substance Abuse Series. New York, NY: Guilford Press; 2004.

20. Blane HT, **Kosten TR**, (Series Editors). Thombs DL. Introduction to addictive behaviors. Third edition. Substance Abuse Series. New York, NY: Guilford Press; 2006

c.  Book chapters written:

1.  Rounsaville BJ, **Kosten TR**, Weissman MM, Kleber HD. *Evaluating and Treating Depressive Disorders in Opiate Addicts.* National Institute on Drug Abuse Research Monograph Series, DHHS Pub. No. (ADM) 85-1406. Washington, DC: Supt. of Docs., U.S. Govt. Print. Off.; 1985.

2.  **Kosten TR**, Jacobs S, Kasl SV: Terminal illness, bereavement and the family. In: Kerns RD,    Turk DC, eds. *Health, Illness and Families: A Life Span Perspective.* New York: John Wiley & Sons, Inc.; 1985: 311-337.

Thomas R. Kosten, MD
CV

3.  **Kosten TR**, Gawin FH, Rounsaville BJ, Kleber HD. Abuse of Cocaine with opioids: Psychosocial aspects of treatment. *Problems of Drug Dependence 1985*. National Institute on Drug Abuse Research Monograph 67. DHHS Pub. No. (ADM) 86-1448. Washington, DC: Supt. of Docs. U.S.Govt. Print. Off.; 1986: 278-285.

4.  **Kosten TR**, Kreek MJ, Ragunath J, Kleber HD. Chronic naltrexone effects on cortisol. In: Harris LS, ed. *Problems of Drug Dependence 1985*. National Institute on Drug Abuse Research Monograph 67, DHHS Pub. No. (ADM) 86-1448. Washington, DC: Supt. of Docs., U.S. Govt. Print. Off; 1986: 362-365.

5.  **Kosten TR**, Rounsaville BJ. Source of income as predictor in opioid addicts: 2.5 year follow-up. In: Harris LS, ed. *Problems of Drug Dependence 1986*. National Institute on Drug Abuse Research Monograph 76, DHHS Pub. No. (ADM) 87-1508. Washington, DC: Supt. of Docs. U.S. Govt. Print. Off.; 1987: 196-199.

6.  **Kosten TR**, Rounsaville BJ, Babor TF, Spitzer RL, Williams JBW. The dependence syndrome across different psychoactive substances: Revised DSM-III. In: Harris LS, ed. *Problems of Drug Dependence 1986*. National Institute on Drug Abuse Research Monograph 76, DHHS Pub. No. (ADM) 87-1508. Washington, DC: Supt. of Docs., U.S. Govt. Print. Off., 1987, pp. 255.

7.  O'Malley SS, **Kosten TR**. Couples therapy with cocaine abusers. In Kaslow FW, ed. Couples *Therapy in a Family Context.* Rockville, MD: Aspen Publications; 1988: 121-131.

8.  Morgan CJ, **Kosten TR**, Gawin FH, Kleber HD. A pilot trial of amantadine for cocaine abuse. In Harris LS, ed. *Problems of Drug Dependence 1987.* National Institute on Drug Abuse Research monograph 81. DHHS Pub. No. (ADM) 88-1564, Washington, DC: Supt. of Docs., U.S. Govt. Print. Off.; 1988: 81-85.

9.  Babor TF, Cooney NL, Hubbard R, Jaffe JH, **Kosten TR**, Lauerman RJ, McLellan AT, Rankin H, Rounsaville BJ, Skinner HA. The syndrome concept of alcohol and drug dependence: Results of the secondary analysis project. In Harris L., ed. *Problems of Drug Dependence1987.* National Institute on Drug Abuse Research Monograph 81. DHHS Pub. No. (ADM) 88-1564, Washington, DC: Supt. of Docs., U.S. Govt. Print. Off.; 1988: 33-39.

10. **Kosten TR**. The symptomatic and prognostic implications of psychiatric diagnoses in substance abusers. In: Harris LS, ed. *Problems of Drug Dependence 1987*. National Institute on Drug Abuse Research Monograph 81. DHHS Pub. No. (ADM) 88-1564, Washington, DC: Supt. of Docs., U.S. Govt. Print. Off.; 1988: 416-421.

Thomas R. Kosten, MD
CV

11. **Kosten TR**, Rounsaville BJ, Kleber HD. A 2.5 year follow-up of abstinence and relapse to cocaine abuse in opioid addicts. In: Harris, LS, ed. *Problems of Drug Dependence 1987.* National Institute on Drug Abuse Research Monograph 81. DHHS Pub. No. (ADM) 88-1564, Washington, DC: Supt. of Docs., U.S. Govt. Print. Off.; 1988: 231-236.

12. **Kosten TR**, Schumann B, Gawin FH. Treating cocaine abusing methadone maintenance patients with desipramine. In: Harris LS, ed. *Problems of Drug Dependence 1987*. National Institute on Drug Abuse Research Monograph 81. DHHS Pub. No. (ADM) 88-1564, Washington, DC: Supt. of Docs., U.S. Govt. Print. Off.; 1988: 237-241.

13. **Kosten TR**, Kleber HD. Substance use disorders: Drug abuse. In: Lazare A, ed. *Outpatient Psychiatry*, Second Edition. Baltimore, MD: Williams & Wilkins, Inc. 1989: 488-510.

14. Kosten TA, **Kosten TR**. The dependence syndrome concept as applied to alcohol and other substances of abuse. In Galanter, M., ed. *Recent Developments in Alcoholism,* Volume 8; 1989: 47-68.

