DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:   (405) 521-9600
Facsimile:   (405) 521-9669
E-mail:      dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:   (916) 498-6666
Facsimile:   (916) 498-6656
E-mail:      Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| KENNETH EUGENE BARRETT, | ) | **CAPITAL CASE** |
|---|---|---|
| Petitioner, | ) ) | CASE NO. CV-09-00105-JHP |
| vs. | ) ) | **NOTICE OF RULE 26 EXPERT** |
| UNITED STATES OF AMERICA, | ) ) | **DISCLOSURES FOR GEORGE W. WOODS, JR.** |
| Respondent. | ) ) ) | |

NOTICE IS HEREBY GIVEN that at or before 10:00 Pacific Time/12 Noon Central Time, on

this 3rd day of March, in compliance with Minute Order Doc. No. 337, Petitioner, Kenneth

Eugene Barrett, by and through undersigned counsel, emailed to counsel for Respondent, the

United States of America, the disclosures required under Federal Rule of Civil Procedure

26(a)(1)(B) for George W. Woods, Jr. M.D.

PETITIONER'S NOTICE OF FILING                           *Barrett v. United States*,
RULE 26 DISCLOSURES OF                                  OK-ED No. 6:09-cv-00105-JHP
GEORGE W. WOODS, JR., M.D.

1

DATED this 3rd day of March, 2017

RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY

/s/ *Joan M. Fisher*
JOAN M. FISHER

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY

This is to certify that on this 3rd day of March 2017, I caused the foregoing NOTICE of Rule 26 Disclosures of George W. Woods Jr. to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ *Joan M. Fisher*
JOAN M. FISHER

PETITIONER'S NOTICE OF FILING                     *Barrett v. United States*,
RULE 26 DISCLOSURES OF                         OK-ED No. 6:09-cv-00105-JHP
GEORGE W. WOODS, JR., M.D.