**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,      )
             )
        Petitioner/Defendant,     )
             )
vs.                 )     Case No. 09-CIV-105-JHP
             )
UNITED STATES OF AMERICA,     )
             )
        Respondent/Plaintiff.    )

**<u>ORDER</u>**

The purpose of this Order is to advise counsel that this Court is bifurcating the upcoming evidentiary hearing. Clearly established Federal law requires Petitioner to show that his trial counsel's performance was both deficient and caused actual prejudice. *Strickland v. Washington*, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). While the Court in *Strickland* discussed the performance component of the ineffectiveness claim first, the Court made clear a reviewing court can address these two issues in any order and need not "address both components of the inquiry if the defendant makes an insufficient showing on one." *Strickland*, 466 U.S. at 697, 104 S.Ct. at 2069. *See also*, *Foster v. Ward*, 182 F.3d 1177, 1184 (10th Cir. 1999) ("court may address the performance and prejudice components in any order, but need not address both if [petitioner] fails to make a sufficient showing of one.") No court has ever required that both prongs of the *Strickland* test must be examined simultaneously. *LaGrand v. Stewart*, 133 F.3d 1253, 1270 (9th Cir. 1998).

Since, "the proper standard for attorney performance is that of reasonably effective assistance," *id.*, 466 U.S. at 687, 104 S.Ct. at 2064, this Court finds Petitioner will be

required to prove that his counsel's performance was deficient before this Court will entertain evidence regarding prejudice. As a result, counsel are advised the only evidence which will be heard by this Court in the upcoming hearing scheduled for March 13, 2017, will be "whether the performance of trial counsel was deficient in not investigating Defendant's background and mental health." Any evidence relating to prejudice will not be considered by this Court until this issue has been determined.

It is so ordered on this 3rd day of March, 2017.

James H. Payne
United States District Judge
Eastern District of Oklahoma