**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,           )
                                  )
    Petitioner/Defendant,         )
                                  )    Case No. CV-09-00105-JHP
v.                                )
                                  )
UNITED STATES OF AMERICA,         )
                                  )
    Respondent/Plaintiff.         )

**AMENDED JOINT PRE-HEARING STATEMENT**

**COME NOW** the parties to this action and, pursuant to the Scheduling Order issued herein (Doc. 270) and the Court's Order dated 2/24/2017 (Doc. 361), would submit the following Amended Joint Pre-Hearing Statement:

A.  <u>Counsel who will appear at evidentiary hearing</u>:

    a.  Petitioner: David Autry, Attorney; Joan Fisher, Assistant Federal Public Defender; Tivon Schardl, Assistant Federal Public Defender and Karl Saddlemire, Assistant Federal Public Defender.

    b.  Respondent: Christopher J. Wilson, Assistant United States Attorney and Jeffrey B. Kahan, Trial Attorney, Capital Case Section

B.  <u>Stipulated or uncontested facts</u>:

Petitioner stipulates to the following proposed findings of fact filed this date by the Respondent:

Paragraphs 2,3,13 and 23.

Respondent stipulates to the following proposed findings of fact filed this date by the Petitioner.

1

Paragraphs 20,23,25,26,51,83,89,93,94,107(a), (b), (d), (e), (f), (g), 144, 151, 157, 162,163, 203, 252, 287 and 343

C. <u>Contested issues of fact and law</u>:

    a.  Contested Issues of Fact

       Facts to which the parties have not stipulated as indicate in Section B above are contested.  See Findings of Fact and Conclusions of Law filed by the respective parties this date.

    b.  Contested Issues of Law

       Both parties contest the Conclusions of Law proposed by the opposing party, as filed this date.

D. <u>Witnesses to be called at evidentiary hearing, including brief description of their anticipated testimony</u>:

    a.  Petitioner:  The anticipated testimony of the witnesses named below are summarized and identified by previously submitted declarations or documents.  To the extent that no declaration or testimonial summary is in the record, either a brief summary is included or a declaration or statement is attached.

1. George Woods – 6:09-cv-00105, Doc 71, Exh. 117

2. Myla Young, deceased – 6:09-cv-00105, Doc 71, Exh. 44

3. John Echols – 6:09-cv-00105, Doc 71, Exh. 34

4. Jack Gordon – 6:09-cv-00105, Doc 432, Ex 53

5. Jeanne Russell – 6:09-cv-00105, Doc 71, Exh. 56

6. Steve Leedy – 6:09-cv-00105, Doc 71, Exh. 111

7. Roseanne Schaye – 6:09-cv-00105, Doc 403, Ex 118

8. Mark Henricksen – 6:09-cv-00105, Doc 71, Exh. 29

9. Ron Lax  - – 6:09-cv-00105, Doc 71, Exh. 66

10. Gelene Dotson Barrett – 6:09-cv-00105, Doc 71, Exh. 97; Doc 178, Ex 210

11. Steve Barrett – 6:09-cv-00105, Doc 71, Exh. 99

12. Abby Stites – 6:09-cv-00105, Doc 71, Exh. 103; Doc 178, Ex 216

13. Roger Crawford – 6:09-cv-00105, Doc 71, Exh. 92

Roger Crawford will also be called to testify to the following:

