**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:       dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar # 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:       Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,

             Petitioner,

vs.

UNITED STATES OF AMERICA,

             Respondent.

CASE NO. CV-09-00105-JHP

# EXHIBIT G

**TO PETITIONER'S SUR-REPLY
TO THE GOVERNMENT'S REPLY
TO PETITIONER'S RESPONSE IN OPPOSITION
TO THE GOVERNMENT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**

**CAPITAL HABEAS CASES FILED IN THE EASTERN DISTRICT OF OKLAHOMA
BETWEEN JANUARY 1, 1998 AND MARCH 2009**

| | CASE | FILED DATE & DOC. # | ON FORM | COUNSEL |
|---|---|---|---|---|
| 1 | *Battenfield v. Ward*, 6:98-cv-00036-JHP<br>*Battenfield v. Gibson*, 236 F.3d 1215 (10th Cir. 2001). | 6/15/1998 (Doc. #16); Appendix filed 6/15/1998 (Doc. #17); denied without briefing, argument or hearing of any kind 5/5/1999 (Doc. #28) | No, per counsel, but contained all info req'd by form, contained brief, over 25 pages, appendix included exhibits | Robert Jackson<br>Steve Presson<br>10-20-09 |
| 2 | *Johnson v. Gibson*, 6:98-cv-00072-FHS-JHP<br>*Johnson v. Gibson*, 10th Cir. Case No. 99-7089, 2000 WL 1158335 (10th Cir. 8/16/2000) | 7/16/98 (Doc. # 11); State court appendix filed separately 5/1/98 (Doc. 8); response filed 9/30/98 (Doc. 18); reply filed 11/2/98 (Doc. 22); petition denied 6/29/99 (Doc. 30) | No, per counsel.  Separate motions for discovery & record expansion.  Denied after reply w/o fact-development. | Randy Bauman,<br>FDP CHU |
| 3 | *Johnson v. Gibson*, 6:98-cv-00331-FHS<br>*Johnson v. Gibson*, 254 F.3d 1155 (10th Cir. 2001) | Minute order of 12/1/98 says "all motions to be filed within petition" (Doc. 11); 2/1/99 petition filed (Doc. 12); brief filed separately 2/1/99 (Doc. 14); 3/23/99 response (Doc. 17); 6/30/99 reply (Doc. 24; 12/9/99 order denying (Doc. 30) [10th Cir. reversed and remanded] | No, per FPD CHU attorneys, no CHU case has been filed on form. | Stephen J. Greubel,<br>FPD CHU |
| 4 | *Humphreys v. Gibson*, 6:98-cv-00568-FHS-JHP<br>*Humphreys v. Gibson*, 261 F.3d 1016 (10th Cir. 2001) | 5/18/1999 (Doc. #11); Order denying filed 3/30/2000 (Doc. #24) after response and reply | No, per counsel, cites cases, 81 pages | Chris Eulberg<br>405-232-3450<br>10-21-09 |
| 5 | *Cummings v. Gibson*, 6:99-cv-00447-FHS-KEW<br>*Cummings v. Sirmons*, 506 F.3d 1211 (10th Cir. 2007) | Denied 8/11/2006, 2006 WL 2434462 | Apparently not.  Eulberg said he'd never used the form.  Neither district court opinion nor 10th Cir. opinion mentions. | Chris Eulberg<br>405-232-3450<br>10-21-09 |
| 6 | *Snow v. Gibson*, 6:00-cv-00070-FHS<br>*Snow v. Sirmons*, 474 F.3d 693 (10th Cir. 2007) | 7/31/2000 (Doc. #13); with appendix filed same day (Doc. # 14). | No, per counsel.  Not mentioned in 10th Circuit opinion. | Vicki Wernecki<br>10-20-09 |
| 7 | *Delozier v. Gibson*, 6:00-cv-00102- | 8/31/2000 (Doc. #18), withdrawn and | No, per counsel and docket entries | Randy Bauman |

