**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:        dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar # 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

CASE NO. CV-09-00105-JHP

# EXHIBIT H
**TO PETITIONER'S SUR-REPLY
TO THE GOVERNMENT'S REPLY
TO PETITIONER'S RESPONSE IN OPPOSITION
TO THE GOVERNMENT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**

## DECLARATION OF JOAN M. FISHER

I, Joan M. Fisher, a person over eighteen (18) and competent to testify, declare as follows:

1.  I am an Assistant Federal Defender for the Federal Defender's Office of the Eastern District of California.  With attorney David Autry of Oklahoma City, Oklahoma, I represent Movant/Petitioner, Mr. Kenneth Barrett.  I have represented Mr. Barrett since 2009.

2.  The rows in Exhibit 92 of the Amended Joint Pre-Hearing Statement that name Echols as the source for the documents, named him because he was the original source of the documents, not because post-conviction counsel obtained the documents directly from Echols.  As stated in paragraph 4 of Mr. Hilfiger's declaration, he obtained Mr. Echols's boxes from Mr. Echols's house shortly after Mr. Echols withdrew from the case. In a telephone call following the exchange of Exhibit 92, I explained to the government that the "Echols's boxes" came from Mr. Hilfiger.

I declare, under penalty of perjury as provided in the laws of the United States of America, that the foregoing is true and correct and based on my personal knowledge.

Executed by me this 6th day of March 2017 in the City of Sacramento, Sacramento County, California.

1

 _/s/ Joan M. Fisher_____
Joan M. Fisher

2