**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT**, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | |
| v. | ) | Case No. CV-09-00105-JHP |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

**GOVERNMENT'S UNOPPOSED MOTION FOR PARTIAL CONTINUANCE OF
EVIDENTIARY HEARING**

COMES NOW the United States of America, by and through undersigned counsel and respectfully submits this motion for a partial continuance of the evidentiary hearing currently calendared for March 27, 2017.

**PROCEDURAL HISTORY**

On appeal from the denial of relief under 28 U.S.C. § 2255, the Tenth Circuit Court of Appeals remanded this case for an evidentiary hearing to determine whether Barrett's trial attorneys ineffectively failed to investigate and present evidence about the defendant's background and mental health. *United States v. Barrett*, 797 F.3d 1207, 1232 (10th Cir. 2015). On December 6, 2016, Judge Payne ordered the hearing to commence on March 13, 2017. On February 24, 2017, Judge Payne indicated his expectation that the hearing would require no more than five days of court time. Doc 361 at 14. On March 8, 2017, in response to a defense motion to reconsider an order bifurcating the hearing, Judge Payne continued the proceeding to March 27, 2017, and transferred it to this Court.

1

The government's retained mental health experts have scheduling conflicts for the week of March 27, and for several weeks thereafter. Based on the government's dialogue with Barrett's counsel, it appears that none of the other listed witnesses for the hearing have existing commitments. Accordingly, the government respectfully requests that this Court maintain March 27, 2017, as the beginning of the hearing but continue its conclusion to June 12, 2016, or later, to permit the testimony of Dr. Randall Price and Dr. Steven Pitt. David Autry, counsel for Mr. Barrett, was consulted via telephone and advised the Petitioner has no objection to the government's requested relief.

## ARGUMENT

### THE COURT SHOULD CONTINUE THE CONCLUSION OF THE EVIDENTIARY HEARING TO PERMIT THE TESITMONY OF THE GOVERNMENT'S MENTAL HEALTH EXPERTS

To accommodate the schedules of its retained mental health experts, the government respectfully moves this Court to begin the evidentiary hearing as scheduled, but to continue its conclusion to at least the second full week in June.

The law commits the scheduling of evidentiary hearing to the sound discretion of the district courts. *See Creech v. Arave*, 928 F.2d 1481, 1495-96 (9th Cir. 1991) (citing *Ungar v. Sarafite*, 376 U.S. 575, 589 (1964)), *rev'd on other grounds, sub nom, Arave v. Creech*, 507 U.S. 463 (1993); *Estock v. Lane*, 842 F.2d 184, 189 (7th Cir. 1988).

In this case, good cause supports the government's request to continue only that portion of the evidentiary hearing necessary to accommodate Dr. Price and Dr. Pitt. The government had prepared to go forward with its two experts during the week of March 13, 2017. Both witnesses had cleared their schedules and made travel plans. Given Judge Payne's expressed expectation to complete the hearing within five days, the government believed it could present

the witnesses before the end of the week.  When Judge Payne entered his order delaying the hearing by two weeks, the government contacted the experts to inquire about their availability.

Dr. Price is currently scheduled to testify in as many as three Texas trials during the week of March 27.  He is scheduled to appear at a hearing in Washington D.C. during the week of April 3, 2017, and has a pre-paid vacation the week of April 10th.  Thereafter, Dr. Price is scheduled to testify at two trials during each of the three successive weeks -- April 17, April 24, and May 1, 2017.  Dr. Price has a scheduled vacation from May 8 until he testifies again on May 30, 2017.  He is calendared to testify in two trials during the week of June 5, 2017, but has a clear schedule for the remainder of June and July.

Dr. Pitt is currently scheduled to testify at a post-conviction relief hearing on March 30, 2017.  He has a scheduled vacation from March 31 to April 6, 2017.  He is supervising a medical student between April 10 and April 25, 2017, and cannot leave the student unsupervised.  He is providing a medical school lecture on April 21, 2017, and is on vacation from April 26 to April 29, 2017.  From May 1 to May 5, 2017, Dr. Pitt is once again supervising a medical student.  He is scheduled to attend an educational meeting from May 19 to May 24, 2017, and is hosting international guests on May 30, 2017.

While Dr. Pitt has somewhat more flexibility than Dr. Price, and could potentially testify the week of May 8, 2017, the government believes it would be more efficient to present the witnesses contiguously.  The government expects that each witness's testimony will complement the other, and it will assist the Court to hear them close in time.  Additionally, several of the attorneys in this case are based out of state and must travel long distances to appear.  It would more cost effective to expend public funds for a single trip to and from Oklahoma.

## CONCLUSION

Based on the foregoing, the government respectfully urges this Court to continue the conclusion of the evidentiary hearing to at least June 12, 2017.

Dated: March 10, 2017:

Respectfully submitted,

MARK F. GREEN
United States Attorney
Eastern District of Oklahoma

/S/ *Christopher J. Wilson*
CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/S/ *Jeffrey B. Kahan*
JEFFREY B. KAHAN, PaBN #93199
Trial Attorney, Capital Case Section
U.S. Dept. of Justice
1331 F Street, NW; 6th Fl.
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

## CERTIFICATE OF ECF FILING AND DELIVERY

I, hereby certify that on March 10, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  A Notice of Electronic Filing will be sent via the Court's ECF system to the following counsel of record for the Petitioner/Appellant:

Mr. David B. Autry dbautry44@hotmail.com
Ms. Joan M. Fisher Joan_Fisher@fd.org
Mr. Tivon Schardl Tim_Schardl@fd.org

/s/ *Christopher J. Wilson*
CHRISTOPHER J. WILSON
Assistant United States Attorney

5