**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar # 2854
Assistant Federal Defender
Federal Defender's Office of Eastern District of California
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone:  (916) 498-6666
Facsimile:  (916) 498-6656
Joan_Fisher@fd.org

Attorneys for Petitioner
KENNETH EUGENE BARRETT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | **CAPITAL CASE** |
| | ) | |
| Petitioner, | ) | CASE NO. CV-09-00105-JHP |
| | ) | |
| vs. | ) | PETITIONER'S NOTICE OF |
| | ) | AVAILABILITY OF RUTH |
| UNITED STATES OF AMERICA, | ) | HARRIS TO TESTIFY |
| | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

NOTICE IS HEREBY GIVEN that Ruth Harris, a witness in the evidentiary hearing

scheduled to commence March 27, 2017, will be available to testify at the evidentiary hearing

commencing March 27, 2017.

1

Petitioner's Notice of Availability of
Ruth Harris to Testify                                    *Barrett v. U.S.A.*, No. CV-09-00105-JHP

The Second Amended Joint Pre-Trial Statement filed on March 7, 2017 (Doc. 387) is hereby supplemented and amended to give notice that, despite serious health concerns, Ruth Harris is available to testify.  As indicated in the Second Amended Stipulated Joint Pre-hearing Statement, Ruth Hariis's testimony is summarized in her declaration (6:09-cv-00105, Doc 71, Exh. 93) and supplemental declaration (Doc 178, Exh 212). (Doc. 387 at 4, ¶ D(a)(33)).

DATED: March 14, 2017                    RESPECTFULLY SUBMITTED,

                                         /s/  David Autry
                                         DAVID AUTRY
                                         Attorney at Law

                                         /s/ Joan M. Fisher
                                         JOAN M. FISHER
                                         Assistant Federal Defender

                                         Attorneys for Petitioner
                                         KENNETH EUGENE BARRETT

**CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY**

This is to certify that on this 14th day of March, 2017, I caused the foregoing Petitioner's Notice of Availability of Previously Unavailable Witness: Ruth Harris to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record.  To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

                                         /s/ Joan M. Fisher
                                         JOAN M. FISHER

Petitioner's Notice of Availability of
Ruth Harris to Testify                              *Barrett v. U.S.A.*, No. CV-09-00105-JHP