**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:        dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar # 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>                            Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                            Respondent. | **CAPITAL CASE**<br><br>CASE NO. CV-09-00105-JHP<br><br>PETITIONER'S UNOPPOSED MOTION TO UNSEAL TRANSCRIPT OF 10/20/05 HEARING AND BRIEF IN SUPPORT |

## MOTION

Petitioner, Kenneth Eugene Barrett, moves the Court for an order unsealing the transcript of the budget hearing that took place on October 20, 2005, in case No. CR-04-105-JHP (hereinafter "October 20 budget hearing"). The government does not oppose this Motion. The reasons for this request are set forth in the attached Brief.

Petitioner's Unopposed Motion to
Unseal Transcript of 10/20/05 Hearing
and Brief in Support                    1

*Barrett v. United States*
OK-ED, No. CV-09-109-JHP

**BRIEF**

**A.    Background**

On July 24, 2009, the government filed a Motion to Unseal various motions, orders, reports and proceedings in this case, including the transcript of the October 20 budget hearing that dealt with, among other issues, budgetary matters related to Mr. Barrett's trial. (Doc. 52 at p. 3). The government stated that it needed that information "to facilitate a full and meaningful review of Barrett's claims of ineffective assistance." (Doc. 52 at p. 2).

On September 9, 2009, this Court granted in part and denied in part the government's motion. With respect to the transcript of the October 20 budget hearing the Court stated:

> The Government also requests to unseal a "Sealed Hearing 10/20/05." A review of the docket sheet and Vol 11 of 27 of the Transcript of Proceedings held on October 20, 2005 establish that the courtroom was sealed following presentation of evidence to the jury and a hearing was held outside the presence of the jury. The transcript of this hearing, however, was not sealed. *See*, Doc. 339 filed in *United States v. Kenneth Eugene Barrett*, Case No. CR-04-115-JHP.

(Doc. 67 at p. 2, fn.1). Accordingly, the transcript of the 10/20/05 hearing was not addressed in the Court's resolution of the government's Motion.

It appears, however, that there is still a portion of the transcript of the October 20 hearing that remains sealed. The docket entry for 10/20/05 in Case No. CR-04-115-JHP states as follows:

> FURTHER JURY TRIAL: Government present by U.S.Attorney Sheldon Sperling, and Asst.U.S.Atty. D.Michael Littlefield. Government agents Darren Lane and Ben Rosser also present. Defendant BARRETT present in person and by appointed counsel Roger Hilfiger and Bret A. Smith. (Before Hon. James H. Payne. Courtroom Deputy PB. Court Reporter GE. Law Clerk DG) All parties present with counsel. Jury in box. Further Government's Evidence. At afternoon break Government requested Sealed Hearing, outside of jury. ENTERING ORDER releasing jury until 9:00 a.m. on 10/21/05, with counsel to report for sealed hearing at 8:30 a.m. on 10/21/05. (JHP) SEALED HEARING: Outside of hearing of jury. Govt. Counsel present. Deft. Present with counsel. Govt. Requested courtroom be sealed, and same has been done. Arguments of counsel

Petitioner's Unopposed Motion to
Unseal Transcript of 10/20/05 Hearing
and Brief in Support                                                          2

*Barrett v. United States*
OK-ED, No. CV-09-109-JHP

regarding testimony of witness Charles Sanders. Court directs further action by counsel and then report to Court at 8:30 a.m. on 10/21/05 as to their findings and agreements, if any. Government requests Court to enter Findings of Fact regarding the Batson issue. Court directs Govt. To submit Proposed Findings by close of business on Monday, 10/24/05. Defense counsel asks for further sealed hearing regarding budget matters. Government and defendant excused. (Full minutes in sealed envelope attached to Minute Sheet for this trial. )(JHP) **FURTHER SEALED HEARING: Defense counsel Roger Hilfiger and Bret Smith present**. Court Reporter, Courtroom Deputy, Law Clerks and Court present only. Statements of counsel and orders of Court. (Full minutes in sealed envelope attached to Minute Sheet for this trial) (JHP) (pyb, Deputy Clerk) Modified on 12/05/2005 (Entered: 10/22/2005)

The bolded portion of the docket indicates that there were two separate sealed proceedings that took place on October 20, 2005. The *second* sealed hearing on budgetary matters with defense counsel only.

