# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENCE BARRETT, )
 )
   Petitioner, )
 )  No. 6:09-CV-00105-JHP
 v. )
 )
UNITED STATES OF AMERICA, )  NOTICE OF APPEARANCE
 )
   Respondent. )

To the Clerk of this Court and all parties of record:

Petitioner, KENNETH EUGENE BARRETT, by and through undersigned counsel,

hereby notifies the Court and all parties that Assistant Federal Defender Karl Saddlemire will

appear as co-counsel with David Autry, Joan Fisher, and Tivon Schardl for Mr. Barrett in Case

No. 6:09-CV-00105-JHP.

Mr. Saddlemire is admitted or otherwise authorized to practice in this Court. The Judges

of the Eastern District approved his admission, as per notification dated March 17, 2017.

DATED: March 24, 2017   HEATHER E. WILLIAMS, Cal. Bar No. 122664
       Federal Defender

     By: /s/ Karl Saddlemire
       KARL SADDLEMIRE, CA Bar No. 275856
       Assistant Federal Defender
       Office of the Federal Defender, Eastern District of
        California
       Capital Habeas Unit
       801 I Street, Fourth Floor

Sacramento, CA 95814
Telephone:      916-498-6666
Fax:            916-498-6656
Karl_Saddlemire@fd.org

/s/ David B. Autry
DAVID B. AUTRY, OBA No. 11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:   405-521-9600

/s/ Tivon Schardl
TIVON SCHARDL, FLA Bar No. 73016
Assistant Federal Defender
801 I Street, 4th Floor
Sacramento, California 95814
Telephone:   916-498-6666

/s/ Joan M. Fisher
JOAN M. FISHER, IDA Bar No. 2854
Assistant Federal Defender
801 I Street, 4th Floor
Sacramento, California 95814
Telephone:   916-498-6666