**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar # 2854
Assistant Federal Defender
Federal Defender's Office of Eastern District of California
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
Joan_Fisher@fd.org

Attorneys for Petitioner
KENNETH EUGENE BARRETT



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | **CAPITAL CASE** |
| | ) | |
| Petitioner, | ) | CASE NO. CV-09-00105-JHP |
| | ) | |
| vs. | ) | PETITIONER'S NOTICE |
| | ) | OF PRESENTATION OF |
| UNITED STATES OF AMERICA, | ) | ADDITIONAL EXHIBITS |
| | ) | 96-101 |
| Respondent. | ) | |
| | ) | |

NOTICE IS HEREBY GIVEN that Petitioner Kenneth Eugene Barrett offers the following

additional six exhibits, numbered exhibits 96-101, to the Court to be presented at the hearing to

commence March 27, 2017. These exhibits should be added to the list of Petitioner's exhibits set

forth in the Second Amendment Joint Pre-Trial Statement filed on March 7, 2017 (Doc. 387). The

exhibits are as follows:

Petitioner's Notice of Presentation of
Additional Exhibits 96-101

*Barrett v. U.S.A.*, No. CV-09-00105-JHP

| Number | Exhibit |
|--------|---------|
| 96 | American Bar Association – Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases |
| 97 | American Bar Association Standards for Criminal Justice Providing Defense Services |
| 98 | Declaration of Iva Hines |
| 99 | Declaration of Roger Crawford |
| 100 | Declaration of Judy House |
| 101 | Declaration of Gary Nelson |

DATED: March 27, 2017                    RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY
Attorney at Law

/s/ *Joan M. Fisher*
JOAN M. FISHER
Assistant Federal Defender

Attorneys for Petitioner
KENNETH EUGENE BARRETT

## CERTIFICATE OF SERVICE AND DELIVERY

This is to certify that on this 27th day of March, 2017, I hand delivered the foregoing

Petitioner's Notice of Presentation of Additional Exhibits 96-101 to Christopher J. Wilson,

AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record.

/s/ *Joan M. Fisher*
JOAN M. FISHER

2

Petitioner's Notice of Presentation of
Additional Exhibits 96-101

*Barrett v. U.S.A.*, No. CV-09-00105-JHP