**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| **v.** | ) | |
| | ) | Case No.    CIV-09-105-JHP |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Date:       3/27/2017 |
| Respondent. | ) | |
| | ) | Time:       9:04 a.m. - 10:56 a.m. |
| | ) |            11:12 a.m. - 12:11 p.m. |
| | ) |            1:01 p.m. - 4:02 p.m. |
| | ) |            4:16 p.m. - 4:45 p.m. |

**MINUTE SHEET - EVIDENTIARY HEARING**

Steven P. Shreder, Judge    D. Graham, Law Clerk    K. Sidwell, Reporter
                            K. Davis, Law Clerk     FTR - Courtroom 4
                            N. Davis, Deputy Clerk

**Petitioner present with Counsel:** David B. Autry and Joan M. Fisher
**Counsel for Respondent:** Jeffrey B. Kahan and Christopher J. Wilson

**MINUTES:** Petitioner's evidence. Petitioner requests Rule of Sequestration be invoked. No objection from Government. GRANTED (SPS). Petitioner's evidence continues. ENTERING ORDER continuing hearing to 3/28/2017 at 9:00 a.m. (SPS)

Total Time: 6:21