# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT )
)
    Petitioner, )
)    Case No. 09-CV-00105-JHP
v. )
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

## GOVERNMENT'S MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S DISCOVERY ORDER

Exhibit 2

(Redacted)

1

**CONFIDENTIAL ATTORNEY WORK PROJECT**

**To:**    Kenneth Barrett file
**From:**  Roseann Schaye
**Date:**  August 23, 2000
**Re:**        Kenneth E. Barrett
**DOB:**   ███.
**SSN:**   ████████

Kenny Barrett remains in the Sequoia County Jail. I visited him there for 3 hours. We were taken to a small courtroom and were seated at a table there. A guard was in the room with us and remained there throughout the interview. He was within hearing distance, which definitely had an effect on the interview. Kenny did discuss some of his life with me during that visit.

In 2nd grade, the principal whipped Kenny. Even so, he liked school until about 5th or 6th grade. Kenny was also whipped as punishment by both of his parents. His father's whippings left more of an impression and he feared his father more. After he completed 9th grade in Indiana, he came back to Sallisaw, but not to school. He began working and continued using drugs. It was when Kenny was 16 or 17 that he began to use methamphetamine. He continued working and started repairing cars for friends.

When Kenny was about 13 or 14, he began using drugs both in Sallisaw and in Dunkirk where he lived for a year with his father and stepmother. Kenny said that he had to repeat the 8th grade here and was placed in a LD class and was whipped frequently by the principal. After that year, Kenny went to Indiana for 9th, and to live with his dad. He would smoke marijuana daily and drink alcohol on weekends. He thought that he began using drugs to cope better, and avoid feelings of irritability. He also was less aggravated with people. At the time, he thought drugs helped him with his short temper. He does say that currently, his sobriety is positive. He now believes a major difference in being high and being sober is that his temper is more controlled when he is sober.

As a youth, Kenny described a typical day as being awakened by his mother. He has no clear memory but thinks that she probably made breakfast for him and his brothers. He shared a room with Richard. They took the bus to school and would get there early enough to play basketball outside with other boys. After school, he walked home with two friends, Tommy Taylor and James Rowe. Mother was not at home when Kenny got there. The only teacher that Kenny recalled was his auto mechanics teacher in Indiana. During his 9th grade year in Indiana, Kenny had difficulties getting along with his stepmother, Dianne. He found her too controlling. He says that he was raised around guns and hunted with his father. He has continued to hunt and enjoys it. He missed his father when his father left the family. It was very difficult because his father hardly visited. Recently, Kenny did not see his father for 5 or 6 years before his arrest. He is aware that he harbors some resentment toward his father.

When Kenny was 16 or 17, he was arrested for a traffic-related offense and taken to the sheriff's office. He was making a phone call and ended up getting beaten by the police and deputies. Apparently the beating was very bad and his mother called the FBI to investigate. There were two people that were helpful and forthcoming about this: Mike Brewer, a medic and Meredith Chase, a dispatcher. Kenny believes they may have lost their jobs over this.

Kenny married Abby when he was 18 and they remained married for 14 years, but the relationship was fraught with problems. He believes that they were both too young, but she was pregnant with T███  He was unfaithful to Abby and she would leave him. Then he would beg her to return. It was during this time when Kenny tried to kill himself and nearly succeeded. He was intoxicated and went to his mother's and got a rifle. He put it to his chest and leaned on it and fired. He was placed in a psychiatric facility after he recovered physically but it was a short stay. They placed him on Elavil for a while. Kenny stated that he was not sure why he tried suicide. He was intoxicated at the time and tended to have a very depressed type of anger when he drank. Soon after this, Kenny left Abby again. Finally she refused to have him return

and he moved in with his mother. T███ came to visit on and off. Abby and Kenny were married 14 years when they were divorced. Kenny stopped drinking alcohol following the divorce.

According to Kenny, he was hospitalized in psychiatric facilities two additional times. Once he was court ordered into Eastern State Hospital in Venita, Oklahoma. Another time, he felt totally overwhelmed and was fearful of what he might do. He went for help in Wagner, Oklahoma at the hospital there.

When T██ was 18, he wanted to drop out of school. Kenny and Abby agreed that T██ could move out to his father's if he agreed to finish his senior year. At that time, Kenny was a recluse as he felt harassed by the police. He said that whenever he would be seen in town, the police would pull him over and put him up against the car. Kenny decided to remain at home and friends would bring him what he needed. He built the little house that he lives in with materials he found laying around as he was not going to be caught in town again.

Kenny said that the police wanted him to make some buys from his friends which he refused to do. An hour or so before the shooting, Tony Sells brought him some red phosphorous. Earlier in the week, a special investigator from the District Attorney's Office went to Kenny's house and subpoenaed him for a delivery charge and told him he was going for arraignment. That is why he is so shocked that the police served the warrant in such a violent manner since they knew where he was.