**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT )
)
    Petitioner, )
)     Case No. 09-CV-00105-JHP
v. )
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

**GOVERNMENT'S MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S
DISCOVERY ORDER**

Exhibit 4

(Redacted)

1

**CONFIDENTIAL ATTORNEY WORK PROJECT**

**To:**    Kenneth Barrett file
**From:**    Roseann Schaye
**Date:**    August 24, 2000
**Re:**    ████████████████████████████

**DOB:**
**SSN:**    ████████████████████████████

Ernie Barrett and I met in his mobile home, which was very attractive and extremely well kept. He had been using his weight bench outside when I arrived and asked if I could interview his wife first, which I did. Ernie brought us both iced teas at the onset of that interview. When Doris and I had completed our interview, Ernie then came in and we talked. The following are my impressions of that interview.

When Kenny was born, Gelene worked at Walgreen's and a neighbor cared for Kenny. Gelene stopped working after a couple of years and stayed home. As a child, Kenny was extremely hyperactive and into everything. Ernie described him as a beautiful child who was intelligent but never was interested in school. When Kenny was in elementary school in New Jersey, a teacher spanked Kenny so often that Gelene went to the school to protest. Kenny was a fearless child. He was also moody and would take his model cars and destroy them. Kenny was very interested in guns as is Ernie. He taught the boys to shoot when they were very young. Ernie believes that Kenny is the finest shot in the county as is Ernie. He and the boys would go hunting and fishing whenever they had a chance. Ernie taught Kenny to swim by throwing him in deep water.

Regarding discipline, Ernie said that Gelene was the primary disciplinarian. She would whip the boys with a belt and usually because she was mad, rather than as a consequence. He describes Gelene as having a very bad temper and that she yelled a lot. He thinks that she is bitter and resentful. Ernie could not recall disciplining the boys but imagines he probably spanked them. Ernie admits that he was not faithful to Gelene and that he gambled a lot, however still was responsible. When Gelene joined the Jehovah's Witnesses, Ernie said he was driven away from her. He does admit slapping her twice which blackened both of her eyes and broke her nose.

They were separated several times and Gelene would return to Sallisaw to her family. The divorce totally devastated Kenny. He and Gelene had separated many times previously. Ernie believes that the way that the boys found out that their parents were divorcing was that Gelene never went back to Ernie. Ernie would take the boys deer hunting and fishing after the divorce during his visitation. Ernie admits he had a problem with alcohol. He says that he drank at bars and would go home to sleep. He is aware that this may have had some impact on the boys. Ernie believes that the boys' maternal grandfather started them on mescaline, which was their first hallucinogen.

Kenny lived with Ernie and his wife at the time, Diana Kay Wilson Barrett, who was a teacher. Kenny did well that year. Stephen would stay with Ernie during the summers regularly. Kenny didn't live with his father again until he was an adult. The first time Kenny separated from Abby, he asked his dad if he could live with him and if Ernie would help get him a job. Ernie got Kenny a job in the glass plant where Ernie was working. Kenny was a very good worker, but worked for only two months and quit during the middle of the shift to return to Sallisaw. He did this on another occasion as well. Ernie and Kenny had a rift in their relationship, partly because of Kenny's lifestyle. Ernie made it clear that if Kenny were sober, he would be happy to have a relationship. This didn't occur until Kenny was arrested. The way Ernie and Doris found out about the shooting was by a neighbor calling them when it was being televised on the news.

Ernie Barrett
Page 2

Ernie spoke briefly about his own childhood. He was pulled out of school to go to work. His father was a violent drunk. Ernie left home at age 16 because his father came home one night and picked up a heavy file and laid Ernie's shoulder open with it. Ernie is the oldest child although his parents lost 3 children at birth prior to Ernie. The next child is Ike, then Linda (Riley) and Gary. Other than the alcohol, he recalls no other substance abuse or mental illness in his family. He believes that Gelene's sister, Carolyn has had some mental problems.