## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | Case No. 09-CV-00105-JHP |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### GOVERNMENT'S MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S DISCOVERY ORDER

Exhibit 5

(Redacted)

1

**CONFIDENTIAL ATTORNEY WORK PROJECT**

**To:**      Kenneth Barrett file
**From:**   Roseann Schaye
**Date:**    September 4, 2000
**Re:**         Phyllis Crawford
**DOB:**
**SSN:**
**Address:**

**Phone:**

On August 23, 2000, I interviewed Phyllis Crawford, Kenneth's maternal aunt. Her husband Roger was present during the interview. They invited me into their trailer, which is nicely kept and appeared to be in good repair. It was obvious that they took very good care of their home. The following are impressions of my visit.

Phyllis said that she and her siblings were raised on the property where they currently live. She recalled that her father was a heavy drinker and generally wanted to fight when he was inebriated. The father's relatives were drinkers as well. According to Phyllis, her paternal uncle had a nervous breakdown, just as two of her sons have had. One of her sons uses drugs and the other has struggled with a drinking problem.

According to Phyllis, her mother raised her children to be very closed. They rarely discussed their lives with others. Although Phyllis says that much of this rearing does apply to her life, she also believes that she has overcome much of it. Her mother disapproved of her father's drinking which he would hide from her. One of the mother's cousins suffered a brain tumor. Phyllis recalls no other mental problems on that side of the family.

In describing Kenneth as a child, Phyllis said that he was extremely hyperactive. She believes that his parent's divorce was very difficult for Kenneth. She thinks that Kenneth wanted to be very close to his father, that he needed his father. Unfortunately, the father was rarely available and Kenneth missed him a great deal. Phyllis said that Kenneth still affects her as an 11-year-old boy. He would always act as though he was very tough, but would break down and cry easily. She has never been afraid of Kenneth. Her belief is that Kenneth's interest in guns is due to his father who is also a gun collector. She also believes that Kenneth is an excellent mechanic, another shared interest with his father.

In regards to the night of the shooting, Phyllis and her husband were roused by the police and ordered out of their home with their hands raised. Phyllis was told to call Gelene and tell her to also come out with her hands raised. They would not give them information about either Kenneth or T███. They soon found out that T██ was safe. They also told me that the police beat Kenneth following the shooting, mostly kicking him in the head. They said that he looked terrible following the beating.