## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT )
         )
    **Petitioner,** )
         )      Case No. 09-CV-00105-JHP
**v.** )
         )
**UNITED STATES OF AMERICA,** )
         )
    **Respondent.** )

## GOVERNMENT'S MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S DISCOVERY ORDER

Exhibit 6

(Redacted)

1

**CONFIDENTIAL ATTORNEY WORK PROJECT**

**To:**   Kenneth Barrett file
**From:**  Roseann Schaye
**Date:**  October 5, 2000
**Re:**         Kenneth E. Barrett

Kenny Barrett is still being held in the Sequoyah County Jail. We were allowed a two-hour meeting in the small courtroom. A guard was present and within hearing distance throughout the interview. Kenny was dressed in the usual jail attire. He looked very pale, almost pasty. This is likely the result from being denied any daylight for the 14 months he has been imprisoned here. The following are my impressions of that visit.

Kenny's memory is poor, but I asked him to recall what he could, that might be helpful to his case. He recalled a few teachers' names from his schooling in Sallisaw. They are Miss Dodson who taught him 8th grade, Dale Brown who was a PE teacher and Butch Bagley who was his study hall teacher. Kenny believes his mother may recall more names of school personnel that might remember Kenny.

Kenny talked again about his beating when he was about 17 or 18 year of age and held at the Sequoyah County Jail. He remembers that a woman named Duanna White saw him after the beatings.

Some memories that Kenny has of his parents when they were together was of them fighting. Kenny believes they were fighting about his mother's drinking. He also recalls that once his mother left his father for good, they struggled because they were very poor. That made it difficult in school, as he looked different from other children, as did his brothers. He said that his mother was a hard worker, but with 3 sons, it was very difficult to make ends meet.

When Kenny was about 15, he stayed with his Aunt Elnora Long for about a year. He remembers getting along very well there. After his stay with her, however, he was locked up for 3 months. Unfortunately, Kenny's memories are minimal of that time including why he was staying with her to begin with.

Kenny suggested that I get in touch with Thomas Hines who is a builder. Kenny worked for him for a few years and he might be a helpful source of information.

Kenny is still struggling with a skin rash that he believes is caused by a bullet in his hip. According to Kenny, several doctors have said that it needs to come out. Kenny also wants a bond hearing.