**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | Case No. 09-CV-00105-JHP |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**GOVERNMENT'S MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S
DISCOVERY ORDER**

Exhibit 7

(Redacted)

**CONFIDENTIAL ATTORNEY WORK PROJECT**

**To:**      Kenneth Barrett file
**From:**   Roseann Schaye
**Date:**   October 5, 2000
**Re:**                    Sylvia Gelene Dotson
**DOB:**
**SSN:**
**Address:**



**Phone:**

Gelene agreed to meet with me a second time. We met in her neatly kept trailer home. This is located well outside the Sallisaw town limits and next door to Kenny's home. Phyllis Crawford lives on the other side of her trailer. The following are my impressions of that visit.

Gelene told me that all of the boys were born in Joliet, Illinois. When Gelene was pregnant with Kenny, she worked at Walgreen's as a waitress. This continued after Kenny's birth. Lily Garrison cared for Kenny when Gelene was working. Gelene did smoke cigarettes and she drank alcohol in moderation during her pregnancy. Kenny began grade school in Culbertson Elementary in Joliet. He completed 1st and 2nd grades in Plainfield, Illinois at Plainfield Elementary School. The family moved to New Jersey and Kenny did his 3rd grade at Stanhope Elementary in Stanhope, New Jersey. Kenny attended 4th, 5th and part of 6th grades at Lake Hopatcong, New Jersey before returning to Sallisaw.

When Gelene was raised, the family moved a lot. She remembers when her mother was pregnant with Carolyn and the other girls were babies. Gelene was a caretaker of Carolyn and shared a bed with her as they were growing up.

When Gelene was 6 years old, the family moved from Sallisaw into Dwight Mission where her father was the caretaker. There she attended kindergarten through 2nd grade. The school had 6 grades in 1 room and 2 grades in another. The family then moved to Albuquerque, New Mexico where Gelene attended Stronghurst Elementary for the 3rd grade. The family moved again when the father became the caretaker for Presbyterian Orphanage in Farmington, Missouri. Gelene's family lived on a farm at the orphanage and she attended school there from 4th grade through 6th. The family then moved three times in Gelene's 6th grade year. She went to school in Blunt, Oklahoma, Shafter and Maricopa Schools near Bakersfield, California. They remained in Maricopa from the end of 6th through half of 9th when they returned to Sallisaw. Gelene graduated from Sallisaw in 1958. Even with the moves, Gelene always liked school and did well. She remembers playing after school with the girls who lived in the facilities where her father worked. She recalled playing with Lucy Smith at Dwight Mission School.

The children all had chores, but there was no hard work. They helped on the farm. Father disciplined by spanking with a belt and then apologizing after.