# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | Case No. 09-CV-00105-JHP |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## GOVERNMENT'S MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S DISCOVERY ORDER

Exhibit 8

(Redacted)

**CONFIDENTIAL ATTORNEY WORK PROJECT**

**To:**     Kenneth Barrett file
**From:**  Roseann Schaye
**Date:**  October 6, 2000
**Re:**        Ernie Barrett

█████████████████████████

**DOB:**  █
**SSN:**   ██

I met with Ernie for a second visit at his home in Salpulpa. He was home alone so that we had a private interview. Ernie is hard of hearing and reminded me of that at the beginning of our conversation. The following are my impressions of that visit.

Ernie gave me a brief family history of his side of the family. He talked of being very poor when he was young, sometimes going without shoes. Ernie's father was a violent alcoholic who frequently went after family members. Ernie remembers his father trying to stab him on a couple of occasions. The children would run out of the house and hide in the field behind. His father would dry out for 2 or 3 months and then he'd binge for days. Ernie said that his father had only a 3rd grade education and probably drank in an attempt to escape his responsibilities. Ernie's mother stayed home with the children while Ernie was growing up.

Ernie was born near Sallisaw. Soon after the family moved to Marble City where he went to kindergarten and 1st or 2nd grade. Then the family moved to Aikins where Ernie attended 3rd through 8th grade. The family moved 4 different times during this time period, but Ernie remained in the same school. He attended the beginning of his freshman year at Central High School in Akins and then transferred to Sallisaw where he went through the 11th grade. He met his first wife, Gelene in high school. Ernie said that he was very athletic in school and good academically. He even won awards in history and math. After the 11th grade, Ernie moved to Tulsa and learned cabinet making prior to joining the Marines. Following his armed services career, he worked in a glass factory. He was exposed to arsenic and asbestos daily for many years.

Ernie's relationship with Gelene was fraught with difficulties. Gelene drank heavily, much like his father had. They argued about this. Ernie admits that he was unfaithful. He saw his relationship as increasingly troubled. He admits that one time he hit Gelene so hard that he blackened both of her eyes. This was after she had thrown knives at Ernie and cut the front of his shirt. Ernie also became very upset with Gelene when she refused to allow Stephen to have a blood transfusion that was needed following his birth. This was due to her religion, Jehovah's Witness. Ernie felt that she would lose her son for this. The religion definitely got in their way. When Ernie married Doris, Gelene gave Ernie Stephen's birth certificate. She had stricken her own name and wrote Doris' in its place.

Ernie recalled that Kenny would take new toys apart and put them back together when he first received them. He was a good child. There was one time that Kenny stole a real silver dollar daily from Ernie for candy. That is the only time Ernie recalls Kenny doing something bad. Kenny did live with Ernie for a year, which allowed them to have more time together. When Kenny got involved in drugs and alcohol, Ernie was fearful. He told Kenny that as long as he was using, Kenny was no longer welcome in his home. Asked why he is involved now, he said it was his conscience that got him involved.