## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT     )
                           )
     **Petitioner,**              )
                           )     Case No. 09-CV-00105-JHP
**v.**                         )
                           )
**UNITED STATES OF AMERICA,**    )
                           )
     **Respondent.**           )

## GOVERNMENT'S MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S DISCOVERY ORDER

Exhibit 9

1

**CONFIDENTIAL ATTORNEY WORK PROJECT**

**To:** Kenneth Barrett file
**From:** Roseann Schaye
**Re:** Ike Barrett

After some hesitation, Ike agreed to meet with me on 2/14/01. We met at Lesslie's Café in downtown Sallisaw at his request. We were able to be in a large room, but alone so we had privacy. Still, it was somewhat difficult to hear each other. The following are my impressions of that visit.

Ike has spent most of his life in and around Sallisaw. He is a rancher and has a cement business. Ike is one of Ernie's younger brothers. He says that when they were young, Ernie was abusive to him and the other siblings, that he had a mean streak. He would hurt his siblings and then laugh about it. Until recently, Ike did not like the person that Ernie had become.

When the Ernie's boys were young, Ike said that both parents cared only about themselves. The children were often left on their own when they were really too young to fend for themselves. After Ernie's divorce from Gelene, Ernie drove a corvette while his own children had holes in their clothing and shoes. If the boys begged for something from Ernie, he would either tell them to "shut up", or if Ernie was in a bad mood, he would be violent with them. Ernie didn't discipline so much as take his anger out on his boys. As a role model, Ernie was very poor. Ike said that he was dishonest and used women. From Ike's perspective, he saw Gelene as a heavy partier. He believes she spent Ernie's child support on her partying. Ike believes that Gelene is lazy.

Now that Ernie has come around to helping Kenny, Ike believes that it is too little too late. He wonders about Ernie's commitment to Kenny as Ernie has always been an opportunist.

Ike has concerns about getting involved in any way in this case. He is not sure that Kenny can get a fair trial in Sequoyah County. Ike was asked to sign release forms so that I could get records on him to help build a thorough social history for Kenny. He agreed to take the forms with him and think about sending them. As yet, he has not returned them.