**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,                      )
                                             )
                         Petitioner,         )
                                             )
v.                                           )
                                             )    Case No.    CIV-09-105-JHP
UNITED STATES OF AMERICA,                    )
                                             )    Date:       3/28/2017
                         Respondent.         )
                                             )    Time:       9:02 a.m. - 11:00 a.m.
                                             )                11:17 a.m. - 12:11 p.m.
                                             )                1:20 p.m. - 3:20 p.m.
                                             )                3:33 p.m. - 4:57 p.m.

## MINUTE SHEET - EVIDENTIARY HEARING

Steven P. Shreder, Judge        D. Graham, Law Clerk          K. Sidwell, Reporter
                                K. Davis, Law Clerk           FTR - Courtroom 4
                                N. Davis, Deputy Clerk

**Petitioner present with Counsel:**  David B. Autry, Tivon Schardl, and Joan M. Fisher
**Counsel for Respondent:** Jeffrey B. Kahan and Christopher J. Wilson


**MINUTES:** Petitioner's evidence continues. Court addresses Government's Motion to Compel (Dkt. Entry #401). Government reurges motion; Petitioner's Response; Court GRANTS Motion to Compel (Dkt. Entry #401). Petitioner directed to obtain files forthwith and produce any unprivileged documents; Petitioner to prepare detailed privilege log as to all remaining documents.

Petitioner's counsel, Tivon Schardl, advises Court that files discussed during examination of Dr. George Woods, that were obtained from Dr. Faust Bianco, have been provided to Government on Government's request.

Court inquires as to whether documents provided to Government during examination of Jack Gordon on 3/17/17 were previously produced. Court directs Petitioner to provide any unproduced Roseann Schaye reports to Government.

Government presents for Court's consideration a Stipulation of Fact relating to Peter Rausch's Ph.D. Court accepts stipulation and directs it be filed of record.

ENTERING ORDER continuing evidentiary hearing until 3/29/2017 at 9:00 a.m. (SPS)


Total Time: 6:16