IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

**FILED**

MAR 28 2017

PATRICK KEANEY
Clerk, U.S. District Court

By _____
Deputy Clerk

KENNETH EUGENE BARRETT    )
                          )
        Petitioner,       )
                          )    Case No. 09-CV-00105-JHP
    v.                    )
                          )
UNITED STATES OF AMERICA, )
                          )
        Respondent.       )

## STIPULATION OF FACT

For purposes of the evidentiary hearing scheduled to commence on March 27, 2017, in the above-captioned case, the parties, by and through undersigned counsel, hereby stipulate as follows:

1

## STIPULATION

Peter Rausch, Ph.D. is a forensic psychologist. After completing his graduate school classwork at the University of Western Michigan, but before finishing his doctoral dissertation, he worked as an intern with Oklahoma Indigent Defense System. During that internship, he prepared the memorandum identified as Government's Exhibit 42.

Respectfully submitted this 28th day of March, 2017:

DAVID AUTRY, OBA #11600
Attorney at Law
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669
dbautry77@gmail.com

HEATHER E. WILLIAMS
Federal Defender

JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-6666
(916) 498-6656
Joan_Fisher@fd.org

DOUGLAS A. HORN
Acting United States Attorney
Eastern District of Oklahoma

CHRISTOPHER J. WILSON, OBA #13801
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5175
(918) 684-5150
chris.wilson@usdoj.gov

JEFFREY B, KAHAN, PaBN #93199
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F. Street, NW 6th Fl.
Washington, DC 20530
jeffrey.kahan@usdoj.gov