**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| **v.** | ) | |
| | ) | Case No.    CIV-09-105-JHP |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Date:    3/29/2017 |
| Respondent. | ) | |
| | ) | Time:    9:13 a.m.  - 11:27 a.m. |
| | ) | 11:49 a.m. - 12:06 p.m. |
| | ) | 1:02 p.m.  -  2:30 p.m. |
| | ) | |

## MINUTE SHEET - EVIDENTIARY HEARING

Steven P. Shreder, Judge          D. Graham, Law Clerk          K. McWhorter, Reporter
                                  K. Davis, Law Clerk           FTR - Courtroom 4
                                  N. Davis, Deputy Clerk

**Petitioner present with Counsel:**  David B. Autry, Tivon Schardl, and Joan M. Fisher
**Counsel for Respondent:** Jeffrey B. Kahan and Christopher J. Wilson


**MINUTES:** Petitioner's evidence continues.

Government provides additional exhibits to Petitioner and Court; Government's exhibits #'s 54-62.

Petitioner's counsel, David Autry, advises Court that Petitioner's witness, Jeanne Russell, is ill and requests that her testimony be continued to the June evidentiary hearing.  No objection from Government.  Court approved the resetting of Jeanne Russell's testimony to June, 2017 evidentiary hearing.


ENTERING ORDER continuing evidentiary hearing until 3/30/2017 at 10:30 a.m. (SPS)


Total Time: 3:59