**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| **v.** | ) | |
| | ) | Case No.    CIV-09-105-JHP |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Date:    3/30/2017 |
| Respondent. | ) | |
| | ) | Time:    10:35 a.m. -  12:12 p.m. |
| | ) |        1:06 p.m.  -   2:53 p.m. |
| | ) |        3:15 p.m.  -   3:21 p.m. |
| | ) | |

## MINUTE SHEET - EVIDENTIARY HEARING

Steven P. Shreder, Judge        D. Graham, Law Clerk        K. McWhorter, Reporter
                                K. Davis, Law Clerk         FTR - Courtroom 4
                                T. Stephens, Deputy Clerk

**Petitioner present with Counsel:**  David B. Autry, Tivon Schardl, and Joan M. Fisher
**Counsel for Respondent:** Jeffrey B. Kahan and Christopher J. Wilson

**MINUTES:** Government's evidence commences. Petitioners evidence to resume in June 2017.

ENTERING ORDER continuing evidentiary hearing until 6/12/2017 at 9:00 a.m. (SPS)

Total Time: 3:30