IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,            )
                                   )
    Petitioner/Defendant,          )
                                   )    Case No. CV-09-00105-JHP
  v.                               )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
    Respondent/Plaintiff.          )

## GOVERNMENT'S UNOPPOSED MOTION TO SEAL EXHIBITS

**COMES NOW** the United States of America, by and through undersigned counsel and respectfully moves this Court to issue an order sealing exhibits 1 through 8 and 10 of its Motion to Compel (Doc. 401).

## PROCEDURAL HISTORY

Following the denial of § 2255 relief in this capital case, the Tenth Circuit Court of Appeals denied relief as to all guilt-phase issues, but remanded for an evidentiary hearing to determine whether trial counsel ineffectively failed to investigate and present evidence about Barrett's background and mental health. *United States v. Barrett*, 797 F.3d 1207, 1232 (10th Cir. 2015). During the course of the hearing, which commenced on March 27, 2017, the government received several reports that had been sent by the defense to a witness to refresh his recollection. The reports prompted the government to file a motion to compel discovery (Doc. 401), and it attached the documents as exhibits.

On April 5, 2017, a Court employee notified the government that the exhibits to the motion contained personal data identifiers that should have been redacted. The government now

1

moves to seal the offending exhibits – numbers 1 to 8 and 10.  It will move, under separate cover, to file substitute exhibits with appropriate redactions.

When reached by e-mail, Barrett's attorneys did not opposed this motion.

## **ARGUMENT**

### **THE COURT SHOULD SEAL THOSE UNREDACTED EXHIBITS THAT VIOLATE THE PRIVACY POLICY**

As noted, the government erroneously attached nine exhibits to its motion to compel that included personal identifying information of certain individuals.  In view of the Court's prohibition on such public filings, the government now moves to seal the documents.

Local Civil Rule 5.3 requires litigants to "refrain from including, or shall partially redact where inclusion is necessary . . . personal data identifiers."  Having inadvertently violated the rule, the government seeks to remedy the situation and respectfully urges the Court to seal those exhibits to Docket entry 401 that contain personal identifying information.  The government will offer substitute exhibits with appropriate redactions under separate cover and apologizes for an inconvenience occasioned by its oversight.

## CONCLUSION

Based on the foregoing, the government respectfully urges this Court to grant the

unopposed motion to seal exhibits.

Dated: April 5, 2017:

Respectfully submitted,

DOUGLAS A. HORN
Acting United States Attorney
Eastern District of Oklahoma

/S/ *Christopher J. Wilson*
CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/S/ *Jeffrey B. Kahan*
JEFFREY B. KAHAN, PaBN #93199
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW; 6th Fl.
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

## CERTIFICATE OF ECF FILING AND DELIVERY

I, hereby certify that on April 5, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  A Notice of Electronic Filing will be sent via the Court's ECF system to the following counsel of record for the Petitioner/Appellant:

Mr. David B. Autry dbautry44@hotmail.com
Ms. Joan M. Fisher Joan_Fisher@fd.org
Mr. Tivon Schardl Tim_Schardl@fd.org

/S/ *Jeffrey B. Kahan*
JEFFREY B. KAHAN, PaBN #93199
Trial Attorney, Capital Case Unit