# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | Case No. 09-CV-00105-JHP |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## GOVERNMENT'S MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S DISCOVERY ORDER

Exhibit 1

(Redacted)

## CONFIDENTIAL ATTORNEY WORK PROJECT

**To:**      Kenneth Barrett file
**From:**   Roseann Schaye
**Date:**   August 22, 2000
**Re:**      T████ W███ B████
**DOB:**    ████████
**SSN:**    ████████
**Address:**  ████████

**Phone:**  ████████

Following a telephone call to T████, he agreed to meet with me at my hotel room. He was dressed casually and neatly. He seemed eager to talk with me and spent at least an hour discussing his family. The following are my impressions of this visit.

T████ was very forthcoming in talking about his family and his life. He was educated in the public school system in Sallisaw, OK. His mother had him held back in the first grade. He continued through the 11th grade, but dropped out rather than finishing high school. He is aware that he can focus better now than he could while he was in school and talked about getting his GED and even attending junior college. He is no longer using drugs for which he seemed proud.

T████ talked at length about his father and that he has a great deal of love for him. He also discussed how strenuous it was living with his father. T████ was glad when his parents divorced when he was about 14 years old. His father was often very difficult to understand. T████ described a man who has dramatic mood fluctuations and who showed behaviors consistent with an individual who has severe emotional responses to child abuse. His father was very unpredictable. T████ believes that his father may have some type of chemical imbalance. T████ mentioned that his father was a patient at the state psychiatric facility on two occasions.

During the interview, T████ said that he understood that his father's childhood was quite unhappy. Kenneth's father disciplined him severely. T████ thinks that may be part of the reason that Kenneth is so unpredictable. T████ said that it is possible that Kenneth's father is so involved now, as he wants to try to overcome earlier problems in their relationship and perhaps guilt.