**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | Case No. 09-CV-00105-JHP |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**GOVERNMENT'S MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S
DISCOVERY ORDER**

Exhibit 3

(Redacted)

1

## CONFIDENTIAL ATTORNEY WORK PROJECT

**To:**    Kenneth Barrett file
**From:**  Roseann Schaye
**Date:**  August 23, 2000
**Re:**    Sylvia Gelene Dotson
**DOB:**
**SSN:**
**Address:**

**Phone:**

Sylvia "Gelene" Dotson is the mother of Kenneth Barrett. She agreed to be interviewed in her home which is just next door to Kenneth's house. The home is about 10 miles outside of the town of Sallisaw. She lives in a trailer that appeared to be very neatly kept. The following are impressions of that visit.

Gelene was born in Sallisaw and began and ended school in Sallisaw. The family moved frequently. She attended 1st and 2nd grades at Dwight Mission School. Stronghurst School in Albuquerque was where she attended 3rd grade. The family was in Farmington, Missouri while she was in 4th and 5th grades. She attended 4 different schools during her 6th grade year in Missouri and then Maricopa and Bakersfield, California. The family stayed at the latter through the beginning of 9th grade until they returned to Sallisaw. This is where she met her first husband. Gelene married Ernest Barrett on July 8, 1960 in Stillwell, Oklahoma. Soon after, Ernest found a job in Joliet, Illinois where the couple moved. Gelene said that while she was pregnant with Kenneth he was most active baby. She said that he never stopped moving. Kenneth was born in Joliet and was a very difficult baby. Not only was he colicky, but he was extremely active. This intense level of activity continued throughout Kenneth's childhood. As a toddler, he had to go to the hospital for several different incidences. His stomach was pumped twice when each time, he managed to climb to a top cabinet and ingest baby aspirins once and ex-lax the second time. Gelene also rushed him to the hospital when he pulled a bag of groceries off of the table and a large can fell on his head.

From the outset of Gelene's marriage to Ernest, he was unfaithful to her. This caused Gelene to leave him frequently. From Kenneth's 3rd year until his 5th, they were separated. Gelene and the boys lived with another woman who had 2 boys of her own. The parents got back together about the time that Kenneth began school. Gelene stated that he did well in kindergarten and first and he knew how to read prior to beginning school. In second grade, though when the other children were learning to read, they taught phonics and Kenneth never grasped it. He continued in school but never did as well as he had in the early years. The family moved to Stanhope, New Jersey for a few months and then to Lake Hopatcong, New Jersey when Kenneth was 8 or 9. During this time, Gelene and Ernest had an extended separation when Ernest lived with another woman. Whenever they separated, Gelene would come back to Sallisaw. The two were finally divorced in 1972 or 1973 on the grounds of adultery. Gelene and her boys returned to Sallisaw. Kenneth seemed to have a very difficult time when his parents divorced, as he wanted so much to be with his father. Unfortunately, his father had very little contact with him during that time.

Gelene believes that Kenneth became a follower with the wrong crowd in 8th grade. He lost interest in school. He failed the 9th grade. To repeat that year, he went to live with his father and stepmother in Dunkirk, Indiana. It is unclear whether or not he passed the year. When he returned from his father's, he was very rigid and unwilling to participate in the family structure. He enrolled in school but perhaps because he did not understand social cues, did not fit in. Gelene then told him he had to get a job, which he did at the local racetrack. He stopped working there as soon as school got out.

Something quite traumatic happened to Kenneth, according to his mother, when he was 16 or 17. He was arrested for "hot rodding" and while in jail, was severely beaten by the police. He was never taken to a doctor, however the mother reported this to the FBI. She believes some of those trying to help Kenneth lost their jobs over the incident.

CONFIDENTIAL Attorney Work Product
Sylvia "Gelene" Dotson

By the time Kenneth was 18, he was working on pipelines and oil rigs and seemed to keep these jobs more readily then he later would. He impregnated and married Abby at this time. Gelene knows little about their marriage, but she believes that it was very unhappy. On one occasion, Kenneth became so filled with despair over Abby leaving him again, that he tried to kill himself and nearly succeeded. He shot himself just missing his heart. Gelene blames Ernest for this as he allowed their youngest son, Stephen to have a gun at her house which was generally not allowed. She believes that if no gun were there, none of this would have happened. Gelene does find Kenneth to have intense emotions and dramatic mood fluctuations. Most of the time when Abby and Kenneth would separate, he would return to Gelene's home.

Gelene is currently working as a Habilitation Trained Specialist for People Incorporated. She took this part time job after Kenneth was arrested because she could not keep her mind on her work. She has no significant other in her life, however she has had two additional serious relationships. She married Paul Dudley in 1982 or 83, but the marriage only lasted 3 years. Following their divorce, he was murdered in Las Vegas.

Most of Gelene's family lives nearby. Her father died 3 or 4 years ago. Her mother is still living in a nearby trailer. Gelene has family members who have a history of mental illness and are currently medicated. Gelene's father was a very heavy drinker and may have been an alcoholic.

2