**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | Case No. 09-CV-00105-JHP |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**GOVERNMENT'S MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S
DISCOVERY ORDER**

Exhibit 10

(Redacted)

**CONFIDENTIAL ATTORNEY WORK PROJECT**

**To:**  Kenneth Barrett file
**From:**  Roseann Schaye
**Date:**  October 4, 2000
**Re:**  Linda Riley
**DOB:**
**SSN:**
**Address:**



**Phone:**

I met with Linda Riley, Ernie's youngest and only living sister, in Ft. Smith, Arkansas. We met in her home which was a very nicely kept middle class house. The neighborhood was also well-kept and very attractive with flowers on a boulevard, etc. Linda was very forthcoming and the following is my assessment of the interview.

Linda was very involved with Kenny the first time that Gelene left Ernie and came back to Sallisaw. Gelene and the two boys lived with Kenny's paternal grandparents. Gelene was extremely depressed at that time, according to Linda. She said that Gelene was unable to get out of bed for the entire winter. Richard was about 9 months old at that time. He would stay in bed with his mother all day. Often, no one changed his diapers. Kenny wandered around the house being mostly on his own. According to Linda, her father was a terribly abusive drunk who spent many days passed out. He was at his worst when Kenny lived there. Sometimes the grandfather wouldn't put any wood in the stove so the house would be very cold and the grandfather would be asleep all day. Kenny's paternal grandmother was away at work all day. Kenny would try and make cereal for himself and he was only 3 years old at the time. Linda described Kenny as being very sad and lonely, even pitiful. She thinks that even then, Kenny felt he was disposable.

Kenny was underweight and Linda's mother took him to a doctor. They discovered a heart murmur. The doctor had her change his diet and Kenny started to do better. Unfortunately the grandfather was verbally abusive toward his wife in front of Kenny. He would tell her that he was going to kill her; that he would cut her head off, and he would do some things such as puncture her tires on her car. Kenny heard this abuse on a deadly basis.

Oftentimes, Linda would come and take Kenny to her house and bathe him and cut his fingernails and toenails as no one else did. She would wash his clothes. She would occasionally keep him overnight. Linda wondered if Gelene even knew that he was gone. Linda also would change Richard's diaper which clearly needed changing. Linda's younger brother Gary was still living at home at that time. He stayed away as much as possible. Most outstanding to Linda was how much this little 3 year old boy missed his father. Kenny would stand on a kitchen chair because he could see out the window. He would tell Linda that his daddy was going to come and get him. Eventually Ernie came and took Gelene and the boys back to Illinois.

When Gelene came back the next time, she would take time to do projects with the boys. She did scream at them a lot, according to Linda. When Ernie and Gelene were together, they screamed at each other in front of the children. Gelene would not follow through on her threats. Kenny was much more distant when the family came back the next time (without Ernie). He was also rowdy at that time.

Linda remembers that Kenny had his own room and would proudly display his models that he made. Stephen, who was just a toddler would come into Kenny's room and destroy them. Kenny would ask his mother to get Stephen out of his room. She'd yell at Stephen but take no action. Linda never saw Kenny as mean or aggressive. She could not recall a time when Kenny took anything away from his brothers. Linda thinks now that Kenny had no control over anything. Kenny wanted to live with his father who didn't want him. Kenny could never live up to Ernie's expectations. She believes that is probably why he

**Confidential Attorney Work Project**
Linda Riley

got involved in drugs. It gave him a sense of control. She remembers that he would sometimes destroy his own models with a hammer. She believed that this too, was to master some control in his life.

Gelene became a Jehovah's Witness prior to Stephen's birth. Because of her beliefs, Gelene refused to sign paperwork for Stephen to get a transfusion although he was Rh factor. Linda thinks that finally destroyed the marriage of Ernie and Gelene as Ernie believed that she would sacrifice her own child rather than get him the medical care he needed. Yet Ernie left the boys in Gelene's care. Ernie would return to Sallisaw and sometimes not see the boys. Linda thinks that the boys knew he was there. Ernie did always pay child support, although sometimes late. Gelene would give the boys each a few dollars when she got Ernie's check so that they could buy whatever they wanted. The boys knew that Ernie was paying support. Gelene did try to stop the boys from getting Christmas gifts but Linda told her that the family members were going to give the boys gifts.

