DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:        dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | **CAPITAL CASE** |
| | ) | |
| Movant/Petitioner, | ) | CASE NO. CV-09-00105-JHP |
| | ) | |
| vs. | ) | **PETITIONER'S PRIVILEGE LOG** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Comes now Movant/Petitioner, KENNETH E, BARRETT, by and through his

undersigned counsel, and respectfully submits this log of materials that were not produced in

discovery ordered under Minute Order Doc 406, and the reasons therefor.

The following document has been withheld because (a) it is beyond the scope of discovery authorized, and (b) it contains material protected by the attorney-client and work product privileges as to which there has been no waiver:

- DISC2 page 0088 is a postconviction email from Mr. Barrett's 2255 counsel Tivon Schardl to former second state trial counsel Jack Gordon dated March 3, 2009 regarding with a declaration ultimately filed in the 2255 Motion and is not disclosed because (a) it is beyond the scope of discovery authorized, and (b) it contains material protected by the attorney-client and work product privileges as to which there has been no waiver.

- DISC2 page 0091 is a cover letter from Mr. Gordon to Mr. Barrett's investigator Leonard Post dated April 13, 2016 regarding handwritten notes from the trial related to witness Higgs received during the investigation related to the preparation of a declaration to support the Application for Permission to File a Successor on May 11, 2016 [See *United States v. Barrett,* 04-cr-0115, Doc 435-12] and as such (a) it is beyond the scope of discovery authorized, and (b) it contains material protected by the attorney-client and work product privileges as to which there has been no waiver.

DATED this 21st day of April, 2017

RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY

/s/ *Joan M. Fisher*
JOAN M. FISHER

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY

This is to certify that on this 21 st day of April 2017, I caused the foregoing Privilege Log to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record.  To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ *Joan M. Fisher*
JOAN M. FISHER