DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:     (405) 521-9600
Facsimile:     (405) 521-9669
E-mail:          dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:     (916) 498-6666
Facsimile:     (916) 498-6656
E-mail:          Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KENNETH EUGENE BARRETT, | |
| Petitioner, | CASE NO. CV-09-00105-JHP |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**PETITIONER'S PROFFER OF TESTIMONY**

**DECLARATION OF IVA HINES**

## DECLARATION OF IVA HINES

I, Iva Hines, a person over the age of eighteen (18) and competent to testify, deposes and says as follows:

I am the wife of Thomas Hines who is the owner of Thomas Hines Construction, a company for which I kept the books and did payroll at the time that we employed Kenneth Barrett for approximately two years in the mid-1990s.

At that time, we built two-story tract townhouses, mainly in Arkansas, including Fort Smith, Conway Fayetteville and Benton. Ken had supervisory responsibilities although there was a foreman over him and my husband over both of them.

Ken, mainly framed houses, which included marking the slabs for where the walls would go, using the architect's drawings,

Ken was the hardest worker we ever had. He was a trusted employee, so much so that he was a guest at my family's table on many occasions.

I was contacted by an investigator for Ken's defense, a woman, I would guess around 2000 and I told the gist of the facts contained in this declaration.

I was never contacted by anyone form Ken's federal trial. I do not recognize the name roger Hilfiger or Bret Smith. Had I been asked to testify, I would have testified to the facts contained in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Exceuted this _____1_____ of March 2017, in Sequoyah County, Oklahoma.

Iva Hines