DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:     (405) 521-9600
Facsimile:     (405) 521-9669
E-mail:        dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:     (916) 498-6666
Facsimile:     (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>     Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>     Respondent. | CASE NO. CV-09-00105-JHP |

## PETITIONER'S PROFFER OF TESTIMONY

## DECLARATION OF ROGER CRAWFORD

DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:        dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar # 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CASE NO. CV-09-00105-JHP <br><br> **DECLARATION OF ROGER CRAWFORD** |

I, Roger Crawford, a person over eighteen and competent to testify, mindful of the penalties of perjury, testify to the following:

1.    I am Kenneth Eugene Barrett's uncle by marriage.

2.    If permitted to testify at the evidentiary hearing for Kenneth Barrett scheduled to begin March 27, 2017, I would testify, and do hereby testify, to the following:

1                *Barrett v. U.S.* Case No. 09-00105 _____

*RC*

3.    I am married to Kenny's maternal aunt Phyllis Crawford. I have been married to Phyllis for 57 years.

4.    We live next door to Kenneth's mother, Gelene Dotson and have lived there for approximately 25 years. Gelene is Phyllis's sister.

5.    I have previously submitted three declarations in Kenny's case. They are attached hereto and marked exhibits A, B and C respectively.

6.    I am also the father of Travis Crawford [Travis] who, though he later recanted, testified for the prosecution in Kenny's federal case. Travis is Kenneth Barrett's first cousin.

7.    Travis suffers from serious mental health issues, including a severe anxiety disorder as reflected in his medical records, which are attached as Exhibit D.

8.    I also know Cindy Crawford because she was my daughter-in-law. Cindy Crawford was called by the government as a witness in Kenny's case twice, including at the penalty phase. If I had been asked I could have told the jury that Cindy Crawford was a liar and a thief and that this fact was known to me, our family and to the community.

10.    I accompanied my wife to federal court when she was subpoenaed to testify at Kenny's federal trial. At the last minute Ken's lawyers asked me to substitute for my wife because she was too nervous to testify.

11.    I did not talk with Kenny's defense attorneys until just before they called me to the stand. I did not know what they were going to ask me or why I was being called as a witness.

12.    I was present when my wife Phyllis talked with Kenny Barrett's investigator and when she read and signed the declarations attached as Exhibits E and F. I am also familiar with the contents of the declarations regarding Kenneth Barrett's family history and Phyllis's observations of Kenny, his mother Gelene Dotson and his father Ernie Barrett.

2        *Barrett v. U.S.* Case No. 09-00105 _____ *RC*

13.    I am personally familiar with the matters discussed in my wife's declarations and was present when she read and signed the same under penalty of perjury.  (Exhibits E, F.)

14.    My wife Phyllis Crawford is now suffering from dementia and is unable to testify. At the request of Kenny's investigator, I asked Phyllis's doctor for a letter regarding her health and inability to testify.  It is attached to this declaration as Exhibit G.

I declare under penalty of perjury that this declaration is true and correct to the best of my knowledge.

Executed this 24 day of March 2017 in _Sequoyah_ County, Vian Oklahoma.

_Roger Crawford_
Roger Crawford

3          *Barrett v. U.S.* Case No. 09-00105 ___

# Exhibit A

## DECLARATION OF ROGER CRAWFORD

I, Roger Crawford, declare the following:

I am Kenny Barrett's uncle by marriage. I am married to Phyllis, who is the sister of Gelene Dotson, Kenny's mother. We live next door to Gelene, and Kenny lived next to Gelene on the other side of her house.

My son is Travis Crawford. He is married to Cindy Crawford. I have known Cindy for years. I don't like to talk bad about anyone, but Cindy is a very dishonest person, and has been dishonest and untrustworthy for as long as I have known her. Cindy basically lies about anything and everything, especially if it means she can get something for herself. It is not only my personal opinion that Cindy is very dishonest, but I know that she has that reputation in the community. Cindy has gotten victim protective orders against people that were based on false information, and has even falsely informed on her own family members through the state Department of Human Services.

I am aware that Cindy has worked as an informant for the local police around here to avoid getting into trouble herself for things she has done. When Cindy testified against Kenny Barrett at his federal trial, I believe she was in some type of trouble, as she has been afterwards, but never had to serve a day in jail. My son Travis was also in legal trouble at the time he testified against Kenny Barrett, but he never had to do any jail time, either. I believe that is also true of the other informant witnesses who testified against Kenny.

At the time of Kenny's federal trial, his lawyers did not ask me about my

Page 1 of 6

*RC*

knowledge of Cindy Crawford's dishonesty and reputation for dishonesty. Had they asked, I would have told them the things I said above and would have testified to her dishonesty.

An investigator named Leonard Post interviewed my son Travis on December 11, 2008 at my residence. My wife Phyllis and I were present when Mr. Post interviewed Travis. I recall that Travis told Mr. Post the following during the interview:

Travis told Mr. Post that he is Kenneth Barrett's first cousin on his mother's side of the family.

Travis related to Mr. Post that he and Kenny Barrett used to hunt and fish together, and were close. Travis said he was at Kenny's home practically every day. Travis told Mr. Post that Kenny was very generous to him, and would do anything in the world for him. Travis told Mr. Post that Kenny Barrett liked to help people and rarely left his property. Kenny would eat meals at his mother's house, and sometimes friends would bring him food.

Travis told Mr. Post that he had had a long struggle with drugs and has anxiety and panic attacks. He told Mr. Post that his mind does not work that well. Travis gave the example of going out to his truck to get something, and by the time he gets there, he will have forgotten what it was he was going to get. Travis told Mr. Post that when he gets problems with anxiety, he gets so nervous that he just does whatever it is that comes to mind. Travis told Mr. Post that he was like this as a child as well. As Travis told Mr. Post, and as I know, he is under a doctor's care and is trying to be healthy. Travis told

*RC*

Mr. Post that he was a long term methamphetamine user, and he thinks he would die if he used drugs again. As I am also aware, and as Travis told Mr. Post, Travis was told by his doctor that if he ever shot up drugs again, it would likely kill him.

Travis told Mr. Post that he is aware that his drug use was caused by psychological problems that he has and that he does not understand. Travis told Mr. Post that psychological problems run in his mother's side of the family, something I am also aware of. Travis told Mr. Post that he has three children (our grandchildren), one daughter and two sons. Travis talked about how his oldest child is a grown woman who suffers from bipolar disorder. Travis stated to Mr. Post that in his opinion, one of his sons seems a little slow and is having a hard time. Travis said that his other son, however, is a straight-A student, and Travis hopes that he will turn out alright.

Travis told Mr. Post that he had problems in school and joined the United States Army, trying to straighten himself out. Travis said that he was not able to handle Army life and spent two months in the brig. Travis said he just couldn't keep up with all the rules and was late to formation. It made him feel terrible when people he trained with in the Army made fun of him when they marched by the stockade. Travis told Mr. Post that he got a less than honorable discharge from the Army.

Also when Travis was talking to Mr. Post in front of me and his mother, Travis said that he testified falsely in Kenny Barrett's trial. Travis told Mr. Post that at the time he testified, he was living in so many places and was so strung out, that he did whatever he was told in order to keep out of trouble. Travis told Mr. Post that for several years

Page 3 of 6

*RC*

before Kenny was arrested for shooting the trooper, through Kenny's two state trials and federal trial, and up until about four months before Mr. Post came to talk to him, he had been doing methamphetamine all day, every day. Travis told Mr. Post that when he testified against Kenny Barrett, he was high on meth. He also told Mr. Post that all of the snitches who testified against Kenny Barrett were on dope and high when they testified. Travis stated that he and the other snitches were also high on drugs when they were interviewed by prosecutor Mike Littlefield. Travis told Mr. Post that anybody who had been around drug addicts would have known that. Travis told Mr. Post that when John Philpot took him to see Mike Littlefield, he was sure Mr. Philpot knew he (Travis) was stoned. Travis told Mr. Post that at the time he was interviewed by Mike Littlefield, he felt as though he was already under arrest, and "didn't know if he was ever going to come back home."

