DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:        dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KENNETH EUGENE BARRETT, | |
| Petitioner, | CASE NO. CV-09-00105-JHP |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**PETITIONER'S PROFFER OF TESTIMONY**

**DECLARATION OF JUDY HOUSE**

## DECLARATION OF JUDY HOUSE

I, Judy House, a person over the age of eighteen (18) and competent to testify, depose and say, as follows:

I am Ken Barrett's second cousin. My father was Warren Dotson, the brother of Ken's maternal grandfather Hugh Dotson.

There is a lot of mental illness on the Dotson side of the family. For example, my son Steve Kitterman has been diagnosed with manic depression.

I have attached his medical records as Exhibit A to this declaration.

My nephew, Gary Nelson, has an anxiety disorder. My daughter, Starla Willingham, has been diagnosed with manic depression and schizophrenia. My nephew Marty Luper is very mentally ill. My first cousin Sue Raby has two sons who also have serious mental health issues.

Sue's dad was John E. Dotson, brother to Warren and Hugh Dotson. Sue also has a brother named David Dotson who has mental health issues. Sue had a brother, Richard Dotson, who was a doctor in Poteau, Oklahoma that shot and killed himself a few years back.

I declare under penalty of perjury that, to the best of my recollection, the foregoing is true and correct.

Executed this _12_ day of September, 2016, in Kellyville, Creek County, Oklahoma.

_Judy House_
Judy House

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

---

Chart Group: X/All Radiology

Wed, 07/18/2007 10:01     T Forearm     X/All Radiology
  Right Forearm Routine

   Accession #:      9687528                Result Time: 18 Jul 07  1022


   DOB             : 28 Aug 68   0000
   MRN             : 10626549
   Type            : Routine
   Body Side       : Right
   Area            : entire forearm
   Reason          : admit diagnosis
   Clinical History: fell off bridge
   Allergies       : not obtainable
   Performed By    : Matthew S Jarvis, RT(R)
   Films Used      : 2 digital image(s) no repeat films
   Location        : SFH-Rad-Trauma Room 2
   Read By         : Anil A Kilpadikar, MD
   Dictation Date  : 18Jul2007 1022
   Transcribed By  : Elizabeth A. Podolak
   Date Transcribed: 18Jul2007 1022
   Resulted        : Interpreted
   Final Report    : RIGHT FOREARM, ANTEROPOSTERIOR (AP) AND LATERAL

                    DATE:  07/18/07

                    HISTORY:  Fell off bridge.

                    FINDINGS
                    No acute displaced fractures or dislocations are identified.

                    DICTATED BY:  Anil A. Kilpadikar, MD
   -----------------------------------------------------------------------
       Electronic Signature by: Anil A Kilpadikar, MD

Printed on 07/22/2016 by Vang,Lili X                Requested by:
THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
   LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                        Visit#:951620429      MR#:10626549      CPPn1

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

---

Chart Group: X/All Radiology -- continued
Wed, 07/18/2007 10:04       T Complete S  X/All Radiology
Complete Spine

Accession #:      9687529                Result Time: 18 Jul 07  1025


DOB              : 28 Aug 68   0000
MRN              : 10626549
Type             : Routine
Area             : all
Reason           : Trauma
Clinical History : fell off brigde
Allergies        : not obtainable
Performed By      : Matthew S Jarvis, RT(R)
Films Used       : 9 digital image(s) no repeat films
Location         : SFH-Rad-Trauma Room 2
Read By          : Anil A Kilpadikar, MD
Dictation Date   : 18Jul2007 1023
Date Transcribed : 18Jul2007 1023
Resulted         : Interpreted
Final Report     : COMPLETE SPINE

DATE:   07/18/07

HISTORY:  Fell off bridge.

FINDINGS
Cervical spine:  No acute compression deformities or disalignments are
seen.  Rudimentary bilateral cervical ribs are noted.  The odontoid
process and the C1-C2 junction appear unremarkable.

IMPRESSION
1.  No acute abnormality seen within the cervical spine.
2.  Bilateral rudimentary cervical ribs.

Thoracic spine, anteroposterior (AP) and lateral:  No acute compression
deformities or disalignments seen.

Lumbar spine, AP and lateral:  No acute compression deformities or
disalignments seen.

DICTATED BY:  Anil A. Kilpadikar, MD
------------------------------------------------------------------------------
    Electronic Signature by: Anil A Kilpadikar, MD

Printed on 07/22/2016 by Vang,Lili X                    Requested by:
THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
   LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                          Visit#:951620429      MR#:10626549      CPPn1

Fri, 22 Jul 16  1417                                      Page    22 of 35

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: X/All Radiology -- continued
Wed, 07/18/2007 10:05        T Hip        X/All Radiology
Right Hip Routine

Accession #:        9687742                Result Time: 18 Jul 07  1022


DOB                : 28 Aug 68   0000
MRN                : 10626549
Type               : Routine
Body Side          : Right
Area               : entire hip
Reason             : trauma
Clinical History:  fell off bridge
Allergies          : not obtainable
Performed By       : Sharon K Hill, RT(R)
Films Used         : 2 digital image(s) no repeat films
Location           : SFH-Rad-Trauma Room 2
Read By            : Anil A Kilpadikar, MD
Dictation Date     : 18Jul2007 1020
Transcribed By     : Elizabeth A. Podolak
Date Transcribed:  18Jul2007 1020
Resulted           : Interpreted
Final Report       : RIGHT HIP, ANTEROPOSTERIOR (AP) AND LATERAL

                     DATE:   07/18/07

                     HISTORY:  Fell off bridge.

                     FINDINGS
                     Fracture involving the proximal right humerus is seen which involves
                     the intertrochanteric ridge.  Fracture of the inferior pubic ramus is
                     also noted.

                     IMPRESSION
                     1.   Fracture of proximal shaft of the femur involving the
                     intertrochanteric portion of the femoral neck.
                     2.   Fracture right inferior pubic ramus.

                     DICTATED BY:  Anil A. Kilpadikar, MD
--------------------------------------------------------------------------------
        Electronic Signature by: Anil A Kilpadikar, MD

Printed on 07/22/2016 by Vang,Lili X                Requested by:
THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                        Visit#:951620429        MR#:10626549        CPPn1

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: X/All Radiology -- continued
Wed, 07/18/2007 12:05      T CT Head      X/All Radiology
   CT Head Routine

Accession #:        9688981              Result Time: 18 Jul 07  1321


DOB              : 28 Aug 1968
MRN              : 10626549
Type             :      Plain
Sedation Used?   :
Body Side        : Not Applicable
Area             : entire brain
Reason           : trauma
Clinical Hx      : FALL
Allergies        : verified
Contrast?        : no contrast
Exam Info        :
Locations        : SFH-Rad-CT Rm 1
Supplies         : (not used)
Radiologist      : Michael E. Clouser, MD
Dictation D/T    : 18Jul2007 1318
Transcribed By   : Joey D Smith
Transcribed D/T  : 18Jul2007 1318
Resulted         : Interpreted
Final Report     : HEAD CT; July 18, 2007; 1205 hours

                   ORDERING:  Dr. Wayland.

