DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:    dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:    Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT, | |
| Petitioner, | CASE NO. CV-09-00105-JHP |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## PETITIONER'S PROFFER OF TESTIMONY

## DECLARATION OF GARY NELSON

## DECLARATION OF GARY NELSON

I, Gary Nelson, a person over the age of eighteen (18) and competent to testify, deposes and says as follows:

I am the second cousin once removed from Kenneth Barrett. My late mother Karen was the daughter of Warren Dotson.

I have known Kenny all my life. I know him to be kind, honest, and compassionate. Ken is direct, but I have never seen him violent.

I have personal knowledge that several of my cousins suffer from various forms of mental illness, mostly anxiety and manic depression, but other things as well. You could pretty much throw a rock at any member of my family and hit someone who is mentally ill. Unfortunately, I am one who suffers from a disabling mental illness. I have been diagnosed with severe panic anxiety and PTSD. My psychiatric records are attached to this declaration as Exhibit A.

About nine months before the raid on Kenny's, I went to a bar with him in Sequoyah County on 59 Highway between the racetrack and Vian. Another friend named Dwayne came with us. While we were in the bar, a uniformed deputy sheriff came in. He had brown hair, a moustache, was about 5'10" tall and weighed about 180 pounds. He wore a ball cap. He came up to Kenny and he and Kenny stepped away from us so that I could not hear the conversation, except for the last words in which Ken told him to "F" himself. The officer then left. If Ken knew at that time that there was a warrant out for his arrest he never told me, but if there was it sure would have been easy to arrest Ken right then and there, but the sheriff didn't.

About six months before the raid, I had come down from Sapulpa, where I lived, to visit my mother who lived in Bunch. I went by Kenny's while I was down. I was in his garage, where he worked on cars. A man drove through the gate onto Kenny's property. He wore a long-sleeve shirt and blue jeans. Kenny said an expletive when he saw him and then walked over toward his cabin to meet him in the driveway where they talked for about five minutes. Then the man got in his car and left. Ken came back to the garage, and said that it was "F-in" Philpot. Since I don't know the Philpots I couldn't tell you which one it was. If there was a warrant out for Ken and Ken knew about it he never said, but Mr. Philpot did not arrest Ken.

I declare under penalty of perjury that, to the best of my recollection, the foregoing is true and correct.

Executed this 16TH day of ~~August, 2016,~~ JANUARY, 2017, in Kellyville, Creek County, Oklahoma.

Gary Nelson