DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:        dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>       Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | CASE NO. CV-09-00105-JHP |

## PETITIONER'S PROFFER OF TESTIMONY

## DECLARATION OF ROSEANN SCHAYE

Pet'r's Proffer Testimony                                          *Barrett v. U.S.*, CV-09-00105-JHP

DECLARATION OF ROSEANNE SCHAYE

I, Roseanne Schaye, a person over the age of eighteen (18) years and competent to testify, deposes and says as follows:

I was employed by John Echols as a mitigation investigator for Kenneth Barrett.

In the course of my employment, I conducted many initial interviews with Mr. Barret's family members.

In the course of my family interviews and my interviews with Mr. Barrett, I uncovered many indications of severe familial mental health issues that seemed to pervade the Barrett and Dotson families, which required further investigation by me and by mental health experts. I sent Mr. Echols copies of these reports and repeatedly tried to get his attention so that I could get additional funding to continue my investigation. For reasons I never understood, he never responded and so I withdrew from the case after notifying both the client and the court.

In particular, my interviews with Carolyn Joseph, Phyllis Crawford, Abby Stites, Linda Reilly and Toby Barrett all point to Ken's mental illness and/or the genetic components of it.  Gelene Dotson's interview speaks to her in-utero use of alcohol when she was carrying Ken. I have initialed these reports, which are labeled Exhibits A-F.

I was never contacted by anyone from Ken's federal trial. Had I been, and if they had asked for my assessment of Ken, I would have told them that from the limited investigation, I believed that Ken had mental health issues, that he was genetically predisposed to mental illness, and that his illness was likely exacerbated by his meth use. I also felt that he was also learning disabled and had Attention Deficit Disorder. I would

1

have suggested that they do a full mitigation investigation and that they engage experts to delve further into Ken's mental illness and the genetic components of it.

Had I been asked to testify at the federal trial, I would have testified to the facts contained in my reports and to my opinions as contained herein.

I also thought that Ken was a decent guy and was impressed by his resourcefulness.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___14th___ of March 2017, in Medford, in Jackson County, Oregon.

_____
Roseanne Schaye