DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:    dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:    Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>        Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CASE NO. CV-09-00105-JHP<br><br>**PETITIONER'S UNOPPOSED MOTION TO FILE MOTION AND EXHIBITS UNDER SEAL** |

Petitioner Kenneth Eugene Barrett, by and through undersigned counsel, pursuant to

LCvR 79.1, moves this Court to enter the attached proposed order directing the Clerk of Court to

file under seal Petitioner's Unopposed Motion for Access to Videotape and the exhibits offered

in support of that motion. Mr. Barrett states the following as good cause for granting this Motion:

Mot. File Under Seal Pet'r's Mot. Copy Price Video        1        *Barrett v. U.S.*, CV-09-00105-JHP

Mr. Barrett seeks to file under seal a motion in which he requests a copy of the videotape created by Dr. J. Randall Price during his evaluation of Mr. Barrett on October 13 and14, 2005. This Court has retained Dr. Price's report and the videotape under seal, although it has given counsel for the parties access to both. Access to the videotape is limited to the courthouse. Order (Doc. 269) at 17. (On September 29, 2005, this Court entered an order directing that the report of the government's expert be maintained under seal. Order (Doc. 216) at 6 in Case No. 6:04-cr-00115-P.)

Although this Court released Dr. Price's report to counsel for each party in this proceeding, it has not unsealed that report. Because Mr. Barrett's motion for a copy of the videotape describes the contents of the report, the report is Exhibit A to the motion, and Exhibit B to the motion further describes the contents of the report, the motion and its exhibits should be sealed in accordance with previous orders.

Mr. Barrett's counsel will serve the motion and exhibits on counsel for the government.

On May 3, 2017, Mr. Barrett's counsel conferred by email with counsel for the government who stated that the government does not oppose this motion to seal.

WHEREFORE, Mr. Barrett respectfully requests this Court direct the Clerk of Court to file under seal Petitioner's Motion for Copy of Videotape and the two exhibits appended thereto.

///

///

///

///

///

///

RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY

HEATHER E. WILLIAMS
Federal Defender

/s/ *Joan M. Fisher*
JOAN M. FISHER
Assistant Federal Defender

/s/ *Tivon Schardl*
TIVON SCHARDL
Trial & Habeas Counsel

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY

This is to certify that on this 3rd day of March 2017, I caused the foregoing Petitioner's Motion to File Motion Under Seal to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record.  To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ *Tivon Schardl*
TIVON SCHARDL