DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:     (405) 521-9600
Facsimile:     (405) 521-9669
E-mail:        dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:     (916) 498-6666
Facsimile:     (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT, | |
| Petitioner, | CASE NO. CV-09-00105-JHP |
| vs. | **[PROPOSED] ORDER** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Before the Court is Petitioner's Motion to File Under Seal his motion for a copy of the videotaped examination conducted by J. Randall Price in October 2005. This Court directed that Dr. Price's report and the videotape of his examination be maintained under seal. Although the Court has released the report and given counsel access to view the videotape at the courthouse, both the report and videotape remain under seal. Petitioner's motion quotes and references

contents of the report, the report is an exhibit to the motion, and a declaration from counsel in support of the motion also refers to the report's contents. The government does not oppose sealing the motion and exhibits. This Court, being fully informed in the matter, finds the grounds for sealing the report remain compelling and, therefore, the motion exhibits should be sealed. The motion to seal is GRANTED.

IT IS SO ORDERED.

DATED:    May ___, 2017.

HON. JAMES H. PAYNE
UNITED STATES DISTRICT JUDGE

*Barrett v. U.S.*, CV-09-00105-JHP