**DAVID AUTRY**, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:        dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar # 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | **CAPITAL CASE** |
| | ) | |
| Petitioner, | ) | CASE NO. CV-09-00105-JHP |
| | ) | |
| vs. | ) | UNOPPOSED MOTION TO ATTEND |
| | ) | EVIDENTIARY HEARING JUNE 12-14, |
| UNITED STATES OF AMERICA, | ) | 2017 WITH COUNSEL BY VIDEO |
| | ) | CONFERENCE. |
| _____ | ) | |

　　　Kenneth Eugene Barrett, Petitioner, respectfully moves the Court for an ORDER

modifying the Order requiring his personal presence at the evidentiary hearing (Doc 282) and

permitting him to attend the remaining part of the hearing by video conference.

PETITIONER'S UNOPPOSED MOTION TO                             *Barrett v. United States*
ATTEND EVIDENTIARY HEARING                                        CV—09-00105-JHP
JUNE 12-14, 2017 WITH COUNSEL BY VIDEO
CONFERENCE

Petitioner's Unopposed Motion for an Order of Transport to Evidentiary Hearing was granted on January 3, 2017, permitting Petitioner to personally attend the evidentiary hearing held from March 27 through March 30, 2017 (Doc.282).

Petitioner now seeks to attend the remaining portion of the hearing scheduled for June 12 -14, 2017.

Counsel for Mr. Barrett have discussed the potential arrangements for Mr. Barrett's attendance for the continued portion of the evidentiary hearing now scheduled for June 12-14, 2017 with Attorney Liaison for USP – Terre Haute Siereveld who advises that Mr. Barrett's attendance by teleconference is do-able.  Pursuant to Ms. Siereveld's suggestion, one of Mr. Barrett's attorneys of record will attend the hearing at the corrections facility in Terre Haute with Mr. Barrett to facilitate communication between the client and other counsel and between the client and the court.  In that manner, Mr. Barrett's right to attend the hearing and his right to the effective assistance of counsel throughout will be enforced and the cost to court and parties will be the same and/or reduced.

The Motion is based on the request of the client and concurrence of his counsel.

On Thursday, May 4, 2017, counsel for Petitioner, Joan M. Fisher, contacted counsel for the government to inquire of the government's position on the motion.  Respondent's counsel advised Petitioner's counsel on this date, May 5, 2017, that the government does not oppose the motion.

## CONCLUSION

Based on the foregoing, Petitioner respectfully requests an Order granting Petitioner's Request to Attend the Evidentiary Hearing Scheduled June 12 - June 14, 2017 with counsel by video conference.

DATED:  May 5, 2017

Respectfully submitted,

/s/ *David Autry*
DAVID AUTRY

*/s/ Joan M. Fisher*
JOAN M. FISHER

/s/ *Tivon Schardl*
TIVON SCHARDL

*/s/ Karl Saddlemire*
KARL SADDLEMIRE


Attorneys for Petitioner,
KENNETH EUGENE BARRETT

PETITIONER'S UNOPPOSED MOTION TO                          *Barrett v. United States*
ATTEND EVIDENTIARY HEARING                                    CV—09-00105-JHP
JUNE 12-14, 2017 WITH COUNSEL BY VIDEO
CONFERENCE

## CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY

This is to certify that on this 5th day of May, 2017, I caused the foregoing Petitioner's Unopposed Request to Attend the Evidentiary Hearing Schedule for June 12-14, 2017 with counsel by Video Conference to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ *Joan M. Fisher*
JOAN M. FISHER

PETITIONER'S UNOPPOSED MOTION TO                *Barrett v. United States*
ATTEND EVIDENTIARY HEARING                      CV—09-00105-JHP
JUNE 12-14, 2017 WITH COUNSEL BY VIDEO
CONFERENCE