DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:        dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>            Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | CASE NO. CV-09-00105-JHP<br><br>**PETITIONER'S UNOPPOSED MOTION TO FILE EXHIBIT UNDER SEAL** |

Petitioner Kenneth Eugene Barrett, by and through undersigned counsel, pursuant to

LCvR 79.1, moves this Court to enter the attached proposed order directing the Clerk of Court to

file under seal Exhibit A to Petitioner's Motion to Exclude Witness Steven Pitt. Mr. Barrett

states the following as good cause for granting this Motion:

Mot. File Under Seal Ex. A to Mot. Exclude Wit.        1        *Barrett v. U.S.*, CV-09-00105-JHP

Mr. Barrett seeks to file under seal the report authored by Steven Pitt, D.O., which is Exhibit A to his Motion to Exclude Witness Steven Pitt. This Court authorized Dr. Pitt's examination pursuant to Rule 6(a) of the Rules Governing § 2255 Proceedings and Fed. R. Crim. P. 12.2(c). Under the latter rule the report of the examination would be sealed. As an additional ground for sealing, Dr. Pitt's report quotes at length from a confidential report that was taken from the files Mr. Barrett's trial counsel. Dr. Pitt's report also quotes at length from the report of Dr. J. Randall Price, which this Court has ordered remain under seal. Dr. Pitt's report also quotes and describes parts of Mr. Barrett's prison files, including confidential mental health files which are confidential.

At this point, Dr. Pitt's report is a discovery document. Whether he will be permitted to testify has yet to be determined.

Mr. Barrett's counsel will serve the exhibit on counsel for the government when he submits the proposed order granting this motion.

On May 11, 2017, Mr. Barrett's counsel conferred by email with counsel for the government who stated that the government does not oppose this motion to seal.

WHEREFORE, Mr. Barrett respectfully requests this Court direct the Clerk of Court to file under seal Exhibit A to Petitioner's Motion to Exclude Witness Steven Pitt.

DATED: May 11, 2017

RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY

HEATHER E. WILLIAMS
Federal Defender

/s/ *Joan M. Fisher*
JOAN M. FISHER
Assistant Federal Defender

/s/ *Tivon Schardl*
TIVON SCHARDL
Trial & Habeas Counsel

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

**CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY**

This is to certify that on this 11th day of May 2017, I caused the foregoing Petitioner's Motion to File Exhibit Under Seal to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ *Tivon Schardl*
TIVON SCHARDL