DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:        dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT, | |
| Petitioner, | CASE NO. CV-09-00105-JHP |
| vs. | **[PROPOSED] ORDER** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Before the Court is Petitioner's Motion to File Under Seal Exhibit A to his motion to

exclude witness Steven Pitt. Specifically, Mr. Barrett seeks to have sealed Dr. Pitt's report. This

Court authorized Dr. Pitt's examination pursuant to Rule 6(a) of the Rules Governing § 2255

Proceedings and Fed. R. Crim. P. 12.2(c). Under the latter rule the report of the examination

would be sealed. Dr. Pitt's report also quotes at length from a confidential report that was part of

Mr. Barrett's trial counsel's files and from other reports that are under seal. It also quotes and describes parts of Mr. Barrett's prison files, including confidential mental health files. The government does not oppose sealing the exhibit. This Court, being fully informed in the matter, finds the grounds for sealing the report are compelling and, therefore, the motion exhibits should be sealed. The motion to seal is GRANTED.

  IT IS SO ORDERED.

DATED:  May ___, 2017.

           _____
           HON. JAMES H. PAYNE
           UNITED STATES DISTRICT JUDGE