DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:      (405) 521-9600
Facsimile:      (405) 521-9669
E-mail:         dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:      (916) 498-6666
Facsimile:      (916) 498-6656
E-mail:         Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>          Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | CASE NO. CV-09-00105-JHP<br><br>**PETITIONER'S WAIVER OF PRESENCE AT HEARING** |

Petitioner Kenneth Eugene Barrett, by and through undersigned counsel, hereby waives

his presence at the upcoming evidentiary proceeding. Mr. Barrett advised counsel that he is

concerned about missing an upcoming medical appointment and enduring the stress of long

travel. Although Mr. Barrett appreciates the Court making it possible for him to be there, and he

supports the efforts of his counsel and the Court in this matter, he respectfully requests leave to

Pet'r's Waiver of Presence at Hr'g                    1                    *Barrett v. U.S.*, CV-09-00105-JHP

remain at USP Terre Haute during the proceedings recommencing on June 12, 2017. Mr.

Barrett's counsel concur that his presence is not necessary at this stage of the proceedings, which

concerns the prejudice, not the deficient-performance prong of *Strickland v. Washington*, 466

U.S. 668 (1984).

DATED: May 12, 2017

RESPECTFULLY SUBMITTED,

/s/ *David Autry*
DAVID AUTRY

HEATHER E. WILLIAMS
Federal Defender

/s/ *Joan M. Fisher*
JOAN M. FISHER
Assistant Federal Defender

/s/ *Tivon Schardl*
TIVON SCHARDL
Trial & Habeas Counsel

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

**CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY**

This is to certify that on this 12th day of May 2017, I caused the foregoing Petitioner's Waiver of Presence at Hearing to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ *Tivon Schardl*
TIVON SCHARDL