**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,                    )
                                           )
                         Petitioner,       )
                                           )
        v.                                 )
                                           )   Case No.      CIV-09-105-JHP
UNITED STATES OF AMERICA,                  )
                                           )   Date:         6/12/2017
                         Respondent.       )
                                           )   Time:          9:38  a.m. - 11:05 a.m.
                                           )                 11:18  p.m. - 12:28 p.m.
                                           )                  1: 33 p.m. -   2:49 p.m.
                                           )                  3:06  p.m. -  4:06 p.m.
                                                              4:13  p.m. -  4:48 p.m.


<u>**MINUTE SHEET - EVIDENTIARY HEARING**</u>


Steven P. Shreder, Judge       K. Davis, Law Clerk          B Neil, Court Reporter
                               T. Stephens, Deputy Clerk    FTR - Courtroom 4


**Petitioner present with Counsel:**  David B. Autry, Tivon Schardl, and Joan M. Fisher
**Counsel for Respondent:** Jeffrey B. Kahan and Christopher J. Wilson


**MINUTES:** Petitioners evidence resumed with testimony of  Jeanne Russell.   Petitioner provides additional exhibits to Government and Court; Petitioner's exhibits #'s 102-103. Petitioner rested with further objection noted.

Government provides additional exhibits to Petitioner and Court; Government's exhibits #'s 63-66. Government's evidence resumed with testimony of Dr. J. Randall Price.

Discussions regarding further expert testimony.

ENTERING ORDER continuing evidentiary hearing until 6/13/2017 at 9:00 a.m. (SPS)


Total Time:  5:28