## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
    )
        Petitioner,    )
    )
    **v.**    )
    )  Case No.    CIV-09-105-JHP
UNITED STATES OF AMERICA,    )
    )  Date:    6/13/2017
        Respondent.    )
    )  Time:    9:07 a.m. - 10:54 a.m.
    )    11:11 a.m. - 12:29 p.m.
    )    1:32 p.m. -  2:38 p.m.
    )

## MINUTE SHEET - EVIDENTIARY HEARING

Steven P. Shreder, Judge    K. Davis, Law Clerk    K. Sidwell and B. Neil, Reporters
    T.Stephens, Deputy Clerk    FTR - Courtroom 4

**Petitioner present with Counsel:**  David B. Autry, Tivon Schardl, and Joan M. Fisher
**Counsel for Respondent:** Jeffrey B. Kahan and Christopher J. Wilson

**MINUTES:**

Court inquires regarding expert availability and rebuttal testimony.

Petitioner renews Motion (Doc. No. 432) regarding Dr. Pitt's testimony; Objection **overruled** by Court.

Government's evidence resumed with testimony of Dr. Steven E. Pitt.

Petitioner asks Court to reconsider  previous rulings in Order  (Doc. No. 361) regarding the  testimony of Dr. Kosten and Dr. Stewart; Request **denied** by Court.

Petitioner is directed to provide Government with responsive information as directed by the Court.

ENTERING ORDER continuing evidentiary hearing until 6/26/2017 at 10:00 a.m. (SPS)

Total Time: 4:11