DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:    (405) 521-9600
Facsimile:    (405) 521-9669
E-mail:    dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:    Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. CV-09-00105-JHP<br><br><br>**DECLARATION OF COUNSEL IN SUPPORT OF OPPOSITION TO MOTION TO CALL ADDITIONAL REBUTTAL WITNESSES** |

I, Tivon Schardl, declare the following:

I am an attorney licensed to practice law by the State of Florida and am a member of the

bar of this Court. Since 2008, I have represented Kenneth Barrett in his pursuit of post-

conviction relief. I am making this declaration in support of Mr. Barrett's opposition to the

government's motion to call additional rebuttal witnesses (Doc. 455).

Dec. Counsel re Opp. Mot. Call Add'l Wits.          1          *Barrett v. U.S.*, CV-09-00105-JHP

I was given the tasks of cross-examining Dr. Randall Price and presenting the testimony of Dr. Deborah Miora. Due to the order excluding Dr. Miora, prior to the hearing, I had done nothing to prepare to present her testimony other than ask her to prepare a proffer declaration.

At the time I received the government's motion, I was handling the paperwork necessary to contract with Dr. Miora for her preparation time, travel and testimony. Lead counsel David Autry advised me that he could not draft and file the response to the government's motion because he was due to be in trial on Monday, June 19, 2017. Joan Fisher was in New York serving as faculty for a long-planned continuing legal education seminar. Karl Saddlemire offered to help prepare the response, but he was leaving work early for a previously planned weekend trip out of town. I have a doctor's appointment at 8:30 a.m. on June 19.

In May 2009, I entered into a contract for confidential consultation services with Dr. Faust Bianco. Dr. Bianco signed the contract and we had at least two conversations about the neuropsyhological testing that he and Dr. Myla Young performed on Mr. Barrett. On June 16, 2017, as soon as the government notified me that it was seeking to present Dr. Bianco as a government expert, I asked my assistant to retrieve a copy of Dr. Bianco's signed contract, and I retrieved a copy of the letter I sent to him. I then notified counsel for the government that Dr. Bianco was privy to confidential communications regarding this case and I requested counsel cease communications with him. Opposing counsel advised me that he would comply with that request.

I am currently scheduled to fly to Oklahoma on June 25, 2017, and I anticipate Dr. Miora will arrive the same day.

I declare, under penalty of perjury as provided in the laws of the United States of America, that the foregoing is true and correct and based on my personal knowledge.

Subscribed to by me this 19th day of June 2017 in Sacramento County, California.

/s/ *Tivon Schardl*
TIVON SCHARDL