DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:     (405) 521-9600
Facsimile:     (405) 521-9669
E-mail:        dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:     (916) 498-6666
Facsimile:     (916) 498-6656
E-mail:        Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT,<br><br>       Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | CASE NO. CV-09-00105-JHP<br><br>**PETITIONER'S MOTION FOR IMMEDIATE PRODUCTION OF REPORT FROM EXPERT WITNESS** |

# Exhibit A

Pet'r's Mot. Expert Rpt.                                    *Barrett v. U.S.*, CV-09-00105-JHP



RE: Faust Bianco
Wilson, Chris (USAOKE)
to:
Tim Schardl
06/20/2017 05:21 AM
Cc:
"david autry (via Google Docs)", "Horn, Doug (USAOKE)", "Kahan, Jeffrey (CRM)", Joan
Fisher, Karl Saddlemire
Hide Details
From: "Wilson, Chris (USAOKE)" <Chris.Wilson@usdoj.gov> Sort List...
To: Tim Schardl <Tim_Schardl@fd.org>
Cc: "david autry (via Google Docs)" <dbautry77@gmail.com>, "Horn, Doug (USAOKE)"
<Doug.Horn@usdoj.gov>, "Kahan, Jeffrey (CRM)" <Jeffrey.Kahan@usdoj.gov>, Joan
Fisher <Joan_Fisher@fd.org>, Karl Saddlemire <Karl_Saddlemire@fd.org>

Tim,

In light of the Court's ruling yesterday allowing the government to call Dr. Bianco as a witness, I am preceding with contacting Dr. Bianco. I sent him the following series of texts yesterday afternoon:

"Dr. Bianco – The Judge approved our request to call you as a witness on June 26. Please call me at your earliest convenience. I need to finalize the contract details. I am sending you the data and affidavits from defense experts via overnight fedex. Thanks."

"The password for the CD you will be receiving is [redacted]."

"Remember: no work can be performed until the contract approved."

I did not speak with Dr. Bianco. He left a voice message at 5:20pm. I intend to call him this morning. I do not intend to discuss with the him the substance of any communications he had with you or your team or any services he may have performed as a result of your 2009 contract. I will advise Dr. Bianco of the same. My focus will be on the testing and evaluation he performed on Mr. Barrett in 2000. I will also be asking him to respond to the criticisms of his testing and evaluation raised by Drs. Young and Miora in their declarations.

Christopher J. Wilson
Criminal Chief
United States Attorney's Office
Eastern District of Oklahoma
(918) 684-5175

*This transmission may contain confidential or privileged information, which is intended only for use by the individual or entity to which the transmission is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying or distribution of this transmission is strictly prohibited. If you received this transmission in error, please notify the sender immediately.*

**From:** Tim Schardl [mailto:Tim_Schardl@fd.org]
**Sent:** Friday, June 16, 2017 5:44 PM
**To:** Wilson, Chris (USAOKE) <CWilson3@usa.doj.gov>
**Cc:** david autry (via Google Docs) <dbautry77@gmail.com>; Horn, Doug (USAOKE) <DHorn@usa.doj.gov>;
Kahan, Jeffrey (CRM) <Jeffrey.Kahan@usdoj.gov>; Joan Fisher <Joan_Fisher@fd.org>; Karl Saddlemire