DAVID AUTRY, OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:      (405) 521-9600
Facsimile:      (405) 521-9669
E-mail:         dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:      (916) 498-6666
Facsimile:      (916) 498-6656
E-mail:         Joan_Fisher@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KENNETH EUGENE BARRETT, | |
| Petitioner, | CASE NO. CV-09-00105-JHP |
| vs. | **PETITIONER'S MOTION FOR IMMEDIATE PRODUCTION OF REPORT FROM EXPERT WITNESS** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

# Exhibit B

Pet'r's Mot. Expert Rpt.                                                    *Barrett v. U.S.*, CV-09-00105-JHP



RE: Barrett Motion For Report
Wilson, Chris (USAOKE)
to:
Joan Fisher, Kahan, Jeffrey (CRM)
06/21/2017 05:59 AM
Cc:
david autry, Tim Schardl, "Karl Saddlemire"
Hide Details
From: "Wilson, Chris (USAOKE)" <Chris.Wilson@usdoj.gov>
To: Joan Fisher <Joan_Fisher@fd.org>, "Kahan, Jeffrey (CRM)"
<Jeffrey.Kahan@usdoj.gov>
Cc: david autry <dbautry77@gmail.com>, Tim Schardl <Tim_Schardl@fd.org>, "Karl
Saddlemire" <Karl_Saddlemire@fd.org>

Counsel:

This is to advise we object to the motion to exclude on the basis of privilege/work product.  We also object to your request for immediate disclosure of a report.  As you well know from Mr. Echols' testimony, Dr. Bianco was instructed not to prepare a report by Mr. Echols. To my knowledge, no report currently exists.  However, we know from the Affidavit he prepared (and introduced during the hearing), he found "any further neurological testing is unwarranted at this time" and "Further testing will not provide evidence that is inconsistent with Mr. Barrett's neurological test results, and would not be indicative of significant deficits in Mr. Barrett's functioning."

Christopher J. Wilson
Criminal Chief
United States Attorney's Office
Eastern District of Oklahoma
(918) 684-5175

*This transmission may contain confidential or privileged information, which is intended only for use by the individual or entity to which the transmission is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying or distribution of this transmission is strictly prohibited. If you received this transmission in error, please notify the sender immediately.*

---

**From:** Joan Fisher [mailto:Joan_Fisher@fd.org]
**Sent:** Tuesday, June 20, 2017 7:21 PM
**To:** Wilson, Chris (USAOKE) <CWilson3@usa.doj.gov>; Kahan, Jeffrey (CRM) <Jeffrey.Kahan@usdoj.gov>
**Cc:** david autry <dbautry77@gmail.com>; Tim Schardl <Tim_Schardl@fd.org>; Karl Saddlemire <Karl_Saddlemire@fd.org>
**Subject:** Barrett Motion For Report

Counsel:

In the event that our Motion to Disqualify Dr. Bianco as a witness based on Mr. Barrett's assertion of privilege and work product, we are also filing a Motion for the Immediate Production of a Report by Dr. Bianco. The basis of that motion is that we do not know what Dr. Bianco's opinion is as it relates to his 2000 testing because he never generated a report or other statement setting out his opinions, the bases and the reasons therefore. Nor do we have a current statement of Dr. Bianco's qualifications and expert services.

As pointed out in Drs. Bigler and Miora declarations, because he never produced a report, did not complete testing instruments, did not explain indecipherable notations on his scoring sheet, and did not identify the

normative date upon which he relied.  Without that information we cannot be prepared to file a motion to exclude Dr. Bianco under Evidence rule 702(b)-(d), nor can we be adequately prepared to conduct voir dire of Dr. Bianco or cross-examine him at the hearing.

Please note that Drs. Bigler's and Miora's Declarations only mention Dr. Bianco in anticipation of the government's apparent argument that somehow Bianco's work excused trial counsel's deficient performance.

We are ready to file the Motion for the Report as soon as we are advised of your position on it.

I am hopeful we will also be able to file the Motion to Disqualify on the basis of privilege and work product tomorrow, so if you'd like to let us know your position on that, as well, it will be appreciated.
Joan M. Fisher
Assistant Federal Defender
Federal Defender's Office for the Eastern District of California
801 I St., 3rd Flr.
Sacramento, CA  95814
Telephone: 916-498-6666
Facsimile:  916-498-6656

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above.  If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please notify me by reply e-mail.  Thank you for your cooperation.