## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT**, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | |
| v. | ) | Case No. CV-09-00105-JHP |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

### PETITIONER'S THIRD AMENDED EXHIBIT LIST

Exhibits to be presented at evidentiary hearing:

| Number | Exhibit | Where in Record |
|---|---|---|
| 1 | In the Matter of Mental Illness of Billy Dean Maxwell, Case Number MH-82-12, Record of Mental Health Proceeding, dated May 5, 1982 | Exhibit 26 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 2 | In the Matter of the Sanity of A.J. Barrett, Case Number 141, Lunacy Record, dated August 12, 1918 | Exhibit 27 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 3 | In the Matter of the Sanity of A.J. Barrett, Case Number 709, Mental Health Record and Petition for Order of Admission to State Hospital | Exhibit 28 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 4 | Declaration of Mark Henricksen | Exhibit 29 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 5 | In the Matter of the Sanity of Wallace Dotson, Lunacy Record, Case Number 366, dated May 4, 1948 | Exhibit 32 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 6 | In the Matter of Mental Illness of Kenneth Barrett, Case Number 481, Record of Mental Health Proceeding | Exhibit 33 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 7 | Declaration of John Echols | Exhibit 34 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |

| Number | Exhibit | Where in Record |
|---|---|---|
| | | |
| 8 | Excerpts from Kenneth Barrett's Baby Book | Exhibit 35 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 9 | Letter from Kenneth Barrett | Exhibit 36 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 10 | Declaration of Bill Sharp, Ph.D. | Exhibit 55 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 11 | Declaration of Jeanne Russell, Ed.D. | Exhibit 56 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 12 | Letter from John Echols to Honorable James H. Payne, dated February 28, 2005 | Exhibit 64 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 13 | Letter from Honorable James H. Payne to John Echols, dated February 22, 2005 | Exhibit 65 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 14 | Letter from Ronald Lax to Tivon Schardl, dated September 24, 2008 | Exhibit 66 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 15 | Photographs of Kenneth Barrett's shack | Exhibit 73 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 16 | Declaration of Ada Blount | Exhibit 74 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 17 | Declaration of Brandy Hill | Exhibit 77 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 18 | Declaration of Carolyn Joseph | Exhibit 78 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 19 | Declaration of Doris Barrett | Exhibit 80 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 20 | Declaration of Ernest Barrett | Exhibit 81 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 21 | Declaration of Gwendolyn Crawford | Exhibit 83 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |

| Number | Exhibit | Where in Record |
|---|---|---|
| 22 | Declaration of Janice Sanders | Exhibit 85 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 23 | Declaration of Kathy Trotter | Exhibit 86 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 24 | Declaration of Linda Riley | Exhibit 87 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 25 | Declaration of Dr. Myla Young | Exhibit 89 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 26 | Declaration of Paul Rickie Lunsford | Exhibit 90 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 27 | Declaration of Phyllis Crawford | Exhibit 91 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 28 | Declaration of Roger Crawford | Exhibit 92 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 29 | Declaration of Ruth Harris | Exhibit 93 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 30 | Declaration of Toby Barrett | Exhibit 96 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 31 | Declaration of Sylvia Gelene Dotson | Exhibit 97 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 32 | Declaration of Mark Dotson | Exhibit 98 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 33 | Declaration of Steve Barrett | Exhibit 99 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 34 | Declaration of Warren Dotson | Exhibit 100 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 35 | Declaration of Nona Reich | Exhibit 101 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 36 | Declaration of Carl Cook | Exhibit 102 From Doc 70 - Amended Motion for Collateral Relief |

| Number | Exhibit | Where in Record |
|---|---|---|
| | | 6:09-cv-00105-JHP. 9/25/2009 |
| 37 | Declaration of Abby Stites | Exhibit 103 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 38 | Declaration of Doris Barrett | Exhibit 105 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 39 | Declaration of Steve Leedy | Exhibit 111 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 40 | Declaration of Dr. George Woods | Exhibit 117 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 41 | Educational Records for Kenneth Barrett | Exhibit 136 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 42 | Educational Records for Gwendolyn Barrett | Exhibit 137 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 43 | Educational Records for Ernest Barrett | Exhibit 138 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 44 | Medical Records for Carolyn Joseph | Exhibit 139 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 45 | Medical Records for Kathy Trotter | Exhibit 140 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 46 | Medical Records for Brandy Hill | Exhibit 141 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 47 | Medical Records for Toby Barrett | Exhibit 142 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 48 | Medical Records for Travis Crawford | Exhibit 143 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 49 | Medical Records for Linda Riley | Exhibit 145 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 50 | Medical Records for A.J. Barrett | Exhibit 146 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |

