**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

|  |  |  |  |
|---|---|---|---|
| KENNETH EUGENE BARRETT, | ) | Case No. | CIV-09-105-JHP |
| | ) | | |
| Petitioner, | ) | Date: | 6/26/2017 |
| **v.** | ) | | |
| | ) | Time: | 10:07 a.m. - 11:54 a.m. |
| UNITED STATES OF AMERICA, | ) | | 1:01 p.m. -  2:25 p.m. |
| | ) | | 2:45 p.m. -  4:48 p.m. |
| Respondent. | ) | | 5:02 p.m. -  6:03 p.m. |
| | ) | | |
| | ) | | |
| | ) | | |

## MINUTE SHEET - EVIDENTIARY HEARING

Steven P. Shreder, Judge       K. Davis, Law Clerk       K. McWhorter, Reporter
                               N. Davis, Deputy Clerk    FTR - Courtroom 4
                               T. Stephens, Deputy Clerk

**Petitioner present with Counsel:**  David B. Autry, Tivon Schardl, and Joan M. Fisher
**Counsel for Respondent:** Jeffrey B. Kahan and Christopher J. Wilson

| Date: | **3/27/2017** | **3/28/2017** | **3/29/2017** | **3/30/2017** |
|---|---|---|---|---|
| | 9:04 - 10:56 | 9:02 - 11:00 | 9:13 - 11:27 | 10:35 - 12:12 |
| | 11:12 - 12:11 | 11:17 - 12:11 | 11:49 - 12:06 | 1:06 -  2:53 |
| | 1:01 -  4:02 | 1:20 -  3:20 | 1:02 -  2:30 | 3:15 -  3:21 |
| | 4:16 -  4:45 | 3:33 -  4:57 | | |

| | **6/12/2017** | **6/13/2017** | **6/26/2017** |
|---|---|---|---|
| | 9:38 - 11:05 | 9:07 - 10:54 | 10:07 - 11:54 |
| | 11:18 - 12:28 | 11:11 - 12:29 | 1:01 -  2:25 |
| | 1: 33 -  2:49 | 1:32 -  2:38 | 2:45 -  4:48 |
| | 3:06 -  4:06 | | 5:02 -  6:03 |
| | 4:13 -  4:48 | | |

**WITNESSES: (Petitioner)**                          **WITNESSES: (Respondent)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | Ruth Harris | 3/27/2017 | | 1. | Roger Hilfiger | 3/30/2017 |
| 2. | Mark Dotson | 3/27/2017 | | 2. | Dr. J. Randall Price | 6/12/2017 |
| 3. | Steve Barrett | 3/27/2017 | | 3. | Dr. Steven E. Pitt | 6/13/2017 |
| 4. | Doris Barrett | 3/27/2017 | | | | |
| 5. | Jack Gordon | 3/27/2017 | | | | |
| 6. | Dr. George Woods | 3/27/2017, 3/28/2017 | | | | |
| 7. | Steve Leedy | 3/28/2017 | | | | |
| 8. | John Echols | 3/28/2017 | | | | |
| 9. | Bret Smith | 3/29/2017 | | | | |
| 10. | Dr. Jeanne Russell | 6/12/2017 | | | | |
| 11. | Dr. Deborah Miora | 6/26/2017 | | | | |

**MINUTES:**

Petitioner provides additional exhibits to Government and Court; Petitioner's exhibits #'s 105-107.

Government provides additional exhibits to Petitioner and Court; Government's exhibits #'s 67-68.

Petitioner's evidence resumed with testimony of Dr. Deborah Miora. Petitioner proffered paragraphs 39-42 of Petitioner's exhibit #25.

Government makes Oral Motion to Strike the Testimony of Dr. Miora, Petitioner responds; Government replies. Motion OVERRULED, all of Dr. Miora's testimony admitted.(SPS)

Petitioner asks Court to reconsider  previous rulings in Order  (Doc. No. 361) regarding the  testimony of Dr. Bigler; Request **denied** by Court.

Government asks Court to reconsider  previous rulings in Order  (Doc. No. 459) regarding the  testimony of Dr. Bianco; Request **denied** by Court.

Proposed Findings of Facts and Conclusions of Law to be filed by 07/31/2017.  Briefing allowed, but not required. Court will issue a Report and Recommendation (SPS).

COURT ADJOURNED

Total time: 6:35