IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,              )
                                     )
Petitioner/Defendant,                )
                                     )
v.                                   )     Case No. CV-09-00105-JHP
                                     )
UNITED STATES OF AMERICA,            )
                                     )
Respondent/Plaintiff.                )

---

Petitioner's witnesses to be called at the evidentiary hearing in the following order (tentative):



3/27/17    (1.)  Ruth Harris

           (2.)  Mark Dotson

           (3.)  Steve Barrett

           (4.)  Doris Barrett

           (5.)  Jack Gordon

3/28/17    (7.) 6.  Steve Leedy

3/28/17    (8.) 7.  John Echols

3/27 + 3/28/17  (6.) 8.  George Woods

3/29/17    (9.)  Bret Smith

4/12/17    (10.) Jeanne Russell

4/26/17    (11.)  Dr. Deborah S. Miora

1