IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,                )
                                        )
            Movant,                     )
                                        )
v.                                      )      Case No. CIV-09-105-JHP
                                        )
UNITED STATES OF AMERICA,               )
                                        )
            Respondent.                 )

## GOVERNMENT'S LIST OF WITNESSES

1.    Bret Smith

2.    Roger Hilfiger

3.    J. Randall Price, Ph.D.

4.    Steven E. Pitt, D.O.

Dated: March 27, 2017

                        Respectfully submitted,

                        DOUGLAS A. HORN
                        Acting United States Attorney


                        CHRISTOPHER J. WILSON
                        Assistant United States Attorney


                        JEFFREY B. KAHAN
                        Trial Attorney, Capital Case Unit

1