IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
                          )
        Movant,           )
                          )
v.                        )        Case No. CIV-09-105-JHP
                          )
UNITED STATES OF AMERICA, )
                          )
        Respondent.       )

## GOVERNMENT'S THIRD AMENDED LIST OF EXHIBITS

1.  Declaration of Roger Hilfiger

2.  Declaration of Bret Smith

4/13/17  (3.)  Voluntary statement of Abby Stites − Adm. w/o obj.

3/30/17  (4.)  Eastern State Hospital Report of Contact  Adm w/o obj.

3/30/17  (5.)  Eastern State Hospital Medical History  Adm w/o obj.

3/30/17  (6.)  Eastern State Hospital Discharge Summary  Adm w/oobj.

3/30/17  (7.)  St. Francis Chart Print Report  Adm w/o obj.

3/30/17  (8.)  Wagoner Community Hospital Psychiatric Evaluation  Adm w/o obj.

3/28/17  (9.)  Bill Willis Community Mental Health Center Referral Form  Adm w/o obj.

3/30/17  (10.)  Social Security Administration Explanation of Determination  Adm. w/o obj.

3/30/17  (11.)  Sequoyah Memorial Hospital medical record of Kenneth Barrett  Adm w/oobj.

3/28/17  (12.)  Affidavit of Faust Bianco, Ph.D.  Adm O/obj

13.  Professional Services Request for Faust Bianco, Ph.D.

14.  Kenneth Barrett Medical Release to Faust Bianco, Ph.D.

15.  John Echols Letter to Judge Payne dated 2/28/2005

3/28/17  (16.)  Psychological Evaluation of Kenneth Barrett by Bill Sharp, Ph.D.  Adm w/o obj.

1

17.    Kenneth Barrett BOP Intake Screening

18.    Roseann Schaye Memo of Interview of Carolyn Joseph

3/30/17    (19)    Roseann Schaye Memo of Interview of Elnora Long - Adm. w/o obj.

3/30/17    (20)    Roseann Schaye Memo of Interview of Sylvia Gelene Dotson - Adm. w/o obj.

3/30/17    (21)    Roseann Schaye Memo of Interview of Kenneth Barrett - Adm. w/o obj.

3/30/17    (22)    Roseann Schaye Memo of Interview of Linda Riley - Adm. w/o obj.

3/30/17    (23)    Roseann Schaye Memo of Interview of Richard Barrett - Adm. w/o obj.

3/27/17    (24)    Roseann Schaye Memo of Interview of Ruth Harris - Adm. w/o obj.

3/30/17    (25.)   Roseann Schaye Memo of Interview of Tracy Swearingen - Adm w/o obj.

26.    Declaration of Roseann Schaye

27.    Roseann Schaye State of Arizona Board of Behavioral Health Examiners 2009
       Disciplinary Action Record

3/30/17    (28.)   John Echols billing records - Adm. w/o obj.

29.    Gelene Dotson memo

30.    Hattie Dotson memo

3/30/17    (31.)   Roger Hilfiger letter to Magistrate Judge Shreder dated 1/17/2006 - Adm. w/o obj.

3/30/17    (32)    Roger Hilfiger letter to Magistrate Judge Shreder dated 2/17/2006 - Adm w/o obj.

3/30/17    (33)    Roger Hilfiger letter to Office of Federal Public Defender dated 12/29/2005 - Adm. w/o obj.

3/28/17    (34)    Psychological Evaluation – Risk Assessment of Kenneth Barrett by Jeanne - Adm. w/o obj.
                   Russell, Ed.D.

3/30/17    (35.)   Risk Assessment of Kenneth Barrett by Jeanne Russell, Ed.D.) - Adm. w/o obj.

36.    Kenneth Barrett Driving Record

37.    Psychological Evaluation of Kenneth Barrett by Kathy LaFortune, Ph.D.

3/30/17    (38.)   Handwritten notes    Adm. o/obj.

2

39.   Handwritten notes

40.   Handwritten notes

41.   Handwritten notes

42.   Memo from Peter Rausch to Steve Leedy

43.   Letters from Roseann Schaye

3/30/17   (44.)   OIDS Expert Service Providers Fee Schedule Table - Adm. w/o obj.

45.   Phyllis Crawford memo

46.   Roger Crawford memo

47.   OIDS Interoffice Memo re: Tracy Swearingen

48.   Tommy C. Sanders memo

3/28/17   (49)   OIDS Interoffice Memo - Adm. w/o obj.

50.   Kenneth Barrett BOP file

6/12/17   (51.)   Psychological Evaluation of Kenneth Barrett by J. Randall Price, Ph.D.   -Adm. w/o obj

6/13/17   (52.)   Psychiatric Evaluation of Kenneth Barrett by Steven E. Pitt, D.O. Adm o/obj; Sections: 1,2,3, 7, 8 9, 10

3/27/17   (53.)   Recording of telephone calls between Kenneth Barrett and Doris Barrett (October 21, 2005, November 7, 2005, and November 8, 2005). - Adm. w/o obj.

3/30/17   (54.)   Roseann Schaye Memo of Interview of Toby Wayne Barrett. - Adm. w/o obj.

3/30/17   (55)   Roseann Schaye Memo of Interview of Kenneth E. Barrett. - Adm. w/o obj.

3/30/17   (56.)   Roseann Schaye Memo of Interview of Sylvia Gelene Dotson - Adm. w/o obj.

3/30/17   (57.)   Roseann Schaye Memo of Interview of Ernie Barrett.- Adm. w/o obj.

3/30/17   (58.)   Roseann Schaye Memo of Interview of Phyllis Crawford. - Adm. w/o obj.

3/30/17   (59)   Roseann Schaye Memo of Interview of Kenneth E. Barrett. - Adm. w/o obj.

3/30/17   (60.)   Roseann Schaye Memo of Interview of Sylvia Gelene Dotson. - Adm. w/o obj.

3/30/17   (61.)   Roseann Schaye Memo of Interview of Ernie Barrett. - Adm. w/o obj.

3

3/30/17    (62.)    Roseann Schaye Memo of Interview of Ike Barrett - Adm w/o obj.

6/12/17    (63.)    Gordon Questionnaire to Jeanne Russell    Adm o/obj.

64.    PCL-R Interview Guideline (Jeanne Russell)

65.    HCR-20 Coding Sheet (Jeanne Russell)

4/13/17    (66.)    Kenneth Barrett DOC Personal Health History Adm. w/oobj.

4/26/17    (67.)    Raw testing Data (Dr. Myla Young) Adm. w/o obj.

4/26/17    (68.)    Raw Testing Data (Dr. Faust Bianco) Adm. o/ obj.

Dated: June 26, 2017

Respectfully submitted,

DOUGLAS A. HORN
Acting United States Attorney

CHRISTOPHER J. WILSON
Assistant United States Attorney

JEFFREY B. KAHAN
Trial Attorney, Capital Case Section

4