**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KENNETH EUGENE BARRETT,  ) | |
| ) | |
| Petitioner/Defendant,  ) | |
| ) | |
| vs.  ) | Case No. 09-CIV-105-JHP |
| ) | |
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Respondent/Plaintiff.  ) | |

## ORDER

This matter comes before the court on the Government's Motion for Extension of Time to Object to the Magistrate's Report and Recommendation (Dkt. # 468) in which the government requests this court grant a sixty (60) day extension of time, to and including October 23, 2018, in which to file its objection to the Magistrate's Report and Recommendation. Respondent has indicated he has no objection to an extension of thirty (30) days as long as the extension applies equally to both parties.

After considering the motion, this court finds, pursuant to Fed.R.Civ.P. 6(b)(1), "good cause" exists to grant the government's requested extension. Accordingly, the court hereby sets the following schedule:

Objections to the Magistrate's Report and Recommendation due October 23, 2018.

Responses to any objections due November 26, 2018.

Replies relating only to any new matters in the responses due December 10, 2018.

It is so ordered on this 21st day of August, 2018.

James H. Payne
United States District Judge
Eastern District of Oklahoma