# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **No. 09-CV-105-JHP** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NOTICE OF** |
| **v.** | ) | **SUBSTITUTION AND** |
| | ) | **APPEARANCE OF** |
| **KENNETH EUGENE BARRETT,** | ) | **COUNSEL** |
| | ) | |
| **Defendant.** | ) | |

To the Clerk of this Court and all parties of record:

Petitioner, KENNETH EUGENE BARRETT, by and through undersigned counsel, respectfully requests that Attorney Tivon Schardl be relieved as attorney of record in the above captioned case and that CARRIE L. WARD, Assistant Federal Defender, Eastern District of California, 801 I Street, Third Floor, Sacramento, California 95814.  Carrie Ward will appear as co-counsel with David Autry, Joan Fisher, and Karl Saddlemire for Mr. Barrett in Case No. CV-00-105-JHP.

Ms. Ward is admitted or otherwise authorized to practice in this Court. The Judges of the Eastern District approved her admission, as per notification on October 22, 2018.

DATED:   November 26, 2018              HEATHER E. WILLIAMS, Cal. Bar No. 122664
                                        Federal Defender

                                        */s/ Joan M. Fisher*
                                        JOAN M. FISHER, ID Bar. No. 2854
                                        Assistant Federal Defender

                                        /s/ *Carrie L. Ward*
                                        CARRIE L. WARD, MO Bar. No. 57581
                                        Assistant Federal Defender
                                        Office of the Federal Defender, EDCA

801 I Street, Third Floor
Sacramento, CA 95814
Telephone:     916-498-6666
Fax:              916-498-6656
Carrie_Ward@fd.org


MAUREEN FRANCO
FEDERAL PUBLIC DEFENDER

 */s/ Tivon Schardl*

TIVON SCHARDL, FL Bar No. 73016
Supervising Assistant Federal Defender
Capital Habeas Unit, Western District of Texas
504 Lavaca Street, Suite 960
Austin, TX 78701
Telephone:     512-916-5025
Fax:              512-916-5035
Tivon_Schardl@fd.org