**DAVID AUTRY,** OBA No. 11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone:  (405) 521-9600
Facsimile:  (405) 521-9669
E-mail:       dbautry77@gmail.com

**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
**KARL SADDLEMIRE**, State Bar #275856
Assistant Federal Defender
**CARRIE L. WARD**, MO Bar #57581
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:  (916) 498-6666
Facsimile:  (916) 498-6656
E-mail:       Joan_Fisher@fd.org
               Karl_Saddlemire@fd.org
               Carrie_Ward@fd.org

Attorneys for Petitioner/Defendant,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT, | **CAPITAL CASE** |
| Petitioner/Defendant, | Case No. 6:09-cv-00105-RAW |
| vs. | **UNOPPOSED MOTION TO VACATE MINUTE ORDER AND HOLD EXHIBITS PENDING TRANSMITTAL TO THE CIRCUIT COURT OF APPEALS** |
| UNITED STATES OF AMERICA, | |
| Respondent/Respondent. | |

Movant/Petitioner KENNETH E. BARRETT, through counsel of record, respectfully moves this Court To Vacate the MINUTE ORDER (Doc. 480) entered by this Court on April 10, 2019 ordering "each party to withdraw their respective exhibits, offered and admitted into evidence at the evidentiary hearings".

Petitioner respectfully advises the Court of his intention to appeal and his intent pursuant to Federal Rule of Appellate Procedure 10 to designate the record to include the exhibits the Court asks the parties to withdraw.  *See also* Local Rule 10.3, 10.4.  The exhibits should remain in the custody of the Court until such time as they are designated as part of the record for appeal and the Court Clerk transmits the same to the Tenth Circuit Court of Appeals pursuant to Federal Rule of Appellate Procedure 11(b)(2).

Mr. Barrett's counsel conferred with opposing counsel by email advising counsel for the government of its intent to file this motion to which opposing counsel responded that there was no objection to the motion.

The Motion is based on proceedings herein and the Federal Rules of Appellate Procedure.

DATED:  April 11, 2019          Respectfully submitted,


*/s/ Joan M. Fisher*
JOAN M. FISHER,
Assistant Federal Defender


*/s/ David Autry*
DAVID AUTRY
Attorney at Law


Attorney for Petitioner/Defendant,
KENNETH EUGENE BARRETT

## CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY

On this 11th day of April, 2019, I caused the foregoing Motion to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record.

To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ Joan M. Fisher
JOAN M. FISHER