

PATRICK KEANEY
U.S. COURT CLERK

TELEPHONE
(918) 684-7920

## United States District Court
Eastern District of Oklahoma
P.O. Box 607
Muskogee, Oklahoma 74402

May 9, 2019

Clerk, U. S. Court of Appeals
For the Tenth Circuit
Byron White United States Courthouse
Denver, Colorado  80257

ATT:  Tammy DuVall

### RECORDS / ORIGINAL FILE RETURNS
### 10TH CIRCUIT CASE NUMBER – 12-7086

*USA v. Kenneth Barrett* – 04-cr-115-JHP and 09-cv-105-JHP
U.S. District Court for the Eastern District of Oklahoma

Pursuant to our conversation, please find enclosed the following:

A copy of the Transmittal Sheet from10th sending us the records in November, 2016;

Sealed Pleading #237 – Psychological Evaluation/Risk Assessment with one Videotape
and six disk attachments

Sealed Pleading #265 – Sealed Notice with one Disk attachment

Please receive stamp the copy of this Transmittal Sheet and return to our Court.  If you have any questions, please do not hesitate to contact our office.  Thank you.

Sincerely,

*JBrown*

Jeanne Brown, Deputy Clerk