# UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

Betsy Shumaker
Clerk of Court

Chris Wolpert
Chief Deputy Clerk

November 28, 2016

**To:** Clerk, U.S. District Court or Agency

**District** Eastern District of
Oklahoma Muskogee

**Subject:** Records /Original File Returns
From: Tammy DuVall
303-335-2983

**Shipped via:** Fed Ex

Attention Carla Trzcinski
918-684-7906

**Attention:** Records Clerk

The mandate(s) have issued in the appeal(s) listed below. Materials are being returned to you under cover of this letter. Please acknowledge receipt of the materials by receive stamping, dating, signing and returning this letter to our office.

| 10th Circuit Case Number | District Court Case Number | Short Caption | Volumes/File | Document Number |
|---|---|---|---|---|
| 12-7086 | 6:09-CV-00115-JHP-1  09-cv-105-JHP + 04-cr-115-JHP | US vs.Barnett | Volume 6-Videotape attachments to pleading 237 and Disk attachment to pleading 265 | 10424846 |

\*\*\* Please return at your convenience.

RECEIVED

NOV 2 9 2016

PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk