**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,                )
                                                                          )
          **Petitioner/Defendant,**          )
                                                                          )
v.                                                                        )    **Case No. CIV-09-105-RAW**
                                                                          )
UNITED STATES OF AMERICA,              )
                                                                          )
          **Respondent/Plaintiff.**            )

## ORDER

Before the court is the motion of the petitioner to alter or amend judgment. On March 28, 2019, the court denied petitioner's §2255 motion. Petitioner timely filed the present motion.

Grounds for granting a Rule 59(e) motion include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice. *Somerlott v. Cherokee Nation Distribs., Inc.,* 686 F.3d 1144, 1153 (10th Cir.2012). The court is persuaded the motion should not be granted, with one exception, to which the respondent does not object (*see* #484 at 4). The court hereby clarifies that the reference to "another inmate" (#478 at 21 n.26) specifically involved a female inmate.

It is the order of the court that the motion of the petitioner to alter or amend judgment

(#483) is hereby denied, with the exception of the clarification described above.

**ORDERED THIS 13th DAY OF AUGUST, 2019.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**