**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,              )
                                     )
    Movant/Defendant,                )
                                     )
v.                                   )    Case No. CV-09-105-RAW
                                     )    (underlying criminal case,
UNITED STATES OF AMERICA,            )        No. CR-04-115-JHP)
                                     )
    Respondent/Plaintiff.            )

**NOTICE OF APPEAL**

Movant/Defendant, Kenneth Eugene Barrett, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment and Opinion and Order entered on March 28, 2019 (Docs. 478, 479) denying his motion to vacate, set aside, and correct sentence pursuant to 28 U.S.C. § 2255 (Docs. 1, 2, 95).[1]   This notice of appeal is filed under the authority of Fed.R.App.P.   4(a)(1)(B)(i)(4)(A)(iv).   The district court granted a certificate of appealability.   (Doc. 478, p. 23)

The district court denied relief following the vacation by the Tenth Circuit of Movant/Defendant's death sentence and remand for an evidentiary hearing to determine whether he was denied the effective assistance of counsel in the penalty phase of trial.

---

[1]   On April 24, 2019, Mr. Barrett filed a motion under Fed.R.Civ.P. 59(e) to correct, alter, or amend the judgment.   (Doc. 483) The government responded to the motion, and Mr. Barrett filed a reply.   (Docs. 484, 486) The district court clarified the order and judgment in part and denied the Rule 59(e) motion on August 13, 2019.   (Doc. 488)

1

*United States v. Barrett,* 797 F.3d 1207 (10th Cir. 2015).   Counsel are appointed under

the Criminal Justice Act.

Dated this 7th day of October, 2019.

Respectfully submitted,

Heather E. Williams, CA Bar #122664
Federal Defender, Eastern District of California
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-6666
(916) 498-6656 [fax]
Heather_Williams@fd.org

*/s/ Joan M. Fisher*
Joan M. Fisher, ID Bar #2854
Assistant Federal Defender

*/s/ Carrie L. Ward*
Carrie L. Ward, MO Bar #57581
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-6666
(916) 498-6656 [fax]
carrie_ward@fd.org


*/s/ David Autry*
David Autry, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

Lawyers for Movant/Defendant,
Kenneth Eugene Barrett

2

## Certificate of Electronic Filing and Service

This is to certify that on this 7th day of October, 2019, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with service to be made electronically via CM/ECF to the following ECF Registrants: Jeffrey B. Kahan, United States Department of Justice, Capital Case Unit, jeffrey.kahan@usdoj.gov, and Christopher J. Wilson, AUSA, Chris.Wilson@usdoj.gov, and to all counsel of record.   To the undersigned's knowledge, there are no non-ECF registrants who are counsel in this case.

*/s/ Joan M. Fisher*