**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff/Appellee*, | ) | **District Court** |
| | ) | **Case Nos.  CIV-09-105-RAW;** |
| v. | ) | **CR-04-115-RAW** |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | **Court of Appeals** |
| | ) | **Case No.  19-7049** |
| *Defendant/Appellant*. | ) | |

**STIPULATED SUPPLEMENTAL DESIGNATION OF RECORD**

COMES NOW the parties by and through undersigned counsel, and pursuant to Fed. R. App. P. 10(e) offer the following supplemental designation of record.

Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals.  The parties designate the following docket entries:

1. Doc. No. 323 Transcript of Proceedings of Jury Trial held on 9/26/05;

2. Doc. No. 324 Transcript of Proceedings of Jury Trial held on 9/27/05;

3. Doc. No. 325 Transcript of Proceedings of Jury Trial held on 9/28/05;

4. Doc. No. 326 Transcript of Proceedings of Jury Trial held on 10/3/05;

5. Doc. No. 327 Transcript of Proceedings of Jury Trial held on 10/4/05;

6. Doc. No. 328 Transcript of Proceedings of Jury Trial held on 10/5/05;

7. Doc. No. 329 Transcript of Proceedings of Jury Trial held on 10/6/05;

1

8.  Doc. No. 336 Transcript of Proceedings of Jury Trial held on 10/7/05;

9.  Doc. No. 337 Transcript of Proceedings of Jury Trial held on 10/18/05;

10. Doc. No. 338 Transcript of Proceedings of Jury Trial held on 10/19/05;

11. Doc. No. 339 Transcript of Proceedings of Jury Trial held on 10/20/05;

12. Doc. No. 340 Transcript of Proceedings of Jury Trial held on 10/21/05;

13. Doc. No. 341 Transcript of Proceedings of Jury Trial held on 10/24/05;

14. Doc. No. 342 Transcript of Proceedings of Jury Trial held on 10/25/05;

15. Doc. No. 343 Transcript of Proceedings of Jury Trial held on 10/26/05;

16. Doc. No. 344 Transcript of Proceedings of Jury Trial held on 10/27/05;

17. Doc. No. 345 Transcript of Proceedings of Jury Trial held on 10/31/05;

18. Doc. No. 346 Transcript of Proceedings of Jury Trial held on 11/1/05;

19. Doc. No. 347 Transcript of Proceedings of Jury Trial held on 11/2/05;

20. Doc. No. 348 Transcript of Proceedings of Jury Trial held on 11/3/05;

21. Doc. No. 349 Transcript of Proceedings of Jury Trial held on 11/4/05;

22. Doc. No. 350 Transcript of Proceedings of Jury Trial held on 11/9/05;

23. Doc. No. 351 Transcript of Proceedings of Jury Trial held on 11/10/05;

24. Doc. No. 352 Transcript of Proceedings of Jury Trial held on 11/14/05;

25. Doc. No. 353 Transcript of Proceedings of Jury Trial held on 11/15/05;

26. Doc. No. 354 Transcript of Proceedings of Jury Trial held on 11/16/05; and

27. Doc. No. 355 Transcript of Proceedings of Jury Trial held on 11/17/05.

Pursuant to Fed. R. App. P. 11.2(A), the parties request that the district court clerk transmit the itemized material to the Tenth Circuit Clerk.

Respectfully requested,

*/S/David Autry*
DAVID AUTRY, OBA #11600
Attorney at Law
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669
dbautry77@gmail.com

HEATHER E. WILLIAMS
Federal Defender

*/S/Joan M. Fisher*
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-6666
(916) 498-6656
Joan_Fisher@fd.org

BRIAN J. KUESTER
United States Attorney
Eastern District of Oklahoma

*/S/Christopher J. Wilson*
CHRISTOPHER J. WILSON, OBA #13801
First Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5175
(918) 684-5150
chris.wilson@usdoj.gov

*/S/Jeffrey B. Kahan*
JEFFREY B, KAHAN, PaBN #93199
Deputy Chief, Capital Case Section
U.S. Dept. of Justice
1331 F. Street, NW 6th Fl.
Washington, DC 20530
jeffrey.kahan@usdoj.gov

3

## CERTIFICATE OF DIGITAL SUBMISSION

I certify that:

- All required privacy redactions have been made;

- That with the exception of those redactions, every document submitted in digital form or scanned PDF format is an exact copy of the written document filed with the Clerk;

- That the ECF submission was scanned for viruses using McAfee Endpoint Security, updated continuously, and according to the program is free of viruses.


*/s/ Jeffrey B. Kahan*


## CERTIFICATE OF ECF FILING AND DELIVERY

I hereby certify that on May 11, 2020, I electronically transmitted the attached documents to the Clerk of Court for the Eastern District of Oklahoma and the Clerk of Court for the Tenth Circuit Court of Appeals using their respective ECF Systems for filing.

An electronic copy was sent to counsel for Defendant/Appellant via the ECF systems:

Mr. David B. Autry: Dbautry77@gmail.Com
Ms. Joan M. Fisher:  Joan.Fisher@fd.Org
Ms. Carrie Ward: Carrie_Ward@fd.org


*/s/ Jeffrey B. Kahan*

4