

PATRICK KEANEY
U.S. COURT CLERK

TELEPHONE
(918) 684-7920

## United States District Court
### Eastern District of Oklahoma
P.O. Box 607
Muskogee, Oklahoma 74402

May 12, 2020

Clerk, U.S. Court of Appeals
for the Tenth Circuit

**SUPPLEMENTAL RECORD ON APPEAL**

District Court Case No.:  04-cr-115-RAW
Related File:     09-cv-105-RAW
Circuit Appeal No.   19-7049

    The Supplemental Record on Appeal is being transmitted via e-mail this date. The following sets out the contents of each volume.

    Supplemental Volume 1 – Transcripts of Criminal Jury Trial –  Docket entries: 323, 324, 325, 326, 327, 328, 329, 336, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 350, 351, 352, 353, 354 and 355

                Sincerely,

                PATRICK KEANEY, Clerk

                s/ J. Brown
                Deputy Clerk

PK/jcb
Enc.