15. **Kosten TR**, Frank JB, Dan E, Giller EL. Treating post-traumatic stress disorder using phenelzine or imipramine. In Giller EL, ed. *Biological Assessment and Treatment of PTSD.* Washington, DC: American Psychiatric Press; 1990: 185-202.

16. Mason JW, Giller EL, **Kosten TR**, Yehuda R. Psychoendocrine approaches to the diagnosis and pathogenesis of PTSD. In Giller EL, ed. *Biological Assessment and Treatment of PTSD.* Washington, DC: American Psychiatric Press; 1990: 65-86.

17. Morgan C, **Kosten TR**. Potential toxicity of high dose naltrexone in patients with appetitive disorders. In L Reid, ed. *Opioids, Bulimia, and Alcohol Abuse and Alcoholism*. New York, NY: Springer-Verlag; 1990: 261-274.

18. Frank JB, **Kosten TR**, Giller EL, Dan E. Antidepressants in the treatment of post-traumatic stress disorder. Wolf ME, Mosnaim AD, eds. *Post-traumatic Stress Disorder: Etiology, Phenomenology, and Treatment*. Washington, DC: American Psychiatric Press; 1990: 170-183.

19. Giller EL, Perry BD, Southwick S, Yehuda R, Wahby V, **Kosten TR**, Mason JW. Psychoendocrinology of post-traumatic stress disorder. Wolf ME, Mosnaim AD, eds. *Post-traumatic Stress Disorder: Etiology, Phenomenology, and Treatment. Wa*shington, DC: American Psychiatric Press; 1990:158-169.

Thomas R. Kosten, MD
CV

20. Kosten TA, **Kosten TR**. Criteria for diagnosis. In: Miller NS, ed. *Comprehensive Handbook of Drug and Alcohol Addiction.* New York, NY: Marcel Dekker Press; 1990: 263-284.

21. **Kosten TR**. Pharmacotherapy for cocaine dependence. In: Miller NS, ed. *Comprehensive Handbook of Drug and Alcohol Addiction.* New York, NY: Marcel Dekker Press; 1990: 1143-62.

22. O'Malley SS, **Kosten TR**, Renner JA. Dual diagnoses: Substance abuse and personality disorders. In: Adler DA, ed. *Treating Personality Disorders.* New York, NY: Jossey Bass Publishers; 1990:15-138.

23. Margolin A, **Kosten TR**. Opioid detoxification and maintenance with blocking agents. In: Miller NS (ed). *Comprehensive Handbook of Drug and Alcohol Addiction.* New York, NY: Marcel Dekker Press; 1990: 1127-1142.

24. **Kosten TR**, Rounsaville BJ, Bryant K. The SCID: A clinical instrument for diagnosis. *Problems of Drug Dependence 1990.* National Institute on Drug Abuse Research Monograph 105, DHHS Pub. No. (ADM) 91-1753. Washington, DC: Supt. of Docs., U.S. Govt. Print. Off.; 1991: 213-219.

25. **Kosten TR**. Client issues in drug abuse treatment: Addressing multiple drug abuse. *Improving Drug Abuse Treatment.* National Institute on Drug Abuse Research Monograp 106, DHHS Pub. No. (ADM) 91-1754. Washington, DC: Supt. of Docs., U.S. Govt. Print. Off.; 1991: 136-151.

26. **Kosten TR**. Pharmacotherapy of cocaine abuse with serotonergic drugs. *Problems of Drug Dependence 1991.* National Institute on Drug Abuse Research Monograph 119, DHHS Pub. No. (ADM) 92-1888. Washington, DC: Supt. of Docs., U.S. Govt. Print. Off.; 1992: 146-149.

27. **Kosten TR**. Matching patients to treatment. In: **Kosten TR**,Kleber HD (eds.) *Clinician's Guide to Cocaine Addiction: Theory, Research, and Treatment.* New York, NY: Guilford Press; 1992: 389 395.

28. Chang G, **Kosten TR**. Emergency management of acute drug intoxication. In: Lowinson JH, Ruiz P, Millman RB, eds. *Comprehensive Textbook of Substance Abuse.* Baltimore, MD: Williams and Wilkins Co.; 1992. *437-445.*

29. **Kosten TR**, Morgan C, Kleber HD. Phase II clinical trials of buprenorphine: Detoxification and induction onto naltrexone. In: Blaine JD, ed. *Buprenorphine: An Alternative Treatment for Opioid Dependence.* National Institute on Drug Abuse Research Monograph 121, DHHS Pub. No. (ADM) 92-1912. Washington, DC: Supt. of Docs., U.S. Govt. Print. Off.; 1992. 101-119.

Thomas R. Kosten, MD
CV

30. Rosen M, **Kosten TR**. Buprenorphine for opioid and cocaine dependence. In: Watson RR, *Alcohol and Drug Abuse Reviews: Drug Abuse Treatment.* Totowa, NJ: Humana Press; 1992: 137-148.

31. Closser M, **Kosten TR**. A comparison of the epidemiology and clinical characteristics of cocaine and alcohol abusers. In Galanter, M., ed. *Recent Developments in Alcoholism,* Volume 10. New York, NY: Plenum Publishing Corpora*tion; 1992: 115-128.*

32. *Ziedonis DM*, **Kosten TR**. Behavioral pathology. Annual Review of Addictions *Research and Treatment.* New York, NY: Pergamon Press Ltd; 1992: 109-123.

33. **Kosten TR**. Clinical and research perspectives on cocaine abuse: The pharmacotherapy of cocaine abuse. In: Tims F, Leukefeld S, eds. *Cocaine Treatment: Research and Clinical Perspectives.* NIDA Research Monograph 135. NIH Publication No. 93-3639, Rockville, MD; 1993: 48-56.