(1) Travis Crawford, Roger Crawford's son, is a blood relative of Kenneth Barrett (first cousin). Travis also suffers from serious mental health issues. Roger can attest to that familial genetic component, as well as that of other of his progeny and their progeny. (2) Cindy Crawford was called by the government as a witness in aggravation at the penalty phase (Doc 350, FedTr vol.22, pp. 4575-4586). (3) On February 21, 2017, the undersigned counsel met with Phyllis Crawford, mother to Travis Crawford, sister to Gelene Dotson (Mr. Barrett's mother), and wife to Roger Crawford, a witness who lays out in her declaration (Exh 91, Doc 404-3 at 90) her family history and her observations of Petitioner, Gelene Dotson and Ernie Barrett (Petitioner's father). Phyllis Crawford is now suffering from dementia. Undersigned counsel Joan Fisher met with Phyllis and Roger Crawford to discuss their anticipated testimony and to determine Phyllis Crawford's availability to testify personally to the contents of her declarations. Mrs. Crawford unquestionably appears to be suffering from symptoms consistent with dementia, which are sufficiently debilitating to render her testimony unavailable. Roger Crawford, as her husband, can and will testify to Phyllis Crawford's inability to testify. Roger Crawford is personally aware of the substantive matters relayed by Phyllis Crawford in her declarations. Roger Crawford witnessed the execution of those declarations and can attest to the fact that Phyllis Crawford signed her declarations.

14. Kathy Trotter – 6:09-cv-00105, Doc 71, Exh. 86

15. Janice Sanders – 6:09-cv-00105, Doc 71, Exh. 85; Doc 178, Ex 215

16. Carolyn Joseph – 6:09-cv-00105, Doc 71, Exh. 78; Doc 178, Ex 213

17. Brandi Hill – 6:09-cv-00105, Doc 71, Exh. 77

18. Gwendolyn Crawford – 6:09-cv-00105, Doc 71, Exh. 83

19. Linda Riley – 6:09-cv-00105, Doc 71, Exh. 87; Doc 178, Ex 214

20. Toby Barrett – 6:09-cv-00105, Doc 71, Exh. 96

21. Mark Dotson – 6:09-cv-00105, Doc 71, Exh. 98; Doc 178, Ex 211

22. Judy House – Attached, not yet filed

23. Nona Reich – 6:09-cv-00105, Doc 71, Exh. 101

24. Gary Nelson – Declaration of Testimony Attached, not yet filed

25. Iva Hines: Thomas and Iva Hines run Thomas Hines Construction. Iva is 60 years old. Ken worked for them for years, dined at their table, been to their house 100s of times. Mrs. Hines will testify that Ken was a good worker, a good guy. They had no right to come in on him like they did. They all would have done the same as him.  She will also testify that her husband and she were never contacted by Mr. Hilfiger and/or Mr. Smith. She does remember speaking to someone from the defense before the first state trial. … She will add that "Ken would do anything for you, give you the shirt off his back." If she had been contacted by his federal lawyers, she would have told them of her potential testimony and would have testified if called. "Kenny got along with everybody.  He had no enemies."

26. Rick Lunsford – 6:09-cv-00105, Doc 71, Exh. 90

27. Doris Barrett – 6:09-cv-00105, Doc 71, Exhs. 80, 105; Doc 178, Exh. 207

28. *Karl Cook, deceased – 6:09-cv-00105, Doc 71, Exh. 102

29. *Warren Dotson, deceased – 6:09-cv-00105, Doc 71, Exh. 100

30. *Ernie Barrett, deceased – 6:09-cv-00105, Doc 71, Exh. 81; Doc 403, Exh. 84

31. *Ada Blount, deceased – 6:09-cv-00105, Doc 71, Exh. 74

32. *Phyllis Crawford, unavailable/dementia – 6:09-cv-00105, Doc 71, Exh. 91; Doc 178, Ex 209

33. *Ruth Harris, unavailable, poor health – 6:09-cv-00105, Doc 71, Exh. 93; Doc 178, Ex 212

34. Petitioner reserves the right to call witnesses identified by the government including Roger Hilfiger and Bret Smith and rely on the government's declarations of each as a summary of their testimony.

      b.  Respondent:

      1.  Roger Hilfiger – On October 25, 2005, Mr. Hilfiger was appointed as co-counsel to John Echols in the case of *United States v. Barrett* (ED Okla. case no. 04-115-P).  He became lead counsel on May 5, 2005, upon Mr. Echols's withdrawal.  After his appointment as lead counsel, Mr. Hilfiger obtained case files maintained by Mr. Echols and the Oklahoma Indigent Defense System.  He believed the materials he received constituted the entire file in the case.  He reviewed the material in the file. Based on his interactions with Barrett, and his interviews with Barrett's relatives, Mr. Hilfiger never had reason to suspect that

the defendant suffered from a major mental illness. Mr. Hilfiger recalls that Dr. Jeanne Russell dissuaded him from calling her as a witness to present mental health evidence, out of concern for the rebuttal it would invite. Mr. Hilfiger recalls that Barrett repeatedly insisted that he did not want to present a mitigation case that dwelled on his childhood. Mr. Hilfiger does not have distinct memories of mental health and social history documents in counsel's file, but does recall that he and Mr. Smith made a conscious decision to present a mitigation case based on three principles: Barrett had already been punished for the homicide by the State of Oklahoma, Barrett behaved well in custody, and Barrett was a good enough person that he did not deserve to die for his crime.

2.    Bret Smith - On May 5, 2005, Mr. Smith was appointed as co-counsel to Mr. Hilfiger in the case of *United States v. Barrett* (ED Okla. case no. 04-115-P). Mr. Smith maintained a good rapport with Barrett and sometimes met with the defendant alone. Based on his interaction, Mr. Smith found no reason to suspect Barrett suffered from a major mental illness. Mr. Smith recalls that Dr. Jeanne Russell dissuaded him from calling her as a witness to present mental health evidence, out of concern for the rebuttal it would invite. Mr. Smith recalls that Barrett repeatedly insisted that he did not want to present a mitigation case that dwelled on his childhood. Mr. Smith does not have distinct memories of mental health documents from his file, but does recall that the material was developed earlier, during state proceedings. He recalls a meeting Mr. Echols who did not focus on mitigation evidence. Mr. Smith further recalls that he and Mr. Hilfiger made a conscious decision to present a mitigation case based on three principles: Barrett had already been punished for the homicide by the State of Oklahoma, Barrett behaved well in custody, and Barrett was a good enough person that he did not deserve to die for his crime.

3.    J. Randall Price, Ph.D. – Dr. Price is a forensic psychologist who evaluated Barrett at the time of trial. His expert report was filed on the docket case no. 04-115-P and made available to all counsel in the Court's discovery order (§ 2255 Doc. no. 269). The government believes that Dr. Price will testify in conformity with the findings in his report. Based on the report, it appears that Dr. Price conducted an evaluation that included the Reynolds Intellectual Assessment System, the Repeatable Battery for the Assessment of Neuropsychological Status, the Personality Assessment Inventory, the Minnesota Multiphasic Personality Inventory (2d ed.), the Structured Inventory of Malingered Symptoms, and the Psychopathy Checklist-Revised. Dr. Price diagnosed Barrett as a psychopath. Dr. Price found that Barrett suffered from a learning disorder, polysubstance dependence, dysthymic disorder, and a personality disorder with antisocial, psychopathic and paranoid traits.

4.    Steven E. Pitt, D.O. – Dr. Pitt is a forensic psychiatrist retained by the government to evaluate Barrett on January 19, 2017. While Dr. Pitt's report of the evaluation remains outstanding, the government anticipates that he will testify that at or around the time of the crime, Barrett had a substance abuse

disorder and, at a minimum, maladaptive personality traits, but did not otherwise suffer from any major mental illness.