| | CASE | FILED DATE & DOC. # | ON FORM | COUNSEL |
|---|---|---|---|---|
| | JHP-KEW<br>*Delozier v. Sirmons*, 532 F.3d 1306 (10th Cir. 2008) | supplemented on 10/10/2000 (Doc. # 23); appendix filed 10/10/2000 (Doc. #24); on 10/20/2003 JHP granted motion to amend with recent authority (Doc. ##48, 49) | on legal authority.  Not mentioned in 10th Circuit opinion. | 10-20-09 |
| 8 | *Braun v. Keating*, 6:00-cv-00371-MB-JHP | 7/18/2000 (Doc. #3), appendix filed 7/18/2000 (Doc. 4) [This appears to have been a successor filed under warrant.] | n/a | Benjamin McCullar<br>405-214-2889 |
| 9 | *Phillips v. Gibson*, 6:01-cv-00045-JHP-KEW | 10/1/2001 (Doc. #18); Mot. Leave to Amend (post exhaustion) (Doc. #37); Order granting leave to amend (Doc. #40); Amendment to Pet. filed 4/15/2004 (Doc. #43) | No, counsel said it was a "brief" | Gregory W. Laird<br>405-632-6668<br>10-22-09 |
| 10 | *Taylor v. Workman*, 6:01-cv-00252-JHP-KEW<br>Opinion denying relief:  2007 WL 778043<br>*Taylor v. Workman*, 554 F.3d 879 (10th Cir. 2009). | 11/29/2001 (Doc. #14)[included request for evidentiary hearing]; 3/12/2007 Order denying petition & request for hearing (without briefing) (Doc. #32).  Although District Court opinion notes it was improper under Rule 2 for petitioner to name Attorney General as respondent, there is no other mention of rule or form. 2007 WL 778043 at *1 | No, per Randy Bauman. | Randy Bauman |
| 11 | *Hammon v. Gibson*, 6:01-cv-00253-FHS-KEW | 12/18/2001 (Doc. #18); 12/18/2001 separate mot expand record (Doc. #19); 2/13/2002 response filed; [Case dismissed after petitioner sentenced to life based on *Atkins v. Virginia*] | No, per counsel. | Kristi Christopher, Scott Braden, Vicki Werneke |
| 12 | *Wackerly v. Sirmons*, 6:01-cv-00567-FHS-KEW<br>*Wackerly v. Workman*, 580 F.3d 1171 (10th Cir. 2009) | 5/7/2002 (Doc. #19), appendix filed same day (Doc. #20), mot. expand record filed same day (Doc. #22); 7/15/2002 order granting mot. to expand for purpose of determining whether P entitled to evid hr'g; 8/7/2002 response; 9/13/2002 reply | Not mentioned in opinion 2007 WL 963210, or appeal. | James T. Rowan<br>405-239-2454<br>Joseph Wells<br>405-942-8800 |

| | CASE | FILED DATE & DOC. # | ON FORM | COUNSEL |
|---|---|---|---|---|
| 13 | *Murphy v. Mullin*, 6:03-cv-00443-RAW-KEW | 3/5/1004 (Doc.14); Amended Petition Removing unexhausted claims filed 9/10/2004 (Doc. #34); 2nd Amendment filed 12/28/2005 (Doc. #54) [not on form; includes points and authorities; requests hearing & briefing; is 46 pages long; list of exhibits; no verification]; 8/1/2007 opinion denying relief does not mention form of petitions | No, per counsel | Kristi Christopher |
| 14 | *Duty v. Mullin*, 6:05-cv-00023-FHS-SPS | 7/28/2005 (Doc. #32) | No, per counsel | Randy Bauman |
| 15 | *Ryder v. Mullin*, 6:05-cv-00024-JHP-KEW | 9/13/2005 (Doc. #13); Suppl. Auth filed 3/21/2006 contains argument (Doc. 21) | No, per counsel | Randy Bauman |
| 16 | *Derosa v. Mullin*, 6:05-cv-00213-JHP-SPS | 12/23/2005 (Doc. #17); Attachments filed 12/23/2005 (Doc. #18); Response filed 3/22/2006 with attachments (Doc. #19). | No, per counsel | Patti Palmer Ghezzi (FPD) |
| 17 | *Barrett v. USA*, 6:09-cv-00105-JHP | | Yes, per order of the court. | |