In its November 2009 Order the Court indicated that the transcript of the sealed hearing(s) was set forth at Doc. 339 CR-04-115. The entry in Doc. 339 is the transcript of Volume 11 of the trial transcript. While that transcript contains the proceedings that took place in the first sealed hearing regarding witness Charles Sanders, it does not contain the Minutes or the transcript of the second sealed hearing concerning budgetary matters. The final lines of Volume 11 of the trial transcript makes that clear:

> THE COURT:   I'll excuse the counsel for the Government and and ask that the CSOs keep the  -- after the Government leaves, keep the courtroom sealed. The Defendant may also be excused at the Marshal's pleasure.
>
> (Whereupon, a record was made in the case that the reporter was instructed was not part of this transcript, after which the Proceedings were continued to October 21, 2005).

Doc. 339 at p. 238, CR-04-115-JHP.

Petitioner's Unopposed Motion to
Unseal Transcript of 10/20/05 Hearing
and Brief in Support                          3

*Barrett v. United States*
OK-ED, No. CV-09-109-JHP

**B.      Argument**

At the time the government filed its Motion to Unseal, this Court stated that "[a]s a general rule, all criminal judicial proceedings should be open to the public." (Doc. 67 at p. 2 (citations omitted)). The Court further stated, citing Local Rule 79.1, that it is the policy of this Court that sealed documents are disfavored. (Doc. 67 at p. 3). With specific respect to budgetary matters, this Court cited the Criminal Justice Act (CJA) to find that attorneys' fees should be disclosed with the exception of certain enumerated exceptions. (Doc. 67 at p. 3-4 (citations omitted)).

This Court found there had been an implied waiver of attorney-client privileged or work-product protected matter such that the government, under the fairness principle, had a right to see such material for the limited purpose of defending against Mr. Barrett's ineffective-assistance claim. (Doc. 67 at p. 6). In light of the materials this Court did order disclosed, subject to a protective order, it would seem that but for inadvertent error, this Court would have ordered a limited release of the October 20 budget hearing.

Mr. Barrett now urges the Court to release this information, i.e., the minutes and transcripts of the October 20th Budgetary Hearing, subject to the same protective order, in order to assist his current counsel at the upcoming hearing. There is no reason that the Court should deny the disclosure of this information. In the interests of due process, Mr. Barrett has the right to a complete record of the case for purposes of this hearing.

**C.      Certificate of Counsel**

On Friday, March 17, 2017 Petitioner's counsel sought the position of the government in regard to this Motion.  On this date, Petitioner's counsel was advised by Assistant United States Attorney Christopher Wilson that Respondent does/does not oppose the Motion.

Petitioner's Unopposed Motion to
Unseal Transcript of 10/20/05 Hearing
and Brief in Support                                                4

*Barrett v. United States*
OK-ED, No. CV-09-109-JHP

## CONCLUSION

For the foregoing reasons, Mr. Barrett respectfully requests that the Court enter an Order unsealing the transcript of the 10/20/05 hearing in 04-CR-115-JHP.

DATED this 21st day of March, 2017

RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY

/s/ *Joan M. Fisher*
JOAN M. FISHER

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY

This is to certify that on this 21st day of March 2017, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record.  To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ *Joan M. Fisher*
JOAN M. FISHER

Petitioner's Unopposed Motion to
Unseal Transcript of 10/20/05 Hearing
and Brief in Support                    5                    *Barrett v. United States*
OK-ED, No. CV-09-109-JHP