When Kenny was a young teenager, he was very difficult to control. As a result, Gelene refused to have him live in her home. For a few months, Kenny lived with his great aunt, Elnora Long. She is Linda's mother's half sister. Even then, Ernie did not take Kenny.

When Linda's mother died, all hope for the boys died too, as far as Linda is concerned. The paternal grandmother was the best advocate the boys had. After Linda's mother died, she was out of touch with her brothers for awhile. Linda describes her father as having mental problems. He was a very mean man.

Linda and Gelene were good friends during the times that they both lived in Sallisaw. Gelene liked to party. They had a lot of fun together. When Linda moved to Ft. Smith she returned only one time to see Gelene. Linda feels very uncomfortable in Sallisaw. She believes that there is too much dishonesty at high levels.

When Ernie got involved with Doris, she pushed her own children on Ernie, and pushed his away. When Kenny was using heroine, instead of being there to help him, Ernie kicked Kenny out of his life at that time. This was probably not the first time that Kenny felt that he had been kicked out of his father's life. Linda believes that Kenny never thought that Ernie loved him. Additionally, Richard was Gelene's clear favorite and she often scape-goated Kenny.

2

**CONFIDENTIAL ATTORNEY WORK PROJECT**

**To:**    Kenneth Barrett file
**From:**  Roseann Schaye
**Date:**  May 24th & 25th, 2000
**Re:**    Kenneth E. Barrett
**DOB:**   █████████████
**SSN:**   █████████████

On both May 24th and 25th, I was allowed private visits with Kenny. Initially, we began our first interview in the large courtroom, but were interrupted by a meeting and moved to one of the small courtrooms. The second day we met again in the small courtroom. Kenny was wearing the usual jail attire. During these interviews, the jailer stood outside the room with the door closed. The following are my impressions of those visits.

Kenny is very anxious to get going on his trial. He does not understand why nothing seems to be happening. On one level, he seems to understand that the length of time is helping him, however on another level, he thinks he should be out of jail and is afraid he has been forgotten. Part of the problem for Kenny is that his father has told him that both the search warrant and the no knock warrant were ruled illegal. He doesn't understand how he could still be held. He still feels quite sure that his bullet is not the one that killed the DPS officer. He has read the law books available to him at the jail and it is clear to him that in no way does his shooting constitute murder, even if it was his bullet that killed the officer. He is holding himself together by the positive belief that he will get out of jail and not serve any prison time.

We discussed who might be the snitch that the sheriff's department is covering. There were only three people at his house the night before the shooting. One was Debby Thompson who is currently in McCloud. Kenny said that he was told that she was going to set him up, but he really does not believe that it was she. He did say that she might have hidden some syringes in his house, because he was quite sure he had gotten rid of the ones that were there previously. Donna Johnson was also there and she is also in the Oklahoma Prison System, although Kenny does not know where. Finally, Scotty Spear was also there and Kenny does not know him well so there is some potential with Scotty. Kenny really wonders if there is a snitch at all. It seems to him that if there was, the police would have been more careful because they would have known that T██████ was living there.

Kenny did talk about growing up and his problems with his mother. He is quite sure that she has always favored Richy. Kenny gave many examples about doing helpful things for her throughout a day, and that same night she was in his face about how he never did anything for her. Richy has, in the past, held a gun to his mother's head, but he can still do no wrong. Kenny said that his relationship with his mother has always been filled with turmoil. He believes that she resents him but is not sure why. His mother is a heavy drinker and by evening, she is an angry person. She turns her anger toward Kenny. He has had trouble with this since he was young. He recalls arguments his parents had about his mother's drinking. When Kenny was 13 or 14 years old, his mother would frequently come home after partying and awaken Kenny. She'd ask him to roll her and her boyfriend a joint and smoke it with them. They frequently got high together. Gelene came home with men but there were only a few boyfriends that she would bring home.