Travis told Mr. Post that when Mr. Littlefield interviewed him about Kenny Barrett, he was scared to death of losing his freedom and said whatever he thought Littlefield wanted him to say. Travis said that when Mr. Littlefield asked him if Kenny Barrett said that he (Kenny) "was going down in a blaze of glory," before Travis could answer, Mike Littlefield told him all the bad things that would happen to him if he "lied." Travis told Mr. Post that he was so scared that he said, "yes," that Kenny Barrett would go down in a blaze of glory if the cops came to his residence. Travis said that when he gave this answer, he was panicking because he was afraid. Travis told Mr. Post that Mr. Littlefield told him he knew things about him. Travis repeated that he was extremely

RC

scared during his interview with Mr. Littlefield and said whatever it was Mr. Littlefield indicated he wanted Travis to say. Travis told Mr. Post that he never heard Kenny Barrett state that he was "going down in a blaze of glory" or anything like that.

Travis admitted to Mr. Post that he had testified against somebody before he testified in Kenny's case. That time, Travis said that he had been arrested for bad checks and was afraid of going to jail. Travis said the prosecution at the time of that case let him work for them so he would not get charged in the check case. Travis told Mr. Post that he wore a wire and made four or five drug buys. Travis said to Mr. Post that he believes he could have been killed while working for the police. Travis related that he had to testify against the person he bought drugs from, even though the police lied to him and told him he would not have to testify.

Travis stated to Mr. Post that he was aware John Philpot was at Kenny's residence just two weeks before the raid that led to the trooper getting killed. Travis said that when Mr. Philpot went to Kenny's place two weeks before the raid, Mr. Philpot had inspected Kenny's guns without any problem. Travis told Mr. Post that Kenny told him the local police had a drug case against him (Kenny), but it was not serious. Travis said to Mr. Post that Kenny Barrett never told him anything about an outstanding warrant for Kenny's arrest. Travis said to Mr. Post that at the time he testified against Kenny, he thought having a warrant and having a case were the same thing, but he now knows they are two different things.

Mr. Post asked Travis about the sign Kenny put on his fence. Travis told Mr. Post

RC

that Kenny put a sign on his fence just a couple of days before the police raided Kenny's property and Trooper Eales was killed. Travis told Mr. Post the sign was not directed at the police, but it was meant for anybody. According to what Travis told Mr. Post, the sign was to scare people away from trespassing on Kenny's property and stealing his stuff.

As I said before, I was interviewed by investigators working on Kenny's case, and my wife and I were present when Travis was interviewed. After the interviews, I was shown this declaration and was asked if it is accurate about what I told the investigators and what I heard Travis tell Mr. Post. I have read this declaration carefully and it says what I told the investigators and what I heard Travis say.

I declare, under penalty of perjury, that the foregoing 6-page declaration is true and correct.

Executed by me this 22 day of FEBRUARY , 2009, in

SEQUAYAH County, Oklahoma.

Roger Crawford

Page 6 of 6

RC

# Exhibit B

# ROGER CRAWFORD

## SUPPLEMENTAL DECLARATION

I, Roger Crawford, a person over eighteen years of age and competent to testify, declare the following:

1. I am Kenneth Eugene ("Kenny") Barrett's uncle by marriage. I am married to Phyllis, who is the sister of Gelene Dotson, Kenny's mother. We live next door to Gelene, and Kenny lived next to Gelene on the other side of her house.

2. Just days before the raid on Kenny's house by the Oklahoma Highway Patrol, in September 1999, I observed Sheriff John Philpot drive onto Kenny's property. I came back into my house about five minutes later and he hadn't left yet so I can't say how much longer he stayed. I didn't see what transpired because I can't see Kenny's cabin from my porch.

3. I later learned from my son Travis that Sheriff Philpot had come to inspect Kenny's weapons. I'm not sure how Travis learned the reason for the sheriff's visit.

4. I told this to Leonard Post, who came to see my wife Phyllis and I on December 10, 2014. He asked me if I could swear to that. I said I could because it was true, that I saw it with my own eyes.

I declare, under penalty of perjury, that the foregoing two-page declaration is true and correct.

Declaration of Roger Crawford                 Page 1                              _RC_

Executed by me this _20_ day of _DECEMBER_ , 2014, in Sequoyah

County, Oklahoma.

Roger Crawford

# Exhibit C

# SUPPLEMENTAL DECLARATION OF ROGER CRAWFORD

I, Roger Crawford, a person over the age of eighteen and competent to testify declare as follows:

1. I am Kenneth Eugene ["Kenny"] Barrett's uncle by marriage. I am married to his maternal aunt, Phyllis Crawford. We live next door to Kenny's mother, Gelene Dotson.

2. In the early morning hours of September 24, 1999, I heard the first shot fired during the Oklahoma Highway Patrol's raid on Kenny's house in September of 1999.

3. The shots came from the far east side of Kenny's cabin. I'm sure of this because I have hunted all my life and can tell where a shot comes from.

4. I told this to Leonard Post on November 22, 2015 when he visited me at my home.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed by me this 26th day of February 2016, in Sequoyah County, Oklahoma.

Roger Crawford

1

# Exhibit D

# SEQUOYAH MEMORIAL HOSPITAL

## EMERGENCY ROOM RECORD

| | |
|---|---|
| Admit Date: 10/20/2008 | Admit Time: 12:40 |
| PT# 042461 | ADMIT# 603356 |

Patient **CRAWFORD, TRAVIS D**    Mar. Status **MARRIED**    Sex **M**    DOB **1/20/1964**    Age **44**

Pt's Addr **RT 2 BOX 92 8**    City **VIAN**    St **OK**    Zip **74962-9235**    Phone: **(918)775-2509**

ative **CRAWFORD, ROGER**    Addr **XXX**    City **SALLISAW**    St **OK**    Zip **74955**    Ph# **(918)775-2509**

Pt's Empl **UNEMPLOYED**    Addr    City    St    Zip    Ph#

Ins. Company **MEDICAID**    Cert# **005229406**    Grp#    Pt's SSN **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**

Ins.Co. Addr **STATE OF OK DHS**    City **OKLAHOMA CITY**    St **OK**    Zip **73154**

Secondary In

Family Dr. **LOFTIN, TERESA**    Notified?    Brought By Self **/** Rel. **___** PD **___** AMB **___** Other

ER Dr. **ROBLEY, FRED**    Advance Directive **N**    Organ Donor **N**    Clerk **ANDREAC**

CHIEF COMPLAINT: i.e. describe illness. If accident state where, when, how injured, height of fall

PAIN SCALE (0-10)

**ALLERGIES:** ☐Food ☐Medications ☐Latex ☐Chemical

ALLERGIES: **CODEINE**

Describe your allergy (circle)    rash,   swelling,   hives,   shock,   itching, upset stomach/nausea,   tongue swelling,   breathing problems,   arrest, other:

Past Medical Hx

**Current Medications**    ☐SEE LIST

Social Hx

| Height | Weight | LMP | Tetanus | OTHER |
|---|---|---|---|---|
| | | | | |

| TIME | TEMP | PULSE | RESP | BP | O₂SAT | Time | By | Nursing Narrative: Tx/Rx Response | CHECK TO ORDER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | OLD RECORDS ☐ |
| | | | | | | | | | CBC ☐ |
| | | | | | | | | | CHEM _____ ☐ |
| | | | | | | | | | UA ☐ |
| | | | | | | | | | CARDIAC PANEL ☐ |
| | | | | | | | | | PREG TEST ☐ |
| | | | | | | | | | DRUG SCREEN ☐ |
| | | | | | | | | | CXR ☐ |
| | | | | | | | | | ABG ☐ |
| | | | | | | | | | EKG ☐ |
| | | | | | | | | | OTHER |
| | | | | | | | | | OTHER |