                   HISTORY:  Fell.

                   FINDINGS
                   Plain brain CT shows some metallic artifact in dental work.  Insofar
                   as visualized brain density within normal limits.  No obvious
                   hemorrhage, edema, mass effect, or extraaxial fluid collection
                   intracranially.  Ventricles and cisterns normal.  Bone windows show
                   middle ears pneumatized.  No basilar fracture.  The calvarium is
                   intact.  The sinuses look clear and no definite facial fracture
                   delineated.

                   IMPRESSION:  No acute process.


                   DICTATED BY:  Michael E. Clouser, MD
-----------------------------------------------------------------------------------
      Electronic Signature by: Michael E. Clouser, MD

THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                       Visit#:951620429      MR#:10626549      CPPn1

Fri, 22 Jul 16  1417                                              Page    24 of 35

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: X/All Radiology -- continued
Wed, 07/18/2007 12:34      T CT Abdomen  X/All Radiology
   CT Abd/Plvs Routine

   Accession #:      9688982                    Result Time: 18 Jul 07  1324

   DOB            : 28 Aug 1968
   MRN            : 10626549
   Type           : Abd w/ IV Contrast & Pelvis w/ IV Contrast
   Sedation Used? :
   Body Side      : Not Applicable
   Area           : entire abdomen
   Reason         : trauma
   Clinical Hx    : FALL
   Allergies      : verified
   Contrast?      : med rad
   Pressure Inj   : Inj Site:PT IV Flow Rate:2.0  cc/sec Contrast Amount:97 cc PSI:41  PSI
                    Delay Time:65 sec (1.1 min)
   Contrast Used  : NI Media 320, 100cc  used:     1
   Total Dosage   : 97 cc (97 mL)
   Exam Info      :
   Locations      : SFH-Rad-CT Rm 1
   Supplies       : Tubing Extension K50 used:     1
   Radiologist    : Michael E. Clouser, MD
   Dictation D/T  : 18Jul2007 1318
   Transcribed By : Elizabeth A. Podolak
   Transcribed D/T: 18Jul2007 1318
   Resulted       : Interpreted
   Final Report   : CT ABDOMEN AND PELVIS

                    DATE:  July 18, 2007, 1234 hours.

                    HISTORY:  Fell.

                    PROCEDURE/FINDINGS
                    Contrast injection shows normal heart size.  Lung bases clear as
                    visualized.  I cannot exclude a tiny left adrenal mass of 10 mm on
                    image 29, probably a small adenoma.  This could be evaluated
                    electively if desired later with adrenal workup in thin cuts.  Liver,
                    spleen, pancreas, right adrenal, kidneys normal.  No aneurysm or
                    adenopathy.  No organ laceration.  No evidence of bowel contusion.  No
                    free air or free fluid.

                    The pelvis shows a catheter in the urinary bladder.  No pelvic
                    adenopathy or fluid.  There are pelvic fractures.  There is a
                    nondisplaced fracture in each of the superior pubic rami.  There is a
                    minimally displaced fracture of the right femur in the
                    intertrochanteric region with separation of the greater trochanter.
                    The fracture extends from the greater trochanter area back to the
                    neck.  The lesser trochanter also is fractured and avulsed with
                    multiple fragments generated in the intertrochanteric portion of the
                    fracture.  Fracture of both inferior pubic rami.  Fracture left
                    acetabulum medially and anteriorly, image 88, at the base of the
                    superior labrum.  Fracture right sacrum through the right sacral ala
                    starting superiorly and going down through the strut.  Some asymmetry
                    of the muscles in the right thigh proximally as there is an offset
                    fracture of the proximal femur with comminution.  There is edema in
                    the muscular layers here.  Piriformis muscle asymmetry, right greater
                    than left, consistent with contusion.  I do not see definite active
                    bleeding here.  This is adjacent to the sacral fracture.

                    IMPRESSION
                    No organ laceration.  Multiple pelvic fractures and right femoral
                    fractures.  Contusion right piriformis.

                    DICTATED BY:  Michael E. Clouser, MD
------------------------------------------------------------------------------------

Printed on 07/22/2016 by Vang,Lili X                    Requested by:
   THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
      LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                           Visit#:951620429        MR#:10626549      CPPn1

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: X/All Radiology -- continued
        Electronic Signature by: Michael E. Clouser, MD

THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
      LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                          Visit#:951620429        MR#:10626549      CPPn1

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

**Patient Name:** Kitterman,Steve W          **DOB:** 08/28/1968 **Age:** 47Y  **Sex:** M
**Visit #:** 951620429                        **Attending Physician:** Swenning,Todd A
**MR#:** 10626549                             **Admission Date/Time:** Wed, 07/18/2007 1317
**Visit Type:** IP  **Bed:** TEC              **Discharge Date/Time:** Mon, 07/23/2007 1600

---

Chart Group: Q/Discharge Summary
Mon, 09/24/2007 17:47       T Discharge    Q/Discharge Summary
    Discharge Summary
    Event Time: Mon, 24 Sep 07  1747

    Sat, 29 Sep 07  1335

    Physician        : Todd A Swenning, MD
    Dictation D/T    : Mon, 24 Sep 2007  1747
    Report           :
                        ADMIT DATE:  07/18/2007
                        DISCHARGE DATE:  07/22/2007

                        CHIEF COMPLAINT/HISTORY OF PRESENT ILLNESS:
                        Right subtrochanteric intertrochanteric femoral fractures, right sacral
                        fracture and superior and inferior renal fractures.

                        Please admission history and physical.

                        SECONDARY DIAGNOSES:
                        1.  Bipolar disease.
                        2.  Drug and alcohol withdrawal.

                        HOSPITAL COURSE:
                        The patient underwent intramedullary nailing and exam under anesthesia
                        of his pelvis on July 18, 2007.  He tolerated his postop course
                        relatively well.  He did have some mild episodes of fever but it was
                        felt by the consultants that this was, most likely, secondary to his
                        drug withdrawal.