| Number | Exhibit | Where in Record |
|---|---|---|
| 51 | Medical Records for Kenneth Barrett | Exhibit 147 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 52 | Report of Interview with Kenneth Barrett by the Oklahoma State Bureau of Investigation, dated October 11, 1999 | Exhibit 148 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 53 | Sylvia Gelene Dotson's Genealogy Memorandum | Exhibit 155 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 54 | Military Records for Travis Crawford | Exhibit 196 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 55 | Educational Records for Kenneth Barrett | Exhibit 200 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 56 | Medical Records for Gwen Crawford | Exhibit 201 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 57 | Medical Records for Carolyn Joseph | Exhibit 202 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 58 | Social Security Records for Travis Crawford | Exhibit 203 From Doc 70 - Amended Motion for Collateral Relief 6:09-cv-00105-JHP. 9/25/2009 |
| 59 | Supplemental Declaration of Ernie Barrett | Exhibit 206 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 60 | Supplemental Declaration of Doris Barrett | Exhibit 207 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 61 | Supplemental Declaration of Phyllis Crawford | Exhibit 209 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 62 | Supplemental Declaration of Gelene Dotson | Exhibit 210 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 63 | Supplemental Declaration of Mark Dotson | Exhibit 211 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 64 | Supplemental Declaration of Ruth Harris | Exhibit 212 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 65 | Supplemental Declaration of Carolyn Joseph | Exhibit 213 From Doc 178 – Reply to Amended Motion |

| Number | Exhibit | Where in Record |
|---|---|---|
|  |  | 6:09-cv-00105-JHP. 7/1/2010 |
| 66 | Supplemental Declaration of Linda Riley | Exhibit 214 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 67 | Supplemental Declaration of Janice Sanders | Exhibit 215 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 68 | Supplemental Declaration of Abbie Stites | Exhibit 216 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 69 | Supplemental Declaration of Kathy Trotter | Exhibit 217 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 70 | Supplemental Declaration of Toby Barrett | Exhibit 218 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 71 | Supplemental Declaration of Toby Barrett | Exhibit 220 From Doc 178 – Reply to Amended Motion 6:09-cv-00105-JHP. 7/1/2010 |
| 72 | UNDER SEAL: Billing Records of Roger Hilfiger and Bret Smith | Appendix A - Doc No. 01019206246, 10th Circuit Case No. 12-7086 |
| 73 | Additional Education Records for Kenneth Barrett | N/A, Attached to email of 1/6/2017 |
| 74 | Declaration of Judy House | N/A, Attached to email of 1/6/2017 |
| 75 | All Documents turned over to US Attorney on 12/21/2016 in Compliance with Discovery Order | Submitted to US Attorney on Disc. Specific documents within may be identified as separate exhibits at the appropriate time. |
| 76 | Medical Records of Kelly Cochran | Procured February, 2017. |
| 77 | Sealed Budget Conference Minutes | 6:04-cr-00115-JHP, 12/9/2004 |
| 78 | SEALED ORDER by Mag. Judge Steven P. Shreder re: defendant's Ex Parte Motion for Approval of "Pre-Authorization" Budget for the Defense | Doc 38, 6:04-cr-00115-JHP, 1/19/2005 |
| 79 | SEALED LETTER (copy) from Hon. James H. Payne to defense counsel John David Echols regarding the eight ex parte budget requests | 2/22/2005, 6:04-cr-00115-JHP, |
| 80 | SEALED LETTER from John David Echols to Hon. James H. Payne in answer to the | 2/28/2005, 6:04-cr-00115-JHP, |