34. McCance-Katz EF, **Kosten TR**. Treatment of cocaine abuse and dependence. In: Michels R, ed. *Psychiatry.* Philadelphia, PA: J.B. Lippincott Company; 1993: 1-23.

35. Schuckit MA, **Kosten TR**, Fischman MW. Protracted abstinence syndromes in alcohol, opioids, and stimulants. In: Widiger TA et al., eds. *DSM-IV Sourcebook.* Washington, D.C.: American Psychiatric Association; 1994: 145-157.

36. Blaine JD, Ling W, **Kosten TR**, O'Brien CP, Chiarello RJ. Establishing the efficacy and safety of medications for the treatment of drug dependence and abuse: Methodological issues. In: Prien R, Robinson E, eds. *Clinical Evaluation of Psychotropic Drugs: Principles and Guidelines.* New York, NY: Raven Press; 1994: 593-623.

37. O'Connor PG, **Kosten TR**. Management of opioid intoxication and withdrawal (Chapter 5). In: *Principles of Addiction Medicine.* Washington, DC: American Society of Addiction Medicine, Section 11; 1994: 1-6.

38. Meandzija B, **Kosten TR**. Pharmacological treatment of opioid addiction. In: *Principles of Addiction Medicine.* Washington, DC: American Society of Addiction Medicine; 1994.

39. **Kosten TR**. Opiate dependence treatment. In: Spitzer R (editor), *DSM-V Treatment Case Book.* Washington, DC: American Psychiatric Press, Inc.; 2004.

Thomas R. Kosten, MD
CV

40. Wallace EA, **Kosten TR**. Treatment types: Pharmacotherapy, an overview. In: *Encyclopedia of Drugs, Alcohol and Addictive Behavior*, First Edition. New York, NY: MacMillan Reference USA; 1995: 1170-1175.

41. **Kosten TR**. Amantadine. In: *Encyclopedia of Drugs, Alcohol and Addictive Behavior*, First Edition. New York, NY: MacMillan Reference USA; 1995: 102.

42. Satel SL, **Kosten TR**. Withdrawal: Cocaine. In: *Encyclopedia of Drugs, Alcohol and Addictive Behavior*, First Edition. New York, NY: MacMillan Reference USA: 1995: 1279-1282.

43. **Kosten TR**. Treatment: Cocaine, pharmacotherapy. In: *Encyclopedia of Drugs, Alcohol and Addictive Behavior*, First Edition. New York, NY: MacMillan Reference USA; 1995: 1092-1095.

44. McCance-Katz EF, **Kosten TR**, Jatlow P. Cocaine, alcohol, cocaethylene: Findings from a repeated dose study. *NIDA Res Monogr;* 162:175, 1995.

45. **Kosten TR**, McCance-Katz, E. New pharmacotherapies. In: Oldham J, Riba M, eds. *Review of Psychiatry*, Vol. 14, Ch. 4. Washington, DC: American Psychiatric Press, Inc.; 1995: 105-126.

46. **Kosten TR**. Experiencia clinica con buprenorfina en la dependencia de heroina en la Universidad de Yale. In: Brugue MC, Fraile MG, Molina LS (Coordinado por) *Avances en Drogodependencias: TratamientosFarmacologicos,* (Chapter 11). De la edicion castellana. Barcelona, Spain: Ediciones en Neurociencias ; 1995: 207-238.

47. Rosen MI, **Kosten TR**. Detoxification and induction onto naltrexone. In: Cowan A, Lewis JW, eds. *Buprenorphine: Combating Drug Abuse With a Unique Opioid.* New York: Wiley-Liss Co.; 1995: 289-305*.*

48. *Stine SM,* **Kosten TR**. *Complications of ch*emical abuse and dependency. In: Friedman MJ, Charney DS et al., eds. *Neurobiological and Clinical Consequences of Stress: From Normal Adaptation to Post-Traumatic Stress Disorder*. Philadelphia, PA: Lippincott-Raven Publishers; 1995: 447-464.

49. Wallace EA, **Kosten TR**. Pharmacotherapies for cocaine dependence, (Chapter 16). In: CR Schuster & MJ Kuhar, eds. *Pharmacological Aspects of Drug Dependence: Toward an Integrated Neurobehavioral Approach, Handbook of Experimental Pharmacology*, Vol.118. New York: Springer-Verlag; 1996: 627-644.

50. **Kosten TR**, (Assoc. section editor). Generic substance and polydrug use disorders, (Chapter 41). In: Tasman A, Kay J, Lieberman JF, eds.

Thomas R. Kosten, MD
CV

*Psychiatry*, Volume 1, Section V. Philadelphia, PA: W.B. Saunders Company; 1997: 743-754.

51. Kosten TA, **Kosten TR**. The dependence syndrome concept for alcohol and drug abuse, (Chapter 51). In: Bittar EE and Bittar N, eds. *Principles of Medical Biology: Molecular and Cellular Pharmacology*, Vol. 8C. Greenwich, CT: JAI Press; 1997: 995-1002.

52. Chang G, **Kosten TR**. Evaluation and early treatment: Detoxification, (Chapter 36). In: H Lowinson, P Ruiz, RB Millman, JG Langrod, eds. *Substance Abuse: A Comprehensive Textbook*, Third Edition, Section V. Baltimore, MD: Williams & Wilkins; 1997: 377-381.

53. Petrakis I, **Kosten TR**. Clinical efficacy of pharmacotherapy. In: Johnson BA, Roache JD et al., eds. *Drug Addiction and Its Treatment: Nexus of Neuroscience and Behavior.* Philadelphia, PA: Lippincott-Raven Publishers; 1997: 387-401.