E. Exhibits to be presented at evidentiary hearing, noting any objection(s):

   a. Petitioner:

| Number | Exhibit | Where in Record | Objection |
|---|---|---|---|
| 1 | In the Matter of Mental Illness of Billy Dean Maxwell, Case Number MH-82-12, Record of Mental Health Proceeding, dated May 5, 1982 | Exhibit 26 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 2 | In the Matter of the Sanity of A.J. Barrett, Case Number 141, Lunacy Record, dated August 12, 1918 | Exhibit 27 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Relevance |
| 3 | In the Matter of the Sanity of A.J. Barrett, Case Number 709, Mental Health Record and Petition for Order of Admission to State Hospital | Exhibit 28 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 4 | Declaration of Mark Henricksen | Exhibit 29 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Hearsay |
| 5 | In the Matter of the Sanity of Wallace Dotson, Lunacy Record, Case Number 366, dated May 4, 1948 | Exhibit 32 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 6 | In the Matter of Mental Illness of Kenneth Barrett, Case Number 481, Record of Mental Health Proceeding | Exhibit 33 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 7 | Declaration of John Echols | Exhibit 34 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Hearsay, Speculation, Relevance |

| 8 | Excerpts from Kenneth Barrett's Baby Book | Exhibit 35 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 9 | Letter from Kenneth Barrett | Exhibit 36 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Relevance |
| 10 | Declaration of Bill Sharp, Ph.D. | Exhibit 55 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Admissible for Impeachment and to Refresh Recollection |
| 11 | Declaration of Jeanne Russell, Ed.D. | Exhibit 56 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Admissible for Impeachment and to Refresh Recollection |
| 12 | Letter from John Echols to Honorable James H. Payne, dated February 28, 2005 | Exhibit 64 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 13 | Letter from Honorable James H. Payne to John Echols, dated February 22, 2005 | Exhibit 65 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 14 | Letter from Ronald Lax to Tivon Schardl, dated September 24, 2008 | Exhibit 66 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 15 | Photographs of Kenneth Barrett's shack | Exhibit 73 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 16 | Declaration of Ada Blount | Exhibit 74 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |

7

| 17 | Declaration of Brandy Hill | Exhibit 77 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Relevance as to p. 2, 3 |
|---|---|---|---|
| 18 | Declaration of Carolyn Joseph | Exhibit 78 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Admissible for Impeachment and to Refresh Recollection |
| 19 | Declaration of Doris Barrett | Exhibit 80 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Admissible for Impeachment and to Refresh Recollection |
| 20 | Declaration of Ernest Barrett | Exhibit 81 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Motion in Limine (Doc. 292) |
| 21 | Declaration of Gwendolyn Crawford | Exhibit 83 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Relevance as to last ¶ p. 1 and pp. 2,3 |
| 22 | Declaration of Janice Sanders | Exhibit 85 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Relevance as to ¶¶3, 5 of p. 1 and pp. 2-4 |
| 23 | Declaration of Kathy Trotter | Exhibit 86 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Admissible for Impeachment and to Refresh Recollection |
| 24 | Declaration of Linda Riley | Exhibit 87 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Admissible for Impeachment and to Refresh Recollection |
| 25 | Declaration of Dr. Myla Young | Exhibit 89 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Motion in Limine and Reply (Doc. 289, 336) |

| 26 | Declaration of Paul Rickie Lunsford | Exhibit 90 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Relevance |
|----|----|----|----|
| 27 | Declaration of Phyllis Crawford | Exhibit 91 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Relevance as to ¶¶ 3,4 of p. 3 and p. 4 |
| 28 | Declaration of Roger Crawford | Exhibit 92 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Relevance, Hearsay |
| 29 | Declaration of Ruth Harris | Exhibit 93 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Relevance as to last ¶ of p. 3 |
| 30 | Declaration of Toby Barrett | Exhibit 96 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Admissible for Impeachment and to Refresh Recollection |
| 31 | Declaration of Sylvia Gelene Dotson | Exhibit 97 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Admissible for Impeachment and to Refresh Recollection |
| 32 | Declaration of Mark Dotson | Exhibit 98 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Admissible for Impeachment and to Refresh Recollection |
| 33 | Declaration of Steve Barrett | Exhibit 99 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Admissible for Impeachment and to Refresh Recollection |
| 34 | Declaration of Warren Dotson | Exhibit 100 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Relevance as ¶ 3 of p. 4 |