Kenny admitted that he would go into his room and destroy things because it gave him some sense of control. His brother Stephen was much younger and would get into Kenny's things, breaking them. Kenny would just finish the job. It also gave him some release when there was nothing else he could do. He doesn't remember ever hitting his brothers. He would break models that he built instead. It seems that there was very little structure in his life. His mother took virtually no control after his father left. Prior to that, Kenny said things were very different. His father did have control and there was structure, primarily because the boys were fearful of their father, so they followed the rules. Kenny knows that he was very hyper and constantly needed to be doing something. That's why he loves it outdoors; there is always something to do. He has always loved hunting and fishing and has been doing it as long as he can remember. These were activities that his father taught him.

Kenny is also a self-taught mechanic and says that he can fix anything – not just cars. When he was little and would get a new toy, the first thing he would do was to take it apart and see how it worked. Then he'd put it back together. Kenny said that his reputation in town is that if something can't be fixed, take it to Kenny and he probably can fix it. He has always been good with his hands. Even his house, which is not finished, was built with whatever materials were available, but it was built correctly.

We talked about the early abuse that Kenny experienced at the hands of the sheriff and that I had reached Meredith Chase. She was the dispatcher at the jail at that time, but has no recollection about the beating. Kenny believes that she just doesn't want to get involved. He gave me other names of people to find who did see him following the beating and will remember it.

We discussed what Carolyn Joseph had told me about trying to get help for Kenny. He says that she is remembering things that did not happen. He believes that she is "crazy" and told me that she has been hospitalized at Sparks.

Kenny's first experience with liquor was when his father brought home a bottle of Jack Daniels whiskey and cigarettes and cigars. Richard had been smoking cigarettes and Ernie thought that both boys had been smoking. In an effort to teach them a lesson, he had them drink and smoke. Kenny got high, but Richard got sick. Even so, Kenny didn't drink again for a long time. He knows that his problems with Abby were all liquor related. Kenny takes full responsibility for the demise of his relationship with Abby. He treated her badly when he was drunk. He would go out to get bread and not come back for 10 days. When he and his mother were both drinking, things would rapidly deteriorate. After he and Abby had broken up, he stopped drinking and has not had any liquor since. His methamphetamine use began as a crutch to get over Abby. The break up of their relationship was incredibly painful to Kenny. During the time of the break up, Kenny began using many drugs. Friends would help him when he was using too much.

Kenny stopped going into town because he was embarrassed by the constant harassment by the police. He was always stopped and paraded in front of oncoming traffic so that people could see that it was Kenny who had been stopped. This occurred whether or not he was the driver. When he had enough of this treatment, he withdrew and people would come to see him. The police would set up roadblocks in an effort to get Kenny, even when he had stopped going to town. Things became very bad when Kenny refused to "rat out people", which the county attorney's office had asked him to do. Kenny believes that is when the law became very angry and went after him.

**CONFIDENTIAL ATTORNEY WORK PROJECT**

To:      Kenneth Barrett file
From:    Roseann Schaye
Date:    May 23, 2001
Re:                    Sylvia Gelene Dotson
DOB:
SSN:
Address:

Phone:

This was the third interview that I had with Gelene Dotson. We met once again at her trailer outside the town of Vian. She is caring for her great nephew who is developmentally delayed. He was asleep throughout the interview. The following are my impressions of our visit.

Gelene was very frustrated that Richard had been arrested a few days prior. He was charged with possession of drugs and altering a VIN number. He does not own a vehicle, however and neither she nor Richard understand this charge. She said that the drug enforcement police came to Kenny's house and surrounded it. They had a search warrant so they went inside. After just a couple of minutes they came out and told Gelene and Richard that they had found what they wanted. Richard swears up and down that he had no drugs or paraphernalia whatsoever. Gelene implied to the police that they planted any drugs they had there. Richard had apparently thought he would be arrested on some warrants from Osage County. These address child support and visitation with his daughter. When he realized the police were after something else, he ran, but was apprehended. During our visit, Richard called Gelene to tell her that his bond was now set at $150,000. Gelene said that the article in the paper mentioned Kenny. She thinks that the reason for that is to smear the Barrett name before potential jurors for Kenny's trial.