**PHYSICIANS ORDER(S)**

**PETITIONER'S EXHIBIT 48**

Physician Signature    Nurse Signature

CONDITION ON DISCHARGE ☐REPORT DICTATED
☐GOOD ☐POOR ☐DISCHARGE ☐EXPIRED ☐ADMIT
☐FAIR ☐CRITICAL ☐TRANSFERRED
☐UNSTABLE ☐STABLE    DEPART **TIME:** _____ . RM# _____

Mode of Exit    ☐RECORDS FORWARDED
☐WALKED    ☐TRANSFER/COBRA
☐GURNEY ☐W/C    FORM(S)COMPLETED
☐CARRIED

☐ O₂

☐ ♥ MONITOR

☐ SEE STRIPS

**Sequoyah Memorial Hospital**
**ED Triage Nurses Notes**

CRAWFORD
FR-AN: 042461-5
DOB:01/20/1364  AGE YRS:044 MOS:09 SEX:M
ADM DATE: 10/20/2008
ROBLEY          FRED
PAT SEX: M
SSN: 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
MRN:
DR 1: 220991

| Date: 10/20/08 | Triage Time: 1350 | Arrival Mode: ☒Walk ☐W/C ☐Carried ☐Stretcher ☐EMS ☐Police ☐Encode trauma |
|---|---|---|

Tx in Progress: O2 @ ___ L/min ☐ Mast ☐ C-Collar ☐ CPR ☐ Backboard ☐ Splint    IV: Size ___ Site ___ Fluids ___

| Complaint: Pt c/o "pulled somethin in back" this am while pickn up rebar. Pt c/o rad'n back pain occurred 10/19 this am. Pt states back pain is making head hurt | Advanced Health Care Directive: ☐ Yes ☐ No ☐ Copy to Chart |
|---|---|

Wt: 200    Ht: 5'11"    Tetanus ___

Visual Acuity
OS __/__  OD __/__  OU __/__

V/S: T 97.8  P 57  R 20  BP 134/80  O2Sat 91 %  Pain Scale 0 (1-10 scale)    Primary Physician: Loftin

**MEDICAL HISTORY**
☐ None  ☐ Diabetes  ☐ Seizures
☐ Ulcer  ☐ Asthma  ☐ Cardiac
☐ Back Pain  ☐ CVA  ☐ COPD
☒ HTN  ☐ Headaches  Type ___
☐ Cancer  Type ___
☐ Other: Anxiety

**SURGICAL HISTORY**
☒ Appy  ☐ Tubal
☐ GB  ☐ Hyst
☐ Cardiac  ☐ Back Surg
Other:

**Social Hx:**
☐ Smoke PPD ___
☐ Quit x ___ yrs
☐ Chew/Dip Tobacco
☐ Use Alcohol; Freq ___
☐ Use Drug; Type ___

Medications: (Rx and OTC) ☐ See List
Vinax 8mg B.I.D
Quinapril 40mg V. Daily
amlodipine 5mg V. Daily

Allergies: NKDA
Reaction:
Latex Allergy: ☒No ☐ Yes  Reaction:

**Psychosocial Behavioral**
Age/Devel. Appropriate
☒ Yes  ☐ No
Eye Contact
☒ Yes  ☐ No
Affect
☒ Normal  ☐ Abnormal
Motor Behavior
☒ Cooperative
☐ Restless  ☐ Agitated
Speech
☒ Normal  ☐ Abnormal
Support System
☐ Lives alone
☒ Family/Significant Other
☐ NH  ☐ Assisted Living
☐ Other
Language Barrier
☒ No  ☐ Yes
Ideations
☒ None
☐ Harmful to Self
☐ Harmful to others

**Skin**
☐ Intact  ☐ Lesions
☒ Warm  ☒ Dry
☐ Cool  ☐ Diaphoretic
Turgor
☒ Normal  ☐ Decreased
Edema
☒ Absent  ☐ Present
☐ Site/Degree: ___
Color
☒ Normal  ☐ Pale
☐ Cyanotic  ☐ Mottled
☐ Jaundice  ☐ Flushed
Mucus Membranes
☒ Moist  ☐ Dry

Ortho
☐ N/A    Pain mid back
☒ Swelling  ☐ Deformity area
☒ Limited movement
Site: ___  Color: ___
Sensation: ___
ROM: ☐ Limited ☐ Full

**Respiratory**
☒ Normal  ☐ Denies any problems
☐ Dyspnea
☐ Retractions
☐ Stridor
☐ Cough
  ☐ Non-productive
  ☐ Productive
  ☐ Color: ___
☐ Using Accessory Muscles
☐ Expiratory Grunt

**Breath Sounds**
| | R | | L |
|---|---|---|---|
| | ☐ Clear | ☐ | |
| | ☐ Crackles | ☐ | |
| | ☐ Wheezing | ☐ | |
| | ☐ Diminished | ☐ | |
| | ☐ Absent | ☐ | |

**Neurological**
☒ Alert
☒ Oriented
☐ Disoriented
☐ Drowsy
☐ Confused
☐ Lethargic
☐ Unresponsive
☐ Combative
☐ Uncooperative
☐ Fontanelle
  ☐ Flat
  ☐ Depressed
  ☐ Bulging
☐ Crying
☐ Age Appropriate
Responsive to Stimuli
☐ Verbal  ☐ Painful
Pupils
☐ N/A ☐ Equal ☐ Unequal
☐ Reactive ☐ Non-Reactive

**Cardiac**
☒ N/A  ☐ CP
Onset ___
☐ Constant
☐ Intermittent
☐ Resolved
☐ Palpitations
☐ Non-Radiating
☐ Radiating
Arm  ☐ R  ☐ L
☐ Back
☐ Neck/Jaw
☐ Pain Scale (1-10) ___
**Heart Rhythm**
☐ Normal/Regular
☐ Irregular
Pulses
Radial  ☐ R  ☐ L
Femoral  ☐ R  ☐ L
Pedal  ☐ R  ☐ L
Capillary Refill
☐ Normal  ☐ Slow
(2 secs)  (>2 secs)

**G.I.**
☒ N/A  ☐ Denies
Abdomen
☐ Normal  ☐ Distended
☐ Guarding  ☐ Rigid
Tenderness
☐ RUQ  ☐ LUQ
☐ RLQ  ☐ LLQ
☐ Epigastric
Bowel Sounds
☐ Present  ☐ Absent
☐ Hyper  ☐ Hypo
☐ Last BM ___
☐ Nausea
☐ Vomiting ___
☐ Diarrhea ___
☐ Blood in Stool

**G.U.**
☒ N/A  ☐ Denies
☐ Flank Pain ☐ L ☐ R
☐ Dysuria
☐ Hematuria
☐ Frequency
☐ Oliguria ☐ Retention

**Gyn/Pregnancy**
☒ N/A  ☐ Denies ☐ LMP ___ ☐ Gest: ___ ☐ EDC ___  Grav ___ Para ___ Ab ___
☐ FHT ___ Contractions ☐ Yes ☐ No  Onset ___ Freq ___ Intensity ___
☐ Spotting  ☐ Bleeding ___ No. Pads per hour ___
☐ Cramping ___ Membranes: ☐ Intact ☐ Ruptured When? ___ Color of Fld ___ Odor ☐ Yes ☐ No
☐ Clots: ☐ Small ☐ Medium ☐ Large
☐ Discharge ___ Type ___ Diff w/pregnancy ___