                        DISCHARGE INSTRUCTIONS:
                        1.  He was discharged to the Veterans Administration in stable
                        condition on July 22, 2007.
                        2.  On oral pain medications.
                        3.  He is to maintain foot-flat to nonweightbearing in his right lower
                        extremity for a period of three months secondary to his pelvis.
                        4.  I will see him back in the office in two weeks.


                        Dictated By:  Todd A Swenning, M.D.



                        Job #: 98191
                        TR: 98240
                        Template: 1

                        Name:  Kitterman, Steven
                        MR#:  10626549
                        Visit #:
                        Room #:
                        Date of Admission:  07/18/2007
                        Date of Discharge:  07/22/2007
                        Physician:  Todd A Swenning, M.D. 505467
                        Report:  Discharge Summary DS1

--------------------------------------------------------------------------
        Electronic Signature by: Todd A Swenning, MD

Printed on 07/22/2016 by Vang,Lili X              Requested by:
    THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
        LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                    Visit#:951620429      MR#:10626549    CPPn1

Fri, 22 Jul 16  1417                                                    Page    2 of 35

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: Q/Discharge Summary -- continued

Printed on 07/22/2016 by Vang,Lili X                    Requested by:
THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
     LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                          Visit#:951620429          MR#:10626549      CPPnl

Fri, 22 Jul 16  1417                                    Page    3 of 35

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: Q/H&P
Wed, 07/18/2007 11:23       T History an  Q/H&P
    Unscheduled History and Physical
    Event Time: Wed, 18 Jul 07  1123

    Wed, 18 Jul 07  1147

    Physician      : Todd A Swenning, MD
    Dictation D/T  : Wed, 18 Jul 2007  1123
    Report         : DATE OF ADMISSION:  7/18/07

               CHIEF COMPLAINT/HISTORY OF PRESENT ILLNESS
               This is a 38-year-old gentleman who is a disabled veteran with bipolar
               disease and post-trauma stress disorder that was racing his cars last
               night.  One of his cars broke down, and he apparently fell off of a
               bridge thereafter.  It was about eight to ten feet.  Since his initial
               evaluation by emergency medical services he has been not exactly
               combative but very agitated and apparently tweaking from rather
               extensive methamphetamine use.

               PAST MEDICAL HISTORY
               Significant for bipolar disorder, obsessive-compulsive disorder (OCD),
               post-trauma stress disorder, hyperlipidemia.

               MEDICATIONS:  Trazodone, Celexa, Lipitor, Klonopin.

               ALLERGIES:  CODEINE.

               HISTORY
               He is a smoker and moderate drinker that does use methamphetamines.  He
               is currently disabled secondary to his post-trauma stress disorder.

               REVIEW OF SYSTEMS
               Somewhat difficult to obtain secondary to his agitated state.  He
               complains primarily only of musculoskeletal complaints around his right
               hip.  Denies constitutional, ENT, ocular, cardiac, respiratory,
               gastrointestinal (GI), genitourinary (GU), dermatologic, neurological
               or hematological complaints.

               PHYSICAL EXAMINATION
               VITAL SIGNS:  Temperature 36.5, pulse 88, respirations 20, blood
               pressure 138/88.
               HEAD:  Normocephalic and atraumatic.  His teeth are in fair dentition.

               NECK:  Supple.
               CHEST:  Clear.
               HEART:  Regular.
               ABDOMEN:    Soft.
               MUSCULOSKELETAL:  He does have pain with anteroposterior (AP) and
               lateral compression of his pelvis; however, it feels stable.  His right
               hip was not stressed as he has known comminuted intertrochanteric
               subtrochanteric fracture of the right hip.  His extensor hallucis
               longus, dorsal and plantar sensation are all intact on his right lower
               extremity.  Dorsalis pedis is 2+ and symmetric with the contralateral
               side.

               DIAGNOSTIC DATA
               X-rays reveal superior and inferior ramal fractures bilaterally.  He
               also has right subtrochanteric intertrochanteric femur fracture.  His
               spine series otherwise is without significant abnormality.

               IMPRESSION
               1.  Subtrochanteric femur fracture.
               2.  Anterior pelvic ring injury.

               PLAN
               The patient does have his long methamphetamine history, and his
               potassium is 2.8.  I am going to consult the medical service for

Printed on 07/22/2016 by Vang,Lili X              Requested by:
    THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
        LAW.  UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                          Visit#:951620429        MR#:10626549     CPPn1

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136
_____
Chart Group: Q/H&P -- continued
Unscheduled History and Physical -- cont'd
                        clearance for surgery.  Will keep him nothing by mouth and hopefully
                        fix his hip today.  Risks, benefits, alternatives and complications
                        were discussed with family members.  They understand and wish to
                        proceed.  The patient is somewhat agitated, and I question his ability
                        to give informed consent at this point, and we did discuss this with
                        his family.

                        DICTATED BY:  Todd Swenning, MD
---------------------------------------------------------------------------------
        Electronic Signature by: Todd A Swenning, MD

Printed on 07/22/2016 by Vang,Lili X                Requested by:
  THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
     LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                        Visit#:951620429        MR#:10626549      CPPn1

Fri, 22 Jul 16  1417                                    Page    5 of 35

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: Q/Consults
Wed, 07/18/2007 12:04       T Internal M  Q/Consults
    Unscheduled Internal Medicine Consult
    Event Time: Wed, 18 Jul 07  1204

    Fri, 20 Jul 07  0753

    Physician       : J. Damon Smith, DO
    Dictation D/T   : Wed, 18 Jul 2007  1204
    Report          :
                      DATE OF CONSULT:  07/18/2007

                      REFERRING PHYSICIAN:  Todd A Swenning, M.D.

                      PRIMARY CARE PHYSICIAN: Veterans Administration.

                      TIME: 1200 hours.

                      REASON FOR CONSULTATION:
                      Preoperative medical evaluation and management of hypokalemia.

                      IMPRESSION:
                      1.  Femur/pelvic fracture due to motor vehicle accident.
                      2.  Methamphetamine intoxication.
                      3.  Posttraumatic stress disorder.
                      4.  Polysubstance abuse.
                      5.  Hypokalemia.

                      RECOMMENDATIONS:
                      1.  We will replace his potassium intravenously.
                      2.  We find no preclusion to his proceeding to surgery at Dr.
                      Swenning's discretion although anesthesia may prefer that he have a few
                      more hours to detoxify the offending substance as it may make their job
                      easier.