| Number | Exhibit | Where in Record |
|---|---|---|
|  | 2/22/05 letter of Judge Payne regarding ex parte litigation budget requests. |  |
| 81 | Minutes: SEALED HEARING: Defense counsel John D. Echols and Roger Hilfiger present. Before Hon. James H. Payne. …Discussion held regarding the Court's order on the budget. | 3/22/2005, 6:04-cr-00115-JHP, |
| 82 | SEALED ORDER by District Judge James H. Payne adopting the U.S. Magistrate's SEALED REPORT AND RECOMMENDATION on interim requests for attorneys' fees and costs [106-1], DENYING defendant's NINTH EXPARTE (SEALED) Motion [107-1], GRANTING defendant's motion TENTH EXPARTE (SEALED) and allowing John Echols to withdraw [113-1], DENYING defendant's EXPARTE (SEALED) ELEVENTH Motion [118-1], DENYING defendant's motion for ex parte conference on defense budget and funding [116-1] and [126-1] | Doc 128, 6:04-cr-00115-JHP, 5/5/2005 |
| 83 | SEALED BUDGET HEARING MINUTES before Honorable James H. Payne | 10/3/2005, 6:04-cr-00115-JHP, |
| 84 | MINUTES: Further Sealed Hearing regarding budget matters. | 10/20/2005, 6:04-cr-00115-JHP, See Doc. 395, Motion to Unseal Budget Hearing Transcript |
| 85 | SEALED MINUTE ORDER before District Judge James H. Payne GRANTING defendant's motion to modify order approving budget of 3/18/05 | Doc. 244, 6:04-cr-00115-JHP, 11/4/2005 |
| 86 | SEALED MINUTE ORDER before District Judge James H. Payne regarding Defendant's Ex Parte Litigation Budget (Henricksen) | Doc 275, 6:04-cr-00115-JHP, 12/15/2005 |
| 87 | Childhood photos of Kenneth Barrett | N/A, Attached to email of 1/6/2017 |
| 88 | Defendant's Pro Se Motion for Change of Appointed Counsel | Doc 135, 6:04-cr-00115-JHP, 5/23/2005 |
| 89 | ORDER by District Judge James H. Payne denying defendant Barrett's pro se motion for Change of Appointed Counsel | Doc 137, 6:04-cr-00115-JHP, 5/24/2005 |
| 90 | Declaration of Bret Smith | Doc 175, Exh. 11, 6:04-cr-00115-JHP, 5/17/2010 |

| Number | Exhibit | Where in Record |
|---|---|---|
| 91 | Declaration of Roger Hilfiger | Doc 175, Exh. 12, 6:04-cr-00115-JHP, 5/17/2010 |
| 92 | Chart of Trial Counsel File Boxes | Sent to Government |
| 93 | List of Roger Hilfiger's Caseload during relevant period | Sent to Government |
| 94 | Hilfiger Letter to Shreder | Petitioner's Disc. No. 003889-91 |
| 95 | Handwritten Notes | Petitioner's Disc. No. 005806-07 |
| 96 | Aba Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases | |
| 97 | ABA Standards for Criminal Justice Providing Defense Services | |
| 98 | Declaration of Iva Hines | |
| 99 | Declaration of Roger Crawford | |
| 100 | Declaration of Judy House | |
| 101 | Declaration of Gary Nelson | |
| 102 | Sparks Medical Records of Kenneth Barrett | |
| 103 | Excerpts of Dr. Randall Price's Evaluation of Kenneth Barrett on DVD | |
| 104 | Declaration of Dr. Deborah S. Miora | Doc. 376-1 in 6:09-cv-00105-JHP, filed 3/1/2017 |
| 105 | Curriculum Vitae of Dr. Deborah S. Miora | Doc. 376-1 in 6:09-cv-00105-JHP, filed 3/1/2017 |
| 106 | Score Summary Sheets of Dr. Deborah S. Miora | Doc. 376-1 in 6:09-cv-00105-JHP, filed 3/1/2017 |
| 107 | PowerPoint slides of Dr. Deborah S. Miora | |

**CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY**

This is to certify that on this 23rd day of June 2017, I caused the foregoing Petitioner's Third Amended Exhibit List to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record.  To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ *Tivon Schardl*

TIVON SCHARDL