54. McCance EF, **Kosten TR**. Psychopharmacological treatments (Chapter 25). In: Frances R, Miller S, eds. *Clinical Textbook of Addictive Disorders*, Second Edition, Section V. New York: NY: Guilford Publications; 1998: 596-624.

55. **Kosten TR**, , Hollister LE. Drugs of Abuse, (Chapter 32). In: Katzung BG, ed. *Basic and Clinical Pharmacology*, 7th Edition. Stamford, CT: Appleton and Lange; 1998: 516-531.

56. Stine SM, Meandzija B, **Kosten TR**. Pharmacologic interventions for opioid addiction: Pharmacotherapies for acute withdrawal maintenance pharmacotherapies, (Chapter 5). In: Graham AW & Schultz TK, eds. *Principles of Addiction Medicine,* 2nd Edition. Chevy Chase, MD: American Society of Addiction Medicine; 1998.

57. O'Connor PG, **Kosten TR**. Management of opioid intoxication and withdrawal. In: Graham AW, Schultz TK, eds. *Principles of Addiction Medicine,* Second Edition. Washington, DC: American Society of Addiction Medicine; Revised 1998: 457-464.

58. **Kosten TR**, Singha A. Stimulants, (Chapter 18). In Galanter M, Kleber H, eds. *Textbook of Substance Abuse Treatment,* Second Edition. Washington, DC: American Psychiatric Press, Inc.; 1999: 207-218.

59. Jacobsen LK, **Kosten TR**. Drug abuse (Chapter). In: Rakel RE, (ed.). *Conn's Current Therapy,* Section 16. Philadelphia, PA: W.B. Saunders Company; 1999: 1121-1126.

Thomas R. Kosten, MD
CV

60. Stine SM, **Kosten TR**. Opioids. In: McCrady BS, Epstein EE, eds. *Addictions: A Comprehensive Guide Book for Practitioners*, Chapter 8. New York: Oxford University Press; 1999: 141-161.

61. Sevarino KA, Oliveto A, **Kosten TR**. Neurobiological adaptations to psychostimulants and opiates as a basis of treatment development. In: Glick SD, Maisonneuve IM, eds. *New Medications for Drug Abuse.* Annals New York Academy of Sciences; 2000 (Vol. 909): 51-87.

62. **Kosten TR**. Drugs of Abuse (Chapter 32 revision). In: Katzung GB, ed. *Basic & Clinical Pharmacology, 8th Edition.* Stamford, CT: Appleton & Lange; 2000: 532-547.

63. Jacobsen LK, **Kosten TR**. Drug abuse (Chapter revised). In: Rakel RE, ed. *Conn's Current Therapy*, Section 16. Philadelphia, PA: W.B. Saunders Company; 2000: 1093-1098.

64. Hart C, McCance-Katz EF, **Kosten TR**. Pharmacotherapies used in common substance    use disorders. In: Tims FM, Leukefeld CG, Platt JJ, eds. *Relapse and Recovery in Addictions,* Chapter 13. New Haven, CT: Yale University Press; 2001: 303-333.

65. **Kosten TR**, Singha AK. Stimulants and related drugs: Stimulants. In: Gabbard GO, ed. *Treatments of Psychiatric Disorders*, Third Edition, Volume I. Kleber HD & Galanter M (Section Editors). Washington, DC: American Psychiatric Press, Inc.; 2001: 723-734.

66. **Kosten TR**. Pathophysiology and treatment of cocaine dependence. In: Davis KL, Charney D, Coyle JT, Nemeroff C, eds. *Neuropsychopharmacology: The Fifth Generation of Progress*. O'Brien C. (Section Editor). Baltimore, MD: Lippincott Williams & Wilkins; 2002: 1461-1473.

67. Blane HT, **Kosten TR**, (series editors). Najavits LM. *Seeking Safety: A Treatment Manual for PTSD and Substance Abuse.* The Guilford Substance Abuse Series. New York, NY: The Guilford Press; 2002: 1-401.

68. **Kosten TR**. Evidence for the choice between methadone, LAAM and buprenorphine (Chapter IV). in: Waal H. & Haga E., eds. *Maintenance Treatment of Heroin Addiction -Evidence at the Crossroads.* Oslo, Norway: Cappelen Akademisk Forlag; 2003: 108-120.

69. **Kosten TR**. General approaches to substance and polydrug use disorders (Chapter 51). In: Tasman A, Kay J, Lieberman JR, eds. *Psychiatry*, 2nd Edition, Vol. 1. John Wiley & Sons: London, England; 2003: 922-935.

Thomas R. Kosten, MD
CV

70. O'Connor PG, **Kosten TR**, Stine SM. Management of opioid intoxication and withdrawal, Section 5, Chapter 4. In: Graham AW, Schultz TK, Mayo-Smith MF, Ries RK, eds. *Principles of Addiction Medicine*, Third Edition. Washington, DC: American Society of    Addiction Medicine. Revised 2003: 651-667; 668-669.

71. de Wit H, Haney M, **Kosten TR**, Walsh SL, Kuhar MJ. Dopamine antagonists and responses to stimulant drugs in humans. *Problems of Drug Dependence 2002*: *64th Annual Scientific Meeting.* NIDA Research Monograph 183, USDHHS, NIH, NIDA, Bethesda, MD; 2003: 50-58.

72. **Kosten TR**. Drugs of Abuse, Chapter 32. In: Katzung BG, ed. *Basic & Clinical Pharmacology*, Ninth Edition. New York, NY: McGraw-Hill; 2004: 517-528.