| 35 | Declaration of Nona Reich | Exhibit 101 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Admissible for Impeachment and to Refresh Recollection |
|----|----|----|----|
| 36 | Declaration of Carl Cook | Exhibit 102 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 37 | Declaration of Abby Stites | Exhibit 103 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Admissible for Impeachment and to Refresh Recollection |
| 38 | Declaration of Doris Barrett | Exhibit 105 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Relevance |
| 39 | Declaration of Steve Leedy | Exhibit 111 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Admissible for Impeachment and to Refresh Recollection |
| 40 | Declaration of Dr. George Woods | Exhibit 117 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Admissible for Impeachment and to Refresh Recollection |
| 41 | Educational Records for Kenneth Barrett | Exhibit 136 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 42 | Educational Records for Gwendolyn Barrett | Exhibit 137 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Relevance |
| 43 | Educational Records for Ernest Barrett | Exhibit 138 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Relevance |

| 44 | Medical Records for Carolyn Joseph | Exhibit 139 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Relevance |
| 45 | Medical Records for Kathy Trotter | Exhibit 140 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 46 | Medical Records for Brandy Hill | Exhibit 141 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 47 | Medical Records for Toby Barrett | Exhibit 142 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 48 | Medical Records for Travis Crawford | Exhibit 143 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 49 | Medical Records for Linda Riley | Exhibit 145 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 50 | Medical Records for A.J. Barrett | Exhibit 146 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 51 | Medical Records for Kenneth Barrett | Exhibit 147 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 52 | Report of Interview with Kenneth Barrett by the Oklahoma State Bureau of Investigation, dated October 11, 1999 | Exhibit 148 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | Relevance |

| 53 | Sylvia Gelene Dotson's Genealogy Memorandum | Exhibit 155 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 54 | Military Records for Travis Crawford | Exhibit 196 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 55 | Educational Records for Kenneth Barrett | Exhibit 200 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 56 | Medical Records for Gwen Crawford | Exhibit 201 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 57 | Medical Records for Carolyn Joseph | Exhibit 202 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 58 | Social Security Records for Travis Crawford | Exhibit 203 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 | |
| 59 | Supplemental Declaration of Ernie Barrett | Exhibit 206 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 | Hearsay |
| 60 | Supplemental Declaration of Doris Barrett | Exhibit 207 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 | Hearsay |
| 61 | Supplemental Declaration of Phyllis Crawford | Exhibit 209 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. | Hearsay |

| | | 7/1/2010 | |
|---|---|---|---|
| 62 | Supplemental Declaration of Gelene Dotson | Exhibit 210From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 | Hearsay |
| 63 | Supplemental Declaration of Mark Dotson | Exhibit 211 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 | Hearsay |
| 64 | Supplemental Declaration of Ruth Harris | Exhibit 212 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 | Hearsay |
| 65 | Supplemental Declaration of Carolyn Joseph | Exhibit 213 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 | Hearsay |
| 66 | Supplemental Declaration of Linda Riley | Exhibit 214 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 | Hearsay |
| 67 | Supplemental Declaration of Janice Sanders | Exhibit 215 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 | Hearsay |
| 68 | Supplemental Declaration of Abbie Stites | Exhibit 216 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 | Hearsay |
| 69 | Supplemental Declaration of Kathy Trotter | Exhibit 217 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 | Hearsay |
| 70 | Supplemental Declaration of Toby Barrett | . Exhibit 218 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 | Hearsay |