Gelene said that she has been thinking about Kenny's early life. She recalls that he was born with some kind of bump on his head. The doctor told her that it was nothing to worry about and would be gone in a year. She couldn't recall what he had called it. She said it was gone in a year or two. She said that I might be able to get help with records by contacting her cousin, Nelda Casey who still lives in Illinois. They both used the same pediatrician so Nelda may know where to locate the doctor. Gelene also stated that she believes that Kenny is a hypochondriac. This likely is a manifestation of his need to be important with her.

Gelene told me that her great grandfather was murdered in Sequoyah County. She said that there is an article in the local newspaper that I agreed to try and locate. She said it happened in July 1925. Gelene believes that violence follows her.

Gelene said that Ernie was only violent one time with her, which was mentioned in previous reports when Kenny was about 2 years old. She does not believe that Ernie is a violent man. She said that when Ernie left her, right after Richard was born, he moved in with another woman and stayed with her for two or three years. That is when she brought Kenny and Richard to Sallisaw and stayed for 10 months. Kenny had an extremely difficult time living without his father. During the time that Ernie was living with the other woman, he continued to see the boys once they moved back to Illinois. Gelene said that Ernie could never see the boys without a woman present. If he didn't bring someone with him, he would badger her into going along.

Gelene spoke to Stephen about why he thought he was so different from Kenny and Richard. Stephen mentioned to her that they are all from the same broken home. Gelene realized that although that was true, Stephen was really not living in the family when the marriage was bad. Kenny and Richard lived through all of the stress and arguing, as well as Ernie moving out and back. Stephen grew up in a single parent household with visits to his father. Ernie did help Stephen with college, but required Stephen to pay him back. Gelene said that Ernie spends a great deal of money, mostly on himself. She believes that Ernie will always live beyond his means.

**CONFIDENTIAL ATTORNEY WORK PROJECT**

**To:**   Kenneth Barrett file
**From:**   Roseann Schaye
**Date:**   October 6, 2000
**Re:**   Tracy Swearingen

Tracy Swearingen is a friend of Kenny Barrett's. She was interviewed in her trailer just outside of Sallisaw. Two friends of hers and Kenny's were present at the time. They are Kenny Howell and Valencial Reed. The following are my impressions of that visit.

Tracy had some knowledge of Kenny's life. She said that he and his brothers were left alone a lot. They were very poor and at one time went without shoes. At the same time, their father drove a corvette. Tracy believes that Kenny felt abandoned by his father who didn't want to be bothered with his sons.

When Tracy became involved with Kenny, she tried to help him work his way back into society and out of his depression. Kenny had no world outside of his front gate. His belongings were everything to him, the only things that he had. His family identified Kenny as the black sheep. His mother clearly favored Kenny's brother, Richard. Tracy helped Kenny get a job with Thomas Hines. She helped him get his driver's license and improve his relationship with T███ She believes that Kenny's self-esteem was improving just before all of this happened.

Tracy, Kenny Howell and Valencial Reed all describe Kenny as someone who was withdrawn into himself. He has always been a very good friend, however. Kenny kept his things extremely neatly. They all resent Richard who they say wants Kenny out of the way so that he can take over Kenny's life.

**CONFIDENTIAL ATTORNEY WORK PROJECT**

**To:**   Kenneth Barrett file
**From:** Roseann Schaye
**Re:**            Carolyn Joseph

████████████████████████████

**DOB:**
**SSN:**

On 2/14/01, I met with Carolyn Joseph at her home in Sallisaw. The home is in a quiet neighborhood. Carolyn is getting ready to sell her home and wants to move into the country so many of her belongings were in boxes. She had been working all day and we met in the evening. The following are my impressions of that visit.

Carolyn stated that she is very concerned about her mother who is now living with her sister Grace. Carolyn had moved into her mother's home until recently but it didn't work out because of her work schedule. Her mother could not be left alone. Grace's home is where her mother chose to live and Grace does not work outside of her home so things will work out well. Her mother will come and visit as much as she likes.

Carolyn has been very worried about Gelene. She says that Gelene drinks too much and she believes that Gelene is an alcoholic. Carolyn and her sisters have all confronted Gelene who refuses to listen. Carolyn was also surprised that during the several months that she lived with her mother, Gelene did not once come to visit. Phyllis did not visit either, but she is clearly very upset about her mother's condition. Carolyn does not understand why Gelene never stopped by.