**Glasgow Coma Score**

| Eye Opening (E) | Verbal Response (V) | Motor Response (M) |
|---|---|---|
| 4=Spontaneous | 5=Normal conversation | 6=Normal |
| 3=To voice | 4=Disoriented conversation | 5=Localizes to pain |
| 2=To pain | 3=Words, but not coherent | 4=Withdraws to pain |
| 1=None | 2=No words......only sounds | 3=Decorticate posture |
| | 1=None | 2=Decerebrate |
| | | 1=None |

| Total = E+V+M | GCS: |
|---|---|

| To Treatment Room: H2 | Time: 1508 | Initial | NURSE SIGNATURE / TITLE |
|---|---|---|---|

**Sequoyah Memorial Hospital**

**ED Triage Nurses Notes**

CRANFORD , TRAVIS    D
PH-A   2461-598504    MRN: 000000
DOB:   /1964 AGE YRS:044 MOS:07 SEX:M
ADM DATE: 09/17/2008
MCGUIRE , ANGELA    CP I: 300792
PAT SEX: M
SSN: 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

Date: 9 / 17 / 08  Triage Time: 1930  | Arrival Mode: ☑ Walk ☐ W/C ☐ Carried ☐ Stretcher ☐ EMS ☐ Police ☐ Encode trauma

Tx in Progress: O2 @ ___ L/min ☐ Mast ☐ C-Collar ☐ CPR ☐ Backboard ☐ Splint | IV: Size ___ Site ___ Fluids ___

Complaint: Seen ER 3 dys ago for abcess on ® cheek now Bigger

Advanced Health Care Directive: ☐ Yes ☐ No ☐ Copy to Chart

Wt: ___ Ht: ___ Tetanus ___

**Visual Acuity**  OS __/__ OD __/__ OU __/__

V/S: 98²  P: 81  R: ___  BP: 129/71  O2Sat: 97 % Pain Scale ___ (1-10 scale) | Primary Physician: ___

Medications: (Rx and OTC) ☐ See List  Bactrin

| MEDICAL HISTORY | SURGICAL HISTORY | Social Hx: |
|---|---|---|
| ☐ None ☐ Diabetes ☐ Seizures | ☐ Appy ☐ Tubal | ☐ Smoke PPD___ |
| ☐ Ulcer ☐ Asthma ☐ Cardiac | ☐ GB ☐ Hyst | ☐ Quit x ___ yrs |
| ☐ Back Pain ☐ CVA ☐ COPD | ☐ Cardiac ☐ Back Surg | ☐ Chew/Dip Tobacco |
| ☑ HTN ☐ Headaches Type ___ | Other: | ☐ Use Alcohol; Freq ___ |
| ☐ Cancer Type___ | Kidney Stone | ☐ Use Drugs; Type___ |
| ☐ Other: Anxiety | | |

Allergies: Codeine
Reaction: ___
Latex Allergy: ☐ No ☐ Yes Reaction: ___

| Psychosocial Behavioral | Skin cheek | Respiratory | Neurological | Cardiac |
|---|---|---|---|---|
| **Age/Devel. Appropriate** ☐ Yes ☐ No | ☑ Intact ☐ Lesions | ☐ Normal ☐ Denies any problems | ☑ Alert | ☑ N/A ☐ CP |
| **Eye Contact** ☑ Yes ☐ No | ☑ Warm ☐ Dry | ☐ Dyspnea | ☑ Oriented ☐ Disoriented | Onset ___ ☐ Constant |
| **Affect** ☑ Normal ☐ Abnormal | ☐ Cool ☐ Diaphoretic | ☐ Retractions | ☐ Drowsy | ☐ Intermittent |
| **Motor Behavior** ☑ Cooperative | **Turgor** ☑ Normal ☐ Decreased | ☐ Stridor ☐ Cough | ☐ Confused ☐ Lethargic | ☐ Resolved ☐ Palpitations |
| ☐ Restless ☐ Agitated | **Edema** ☑ Absent ☐ Present | ☐ Non-productive ☐ Productive | ☐ Unresponsive ☐ Combative | ☐ Non-Radiating ☐ Radiating |
| **Speech** ☑ Normal ☐ Abnormal | ☐ Site/Degree: ___ | ☐ Color: ___ | ☐ Uncooperative | Arm ☐ R ☐ L |
| **Support System** ☐ Lives alone | **Color** ☑ Normal ☐ Pale | ☐ Using Accessory Muscles | ☐ Fontanelle ☐ Flat | ☐ Back ☐ Neck/Jaw |
| ☐ Family/Significant Other | ☐ Cyanotic ☐ Mottled | ☐ Expiratory Grunt | ☐ Depressed | ☐ Pain Scale (1-10) ___ |
| ☐ NH ☐ Assisted Living | ☐ Jaundice ☐ Flushed | | ☐ Bulging | **Heart Rhythm** |
| ☐ Other | **Mucus Membranes** ☐ Moist ☐ Dry | **Breath Sounds** | ☐ Crying ☐ Age Appropriate | ☐ Normal/Regular ☐ Irregular |
| **Language Barrier** ☐ No ☐ Yes | | R ___ Clear ___ L | **Responsive to Stimuli** ☐ Verbal ☐ Painful | **Pulses** Radial ☐ R ☐ L |
| **Ideation** ☐ None | **Ortho** ☑ N/A ☐ Pain | ☐ Crackles ☐ | **Pupils** ☐ N/A ☐ Equal ☐ Unequal | Femoral ☐ R ☐ L |
| ☐ Harmful to Self | ☐ Swelling ☐ Deformity | ☐ Wheezing ☐ | ☐ Reactive ☐ Non-Reactive | Pedal ☐ R ☐ L |
| ☐ Harmful to others | ☐ Limited movement Site: ___ Color: ___ | ☐ Diminished ☐ | | **Capillary Refill** ☐ Normal ☐ Slow |
| | Sensation: ___ ROM: ☐ Limited ☐ Full | ☐ Absent ☐ | | (2 secs) (>2 secs) |

| G.I. | G.U. | | Glasgow Coma Score | |
|---|---|---|---|---|
| ☑ N/A ☐ Denies | ☑ N/A ☐ Denies | **Eye Opening (E)** | **Verbal Response (V)** | **Motor Response (M)** |
| **Abdomen** ☐ Normal ☐ Distended | ☐ Flank Pain ☐ L ☐ R | 4=Spontaneous | 5=Normal conversation | 6=Normal |
| ☐ Guarding ☐ Rigid | ☐ Dysuria | 3=To voice | 4=Disoriented conversation | 5=Localizes to pain |
| **Tenderness** | ☐ Hematuria | 2=To pain | 3=Words, but not coherent | 4=Withdraws to pain |
| ☐ RUQ ☐ LUQ | ☐ Frequency | 1=None | 2=No words......only sounds | 3=Decorticate posture |
| ☐ RLQ ☐ LLQ | ☐ Oliguria ☐ Retention | | 1=None | 2=Decerebrate |
| ☐ Epigastric | | | | 1=None |
| **Bowel Sounds** ☐ Present ☐ Absent | | Total = E+V+M | GCS: | |

| **Gyn/Pregnancy** |
|---|
| ☑ N/A ☐ Denies ☐ LMP ___ ☐ Gest: ___ ☐ EDC ___ Grav ___ Para ___ Ab ___ |
| ☐ FHT ___ Contractions ☐ Yes ☐ No Onset ___ Freq ___ Intensity ___ |
| ☐ Spotting ☐ Bleeding ___ No. Pads per hour ___ |
| ☐ Cramping Membranes: ☐ Intact ☐ Ruptured When? ___ Color of Fld ___ Odor ☐ Yes ☐ No |
| ☐ Clots: ☐ Small ☐ Medium ☐ Large |
| ☐ Discharge Type ___ Diff w/pregnancy ___ |

**Bowel Sounds** ☐ Present ☐ Absent ☐ Hyper ☐ Hypo ☐ Last BM ___ ☐ Nausea ☐ Vomiting ___ ☐ Diarrhea ___ ☐ Blood in Stool

To Treatment Room: ___  Time: ___  Initial: ___  NURSE SIGNATURE / TITLE  Terrell LPN