                      DISCUSSION:
                      Dr. Swenning, we appreciate the opportunity to assist in the care of
                      this patient.  Mr. Kennerman is a 38-year-old gentleman who apparently
                      was racing his car last night when he fell off of a bridge onto an
                      embankment approximately 10 feet below, suffering a femur a pelvic
                      fracture. You are familiar with the details behind this and we will not
                      reiterate them here. We have been asked to provide perioperative
                      medical assessment, in particular in regard to some hypokalemia as well
                      as his methamphetamine intoxication and are happy to do so.

                      The patient is seen in the trauma emergency center (TEC) and is noted
                      to be quite aphthotic and manic if you will, i.e., tweaking, from his
                      methamphetamine but otherwise appears to be in no particular distress.
                      He will occasionally complain of pain to his right leg, but we are
                      really unable to get any other coherent history or other information
                      from him. His sister is in the room, from whom we obtained all of the
                      remainder of the historical data not gained from his chart.

                      PAST MEDICAL HISTORY:
                      Past medical history is remarkable for posttraumatic stress disorder
                      and obsessive-compulsive disorder and hyperlipidemia.

                      PAST SURGICAL HISTORY: Negative to the best of our knowledge.

                      SOCIAL HISTORY:
                      The patient is a smoker and also does consume alcohol fairly regularly
                      and obviously is a substance abuser as well.

                      CURRENT MEDICATIONS:
                      1.  Pravachol.
                      2.  Lipitor.
                      3.  Trazodone.
                      4.  Celexa.

THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                        Visit#:951620429        MR#:10626549      CPPn1

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: Q/Consults -- continued
Unscheduled Internal Medicine Consult -- cont'd
    5.   Klonopin.
    6.   Valproic acid.

ALLERGIES:
He apparently has an allergy to CODEINE, which causes itching.

REVIEW OF SYSTEMS:
Review of systems is really unobtainable in his current state, but
conversation with his sister indicates that he typically does not have
any particular cardiovascular, pulmonary, or gastrointestinal or
genitourinary symptoms. He is an otherwise healthy fellow.

PHYSICAL EXAMINATION:
VITAL SIGNS: Blood pressure 138/88, pulse 88, respirations 20. He is
afebrile.
GENERAL: He is a well-developed, well-nourished male who appears a big
younger than his stated age. He is not in so much distress as he is
just agitated from his methamphetamine, fidgeting and almost athetotic.
HEENT:  Head is normocephalic, atraumatic.  Conjunctivae and sclerae
are clear. Oropharynx is moist without erythema or exudate. Nares are
patent bilaterally. Pinnae are symmetric bilaterally. He does have a
lot of dirt and other debris throughout his hair and in his ears.
NECK: Supple. Without lymphadenopathy, bruits, jugular venous
distention (JVD), or goiter.
HEART: Regular rate, and rhythm. Without murmurs.
LUNGS: Clear to auscultation.
ABDOMEN: Soft with positive bowel sounds.  Nontender to palpation
without organomegaly or masses or bruits.
EXTREMITIES:   No pretibial edema. The right lower extremity is rotated
externally and a bit foreshortened. There are palpable dorsalis pedis
pulses bilaterally.
NEUROLOGICAL: The patient moves all extremities with the exception of
his right leg. The examination is nonfocal to the extent that he will
cooperate.
PSYCHIATRIC: Again, he is visibly intoxicated.

LABORATORIES:
White count 12.6, hemoglobin 13.8, platelet count 321.

Potassium is 2.8, total bilirubin 1.7.

Urine drug screen is positive for amphetamines and cannabis.

Otherwise laboratories are unremarkable.

Radiographic study reports are reviewed and are consistent with his
above diagnosis.

Again, Dr. Sweening, we appreciate the opportunity in the care of this
patient.  Our impressions and recommendations are noted above. We will
continue to follow along and provide assistance as we can.


Dictated By:  J Damon Smith, D.O.


Job #: 991
TR: 98813
Template: 1


Name:  Kitterman, Steve
MR#:  10626549
Visit #:

Printed on 07/22/2016 by Vang,Lili X                Requested by:
THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                        Visit#:951620429        MR#:10626549      CPPn1

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

---

Chart Group: Q/Consults -- continued
Unscheduled Internal Medicine Consult -- cont'd
                      Room #:
                      Date of Consultation:  07/18/2007
                      Physician:  J Damon Smith, D.O. 16176
                      Report:

---------------------------------------------------------------------------
        Electronic Signature by: J. Damon Smith, DO

Printed on 07/22/2016 by Vang,Lili X              Requested by:
    THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
        LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                        Visit#:951620429          MR#:10626549        CPPn1

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

---

Chart Group: Q/OP Reports
Mon, 09/24/2007 17:40       T Orthopedic   Q/OP Reports
   Unscheduled Orthopedic Surgery
   Event Time: Mon, 24 Sep 07  1740

   Sat, 29 Sep 07  1333

   Surgeon        : Todd A Swenning, MD
   Dictation D/T  : Mon, 24 Sep 2007  1740
   Report         :
                    DATE OF SURGERY:  07/18/2007

                    PREOPERATIVE DIAGNOSES:
                    1.  Right intertrochanteric subtrochanteric hip fracture.
                    2.  Pelvic ring injury.

                    POSTOPERATIVE DIAGNOSES:
                    1.  Right intertrochanteric subtrochanteric hip fracture.
                    2.  Pelvic ring injury.

                    PROCEDURES PERFORMED:
                    1.  Intramedullary nailing, right femur.
                    2.  Examination under anesthesia, anterior pelvic ring.

                    SURGEON:  Todd A Swenning, M.D.

                    ANESTHESIA:  General endotracheal.

                    DESCRIPTION OF PROCEDURE:
                    After appropriate general endotracheal anesthesia had been obtained the
                    patient's right lower extremity was placed in traction.  The right
                    lower extremity was prepared and draped in the usual sterile manner.

                    A small incision was made proximal to the tip of the greater
                    trochanter.  A combination of sharp and blunt dissection and dissection
                    was carried down through the subcutaneous tissues to the tip of the
                    greater trochanter.  A guidewire was inserted through the tip of the
                    greater trochanter into the proximal femur and the proximal femur was
                    reamed.  A ball-tipped guidewire was inserted down to the level of the
                    physeal scar of the distal femur.  The femoral diaphysis was reamed
                    sequentially until a 12-mm reamer passed without difficulty.  A long
                    trochanteric fixation nail was then inserted through the tip of the
                    greater trochanter without difficulty.  The helical blade was inserted
                    into the center-center portion of the femoral head.  There was noted to
                    be a slight amount of displacement and trumpeting of the proximal
                    aspect of the femur, but there was very good alignment of the neck,
                    shaft and relation distally and therefore this was accepted.  The
                    femoral neck was reamed and the helical blade was inserted and locked
                    using a set screw.  A single distal locking screw was placed using
                    perfect-circle technique.