73. **Kosten TR**, Sofuoglu M. Stimulants (Chapter 16). In: Galanter M, Kleber HD, eds. *Textbook of Substance Abuse Treatment*, Third Edition. Washington, DC: American  Psychiatric Press, Inc.; 2004: 189-197.

74. Owens M, Pentel P, **Kosten TR**. Immunotherapies for substance abuse (Symposium III). In: Dewey WL, ed. *Problems of Drug Dependence 2003*: Proceedings of the 65th Annual Scientific Meeting, The College on Problems of Drug Dependence. NIDA Research Monograph 184. NIH Publication No. 04-5492. Bethesda, MD; 2004: 31-33.

75. **Kosten, TR**, Kranzler H. What will we learn from the FDA clinical trials process and what will we still want to know about immunotherapies and depot medications to treat drug dependence. In: Harwood HJ, Myers TG, eds. *New Treatments for Addiction: Behavioral, Ethical, Legal and Social Questions.* Committee on Immunotherapies and Sustained-Release Formulations for Treating Drug Addiction. Washington, DC: The National Academies Press; 2004: 98-124.

76. Stine SM, Greenwald MK, **Kosten TR**. Pharmacologic interventions for opioid addiction. In: Graham AW, Schultz TK, Mayo-Smith M, Ries RK & Wilford BB, eds. *Principles of Addiction Medicine*, Third Edition. Chevy Chase, MD: American Society of Addiction Medicine; 2004: 735-748.

77. Chang G, **Kosten TR**. Detoxification, Section VI, Chapter 35. In: Lowinson JH, Ruiz P, Millman RB, Langrod JG, eds. *Substance Abuse: A Comprehensive Textbook*, Fourth Edition. Philadelphia, PA: Lippincott Williams & Wilkins; 2005: 579-587.

78. O'Brien CP, Anthony JC, Carroll K, Childress AR, Dackis C, Diamond G, Hornik R,  Johnston LD, Jones R, Koob GF, **Kosten T**, Lerman C, McLellan AT, Moss H, Pettinati H, Spoth R. Substance Use Disorders, Part V, Chapters 17-19. In: Evans DL, Foa EB, Gur RE, Hendin H, O'Brien CP, Seligman MEP, Walsh BT, eds. *Treating and Preventing*

Thomas R. Kosten, MD
CV

*Adolescent Mental Health Disorders: What We Know and What We Don't Know.* New York: Oxford University Press; 2005: 335-426.

79. **Kosten TR**. Cocaine and psychostimulants, Chapter 5. In: Kranzler HR, Ciraulo DA, eds.*Clinical Manual of Addiction Psychopharmacology.* Washington, DC: American Psychiatric Publishing Inc.; 2005: 183-209.

80. **Kosten TR**, George T, Kleber HD. The Neurobiology of Substance Dependence: Implications for Treatment. In: Frances R, Miller S, Mack AH (eds.), *Clinical Textbook of Addictive Disorders*, Third Edition. New York: NY: Guilford Publications; 2005: 3-15.

81. McCance EF, **Kosten TR**. Psychopharmacological treatments, Chapter V. In: Frances R, Miller S *eds*. *Clinical Textbook of Addictive Disorders*, Third Edition. New York: NY: Guilford Publications; 2005: 588-614.

82. O'Malley S, **Kosten TR**. Pharmacotherapy of addictive disorders (chapter). In Miller WR & Carroll KM, eds. *Rethinking Substance Abuse: What the Science Shows and What We Should Do About It.* New York: NY: Guilford Press; 2005: 240-256.

83. **Kosten TR**, Sofuoglu M, Weaver MF, Schnoll SH, Pbert LA, Ockene JK. Chapter 16: Stimulants and Related Drugs: Substance-Related Disorders; Part III, In: GO Gabbard, *Treatments of Psychiatric Disorders.* 4th Edition. American Psychiatric Publishing; 2007. 265-269

84. Sofuoglu M, Agath K, **Kosten TR**. Treatment of Stimulant Dependence. Chapter 19. In: Tyrer P, Silk K, (eds). *Cambridge Textbook of Effective Treatments in Psychiatry.* Cambridge University Press. 2008; 369-380.

85. **Kosten TR**, McQueen K. General Approaches to substance and polydrug use disorders, Chapter 51. In: Tasman A, Kay J, Lieberman J, First MB, and Maj M (eds). *Psychiatry*, third edition. John Wiley & Sons, Chichester, UK, 2008. pp 922-935.

86. Gardner T, **Kosten TR**. Treatment, pharmacological approaches to: Buprenorphine. In: *Encyclopedia of Drugs, Alcohol and Addictive Behaviors* 3. 2008 November. ISBN 13: 978-0-0286-6064-6.

87. Dani JA, **Kosten TR**, Benowitz N. Nicotine and Tobacco: Pharmacology. *Principles of Addiction Medicine, 4th edition.* Kosten (Pharmacology editor), Ries, Fiellin, Miller, Saitz, (General Editors), Lippincott Williams & Wilkins, April 2009. ISBN-10: 0-7817-7477-2.

88. Teng E, **Kosten TR**. Anxiety disorders. In: Rakel RE, (ed). *Conn's Current Therapy.* Philadelphia, PA; W.B. Saunders Company; December 2009. ISBN-13: 978-1-4160-6642-2.

Thomas R. Kosten, MD
CV

89. **Kosten TR**, Davis DE. Comorbidity-Depression. In: Koob GF, Le Moal M, Thompson RF (eds) Encyclopedia of Behavioral Neuroscience, June 2010, vol 1, pp308-316 Oxford: Academic Press. ISBN-13: 978-0-0804-4732-2.