| 71 | Supplemental Declaration of Toby Barrett | Exhibit 220 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 | Hearsay |
|---|---|---|---|
| 72 | UNDER SEAL: Billing Records of Roger Hilfiger and Bret Smith | Appendix A - Doc No. 01019206246, 10th Circuit Case No. 12-7086 | |
| 73 | Additional Education Records for Kenneth Barrett | N/A, Attached to email of 1/6/2017 | |
| 74 | Declaration of Judy House | N/A, Attached to email of 1/6/2017 | |
| 75 | All Documents turned over to US Attorney on 12/21/2016 in Compliance with Discovery Order | Submitted to US Attorney on Disc. Specific documents within may be identified as separate exhibits at the appropriate time. | |
| 76 | Medical Records of Kelly Cochran | To be procured. Release of records signed January 4, 2017. | Relevance |
| 77 | Sealed Budget Conference Minutes | 6:04-cr-00115-JHP, 12/9/2004 | |
| 78 | SEALED ORDER by Mag. Judge Steven P. Shreder re: defendant's Ex Parte Motion for Approval of "Pre-Authorization" Budget for the Defense | Doc 38, 6:04-cr-00115-JHP, 1/19/2005 | |
| 79 | SEALED LETTER (copy) from Hon. James H. Payne to defense counsel John David Echols regarding the eight ex parte budget requests | 2/22/2005, 6:04-cr-00115-JHP, | |
| 80 | SEALED LETTER from John David Echols to Hon. James H. Payne in answer to the 2/22/05 letter of Judge Payne regarding ex parte litigation budget requests. | 2/28/2005, 6:04-cr-00115-JHP, | |
| 81 | Minutes: SEALED HEARING: Defense counsel John D. Echols and Roger Hilfiger present. Before Hon. James H. Payne. | 3/22/2005, 6:04-cr-00115-JHP, | |

| | | | |
|---|---|---|---|
| | …Discussion held regarding the Court's order on the budget. | | |
| 82 | SEALED ORDER by District Judge James H. Payne adopting the U.S. Magistrate's SEALED REPORT AND RECOMMENDATION on interim requests for attorneys' fees and costs [106-1], DENYING defendant's NINTH EXPARTE (SEALED) Motion [107-1], GRANTING defendant's motion TENTH EXPARTE (SEALED) and allowing John Echols to withdraw [113-1], DENYING defendant's EXPARTE (SEALED) ELEVENTH Motion [118-1], DENYING defendant's motion for ex parte conference on defense budget and funding [116-1] and [126-1] | Doc 128, 6:04-cr-00115-JHP, 5/5/2005 | |
| 83 | SEALED BUDGET HEARING MINUTES before Honorable James H. Payne | 10/3/2005, 6:04-cr-00115-JHP, | |
| 84 | MINUTES: Further Sealed Hearing regarding budget matters. | 10/20/2005, 6:04-cr-00115-JHP, | |
| 85 | SEALED MINUTE ORDER before District Judge James H. Payne GRANTING defendant's motion to modify order approving budget of 3/18/05 | Doc. 244, 6:04-cr-00115-JHP, 11/4/2005 | |
| 86 | SEALED MINUTE ORDER before District Judge James H. Payne regarding Defendant's Ex Parte Litigation Budget (Henricksen) | Doc 275, 6:04-cr-00115-JHP, 12/15/2005 | |

| 87 | Childhood photos of Kenneth Barrett | N/A, Attached to email of 1/6/2017 | |
| 88 | Defendant's Pro Se Motion for Change of Appointed Counsel | Doc 135, 6:04-cr-00115-JHP, 5/23/2005 | |
| 89 | ORDER by District Judge James H. Payne denying defendant Barrett's pro se motion for Change of Appointed Counsel | Doc 137, 6:04-cr-00115-JHP, 5/24/2005 | |
| 90 | Declaration of Bret Smith | Doc 175, Exh. 11, 6:04-cr-00115-JHP, 5/17/2010 | |
| 91 | Declaration of Roger Hilfiger | Doc 175, Exh. 12, 6:04-cr-00115-JHP, 5/17/2010 | |
| 92 | Chart of Trial Counsel File Boxes | Sent to Government under separate cover | Lack of Authentication, Relevance, Competence |
| 93 | List of Roger Hilfiger's Caseload during relevant period | Sent to Government under separate cover | Lack of Authentication, Relevance, Hearsay |
| 94 | Hilfiger Letter to Shreder | Petitioner's Disc. No. 003889-91 | Relevance as to page 3889 |
| 95 | Handwritten Notes | Petitioners Disc. No. 005806-07 | Incomplete, Improper Allocution |