Some time ago, Carolyn became concerned about Kenny and his drug use. Carolyn offered that she suffers with bipolar disorder and recognized some symptoms in Kenny. She said that she and Gelene met with Kenny in Carolyn's kitchen to confront him about drugs. This did not help. They called the sheriff, asking for help but received none. Carolyn is sure that Kenny did hallucinate and believed that he was constantly under surveillance. Carolyn believes this is due to his drug use and lack of help they received when they called the law enforcement for assistance. According to Carolyn, her daughter, Meredith Lawson wrote a letter to the editor of the Sequoyah Times regarding Kenny following the shooting. It will be important to get a copy of that letter. Carolyn says that it spells out how many times Kenny's family tried to get him help.

**CONFIDENTIAL ATTORNEY WORK PROJECT**

To:     Kenneth Barrett file
From:   Roseann Schaye
Date:   September 4, 2000
Re:              Richard Barrett
DOB:    ███████████
SSN:    ███████████

On August 23, 2000, I interviewed Richard Barrett, Kenneth's younger brother. We met at Kenneth's home, which is a tiny place. On the outside it looks like a shack, but inside it has several rooms, is carpeted and air-conditioned. The electricity comes from Gelene Dotson's house, and there is no plumbing. The following are my impressions of that visit.

Richard was not too forthcoming during our talk. He described his family as one with virtually no problems. He described Kenneth as being adventurous and liking trucks and motorcycles. Richard said his mother disciplined by yelling or whipping and eventually, used grounding to manage the boys' behavior. Richard said that he and Kenneth had physical fights on a daily basis when they were children.

Richard did admit that he himself had legal problems. He was held at a maximum-security facility for 3½ months for 2 assaults with a deadly weapon, incurring forfeiture of bail, and 1st degree burglary. Richard is very bitter about that, as he believes he was arrested for breaking into his own home. Apparently his estranged wife was living in the house and would not let him in. He said that he used his own key to get in. He was released July 31, 1999.

Richard was married at 21, however he left home at 17 for Tulsa. He worked and lived with his father until and following his marriage. He returned to Sallisaw 3 years ago. He was a truck driver for several years. Richard and his ex-wife have a daughter who Richard claims was living with him when he got arrested. He now cannot find her.

As far as his relationship with his brothers, Richard hasn't seen his younger brother in 3 to 5 years. He does not go to visit Kenneth. He sees his mother daily, as she lives just next door. He and his father are currently on poor terms.

## CONFIDENTIAL ATTORNEY WORK PROJECT

**To:**   Kenneth Barrett file
**From:** Roseann Schaye
**Re:**   Elnora Long

On 2/15/01, I met with Elnora Long who is Kenny's great aunt on his paternal side. She lives in the country outside of Sallisaw in a beautiful area. Her home is brick and decorated with a Western theme. We met for a couple of hours and the following are my impressions of that visit.

Kenny came to live with Elnora when he was 16 or 17. This was just after Kenny had been so badly beaten by the sheriff's officers. Elnora said that she got a call to come to the courthouse. Apparently Kenny was in court and neither parent had appeared. Elnora was furious with Ernie and called him to see that he came to court. It was apparent to Elnora that neither parent wanted Kenny. The judge spoke to Kenny privately and then told Elnora that Kenny had asked to come and live at her house. Elnora agreed and Kenny went to live with herself and her two children. On one occasion, Kenny's mother came to visit him. Kenny became very angry with her and was sent to his room. Other than that, Elnora found him to be respectful .

Kenny did not want to go to school so Elnora helped him get a job with the Cherokee Nation's youth program. Kenny cleaned the jail. He did well and was a good worker until he talked his mother into buying him a truck. Once he was no longer relying on Elnora for transportation, he stopped going to work at the jail. Elnora couldn't remember how long Kenny stayed with her, whether it was several months or a year. Once he got the truck, she could no longer handle him and he was taken to the sheriff.

Elnora is very irritated with Ernie. She said that when the boys were young, Ernie would come to her house and stay for a visit. He would call the boys and tell them he was coming to get them and never show up for the visit. Sometimes when Ernie visited, he would not even contact the boys. Elnora believes that Gelene often sent the boys to stay with others so that she could go out and party.