Time Seen: _1930_     Room # _____      EMS Direction _____

Historian: ☐ Patient    ☐ Spouse    ☐ Family        ☐ NH Nurse    ☐ EMS    ☐ Other_____

Chief Complaint: _C/o spider bite on face_

## HISTORY

**HISTORY OF PRESENT ILLNESS:**
Limited By: ☐ Altered Level of Consciousness  ☐ Dementia ☐ ETT
☐ Distress   ☐ Intoxicated

Started: ☐ Today / Date _9/13/04_  ☐ Time _____

Onset: ☐ Sudden     ☐ Gradual

Severity: ☐ Mild    ☐ Moderate   ☐ Severe

Course: ☐ Continuous    ☐ Intermittent

Episodes Last ☐ Seconds____ ☐ Minutes____ ☐ Hours____ ☐ Days____

Context: _arch of ash on Right thigh_

Location: ☐ see anatomic diagram

Radiation: ☐ see anatomic diagram

Quality: ☐ Sharp  ☐ Dull  ☐ Burning  ☐ Crampy  ☐ Achy
☐ Throbbing

Associated Symptoms: _Ø_

☐ see Review of Symptoms  ☐ see Contact

Exacerbating Factors: ☐ Position  ☐ Meals  ☐ Movements
☐ Inspiration  ☐ Exertion

Alleviating Factors: ☐ Rest  ☐ Medications _____

Previous Episodes: _____



**Sequoyah Memorial Hospital**
PO Box 505  Sallisaw, OK  74955

---

**Past Medical History**
☐ Coronary Artery Disease  ☐ MI  ☐ CHF  ☐ COPD
☐ HTN ☐ CVA: Residual _____
☐ Seizures  ☐ Asthma  ☐ DM  Type_____
☐ Insulin? ☐ Yes / ☐ No  ☐ Cancer_____
_Anxiety_

**Surgeries:** ☐ Appendectomy  ☐ Cholecystectomy
☐ Hysterectomy  ☐ T & A  ☐ Total abd. hysterectomy/BSO
☐ CABG  ☐ BTL  ☐ Bladder Repair/Suspension  ☐ TURP
☐ Angioplasty  Medications: ☐ see nurses notes  ☐ Reviewed

**Allergies:** ☐ See nurses notes  ☐ Reviewed
☐ Prior medical records reviewed  ☐ Pertinent findings
_Kidney stones_

**Family History:** ☐ CVA  ☐ CAD  ☐ DM  ☐ HTN  ☐ Seizures
☐ Asthma    ☐ Cancer_____

**Social History:** ☐ Lives alone  Lives with: ☐ Spouse ☐ Father
☐ Mother ☐ Other_____
☐ Smoker  ☐ Non-smoker  ☐ Quit ____ Yrs. Ago
☐ ETOH  ☐ Rarely  ☐ Occasionally  ☐ Daily  ☐ None
Drugs ☐ None  ☐ Type_____

_RC_

# SEQUOYAH MEMORIAL HOSPITAL

## EMERGENCY ROOM RECORD

Admit Date: 8/08/2007    Admit Time: 4:47    PT# 042461    ADMIT# 528639

Patient CRAWFORD, TRAVIS D    Mar. Status MARRIED    Sex M    DOB 1/20/1964    Age 43

Pt's Addr 411 S ASH APT A    City SALLISAW    St OK    Zip 74955-5601    Phone: (918)235-0926

Relative CRAWFORD, ROGER    Addr XX    City SALLISAW    St OK    Zip 74955    Ph# (918)775-2509

Pt's Empl JASON BROOKS CONCRETE    Addr NORMAN GREEN 775-9652 H    City SALLISAW    St OK    Zip 74955    Ph# (918)315-0479

Ins. Company MEDICAID    Cert# 005229408    Grp#    Pt's SSN 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

Ins.Co. Addr STATE OF OK DHS    City OKLAHOMA CITY    St OK    Zip 73154

Secondary Ins

Family Dr. LOFTIN, TERESA    Notified? ____    Brought By Self ___    Rel. ___    PD ___    AMB ___    Other ___

ER Dr. BRADEN, JOSEPH A    Advance Directive N    Organ Donor N    Clerk LYNDSAY

CHIEF COMPLAINT: i.e. describe illness. If accident state where, when, how injured, height of fall

C/o Migraine X 2 days
W/N → passed out

PAIN SCALE (0-10)

ALLERGIES: ☐Food ☐Medications ☐Latex ☐Chemical

ALLERGIES: CODEINE

Describe your allergy (circle)    rash, swelling, hives, shock, itching, upset stomach/nausea, tongue swelling, breathing problems, arrest, other:

Past Medical Hx HTN, Depression, Kidney Stones ∅

Social Hx ∅

Current Medications    ☐SEE LIST

Xanax, Quinapril

| Height | Weight | LMP | Tetanus | OTHER |
|--------|--------|-----|---------|-------|
|        |        |     |         |       |

| TIME | TEMP | PULSE | RESP | BP | O₂SAT | Time | By | Nursing Narrative: Tx/Rx Response | CHECK TO ORDER |
|------|------|-------|------|-----|-------|------|-----|-----------------------------------|----------------|
| 0455 | 97⁴ | 51 | 22 | 153/99 | 99% | 0515 | TS | Toradol 60mg IM to (R) hip | OLD RECORDS ☐ |
|      |      |       |      |     |       |      |    |                                   | CBC ☐ |
|      |      |       |      |     |       | 0518 | TS | Vistaril 50mg IM to (R) hip | CHEM ___ ☐ |
|      |      |       |      |     |       |      |    |                                   | UA ☐ |
| **PHYSICIANS ORDER(S)** |  |  |  |  |  | 0600 | M | Stadol 2mg IM | CARDIAC PANEL ☐ |
| Toradol 60mg IM |  |  |  |  |  |      |   | RDQ | PREG TEST ☐ |
| Vistaril 50mg IM |  |  |  |  |  |      |   |     | DRUG SCREEN ☐ |
| V/U / Stadol 2mg IM |  |  |  |  |  |      |   |     | CXR ☐ |
|      |      |       |      |     |       |      |    |                                   | ABG ☐ |
|      |      |       |      |     |       |      |    |                                   | EKG ☐ |
|      |      |       |      |     |       |      |    |                                   | CT head    OTHER |
|      |      |       |      |     |       |      |    |                                   | OTHER |

Physician Signature

Nurse Signature

CONDITION ON DISCHARGE ☐REPORT DICTATED    ☐GOOD ☐POOR ☐DISCHARGE ☐EXPIRED ☐ADMIT    ☐FAIR ☐CRITICAL ☐TRANSFERRED    ☐UNSTABLE ☐STABLE    DEPART TIME: 0605 RM# M

Mode of Exit ☐WALKED ☐GURNEY ☐W/C ☐CARRIED

☐RECORDS FORWARDED ☐TRANSFER/COBRA FORM(S) COMPLETED

☐ O₂
☐ ♥ MONITOR
☐ SEE STRIPS

RC

CRAWFORD , TRAVIS D
P#-A#: 042461-528639   MRN: 000000
DOB:01/20/1964 AGE YRS:043 MOS:06 SEX:M
ADM DATE: 08/08/2007
BRADEN , JOSEPH        DR 1: 000951
PAT SEX: M
SSN: 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

Time Seen: _____

Room # _____

EMS Direction _____

**Historian:** Patient    Spouse    Family _____    N.H. Nurse    EMS    Other

**Chief Complaint:**
HA

**FAMILY HISTORY:** CAD  CVA  DM  Cancer _____

**SOCIAL HISTORY:** Lives Alone/with    Spouse    Father    Mother
Other _____
**Habits:** Non-smoker  Smoker  Quit _____ Yrs ago
Chews Tobacco
**Alcohol:** Rarely   Occasionally   Daily   None
**Drugs:** _____