                    The wounds were copiously irrigated and closed using 0 Vicryl, 2-0
                    Vicryl and staples.  A sterile dressing was applied and the patient was
                    taken out of traction and assessed.  Length and rotation were found to
                    be symmetric.  The pelvis was then stressed fluoroscopically and found
                    to be without significant diastasis at the fractures.  As his right
                    sacral and ramal fractures were found to be stable and he was to be
                    non-weightbearing on his right femur anyway, it was felt he would do
                    well with nonoperative management of his pelvis.  He was therefore sent
                    to the recovery room in stable condition.

                    ESTIMATED BLOOD LOSS:  200 mL.

                    FLUIDS:  2 liters crystalloid.

                    Dictated By:  Todd A Swenning, M.D.

---

THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                        Visit#:951620429        MR#:10626549      CPPnl

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136
```
_____
    Chart Group: Q/OP Reports -- continued
    Unscheduled Orthopedic Surgery -- cont'd
_____
```

```
             Job #: 98189
             TR: 98262
             Template: 1

             Name:  Kitterman, Steven
             MR#:   10626549
             Visit #:
             Room #:
             Date of Surgery:  07/18/2007
             Physician:   Todd A Swenning, M.D. 505467
             Assistant:
             Report:

-------------------------------------------------------------------------------
      Electronic Signature by: Todd A Swenning, MD
```

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

```
Chart Group: L/All Laboratory
```
Wed, 07/18/2007 10:20
    Whole Blood Creatinine Level {POCT}                  Status: complete
            Collection Time: 18 Jul 07  1020
            Specimen       : Plasma(9687504)

            Creatinine (mg/: 1.3      (0.7 - 1.5)
            GFR, African-Am: >=60     (>=60
                                      Calculated GFRs less than
                                      60mL/min/1.73m2 may indicate the
                                      presence of Chronic Kidney Disease
                                      when present for 3 or more months.
                                      (National Kidney Foundation))
            GFR, non-Africa: >=60     (>=60
                                      Calculated GFRs less than
                                      60mL/min/1.73m2 may indicate the
                                      presence of Chronic Kidney Disease
                                      when present for 3 or more months.
                                      (National Kidney Foundation))
        Electronic Signature by: Kathleen A. Kleopfer

Wed, 07/18/2007 10:20
    Alcohol Level                                        Status: complete
            Collection Time: 18 Jul 07  1020
            Specimen       : Plasma(9687503)

            Alcohol (mg/dL): negative    (0 - 12)
        Electronic Signature by: Rahini S. Sundaramoorthy

Wed, 07/18/2007 10:20
    Blood Bank Specimen                                  Status: complete
            Collection Time: 18 Jul 07  1020
            Specimen       : Blood(9687503)

            BB Specimen    : This event is used for specimen collection only.  Please refer to
                             other events for Blood Bank results.
        Electronic Signature by: Mary Jane Matthews

Wed, 07/18/2007 10:20
    Hold Blue Tube                                       Status: complete
            Collection Time: 18 Jul 07  1020
            Specimen       : Plasma(9687503)

            Note:          : this event is used to track the "hold tube" request.
        Electronic Signature by: Patricia L. Elliott

Wed, 07/18/2007 10:20
    Hemogram                                             Status: complete
            Collection Time: 18 Jul 07  1020
            Specimen       : Blood(9687503)

            WBC   (K/cmm)  : 12.6     (3.9 - 10.1)
            RBC   (M/cmm)  : 4.17     (4.30 - 5.94)
            Hgb   (g/dL)   : 13.8     (13.5 - 16.4)
            Hct     (%)    : 38.7     (40.5 - 51.0)
            MCV (cu mic)   : 92.8     (82.8 - 97.4)
            MCHC  (g/dL)   : 35.7     (31.2 - 34.2)
            RDW     (%)    : 11.9     (10.2 - 14.2)
            Plt   (K/cmm)  : 321      (151 - 361)
            MPV (cu mic)   : 7.2      (7.0 - 10.0)
        Electronic Signature by: L Owen Biddle

THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                          Visit#:951620429      MR#:10626549      CPPn1

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

---

Chart Group: L/All Laboratory -- continued
Wed, 07/18/2007 10:20
    Amylase                                          Status: complete
            Collection Time: 18 Jul 07  1020
            Specimen        : Plasma(9687503)

            Amylase (U/L)  : 38        (34 - 122)
        Electronic Signature by: Lisa G. Russell

Wed, 07/18/2007 10:20
    Comprehensive Metabolic Panel                    Status: complete
            Collection Time: 18 Jul 07  1020
            Specimen        : Plasma(9687503)

            Gluc      (mg/dL): 145      (70 - 110)
            BUN       (mg/dL): 14       (5 - 25)
            Creat     (mg/dL): 1.2      (0.7 - 1.5)
            CO2       (mmol/L): 18      (21 - 32)
            Cl        (mmol/L): 107     (96 - 112)
            Na        (mmol/L): 137     (135 - 146)
            K         (mmol/L): 2.8     (3.5 - 5.0)
            Ca        (mg/dL): 9.3      (8.5 - 10.7)
            TP        (g/dL): 7.5       (6.2 - 8.2)
            Alb       (g/dL): 5.2       (3.7 - 5.1)
            T Bili    (mg/dL): 1.7      (0.1 - 1.2)
            Alk Phos  (U/L): 58         (39 - 139)
            GOT (AST) (U/L): 39         (8 - 42)
            GPT (ALT) (U/L): 37         (7 - 40)
            GFR, African-Am: >=60       (>=60
                                        Calculated GFRs less than
                                        60mL/min/1.73m2 may indicate the
                                        presence of Chronic Kidney Disease
                                        when present for 3 or more months.
                                        (National Kidney Foundation))
            GFR, non-Africa: >=60       (>=60
                                        Calculated GFRs less than
                                        60mL/min/1.73m2 may indicate the
                                        presence of Chronic Kidney Disease
                                        when present for 3 or more months.
                                        (National Kidney Foundation))
        Electronic Signature by: Patricia L. Elliott

Wed, 07/18/2007 10:20
    CK                                               Status: complete
            Collection Time: 18 Jul 07  1020
            Specimen        : Plasma(9687503)

            CK (U/L)       : 1160      (<=225)
        Electronic Signature by: Lisa G. Russell

---

Printed on 07/22/2016 by Vang,Lili X            Requested by:
THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
    LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                        Visit#:951620429    MR#:10626549    CPPn1