90. Dani JA, **Kosten TR**, Benowitz N. Nicotine and Tobacco: Pharmacology. Principles of Addiction Medicine, 5th edition. Kosten (Pharmacology editor), Ries, Fiellin, Miller, Saitz, (General Editors), Lippincott Williams & Wilkins. 2013.

91. Jin L, Shorter D, Domingo C, **Kosten TR**. Stress and Substance Abuse. In: Case Series DSM-V, First Edition. J. Barnhill, Ed (2013).

92. **Kosten TR**, Haile CN. The Neurobiology of Substance Dependence: Implications for Treatment. In: Clinical Textbook of Addictive Disorders, Fourth Edition. 2013. In Press.

93. Stine, SM, **Kosten T R**. Pharmacologic Interventions for Opioid Dependence (Chapter 48). Principles of Addiction Medicine, Fourth Edition.  R, Reis (editor). 2013. In Press.

94. Domingo CB, **Kosten TR**. The Pharmacology of Nicotine and Tobacco. In: A. Herron, ed. The ASAM Essentials of Addiction Medicine, 2nd ed. Lippincot, Williams & Wilkins. 2014.

95. **Kosten, TR**. and Domingo C. (2015).  *General Approaches to Substance Use Disorders, in Psychiatry, 4th ed.* (eds A. Tasman, J. Kay, J. A. Lieberman, M. B. First and M. B. Riba), John Wiley & Sons, Ltd, Chichester, UK. doi: 10.1002/9781118753378.ch71

96. Domingo CB, Shorter D, and **Kosten TR**. Vaccines for Treating Cocaine Use Disorders. In: Montoya ID, (eds.), Biologics to Treat Substance Use Disorders. Bethesda, Maryland: Springer International Publishing; 2015. ISBN: 978-3-319-23149-5.

97. **Kosten TR**, Kosten TA. Vaccines for Methamphetamine Use Disorder. In: Montoya ID, (eds.), Biologics to Treat Substance Use Disorders. Bethesda, Maryland: Springer International Publishing; 2015. ISBN: 978-3-319-23149-5.

4. Other works communicating research results to scientific colleagues
   a. Andry, T. N., Shorter, D., & Kosten, T. R. (2016, May 31). Emerging Treatments and Pharmacogenetics for Cocaine Use Disorder. Retrieved from http://www.psychiatrictimes.com/substance-use-disorder/emerging-treatments-and-pharmacogenetics-cocaine-use-disorder?GUID=5F1CDC00-0422-41BF-A817-C5DC23E2BB33&rememberme=1&ts=06062016

Thomas R. Kosten, MD
CV

  b. Smith, A. W., Kosten, T. R., & Fordis, M. (2016, February 16). Medicines to Treat Alcohol Use Disorder: A Review of the Research for Adults. Prepared by the John M. Eisenberg Center for Clinical Decisions and Communications Science at Baylor College of Medicine. Retrieved from http://www.effectivehealthcare.ahrq.gov/search-for-guides-reviews-and-reports/?pageaction=displayproduct&productID=2162.

  c. Achanta, A., Kosten, T. R., & Fordis, M. (2016, February 16). Pharmacotherapy for Adults with Alcohol Use Disorder (AUD) in Outpatient Settings. Prepared by the John M. Eisenberg Center for Clinical Decisions and Communications Science at Baylor College of Medicine.Retrieved from http://www.effectivehealthcare.ahrq.gov/search-for-guides-reviews-and-reports/?pageaction=displayproduct&productID=2161.

 5. Other works communicating research results to general public
  None

**III. Teaching Information**
 **A. Didactic course work**
  1. Courses taught at current institution:

| 2013 – present | Neural Systems: Limbic Systems and Emotion |
| | Graduate Studies, Department of Neuroscience |
| | Annual Lecture Series |

| 2013 – present | Neural Systems: Addictions |
| | Graduate Studies, Department of Neuroscience |
| | Annual Lecture Series |

| 2006 – present | Substance Addictions |
| | 1st, 2nd year medical students, |
| | Annual Lecture series in Pharmacology, Therapeutics, and Psychopathology |

| 2006 – present | Substance Abuse Treatments |
| | 2nd & 3rd year Psychiatry residents, Department of Psychiatry |
| | Annual Lecture Series |

| 2006 – 2011 | Neuroscience of Addictions |
| | Graduate Studies, Department of Neuroscience |
| | Annual Lecture Series |

  2. Courses taught at other institutions:
  None

 **B. Non-didactic teaching**
  1. Resident training

Thomas R. Kosten, MD
CV

(i) <u>The New Psychopharmacology of Alcohol and Substance Abuse</u>. Menninger Department of Psychiatry Psychopharmacology Update; Nov 2, 2007, The Houstonian Hotel, Houston, TX (Marangell).

(ii) <u>Affective Dysfunction in substance abuse as shown through neuroimaging</u>. Grand Rounds Broadcast presented at Menninger Psychiatry, BCM, September 12, 2007.

(iii) <u>Depression in Addictions: Suicide in Adolescents</u>. Presented at Menninger Spring Conference, Cullen Auditorium, Baylor College of Medicine, March 30, 2007<u>.</u>

(iv) <u>Substance Abuse</u>. Grand Rounds Broadcast presented at Menninger Psychiatry at Baylor College of Medicine, January 10, 2007.