The Petitioner reserves the right to utilize Petitioner's exhibits for impeachment or to refresh recollection.

    b.  Respondent:

Petitioner has a standing objection to any and all documents contained in trial counsel files of irrelevancy unless the government can establish that trial counsel had personal knowledge of the exhibit prior to Kenneth Barrett's sentencing hearing.

| Number | Exhibit | Where in Record | Objection |
| --- | --- | --- | --- |
| 1. | Declaration of Roger Hilfiger | Exhibit 12 to Respondent Answer | |
| 2. | Declaration of Bret Smith | Exhibit 11 to Respondent Answer | |
| 3. | Voluntary statement of Abby of Stites | Exhibit 13 to Respondent Answer | HEARSAY |
| 4. | Eastern State Hospital Report of Contact | Exhibit 14 to Respondent Answer | |
| 5. | Eastern State Hospital Medical | Exhibit 15 to | |

| | | History | Respondent Answer | |
|---|---|---|---|---|
| | 6. | Eastern State Hospital Discharge Summary | Exhibit 16 to Respondent Answer | |
| | 7. | St. Francis Chart Print Report | DISC 00382-00416 | |
| | 8. | Wagoner Community Hospital Psychiatric Evaluation | Exhibit 18 to Respondent Answer | |
| | 9. | Bill Willis Community Mental Health Center Referral Form | Exhibit 19 to Respondent Answer | |
| | 10. | Social Security Administration Explanation of Determination | Exhibit 20 to Respondent Answer | |
| | 11. | Sequoyah Memorial Hospital medical record of Kenneth Barrett | DISC 000527-28 | |
| | 12. | Affidavit of Faust Bianco, Ph.D. | DISC 1991 | Standing objection |
| | 13. | Professional Services Invoice from Faust Bianco, Ph.D. | DISC 001820 | Standing objection |
| | 14. | Kenneth Barrett Medical Release to Faust Bianco, Ph.D. | DISC 008298-99 | Standing objection |
| | 15. | John Echols Letter to Judge Payne dated 2/28/2005 | DISC 003743-48 | Standing objection |
| | 16. | Psychological Evaluation of Kenneth Barrett by Bill Sharp, Ph.D. | DISC 006812-19 | Standing objection |
| | 17. | Kenneth Barrett BOP Intake Screening | | Relevance |
| | 18. | Roseann Schaye Memo of Interview of Carolyn Joseph | DISC 001197 | Standing objection |
| | 19. | Roseann Schaye Memo of Interview of Elnora Long | DISC 001205 | Standing objection |
| | 20. | Roseann Schaye Memo of Interview of Sylvia Gelene Dotson | DISC 000966 | Standing objection |
| | 21. | Roseann Schaye Memo of Interview of Kenneth Barrett | DISC 000981-82 | Standing objection |
| | 22. | Roseann Schaye Memo of Interview of Linda Riley | DISC 001208-09 | Standing objection |
| | 23. | Roseann Schaye Memo of Interview of Richard Barrett | DISC 1207 | Standing objection |
| | 24. | Roseann Schaye Memo of Interview of Ruth Harris | DISC 001006 | Standing objection |
| | 25. | Roseann Schaye Memo of Interview of Tracy Swearingen | DISC 001124 | Standing objection |
| | 26. | Declaration of Roseann Schaye | DISC 000880 | Standing objection |
| | 27. | Roseann Schaye State of Arizona Board of Behavioral Health Examiners 2009 Disciplinary Action Record | | Relevance |
| | 28. | John Echols billing records | DISC 003752-60 | |