## HISTORY
**HISTORY OF PRESENT ILLNESS:**
**Limited By:** ALOC   Dementia   Intox   ETT   Distress
**Started:** Today / Date 8/6   Time _____
**Onset:** Sudden   Gradual
**Severity:** Mild   Moderate   Severe
**Course:** Continuous   Intermittent
**Episodes Last:** Seconds___ Minutes___ Hours___ Days___
**Context:** Pt. c/o severe HA & L Temporal region in pattern similar to prior migraines

**Location:** see anatomic diagram

**Radiation:** see anatomic diagram

**Quality:** Sharp   Dull   Burning   Crampy   Achy
Throbbing

**Associated Symptoms:**

see ROS                    see Context

**Exacerbating Factors:** Position   Meals   Movements
Inspiration   Exertion
**Alleviating Factors:** Rest   Meds _____

**Previous Episodes:** migraine headaches

**PAST MEDICAL HISTORY:** CAD / MI   CHF   COPD   HTN
CVA   Seizures   Asthma   TypeI DM/TypeII DM   Insulin Yes/No
Cancer _____   kidney stones depression
  **Surgeries:** Appendectomy   Cholecystectomy   Hyst
  T & A   TAH / BSO   Angioplasty   CAB G   BTL
  **Medications:** See Nurses Notes/Reviewed ☒
  **Allergies:** See Nurses Notes/Reviewed ☒
  Prior Medical Records Reviewed ☐
  Pertinent Findings ☐

**Sequoyah Memorial Hospital**
PO Box 505 Sallisaw, OK 74955
ED 108 (11/04) Rev: 06/05    Documentation    page 1 of 2

**REVIEW OF SYSTEMS:** Check box if reviewed, (all negative or
normal unless circled)
**Constitutional:** ☒ Appetite  Fever  Chills  Weakness  Weight Loss
**Eyes:** ☒ Blurred Vision    Visual Acuity    Pain    Discharge
    Photophobia    Diplopia
**ENT:** ☒ Rhinorrhea    Sinus Congestion    Earache    Sore Throat
    Tinnitus
**CV:** ☒ Chest Pain    SOB    Diaphoresis    DOE    Orthopnea
**Respiratory:** ☒ Cough    Night Sweats    Sputum    Hemoptysis
**GI:** ☒ Abdominal Pain  Nausea  Vomiting  Diarrhea
    Constipation  Melena  Hematemesis  Hematochezia
**Urinary:** ☒ Dysuria  Frequency  Hematuria
**GYN:** ☐ LMP  nml / abn  Discharge  Bleeding  BC  (None)
    G P A
**Skin:** ☒ Wound    Rash    Bite
**MS:** ☒ Pain  Swelling  Deformity
**Neuro:** ☒ Headache  Numbness  Weakness  Syncope
    Lightheadedness  Ataxia  Vertigo
**Psych:** ☒ Stress  Anxiety  Depression  Suicidal Ideation
    Homicidal  Ideation
☐ All other systems reviewed and negative.

© Copyright Berry E Winn, PLLC 2003

...FORD    TRAVI...    ...I: 000000
PH-RH: 042461-432797
DOB:01/20/1964 AGE YRS:042 MOS:11 SEX:M
ADM DATE: 01/17/2007    OR 1: 000885
RAY    , TRISZA
PAT SEX: M
SSN: 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

Time Seen: _____

Room # _____

EMS Direction _____

**Historian:**    Patient    Spouse    Family _____    N.H. Nurse    EMS    Other

**Chief Complaint:**
Shoulder pain
_____
_____

## HISTORY

**HISTORY OF PRESENT ILLNESS:**

**Limited By:**    ALOC    Dementia    Intox    ETT    Distress

**Started:**    Today / Date >5 days    Time _____

**Onset:**    Sudden    Gradual

**Severity:**    Mild    Moderate    Severe

**Course:**    Continuous    Intermittent

**Episodes Last:**    Seconds___    Minutes___    Hours___    Days___

**Context:**
Has hx of bursitis in (C) shoulder. Out of lorcet
and xanax. Denies injury.
_____
_____
_____

**Location:** see anatomic diagram

**Radiation:** see anatomic diagram

**Quality:**    Sharp    Dull    Burning    Crampy    Achy
Throbbing

**Associated Symptoms:**

see ROS    see Context

**Exacerbating Factors:**    Position    Meals    Movements
Inspiration    Exertion

**Alleviating Factors:**    Rest    Meds _____

**Previous Episodes:** _____

**PAST MEDICAL HISTORY:**    CAD / MI    CHF    COPD    HTN
CVA    Seizures    Asthma    TypeI DM/TypeII DM    Insulin Yes/No
Cancer _____    Bursitis, Insomnia
  **Surgeries:**    Appendectomy    Cholecystectomy    Hyst
  T & A    TAH / BSO    Angioplasty    CAB G    BTL
  **Medications:**    See Nurses Notes/Reviewed ☑
  **Allergies:**    See Nurses Notes/Reviewed ☑
  ior Medical Records Reviewed ☐
  Pertinent Findings ☐

**Sequoyah Memorial Hospital**
PO Box 505 Sallisaw, OK 74955
ED 108  (11/04) Rev 06/05    Documentation    page 1 of 2

**FAMILY HISTORY:**    CAD    CVA    DM    Cancer _____

**SOCIAL HISTORY:**    Lives Alone/with    Spouse    Father    Mother
        Other _____
  **Habits:**    Non-smoker    Smoker    Quit _____ Yrs ago
        Chews Tobacco
  **Alcohol:**    Rarely    Occasionally    Daily    None
  **Drugs:** _____

**REVIEW OF SYSTEMS:** Check box if reviewed, (all negative or
        normal unless circled)

**Constitutional:** ☐ Appetite    Fever    Chills    Weakness    Weight Loss

**Eyes:** ☐    Blurred Vision    Visual Acuity    Pain    Discharge
        Photophobia    Diplopia

**ENT:** ☐    Rhinorrhea    Sinus Congestion    Earache    Sore Throat
        Tinnitus

**CV:** ☒    ~~Chest Pain~~    ~~SOB~~    Diaphoresis    DOE    Orthopnea

**Respiratory:** ☐ Cough    Night Sweats    Sputum    Hemoptysis

**GI:** ☒    ~~Abdominal Pain~~    ~~Nausea~~    ~~Vomiting~~    ~~Diarrhea~~
        Constipation    Melena    Hematemesis    Hematochezia

**Urinary:** ☐    Dysuria    Frequency    Hematuria

**GYN:** ☐    LMP    nml / abn    Discharge    Bleeding    BC    (None)
        G P A

**Skin:** ☐    Wound    Rash    Bite

**MS:** ☒    (Pain)    Swelling    Deformity

**Neuro:** ☐    Headache    Numbness    Weakness    Syncope
        Lightheadedness    Ataxia    Vertigo

**Psych:** ☐    Stress    Anxiety    Depression    Suicidal Ideation
        Homicidal    Ideation

☐ All other systems reviewed and negative.