Fri, 22 Jul 16  1417                                              Page    12 of 35

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: L/All Laboratory -- continued

Wed, 07/18/2007 10:39
    Urinalysis w/Culture, if Indicated                      Status: complete
            Collection Time: 18 Jul 07  1039
            Specimen       : Urine(9687502)

            Color        : amber
            Clarity      : clear
            Glucose      : negative    (negative)
            pH           : 6.0         (5.0-8.5)
            Ketones      : 3+          (negative)
            Protein      : 1+          (negative)
            Bilirubin    : negative    (negative)
            Blood        : 1+          (negative)
            Urobilin     : 1.0         (<1.0)
            Sp Grav      : 1.027       (1.005-1.030)
            LE           : negative    (negative)
            Nitrite      : negative    (negative)
            WBC   (avg/hpf) : 8         (0 - 4)
            RBC   (avg/hpf) : 15        (0 - 4)
            Sq Epi  (/hpf) : trace
            Hy Casts(/hpf) : 2-5       (0-2)
            Other        : 3+ mucous
            Comment      : culture to follow
        Electronic Signature by: Karen S. Deibel


Wed, 07/18/2007 10:39
    Drug Screen, 6 Drugs of Abuse - Urine                   Status: complete
            Collection Time: 18 Jul 07  1039
            Specimen       : Random(9687501)

            Amphetamines : positive  (negative)
            Amphet Comment : High levels of structurally related amines may cross react with
                             the amphetamine/methamphetamine test.  If confirmation of
                             amphetamine is desired, please contact laboratory. Date of
                             original testing must be provided.  All specimens are held for 7
                             days.
            Barbiturates : negative   (negative)
            Benzodiazepines: negative (negative)
            Cannabinoids : positive   (negative)
            Cocaine      : negative   (negative)
            Opiates      : negative   (negative)
            Comment      : Results are unconfirmed and should be used for medical purposes
                           only.
        Electronic Signature by: Rahini S. Sundaramoorthy


Wed, 07/18/2007 10:39
    Culture, Urine                                          Status: complete
            Collection Time: 18 Jul 07  1039
            Specimen       : Urine(9688617)

            Specimen Type : Urine (URNCND)
            Nitrite      : Culture indicated by urinalysis
            Leuk Est     : Culture indicated by urinalysis
            Final ID     : No growth - final
        Electronic Signature by: Cochanna Turner


Wed, 07/18/2007 11:22
    ABO/Rh/Antibody Screen                                  Status: complete
            ABO/Rh       : O Positive
            Antibody Scrn : Negative

Printed on 07/22/2016 by Vang,Lili X                    Requested by:
THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
      LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                        Visit#:951620429        MR#:10626549       CPPn1

Fri, 22 Jul 16  1417                                        Page    13 of 35

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: L/All Laboratory -- continued
Wed, 07/18/2007 13:52
    K (Potassium Level)                                    Status: complete
          Collection Time: 18 Jul 07  1352
          Specimen       : Plasma(9689709)

          K (mmol/L)     : 3.5   (3.5 - 5.0)
       Electronic Signature by: Lisa G. Russell

Wed, 07/18/2007 14:39
    Prothrombin Time with INR                              Status: complete
          Collection Time: 18 Jul 07  1439
          Specimen       : Plasma(9689065)

          INR            : 1.34   (<=1.12)
       Electronic Signature by: Jameka N Warrior

Wed, 07/18/2007 14:39
    Partial Thromboplastin Time                            Status: complete
          Collection Time: 18 Jul 07  1439
          Specimen       : Plasma(9689065)

          PTT  (sec)     : 22.6   (24.1 - 33.3)
       Electronic Signature by: Jameka N Warrior

Wed, 07/18/2007 19:33
    CBC with Differential                                  Status: complete
          Collection Time: 18 Jul 07  1933
          Specimen       : Blood(9691375)

          WBC  (K/cmm)   : 13.7   (3.9 - 10.1)
          Abs Neut       : 11.8   (1.4 - 6.5)
          RBC  (M/cmm)   : 3.51   (4.30 - 5.94)
          Hgb  (g/dL)    : 11.6   (13.5 - 16.4)
          Hct  (%)       : 33.6   (40.5 - 51.0)
          MCV  (cmic)    : 95.9   (82.8 - 97.4)
          MCHC (g/dL)    : 34.5   (31.2 - 34.2)
          RDW  (%)       : 12.1   (10.2 - 14.2)
          Plt  (K/cmm)   : 272    (151 - 361)
          MPV  (cmic)    : 6.9    (7.0 - 10.0)
          Lymph    (%)   : 8      (13 - 49)
          Mono    (%)    : 6      (4 - 12)
          Gran    (%)    : 86     (38 - 76)
          Eos     (%)    : 0      (0 - 5)
          Baso    (%)    : 0      (0 - 2)
          Bands          : No Band Flag
       Electronic Signature by: Carol L Lindley

Printed on 07/22/2016 by Vang,Lili X            Requested by:
THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
    LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                        Visit#:951620429      MR#:10626549      CPPn1

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

---

Chart Group: L/All Laboratory -- continued
Wed, 07/18/2007 19:33
    Basic Metabolic Panel                                Status: complete
            Collection Time: 18 Jul 07  1933
            Specimen       : Plasma(9691375)

            Gluc     (mg/dL): 144      (70 - 110)
            BUN      (mg/dL): 11       (5 - 25)
            Creat    (mg/dL): 1.2      (0.7 - 1.5)
            CO2      (mmol/L): 21      (21 - 32)
            Cl       (mmol/L): 111     (96 - 112)
            Na       (mmol/L): 140     (135 - 146)
            K        (mmol/L): 3.4     (3.5 - 5.0)
            Ca       (mg/dL): 7.9      (8.5 - 10.7)
            GFR, African-Am: >=60      (>=60
                                       Calculated GFRs less than
                                       60mL/min/1.73m2 may indicate the
                                       presence of Chronic Kidney Disease
                                       when present for 3 or more months.
                                       (National Kidney Foundation))
            GFR, non-Africa: >=60      (>=60
                                       Calculated GFRs less than
                                       60mL/min/1.73m2 may indicate the
                                       presence of Chronic Kidney Disease
                                       when present for 3 or more months.
                                       (National Kidney Foundation))
        Electronic Signature by: Barbara S Rose

Wed, 07/18/2007 23:34
    PT with INR (Prothrombin Time with INR)              Status: complete
            Collection Time: 18 Jul 07  2334
            Specimen       : Plasma(9691919)

            INR          : 1.48    (<=1.12)
        Electronic Signature by: Brian V. Toussaint