2. Post-Residency training
   a. Buprenorphine DEA Certification Training for Office-based Use of Buprenorphine, Michael E. DeBakey VA Medical Center, Houston, TX.
      (i) April 07, 2016 – 21 participants
      (ii) April 16, 2015 – 21 participants
      (iii) March 04, 2014 – 9 participants
      (iv) January 01, 2011 – 19 participants
      (v) November 06, 2009 – 22 participants
      (vi) Dec 15, 2008 – 21 participants

3. Research Fellow training
   (i) Hongqiang Sun, MD, PhD. NIDA International Fellow Training Award. Associate Professor, Beijing University, Beijing, China. 2012-2013.
   (ii) Coreen Domingo, DrPH, 2010-11, Clinical Trials Pharmacotherapy and Addictions, Asst Professor, Psychiatry, Baylor College of Medicine, Hou, TX.
   (iii) Anthony Brown, M.D., 2007-2011, Clinical Trials, Asst Professor, Family Med, Baylor College of Medicine, Hou, TX.
   (iv) Grace Wu, M.D., 2006-2010, Pharmacotherapy, Assoc Res Scientist, Baylor College of Medicine, Hou, TX.
   (v) Tracie Gardner, PhD., 2006-2008, Clinical Epidemiology, Asst Professor, Baylor College of Medicine, Hou, TX.
   (vi) Avila Steele, Ph.D., 2006, Clinical Epidemiology, Asst Prof, Psych, Baylor College of Medicine, Hou, TX.
   (vii) Rajita Sinha, Ph.D., 2000-2006, Pharmacotherapy, Prof, Yale School of Medicine, New Haven, CT.

4. Addiction Psychiatry Fellow Training
   (i) Xuefeng Zhang, MD, PhD – 2015-ongoing
   (ii) Ashley Xu, MD – 2015-ongoing
   (iii) Tiffany Andry, MD – Oct, 2015-June 2016
   (iv) Jia Wang, MD – Jan-June 2013
   (v) Deidre Davis, MD – 2007-2008
   (vi) H. Florence Kim, MD - Clinical Scientist Training Program, 2007

Thomas R. Kosten, MD
CV

     5. Graduate Student training:
        a. Young Cui: Thesis PhD Thesis Advisory Committee – 2008-2012.
        b. Prachi Shah, MA - Clinical Scientist Training Program in Research – 2007.

**C. Lectures:**

    1. Select International Lectures:

    2007    Research in Psychopharmacology of Substance Abuse, March, 2007. Abu Dhabi, UAE.

    2. Select National Lectures:

    2011    202X Trends and Perspectives – Goals, Governance, Innovation, Immunization Strategy. Global Vaccines 202X: Access, Equity, Ethics. May 1-2, 2011, Philadelphia, PA.

    3. Select Regional Lectures

    2009    Behavior, Biology, and Chemistry, Translational Research in Addiction, UT Health Science Center, School of Medicine, March, 2009. San Antonio, TX.

    4. Select Local Lectures:

    2008    The Neurobiology & Pharmacotherapy of Stimulant Dependence: Resident Lecture Series, St. Luke's Hospital, June 11, 2008, Houston, TX

    2007    Psychopharmacology, Innovations in Pharmacotherapy of Substance Abuse, Baylor College of Medicine, October 31, 2007, Houston, TX.

**D. Visiting Professorships:**

2007    Pharmacotherapy of Substance Abuse: Tulane University Hospital, Feb 9th, New Orleans, LA.

2006    Distinguished Visiting Professor, Pavlov University, St. Petersburg, Russia

1998    Distinguished Visiting Professor, North Shore University Hospital, Einstein Medical School, New York.

1995    Visiting Professor, University of Athens, Greece, Department of Psychiatry

1993    Distinguished Professor Universidad Complutense de Madrid, Facultad de Medicina, Madrid, Spain.

1994    Visiting Professor, Department of Toxicology, Medical School of Hospital de la Sta. Creu I Sant Pau, Barcelona, Spain.

1991    Visiting Professor, Beijing Medical University and the Chinese National Institute on Drug Dependence.

1991    Visiting Professor, Departments of Medicine and Psychiatry, Addiction Research Foundation, U of Toronto, Canada.

1990    Visiting Professor, Department of Toxicology, Medical School of Hospital de la Sta. Creu I Saint Pau, Barcelona, Spain.

1989    Visiting Professor, Department of Toxicology, Medical School of Hospital de la Sta. Creu I Saint Pau, Barcelona.

1989    Visiting Professor, Department of Medicine, University of Wisconsin Medical

Thomas R. Kosten, MD
CV

School.

1988    Visiting Professor, Medical Division, U.S. Army, European Command, Heidelberg, Germany.

1987    Visiting Research Professor, Department of Medicine, University of Minnesota.

## IV. Medical & Service Information

### A. Patient care responsibilities

1. **Department-wide:** Vice Chair of Research, Baylor College of Medicine, Special Advisor on Addictions, Chief of Staff Office, Michael E. DeBakey VAMC

2. **Section or Specialty**: Director, Division of Alcohol and Addictive Disorders, Department of Psychiatry and Behavioral Science

### B. Clinical laboratory responsibilities: None

### C. National education or voluntary health organization participation:

2005-06: NIH Research training for residency education taskforce

### D. Administrative assignments

1. Department administration, committees, etc.

2007        Chair, Research Committee, BCM.

2007-11     Member, Faculty Appointment and Promotions Committee, BCM.

2006        Member, Executive Committee, Department of Psychiatry, BCM.

2007-11     Member, Search Committee, Human Neuroimaging Lab, BCM.

1996-06     Executive Committee, Division of Substance Abuse, Yale Univ.

1996-01     Executive Committee, Psychiatry. Yale Univ.

1991-97     PGY 3 Curriculum Committee, Psychiatry. Yale Univ.