17

| 29. | Gelene Dotson memo | DISC 001275 | Standing objection |
|---|---|---|---|
| 30. | Hattie Dotson memo | DISC 001276 | Standing objection |
| 31. | Roger Hilfiger letter to Magistrate Judge Shreder dated 1/17/2006 | DISC 003726-28 | |
| 32. | Roger Hilfiger letter to Magistrate Judge Shreder dated 2/17/2006 | DISC 003890-91 | |
| 33. | Roger Hilfiger letter to Office of Federal Public Defender dated 12/29/2005 | DISC 003892-95 | |
| 34. | Psychological Evaluation – Risk Assessment of Kenneth Barrett by Jeanne Russell, Ed.D. | DISC 006820-30 | Standing objection |
| 35. | Risk Assessment of Kenneth Barrett by Jeanne Russell, Ed.D. | DISC 008227-43 | |
| 36. | Kenneth Barrett Driving Record | DISC 006901-03 | Standing objection |
| 37. | Psychological Evaluation of Kenneth Barrett by Kathy LaFortune, Ph.D. | DISC 001644-48 | Standing objection |
| 38. | Handwritten notes | DISC 007414-36 | Standing objection |
| 39. | Handwritten notes | DISC 000895 | Standing objection |
| 40. | Handwritten notes | DISC 001191-96 | Standing objection |
| 41. | Handwritten notes | DISC 004757-68 | |
| 42. | Steve Leedy Memo | DISC 008304-06 | Standing objection |
| 43. | Letters from Roseann Schaye | DISC 008273-97 | Standing objection |
| 44. | OIDS Expert Service Providers Fee Schedule Table | DISC 002382-420 | |
| 45. | Phyllis Crawford memo | DISC 001264 | Standing objection |
| 46. | Roger Crawford memo | DISC 001265 | Standing objection |
| 47. | OIDS Interoffice Memo re: Tracy Swearingen | DISC 001966) | Standing objection |
| 48. | Tommy C. Sanders memo | DISC 001360 | Standing objection |
| 49. | OIDS Interoffice Memo | DISC 001013-23 | Standing objection |
| 50. | Kenneth Barrett BOP file | | Relevance/ |
| 51. | Psychological Evaluation of Kenneth Barrett by J. Randall Price, Ph.D. | | Standing objection/Motion in Limine Doc * |
| 52. | Psychiatric Evaluation of Kenneth Barrett by Steven E. Pitt, D.O. | | Relevance |
| 53. | Any and all data, notes, or communications with counsel regarding Petitioner's mental health expert witnesses | Pending receipt | Objection as Work Product; no objection to providing raw data to qualified expert |

The Government reserves the right to utilize Petitioner's exhibits for impeachment or to refresh recollection.

F.   Anticipated length of evidentiary hearing:

Nine (9) days (March 13-17, March 30, 31, April 1, 3).

Dated: March 3, 2017

Respectfully submitted,

/s/ David Autry
DAVID AUTRY, OBA #11600
Attorney at Law
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669
dbautry77@gmail.com

HEATHER E. WILLIAMS
Federal Defender
/s/ Joan M. Fisher
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-6666
(916) 498-6656
Joan_Fisher@fd.org

MARK F. GREEN
United States Attorney
Eastern District of Oklahoma

/s/ Christopher J. Wilson
CHRISTOPHER J. WILSON, OBA #13801
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5175
(918) 684-5150
chris.wilson@usdoj.gov

/s/ Jeffrey B. Kahan
JEFFREY B, KAHAN, PaBN #93199
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F. Street, NW 6th Fl.
Washington, DC 20530
jeffrey.kahan@usdoj.gov

19

## CERTIFICATE OF ECF FILING AND DELIVERY

I, hereby certify that on March 3rd, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  A Notice of Electronic Filing will be sent via the Court's ECF system to the following counsel of record for the Petitioner/Appellant:

Mr. Jeffrey B. Kahan at jeffrey_kahan@usdoj.gov

Mr. Christopher J. Wilson at Chris.Wilson@usdoj.gov

/s/ *Joan M. Fisher*
JOAN M. FISHER