© Copyright Berry E Winn, PLLC 2003

# SEQUOYAH MEMORIAL HOSPITAL

**EMERGENCY ROOM RECORD**

Date: 4/22/2006    Admit Time: 7:25    PT# 042461    ADMIT# 449720

Patient **CRAWFORD, TRAVIS D**    Mar. Status MARRIED    Sex M    DOB 1/20/1964    Age 42

s Addr RT 2 BOX 928    City VIAN    St OK    Zip 74962    Phone: (918)775-2509

Relative CRAWFORD, ROGER    Addr xx    City SALLISAW    St OK    Zip 74955    Ph# (918)775-2509

Pt's Empl JASON BROOKS CONCRETE    Addr NORMAN GREEN 775-9652 H    City SALLISAW    St OK    Zip 74955    Ph# (918)316-0479

Ins. Company ____    Cert# ____    Grp# ____    Pt's SSN 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

Ins. Co. Addr ____    City ____    St ____    Zip ____

Secondary Ins ____

Family Dr. ____    Notified? ____    Brought By Self ___ Rel. ___ PD ___ AMB ___ Other ____

ER Dr. **CAMPBELL, JAMES D**    Advance Directive N    Organ Donor N    Clerk NICOLE

**CHIEF COMPLAINT:** i.e. describe illness. If accident state where, when, how injured, height of fall

Pt had "5 teeth extracted th's am" 0530 by Dr. Marguit Pt C/o pain to sites. "Numbness has worn off" Bottom Jaw.

Past Medical Hx seen Dr. Marguit, HTN, appendectomy

Social Hx

Height 5'2    Weight 210 lbs prev

**PAIN SCALE (0-10)** 10

**ALLERGIES:** ☐Food ☐Medications ☐Latex ☐Chemical

**ALLERGIES: CODEINE**

Describe your allergy (circle) rash, swelling, hives, shock, itching, upset stomach/nausea, tongue swelling, breathing problems, arrest, other:

**Current Medications** ☐SEE LIST

Received RX for Lorcet Pharmacy not open yet.

| TIME | TEMP | PULSE | RESP | BP | O₂SAT |
|---|---|---|---|---|---|
| 0735 | 95.4 | 52 | 20 | 179/103 | 97% |
| | | | | | |
| | | | | | |
| | | | | | |

| Time | By | Nursing Narrative: Tx/Rx Response |
|---|---|---|
| 0752 am | | Pt left without signing, AMA. |
| | | |

**CHECK TO ORDER**

OLD RECORDS ☐
CBC ☐
CHEM ____ ☐
UA ☐
CARDIAC PANEL ☐
PREG TEST ☐
DRUG SCREEN ☐
CXR ☐
ABG ☐
EKG ☐
OTHER
OTHER

## PHYSICIANS ORDER(S)

While Talking to Pt. about Pharmacy opening in 15-20min. Pt. got upset & left before start of exam.

IF B ☐ I

Physician Signature ____ 4/22/06

Nurse Signature ____ Marley RN

CONDITION ON DISCHARGE ☐REPORT DICTATED
☐GOOD ☐POOR ☑DISCHARGE ☐EXPIRED ☐ADMIT
☐FAIR ☐CRITICAL ☐TRANSFERRED
☐UNSTABLE ☐STABLE    DEPART TIME: ____ RM# X

Mode of Exit ☐RECORDS FORWARDED
☑WALKED ☐TRANSFER/COBRA
☐GURNEY ☐W/C FORM(S) COMPLETED
☐CARRIED

☐ O₂
☐ ♥ MONITOR
☐ SEE STRIPS

Time Seen: 0825

Room # H-1

EMS Direction _____

**Historian:** Patient    Spouse    Family _____    N.H. Nurse    EMS    Other

**Chief Complaint:** Lt Elbow pain

**FAMILY HISTORY:** CAD    CVA    DM    Cancer

**SOCIAL HISTORY:** Lives Alone/with    Spouse    Father    Mother

Other _____

**Habits:** Non-smoker    Smoker    Quit _____ Yrs ago
Chews Tobacco

**Alcohol:** Rarely    Occasionally    Daily    None

**Drugs:** _____

### HISTORY

**HISTORY OF PRESENT ILLNESS:**

**Limited By:** ALOC    Dementia    Intox    ETT    Distress

**Started:** Today / Date ___ 10 days

**Onset:** Sudden    Gradual

**Severity:** Mild    Moderate    Severe

**Course:** Continuous    Intermittent

**Episodes Last:** Seconds___    Minutes___    Hours___    Days___

**Context:** Pt works c concrete + its reposition outside of Pt elbow — can't sleep @ night

**Location:** see anatomic diagram

**Radiation:** see anatomic diagram

**Quality:** Sharp    Dull    Burning    Crampy    Achy
Throbbing

**Associated Symptoms:**

see ROS            see Context

**Exacerbating Factors:** Position    Meals    Movements
Inspiration    Exertion

**Alleviating Factors:** Rest    Meds _____

**Previous Episodes:** _____

**PAST MEDICAL HISTORY:** CAD / MI    CHF    COPD    HTN
CVA    Seizures    Asthma    IDDM / NIDDM    Cancer
Recent Kidney Stone

**Surgeries:** Appendectomy    Cholecystectomy    Hyst
T & A    TAH / BSO    Angioplasty    CAB G    BTL

**Medications:** See Nurses Notes/Reviewed

**Allergies:** See Nurses Notes/Reviewed

**REVIEW OF SYSTEMS:** Check box if reviewed, (all negative or normal unless circled)

**Constitutional:** ☑ Appetite    Fever    Chills    Weakness    Weight Loss

**Eyes:** ☐ Blurred Vision    Visual Acuity    Pain    Discharge
Photophobia    Diplopia

**ENT:** ☐ Rhinorrhea    Sinus Congestion    Earache    Sore Throat
Tinnitus

**CV:** ☑ Chest Pain    SOB    Diaphoresis    DOE    Orthopnea

**Respiratory:** ☑ Cough    Night Sweats    Sputum    Hemoptysis

**GI:** ☐ Abdominal Pain    Nausea    Vomiting    Diarrhea
Constipation    Melena    Hematemesis    Hematochezia

**Urinary:** ☐ Dysuria    Frequency    Hematuria

**GYN:** ☐ LMP    nml / abn    Discharge    Bleeding    BC    (None)
G P A

**Skin:** ☑ Wound    Rash    Bite

**MS:** ☑ Pain    Swelling    Deformity

**Neuro:** ☐ Headache    Numbness    Weakness    Syncope
Lightheadedness    Ataxia    Vertigo

**Psych:** ☐ Stress    Anxiety    Depression    Suicidal Ideation
Homicidal    Ideation

**Sequoyah Memorial Hospital**
PO Box 505 Sallisaw, OK 74955



**PHYSICAL EXAM:** (all negative or normal unless circled) Check ☑ if examined

**Appearance:** ☐ Well Developed

Appearance consistent with reported age

Distress /Comfort   Backboard

**Calvarium:** ☐ Normocephalic   Atraumatic   Scalp

**Eyes:** ☐ Pupil Reactivity   Discharge   Conjunctivae

**ENT:** ☐ Nose   TMS   EAC   Throat   Face   Membranes

**Neck:** ☐ C-Collar   Tenderness   Masses       Bruits

Swelling   ROM

**HT:** ☐ Rate   Rhythm   Murmurs   Gallops   Rubs   PMI

**Lungs:** ☐ Breath sounds   Rales   Rhonchi   Wheezes

**Abdomen:** ☑ Soft   Tenderness   Bowel sounds   Masses

**GU:** ☐ Tenderness   Masses   Discharge   Bleeding

**Back:** ☐ Tenderness   Swelling   Discoloration   Crepitus

**EXT:** ☐ Tenderness   Swelling   Edema   Pulses   ROM

**Skin:** ☐ Color   Lesions   Temperature

**Neuro:** ☐ Alert & Oriented x 4 (or appropriate for age)

CNS2-12 intact   Motor   Sensation   DTRS

Coordination

**Nurses Notes Reviewed:** VSS   Afebrile   Normal SaO₂ or Hypoxic

| Recheck: | time | | pt. | better | worse | same | pain resolved | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Recheck: | time | | pt. | better | worse | same | pain resolved | | | |
| Consultants: | Dr. | | | Time | Time | Dr. | | | Time | Time |
| | | | | Paged | Call Returned | | | | Paged | Call returned |

Assumed Care       Assumed Care

Admit to floor   Telemetry   ICU   Peds   L&D

**Dx.**

**Discharge**   (1) off work/school       (2) work / school restrictions       (3) Medications

(4) habits       (5) activity

(6) Follow-up with Dr. / Clinic       in   5 ~   day(s) only if not better / without fail

(7) If worse immediately call your doctor or return to Emergency Department.