Wed, 07/18/2007 23:34
    PTT (Partial Thromboplastin Time)                    Status: complete
            Collection Time: 18 Jul 07  2334
            Specimen       : Plasma(9691919)

            PTT  (sec)    : 22.0   (24.1 - 33.3)
        Electronic Signature by: Brian V. Toussaint

Thu, 07/19/2007 03:09
    CBC with Differential                                Status: complete
            Collection Time: 19 Jul 07  0309
            Specimen       : Blood(9692249)

            WBC (K/cmm)   : 9.1      (3.9 - 10.1)
            Abs Neut      : 7.3      (1.4 - 6.5)
            RBC (M/cmm)   : 2.84     (4.30 - 5.94)
            Hgb  (g/dL)   : 9.6      (13.5 - 16.4)
            Hct     (%)   : 27.3     (40.5 - 51.0)
            MCV  (cmic)   : 96.0     (82.8 - 97.4)
            MCHC (g/dL)   : 35.2     (31.2 - 34.2)
            RDW     (%)   : 12.0     (10.2 - 14.2)
            Plt (K/cmm)   : 263      (151 - 361)
            MPV  (cmic)   : 7.5      (7.0 - 10.0)
            Lymph   (%)   : 12       (13 - 49)
            Mono    (%)   : 8        (4 - 12)
            Gran    (%)   : 80       (38 - 76)
            Eos     (%)   : 0        (0 - 5)
            Baso    (%)   : 0        (0 - 2)
            Bands         : No Band Flag
        Electronic Signature by: Sarah J Thomas

---

Printed on 07/22/2016 by Vang,Lili X                    Requested by:
    THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
        LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                           Visit#:951620429       MR#:10626549        CPPn1

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: L/All Laboratory -- continued
Thu, 07/19/2007 03:09
Comprehensive Metabolic Panel                          Status: complete
        Collection Time: 19 Jul 07  0309
        Specimen       : Plasma(9692249)

        Gluc    (mg/dL): 137       (70 - 110)
        BUN     (mg/dL): 12        (5 - 25)
        Creat   (mg/dL): 1.1       (0.7 - 1.5)
        CO2     (mmol/L): 23       (21 - 32)
        Cl      (mmol/L): 111      (96 - 112)
        Na      (mmol/L): 139      (135 - 146)
        K       (mmol/L): 3.7      (3.5 - 5.0)
        Ca      (mg/dL): 7.6       (8.5 - 10.7)
        TP      (g/dL): 5.1        (6.2 - 8.2)
        Alb     (g/dL): 3.6        (3.7 - 5.1)
        T Bili  (mg/dL): 0.6       (0.1 - 1.2)
        Alk Phos (U/L): 36         (39 - 139)
        GOT (AST) (U/L): 43        (8 - 42)
        GPT (ALT) (U/L): 28        (7 - 40)
        GFR, African-Am: >=60      (>=60
                                   Calculated GFRs less than
                                   60mL/min/1.73m2 may indicate the
                                   presence of Chronic Kidney Disease
                                   when present for 3 or more months.
                                   (National Kidney Foundation))
        GFR, non-Africa: >=60      (>=60
                                   Calculated GFRs less than
                                   60mL/min/1.73m2 may indicate the
                                   presence of Chronic Kidney Disease
                                   when present for 3 or more months.
                                   (National Kidney Foundation))
        Electronic Signature by: Amber N Guinn

Fri, 07/20/2007 04:59
    Sputum Cult                                        Status: complete
        Collection Time: 20 Jul 07  0459
        Specimen       : Sputum(9698675)

        Specimen Type  : Sputum
        Gram Stain     : >25 WBC's/LPF, gram positive cocci pairs
        Usual flora*   : Usual flora for respiratory tract present.
        Final ID       : No pathogens
        Electronic Signature by: Nu L. Kwok

Fri, 07/20/2007 08:17
    Cath UA                                            Status: complete
        Collection Time: 20 Jul 07  0817
        Specimen       : UrinCath(9699188)

        Color          : yellow
        Clarity        : clear
        Glucose        : negative   (negative)
        pH             : 6.5        (5.0-8.5)
        Ketones        : trace      (negative)
        Protein        : 1+         (negative)
        Bilirubin      : negative   (negative)
        Blood          : trace      (negative)
        Urobilin       : 1.0        (<1.0)
        Sp Grav        : 1.017      (1.005-1.030)
        LE             : 1+         (negative)
        Nitrite        : negative   (negative)
        WBC   (avg/hpf) : 4         (0 - 4)
        RBC   (avg/hpf) : 1         (0 - 4)
        Sq Epi  (/hpf) : trace
        Hy Casts(/hpf) : rare       (0-2)
        Electronic Signature by: Wesley E Huber

Printed on 07/22/2016 by Vang,Lili X            Requested by:
    THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
        LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                       Visit#:951620429    MR#:10626549    CPPn1

Fri, 22 Jul 16  1417                                    Page    16 of 35

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: L/All Laboratory -- continued
Fri, 07/20/2007 08:30
    Peripheral Blood Cult                              Status: complete
        Collection Time: 20 Jul 07  0830
        Specimen        : Bld Cult(9699131)

        Specimen Type   : Blood Cult - Adult, Peripheral stick
        Remark          : Spec #9699131: 20 Jul 07  0830
        Final ID        : No growth 5 days - final
        Electronic Signature by: Alexander O Hickman

Fri, 07/20/2007 08:54
    Basic Metabolic Panel                              Status: complete
        Collection Time: 20 Jul 07  0854
        Specimen        : Plasma(9697905)

        Gluc    (mg/dL): 147        (70 - 110)
        BUN     (mg/dL): 6          (5 - 25)
        Creat   (mg/dL): 1.1        (0.7 - 1.5)
        CO2     (mmol/L): 25        (21 - 32)
        Cl      (mmol/L): 108       (96 - 112)
        Na      (mmol/L): 137       (135 - 146)
        K       (mmol/L): 3.3       (3.5 - 5.0)
        Ca      (mg/dL): 7.8        (8.5 - 10.7)
        GFR, African-Am: >=60       (>=60
                                    Calculated GFRs less than
                                    60mL/min/1.73m2 may indicate the
                                    presence of Chronic Kidney Disease
                                    when present for 3 or more months.
                                    (National Kidney Foundation))
        GFR, non-Africa: >=60       (>=60
                                    Calculated GFRs less than
                                    60mL/min/1.73m2 may indicate the
                                    presence of Chronic Kidney Disease
                                    when present for 3 or more months.
                                    (National Kidney Foundation))
        Electronic Signature by: Patricia L. Elliott