1988-95     Co-chair, Pharmacy and Therapeutics Committee, Connecticut Mental Health Center

1988-95     Visiting Lecturer Committee, Psychiatry, Yale Univ.

2. College, School or University administration, committees, etc.

2010-       Member, MD/PhD Faculty Operating Committee, BCM.

2007-       Member, Faculty Research and Fellowship Support Committee, BCM.

2007-       Member, Substance Abuse Assistance Council, BCM.

2004-06:    Co-chair, IRB Committee, Yale

2001-06:    Human Research Committee (IRM) Yale.

1996-01:    Dean's Committee on appointments and promotions for medical and graduate school.

1991-04:    Medical Advisor, Adolescent Substance Abuse Prevention Program.

1991-94:    American Medical Student Association, Yale University.

1991-94:    Liaison Committee on Medical Education, Self-Study. Task Force, Subcommittee on Clinical Training, Medical School

### E. Other pertinent information not given above:

Thomas R. Kosten, MD
CV

None

# Appendix II

## Background Materials sent to Dr. Thomas Kosten

# BACKGROUND MATERIALS FOR THOMAS KOSTEN

Barrett v. USA, US District Court,
Eastern District of Oklahoma Case Nos.
6:04-cr-00115 JHP
6:09-cv-00105 JHP

Federal Defender's Office

January 13, 2017

*These materials were prepared by legal counsel for Kenneth E. Barrett in anticipation of litigation and to facilitate a confidential evaluation by Thomas Kosten. These materials are CONFIDENTIAL and are PRIVILEGED as attorney-client confidential communications and/or attorney work product. They may not be divulged without the written prior consent of counsel for Mr. Barrett.*

Joan M. Fisher
Karl Saddlemire
Tivon Schardl
Federal Defender's Office
801 I Street, Third Floor
Sacramento, California 95814
(916) 498-6666

**Index to Materials Provided on CD**

**Pleadings**
1. Tenth Circuit Court of Appeals Remand Order Setting an Evidentiary Hearing on Our Ineffective Assistance of Counsel Claim Due to Failure to Investigate and Present Mitigating Evidence, *U.S. v. Barrett*, 797 F.3d 1207, 1223-31 (10th Cir. 2015)
2. Excerpt from December 4, 2009 Amended 2255 Motion (Social history excerpt from the ineffective assistance of counsel mitigation claim.)

**March 16, 2009 2255 Motion – Exhibits**
3. Declaration of Ada Blount, Exhibit 74
4. Declaration of Brandy Hill, Exhibit 77
5. Declaration of Carl Cook, Exhibit 102
6. Declaration of Carolyn Joseph, Exhibit 78
7. Declaration of Doris Barrett, Exhibit 80
8. Declaration of Ernest Barrett, Exhibit 81
9. Declaration of Gelene Dotson, Exhibit 97
10. Declaration of Gwen Crawford, Exhibit 83
11. Declaration of Issac Barrett, Exhibit 84
12. Declaration of Janice Sanders, Exhibit 85
13. Declaration of Kathy Trotter, Exhibit 86
14. Declaration of Linda Riley, Exhibit 87
15. Declaration of Mark Dotson, Exhibit 98
16. Declaration of Nona Reich, Exhibit 101
17. Declaration of Phyllis Crawford, Exhibit 91
18. Declaration of Roger Crawford, Exhibit 92
19. Declaration of Ruth Harris, Exhibit 93
20. Declaration of Shawn Hill, Exhibit 95
21. Declaration of Steve Barrett, Exhibit 99
22. Declaration of Travis Crawford, Exhibit 45
23. Declaration of Toby Barrett, Exhibit 96
24. Declaration of Warren Dotson, Exhibit 100

**September 25, 2009 Amended 2255 Motion – Select Exhibits**
25. Declaration of Alvin Hahn, Exhibit 75
26. Declaration of Paul Lunsford, Exhibit 90
27. Declaration of Abby Stites, Exhibit 103

**School Records**
28. Tommie Spear Junior High School & Jay County High School

**Medical Records**
29. Sequoyah Memorial Hospital
30. Eastern State Hospital
31. Saint Francis Hospital

32. Wagoner Community Hospital
33. Bill Willis Community Mental Health Center
34. Miscellaneous Hospital Records
35. State of Oklahoma Disability Determination Unit


**Additional Documents**
36. 2000 Faust Bianco testing
37. 2002 Psychological Evaluation of Bill Sharp, Ph.D.
38. 2003 Faust Bianco's affidavit
39. 2009 Declaration of Bill Sharp, Ph.D.
40. 2009 Declaration of George Woods, M.D.
41. 2009 Declaration of Myla Young, Ph.D.
42. Raw Data from Dr. Young's testing
43. Rescoring of Dr. Young's testing by Dr. Deborah Miora
44. 2005 Psychological Evaluation / Risk Assessment by Dr. J. Randall Price
45. BOP Records for Kenneth Barrett
46. Direct Opinion in U.S. v. Barrett, 496 F.3d 1079 (2007)

# Appendix III

## Rule 26 Case List

Thomas Richard Kosten, M.D.
Forensic Experience – depositions or court testimony

2013-2017

2013        Taft v. Ettiene; Robers, Carroll, Feldstein & Peirce Inc.; Providence RI
            Civil action; defense; patient death during detoxification from alcohol
2014        Ternes v. New Freedom Center; Flom Law Office PA; Fargo, ND
            Civil action; defense; patient death following residential addiction treatment
2015        Huff v. Freeman; Fox Galvin; St. Louis, MO
            Civil action; defense; patient death from suicide