(8) Admit       (9) Transfer to

**Emergency Physician Signature**       MD DO _____ PA Date: 2/4/06

**Sequoyah Memorial Hospital**
**PO Box 505 Sallisaw, OK  74955**

ED 108  (9/04)       Documentation       page 2 of 2       © Copyright Berry E Winn, PLLC 2003

# Exhibit E

## Declaration of Phyllis Crawford

I, Phyllis Crawford, declare the following:

I am Kenneth Barrett's maternal aunt; Gelene Dotson, who is Kenny's mother, is my sister. I live with my husband, Roger. My son, Travis Crawford, has lived here on and off for many years. Our home is adjacent to Gelene's home and in front of Mark Dotson's home. I can see Kenny's old shack from my home. My family grew up on this land, and many of us still live around here.

We are a close knit family and, like all families, have our quarrels and disputes, but we try hard to help each other out. We feel guilty that we did not do more for Kenny. We did not do anything to get him the kind of mental health treatment he needed, even though our family has had to deal with mental illness for a long time.

Neither Gelene nor Ernie was ready to be a parent. I lived with Gelene and Ernie in Joliet for a few months when Roger was in the service at Ford Ord. Gelene was four months pregnant with Kenny. Even at that time, Gelene drank from the moment she woke up until she went to bed. When Ernie came home from work, Gelene immediately started in on him. Often, he would turn around and leave. I had intended on staying longer, but I could not stand it.

We knew that Kenny was different because he needed so much more attention as a child than the other children. He was extremely sensitive and cried over every little thing from the time he was small until he was a grown man. He was always hyperactive, on the go, into everything, and could not sit still. He would break down and cry easily.

Kenny had a very difficult relationship with both his parents, but he loved them dearly. Gelene never gave Kenny a kind word, and she screamed at him over anything.

Page 1 of 4

When Kenny was about 11, Gelene called me because Kenny was crying and would not come out of his room. My husband Roger and I went over to their house and talked to Kenny. Kenny told us that he could not get his mom's voice out of his head. The only time Gelene talked to him was to scream. That is so sad.

Gelene had a lot of problems, especially with alcohol and men, that affected Kenny badly. Gelene had different men in the house all the time right when Kenny was entering his teenage years, and it was very confusing for him.

Gelene was and is a bona fide alcoholic, although she denies it. Gelene, who is three years older than I am, started drinking in high school. She used to beat me up with her fists. Now, Gelene drinks beer from the time she gets up until she goes to bed. She screams all the time, and I can hear it in my house after it's gone through her walls and across our yards. She cannot control her emotions. Gelene takes after our father, who was also a heavy drinker who generally wanted to fight when he was inebriated. My dad's relatives were drinkers as well.

Ernie, Kenny's father, was also a drinker. He hardly had anything to do with him after the divorce, and everyone could see how much it hurt Kenny. Ernie used to come to town once a year, and I remember him coming by to show off his new Corvette when his children did not have shoes or decent clothes to wear.

Kenny was never able to be independent as a grown man. His emotions got in the way of his being able to live too far from home. As an example, a couple of years before the incident, Kenny had run to my house in tears, crying, "The laws are after me. They're coming! What should I do?" I told him we were going to walk out of the house and that he was going to get in the police car and that's just what he did. Kenny had been

afraid to go to jail because at that time the papers had said someone had been beaten to death at the jail. I have never been afraid of Kenny.

Kenny tried to stay close to home, always worked hard and took pride in his work. He would give you the shirt off his back if you needed it. Kenny was crazy about Abby, his wife. They married young and had a little boy in no time. After Kenny married, he and his wife lived off and on with his mother, and after his divorce he moved back home, building a little shack next door to this mother's. His suicide attempt tells it all. A friend and I witnessed it right from my front window. I almost passed out. Kenny pulled his truck into his mother's driveway, went in her house and got Steve's gun, came outside and shot himself. We rushed over to him, and heard him mumbling and not making any sense. An ambulance came and took him to the hospital where he stayed almost two weeks.

We have learned a lot about depression and mental illness as our children grew up. It runs in our family. I have depression and I get treated for it. My daughter Gwen is bipolar, and her son has a rare disorder that makes him unable to talk or mature; he is like a little child. My son Travis also has to have psychiatric treatment for anxiety and panic attacks and lives with me and my husband.

This whole tragedy with the police officer did not have to happen. Instead of raiding Kenny's house in the middle of the night, all they had to do was come to me and I would have walked over to his house and told him that he had to come with me and be arrested and he would have come.

I know that my son Travis testified in the federal trial against Kenny. I was here in December 2008 when an investigator working on Kenny's case listened to what Travis



had to say about his testimony. My husband, Roger, was here and listened to the conversation, too. I have read the part of Roger's declaration where he talks about what Travis told the investigator, and I agree that is what Travis told him.

This declaration I am giving includes what I told the investigator when he asked me about Kenny, our family, Kenny's upbringing, and his interview with Travis. I did not write the declaration myself, but it says what I told the investigator.

I declare, under penalty of perjury, that the foregoing 4-page declaration is true and correct.

Executed by me this _22_ day of _Feb_ 2009, in _Sequoyah_ County, Oklahoma.

_Phyllis Crawford_
Phyllis Crawford

# Exhibit F

**<u>Supplemental Declaration of Phyllis Crawford</u>**

I, Phyllis Crawford, declare the following:

I am Kenneth Barrett's maternal aunt. On June 4th, I received a phone call from an investigator who I had met with many times before I signed my previous declaration. He asked me several questions. In response, I told him that other than him and family, nobody had ever come out here to my house to talk to me about Kenny or about anything having to do with Kenny's state trials or his federal trial. Then he asked me specifically about Roger Hilfiger, John Echols, a man named Smith, a man named Gordon and a woman named Schaye. I told him again that nobody had come out here and that I didn't remember anyone calling.

Since it has been 10 years, I checked with my husband Roger to see if he remembered anyone calling or coming to our house. He said no, that no one had come out here or called to talk about Kenny.

I did go over to my sister Gelene's shortly before Kenny's federal trial. My sister Carolyn and my cousin Janice were there with Mr. Hilfiger and Mr. Smith, I think that was his name, a short heavy guy. Mr. Hilfiger sat on the couch and Mr. Smith sat in a chair. That's about all I can remember.

I didn't see Kenny when he was in jail. I did see him when we went to court, but there was no chance to talk. He never called to tell me, or ever told me, that he didn't want me or the family involved in his case. I live next door to his mother. She never told me that Kenny told her that he didn't want the family involved in his trial or that he didn't want our help or her help.

I recently got a really nice letter from Kenny and wrote him back.

PC

Page 1 of 2

This time the investigator interviewed me entirely over the telephone. He then wrote up what I said and called me again to read it to me. I told him what he read is what I had told him and that I would sign it. He mailed it to me and I read it. It says what I told the investigator.

I declare, under penalty of perjury, that the foregoing 2-page declaration is true and correct.

Executed by me this ___17th___ day of June 2010, in Sequoyah County, Oklahoma.

_Phyllis Crawford_
Phyllis Crawford

PC

# Exhibit G

**THE**
*family clinic*
**555 West Ruth**
**Sallisaw, OK 74955**
**(918) 774-0147**
**(918) 774-0286 fax**

To whom it may concern,

Phyllis Crawford has a history of significant dementia, and would be unsuitable to testify in court proceedings.

Please let me know of I can be of further assistance in this matter.

Sincerely,

Jennifer C. Scoufos, D.O.