Fri, 07/20/2007 11:14
    Peripheral Blood Cult                              Status: complete
        Collection Time: 20 Jul 07  1114
        Specimen        : Bld Cult(9699132)

        Specimen Type   : Blood Cult - Adult, Peripheral stick
        Remark          : Spec #9699132: 20 Jul 07  1114
        Final ID        : No growth 5 days - final
        Electronic Signature by: Alexander O Hickman

Printed on 07/22/2016 by Vang,Lili X            Requested by:
THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
    LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                       Visit#:951620429      MR#:10626549      CPPn1

Fri, 22 Jul 16  1417                                          Page    17 of 35

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

Chart Group: L/All Laboratory -- continued
Fri, 07/20/2007 11:15
    CBC with Differential                                    Status: complete
            Collection Time: 20 Jul 07  1115
            Specimen       : Blood(9699130)

            WBC (K/cmm)    : 6.2      (3.9 - 10.1)
            Abs Neut       : 4.2      (1.4 - 6.5)
            RBC (M/cmm)    : 2.51     (4.30 - 5.94)
            Hgb  (g/dL)    : 8.6      (13.5 - 16.4)
            Hct      (%)   : 23.9     (40.5 - 51.0)
            MCV  (cmic)    : 95.2     (82.8 - 97.4)
            MCHC (g/dL)    : 35.8     (31.2 - 34.2)
            RDW      (%)   : 11.7     (10.2 - 14.2)
            Plt (K/cmm)    : 200      (151 - 361)
            MPV  (cmic)    : 7.6      (7.0 - 10.0)
            Lymph    (%)   : 23       (13 - 49)
            Mono     (%)   : 8        (4 - 12)
            Gran     (%)   : 68       (38 - 76)
            Eos      (%)   : 0        (0 - 5)
            Baso     (%)   : 0        (0 - 2)
            Bands          : No Band Flag
        Electronic Signature by: Donald L Terry, MT

Sat, 07/21/2007 02:28
    CBC with Differential                                    Status: complete
            Collection Time: 21 Jul 07  0228
            Specimen       : Blood(9703851)

            WBC (K/cmm)    : 5.7      (3.9 - 10.1)
            Abs Neut       : 3.8      (1.4 - 6.5)
            RBC (M/cmm)    : 2.55     (4.30 - 5.94)
            Hgb  (g/dL)    : 8.6      (13.5 - 16.4)
            Hct      (%)   : 24.5     (40.5 - 51.0)
            MCV  (cmic)    : 95.9     (82.8 - 97.4)
            MCHC (g/dL)    : 35.1     (31.2 - 34.2)
            RDW      (%)   : 11.8     (10.2 - 14.2)
            Plt (K/cmm)    : 227      (151 - 361)
            MPV  (cmic)    : 7.5      (7.0 - 10.0)
            Lymph    (%)   : 23       (13 - 49)
            Mono     (%)   : 9        (4 - 12)
            Gran     (%)   : 67       (38 - 76)
            Eos      (%)   : 2        (0 - 5)
            Baso     (%)   : 0        (0 - 2)
            Bands          : No Band Flag
        Electronic Signature by: Stephanie L Vasquez

Fri, 22 Jul 16  1417                                          Page    18 of 35

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

---

Chart Group: L/All Laboratory -- continued

Sat, 07/21/2007 02:28
    Basic Metabolic Panel                                    Status: complete
            Collection Time: 21 Jul 07  0228
            Specimen       : Plasma(9703851)

        Gluc    (mg/dL): 109        (70 - 110)
        BUN     (mg/dL): 5          (5 - 25)
        Creat   (mg/dL): 0.9        (0.7 - 1.5)
        CO2     (mmol/L): 24        (21 - 32)
        Cl      (mmol/L): 109       (96 - 112)
        Na      (mmol/L): 141       (135 - 146)
        K       (mmol/L): 3.6       (3.5 - 5.0)
        Ca      (mg/dL): 7.9        (8.5 - 10.7)
        GFR, African-Am: >=60       (>=60
                                    Calculated GFRs less than
                                    60mL/min/1.73m2 may indicate the
                                    presence of Chronic Kidney Disease
                                    when present for 3 or more months.
                                    (National Kidney Foundation))
        GFR, non-Africa: >=60       (>=60
                                    Calculated GFRs less than
                                    60mL/min/1.73m2 may indicate the
                                    presence of Chronic Kidney Disease
                                    when present for 3 or more months.
                                    (National Kidney Foundation))
            Electronic Signature by: Patricia L. Wicks

Sun, 07/22/2007 03:57
    Hemogram                                                 Status: complete
            Collection Time: 22 Jul 07  0357
            Specimen       : Blood(9706215)

        WBC   (K/cmm)  : 4.4        (3.9 - 10.1)
        RBC   (M/cmm)  : 2.70       (4.30 - 5.94)
        Hgb   (g/dL)   : 8.8        (13.5 - 16.4)
        Hct   (%)      : 26.0       (40.5 - 51.0)
        MCV (cu mic)   : 96.2       (82.8 - 97.4)
        MCHC  (g/dL)   : 33.8       (31.2 - 34.2)
        RDW   (%)      : 11.8       (10.2 - 14.2)
        Plt   (K/cmm)  : 308        (151 - 361)
        MPV (cu mic)   : 7.5        (7.0 - 10.0)
            Electronic Signature by: Barbara J Gustafson

---

Printed on 07/22/2016 by Vang,Lili X                Requested by:
THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                          Visit#:951620429      MR#:10626549      CPPnl

Fri, 22 Jul 16  1417                                    Page    19 of 35

Saint Francis Hospital
6161 South Yale Avenue
Tulsa, OK 74136

─────────────────────────────────────────────────────────────
    Chart Group: C/All Cardiology
Wed, 07/18/2007 22:02       T Electrocar  C/All Cardiology
EKG EKG
Event Time: Wed, 18 Jul 07  2202                    supplemental

Thu, 19 Jul 07  1600

Type            : ECG, Routine
Interpreting Phy: Pirzada A. Majid, MD
Interpretation  :
                  Normal sinus rhythm
                  Normal ECG
-------------------------------------------------------------------

Printed on 07/22/2016 by Vang,Lili X              Requested by:
THIS CONFIDENTIAL AND PRIVILEGED DOCUMENT/INFORMATION IS PROTECTED BY FEDERAL AND STATE
   LAW. UNAUTHORIZED DISCLOSURE, DISSEMINATION OR DUPLICATION IS PROHIBITED.
Kitterman,Steve W                       Visit#:951620429        MR#:10626549      CPPn1